# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | CASE NO. 1:17-MD-2804 |
| *Applies to All Cases* | ) | |

## GCP PHARMA, LLC'S SUBMISSION PURSUANT TO THE COURT'S PREVIOUS ORDER (DOC. #4801)

COMES NOW GCP Pharma, LLC, ("GCP") and hereby files this Submission Pursuant to the Court's Previous Order.  (Doc. #4801).  By making this filing pursuant to the Court's previous Order, GCP does not intend to waive any defenses or objections, particularly insofar as it has not been served with process in the identified cases.  The Court's Order stated that Non-Litigating Defendants ("NLD") could file on the Court's docket a list showing all plaintiff-subdivisions that named the NLD in an MDL case, but the plaintiff (1) did not serve a "Plaintiff Fact Sheet" ("PFS") to the "PFS repository" and/or (2) did not obtain timely service.  In response, GCP provides the Court with the following list of cases:

**Defendant Name:**  GCP Pharma, LLC

| | **Subdivision Name** | **MDL Case #** | **No PFS in Repository** | **No Service of Process** |
|---|---|---|---|---|
| 1 | City of Ada, OK | 19-op-45400 | | X |
| 2 | City of Altus, OK | 21-op-45046 | | X |
| 3 | City of Anadarko, OK | 20-op-45022 | | X |
| 4 | City of Bethany, OK | 19-op-46148 | | X |
| 5 | City of Broken Arrow, OK | 19-op-45415 | | X |
| 6 | City of Edmond, OK | 19-op-45496 | | X |

|    |                              |             |   |   |
|----|------------------------------|-------------|---|---|
| 7  | City of Elk City, OK         | 21-op-45017 | X | X |
| 8  | City of Enid, OK             | 19-op-45717 |   | X |
| 9  | City of Guthrie, OK          | 19-op-45497 |   | X |
| 10 | City of Jenks, OK            | 19-op-45858 |   | X |
| 11 | City of Lawton, OK           | 19-op-45500 |   | X |
| 12 | City of Midwest City, OK     | 19-op-45709 |   | X |
| 13 | City of Mustang, OK          | 19-op-45708 |   | X |
| 14 | City of Oklahoma City, OK    | 19-op-45498 |   | X |
| 15 | City of Owasso, OK           | 19-op-45718 |   | X |
| 16 | City of Ponca City, OK       | 19-op-45495 |   | X |
| 17 | City of Seminole, OK         | 20-op-45004 |   | X |
| 18 | City of Shawnee, OK          | 19-op-46155 |   | X |
| 19 | City of Stillwater, OK       | 21-op-45045 |   | X |
| 20 | City of Tulsa, OK            | 21-op-45024 |   | X |
| 21 | City of Yukon, OK            | 19-op-45716 |   | X |
| 22 | BOCC[1] of Atoka County, OK  | 20-op-45001 |   | X |
| 23 | BOCC of Caddo County, OK     | 19-op-46156 |   | X |
| 24 | BOCC of Cimarron County, OK  | 19-op-45021 |   | X |
| 25 | BOCC of Coal County, OK      | 20-op-45149 |   | X |
| 26 | BOCC of Comanche County, OK  | 19-op-45442 |   | X |
| 27 | BOCC of Custer County, OK    | 20-op-45182 |   | X |
| 28 | BOCC of Dewey County, OK     | 19-op-45801 |   | X |
| 29 | BOCC of Grady County, OK     | 19-op-46167 |   | X |
| 30 | BOCC of Greer County, OK     | 20-op-45256 |   | X |

---

[1] "BOCC" stands for "Board of County Commissioners."

| | | | | |
|---|---|---|---|---|
| 31 | BOCC of Harmon County, OK | 20-op-45388 | | X |
| 32 | BOCC of Harper County, OK | 19-op-45757 | | X |
| 33 | BOCC of Haskell County, OK | 20-op-45002 | | X |
| 34 | BOCC of Hughes County, OK | 20-op-46258 | | X |
| 35 | BOCC of Jackson County, OK | 20-op-45126 | | X |
| 36 | BOCC of Jefferson County, OK | 19-op-46170 | | X |
| 37 | BOCC of Johnston County, OK | 19-op-45765 | | X |
| 38 | BOCC of Kay County, OK | 19-op-45989 | | X |
| 39 | BOCC of Kiowa County, OK | 19-op-45755 | | X |
| 40 | BOCC of Latimer County, OK | 20-op-45003 | | X |
| 41 | BOCC of LeFlore County, OK | 20-op-45067 | | X |
| 42 | BOCC of Lincoln County, OK | 20-op-45128 | | X |
| 43 | BOCC of Logan County, OK | 20-op-45058 | | X |
| 44 | BOCC of Love County, OK | 20-op-45000 | | X |
| 45 | BOCC of Major County, OK | 19-op-45990 | | X |
| 46 | BOCC of McCurtain County, OK | 20-op-45259 | | X |
| 47 | BOCC of Noble County, OK | 20-op-45129 | | X |
| 48 | BOCC of Oklahoma County, OK | 20-op-45056 | | X |
| 49 | BOCC of Pittsburg County, OK | 19-op-45711 | | X |
| 50 | BOCC of Pottawatomie County, OK | 19-op-45988 | | X |
| 51 | BOCC of Roger Mills County, OK | 20-op-45183 | | X |
| 52 | BOCC of Stephens County, OK | 19-op-45756 | | X |
| 53 | BOCC of Texas County, OK | 20-op-45061 | | X |
| 54 | BOCC Tillman County, OK | 20-op-45185 | | X |
| 55 | BOCC of Woods County, OK | 19-op-45987 | | X |

| 56 | BOCC of Woodward County, OK | 20-op-45141 | | X |
| 57 | Catawba Nation, SC | 20-op-45234 | X[2] | X |
| 58 | Delaware Nation, OK | 19-op-46011 | X | X |
| 59 | White Mountain Apache Nation, AZ | 20-op-45243 | X | X |

WHEREFORE, premises considered, GCP Pharma, LLC, requests the Court dismiss it from the referenced cases.[3]

Respectfully submitted,

s/ Matthew B. Free
Sean H. McKee, OBA #14277
*smckee@bestsharp.com*
Matthew B. Free, OBA #18055
*mfree@bestsharp.com*
Benjamin D. Reed, OBA #22696
*breed@bestsharp.com*
**BEST & SHARP**
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-9447
*Attorneys for Defendant GCP Pharma, LLC*

---

[2] It appears that Indian Tribes (Nos. 57-59 in the chart above) were not required to submit Plaintiff Fact Sheets. (Doc. #642).

[3] Simultaneous with this filing, and pursuant to the Court's Order (Doc. #4801), GCP is providing Plaintiffs' Liaison Counsel and Special Master Cohen with the referenced list of cases in Excel format. GCP previously submitted a Status Report (pursuant to "Order Regarding Non-Litigating Defendants," Doc. 4670) identifying the 64 cases in which it had been named as a defendant.

4

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of January, 2023, the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                 s/ Matthew B. Free
                 Matthew B. Free