# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 17-md-2804 |
| | Judge Dan Aaron Polster |

## NOTICE OF KEYSOURCE MEDICAL, INC. REGARDING PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS

Pursuant to the Court's Order entered January 3, 2023 (Dkt. 4801), Tier 2 defendant distributor Keysource Medical, Inc. ("KMI") submits the attached list (Exhibit 1) setting forth plaintiff subdivisions that named KMI as a defendant but (1) did not timely serve a Plaintiff Fact Sheet to the PFS Repository or (2) did not obtain service of process on KMI in the listed case.

KMI has limited its list to cases brought by plaintiff subdivisions and has excluded cases brought by other plaintiff types.  KMI has limited its list of cases to those involving failure to timely *serve* a Plaintiff Fact Sheet to the PFS Repository; KMI does not address the quality or completeness of a given Plaintiff Fact Sheet. KMI expressly preserves and does not waive its rights, reservations, objections, arguments, and remedies, with respect to whether service of process was proper. KMI reserves its rights to raise these and other challenges at the appropriate time.

DATED:  January 30, 2023

>KEYSOURCE MEDICAL, INC.
>By Spilman Thomas & Battle, PLLC
>
>/s/ *Clifford F. Kinney, Jr.*
>Clifford F. Kinney, Jr. (WVSB #6220)
>Spilman Thomas & Battle, PLLC
>P.O. Box 273
>Charleston, WV  25321
>Phone:  304-340-3844
>Fax:  304-340-3801
>Email: ckinney@spilmanlaw.com

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on January 30, 2023.

                                                   */s/ Clifford F. Kinney, Jr.*
                                                   Clifford F. Kinney, Jr.