# Exhibit 1

**Keysource Medical, Inc.**

| Subdivision Name | MDL Case No. | No PFS in Repository (as of 1/6/2023) | No Service of Process (as of 1/6/2023) |
|---|---|---|---|
| City of Elk City, OK | 1:21-op-45017 | X | |
| City of Inez, KY | 1:19-op-45499 | | X |
| City of Prestonsburg, KY | 1:19-op-45294 | | X |
| City of Stillwater, OK | 1:21-op-45045 | | X |
| Hancock County Bd. of Ed, WV | 1:22-op-45027 | X | X |
| Marion County Bd. of Ed, WV | 1:22-op-45028 | X | X |
| Morgan County Commission, WV | 1:18-op-45444 | X | |
| Smith County, TN | 1:18-op-45029 | X | |
| Stephens County, OK | 1:19-op-45756 | | X |