IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 1:17-md-02804 |
| *All Cases* | ) ) | Judge Polster |

**<u>DEFENDANT SUPERVALU, INC.'S STATUS REPORT</u>**

Defendant SuperValu, Inc.[1], Advantage Logistics, Inc., Advantage Logistics Midwest, Inc., and Advantage Logistics West, LLC (collectively referred to herein as the "SuperValu Corporate Family"), by its undersigned attorneys, respectfully submits this response to the Court's January 3, 2023 Order Regarding Plaintiff Fact Sheets and Service of Process. (ECF No. 4801.) Accordingly, the SuperValu Corporate Family submits the following list showing all plaintiff-subdivisions that named the non-litigating defendant in an MDL case, but the plaintiff: (1) did not serve a PFS to the PFS Repository; and/or (2) did not obtain timely service of process.

---

[1] Named in this litigation as SuperValu, Inc. *d/b/a* Advantage Logistics.

To the best of the SuperValu Corporate Family's knowledge, the following Plaintiffs have not served a Plaintiff Fact Sheet:

|   | **Subdivision Name** | **Case #** | **No PFS in Repository** | **No Service of Process** |
|---|---|---|---|---|
| 1 | Bon Secours Health System, Inc., VA, et al. v. Purdue Pharma L.P., et al. | 1:18-op-45820 | X | |
| 2 | County of Clackamas, OR, et al. v. Purdue Pharma L.P., et al. (caption) | 1:18-op-45442 | | |
| | Clackamas County | | | |
| | Lane County | | | |
| | Washington County | | | |
| | Clatsop County | | | |
| | Columbia County | | | |
| | Jackson County | | | |
| | Josephine County | | | |
| | Yamhill County | | X | |

Additionally, the following tribes have not served Plaintiff Fact Sheets, however, the SuperValu Corporate Family understands that they were not required to, pursuant to this Court's Order Clarifying Fact Sheet Implementation Order, Doc # 638, dated June 20, 2018 (Doc #642):

|   | **Subdivision Name** | **Case #** | **No PFS in Repository** | **No Service of Process** |
|---|---|---|---|---|
| 1 | Nez Perce Tribe, ID v. Purdue Pharma L.P., et al. | 1:18-op-45730 | X | |
| 2 | Passamaquoddy Tribe-Indian Township, ME v. Purdue Pharma L.P., et al. | 1:18-op-45876 | X | |
| 3 | Passamaquoddy Tribe-Pleasant Point, ME v. Purdue Pharma L.P., et al. | 1:19-op-45100 | X | |
| 4 | The Blackfeet Tribe of The Blackfeet Indian Reservation, MT v. AmerisourceBergen Drug Corp., et al. | 1:18-op-45749 | X | |
| 5 | Northern Cheyenne Tribe, MT v. Purdue Pharma L.P., et al. | 1:19-op-45010 | X | |
| 6 | Klamath Tribes, OR v. Purdue Pharma L.P., et al. | 1:19-op-45786 | X | |

|   | Subdivision Name | Case # | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 7 | Tulalip Tribes, WA v. Purdue Pharma L.P., et al. | 1:18-op-45589 | X | |
| 8 | Northern Arapaho Tribe, WY v. Purdue Pharma L.P., et al. | 1:18-op-45438 | X | |

Dated: January 30, 2023

Respectfully Submitted,

By: /s/ Francis A. Citera
One of Defendant's Attorneys

Francis A. Citera (SBN IL 6185263)
citeraf@gtlaw.com
Gretchen N. Miller (SBN IL 6273075)
millerg@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435
*Counsel for SuperValu, Inc., Advantage Logistics, Inc., Advantage Logistics Midwest, Inc., and Advantage Logistics West, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will provide notice by email to all counsel of record.

By: */s/ Francis A. Citera*
Francis A. Citera