UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | MDL NO. 2804 <br><br> CASE NO. 1:17-MD-2804 <br><br> Judge Dan Aaron Polster |

**ABBOTT DEFENDANTS' SUBMISSION PURSUANT TO DOCKET NO. 4801**

Abbott Laboratories and Abbott Laboratories Inc. (collectively "Abbott")  hereby submit, pursuant to the Order of the Court dated January 3, 2023 (docket no. 4801), a list of cases pending in the above-captioned MDL in which (a) Abbott is represented by undersigned counsel and (b) plaintiff-subdivisions have not served a plaintiff fact sheet to the PFS repository or obtained timely service on Abbott.  The list is attached hereto as **Exhibit 1** and includes only such plaintiff-subdivision cases presently known to Abbott, without waiver of rights with respect to cases presently unknown to Abbott, if any, or cases brought against Abbott by Native American tribes, third-party payors, or hospitals/healthcare systems. Exhibit 1 will be separately emailed in Excel format to Plaintiff's Liaison Counsel and Special Master Cohen.

        Respectfully submitted,

        */s/ John A. McCauley*
        John A. McCauley
        Venable LLP
        750 East Pratt Street, Suite 900
        Baltimore, Maryland 21202
        (T):  (410) 244-7655
        (F):  (410) 244-7742
        jmccauley@venable.com

2

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed on January 30, 2023, with the Clerk of Court using the CM/ECF notification system thereby giving notice to all counsel of record.

*/s/ John A. McCauley*
John A. McCauley
