**Exhibit 1 to Abbott Defendants' Submission Pursuant to Docket No. 4801**

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Bergen County, NJ | 18-op-45616 | | X |
| Buchanan County, VA | 19-op-45253 | X | X |
| Burlington County, NJ | 19-op-45928 | X | |
| Cumberland County, NJ | 19-op-46016 | X | |
| East Baton Rouge Parish, LA | 19-op-46164 | X | |
| Essex County, NJ | 18-op-45989 | | X |
| Hardin County, KY, et al. | 20-op-45063 | 1 of the 5 plaintiffs has not provided a PFS (Ohio County) | |
| Hudson County, NJ | 18-op-45937 | X | |
| Jefferson County, NY | 19-op-45437 | | X |
| Jersey City, NJ | 18-op-45948 | | X |
| Kinney County, TX | 18-op-45241 | X | X |
| Mitchell County, TX | 18-op-45063 | X | |
| Monmouth County, NJ | 18-op-46118 | X | |
| Nolan County, TX | 18-op-45061 | X | |
| Ocean County, NJ | 19-op-46157 | X | |
| Passaic County, NJ | 19-op-45741 | | X |
| Russell City, KY, et al. | 21-op-45094 | X | |
| Sussex County, NJ | 19-op-45616 | | X |
| Throckmorton County, TX | 18-op-45141 | X | |
| Union County, NJ | 19-op-45374 | X | |
| Williamson County, IL | 19-op-45657 | X | |