# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** : : : This document relates to: : *All Cases* : : | MDL No. 2804 Hon. Judge Dan A. Polster |

## TOPRX LLC'S LIST OF NON-SERVICE CASES

Pursuant to the Court's January 3, 2023 Order (Doc. 4801), TopRx, LLC ("TopRx") submits the list attached as Exhibit 1 identifying all plaintiff-subdivisions that named TopRx in an MDL case, but where the plaintiff(s): (1) did not serve a Plaintiff Fact Sheet to the Plaintiff Fact Sheet Repository; and/or (2) did not affect timely service of process in accordance within the 90-day period for service provided by Federal Rule of Civil Procedure 4. As required by the Court's Order, TopRx is contemporaneously emailing the list contained in Exhibit 1 in Excel format to Plaintiff's Liaison Counsel and to Special Master Cohen. As noted in Exhibit 1, the list of non-service cases for TopRx includes three cases where Plaintiff failed to timely make effective service because Plaintiff failed to file a waiver of service in the 90-day period provided by Federal Rule of Civil Procedure 4(m). *See Jones v. Bergelectric, Inc.*, 2021 WL 4751371, at \*2 (E.D. Cal. Oct. 12, 2021) ("It appears that plaintiff has misunderstood the procedure for waiving service under Rule 4(d); simply obtaining the signed waiver from defendant does not constitute service on a defendant. Rather, *plaintiff must file the executed [signed] waiver* within Rule 4(m)'s 90-day window.") (emphasis in original).

2

Dated: January 30, 2023                                          Respectfully submitted,

                */s/ Allen M. Lopus*
Robert J. Ridge, Esq.
Pa. ID #58651
Allen M. Lopus, Esq.
Pa. ID # 76544
Clark Hill, PLC
One Oxford Centre, 14th Floor
301 Grant Street
Pittsburgh, PA  15219
Phone:  (412) 394-7713
Fax:     (412) 394-2555
rridge@clarkhill.com
alopus@clarkhill.com