**Defendant Name:** TopRx, LLC

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Township of Barnegat, NJ | 1:19-OP-45925 | | X |
| Bertucci, as the Coroner of St. Bernard Parish, and St. Bernard Parish Coroner's Office | 1:20-OP-45077 | | X |
| Pohlmann, Sheriff of St. Bernard Parish Louisiana | 1:18-OP-46292 | | X |
| St. Bernard Parish Government | 1:18-OP-45756 | X | X |
| City of Charles Town, WV | 1:19-OP-45250 | X | |
| Jefferson County Commission | 1:17-OP-45170 | X | |
| Morgan County Commission | 1:18-OP-45444 | X | |
| City of Kenova, WV | 1:18-OP-46346 | | X |
| Summers County Commission | 1:18-OP-45226 | X | X |
| Town of Fort Gay, WV | 1:18-OP-45225 | | X |
| Town of Gauley Bridge, WV | 1:18-OP-46278 | | X |
| St. Bernard Parish School Board | 2:21-CV-00010 | X | X |
| Claiborne County, TN | 1:19-OP-45658 | | X* |
| Fentress County, TN | 1:18-OP-45419 | | X* |
| Pickett County, TN | 1:18-OP-45242 | | X* |

* Denotes a case where Plaintiff failed to timely effectuate service on TopRx, LLC because the executed waiver of service was not filed on the docket until after the 90 day deadline for service set out by Federal Rule of Civil Procedure 4(m).