# EXHIBIT 1

**Defendants Names:** Associated Pharmacies, Inc. and American Associated Pharmacies

| Subdivision Name(s) | MDL Case No. | No PFS in Repository | PFS Untimely | No Timely Service of Process |
|---|---|---|---|---|
| City of Fort Payne, AL | 1:17-op-45079 | | | X |
| (1) People of State of Illinois; (2) People of Gallatin County, IL; and (3) Gallatin County, IL | 1:17-op-45152 | | | X |
| Berkeley County Council, WV | 1:17-op-45171 | X | | X |
| City of Opp, AL | 1:18-op-45011 | | | X |
| Yadkin County, NC | 1:18-op-45014 | | | X |
| Haywood County, TN | 1:18-op-45107 | | | X |
| Union County, MS | 1:18-op-45120 | | | X |
| Arizona Municipal Risk Retention Pool | 1:18-op-45178 | | | X |
| Coffee County, AL | 1:18-op-45182 | | | X |
| Stokes County, NC | 1:18-op-45185 | | | X |
| City of Union Springs, AL | 1:18-op-45204 | | | X |
| City of Enterprise, AL | 1:18-op-45213 | | | X |
| City of Ozark, AL | 1:18-op-45214 | | | X |
| City of Marion, AL | 1:18-op-45217 | | | X |
| Mecklenburg County, NC | 1:18-op-45221 | | X | |
| Cullman County, AL | 1:18-op-45227 | | | X |
| Bullock County, AL | 1:18-op-45246 | | | X |
| Clay County, AL | 1:18-op-45248 | | | X |
| Cleveland County, NC | 1:18-op-45304 | | X | |
| Town of Rupert, WV | 1:18-op-45323 | | | X |
| Town of Quinwood, WV | 1:18-op-45324 | | | X |
| (1) Family Practice Clinic of Booneville, Inc. and (2) Family Health Care Clinic, PSC | 1:18-op-45390 | | | X |
| Northern Arapaho Tribe | 1:18-op-45438 | | | X |
| (1) Big Bend Community Based Care Inc.; (2) Lutheran Services Floria Inc.; (3) Central Florida Cares Health System Inc.; (4) Southeast Florida Behavioral Health Network Inc.; and (5) Central Florida Behavioral Health Network Inc. | 1:18-op-45493 | | | X |
| The Arizona School Alliance for Workers' Compensation, Inc. | 1:18-op-45540 | | | X |
| Confederated Tribes of the Umatilla | 1:18-op-45541 | | | X |

| Plaintiff | Case No. | Col3 | Col4 | Col5 |
|---|---|---|---|---|
| (1) Jefferson County, AL;<br>(2) Mike Hale as Sheriff of Jeff. Co., AL;<br>(3) City of Pleasantgrove, AL;<br>(4) City of Hueytown, AL;<br>(5) City of Mountain Brook, AL; and<br>(6) Jeff. Co. Bd. of Health | 1:18-op-45558 | | X | X |
| Peach County, GA | 1:18-op-45579 | | | X |
| Carbon County, WY | 1:18-op-45625 | | | X |
| The Arizona Counties Insurance Pool | 1:18-op-45632 | | | X |
| Monroe County, GA | 1:18-op-45672 | | | X |
| Dare County, NC | 1:18-op-45683 | | | X |
| Charlton County, GA | 1:18-op-45713 | | X | X |
| Lincoln County, NC | 1:18-op-45719 | | | X |
| (1) Conejos County, CO;<br>(2) Las Animas County, CO;<br>(3) Chafee County, CO;<br>(4) Otero County, CO;<br>(5) Alamosa County, CO; and<br>(6) City of Alamosa, CO | 1:18-op-45740 | | | X |
| Cabarrus County, NC | 1:18-op-45747 | | X | |
| The Blackfeet Tribe of the Blackfeet Indian Reservation | 1:18-op-45749 | | | X |
| St. Bernard Parish, LA Government | 1:18-op-45756 | X | | X |
| Iredell County, NC | 1:18-op-45774 | | X | |
| (1) City of Lakewood, CO and<br>(2) City of Wheat Ridge, CO | 1:18-op-45800 | | | X |
| (1) Bon Secours Health System, Inc.;<br>(2) Our Lady of Bellefonte Hospital, Inc.; and<br>(3) Bellefonte Physician Services, Inc. | 1:18-op-45819 | | | X |
| (1) Bon Secours Health System, Inc.;<br>(2) Bon Secours – Richmond Community Hospital, Incorporated;<br>(3) Bon Secours DePaul Medical Center, Inc.;<br>(4) Bon Secours – Memorial Regional Medical Center, Inc.;<br>(5) Bon Secours – St. Mary's Hospital of Richmond, Inc.;<br>(6) Bon Secours – Virginia Healthsource, Inc.;<br>(7) Chesapeake Hospital Corporation;<br>(8) Mary Immaculate Hospital, Incorporated; and<br>(9) Maryview Hospital | 1:18-op-45820 | | | X |
| Berrien County, GA | 1:18-op-45834 | | | X |
| Lafayette County, MO | 1:18-op-45840 | | | X |

| Plaintiff | Case No. | | | |
|---|---|---|---|---|
| Passamaquoddy Tribe-Indian Township | 1:18-op-45876 | | | X |
| City of New Albany, MS | 1:18-op-45949 | | | X |
| Gulf County, FL | 1:18-op-45953 | | | X |
| Northwest Arizona Employee Benefit Trust | 1:18-op-46043 | | | X |
| City of Kingman, AZ | 1:18-op-46057 | | | X |
| (1) Adams County, ID; (2) Blaine County, ID; (3) Boise County, ID; (4) Bonneville County, ID; (5) Caribou County, ID; (6) Cassia County, ID; (7) Elmore County, ID; (8) Latah County, ID; (9) Minidoka County, ID; (10) Owyhee County, ID; and (11) Payette County, ID | 1:18-op-46062 | | X | |
| Lanier County, GA | 1:18-op-46066 | | | X |
| Robeson County, NC | 1:18-op-46141 | | X | |
| Lee County, GA | 1:18-op-46171 | | | X |
| Canyon County, ID | 1:18-op-46277 | | X | |
| Pohlmann, Sheriff of St. Bernard Parish, LA | 1:18-op-46292 | | | X |
| Davidson County, NC | 1:18-op-46330 | | X | |
| Kentucky River District Health Department | 1:19-op-45050 | | | X |
| Passamaquoddy Tribe-Pleasant Point | 1:19-op-45100 | | | X |
| Mohave County, AZ | 1:19-op-45117 | | | X |
| Atkinson County, GA | 1:19-op-45118 | | | X |
| Clay County, GA | 1:19-op-45194 | | X | X |
| Randolph County, GA | 1:19-op-45202 | | X | X |
| Spalding County, GA | 1:19-op-45208 | | X | X |
| City of Cullman, AL | 1:19-op-45248 | | | X |
| Jackson County, FL | 1:19-op-45283 | | | X |
| Deese, as Sheriff of Peach County, GA | 1:19-op-45314 | X | | |
| Aroostook Band of Micmacs | 1:19-op-45349 | | | X |
| City of Inez, KY | 1:19-op-45499 | | | X |
| City of Nashville, GA | 1:19-op-45617 | | | X |
| City of Lakeland, GA | 1:19-op-45618 | | | X |
| City of Hoover, AL | 1:19-op-45746 | | | X |
| Bingham County, ID | 1:19-op-45758 | | X | X |
| The Klamath Tribes | 1:19-op-45786 | | | X |
| Mesa County, CO | 1:19-op-45923 | | | X |
| Township of Barnegat, NJ Police | 1:19-op-45925 | | | X |
| Iowa Tribe of Kansas and Nebraska, Kansas | 1:20-op-45099 | | | X |
| Patty Carol Leysen | 1:20-op-45107 | | | X |
| St. Bernard Parish, LA School Board | 1:21-op-45014 | X | | X |
| City of Niceville, FL | 1:21-op-45081 | | | X |