# Exhibit A

**Defendant Name:** Masters Pharmaceutical, LLC (or Masters Pharmaceutical, Inc.) ("Masters Pharma")

| # | Subdivision Name | MDL Case No. | PFS Uploaded to Repository on or Before Court Deadline of October 14, 2022 | PFS Uploaded to Repository After Court Deadline of October 14, 2022 | No PFS in Repository | No Service of Process Upon Masters Pharma – Docket Sheets Indicate Delivery to Incorrect Address | No Service of Process Noted Upon Masters Pharma |
|---|---|---|---|---|---|---|---|
| 1 | City of Chubbuck, ID | 1:19-op-45729 | | | X | | X |
| 2 | City of Preston, ID | 1:19-op-45067 | | | X | | X |
| 3 | Bannock County, ID | 1:19-op-45359 | | | X | | X |
| 4 | City of Boise, ID | 1:18-op-46289 | | | X | | X |
| 5 | City of Pocatello, ID | 1:19-op-45578 | | | X | | X |
| 6 | Twin Falls County, ID | 1:19-op-45828 | | | X | | X |
| 7 | City of Covington, KY | 1:18-op-45967 | 10/13/2022 | | | 5/30/2019 | |
| 8 | Benzie County, MI | 1:18-op-45356 | | 11/29/2022 | | 11/20/2018 | |
| 9 | City of East Lansing, MI | 1:18-op-45902 | | 11/29/2022 | | 12/19/2018 | |
| 10 | County of Alcona, MI | 1:18-op-45340 | | 11/29/2022 | | 11/20/2018 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | County of Alpena, MI | 1:18-op-45871 | | 11/29/2022 | | 12/19/2018 | |
| 12 | County of Arenac, MI | 1:18-op-45341 | | 11/29/2022 | | 11/20/2018 | |
| 13 | County of Cass, MI | 1:18-op-45868 | | 11/29/2022 | | 12/19/2018 | |
| 14 | County of Charlevoix, MI | 1:18-op-45897 | | 11/29/2022 | | 12/19/2018 | |
| 15 | County of Crawford, MI | 1:18-op-45105 | | 11/29/2022 | | 2/6/2018 | |
| 16 | County of Gratiot, MI | 1:18-op-45339 | | 11/29/2022 | | 11/20/2018 | |
| 17 | County of Iron, MI | 1:18-op-45888 | | 11/29/2022 | | 12/19/2018 | |
| 18 | County of Isabella, MI | 1:18-op-45349 | | 11/29/2022 | | 11/20/2018 | |
| 19 | County of Livingston, MI | 1:19-op-45262 | | 11/29/2022 | | 4/15/2019 | |
| 20 | County of Montmorency, MI | 1:18-op-45347 | | 11/29/2022 | | 11/20/2018 | |
| 21 | County of Ontongon, MI | 1:18-op-45893 | | 11/29/2022 | | 12/19/2018 | |
| 22 | County of Presque Isle, MI | 1:18-op-45894 | | 11/29/2022 | | 12/19/2018 | |
| 23 | County of Roscommon, MI | 1:18-op-45102 | | 11/29/2022 | | 2/6/2018 | |
| 24 | County of Shiawassee, MI | 1:18-op-45350 | | 11/29/2022 | | 11/20/2018 | |
| 25 | City of Iron Mountain, MI | 1:18-op-45344 | | 11/29/2022 | | 11/20/2018 | |
| 26 | County of Lake, MI | 1:18-op-45366 | | 11/29/2022 | | 11/20/2018 | |
| 27 | City of Lansing, MI | 1:18-op-45054 | | 11/29/2022 | | 2/6/2018 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28 | County of Leelanau, MI | 1:18-op-45111 | | 11/29/2022 | | 2/6/2018 | |
| 29 | County of Luce, MI | 1:18-op-45362 | | 11/29/2022 | | 11/20/2018 | |
| 30 | County of Manistee, MI | 1:18-op-45113 | | 11/29/2022 | | 2/6/2018 | |
| 31 | County of Marquette, MI | 1:18-op-45104 | | 11/29/2022 | | 2/6/2018 | |
| 32 | County of Lenawee, MI | 1:18-op-45351 | | 11/29/2022 | | 11/20/2018 | |
| 33 | County of Ionia, MI | 1:19-op-45261 | | 11/29/2022 | | 4/15/2019 | |
| 34 | City of Sault Ste. Marie, MI | 1:18-op-45928 | | 11/29/2022 | | 12/19/2018 | |
| 35 | City of Grand Rapids, MI | 1:18-op-45406 | | 11/29/2022 | | 11/20/2018 | |
| 36 | County of Wexford, MI | 1:18-op-45364 | | 11/29/2022 | | 11/20/2018 | |
| 37 | County of Iosco, MI | 1:18-op-45343 | | 11/29/2022 | | 11/20/2018 | |
| 38 | County of Osceola, MI | 1:18-op-45357 | | 11/29/2022 | | 11/20/2018 | |
| 39 | County of Sanilac, MI | 1:18-op-45352 | | 11/29/2022 | | 11/20/2018 | |
| 40 | County of Grand Traverse, MI | 1:18-op-45056 | | 11/29/2022 | | 2/6/2018 | |
| 41 | City of Traverse City, MI | 1:18-op-45901 | | 11/29/2022 | | 12/19/2018 | |
| 42 | City of Westland, MI | 1:18-op-45903 | | 11/29/2022 | | 12/19/2018 | |
| 43 | County of Dickinson, MI | 1:18-op-45342 | | 11/29/2022 | | 11/20/2018 | |
| 44 | City of Jackson, MI | 1:18-op-45904 | | 11/29/2022 | | 12/19/2018 | |
| 45 | County of Montcalm, MI | 1:18-op-45865 | | 11/29/2022 | | 12/19/2018 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 46 | County of Chippewa, MI | 1:18-op-45066 | | 11/29/2022 | | 2/6/2018 | |
| 47 | County of Ingham, MI | 1:18-op-46178 | | 11/29/2022 | | 12/19/2018 | |
| 48 | County of Genesee, MI | 1:18-op-45083 | | 11/29/2022 | | 2/6/2018 | |
| 49 | County of Ogemaw, MI | 1:18-op-45348 | | 11/29/2022 | | 11/20/2018 | |
| 50 | County of Macomb, MI | 1:18-op-45085 | | 11/29/2022 | | 2/6/2018 | |
| 51 | County of Houghton, MI | 1:18-op-45866 | | 11/29/2022 | | 12/19/2018 | |
| 52 | County of Alger, MI | 1:18-op-45360 | | 11/29/2022 | | 11/20/2018 | |
| 53 | County of Kent, MI | 1:19-op-45000 | | 11/29/2022 | | 1/16/2019 | |
| 54 | County of Berrien, MI | 1:18-op-45887 | | 11/29/2022 | | 12/19/2018 | |
| 55 | County of Hillsdale, MI | 1:18-op-45355 | | 11/29/2022 | | 11/20/2018 | |
| 56 | County of Clinton, MI | 1:18-op-45889 | | 11/29/2022 | | 12/19/2018 | |
| 57 | County of St. Clair, MI | 1:18-op-45896 | | 11/29/2022 | | 12/19/2018 | |
| 58 | County of Delta, MI | 1:18-op-45067 | | 11/29/2022 | | 2/6/2018 | |
| 59 | City of Escanaba, MI | 1:18-op-45068 | | 11/29/2022 | | 2/6/2018 | |
| 60 | County of Washtenaw, MI | 1:18-op-45886 | | 11/29/2022 | | 12/19/2018 | |
| 61 | County of Antrim, MI | 1:18-op-45354 | | 11/29/2022 | | 11/20/2018 | |
| 62 | County of Mason, MI | 1:18-op-45112 | | 11/29/2022 | | 2/6/2018 | |
| 63 | County of Newaygo, MI | 1:18-op-46187 | | 11/29/2022 | | 12/19/2018 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 64 | County of Saginaw, MI | 1:18-op-45082 | | 11/29/2022 | | 2/6/2018 | |
| 65 | County of Tuscola, MI | 1:18-op-45870 | | 11/29/2022 | | 12/19/2018 | |
| 66 | County of Baraga, MI | 1:18-op-45361 | | 11/29/2022 | | 11/20/2018 | |
| 67 | City of Detroit, MI | 1:18-op-45084 | | 11/29/2022 | | 2/6/2018 | |
| 68 | County of Otsego, MI | 1:18-op-45345 | | 11/29/2022 | | 11/20/2018 | |
| 69 | County of Oceana, MI | 1:18-op-45359 | | 11/29/2022 | | 11/20/2018 | |
| 70 | City of Coon Rapids, MN | 1:19-op-45835 | | | X | | X |
| 71 | City of North St. Paul, MN | 1:19-op-46066 | | | X | | X |
| 72 | City of Proctor, MN | 1:19-op-45748 | | | X | | X |
| 73 | Yellow Medicine County, MN | 1:19-op-45358 | | | X | | X |
| 74 | City of Rochester, MN | 1:19-op-45501 | | | X | | X |
| 75 | City of Duluth, MN | 1:19-op-45304 | | | X | | X |
| 76 | Pine County, MN | 1:19-op-45738 | | | X | | X |
| 77 | Boulder City, NV | 1:19-op-45648 | | | X | | X |
| 78 | City of Mesquite, NV | 1:19-op-45649 | | | X | | X |
| 79 | Clark County, NV | 1:19-op-46168 | 10/14/2022 | | | | |
| 80 | City of Lackawanna, NY | 1:19-op-45303 | 10/13/2022 | | | 7/9/2019 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 81 | City of Hazelton, PA | 1:19-op-45724 | 10/13/2022 | | | | X |
| 82 | Hanover Township, PA | 1:19-op-45654 | 10/13/2022 | | | 9/17/2019 | |
| 83 | Wright Township, PA | 1:19-op-45574 | 10/13/2022 | | | 8/26/2019 | |
| 84 | County of Northumberland, PA | 1:19-op-45555 | 10/13/2022 | | | 8/26/2019 | |
| 85 | County of Lycoming, PA | 1:19-op-45655 | 10/13/2022 | | | 9/13/2019 | |
| 86 | Wilkes-Barre Township, PA | 1:19-op-45325 | 10/13/2022 | | | 7/16/2019 | |
| 87 | County of Berkeley, SC | 1:19-op-45436 | | 11/29/2022 | | 6/25/2019 | |
| 88 | City of Hopewell, VA | 1:19-op-45433 | | 11/29/2022 | | 6/25/2019 | |
| 89 | City of Charles Town, WV | 1:19-op-45250 | | | X | | X |
| 90 | City of Dunbar, WV | 1:18-op-45546 | 10/14/2022 | | | | X |
| 91 | City of Saint Albans, WV | 1:18-op-45269 | 10/14/2022 | | | | X |
| 92 | City of Smithers, WV | 1:18-op-45319 | 10/14/2022 | | | | X |
| 93 | Jefferson County Commission, WV | 1:17-op-45170 | | | X | | X |
| 94 | Marion County Board of Education, WV | 1:22-op-45028 | 10/14/2022 | | | | X |
| 95 | Morgan County Commission, WV | 1:18-op-45444 | | | X | | X |

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **96** | City of Charleston, WV | 1:18-op-45224 | 10/14/2022 | | | | X |
| **97** | City of Logan, WV | 1:18-op-45317 | 10/14/2022 | | | | X |
| **98** | Pocahontas County Commission, WV | 1:18-op-45443 | | | X | | X |
| **99** | Berkeley County Council, WV | 1:17-op-45171 | | | X | | X |
| **100** | Town of Clendenin, WV | 1:18-op-46127 | 10/14/2022 | | | | X |
| **101** | City of Superior, WI | 1:19-op-45331 | | | X | | X |
| **102** | City of Marinette, WI | 1:19-op-46181 | | | X | | X |