# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | § <br> § <br> §  MDL No. 2804 <br> §  Case No. 1:17-md-2804 <br> §  Judge Dan Aaron Polster |

## HOSPIRA, INC.'S SUBMISSION REGARDING PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS

Hospira, Inc. ("Hospira") submits this report pursuant to the Court's January 3, 2023 Order, directing Non-Litigating Defendants ("NLDs") to submit "a list showing all plaintiff-subdivisions that named the NLD in an MDL case, but the plaintiff: (1) did not serve a PFS to the PFS Repository and/or (2) did not obtain timely service of process." (ECF 4801.)  In response to the Court's Order, the Hospira would respectfully show the following:

**Defendant Name:** Hospira Inc.

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Mora County, NM | 17-OP-45080 | | X |

This Status Report is submitted without the admission of any liability on behalf of Hospira and without waiving or prejudicing any and all defenses and objections to the claims against Hospira including, without limitation, bar by the statute of limitations, waiver, laches, and estoppel, failure to state a claim upon which relief can be granted, no causation, improper service, lack of service, lack of personal jurisdiction, and/or dismissal as a party.

1

Dated: January 30, 2023 Respectfully submitted,

                                                            */s/ Carlton E. Wessel*
                                                            Carlton E. Wessel
                                                            DLA Piper LLP (US)
                                                            500 Eighth Street, NW
                                                            Washington, D.C. 20004
                                                            Telephone:   202.799.4000
                                                            Facsimile:     202.799.5000
                                                            Carlton.Wessel@us.dlapiper.com

                                                            *Attorney for Hospira, Inc.*

**CERTIFICATE OF SERVICE**

I, Carlton E. Wessel, certify that on January 30, 2023, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF system, which will send a copy of the same to all registered users.

>    */s/ Carlton E. Wessel*
>    Carlton E. Wessel