IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO: 2804 |
| This Document Relates to: | Case No: 17-md-2804 |
| All Cases Naming Value Drug Company and Value Specialty Drug, as Reported herein | Judge Dan A. Polster |

**VALUE DRUG COMPANY AND VALUE SPECIALTY DRUG'S
LIST PURSUANT TO ORDER OF JANUARY 3, 2023**

Pursuant to the Court's Order Regarding Non-Litigating Defendants dated January 3, 2023, Value Drug Company and Value Specialty Drug (collectively "Value Drug"), by its counsel, submits this list showing all Plaintiffs that named Value Drug, a non-litigating defendant, in an MDL case, but the plaintiff: (1) did not serve a PFS to the PFS Repository;[1] and/or (2) did not obtain timely service of process.[2]

| No. | Case Caption | Case No. | No PFS in Repository | No Timely Service of Process |
|---|---|---|---|---|
| 1 | Columbia County v. Purdue Pharma L.P., et al. | 17-op-45068 | | X |
| 2 | Luzerne County, Pennsylvania v. Purdue Pharma L.P., et al. | 1:17-op-45100 | | X |
| 3 | County of Trumbull v. Purdue Pharma L.P. | 1:18-op-45079 | X | X |
| 4 | Cecil County, Maryland v. Amerisourcebergen Drug Corp., et al. | 1:18-op-45100 | | X |
| 5 | Indiana County, Pennsylvania v. Purdue Pharma L.P., et al. | 1:18-op-45249 | | X |
| 6 | City of Warren v. Purdue Pharma L.P., et al. | 1:18-op-45434 | X | X |

---

[1] This includes those plaintiffs that wholly failed to serve a PFS to the PFS Repository and those plaintiffs that failed to timely serve their PFS to the PFS Repository "no later than Friday October 14, 2022" in accordance with this Court's Order at Docket No. 4664.

[2] This includes those plaintiffs who wholly failed to effect service, effected untimely or otherwise improper service, failed to timely seek a waiver of service or failed to timely file executed waivers of service upon receipt of same from Value Drug.

| | | | | |
|---|---|---|---|---|
| 7 | Wyoming County, Pennsylvania v. Purdue Pharma L.P., et al. | 1:18-op-45488 | | X |
| 8 | City of Wilkes Barre, Pennsylvania v. Purdue Pharma L.P., et al. | 1:18-op-45545 | | X |
| 9 | City of Frostburg v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45617 | | X |
| 10 | City of Hagerstown, Maryland v. Amerisourcebergen Drug Corporation et al. | 1:18-op-45622 | | X |
| 11 | City of Cumberland, Maryland v. Amerisourcebergen Drug Corporation et al. | 1:18-op-45624 | | X |
| 12 | Allegany County, Maryland v. Amerisourcebergen Drug Corporation et al. | 1:18-op-45652 | | X |
| 13 | Seneca Nation of Indians v. Amerisourcebergen Drug Corporation et al. | 1:18-op-45746 | X | X |
| 14 | Bon Secours Health System, Inc., et al v. Purdue Pharma L.P., et al. | 1:18-op-45822 | X | X |
| 15 | County of Portage, Ohio, et al. v. Cardinal Health, Inc., et al. | 1:18-op-46006 | X | X |
| 16 | Board of County Commissioners of Washington County, Maryland v. AmerisourceBergen Drug Corporation, et al. | 1:18-op-46060 | | X |
| 17 | Plains Township, Pennsylvania v. Purdue Pharma L.P., et al. | 1:18-op-46215 | | X |
| 18 | City of Nanticoke, Pennsylvania v. Purdue Pharma L.P., et al. | 1:19-op-45081 | | X |
| 19 | Fairview Township, Pennsylvania v. Purdue Pharma L.P., et al. | 1:19-op-45355 | | X |
| 20 | Kingston Borough , Pennsylvania v. Purdue Pharma L.P., et al. | 1:19-op-45585 | X | X |
| 21 | City of Auburn v. Purdue Pharma L.P., et al. | 1:19-op-45843 | X | X |
| 22 | The City of Rochester v. Purdue Pharma L.P., et al. | 1:19-op-45853 | X | X |
| 23 | The City of Ogdensburg v. Purdue Pharma L.P., et al. | 1:19-op-45852 | X | X |
| 24 | The City of Saratoga Springs v. Purdue Pharma L.P., et al | 1:19-op-45857 | X | X |
| 25 | County of Kauai v. CVS Health Corporation, et al. | 1:19-op-45862 | X | X |
| 26 | City of Poughkeepsie v. Purdue Pharma L.P., et al. | 1:19-op-46163 | X | X |
| 27 | City of Amsterdam v. Purdue Pharma L.P., et al. | 1:19-op-46162 | X | X |
| 28 | Wilkes-Barre Township, Pennsylvania v. Purdue Pharma L.P., et al. | 1:19-op-45325 | | X |
| 29 | Allegany County v. Purdue Pharma LP, et al | 1:19-op-46151 | X | X |
| 30 | County of Northumberland v. Purdue Pharma L.P., et al. | 1:19-op-45555 | | X |
| 31 | Wright Township, Pennsylvania v. Purdue Pharma L.P., et al. | 1:19-op-45574 | | X |
| 32 | County of Lycoming  v. Purdue Pharma, L.P., et al. | 1:19-op-45655 | | X |
| 33 | Hanover Township, Pennsylvania v. Purdue Pharma, LP., et al. | 1:19-op-45654 | | X |

| 34 | City of Buffalo v. Purdue Pharma L..P, et al. | 1:19-op-46104 | X | X |
|---|---|---|---|---|
| 35 | Borough of Edwardsville, Pennsylvania v. AmerisourceBergen Drug Corporation, et al. | 1:19-op-46176 | | X |
| 36 | Forty Fort Borough, Pennsylvania v. AmerisourceBergen Drug Corporation , et al. | 1:19-op-46177 | | X |
| 37 | Borough of Exeter v. AmerisourceBergen Drug Corporation, et al. | 1:20-op-45019 | | X |
| 38 | Bedford County v. Purdue Pharma L.P., et al. | 1:20-op-45184 | X | X |
| 39 | Sugar Notch Borough, Pennsylvania v. AmerisourceBergen Drug Corporation, et al. | 1:20-op-45090 | | X |
| 40 | Cayuga Nation v. Cephalon, Inc., et al. | 1:20-op-45153 | X | X |
| 41 | Lower Makefied Township v. Purdue Pharma L.P., et al. | 1:20-op-45284 | X | X |
| 42 | District Attorney of Clearfield County v. Purdue Pharma L.P., et al | 1:21-op-45022 | X | X |
| 43 | Middletown Township v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45030 | X | X |

This list is submitted without the admission of any liability on behalf of Value Drug and without waiving or prejudicing any and all defenses and objections to the claims against Value Drug, including, without limitation, bar by the statute of limitations, waiver, laches, estoppel, failure to state a claim upon which relief can be granted, no causation, lack of service, improper service, lack of personal jurisdiction, and/or dismissal as a party. Moreover, this list is produced based on information presently in Value Drug's possession and may be amended or supplemented as necessary.

Dated: January 30, 2023

/s/ Nicholas L. Fiske___
James R. Hankle
Nicholas L. Fiske

**SHERRARD GERMAN & KELLY, PC**
**The Oliver Building**
**535 Smithfield Street, Ste. 300**
**Pittsburgh, Pennsylvania 15222**
Tel: (412) 355-0200
Fax: (412) 261-6221
jrh@sgkpc.com
nlf@sgkpc.com
*Attorneys for Defendant Value Drug Company and Value Specialty Drug*

{S1768020.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2023, the foregoing document was electronically filed with the Clerk of the Court, to be served by the Court's electronic notification system upon all attorneys of record.

/s/ Nicholas L. Fiske
Nicholas L. Fiske

{S1768020.1}