# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| **THIS DOCUMENT RELATES TO:** | **Case No. 1:17-MD-2804-DAP** |
| | |
| *Applies to All Cases* | **Hon. DAN POLSTER** |

## NOTICE REGARDING PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS PURSUANT TO COURT ORDER 4801 BY ERIC L KNIGHT, MD

Pursuant to the Court's Order dated January 3rd, 2023 (Dkt. 4801 ), Defendant Eric Knight, MD submits this pleading setting forth plaintiff subdivisions that named him as a defendant but (1) did not timely serve a Plaintiff Fact Sheet ("PFS") to the PFS repository or (2) did not obtain service of process on Dr. Knight in the listed case. The information below is accurate as of January 30, 2023.

| Subdivision Name | MDL Case Number | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Sullivan County, NH | 1:19-op-45704-DAP | X | X[1] |
| City of Claremont, NH | 1:19-op-45690-DAP | X | X[2] |

Respectfully submitted,

DR. ERIC L. KNIGHT

By his attorneys,

---

[1] Doctor Knight filed a motion to dismiss dor lack of service on September 27, 2019. (Dkt. 62).

[2] Doctor Knight filed a motion to dismiss for lack of service on September 27, 2019. (Dkt. 61).

WADLEIGH, STARR & PETERS, P.L.L.C.

Dated:  January 30, 2022.

By: /s/ Abby Tucker
Abby Tucker – NH Bar No. 268040
95 Market Street
Manchester, NH   03101
(603-669-4140
atucker@wadleighlaw.com

       I certify that I have this day transmitted a copy of the foregoing to all counsel of record through the Court's electronic filing system.

/s/ Abby Tucker
Abby Tucker

2