# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL 2804**<br><br>Case No: 1:17-md-2804-DAP<br><br>Honorable Dan Aaron Polster |

Pursuant to the Court's January 3, 2023 Order Regarding Plaintiff Fact Sheets and Service of Process (ECF No. 4801), Apotex Corp. ("Apotex") submits the following list of cases where, as of this date, (i) it has no record of being served with process or (ii) where proof of service or a waiver of service has not been filed for Apotex.[1]  This list of cases is based on Apotex's reasonable investigation to date.  Apotex reserves the right at any time to correct, modify, amend, or supplement this list as appropriate.

**Defendant Name: Apotex Corp.**

| Plaintiff Name(s) | MDL Case No. | No Service of Process | No Proof or Waiver of Service Filed |
|---|---|---|---|
| Bon Secours Health System, Inc.; Bon Secours-Richmond Community Hospital, Incorporated; Bon Secours DePaul Medical Center, Inc.; Bon Secours-Memorial Regional Medical Center, Inc.; Bon Secours-St. Francis Medical Center, Inc.; Bon Secours-St. Mary's Hospital of Richmond, Inc.; Bon Secours-Virginia Healthsource, Inc.; | 1:18-op-45820-DAP | X | |

---

[1] Federal Rule of Civil Procedure 4 requires a waiver of service or proof of service to be provided to the Court.  *See* Fed. R. Civ. P. 4(d)(4), (l).  Nothing in this submission shall be construed as waiving or prejudicing any and all available defenses and objections to the claims asserted against Apotex, including but not limited to, those relating to lack of or improper service, lack of personal jurisdiction, and dismissal as a party.

1

| | | | |
|---|---|---|---|
| Chesapeake Hospital Corporation; Mary Immaculate Hospital, Incorporated, Maryview Hospital | | | |
| City of Inez, KY | 1:19-op-45499-DAP | X | |
| City of Paintsville, KY | 1:19-op-45559-DAP | X | |
| Mayflower Municipal Health Group | 1:19-op- 45897-DAP | | X |
| Sheet Metal Workers Local 38 Insurance and Welfare Fund | 1:19-op-46094-DAP | | X |
| Pipefitters Local 636 Insurance Fund | 1:19- op-46095-DAP | | X |
| Pulaski County, GA | 1:19-op-45176-DAP | | X |
| Stephens County, GA | 1:19-op-45195-DAP | | X |
| New Madrid County, MO | 1:20-op-45296-DAP | | X |

Apotex also notes that it has not located Plaintiff Fact Sheets ("PFS") for the following Native American tribe, hospital, or third-party payor ("TPP") Plaintiffs.  While Apotex notes that the Court appears to have only ordered "Governmental Entities" to serve a PFS (*see* ECF Nos. 638, 642), Apotex identifies these tribe, hospital, and TPP cases out of an abundance of caution.  Again, this list of cases is based on Apotex's reasonable investigation to date.  Apotex reserves the right at any time to correct, modify, amend, or supplement this list as appropriate.

| **Plaintiff Name(s)** | **MDL Case No.** | **No PFS in Repository** |
|---|---|---|
| Bon Secours Health System, Inc.; Bon Secours-Richmond Community Hospital, Incorporated; Bon Secours DePaul Medical Center, Inc.; Bon Secours-Memorial Regional Medical Center, Inc.; Bon Secours-St. Francis Medical Center, Inc.; Bon Secours-St. Mary's Hospital | 1:18-op-45820-DAP | X |

4867-3819-2206.1

| | | |
|---|---|---|
| of Richmond, Inc.; Bon Secours-Virginia Healthsource, Inc.; Chesapeake Hospital Corporation; Mary Immaculate Hospital, Incorporated, Maryview Hospital | | |
| Passamaquoddy Tribe-Indian Township | 1:18-op-45876-DAP | X |
| Passamaquoddy Tribe-Pleasant Point | 1:19-op-45100-DAP | X |
| The Klamath Tribes | 1:19-op-45786-DAP | X |
| Mayflower Municipal Health Group | 1:19-op- 45897-DAP | X |
| Sheet Metal Workers Local 38 Insurance and Welfare Fund | 1:19- op-46094-DAP | X |
| Pipefitters Local 636 Insurance Fund | 1:19- op-46095-DAP | X |

Respectfully submitted,

*/s/ James W. Matthews*
James W. Matthews (MA BBO # 560560)
Katy E. Koski (MA BBO # 650613)
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 342-4000
jmatthews@foley.com
kkoski@foley.com

*Attorney for Apotex Corp.*

3

4867-3819-2206.1

## CERTIFICATE OF SERVICE

I, James W. Matthews, certify that on January 30, 2023, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF system, which will send a copy of the same to all registered users.

*/s/ James W. Matthews*
James W. Matthews