**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2804 |
| | | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | | JUDGE DAN AARON POLSTER |
| *All Cases* | | |

## JOINT RESPONSE TO ECF. NO. 4801

Pursuant to the Court's January 3, 2023 Order [ECF No. 4801], Winn-Dixie Stores, Inc. and Winn-Dixie Logistics, Inc. (collectively, "Winn-Dixie") submit this Joint Response concerning the list of known cases against Winn-Dixie Stores, Inc. and Winn-Dixie Logistic, Inc. where the plaintiff-subdivisions: (1) did not serve a PFS to the PFS Repository; and/or (2) did not obtain timely service of process:

| Subdivision Name | MDL Case No. | No PFS in Repository[1] | No Timely Service of Process[2] |
|---|---|---|---|
| Baldwin County, AL | 1:18-op-45152 | | X |
| Bay County, FL | 1:18-op-45455 | | X |
| Chilton County, AL | 1:18-op-45735 | | X |
| Albany, GA | 1:18-op-46337 | | X |
| Bay Minette, AL | 1:22-op-45018 | X | |
| Bradenton, FL | 1:18-op-46331 | | X |
| Clanton, AL | 1:18-op-46084 | | X |
| Gadsden, AL | 1:17-op-45101 | | X |
| Miami Gardens, FL | 1:18-op-45873 | | X |
| Mobile, AL | 1:18-op-45076 | | X |
| Niceville, FL | 3:21-op-45081 | | X |

---

[1] After a diligent search of the repository, a PFS for the following Plaintiff-Subdivisions were not found.
[2] While certain plaintiff-subdivisions filed Waivers of the Service of Summons into the record, the Waivers were not timely filed under Federal Rule of Civil Procedure 4.

21622940.2

| | | | |
|---:|:---:|:---:|:---:|
| North Miami, FL | 1:18-op-45872 | | X |
| Northport, AL | 1:20-op-45272 | X | |
| Ormond Beach, FL | 1:19-op-45272 | | X |
| Panama City, FL | 1:18-op-45373 | | X |
| Pensacola, FL | 1:18-op-45331 | | X |
| Pinellas Park, FL | 1:18-op-45807 | | X |
| Selma, AL | 1:18-op-45198 | | X |
| St. Petersburg, FL | 1:18-op-45701 | | X |
| Tallahassee, FL | 1:18-op-46243 | | X |
| Columbus, GA | 1:18-op-45567 | | X |
| Dallas County, AL | 1:18-op-45667 | | X |
| Escambia County, FL | 1:18-op-45729 | | X |
| Jackson County, FL | 1:19-op-45283 | X | |
| Laurens County, GA | 1:18-op-45945 | | X |
| Lee County, GA | 1:18-op-46171 | | X |
| Leon County, FL | 1:18-op-46242 | | X |
| Miami-Dade County, FL | 1:18-op-45552 | | X |
| Mobile County, AL | 1:18-op-45186 | | X |
| Pasco County, FL | 1:18-op-45851 | | X |
| Pinellas County, FL | 1:18-op-45742 | | X |
| Tallapoosa County, AL | 1:17-op-45097 | | X |
| Tuscaloosa County, AL | 1:18-op-45196 | | X |
| County of Volusia, FL | 1:18-op-45782 | | X |
| East Baton Rouge, LA | 1:18-op-45160 | | X |
| Hattiesburg, MS | 1:18-op-45512 | | X |
| Long Beach, MS | 1:19-op-45517 | X | |
| Meridian, MS | 1:18-op-45969 | | X |
| Forrest County, MS | 1:18-op-45147 | | X |
| Saint Martinville, LA | 1:19-op-45013 | | X |
| St. John the Baptist, LA | 1:18-op-45987 | | X |
| Marion County, MS | 1:18-op-45075 | | X |
| Big Bend Community Based Case, Inc. | 1:18-op-45493 | X | X |
| Fort Payne, AL | 1:17-op-45079 | | X |
| New Roads, LA | 1:19-op-45011 | X | |
| Policy Jury of the Parish of Pointe Coupee, LA | 1:19-op-45012 | X | |

21622940.2

Respectfully submitted, this 30th day of January, 2023.

/s/ Daniel T. Plunkett
Daniel T. Plunkett (LA 21822)
Timothy G. Byrd, Jr. (LA 35691)
McGlinchey Stafford
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
dplunkett@mcglinchey.com
tbyrd@mcglinchey.com

*Counsel for Defendants Winn-Dixie Logistics, Inc. and Winn-Dixie Stores, Inc.*

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing *Response* was served via the Court's ECF System to all counsel of record on January 30, 2023.

/s/ Daniel T. Plunkett
Daniel T. Plunkett

21622940.2