**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO ALL CASES** | Judge Dan Aaron Polster |

**AMNEAL DEFENDANTS' SUBMISSION REGARDING
PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS**

Pursuant to the Court's January 3, 2023 Order, The Amneal Defendants, including Amneal
Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, and Amneal Pharmaceuticals,
Inc., respectfully submit the attached Appendix A that identifies plaintiff-subdivisions that named
one or more Amneal Defendants in an MDL case, but the plaintiff: (1) did not timely serve a
Plaintiff Fact Sheet (PFS) to the PFS Repository by October 14, 2022, pursuant to the Court's
Order (Dkt. 4664); and/or (2) did not obtain timely service of process.[1]

Amneal Defendants prepared this list to the best of their knowledge based on a reasonable
investigation. Each Amneal Defendant expressly preserves and does not waive any of its rights,
reservations, objections, or arguments, including with respect to service and lack of personal
jurisdiction. Further, in accordance with the Court's instructions, Amneal Defendants have listed
only cases brought by plaintiff subdivisions, and have excluded cases brought by other plaintiff
types (e.g., Tribes, hospitals, third-party payors, etc.).  By making this submission, Amneal
Defendants make no representations and waive no arguments regarding the sufficiency of any PFS

---

[1] The Amneal Defendants have provided a joint list for the Court's convenience. Not all Amneal Defendants are named
in each case. Each case row relates only to the Amneal Defendant(s) named in that case.  If multiple Amneal
Defendants are named in a listed case, and the plaintiff(s) served some, but not all, named entities, the list will
specifically identify only the *unserved* Amneal Defendant.  If no Amneal Defendants are specifically identified, none
was served in the listed case. Additionally, the Amneal Defendants also include Impax Laboratories, Inc. Impax
Laboratories, Inc., has only been named as a defendant in a small subset of pending political subdivision cases, and it
has not been served in any of those cases.

or service of process in cases not listed herein. Amneal Defendants reserve their right to raise these

and other challenges at the appropriate time.

Respectfully submitted,

*/s/ Paul J. Cosgrove*
Paul J. Cosgrove
ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 698-5000/Fax: (513) 698-5001
pcosgrove@ulmer.com

Joshua A. Klarfeld
Georgia Hatzis
ULMER & BERNE LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH  44113
Phone: (216) 583-7000/Fax: (216) 583-7001
jklarfeld@ulmer.com
ghatzis@ulmer.com

*Attorneys for Defendants Amneal Pharmaceuticals,*
*Inc., Amneal Pharmaceuticals LLC, and Amneal*
*Pharmaceuticals of New York, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies on January 30, 2023, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Paul J. Cosgrove*

## APPENDIX A

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| | **Defendants:** Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals of New York, LLC* | | | | | |
| 1 | City of Daphne, Alabama | 1:20-op-45227 | X | | | |
| 2 | City of Fultondale, Alabama, et al. | 1:20-op-45265 | X | | | |
| 3 | City of Auburn, Alabama | 1:20-op-45282 | | | X | |
| 4 | City of Bay Minette, Alabama, et al. | 1:22-op-45018 | X | | X | |
| 5 | Pinal County, Arizona | 1:21-op-45088 | X | X | | |
| 6 | Cochise County, Arizona | 1:18-op-45855 | | X | X | |
| 7 | City of Kingman, Arizona | 1:18-op-46057 | | X | X | |
| 8 | Mohave County, Arizona | 1:19-op-45117 | | X | X | |
| 9 | Navajo County, Arizona | 1:19-op-45217 | | X | X | |
| 10 | City of Clearlake, California, et al. | 1:20-op-45251 | | | X | |
| 11 | The Board of County Commissioners of the County of Adams, Colorado | 1:19-op-45036 | | X | X | |
| 12 | The Board of County Commissioners of the County of Mesa, Colorado | 1:19-op-45923 | | X | X | |
| 13 | City of Greeley, Colorado | 1:19-op-45977 | | X | X | |
| 14 | Levy County, Florida | 1:18-op-46119 | X | X | | |
| 15 | City of Niceville, Florida v. Amerisourcebergn Drug Corporation, et al. | 1:21-op-45081 | | | X | |

1

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 16 | The City of Orlando, Florida | 1:20-op-45223 | X | X | X | |
| 17 | City of Lakeland, Georgia v. Purdue Pharma L.P., et al. | 1:19-op-45618 | | X | X | |
| 18 | City of Nashville, Georgia v. Purdue Pharma L.P., et al. | 1:19-op-45617 | | X | X | |
| 19 | Grady County, Georgia v. Purdue Pharma, L.P., et al. | 1:18-op-46338 | | X | X | |
| 20 | Brooks County, Georgia v. Purdue Pharma, L.P., et al. | 1:18-op-45981 | | X | X | |
| 21 | Candler County, Georgia | 1:18-op-45165 | X | | | |
| 22 | The Unified Government of Athens-Clarke County, Georgia | 1:18-op-45218 | X | | | |
| 23 | Oconee County, Georgia | 1:18-op-45219 | X | | | |
| 24 | Jeff Davis County, Georgia | 1:18-op-45237 | X | | | |
| 25 | Crisp County, Georgia | 1:18-op-45238 | X | | | |
| 26 | Sumter County, Georgia | 1:18-op-45250 | X | | | |
| 27 | Oglethorpe County, Georgia | 1:18-op-45262 | X | | | |
| 28 | Irwin County, Georgia | 1:18-op-45283 | X | | | |
| 29 | Cook County, Georgia | 1:18-op-45284 | X | | | |
| 30 | Hall County, Georgia | 1:18-op-45286 | X | | | |
| 31 | Madison County, Georgia | 1:18-op-45296 | X | | | |
| 32 | Walton County, Georgia | 1:18-op-45297 | X | | | |
| 33 | Decatur County, Georgia | 1:18-op-45334 | X | | | |
| 34 | Banks County, Georgia | 1:18-op-45378 | X | | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 35 | Twiggs County, Georgia | 1:18-op-45379 | X | | | |
| 36 | Elbert County, Georgia | 1:18-op-45381 | X | | | |
| 37 | The City of Bainbridge, Georgia | 1:18-op-45383 | X | | | |
| 38 | Bulloch County, Georgia | 1:18-op-45394 | X | | | |
| 39 | The Unified Government of Macon-Bibb County, Georgia | 1:18-op-45407 | X | | | |
| 40 | Jones County, Georgia | 1:18-op-45424 | X | | | |
| 41 | Warren County, Georgia | 1:18-op-45425 | X | | | |
| 42 | The City of Tifton, Georgia | 1:18-op-45454 | X | | | |
| 43 | The City of Gainesville, Georgia | 1:18-op-45486 | X | | | |
| 44 | Butts County, Georgia | 1:18-op-45490 | X | | | |
| 45 | Dougherty County, Georgia | 1:18-op-45491 | X | | | |
| 46 | The City of Milledgeville, Georgia | 1:18-op-45495 | X | | | |
| 47 | Jasper County, Georgia | 1:18-op-45504 | X | | | |
| 48 | Ben Hill County, Georgia | 1:18-op-45505 | X | | | |
| 49 | Lincoln County, Georgia | 1:18-op-45508 | X | | | |
| 50 | McDuffie County, Georgia | 1:18-op-45509 | X | | | |
| 51 | Hancock County, Georgia | 1:18-op-45535 | X | | | |
| 52 | Habersham County, Georgia | 1:18-op-45559 | X | | | |
| 53 | Taliaferro County, Georgia | 1:18-op-45562 | X | | | |
| 54 | Washington County, Georgia | 1:18-op-45563 | X | | | |

|  | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 55 | Tattnall County, Georgia | 1:18-op-45574 | X | | | |
| 56 | Toombs County, Georgia | 1:18-op-45576 | X | | | |
| 57 | Newton County, Georgia | 1:18-op-45578 | X | | | |
| 58 | Jackson County, Georgia | 1:18-op-45581 | X | | | |
| 59 | Worth County, Georgia | 1:18-op-45602 | X | | | |
| 60 | The City of Fitzgerald, Georgia | 1:18-op-45603 | X | | | |
| 61 | Columbia County, Georgia | 1:18-op-45607 | X | | | |
| 62 | Dooly County, Georgia | 1:18-op-45712 | X | | | |
| 63 | Charlton County, Georgia | 1:18-op-45713 | X | | | |
| 64 | Brantley County, Georgia | 1:18-op-45714 | X | | | |
| 65 | Troup County, Georgia | 1:18-op-45715 | X | | | |
| 66 | Johnson County, Georgia | 1:18-op-45716 | X | | | |
| 67 | Camden County, Georgia | 1:18-op-45717 | X | | | |
| 68 | Glynn County, Georgia | 1:18-op-46115 | X | X | | |
| 69 | City of Rome, Georgia, et al. | 1:18-op-45282 | | | X | |
| 70 | The County of Wilcox, Georgia | 1:18-op-45506 | | | X | |
| 71 | The County of Macon, Georgia | 1:18-op-45577 | | | X | |
| 72 | The County of Peach, Georgia | 1:18-op-45579 | | | X | |
| 73 | The County of Schley, Georgia | 1:18-op-45580 | | | X | |
| 74 | Berrien County, Georgia v. Amerisourcebergen Drug Corporaiton, et al. | 1:18-op-45834 | | | X | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 75 | Lanier County, Georgia | 1:18-op-46066 | | | X | |
| 76 | City of Albany, Georgia | 1:18-op-46337 | | | X | |
| 77 | Atkinson County, Georgia | 1:19-op-45118 | | | X | |
| 78 | The City of Blakely, Georgia, et al., | 1:19-op-45129 | | | X | |
| 79 | Lewis S. Walker in his official Capacity as the Sheriff of Crawford County, Georgia | 1:19-op-45146 | X | | | |
| 80 | Mike Jolley in his official Capacity as the Sheriff of Harris County, Georgia | 1:19-op-45147 | X | | | |
| 81 | E. Neal Jump in his official Capacity as the Sheriff of Glynn County, Georgia | 1:19-op-45155 | X | | | |
| 82 | Ramsey Bennett in his official Capacity as the Sheriff of Pierce County, Georgia | 1:19-op-45166 | X | | | |
| 83 | Mike Kile in his official Capacity as the Sheriff of Screven County, Georgia | 1:19-op-45167 | X | | | |
| 84 | Gene Scarbrough in his official Capacity as the Sheriff of Tift County, Georgia | 1:19-op-45168 | X | | | |
| 85 | Wilkes County, Georgia | 1:19-op-45171 | X | | | |
| 86 | Towns County, Georgia | 1:19-op-45172 | X | | | |
| 87 | McIntosh County, Georgia | 1:19-op-45173 | X | | | |
| 88 | Cherokee County, Georgia | 1:19-op-45174 | X | | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 89 | Glascock County, Georgia | 1:19-op-45175 | X | | | |
| 90 | Pulaski County, Georgia | 1:19-op-45176 | X | | | |
| 91 | Rabun County, Georgia | 1:19-op-45177 | X | | | |
| 92 | Effingham County, Georgia | 1:19-op-45178 | X | | | |
| 93 | Pike County, Georgia | 1:19-op-45179 | X | | | |
| 94 | Early County, Georgia | 1:19-op-45180 | X | | | |
| 95 | Seminole County, Georgia | 1:19-op-45181 | X | | | |
| 96 | Clay County, Georgia | 1:19-op-45194 | X | | | |
| 97 | Stephens County, Georgia | 1:19-op-45195 | X | X | X | |
| 98 | Long County, Georgia | 1:19-op-45196 | X | | | |
| 99 | Clinch County, Georgia | 1:19-op-45197 | X | | | |
| 100 | Screven County, Georgia | 1:19-op-45198 | X | | | |
| 101 | City of Springfield, Georgia | 1:19-op-45199 | X | X | X | |
| 102 | Liberty County, Georgia | 1:19-op-45200 | X | | | |
| 103 | Jefferson County, Georgia | 1:19-op-45201 | X | | | |
| 104 | Randolph County, Georgia | 1:19-op-45202 | X | | | |
| 105 | Greene County, Georgia | 1:19-op-45203 | X | | | |
| 106 | Wayne County, Georgia | 1:19-op-45204 | X | | | |
| 107 | Burke County, Georgia | 1:19-op-45207 | X | | | |
| 108 | Spalding County, Georgia | 1:19-op-45208 | X | | | |
| 109 | Emanuel County, Georgia | 1:19-op-45209 | X | | | |
| 110 | Dawson County, Georgia | 1:19-op-45210 | X | | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 111 | Lumpkin County, Georgia | 1:19-op-45211 | X | | | |
| 112 | Montgomery County, Georgia | 1:19-op-45292 | X | | | |
| 113 | Fayette County, Georgia | 1:19-op-45293 | X | | | |
| 114 | Sheriff Mark Melton, in his Official Capacity as Sheriff of Appling County, Georgia | 1:19-op-45307 | X | | | |
| 115 | Sheriff Terry Deese, in his Official Capacity as Sheriff of Peach County, Georgia | 1:19-op-45314 | X | | | |
| 116 | David J. Davis, in His Official Capacity as Sheriff of Bibb County, Georgia | 1:19-op-45360 | X | | | |
| 117 | William C. Massee, Jr., in his Official Capacity as the Sheriff of Baldwin County, Georgia | 1:19-op-45361 | X | | | |
| 118 | H.W. "Billy" Hancock in his Official Capacity as the Sheriff of Crisp County, Georgia | 1:19-op-45562 | X | | | |
| 119 | Evans County, Georgia | 1:20-op-45080 | X | | | |
| 120 | Appling County, Georgia | 1:20-op-45081 | X | | | |
| 121 | County of Kauai, political subdivision of the State of Hawaii, for themselves individually, and on behalf of all similarly situated persons, et al. | 1:19-op-45862 | X | X | | |
| 122 | County of Hawaii | 1:20-op-45014 | X | X | | |
| 123 | Ada County, Idaho | 1:19-op-45775 | | X | X | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 124 | Bingham County, Idaho | 1:19-op-45758 | X | X | | |
| 125 | City of Harrisburg, Illinois | 1:18-op-45594 | X | | X | |
| 126 | City of Princeton, Illinois | 1:18-op-45599 | X | | X | |
| 127 | People of State of Illinois, et al. | 1:17-op-45049 | | | X | |
| 128 | City of Marion, Illinois, a home unit v. Teva Pharmaceutical Industries, Ltd., et al. | 1:20-op-45215 | | | X | |
| 129 | City of Lafayette, Indiana | 1:17-op-45081 | X | | | |
| 130 | City of Hammond, Indiana | 1:17-op-45082 | X | | | |
| 131 | City of Indianapolis, Indiana, et al. | 1:17-op-45091 | X | | | |
| 132 | City of New Castle, Indiana | 1:18-op-45016 | X | | | |
| 133 | Jennings County, Indiana | 1:18-op-45131 | X | | | |
| 134 | City of Alexandria, Indiana, et al. | 1:18-op-45151 | X | | | |
| 135 | Lake County, Indiana | 1:18-op-45156 | X | | | |
| 136 | Marshall County, Indiana | 1:18-op-45157 | X | | | |
| 137 | City of Connersville, Indiana, et al. | 1:18-op-45159 | X | | | |
| 138 | City of Bloomington, Indiana | 1:18-op-45235 | X | | | |
| 139 | LaPorte County, Indiana | 1:18-op-45280 | X | | | |
| 140 | City of West Lafayette, Indiana | 1:18-op-45300 | X | | | |
| 141 | St. Joseph County, Indiana | 1:18-op-45500 | X | | | |
| 142 | City of Logansport, Indiana | 1:18-op-45692 | X | | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 143 | Morgan County, Indiana | 1:18-op-45828 | X | | | |
| 144 | Delaware County, Indiana | 1:18-op-45963 | X | | | |
| 145 | Pulaski County, Indiana | 1:18-op-46110 | X | | | |
| 146 | City of Portland, Indiana | 1:18-op-46140 | X | | X | |
| 147 | Ripley County, Indiana | 1:18-op-46155 | X | | | |
| 148 | City of Franklin, Indiana, et al. | 1:18-op-46182 | X | | | |
| 149 | Lawrence County, Indiana | 1:18-op-46188 | X | | | |
| 150 | Benton County, Indiana | 1:18-op-46201 | X | | | |
| 151 | Porter County, Indiana | 1:19-op-45074 | X | | | |
| 152 | County of Reno, Kansas | 1:18-op-45718 | | | X | |
| 153 | The City of Elkhart, Morton County, Kansas | 1:19-op-45380 | | X | | |
| 154 | The Board of County Commissioners for Elk County, Kansas, et al. | 1:19-op-45382 | | X | | |
| 155 | The Board of County Commissioners for Greenwood County, Kansas and Joe Lee, Greenwood County Attorney | 1:19-op-45384 | | X | | |
| 156 | The Board of County Commissioners for Stanton County, Kansas and David Black, Stanton County Attorney | 1:19-op-45388 | | X | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 157 | The City of Manter, Stanton County, Kansas | 1:19-op-45389 | | | X | |
| 158 | The Board of County Commissioners for Meade County, Kansas and Clay Kuhns, Meade County Attorney | 1:19-op-45390 | | X | | |
| 159 | The City of Ulysses, Grant County, Kansas | 1:19-op-45392 | | X | | |
| 160 | The Board of County Commissioners for Morton County, Kansas and Eric Witcher, Morton County Attorney | 1:19-op-45393 | | X | | |
| 161 | The Board of County Commissioners for Grant County, Kansas and Jessica Akers, Grant County Attorney | 1:19-op-45394 | | | X | |
| 162 | The Board of County Commissioners for Allen County, Kansas and Jerry Hathaway, Allen County Attorney | 1:20-op-45151 | | | X | |
| 163 | Fiscal Court of Spencer County, Kentucky | 1:17-op-45014 | X | | | |
| 164 | The County of Knott, Kentucky | 1:18-op-45370 | X | X | X | |
| 165 | Lawrence County, Kentucky | 1:19-op-46184 | X | | X | |
| 166 | The County of Ballard, Kentucky | 1:18-op-45593 | | | X | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 167 | The City of Prestonburg, Kentucky | 1:19-op-45294 | | | X | |
| 168 | The City of Inez, Kentucky | 1:19-op-45499 | | | X | |
| 169 | The City of Paintsville, Kentucky | 1:19-op-45559 | | | X | |
| 170 | The Fiscal Court of Casey County, Kentucky | 1:19-op-45887 | | | X | |
| 171 | The Fiscal Court of Grant County, Kentucky v. Teva Pharmaceutical Industries, Ltd., et al. | 1:19-op-45961 | | | X | |
| 172 | The Fiscal Court of Adair County, on Behalf of Adair County, Kentucky | 1:20-op-45059 | | | X | |
| 173 | City of Henderson, Kentucky, et al. | 1:20-op-45062 | X | | | |
| 174 | Hardin County Fiscal Court, Kentucky, et al. | 1:20-op-45063 | X | | | |
| 175 | City of Morganfield, Kentucky | 1:20-op-45167 | X | X | X | |
| 176 | City of Russell, Kentucky, et al. v. Abbott Laboratories, et al. | 1:21-op-45094 | X | X | | |
| 177 | Douglas Anderson, Duly Elected Sheriff of Avoyelles Parish, in His Capacity as Officer Ex Officio of the Avoyelles Parish Sheriff's Office and the Avoyelles Parish Law Enforcement District | 1:17-op-45164 | X | X | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 178 | William Hilton, Duly Elected Sheriff of Rapides Parish, in His Capacity as Officer Ex Officio of the Rapides Parish Sheriff's Office and the Rapides Parish Law Enforcement District | 1:17-op-45178 | X | X | | |
| 179 | Tony Mancuso, Duly Elected Sheriff of Calcasieu Parish, in His Capacity as Officer Ex Officio of the Calcasieu Parish Sheriff's Office and the Calcasieu Parish Law Enforcement District | 1:17-op-45179 | X | X | | |
| 180 | Mark T. Garber, Duly Elected Sheriff of Lafayette Parish, in His Capacity as Officer Ex Officio of the Lafayette Parish Sheriff's Office and the Lafayette Parish Law Enforcement District | 1:17-op-45180 | X | X | | |
| 181 | Randy Seal, Duly Elected Sheriff of Washington Parish, in His Capacity as Officer Ex Officio of the Washington Parish Sheriff's Office and the Washington Parish Law Enforcement District | 1:18-op-45093 | X | X | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 182 | Ivy Woods, Duly Elected Sheriff of Jefferson Davis Parish, in His Capacity as Officer Ex Officio of the Jefferson Davis Parish Sheriff's Office and the Jefferson Davis Parish Law Enforcement District | 1:18-op-45099 | X | X | | |
| 183 | John Craft, Duly Elected Sheriff of Vernon Parish, in His Capacity as Officer Ex Officio of the Vernon Parish Sheriff's Office and the Vernon Parish Law Enforcement District | 1:18-op-45140 | X | X | | |
| 184 | Douglas Hebert, III, Duly Elected Sheriff of Allen Parish, in His Capacity as Officer Ex Officio of the Allen Parish Sheriff's Office and the Allen Parish Law Enforcement District | 1:18-op-45142 | X | X | | |
| 185 | Ronald Richardson, Duly Elected Sheriff of Sabine Parish, in His Capacity as Officer Ex Officio of the Sabine Parish Sheriff's Office and the Sabine Parish Law Enforcement District | 1:18-op-45143 | X | X | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 186 | Jay Russell, Duly Elected Sheriff of Ouachita Parish, in His Capacity as Officer Ex Officio of the Ouachita Parish Sheriff's Office and the Ouachita Parish Law Enforcement District | 1:18-op-45154 | X | X | | |
| 187 | Edrick Soileau, Duly Elected Sheriff of Evangeline Parish, in His Capacity as Officer Ex Officio of the Evangeline Parish Sheriff's Office and the Evangeline Parish Law Enforcement District | 1:18-op-45189 | X | X | | |
| 188 | Wydette Williams, Duly Elected Sheriff of East Carroll Parish, in His Capacity as Officer Ex Officio of the East Carroll Parish Sheriff's Office and the East Carroll Parish Law Enforcement District | 1:18-op-45259 | X | X | | |
| 189 | Jerry L. Philley, Duly Elected Sheriff of West Carroll Parish, in His Capacity as Officer Ex Officio of the West Carroll Parish Sheriff's Office and the West Carroll Parish Law Enforcement District | 1:18-op-45260 | X | X | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 190 | Sid J. Gautreaux, III, Duly Elected Sheriff of East Baton Rouge Parish, in His Capacity as Officer Ex Officio of the East Baton Rouge Parish Sheriff's Office and the East Baton Rouge Parish Law Enforcement District | 1:18-op-45325 | X | X | | |
| 191 | Jeffrey F. Wiley, Duly Elected Sheriff of Ascension Parish, in His Capacity as Officer Ex Officio of the Ascension Parish Sheriff's Office and the Ascension Parish Law Enforcement District | 1:18-op-45842 | X | X | | |
| 192 | Michael Tubbs, Duly Elected Sheriff of Morehouse Parish, in His Capacity as Officer Ex Officio of the Morehouse Parish Sheriff's Office and the Morehouse Parish Law Enforcement District | 1:18-op-45884 | X | X | | |
| 193 | Washington Parish Government v. Purdue Pharma L.P., et al. | 1:19-op-45773 | | | | X |
| 194 | City of Bogalusa, Louisiana | 1:18-op-46297 | X | X | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 195 | Gary Gilley, Duly Elected Sheriff of Richland Parish, in His Capacity as Officer Ex Officio of the Richland Parish Sheriff's Office and the Richland Parish Law Enforcement District | 1:19-op-45007 | X | X | | |
| 196 | Avoyelles Parish Police Jury | 1:19-op-45444 | | X | | |
| 197 | Calcasieu Parish Police Jury | 1:19-op-45445 | | X | | |
| 198 | Ouachita Parish Police Jury | 1:19-op-45446 | | X | | |
| 199 | Sabine Parish Police Jury | 1:19-op-45448 | | X | | |
| 200 | City of Lake Charles | 1:19-op-45449 | | X | | |
| 201 | Evangeline Parish Police Jury | 1:19-op-45450 | | X | | |
| 202 | Vernon Parish Police Jury | 1:19-op-45451 | | X | | |
| 203 | Morehouse Parish Police Jury | 1:19-op-45452 | | X | | |
| 204 | East Carroll Parish Police Jury | 1:19-op-45453 | | X | | |
| 205 | West Carroll Parish Police Jury | 1:19-op-45454 | | X | | |
| 206 | Natchitoches Parish Council | 1:20-op-45270 | | X | | |
| 207 | Town of Pearl River, Louisiana | 1:19-op-45754 | | | | X |
| 208 | City of Slidell, Louisiana | 1:19-op-45769 | | | | X |
| 209 | City of New Roads, Louisiana | 1:19-op-45011 | X | | | |
| 210 | Police Jury of the Parish of Pointe Coupee, Louisiana | 1:19-op-45012 | X | | | |
| 211 | Assumption Parish Police Jury | 1:20-op-45205 | X | X | X | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 212 | Leland Falcon, Sheriff of Assumption Parish, Louisiana in his capacity as Officer Ex Officio of the Assumption Parish Sheriff's Office | 1:20-op-45206 | X | X | X | |
| 213 | Lafourche Parish Government | 1:20-op-45212 | X | X | X | |
| 214 | Town of Gramercy, Louisiana | 1:21-op-45031 | X | X | X | |
| 215 | Town of Lutcher, Louisiana | 1:21-op-45035 | X | X | X | |
| 216 | Lafourche Parish School Board | 1:21-op-45036 | X | X | X | |
| 217 | St. James Parish School Board | 1:21-op-45034 | X | X | X | |
| 218 | St. Bernard Parish School Board | 1:21-op-45014 | X | X | X | |
| 219 | City of Bangor, Maine | 1:18-op-46314 | X | X | | |
| 220 | City of Lewiston, a municipality in Androscoggin County, State of Maine | 1:18-op-46315 | X | X | | |
| 221 | The City of Calais, Maine | 1:20-op-45051 | X | | | |
| 222 | City of Pontiac, Michigan | 1:19-op-46183 | X | | | |
| 223 | Mower County, Minnesota | 1:17-op-45072 | | | X | |
| 224 | Douglas County, Minnesota | 1:18-op-45428 | | | X | |
| 225 | Johnson County, Missouri | 1:19-op-45363 | | X | | |
| 226 | The City of Sedalia, Pettis County, Missouri | 1:20-op-45152 | | | X | |
| 227 | Howell County, Missouri | 1:19-op-45368 | | X | | |
| 228 | City of Harrisonville, Cass County, Missouri | 1:19-op-45369 | | X | | |

17

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 229 | Ozark County, Missouri | 1:18-op-46198 | X | | | |
| 230 | Webster County, Missouri | 1:18-op-46350 | X | | | |
| 231 | Scott County, Missouri | 1:19-op-46174 | X | | | |
| 232 | Claiborne County, Mississippi | 1:18-op-45035 | X | | | |
| 233 | Clarke County, Mississippi | 1:18-op-45278 | X | | | |
| 234 | Itawamba County, Mississippi | 1:18-op-45396 | X | | | |
| 235 | Harrison County, Mississippi | 1:19-op-45113 | X | | | |
| 236 | The City of Gulfport, Mississippi | 1:19-op-45291 | X | | | |
| 237 | The City of Long Beach, Mississippi | 1:19-op-45517 | X | X | | |
| 238 | City of Jackson, Mississippi | 1:19-op-45806 | X | | X | |
| 239 | The City of Pascagoula, Mississippi | 1:19-op-45934 | X | | | |
| 240 | Stone County, Mississippi | 1:20-op-45168 | X | X | X | |
| 241 | City of Great Falls, Montana, et al. | 1:19-op-45083 | X | | | |
| 242 | City of Rochester, New Hampshire, et al. | 1:18-op-46106 | X | | | |
| 243 | County of Hudson New Jersey | 1:18-op-45937 | X | | X | |
| 244 | Atlantic County, New Jersey | 1:19-op-46071 | X | | X | |
| 245 | The County of Roosevelt, New Mexico | 1:18-op-46343 | X | X | | |
| 246 | Board of County Commissioners of the County of Socorro, New Mexico | 1:19-op-45323 | | | X | |

18

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 247 | City of Las Cruces, New Mexico, a municipal corporation | 1:21-op-45059 | | | X | |
| 248 | The City of Auburn, New York | 1:19-op-45843 | X | X | | |
| 249 | The City of Ogdensburg, New York  et al. | 1:19-op-45852 | X | X | | |
| 250 | The City of Rochester, New York | 1:19-op-45853 | X | X | | |
| 251 | The City of Saratoga Springs, New York | 1:19-op-45857 | X | X | | |
| 252 | The City of Buffalo, New York | 1:19-op-46104 | X | | | |
| 253 | Allegany County, New York | 1:19-op-46151 | X | X | | |
| 254 | The City of Amsterdam, New York | 1:19-op-46162 | X | | | |
| 255 | The City of Poughkeepsie, New York, individually, and on behalf of all others similarly-situated | 1:19-op-46163 | X | X | | |
| 256 | Town of Poughkeepsie, NY | 1:20-op-45260 | X | X | | |
| 257 | City of Lackawanna, New York v. Purdue Pharma, L.P., et al. | 1:19-op-45303 | | X | | |
| 258 | City of Geneva, New York v. Purdue Pharma, L.P., et al. | 1:19-op-45214 | | X | | |
| 259 | City of Utica, New York v. Purdue Pharma, L.P. | 1:18-op-46359 | | X | | |
| 260 | City of Syracuse, New York v. Purdue Pharma, L.P. | 1:18-op-46169 | | X | | |

19

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 261 | Village of Herkimer, New York v. Purdue Pharma, L.P., et al. | 1:18-op-45964 | | X | | |
| 262 | County of Oneida, New York v. Purdue Pharma, L.P., et al. | 1:18-op-45338 | | X | | |
| 263 | County of Onondaga, New York v. Purdue Pharma, L.P., et al. | 1:18-op-45170 | | X | | |
| 264 | City of Canton, a municipal corporation, Chatham County, North Carolina, and all other similarly situated v. Purdue Pharma L.P., et al. | 1:19-op-45462 | | X | X | |
| 265 | Sandusky County Board of Commissioners, Ohio | 1:18-op-45254 | X | X | | |
| 266 | Mental Health & Recovery Services Board of Allen, Auglaize, and Hardin Counties, Ohio | 1:18-op-46344 | X | | | |
| 267 | The Board of County Commissioners of Delaware County, State of Oklahoma | 1:18-op-46321 | X | X | X | |
| 268 | City of Elk City, Oklahoma | 1:21-op-45017 | X | X | | |
| 269 | City of Hazelton, Pennsylvania | 1:19-op-45724 | X | | | |
| 270 | Bedford County, Pennsylvania | 1:20-op-45184 | X | | | |
| 271 | Wilkes-Barre Township, Pennsylvania v. Purdue Pharma, L.P, et al. | 1:19-op-45325 | | X | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 272 | Lower Makefield Township | 1:20-op-45284 | X | | | |
| 273 | Middletown Township, Pennsylvania | 1:21-op-45030 | X | | X | |
| 274 | Municipality of Guayanilla, Puerto Rico | 1:18-op-45176 | X | | X | |
| 275 | Municipality of Sabana Grande, Puerto Rico, et al. | 1:18-op-45197 | X | | X | |
| 276 | Scott County, Tennessee | 1:18-op-45273 | X | | | |
| 277 | Cannon County, Tennessee | 1:18-op-45924 | X | | | |
| 278 | Decatur County, Tennessee | 1:19-op-45789 | X | | | |
| 279 | The City of Clarksville, Tennessee | 1:18-op-45517 | | | X | |
| 280 | Blount County, Tennessee, et al. | 1:19-op-45132 | | | X | |
| 281 | Obion County, Tennessee | 1:19-op-46115 | X | | X | |
| 282 | County of Angelina, Texas v. Purdue Pharma L.P., et al. | 1:20-op-45053 | | X | X | |
| 283 | The County of Nolan, Texas | 1:18-op-45061 | X | X | | X |
| 284 | The County of Polk, Texas | 1:18-op-45077 | X | X | | X |
| 285 | The County of Haskell, Texas | 1:18-op-45223 | X | X | | X |
| 286 | The County of La Salle, Texas | 1:18-op-45234 | X | X | | X |
| 287 | The City of Laredo, Texas | 1:18-op-46026 | X | | X | |
| 288 | County of Angelina, Texas v | 1:20-op-45053 | X | | | |
| 289 | County of Coryell, Texas | 1:22-op-45009 | X | X | X | |
| 290 | County of Kendall, Texas | 1:22-op-45010 | X | X | X | |

21

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 291 | Texarkana Independent School District, et al. | 1:21-op-45080 | | X | X | X |
| 292 | The Town of Bennington, Vermont v. Mallinckrodt PLC, et al. | 1:19-op-45791 | | X | X | X |
| 293 | Giles County, Virginia v. Purdue Pharma, L.P., et al. | 1:19-op-45236 | | X | | |
| 294 | Montgomery County, Virginia | 1:19-op-45234 | | X | | X |
| 295 | City of Galax, Virginia | 1:19-op-45243 | | X | X | X |
| 296 | Henry County, Virginia | 1:19-op-45245 | | X | X | X |
| 297 | City of Alexandria, Virginia | 1:19-op-45246 | | X | | X |
| 298 | Pittsylvania County, Virginia | 1:19-op-45247 | | X | X | X |
| 299 | City of Norton, Virginia | 1:19-op-45249 | | X | X | X |
| 300 | Lee County, Virginia | 1:19-op-45251 | | X | | X |
| 301 | Washington County, Virginia | 1:19-op-45254 | | X | X | X |
| 302 | Page County, Virginia | 1:19-op-45275 | | X | X | X |
| 303 | Westmoreland County, Virginia, et al. | 1:19-op-45993 | | X | X | X |
| 304 | Fauquier County, Virginia v. Mallinckrodt LLC, et al. | 1:19-op-45686 | | X | X | X |
| 305 | Board of Supervisors, Prince William County, Virginia | 1:19-op-45687 | | X | X | X |
| 306 | Northumberland County, Virginia | 1:19-op-45688 | | X | X | X |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 307 | Halifax County, Virginia | 1:19-op-45692 | | X | X | X |
| 308 | City of Lexington, Virginia | 1:19-op-45693 | | X | X | X |
| 309 | Rockbridge County, Virginia | 1:19-op-45694 | | X | X | X |
| 310 | Roanoke County, Virginia | 1:19-op-45695 | | X | X | X |
| 311 | City of Roanoke, Virgina | 1:19-op-45696 | | X | X | X |
| 312 | City of Salem, Virginia | 1:19-op-45697 | | X | X | X |
| 313 | Floyd County, Virginia | 1:19-op-45698 | | X | X | X |
| 314 | Alleghany County, Virginia | 1:19-op-45700 | | X | X | X |
| 315 | Franklin County, Virginia | 1:19-op-45701 | | X | X | X |
| 316 | Madison County, Virginia | 1:19-op-45702 | | X | X | X |
| 317 | City of Chesapeake, Virginia v. Actavis, LLC, et al. | 1:19-op-45712 | | X | X | X |
| 318 | Accomack County, Virginia | 1:19-op-45715 | | X | X | X |
| 319 | City of Bristol, Virginia | 1:19-op-45719 | | X | X | X |
| 320 | Louisa County, Virginia | 1:19-op-45720 | | X | X | X |
| 321 | Fairfax County Board of Supervisors | 1:19-op-45766 | | X | X | X |
| 322 | City of Covington, Virginia | 1:19-op-45799 | | X | X | X |
| 323 | Loudoun County, Virginia | 1:19-op-45842 | | X | X | X |
| 324 | Greensville County, Virginia | 1:19-op-45848 | | X | X | X |
| 325 | Culpeper County, Virginia | 1:19-op-45849 | | X | X | X |
| 326 | Charlotte County, Virginia | 1:19-op-45851 | | X | X | X |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 327 | City of Fredericksburg, Virginia | 1:19-op-45898 | | X | X | X |
| 328 | Prince George County, Virginia | 1:19-op-45929 | | X | X | X |
| 329 | Patrick County, Virginia | 1:19-op-46149 | | X | X | X |
| 330 | Shenandoah County, Virginia | 1:19-op-46150 | | X | X | X |
| 331 | The City of Waynesboro, Virginia | 1:19-op-46152 | | X | X | X |
| 332 | Cumberland County, Virginia | 1:19-op-46153 | | X | X | X |
| 333 | City of Radford, Virginia | 1:19-op-46154 | | X | X | X |
| 334 | City of Emporia, Virginia | 1:19-op-46850 | | X | X | X |
| 335 | Mecklenburg County, Virginia | 1:20-op-45174 | | X | X | X |
| 336 | Dinwiddie County, Virginia | 1:20-op-45291 | | X | X | X |
| 337 | The County Board of Arlington County, Virginia v. Actavis Pharma, Inc., et al. | 1:21-op-45078 | | X | X | X |
| 338 | Skagit County, Washington | 1:18-op-45173 | | X | X | |
| 339 | Franklin County, Washington | 1:18-op-45944 | | X | X | |
| 340 | Island County, Washington | 1:18-op-45982 | X | X | X | |
| 341 | Walla Walla County, Washington | 1:18-op-46010 | | X | X | |
| 342 | San Juan County, Washington | 1:18-op-46291 | | X | X | |
| 343 | Lincoln County, Washington v. Richard S. Sackler, et al. | 1:19-op-45962 | | X | X | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 344 | City of Anacortes and Sedro-Woolley School District, Washington | 1:19-op-45029 | X | X | X | |
| 345 | Adams County, Wisconsin | 1:17-op-45093 | X | X | | |
| 346 | Marathon County, Wisconsin | 1:17-op-45095 | X | X | | |
| 347 | Green County, Wisconsin | 1:17-op-45096 | X | X | | |
| 348 | Iowa County, Wisconsin | 1:17-op-45099 | X | X | X | |
| 349 | Door County, Wisconsin | 1:17-op-45104 | X | X | | |
| 350 | Fond du Lac County, Wisconsin | 1:17-op-45106 | X | X | | |
| 351 | Douglas County, Wisconsin | 1:17-op-45107 | X | X | | |
| 352 | Rock County, Wisconsin | 1:17-op-45108 | X | X | | |
| 353 | Eau Claire County, Wisconsin | 1:17-op-45112 | X | X | | |
| 354 | Washington County, Wisconsin | 1:17-op-45114 | X | X | | |
| 355 | Grant County, Wisconsin | 1:17-op-45115 | X | X | | |
| 356 | Columbia County, Wisconsin | 1:17-op-45118 | X | X | | |
| 357 | Oconto County, Wisconsin | 1:17-op-45120 | X | X | | |
| 358 | Jackson County, Wisconsin | 1:17-op-45121 | X | X | | |
| 359 | Jefferson County, Wisconsin | 1:17-op-45122 | X | X | | |
| 360 | Washburn County, Wisconsin | 1:17-op-45123 | X | X | | |
| 361 | Langlade County, Wisconsin | 1:17-op-45124 | X | X | | |
| 362 | Florence County, Wisconsin | 1:17-op-45125 | X | X | | |
| 363 | Price County, Wisconsin | 1:17-op-45126 | X | X | | |
| 364 | Wood County, Wisconsin | 1:17-op-45127 | X | X | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 365 | Oneida County, Wisconsin | 1:17-op-45129 | X | X | | |
| 366 | Ashland County, Wisconsin | 1:17-op-45130 | X | X | | |
| 367 | Burnett County, Wisconsin | 1:17-op-45131 | X | X | | |
| 368 | Chippewa County, Wisconsin | 1:17-op-45132 | X | X | | |
| 369 | Dunn County, Wisconsin | 1:17-op-45133 | X | X | | |
| 370 | Forest County, Wisconsin | 1:17-op-45134 | X | X | | |
| 371 | Manitowoc County, Wisconsin | 1:17-op-45135 | X | X | | |
| 372 | Marquette County, Wisconsin | 1:17-op-45136 | X | X | | |
| 373 | Waushara County, Wisconsin | 1:17-op-45139 | X | X | | |
| 374 | Buffalo County, Wisconsin | 1:17-op-45141 | X | X | | |
| 375 | Calumet County, Wisconsin | 1:17-op-45142 | X | X | | |
| 376 | Dodge County, Wisconsin | 1:17-op-45143 | X | X | | |
| 377 | Kenosha County, Wisconsin | 1:17-op-45144 | X | X | | |
| 378 | Marinette County, Wisconsin | 1:17-op-45145 | X | X | | |
| 379 | Monroe County, Wisconsin | 1:17-op-45146 | X | X | | |
| 380 | St. Croix County, Wisconsin | 1:17-op-45147 | X | X | | |
| 381 | Vernon County, Wisconsin | 1:17-op-45148 | X | X | | |
| 382 | Clark County, Wisconsin | 1:17-op-45150 | X | X | | |
| 383 | Pierce County, Wisconsin | 1:17-op-45165 | X | X | | |
| 384 | Waupaca County, Wisconsin | 1:17-op-45166 | X | X | | |
| 385 | Lincoln County, Wisconsin | 1:17-op-45167 | X | X | | |
| 386 | Bayfield County, Wisconsin | 1:17-op-45168 | X | X | | |

| | Subdivision Name | MDL Case No. | No PFS in Repository (as of 10/14/22 Deadline) | No Service of Process on Amneal Pharmaceuticals, Inc. | No Service of Process on Amneal Pharmaceuticals LLC | No Service of Process on Amneal Pharmaceuticals of New York, LLC |
|---|---|---|---|---|---|---|
| 387 | Brown County, Wisconsin, et al. | 1:18-op-45117 | X | X | | |
| 388 | Barron County, Wisconsin | 1:18-op-45277 | X | X | | |
| 389 | Green Lake County, Wisconsin | 1:18-op-45832 | X | X | | |
| 390 | City of Milwaukee, Wisconsin | 1:20-op-45044 | X | | | |
| 391 | County of Carbon, Wyoming | 1:18-op-45625 | | | X | |
| 392 | Sweetwater County, Wyoming | 1:19-op-45031 | | | X | |
| 393 | City of Rock Springs, Wyoming | 1:19-op-45265 | | | X | |
| 394 | Cheyenne, Wyoming | 1:19-op-45280 | | | X | |

*Amneal Defendants have provided a joint list for the Court's convenience, and not all Amneal Defendants are named in each case. Each case row relates only to the Amneal Defendant(s) named in that case.  If multiple Amneal Defendants are named in a listed case, and the plaintiff(s) served some, but not all, named entities, the list will specifically identify only the unserved Amneal Defendant.  If no Amneal Defendants are specifically identified, none was served in the listed case.