**IN THE UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | MDL 2804 |
| THIS DOCUMENT RELATES TO: | | Case No. 1:17-md-2804 |
| *Applies to All Cases* | | Judge Dan Aaron Polster |

**KVK-TECH, INC.'S SUBMISSION REGARDING**
**PLAINTIFF FACT SHEET AND SERVICE OF PROCESS ISSUES**

In accordance with the Court's January 3, 2023, Order (Dkt. No. 4801) regarding Plaintiff Fact Sheets and Service of Process, KVK-Tech, Inc. ("KVK-Tech"), by and through its undersigned attorneys, respectfully submits the attached list (**Exhibit A**) of plaintiff-subdivisions that named KVK-Tech,[1] but the plaintiff-subdivisions: (1) did not timely serve a Plaintiff Fact Sheet ("PFS") to the PFS Repository by the October 14, 2022 deadline, in accordance with the Court's October 6, 2022 Order [2] and/or (2) did not obtain timely service of process on KVK-Tech in the listed case.

KVK-Tech has prepared this list to the best of its knowledge based on a reasonable investigation, but reserves all rights to further supplement and/or amend **Exhibit A** should additional information be discovered after this submission. KVK-Tech further expressly preserves and does not waive its individual rights, reservations, objections, arguments, and remedies, including with respect to personal jurisdiction and/or service of process. KVK-Tech further reserves all rights as to any case where it has been named, but has no knowledge and/or notice of

---

[1] For purposes of this submission, KVK-Tech has been designated by the Court as a "Non-Litigating Defendant."

[2] Order To All Governmental Plaintiffs Regarding Re-Service of Plaintiff Fact Sheets, Dkt. No. 4664 (directing "all governmental plaintiffs to re-serve their PFS **no later than Friday October 14, 2022**"). To the extent a plaintiff subdivision contends that it served a PFS to some other repository or e-mail distribution list at some other time, but did not re-serve its PFS to the PFS Repository, it has been included on the list.

the same, if any, and has not listed such case(s) within **Exhibit A.** A failure to list such a case is inadvertent and not intended to waive any rights, including arguments for dismissal.

Pursuant to the Court's Order, KVK-Tech has limited its list only to cases brought by plaintiff-subdivisions and has excluded cases brought by other types of plaintiffs (e.g., Tribes, hospitals, third-party payors, etc.). In addition, per the Court's direction and as to PFS issues, KVK-Tech has limited its list of cases to those involving a failure to timely *serve* a PFS to the PFS Repository.  By making this submission, KVK-Tech makes no representations and waives no arguments regarding the sufficiency of any PFS and reserves all rights to challenge the same. KVK-Tech further makes no representations and waives no arguments regarding the sufficiency of service of process in cases not listed herein and reserves all rights to challenge the same.  KVK-Tech reserves the right to raise these and other challenges at the appropriate time.

Dated:  January 30, 2023        Respectfully submitted,

 /s/ Thomas E. Rice
Thomas E. Rice            MO # 29946
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone:    (816) 471-2121
Facsimile:    (816) 472-0288
rice@bakersterchi.com

**ATTORNEY FOR DEFENDANT KVK-TECH, INC.**

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 30th day of January, 2023, which will send notification of the same to all counsel of record.

  I further certify that the list contained in Exhibit A has been provided in Excel format to the following members of the PEC (for distribution to plaintiffs) and to Special Master Cohen, per MDL 2804 Order, Dkt. 4801:

  Mr. Mark Crawford (mcrawford@skikos.com)
  Mr. Steven Skikos (sskikos@skikos.com)
  Special Master David Cohen, (david@specialmaster.law)


                        */s/ Thomas E. Rice*