**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| This document relates to: | **Case No. 17-md-2804** |
| *All Cases Against Prescription Supply, Inc.* | **Judge Dan Aaron Polster** |

### SUBMISSION IN RESPONSE TO THE COURT'S JANUARY 3, 2023 ORDER

Pursuant to the Court's January 3, 2023 Order (ECF No. 4801), Non-Litigating Defendant Prescription Supply, Inc. ("PSI") hereby identifies the following 12 Plaintiffs who had not served a Plaintiff Fact Sheet ("PFS") to the PFS Repository by the Court's deadline of October 14, 2022 (ECF No. 4664) and/or did not obtain timely service of process. PSI is a defendant in 24 opioid cases.

PSI has prepared this list to the best of its knowledge based on a reasonable investigation. PSI expressly preserves and does not waive its individual rights, reservations, objections, arguments, and remedies, including with respect to service of process and sufficiency of PFSs. For example, failure to list a case is inadvertent and not intended to waive any rights, including arguments for dismissal.  Despite diligent searches of the docket, PSI may not have notice of all cases that have been filed against it if there has been no service.

PSI reserves its rights to raise these and other challenges at the appropriate time.

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 1. | Board of Commissioners of Fulton County (OH) | 1:19-op-45440 | X | |
| 2. | Four County Board of Alcohol, Drug Addiction and Mental Health Services (OH) | 1:19-op-45440 | X | |
| 3. | Board of Commissioners of Lucas County (OH) | 1:18-op-46177 | X | |

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 4. | Mental Health & Recovery Services Board of Lucas County (OH) | 1:18-op-46177 | X | |
| 5. | Lucas County Children Services Board of Trustees (OH) | 1:18-op-46177 | X | |
| 6. | City of Lorain (OH) | 1:17-op-45000 | X | X |
| 7. | City of North Ridgeville (OH) | 1:18-op-46015 | X | X |
| 8. | City of Toledo (OH) | 1:17-op-45005 | X | X |
| 9. | County of Lorain (OH) | 1:18-op-45078 | X | X |
| 10. | Mental Health & Recovery Services Board of Allen, Auglaize and Hardin Counties (OH) | 18-op-46344 | X | X |
| 11. | Richland County Children's Services (OH) | 1:17-op-45003 | X | X |
| 12. | Sandusky County Board of Commissioners (OH) | 1:18-op-45254 | X | X |

Dated: January 30, 2023

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

/s/ John J. Haggerty
John J. Haggerty (Ohio Bar No. 0073572)
Fox Rothschild LLP
2800 Kelly Road, Suite 200
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

*Counsel for Prescription Supply, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 30th day of January 2023 I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

**FOX ROTHSCHILD LLP**

By: /s/ John J. Haggerty
       John J. Haggerty, Esquire