UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to the following case:<br><br>*ALL ACTIONS* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## DEFENDANT TARGET CORPORATION'S REPORT REGARDING PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS

In accordance with the Court's January 3, 2023 Order Regarding Plaintiff Fact Sheets and Service of Process (ECF No. 4801), Defendant Target Corporation identifies the following plaintiff-subdivisions that named Target as a defendant but did not (1) serve a Plaintiff Fact Sheet ("PFS") to the PFS Repository; and/or (2) obtain timely service of process.

**Defendant Name:** Target Corporation

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Berkeley County, WV | 17-op-45171 | X | |
| Yamhill County, OR | 18-op-45442 | X | |
| McLennan County, TX | 17-op-45075 | X | |
| Multnomah County, OR | 18-op-45377 | X | |
| Tarrant County Hospital District (TX) | 21-op-45077 | X | X |

Dated:  January 30, 2023

*s/Amy R. Fiterman*

Amy R. Fiterman (MN #0285493)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Fax: 612-766-1600
Email: amy.fiterman@faegredrinker.com

*Counsel for Defendant Target Corporation*

US.355145472.01