UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br>Hon. Dan A. Polster |

### NOTICE OF COURT-ORDERED MDL CASE LIST SUBMITTED BY INDIVIOR

Pursuant to this Court's Order dated January 3, 2023 (ECF No. 4801), defendants Indivior Inc. and Indivior PLC (collectively, "Indivior")[1] submit as Exhibit A to this Notice a list of governmental subdivision plaintiffs that have filed cases against Indivior in the above-captioned MDL, but have failed to (1) timely serve a Plaintiff Fact Sheet to the PFS Repository by October 14, 2022 as directed by Court order (ECF No. 4664) and/or (2) effect timely service of process. This list will also be emailed in Excel format to Plaintiff's Liaison Counsel and Special Master Cohen.

In accordance with this Court's Order (ECF No. 4801), Exhibit A includes only those cases that involve governmental subdivision plaintiffs. Indivior reserves all rights to challenge the timely service of cases brought by non-governmental subdivision plaintiffs. Additionally, the omission of any governmental subdivision plaintiffs from the list in Exhibit A should not

---

[1] Indivior Inc. is a Delaware corporation headquartered in Richmond, Virginia, and Indivior PLC is a public limited company registered in England and Wales. These are the only Indivior-related entities that have been named as defendants in this MDL, and they thus comprise the "Defendant Family" for Indivior as defined in the Court's Order, dated April 21, 2022

operate as a waiver of Indivior's right to object to service of a Plaintiff Fact Sheet or complaint by such governmental subdivision plaintiffs, including those plaintiffs and cases of which Indivior is unaware due to a lack of proper service. Finally, the inclusion or omission of any cases from the list in Exhibit A should not be construed as an admission or agreement that any Plaintiff Fact Sheets—whether timely or untimely served—are sufficient.  Indivior reserves all rights to challenge the *sufficiency* of any Plaintiff Fact Sheet submitted in this MDL.

Dated: January 30, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Maria R. Durant*
　　　　　　　　　　　　　　　　　　　　Maria R. Durant
　　　　　　　　　　　　　　　　　　　　Hogan Lovells US LLP
　　　　　　　　　　　　　　　　　　　　100 High Street, 20th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　Tel: (617) 371-1000
　　　　　　　　　　　　　　　　　　　　Fax: (617) 371-1037
　　　　　　　　　　　　　　　　　　　　maria.durant@hoganlovells.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Indivior, Inc. &*
　　　　　　　　　　　　　　　　　　　　*Indivior PLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all attorneys of record.

>*/s/ Maria R. Durant*
>Maria R. Durant
>Hogan Lovells US LLP
>100 High Street, 20th Floor
>Boston, MA 02110
>Tel: (617) 371-1000
>Fax: (617) 371-1037
>maria.durant@hoganlovells.com
>
>*Counsel for Indivior, Inc. &*
>*Indivior PLC*