# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: *All Cases Against Thrifty Drug Stores, Inc.* | Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### SUBMISSION IN RESPONSE TO THE COURT'S JANUARY 3, 2023 ORDER

Pursuant to the Court's January 3, 2023 Order (ECF No. 4801), Non-Litigating Defendant Thrifty Drug Stores, Inc. ("Thrifty"), on behalf of its Defendant Family (which includes Defendants White Drugs Enterprises, Inc., Thrifty White Warehouse, and White Drug 61), hereby identifies one Plaintiff who did not obtain timely service of process. Thrifty is a defendant in 13 opioid cases.

Thrifty has prepared this list to the best of its knowledge based on a reasonable investigation. Thrifty expressly preserves and does not waive its individual rights, reservations, objections, arguments, and remedies, including with respect to service of process and sufficiency of PFSs. For example, failure to list a case is inadvertent and not intended to waive any rights, including arguments for dismissal. Despite diligent searches of the docket, Thrifty may not have notice of all cases that have been filed against it if there has been no service.

Thrifty reserves its rights to raise these and other challenges at the appropriate time.

**Defendant Name: Thrifty Drug Stores, Inc.**

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Roseau County (Minn.) | 19-op-45344 | | X |

| | |
|---|---|
| Dated: January 30, 2023 | Respectfully Submitted,<br><br>**FOX ROTHSCHILD LLP**<br><br><u>/s/ John J. Haggerty</u><br>John J. Haggerty (Ohio Bar No. 0073572)<br>Fox Rothschild LLP<br>2800 Kelly Road, Suite 200<br>Warrington, PA 18976<br>Tel: (215) 345-7500<br>Fax: (215) 345-7507<br>jhaggerty@foxrothschild.com<br><br>*Counsel for Defendant*<br>*Thrifty Drugs Stores, Inc*. |

## CERTIFICATE OF SERVICE

I certify that on this 30th day of January 2023 I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

        **FOX ROTHSCHILD LLP**

By: /s/ John J. Haggerty
     John J. Haggerty, Esquire