UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **In Re National Prescription Opiate Litigation** *This Document relates to:* *Summers County Commission v. Rite Aid of Maryland* 18-OP-45226 *Pike v. Teva Pharmaceuticals USA, Inc., Et al* 18-OP-45368 *County of Floyd v. Purdue Pharma, L.P., et al* 18-OP-45369 *Knott v. Purdue Pharma, L.P., et al* 18-OP-45370 *Belcher, et al. v Purdue Pharma, L. P., et al* 18-OP-45143 *City of Prestonsburg v. AmerisourceBergen Dru Corporation, et al,* - 19-OP-45294 *City of Inez, KY v. AmerisourceBergen Drug Corp. Et al* -19-OP-45499 *City of Paintsville, KY v. AmerisourceBergen Drug Corporation, et al* – 19-OP-45559 *Westmoreland County, VA, et al. v Purdue Pharma, L.P., et al* – 19-OP-45993 *Family Practice Clinic of Booneville, et al v. Purdue Pharma, L.P., et al* -18-OP-45390 *Bon Secours Health System, Inc., et al v. Purdue Pharma, L.P. et al* – 18-OP-45819 *Fiscal Court of Wolfe Co., Kentucky v. Purdue Pharma, L.P., et al* – 18-OP-46099 *Kentucky River District Health Dept. v. Actavis, LLC, et al* – 19-OP-45050 *City of Canton, et al v. Purdue Pharma, L.P., Et al* – 19-OP-45462 *Bowling Green-Warren County Community Hospital Corp., et al v. Purdue Pharma, L.P., Et al* – 20-OP-45060 *Leslie County Fiscal Court v. AmerisourceBergen Drug Corp., et al* – 17-OP-45029 | **MDL 2804** **Case No. 17-md-2804** **Hon. Dan Aaron Polster** |

# DEFENDANT RICHIE PHARMACAL CO.'S RESPONSE TO
# ORDER REGARDING PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS

In response to this Court's January 3, 2023, Order, DN 4801, Defendant Richie Pharmacal Co. ("Richie") respectfully provides the following list of all plaintiff-subdivisions that named Richie in an MDL case but failed to serve a Plaintiff Fact Sheet ("PFS") to the PFS Repository and/or did not obtain timely service of process.[1]

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Summers County Commission, MD | 18-OP-45226 | X | X |
| Pike County, KY | 18-OP-45368 | | |
| Floyd County, KY | 18-OP-45369 | | |
| Knott County, KY | 18-OP-45370 | | |
| Belcher, et al v. Perdue Pharma, et al | 18-OP-46143 | X | |
| City of Prestonsburg, KY | 19-OP-45294 | | x |
| City of Inez, KY | 19-OP-45499 | | x |
| City of Paintsville, KY | 19-OP-45559 | | x |
| Westmoreland Co., VA | 19-OP-45993 | | |
| Family Practice Clinic of Booneville | 18-OP-45390 | X | |
| Bon Secours Health System | 18-OP-45819 | X | |
| Wolfe Co., KY | 18-OP-46099 | | |
| Ky River District Health Dept. | 19-OP-45050 | X | |
| City of Canton, NC | 19-OP-45462 | | |
| Bowling Green-Warren County Community Hospital Corp., et al | 20-OP-45060 | X | |
| Leslie County, KY | 17-OP-45029 | | X[2] |

---

[1] Richie has not yet had the opportunity to respond to the claims against it. Richie does not concede that any plaintiff in any case listed in this filing has stated a claim against Richie upon which relief can be granted, and Richie expressly preserves any and all defenses that may be available to it.

[2] In the *Leslie County* case, Case No. 17-OP-45029, Richie executed waiver of service to the plaintiff, but the plaintiff never filed the waiver on the docket. *See* Fed. R. Civ. Proc. 4(d)(4) ("When the plaintiff *files a waiver, proof of service*

This January 30, 2023.

    Kerrick Bachert PSC
    1025 State Street
    Bowling Green, KY 42101
    T: (270) 782-8160
    F: (270) 782-5856
    tkerrick@kerricklaw.com
    mcook@kerricklaw.com
    cgivens@kerricklaw.com

    */s/ Matthew P. Cook*
    Thomas N. Kerrick
    Matthew P. Cook
    Colton W. Givens
    *Attorneys for Defendant Richie Enterprises, LLC d/b/a Richie Pharmacal Co.*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record in this action.

    */s/ Matthew P. Cook*
    Matthew P. Cook
    *Attorney for Defendant Richie Enterprises, LLC d/b/a Richie Pharmacal*

---

*is not required* and these rules apply as if a summons and complaint had been served at the time of filing the waiver." (emphasis added.))