# **EXHIBIT A**

**EXHIBIT A**

NO PLAINTIFF FACT SHEET

| **Defendants Names:** Sandoz Inc., Novartis Pharmaceuticals Corporation, Novartis AG, Sandoz International GmbH, Novartis Corporation, Novartis Manufacturing, LLC, and Novartis Institutes for Biomedical Research, Inc.* |||
|---|---|---|
| **Subdivision Name** | **MDL Case No.** | **No PFS in Repository as of 12/12/2022** |
| Allegany County, NY | 1:19-op-46151 | X |
| Anderson (Sheriff of Avoyelles Parish), LA | 1:17-op-45164 | X |
| Appling County, GA | 1:2020op45081 | X |
| Assumption Parish Police Jury, LA | 1:20-op-45205 | X |
| Atlantic County, NJ | 1:2019op46071 | X |
| Banks County, GA | 1:2018op45378 | X |
| Ben Hill County, GA | 1:2018op45505 | X |
| Benton County, IN | 1:18-op-46201 | X |
| Board of Commissioners of Fulton County, OH | 1:2019op45440 | X |
| Board of County Commissioners of Delaware County, OK | 1:2018op46321 | X |
| Board of County Commissioners of Osage County, OK | 1:18-op-46322 | X |
| Board of County Commissioners of Pawnee County, OK | 1:18-op-46320 | X |
| Bohannon (Sheriff of Jeff Davis County), GA | 1:19-op-45161 | X |
| Brantley County, GA | 1:2018op45714 | X |
| Bulloch County, GA | 1:2018op45394 | X |
| Burke County, GA | 1:2019op45207 | X |
| Butts County, GA | 1:2018op45490 | X |
| Callaway County, MO | 1:2019op45378 | X |
| Camden County, GA | 1:2018op45717 | X |
| Charlton County, GA | 1:2018op45713 | X |
| Cherokee County, GA | 1:2019op45174 | X |
| City of Alexandria, IN, et al. | 1:18-op-45151 | X |
| City of Amsterdam, NY | 1:2019op46162 | X |
| City of Bainbridge, GA | 1:2018op45383 | X |
| City of Bloomington, IN, et al. | 1:18-op-45235 | X |
| City of Buffalo, NY | 1:2019op46104 | X |
| City of Connersville, IN, et al. | 1:18-op-45159 | X |
| City of Elk City, OK | 1:21-op-45017 | X |
| City of Fitzgerald, GA | 1:2018op45603 | X |
| City of Franklin, IN, et al. | 1:18-op-46182 | X |
| City of Gainesville, GA | 1:2018op45486 | X |
| City of Harrisburg, IL | 1:2018op45594 | X |

Page 1

**EXHIBIT A**

NO PLAINTIFF FACT SHEET

| Subdivision Name | MDL Case No. | No PFS in Repository as of 12/12/2022 |
|---|---|---|
| City of Indianapolis, IN, et al. | 1:17-op-45091 | X |
| City of Lafayette, IN | 1:17-op-45081 | X |
| City of Milledgeville, GA | 1:2018op45495 | X |
| City of New Castle, IN | 1:18-op-45016 | X |
| City of Philadelphia, MS | 1:18-op-45279 | X |
| City of Pontiac, MI | 1:2019op46183 | X |
| City of Poughkeepsie, NY | 1:2019op46163 | X |
| City of Princeton, IL | 1:18-op-45599 | X |
| City of Rainsville, AL, et al. | 1:19-op-45135 | X |
| City of Springfield, GA | 1:2019op45199 | X |
| City of Tifton, GA | 1:2018op45454 | X |
| City of West Lafayette, IN | 1:18-op-45300 | X |
| Claiborne County, MS | 1:18-op-45035 | X |
| Clarke County, MS | 1:18-op-45278 | X |
| Clay County, GA | 1:2019op45194 | X |
| Clinch County, GA | 1:2019op45197 | X |
| Columbia County, GA | 1:2018op45607 | X |
| Cook County, GA | 1:2018op45284 | X |
| County of Childress, TX | 1:18-op-45229 | X |
| County of Clay, TX | 1:18-op-45169 | X |
| County of Coryell, TX | 1:22-op-45009 | X |
| County of Hawaii, HI | 1:2020op45014 | X |
| County of Hudson, NJ | 1:18-op-45937 | X |
| County of Jones, TX | 1:18-op-45139 | X |
| County of Kauai, HI | 1:2019op45862 | X |
| County of Kendall, TX | 1:22-op-45010 | X |
| County of La Salle, TX | 1:18-op-45234 | X |
| County of Lake, OH | 1:18-op-45032 | X |
| County of McLennan, TX | 1:17-op-45075 | X |
| County of Montgomery, TX | 1:18-op-45030 | X |
| County of Wichita, TX | 1:18-op-45064 | X |
| Craft (Sheriff of Vernon Parish), LA | 1:18-op-45140 | X |
| Crisp County, GA | 1:2018op45238 | X |
| Davis (Sheriff of Bibb County), GA | 1:19-op-45360 | X |
| Dawson County, GA | 1:2019op45210 | X |
| Dean (Sheriff of Laurens County), GA | 1:19-op-45163 | X |
| Decatur County, GA | 1:2018op45334 | X |
| Delaware County, IN | 1:18-op-45963 | X |
| Dooly County, GA | 1:2018op45712 | X |
| Dougherty County, GA | 1:2018op45491 | X |
| Early County, GA | 1:2019op45180 | X |

**EXHIBIT A**

NO PLAINTIFF FACT SHEET

| Subdivision Name | MDL Case No. | No PFS in Repository as of 12/12/2022 |
|---|---|---|
| Effingham County, GA | 1:2019op45178 | X |
| Elbert County, GA | 1:2018op45381 | X |
| Emanuel County, GA | 1:2019op45209 | X |
| Evans County, GA | 1:2020op45080 | X |
| Fayette County, GA | 1:2019op45293 | X |
| Garber (Sheriff of Lafayette Parish), LA | 1:17-op-45180 | X |
| Gautreaux (Sheriff of East Baton Rouge Parish), LA | 1:2018op45325 | X |
| Gilley (Sheriff of Richland Parish), LA | 1:19-op-45007 | X |
| Glascock County, GA | 1:2019op45175 | X |
| Greene County, GA | 1:2019op45203 | X |
| Habersham County, GA | 1:2018op45559 | X |
| Hall County, GA | 1:2018op45286 | X |
| Hancock County, GA | 1:2018op45535 | X |
| Hancock County Board of Education, TN, et al. | 1:22-op-45027-DAP | X |
| Haskell County, TX | 1:18-op-45223 | X |
| Hebert (Sheriff of Allen Parish), LA | 1:18-op-45142 | X |
| Henry County, GA | 1:2018op46310 | X |
| Hilton (Sheriff of Rapides Parish), LA | 1:17-op-45178 | X |
| Irwin County, GA | 1:2018op45283 | X |
| Jackson County, AL, et al. | 1:18-op-45634 | X |
| Jackson County, GA | 1:2018op45581 | X |
| Jasper County, GA | 1:2018op45504 | X |
| Jeff Davis County, GA | 1:2018op45237 | X |
| Jefferson County, GA | 1:2019op45201 | X |
| Johnson County, GA | 1:2018op45716 | X |
| Jolley (Sheriff of Harris County), GA | 1:19-op-45147 | X |
| Jones County, GA | 1:2018op45424 | X |
| Kile (Sheriff of Screven County), GA | 1:19-op-45167 | X |
| Lafourche Parish Government, LA | 1:20-op-45212 | X |
| Lafourche Parish School Board, LA | 1:2021op45036 | X |
| LaPorte County, IN | 1:18-op-45280 | X |
| Lawrence County, IN | 1:18-op-46188 | X |
| Lawrence County, KY | 1:2019op46184 | X |
| Leland Falcon (Sheriff of Assumption Parish), LA | 1:2020op45206 | X |
| Liberty County, GA | 1:2019op45200 | X |
| Lincoln County, GA | 1:18-op-45508 | X |
| Long County, GA | 1:2019op45196 | X |
| Lumpkin County, GA | 1:2019op45211 | X |
| Madison County, GA | 1:2018op45296 | X |

**EXHIBIT A**
NO PLAINTIFF FACT SHEET

| Subdivision Name | MDL Case No. | No PFS in Repository as of 12/12/2022 |
|---|---|---|
| Mancuso (Sheriff of Calcasieu Parish), LA | 1:17-op-45179 | X |
| Marion County, AL, et al. | 1:18-op-45171 | X |
| Marshall County, IN | 1:18-op-45157 | X |
| Marshall County, AL, et al. | 1:18-op-45230 | X |
| McDuffie County, GA | 1:2018op45509 | X |
| McIntosh County, GA | 1:2019op45173 | X |
| Melton (Sheriff of Apping County), GA | 1:19-op-45307 | X |
| Morgan County, IN | 1:18-op-45828 | X |
| Newton County, GA | 1:2018op45578 | X |
| Nolan County, TX | 1:18-op-45061 | X |
| Oconee County, GA | 1:2018op45219 | X |
| Oglethorpe County, GA | 1:2018op45262 | X |
| Pike County, GA | 1:2019op45179 | X |
| Pocahontas County Commission, WV | 1:2018op45443 | X |
| Police Jury of the Parish of Pointe Coupee, LA | 1:2019op45012 | X |
| Polk County, TX | 1:18-op-45077 | X |
| Pulaski County, GA | 1:2019op45176 | X |
| Rabun County, GA | 1:2019op45177 | X |
| Randolph County, GA | 1:2019op45202 | X |
| Richardson (Sheriff of Sabine Parish), LA | 1:18-op-45143 | X |
| Russell (Sheriff of Ouachita Parish), LA | 1:18-op-45154 | X |
| Screven County, GA | 1:2019op45198 | X |
| Seal (Sheriff of Washington Parish), LA | 1:18-op-45093 | X |
| Seminole County Board of County Commissioners, OK | 1:19-op-45260 | X |
| Seminole County, GA | 1:2019op45181 | X |
| Soileau (Sheriff of Evangeline Parish), LA | 1:18-op-45189 | X |
| Spalding County, GA | 1:2019op45208 | X |
| St. Bernard Parish School Board, LA | 1:2021op45014 | X |
| St. James Parish School Board, LA | 1:2021op45034 | X |
| St. Joseph County, IN | 1:18-op-45500 | X |
| Stephens County, GA | 1:2019op45195 | X |
| Steverson (Sheriff of Telfair County), GA | 1:19-op-45313 | X |
| Sumter County, GA | 1:2018op45250 | X |
| Sunflower County, MS | 1:18-op-45020 | X |
| Taliaferro County, GA | 1:2018op45562 | X |
| Tattnall County, GA | 1:2018op45574 | X |
| The City of Auburn, NY | 1:2019op45843 | X |
| The City of Calais, ME | 1:2020op45051 | X |
| The City of Ogdensburg, NY | 1:2019op45852 | X |

**EXHIBIT A**
<u>NO PLAINTIFF FACT SHEET</u>

| Subdivision Name | MDL Case No. | No PFS in Repository as of 12/12/2022 |
|---|---|---|
| The City of Rochester, NY | 1:2019op45853 | X |
| The City of Saratoga Springs, NY | 1:19-op-45857 | X |
| Toombs County, GA | 1:2018op45576 | X |
| Town of Butler, AL | 1:18-op-45216 | X |
| Town of Gramercy, LA | 1:21-op-45031 | X |
| Town of Lutcher, LA | 1:21-op-45035 | X |
| Town of Poughkeepsie, NY | 1:20-op-45260 | X |
| Towns County, GA | 1:2019op45172 | X |
| Troup County, GA | 1:2018op45715 | X |
| Tubbs (Sheriff of Morehouse Parish), LA | 1:18-op-45884 | X |
| Twiggs County, GA | 1:2018op45379 | X |
| Unified Government of Athens-Clarke County, GA | 1:2018op45218 | X |
| Unified Government of Macon Bibb County, GA | 1:2018op45407 | X |
| Walker (Sheriff of Crawford County), GA | 1:19-op-45146 | X |
| Walton County, GA | 1:2018op45297 | X |
| Warren County, GA | 1:2018op45425 | X |
| Washington County, GA | 1:2018op45563 | X |
| Washington County, MS | 1:18-op-45022 | X |
| Wayne County, GA | 1:2019op45204 | X |
| Wiley (Sheriff of Ascension Parish), LA | 1:18-op-45842 | X |
| Wilkes County, GA | 1:2019op45171 | X |
| Williams (Sheriff of East Carroll Parish), LA | 1:18-op-45259 | X |
| Woods (Sheriff of Jefferson Davis Parish), LA | 1:18-op-45099 | X |
| Worth County, GA | 1:2018op45602 | X |

\* Defendants Novartis Pharmaceuticals Corporation, Novartis AG, Sandoz International GmbH, Novartis Corporation, Novartis Manufacturing, LLC, and Novartis Institutes for Biomedical Research, Inc. are inappropriately named in all opioids cases because they have no involvement with Sandoz Inc.'s sale of generic fentanyl, oxycodone or methadone products in the United States. To the extent any listed case with No PFS also names any of these improperly named defendants, such case listing is applicable to all such defendants as well.