# **EXHIBIT B**

**EXHIBIT B**
<u>NO SERVICE OF PROCESS-</u>
SANDOZ INC.

| Defendant Name: Sandoz Inc. | | |
|---|---|---|
| **Subdivision Name** | **MDL Case No.** | **No Timely Service of Process** |
| Ada County, ID | 1:2019op45775 | X |
| Appanoose County, IA | 1:21op45051 | X |
| Atkinson County, GA* | 1:2019op45118 | X |
| Atlantic County, NJ | 1:2019op46071 | X |
| Atoka County Board of Commissioners, OK | 1:2020op45001 | X |
| Bingham County, ID | 1:2019op45758 | X |
| Blount County, TN | 1:2019op45132 | X |
| Board of County Commissioners for Kiowa County, OK | 1:2019op45755 | X |
| Board of County Commissioners of Caddo County, OK | 1:2019op46156 | X |
| Board of County Commissioners of Choctaw County, OK | 1:2020op45257 | X |
| Board of County Commissioners of Delaware County, OK | 1:2018op46321 | X |
| Board of County Commissioners of Jefferson County, OK | 1:2019op46170 | X |
| Board of County Commissioners of Major County, OK | 1:2019op45990 | X |
| Board of County Commissioners of Osage County, OK | 1:2018op46322 | X |
| Board of County Commissioners of Pawnee County, OK | 1:2018op46320 | X |
| Board of County Commissioners of Texas County, OK | 1:2020op45061 | X |
| Board of County Commissioners of the County of Mesa, CO | 1:2019op45923 | X |
| Board of County Commissioners of Woods County, OK | 1:2019op45987 | X |
| Bohannon (Sheriff of Jeff Davis County), GA | 1:2019op45161 | X |
| Calcasieu Parish Police Jury, LA | 1:2019op45445 | X |
| City of Anadarko, OK | 1:2020op45022 | X |
| City of Childersburg, AL | 1:22-op-45020-DAP | X |
| City of Elk City, OK | 1:21-op-45017 | X |
| City of Enid, OK | 1:2019op45717 | X |

Page 1

**EXHIBIT B**
<u>NO SERVICE OF PROCESS-</u>
SANDOZ INC.

| Subdivision Name | MDL Case No. | No Timely Service of Process |
|---|---|---|
| City of Greeley, CO | 1:2019op45977 | X |
| City of Harrisburg, IL | 1:2018op45594 | X |
| City of Hoover, AL | 1:2019op45746 | X |
| City of Inez, KY | 1:2019op45499 | X |
| City of Lake Charles, LA | 1:2019op45449 | X |
| City of Lawton, OK | 1:2019op45500 | X |
| City of Lincoln, AL | 1:2018op45786 | X |
| City of Memphis, TN | 1:2019op45220 | X |
| City of Ponca City, OK | 1:2019op45495 | X |
| City of Prestonsburg, KY | 1:2019op45294 | X |
| City of Princeton, IL | 1:2018op45599 | X |
| City of Rainsville, AL, et al. | 1:2019op45135 | X |
| City of Rome, GA, et al.* | 1:2018op45282 | X |
| City of Slidell, LA | 1:2019op45769 | X |
| City of Toledo, OH | 1:2017op45005 | X |
| Claiborne County, MS | 1:2018op45035 | X |
| Clay County, AL | 1:2018op45248 | X |
| Coal County Board of County Commissioners, OK | 1:2020op45149 | X |
| County of Ballard, KY | 1:2018op45593 | X |
| County of Curry, OR | 1:2019op45512 | X |
| County of Hudson, NJ | 1:2018op45937 | X |
| County of Huerfano, CO | 1:2018op45168 | X |
| County of Lake, OH | 1:2018op45032 | X |
| County of Wilcox, GA | 1:2018op45506 | X |
| Dean (Sheriff of Laurens County), GA | 1:2019op45163 | X |
| East Carroll Parish Police Jury, LA | 1:2019op45453 | X |
| Evangeline Parish Police Jury, LA | 1:2019op45450 | X |
| Fiscal Court of Monroe County, KY | 1:2020op45016 | X |
| Grady County, GA* | 1:2018op46338 | X |
| Hancock County Board of Education, TN, et al. | 1:2022op45027 | X |
| Harvey County, KS | 1:2018op45848 | X |
| Haskell County Board of County Commissioners, OK | 1:2020op45002 | X |
| Henry County, GA | 1:2018op46310 | X |
| Jackson County, AL, et al. | 1:2018op45634 | X |
| Jolley (Sheriff of Harris County), GA | 1:2019op45147 | X |
| Kile (Sheriff of Screven County), GA | 1:2019op45167 | X |
| Lafourche Parish School Board, LA | 1:2021op45036 | X |

**EXHIBIT B**
NO SERVICE OF PROCESS-
SANDOZ INC.

| Subdivision Name | MDL Case No. | No Timely Service of Process |
|---|---|---|
| Lincoln County, WA | 1:2019op45962 | X |
| Macon County, GA | 1:2018op45577 | X |
| Mandeville City, LA | 1:2019op45753 | X |
| Marion County, AL, et al. | 1:2018op45171 | X |
| Marion County Board of Education, WV, et al. | 1:2022op45028 | X |
| Marshall County, AL, et al. | 1:2018op45230 | X |
| Melton (Sheriff of Apping County), GA | 1:2019op45307 | X |
| Morehouse Parish Police Jury, LA | 1:2019op45452 | X |
| Municipality of Yabucoa, PR* | 1:2018op45731 | X |
| Ouachita Parish Police Jury, LA | 1:2019op45446 | X |
| Pinal County, AZ | 1:21-op-45088-DAP | X |
| Sabine Parish Police Jury, LA | 1:2019op45448 | X |
| Schley County, GA | 1:2018op45580 | X |
| Seminole County Board of County Commissioners, OK | 1:2019op45260 | X |
| St. Bernard Parish School Board, LA | 1:2021op45014 | X |
| St. James Parish School Board, LA | 1:2021op45034 | X |
| Steverson (Sheriff of Telfair County), GA | 1:2019op45313 | X |
| Sunflower County, MS | 1:2018op45020 | X |
| Talladega County, AL | 1:2018op45190 | X |
| The City of Auburn, NY | 1:2019op45843 | X |
| The City of Blakely, GA | 1:19-op-45129-DAP | X |
| The City of Sedalia, Pettis County, MO | 1:2020op45152 | X |
| The Fiscal Court of Casey County, KY | 1:2019op45887 | X |
| The Fiscal Court of Gallatin County, KY | 1:2019op45891 | X |
| The Fiscal Court of Lewis County, KY | 1:2019op45889 | X |
| Town of Butler, AL | 1:2018op45216 | X |
| Town of Gramercy, LA | 1:2021op45031 | X |
| Town of Lutcher, LA | 1:2021op45035 | X |
| Town of Munford, AL | 1:2018op45785 | X |
| Town of Pearl River, LA | 1:2019op45754 | X |
| Vernon Parish Police Jury, LA | 1:2019op45451 | X |
| Walker (Sheriff of Crawford County), GA | 1:2019op45146 | X |
| Washington County, MS | 1:2018op45022 | X |

**EXHIBIT B**
<u>NO SERVICE OF PROCESS-</u>
SANDOZ INC.

| Subdivision Name | MDL Case No. | No Timely Service of Process |
|---|---|---|
| Washington Parish Government, LA | 1:2019op45773 | X |
| West Carroll Parish Police Jury, LA | 1:2019op45454 | X |
| Woodward County Board of County Commissioners, OK | 1:2020op45141 | X |

\* Improper service rejected