# **EXHIBIT C**

**EXHIBIT C**
<u>NO SERVICE OF PROCESS-</u>
NOVARTIS PHARMACEUTICALS CORPORATION

| **Defendant Name:** Novartis Pharmaceuticals Corporation | | |
|---|---|---|
| **Subdivision Name** | **MDL Case No.** | **No Timely Service of Process** |
| Adair County, MO | 1:20-op-45297 | X |
| Andrew County, MO | 1:20-op-45298 | X |
| Barry County, MO | 1:21-op-45016 | X |
| Barton County, MO | 1:20-op-45171 | X |
| Brooks County, GA | 1:18-op-45981 | X |
| Clinton County, MO | 1:20-op-45130 | X |
| Dade County, MO | 1:20-op-45224 | X |
| DeKalb County, MO | 1:20-op-45299 | X |
| Grundy County, MO | 1:20-op-45300 | X |
| Henry County, MO | 1:20-op-45135 | X |
| Hickory County, MO | 1:20-op-45295 | X |
| Lafourche Parish School Board, LA | 1:2021op45036 | X |
| Lawrence County, MO | 1:20-op-45134 | X |
| Mandeville City, LA | 1:19-op-45753 | X |
| McDonald County, MO | 1:20-op-45225 | X |
| New Madrid County, MO | 1:20-op-45296 | X |
| Pike County, MO | 1:20-op-45131 | X |
| Polk County, MO | 1:20-op-45082 | X |
| Ralls County, MO | 1:20-op-45292 | X |
| Ray County, MO | 1:20-op-45132 | X |
| St. Bernard Parish School Board, LA | 1:2021op45014 | X |
| St. Clair County, MO | 1:21-op-45044 | X |
| St. James Parish School Board, LA | 1:2021op45034 | X |
| Town of Cottage City, MD, et al. | 1:20-op-45235 | X |
| Town of Gramercy, LA | 1:21-op-45031 | X |
| Town of Lutcher, LA | 1:21-op-45035 | X |
| Vernon County, MO | 1:20-op-45133 | X |