# **EXHIBIT D**

**EXHIBIT D**

NO SERVICE OF PROCESS-
SANDOZ INTERNATIONAL GmbH

| Defendant Name: Sandoz International GmbH | | |
|---|---|---|
| **Subdivision Name** | **MDL Case No.** | **No Timely Service of Process** |
| Atchison County, MO | 1:2018op45797 | X |
| Bland County, VA | 1:2018op46065 | X |
| Bourbon County, KS | 1:2018op45781 | X |
| City of East Lansing, MI | 1:2018op45902 | X |
| City of Escanaba, MI | 1:2018op45068 | X |
| City of Grand Rapids, MI | 1:2018op45406 | X |
| City of Iron Mountain, MI | 1:2018op45344 | X |
| City of Lansing, MI | 1:2018op45054 | X |
| City of Overland Park, KS | 1:2018op46287 | X |
| County of Alcona, MI | 1:2018op45340 | X |
| County of Alger, MI | 1:2018op45360 | X |
| County of Alpena, MI | 1:2018op45871 | X |
| County of Antrim, MI | 1:2018op45354 | X |
| County of Arenac, MI | 1:2018op45341 | X |
| County of Benzie, MI | 1:2018op45356 | X |
| County of Charlevoix, MI | 1:2018op45897 | X |
| County of Clinton, MI | 1:2018op45889 | X |
| County of Delta, MI | 1:2018op45067 | X |
| County of Dickinson, MI | 1:2018op45342 | X |
| County of Gratiot, MI | 1:2018op45339 | X |
| County of Houghton, MI | 1:2018op45866 | X |
| County of Huerfano, CO | 1:2018op45168 | X |
| County of Ingham, MI | 1:2018op46178 | X |
| County of Iron, MI | 1:2018op45888 | X |
| County of Isabella, MI | 1:2018op45349 | X |
| County of Kent, MI | 1:2019op45000 | X |
| County of Lake, MI | 1:2018op45366 | X |
| County of Leelanau, MI | 1:2018op45111 | X |
| County of Lenawee, MI | 1:2018op45351 | X |
| County of Luce, MI | 1:2018op45362 | X |
| County of Marquette, MI | 1:2018op45104 | X |
| County of Montcalm, MI | 1:2018op45865 | X |
| County of Napa, CA | 1:18-op-45750 | X |
| County of Oceana, MI | 1:2018op45359 | X |
| County of Ogemaw, MI | 1:2018op45348 | X |
| County of Osceola, MI | 1:2018op45357 | X |
| County of Saginaw, MI | 1:2018op45082 | X |
| County of Sanilac, MI | 1:2018op45352 | X |

**EXHIBIT D**
NO SERVICE OF PROCESS-
SANDOZ INTERNATIONAL GmbH

| Subdivision Name | MDL Case No. | No Timely Service of Process |
|---|---|---|
| County of Shiawassee, MI | 1:2018op45350 | X |
| County of St. Clair, MI | 1:2018op45896 | X |
| County of Tuscola, MI | 1:2018op45870 | X |
| County of Washtenaw, MI | 1:2018op45886 | X |
| Grayson County, VA | 1:2018op46069 | X |
| Harford County, MD, et al | 1:2018op45853 | X |
| Harvey County, KS | 1:2018op45848 | X |
| Lafayette County, MO | 1:2018op45840 | X |
| Livingston County, MO | 1:2018op46168 | X |
| Montgomery County, KS | 1:2018op45780 | X |
| Nodaway County, MO | 1:2018op45795 | X |
| Tazewell County, VA | 1:2018op46167 | X |
| Unified Government of Wyandotte County, KS | 1:2019op45015 | X |
| Wythe County, VA | 1:2018op46072 | X |