# **EXHIBIT E**

# EXHIBIT E
## NO SERVICE OF PROCESS-
## NOVARTIS AG

| Defendant Name: Novartis AG | | |
|---|---|---|
| **Subdivision Name** | **MDL Case No.** | **No Timely Service of Process** |
| Appling County, GA | 1:2020op45081 | X |
| Banks County, GA | 1:2018op45378 | X |
| Ben Hill County, GA | 1:2018op45505 | X |
| Brantley County, GA | 1:2018op45714 | X |
| Bulloch County, GA | 1:2018op45394 | X |
| Burke County, GA | 1:2019op45207 | X |
| Butts County, GA | 1:2018op45490 | X |
| Camden County, GA | 1:2018op45717 | X |
| Candler County, GA | 1:2018op45165 | X |
| Charlton County, GA | 1:2018op45713 | X |
| Cherokee County, GA | 1:2019op45174 | X |
| City of Bainbridge, GA | 1:2018op45383 | X |
| City of East Lansing, MI | 1:2018op45902 | X |
| City of Escanaba, MI | 1:2018op45068 | X |
| City of Fitzgerald, GA | 1:2018op45603 | X |
| City of Gainesville, GA | 1:2018op45486 | X |
| City of Grand Rapids, MI | 1:2018op45406 | X |
| City of Iron Mountain, MI | 1:2018op45344 | X |
| City of Lansing, MI | 1:2018op45054 | X |
| City of Milledgeville, GA | 1:2018op45495 | X |
| City of Springfield, GA | 1:2019op45199 | X |
| City of Tifton, GA | 1:2018op45454 | X |
| Clay County, GA | 1:2019op45194 | X |
| Clinch County, GA | 1:2019op45197 | X |
| Columbia County, GA | 1:2018op45607 | X |
| Cook County, GA | 1:2018op45284 | X |
| County of Alcona, MI | 1:2018op45340 | X |
| County of Alger, MI | 1:2018op45360 | X |
| County of Alpena, MI | 1:2018op45871 | X |
| County of Antrm, MI | 1:2018op45354 | X |
| County of Arenac, MI | 1:2018op45341 | X |
| County of Benzie, MI | 1:2018op45356 | X |
| County of Charlevoix, MI | 1:2018op45897 | X |
| County of Clinton, MI | 1:2018op45889 | X |
| County of Delta, MI | 1:2018op45067 | X |
| County of Dickinson, MI | 1:2018op45342 | X |
| County of Gratiot, MI | 1:2018op45339 | X |

Page 1

**EXHIBIT E**
<u>NO SERVICE OF PROCESS-</u>
NOVARTIS AG

| Subdivision Name | MDL Case No. | No Timely Service of Process |
|---|---|---|
| County of Houghton, MI | 1:2018op45866 | X |
| County of Ingham, MI | 1:2018op46178 | X |
| County of Iron, MI | 1:2018op45888 | X |
| County of Isabella, MI | 1:2018op45349 | X |
| County of Kent, MI | 1:2019op45000 | X |
| County of Lake, MI | 1:2018op45366 | X |
| County of Leelanau, MI | 1:2018op45111 | X |
| County of Lenawee, MI | 1:2018op45351 | X |
| County of Luce, MI | 1:2018op45362 | X |
| County of Marquette, MI | 1:2018op45104 | X |
| County of Montcalm, MI | 1:2018op45865 | X |
| County of Napa, CA | 1:18-op-45750 | X |
| County of Oceana, MI | 1:2018op45359 | X |
| County of Ogemaw, MI | 1:2018op45348 | X |
| County of Osceola, MI | 1:2018op45357 | X |
| County of Saginaw, MI | 1:2018op45082 | X |
| County of Sanilac, MI | 1:2018op45352 | X |
| County of Shiawassee, MI | 1:2018op45350 | X |
| County of St. Clair, MI | 1:2018op45896 | X |
| County of Tuscola, MI | 1:2018op45870 | X |
| County of Washtenaw, MI | 1:2018op45886 | X |
| Crisp County, GA | 1:2018op45238 | X |
| Davis (Sheriff of Bibb County), GA | 1:2019op45360 | X |
| Dawson County, GA | 1:2019op45210 | X |
| Decatur County, GA | 1:2018op45334 | X |
| Dooly County, GA | 1:2018op45712 | X |
| Dougherty County, GA | 1:2018op45491 | X |
| Early County, GA | 1:2019op45180 | X |
| Effingham County, GA | 1:2019op45178 | X |
| Elbert County, GA | 1:2018op45381 | X |
| Emanuel County, GA | 1:2019op45209 | X |
| Evans County, GA | 1:2020op45080 | X |
| Fayette County, GA | 1:2019op45293 | X |
| Glascock County, GA | 1:2019op45175 | X |
| Greene County, GA | 1:2019op45203 | X |
| Habersham County, GA | 1:2018op45559 | X |
| Hall County, GA | 1:2018op45286 | X |
| Hancock County, GA | 1:2018op45535 | X |
| Harford County, MD | 1:2018op45853 | X |

**EXHIBIT E**
NO SERVICE OF PROCESS-
NOVARTIS AG

| Subdivision Name | MDL Case No. | No Timely Service of Process |
|---|---|---|
| Irwin County, GA | 1:2018op45283 | X |
| Jackson County, GA | 1:2018op45581 | X |
| Jasper County, GA | 1:2018op45504 | X |
| Jeff Davis County, GA | 1:2018op45237 | X |
| Jefferson County, GA | 1:2019op45201 | X |
| Johnson County, GA | 1:2018op45716 | X |
| Jones County, GA | 1:2018op45424 | X |
| Liberty County, GA | 1:2019op45200 | X |
| Lincoln County, GA | 1:2018op45508 | X |
| Long County, GA | 1:2019op45196 | X |
| Lumpkin County, GA | 1:2019op45211 | X |
| Madison County, GA | 1:2018op45296 | X |
| McDuffie County, GA | 1:2018op45509 | X |
| McIntosh County, GA | 1:2019op45173 | X |
| Montgomery County, GA | 1:2019op45292 | X |
| Newton County, GA | 1:2018op45578 | X |
| Oconee County, GA | 1:2018op45219 | X |
| Oglethorpe County, GA | 1:2018op45262 | X |
| Pike County, GA | 1:2019op45179 | X |
| Pulaski County, GA | 1:2019op45176 | X |
| Rabun County, GA | 1:2019op45177 | X |
| Randolph County, GA | 1:2019op45202 | X |
| Screven County, GA | 1:2019op45198 | X |
| Seminole County, GA | 1:2019op45181 | X |
| Spalding County, GA | 1:2019op45208 | X |
| Stephens County, GA | 1:2019op45195 | X |
| Sumter County, GA | 1:2018op45250 | X |
| Taliaferro County, GA | 1:2018op45562 | X |
| Tattnall County, GA | 1:2018op45574 | X |
| Toombs County, GA | 1:2018op45576 | X |
| Towns County, GA | 1:2019op45172 | X |
| Troup County, GA | 1:2018op45715 | X |
| Twiggs County, GA | 1:2018op45379 | X |
| Unified Government of Athens-Clarke County, GA | 1:2018op45218 | X |
| Unified Government of Macon Bibb County, GA | 1:2018op45407 | X |
| Walton County GA | 1:2018op45297 | X |
| Warren County, GA | 1:2018op45425 | X |
| Washington County, GA | 1:2018op45563 | X |

**EXHIBIT E**
<u>NO SERVICE OF PROCESS-</u>
NOVARTIS AG

| Subdivision Name | MDL Case No. | No Timely Service of Process |
|---|---|---|
| Wayne County, GA | 1:2019op45204 | X |
| Wilkes County, GA | 1:2019op45171 | X |
| Worth County, GA | 1:2018op45602 | X |