UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) ) | Case No. 1:17-md-2804  Judge Dan A. Polster |
| *Applies to All MDL Cases* | ) | |

### HIKMA PHARMACEUTICALS USA INC.'S SUBMISSION PURSUANT TO ORDER REGARDING PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS (DKT. 4801)

Pursuant to the Court's January 3, 2023 Order Regarding Plaintiff Fact Sheets and Service of Process (Dkt. 4801), Hikma Pharmaceuticals USA Inc.[1] ("Hikma") respectfully submits its list showing all plaintiff-subdivisions that named Hikma as a defendant in an MDL case, but the plaintiff: (1) did not timely serve a Plaintiff Fact Sheet (PFS) to the PFS Repository by October 14, 2022, pursuant to this Court's Order (Dkt. 4664); and/or (2) did not obtain timely service of process. Hikma's list is attached hereto as Appendix A. This list will also be emailed in Excel format to Plaintiff's Liaison Counsel and Special Master Cohen in accordance with the Order.

Hikma prepared its list to the best of its knowledge based on a reasonable investigation, including diligent docket searches, but may not have notice of all cases that have been filed against it. In accordance with the Court's instructions, Hikma has limited the cases listed in Appendix A to only those brought by governmental subdivisions. Hikma reserves the right to challenge the timing and sufficiency of PFS submissions and service of process (and to raise any other arguments or defenses) in other MDL cases in which Hikma has been named as a defendant. By making this submission, Hikma makes no representations and reserves all rights regarding cases not listed.

---

[1] As explained in Hikma's June 16, 2022 Status Report (Dkt. 4529), Hikma Pharmaceuticals USA Inc. is the Hikma entity that is the relevant party in interest for this litigation.

Dated: January 30, 2023 Respectfully submitted,

By: *s/ Christopher B. Essig*
Christopher B. Essig
Scott M. Ahmad
Reid F. Smith
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
cessig@winston.com
sahmad@winston.com
rfsmith@winston.com

*Attorneys for Defendant
Hikma Pharmaceuticals USA Inc.,
f/k/a West-Ward Pharmaceuticals Corp.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed on January 30, 2023, using the CM/ECF system, which will send a notification of such filing to all counsel of record.

By: *s/ Christopher B. Essig*
Christopher B. Essig

# APPENDIX A

**Appendix A to Hikma's Submission Pursuant to Order Regarding Plaintiff Fact Sheets and Service of Process Dkt. 4801)**

**Defendant Name:** Hikma Pharmaceuticals USA Inc.

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Ada County, Idaho | 1:19-op-45775 | | X |
| Adair County, Missouri | 1:20-op-45297 | | X |
| Alachua County, Florida | 1:18-op-45685 | X | X |
| Alex Davis, et al., Ohio | 1:20-op-45085 | X | |
| Allegany County, New York | 1:19-op-46151 | X | |
| Anderson, Douglas (Avoyelles Parish Sheriff, Louisiana) | 1:17-op-45164 | X | |
| Andrew County, Missouri | 1:20-op-45298 | | X |
| Appanoose County, et al., Iowa | 1:21-op-45051 | | X |
| Appling County, Georgia | 1:20-op-45081 | X | |
| Arizona Municipal Risk Retention Pool, Arizona | 1:18-op-45178 | | X |
| Ascension Parish Government, Louisiana | 1:19-op-45027 | | X |
| Ascension Parish School Board, Louisiana | 1:21-op-45006 | X | X |
| Assumption Parish Police Jury, Louisiana | 1:20-op-45205 | X | |
| Atlantic County, New Jersey | 1:19-op-46071 | X | X |
| Banks County, Georgia | 1:18-op-45378 | X | |
| Barry County, Missouri | 1:21-op-45016 | | X |
| Barton County, Missouri | 1:20-op-45171 | | X |
| Ben Hill County, Georgia | 1:18-op-45505 | X | |
| Benton County, Indiana | 1:18-op-46201 | X | |
| Berkeley County Council, West Virginia | 1:17-op-45171 | X | |
| Bertucci, Dr. Bryan for St. Bernard Parish Coroner's Office, Louisiana | 1:20-op-45077 | | X |
| Big Bend Community Based Care, Inc. et al, Florida | 1:18-op-45493 | X | X |
| Bingham County, Idaho | 1:19-op-45758 | X | |
| Board of Commissioners of Fulton County, Ohio | 1:19-op-45440 | X | |
| Board of Commissioners of Lucas County, Ohio, et al. | 1:18-op-46177 | X | |
| Board of County Commissioners of Beckham County, Oklahoma | 1:20-op-45146 | | X |
| Board of County Commissioners of Delaware County, Oklahoma | 1:18-op-46321 | X | X |
| Board of County Commissioners of Dewey County, Oklahoma | 1:19-op-45801 | | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Board of County Commissioners of Garvin County, Oklahoma | 1:18-op-46304 | X | X |
| Board of County Commissioners of Grady County, Oklahoma | 1:19-op-46167 | | X |
| Board of County Commissioners of Jackson County, Oklahoma | 1:20-op-45126 | | X |
| Board of County Commissioners of Jefferson County, Oklahoma | 1:19-op-46170 | | X |
| Board of County Commissioners of LeFlore County, Oklahoma | 1:20-op-45067 | | X |
| Board of County Commissioners of Logan County, Oklahoma | 1:20-op-45058 | | X |
| Board of County Commissioners of Major County, Oklahoma | 1:19-op-45990 | | X |
| Board of County Commissioners of McClain County, Oklahoma | 1:18-op-46303 | X | X |
| Board of County Commissioners of Oklahoma County, Oklahoma | 1:20-op-45057 | | X |
| Board of County Commissioners of Osage County, Oklahoma | 1:18-op-46322 | X | X |
| Board of County Commissioners of Ottawa County, Oklahoma | 1:18-op-46323 | X | X |
| Board of County Commissioners of Pawnee County, Oklahoma | 1:18-op-46320 | X | X |
| Board of County Commissioners of Stephens County, Oklahoma | 1:19-op-45756 | | X |
| Board of County Commissioners of the County of Adams, Colorado et al. | 1:19-op-45036 | | X |
| Board of County Commissioners of the County of Colfax, New Mexico | 1:21-op-45055 | | X |
| Board of County Commissioners of the County of Jefferson, Colorado | 1:19-op-45035 | | X |
| Board of County Commissioners of the County of Luna, New Mexico | 1:21-op-45056 | | X |
| Board of County Commissioners of The County of Union, New Mexico | 1:21-op-45057 | | X |
| Bolivar County, Mississippi | 1:20-op-45214 | X | |
| Borough of Ridgefield, New Jersey | 1:18-op-46117 | X | X |
| Brantley County, Georgia | 1:18-op-45714 | X | |
| Bulloch County, Georgia | 1:18-op-45394 | X | |
| Burke County, Georgia | 1:19-op-45207 | X | |
| Butts County, Georgia | 1:18-op-45490 | X | |

3

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Camas County, Idaho | 1:19-op-45407 | X | |
| Camden County, Georgia | 1:18-op-45717 | X | |
| Candler County, Georgia | 1:18-op-45165 | X | |
| Charlton County, Georgia | 1:18-op-45713 | X | |
| Chelan County, Washington | 1:18-op-46139 | | X |
| Cherokee County, Georgia | 1:19-op-45174 | X | |
| Cheyenne, Wyoming | 1:19-op-45280 | | X |
| Choctaw County, Alabama | 1:19-op-45770 | X | |
| City of Alabaster, Alabama | 1:22-op-45013 | X | |
| City of Alexandria, Indiana et al. | 1:18-op-45151 | X | |
| City of Altus, Oklahoma | 1:21-op-45046 | | X |
| City of Anacortes, Washington et al. | 1:19-op-45029 | | X |
| City of Athens, Alabama | 1:19-op-45953 | X | |
| City of Atlanta, Georgia | 1:18-op-46308 | X | |
| City of Auburn, New York | 1:19-op-45843 | X | |
| City of Austin, Indiana | 1:19-op-45739 | X | |
| City of Bainbridge Island, Washington | 1:19-op-45981 | | X |
| City of Bainbridge, Georgia | 1:18-op-45383 | X | |
| City of Bangor, Maine | 1:18-op-46314 | X | |
| City of Berlin, New Hampshire | 1:18-op-46040 | X | |
| City of Bessemer, Alabama | 1:22-op-45014 | X | |
| City of Birmingham, Alabama | 1:17-op-45008 | X | X |
| City of Blakely, Georgia, et al. | 1:19-op-45129 | | X |
| City of Bloomington, Indiana et al. | 1:18-op-45235 | X | |
| City of Bogalusa, Louisiana | 1:18-op-46297 | X | |
| City of Brewton, Alabama and City of Semmes, Alabama | 1:21-op-45113 | X | |
| City of Brighton, Colorado | 1:19-op-45298 | | X |
| City of Broadview Heights, Ohio | 1:18-op-45330 | X | X |
| City of Buffalo, New York | 1:19-op-46104 | X | |
| City of Calais, Maine | 1:20-op-45051 | X | |
| City of Calera, Alabama | 1:21-op-45070 | X | X |
| City of Charles Town, West Virginia | 1:19-op-45250 | X | |
| City of Clanton, Alabama | 1:22-op-45016 | X | X |
| City of Clarksville, Tennessee | 1:18-op-45517 | | X |
| City of Coconut Creek, Florida | 1:19-op-45089 | | X |
| City of Connersville, Indiana et al. | 1:18-op-45159 | X | |
| City of Dayton, Ohio | 1:17-op-45032 | X | X |
| City of Donaldsonville, Louisiana | 1:19-op-45028 | | X |
| City of Dublin, California | 1:20-op-45255 | X | |

4

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Eagle Pass, Texas | 1:18-op-46033 | X | |
| City of East Brewton, Alabama | 1:22-op-45005 | X | X |
| City of East Cleveland, Ohio | 1:18-op-45448 | X | |
| City of Euclid, Ohio | 1:18-op-46013 | X | X |
| City of Eureka, California, et al. | 1:18-op-46092 | | X |
| City of Fairhope, Alabama | 1:22-op-45002 | X | X |
| City of Findlay, Ohio | 1:18-op-46339 | X | |
| City of Fitchburg, Massachusetts | 1:19-op-45030 | X | X |
| City of Fitzgerald, Georgia | 1:18-op-45603 | X | |
| City of Foley, Alabama | 1:20-op-45287 | X | |
| City of Franklin, Indiana et al. | 1:18-op-46182 | X | |
| City of Ft. Lauderdale, Florida | 1:18-op-46329 | X | |
| City of Fullerton, California | 1:20-op-45143 | X | |
| City of Gainesville, Georgia | 1:18-op-45486 | X | |
| City of Garfield Heights, Ohio | 1:18-op-45999 | X | X |
| City of Gary, Indiana | 1:18-op-45929 | X | X |
| City of Great Falls, et al., Montana | 1:19-op-45083 | X | |
| City of Hagerstown, Maryland | 1:18-op-45622 | | X |
| City of Hammond, Indiana | 1:17-op-45082 | X | |
| City of Harrisburg, Illinois | 1:18-op-45594 | X | X |
| City of Henderson, Kentucky | 1:20-op-45062 | X | X |
| City of Homewood, Alabama | 1:19-op-45973 | X | X |
| City of Hoover, Alabama | 1:19-op-45746 | X | X |
| City of Huntsville, Alabama | 1:19-op-45947 | X | X |
| City of Huron, Ohio | 1:18-op-45431 | X | |
| City of Indianapolis, Indiana, et al. | 1:17-op-45091 | X | |
| City of Irondale, Alabama | 1:22-op-45012 | X | |
| City of Jackson, Mississippi | 1:19-op-45806 | X | |
| City of Kansas, Missouri | 1:18-op-46029 | X | |
| City of Keene, New Hampshire | 1:18-op-45511 | X | |
| City of Kent, Washington | 1:18-op-45590 | | X |
| City of Kingman, Arizona | 1:18-op-46057 | | X |
| City of Kirkland, Washington | 1:20-op-45121 | | X |
| City of Lafayette, Indiana | 1:17-op-45081 | X | |
| City of Laguna Beach, California | 1:19-op-45447 | X | |
| City of Lakewood, Washington | 1:19-op-45221 | | X |
| City of Lansing, Michigan | 1:18-op-45054 | X | |
| City of Laredo, Texas | 1:18-op-46026 | X | X |
| City of Leesburg, Alabama | 1:20-op-45261 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Lewiston, Maine | 1:18-op-46315 | X | X |
| City of Logansport, Indiana | 1:18-op-45692 | X | |
| City of Lorain, Ohio | 1:17-op-45000 | X | |
| City of Lynn Haven, Florida | 1:19-op-46006 | X | X |
| City of Madison, Indiana | 1:19-op-45740 | X | |
| City of Manchester, New Hampshire | 1:17-op-45163 | X | X |
| City of Memphis, Tennessee | 1:19-op-45220 | X | X |
| City of Millbrook, Alabama, and City of Wetumpka, Alabama | 1:21-op-45135 | X | |
| City of Milledgeville, Georgia | 1:18-op-45495 | X | |
| City of Millington, Tennessee | 1:19-op-45474 | X | |
| City of Milwaukee, Wisconsin | 1:20-op-45044 | X | |
| City Of Mound Bayou, Mississippi | 1:19-op-45422 | X | |
| City of Nashville, Georgia | 1:19-op-45617 | | X |
| City of New Castle, Indiana | 1:18-op-45016 | X | |
| City of New Orleans, Louisiana | 1:19-op-45003 | | X |
| City of New Roads, Louisiana | 1:19-op-45011 | X | |
| City of North Olmsted, Ohio | 1:18-op-46012 | X | X |
| City of North Ridgeville, Ohio | 1:18-op-46015 | X | |
| City of North Royalton, Ohio | 1:18-op-45427 | X | |
| City of Ogdensburg, New York | 1:19-op-45852 | X | |
| City of Olmsted Falls, Ohio | 1:18-op-46014 | X | X |
| City of Olympia, Washington | 1:18-op-46021 | | X |
| City of Opelika, Alabama | 1:20-op-45208 | X | |
| City of Orange Beach, Alabama | 1:19-op-45784 | X | X |
| City of Paducah, Kentucky | 1:18-op-45592 | | X |
| City of Palm Bay, Florida | 1:18-op-46132 | X | |
| City of Parma Heights, Ohio | 1:18-op-45773 | X | |
| City of Parma, Ohio | 1:17-op-45001 | X | X |
| City of Philadelphia, Mississippi | 1:18-op-45279 | X | |
| City of Pontiac, Michigan | 1:19-op-46183 | X | |
| City of Portland, Indiana, et al. | 1:18-op-46140 | X | |
| City of Portland, Maine | 1:18-op-46313 | X | X |
| City of Portsmouth, Virginia | 1:19-op-45856 | | X |
| City of Poughkeepsie, New York | 1:19-op-46163 | X | X |
| City of Prattville, Alabama | 1:19-op-45783 | X | X |
| City of Princeton, Illinois | 1:18-op-45599 | X | X |
| City of Rainsville, Alabama et al | 1:19-op-45135 | X | X |
| City of Red Bay, Alabama et al | 1:19-op-45136 | X | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Roanoke, Alabama | 1:22-op-45011 | X | |
| City of Rochester, N.H, et al. | 1:18-op-46106 | X | |
| City of Rochester, New York | 1:19-op-45853 | X | |
| City of Russell, Kentucky et al. | 1:21-op-45094 | X | X |
| City Of Saint Paul, Minnesota | 1:19-op-45424 | X | |
| City of Sandy Springs, Georgia | 1:18-op-45516 | | X |
| City of Saraland, Alabama | 1:22-op-45017 | X | |
| City of Saratoga Springs, New York | 1:19-op-45857 | X | |
| City of Seven Hills, Ohio | 1:19-op-45413 | X | |
| City of Sheridan, Colorado | 1:19-op-45572 | | X |
| City of Spokane, Washington | 1:19-op-46092 | | X |
| City of Springfield, Georgia | 1:19-op-45199 | X | |
| City of Stillwater, Oklahoma | 1:21-op-45045 | | X |
| City of Strongsville, Ohio | 1:18-op-46111 | X | X |
| City of Sylacauga, Alabama | 1:19-op-45900 | X | X |
| City of Tacoma, Washington | 1:17-op-45047 | | X |
| City of Thornton, Colorado | 1:19-op-45034 | | X |
| City of Vestavia Hills, Alabama | 1:19-op-45141 | X | X |
| City of W. Lafayette, Indiana | 1:18-op-45300 | X | |
| City of Warrensville Heights, Ohio | 1:18-op-46299 | X | |
| City of Westland, Michigan | 1:18-op-45903 | X | |
| City of Woodbury, Georgia | 1:18-op-45575 | | X |
| Clallam County, Washington | 1:18-op-45612 | | X |
| Clark County, Washington | 1:18-op-45410 | | X |
| Clarke County, Mississippi | 1:18-op-45278 | X | |
| Clay County, Georgia | 1:19-op-45194 | X | |
| Clayton County, Georgia | 1:18-op-46298 | X | |
| Clinch County, Georgia | 1:19-op-45197 | X | |
| Clinton County, Missouri | 1:20-op-45130 | | X |
| Cochise County, Arizona | 1:18-op-45855 | | X |
| Columbia County, Georgia | 1:18-op-45607 | X | |
| Cook County, Georgia | 1:18-op-45284 | X | |
| Coos County, Oregon | 1:18-op-46300 | X | |
| County Commission of Payne County, Oklahoma | 1:19-op-45653 | | X |
| County of Alameda, California | 1:20-op-45055 | X | |
| County of Brevard, Florida | 1:19-op-45064 | | X |
| County of Carbon, Wyoming | 1:18-op-45625 | | X |
| County of Childress, Texas | 1:18-op-45229 | X | |
| County of Clackamas et al., Oregon | 1:18-op-45442 | X | |

7

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| County of Clay, Texas | 1:18-op-45169 | X | |
| County of Coryell, Texas | 1:22-op-45009 | X | |
| County of Curry, Oregon | 1:19-op-45512 | X | |
| County of Douglas, Nebraska | 1:19-op-45068 | X | |
| County of Floyd, Kentucky | 1:18-op-45369 | X | X |
| County of Fulton, Georgia | 1:18-op-45374 | X | X |
| County of Haskell, Texas | 1:18-op-45223 | X | |
| County of Hawaii, Hawaii | 1:20-op-45014 | X | |
| County of Houghton, Michigan | 1:18-op-45866 | X | |
| County of Hudson, New Jersey | 1:18-op-45937 | X | X |
| County of Huerfano, Colorado | 1:18-op-45168 | | X |
| County of Ingham, Michigan | 1:18-op-46178 | X | |
| County of Ionia, Michigan | 1:19-op-45261 | X | |
| County of Iron Mountain, Michigan | 1:18-op-45344 | X | |
| County of Kaua'i, Hawaii | 1:19-op-45862 | X | |
| County of Kendall, Texas | 1:22-op-45010 | X | |
| County of Knot, Kentucky | 1:18-op-45370 | X | X |
| County of La Salle, Texas | 1:18-op-45234 | X | |
| County of Lake, Michigan | 1:18-op-45366 | X | |
| County of Lake, Ohio | 1:18-op-45032 | X | X |
| County of Lorain, Ohio | 1:18-op-45078 | X | |
| County of Luce, Michigan | 1:18-op-45362 | X | |
| County of Madison, Mississippi | 1:20-op-45106 | X | |
| County of Maricopa, Arizona | 1:19-op-45020 | | X |
| County of McCracken, Kentucky | 1:18-op-45611 | | X |
| County of McLennan, Texas | 1:17-op-45075 | X | |
| County of Mohave, Arizona | 1:19-op-45117 | | X |
| County of Montgomery, Texas | 1:18-op-45030 | X | |
| County of Navajo, Arizona | 1:19-op-45217 | | X |
| County of Nolan, Texas | 1:18-op-45061 | X | |
| County of Osceola, Florida | 1:18-op-45669 | X | X |
| County of Polk, Texas | 1:18-op-45077 | X | |
| County of San Mateo, California | 1:18-op-46319 | X | |
| County of San Mateo, California | 1:19-op-45126 | X | |
| County of Santa Barbara, California et al. | 1:19-op-45128 | | X |
| County of Trumbull, Ohio | 1:18-op-45079 | X | X |
| County of Wexford, Michigan | 1:18-op-45364 | X | |
| County of Wichita, Texas | 1:18-op-45064 | X | |
| County of Yuma, Arizona | 1:19-op-45575 | | X |

8

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Covington County, Mississippi | 1:19-op-45417 | X | |
| Craft, John (Vernon Parish Sheriff, Louisiana) | 1:18-op-45140 | X | |
| Crisp County, Georgia | 1:18-op-45238 | X | |
| Dade County, Missouri | 1:20-op-45224 | | X |
| David J. Davis, In His Official Capacity as Sheriff of Bibb County, Georgia | 1:19-op-45360 | X | |
| Dawson County, Georgia | 1:19-op-45210 | X | |
| Decatur County, Georgia | 1:18-op-45334 | X | |
| Dekalb County, Missouri | 1:20-op-45299 | | X |
| Delaware County, Indiana | 1:18-op-45963 | X | X |
| Dooly County, Georgia | 1:18-op-45712 | X | |
| Dougherty County, Georgia | 1:18-op-45491 | X | |
| Early County, Georgia | 1:19-op-45180 | X | |
| East Baton Rouge Parish Clerk Of Court Office, Louisiana | 1:19-op-46164 | X | |
| Eddy County, New Mexico | 1:22-op-45015 | | X |
| Effingham County, Georgia | 1:19-op-45178 | X | |
| Elbert County, Georgia | 1:18-op-45381 | X | |
| Elk City, Oklahoma | 1:21-op-45017 | X | X |
| Elmore County, Alabama and Randolph County, Alabama | 1:22-op-45003 | X | X |
| Emanuel County, Georgia | 1:19-op-45209 | X | |
| Evangeline Parish Police Jury, Louisiana | 1:19-op-45450 | X | |
| Evans County, Georgia | 1:20-op-45080 | X | |
| Fayette County, Georgia | 1:19-op-45293 | X | |
| Forsyth County, Georgia | 1:19-op-45420 | X | |
| Franklin County, Washington | 1:18-op-45944 | | X |
| Garber, Mark (Lafayette Parish Sheriff, Louisiana) | 1:17-op-45180 | X | |
| Gary Gilley (Sheriff of Richland Parish), Louisiana | 1:19-op-45007 | X | |
| Gautreaux, Sid III (East Baton Rouge Parish Sheriff, Louisiana) | 1:18-op-45325 | X | |
| Glascock County, Georgia | 1:19-op-45175 | X | |
| Glynn County, Georgia | 1:18-op-46115 | X | |
| Gooding County, Idaho | 1:19-op-45404 | X | |
| Grant County, New Mexico | 1:19-op-45108 | X | |
| Green County Fiscal Court, Kentucky | 1:18-op-46272 | X | |
| Greene County, Georgia | 1:19-op-45203 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Grundy County, Missouri | 1:20-op-45300 | | X |
| Habersham County, Georgia | 1:18-op-45559 | X | |
| Hall County, Georgia | 1:18-op-45286 | X | |
| Hancock County Board of Education et al., Tennessee | 1:22-op-45027 | X | |
| Hancock County, Georgia | 1:18-op-45535 | X | |
| Hancock, Georgia | 1:19-op-45562 | X | |
| Hardin County Fiscal Court, Kentucky, et al. | 1:20-op-45063 | X | X |
| Harrison County Board of Commissioners, Ohio | 1:18-op-45547 | X | |
| Harrison County, Mississippi | 1:19-op-45113 | X | |
| Harvey County, Kansas | 1:18-op-45848 | | X |
| Haskell County Board of County Commissioners, Oklahoma | 1:20-op-45002 | | X |
| Heard County, Georgia | 1:19-op-45130 | | X |
| Henry County, Georgia | 1:18-op-46310 | X | X |
| Henry County, Missouri | 1:20-op-45135 | | X |
| Herbert, Douglas III (Allen Parish Sheriff, Louisiana) | 1:18-op-45142 | X | |
| Hickory County, Missouri | 1:20-op-45295 | | X |
| Hillsborough County, New Hampshire | 1:18-op-46353 | X | |
| Hilton, William (Rapides Parish Sheriff, Louisiana) | 1:17-op-45178 | X | |
| Hinds County, Mississippi | 1:20-op-45190 | X | |
| Humboldt County, California | 1:18-op-45942 | | X |
| Irwin County, Georgia | 1:18-op-45283 | X | |
| Island County, Washington | 1:18-op-45982 | X | X |
| Jackson County, Alabama et al. | 1:18-op-45634 | X | X |
| Jackson County, Georgia | 1:18-op-45581 | X | |
| Jackson County, Missouri | 1:18-op-45965 | X | |
| Jasper County, Georgia | 1:18-op-45504 | X | |
| Jeff Davis County, Georgia | 1:18-op-45237 | X | |
| Jefferson County Commission, West Virginia | 1:17-op-45170 | X | |
| Jefferson County, Georgia | 1:19-op-45201 | X | |
| Jefferson County, Ohio | 1:18-op-45365 | X | |
| Jefferson County, Washington | 1:18-op-46023 | | X |
| Jeffrey F. Wiley (Sheriff of Ascension Parish), Louisiana | 1:18-op-45842 | X | |
| Jennings County, Indiana | 1:18-op-45131 | X | |
| Johnson County, Georgia | 1:18-op-45716 | X | |

10

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Johnson County, Kansas | 1:19-op-45443 | X | |
| Jones County, Georgia | 1:18-op-45424 | X | |
| Kay County Board of County Commissioners, Oklahoma | 1:19-op-45989 | | X |
| Kings County, Washington | 1:18-op-45231 | | X |
| Kitsap County, Washington | 1:18-op-45956 | X | X |
| Kittitas County, Washington | 1:18-op-46008 | | X |
| Klamath Tribes, Oregon | 1:19-op-45786 | X | |
| Lafourche Parish Government, Louisiana | 1:20-op-45212 | X | |
| Lafourche Parish School Board, Louisiana | 1:21-op-45036 | X | X |
| Lake County, Indiana | 1:18-op-45156 | X | |
| LaPorte County, Indiana | 1:18-op-45280 | X | |
| Latimer County Board of County Commissioners, Oklahoma | 1:20-op-45003 | | X |
| Lauderdale County, Alabama | 1:19-op-45845 | X | X |
| Lawrence County, Indiana | 1:18-op-46188 | X | |
| Lawrence County, Kentucky | 1:19-op-46184 | X | |
| Lawrence County, Missouri | 1:20-op-45134 | | X |
| Leland Falcon, Louisiana | 1:20-op-45206 | X | |
| Levy County, Florida | 1:18-op-46119 | X | X |
| Lewis County, Washington | 1:18-op-46301 | X | |
| Liberty County, Georgia | 1:19-op-45200 | X | |
| Lincoln County Board of County Commissioners, Oklahoma | 1:20-op-45128 | | X |
| Lincoln County, Georgia | 1:18-op-45508 | X | |
| Long County, Georgia | 1:19-op-45196 | X | |
| Lumpkin County, Georgia | 1:19-op-45211 | X | |
| Macon County, Georgia | 1:18-op-45577 | | X |
| Madison County, Georgia | 1:18-op-45296 | X | |
| Makah Indian Tribe, Washington | 1:18-op-46022 | X | X |
| Mancuso, Tony (Calcasieu Parish Sheriff, Louisiana) | 1:17-op-45179 | X | |
| Marion County, Alabama et al. | 1:18-op-45171 | | X |
| Marshall County, Alabama et al. | 1:18-op-45230 | X | X |
| Marshall County, Indiana | 1:18-op-45157 | X | |
| Maverick County, Texas | 1:19-op-45426 | X | |
| McDonald County, Missouri | 1:20-op-45225 | | X |
| McDuffie County, Georgia | 1:18-op-45509 | X | |
| McIntosh County, Georgia | 1:19-op-45173 | X | |

11

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Metropolitan Government of Nashville, Tennessee et al. | 1:18-op-45088 | X | |
| Michael Tubbs (Sheriff of Morehouse Parish), Louisiana | 1:18-op-45884 | X | |
| Missoula County, Montana | 1:19-op-45112 | | X |
| Monroe County, Wisconsin | 1:17-op-45146 | X | |
| Montgomery County, Georgia | 1:19-op-45292 | X | |
| Morgan County Commission, West Virginia | 1:18-op-45444 | X | |
| Morgan County, Indiana | 1:18-op-45828 | X | |
| New Madrid County, Missouri | 1:20-op-45296 | | X |
| Newton County, Georgia | 1:18-op-45578 | X | |
| Noble County, Ohio | 1:19-op-45096 | X | |
| Oconee County, Georgia | 1:18-op-45219 | X | |
| Oglethorpe County, Georgia | 1:18-op-45262 | X | |
| Okaloosa County, Florida | 1:19-op-45894 | X | |
| Ozark County, Missouri | 1:18-op-46198 | X | |
| Pettis County, Missouri | 1:19-op-45416 | X | |
| Philey, Jerry (West Carroll Parish Sheriff, Louisiana) | 1:18-op-45260 | X | |
| Pierce County, Washington | 1:18-op-45195 | | X |
| Pike County, Georgia | 1:19-op-45179 | X | |
| Pike County, Missouri | 1:20-op-45131 | | X |
| Pittsburg County Board of County Commissioners, Oklahoma | 1:19-op-45711 | | X |
| Pocahontas County Commission, West Virginia | 1:18-op-45443 | X | |
| Police Jury of the Parish of Pointe Coupee, Louisiana | 1:19-op-45012 | X | |
| Polk County, Missouri | 1:20-op-45082 | | X |
| Porter County, Indiana | 1:19-op-45074 | X | |
| Pottawatomie County Board of County Commissioners, Oklahoma | 1:19-op-45988 | | X |
| Prince George's County, Maryland | 1:18-op-45501 | X | X |
| Pulaski County, Georgia | 1:19-op-45176 | X | |
| Pulaski County, Indiana | 1:18-op-46110 | X | |
| Quinault Indian Nation, Washington | 1:18-op-46154 | X | |
| Rabun County, Georgia | 1:19-op-45177 | X | |
| Ralls County, Missouri | 1:20-op-45292 | | X |
| Randolph County, Georgia | 1:19-op-45202 | X | |
| Ray County, Missouri | 1:20-op-45132 | | X |
| Reno-Sparks Indian Colony, Nevada | 1:18-op-45699 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Richardson, Ronald (Sabine Parish Sheriff, Louisiana) | 1:18-op-45143 | X | |
| Rincon Band of Luiseño Indians, California | 1:18-op-46151 | X | |
| Rio Arriba County, New Mexico | 1:19-op-45054 | X | X |
| Ripley County, Indiana | 1:18-op-46155 | X | |
| Rock Springs, Wyoming | 1:19-op-45265 | | X |
| Rockdale County, Georgia | 1:18-op-46296 | X | |
| Roosevelt County, New Mexico | 1:18-op-46343 | X | X |
| Russell, Jay (Ouachita Sheriff, Louisiana) | 1:18-op-45154 | X | |
| Rutherford County, Tennessee | 1:18-op-45258 | X | |
| San Juan County, Washington | 1:18-op-46291 | | X |
| Sandoval County, New Mexico | 1:19-op-45421 | X | |
| Sandusky County Board of Commissioners, Ohio | 1:18-op-45254 | X | X |
| Schley County, Georgia | 1:18-op-45580 | | X |
| Scott County, Indiana Board of Commissioners, Indiana | 1:17-op-45094 | | X |
| Scott County, Mississippi | 1:20-op-45238 | X | |
| Screven County, Georgia | 1:19-op-45198 | X | |
| Seal, Randy (Washington Parish Sheriff, Louisiana) | 1:18-op-45093 | X | |
| Seminole County Board of County Commissioners, Oklahoma | 1:19-op-45260 | X | |
| Seminole County, Georgia | 1:19-op-45181 | X | |
| Skagit County, Washington | 1:18-op-45173 | | X |
| Soileau, Edrick (Evangeline Parish Sheriff, Louisiana) | 1:18-op-45189 | X | |
| Southwestern Central School District, New York | 1:22-op-45024 | X | |
| Spalding County, Georgia | 1:19-op-45208 | X | |
| Spokane County, Washington | 1:18-op-45943 | | X |
| St. Bernard Parish School Board, Louisiana | 1:21-op-45014 | X | X |
| St. Charles County, Missouri | 1:18-op-46059 | X | |
| St. Clair County, Missouri | 1:21-op-45044 | | X |
| St. James Parish School Board, Louisiana | 1:21-op-45034 | X | X |
| St. Joseph County, Indiana | 1:18-op-45500 | X | |
| St. Louis County, Missouri | 1:17-op-45083 | X | |
| Stephens County, Georgia | 1:19-op-45195 | X | |
| Sumter County, Georgia | 1:18-op-45250 | X | |

13

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Susanville Elementary School District et al., California | 1:22-op-45031 | X | |
| Taliaferro County, Georgia | 1:18-op-45562 | X | |
| Tattnall County, Georgia | 1:18-op-45574 | X | |
| The City of Amsterdam, New York | 1:19-op-46162 | X | |
| The City of Federal Heights, Colorado | 1:19-op-45573 | | X |
| The City Of Gulf Shores, Alabama | 1:22-op-45019 | X | X |
| The Unified Government of Athens-Clarke County, Georgia | 1:18-op-45218 | X | |
| The Unified Government of Macon-Bibb County, Georgia | 1:18-op-45407 | X | |
| Thurston County, Washington | 1:18-op-45409 | | X |
| Tifton County, Georgia | 1:18-op-45454 | X | |
| Toombs County, Georgia | 1:18-op-45576 | X | |
| Town Of Arcola, Mississippi | 1:19-op-45419 | X | |
| Town of Arlington, Tennessee | 1:19-op-45471 | X | |
| Town of Butler, Alabama | 1:18-op-45216 | X | |
| Town Of Centerville Tennessee | 1:19-op-45425 | X | |
| Town of Cherokee, Alabama et al | 1:18-op-45005 | X | X |
| Town of Cottage City, Maryland, et al. | 1:20-op-45235 | | X |
| Town Of Fort Deposit, Alabama | 1:19-op-45427 | X | |
| Town of Gramercy, Louisiana | 1:21-op-45031 | X | X |
| Town of Lutcher, Louisiana | 1:21-op-45035 | X | X |
| Town of Monroe, Connecticut | 1:19-op-45441 | X | |
| Town of Poughkeepsie, New York | 1:20-op-45260 | X | X |
| Town Of Summit, Mississippi | 1:19-op-45418 | X | |
| Towns County, Georgia | 1:19-op-45172 | X | |
| Township of Painesville, Ohio | 1:18-op-46035 | X | |
| Township Of Saddle Brook, New Jersey | 1:19-op-45431 | X | |
| Troup County, Georgia | 1:18-op-45715 | X | |
| Tulalip Tribes, Washington | 1:18-op-45589 | X | X |
| Tunica County, Mississippi | 1:20-op-45213 | X | |
| Twiggs County, Georgia | 1:18-op-45379 | X | |
| Vanderburgh County, Indiana | 1:18-op-45498 | X | |
| Vernon County, Missouri | 1:20-op-45133 | | X |
| Village of Brooklyn Heights, Ohio | 1:18-op-45450 | X | |
| Village of Newburgh Heights, Ohio | 1:18-op-45449 | X | |
| Walla Walla County, Washington | 1:18-op-46010 | | X |
| Walton County, Florida | 1:19-op-45423 | X | |
| Walton County, Georgia | 1:18-op-45297 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Warren County, Georgia | 1:18-op-45425 | X | |
| Washington County, Georgia | 1:18-op-45563 | X | |
| Washington County, Mississippi | 1:18-op-45022 | X | |
| Washington County, Ohio and City of Marietta, Ohio | 1:19-op-45230 | X | |
| Waupaca County, Wisconsin | 1:17-op-45166 | X | |
| Wayne County, Georgia | 1:19-op-45204 | X | |
| Whatcom County, Washington | 1:18-op-45954 | | X |
| Whitman County, Washington | 1:18-op-46009 | | X |
| Wilkes County, Georgia | 1:19-op-45171 | X | |
| Williams, Wydette (East Carroll Parish Sheriff, Louisiana) | 1:18-op-45259 | X | |
| Woods, Ivy (Jefferson Davis Parish Sheriff, Louisiana) | 1:18-op-45099 | X | |
| Woodward County Board of County Commissioners, Oklahoma | 1:20-op-45141 | | X |
| Worth County, Georgia | 1:18-op-45602 | X | |