IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-02804-DAP<br><br>Hon. Dan Aaron Polster |

**NON-LITIGATING DEFENDANT
PHARMACY BUYING ASSOCIATION LIST PURSUANT TO
JANUARY 3, 2023 ORDER**

Pursuant to this Court's January 3, 2023 Order Regarding Non-Litigating Defendants (Dkt. 4801), Non-Litigating Defendant Pharmacy Buying Association provides the following list of cases and their service status. Regarding Plaintiff's Fact Sheets, PBA had not been granted access to the PFS Repository yet and will supplement this report once it receives access.

| # | *Case Caption* | *MDL Case No.* | *Service Status* | *Plaintiff Fact Sheets* |
|---|---|---|---|---|
| 1. | *Adair Co., MO et al v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-45122-DAP | Served 2019 | |
| 2. | *Adair Co., MO v. Allergan PLC, et al* | N.D. Ohio, 1:20-op-45297-DAP | Served 1/27/2023 | |
| 3. | *Andrew Co., MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45298-DAP | Served 1/27/2023 | |
| 4. | *Allamakee County v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-45983-DAP | Served 2019 | |
| 5. | *Appanoose County et al v. Allergan PLC, et al* | N.D. Ohio, 1:21-op-45051-DAP | Served 2021 | |
| 6. | *Barry County, MO v. Allergan PLC et al* | N.D. Ohio, 1:21-op-45016-DAP | Served 1/27/2023 | |

50411245v1

| # | Case Caption | MDL Case No. | Service Status | Plaintiff Fact Sheets |
|---|---|---|---|---|
| 7. | Board of County Commissioners of Beckham County, OK v. Cephalon, Inc. et al | N.D. Ohio, 1:20-op-45146-DAP | No evidence of service | |
| 8. | Black Hawk County et al v. Purdue Pharma LP et al. | N.D. Ohio, 1:18-op-45303-DAP | No evidence of service | |
| 9. | Callaway County, MO v. Purdue Pharma L.P. et al | N.D. Ohio, 1:19-op-45378-DAP | Served 2019 | |
| 10. | Cass County, MO v. AmerisourceBergen Drug Corp. et al | N.D. Ohio, 1:18-op-45841-DAP | Served 2019 | |
| 11. | Catawba Nation v. Endo Health Solutions, Inc. et al. | N.D. Ohio, 1:20-op-45234-DAP | No evidence of service | |
| 12. | Chariton County, MO v. Purdue Pharm L.P. et al | N.D. Ohio, 1:19-op-45790-DAP | Served 2019 | |
| 13. | Clinton County, MO v. Allergan PLC et al | N.D. Ohio, 1:20-op-45130-DAP | Served 1/27/2023 | |
| 14. | Dade County, MO v. Allergan PLC et al | N.D. Ohio, 1:20-op-45224-DAP | Served 1/27/2023 | |
| 15. | DeKalb County, MO v. Allergan PLC et al | N.D. Ohio, 1:20-op-45299-DAP | Served 1/27/2023 | |
| 16. | Douglas County, MO v. Purdue Pharma L.P. et al | 1:19-op-45386-DAP | Served 2019 | |
| 17. | Board of County Commissioners for Greenwood County, KS, et al v. Purdue Pharma L.P. et al | N.D. Ohio, 1:19-op-45384-DAP | Served 2019 | |

50411245v1

| # | Case Caption | MDL Case No. | Service Status | Plaintiff Fact Sheets |
|---|---|---|---|---|
| 18. | *Grundy County, MO v. Allergan PLC, et al* | N.D. Ohio, 1:20-op-45300-DAP | Served 1/27/2023 | |
| 19. | *Henry County, MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45135-DAP | Served 1/27/2023 | |
| 20. | *People of the State of Illinois (Jersey County) et al. v. AmerisourceBergen Drug Corporation et al* | N.D. Ohio, 1:17-op-45049-DAP | Served 2019 | |
| 21. | *Iowa Tribe of Kansas and Nebraska v. Cephalon, Inc. et al.* | N.D. Ohio, 1:20-op-45099-DAP | Served 2020 | |
| 22. | *Johnson County, MO v. Purdue Pharma, L.P. et al* | N.D. Ohio, 1:19-op-45363-DAP | Served 2019 | |
| 23. | *Knox County, MO v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45406-DAP | Served 2021 | |
| 24. | *Lafayette County, MO AmerisourceBergen Drug Corporation, et al* | N.D. Ohio, 1:18-op-45840-DAP | Served 2019 | |
| 25. | *Lawrence County, MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45134-DAP | Served 1/27/2023 | |
| 26. | *McDonald County, MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45225-DAP | Served 1/27/2023 | |
| 27. | *Muscogee (Creek) Nation, OK v. Purdue Pharma L.P. et al.* | N.D. Ohio, 1:18-op-45459-DAP | Served 2020 | |
| 28. | *Ozark County, MO v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-46198-DAP | Served June 2019 | |
| 29. | *Pike County, MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45131-DAP | Served 1/27/2023 | |

50411245v1

| # | Case Caption | MDL Case No. | Service Status | Plaintiff Fact Sheets |
|---|---|---|---|---|
| 30. | *Polk County, MO v. Purdue Pharma L.P., et al.* | N.D. Ohio, 1:18-op-45116-DAP | Served 1/27/2023 | |
| 31. | *Randolph County, MO v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45409 | Served 2019 | |
| 32. | *Ray County, MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45132-DAP | Served 1/27/2023 | |
| 33. | *Reynolds County, MO v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-46193-DAP | Served April 2021 | |
| 34. | *Sac and Fox Nation of Missouri in Kansas and Nebraska v. Cephalon, Inc., et al* | N.D. Ohio, 1:20-op-45161-DAP | No evidence of service | |
| 35. | *Schuyler County, IL v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-46147-DAP | Served 2019 | |
| 36. | *St. Clair County, MO v. Allergan PLC et al* | N.D. Ohio, 1:21-op-45044-DAP | Served 1/27/2023 | |
| 37. | *Upshur County, TX v. Purdue Pharma L.P., et al* | N.D. Ohio, 1:17-op-45085-DAP | No evidence of service | |
| 38. | *Webster County, MO v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-46350-DAP | Service 2021 | |
| 39. | *White Mountain Apache Nation et al v. Endo Health Solutions, Inc. et al* | N.D. Ohio, 1:20-op-45243-DAP | No evidence of service | |

PBA reserves its right to contest the timeliness or effectiveness of service and any statute of limitations or other timeliness defenses.

Dated: January 30, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LATHROP GPM LLP

　　　　　　　　　　　　　　　　　　By:　*/s/ Brian C. Fries*
　　　　　　　　　　　　　　　　　　　　　Brian C. Fries (MO # 40830)
　　　　　　　　　　　　　　　　　　　　　Taryn A. Nash (MO # 70271)
　　　　　　　　　　　　　　　　　　　　　2345 Grand Boulevard, Suite 2200
　　　　　　　　　　　　　　　　　　　　　Kansas City, Missouri  64108-2618
　　　　　　　　　　　　　　　　　　　　　Telephone:   (816) 292-2000
　　　　　　　　　　　　　　　　　　　　　Telecopier:   (816) 292-2001
　　　　　　　　　　　　　　　　　　　　　brian.fries@lathropgpm.com
　　　　　　　　　　　　　　　　　　　　　taryn.nash@lathropgpm.com

　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　　*Pharmacy Buying Association*

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Brian C. Fries*
Brian C. Fries (MO # 40830)
An Attorney for Defendant
Pharmacy Buying Association

- 6 -

50411245v1