**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| This document relates to: | **Case No. 17-md-2804** |
| *All Cases Against J M Smith Corporation d/b/a Smith Drug Company.* | **Judge Dan Aaron Polster** |

## SUBMISSION IN RESPONSE TO THE COURT'S JANUARY 3, 2023 ORDER

Pursuant to the Court's January 3, 2023 Order (ECF No. 4801), Non-Litigating Defendants J M Smith Corporation d/b/a Smith Drug Company ("Smith") and subsidiary Burlington Drug Company ("Burlington") hereby identify the following 169 and 1 Plaintiffs, respectively, who had not served a Plaintiff Fact Sheet (PFS) to the PFS Repository by the Court's deadline of October 14, 2022 (ECF No. 4664) and/or did not obtain timely service of process.  Pursuant to the Court's January 3, 2023 Order (ECF No. 4801), Non-Litigating Defendants Smith and Burlington, hereby identify 257 and 6 Plaintiffs, respectively, who did not obtain timely service of process.  Smith is a defendant in 332 opioid cases and Burlington is a defendant in 9 opioid cases.

Smith and Burlington have prepared this list to the best of their knowledge based on a reasonable investigation.  Smith and Burlington expressly preserve and do not waive their individual rights, reservations, objections, arguments, and remedies, including with respect to service of process and sufficiency of PFSs.  For example, failure to list a case is inadvertent and not intended to waive any rights, including arguments for dismissal.  Despite diligent searches of the docket, Smith and Burlington, may not have notice of all cases that have been filed against it if there has been no service.

Smith and Burlington reserve their rights to raise these and other challenges at the appropriate time.

**Defendant Name: J M Smith Corporation d/b/a Smith Drug Company**

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 1. | Adams County (MS) | 1:18-op-45831 | | X |
| 2. | Alamance County (NC) | 1:19-op-45615 | | X |
| 3. | Alexander County (NC) | 1:18-op-46205 | | X |
| 4. | Amite County (MS) | 1:18-op-45097 | | X |
| 5. | Appling County (GA) | 1:20-op-45081 | X | X |
| 6. | Ashe County (NC) | 1:18-op-46185 | | X |
| 7. | Atkinson County (GA) | 1:19-op-45118 | | X |
| 8. | Avoyelles Parish Police Jury (LA) | 1:19-op-45444 | | X |
| 9. | Banks County (GA) | 1:18-op-45378 | X | X |
| 10. | Bartow County (GA) | 1:19-op-45045 | | X |
| 11. | Bay County (FL) | 1:18-op-45455 | | X |
| 12. | Bell County Fiscal Court (KY) | 1:17-op-45026 | | X |
| 13. | Ben Hill County (GA) | 1:18-op-45505 | X | X |
| 14. | Berrien County (GA) | 1:18-op-45834 | | X |
| 15. | Blount County (TN) | 1:19-op-45132 | | X |
| 16. | Jefferson County (TN) | 1:19-op-45132 | | X |
| 17. | Board of County Commissioners of Finney County, Kansas, and Thomas (KS) | 1:19-op-45387 | | X |
| 18. | Brantley County (GA) | 1:18-op-45714 | X | X |

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 19. | Bulloch County (GA) | 1:18-op-45394 | X | X |
| 20. | Buncombe County (NC) | 1:17-op-45153 |  | X |
| 21. | Burke County (GA) | 1:19-op-45207 | X | X |
| 22. | Butts County (GA) | 18-op-45490 | X | X |
| 23. | Cabarrus County (NC) | 1:18-op-45747 | X |  |
| 24. | Calcasieu Parish Police Jury (LA) | 1:19-op-45445 |  | X |
| 25. | Caldwell County (NC) | 1:18-op-45263 |  | X |
| 26. | Calhoun County (FL) | 1:18-op-45363 |  | X |
| 27. | Camden County (GA) | 1:18-op-45717 | X | X |
| 28. | Candler County (GA) | 1:18-op-45165 | X | X |
| 29. | Catawba County (NC) | 1:18-op-45145 |  | X |
| 30. | Charlton County (GA) | 1:18-op-45713 | X | X |
| 31. | Cherokee County (GA) | 1:19-op-45174 | X | X |
| 32. | Cherokee County (NC) | 1:18-op-45979 |  | X |
| 33. | City of Albany (GA) | 1:18-op-46337 |  | X |
| 34. | City of Amsterdam (NY) | 1:19-op-46162 | X | X |
| 35. | City of Blakely (GA) | 1:19-op-45129 |  | X |
| 36. | City of Arlington (GA) | 1:19-op-45129 |  | X |
| 37. | City of Damascus (GA) | 1:19-op-45129 |  | X |
| 38. | City of Buffalo (NY) | 1:19-op-46104 | X | X |
| 39. | City of Canton (NC) | 1:19-op-45462 |  | X |
| 40. | Chatham County (NC) | 1:19-op-45462 |  | X |

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 41. | City of Cullman (AL) | 1:19-op-45248 | | X |
| 42. | City of Danville (VA) | 1:19-op-45730 | | X |
| 43. | City of Evansville (IN) | 1:18-op-45591 | | X |
| 44. | City of Hattiesburg (MS) | 1:18-op-45512 | | X |
| 45. | City of Hickory (NC) | 1:18-op-46307 | | X |
| 46. | City of Jackson (MS) | 1:19-op-45806 | X | X |
| 47. | City of Lake Charles (GA) | 1:19-op-45449 | | X |
| 48. | City of Lakeland (GA) | 1:19-op-45618 | | X |
| 49. | City of Nashville (GA) | 1:19-op-45617 | | X |
| 50. | City of New Port Richey (FL) | 1:19-op-46073 | | X |
| 51. | City of Panama City (FL) | 1:18-op-45373 | | X |
| 52. | City of Pensacola (FL) | 1:18-op-45331 | | X |
| 53. | City of Philadelphia (MS) | 1:18-op-45279 | X | X |
| 54. | City of Springfield (GA) | 1:19-op-45199 | X | X |
| 55. | City of St. Albans (VT) | 1:19-op-45721 | | X |
| 56. | City of Wilmington (NC) | 1:18-op-45684 | | X |
| 57. | City of Winston-Salem (NC) | 1:18-op-45658 | | X |
| 58. | Claiborne County (MS) | 1:18-op-45035 | | X |
| 59. | Claiborne County (TN) | 1:19-op-45658 | | X |
| 60. | Clarke County (MS) | 1:18-op-45278 | | X |
| 61. | Clay County Fiscal Court (KY) | 1:17-op-45031 | | X |
| 62. | Claiborne County (MS) | 1:18-op-45035 | X | |

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 63. | Clarke County (MS) | 1:18-op-45278 | X | |
| 64. | Clay County (GA) | 1:19-op-45194 | X | X |
| 65. | Cleveland County (NC) | 1:18-op-45304 | X | |
| 66. | Clinch County (GA) | 1:19-op-45197 | X | X |
| 67. | Cobb County (GA) | 1:18-op-45817 | X | |
| 68. | Columbia County (GA) | 1:18-op-45607 | X | X |
| 69. | Columbus (GA) | 1:18-op-45567 | | X |
| 70. | Commissioners of St. Mary's County (MD) | 1:18-op-46334 | | X |
| 71. | Cook County (GA) | 1:18-op-45284 | X | X |
| 72. | County of Allegany (NY) | 1:19-op-46151 | X | X |
| 73. | County of Camp (TX) | 1:18-op-45301 | | X |
| 74. | County of Colbert (AL) | 1:18-op-45005 | X | X |
| 75. | City of Tuscumbia (AL) | 1:18-op-45005 | X | X |
| 76. | County of Franklin (AL) | 1:18-op-45005 | X | X |
| 77. | Town of Cherokee (AL) | 1:18-op-45005 | X | X |
| 78. | County of Johnson (IL) | 1:18-op-46148 | X | X |
| 79. | County of Morris (TX) | 1:17-op-45086 | | X |
| 80. | County of Titus (TX) | 1:17-op-45161 | | X |
| 81. | County of Upshur (TX) | 1:17-op-45085 | | X |
| 82. | County of Volusia (FL) | 1:18-op-45782 | | X |
| 83. | County of Walker (TX) | 1:19-op-45713 | X | |
| 84. | Crisp County (GA) | 1:18-op-45238 | X | X |
| 85. | Decatur County (GA) | 1:18-op-45334 | | X |
| 86. | David J. Davis, in his Official | 1:19-op-45360 | X | |

5

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
|  | Capacity as Sheriff of Bibb County (GA) |  |  |  |
| 87. | Davidson County (NC) | 1:18-op-46330 | X |  |
| 88. | Dawson County (GA) | 1:19-op-45210 | X | X |
| 89. | Decatur County (GA) | 1:18-op-45334 | X |  |
| 90. | DeKalb County (GA) | 1:18-op-45503 |  | X |
| 91. | Dooly County (GA) | 1:18-op-45712 | X | X |
| 92. | Dougherty County (GA) | 1:18-op-45491 | X | X |
| 93. | Douglas Anderson, Duly Elected Sheriff of Avoyelles Parish, in His Capacity as Officer Ex Officio of the Avoyelles Parish Sheriff's Office and the Avoyelles Parish Law Enforcement District (LA) | 1:17-op-45164 | X |  |
| 94. | Douglas Hebert, III, Duly Elected Sheriff of Allen Parish, in His Capacity as Officer Ex Office of the Allen Parish Sheriff's Office and the Allen Parish Law Enforcement District (LA) | 1:18-op-45142 | X |  |
| 95. | Doyle T. Wooten, in his official Capacity as the Sheriff of Coffee County (GA) | 1:19-op-45145 | X | X |

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 96. | E. Neal Jump, in his official Capacity as the Sheriff of Glynn County (GA) | 1:19-op-45155 | X | X |
| 97. | Early County (GA) | 1:19-op-45180 | X | X |
| 98. | East Carroll Parish Police Jury (LA) | 1:19-op-45453 | | X |
| 99. | Edrick Soileau, Duly Elected Sheriff of Evangeline Parish, in His Capacity as Officer Ex Officio of the Evangeline Parish Sheriff's Office and the Evangeline Parish Law Enforcement District (LA) | 1:18-op-45189 | X | |
| 100. | Effingham County (GA) | 1:19-op-45178 | X | X |
| 101. | Elbert County (GA) | 1:18-op-45381 | X | X |
| 102. | Emanuel County (GA) | 1:19-op-45209 | X | X |
| 103. | Evangeline Parish Police Jury (LA) | 1:19-op-45450 | | X |
| 104. | Evans County (GA) | 1:20-op-45080 | X | X |
| 105. | Fayette County (GA) | 1:19-op-45293 | X | X |
| 106. | Fentress County (TN) | 1:18-op-45419 | | X |
| 107. | Fiscal Court of Montgomery County (KY) | 1:18-op-46144 | | X |
| 108. | Fiscal Court of Spencer County (KY) | 1:17-op-45014 | X | X |
| 109. | Forrest County (MS) | 1:18-op-45147 | | X |
| 110. | Forsyth County (NC) | 1:18-op-45605 | | X |

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 111. | Gary Gilley, Duly Elected Sheriff of Richland Parish, in His Capacity as Officer Ex Officio of the Richland Parish Sheriff's Office and the Richland Parish Law Enforcement District (LA) | 1:19-op-45007 | X | |
| 112. | Gary Langford, in his official Capacity as the Sheriff of Murray County (GA) | 1:19-op-45164 | X | |
| 113. | Gene Scarbrough, in his official Capacity as the Sheriff of Tift County (GA) | 1:19-op-45168 | X | X |
| 114. | Glascock County (GA) | 1:19-op-45175 | X | X |
| 115. | Glynn County (GA) | 1:18-op-46115 | X | |
| 116. | Grady County (GA) | 1:18-op-46338 | | X |
| 117. | Greene County (GA) | 1:19-op-45203 | X | X |
| 118. | Greene County (TN) | 1:18-op-45136 | | X |
| 119. | Gulf County (FL) | 1:18-op-45953 | | X |
| 120. | H.W. "Billy" Hancock, in his Official Capacity as the Sheriff of Crisp County (GA) | 1:19-op-45562 | X | X |
| 121. | Habersham County (GA) | 1:18-op-45559 | X | X |
| 122. | Hall County (GA) | 1:18-op-45286 | X | X |
| 123. | Hamilton County (TN) | 1:18-op-45507 | X | X |
| 124. | Hancock County (TN) | 1:18-op-45153 | | X |

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 125. | Hancock County (GA) | 1:18-op-45535 | | X |
| 126. | Hancock County Board of Education (TN) | 1:22-op-45027 | X | X |
| 127. | Hamblen County Board of Education (TN) | 1:22-op-45027 | X | X |
| 128. | Hancock County (GA) | 1:18-op-45535 | X | |
| 129. | Harrison County (MS) | 1:19-op-45113 | X | X |
| 130. | Hawkins County (TN) | 1:18-op-45299 | | X |
| 131. | Haywood County (NC) | 1:19-op-45014 | | X |
| 132. | Holmes County (FL) | 1:18-op-45456 | | X |
| 133. | Holmes County (MS) | 1:18-op-45793 | | X |
| 134. | Houston County (GA) | 1:18-op-45946 | X | |
| 135. | Iredell County (NC) | 1:18-op-45774 | X | X |
| 136. | Howell County (MO) | 1:19-op-45368 | | X |
| 137. | Irwin County (GA) | 1:18-op-45283 | X | |
| 138. | Ivy Woods, Duly Elected Sheriff of Jefferson Davis Parish, in his Capacity as Officer Ex Officio of the Jefferson Davis Parish Sheriff's Office and the Jefferson Davis Parish Law Enforcement District (LA) | 1:18-op-45099 | X | |
| 139. | Jackson County (GA) | 1:18-op-45581 | X | X |
| 140. | Jasper County (GA) | 1:18-op-45504 | X | X |

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 141. | Jeff Davis County (GA) | 1:18-op-45237 | X | X |
| 142. | Jefferson County Commission (WV) | 1:17-op-45170 | X | |
| 143. | Jefferson County (GA) | 1:19-op-45201 | X | X |
| 144. | Jeffrey F. Wiley, Duly Elected Sheriff of Ascension Parish, in His Capacity as Officer Ex Officio of the Ascension Parish Sheriff's Office and the Ascension Parish Law Enforcement District (LA) | 1:18-op-45842 | X | |
| 145. | Jerry L. Philley, Duly Elected Sheriff of West Carroll Parish, in His Capacity as Officer Ex Officio of the West Carroll Parish Sheriff's Office and the West Carroll Parish Law Enforcement District (LA) | 1:18-op-45260 | X | |
| 146. | John Craft, Duly Elected Sheriff of Vernon Parish, in His Capacity as Officer Ex Officio of the Vernon Parish Sheriff's Office and the Vernon Parish Law Enforcement District (LA) | 1:18-op-45140 | X | |
| 147. | John G. Carter, in his official Capacity as the | 1:19-op-45170 | X | X |

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
|  | Sheriff of Wayne County (GA) |  |  |  |
| 148. | Johnson County (GA) | 1:18-op-45716 | X | X |
| 149. | Johnson County (TN) | 1:18-op-45164 |  | X |
| 150. | Jones County (GA) | 1:18-op-45424 | X | X |
| 151. | Knox County Fiscal Court (KS) | 1:17-op-45028 |  | X |
| 152. | Lafayette County (MS) | 1:19-op-45341 |  | X |
| 153. | Lanier County (GA) | 1:18-op-46066 |  | X |
| 154. | Larry H. Dean, in his official Capacity as the Sheriff of Laurens County (GA) | 1:19-op-45163 | X | X |
| 155. | Laurens County (GA) | 1:18-op-45945 |  | X |
| 156. | Lee County (GA) | 1:18-op-46171 |  | X |
| 157. | Lenoir County (NC) | 1:18-op-45991 |  | X |
| 158. | Leslie County Fiscal Court (KY) | 1:17-op-45029 |  | X |
| 159. | Letcher County Fiscal Court (KY) | 1:18-op-46124 |  | X |
| 160. | Lewis S. Walker, in his official Capacity as the Sheriff of Crawford County (GA) | 1:19-op-45146 | X |  |
| 161. | Liberty County (GA) | 1:19-op-45200 | X | X |
| 162. | Lincoln County (GA) | 1:18-op-45508 | X | X |
| 163. | Long County (GA) | 1:19-op-45196 | X | X |
| 164. | Lowndes County (GA) | 1:18-op-45835 |  | X |
| 165. | Lumpkin County (GA) | 1:19-op-45211 | X | X |
| 166. | Madison County (GA) | 1:18-op-45296 | X | X |

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 167. | Madison County (NC) | 1:18-op-46067 | | X |
| 168. | Madison County (TN) | 1:18-op-45403 | | X |
| 169. | Marion County (AL) | 1:18-op-45171 | X | X |
| 170. | Marion County (MS) | 1:18-op-45075 | | X |
| 171. | Pickens County (AL) | 1:18-op-45171 | X | X |
| 172. | Walker County (AL) | 1:18-op-45171 | X | X |
| 173. | City of Dora (AL) | 1:18-op-45171 | X | X |
| 174. | City of Jasper (AL) | 1:18-op-45171 | X | X |
| 175. | City of Sumiton (AL) | 1:18-op-45171 | X | X |
| 176. | Mark T. Garber, Duly Elected Sheriff of Lafayette Parish, in His Capacity as Officer Ex Officio of the Lafayette Parish Sheriff's Office and the Lafayette Parish Law Enforcement District (LA) | 1:17-op-45180 | X | |
| 177. | McDonald County (MO) | 1:20- op-45225 | X | |
| 178. | McDowell County (NC) | 1:18-op-45524 | | X |
| 179. | McDuffie County (GA) | 1:18-op-45509 | X | X |
| 180. | McIntosh County (GA) | 1:19-op-45173 | X | X |
| 181. | Mecklenburg County (NC) | 1:18-op-45221 | X | |
| 182. | Meriwether County (GA) | 1:19-op-45305 | X | X |
| 183. | Metropolitan Government of Nashville and | 1:18-op-45088 | X | X |

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| | Davidson County (TN) | | | |
| 184. | Michael Tubbs, Duly Elected Sheriff of Morehouse Parish, in his Capacity as Officer Ex Officio of The Morehouse Parish Sheriff's Office and The Morehouse Parish Law Enforcement District (LA) | 1:18-op-45884 | X | |
| 185. | Mike Jolley in his official Capacity as the Sheriff of Harris County (GA) | 1:19-op-45147 | X | X |
| 186. | Monroe County (GA) | 1:18-op-45672 | | X |
| 187. | Montgomery County (GA) | 1:19-op-45292 | X | X |
| 188. | Morehouse Parish Police Jury (LA) | 1:19-op-45452 | | X |
| 189. | Natchitoches Parish Council (LA) | 1:20-op-45270 | | X |
| 190. | New Hanover County (NC) | 1:18-op-45006 | | X |
| 191. | New Madrid County (MO) | 1:20-op-45296 | | X |
| 192. | Newton County (GA) | 1:18-op-45578 | X | |
| 193. | Obion County (TN) | 1:19-op-46115 | X | X |
| 194. | Oconee County (GA) | 1:18-op-45219 | X | X |
| 195. | Oglethorpe County (GA) | 1:18-op-45262 | | X |
| 196. | Ouachita Parish Police Jury (LA) | 1:19-op-45446 | | X |
| 197. | Overton County (TN) | 1:18-op-45568 | | X |

13

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 198. | Ozark County (MO) | 1:18-op-46198 | X | X |
| 199. | Pasco County (FL) | 1:18-op-45851 |  | X |
| 200. | Pemiscot County (MO) | 1:19-op-45733 |  | X |
| 201. | Pickett County (TN) | 1:18-op-45242 |  | X |
| 202. | Pike County (GA) | 1:19-op-45179 | X | X |
| 203. | Polk County (NC) | 1:18-op-45900 |  | X |
| 204. | Polk County (GA) | 1:19-op-45046 |  | X |
| 205. | Preston Bohannon, in his official Capacity as the Sheriff of Jeff Davis County (GA) | 1:19-op-45161 | X | X |
| 206. | Pulaski County Fiscal Court (KY) | 1:17-op-45109 |  | X |
| 207. | Pulaski County (GA) | 1:19-op-45176 | X | X |
| 208. | R.N. "Butch" Reece, in his Official Capacity as the Sheriff Of Jones County (GA) | 1:19-op-45162 | X | X |
| 209. | Rabun County (GA) | 1:19-op-45177 | X | X |
| 210. | Ramsey Bennett, in his official Capacity as the Sheriff of Pierce County (GA) | 1:19-op-45166 | X | X |
| 211. | Randolph County (NC) | 1:18-op-45275 |  | X |
| 212. | Randolph County (GA) | 1:19-op-45202 | X | X |
| 213. | Randy F. Royal, in his official Capacity as the Sheriff of Ware County (GA) | 1:19-op-45169 | X | X |
| 214. | Randy Seal, Duly Elected Sheriff of Washington Parish, in His Capacity as | 1:18-op-45093 | X |  |

14

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
|  | Officer Ex Officio of the Washington Parish Sheriff's Office and the Washington Parish Law Enforcement District (LA) |  |  |  |
| 215. | Robeson County (NC) | 1:18-op-46141 | X |  |
| 216. | Ronald Richardson, Duly Elected Sheriff of Sabine Parish, in His Capacity as Officer Ex Officio of the Sabine Parish Sheriff's Office and the Sabine Parish Law Enforcement District (LA) | 1:18-op-45143 | X |  |
| 217. | Rowan County (NC) | 1:18-op-45799 |  | X |
| 218. | Jay Russell, Duly elected Sheriff of Ouachita Parish in his official capacity as Sheriff & the Ouachita Parish Law Enforcement District (LA) | 1:18-op-45154 | X |  |
| 219. | Rutherford County (NC) | 1:18-op-45243 |  | X |
| 220. | Sabine Parish Police Jury (LA) | 1:19-op-45448 |  | X |
| 221. | Santa Rosa County (FL) | 1:18-op-45861 |  | X |
| 222. | Scotland County (NC) | 1:19-op-45336 |  | X |
| 223. | Scott County Board of Supervisors (VA) | 1:18-op-46074 |  | X |
| 224. | Screven County (GA) | 1:19-op-45198 | X | X |

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 225. | Seminole County (GA) | 1:19-op-45181 | X | X |
| 226. | Sheriff Chris Steverson, in his Official Capacity as Sheriff of Telfair County (GA) | 1:19-op-45313 | X | X |
| 227. | Sheriff Chuck Smith, in his Official Capacity as Sheriff of Meriwether County (GA) | 1:19-op-45306 | X | X |
| 228. | Sheriff Cullen Talton, in his Official Capacity as Sheriff of Houston County (GA) | 1:19-op-45308 | X | X |
| 229. | Sheriff Mark Melton, in his Official Capacity as Sheriff of Appling County (GA) | 1:19-op-45307 | X | X |
| 230. | Sheriff Terry Deese, in his Official Capacity as Sheriff of Peach County (GA) | 1:19-op-45314 | X | X |
| 231. | Sid J. Gautreaux, III, Duly Elected Sheriff of East Baton Rouge Parish, in His Capacity as Officer Ex Officio of the East Baton Rouge Parish Sheriff's Office and the East Baton Rouge Parish Law | 1:18-op-45325 | X | |

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
|  | Enforcement District (LA) |  |  |  |
| 232. | Smith County (TN) | 1:18-op-45029 | X | X |
| 233. | Smyth County (VA) | 1:18-op-46077 |  | X |
| 234. | Spalding County (GA) | 1:19-op-45208 | X | X |
| 235. | Stephens County (GA) | 1:19-op-45195 | X | X |
| 236. | Stone County (MS) | 1:18-op-45775 |  | X |
| 237. | Sumter County (GA) | 1:18-op-45250 | X | X |
| 238. | Sunflower County (MS) | 1:18-op-45020 | X | X |
| 239. | Surry County (NC) | 1:18-op-45086 |  | X |
| 240. | Taliaferro County (GA) | 1:18-op-45562 | X | X |
| 241. | Tallapoosa County (AL) | 1:17-op-45097 |  | X |
| 242. | Tattnall County (GA) | 1:18-op-45574 | X | X |
| 243. | Tazewell County (VA) | 1:18-op-46167 |  | X |
| 244. | The City of Atlanta (GA) | 1:18-op-46308 | X |  |
| 245. | The City of Auburn (NY) | 1:19-op-45843 | X | X |
| 246. | The City of Bainbridge (GA) | 1:18-op-45383 | X | X |
| 247. | The City of Fitzgerald (GA) | 1:18-op-45603 | X | X |
| 248. | The City of Gainesville (GA) | 1:18-op-45486 | X | X |
| 249. | The City of Gulfport (GA) | 1:19-op-45291 | X | X |
| 250. | The City of Milledgeville (GA) | 1:18-op-45495 | X | X |
| 251. | The City of Ogdensburg (NY) | 1:19-op-45852 | X | X |
| 252. | The City of Ormond Beach (FL) | 1:19-op-46121 |  | X |

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 253. | The City of Poughkeepsie (NY) | 1:19-op-46163 | X | X |
| 254. | The City of Prestonsburg (KY) | 1:19-op-45294 |  | X |
| 255. | The City of Red Bay (AL) | 1:19-op-45136 | X | X |
| 256. | City of Russellville (AL) | 1:19-op-45136 | X | X |
| 257. | City of Sheffield (AL) | 1:19-op-45136 | X | X |
| 258. | Town of Leighton (AL) | 1:19-op-45136 | X | X |
| 259. | The City of Rochester (NY) | 1:19-op-45853 | X | X |
| 260. | The City of Saratoga Springs (NY) | 1:19-op-45857 | X | X |
| 261. | The City of Tifton (GA) | 1:18-op-45454 | X | X |
| 262. | The Fiscal Court of Adair County (KY) | 1:20-op-45059 |  | X |
| 263. | The Fiscal Court of Bourbon County (KY) | 1:18-op-45533 |  | X |
| 264. | The Fiscal Court of Grant County (KY) | 1:19-op-45961 |  | X |
| 265. | The Fiscal Court of Wolfe County (KY) | 1:18-op-46099 |  | X |
| 266. | The Unified Government of Athens-Clarke County (GA) | 1:18-op-45218 | X | X |
| 267. | The Unified Government of Macon Bibb County (GA) | 1:18-op-45407 | X | X |
| 268. | Tony Mancuso, Duly Elected Sheriff of Calcasieu Parish, in His Capacity as Officer Ex Officio | 1:17-op-45179 | X |  |

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| | of the Calcasieu Parish Sheriff's Office and the Calcasieu Parish Law Enforcement District (LA) | | | |
| 269. | Toombs County (GA) | 1:18-op-45576 | X | X |
| 270. | Town of Lake Providence (LA) | 1:18-op-46002 | | X |
| 271. | Towns County (GA) | 1:19-op-45172 | X | X |
| 272. | Troup County (GA) | 1:18-op-45715 | X | X |
| 273. | Twiggs County (GA) | 1:18-op-45379 | X | X |
| 274. | Union County (GA) | 1:18-op-46284 | | X |
| 275. | Vanderburgh County (IN) | 1:18-op-45498 | X | |
| 276. | Vernon Parish Police Jury (LA) | 1:19-op-45451 | | X |
| 277. | Walton County (GA) | 1:18-op-45297 | X | X |
| 278. | Warren County (GA) | 1:18-op-45425 | X | X |
| 279. | Washington County (GA) | 1:18-op-45563 | X | X |
| 280. | Washington County (TN) | 1:18-op-46317 | | X |
| 281. | Wayne County (GA) | 1:19-op-45204 | X | X |
| 282. | Wayne County Fiscal Court (KY) | 1:18-op-45389 | | X |
| 283. | Webster County (MO) | 1:18-op-46350 | X | X |
| 284. | West Carroll Parish Police Jury (LA) | 1:19-op-45454 | | X |
| 285. | Westmoreland County (VA) | 1:19-op-45993 | | X |
| 286. | Richmond County (VA) | 1:19-op-45993 | | X |
| 287. | Warren County (VA) | 1:19-op-45993 | | X |

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 288. | Whitley County Fiscal Court (KY) | 1:17-op-45030 |  | X |
| 289. | Wilkes County (GA) | 1:19-op-45171 | X | X |
| 290. | Wilkinson County (GA) | 1:18-op-45671 |  | X |
| 291. | William C. Massee, Jr., in his Official Capacity as the Sheriff of Baldwin County (GA) | 1:19-op-45361 | X | X |
| 292. | William Hilton, Duly Elected Sheriff of Rapides Parish, in His Capacity as Officer Ex Officio of the Rapides Parish Sheriff's Office and the Rapides Parish Law Enforcement District (LA) | 1:17-op-45178 | X |  |
| 293. | Williamson County (TN) | 1:18-op-45134 |  | X |
| 294. | Worth County (GA) | 1:18-op-45602 | X | X |
| 295. | Wydette Williams, Duly Elected Sheriff of East Carroll Parish, in His Capacity as Officer Ex Officio of the East Carroll Parish Sheriff's Office and the East Carroll Parish Law Enforcement District (LA) | 1:18-op-45259 | X |  |
| 296. | Wyoming County Commission (WV) | 1:17-op-45051 | X |  |
| 297. | Yancey County (NC) | 1:18-op-46071 |  | X |

**Defendant Name: Burlington Drug Company**

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 1. | City of North Adams (MA) | 1:18-op-45702 |  | X |
| 2. | City of Pittsfield (MA) | 1:18-op-45335 |  | X |
| 3. | City of St. Albans (VT) | 1:19-op-45721 |  | X |
| 4. | The Board of County Commissioners of Delaware County (OK) | 1:18-op-46321 | X | X |
| 5. | Town of Clarksburg (MA) | 1:18-op-45882 |  | X |
| 6. | Town of Sheffield (MA) | 1:18-op-46001 |  | X |

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

/s/ John J. Haggerty
John J. Haggerty (Ohio Bar No. 0073572)
Fox Rothschild LLP
2800 Kelly Road, Suite 200
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

Dated: January 30, 2023          *Counsel for J M Smith Corporation d/b/a Smith Drug Company*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of January 2023 I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

**FOX ROTHSCHILD LLP**

By: /s/ John J. Haggerty
      John J. Haggerty, Esquire