# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *All Cases Against Quest Pharmaceuticals, Inc.* | Judge Dan Aaron Polster |

## SUBMISSION IN RESPONSE TO THE COURT'S JANUARY 3, 2023 ORDER

Pursuant to the Court's January 3, 2023 Order (ECF No. 4801), Non-Litigating Defendant Quest Pharmaceuticals, Inc. ("Quest") hereby identifies the following 10 Plaintiffs who had not served a Plaintiff Fact Sheet (PFS) to the PFS Repository by the Court's deadline of October 14, 2022 (ECF No. 4664) and/or did not obtain timely service of process.  Pursuant to the Court's January 3, 2023 Order (ECF No. 4801), Non-Litigating Defendant Quest, on behalf of its Defendant Family, hereby identifies 27 Plaintiffs who did not obtain timely service of process.  Quest is a defendant in 78 opioid cases.

Quest has prepared this list to the best of its knowledge based on a reasonable investigation. Quest expressly preserves and does not waive its individual rights, reservations, objections, arguments, and remedies, including with respect to service of process and sufficiency of PFSs. For example, failure to list a case is inadvertent and not intended to waive any rights, including arguments for dismissal.  Despite diligent searches of the docket, Quest may not have notice of all cases that have been filed against it if there has been no service.

Quest reserves its rights to raise these and other challenges at the appropriate time.

**Defendant Name: Quest Pharmaceuticals, Inc.**

|    | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|----|------------------|--------------|----------------------|-----------------------|
| 1. | Board of County Commissioners of Stephens County (OK) | 1:19-op-45756 | | X |
| 2. | Boyd County Fiscal Court (KY) | 1:17-op-45084 | | X |
| 3. | Carter County Fiscal Court (KY) | 1:18-op-45392 | | X |
| 4. | City of Inez (KY) | 1:19-op-45499 | | X |
| 5. | City of Metropolis (IL) | 1:18-op-45537 | | X |
| 6. | City of Prestonsburg (KY) | 1:19-op-45294 | | X |
| 7. | County of Calhoun (MI) | 1:19-op-45560 | | X |
| 8. | City of Elk City (OK) | 1:21-op-45017 | X | |
| 9. | Crockett County (TN) | 1:18-op-45215 | | X |
| 10. | Hancock County Board of Education (TN) | 1:22-op-45027 | X | X |
| 11. | Hamblen County Board of Education (TN) | 1:22-op-45027 | X | X |
| 12. | Jackson County (AL) | 1:18-op-45634 | X | X |
| 13. | City of Bridgeport (AL) | 1:18-op-45634 | X | X |
| 14. | City of Henagar (AL) | 1:18-op-45634 | X | X |
| 15. | City of New Hope (AL) | 1:18-op-45634 | X | X |
| 16. | City of Scottsboro (AL) | 1:18-op-45634 | X | X |
| 17. | County of Hardin (IL) | 1:18-op-45003 | | X |
| 18. | Martin County Fiscal Court (KY) | 1:18-op-45388 | | X |
| 19. | Pemiscot County (MO) | 1:19-op-45733 | | X |

|     | **Subdivision Name**            | **MDL Case No.** | **No PFS in Repository** | **No Service of Process** |
| --- | ------------------------------- | ---------------- | ------------------------ | ------------------------- |
| 20. | Perry County (MS)               | 1:18-op-45778    |                          | X                         |
| 21. | Perry County Fiscal Court (MS)  | 1:17-op-45110    |                          | X                         |
| 22. | Ripley County (MO)              | 1:18-op-46262    |                          | X                         |
| 23. | Schuyler County (MO)            | 1:19-op-45408    |                          | X                         |
| 24. | Scotland County (NC)            | 1:19-op-45336    |                          | X                         |
| 25. | Fiscal Court of Lewis County (KY) | 1:19-op-45889  |                          | X                         |
| 26. | Town of Geraldine (AL)          | 1:18-op-45634    | X                        | X                         |
| 27. | Town of Woodville (AL)          | 1:18-op-45634    | X                        | X                         |
| 28. | Whitley County Fiscal Court (KY) | 1:17-op-45030   |                          | X                         |

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

/s/ John J. Haggerty
John J. Haggerty (Ohio Bar No. 0073572)
Fox Rothschild LLP
2800 Kelly Road, Suite 200
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

Dated: January 30, 2023                *Counsel for Quest Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of January 2023 I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                              **FOX ROTHSCHILD LLP**

                              By: /s/ John J. Haggerty
                                    John J. Haggerty, Esquire