# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

## SUN PHARMACEUTICAL INDUSTRIES, INC.'S SUBMISSION IN RESPONSE TO ORDER REGARDING PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS

Pursuant to the Court's Order Regarding Plaintiff Fact Sheets and Service of Process, ECF No. 4801, Sun Pharmaceutical Industries, Inc. ("Sun") hereby submits that the following Plaintiffs have named Sun in an MDL case but have failed to submit a PFS to the PFS repository by the October 14, 2022 deadline as required by the Court's October 6, 2022 Order, ECF 4664, and/or failed to obtain timely service of process on Sun. Failure to timely serve process includes lack of service, failure to timely request waiver of service, failure to timely file executed waivers of service, and any other improper or defective service.

**Defendant Name:** Sun Pharmaceutical Industries, Inc.

| Subdivision Name | MDL Case No. | No PFS in Repository | No Timely Service of Process |
|---|---|---|---|
| Cherokee, KS | 18-OP-45452 | | X |
| Chatham County, NC; City of Canton, NC | 19-OP-45462 | | X |

| | | | |
|---|---|---|---|
| Westmoreland County, VA | 19-OP-45993 | | X |
| Town of Pearl River, LA | 19-OP-45754 | | X |
| City of Slidell, LA | 19-OP-45769 | | X |
| Washington Parish Government, LA | 19-OP-45773 | | X |
| Municipality of Guayanilla, PR | 18-OP-45176 | | X |
| City of Memphis, TN | 19-OP-45220 | | X |
| City of Prestonburg, KY | 19-OP-45294 | | X |
| City of Inez, KY | 19-OP-45499 | | X |
| Lincoln County, WA | 19-OP-45962 | | X |
| Mandeville City, LA | 19-OP-45753 | | X |
| Assumption Parish Policy Jury | 20-OP-45205 | X | X |
| Leland Falcon, Sheriff of Assumption Parish | 20-OP-45206 | X | X |
| Lafourche Parish Government | 20-OP-45212 | X | X |
| St. Bernard Parish School Board | 21-OP-45014 | | X |
| Town of Lutcher, LA | 21-OP-45035 | | X |
| Lafourche Parish School Board | 21-OP-45036 | X | X |
| St. James Parish School Board | 21-OP-45034 | X | X |
| Town of Gramercy, LA | 21-OP-45031 | X | X |
| Saginaw Chippewa Indian Tribe[1] | 19-OP-45841 | | X |
| Lewis S. Walker, Sheriff of Crawford County, GA | 19-OP-45146 | X | X |
| Atlantic County, NJ | 19-OP-46071 | X | X |

---

[1] Sun Pharmaceutical Industries, Ltd. was improperly named in this case but Plaintiff submitted a Waiver of Service for Sun Pharmaceutical Industries, Inc., which it executed and returned but which Plaintiff failed to file.

Sun reserves all rights and defenses with respect to all cases noted herein and with respect to all cases where Sun is named as a defendant.

Dated: January 30, 2023

Respectfully submitted,

TROUTMAN PEPPER HAMILTON
 SANDERS LLP

*/s/ Michael G. Connelly*
Michael G. Connelly (PA Bar No. 79991)
501 Grant Street, Suite 300
Union Trust Building
Pittsburgh, PA  15219-4429
(412) 454-5810
michael.connelly@troutman.com

Christopher W. Wasson (PA Bar No. 63551)
Hyung P. Steele (PA Bar No. 91294)
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
christopher.wasson@troutman.com
hyung.steele@troutman.com
*Counsel for Sun Pharmaceutical Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I electronically filed the foregoing Submission with the Court using the CM/ECF system, which will send electronic notifications to all counsel of record.

/s/ Michael G. Connelly

*Counsel for Sun Pharmaceutical Industries, Inc.*