# IN THE UNITED STATES DISTRICT OHIO
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : <br> : MDL No. 2804 <br> : <br> : Hon. Judge Dan A. Polster |
| This document relates to <br> *All Cases* | : |

## UCB, INC.'S SUBMISSION IN RESPONSE TO THE COURT'S ORDER

Pursuant to the Court's January 3, 2023 Order (Doc. 4801), directing Non-Litigating Defendants to provide a list of cases filed by governmental subdivisions in an MDL case in which no PFS has been served to the PFS Repository and/or there has been no timely service of process, UCB, Inc. ("UCB") submits this list without waiving or prejudicing any and all defenses and objections to the claims against UCB including, without limitation, the statute of limitations, waiver, laches, estoppel, failure to state a claim upon which relief can be granted, improper service, lack of service, lack of personal jurisdiction, and/or dismissal as a party.

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 1. | Kentucky River District Health Department v. Actavis LLC et al | 1:19-op-45050-DAP | X | X |
| 2. | Bon Secours Health System, Inc. et al v. Purdue Pharma L.P., et al | 1:18-op-45822-DAP | X | X |
| 3. | Clay County Fiscal Court of County Commissioners v. AmerisourceBergen Drug Corporation et al | 1:17-op-45031-DAP | | X |
| 4. | City of Prestonsburg v. AmerisourceBergen Drug Corporation, et al | 1:19-op-45294-DAP | | X |

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 5. | McDonald County, Missouri v. Allergan PLC | 1:20-op-45225-DAP |  | X |

Dated: January 30, 2023

                                                Respectfully submitted,

                                                */s/ Rachel Sherman*
                                                Rachel B. Sherman
                                                **PATTERSON BELKNAP**
                                                    **WEBB & TYLER LLP**
                                                1133 Avenue of the Americas
                                                New York, NY 10036
                                                (212) 336-2147
                                                rsherman@pbwt.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record in this action.

                                                  /s/ Rachel Sherman