# **EXHIBIT A**

**Defendants:** Assertio Therapeutics, Inc; Assertio Holdings, Inc.

| Subdivision Name(s) | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Carroll County, GA | 1:18-op-46269-DAP | | x |
| Butler County, MO; Cape Girardeau County, MO; Christian County, MO; City of Independence, MO; City of Joplin, MO; Crawford County, MO; Dent County, MO; Dunklin County, MO; Greene County, MO; Iron County, MO; Jasper County, MO; Madison County, MO; Perry County, MO; Ste. Genevieve County, MO; Stone County, MO; Taney County, MO; Texas County, MO; Washington County, MO | 1:19-op-45371-DAP | x | x |
| St. Francois County, MO | 1:19-op-45847-DAP | x | x |
| City of Henderson, KY | 1:20-op-45062-DAP | x | |
| Hardin County Fiscal Court, KY; Breckenridge County Fiscal Court, KY; Green County Fiscal Court, KY; Meade County Fiscal Court, KY; Ohio County Fiscal Court, KY | 1:20-op-45063-DAP | x | |
| Camden County, MO | 1:20-op-45068-DAP | x | x |
| Lincoln County, MO | 1:20-op-45069-DAP | x | x |
| City of Morganfield, KY | 1:20-op-45167-DAP | x | x |
| Stone County, MS | 1:20-op-45168-DAP | x | x |
| City of Russell, KY; City of Jenkins, KY; City of Pineville, KY; City of Worthington, KY; City of Vanceburg, KY; City of Greenup, KY; City of South Shore, KY; City of Bellefonte, KY | 1:21-op-45094-DAP | x | |
| Marion County Board of Education, WV; Wyoming County Board of Education, WV; Kanawha County Board of Education, WV; McDowell County Board of Education, WV | 1:22-op-45028-DAP | | x (on Assertio Holdings, Inc.) |