# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*All cases* | MDL No. 2804<br><br>CASE NO.: 17-md-2804<br><br>JUDGE DAN AARON POLSTER |

## DEFENDANT DAKOTA DRUG, INC.'S SUBMISSION IN ACCORDANCE WITH THE COURT'S JANUARY 3, 2023, ORDER REGARDING NON-LITIGATING DEFENDANTS

Defendant Dakota Drug, Inc. ("Dakota Drug") respectfully submits the following list of plaintiff-subdivisions in accordance with the Court's January 3, 2023 Order Regarding Non-Litigating Defendants ("Order").  (*See* Doc. No. 4801.)  As requested in the Order, the below lists all plaintiff-subdivisions that named Dakota Drug in an MDL case, but failed to: (1) serve a Plaintiff Fact Sheet ("PFS") to the PFS Repository; and/or (2) did not obtain timely service of process, and/or (3) did not file any waiver of service on the docket.  Dakota Drug reserves the right to correct, modify, amend, or supplement this list as appropriate.

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process | No Waiver of Service Filed |
|---|---|---|---|---|
| County of Anoka, MN | 1:18-op-45101 | | X | |
| Missoula County, MT | 1:19-op-45112 | | X | |
| County of Riverside, CA | 1:18-op-45878[1] | | X | |

---

[1] Dakota Drug, Inc. was not named as a defendant in this case, but has been inadvertently included on the case docket.

20759164 v1

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process | No Waiver of Service Filed |
|---|---|---|---|---|
| People of the State of California | 1:18-op-45878[2] | | X | |
| Ponca Tribe of Nebraska | 1:18-op-45557 | X[3] | X | |
| Cheyenne River Sioux Tribe | 1:19-op-45114 | X | X | |
| Lower Brule Sioux Tribe | 1:19-op-45350 | X | X | |
| White Earth Nation | 1:19-op-45357 | X | X | |
| Leech Lake Band of Ojibwe | 1:18-op-45052 | X | X | |
| Red Lake Band of Chippewa Indians | 1:18-op-45959 | X | | X |
| Chippewa Cree Tribe of the Rocky Boy's Reservation | 1:19-op-45395 | X | | |
| Flandreau Santee Sioux Tribe | 1:18-op-45095 | X | | |
| Forest County Potawatomi Community | 1:18-op-46342 | X | | |
| Lower Sioux Community in | 1:18-op-45976 | X | | |

---

[2] Dakota Drug, Inc. was not named as a defendant in this case, but has been inadvertently included on the case docket.

[3] Based on the Court's June 20, 2018 order, we understand that the tribes may not be required to provide plaintiff fact sheets, but are included on this list out of an abundance of caution. Dkt. 642.

20759164 v1

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process | No Waiver of Service Filed |
|---|---|---|---|---|
| the State of Minnesota | | | | |
| Rosebud Sioux Tribe | 1:18-op-45095 | X | | |
| Shakopee Mdewakanton Sioux Community | 1:18-op-45977 | X | | |
| Sisseton-Wahpeton Oyate | 1:18-op-45095 | X | | |
| Spirit Lake Tribe | 1:18-op-45520 | X | | |
| Standing Rock Sioux Tribe | 1:18-op-45220 | X | | |
| St. Croix Chippewa Indians of Wisconsin | 1:18-op-45367 | X | | |
| Three Affiliated Tribes | 1:19-op-45376 | X | | |
| Turtle Mountain Band of Chippewa Indians | 1:18-op-45521 | X | | |
| Upper Sioux Community | 1:18-op-45974 | X | | |
| Adams County, WI | 1:17-op-45093 | | | X |
| Columbia County, WI | 1:17-op-45118 | | | X |
| Dodge County, WI | 1:17-op-45143 | | | X |

20759164 v1

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process | No Waiver of Service Filed |
|---|---|---|---|---|
| Door County, WI | 1:17-op-45104 | | | X |
| Douglas County, WI | 1:17-op-45107 | | | X |
| Dunn County, WI | 1:17-op-45133 | | | X |
| Eau Claire County, WI | 1:17-op-45112 | | | X |
| Florence County, WI | 1:17-op-45125 | | | X |
| Forest County, WI | 1:17-op-45134 | | | X |
| Grant County, WI | 1:17-op-45115 | | | X |
| Green County, WI | 1:17-op-45096 | | | X |
| Green Lake County, WI | 1:18-op-45832 | | | X |
| Taylor County, WI | 1:18-op-45832 | | | X |
| Vilas County, WI | 1:18-op-45832 | | | X |
| Iowa County, WI | 1:17-op-45099 | | | X |
| Vernon County, WI | 1:17-op-45148 | | | X |
| Washburn County, WI | 1:17-op-45123 | | | X |
| Washington County, WI | 1:17-op-45114 | | | X |

20759164 v1

Dated: January 30, 2023                    Respectfully submitted,

                                                                     */s/ Brian N. Ramm*
Brian N. Ramm (Ohio No. 0038852)
Warren T. McClurg (Ohio No. 0089098)
James J. Walsh, Jr. (Ohio No. 0096660)
**BENESCH, FRIEDLANDER, COPLAN &**
  **ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
Tel.: 216-363-4500
Fax.: 216-363-4588
bramm@beneschlaw.com
wmcclurg@beneschlaw.com
jwalsh@beneschlaw.com

*Attorneys for Defendant Dakota Drug, Inc.*

20759164 v1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of January, 2023, the foregoing document was served on was served on all counsel of record via the Court's CM/ECF notification system.

                                          */s/ Brian N. Ramm*
                                          *One of the Attorneys for Defendant Dakota Drug, Inc.*