# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| | MDL 2804 |
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |
| *All Cases* | |

## SUBMISSION OF MORRIS & DICKSON CO., LLC REGARDING PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS

Pursuant to the Court's January 3, 2023 Order Regarding Plaintiff Fact Sheets and Service of Process (Dkt. 4801), Morris & Dickson Co., LLC ("M&D") submits the attached list (Exhibit A) of plaintiff subdivisions[1] that named M&D as a defendant but (1) did not serve a Plaintiff Fact Sheet ("PFS") to the PFS Repository, and/or (2) did not obtain timely service of process of M&D in the listed case. Also listed are cases where a plaintiff subdivision served a PFS to the PFS Repository but only after the October 14, 2022 deadline set by the Court in its October 6, 2022 Order (Dkt. 4664).

M&D has prepared this list to the best of its knowledge and reserves all rights to further supplement or amend the list. Further, M&D expressly preserves and does not waive its individual rights, reservations, objections, arguments, and remedies, including with respect to service. Failure to list a case is inadvertent and not intended to waive any rights. M&D reserves the right to seek dismissal or other remedies for failure to serve process, regardless of whether the case was

---

[1] The list does not include other plaintiffs, such as, for example, Tribes, individuals, or others.

1

omitted from the list. M&D also reserves the right to challenge the sufficiency of any PFSs that were served.

Dated: January 30, 2023

By:   /s/      *Adam Cohen*
Adam Cohen
Jim Walden
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
acohen@wmhlaw.com
jwalden@wmhlaw.com

Frank Spruiell, LA Bar #01611 (pro hac)
Russell Dickson, LA Bar #37660 (pro hac)
Wiener, Weiss & Madison
330 Marshall Street, Ste. 1000
Shreveport, Louisiana 71101
Telephone: (318) 226-9100
Facsimile: (318) 424-5128
fspruiell@wwmlaw.com
rdickson@wwmlaw.com

*Attorneys for Defendant Morris & Dickson Co., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all attorneys of record.

By:  /s/   *Adam Cohen*
Adam Cohen
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
acohen@wmhlaw.com

*Attorneys for Defendant Morris & Dickson Co., LLC*