# Exhibit A

**Defendant Name**: Morris & Dickson Co., LLC ("M&D")

| Subdivision Name | MDL Case No. | PFS Served After Oct. 14, 2022[1] | No PFS in Repository at all | No Service of Process |
|---|---|---|---|---|
| City of Daphne, AL | 20-OP-45227 | X | | |
| City of Fultondale, et al., AL | 20-OP-45265 | X | | |
| Troup County, GA | 18-OP-45715 | X | | |
| County of Kauai, HI | 19-OP-45862 | X | | |
| Hebert (Allen Parish Sheriff) | 18-OP-45142 | X | | |
| Douglas Anderson (Avoyelles Parish Sheriff) | 17-OP-45164 | X | | |
| Ascension Parish School Board, LA | 21-OP-45006 | | X | |
| Wiley (Ascension Parish Sheriff) | 18-OP-45842 | X | | |
| Assumption Parish Police Jury, LA | 20-OP-45205 | | X | |
| Assumption Parish Sheriff, LA | 20-OP-45206 | | X | |
| Avoyelles Parish Sheriff, LA | 17-OP-45164 | X | | |
| Bunkie General Hospital (Avoyelles Parish), LA | 20-OP-45098 | | X | |
| Mancuso (Calcasieu Parish Sheriff), LA | 17-OP-45179 | X | | |
| City of Bogalusa, LA | 18-OP-46297 | X | | |
| City of Donaldsonville, LA | 19-OP-45028 | | X | |
| City of Eunice, LA | 18-OP-46328 | X | | |
| E. Baton Rouge Parish Clerk of Court, LA | 19-OP-46164 | | X | |

---

[1] The service date used for this form is based on the date listed in the "Modified" column on the Plaintiff Fact Sheet SharePoint site.

1

| | | | | |
|---|---|---|---|---|
| Williams (East Carroll Parish Sheriff), LA | 18-OP-45259 | X | | |
| Soileau (Evangeline Parish Sheriff), LA | 18-OP-45189 | X | | |
| Falcon (Sheriff of Assumption Parish), LA | 20-OP-45206 | | X | |
| McCain (Grant Parish Sheriff), LA | 19-OP-45244 | | X | |
| Woods (Jefferson Davis Parish Sheriff), LA | 18-OP-45099 | X | | |
| Garber (Lafayette Parish Sheriff), LA | 17-OP-45180 | X | | |
| Lafourche Parish Government, LA | 20-OP-45212 | | X | |
| Lafourche Parish School Board, LA | 21-OP-45036 | | X | |
| LaSalle Parish Hospital, Hardtner Medical Center, LA | 18-OP-46150 | | X | |
| LSU Board of Supervisors, LA | 20-OP-45157 | | X | |
| Tubbs (Morehouse Parish Sheriff), LA | 18-OP-45884 | X | | |
| Opelousas General Hospital Authority, LA | 18-OP-46083 | | X | |
| Russell (Ouachita Parish Sheriff), LA | 18-OP-45154 | X | | |
| Hilton (Rapides Parish Sheriff), LA | 17-OP-45178 | X | | |
| Gilley (Richland Parish Sheriff), LA | 19-OP-45007 | X | | |
| Richardson (Sabine Parish Sheriff), LA | 18-OP-45143 | X | | |
| St. Bernard Parish Government, LA | 18-OP-45756 | | X | |
| St. Bernard Parish School Board, LA | 21-OP-45014 | | X | |
| St. James Parish School Board, LA | 21-OP-45034 | | X | |
| Guidroz (St. Landry Parish Sheriff), LA | 18-OP-46051 | | X | |

| | | | | |
|---|---|---|---|---|
| St. Tammany Parish Coroner's Office, LA | 18-OP-45492 | | X | |
| Town of Gramercy, LA | 20-OP-45031 | | X | |
| Town of Lutcher, LA | 21-OP-45035 | | X | |
| Craft (Vernon Parish Sheriff), LA | 18-OP-45140 | X | | |
| Seal (Washington Parish Sheriff), LA | 18-OP-45093 | X | | |
| West Ascension Parish Hospital Service District, LA | 20-OP-45207 | | X | |
| Philley (West Carroll Parish Sheriff), LA | 18-OP-45260 | X | | |
| City of Jackson, MS | 19-OP-45806 | X | | |
| City of Long Beach, MS | 19-OP-45517 | X | | |
| City of Pascagoula, MS | 19-OP-45934 | X | | |
| City of Philadelphia, MS | 18-OP-45279 | | X | |
| Harrison County, MS | 19-OP-45113 | X | | |
| Humphreys County, MS | 18-OP-45021 | X | | |
| Andrew County, MO* | 20-OP-45298 | X | | X |
| Barton County, MO | 20-OP-45171 | X | | |
| Barry County, MO* | 21-OP-45016 | X | | X |
| Grundy County, MO* | 20-OP-45300 | X | | X |
| Vernon County, MO | 20-OP-45133 | X | | |
| City of Amsterdam, NY | 19-OP-46162 | X | | |
| City of Auburn | 19-OP-45843 | X | | |
| City of Buffalo, NY | 19-OP-46104 | X | | |
| City of Ogdensburg, NY | 19-OP-45852 | X | | |
| City of Poughkeepsie, NY | 19-OP-46163 | X | | |
| City of Rochester, NY | 19-OP-45853 | X | | |
| City of Saratoga Springs, NY | 19-OP-45857 | X | | |
| County of Allegheny, NY | 19-OP-46151 | | X | |
| City of Elk City, OK | 21-OP-45017 | | X | |
| Hughes County Board of Commissioners, OK | 20-OP-45258 | X | | |
| LeFlore County Board of Commissioners, OK | 20-OP-45067 | | X | |

3

| | | | | |
|---|---|---|---|---|
| City of Clarksville, TN | 18-OP-45517 | | | X |
| Decatur County, TN | 19-OP-45789 | X | | X |
| Childress County, TX | 18-OP-45229 | | X | |
| City of Laredo, TX | 18-OP-46026 | X | | X |
| County of Tarrant | 18-OP-45274 | X | | |
| County of Wichita, TX | 18-OP-45064 | | X | |
| McLennan County, TX | 17-OP-45075 | | X | |
| Polk County, TX | 18-OP-45077 | | X | |

\* An asterisk indicates that the plaintiffs in these three cases (Andrew County, MO; Barry County, MO; and Grundy County, MO) have recently informed M&D that they served a summons and complaint on January 27, 2023, immediately before this filing was due.  However, these cases were originally filed years ago.  Accordingly, these plaintiffs "did not obtain timely service of process," and therefore, per the Court's Order on January 3, 2023, M&D has listed the cases here. *See* Order Regarding Plaintiff Fact Sheets and Service of Process, Dkt. 4801.