UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>*This document relates to:*<br><br>1:17-op-45171; 1:19-op-45250; 1:18-op-45853; 1:17-op-45170; 1:18-op-45212; 1:18-op-45501; 1:18-op-45556; 1:19-op-45063; 1:19-op-45925; 1:20-op-45235; 1:21-op-45022; 1:20-op-45153. | **MDL 2804**<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### COMPONIES OF AHOLD DELHAIZE REPORT REGARDING PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS PURSUANT TO ORDER OF JANUARY 3, 2023

Pursuant to the Court's Order Regarding Non-Litigating Defendants dated January 3, 2023, (ECF No. 4801), the companies of Ahold Delhaize[1] identify in Exhibit 1 hereto the following relevant plaintiff-subdivisions that did not: (1) serve a PFS to the PFS Repository; and/or (2) obtain timely service of process.

January 30, 2023

Respectfully submitted,

/s/ Torsten M. Kracht
Torsten M. Kracht
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
Tel.: 202-419-2149
Fax: 202-778-2201
tkracht@HuntonAK.com
*Counsel for the Companies of Ahold Delhaize*

---

[1] The companies of Ahold Delhaize refers to named defendants Ahold Delhaize USA, Inc.; Ahold USA, Inc.; American Sales Co., LLC; American Sales Co., Inc.; Food Lion, LLC; Giant Food Stores, LLC; Giant Food Stores, LLC d/b/a Martins; The Giant Company LLC; and Koninklijke Ahold Delhaize N.V.