| Defendant Name: | Ahold Delhaize USA, Inc. | | |
|---|---|---|---|
| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
| Town of Brewster, MA | 1:18-op-45556 | | X |
| Prince George's County, MD | 1:18-op-45501 | | X |
| District Attorney of Clearfield County | 1:21-op-45022 | | X |

| Defendant Name: | Koninklijke Ahold Delhaize N.V. | | |
|---|---|---|---|
| **Subdivision Name** | MDL Case No. | No PFS in Repository | No Service of Process |
| Harford County, MD | D. Md., 1:18-op-45853 | | X |
| Montgomery County, MD | D. Md. 1:18-op-45212 | | X |

| Defendant Name: | Giant Food Stores, LLC | | |
|---|---|---|---|
| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
| Town of Cottage City, Forest Heights, North Brentwood, Upper Marlboro | 1:20-op-45235 | | X |

| Defendant Name: | Giant Company, LLC | | |
|---|---|---|---|
| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
| District Attorney of Clearfield County | 1:21-op-45022 | | X |

| **Defendant Name:** | American Sales Company, Inc. | | |
|---|---|---|---|
| **Subdivision Name** | MDL Case No. | No PFS in Repository | No Service of Process |
| City of Charles Town, WV | 1:19-op-45250 | X | X |

| Defendant Name: | American Sales Company, LLC | | |
|---|---|---|---|
| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
| Berkeley County Council, WV | 1:17-op-45171 | X | X |
| Jefferson County Commission, WV | 1:17-op-45170 | X | X |
| Prince George's County Maryland | 1:18-op-45501 | | X |
| Town of Brewster, MA | 1:18-op-45556 | | X |
| Town of Scituate, MA | 1:19-op-45063 | | X |
| Township of Barnegat, NJ | 1:19-op-45925 | X | X |
| Cayuga Nation | 1:20-op-45153 | X | X |