**Exhibit 1 to Mylan Defendants' Submission Regarding Plaintiff Fact Sheets and Service of Process**

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Adams County, Wisconsin | 1:17-op-45093 | X | X |
| Board of County Commissioners of Delaware County, Oklahoma | 1:18-op-46321 | X | X |
| Board of County Commissioners of Garvin County, Oklahoma | 1:18-op-46304 | X | X |
| Borough of Ridgefield, New Jersey | 1:18-op-46117 | X | X |
| City of Atlanta, Georgia | 1:18-op-46308 | X | X |
| City of Bangor, Maine | 1:18-op-46314 | X | X |
| City of Berlin, New Hampshire | 1:18-op-46040 | X | X |
| City of Birmingham, Alabama | 1:17-op-45008 | X | X |
| City of Bogalusa, Louisiana | 1:18-op-46297 | X | X |
| City of Broadview Heights, Ohio | 1:18-op-45330 | X | X |
| City of Dayton, Ohio | 1:17-op-45032 | X | X |
| City of Eagle Pass, Texas | 1:18-op-46033 | X | X |
| City of East Cleveland, Ohio | 1:18-op-45448 | X | X |
| City of Euclid, Ohio | 1:18-op-46013 | X | X |
| City of Findlay, Ohio | 1:18-op-46339 | X | X |
| City of Fitchburg, Massachusetts | 1:19-op-45030 | X | X |
| City of Garfield Heights, Ohio | 1:18-op-45999 | X | X |
| City of Gary, Indiana | 1:18-op-45929 | X | X |
| City of Harrisburg, Illinois | 1:18-op-45594 | X | X |
| City of Huron, Ohio | 1:18-op-45431 | X | X |
| City of Keene, New Hampshire | 1:18-op-45511 | X | X |
| City of Lakewood, Ohio | 1:18-op-45240 | X | X |
| City of Laredo, Texas | 1:18-op-46026 | X | X |
| City of Lewiston, Maine | 1:18-op-46315 | X | X |
| City of Lorain, Ohio | 1:17-op-45000 | X | X |
| City of Lyndhurst, Ohio | 1:18-op-45636 | X | X |
| City of Macedonia, Ohio | 1:18-op-45447 | X | X |
| City of Manchester, New Hampshire | 1:17-op-45163 | X | X |
| City of Mayfield Heights, Ohio | 1:18-op-45635 | X | X |
| City of Nashua, New Hampshire | 1:18-op-45062 | X | X |
| City of North Olmsted, Ohio | 1:18-op-46012 | X | X |
| City of North Ridgeville, Ohio | 1:18-op-46015 | X | X |
| City of North Royalton, Ohio | 1:18-op-45427 | X | X |
| City of Olmsted Falls, Ohio | 1:18-op-46014 | X | X |
| City of Palm Bay, Florida | 1:18-op-46132 | X | X |
| City of Parma Heights, Ohio | 1:18-op-45773 | X | X |
| City of Parma, Ohio | 1:17-op-45001 | X | X |
| City of Princeton, Illinois | 1:18-op-45599 | X | X |
| City of Rainsville, Alabama; Town of Hammondville, Alabama | 1:19-op-45135 | X | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Red Bay, Alabama; City of Russellville, Alabama, Sheffield, Alabama; and Leighton, Alabama | 1:19-op-45136 | X | X |
| City of Strongsville, Ohio | 1:18-op-46111 | X | X |
| City of Toledo, Ohio | 1:17-op-45005 | X | X |
| City of Vestavia Hills, Alabama | 1:19-op-45141 | X | X |
| City of Warren, Ohio | 1:18-op-45434 | X | X |
| City of Warrensville Heights, Ohio | 1:18-op-46299 | X | X |
| City of Wickliffe, Ohio | 1:18-op-45637 | X | X |
| Clayton County, Georgia | 1:18-op-46298 | X | X |
| Coos County, Oregon | 1:18-op-46300 | X | X |
| County of Alachua, Florida | 1:18-op-45685 | X | X |
| County of Ashtabula, Ohio | 1:18-op-45050 | X | X |
| County of Fulton, Georgia | 1:18-op-45374 | X | X |
| County of Hudson, New Jersey | 1:18-op-45937 | X | X |
| County of Lake, Ohio | 1:18-op-45032 | X | X |
| County of Lorain, Ohio | 1:18-op-45078 | X | X |
| County of Osceola, Florida | 1:18-op-45669 | X | X |
| Dekalb County, Georgia | 1:18-op-45503 | X | X |
| Fayette County, Alabama; City of Fayette, Alabama; Byron Yerby, Alabama | 1:18-op-45211 | X | X |
| Grant County, New Mexico | 1:19-op-45108 | X | X |
| Harrison County Board of Commissioners, Ohio | 1:18-op-45547 | X | X |
| Henry County, Georgia | 1:18-op-46310 | X | X |
| Hillsborough County, New Hampshire | 1:18-op-46353 | X | X |
| Jackson County, Alabama; City of Bridgeport, Alabama; City of Henagar, Alabama; City of New Hope, Alabama; City of Scottsboro, Alabama; Town of Geraldine, Alabama; Town of Woodville, Alabama | 1:18-op-45634 | X | X |
| Jefferson County, Alabama; Mike Hale, Sheriff of Jefferson County, Alabama; City of Pleasant Grove, Alabama; City of Hueytown, Alabama; City of Mountain Brook, Alabama; Jefferson County Board of Health, Alabama | 1:18-op-45558 | X | X |
| Jefferson County, Ohio | 1:18-op-45365 | X | X |
| Lamar County, Alabama; City of Vernon, Alabama; and Hal Allred, Sheriff of Lamar County, Alabama | 1:18-op-45210 | X | X |
| Lewis County, Washington | 1:18-op-46301 | X | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| County of Marion, Alabama; County of Pickens, Alabama; County of Walker, Alabama; City of Dora, Alabama; City of Jasper, Alabama; City of Sumiton, Alabama | 1:18-op-45171 | X | X |
| Marshall County, Alabama; City of Albertville, Alabama; City of Arab, Alabama; City of Boaz, Alabama; City of Guntersville, Alabama; Town of Douglas, Alabama; Town of Grant; Alabama | 1:18-op-45230 | X | X |
| Montgomery County, Georgia | 1:19-op-45292 | X | |
| Morgan County, Indiana | 1:18-op-45828 | X | X |
| Municipality of Sabana Grande, Puerto Rico; Municipality of Cayey, Puerto Rico | 1:18-op-45197 | X | X |
| Prince George's County, Maryland | 1:18-op-45501 | X | X |
| Richland County Children's Services, Ohio | 1:17-op-45003 | X | X |
| Rockdale County, Georgia | 1:18-op-46296 | X | X |
| Roosevelt County, New Mexico | 1:18-op-46343 | X | X |
| County of Sandusky, Ohio | 1:18-op-45254 | X | X |
| The Board of County Commissioners of McClain County, Oklahoma | 1:18-op-46303 | X | X |
| The Board of County Commissioners of Ottawa County, Oklahoma | 1:18-op-46323 | X | X |
| Town of Cherokee, Alabama; City of Tuscumbia, Alabama; County of Franklin, Alabama; County of Colbert, Alabama | 1:18-op-45005 | X | X |
| Township of Painesville, Ohio | 1:18-op-46035 | X | X |
| Village of Brooklyn Heights, Ohio | 1:18-op-45450 | X | X |
| Village of Newburgh Heights, Ohio | 1:18-op-45449 | X | X |
| Washington County, Georgia | 1:18-op-45563 | X | X (Mylan Inc.) |
| Jeffrey F. Wiley, Sheriff of Ascension Parish, Louisiana | 1:18-op-45842 | X | |
| David Davis, Sheriff of Bibb County, Georgia | 1:19-op-45360 | X | X |
| City of Sylacauga, Alabama | 1:19-op-45900 | X | X |
| City of Huntsville, Alabama | 1:19-op-45947 | X | X |
| City of Orange Beach, Alabama | 1:19-op-45784 | X | X |
| City of Prattville, Alabama | 1:19-op-45783 | X | X |
| Lauderdale County, Alabama | 1:19-op-45845 | X | X |
| City of Homewood, Alabama | 1:19-op-45973 | X | X |
| Allegany County, New York | 1:19-op-46151 | X | X |
| Fiscal Court of Monroe County, Kentucky | 1:20-op-45016 | X | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| County of Alameda, California; City of Costa Mesa, California; City of Anaheim, California; City of Santa Ana, California; City of San Clemente, California; City of Encinitas, California; City of La Habra, California; City of La Mesa, California; City of Oxnard, California; City of Placentia, California | 1:20-op-45055 | X | X (Mylan Technologies Inc.) |
| Polk County, Missouri | 1:20-op-45082 | X | X |
| Clinton County, Missouri | 1:20-op-45130 | X | X |
| Pike County, Missouri | 1:20-op-45131 | X | X |
| Ray County, Missouri | 1:20-op-45132 | X | X |
| Vernon County, Missouri | 1:20-op-45133 | X | X |
| Lawrence County, Missouri | 1:20-op-45134 | X | X |
| Henry County, Missouri | 1:20-op-45135 | X | X |
| Barton County, Missouri | 1:20-op-45171 | X | X |
| Leland Falcon, Sheriff of Assumption Parish, Louisiana | 1:20-op-45206 | X | X |
| Assumption Parish, Louisiana | 1:20-op-45205 | X | X |
| Town of Cottage City, Maryland | 1:20-op-45235 | X | X |
| Dade County, Missouri | 1:20-op-45224 | X | X |
| McDonald County, Missouri | 1:20-op-45225 | X | X |
| Shawnee County, Kansas | 1:20-op-45226 | X | X (Mylan Pharmaceuticals Inc.; Mylan N.V.) |
| City of Dublin, California; City of Murietta, California | 1:20-op-45255 | X | X |
| Hickory County, Missouri | 1:20-op-45295 | X | X |
| New Madrid, Missouri | 1:20-op-45296 | X | X |
| Adair County, Missouri | 1:20-op-45297 | X | X |
| Andrew County, Missouri | 1:20-op-45298 | X | X |
| Dekalb County, Missouri | 1:20-op-45299 | X | X |
| Grundy County, Missouri | 1:20-op-45300 | X | X |
| Ralls County, Missouri | 1:20-op-45292 | X | X |
| Ascension Parish School Board, Louisiana | 1:21-op-45006 | X | X |
| St. Bernard Parish School Board, Louisiana | 1:21-op-45014 | X | X |
| Barry County, Missouri | 1:21-op-45016 | X | X |
| Lafourche Parish School Board, Louisiana | 1:21-op-45036 | X | X |
| St. James Parish School Board, Louisiana | 1:21-op-45034 | X | X |
| Town of Gramercy, Louisiana | 1:21-op-45031 | X | X |
| Town of Lutcher, Louisiana | 1:21-op-45035 | X | X |
| St. Clair County, Missouri | 1:21-op-45044 | X | X |
| City of Austin, Indiana | 1:19-op-45739 | X | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Madison, Indiana | 1:19-op-45740 | X | X |
| Elk City, Oklahoma | 1:21-op-45017 | X | X |
| City of Calera, Alabama | 1:21-op-45070 | X | X |
| City of Russell, Kentucky; City of Jenkins, Kentucky; City of Pineville, Kentucky; City of Worthington, Kentucky; City of Vanceburg, Kentucky; City of Greenup, Kentucky; City of South Shore, Kentucky; City of Bellefonte, Kentucky | 1:21-op-45094 | X | X |
| City of Clanton, Alabama; City of Columbiana, Alabama; City of Helena, Alabama; City of Pelham, Alabama | 1:22-op-45016 | X | X |
| City of Gulf Shores, Alabama | 1:22-op-45019 | X | X |
| Southwestern Central School District, New York | 1:22-op-45024 | X | X |
| Hancock County Board of Education, Tennessee; Hamblen County Board of Education, Tennessee | 1:22-op-45027 | X | X |
| Susanville Elementary School District, California; Lassen County Office of Education, California | 1:22-op-45031 | X | X |
| City of Hoover, Alabama | 1:19-op-45746 | X | X |
| Adair County, Iowa | 1:18-op-45122 | X | |
| Adams County, Idaho; Boise County, Idaho; Bonneville County, Idaho; Caribou County, Idaho; Cassia County, Idaho; Elmore County, Idaho; Latah County, Idaho; Minidoka County, Idaho; Owyhee County, Idaho; Payette County, Idaho | 1:18-op-46062 | X | |
| Allamakee County, Iowa | 1:18-op-45983 | X | |
| Allen County Board of Commissioners, Ohio | 1:18-op-45401 | X | |
| Ashland County, Wisconsin | 1:17-op-45130 | X | |
| Banks County, Georgia | 1:18-op-45378 | X | |
| Bayfield County, Wisconsin | 1:17-op-45168 | X | |
| Ben Hill County, Georgia | 1:18-op-45505 | X | |
| Berkeley County Council, West Virginia | 1:17-op-45171 | X | |
| Black Hawk County, Iowa | 1:18-op-45303 | X | |
| Board of Commissioners for Lucas County, Ohio; Mental Health and Recovery Services Board of Lucas County, Ohio; Lucas County Children Services Board of Trustees, Ohio | 1:18-op-46177 | X | |
| Board of Commissioners of Fulton County, Ohio | 1:19-op-45440 | X | |
| Board of Commissioners of the County of Allen, Indiana | 1:18-op-45121 | X | |

5

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Board of Commissioners of the County of Franklin, Indiana | 1:18-op-45827 | X | |
| Board of County Commissioners of the County of Santa Fe, New Mexico | 1:18-op-45776 | X | |
| County of Clackamas, Oregon | 1:18-op-45442 | X | |
| Harrison County, Mississippi | 1:19-op-45113 | X | |
| Brantley County, Georgia | 1:18-op-45714 | X | |
| Brown County, Wisconsin; Crawford County, Wisconsin; Iron County, Wisconsin; Juneau County, Wisconsin; Kewaunee County, Wisconsin; Outagamie County, Wisconsin; Ozaukee County, Wisconsin; Pepin County, Wisconsin; Portage County, Wisconsin; Racine County, Wisconsin; Richland County, Wisconsin; Winnebago County, Wisconsin | 1:18-op-45117 | X | |
| Buffalo County, Wisconsin | 1:17-op-45141 | X | |
| Bulloch County, Georgia | 1:18-op-45394 | X | |
| Burnett County, Wisconsin | 1:17-op-45131 | X | |
| Butts County, Georgia | 1:18-op-45490 | X | |
| Cabarrus County, North Carolina | 1:18-op-45747 | X | |
| Calumet County, Wisconsin | 1:17-op-45142 | X | |
| Camden County, Georgia | 1:18-op-45717 | X | |
| Candler County, Georgia | 1:18-op-45165 | X | |
| Cannon County, Tennessee | 1:18-op-45924 | X | |
| Canyon County, Idaho | 1:18-op-46277 | X | |
| John G. Carter, Sheriff of Wayne County, Georgia | 1:19-op-45170 | X | |
| Charles Town, West Virginia | 1:19-op-45250 | X | |
| Charlton County, Georgia | 1:18-op-45713 | X | |
| Chippewa County, Wisconsin | 1:17-op-45132 | X | |
| City of Alexandria, Indiana; City of Elwood, Indiana; Madison County, Indiana | 1:18-op-45151 | X | |
| City of Bainbridge, Georgia | 1:18-op-45383 | X | |
| City of Bloomington, Indiana; Monroe County, Indiana | 1:18-op-45235 | X | |
| City of Connersville, Indiana; Fayette County, Indiana | 1:18-op-45159 | X | |
| City of Detroit, Michigan | 1:18-op-45084 | X | |
| City of East Lansing, Michigan | 1:18-op-45902 | X | |
| City of Escanaba, Michigan | 1:18-op-45068 | X | |
| City of Fitzgerald, Georgia | 1:18-op-45603 | X | |
| City of Franklin, Indiana; Town of Pendleton, Indiana; City of Richmond, Indiana | 1:18-op-46182 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Gainesville, Georgia | 1:18-op-45486 | X | |
| City of Hamond, Indiana | 1:17-op-45082 | X | |
| City of Indianapolis, Indiana; Marion County, Indiana | 1:17-op-45091 | X | |
| City of Jackson, Michigan | 1:18-op-45904 | X | |
| City of Kansas City, Missouri | 1:18-op-46029 | X | |
| City of Lansing, Michigan | 1:18-op-45054 | X | |
| City of Logansport, Indiana | 1:18-op-45692 | X | |
| City of Gainesville, Georgia | 1:18-op-45495 | X | |
| City of New Castle, Indiana | 1:18-op-45016 | X | |
| City of New Roads, Louisiana | 1:19-op-45011 | X | |
| City of Philadelphia, Mississippi | 1:18-op-45279 | X | |
| City of Portland, Indiana; Jay County, Indiana | 1:18-op-46140 | X | |
| City of Rochester, New Hampshire; Merrimack County, New Hampshire | 1:18-op-46106 | X | |
| City of Sault Ste. Marie, Michigan | 1:18-op-45928 | X | |
| City of Tifton, Georgia | 1:18-op-45454 | X | |
| City of Traverse City, Michigan | 1:18-op-45901 | X | |
| City of West Lafayette, Indiana | 1:18-op-45300 | X | |
| City of Westland, Michigan | 1:18-op-45903 | X | |
| Clark County, Wisconsin | 1:17-op-45150 | X | |
| Clarke County, Mississippi | 1:18-op-45278 | X | |
| Cleveland County, North Carolina | 1:18-op-45304 | X | |
| Cobb County, Georgia | 1:18-op-45817 | X | |
| Columbia County, Wisconsin | 1:17-op-45118 | X | |
| Columbia County, Georgia | 1:18-op-45607 | X | |
| Cook County, Georgia | 1:18-op-45284 | X | |
| Alcona County, Michigan | 1:18-op-45340 | X | |
| Alger County, Michigan | 1:18-op-45360 | X | |
| County of Alpena, Michigan | 1:18-op-45871 | X | |
| County of Anoka, Minnesota | 1:18-op-45101 | X | |
| Antrim County, Michigan | 1:18-op-45354 | X | |
| Arenac County, Michigan | 1:18-op-45341 | X | |
| Baraga County, Michigan | 1:18-op-45361 | X | |
| Benzie County, Michigan | 1:18-op-45356 | X | |
| County of Berrien, Michigan | 1:18-op-45887 | X | |
| County of Cass, Michigan | 1:18-op-45868 | X | |
| County of Charlevoix, Michigan | 1:18-op-45897 | X | |
| Childress County, Texas | 1:18-op-45229 | X | |
| County of Chippewa, Michigan | 1:18-op-45066 | X | |
| County of Clay, Texas | 1:18-op-45169 | X | |
| County of Clinton, Michigan | 1:18-op-45889 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| County of Crawford, Michigan | 1:18-op-45105 | X | |
| County of Delta, Michigan | 1:18-op-45067 | X | |
| County of Dickinson, Michigan | 1:18-op-45342 | X | |
| County of Douglas, Nebraska | 1:19-op-45068 | X | |
| County of Genesee, Michigan | 1:18-op-45083 | X | |
| County of Grand Traverse, Michigan | 1:18-op-45056 | X | |
| Gratiot County, Michigan | 1:18-op-45339 | X | |
| Hillsdale County, Michigan | 1:18-op-45355 | X | |
| County of Houghton, Michigan | 1:18-op-45866 | X | |
| County of Ingham, Michigan | 1:18-op-46178 | X | |
| Ozark County, Missouri | 1:18-op-46198 | X | |
| Iosco County, Michigan | 1:18-op-45343 | X | |
| Iron Mountain County, Michigan | 1:18-op-45344 | X | |
| County of Iron, Michigan | 1:18-op-45888 | X | |
| Isabella County, Michigan | 1:18-op-45349 | X | |
| County of Jones, Texas | 1:18-op-45139 | X | |
| County of La Salle, Texas | 1:18-op-45234 | X | |
| Lake County, Michigan | 1:18-op-45366 | X | |
| County of Leelanau, Michigan | 1:18-op-45111 | X | |
| Lenawee County, Michigan | 1:18-op-45351 | X | |
| Luce County, Michigan | 1:18-op-45362 | X | |
| County of Macomb, Michigan | 1:18-op-45085 | X | |
| County of Manistee, Michigan | 1:18-op-45113 | X | |
| County of Marquette, Michigan | 1:18-op-45104 | X | |
| County of Mason, Michigan | 1:18-op-45112 | X | |
| County of McLennan, Texas | 1:17-op-45075 | X | |
| County of Montcalm, Michigan | 1:18-op-45865 | X | |
| County of Montgomery, Texas | 1:18-op-45030 | X | |
| Montmorency County, Michigan | 1:18-op-45347 | X | |
| County of Newaygo, Michigan | 1:18-op-46187 | X | |
| County of Nolan, Texas | 1:18-op-45061 | X | |
| Oceana County, Michigan | 1:18-op-45359 | X | |
| Ogemaw County, Michigan | 1:18-op-45348 | X | |
| County of Ontonagon, Michigan | 1:18-op-45893 | X | |
| Osceola County, Michigan | 1:18-op-45357 | X | |
| Otsego County, Michigan | 1:18-op-45345 | X | |
| County of Polk, Texas | 1:18-op-45077 | X | |
| County of Presque Isle, Michigan | 1:18-op-45894 | X | |
| County of Riverside, California | 1:18-op-45878 | X | |
| County of Roscommon, Michigan | 1:18-op-45102 | X | |
| County of Saginaw, Michigan | 1:18-op-45082 | X | |
| County of San Bernardino, California | 1:18-op-46032 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| County of San Mateo, California | 1:19-op-45126 | X | |
| County of San Mateo, California | 1:18-op-46319 | X | |
| Sanilac County, Michigan | 1:18-op-45352 | X | |
| Shiawassee County, Michigan | 1:18-op-45350 | X | |
| County of St. Clair, Michigan | 1:18-op-45896 | X | |
| County of Tuscola, Michigan | 1:18-op-45870 | X | |
| County of Washtenaw, Michigan | 1:18-op-45886 | X | |
| County of Wexford, Michigan | 1:18-op-45364 | X | |
| County of Wichita, Texas | 1:18-op-45064 | X | |
| John Craft, Sheriff of Vernon Parish, Louisiana | 1:18-op-45140 | X | |
| Crisp County, Georgia | 1:18-op-45238 | X | |
| Davidson County, North Carolina | 1:18-op-46330 | X | |
| Decatur County, Georgia | 1:18-op-45334 | X | |
| Delaware County, Indiana | 1:18-op-45963 | X | |
| Dodge County, Wisconsin | 1:17-op-45143 | X | |
| Dooly County, Georgia | 1:18-op-45712 | X | |
| Eau Claire County, Wisconsin | 1:17-op-45104 | X | |
| Dougherty County, Georgia | 1:18-op-45491 | X | |
| Eau Claire County, Wisconsin | 1:17-op-45107 | X | |
| Dunn County, Wisconsin | 1:17-op-45133 | X | |
| Eau Claire County, Wisconsin | 1:17-op-45112 | X | |
| Effingham County, Georgia | 1:19-op-45178 | X | |
| Elbert County, Georgia | 1:18-op-45381 | X | |
| Emanuel County, Georgia | 1:19-op-45209 | X | |
| Fayette County, Georgia | 1:19-op-45293 | X | |
| Camas County, Idaho | 1:19-op-45407 | X | |
| City of Saint Paul, Minnesota | 1:19-op-45424 | X | |
| Florence County, Wisconsin | 1:17-op-45125 | X | |
| Eau Claire County, Wisconsin | 1:17-op-45106 | X | |
| Forest County, Wisconsin | 1:17-op-45134 | X | |
| Gooding County, Idaho | 1:19-op-45404 | X | |
| Mark T. Garber, Sheriff of Lafayette Parish, Louisiana | 1:17-op-45180 | X | |
| Sid Gautreaux III, Sheriff of East Baton Rouge Parish, Louisiana | 1:18-op-45325 | X | |
| Gary Gilley, Sheriff of Richland Parish, Louisiana | 1:19-op-45007 | X | |
| City of Millington, Tennessee | 1:19-op-45474 | X | |
| Grant County, Wisconsin | 1:17-op-45115 | X | |
| City of Mound Bayou, Mississippi | 1:19-op-45422 | X | |
| Green County, Wisconsin | 1:17-op-45096 | X | |
| Green Lake County, Wisconsin; Taylor County, Wisconsin; Vilas County, Wisconsin | 1:18-op-45832 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Greene County, Georgia | 1:19-op-45203 | X | |
| Habersham County, Georgia | 1:18-op-45559 | X | |
| Hall County, Georgia | 1:18-op-45286 | X | |
| Hancock County, Georgia | 1:18-op-45535 | X | |
| City of Seven Hills, Ohio | 1:19-op-45413 | X | |
| Haskell County, Texas | 1:18-op-45223 | X | |
| Douglas Hebert III, Sheriff of Allen Parish, Louisiana | 1:18-op-45142 | X | |
| William Hilton, Sheriff of Rapides Parish, Louisiana | 1:17-op-45178 | X | |
| Houston County, Georgia | 1:18-op-45946 | X | |
| Humphreys County, Mississippi | 1:18-op-45021 | X | |
| Iowa County, Wisconsin | 1:17-op-45099 | X | |
| Iredell County, North Carolina | 1:18-op-45774 | X | |
| Irwin County, Georgia | 1:18-op-45283 | X | |
| Island County, Washington | 1:18-op-45982 | X | |
| Jackson County, Wisconsin | 1:17-op-45121 | X | |
| Jackson County, Missouri | 1:18-op-45965 | X | |
| Jackson County, Georgia | 1:18-op-45581 | X | |
| Jasper County, Georgia | 1:18-op-45504 | X | |
| Jeff Davis County, Georgia | 1:18-op-45237 | X | |
| Jefferson County Commission, West Virginia | 1:17-op-45170 | X | |
| Jefferson County Wisconsin | 1:17-op-45122 | X | |
| Covington County, Mississippi | 1:19-op-45417 | X | |
| Jennings County, Indiana | 1:18-op-45131 | X | |
| Johnson County, Georgia | 1:18-op-45716 | X | |
| Forsyth County, Georgia | 1:19-op-45420 | X | |
| Jones County, Georgia | 1:18-op-45424 | X | |
| Johnson County, Kansas | 1:19-op-45443 | X | |
| Maverick County | 1:19-op-45426 | X | |
| Kenosha County, Wisconsin | 1:17-op-45144 | X | |
| Pettis County, Missouri | 1:19-op-45416 | X | |
| Kitsap County, Washington | 1:18-op-45956 | X | |
| Sandoval County, New Mexico | 1:19-op-45421 | X | |
| Lake County, Indiana | 1:18-op-45156 | X | |
| Langdale County, Wisconsin | 1:17-op-45124 | X | |
| Town of Arcola, Mississippi | 1:19-op-45419 | X | |
| LaPorte County, Indiana | 1:18-op-45280 | X | |
| Lawrence County, Indiana | 1:18-op-46188 | X | |
| Lincoln County, Wisconsin | 1:17-op-45167 | X | |
| Town of Arlington, Tennessee | 1:19-op-45471 | X | |
| Madison County, Georgia | 1:18-op-45296 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Tony Mancuso, Sheriff of Calcasieu Parish, Louisiana | 1:17-op-45179 | X | |
| Manitowoc County, Wisconsin | 1:17-op-45135 | X | |
| Marathon County, Wisconsin | 1:17-op-45095 | X | |
| Marinette County, Wisconsin | 1:17-op-45145 | X | |
| Marquette County, Wisconsin | 1:17-op-45136 | X | |
| Marshall County, Indiana | 1:18-op-45157 | X | |
| Town of Centerville, Tennessee | 1:19-op-45425 | X | |
| McDuffie County, Georgia | 1:18-op-45509 | X | |
| Meigs County, Ohio | 1:19-op-45229 | X | |
| Metropolitan Government of Nashville and Davidson County, Tennessee | 1:18-op-45088 | X | |
| Monroe County, Wisconsin | 1:17-op-45146 | X | |
| Town of Fort Deposit, Alabama | 1:19-op-45427 | X | |
| Town of Summit, Mississippi | 1:19-op-45418 | X | |
| Morgan County Commission, West Virginia | 1:18-op-45444 | X | |
| Morgan County, Tennessee | 1:19-op-45075 | X | |
| Newton County, Georgia | 1:18-op-45578 | X | |
| Noble County, Ohio | 1:19-op-45096 | X | |
| Township of Saddle Brook, New Jersey | 1:19-op-45431 | X | |
| Walton County, Florida | 1:19-op-45423 | X | |
| Oconee County, Georgia | 1:18-op-45219 | X | |
| Oconto County, Wisconsin | 1:17-op-45120 | X | |
| Oglethorpe County, Georgia | 1:18-op-45262 | X | |
| Oneida County, Wisconsin | 1:17-op-45129 | X | |
| Jerry L. Philley, Sheriff of West Carroll Parish, Louisiana | 1:18-op-45260 | X | |
| Pierce County, Wisconsin | 1:17-op-45165 | X | |
| Police Jury of the Parish of Point Coupee, Louisiana | 1:19-op-45012 | X | |
| Polk County, Iowa | 1:18-op-45116 | X | |
| Price County, Wisconsin | 1:17-op-45126 | X | |
| Pueblo County, Colorado | 1:18-op-45801 | X | |
| Pulaski County, Georgia | 1:19-op-45176 | X | |
| Pulaski County, Indiana | 1:18-op-46110 | X | |
| Ronald Richardson, Sheriff of Sabine Parish, Louisiana | 1:18-op-45143 | X | |
| Ripley County, Indiana | 1:18-op-46155 | X | |
| Robeson County, North Carolina | 1:18-op-46141 | X | |
| Eau Claire County, Wisconsin | 1:17-op-45108 | X | |
| Rusk County, Wisconsin | 1:17-op-45116 | X | |
| County of Curry, Oregon | 1:19-op-45512 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Rutherford County, Tennessee | 1:18-op-45258 | X | |
| San Juan County, New Mexico | 1:18-op-45829 | X | |
| Sauk County, Wisconsin | 1:17-op-45098 | X | |
| Sawyer County, Wisconsin | 1:17-op-45137 | X | |
| Scott County, Tennessee | 1:18-op-45273 | X | |
| Randy Seal, Sheriff of Washington Parish, Louisiana | 1:18-op-45093 | X | |
| Shawano County, Wisconsin | 1:17-op-45119 | X | |
| Sheboygan County, Wisconsin | 1:17-op-45128 | X | |
| Smith County, Tennessee | 1:18-op-45029 | X | |
| Edrick Soileau, Sheriff of Evangeline Parish, Louisiana | 1:18-op-45189 | X | |
| St. Charles County, Missouri | 1:18-op-46059 | X | |
| St. Croix County, Wisconsin | 1:17-op-45147 | X | |
| St. Joseph County, Indiana | 1:18-op-45500 | X | |
| St. Louis County, Missouri | 1:17-op-45083 | X | |
| Sumter County, Georgia | 1:18-op-45250 | X | |
| Sunflower County, Mississippi | 1:18-op-45020 | X | |
| Taliaferro County, Georgia | 1:18-op-45562 | X | |
| Tattnall County, Georgia | 1:18-op-45574 | X | |
| Toombs County, Georgia | 1:18-op-45576 | X | |
| Towns County, Georgia | 1:19-op-45172 | X | |
| Trempealeau County, Wisconsin | 1:17-op-45138 | X | |
| Troup County, Georgia | 1:18-op-45715 | X | |
| Michael Tubbs, Sheriff of Morehouse Parish, Louisiana | 1:18-op-45884 | X | |
| Twiggs County, Georgia | 1:18-op-45379 | X | |
| Unified Government of Athens-Clarke County, Georgia | 1:18-op-45218 | X | |
| Unified Government of Macon-Bibb County, Georgia | 1:18-op-45407 | X | |
| Vanderbugh County, Indiana | 1:18-op-45498 | X | |
| Vernon County, Wisconsin | 1:17-op-45148 | X | |
| Walton County, Georgia | 1:18-op-45297 | X | |
| Warren County, Georgia | 1:18-op-45425 | X | |
| Washburn County Wisconsin | 1:17-op-45123 | X | |
| Washington County, Wisconsin | 1:17-op-45114 | X | |
| Washington County, Mississippi | 1:18-op-45022 | X | |
| Washington County, Ohio | 1:19-op-45230 | X | |
| Waupaca County, Wisconsin | 1:17-op-45166 | X | |
| Waushara County, Wisconsin | 1:17-op-45139 | X | |
| Wilkes County, Georgia | 1:19-op-45171 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Wood County, Wisconsin | 1:17-op-45127 | X | |
| Ivy Woods, Sheriff of Jefferson Davis Parish, Louisiana | 1:18-op-45099 | X | |
| Scott Berry, Sheriff of Oconee County, Georgia | 1:19-op-45165 | X | |
| Worth County, Georgia | 1:18-op-45602 | X | |
| Preston Bohannon, Sheriff of Jeff Davis County, Georgia | 1:19-op-45161 | X | |
| City of Memphis, Tennessee | 1:19-op-45220 | X | |
| Larry H. Dean, Sheriff of Laurens County, Georgia | 1:19-op-45163 | X | |
| E. Neal Jump, Sheriff of Glynn County, Georgia | 1:19-op-45155 | X | |
| Mike Kile, Sheriff of Screven County, Georgia | 1:19-op-45167 | X | |
| Gary Langford, Sheriff of Murray County, Georgia | 1:19-op-45164 | X | |
| Randy F. Royal, Sherifff of Ware County, Georgia | 1:19-op-45169 | X | |
| Gene Scarbrough, Sheriff of Tift County, Georgia | 1:19-op-45168 | X | |
| Doyle T. Wooten, Sheriff of Coffee County, Georgia | 1:19-op-45145 | X | |
| Meriwether County, Georgia | 1:19-op-45305 | X | |
| Cullen Talton, Georgia | 1:19-op-45308 | X | |
| Mark Melton, Georgia | 1:19-op-45307 | X | |
| Chris Steverson, Georgia | 1:19-op-45313 | X | |
| Terry Deese, Georgia | 1:19-op-45314 | X | |
| H.W. "Billy" Hancock, Sheriff of Crisp County, Georgia | 1:19-op-45562 | X | |
| William C. Massee, Jr., Sheriff of Baldwin County, Georgia | 1:19-op-45361 | X | |
| Douglas Anderson, Sheriff of Avoyelles Parish, Louisiana | 1:17-op-45164 | X | |
| Evangeline Parish Police Jury, Louisiana | 1:19-op-45450 | X | |
| Jay Russell, Sheriff of Ouachita Parish, Louisiana | 1:18-op-45154 | X | |
| Town of Monroe, Connecticut | 1:19-op-45441 | X | |
| Wydette Williams, Sheriff of East Carroll Parish, Louisiana | 1:18-op-45259 | X | |
| Bingham County, Idaho | 1:19-op-45758 | X | |
| City of Laguna Beach, California | 1:19-op-45447 | X | |
| Choctaw County, Alabama | 1:19-op-45770 | X | |
| County of Kauai, Hawaii | 1:19-op-45862 | X | |
| City of Rochester, New York | 1:19-op-45853 | X | |
| City of Saratoga Springs, New York | 1:19-op-45857 | X | |
| City of Ogdensburg, New York | 1:19-op-45852 | X | |
| City of Auburn, New York | 1:19-op-45843 | X | |
| Okaloosa County, Florida | 1:19-op-45894 | X | |
| County of Ionia, Michigan | 1:19-op-45261 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Athens, Alabama | 1:19-op-45953 | X | |
| City of Lynn Haven, Florida | 1:19-op-46006 | X | |
| County of Hawaii, Hawaii | 1:20-op-45014 | X | |
| City of Buffalo, New York | 1:19-op-46104 | X | |
| East Baton Rouge Parish Clerk Of Court Office, Louisiana | 1:19-op-46164 | X | |
| City of Amsterdam, New York | 1:19-op-46162 | X | |
| City of Poughkeepsie, New York | 1:19-op-46163 | X | |
| City of Pontiac, Michigan | 1:19-op-46183 | X | |
| Lawrence County, Kentucky | 1:19-op-46184 | X | |
| Milwaukee, Wisconsin | 1:20-op-45044 | X | |
| City of Henderson, Kentucky | 1:20-op-45062 | X | |
| Hardin County Fiscal Court, Kentucky | 1:20-op-45063 | X | |
| Calais, Maine | 1:20-op-45051 | X | |
| Appling County, Georgia | 1:20-op-45081 | X | |
| Evans County, Georgia | 1:20-op-45080 | X | |
| County of Madison, Mississippi | 1:20-op-45106 | X | |
| City of Fullerton, California; City of Westminster, California | 1:20-op-45143 | X | |
| City of Seminole, Oklahoma | 1:19-op-45260 | X | |
| City of Opelika, Alabama; City of Spanish Fort, Alabama; City of Centreville, Alabama; City of Slocomb, Alabama; Town of West Blocton, Alabama | 1:20-op-45208 | X | |
| LaFourche Parish, Louisiana | 1:20-op-45212 | X | |
| Bolivar County, Mississippi | 1:20-op-45214 | X | |
| Scott County, Mississippi | 1:20-op-45238 | X | |
| Town of Poughkeepsie, New York | 1:20-op-45260 | X | |
| City of Leesburg, Alabama; City of Jacksonville, Alabama; City of Rainbow City, Alabama; City of Ashville, Alabama; City of Springville, Alabama; City of Moody, Alabama; City of Ragland, Alabama; City of Thomasville, Alabama | 1:20-op-45261 | X | |
| City of Foley, Alabama | 1:20-op-45287 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Appanoose County, Iowa; Cerro Gordo County, Iowa; Cherokee County, Iowa; Chicksaw County, Iowa; Emmet County, Iowa; Fremont County, Iowa; Hancock County, Iowa; Henry County, Iowa; Ida County, Iowa; Jones County, Iowa; Keokuk County, Iowa; Madison County, Iowa; Muscatine County, Iowa; Osceola County, Iowa; Pocahontas County, Iowa; Poweshiek County, Iowa; Webster County, Iowa; Winnebago County, Iowa; Wright County, Iowa | 1:21-op-45051 | X | |
| Atlantic County, New Jersey | 1:19-op-46071 | X | |
| Colfax County, New Mexico | 1:21-op-45055 | X | |
| Luna County, New Mexico | 1:21-op-45056 | X | |
| Union County, New Mexico | 1:21-op-45057 | X | |
| City of Brewton; City of Semmes, Alabama | 1:21-op-45113 | X | |
| City of Millbrook; City of Wetumpka, Alabama | 1:21-op-45135 | X | |
| City of Fairhope, Alabama | 1:22-op-45002 | X | |
| Elmore County, Alabama; Randolph County, Alabama | 1:22-op-45003 | X | |
| County of Torrance, New Mexico | 1:22-op-45004 | X | |
| City of East Brewton, Alabama | 1:22-op-45005 | X | |
| City of Roanoke, Alabama | 1:22-op-45011 | X | |
| City of Irondale, Alabama | 1:22-op-45012 | X | |
| City of Alabaster, Alabama | 1:22-op-45013 | X | |
| City of Bessemer, Alabama | 1:22-op-45014 | X | |
| City of Saraland, Alabama | 1:22-op-45017 | X | |
| County of Kendall, Texas | 1:22-op-45010 | X | |
| County of Coryell, Texas | 1:22-op-45009 | X | |
| Eddy County, New Mexico | 1:22-op-45015 | X | |
| Ascension Parish Government, Louisiana | 1:19-op-45027 | | X |
| Atkinson County, Georgia | 1:19-op-45118 | | X (Mylan Inc.) |
| Avoyelles Parish Police Jury, Louisiana | 1:19-op-45444 | | X |
| Baltimore County, Maryland | 1:18-op-45554 | | X (Mylan N.V.) |
| Berrien County, Georgia | 1:18-op-45834 | | X (Mylan Inc.) |
| Blount County, Tennessee; Jefferson County, Tennessee | 1:19-op-45132 | | X |
| County of Brevard, Florida | 1:19-op-45064 | | X |
| Butler County Board of Commissioners, Ohio | 1:18-op-45037 | | X |
| Carbon County, Wyoming | 1:18-op-45625 | | X |
| Casper, Wyoming | 1:19-op-45079 | | X |
| Cities of Blakely, Arlington, and Damascus, Georgia | 1:19-op-45129 | | X |

15

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Cheyenne, Wyoming | 1:19-op-45280 | | X |
| City of Clarksville, Tennessee | 1:18-op-45517 | | X |
| City of Concord, New Hampshire; City of Dover, New Hampshire | 1:18-op-45573 | | X (Mylan N.V.) |
| City of Donaldsonville, Louisiana | 1:19-op-45028 | | X |
| City of Huntington Beach, California | 1:18-op-45588 | | X |
| City of Los Angeles, California | 1:18-op-45601 | | X (Mylan N.V.) |
| City of New Orleans, Louisiana | 1:19-op-45003 | | X |
| City of Phoenix, Arizona | 1:18-op-45510 | | X (Mylan N.V.) |
| City of Portland, Maine | 1:18-op-46313 | | X |
| Casper, Wyoming | 1:19-op-45265 | | X |
| City of Sandy Springs, Georgia | 1:18-op-45516 | | X |
| City of Woodbury, Georgia | 1:18-op-45575 | | X |
| Clinton County Board of Commissioners, Ohio | 1:18-op-45060 | | X |
| County of Ballard, Kentucky | 1:18-op-45593 | | X |
| County of Huerfano, Colorado | 1:18-op-45168 | | X |
| County of Macon, Georgia | 1:18-op-45577 | | X |
| County of Marin, California | 1:18-op-45657 | | X (Mylan N.V.) |
| Napa County, California | 1:18-op-45750 | | X (Mylan N.V.) |
| County of Peach, Georgia | 1:18-op-45579 | | X |
| Reno County, Kansas | 1:18-op-45718 | | X |
| County of San Luis Obispo, California | 1:18-op-46290 | | X (Mylan N.V.) |
| County of Santa Cruz, California | 1:18-op-45679 | | X (Mylan N.V.) |
| County of Schley, Georgia | 1:18-op-45580 | | X |
| County of Sonoma, California | 1:18-op-45849 | | X (Mylan N.V.) |
| County of Sonoma, California | 1:18-op-45997 | | X (Mylan N.V.) |
| County of Wilcox, Georgia | 1:18-op-45506 | | X |
| Crowley County, Colorado | 1:19-op-45255 | | X |
| East Caroll Parish Police Jury, Louisiana | 1:19-op-45453 | | X |
| Grady County, Georgia | 1:18-op-46338 | | X (Mylan Inc.) |
| Gwinett County, Georgia | 1:18-op-45758 | | X (Mylan Inc.) |
| Harford Coutny, Maryland; Caroline County, Maryland; Garrett County, Maryland; Frederick County, Maryland; Talbot County, Maryland; City of Frederick, Maryland; the Mayor and Common Council of Westminster, Maryland; City of Bowie, Maryland; the Mayor and Council of Rockville, Maryland | 1:18-op-45853 | | X (Mylan N.V.) |
| Harvey County, Kansas | 1:18-op-45848 | | X |
| Lanier County, Georgia | 1:18-op-46066 | | X (Mylan Inc.) |
| Lincoln County, Nebraska | 1:19-op-45099 | | X |
| Lowndes County, Georgia | 1:18-op-45835 | | X (Mylan Inc.) |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Montgomery County, Maryland | 1:18-op-45212 | | X (Mylan N.V.) |
| R. Chris Nevils, DA of Winn Parish, Louisiana | 1:19-op-45296 | | X |
| Ouchita Parish Police Jury, Louisiana | 1:19-op-45446 | | X |
| Scott County Board of Commissioners, Indiana | 1:17-op-45094 | | X |
| City of Prestonsburg, Kentucky | 1:19-op-45294 | | X |
| City of Inez, Kentucky | 1:19-op-45499 | | X |
| Ada County, Idaho | 1:19-op-45775 | | X |
| County of Freestone, Texas | 1:19-op-45985 | | X |
| City of Owasso, Oklahoma | 1:19-op-45718 | | X |
| Mandeville City, Louisiana | 1:19-op-45753 | | X |
| Caddo County, Oklahoma | 1:19-op-46156 | | X |
| City of Kirkland, Washington | 1:20-op-45121 | | X |
| Board of County Commissioners of Beckham County, Oklahoma | 1:20-op-45146 | | X |
| Board of County Commissioners of Atoka County, Oklahoma | 1:20-op-45001 | | X |
| Board of County Commissioners of Haskell County, Oklahoma | 1:20-op-45002 | | X |
| Board of County Commissioners of Grady County, Oklahoma | 1:19-op-46167 | | X |
| Board of County Commissioners of Latimer County, Oklahoma | 1:20-op-45003 | | X |
| City of Muskogee, Oklahoma | 1:20-op-45162 | | X |
| Board of County Commissioners of Muskogee County, Oklahoma | 1:20-op-45155 | | X |
| Mecklenburg County, Virginia | 1:20-op-45174 | | X |
| Board of County Commissioners of Custer County, Oklahoma | 1:20-op-45182 | | X |
| Board of County Commissioners of Tillman County, Oklahoma | 1:20-op-45185 | | X |
| Board of County Commissioners of Roger Mills County, Oklahoma | 1:20-op-45183 | | X |
| Bryan Bertucci, Coroner; St. Bernard Parish Coroner, Louisiana | 1:20-op-45077 | | X |
| Johnston County, Oklahoma | 1:19-op-45765 | | X |
| Kay County, Oklahoma | 1:19-op-45989 | | X |
| Board of County Commissioners of Coal County, Oklahoma | 1:20-op-45149 | | X |
| Pottawatomie County Board of County Commissioners, Oklahoma | 1:19-op-45988 | | X |
| Payne County Commission, Oklahoma | 1:19-op-45653 | | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Woodward County Board of County Commissioners, Oklahoma | 1:20-op-45141 | | X |
| Pittsburg County Board of County Commissioners, Oklahoma | 1:19-op-45711 | | X |
| Dewey County Board of County Commissioners, Oklahoma | 1:19-op-45801 | | X |
| City of El Reno, Oklahoma | 1:20-op-45252 | | X |
| Harmon County, Oklahoma | 1:20-op-45388 | | X |
| Dinwiddie County, Virginia | 1:20-op-45291 | | X (Mylan Inc.) |
| City of Stillwater, Oklahoma | 1:21-op-45045 | | X |
| City of Altus, Oklahoma | 1:21-op-45046 | | X |
| Board of Education of Boardman Local Schools, Ohio; Board of Education of Liberty Local Schools, Ohio | 1:22-op-45023 | | X |
| Putnam County School Board, Florida | 1:22-op-45025 | | X |
| Marion County Board of Education, West Virginia; Wyoming County Board of Education, West Virginia; Kanawha County Board of Education, West Virginia;  McDowell County Board of Education, West Virginia | 1:22-op-45028 | | X |
| Stephens County, Oklahoma | 1:19-op-45756 | | X |
| Woods County, Oklahoma | 1:19-op-45987 | | X |
| Logan County, Oklahoma | 1:20-op-45058 | | X |
| Jackson County, Oklahoma | 1:20-op-45126 | | X |
| Noble County, Oklahoma | 1:20-op-45129 | | X |
| City of Paintsville, Kentucky | 1:19-op-45559 | | X |