# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# NORTHERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) ) CASE NO: 17-MD-2804 |
| This document relates to: | ) ) |
| All Cases | ) |

**DEFENDANT HY-VEE, INC. STATUS REPORT REGARDING NON-SERVICE**

Pursuant to the Court's Order entered January 3, 2023, Defendant Hy-Vee, Inc. identifies the following cases in which the plaintiff(s) did not obtain timely service of process.[1]

**Defendant Name:** Hy-Vee, Inc.

| Subdivision/Lead Plaintiff Name | MDL Case No. | No Service of Process |
|---|---|---|
| Adair County, IA | 1:18-OP-45122 (S.D. Iowa) | X |
| Allamakee County, IA | 1:18-OP-45983 (S.D. Iowa) | X |
| Appanoose County, IA | 1:21-OP-45051 (N.D. Iowa) | X |
| Black Hawk County, IA | 1:18-OP-45303 (S.D. Iowa) | X |
| Polk County, IA | 1:18-OP-45116 (S.D. Iowa) | X |
| Cole County, MO | 1:18-OP-46189 (N.D. Ohio) | X |
| Grundy County, MO | 1:20-OP-45300 (E.D. Mo.) | X |
| Livingston County, MO | 1:18-OP-46168 (W.D. Mo.) | X |
| Douglas County, NE | 1:19-OP-45068 (D. Neb.) | X |

---

[1] Hy-Vee has not identified any case in which it is a defendant where a plaintiff fact sheet is required but has not been filed.

Respectfully submitted,

*/s/ Cameron Grant*

_____
Jeffrey A. Kennard     MO #46689
Cameron E. Grant       MO #72225
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, MO  64106-2197
Telephone:  (816) 268-9400
Facsimile:   (816) 268-9409
Email:  jkennard@sakg.com
            cgrant@sakg.com

*Counsel for Defendant Hy-Vee, Inc.*