| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| County of McLennan, TX | 1:17-op-45075 | X | |
| City of Lafayette, IN | 1:17-op-45081 | X | |
| City of Hammond, IN | 1:17-op-45082 | X | |
| City of Indianapolis, IN and Marion County, IN | 1:17-op-45091 | X | |
| Township of Irvington, NJ | 1:17-op-45156 | X | X |
| Jefferson County Commission, WV | 1:17-op-45170 | X | |
| Berkeley County Council, WV | 1:17-op-45171 | X | |
| Town of Cherokee, AL, City of Tuscumbia, AL, Counties of Colbert and Franklin, AL | 1:18-op-45005 | X | X |
| City of New Castle, IN | 1:18-op-45016 | X | |
| Sunflower County, MS | 1:18-op-45020 | X | X |
| Humphreys County, MS | 1:18-op-45021 | X | X |
| Washington County, MS | 1:18-op-45022 | X | X |
| County of Montgomery, TX | 1:18-op-45030 | X | |
| Butler County Board of Commissioners, OH | 1:18-op-45037 | | X |
| Township of Bloomfield, NJ | 1:18-op-45053 | X | X |
| Clinton County Board of Commissioners, OH | 1:18-op-45060 | | X |

| | | | |
|---|---|---|---|
| Nolan County, TX | 1:18-op-45061 | X | |
| County of Wichita, TX | 1:18-op-45064 | X | |
| Polk County, TX | 1:18-op-45077 | X | |
| Jennings County, IN | 1:18-op-45131 | X | |
| County of Jones, TX | 1:18-op-45139 | X | |
| City of Alexandria, IN, City of Elwood, IN, and Madison County, IN | 1:18-op-45151 | X | |
| Lake County, IN | 1:18-op-45156 | X | |
| Marshall County, IN | 1:18-op-45157 | X | |
| City of Connersville and Fayette County, IN | 1:18-op-45159 | X | |
| County of Clay, TX | 1:18-op-45169 | X | |
| Counties of Marion, Pickens, and Walker, AL, and Cities of Dora, Jasper, and Sumiton, AL | 1:18-op-45171 | X | X |
| Municipality of Sabana Grande and Municipality of Cayey, PR | 1:18-op-45197 | X | X |
| Town of Butler, AL | 1:18-op-45216 | X | |
| Haskell County, TX | 1:18-op-45223 | X | |
| Marshall County, AL, Cities of Albertville, Arab, Boaz and Guntersville, AL, and Towns of Douglas and Grant, AL | 1:18-op-45230 | X | X |
| County of La Salle, TX | 1:18-op-45234 | X | |

2

| | | | |
|---|---|---|---|
| City of Bloomington and Monroe County, IN | 1:18-op-45235 | X | |
| Clarke County, MS | 1:18-op-45278 | X | |
| City of Philadelphia, MS | 1:18-op-45279 | X | |
| LaPorte County, IN | 1:18-op-45280 | X | |
| City of West Lafayette, IN | 1:18-op-45300 | X | |
| City of North Royalton, OH | 1:18-op-45427 | X | X |
| City of Huron, OH | 1:18-op-45431 | X | X |
| Counties of Clackamas, Lane, Washington, Clatsop, Columbia, Jackson, Josephine, and Yamhill, OR | 1:18-op-45442 | X | |
| Pocahontas County Commission, WV | 1:18-op-45443 | X | |
| Morgan County Commission, WV | 1:18-op-45444 | X | |
| City of Macedonia, OH | 1:18-op-45447 | X | X |
| Village of Newburgh Heights, OH | 1:18-op-45449 | X | X |
| Village of Brooklyn Heights, OH | 1:18-op-45450 | X | X |
| St. Tammany Parish Coroner's Office and Dr. Charles Preston in his capacity as the Coroner of St. Tammany Parish, LA | 1:18-op-45492 | | X |
| St. Joseph County, IN | 1:18-op-45500 | X | |
| County of Wilcox, GA | 1:18-op-45506 | | X |

3

| | | | |
|---|---|---|---|
| City of Sandy Springs, GA | 1:18-op-45516 | | X |
| City of Clarksville, TN | 1:18-op-45517 | | X |
| Macon County, GA | 1:18-op-45577 | | X |
| Peach County, GA | 1:18-op-45579 | | X |
| City of Paducah, KY | 1:18-op-45592 | | X |
| City of Harrisburg, IL | 1:18-op-45594 | X | X |
| City of Princeton, IL | 1:18-op-45599 | X | X |
| County of McCracken, KY | 1:18-op-45611 | | X |
| Bergen County, NJ | 1:18-op-45616 | X | X |
| Jackson County, AL, Cities of Bridgeport, Henagar, New Hope, and Scottsboro, AL, and Towns of Geraldine and Woodville, AL | 1:18-op-45634 | X | X |
| City of Mayfield Heights, OH | 1:18-op-45635 | X | X |
| City of Lyndhurst, OH | 1:18-op-45636 | X | X |
| City of Wickliffe, OH | 1:18-op-45637 | X | X |
| City of Logansport, IN | 1:18-op-45692 | X | |
| St. Bernard Parish Government, LA | 1:18-op-45756 | X | X |
| Morgan County, IN | 1:18-op-45828 | X | |

4

| | | | |
|---|---|---|---|
| County of Hudson, NJ | 1:18-op-45937 | X | X |
| City of Jersey City, NJ | 1:18-op-45948 | X | X |
| Delaware County, IN | 1:18-op-45963 | X | |
| Essex County, NJ | 1:18-op-45989 | X | X |
| Pulaski County, IN | 1:18-op-46110 | X | |
| Glynn County, GA | 1:18-op-46115 | X | |
| City of Portland and Jay County, IN | 1:18-op-46140 | X | |
| Ripley County, IN | 1:18-op-46155 | X | |
| City of Franklin, Town of Pendleton, and City of Richmond, IN | 1:18-op-46182 | X | |
| Lawrence County, IN | 1:18-op-46188 | X | |
| Benton County, IN | 1:18-op-46201 | X | |
| St. Tammany Parish Government, LA | 1:18-op-46211 | | X |
| Randy Smith, duly elected Sheriff of St. Tammany Parish, Louisiana, in his capacity as Officer Ex Officio of the St. Tammany Parish Sheriff's Office and the St. Tammany Parish Law Enforcement District, LA | 1:18-op-46280 | | X |
| James Pohlmann, duly elected Sheriff of St. Bernard Parish, Louisiana, in his capacity as Officer Ex Officio of the St. Bernard Parish Sheriff's | 1:18-op-46292 | | X |

5

| | | | |
|---|---|---|---|
| Office and the St. Bernard Parish Law Enforcement District, LA | | | |
| Camden County, NJ | 1:18-op-46306 | X | X |
| City of New Orleans, LA | 1:19-op-45003 | | X |
| City of New Roads, LA | 1:19-op-45011 | X | |
| Police Jury of the Parish of Pointe Coupee, LA | 1:19-op-45012 | X | |
| Ascension Parish Government, LA | 1:19-op-45027 | | X |
| City of Donaldsonville, LA | 1:19-op-45028 | | X |
| Porter County, IN | 1:19-op-45074 | X | |
| City of Great Falls, Counties of Anaconda-Deer Lodge, and Lake, and City of Missoula, MT | 1:19-op-45083 | X | |
| Harrison County, MS | 1:19-op-45113 | X | |
| Blount County and Jefferson County, TN | 1:19-op-45132 | | X |
| City of Rainsville, AL and Town of Hammondville, AL | 1:19-op-45135 | X | X |
| Cities of Red Bay, Russellville, and Sheffield, AL, and Town of Leighton, AL | 1:19-op-45136 | X | X |
| City of Vestavia Hills, AL | 1:19-op-45141 | X | X |
| City of Charles Town, WV | 1:19-op-45250 | X | |
| Board of County Commissioners of Seminole County, OK | 1:19-op-45260 | X | X |

6

| | | | |
|---|---|---|---|
| County Commission of Payne County, OK | 1:19-op-45653 | | X |
| Pittsburg County Board of County Commissioners, OK | 1:19-op-45711 | | X |
| City of Austin, IN | 1:19-op-45739 | | X |
| City of Madison, IN | 1:19-op-45740 | X | X |
| The City of Hoover, AL, a Municipal Corporation of the State of Alabama | 1:19-op-45746 | X | X |
| City of Mandeville, LA | 1:19-op-45753 | | X |
| Town of Pearl River, LA | 1:19-op-45754 | | X |
| Board of County Commissioners of Stephens County, OK | 1:19-op-45756 | | X |
| Board of County Commissioners of Johnston County, OK | 1:19-op-45765 | | X |
| City of Slidell, LA | 1:19-op-45769 | | X |
| Choctaw County, AL | 1:19-op-45770 | X | |
| Ada County, ID | 1:19-op-45775 | | X |
| Board of County Commissioners for Dewey County, OK | 1:19-op-45801 | | X |
| Board of County Commissioners of Woods County, OK | 1:19-op-45987 | | X |
| Pottawatomie County Board of Commissioners, OK | 1:19-op-45988 | | X |
| Board of County Commissioners of Kay County, OK | 1:19-op-45989 | | X |

| | | | |
|---|---|---|---|
| Atlantic County, NJ | 1:19-op-46071 | X | |
| Board of County Commissioners of Caddo County, OK | 1:19-op-46156 | | X |
| Board of County Commissioners of Grady County, OK | 1:19-op-46167 | | X |
| Amherst County, VA | 1:20-op-45046 | | X |
| Board of County Commissioners of Oklahoma County, OK | 1:20-op-45057 | | X |
| Board of County Commissioners of Logan County, OK | 1:20-op-45058 | | X |
| Botetourt County, VA | 1:20-op-45064 | | X |
| Board of County Commissioners of Jackson County, OK | 1:20-op-45126 | | X |
| Woodward County Board of County Commissioners, OK | 1:20-op-45141 | | X |
| Board of County Commissioners of Beckham County, OK | 1:20-op-45146 | | X |
| City of Muskogee, OK | 1:20-op-45162 | | X |
| Mecklenburg County, VA | 1:20-op-45174 | | X |
| Hinds County, MS | 1:20-op-45190 | X | |
| Assumption Parish Police Jury, LA | 1:20-op-45205 | X | |
| Leland Falcon, Sheriff of Assumption Parish, in his capacity as officer ex officio of the Assumption Parish Sheriff's Office, LA | 1:20-op-45206 | X | |
| Lafourche Parish Government, LA | 1:20-op-45212 | X | |

8

| | | | |
|---|---|---|---|
| Tunica County, MS | 1:20-op-45213 | X | |
| Bolivar County, MS | 1:20-op-45214 | X | |
| Town of Cottage City, Town of Forest Heights, Town of North Brentwood, and Town of Upper Marlboro, MD | 1:20-op-45235 | X | |
| Scott County, MS | 1:20-op-45238 | X | |
| City of El Reno, OK | 1:20-op-45252 | | X |
| Dinwiddie County, VA | 1:20-op-45291 | | X |
| Ralls County, MO | 1:20-op-45292 | X | |
| New Madrid County, MO | 1:20-op-45296 | X | |
| Andrew County, MO | 1:20-op-45298 | X | |
| Grundy County, MO | 1:20-op-45300 | X | |
| Ascension Parish School Board, LA | 1:21-op-45006 | X | X |
| St. Bernard Parish School Board, LA | 1:21-op-45014 | X | X |
| Barry County, MO | 1:21-op-45016 | X | |
| Town of Gramercy, LA | 1:21-op-45031 | X | X |
| St. James Parish School Board, LA | 1:21-op-45034 | | X |
| Town of Lutcher, LA | 1:21-op-45035 | X | X |
| Lafourche Parish School Board, LA | 1:21-op-45036 | X | X |

9

| | | | |
|---|---|---|---|
| City of Stillwater, OK | 1:21-op-45045 | | X |
| City of Atlus, OK | 1:21-op-45046 | | X |
| The City of Calera, AL | 1:21-op-45070 | X | X |
| The City of Gatlinburg, TN | 1:21-op-45071 | X | X |
| The County Board of Arlington County, VA | 1:21-op-45078 | | X |
| Pinal County, AZ | 1:21-op-45088 | X | |
| City of Irondale, AL | 1:22-op-45012 | X | |
| City of Alabaster, AL | 1:22-op-45013 | X | |
| City of Bessemer, AL | 1:22-op-45014 | X | |
| City of Clanton, AL, City of Columbiana, AL, City of Helena, AL, City of Pelham, AL | 1:22-op-45016 | | X |
| City of Gulf Shores, AL | 1:22-op-45019 | X | X |