# EXHIBIT A

# WALMART SETTLEMENT AGREEMENT

# TABLE OF CONTENTS

**Page**

I.      Definitions.................................................................................................2

II.     Participation by States and Subdivisions; Effectiveness of Agreement .....................14

III.    Injunctive Relief.........................................................................................16

IV.     Settlement Payments...................................................................................16

V.      Allocation and Use of Settlement Payments.....................................................25

VI.     Enforcement.............................................................................................32

VII.    Participation by Subdivisions.......................................................................37

VIII.   Additional Remediation..............................................................................39

IX.     Plaintiffs' Attorneys' Fees and Costs.............................................................39

X.      Release...................................................................................................40

XI.     Later Litigating Subdivisions; Non-Settling States ...........................................44

XII.    Miscellaneous..........................................................................................45

EXHIBIT A - Alleged Harm.......................................................................... A-1

EXHIBIT B - Enforcement Committee Organization Bylaws ................................B-1

EXHIBIT C - Litigating Subdivisions List........................................................C-1

EXHIBIT D - [Intentionally Omitted] ............................................................. D-1

EXHIBIT E - List of Opioid Remediation Uses.................................................E-1

EXHIBIT F - List of States and Overall Allocation Percentages ...........................F-1

EXHIBIT G - Subdivisions Eligible to Receive Direct Allocations from the
Subdivision Fund and Subdivision Fund Allocation Percentages ......................... G-1

EXHIBIT H - [Intentionally Omitted] ............................................................. H-1

EXHIBIT I - Primary Subdivisions ................................................................I-1

EXHIBIT J - Illustrative List of Released Entities ..............................................J-1

EXHIBIT K - Subdivision Settlement Participation Form ..................................................... K-1

EXHIBIT L - Settlement Fund Administrator ..................................................................... L-1

EXHIBIT M - Maximum Payment Amounts ....................................................................... M-1

EXHIBIT N - Additional Remediation Amount Allocation Percentages ............................ N-1

EXHIBIT O - Adoption of a State-Subdivision Agreement ................................................ O-1

EXHIBIT P - Injunctive Relief .......................................................................................... P-1

EXHIBIT Q - [Intentionally Omitted] ............................................................................... Q-1

EXHIBIT R - Agreement on Attorneys' Fees, Costs, and Expenses................................... R-1

EXHIBIT S - Agreement on the State Outside Counsel Fee Fund ...................................... S-1

EXHIBIT T - Agreement on the State Cost Fund................................................................ T-1

EXHIBIT U - IRS Form 1098-F ........................................................................................ U-1

EXHIBIT V - Walmart Settlement Agreement Sign-on Form ............................................. V-1

EXHIBIT W - Non-Litigating Threshold Subdivisions List ................................................ W-1

EXHIBIT X - Governor's Release of Opioid-Related Claims ............................................. X-1

## WALMART SETTLEMENT AGREEMENT

This Settlement Agreement, dated as of November 14, 2022 (the "*Agreement*"), sets forth the terms of settlement between and among the Settling States, Walmart, and the Participating Subdivisions (as those terms are defined below). Upon satisfaction of the conditions set forth in <u>Section II</u>, this Agreement will be binding on all Settling States, Participating Subdivisions, and Walmart. This Agreement will then be submitted for entry as part of Consent Judgments in the respective courts of each of the Settling States, pursuant to the terms set forth in <u>Section II</u>.

WHEREAS, certain States and Subdivisions have filed or could file Actions in various forums against Walmart raising Claims or allegations concerning, related to, based upon, or in connection with the Alleged Harms and/or the Covered Conduct;

WHEREAS, Walmart (i) denies each and all of the Claims and allegations of wrongdoing made by the States and Litigating Subdivisions in each of the Actions and maintains that it has meritorious defenses; (ii) denies all assertions of wrongdoing or liability against Walmart arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged, in the Actions already brought or that could be brought by any State or Subdivision related to the Covered Conduct and/or Alleged Harms and contends that the factual allegations made in the current Actions relating to Walmart are false and materially inaccurate; (iii) denies that any State, Subdivision, or resident thereof, was harmed by any conduct of Walmart; (iv) denies liability, denies any wrongdoing, and denies it violated any federal or state statute or common law; and (v) maintains that Walmart would be able to successfully defend against the Claims and allegations at trial, that the facts do not support the allegations, that Walmart engaged in no misconduct or unlawful activity, and that Walmart caused no harm to any State, Subdivisions, or resident thereof;

WHEREAS, the Parties have investigated the facts and analyzed the relevant legal issues regarding the Claims and defenses that have been or could have been asserted in the Actions;

WHEREAS, objective data metrics reported in the federal ARCOS database demonstrate that on a national basis Walmart dispensed on average materially fewer and less potent opioids per store than other major chain pharmacies and many independent pharmacies nationwide, and Walmart's share of opioids distributed and dispensed nationwide was substantially lower than other major chain pharmacies;

WHEREAS, Walmart has implemented policies, procedures, and controls relating to the dispensing of prescription opioid medications and other controlled substances, including pharmacist training and empowerment programs, company-wide limitations on strength and duration of acute opioid prescriptions, and opioid data analytics, which Walmart uses to identify and investigate potentially problematic prescribing practices;

WHEREAS, the Parties have determined that it is preferable to resolve any claims the States and Subdivisions may have through a cooperative and mutually beneficial settlement that provides funding to remediate Alleged Harms;

WHEREAS, the Parties have each considered the costs, delays and uncertainty associated with the prosecution and defense of an action and the continued prosecution and defense of the Actions;

1

WHEREAS, the Parties believe the settlement set forth herein avoids the uncertainties of litigation and assures that the benefits reflected herein are obtained;

WHEREAS, the States have concluded that the terms of the settlement are fair, reasonable and adequate and in the best interest of the States and all Subdivisions and citizens and residents of the States;

WHEREAS, the Parties have agreed to the terms herein for the sole purpose of settlement, and nothing herein may be taken as or construed to be an admission or concession of any violation of law, rule, or regulation, or of any other matter of fact or law, or of any liability or wrongdoing or lack thereof;

WHEREAS no part of this Agreement, including its statements and commitments, shall constitute evidence of any liability, fault, or wrongdoing, or of any lack thereof;

WHEREAS, unless the contrary is expressly stated, this Agreement is not intended for use by any Party or any third party for any purpose not expressly stated herein, including submission to any court for any purpose other than Court approvals associated with this Agreement;

NOW, THEREFORE, IT IS HEREBY AGREED by and between the States, Participating Subdivisions, and Walmart, by and through their respective counsel, as follows:

## I.  Definitions

For all sections of this Agreement except Exhibit E and Exhibit P, the following definitions apply:

A.  "*Remediation Accounts Fund*" means the component of the Settlement Fund described in Section V.E.

B.  "*Actions*" means any lawsuit by a Settling State or Participating Subdivision asserting any Released Claim against one or more Released Entities.

C.  "*Additional Remediation Amount*" means the amount available to the Settling States totaling up to $16,006,471.88.

D.  "*Advisory Committee*" has the meaning set forth in Section V.E.2.d.

E.  "*Agreement*" has the definition set forth in the preamble, including all exhibits.

F.  "*Alleged Harms*" means the alleged past, present, and future financial and societal harms and related expenditures arising out of the alleged misuse and abuse of Products, non-exclusive examples of which are described in the documents listed on Exhibit A, including those expenditures that have allegedly arisen as a result of the physical and bodily injuries sustained by individuals suffering from opioid-related addiction, abuse, death, and other related diseases and disorders, and that have allegedly been caused by Walmart.

G.    "*Allocation Statute*" means a state law that governs allocation, distribution, and/or use of some or all of the Settlement Fund amounts allocated to that State and/or its Subdivisions. In addition to modifying the allocation as set forth in Section V.D.2, an Allocation Statute may, without limitation, contain a Statutory Trust, further restrict expenditures of funds, form an advisory committee, establish oversight and reporting requirements, or address other default provisions and other matters related to the funds.  An Allocation Statute is not required to address all three (3) types of funds comprising the Settlement Fund or all default provisions.

H.    "*Appropriate Official*" has the meaning set forth in Section XII.F.3.

I.    "*Base Payment*" has the meaning set forth in Section IV.D.

J.    "*Bankruptcy Code*" means Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*

K.    "*Bar*"  means either:  (1) a law barring Subdivisions in a State from maintaining Released Claims against Released Entities (either through a direct bar or through a grant of authority to release claims and the exercise of such authority in full); or (2) a ruling by the highest court of the State (or, in a State with a single intermediate court of appeals, the intermediate court of appeals when not subject to further review by the highest court of the State) setting forth the general principle that Subdivisions in the State may not maintain any Released Claims against Released Entities, whether on the ground of this Agreement (or the release in it) or otherwise.  For the avoidance of doubt, a law or ruling that is conditioned or predicated upon payment by a Released Entity (apart from payments made by Walmart under this Agreement) shall not constitute a Bar.

L.    "*Case-Specific Resolution*" means either:  (1) a law barring the Subdivision at issue from maintaining any Released Claims against any Released Entities (either through a direct bar or through a grant of authority to release claims and the exercise of such authority in full); or (2) a ruling by a court of competent jurisdiction over the Subdivision at issue that the Subdivision may not maintain any Released Claims at issue against any Released Entities, whether on the ground of this Agreement (or the release in it) or otherwise.  For the avoidance of doubt, a law or ruling that is conditioned or predicated upon payment by a Released Entity (apart from payments made by Walmart under this Agreement) shall not constitute a Case-Specific Resolution.

M.    "*Claim*" means any past, present or future cause of action, claim for relief, cross-claim or counterclaim, theory of liability, demand, derivative claim, request, assessment, charge, covenant, damage, debt, lien, loss, penalty, judgment, right, obligation, dispute, suit, contract, controversy, agreement, *parens patriae* claim, promise, performance, warranty, omission, or grievance of any nature whatsoever, whether legal, equitable, statutory, regulatory or administrative, whether arising under federal, state or local common law, statute, regulation, guidance, ordinance or principles of equity, whether filed or unfiled, whether asserted or unasserted, whether known or unknown, whether accrued or unaccrued, whether foreseen, unforeseen or unforeseeable, whether discovered or undiscovered, whether suspected or unsuspected, whether fixed or contingent, and whether existing or hereafter arising, in all such cases, including but not limited to any request for declaratory, injunctive, or equitable relief, compensatory, punitive, or statutory damages, absolute liability, strict liability, restitution,

3

abatement, subrogation, contribution, indemnity, apportionment, disgorgement, reimbursement, attorney fees, expert fees, consultant fees, fines, penalties, expenses, costs or any other legal, equitable, civil, administrative, or regulatory remedy whatsoever.

N.     "*Claim-Over*" means a Claim asserted by a Non-Released Entity against a Released Entity on the basis of contribution, indemnity, or other claim-over on any theory relating to a Non-Party Covered Conduct Claim asserted by a Releasor.

O.     "*Consent Judgment*" means a state-specific consent judgment in a form to be agreed by the Settling States and Walmart prior to the State Participation Date that, among other things, (1) approves this Agreement and (2) provides for the release set forth in <u>Section X.A</u>, including the dismissal with prejudice of any Released Claims that the Settling State has brought against Released Entities.

P.     "*Covered Conduct*" means any actual or alleged act, failure to act, negligence, statement, error, omission, breach of any duty, conduct, event, transaction, agreement, misstatement, misleading statement or other activity of any kind whatsoever from the beginning of time through the Threshold Subdivision Participation Date (and any past, present, or future consequence of any such act, failure to act, negligence, statement, error, omission, breach of duty, conduct, event, transaction, agreement, misstatement, misleading statement or other activity) relating in any way to (a) the distribution, dispensing, delivery, monitoring, reporting, supply, sale, prescribing, physical security, warehousing, coverage, purchases, reimbursement, discovery, development, manufacture, packaging, repackaging, marketing, promotion, advertising, labeling, recall, withdrawal, or use or abuse of any Product; orders, prescriptions, formularies, guidelines, payments or rebates for any Product; policies, practices and/or operating procedures, insurance, claim or benefit administration, claim adjudication, plan design, data and sales thereof, relating to any Product; and any system, plan, policy or advocacy relating to any Product, including, but not limited to, any unbranded promotion, marketing, programs, or campaigns relating to any Product; (b) the characteristics, properties, risks, or benefits of any Product; (c) the reporting, disclosure, nonreporting or non-disclosure to federal, state or other regulators of orders or prescriptions, related to any Product; (d) the purchasing, selling, acquiring, disposing of, importing, exporting, handling, processing, packaging, supplying, distributing, or converting of any Product; or (e) controls against diversion, corresponding responsibility, and suspicious order monitoring; *provided, however*, that as to any Claim that a Releasor has brought or could bring, Covered Conduct does not include noncompliance with statutory or administrative supply security standards concerning cleanliness of facilities or stopping counterfeit products, so long as such standards apply to the storage and distribution of both controlled and non-controlled pharmaceuticals.

Q.     "*Deposit Date*" means fifteen (15) days after the Effective Date.

R.     "*Designated State*" means New York.

S.     "*Effective Date*" has the meaning set forth in <u>Section II.C</u>.

T.     "*Eligible State*" means the states, commonwealths, and territories of the United States of America, as well as the District of Columbia and Puerto Rico, but excluding New Mexico,

West Virginia, and any Separately Settling State.  The use of non-capitalized "state" to describe something (*e.g.*, "state court") shall also be read to include parallel entities in commonwealths, territories, and the District of Columbia (*e.g.*, "territorial court").

U. "*Enforcement Committee*" means a committee consisting of certain representatives of the Settling States and of the Participating Subdivisions selected and operating pursuant to the organizational bylaws set forth at Exhibit B.  Notice pursuant to Section XII.Q shall be provided when there are changes in membership or contact information.

V. "*Final Order*" means an order or judgment of a court of competent jurisdiction with respect to the applicable subject matter (1) which has not been reversed or superseded by a modified or amended order, is not currently stayed, and as to which any right to appeal or seek *certiorari*, review, reargument, stay, or rehearing has expired, and as to which no appeal or petition for certiorari, review, reargument, stay, or rehearing is pending, or (2) as to which an appeal has been taken or petition for *certiorari*, review, reargument, stay, or rehearing has been filed and (a) such appeal or petition for *certiorari*, review, reargument, stay, or rehearing has been resolved by the highest court to which the order or judgment was appealed or from which certiorari, review, reargument, stay, or rehearing was sought, or (b) the time to appeal further or seek certiorari, review, reargument, stay, or rehearing has expired and no such further appeal or petition for certiorari, review, reargument, stay, or rehearing is pending.

W. "*First Subdivision Participation Date*" has the meaning set forth in Section IV.C.3.a.

X. "*Global Settlement Remediation Amount*" means the remediation and abatement amount of up to $2,393,794,118.64.

Y. "*Global Settlement Amount*" means the sum of (a) the Remediation Payment, (b) the Additional Remediation Amount, and (c) any attorneys' fees and costs set forth in Exhibit R, Exhibit S and Exhibit T.

Z. "*Implementation Administrator*" means the vendor agreed to by Walmart and the Enforcement Committee and retained by Walmart to provide notice pursuant to Section VII.A and to manage the initial joinder period for Subdivisions, including the issuance and receipt of Subdivision Participation Forms.

AA. "*Incentive BC Subdivisions*" has the meaning set forth in Section IV.E.2.a.

BB. "*Incentive Payment A*" means the incentive payment described in Section IV.E.1.

CC. "*Incentive Payment BC*" means the incentive payment described in Section IV.E.2.

DD. "*Incentive Payment D*" means the incentive payment described in Section IV.E.3.

EE. "*Injunctive Relief Terms*" means the terms described in Section III and set forth in Exhibit P.

FF. "*Later Litigating Subdivision*" means a Subdivision (or Subdivision official asserting the right of or for the Subdivision to recover for Alleged Harms to the Subdivision and/or the people thereof) that: (1) first files a lawsuit bringing a Released Claim against a Released Entity after the Threshold Subdivision Participation Date; or (2) adds a Released Claim against a Released Entity after the Threshold Subdivision Participation Date to a lawsuit brought before the Threshold Subdivision Participation Date that, prior to the Threshold Subdivision Participation Date, did not include any Released Claims against a Released Entity; or (3) (a) was a Litigating Subdivision whose Released Claims against Released Entities were resolved by a legislative Bar or legislative Case-Specific Resolution as of the Threshold Subdivision Participation Date, (b) such legislative Bar or legislative Case-Specific Resolution is subject to a Revocation Event after the Threshold Subdivision Participation Date, and (c) the earlier of the date of completion of opening statements in a trial in an action brought by a Subdivision in that Settling State that includes a Released Claim against a Released Entity or one hundred eighty (180) days from the Revocation Event passes without a Bar or Case-Specific Resolution being implemented as to that Litigating Subdivision or the Litigating Subdivision's Released Claims being dismissed; or (4) (a) was a Litigating Subdivision whose Released Claims against Released Entities were resolved by a judicial Bar or judicial Case-Specific Resolution as of the Threshold Subdivision Participation Date, (b) such judicial Bar or judicial Case-Specific Resolution is subject to a Revocation Event after the Threshold Subdivision Participation Date, and (c) such Litigating Subdivision takes any action in its lawsuit asserting a Released Claim against a Released Entity other than seeking a stay or dismissal.

GG. "*Litigating Subdivisions*" means all Subdivisions that have brought any Released Claim against any Released Entity as of the Threshold Subdivision Participation Date. Attached as Exhibit C is a list of the Litigating Subdivisions in each Eligible State and Separately Settling State. Exhibit C will be updated (including with any corrections) periodically, and a final version of Exhibit C will be attached hereto as of the Threshold Subdivision Participation Date.

HH. "*National Arbitration Panel*" means the panel comprised as described in Section VI.F.3.b.

II. "*National Disputes*" has the meaning set forth in Section VI.F.3.a.

JJ. "*Non-Litigating Subdivision*" means any Subdivision that is neither a Litigating Subdivision nor a Later Litigating Subdivision.

KK. "*Non-Litigating Threshold Subdivision*" means (a) all general-purpose Subdivisions with a population equal to or greater than 30,000 that have not brought a Released Claim against any Released Entity as of the Threshold Subdivision Participation Date and (b) all general-purpose Subdivisions with populations between 10,000 and 30,000 that have not brought Released Claim against any Released Entity but have brought a claim related to opioid products, including any Claims related to the Covered Conduct and/or Alleged Harms, against McKesson, AmerisourceBergen, Cardinal Health, Janssen Pharmaceuticals, or any parents, subsidiaries, divisions, predecessors, successors, and assigns of McKesson, AmerisourceBergen, Cardinal Health, or Janssen Pharmaceuticals. Attached as Exhibit W is a list of the Non-Litigating Threshold Subdivisions in each Eligible State and Separately Settling State. Exhibit W will be

updated (including with any corrections) periodically, and a final version of <u>Exhibit W</u> will be attached hereto as of the Threshold Subdivision Participation Date.

LL.    "*Non-Participating Subdivision*" means any Subdivision that is not a Participating Subdivision.

MM.    "*Non-Party Covered Conduct Claim*" means a Claim against any Non-Released Entity involving, arising out of, or related to Alleged Harms and/or Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity).

NN.    "*Non-Party Settlement*" means a settlement by any Releasor that settles any Non-Party Covered Conduct Claim and includes a release of any Non-Released Entity.

OO.    "*Non-Released Entity*" means an entity that is not a Released Entity.

PP.    "*Non-Settling State*" means any Eligible State that is not a Settling State.

QQ.    "*Opioid Remediation*" means care, treatment, and other programs and expenditures (including reimbursement for past such programs or expenditures[1] except where this Agreement restricts the use of funds solely to future Opioid Remediation) designed to remediate Alleged Harms, including to (1) address the misuse and abuse of opioid products, (2) treat or mitigate opioid use or related disorders, or (3) mitigate other alleged effects of, including on those injured as a result of, the opioid epidemic.  <u>Exhibit E</u> provides a non-exhaustive list of expenditures that qualify as being paid for Opioid Remediation.  Qualifying expenditures may include reasonable related administrative expenses.

RR.    "*Overall Allocation Percentage*" means a Settling State's percentage as set forth in <u>Exhibit F</u>.

SS.    "*Participating Population Levels*" has the meaning set forth in <u>Section II.B.1</u>.

TT.    "*Participating Subdivision*" means any Subdivision in a Settling State that joins the settlement and meets the requirements for becoming a Participating Subdivision under <u>Section VII.B</u> or <u>Section VII.C</u>, as applicable.

UU.    "*Parties*" means Walmart and the Settling States (each, a "*Party*").

VV.    "*Payment Year*" means the calendar year during which the applicable Payout Amount is made in accordance with <u>Section IV.B</u>.  Payment Year 1 is 2023, Payment Year 2 is 2024 and so forth.

WW.    "*Payout Amount*" means the total amount payable to the Settling States by the Settlement Fund Administrator for each Payment Year, as calculated by the Settlement Fund Administrator pursuant to <u>Section IV.B</u>.  For the avoidance of doubt, this term does not include amounts paid pursuant to <u>Section VIII and Section IX</u>.

---

[1] Reimbursement includes amounts paid to any governmental entities for past expenditures or programs.

XX.  "*Percentage of Incentive BC Subdivision Population*" has the meaning set forth in Section IV.E.2.a.

YY.  "*Primary Fire District*" means a fire district that covers a population of 25,000, or 0.20% of an Eligible State's population if an Eligible State's population is greater than 18 million. If not easily calculable from state data sources and agreed to between the Eligible State and Walmart, a fire district's population is calculated by dividing the population of the county or counties a fire district serves by the number of fire districts in the county or counties.  "Primary Fire Districts" shall mean fire districts as identified in connection with the implementation of the July 21, 2021 Janssen Settlement Agreement.

ZZ.  "*Primary Subdivision*" means any General-Purpose Government (including, but not limited to, a municipality, county, county subdivision, city, town, township, parish, village, borough, gore, or any other entities that provide municipal-type government) with a population over 10,000.  Attached as Exhibit I is an agreed list of the Primary Subdivisions in each State.

AAA.  "*Prior Litigating Subdivision*" means a Subdivision (or Subdivision official) that brought any Released Claim against any Released Entity prior to the Threshold Subdivision Participation Date and all such Released Claims were separately settled or finally adjudicated prior to the Threshold Subdivision Participation Date; *provided*, *however*, that if the final adjudication was pursuant to a Bar, such Subdivision shall not be considered a Prior Litigating Subdivision. Notwithstanding the prior sentence, Walmart and the Settling State of the relevant Subdivision may agree in writing that the Subdivision shall not be considered a Prior Litigating Subdivision.

BBB.  "*Product*" means any chemical substance, whether used for medicinal or non-medicinal purposes, and whether natural, synthetic, or semi-synthetic, or any finished pharmaceutical product made from or with such substance, that is (1) an opioid or opiate, as well as any product containing any such substance; (2) a benzodiazepine, a muscle relaxer, carisoprodol, zolpidem, or gabapentin; or (3) a combination or "cocktail" of any stimulant or other chemical substance prescribed, sold, bought, or dispensed to be used together that includes opioids or opiates.  "Product" shall include, but is not limited to, any substance consisting of or containing buprenorphine, codeine, fentanyl, hydrocodone, hydromorphone, meperidine, methadone, morphine, oxycodone, oxymorphone, tapentadol, tramadol, opium, heroin, carfentanil, diazepam, estazolam, quazepam, alprazolam, clonazepam, oxazepam, flurazepam, triozolam, temazepam, midazolam, carisoprodol, gabapentin, or any variant of these substances or any similar substance. Notwithstanding the foregoing, nothing in this section prohibits a Settling State from taking administrative or regulatory action related to benzodiazepine (including, but not limited to, diazepam, estazolam, quazepam, alprazolam, clonazepam, oxazepam, flurazepam, triozolam, temazepam, and midazolam), a muscle relaxer, carisoprodol, zolpidem, or gabapentin that is wholly independent from the use of such drugs in combination with opioids, provided such action does not seek money (including abatement and/or remediation) for conduct prior to the Effective Date.

CCC.  "*Released Claims*" means any and all Claims that directly or indirectly are based on, arise out of, or in any way relate to or concern Covered Conduct and/or Alleged Harms occurring prior to the Threshold Subdivision Participation Date.  Without limiting the foregoing, "Released Claims" include any Claims that have been asserted against the Released Entities by

8

any Settling State or any of its Litigating Subdivisions or Litigating Special Districts in any federal, state or local action or proceeding (whether judicial, arbitral, or administrative) based on, arising out of or relating to, in whole or in part, the Covered Conduct and/or Alleged Harms, or any such Claims that could be or could have been asserted now or in the future in those actions or in any comparable action or proceeding brought by a State, any of its Subdivisions or Special Districts, or any Releasors (whether or not such State, Subdivision, Special District, or Releasor has brought such action or proceeding). Released Claims also include all Claims asserted in any proceeding to be dismissed pursuant to the Agreement, whether or not such claims relate to Covered Conduct and/or Alleged Harms. The Parties intend that "Released Claims" be interpreted broadly. This Agreement does not release Claims by private individuals. It is the intent of the Parties that Claims by private individuals be treated in accordance with applicable law. Released Claims is also used herein to describe Claims brought by a Later Litigating Subdivision or other non-party Subdivision or Special District that would have been Released Claims if they had been brought by a Releasor against a Released Entity.

DDD. "*Released Entities*" means Walmart and (1) all of Walmart's past and present direct or indirect parents, subsidiaries, divisions, predecessors, successors, and assigns; (2) the past and present direct or indirect subsidiaries, divisions, and joint ventures, of any of the foregoing; (3) all of Walmart's insurers (solely in their role as insurers with respect to the Released Claims); (4) all of Walmart's, or of any entity described in subsection (1), past and present joint ventures; and (5) the respective past and present officers, directors, members, shareholders (solely in their capacity as shareholders of the foregoing entities), partners, trustees, and employees of any of the foregoing (for actions that occurred during and related to their work for, or employment with, Walmart). Any person or entity described in subsections (3)-(5) shall be a Released Entity solely in the capacity described in such clause and shall not be a Released Entity with respect to its conduct in any other capacity. For the avoidance of doubt, any joint venture partner of a joint venture in subsection (2) or (4) is not a Released Entity unless such entity independently falls within subsections (1)-(5) above. An illustrative list of Walmart's present joint ventures, subsidiaries and affiliates and predecessor entities is set forth in Exhibit J. With respect to joint ventures (including predecessor entities), only entities listed on Exhibit J are Released Entities. Current or former Defendants in *In re: National Prescription Opiate Litigation*, No. 1: 17-md-2804 (N.D. Ohio) ("*MDL*") (or in other pending litigation asserting a Claim for Covered Conduct, as identified in the *"National Opiate Litigation – Case and Defendant Extract"* provided to Walmart by the Plaintiffs' Executive Committee on November 12, 2022) not identified in Exhibit J are not considered Released Entities, provided, however, that any Walmart entities that fall within clauses (1)-(5) above against whom Released Claims are brought in the MDL on or after November 14, 2022 shall be considered Released Entities even if not listed on Exhibit J. For the avoidance of doubt, any entity acquired, or joint venture entered into, by Walmart after the Threshold Subdivision Participation Date is not a Released Entity.

EEE. "*Releasors*" means (1) each Settling State; (2) each Participating Subdivision; and (3) without limitation and to the maximum extent of the power of each Settling State's Attorney General and/or Participating Subdivision to release Claims, (a) the Settling State's and Participating Subdivision's departments, agencies, divisions, boards, commissions, Subdivisions, districts, instrumentalities of any kind and attorneys, including its Attorney General, and any person in their official capacity whether elected or appointed to serve any of the foregoing, and any agency, person, or other entity claiming by or through any of the foregoing, (b) any public

entities, public instrumentalities, public educational institutions, unincorporated districts, fire districts, irrigation districts, water districts, law enforcement districts, emergency services districts, school districts, hospital districts and other Special Districts in a Settling State, and (c) any person or entity acting in a *parens patriae*, sovereign, quasi-sovereign, private attorney general, qui tam, taxpayer, or other capacity seeking relief on behalf of or generally applicable to the general public with respect to a Settling State or Subdivision in a Settling State, whether or not any of them participate in the Agreement.  The inclusion of a specific reference to a type of entity in this definition shall not be construed as meaning that the entity is not a Subdivision.  Each Settling State's Attorney General represents that he or she has or has obtained (or will obtain no later than the Threshold Subdivision Participation Date) the authority set forth in Section X.G.  In addition to being a Releasor as provided herein, a Participating Subdivision shall also provide the Subdivision Participation Agreement referenced in Section VII providing for a release to the fullest extent of the Participating Subdivision's authority.

FFF.  "*Remediation Payment*" has the meaning set forth in Section IV.B.1.[2]

GGG.  "*Revocation Event*" means, with respect to a Bar, Settlement Class Resolution, or Case-Specific Resolution, a revocation, rescission, reversal, overruling, or interpretation that in any way limits the effect of such Bar, Settlement Class Resolution, or Case-Specific Resolution on Released Claims, or any other action or event that otherwise deprives the Bar, Settlement Class Resolution, or Case-Specific Resolution of force or effect in any material respect.

HHH.  "*Second Subdivision Participation Date*" has the meaning set forth in Section IV.C.3.b.

III.  "*Separately Settling State*" means each of Alabama, Florida, and any other Eligible State that, prior to the State Participation Date, enters into a settlement agreement with Walmart that is separate from this Agreement and resolves substantially all Released Claims against Walmart.

JJJ.  "*Settlement Class Resolution*" means a class action resolution in a court of competent jurisdiction in a Settling State (that is not successfully removed to federal court) with respect to a class of Subdivisions in that Settling State that (1) conforms with that Settling State's statutes, case law, and rules of procedure regarding class actions; (2) is approved and entered as an order of a court of competent jurisdiction in that Settling State and such order has become a Final Order; (3) is binding on all Non-Participating Subdivisions in that Settling State (other than opt outs as permitted under the next sentence); (4) provides that all such Non-Participating Subdivisions may not bring any Released Claims against any Released Entities, whether on the ground of this Agreement (or the releases herein) or otherwise; and (5) does not impose any costs

---

[2] The total maximum amount of this settlement is up to $3,011,242,061, which includes (i) up to $2,393,794,118.64 in the Remediation Payment; (ii) up to $297,720,376.93 in Subdivision Attorneys' Fees, Expenses and Costs; (iii) up to $48,019,415.63 in the State Outside Counsel Fee Fund, State Cost Fund and Additional Remediation Amount; (iv) a credit of $215,567,502.95 for Walmart's settlement with the state of Florida and its subdivisions; (v) a credit of $48,963,983.74 for Walmart's settlement with the state of Alabama and its subdivisions; (vi) a credit of $1,051,663.05 for ineligible subdivisions Lake County and Trumbull County of Ohio; and (vii) a credit of $6,125,000.00 for Walmart's settlement with Nassau County and Suffolk County of New York.  In no event shall Walmart's payment obligation under this Agreement exceed the sum of (i)-(iii) above.

or obligations on Walmart other than those provided for in this Agreement, or contain any provision inconsistent with any provision of this Agreement.  If applicable state law requires that opt-out rights be afforded to members of the class, a class action resolution otherwise meeting the foregoing requirements shall qualify as a Settlement Class Resolution unless Subdivisions collectively representing more than one percent (1%) of the total population of that Settling State opt out.  In seeking certification of any Settlement Class, the applicable Settling State and Participating Subdivisions shall make clear that certification is sought solely for settlement purposes and shall have no applicability beyond approval of the settlement for which certification is sought.  Nothing in this Agreement constitutes an admission by any Party that class certification would be appropriate for litigation purposes in any case or for purposes unrelated to this Agreement.

KKK.  "*Settlement Fund*" means the interest-bearing fund established pursuant to this Agreement into which the payment under Section IV is made.  The Settlement Fund is comprised of the Remediation Accounts Fund, State Fund, and Subdivision Fund.

LLL.  "*Settlement Fund Administrator*" means the entity that determines the payments and reversions due under Section IV and Section VIII, including annually determining the Payout Amount and calculating Incentive Payments, administers the Settlement Fund, and distributes amounts into three sub-funds (the Remediation Accounts Fund, State Fund, and Subdivision Fund) pursuant to this Agreement.  The duties of the Settlement Fund Administrator shall be governed by this Agreement.  Prior to the Threshold Subdivision Participation Date, Walmart and the Enforcement Committee shall agree to selection and removal processes for and the identity of the Settlement Fund Administrator, and a detailed description of the Settlement Fund Administrator's duties and responsibilities, including a detailed mechanism for paying the Settlement Fund Administrator's fees and costs, all of which shall be appended to the Agreement as Exhibit L.

MMM. "*Settling State*" means an Eligible State that has entered into this Agreement with Walmart and delivers an executed State Participation Form and executed releases in accordance with Section II.A.

NNN.  "*State Fund*" means the component of the Settlement Fund described in Section V.C.

OOO.  "*State Participation Form*" means the form attached as Exhibit V.

PPP.  "*State Participation Date*" has the meaning set forth in Section II.A.1.

QQQ.  "*State Participation Threshold*" has the meaning set forth in Section II.A.1.

RRR.  "*State-Subdivision Agreement*" means an agreement that a Settling State reaches with the Subdivisions in that Settling State regarding the allocation, distribution, and/or use of funds allocated to that Settling State and to its Subdivisions.  A State-Subdivision Agreement shall be effective if approved pursuant to the provisions of Exhibit O or if adopted by statute.  Preexisting agreements addressing funds other than those allocated pursuant to this Agreement shall qualify if the approval requirements of Exhibit O are met.  A Settling State and its Subdivisions may revise a State-Subdivision Agreement if approved pursuant to the provisions of Exhibit O, or if such revision is adopted by statute.

SSS.  "*Statutory Trust*" means a trust fund established by state law to receive funds allocated to a Settling State's Remediation Accounts Fund and restrict any expenditures made using funds from such Settling State's Remediation Accounts Fund to Opioid Remediation, subject to reasonable administrative expenses.  A Settling State may give a Statutory Trust authority to allocate one (1) or more of the three (3) types of funds comprising such State's Settlement Fund, but this is not required.

TTT.  "*Sub-Fund(s)*" means the Remediation Accounts Fund, State Fund, and Subdivision Fund, individually or collectively, as applicable.

UUU.  "*Subdivision*" means any (1) General-Purpose Government (including, but not limited to, a municipality, county, county subdivision, city, town, township, parish, village, borough, gore, or any other entities that provide municipal-type government), School District, or Special District within a Settling State, and (2) any other subdivision or subdivision official or sub-entity of or located within a Settling State (whether political, geographical or otherwise, whether functioning or non-functioning, regardless of population overlap, and including, but not limited to, nonfunctioning governmental units and public institutions) that has filed a lawsuit that includes a Released Claim against a Released Entity in a direct, *parens patriae*, or any other capacity. "General-Purpose Government," "School District," and "Special District" shall correspond to the "five basic types of local governments" recognized by the U.S. Census Bureau and match the 2017 list of Governmental Units.[3]  The three (3) General-Purpose Governments are county, municipal, and township governments; the two (2) special purpose governments are School Districts and Special Districts.[4]  The terms "Fire District," "Health District," "Hospital District," and "Library District" shall correspond to categories of Special Districts recognized by the U.S. Census Bureau.[5] References to a Settling State's Subdivisions or to a Subdivision "in," "of," or "within" such Settling State include Subdivisions located within the Settling State even if they are not formally or legally a sub-entity of such Settling State; *provided*, *however*, that a "health district" that includes any of the following words or phrases in its name shall not be considered a Subdivision: mosquito, pest, insect, spray, vector, animal, air quality, air pollution, clean air, coastal water, tuberculosis, and sanitary.  Each of Lake and Trumbull Counties of Ohio shall not be considered "Subdivisions" for purposes of this Agreement.

VVV.  "*Subdivision Allocation Percentage*" means the portion of a Settling State's Subdivision Fund set forth in Exhibit G that a Subdivision will receive pursuant to Section V.C or Section V.D if it becomes a Participating Subdivision.  The aggregate Subdivision Allocation

---

[3] https://www.census.gov/data/datasets/2017/econ/gus/public-use-files.html.

[4] *E.g.*, U.S. Census Bureau, "Technical Documentation:  2017 Public Use Files for State and Local Government Organization" at 7 (noting that "the Census Bureau recognizes five basic types of local governments," that three of those are "general purpose governments" (county governments, municipal governments, and township governments), and that the other two are "school district and special district governments"), https://www2.census.gov/programs-surveys/gus/datasets/2017/2017_gov_org_meth_tech_doc.pdf.

[5] A list of 2017 Government Units provided by the Census Bureau identifies 38,542 Special Districts and categorizes them by "FUNCTION_NAME." "Govt_Units_2017_Final" spreadsheet, "Special District" sheet, included in "Independent Governments - list of governments with reference information," https://www.census.gov/data/datasets/2017/econ/gus/public-use-files.html. As used herein, "fire district" corresponds to Special District function name "24 – Local Fire Protection," "Health District" corresponds to Special District function name "32 – Health," "Hospital District" corresponds to Special District function name "40 – Hospitals," and "Library District" corresponds to Special District function name "52 – Libraries." *See id.*

12

Percentage of all Subdivisions receiving a Subdivision Allocation Percentage in each State shall equal one hundred percent (100%). Immediately upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3 (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3) that addresses allocation from the Subdivision Fund, whether before or after the Threshold Subdivision Participation Date, Exhibit G will automatically be amended to reflect the allocation from the Subdivision Fund pursuant to the State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3. The Subdivision Allocation Percentages contained in Exhibit G may not change once notice is distributed pursuant to Section VII.A, except upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3 (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3) that addresses allocation from the Subdivision Fund.  For the avoidance of doubt, no Subdivision not listed on Exhibit G shall receive an allocation from the Subdivision Fund, and no provision of this Agreement shall be interpreted to create such an entitlement.

WWW.  "*Subdivision Fund*" means the component of the Settlement Fund described in Section V.C.

XXX.  "*Subdivision Participation Agreement*" means the form of agreement attached as Exhibit K that Participating Subdivisions must execute and return to the Settlement Fund Administrator.

YYY.  "*Subdivision Participation Thresholds*" has the meaning set forth in Section II.B.

ZZZ.  "*Third Subdivision Participation Date*" has the meaning set forth in Section IV.C.3.c.

AAAA.  "*Threshold Motion*" means a motion to dismiss or equivalent dispositive motion made at the outset of litigation under applicable procedure.  A Threshold Motion must include as potential grounds for dismissal any applicable Bar or the relevant release by a Settling State or Participating Subdivision provided under this Agreement and, where appropriate under applicable law, any applicable limitations defense.

BBBB. "*Threshold State*" means the District of Columbia, Puerto Rico, and the states of the United States of America, excluding New Mexico and West Virginia.

CCCC. "*Threshold Subdivision Participation Date*" has the meaning set forth in Section II.B.1.

DDDD.  "*Total Remediation Amount*" means the aggregate amount paid or incurred by Walmart hereunder other than amounts paid as attorneys' fees and costs or identified pursuant to Section V.B.2 as being used to pay attorneys' fees, investigation costs or litigation costs.

EEEE.  "*Walmart*" means Walmart Inc.

13

## II.  Participation by States and Subdivisions; Effectiveness of Agreement

A.    *State Participation Threshold.*

1.    On November 14, 2022, this Agreement shall be distributed to all Eligible States by the Enforcement Committee.  The Eligible States' Attorneys General shall then have until December 15, 2022, or such later date as agreed to in writing by Walmart and the Enforcement Committee prior to December 15, 2022 (the "*State Participation Date*"), to decide whether to become Settling States.  Eligible States that determine to become Settling States shall sign a Participation Form, in the form attached as Exhibit V, on or before the State Participation Date and provide it to Walmart and the Enforcement Committee.

2.    To meet the State Participation Threshold, more than 85% of all Threshold States, by number of such states (the "*State Participation Threshold*"), must have joined this Agreement as Settling States on or before the State Participation Date.  For purposes of calculating the State Participation Threshold, each Separately Settling State that is also a Threshold State shall be included in both the numerator and the denominator for purposes of calculating whether the State Participation Threshold has been satisfied.  For the avoidance of doubt, to be satisfied, the State Participation Threshold requires that 43 or more of the 50 Threshold States (a) become Settling States by signing a Participation Form or (b) be included in both the numerator and the denominator for purposes of calculating the State Participation Threshold by virtue of being a Separately Setting State that is also a Threshold State.

3.    Within the first business day on or after three (3) calendar days after the State Participation Date, the Enforcement Committee will deliver all signed State Participation Forms to Walmart. If the State Participation Threshold has not been satisfied by the State Participation Date, this Agreement will have no further effect and all releases and other commitments or obligations contained herein or in State Participation Forms will be void, provided, however, that on or after the State Participation Date, Walmart shall have the unilateral right in its sole discretion to extend the State Participation Date or to proceed with the Settlement if the State Participation Threshold has not been satisfied.

B.    *Subdivision Participation Thresholds.*

1.    If the State Participation Threshold has been satisfied by the State Participation Date, each of the Settling States will use reasonable efforts to ensure that, by March 31, 2023, or such later date as agreed to in writing by Walmart and the Enforcement Committee prior to March 31, 2023 (the "*Threshold Subdivision Participation Date*"), the Settling States have met the following "*Subdivision Participation Thresholds*": (1) more than 85% of the aggregate population of all Litigating Subdivisions located in the Settling States and Separately Settling States (calculated on an aggregated basis and not a State-by-State basis): (a) have become Participating Subdivisions by executing a Subdivision Participation Agreement, including a release (subject to Section VII.D), in accordance with Section VII.C, (b) are subject to a Bar or Case-Specific Resolution or (c) have joined a settlement between Walmart and a Separately Settling State by executing a participation

14

form, including a release; and (2) more than 85% of the aggregate population of all Non-Litigating Threshold Subdivisions located in the Settling States and Separately Settling States (calculated on an aggregated basis and not a State-by-State basis): (a) have become Participating Subdivisions by executing a Subdivision Participation Agreement, including a release (subject to <u>Section VII.D</u>), in accordance with <u>Section VII.B</u>, (b) are subject to a Bar or Case-Specific Resolution, or (c) have joined a settlement between Walmart and a Separately Settling State by executing a participation form, including a release (together, the "*Participating Population Levels*").  For the avoidance of doubt, for purposes of calculating the Participating Population Levels for the Subdivision Participation Thresholds, all Litigating Subdivisions and Non-Litigating Threshold Subdivisions located in Separately Settling States shall be included in the respective denominators for purposes of calculating whether the Subdivision Participation Thresholds have been satisfied, and any such Litigating Subdivisions or Non-Litigating Threshold Subdivisions located in Separately Settling States that have joined such separate settlement agreement with Walmart by executing a participation form, including a release, shall be included in the respective numerators for purposes of calculating whether the Subdivision Participation Thresholds have been satisfied.[6]

2.      As soon as practicable following the Threshold Subdivision Participation Date, the Settlement Fund Administrator shall calculate the Participating Population Levels and determine whether the Subdivision Participation Thresholds have been met.

a.      As soon as practicable following calculation of the Participating Population Levels, the Settlement Fund Administrator shall give notice to Walmart, the Settling States, and the Enforcement Committee of the Participating Population Levels and whether the Subdivision Participation Thresholds have been met.

b.      Within ten (10) calendar days of the notice provided by the Settlement Fund Administrator, any Party or the Enforcement Committee may dispute, in writing, the calculation of the Participating Population Levels or the determination of whether the Subdivision Participation Thresholds have been met. Such disputing party must provide a written notice of dispute to the Settlement Fund Administrator, the Enforcement Committee, and Walmart (and the affected Settling State, as applicable) identifying the nature of the dispute.

c.      Within ten (10) calendar days of the sending of a written notice of dispute, any affected party may submit a response, in writing, to the Settlement Fund Administrator, the Enforcement Committee, Walmart, and the disputing Party (and the affected Settling State, as applicable) identifying the basis for disagreement with the notice of dispute.

---

[6] For purposes of calculating the Participating Population Levels for the Subdivision Participation Thresholds, the populations of Lake and Trumbull Counties of Ohio and Nassau and Suffolk Counties of New York shall be excluded entirely from both the numerator and denominator of the Subdivision Participation Thresholds of both the Litigating Subdivisions and Non-Litigating Threshold Subdivisions.  Nassau and Suffolk Counties of New York also shall be excluded from both the numerator and denominator for purposes of calculating New York's Incentive BC Subdivision participation.

d.    After the time period for a response to be filed has passed, the Settlement Fund Administrator, the Enforcement Committee, Walmart, and the disputing Party (and the affected Settling State, as applicable) shall meet and confer within ten (10) calendar days in an attempt to resolve the dispute.  If no resolution is reached, disputes described in this subsection shall be handled in accordance with the terms of <u>Section VI.F.3</u>.

3.    If the Subdivision Participation Thresholds are not satisfied by the Threshold Subdivision Participation Date, then any and all releases, commitments or obligations contained herein or in State Participation Forms or Subdivision Participation Agreements shall be void, provided, however, that on or after the Threshold Subdivision Participation Date, Walmart shall have the unilateral right in its sole discretion to extend the Threshold Subdivision Participation Date or to proceed with the Settlement if one or both of the Subdivision Participation Thresholds have not been satisfied.

C.    *Conditions to Effectiveness*.  If (1) the State Participation Threshold is met by the State Participation Date and (2) the Subdivision Participation Thresholds are met by the Threshold Subdivision Participation Date, then this Agreement will be deemed effective fifteen (15) days after (a) the Threshold Subdivision Participation Date, or (b) such time as the Settlement Fund Administrator has completed the Participating Population Level calculations necessary to determine whether the Subdivision Participation Thresholds have been achieved, the Settlement Fund Administrator has provided notice of such calculations and determinations to the Parties, and any disputes concerning such calculations and determinations have been resolved subject to <u>Section II.B.2.a-d</u>, whichever is later (the "*Effective Date*").  Subject to Walmart's unilateral right in its sole discretion to extend the State Participation Date and/or the Threshold Subdivision Participation Date if the State Participation Threshold or Subdivision Participation Thresholds have not been met by their respective deadlines, or to proceed with the Settlement if one or more of the State Participation Threshold or Subdivision Participation Thresholds have not been met, as set forth in <u>Sections II.A.3  and II.B.3</u>, if either of the foregoing clauses (1) or (2) is not satisfied by the State Participation Date or the Threshold Subdivision Participation Date, respectively, then any and all commitments or obligations (including any and all releases) contained herein or in any State Participation Form or Subdivision Participation Agreement shall be void.

D.    *Consent Judgments*.  Promptly after the Effective Date, the Parties will proceed to file the Consent Judgments, and the obligations in the State Participation Forms and Subdivision Participation Agreements will become effective and binding as of the Effective Date.

## III.    Injunctive Relief

A.    *Injunctive Relief*.  As part of the Consent Judgments, the Parties agree to the entry of the injunctive relief terms as set forth in <u>Exhibit P</u>.

## IV.    Settlement Payments

A.    *Settlement Fund*.  All payments under this <u>Section IV </u>shall be made into the Settlement Fund.  The Settlement Fund shall be allocated and used only as specified in <u>Section V</u>.

B. *Payment by Walmart*.

1. Provided the conditions set out in Sections II.A-C are met, within seven (7) calendar days after the Effective Date, the Settlement Fund Administrator shall determine the amount representing the maximum total allocation of opioid remediation and abatement payments for the Settling States (the "*Remediation Payment*"), as calculated by multiplying (a) the total allocation percentages accorded to the Settling States in accordance with Exhibit F by (b) the Global Settlement Remediation Amount.

2. Fifteen (15) calendar days after the Effective Date (the "*Deposit Date*"), Walmart shall deposit the Remediation Payment into the Settlement Fund. The Remediation Payment shall be distributed to the Settling States and/or refunded to Walmart by the Settlement Fund Administrator consistent with the terms of this Agreement. Any interest earned on the Remediation Payment within the Settlement Fund, to the extent not used to pay the fees for the Settlement Fund Administrator, shall become and remain part of the Remediation Payment within the Settlement Fund and be made available for payments on a pro rata basis to the eventual recipients of the funds (either to Walmart in the case of refund or to the applicable Settling State) in accordance with this Agreement.

3. The Settlement Fund Administrator shall determine the Remediation Payment to be deposited by Walmart on the Deposit Date pursuant to Section IV.B.1. The allocation for each Settling State shall be based on the percentages set out in Exhibit F. For the avoidance of doubt, each of West Virginia, New Mexico, Florida, Alabama, and any other Separately Settling State are not eligible to receive payments under this Agreement.

C. *Payments to Settling States and Reversions to Walmart*.

1. *Payments and Refunds*. Subject to the terms of this Section IV.C.1, Settling States shall be eligible to receive payments under this Agreement over a period not to exceed six (6) years. Such payments shall be paid from the Settlement Fund by the Settlement Fund Administrator. Settling States shall be eligible for at most two payments from the Payout Amount in Payment Year 1 and one payment of the Payout Amount for each of Payment Years 2 through 6. Walmart shall be refunded any portion of the Remediation Payment that Settling States failed to earn in a given Payment Year and that Settling States are not able to earn in future years, as well as accrued interest on such amounts, as of the First Subdivision Participation Date and each subsequent anniversary of the First Subdivision Participation Date. The Settlement Fund Administrator will retain sufficient funds in the Settlement Fund in Payment Years 1 and 2 to pay amounts owed to Settling States due to additional Subdivision participation in Payment Years 2 and/or 3.

2. *Procedure for Calculation of Payments and Refunds*; *Disputes*.

a. Calculation of Payments and Refunds. As soon as practicable following the Threshold Subdivision Participation Date, after determining the Remediation Payment in accordance with Section IV.B, and as soon as practical after each of the First, Second, and Third Subdivision Participation Dates, and as soon as practical after each of the Incentive Payment D Look-Back Dates, the

Settlement Fund Administrator shall calculate (1) the Payout Amount (including the amount of the Settlement Fund to be allocated to the Settlement Fund Administrator in costs and fees pursuant to Section V.C.4); (2) the amount to be received by each Settling State; (3) the amount to be received by the separate types of funds for each Settling State (if applicable); (4) the allocation to be received by each Settling State's Participating Subdivisions listed on Exhibit G; and (5) the amount of any refund due to Walmart, and the Settlement Fund Administrator shall give notice to Walmart, the Settling States, and the Enforcement Committee of each such amount in clauses (1) through (5). If Walmart and the Enforcement Committee inform the Settlement Fund Administrator that they agree on the amounts to be calculated pursuant to clauses (1), (2), and (5) above, the Settlement Fund Administrator shall treat those amounts as the calculated amount. If a Settling State informs the Settlement Fund Administrator that it and its Participating Subdivisions listed on Exhibit G have reached consensus on the amounts to be calculated pursuant to clauses (3) and/or (4) above, the Settlement Fund Administrator shall use those amounts so long as they are consistent with the amount calculated pursuant to clause (2). The Payout Amount shall be based on each Settling State's eligibility to receive one or more Incentive Payment(s) as set out in Section IV.E. For the avoidance of doubt, any Subdivision not listed on Exhibit G shall not receive an allocation from the Subdivision Fund, and no provision of this Agreement shall be interpreted to create such an entitlement.

       b.      Notice of Dispute. Within twenty-one (21) calendar days of the notice provided by the Settlement Fund Administrator, (1) Walmart, any Settling State or the Enforcement Committee may dispute, in writing, the calculation of the Payout Amount (including the amount allocated for Settlement Fund Administrator costs and fees), whether a Settling State qualifies for an Incentive Payment, or the amount to be received by a Settling State and/or its Participating Subdivisions listed on Exhibit G and (2) a Participating Subdivision may dispute, in writing, the calculation of the amounts under Section IV.C.2.a clauses 3 or 4 solely with respect to such amounts calculated for the Settling State in which it is located and without disputing the amounts calculated under Section IV.C.2.a clauses 1, 2, or 5. A dispute will be deemed invalid and disregarded if it challenges the allocations adopted by a State-Subdivision Agreement approved pursuant to the provisions of Exhibit O or by statute. Such disputing party must provide a written notice of dispute to the Settlement Fund Administrator, the Enforcement Committee, any affected Settling State or Participating Subdivision, and Walmart identifying the nature of the dispute, the amount of money that is disputed, and the Settling State(s) or Participating Subdivision(s) affected.

       c.      Response to Notice of Dispute. Within twenty-one (21) calendar days of the sending of a written notice of dispute, any affected party may submit a response, in writing, to the Settlement Fund Administrator, the Enforcement Committee, any affected Settling State or Participating Subdivision, and Walmart identifying the basis for disagreement with the notice of dispute.

d. <u>Resolution of Disputes.</u>  If no response is filed within the specified time period, the Settlement Fund Administrator shall adjust the amount calculated consistent with the written notice of dispute, the Settlement Fund Administrator shall pay the adjusted Payout Amount, and the dispute shall be considered finally resolved.  If a written response to the written notice of dispute is timely sent to the Settlement Fund Administrator, the Settlement Fund Administrator shall notify Walmart and the Enforcement Committee of the preliminary amount to be paid out by the Settlement Fund Administrator, which shall be the smaller of the amount originally calculated by the Settling Administrator or the amount that would be consistent with the notice of dispute, *provided*, *however*, that in no circumstances shall the preliminary amount to be paid to a Settling State be higher than the maximum amount of Incentive Payment A for that Payment Year.

e. Final resolution of such disputes shall be handled in accordance with the terms of <u>Section VI.F</u> and the Settlement Fund Administrator shall not distribute any amount subject to a dispute being resolved under <u>Section VI.F</u> until such time when the dispute is finally resolved.

3. *Timing of Payments and Reversions*.

a. Payment to the Settling States from the Settlement Fund of the Base Payment will be made as soon as practicable following the Threshold Subdivision Participation Date and the Settlement Fund Administrator's calculation of payment amounts, provision of notice to the Parties, and resolution of any disputes, as applicable and as set forth in <u>Section IV.C.2.a-e</u> (the "*Payout Procedure*").  Any additional payments to the Settling States and/or any reversion to Walmart for Payment Year 1 will be made as soon as practicable following July 15, 2023 or such later date agreed to in writing by Walmart and the Enforcement Committee (the "*First Subdivision Participation Date*") and the Settlement Fund Administrator's completion of the Payout Procedure.

b. In Payment Year 2, payment to the Settling States and/or any reversion to Walmart will be based on Subdivision Participation as of July 15, 2024 or such later date agreed to in writing by Walmart and the Enforcement Committee (the "*Second Subdivision Participation Date*") and will be made as soon as practicable following the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

c. In Payment Year 3, payment to the Settling States and/or any reversion to Walmart will be based on (i) Subdivision Participation as of July 15, 2025 or such later date agreed to in writing by Walmart and the Enforcement Committee (the "*Third Subdivision Participation Date*") and (ii) eligibility for Incentive D, as set forth in <u>Section IV.E.3</u>, and will be made as soon as practicable following the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

19

d.      In Payment Years 4 through 6, payment to the Settling States and/or any reversion to Walmart will be based on eligibility for Incentive Payment D, as set forth in Section IV.E.3.  Payment will be made as soon as practicable following the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

e.      The Settlement Fund Administrator may combine the payments under this Section IV with funds to be distributed by other comparable opioid settlements.  In determining when payments for each Payment Year will be made, the Settlement Fund Administrator may take into account the timeline for the availability of disbursements under other comparable opioid settlements.

D.      *Base Payment*.  Each Settling State will receive a base payment equal to thirty-eight percent (38%) of such Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount (the "*Base Payment*").  The Base Payment shall be made as soon as practicable after the Effective Date.

E.      *Incentive Payments*.  Each Settling State shall be eligible to receive additional incentive payments totaling up to a maximum of sixty two percent (62%) of such Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount, with the actual amount depending on whether and the extent to which the criteria set forth below are met in such Settling State.  In no event shall any Settling State receive more than one hundred percent (100%) of its respective Overall Allocation Percentage of the Global Settlement Remediation Amount under this Agreement.  The incentive payments shall be divided among three (3) categories, referred to as Incentive Payments A, BC, and D.  As applicable, Incentive Payments A and BC will be paid in at most three payments in Payment Years 1 through 3:  one payment in Payment Year 1, one payment in Payment Year 2, and one payment in Payment Year 3.  Incentive Payment D will be paid over four installments in Payment Years 3 through 6, provided a Settling State remains eligible to receive Incentive Payment D throughout that period and has not otherwise earned Incentive Payment A.  The incentive payments shall be determined by the Settlement Fund Administrator and made with respect to a specific Settling State based on its eligibility for that Payment Year under the criteria set forth below.

1.      Incentive Payment A.  Incentive Payment A shall be equal to sixty-two (62%) of a Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount, provided such Settling State becomes eligible for Incentive Payment A and subject to Section IV.E.1.a.  Incentive Payment A is mutually exclusive with Incentive Payments BC and D; if a Settling State receives Incentive Payment A, such Settling State is not eligible for Incentive Payments BC or D.  If a Settling State is not eligible for Incentive Payment A by the Third Subdivision Participation Date, it shall not be eligible for Incentive Payment A in any succeeding year.  Eligibility for Incentive Payment A is as follows:

a.      A Settling State is eligible for Incentive Payment A if, as of the First Subdivision Participation Date in Payment Year 1, the Second Subdivision Participation Date in Payment Year 2, or the Third Subdivision Participation Date in Payment Year 3, (i) there is a Bar in that State in full force and effect; (ii) there

is a Settlement Class Resolution in that State in full force and effect; (iii) there is a ruling from the State's highest court barring all Subdivisions from bringing or maintaining Released Claims; (iv) the Released Claims of all of the following entities are released through the execution of Subdivision Participation Agreements:  (1) all Litigating Subdivisions, (2) all Non-Litigating Primary Subdivisions, (3) all non-litigating School Districts with a K-12 student enrollment of at least 25,000 or 0.10% of a State's population, whichever is greater, (4) all non-litigating Health Districts and Hospital Districts that have at least one hundred twenty-five (125) hospital beds in one or more hospitals rendering services in that district, and (5) all Primary Fire Districts; or (v) a combination of the actions in clauses (i)-(v) has achieved the same level of resolution of Claims by Subdivisions (*e.g.*, a Bar against future litigation combined with full joinder by Litigating Subdivisions).  For the avoidance of doubt, subsection (iv) cannot be satisfied unless all Litigating Subdivisions are Participating Subdivisions or there is a Case-Specific Resolution against any such Subdivisions that are not Participating Subdivisions.  Each Settling State that believes it qualifies for Incentive A shall provide notice to Walmart, the Enforcement Committee, and the Settlement Fund Administrator, including data sources or other information establishing such Settling State's entitlement to Incentive A, by the First, Second, or Third Participation Dates, as applicable.  Walmart and the Enforcement Committee shall meet and confer in order to agree on data sources for purposes of this <u>Section IV.E.1.a</u> prior to the State Participation Date.  For the avoidance of doubt, any disputes regarding whether a Settling State qualifies for Incentive A shall be handled in accordance with the Payout Procedure.

b.      If a Settling State becomes eligible for Incentive A in Payment Years 2 or 3, then the Settling State shall be entitled to receive the remaining incentive payments that the Settling State could have earned (the "*Remaining Incentive Payments*"), which equals (i) ninety-seven percent (97%) of such Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount, representing the maximum Incentive Payment BC, minus any Incentive Payment BC amounts previously paid to such Settling State in Payment Year 1 (or, if such Settling State first becomes eligible for Incentive Payment A in Payment Year 3, the sum of any Incentive Payment BC payment amounts previously paid to the Settling State in Payment Years 1 and 2), the resulting difference of which shall be reduced by 12.5% if Incentive Payment A is achieved in Payment Year 2 or by 25% if Incentive Payment A is achieved in Payment Year 3; and (ii) three percent (3%) of such Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount, representing Incentive Payment D, as described in <u>Section IV.E.3</u>.

2.      <u>Incentive Payment BC</u>.  If a Settling State does not qualify for Incentive Payment A, it may still qualify to receive up to fifty-nine percent (59%) of the Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount under Incentive Payment BC.  A Settling State may earn Incentive Payment BC in Payment Years 1 through 3 and may receive, when combined with the Settling State's Base Payment, a

maximum of up to 97% of the Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount. Eligibility for Incentive Payment BC is as follows:

a. Subject to Section IV.E.1, the amount of Incentive Payment BC for which a Settling State is eligible shall be determined based on the aggregate population of the Settling State's Incentive BC Subdivisions that participate in the Agreement or have had their claims resolved through a Case-Specific Resolution, divided by the aggregate population of all of the Settling State's Incentive BC Subdivisions. The Settling State's Incentive BC Subdivisions are (i) all Litigating Subdivisions (including School Districts and Special Districts) and (ii) all Non-Litigating Threshold Subdivisions (collectively, all Litigating Subdivisions and all Non-Litigating Threshold Subdivisions are "*Incentive BC Subdivisions*"). The percentage of the Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount, inclusive of the Base Payment, to which the Settling State is entitled shall be determined according to the table of Incentive BC payment levels below:

| Percentage of Incentive BC Subdivision Population[7] | Percentage of Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount (includes the Base Payment) |
| --- | --- |
| Participation of 85% but less than 86% | Payment of 43% |
| Participation of 86% but less than 87% | Payment of 46% |
| Participation of 87% but less than 88% | Payment of 49% |
| Participation of 88% but less than 89% | Payment of 52% |
| Participation of 89% but less than 90% | Payment of 55% |
| Participation of 90% but less than 91% | Payment of 58% |
| Participation of 91% but less than 92% | Payment of 61% |
| Participation of 92% but less than 93% | Payment of 64% |
| Participation of 93% but less than 94% | Payment of 67% |
| Participation of 94% but less than 95% | Payment of 70% |
| Participation of 95% but less than 96% | Payment of 75% |
| Participation of 96% but less than 97% | Payment of 79.5% |
| Participation of 97% but less than 98% | Payment of 84% |
| Participation of 98% but less than 99% | Payment of 88.5% |
| Participation of 99% but less than 100% | Payment of 93% o |

---

[7] The "Percentage of Incentive BC Subdivision Population" shall be determined by the aggregate population of the Settling State's Incentive BC Subdivisions that participate in the Agreement or have had their claims resolved through a Case-Specific Resolution divided by the aggregate population of the Settling State's Incentive BC Subdivisions. In calculating the Settling State's population that resides in Incentive BC Subdivisions, the population of the Settling State's Incentive BC Subdivisions shall be the sum of the population of all Incentive BC Subdivisions in the Settling State, notwithstanding that persons may be included within the population of more than one Incentive BC Subdivision. An individual Subdivision shall not be included more than once in either the numerator or denominator of the calculation regardless if it (or any of its officials) is named more than once as plaintiffs in the same lawsuit; *provided*, *however*, that for the avoidance of doubt, no Subdivision will be excluded from the numerator or denominator under this sentence unless a Subdivision otherwise counted in the denominator has the authority to release the Claims (consistent with Section XI) of the Subdivision to be excluded.

| Participation of 100% | Payment of 97% |
|---|---|

b.      For Payment Year 1, the Settlement Fund Administrator shall calculate and allocate Incentive Payment BC payments to Settling States based on the Settling State's Incentive BC Subdivision Population participation rate as of the First Subdivision Participation Date.  Payments to the Settling States and/or any refund to Walmart shall be made as soon as practicable after the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

c.      For Payment Year 2, additional payments of Incentive Payment BC shall be made to any Settling State for which the Settling State's Incentive BC Subdivision Population participation rate as of the Second Subdivision Participation Date results in a higher payment level than for Payment Year 1.  Any Incentive Payment BC payment to a Settling State in Payment Year 2 will be 87.5% of the difference between (i) the Incentive BC payment calculated pursuant to Section IV.E.2.a using the Second Subdivision Participation Date and (ii) the Incentive BC payment calculated pursuant to Section IV.E.2.a using the First Subdivision Participation Date.  Any payments to Settling States or reversion to Walmart will be made as soon as practicable following the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

d.      For Payment Year 3, additional payments of Incentive Payment BC shall be made to any Settling State for which the Settling State's Incentive BC Subdivision Population participation rate as of the Third Subdivision Participation Date results in a higher payment level than for Payment Year 2.  Any Incentive Payment BC payment to a Settling State in Payment Year 3 will be 75% of the difference between (i) the Incentive BC payment calculated pursuant to Section IV.E.2.a using the Third Subdivision Participation Date and (ii) the Incentive BC payment calculated pursuant to Section IV.E.2.a using the Second Subdivision Participation Date.  Any payments to Settling States or reversion to Walmart will be made as soon as practicable following the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

e.      The Settlement Fund Administrator shall withhold sufficient funds from Participating Subdivisions in each Payment Year to pay Non-Participating Subdivisions listed on Exhibit G for the Payment Year if they become Participating Subdivisions by the Second Subdivision Participation Date or Third Subdivision Participation Date.  If such Non-Participating Subdivisions do not become Participating Subdivisions by the Third Subdivision Participation Date, such withheld funds will be allocated to Participating Subdivisions based on the allocation percentages on Exhibit G.  For the avoidance of doubt, nothing in this subsection allows a Non-Participating Subdivision to receive funds until and unless it becomes a Participating Subdivision.

3.      Incentive Payment D.  Incentive Payment D shall be applied starting at Payment Year 3 and the amount of Incentive Payment D in each year will depend on (i) the Settling State's eligibility as set out in Section IV.E.3.a and (ii) the Percentage of

Incentive BC Subdivision Population achieved by the Settling State as of the Third Subdivision Participation Date. Incentive Payment D shall be equal to between three percent (3%) and fifteen percent (15%) of the of the Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount. The Incentive Payment D may be earned in each of Payment Years 3 through 6. Eligibility for Incentive Payment D is as follows:

a. A Settling State is eligible for Incentive Payment D if there has been no Later Litigating Subdivision (for purposes of Incentive Payment D, Later Litigating Subdivisions are limited to (i) a Primary Subdivision; (ii) a school district with a K-12 student enrollment of at least 25,000 or 0.10% of the State's population, whichever is greater; (iii) a health district or hospital district that has at least one hundred twenty-five (125) hospital beds in one or more hospitals rendering services in that district; and (iv) Primary Fire Districts) in that State that has had a Claim against a Released Entity survive more than six (6) months after denial in whole or in part of a Threshold Motion as of July 15 of Payment Years 3 to 6 (each, an "*Incentive Payment D Look-Back Date*").

b. To the extent a Settling State achieves a Percentage of Incentive BC Subdivision Population of 95% or above as of the Third Subdivision Participation Date, the level of Incentive Payment D is reduced according to the schedule below. The following portions of Incentive Payment D are paid in equal installments in Payment Years 3 through 6:

| Percentage of Incentive BC Subdivision Population as of the Third Subdivision Participation Date | Incentive Payment D Amount as a Percentage of Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount |
| --- | --- |
| Participation below 95% | 15% |
| Participation of 95% but less than 96% | 13% |
| Participation of 96% but less than 97% | 11% |
| Participation of 97% but less than 98% | 9% |
| Participation of 98% but less than 99% | 7% |
| Participation of 99% but less than 100% | 5% |
| Participation of 100% | 3% |

c. The Settlement Fund Administrator shall determine a Settling State's eligibility for Incentive Payment D as of the Incentive Payment D Look-Back Date in Payment Years 3 through 6. If a Later Litigating Subdivision's lawsuit in that Settling State survives more than six (6) months after denial in whole or in part of a Threshold Motion, that State shall not be eligible for Incentive Payment D for the Payment Year in which that occurs and any subsequent Payment Year. Prior to the Incentive Payment D Look-Back Date in Payment Years 3 through 6, Walmart may provide the Settlement Fund Administrator and the

24

Enforcement Committee with notice identifying any Settling State(s) it believes do not qualify for Incentive Payment D and information supporting its belief.

        d.      If, at any time within six (6) years of the Threshold Subdivision Participation Date, any Subdivision becomes a Later Litigating Subdivision (as that term is limited by Section IV.E.3.a), then Walmart shall, within thirty (30) days of Walmart or any Released Entity being served or otherwise informed of the prosecution of such Released Claims, provide notice to the Settling State in which such Released Claims are being pursued and shall give the relevant Settling State a reasonable opportunity to extinguish the Released Claims without any payment or any other obligations being imposed upon any Released Entities (apart from the Global Settlement Amount payable by Walmart under the Agreement or the Injunctive Relief Terms imposed on it). The relevant Settling State and Walmart shall confer and use reasonable efforts to promptly resolve the lawsuit so that it is dismissed with prejudice. Nothing in this subsection creates an obligation for a Settling State to make a monetary payment or incur any other obligation to an entity filing a lawsuit.

        e.      Notwithstanding Section IV.E.3, a Settling State can become re-eligible for Incentive Payment D if the lawsuit that survived a Threshold Motion is dismissed pursuant to a later motion on grounds included in the Threshold Motion, in which case the Settling State shall be eligible for any missed payments of Incentive Payment D in the following Payment Year, less any litigation fees and costs incurred by Walmart in the interim, except that if the dismissal motion occurs after the completion of opening statements in such action, the Settling State shall not be eligible for Incentive Payment D.

## V.    Allocation and Use of Settlement Payments

        A.      *Components of Settlement Fund*. The Settlement Fund shall be comprised of a Remediation Accounts Fund, a State Fund, and a Subdivision Fund for each Settling State. The payment made under Section IV into the Settlement Fund shall be initially allocated among those three (3) Sub-Funds and distributed and used as provided below or as provided for by a State-Subdivision Agreement (or other State-specific allocation of funds).

        B.      *Use of Settlement Payments*.

        1.      It is the intent of the Parties that the payments disbursed from the Settlement Fund to Settling States and Participating Subdivisions be for Opioid Remediation to address Alleged Harms, subject to exceptions that must be documented in accordance with Section V.B.2. In no event may less than eighty-five percent (85%) of Walmart's maximum payment amounts, distributed pursuant to Section IV, Section VIII, and Section IX as set forth on Exhibit M over the entirety of all Payment Years (but not in any single Payment Year) be spent on Opioid Remediation.

        2.      While disfavored by the Parties, a Settling State or a Participating Subdivision may, subject to the limitation in the second sentence of Section V.B.1, use

monies from the Settlement Fund (that have not been restricted by this Agreement solely to future Opioid Remediation) for purposes that do not qualify as Opioid Remediation, provided that if, at any time, a Settling State or a Participating Subdivision listed on Exhibit G uses any monies from the Settlement Fund for a purpose that does not qualify as Opioid Remediation, such Settling State or Participating Subdivision listed on Exhibit G shall identify such amounts and report to the Settlement Fund Administrator and Walmart how such funds were used, including if used to pay attorneys' fees, investigation costs, litigation costs, or costs related to the operation and enforcement of this Agreement, respectively. It is the intent of the Parties that the reporting under this Section V.B.2 shall be available to the public. For the avoidance of doubt, (a) any amounts not identified under this Section V.B.2 as used to pay attorneys' fees, investigation costs, or litigation costs shall be included in the "*Total Remediation Amount*" for purposes of Section V.F and (b) Participating Subdivisions not listed on Exhibit G may only use monies from the Settlement Fund for purposes that qualify as Opioid Remediation.

C.      *Allocation of Settlement Fund*.  The allocation of the Settlement Fund allows for different approaches to be taken in different States, such as through a State-Subdivision Agreement.  Given the uniqueness of States and their Subdivisions, Settling States and their Subdivisions are encouraged to enter into State-Subdivision Agreements in order to direct the allocation of their portion of the Settlement Fund.  This Agreement has no effect on the ability of Settling States and their Subdivisions to internally agree on the allocation of their portion of the Settlement Fund.  As set out below, the Settlement Fund Administrator will make an initial allocation to three (3) state-level Sub-Funds.  The Settlement Fund Administrator will then, for each Settling State and its Participating Subdivisions, apply the terms of this Agreement and any relevant State-Subdivision Agreement, Statutory Trust, Allocation Statute, or voluntary redistribution of funds as set out below before disbursing the funds.

1.      Base Payments.  The Settlement Fund Administrator will allocate Base Payments under Section IV.D on a State-specific basis in proportion to each Settling State's respective Overall Allocation Percentage.  Base Payments for each Settling State will then be allocated fifteen percent (15%) to its State Fund, seventy percent (70%) to its Remediation Accounts Fund, and fifteen percent (15%) to its Subdivision Fund.  Amounts may be reallocated and will be distributed as provided in Section V.D.

2.      Incentive Payments.  The Settlement Fund Administrator will treat incentive payments under Section IV.E on a State-specific basis in proportion to each Settling State's respective Overall Allocation Percentage.  Incentive payments for which a Settling State is eligible under Section IV.E will be allocated fifteen percent (15%) to its State Fund, seventy percent (70%) to its Remediation Accounts Fund, and fifteen percent (15%) to its Subdivision Fund.  Amounts may be reallocated and will be distributed as provided in Section V.D.

3.      Settlement Fund Administrator.  Prior to the Threshold Subdivision Participation Date, Walmart and the Enforcement Committee will agree to a detailed mechanism consistent with the foregoing for the Settlement Fund Administrator to follow in allocating, apportioning, and distributing payments, which shall then be appended hereto as Exhibit L.

4.     *Settlement Fund Administrator Costs*.  Any costs and fees associated with or arising out of the duties of the Settlement Fund Administrator as described in <u>Exhibit L</u> shall be paid from the interest accrued in the Settlement Fund; *provided*, *however*, that if such accrued interest is insufficient to pay the entirety of any such costs and fees, Walmart shall pay fifty percent (50%) of the additional amount and fifty percent (50%) shall be paid out of the Settlement Fund.

D.     *Settlement Fund Reallocation and Distribution*.

As set forth below, within a particular Settling State's account, amounts contained in the Sub-Funds may be reallocated and distributed per a State-Subdivision Agreement or other means. If the apportionment of amounts is not addressed and controlled under <u>Section V.D.1</u> and <u>Section V.D.2</u>, then the default provisions of <u>Section V.D.4</u> apply.  It is not necessary that a State-Subdivision Agreement or other means of allocating funds pursuant to <u>Section V.D.1</u> and <u>Section V.D.2</u> address all of the Sub-Funds.  For example, a Statutory Trust might only address disbursements from a Settling State's Remediation Accounts Fund.

1.     *Distribution by State-Subdivision Agreement*.  If a Settling State has a State-Subdivision Agreement, amounts apportioned to that State's State Fund, Remediation Accounts Fund, and Subdivision Fund under <u>Section V.C</u> shall be reallocated and distributed as provided by that agreement.  Any State-Subdivision Agreement entered into or amended after November 14, 2022 shall be applied only if it requires:  (a) that all amounts be used for Opioid Remediation, except as allowed by <u>Section V.B.2</u>, and (b) that at least seventy percent (70%) of amounts be used solely for future Opioid Remediation.[8] For a State-Subdivision Agreement to be applied to the relevant portion of the Payout Amount, notice must be provided to Walmart and the Settlement Fund Administrator at least sixty (60) calendar days prior to the First, Second, or Third Subdivision Participation Date.

2.     *Distribution by Allocation Statute*.  If a Settling State has an Allocation Statute and/or a Statutory Trust that addresses allocation or distribution of amounts apportioned to such State's State Fund, Remediation Accounts Fund, and/or Subdivision Fund and that, to the extent any or all such Sub-Funds are addressed, requires (1) all amounts to be used for Opioid Remediation, except as allowed by <u>Section V.B.2</u>, and (2) at least seventy percent (70%) of all amounts to be used solely for future Opioid Remediation,[9] then, to the extent allocation or distribution is addressed, the amounts apportioned to that State's State Fund, Remediation Accounts Fund, and Subdivision Fund under <u>Section V.C</u> shall be allocated and distributed as addressed and provided by the applicable Allocation Statute or Statutory Trust.  For the avoidance of doubt, an Allocation Statute or Statutory Trust need not address all three (3) Sub-Funds that comprise the Settlement Fund, and if the applicable Allocation Statute or Statutory Trust does not

---

[8] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

[9] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

address distribution of all or some of these three (3) Sub-Funds, the applicable Allocation Statute or Statutory Trust does not replace the default provisions described in Section V.D.4 of any such unaddressed fund.  For example, if an Allocation Statute or Statutory Trust that meets the requirements of this Section V.D.2 only addresses funds restricted to remediation and abatement, then the default provisions in this Agreement concerning allocation among the three (3) Sub-Funds and the distribution of the State Fund and Subdivision Fund for that State would still apply, while the distribution of the applicable State's Remediation Accounts Fund would be governed by the qualifying Allocation Statute or Statutory Trust.

3.     Voluntary Redistribution.  A Settling State may choose to reallocate all or a portion of its State Fund to its Remediation Accounts Fund.  A Participating Subdivision included on Exhibit G may choose to reallocate all or a portion of its allocation from the Subdivision Fund to the State's Remediation Accounts Fund or to another Participating Subdivision.  The Settlement Fund Administrator is not required to honor voluntary redistribution for which notice is provided to it less than sixty (60) days prior to the Payment Date.

4.     Distribution in the Absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust.  If Section V.D.1 and Section V.D.2 do not apply, amounts apportioned to that State's State Fund, Remediation Accounts Fund, and Subdivision Fund under Section V.C shall be distributed as follows:

a.     Amounts apportioned to that State's State Fund shall be distributed to that State.

b.     Amounts apportioned to that State's Remediation Accounts Fund shall be distributed consistent with Section V.E.  Each Settling State shall submit to the Settlement Fund Administrator a designation of a lead state agency or other entity to serve as the single point of contact for that Settling State's funding requests from the Remediation Accounts Fund and other communications with the Settlement Fund Administrator.  The designation of an individual entity is for administrative purposes only and such designation shall not limit funding to such entity or even require that such entity receive funds from this Agreement.  The designated entity shall be the only entity authorized to request funds from the Settlement Fund Administrator to be disbursed from that Settling State's Remediation Accounts Fund.  If a Settling State has established a Statutory Trust, then that Settling State's single point of contact may direct the Settlement Fund Administrator to release the State's Remediation Accounts Fund to the Statutory Trust.

c.     Amounts apportioned to that State's Subdivision Fund shall be distributed to Participating Subdivisions in that State included on Exhibit G per the Subdivision Allocation Percentage listed in Exhibit G.  Section V.F shall govern amounts that would otherwise be distributed to Non-Participating Subdivisions listed in Exhibit G.  For the avoidance of doubt and notwithstanding any other provision in this Agreement, no Non-Participating Subdivision will receive any

amount from the Settlement Fund, regardless of whether such Subdivision is included on Exhibit G.

        d.    Special Districts shall not be allocated funds from the Subdivision Fund, except through a voluntary redistribution allowed by Section V.D.3. A Settling State may allocate funds from its State Fund or Remediation Accounts Fund for Special Districts.

    5.    Restrictions on Distribution. No amounts may be distributed from the Subdivision Fund contrary to Section VII, *i.e.*, no amounts may be distributed directly to Non-Participating Subdivisions to the extent such a distribution would violate Section VII.D or Section VII.G. Amounts allocated to the Subdivision Fund that cannot be distributed by virtue of the preceding sentence shall be distributed into the sub-account in the Remediation Accounts Fund for the Settling State in which the Subdivision is located, unless those payments are redirected elsewhere by a State-Subdivision Agreement described in Section V.D.1 or by an Allocation Statute or a Statutory Trust described in Section V.D.2.

E.    *Provisions Regarding the Remediation Accounts Fund.*

    1.    State-Subdivision Agreement, Allocation Statute, and Statutory Trust Fund Provisions. A State-Subdivision Agreement, Allocation Statute, or Statutory Trust may govern the operation and use of amounts in that State's Remediation Accounts Fund so long as it complies with the requirements of Section V.D.1 or Section V.D.2, as applicable, and all direct payments to Subdivisions comply with Section VII.D through Section VII.F.

    2.    Absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust. In the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust that addresses distribution, the Remediation Accounts Fund will be used solely for future Opioid Remediation[10] and the following shall apply with respect to a Settling State:

        a.    *Regional Remediation.*

        (i)    At least fifty percent (50%) of distributions for remediation from a State's Remediation Accounts Fund shall be annually allocated and tracked to the regional level. A Settling State may allow the Advisory Committee established pursuant to Section V.E.2.d to define its regions and assign regional allocations percentages. Otherwise, a Settling State shall (A) define its initial regions, which shall consist of one (1) or more General-Purpose Subdivision(s) and which shall be designated by the state agency with primary responsibility for substance abuse disorder services employing, to the maximum extent practical, existing regions established in that State for opioid abuse treatment or other public health purposes; (B) assign initial regional allocation percentages to the regions based on the

---

[10] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

Subdivision Allocation Percentages in Exhibit G and an assumption that all Subdivisions included on Exhibit G will become Participating Subdivisions.

(ii)     This minimum regional expenditure percentage is calculated using the Settling State's initial Remediation Accounts Fund allocation and does not include any additional amounts a Settling State has directed to its Remediation Accounts Fund from its State Fund, or any other amounts directed to the fund. A Settling State may dedicate more than fifty percent (50%) of its Remediation Accounts Fund to the regional expenditure and may annually adjust the percentage of its Remediation Accounts Fund dedicated to regional expenditures as long as the percentage remains above the minimum amount.

(iii)    The Settling State (A) has the authority to adjust the definition of the regions, and (B) may annually revise the percentages allocated to each region to reflect the number of General-Purpose Subdivisions in each region that are Non-Participating Subdivisions.

b.    *Subdivision Block Grants.* Certain Subdivisions shall be eligible to receive regional allocation funds in the form of block grants for future Opioid Remediation.[11] A Participating Subdivision eligible for block grants is a county or parish (or in the case of States that do not have counties or parishes that function as political subdivisions, a city) that (1) does not contain a Litigating Subdivision or a Later Litigating Subdivision for which it has the authority to end the litigation through a release, bar or other action, (2) either (i) has a population of 400,000 or more or (ii) in the case of California has a population of 750,000 or more, and (3) has funded or otherwise managed an established health care or treatment infrastructure (*e.g.*, health department or similar agency). Each Subdivision eligible to receive block grants shall be assigned its own region.

c.    *Small States.* Notwithstanding the provisions of Section V.E.2.a, Settling States with populations under four (4) million that do not have existing regions described in Section V.E.2.a shall not be required to establish regions. However, such a Settling State that contains one (1) or more Subdivisions eligible for block grants under Section V.E.2.c shall be divided regionally so that each block-grant eligible Subdivision is a region and the remainder of the state is a region.

d.    *Advisory Committee.* The Settling State shall designate an Opioid Settlement Remediation Advisory Committee (the "*Advisory Committee*") to provide input and recommendations regarding remediation spending from that Settling State's Remediation Accounts Fund. A Settling State may elect to use an existing advisory committee or similar entity (created outside of a State-

---

[11] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

Subdivision Agreement or Allocation Statute); *provided, however*, the Advisory Committee or similar entity shall meet the following requirements:

> (i)     Written guidelines that establish the formation and composition of the Advisory Committee, terms of service for members, contingency for removal or resignation of members, a schedule of meetings, and any other administrative details;

> (ii)     Composition that includes at least an equal number of local representatives as state representatives;

> (iii)     A process for receiving input from Subdivisions and other communities regarding how the opioid crisis is affecting their communities, their abatement needs, and proposals for abatement strategies and responses; and

> (iv)     A process by which Advisory Committee recommendations for expenditures for Opioid Remediation will be made to and considered by the appropriate state agencies.

3.     <u>Remediation Accounts Fund Reporting</u>.  The Settlement Fund Administrator shall track and assist in the report of remediation disbursements as agreed to between Walmart and the Enforcement Committee.

F.     *Nature of Payment*.     Walmart, the Settling States, and the Participating Subdivisions each acknowledge and agree that notwithstanding anything to the contrary in this Agreement, including, but not limited to, the scope of the Released Claims:

1.     They have entered into this Agreement to avoid the delay, expense, inconvenience, and uncertainty of further litigation;

2.     (a) The Settling States and Participating Subdivisions sought restitution and remediation (within the meaning of 26 U.S.C. § 162(f)(2)(A) and 26 C.F.R. § 1.162-21(e)(4)(i), (ii)) as damages for the Alleged Harms; (b) the Total Remediation Amount is less than or equal to the amount, in the aggregate, of the Alleged Harms allegedly suffered by the Settling States and Participating Subdivisions; and (c) the portion of the Total Remediation Amount received by each Settling State or Participating Subdivision is less than or equal to the amount of the Alleged Harms allegedly suffered by such Settling State or Participating Subdivision;

3.     The payment of the Total Remediation Amount by Walmart constitutes restitution and remediation (within the meaning of 26 U.S.C. § 162(f)(2)(A) and 26 C.F.R. § 1.162-21(e)(4)(i), (ii)) for alleged damage or harm (as compensation for alleged damage or harm arising out of alleged bodily injury) allegedly caused by Walmart in order to restore, in whole or in part, the Settling States, Participating Subdivisions, and persons to the same position or condition that they would be in had the Settling States, Participating Subdivisions, and persons not suffered the Alleged Harms, and constitutes restitution and

remediation for alleged damage or harm allegedly caused by the potential violation of a law and/or is an amount paid to come into compliance with the law; and

4.      For the avoidance of doubt:  (a) the entire Total Remediation Amount is properly characterized as described in Section V.F, (b) no portion of the Total Remediation Amount represents reimbursement to any Settling State or Participating Subdivision or other person or entity for the fees or costs of any investigation or litigation, including without limitation attorneys' fees, (c) no portion of the Global Settlement Amount represents the disgorgement of any allegedly ill-gotten gains, and (d) no portion of the Global Settlement Amount is paid for or in place of any fine, penalty, punitive damages, or other punitive assessments.

## VI.   Enforcement

A.      *Enforceability.*  This Agreement is enforceable only by the Settling States and Walmart; *provided*, *however*, that Released Entities may enforce Section X and Participating Subdivisions have the enforcement rights described in Section VI.D.  Except to the extent allowed by the Injunctive Relief Terms, Settling States and Participating Subdivisions shall not have enforcement rights with respect to either the terms of this Agreement that apply only to or in other States or any Consent Judgment entered into by another Settling State.  Participating Subdivisions shall not have enforcement rights against Walmart with respect to this Agreement or any Consent Judgment except that Participating Subdivisions shall have enforcement rights as set forth herein as to payments that would be allocated to the Subdivision Fund or Remediation Accounts Fund pursuant to Section V; *provided*, *however*, that each Settling State shall allow Participating Subdivisions in such Settling State to notify it of any perceived violations of this Agreement or the applicable Consent Judgment.

B.      *Jurisdiction.*  Walmart consents to the jurisdiction of the court in which the Consent Judgment is filed, limited to resolution of disputes identified in Section VI.F.2 for resolution in that court.

C.      *Specific Terms Dispute Resolution.*

1.      Any dispute that is addressed by the provisions set forth in the Injunctive Relief Terms shall be resolved as provided therein.

2.      In the event that Walmart believes that the eighty-five percent (85%) requirement established in Section V.B.1 is not being satisfied, Walmart may request that Walmart and the Enforcement Committee meet and confer regarding the use of funds to implement Section V.B.1.  The completion of such meet-and-confer process is a precondition to further action regarding any such dispute.  Further action concerning Section V.B.1 shall (i) be limited to Walmart obtaining a reversion of its Payout Amount by no more than five percent (5%) of the difference between the actual amount of Opioid Remediation and the eighty-five percent (85%) requirement established in Section V.B.1; and (ii) only reduce payments to those Settling States and their Participating Subdivisions that are below the eighty-five percent (85%) requirement established in Section V.B.1;

provided that Walmart shall not obtain a reversion of funds restricted to future Opioid Remediation.

D. *State-Subdivision Enforcement.*

1. A Subdivision shall not have enforcement rights against a Settling State in which it is located with respect to this Agreement or any Consent Judgment except that a Participating Subdivision listed on Exhibit G shall have enforcement rights (a) as provided for in a State-Subdivision Agreement, Allocation Statute, or Statutory Trust with respect to intrastate allocation (b) in the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust, to address allegations that (i) the Settling State's use of Remediation Accounts Fund monies were not used for uses similar to or in the nature of those uses contained in Exhibit E; or (ii) a Settling State failed to pay funds directly from the Remediation Accounts Fund to a Participating Subdivision eligible to receive a block grant pursuant to Section V.E.2.b.

2. A Settling State shall have enforcement rights against a Participating Subdivision located in its territory (a) as provided for in a State-Subdivision Agreement, Allocation Statute, or Statutory Trust; or (b) in the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust, to address allegations that the Participating Subdivisions' uses of Remediation Accounts Fund monies were not used for purposes similar to or in the nature of those uses contained in Exhibit E.

3. As between Settling States and Participating Subdivisions, the above rights are contractual in nature and nothing herein is intended to limit, restrict, change or alter any other existing rights under law.

E. *Subdivision Payment Enforcement.* A Participating Subdivision listed on Exhibit G shall have the same right as a Settling State pursuant to Section VI.F.3.a(iv) to seek resolution regarding the failure by Walmart to make its Payout Amount.

F. *Other Terms Regarding Dispute Resolution.*

1. Except as provided by Section VI.C, the parties to a dispute shall promptly meet and confer in good faith to resolve any dispute. If the parties cannot resolve the dispute informally, and unless otherwise agreed in writing, they shall follow the remaining provisions of this Section VI.F to resolve the dispute.

2. Except to the extent provided by Section VI.C or Section VI.F.3, all disputes shall be resolved in either the court that entered the relevant Consent Judgment or, if no such Consent Judgment was entered, a state or territorial court with jurisdiction located wherever the seat of the relevant state government is located.

a. State court proceedings shall be governed by the rules and procedures of the relevant forum.

b. For the avoidance of doubt, disputes to be resolved in state court include, but are not limited to, the following:

33

(i)     disputes concerning whether expenditures qualify as Opioid Remediation;

(ii)     disputes between a Settling State and its Participating Subdivisions as provided by Section VI.D, except to the extent the State-Subdivision Agreement provides for other dispute resolution mechanisms. For the avoidance of doubt, disputes between a Settling State and any Participating Subdivision shall not be considered National Disputes;

(iii)     whether this Agreement and relevant Consent Judgment are binding under state law;

(iv)     the extent of the Attorney General's or other participating entity's authority under state law, including the extent of the authority to release claims;

(v)     whether the definition of a Bar, a Case-Specific Resolution, Final Order, lead state agency as described in Section V.D.4.b, Later Litigating Subdivision, Litigating Subdivision, or Threshold Motion have been met; and

(vi)     all other disputes not specifically identified in Section VI.C or Section VI.F.3.

c.     Any Party may request that the National Arbitration Panel provide an interpretation of any provision of the settlement that is relevant to the state court determination, and the National Arbitration Panel shall make reasonable best efforts to supply such interpretation within the earlier of thirty (30) calendar days or the time period required by the state court proceedings. Any Party may submit that interpretation to the state court to the extent permitted by, and for such weight provided by, the state court's rules and procedures. If requested by a Party, the National Arbitration Panel shall request that its interpretation be accepted in the form of an *amicus curiae* brief, and any attorneys' fees and costs for preparing any such filing shall be paid for by the requesting Party.

3.     National Disputes involving a Settling State, a Participating Subdivision that has enforcement rights pursuant to Section VI.A, and/or Walmart (together, "*Participating Parties*") shall be resolved by the National Arbitration Panel.

a.     National Disputes are disputes that are not addressed by Section VI.C, and which are exceptions to Section VI.F.2's presumption of resolution in state courts because they involve issues of interpretation of terms contained in this Agreement applicable to all Settling States without reference to a particular State's law. Disputes between a Settling State and any Participating Subdivision shall not be considered National Disputes. National Disputes are limited to the following:

(i)     the amount of withholding attributable to Non-Settling States;

(ii) issues involving the scope and definition of Product;

(iii) interpretation and application of the terms Alleged Harms," "Covered Conduct," "Released Entities," and "Released Claims";

(iv) the failure by the Settlement Fund Administrator to pay the Payout Amount or the Additional Remediation Amount in a Payment Year, but for the avoidance of doubt, disputes between Walmart and a Settling State over the amounts owed only to that state that do not affect any other Settling State shall not be considered National Disputes;

(v) the interpretation and application of any most-favored-nation provision in Section XII.E;

(vi) questions regarding the performance and/or removal of the Settlement Fund Administrator;

(vii) disputes involving liability of successor entities;

(viii) disputes that require a determination of the sufficiency of participation in order to qualify for Incentive Payments A, BC or D;

(ix) disputes requiring the interpretation of Agreement terms that are national in scope or impact, which shall mean disputes requiring the interpretation of Agreement terms that (i) concretely affect four (4) or more Settling States; and (ii) do not turn on unique definitions and interpretations under state law; and

(x) any dispute subject to resolution under Section VI.F.1 but for which all parties to the dispute agree to arbitration before the National Arbitration Panel under the provisions of this Section VI.F.2.

b. The National Arbitration Panel shall be comprised of three (3) arbitrators. One (1) arbitrator shall be chosen by Walmart, one (1) arbitrator shall be chosen by the Enforcement Committee with due input from Participating Subdivisions listed on Exhibit G, and the third arbitrator shall be agreed upon by the first two (2) arbitrators. The membership of the National Arbitration Panel is intended to remain constant throughout the term of this Agreement, but in the event that replacements are required, the retiring arbitrator shall be replaced by the party that selected him/her.

c. The National Arbitration Panel shall make reasonable best efforts to decide all matters within one hundred eighty (180) calendar days of filing, and in no event shall it take longer than one (1) year.

d. The National Arbitration Panel shall conduct all proceedings in a reasonably streamlined process consistent with an opportunity for the parties to be heard. Issues shall be resolved without the need for live witnesses where feasible,

and with a presumption in favor of remote participation to minimize the burdens on the Participating Parties.

e. To the extent allowed under state law, a Settling State, a Participating Subdivision that has enforcement rights pursuant to Section VI.A, and (at any Participating Party's request) the National Arbitration Panel may certify to an appropriate state court any question of state law. The National Arbitration Panel shall be bound by a final state court determination of such a certified question. The time period for the arbitration shall be tolled during the course of the certification process.

f. The arbitrators will give due deference to any authoritative interpretation of state law, including any declaratory judgment or similar relief obtained by a Settling State, a Participating Subdivision that has enforcement rights pursuant to Section VI.A, or Walmart on a state law issue.

g. The decisions of the National Arbitration Panel shall be binding on Settling States, Participating Subdivisions, Walmart, and the Settlement Fund Administrator. In any proceeding before the National Arbitration Panel involving a dispute between a Settling State and Walmart whose resolution could prejudice the rights of a Participating Subdivision(s) in that Settling State, such Participating Subdivision(s) shall be allowed to file a statement of view in the proceeding.

h. Nothing herein shall be construed so as to limit or otherwise restrict a State from seeking injunctive or other equitable relief in state court to protect the health, safety, or welfare of its citizens.

i. Each Participating Party shall bear its own costs in any arbitration or court proceeding arising under this Section VI. The costs for the arbitrators on the National Arbitration Panel shall be divided and paid equally by the disputing sides for each individual dispute, *e.g.*, a dispute between Walmart and Settling States/Participating Subdivisions shall be split fifty percent (50%) by Walmart and fifty percent (50%) by the Settling States/Participating Subdivisions that are parties to the dispute; a dispute between a Settling State and a Participating Subdivision shall be split fifty percent (50%) by the Settling State that is party to the dispute and fifty percent (50%) by any Participating Subdivisions that are parties to the dispute.

4. Prior to initiating an action to enforce pursuant to this Section VI.F, the complaining Participating Party must:

a. Provide written notice to the Enforcement Committee of its complaint, including the provision of the Consent Judgment and/or Agreement that the practice appears to violate, as well as the basis for its interpretation of the disputed provision. The Enforcement Committee shall establish a reasonable process and timeline for obtaining additional information from the involved parties; *provided*, *however*, that the date the Enforcement Committee establishes for

36

obtaining additional information from the parties shall not be more than forty-five (45) calendar days following the notice. The Enforcement Committee may advise the involved parties of its views on the complaint and/or seek to resolve the complaint informally.

b. Wait to commence any enforcement action until thirty (30) calendar days after the date that the Enforcement Committee establishes for obtaining additional information from the involved parties.

5. If the Participating Parties to a dispute cannot agree on the proper forum for resolution of the dispute under the provisions of Section VI.F.1 or Section VI.F.2, a committee comprising the Enforcement Committee and sufficient representatives of Walmart such that the members of the Enforcement Committee have a majority of one (1) member will determine, within twenty-eight (28) calendar days of receiving notification of the dispute relating to the proper forum, the forum where the dispute will be initiated. The forum identified by such committee shall be the sole forum for resolving the issue of which forum will hear the substantive dispute, and the committee's identification of such forum in the first instance shall not be entitled to deference by the forum selected.

G.    *No Effect.*  Nothing in this Agreement shall be interpreted to limit the Settling States' Civil Investigative Demand ("*CID*") or investigative subpoena authority, to the extent such authority exists under applicable state law and the CID or investigative subpoena is issued pursuant to such authority, and Walmart reserves all of its rights in connection with a CID or investigative subpoena issued pursuant to such authority.

## VII.    Participation by Subdivisions

A.    *Notice.*  Prior to the State Participation Date, the Parties shall agree on a vendor to serve as the Implementation Administrator and provide notice pursuant to this Section VII.A. No later than fifteen (15) calendar days after the State Participation Date, the Implementation Administrator shall send individual written notice (which may be delivered via e-mail or other electronic means) of the opportunity to participate in this Agreement and the requirements of participation to all Subdivisions in the Settling States that are (1) Litigating Subdivisions or (2) Non-Litigating Subdivisions listed on Exhibit G.  To the extent a Special District is entitled to an allocation for a direct payment through its inclusion in Exhibit G pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution, the Implementation Administrator, with the cooperation of the Settling States, shall also send individual written notice (which may be delivered via e-mail or other electronic means) of the opportunity to participate in this Agreement and the requirements of participation to such Special Districts.  Unless otherwise agreed by the Parties, the version of Exhibit G used for notice shall be the one in place as of the State Participation Date.  Notice (which may be delivered via e-mail or other electronic means) shall also be provided simultaneously to counsel of record for Litigating Subdivisions and known counsel for Non-Litigating Subdivisions and Special Districts listed on Exhibit G.  The notice will include that the deadline for becoming a Participating Subdivision is the Threshold Subdivision Participation Date.  Nothing contained herein shall preclude a Settling State from providing further notice to or otherwise contacting any of its Subdivisions about becoming a Participating

37

Subdivision, including beginning any of the activities described in this paragraph prior to the State Participation Date.

B.    *Requirements for Becoming a Participating Subdivision—Non-Litigating Subdivisions*.  A Non-Litigating Subdivision in a Settling State may become a Participating Subdivision by returning an executed Subdivision Participation Agreement to the Settlement Fund Administrator (subject to Section VII.D) specifying (1) that the Subdivision agrees to the terms of this Agreement pertaining to Subdivisions, (2) that the Subdivision releases all Released Claims against all Released Entities, (3) that the Subdivision agrees to use monies it receives, if any, from the Settlement Fund pursuant to the applicable requirements of Section V; *provided*, *however*, that Non-Litigating Subdivisions may only use monies originating from the Settlement Fund for purposes that qualify as Opioid Remediation, and (4) that the Subdivision submits to the jurisdiction of the court where the relevant state seat of government is located for purposes limited to that court's role under this Agreement.  The required Participation Agreement is attached as Exhibit K.

C.    *Requirements for Becoming a Participating Subdivision—Litigating Subdivisions/Later Litigating Subdivisions*.  A Litigating Subdivision or Later Litigating Subdivision in a Settling State may become a Participating Subdivision by returning an executed Subdivision Participation Agreement to the Settlement Fund Administrator (subject to Section VII.D) and upon prompt dismissal with prejudice of its lawsuit following the Threshold Subdivision Participation Date or the date on which the conditions for effectiveness in Section II.C have been met, whichever is later.  A Settling State may require each Litigating Subdivision in that State to specify on the Participation Agreement whether its counsel has waived any contingency fee contract with that Participating Subdivision and whether, if eligible, it intends to seek fees pursuant to Exhibit R.  The Settlement Fund Administrator shall provide quarterly reports of this information to the parties organized by Settling State.  A Litigating Subdivision or Later Litigating Subdivision may not become a Participating Subdivision after the completion of opening statements in a trial of the lawsuit it brought that includes a Released Claim against a Released Entity.  For avoidance of doubt, where a subdivision official other than a General-Purpose Government has filed a lawsuit that includes a Released Claim against a Released Entity in a direct, *parens patriae*, or any other capacity, that Subdivision may become a Participating Subdivision only if, in addition to the other requirements of this Section VII.C, the lawsuit filed by the subdivision official has also been dismissed with prejudice.

D.    All Subdivision Participation Agreements returned to the Settlement Fund Administrator prior to the Effective Date (if any) shall be held by the Settlement Fund Administrator until the Effective Date, at which time the obligations created by such forms and releases in them become effective.  If, for any reason, the Settlement Agreement does not become effective, all obligations created by such forms and releases in them shall be void *ab initio* and all Settlement Participation Forms shall be returned to Counsel for Litigating Subdivisions or to the Subdivisions not represented by counsel or destroyed to the extent that such destruction is not prohibited by then-existing document preservation obligations.

E.    *Ineligible Subdivisions*.  Subdivisions in Non-Settling States and Prior Litigating Subdivisions are not eligible to be Participating Subdivisions.

F. *Non-Participating Subdivisions*.  Non-Participating Subdivisions shall not directly receive any portion of any Payout Amount, including from the State Fund and direct distributions from the Remediation Accounts Fund; however, a Settling State may choose to fund future Opioid Remediation that indirectly benefits Non-Participating Subdivisions.

G. *Unpaid Allocations to Non-Participating Subdivisions*.  Any payments allocated pursuant to Section V.D to a Non-Participating Subdivision that cannot be paid pursuant to this Section VII will either be allocated to the Settlement Fund for the Settling State in which the Non-Participating Subdivision is located, unless those payments are redirected elsewhere by a State-Subdivision Agreement or by a Statutory Trust, or be refunded to Walmart, if such funds may no longer be earned by the applicable Settling State pursuant to Section IV.C.1.

## VIII.  Additional Remediation

A. *Additional Remediation Amount.*  Pursuant to the maximum payment amounts set forth in Exhibit M and subject to the reduction specified in Section VIII.B, Walmart shall pay an Additional Remediation Amount to the Settling States.

B. *Reduction of Additional Remediation Amount.*  The amounts owed by Walmart pursuant to this Section VIII shall be reduced by the allocations set forth on Exhibit N for any Non-Settling States.

C. *Use of Funds.*  All funds paid as an Additional Remediation Amount shall be part of the Total Remediation Amount, shall be used for Opioid Remediation, except as allowed by Section V.B.2, and shall be governed by the same requirements as specified in Section V.F.  Such funds shall be disbursed by the Settlement Fund Administrator to the relevant Settling States as allocated by Exhibit N as part of the first payment in Payment Year 1.

D. For the avoidance of doubt, (1) notwithstanding anything to the contrary in Section VIII.C, but subject to the limitation in the second sentence of Section V.B.1 and the identification and reporting requirements in Section V.B.2, a Settling State that retained outside counsel in connection with the investigation of one or more Chain Pharmacies, as that term is defined in Exhibit S, that receives an Additional Remediation Amount because the Settling State was not otherwise eligible to receive funds from the State Outside Counsel Fee Fund may choose to have the Additional Remediation Amount designated to pay the Settling State's outside counsel, and may instruct the Settlement Fund Administrator to pay those funds directly to the Settling State's outside counsel, and (2) Additional Remediation Amount funds, including funds designated by a Settling State to pay its outside counsel under this paragraph, shall not be subject to allocation as provided in Sections V.C through V.E.

## IX.  Plaintiffs' Attorneys' Fees and Costs

The Agreement on Attorneys' Fees, Costs, and Expenses is set forth in Exhibit R and incorporated herein by reference.  The Agreement on the State Outside Counsel Fee Fund and Agreement on the Joint State Cost Fund are set forth in Exhibit S and Exhibit T, respectively, and are incorporated herein by reference.

## X.    Release

A.    *Scope.*  As of the Threshold Subdivision Participation Date, the Released Entities are hereby released and forever discharged from all of the Releasors' Released Claims.  Each Settling State (for itself and its Releasors) and Participating Subdivision (for itself and its Releasors) hereby absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim; or to cause, assist in bringing or permit to be brought, filed, or claimed; or to otherwise seek to establish liability for any Released Claim against any Released Entity in any forum whatsoever. The releases provided for in this Agreement are broad, shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to any Released Claim, and extend to the full extent of the power of each Settling State and its Attorney General to release claims.  This Agreement shall be a complete bar to any Released Claim.

B.    *Claim-Over and Non-Party Settlement.*

1.    It is the intent of the Parties that:

a.    Released Entities should not seek contribution or indemnification (other than pursuant to an insurance contract), from other parties for their payment obligations under this Agreement;

b.    the payments made under this Agreement shall be the sole payments made by the Released Entities to the Releasors involving, arising out of, or related to Alleged Harms and/or Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity);

c.    Claims by Releasors against non-Parties shall not result in additional payments by Released Entities, whether through contribution, indemnification or any other means; and

d.    the Agreement meets the requirements of the Uniform Contribution Among Joint Tortfeasors Act and any similar state law or doctrine that reduces or discharges a released party's liability to any other parties.

The provisions of this Section X.B are to be implemented consistent with these principles. This Agreement and the releases and dismissals provided for herein are made in good faith.

2.    No Released Entity shall seek to recover for amounts paid under this Agreement based on indemnification, contribution, or any other theory from a manufacturer, pharmacy, hospital, pharmacy benefit manager, health insurer, third-party vendor, trade association, distributor, or health care practitioner; *provided* that a Released Entity shall be relieved of this prohibition with respect to any entity that asserts a Claim-Over against it.  For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.

3.    If any Releasor enters into a Non-Party Settlement on or after the Effective Date, including in any bankruptcy case or through any plan of reorganization (whether individually or as a class of creditors), the Releasor will include (or in the case of a Non-

40

Party Settlement made in connection with a bankruptcy case, will cause the debtor to include), unless prohibited from doing so under applicable law, in the Non-Party Settlement a prohibition on contribution or indemnity of any kind substantially equivalent to that required from Walmart in Section X.B.2, or a release from such Non-Released Entity in favor of the Released Entities (in a form equivalent to the releases contained in this Agreement) of any Claim-Over. The obligation to obtain the prohibition and/or release required by this subsection is a material term of this Agreement.

4.    If any Releasor obtains a judgment with respect to a Non-Party Covered Conduct Claim against a Non-Released Entity that does not contain the prohibition described in Section X.B.3, or any Releasor files a Non-Party Covered Conduct Claim against a Non-Released Entity in bankruptcy or a Releasor is prevented for any reason from obtaining a prohibition/release in a Non-Party Settlement as provided in Section X.B.3, and such Non-Released Entity asserts a Claim-Over against a Released Entity, the Released Entity shall be relieved of the prohibition in Section X.B.2 with respect to that Non-Released Entity and that Releasor and Walmart shall take the following actions to ensure that the Released Entities do not pay more with respect to Alleged Harms and/or Covered Conduct to Releasors or to Non-Released Entities than the amounts owed under this Settlement Agreement by Walmart:

a.    Walmart shall notify that Releasor of the Claim-Over within sixty (60) calendar days of the assertion of the Claim-Over or sixty (60) calendar days of the Effective Date of this Agreement, whichever is later;

b.    Walmart and that Releasor shall meet and confer concerning the means to hold Released Entities harmless and ensure that they are not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by Walmart under this Agreement;

c.    That Releasor and Walmart shall take steps sufficient and permissible under the law of the State of the Releasor to hold Released Entities harmless from the Claim-Over and ensure Released Entities are not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by Walmart under this Agreement. Such steps may include, where permissible:

(i)    Filing of motions to dismiss or such other appropriate motion by Walmart or Released Entities, and supported by Releasors, in response to any claim filed in litigation or arbitration;

(ii)    Reduction of that Releasors' Claim and any judgment it has obtained or may obtain against such Non-Released Entity by whatever amount is necessary to extinguish such Claim-Over under applicable law, up to the amount that Releasor has obtained, may obtain, or has authority to control from such Non-Released Entity;

41

(iii)     Placement into escrow of funds paid by the Non-Released Entities such that those funds are available to satisfy the Claim-Over;

(iv)     Return of monies paid by Walmart to that Releasor under this Agreement to permit satisfaction of a judgment against or settlement with the Non-Released Entity to satisfy the Claim-Over;

(v)     Payment of monies to Walmart by that Releasor to ensure Walmart is held harmless from such Claim-Over, up to the amount that Releasor has obtained, may obtain, or has authority to control from such Non-Released Entity;

(vi)     Credit to Walmart under this Agreement to reduce the overall amounts to be paid under the Agreement such that it is held harmless from the Claim-Over; and

(vii)     Such other actions as that Releasor and Walmart may devise to hold Walmart harmless from the Claim-Over.

d.     The actions of that Releasor and Walmart taken pursuant to clause (c) above must, in combination, ensure Walmart is not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by Walmart under this Agreement.

e.     In the event of any dispute over the sufficiency of the actions taken pursuant to clause (c) above, Releasor and Walmart may seek review by the National Arbitration Panel, or, upon consent of the parties to the dispute, by the state court where the relevant Consent Judgment was filed.  The National Arbitration Panel shall have authority to order a remedy, including one or more of the actions specified in clause (c), sufficient to hold Released Entities fully harmless.  In the event that the Panel's actions do not result in Released Entities being held fully harmless, Walmart shall have a claim for breach of this Agreement by Releasors, with the remedy being payment of sufficient funds to hold Walmart harmless from the Claim-Over.  For the avoidance of doubt, the prior sentence does not limit or eliminate any other remedy that Walmart may have.

5.     To the extent that the Claim-Over is based on a contractual indemnity, the obligations under Section X.B.4 shall extend solely to a Non-Party Covered Conduct Claim against a pharmacy, distributor, clinic, hospital or other purchaser or dispenser of Products, a manufacturer that sold Products, a consultant, and/or a pharmacy benefit manager or other third-party payor.  Walmart shall notify the Settling States, to the extent permitted by applicable law, in the event that any of these types of Non-Released Entity asserts a Claim-Over arising out of contractual indemnity against it.

C.     *Indemnification and Contribution Prohibited.*  No Released Entity shall seek to recover for amounts paid under this Agreement based on indemnification, contribution, or any other theory, from a manufacturer, pharmacy, hospital, pharmacy benefit manager, health insurer, third-party vendor, trade association, distributor, or health care practitioner; *provided* that a

42

Released Entity shall be relieved of this prohibition with respect to any entity that asserts a Claim-Over against it.  For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.  For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.

D.  *General Release*.  In connection with the releases provided for in this Agreement, each Settling State (for itself and its Releasors) and Participating Subdivision (for itself and its Releasors) expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any State or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

> **General Release; extent**.  A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that if known by him or her, would have materially affected his or her settlement with the debtor or released party.

A Releasor may hereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Settling State (for itself and its Releasors) and Participating Subdivision (for itself and its Releasors) hereby expressly waives and fully, finally, and forever settles, releases and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date even if Releasors do not know or suspect such claims to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and even if knowledge of the existence of such claims would materially affect the Settling States' decision to enter into this Agreement or the Participating Subdivisions' decision to participate in this Agreement.

E.  *Assigned Interest Waiver*.  To the extent that any Settling State has any direct or indirect interest in any rights of a third-party that is a debtor under the Bankruptcy Code as a result of a claim arising out of Covered Conduct or Alleged Harms by way of assignment or otherwise, including as a result of being the beneficiary of a trust or other distribution entity, to assert claims against Walmart (whether derivatively or otherwise), under any legal or equitable theory, including for indemnification, contribution, or subrogation, such Settling State waives the right to assert any such claim, or to receive a distribution or any benefit on account of such claim and such claim, distribution, or benefit shall be deemed assigned to Walmart.

F.  *Res Judicata*.  Nothing in this Agreement shall be deemed to reduce the scope of the res judicata or claim preclusive effect that the settlement memorialized in this Agreement, and/or any Consent Judgment or other judgment entered on this Agreement, gives rise to under applicable law.

G.  *Representation and Warranty*.  The signatories hereto on behalf of their respective Settling States expressly represent and warrant that they have (or will obtain no later than the Threshold Subdivision Participation Date) the authority to settle and release, to the maximum extent of the State's power, all Released Claims of (1) their respective Settling States, (2) all past

and present executive departments, state agencies, divisions, boards, commissions and instrumentalities with the regulatory authority to enforce state and federal controlled substances acts, and (3) any of their respective Settling State's past and present executive departments, agencies, divisions, boards, commissions and instrumentalities that have the authority to bring Claims related to Alleged Harms and/or Covered Conduct seeking money (including abatement and/or remediation) or revocation of a pharmaceutical distribution or dispensing license.  For the purposes of clause (3) above, executive departments, agencies, divisions, boards, commissions, and instrumentalities are those that are under the executive authority or direct control of the State's Governor.  Also for the purposes of clause (3), a release from a State's Governor, to be materially similar to that in <u>Exhibit X</u>, is sufficient to demonstrate that the appropriate releases have been obtained.

H.　　*Effectiveness*.  The releases set forth in this Agreement shall not be impacted in any way by any dispute that exists, has existed, or may later exist between or among the Releasors.  Nor shall such releases be impacted in any way by any current or future law, regulation, ordinance, or court or agency order limiting, seizing, or controlling the distribution or use of the Settlement Fund or any portion thereof, or by the enactment of future laws, or by any seizure of the Settlement Fund or any portion thereof.

I.　　*Cooperation*.  Settling States will meet and confer with Walmart and simultaneously make reasonable efforts to resolve any action filed by a Subdivision involving any Covered Conduct, Alleged Harms, or a Product that remains pending against Walmart after the First Subdivision Participation Date or that is filed by a Subdivision against Walmart after November 14, 2022.  Releasors (i) will not encourage any person or entity to bring or maintain any Released Claim against any Released Entity and (ii) will reasonably cooperate with and not oppose any effort by a Released Entity to secure the prompt dismissal of any and all Released Claims.

J.　　*Non-Released Claims.*  Notwithstanding the foregoing or anything in the definition of Released Claims, this Agreement does not waive, release or limit any criminal liability, Claims for liability under tax law, Claims under securities law by a State Releasor as investor, Claims against parties who are not Released Entities, Claims by private individuals, and any Claims arising under this Agreement for enforcement of this Agreement.

## XI.　Later Litigating Subdivisions; Non-Settling States

A.　　*Released Claims against Released Entities.*  If a Later Litigating Subdivision in a Settling State maintains a lawsuit for a Released Claim against a Released Entity after the Effective Date, the Released Entity shall take ordinary and reasonable measures to defend the action, including filing a Threshold Motion with respect to the Released Claim.  The Released Entity shall further notify the Settling State and Settlement Fund Administrator immediately upon notice of a Later Litigating Subdivision bringing a lawsuit for a Released Claim and shall not oppose a Settling State's submission in support of the Threshold Motion.  Walmart shall give the relevant Settling State a reasonable opportunity to extinguish the Released Claims without any payment or any other obligations being imposed upon any Released Entities (apart from the Global Settlement Amount payable by Walmart under the Agreement or the Injunctive Relief Terms incurred by it).  The relevant Settling State and Walmart shall confer and use reasonable efforts to promptly resolve

the lawsuit so that it is dismissed with prejudice. Nothing in this subsection creates an obligation for a Settling State to make a monetary payment or incur any other obligation to an entity filing a lawsuit.

B.    *Non-Settling States.*  Non-Settling States shall not be eligible for any payments or have any rights in connection with this Agreement.

C.    *Settlement Class Resolution Opt Outs.*  If a Settling State is eligible for Incentive Payment A on the basis of a Settlement Class Resolution, and a Primary Subdivision that opted out of the Settlement Class Resolution maintains a lawsuit asserting a Released Claim against a Released Entity, the Released Entity shall take ordinary and reasonable measures to defend the action, including filing a Threshold Motion with respect to the Released Claim.  The Settling State shall seek to obtain either dismissal of the lawsuit in cooperation with Walmart, or a release of the Primary Subdivision's claims.

D.    *Revoked Bar, Settlement Class Resolution, or Case-Specific Resolution.*  If a Settling State received any Payout Amounts that included any incentive payments earned as a result of the existence of a Bar, Settlement Class Resolution, or Case-Specific Resolution in a Settling State, and there is subsequently a Revocation Event with respect to that Bar, Settlement Class Resolution, or Case-Specific Resolution after the determination of the amount of such Payout Amount, that Settling State shall seek to obtain a release of the claims impacted by the Revocation Event, including but not limited to defending the legality of the Bar, obtaining a dismissal of the claims made against the Released Entity, and obtaining releases from impacted Subdivisions.

## XII.    Miscellaneous

A.    *Population of General-Purpose Governments.*  The population figures for General-Purpose Governments shall be the published U.S. Census Bureau's population estimates for July 1, 2019, released May 2020.  These population figures shall remain unchanged during the term of this Agreement.[12]

B.    *Population of Special Districts.*  For any purpose in this Agreement in which the population of a Special District is used other than <u>Section IV.E.1.a</u> and <u>Section IV.E.3.b</u>:  (a) School Districts' populations will be measured by the number of students enrolled who are eligible under the Individuals with Disabilities Education Act ("*IDEA*") or Section 504 of the Rehabilitation Act of 1973; (b) Health Districts' and Hospital Districts' populations will be measured at twenty-five percent (25%) of discharges; and (c) all other Special Districts' (including fire districts' and library districts') populations will be measured at ten percent (10%) of the population served.  For the avoidance of doubt, this means that California healthcare districts will be measured at ten percent (10%) of their membership.  Walmart and the Enforcement Committee shall meet and confer in order to agree on data sources for purposes of this <u>Section XII.B</u> prior to the State Participation Date.

---

[12] The estimates for counties and parishes were accessed at https://www.census.gov/data/datasets/time-series/demo/popest/2010s-countiestotal.html. The estimates for cities and towns can currently be found at https://www.census.gov/data/datasets/time-series/demo/popest/2010s-total-cities-and-towns.html.

C.  *Population Associated with Sheriffs*.  For any purpose in this Agreement in which the population associated with a lawsuit by a sheriff is used, the population will be measured at twenty percent (20%) of the capacity of the jail(s) operated by the sheriff.

D.  *No Admission.*  The Parties intend the settlement as described herein to be a final and complete resolution of all disputes between Walmart and all Releasors. Walmart is entering into this Agreement solely for the purposes of settlement, to resolve all Actions and Released Claims and thereby avoid significant expense, inconvenience and uncertainty. Walmart denies the allegations in the Actions and denies any civil or criminal liability in the Actions. Nothing contained herein may be taken as or deemed to be an admission or concession by Walmart of: (i) any violation of any law, regulation, or ordinance; (ii) any fault, liability, or wrongdoing; (iii) the strength or weakness of any Claim or defense or allegation made in any Action, or in any other past, present or future proceeding relating to any Covered Conduct, Alleged Harms, or any Product; (iv) the legal viability of the Claims and theories in any Action, including but not limited to the legal viability of the relief sought; or (v) any other matter of fact or law. Nothing in this Agreement shall be construed or used to prohibit any Released Entity from engaging in the conduct of its business relating to any Product in accordance with the Injunctive Relief Terms and applicable laws and regulations.

E.  *Most-Favored-Nation Provision*.

1.  If, after the Effective Date, Walmart enters into any settlement agreement with any Non-Settling State that resolves Claims similar in scope to the Claims released by a Settling State under this Agreement on overall payment terms that are more favorable to such Non-Settling State than the overall payment terms of the Agreement (after due consideration of relevant differences in population or other appropriate factors), then the Settling States may elect to seek review, pursuant to <u>Section XII.E.3</u>, of the overall payment terms of this Agreement and the Non-Settling State agreement so that such Settling State(s) may obtain, with respect to Walmart, overall payment terms at least as favorable as those obtained by such Non-Settling State.  "*Overall payment terms*" refers to consideration of all payment terms of the two agreements, taken together, including, but not limited to the amounts of payments, the timing of payments, and conditions or contingencies on payments.

2.  For any settlement with a Non-Settling State involving Released Claims that is entered into after the Effective Date, Walmart shall provide the Enforcement Committee with a copy of the settlement agreement or relevant consent judgment within thirty (30) calendar days of the consummation of such settlement.  The Enforcement Committee will promptly distribute such copy to all Settling States.

3.  In the event that one or more Settling State(s) believes that the overall payment terms of an agreement by Walmart with a Non-Settling State are more favorable to the Non-Settling State, based on the totality of the considerations set forth in <u>Section XII.E.1</u>, the Settling State(s) and Walmart shall engage in the following process:

a.  The Settling State(s) shall provide notice, within sixty (60) calendar days of the date on which the Enforcement Committee provides a settlement

agreement or consent judgment to Walmart of their intent to seek revision of this Agreement to provide payment terms that are, on an overall basis, as favorable as those obtained by the Non-Settling State.  To the extent allowed by law, such notice shall be confidential and not disclosed publicly and shall provide, in detail, the basis for the State's belief that it is entitled to a revision of the Agreement.

       b.     Walmart shall, within thirty (30) calendar days, provide a response to the Settling State(s), explaining its position, in detail, as to whether is the Settling State(s) are entitled to more favorable overall payment terms than those provided for in this Agreement.

       c.     In the event the Settling State(s) and Walmart do not reach agreement as to the application of Section XII.E.1, the Settling State(s) may petition the National Arbitration Panel to seek a ruling from the Panel as to the applicability of Section XII.E.1, provided that the Settling State(s) may seek such review only if at least five (5) Settling States co-sign the petition.  The Panel shall consider submissions and argument by the parties pursuant to the procedures set forth in Section VI.F.3.

       d.     The Settling State and Walmart shall be bound by the determination of the National Arbitration Panel.

       4.     This Section XII.E does not apply to, and there is no ability of any Settling State to seek or obtain revision of this Agreement based on, any Non-Settling State agreement with Walmart that is entered into with: (a) a Non-Settling State after a date ninety (90) calendar days prior to the scheduled start date of a trial between Walmart and the Non-Settling State or any severed or bifurcated portion thereof, provided that, where, in order to complete a settlement, a Non-Settling State and Walmart jointly request an adjournment of the scheduled start date of a trial within ninety (90) days of that date, this exception will apply as if the trial date had not been adjourned; (b) a Non-Settling State that previously litigated to judgment a case related to opioids against any manufacturer, distributor, or pharmacy; or (c) a Non-Settling State that has obtained any court order or judicial determination that grants judgment (in whole or in part) against Walmart. For avoidance of doubt, the National Arbitration Panel shall have no power to review agreements described in this paragraph.

       5.     This Section XII.E does not apply to, and there is no ability of any Settling State to seek or obtain revision of this Agreement based on, any agreement between Walmart and Non-Participating Subdivisions.

       6.     This Section XII.E will not apply to any agreement entered into more than eighteen (18) months after the Effective Date.

F.     *Tax Cooperation and Reporting*.

       1.     Upon request by Walmart, the Settling States and Participating Subdivisions agree to perform such further acts and to execute and deliver such further documents as may be reasonably necessary for Walmart to establish the statements set forth in Section

V.F to the satisfaction of their tax advisors, their independent financial auditors, the Internal Revenue Service, or any other governmental authority, including as contemplated by Treasury Regulations Section 1.162-21(b)(3)(ii) and any subsequently proposed or finalized relevant regulations or administrative guidance.

2.      Without limiting the generality of Section XII.F.1, each Settling State and Participating Subdivision shall cooperate in good faith with Walmart with respect to any tax claim, dispute, investigation, audit, examination, contest, litigation, or other proceeding relating to this Agreement.

3.      The Designated State, on behalf of all Settling States and Participating Subdivisions, shall designate one of its officers or employees to act as the "appropriate official" within the meaning of Treasury Regulations Section 1.6050X-1(f)(1)(ii)(B) (the "*Appropriate Official*"). The Designated State shall direct and ensure that the Appropriate Official timely (a) files (i) at the time this Agreement becomes binding on the Parties, an IRS Form 1098-F in the form attached as Exhibit U with respect to Walmart and (ii) any legally required returns or amended returns with any applicable governmental authority, or any returns requested by Walmart, and (b) provides to Walmart a copy of (i) the IRS Form 1098-F filed with respect to Walmart and (ii) any legally required written statement pursuant to any applicable law and any other document referred to in clause (a)(ii) above. Any such form, return, or statement shall be prepared and filed in a manner fully consistent with Section V.F.

4.      Any return, amended return, or written statement filed or provided pursuant to Section XII.F.3, and any similar document, shall be prepared and filed in a manner consistent with reporting the Global Settlement Amount as the "Total amount to be paid" pursuant to this Agreement in Box 1 of IRS Form 1098-F and the Total Remediation Amount as "Restitution/remediation amount" in Box 2 of IRS Form 1098-F, as reflected in the attached Exhibit U. If the Designated State or Appropriate Official shall be required to file any return, amended return, or written statement contemplated by this Section XII.F other than an IRS Form 1098-F in the form attached as Exhibit U, the Designated State shall direct and ensure that the Appropriate Official provides to Walmart a draft of such return, amended return, or written statement no later than sixty (60) calendar days prior to the due date thereof, and shall accept any reasonable revisions from Walmart on the return, amended return, or written statement.

5.      For the avoidance of doubt, neither Walmart nor the Settling States and Participating Subdivisions make any warranty or representation to any Settling State, Participating Subdivision, or Releasor as to the tax consequences of the payment of the Total Remediation Amount (or any portion thereof).

G.      *No Third-Party Beneficiaries.* Except as expressly provided in this Agreement, no portion of this Agreement shall provide any rights to, or be enforceable by, any person or entity that is not a Settling State or Released Entity. No Settling State may assign or otherwise convey any right to enforce any provision of this Agreement.

H.     *Calculation*.  Any figure or percentage referred to in this Agreement shall be carried to seven decimal places.

I.     *Construction*.  None of the Parties and no Participating Subdivision shall be considered to be the drafter of this Agreement or of any of its provisions for the purpose of any statute, case law, or rule of interpretation or construction that would or might cause any provision to be construed against the drafter of this Agreement.  The headings of the provisions of this Agreement are not binding and are for reference only and do not affect the meaning of this Agreement.

J.     *Cooperation*.  Each Party and each Participating Subdivision agrees to use reasonable efforts and to cooperate with the other Parties and Participating Subdivisions to cause this Agreement and Consent Judgments to become effective, to obtain all necessary approvals, consents and authorizations, if any, and to execute all documents and to take such other action as may be appropriate in connection herewith.  Consistent with the foregoing, each Party and each Participating Subdivision agrees that it will not directly or indirectly assist or encourage any challenge to this Agreement or any Consent Judgment by any other person, and will support the integrity and enforcement of the terms of this Agreement and the Consent Judgments.

K.     *Entire Agreement*.  This Agreement, including its exhibits and any other attachments, embodies the entire agreement and understanding between and among the Parties and Participating Subdivisions relating to the subject matter hereof and supersedes (1) all prior agreements and understandings relating to such subject matter, whether written or oral and (2) all purportedly contemporaneous oral agreements and understandings relating to such subject matter.

L.     *Execution*.  This Agreement may be executed in counterparts and by different signatories on separate counterparts, each of which shall be deemed an original, but all of which shall together be one and the same Agreement.  One or more counterparts of this Agreement may be delivered by facsimile or electronic transmission with the intent that it or they shall constitute an original counterpart hereof.  One or more counterparts of this Agreement may be signed by electronic signature.

M.     *Good Faith and Voluntary Entry*.  Each Party warrants and represents that it negotiated the terms of this Agreement in good faith.  Each of the Parties and Participating Subdivisions warrants and represents that it freely and voluntarily entered into this Agreement without any degree of duress or compulsion.  The Parties and Participating Subdivisions state that no promise of any kind or nature whatsoever (other than the written terms of this Agreement) was made to them to induce them to enter into this Agreement.

N.     *Legal Obligations*.  Nothing in this Agreement shall relieve Walmart of the obligation to comply with all state and federal laws, regulations or rules, nor does any provision herein permit any acts or practices prohibited by such laws, regulations, or rules.  Except with respect to the Injunctive Relief Terms, in the event of a conflict between this Agreement and any requirement or requirements of federal, state, or local laws, such that Walmart cannot comply with this Agreement without violating such a requirement or requirements, Walmart shall document such conflicts and notify the Attorney(s) General of the relevant Settling State(s) that it intends to comply with the requirement or requirements to the extent necessary to eliminate the conflict.

With respect to the Injunctive Relief Terms, in the event of such a conflict, the procedures set forth in <u>Exhibit P at § I(4)(c)</u> of the Injunctive Relief Terms will be followed.

O.     *No Prevailing Party.*  The Parties and Participating Subdivisions each agree that they are not the prevailing party in this action, for purposes of any claim for fees, costs, or expenses as prevailing parties arising under common law or under the terms of any statute, because the Parties and Participating Subdivisions have reached a good faith settlement.  The Parties and Participating Subdivisions each further waive any right to challenge or contest the validity of this Agreement on any ground, including, without limitation, that any term is unconstitutional or is preempted by, or in conflict with, any current or future law.  Nothing in the previous sentence shall modify, or be construed to conflict with, <u>Section XII.N</u>.

P.     *Non-Admissibility*.  Neither this Agreement nor any act performed or document executed pursuant to or in furtherance of this Agreement: (i) is or may be deemed to be or may be used as an admission or evidence relating to any matter of fact or law alleged in the Actions, the strength or weakness of any Claim or defense or allegation made in those cases, or any wrongdoing, fault, or liability of any Released Entities; or (ii) is or may be deemed to be or may be used as an admission or evidence relating to any liability, fault or omission of Released Entities in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal. Neither this Agreement nor any act performed or document executed pursuant to or in furtherance of this Agreement shall be admissible in any proceeding for any purpose, except to enforce the terms of this Agreement, and except that Released Entities may file or use this Agreement in any action (1) involving a determination regarding insurance coverage; (2) involving a determination of the taxable income or tax liability of any Released Entities; (3) to support a defense or counterclaim based on principles of res judicata, collateral estoppel, release, good-faith settlement, judgment bar or reduction or on any other theory of claim preclusion or issue preclusion or similar defense or counterclaim; (4) to support a Claim for contribution and/or indemnification; or (5) to support any other argument or defense by a Released Entities that the Remediation Payment provides a measure of compensation for Alleged Harms or otherwise satisfy the relief sought.

Q.     *Notices.*  All notices or other communications under this Agreement shall be in writing (including, but not limited to, electronic communications) and shall be given to the recipients indicated below:

For the Attorney(s) General:

Josh Stein, Attorney General
North Carolina Department of Justice
Attn: Daniel Mosteller, Deputy General Counsel
PO Box 629
Raleigh, NC 27602
Dmosteller@ncdoj.gov

Dave Yost, Attorney General
Ohio Attorney's General Office
Attn: Jonathan Blanton, First Assistant Attorney General

30 East Broad Street
Columbus, OH 43215
Jonathan.Blanton@OhioAGO.gov

Letitia James, Attorney General
New York State Office of the Attorney General
Attn: Jennifer Levy, First Deputy Attorney General
28 Liberty Street
New York, NY 10005
Jennifer.Levy@ag.ny.gov

For the Plaintiffs' Executive Committee:

Paul T. Farrell, Jr.
Farrell & Fuller, LLP
270 Munoz Rivera Ave., Suite 201
San Juan, Puerto Rico 00918
paul@farrellfuller.com

Jayne Conroy
Simmons Hanly Conroy LLC
112 Madison Avenue, 7th Floor
New York, NY 10016-7416
JConroy@simmonsfirm.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com

For Walmart:

Karen Roberts
Executive Vice President and General Counsel
Walmart, Inc.
702 S.W. 8th Street
Bentonville, AR 72716
Karen.Roberts@walmartlegal.com

Notices to Walmart's attorneys shall be delivered to:

David W. Ogden
Charles C. Speth
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

51

David.Ogden@wilmerhale.com
Charles.Speth@wilmerhale.com

Brian K. Mahanna
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Brian.Mahanna@wilmerhale.com

Any Party or the Plaintiffs' Executive Committee may change or add the contact information of the persons designated to receive notice on its behalf by notice given (effective upon the giving of such notice) as provided in this <u>Section XII.Q</u>.

R. *No Waiver*. The waiver of any rights conferred hereunder shall be effective only if made by written instrument executed by the waiving Party or Parties. The waiver by any Party of any breach of this Agreement shall not be deemed to be or construed as a waiver of any other breach, whether prior, subsequent, or contemporaneous, nor shall such waiver be deemed to be or construed as a waiver by any other Party.

S. *Severability*. In the event any one or more immaterial provisions of this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision of this Agreement.

T. *Preservation of Privilege*. Nothing contained in this Agreement or any Consent Judgment, and no act required to be performed pursuant to this Agreement or any Consent Judgment, is intended to constitute, cause, or effect any waiver (in whole or in part) of any attorney-client privilege, work product protection, or common interest/joint defense privilege, and each Party and Participating Subdivision agrees that it shall not make or cause to be made in any forum any assertion to the contrary.

U. *Successors*.

1. This Agreement shall be binding upon, and inure to the benefit of, Walmart and its respective successors and assigns.

2. Walmart shall not sell the majority of its voting stock or substantially all its assets without obtaining the acquiror's agreement that it will constitute a successor with respect to Walmart's obligations under this Agreement.

3. Walmart shall not in one (1) transaction, or a series of related transactions, sell, or transfer assets (other than sales or transfers of inventories, or sales or transfers to an entity owed directly or indirectly by Walmart) having a fair market value equal to twenty-five percent (25%) or more of the consolidated assets of Walmart where the sale or transfer transaction is announced after the Effective Date, is not for fair consideration, and would foreseeably and unreasonably jeopardize Walmart's ability to make the payments under this Agreement that are due on or before the third Payment Date following the close

of a sale or transfer transaction. The above restriction shall not apply if Walmart obtains the acquiror's agreement that it will be either a guarantor of or successor to the percentage of Walmart's remaining payment obligations under this Agreement equal to the percentage of Walmart's consolidated assets being sold or transferred in such transaction. Percentages under this section shall be determined in accordance with the United States generally accepted accounting principles and as of the date of Walmart's most recent publicly filed consolidated balance sheet prior to the date of entry into the sale or transfer agreement at issue. This <u>Section XII.U.3</u> shall be enforceable solely by the Enforcement Committee, and any objection under this <u>Section XII.U.3</u> not raised within twenty (20) calendar days from the date that Walmart transmits notice of the transaction to the Enforcement Committee is waived. Any dispute under this <u>Section XII.U.3</u> shall be a National Dispute as described in <u>Section VI.F.3</u> and must be raised exclusively with the National Arbitration Panel as described therein within twenty (20) calendar days of the announcement, and the sole remedy shall be an order enjoining the transaction.

4. The restrictions set forth in <u>Sections XII.U.2-3</u> shall expire sixty (60) days after Walmart satisfies the payment terms in <u>Section IV.B.</u>

V. *Waiver*. Walmart, for good and valuable consideration the receipt of which is acknowledged, hereby (a) waives, foregoes and relinquishes all rights to utilize and/or seek relief under any of the following laws of the State of Texas for the restructuring of its debts or liabilities related to Released Claims, Claims that would have been Released Claims if they had been brought by a Releasor against a Released Entity before the Effective Date, or this Agreement: Tex. Bus. Orgs. Code § 10.003 (Contents of Plan of Merger: More Than One Successor) or any other statute of Subchapter A of Chapter 10 of Tex. Bus. Orgs. Code to the extent such statute relates to multi-successor mergers (and/or any other similar laws or statutes in any other state or territory); Tex. Bus. Orgs. Code §§ 11.01–11.414 (Winding Up and Termination of Domestic Entity); or Tex. Bus. & Com. Code §§ 23.01–23.33 (Assignments for the Benefit of Creditors) (collectively, the "Texas Statutes"), and (b) agrees, warrants and represents that it will not file, request or petition for relief under the Texas Statutes related to its debts or liabilities related to Released Claims, Claims that would have been Released Claims if they had been brought by a Releasor against a Released Entity before the Effective Date, or this Agreement, in each case until ninety (90) days after Walmart satisfies the payment terms in <u>Section IV.B.</u>  The foregoing waiver and relinquishment includes, without limitation, until ninety (90) days after Walmart satisfies the payment terms in <u>Section IV.B</u>, Walmart's rights to execute a divisional merger or equivalent transaction or restructuring related to its debts or liabilities related to Released Claims, Claims that would have been Released Claims if they had been brought by a Releasor against a Released Entity before the Effective Date, or this Agreement that in each case has the intent or foreseeable effect of (i) separating material assets from material liabilities and (ii) assigning or allocating all or a substantial portion of those liabilities to any subsidiary or affiliate that files for relief under chapter 11 of the Bankruptcy Code, or pursuant to which such subsidiary or affiliate that files for relief under chapter 11 of the Bankruptcy Code would be assuming or retaining all or a substantial portion of those liabilities.

W. *Modification, Amendment, Alteration.*  In the event the Plaintiffs' Executive Committee, the Executive Committee of the State Attorneys General, or Walmart concludes prior to December 1, 2022 that technical corrections are required to this Agreement, the Plaintiffs' Executive Committee, the Executive Committee of the State Attorneys General, and Walmart shall

meet and confer and make such amendments as they agree are appropriate. Except as otherwise provided in this Agreement, after the State Participation Date, any modification, amendment, or alteration of this Agreement by the Parties shall be binding only if evidenced in writing signed by Walmart, along with the signatures of at least two-thirds of the Settling States along with a representation from each such Settling State that either: (1) the Advisory Committee or similar entity established or recognized by that Settling State (either pursuant to Section V.E.2.d, by a State-Subdivision Agreement, or by statute) voted in favor of the modification, amendment or alteration of this Agreement including at least one member appointed by the Participating Subdivisions; or (2) in States without any Advisory Committee, that 50.1% (by population) of the Participating Subdivisions expressed approval of the modification, amendment, or alteration of this Agreement in a writing.

X.  *Termination.*

1.  Unless otherwise agreed to by Walmart and the Settling State in question, this Agreement or the Consent Judgment as to that Settling State and all of its terms (except Section XII.P and any other non-admissibility provisions, which shall continue in full force and effect) shall be canceled and terminated with respect to the Settling State, and the Agreement and all orders issued by the courts in the Settling State pursuant to the Agreement shall become null and void and of no effect, only if one or more of the following conditions applies:

a.  a Consent Judgment approving this Agreement without modification of any of the Agreement's terms has not been entered as to the Settling State by a court of competent jurisdiction on or before one hundred eighty (180) days after the Effective Date; or

b.  this Agreement has been disapproved by a court of competent jurisdiction to which it was presented for approval and/or entry (or, in the event of an appeal from or review of a decision of such a court to approve this Agreement and the Consent Judgment, by the court hearing such appeal or conducting such review), and the time to appeal from such disapproval has expired, or, in the event of an appeal from such disapproval, the appeal has been dismissed or the disapproval has been affirmed by the court of last resort to which such appeal has been taken and such dismissal or disapproval has become no longer subject to further appeal (including, without limitation, review by the United States Supreme Court).

2.  If this Agreement is terminated with respect to a Settling State for whatever reason pursuant to Section XII.X.1, then:

a.  an applicable statute of limitation or any similar time requirement (excluding any statute of repose) shall be tolled from the date the Settling State signed this Agreement until the later of the time permitted by applicable law or for one year from the date of such termination, with the effect that Walmart and the Settling State in question shall be in the same position with respect to the statute of limitation as they were at the time the Settling State filed its action; and

b.      Walmart and the Settling State in question shall jointly move the relevant court of competent jurisdiction for an order reinstating the actions and claims dismissed pursuant to the terms of this Agreement governing dismissal, with the effect that Walmart and the Settling State in question shall be in the same position with respect to those actions and claims as they were at the time the action or claim was stayed or dismissed.

3.      Unless Walmart and the Enforcement Committee agree otherwise, this Agreement, with the exception of the Injunctive Relief Terms that have their own provisions on duration, shall terminate as to all Parties after the Payout Amount in Payment Year 6 is paid, *provided* that Walmart has performed its payment obligations under the Agreement as of that date.  Notwithstanding any other provision in this Section XII.X.3 or in this Agreement, all releases under this Agreement will remain effective in perpetuity.

Y.      *Governing Law.*  Except (1) as otherwise provided in this Agreement or (2) as necessary, in the sole judgment of the National Arbitration Panel, to promote uniformity of interpretation for matters within the scope of the National Arbitration Panel's authority, this Agreement shall be governed by and interpreted in accordance with the respective laws of each Settling State, without regard to the conflict of law rules of such Settling State, that is seeking to enforce the Agreement against Walmart or against which Walmart is seeking enforcement. Notwithstanding any other provision in this subsection on governing law, any disputes relating to the Settlement Fund Escrow shall be governed by and interpreted in accordance with the law of the state where the escrow agent has its primary place of business.

## **EXHIBIT A**

## **Alleged Harms**

The following expert reports that were filed in connection with the case captioned *In re: National Prescription Opiate Litigation*, No. 1: 17-md-2804 (N.D. Ohio) provide non-exclusive examples of Alleged Harms:

1. Expert report of G. Caleb Alexander, dated April 16, 2021.

2. Expert report of David Cutler, dated April 16, 2021; supplemental expert report of David Cutler, dated April 21, 2021; and second supplemental expert report of David Cutler, dated May 10, 2021.

3. Expert report of David Herzberg, dated April 16, 2021.

4. Expert report of Katherine M. Keyes, Ph.D., dated April 16, 2021; supplemental expert report of Katherine M. Keyes, Ph.D, dated June 2, 2021.

5. Expert report of Dr. Anna Lembke, dated April 16, 2021.

6. Expert report of Harvey Rosen, dated April 16, 2021.

7. Expert report of Nancy Young, dated April 16, 2021.

## EXHIBIT B

### Enforcement Committee Organization Bylaws

### ARTICLE I

These bylaws constitute the code of rules adopted by the Settling States and Participating Subdivisions for the creation of an Enforcement Committee (the "Committee") to exist and operate during the term of the Agreement in connection with Walmart and shall control the regulation and management of the Committee's affairs.

### ARTICLE II
### Purpose

The Committee is organized for the sole purpose of evaluating and taking such action as deemed reasonable, necessary, and appropriate by the members of the Committee on the matters delegated to the Committee under that certain Settlement Agreement between the Settling States and Walmart dated November 14, 2022.

### ARTICLE III
### Members of the Committee

**(1)  Number of Members**
The Committee will consist of thirteen (13) members (the "Members").  Upon majority resolution of the Committee, the number of Members may be increased or decreased from time to time, but in no event shall a decrease have the effect of decreasing the total number of Members to less than seven Members.

**(2)  Initial Members**
The Committee initially will consist of eight (8) Settling State Members and five (5) Participating Subdivision Members; at least two (2) of the Participating Subdivisions shall be counties and threat least two (2) shall be municipalities.  The initial Settling State Members are representatives from: [●].  The initial Participating Subdivision Members are: [●].  Until fifteen (15) months from the Effective Date contained in the Settlement Agreement, the Participating Subdivisions may designate their outside counsel to serve as their representative.  After fifteen (15) months from the Effective Date, an employee or official of the Participating Subdivision must be the designated as the representative of the Participating Subdivision.

**(3)  Term of Members**
The term of office for Members of the Committee will be until the end of the term of the Settlement Agreement unless and until a Member withdraws or resigns from the Committee.

**(4)  Resignation**
Any Member may resign at any time by delivering written notice to the Chairperson of the Committee.  Such resignation shall take effect upon receipt or, if later, at the time specified in the notice.

**(5)**   **Removal**
(a) Any Member may be removed without cause, at any time, by a majority of the entire Committee, at a Regular or Special Meeting called for that purpose.  Any Member under consideration of removal must first be notified about the consideration by written notice at least five days prior to the meeting at which the vote takes place.

(b) In the event that any Member is not a Settling State or a Participating Subdivision or the Member subsequently becomes a Later Litigating Subdivision, the Member shall be removed immediately without notice or vote of the Committee.

**(6)**   **Vacancies**
In the event of a vacancy, the Members of the same type (Settling State or Participating Subdivision) shall select another Settling State or Participating Subdivision to fill that Member's position.

**(7)**   **Compensation**
Members shall not receive any salaries or other compensation for their services, but, by resolution of the Committee, may be reimbursed for any actual expenses incurred in the performance of their duties for the Committee, as long as a majority of disinterested Members approve the reimbursement.  Any reimbursement shall be sought from the Settlement Fund Administrator.

## ARTICLE IV
### Conflicts of Interest and Code of Ethics

If a Member, agent, or employee of the Committee has a conflict of interest, he or she may not participate in a vote, discussion, or decision about the matter.  Each Member shall follow any applicable state or local law with respect to conflicts, gifts, and ethics.

## ARTICLE V
### Committee Meetings

**(1)**   **Place of Meetings**
Meetings of the Committee will be held at any place that the Chairperson may designate, including by telephonic or electronic means.

**(2)**   **Regular Meetings**
Regular meetings of the Committee shall be held as deemed necessary by the Chairperson or any three members.

**(3)**   **Notice of Meetings**
Written notice of the date, time, place and subject of each meeting must be provided to the Members at least 72 hours before the scheduled time of the meeting, except when there is an emergency or urgent public necessity.

**(4)**   **Quorum**
A majority of the incumbent Members (not counting vacancies) shall constitute a quorum for the purposes of convening a meeting or conducting business.

**(5)    Voting and Proxy**

When it is necessary to vote on any matter before the Committee, Members may vote by electronic means as provided in these Bylaws.  Proxy voting is permitted.  In order for a matter to pass, the matter must have a majority vote of Members present and must have at least one vote from a Settling State Member and a Participating Subdivision Member.  In the event that there is a Quorum, but no Settling State or Participating Subdivision Member is present, then a matter may pass with a simple majority vote.

**(6)    Minutes**

The Committee shall prepare and keep minutes.  The minutes must state the subject of each deliberation and indicate each vote, order, decision, or other action taken.

## ARTICLE VI
## Officers

**(1)    Roster of Officers**

The Committee shall have a Chairperson, a Vice Chairperson, and a Secretary.  The Committee may have at its discretion, such other officers as may be appointed by the Members of the Committee.  One person may hold two or more offices, except those serving as Chairperson.

**(2)    Election and Removal of Officers**

All officers shall serve two-year terms.  The election shall be conducted at the first meeting of the fiscal year.  Officers shall remain in office until their successors have been selected. Officers may serve consecutive terms without limit.  The election of officers shall be by majority vote of the Members of the Committee attending the meeting.

**(3)    Vacancies**

If a vacancy occurs during the term of office for any elected officer, the Members of the Committee shall elect a new officer to fill the remainder of the term as soon as practical, by majority vote of Members present.

**(4)    Chairperson**

The Chairperson will supervise and control the affairs of the Committee and shall exercise such supervisory powers as may be given him/her by the Members of the Committee.  The Chairperson will perform all duties incident to such office and such other duties as may be provided in these bylaws or as may be prescribed from time to time by the Committee.  The Chairperson shall preside at all meetings and shall exercise parliamentary control in accordance with Robert's Rules of Order.

**(5)    Vice Chairperson**

The Vice Chairperson shall act in place of the Chairperson in the event of the Chairperson's absence, inability, or refusal to act, and shall exercise and discharge such other duties as may be required by the Committee.  The Vice Chairperson shall serve as the parliamentarian and interpret any ambiguities of the bylaws.

B-3

**(6)**     **Secretary**
The Secretary will keep and maintain all records related to the Committee and take minutes of all meetings.

**(7)**     **Records**
All elected officers and committee chairpersons shall relinquish their records to the Chairperson immediately upon the completion of their term of office or completion of a project.

**(8)**     **Resignation**
An officer may resign the office while not resigning membership from the Committee, by submitting a letter to the Chairperson.  Vacancies occurring in any office shall be appointed for the remainder of the term.

## ARTICLE VII
### Duties

**(1)**     **Prior to the Effective Date**
The Committee shall be responsible for any additional negotiations with Walmart, including, but not limited to, negotiating extensions of any periods created by the Settlement Agreement, except that any additional negotiations related to the Injunctive Relief Terms (Exhibit P) shall be handled by the States Injunctive Relief Committee in accordance with the terms of Exhibit P.

**(2)**     **After the Effective Date**
The Committee shall establish procedures for the receipt of notices that a dispute exists concerning the Agreement and review of such disputes, pursuant to Section [●] of the Agreement.  Members may engage with Walmart, Settling States, and Participating Subdivisions attempting to resolve any dispute without further action by the Committee. The Committee may request additional information from Walmart, Settling States, and Participating Subdivisions to the extent the Committee believes such information is necessary to understand, resolve, or provide advice related to a dispute.  The Committee shall endeavor to provide advice relative to the dispute no later than 60 days after receipt of notice.

## ARTICLE VIII
### Rules of Procedure

The proceedings and business of the Committee shall be governed by Robert's Rules of Order unless otherwise waived by the Committee.

## ARTICLE IX
### Operations

**(1)**     **Records**
The Committee will keep correct and complete records and will also keep minutes of the proceedings of the Committee meetings and Committees.  The Committee will keep such records at its principal place of business at a place designated by the Chairperson.

B-4

All elected officers and committee chairpersons shall relinquish their records to the Chairperson, immediately upon the completion of their term of office.

**(2)**     **Inspection of Books and Records**
The minutes of a meeting are public records and shall be available for public inspection and copying on request to the Committee's Chairperson or the Chairperson's designee.

**(3)**     **Amendments**
The bylaws may be amended at any time by a vote of a majority of Members present and must have at least one vote from a Settling State Member and a Participating Subdivision Member.  In the event that there is a Quorum, but no Settling State or Participating Subdivision Member is present, then a matter may pass with a simple majority vote.

B-5

## EXHIBIT C

### Litigating Subdivisions Exhibit

1. Alabaster, City of, Alabama
2. Albertville, City of, Alabama
3. Arab, City of, Alabama
4. Ashville, City of, Alabama
5. Athens, City of, Alabama
6. Attalla, City of, Alabama
7. Auburn, City of, Alabama
8. Baldwin, County of, Alabama
9. Bay Minette, City of, Alabama
10. Berry, Town of, Alabama
11. Bessemer, City of, Alabama
12. Bibb, County of, Alabama
13. Birmingham, City of, Alabama
14. Boaz, City of, Alabama
15. Brewton, City of, Alabama
16. Bridgeport, City of, Alabama
17. Brookwood, Town of, Alabama
18. Butler, Town of, Alabama
19. Calera, City of, Alabama
20. Calhoun, County of, Alabama
21. Camp Hill, Town of, Alabama
22. Carbon Hill, City of, Alabama
23. Cedar Bluff, Town of, Alabama
24. Centre, City of, Alabama
25. Centreville, City of, Alabama
26. Cherokee, County of, Alabama
27. Cherokee, Town of, Alabama
28. Childersburg, City of, Alabama
29. Chilton, County of, Alabama
30. Clanton, City of, Alabama
31. Coffee, County of, Alabama
32. Columbiana, City of, Alabama
33. Cordova, City of, Alabama
34. Cullman, City of, Alabama
35. Cullman, County of, Alabama
36. Dadeville, City of, Alabama
37. Dallas, County of, Alabama
38. Daphne, City of, Alabama
39. Decatur, City of, Alabama
40. Demopolis, City of, Alabama
41. Dora, City of, Alabama
42. Double Springs, Town of, Alabama
43. Douglas, Town of, Alabama
44. East Brewton, City of, Alabama
45. Elmore, County of, Alabama
46. Enterprise, City of, Alabama
47. Fairhope, City of, Alabama
48. Fayette, City of, Alabama
49. Fayette, County of, Alabama/ Fayette, (Sheriff of) County of, Alabama
50. Florence, City of, Alabama
51. Foley, City of, Alabama
52. Fort Deposit, Town of, Alabama
53. Fort Payne, City of, Alabama
54. Fultondale, City of, Alabama
55. Gadsden, City of, Alabama
56. Geraldine, Town of, Alabama
57. Gilbertown, Town of, Alabama
58. Grant, Town of, Alabama
59. Graysville, City of, Alabama
60. Guin, City of, Alabama
61. Gulf Shores, City of, Alabama
62. Guntersville, City of, Alabama
63. Haleyville, City of, Alabama
64. Hamilton, City of, Alabama
65. Hartselle, City of, Alabama
66. Helena, City of, Alabama
67. Henagar, City of, Alabama
68. Homewood, City of, Alabama
69. Hueytown, City of, Alabama
70. Huntsville, City of, Alabama
71. Irondale, City of, Alabama
72. Jackson, County of, Alabama
73. Jacksonville, City of, Alabama
74. Jasper, City of, Alabama
75. Jefferson, County of, Alabama/ Jefferson, (Sheriff of) County of, Alabama
76. Jefferson County Board of Health, Alabama
77. Lamar, County of, Alabama/ Lamar, (Sheriff of) County of, Alabama
78. Lauderdale, County of, Alabama
79. Lawrence, County of, Alabama
80. Leesburg, City of, Alabama

81. Lincoln, City of, Alabama
82. Loxley, Town of, Alabama
83. Madison, County of, Alabama
84. Marengo, County of, Alabama
85. Marion, County of, Alabama
86. Marshall, County of, Alabama
87. Millbrook, City of, Alabama
88. Mobile, City of, Alabama
89. Mobile, County of, Alabama
90. Moody, City of, Alabama
91. Morgan, County of, Alabama
92. Moulton, City of, Alabama
93. Mountain Brook, City of, Alabama
94. Munford, Town of, Alabama
95. Nauvoo, Town of, Alabama
96. New Hope, City of, Alabama
97. Northport, City of, Alabama
98. Oakman, City of, Alabama
99. Oakman, Town of, Alabama
100. Opelika, City of, Alabama
101. Opp, City of, Alabama
102. Ozark, City of, Alabama
103. Parrish, City of, Alabama
104. Pelham, City of, Alabama
105. Phenix City, City of, Alabama
106. Pickens, County of, Alabama
107. Piedmont, City of, Alabama
108. Pike, County of, Alabama
109. Pleasant Grove, City of, Alabama
110. Prichard, City of, Alabama
111. Ragland, Town of, Alabama
112. Rainbow City, City of, Alabama
113. Randolph, County of, Alabama
114. Roanoke, City of, Alabama
115. Robertsdale, City of, Alabama
116. Saraland, City of, Alabama
117. Scottsboro, City of, Alabama
118. Selma, City of, Alabama
119. Semmes, City of, Alabama
120. Sipsey, Town of, Alabama
121. Slocomb, City of, Alabama
122. Spanish Fort, City of, Alabama
123. Springville, City of, Alabama
124. Sumiton, City of, Alabama
125. Summerdale, Town of, Alabama
126. Sylacauga, City of, Alabama
127. Talladega, County of, Alabama
128. Tallapoosa, County of, Alabama
129. Thomasville, City of, Alabama
130. Troy, City of, Alabama
131. Trussville, City of, Alabama
132. Tuscaloosa, County of, Alabama
133. Vernon, City of, Alabama
134. Vestavia Hills, City of, Alabama
135. Walker, County of, Alabama
136. West Blocton, Town of, Alabama
137. Wetumpka, City of, Alabama
138. Winfield, City of, Alabama
139. Winston, County of, Alabama
140. Woodville, Town of, Alabama
141. Arizona Municipal Risk Retention Pool, Arizona
142. Conchise, County of, Arizona
143. Kingman, City of, Arizona
144. Maricopa, County of, Arizona
145. Mohave, County of, Arizona
146. Phoenix, City of, Arizona
147. Pinal, County of, Arizona
148. Prescott, City of, Arizona
149. Yuma, County of, Arizona
150. Jefferson, County of, Arkansas
151. Pulaski, County of, Arkansas
152. Amador, County of, California
153. Board of Education of the Pleasant Valley School District, California
154. Butte, County of, California
155. Calaveras, County of, California
156. Chico, City of, California
157. Chula Vista, City of, California
158. Clearlake, City of, California
159. Del Norte, County of, California
160. El Dorado, County of, California
161. Fresno, County of, California
162. Huntington Beach, City of, California
163. Imperial, County of, California
164. Inyo, County of, California
165. Laguna Beach, City of, California
166. Lakeport, City of, California
167. Lassen, County of, California
168. Lassen County Office of Education, California

C-2

169. Madera, County of, California
170. Mariposa, County of, California
171. Mendocino, County of, California
172. Merced, County of, California
173. Modoc, County of, California
174. Mono, County of, California
175. Monterey, County of, California
176. Nevada, County of, California
177. Placer, County of, California
178. Plumas, County of, California
179. Riverside, County of, California
180. Sacramento, County of, California
181. San Bernardino, County of, California
182. San Diego, County of, California
183. San Jose, City of, California
184. San Leandro Unified School District, California
185. San Luis Obispo, County of, California
186. Santa Clara, County of, California/ Santa Clara, (District Attorney of) County of, California
187. Shasta, County of, California
188. Siskiyou, County of, California
189. Susanville Elementary School District, California
190. Sutter, County of, California
191. Tehama, County of, California
192. Trinity, County of, California
193. Tulare, County of, California
194. Tuolumne, County of, California
195. Yolo, County of, California
196. Yuba, County of, California
197. Alamosa, City of/ Town of, Colorado
198. Alamosa, County of, Colorado
199. Brighton, City of, Colorado
200. Chaffee, County of, Colorado
201. Conejos, County of, Colorado
202. Federal Heights, City of, Colorado
203. Greeley, City of, Colorado
204. Lakewood, City of, Colorado
205. Las Animas, County of, Colorado
206. Mesa, County of, Colorado
207. Otero, County of, Colorado
208. Pueblo, County of, Colorado
209. Sheridan, City of, Colorado
210. Thornton, City of, Colorado
211. Beacon Falls, Town of, Connecticut
212. Berlin, Town of, Connecticut
213. Bethlehem, Town of, Connecticut
214. Bridgeport, City of, Connecticut
215. Bristol, City of, Connecticut
216. Coventry, Town of, Connecticut
217. East Hartford, Town of, Connecticut
218. Enfield, Town of, Connecticut
219. Fairfield, Town of, Connecticut
220. Middlebury, Town of, Connecticut
221. Middletown, City of, Connecticut
222. Milford, City of, Connecticut
223. Monroe, City of, Connecticut
224. Naugatuck, Borough of, Connecticut
225. New Milford, Town of, Connecticut
226. Newtown, Town of, Connecticut
227. North Haven, Town of, Connecticut
228. Norwich, City of, Connecticut
229. Oxford, Town of, Connecticut
230. Prospect, Town of, Connecticut
231. Roxbury, Town of, Connecticut
232. Seymour, Town of, Connecticut
233. Sheldon, City of, Connecticut
234. Southbury, Town of, Connecticut
235. Southington, Town of, Connecticut
236. Stratford, Town of, Connecticut
237. Thomaston, Town of, Connecticut
238. Tolland, Town of, Connecticut
239. Torrington, City of, Connecticut
240. Waterbury, City of, Connecticut
241. West Haven, City of, Connecticut
242. Wethersfield, Town of, Connecticut
243. Windham, Town of, Connecticut
244. Wolcott, Town of, Connecticut
245. Woodbury, Town of, Connecticut
246. Sussex, County of, Delaware
247. Alachua, County of, Florida
248. Apopka, City of, Florida
249. Bay, County of, Florida
250. Bradenton, City of, Florida
251. Bradford, County of, Florida
252. Brevard, County of, Florida
253. Broward, County of, Florida

254. Clay, County of, Florida
255. Clearwater, City of, Florida
256. Coconut Creek, City of, Florida
257. Coral Springs, City of, Florida
258. Daytona Beach, City of, Florida
259. Daytona Beach Shores, City of, Florida
260. Deerfield Beach, City of, Florida
261. Deltona, City of, Florida
262. Dixie, County of, Florida
263. Eatonville, Town of, Florida
264. Escambia, County of, Florida
265. Florida City, City of, Florida
266. Fort Lauderdale, City of, Florida
267. Fort Pierce, City of, Florida
268. Gilchrist, County of, Florida
269. Hallandale Beach, City of, Florida
270. Hamilton, County of, Florida
271. Homestead, City of, Florida
272. Jackson, County of, Florida
273. Lake, County of, Florida
274. Lauderhill, City of, Florida
275. Lee, County of, Florida
276. Leon, County of, Florida
277. Levy, County of, Florida
278. Lynn Haven, City of, Florida
279. Manatee, County of, Florida
280. Marion, County of, Florida
281. Miami Gardens, City of, Florida
282. Miami-Dade, County of, Florida
283. Miami-Dade County School Board, Florida
284. Miramar, City of, Florida
285. Monroe, County of, Florida
286. New Port Richey, City of, Florida
287. Niceville, City of, Florida
288. North Miami, City of, Florida
289. Ocala, City of, Florida
290. Ocoee, City of, Florida
291. Okaloosa, County of, Florida
292. Orange, County of, Florida
293. Orlando, City of, Florida
294. Ormond Beach, City of, Florida
295. Osceola, County of, Florida
296. Oviedo, City of, Florida
297. Palatka, City of, Florida
298. Palm Bay, City of, Florida
299. Palm Beach, County of, Florida
300. Palmetto, City of, Florida
301. Panama City, City of, Florida
302. Pasco, County of, Florida
303. Pembroke Pines, City of, Florida
304. Pensacola, City of, Florida
305. Pinellas, County of, Florida
306. Pinellas Park, City of, Florida
307. Pompano Beach, City of, Florida
308. Port St. Lucie, City of, Florida
309. Putnam, County of, Florida
310. Putnam County School Board, Florida
311. Sanford, City of, Florida
312. Santa Rosa, County of, Florida
313. Sarasota, City of, Florida
314. Seminole, County of, Florida
315. St. Augustine, City of, Florida
316. St. Johns, County of, Florida
317. St. Lucie, County of, Florida
318. St. Petersburg, City of, Florida
319. Suwannee, County of, Florida
320. Sweetwater, City of, Florida
321. Tallahassee, City of, Florida
322. Taylor, County of, Florida
323. Union, County of, Florida
324. Volusia, County of, Florida
325. Walton, County of, Florida
326. Albany, City of, Georgia
327. Appling, County of, Georgia/ Appling, (Sheriff of) County of, Georgia
328. Athens-Clarke County, Unified Government of, Georgia
329. Atlanta, City of, Georgia
330. Augusta, City of, Georgia
331. Bainbridge, City of, Georgia
332. Baldwin, County of, Georgia/ Baldwin, (Sheriff of) County of, Georgia
333. Banks, County of, Georgia
334. Bartow, County of, Georgia
335. Ben Hill, County of, Georgia
336. Bibb, County of, Georgia/ Bibb, (Sheriff of) County of, Georgia

C-4

337. Brantley, County of, Georgia
338. Bulloch, County of, Georgia
339. Burke, County of, Georgia
340. Butts, County of, Georgia
341. Camden, County of, Georgia
342. Candler, County of, Georgia
343. Carroll, County of, Georgia
344. Catoosa, County of, Georgia
345. Charlton, County of, Georgia
346. Cherokee, County of, Georgia
347. Clay, County of, Georgia
348. Clayton, County of, Georgia
349. Clinch, County of, Georgia
350. Cobb, County of, Georgia
351. Coffee, County of, Georgia/ Coffee, (Sheriff of) County of, Georgia
352. Columbia, County of, Georgia
353. Columbus, City of, Georgia
354. Cook, County of, Georgia
355. Crisp, County of, Georgia/ Crisp, (Sheriff of) County of, Georgia
356. Dade, County of, Georgia
357. Dawson, County of, Georgia
358. Decatur, County of, Georgia
359. DeKalb, County of, Georgia
360. Dooly, County of, Georgia
361. Dougherty, County of, Georgia
362. Early, County of, Georgia
363. Effingham, County of, Georgia
364. Elbert, County of, Georgia
365. Emanuel, County of, Georgia
366. Evans, County of, Georgia
367. Fayette, County of, Georgia
368. Fitzgerald, City of, Georgia
369. Forsyth, County of, Georgia
370. Fulton, County of, Georgia
371. Gainesville, City of, Georgia
372. Glascock, County of, Georgia
373. Glynn, County of, Georgia/ Glynn, (Sheriff of) County of, Georgia
374. Grady, County of, Georgia
375. Greene, County of, Georgia
376. Gwinnett, County of, Georgia
377. Habersham, County of, Georgia
378. Hall, County of, Georgia
379. Hancock, County of, Georgia

380. Henry, County of, Georgia
381. Houston, County of, Georgia/ Houston, (Sheriff of) County of, Georgia
382. Irwin, County of, Georgia
383. Jackson, County of, Georgia
384. Jasper, County of, Georgia
385. Jeff Davis, County of, Georgia/ Jeff Davis, (Sheriff of) County of, Georgia
386. Jefferson, County of, Georgia
387. Johnson, County of, Georgia
388. Jones, County of, Georgia
389. Laurens, County of, Georgia
390. Lee, County of, Georgia
391. Liberty, County of, Georgia
392. Lincoln, County of, Georgia
393. Long, County of, Georgia
394. Lowndes, County of, Georgia
395. Lumpkin, County of, Georgia
396. Macon-Bibb County, Consolidated Government of, Georgia
397. Madison, County of, Georgia
398. McDuffie, County of, Georgia
399. McIntosh, County of, Georgia
400. Milledgeville, City of, Georgia
401. Monroe, County of, Georgia
402. Montgomery, County of, Georgia
403. Newton, County of, Georgia
404. Oconee, County of, Georgia
405. Oglethorpe, County of, Georgia
406. Pike, County of, Georgia
407. Polk, County of, Georgia
408. Pulaski, County of, Georgia
409. Rabun, County of, Georgia
410. Randolph, County of, Georgia
411. Rockdale, County of, Georgia
412. Rome, City of, Georgia
413. Savannah, City of, Georgia
414. Screven, County of, Georgia
415. Seminole, County of, Georgia
416. Spalding, County of, Georgia
417. Springfield, City of, Georgia
418. Stephens, County of, Georgia
419. Sumter, County of, Georgia
420. Taliaferro, County of, Georgia

421. Tattnall, County of, Georgia
422. Tift, County of, Georgia/ Tift, (Sheriff of) County of, Georgia
423. Tifton, City of, Georgia
424. Toombs, County of, Georgia
425. Towns, County of, Georgia
426. Troup, County of, Georgia
427. Twiggs, County of, Georgia
428. Union, County of, Georgia
429. Walton, County of, Georgia
430. Ware, County of, Georgia/ Ware, (Sheriff of) County of, Georgia
431. Warren, County of, Georgia
432. Washington, County of, Georgia
433. Wayne, County of, Georgia/ Wayne, (Sheriff of) County of, Georgia
434. Wilkes, County of, Georgia
435. Worth, County of, Georgia
436. Kaua'i, County of, Hawaii
437. Ada, County of, Idaho
438. Adams, County of, Idaho
439. Bingham, County of, Idaho
440. Blaine, County of, Idaho
441. Boise, County of, Idaho
442. Bonneville, County of, Idaho
443. Camas, County of, Idaho
444. Canyon, County of, Idaho
445. Caribou, County of, Idaho
446. Cassia, County of, Idaho
447. Elmore, County of, Idaho
448. Gooding, County of, Idaho
449. Latah, County of, Idaho
450. Minidoka, County of, Idaho
451. Owyhee, County of, Idaho
452. Payette, County of, Idaho
453. Board of Education of East Aurora, School District 131, Illinois
454. Board of Education of Joliet Township High School, District 204, Illinois
455. Board of Education of Thornton Fractional Township High Schools, District 215, Illinois
456. Board of Education of Thornton Township High Schools, District 205, Illinois
457. Boone, County of, Illinois
458. Bureau, County of, Illinois
459. Calhoun, County of, Illinois
460. Champaign, County of, Illinois
461. Chicago, City of, Illinois
462. Chicago School District No. 299, Illinois
463. Christian, County of, Illinois
464. Coles, County of, Illinois
465. Cook, County of, Illinois
466. Dekalb, County of, Illinois
467. DuPage, County of, Illinois
468. Effingham, County of, Illinois
469. Franklin, County of, Illinois
470. Harrisburg, City of, Illinois
471. Henry, County of, Illinois
472. Herrin, City of, Illinois
473. Jefferson, County of, Illinois
474. Jersey, County of, Illinois
475. Johnson, County of, Illinois
476. Kane, County of, Illinois
477. Kankakee, County of, Illinois
478. Kendall, County of, Illinois
479. Lawrence, County of, Illinois
480. Lee, County of, Illinois
481. Livingston, County of, Illinois
482. Logan, County of, Illinois
483. Macon, County of, Illinois
484. Macoupin, County of, Illinois
485. Marion, City of, Illinois
486. Marion, County of, Illinois
487. McHenry, County of, Illinois
488. Piatt, County of, Illinois
489. Princeton, City of, Illinois
490. Putnam, County of, Illinois
491. Rock Island, County of, Illinois
492. Rockford, City of, Illinois
493. Saline, County of, Illinois
494. Sangamon, County of, Illinois
495. Schuyler, County of, Illinois
496. Shelby, County of, Illinois
497. Stephenson, County of, Illinois
498. Union, County of, Illinois
499. West Frankfort, City of, Illinois
500. White, County of, Illinois
501. Will, County of, Illinois

502. Winnebago, County of, Illinois
503. Alexandria, City of, Indiana
504. Allen, County of, Indiana
505. Atlanta, Town of, Indiana
506. Beech Grove, City of, Indiana
507. Benton, County of, Indiana
508. Bloomington, City of, Indiana
509. Brownstown, Town of, Indiana
510. Chandler, Town of, Indiana
511. Connersville, City of, Indiana
512. Danville, Town of, Indiana
513. Delaware, County of, Indiana
514. Elwood, City of, Indiana
515. Evansville, City of, Indiana
516. Fishers, City of, Indiana
517. Fort Wayne, City of, Indiana
518. Franklin, City of, Indiana
519. Franklin, County of, Indiana
520. Gary, City of, Indiana
521. Greenwood, City of, Indiana
522. Hammond, City of, Indiana
523. Harrison, County of, Indiana
524. Howard, County of, Indiana
525. Huntington, City of, Indiana
526. Indianapolis-Marion County, Consolidated Government of, Indiana
527. Jackson, County of, Indiana
528. Jasper, City of, Indiana
529. Jeffersonville, City of, Indiana
530. Jennings, County of, Indiana
531. Lafayette, City of, Indiana
532. Lake, County of, Indiana
533. LaPorte, County of, Indiana
534. Lawrence, City of, Indiana
535. Lawrence, County of, Indiana
536. Logansport, City of, Indiana
537. Madison, City of, Indiana
538. Madison, County of, Indiana
539. Marshall, County of, Indiana
540. Martinsville, City of, Indiana
541. Mooresville, Town of, Indiana
542. Morgan, County of, Indiana
543. Muncie, City of, Indiana
544. New Albany, City of, Indiana
545. New Castle, City of, Indiana

546. Noblesville, City of, Indiana
547. Plainfield, Town of, Indiana
548. Porter, County of, Indiana
549. Portland, City of, Indiana
550. Pulaski, County of, Indiana
551. Ripley, County of, Indiana
552. Scott, County of, Indiana
553. Seymour, City of, Indiana
554. Sheridan, Town of, Indiana
555. South Bend, City of, Indiana
556. St. Joseph, County of, Indiana
557. Terre Haute, City of, Indiana
558. Tippecanoe, County of, Indiana
559. Upland, Town of, Indiana
560. Vanderburgh, County of, Indiana
561. Vigo, County of, Indiana
562. West Lafayette, City of, Indiana
563. Westfield, City of, Indiana
564. Zionsville, Town of, Indiana
565. Adair, County of, Iowa
566. Adams, County of, Iowa
567. Allamakee, County of, Iowa
568. Appanoose, County of, Iowa
569. Audubon, County of, Iowa
570. Benton, County of, Iowa
571. Black Hawk, County of, Iowa
572. Bremer, County of, Iowa
573. Buchanan, County of, Iowa
574. Buena Vista, County of, Iowa
575. Calhoun, County of, Iowa
576. Carroll, County of, Iowa
577. Cedar, County of, Iowa
578. Cerro Gordo, County of, Iowa
579. Cherokee, County of, Iowa
580. Chickasaw, County of, Iowa
581. Clay, County of, Iowa
582. Clayton, County of, Iowa
583. Clinton, County of, Iowa
584. Dallas, County of, Iowa
585. Delaware, County of, Iowa
586. Des Moines, County of, Iowa
587. Emmet, County of, Iowa
588. Fayette, County of, Iowa
589. Fremont, County of, Iowa
590. Hamilton, County of, Iowa
591. Hancock, County of, Iowa

592. Hardin, County of, Iowa
593. Harrison, County of, Iowa
594. Henry, County of, Iowa
595. Howard, County of, Iowa
596. Humboldt, County of, Iowa
597. Ida, County of, Iowa
598. Jasper, County of, Iowa
599. Johnson, County of, Iowa
600. Jones, County of, Iowa
601. Keokuk, County of, Iowa
602. Lee, County of, Iowa
603. Lyon, County of, Iowa
604. Madison, County of, Iowa
605. Mahaska, County of, Iowa
606. Marion, County of, Iowa
607. Mills, County of, Iowa
608. Mitchell, County of, Iowa
609. Monroe, County of, Iowa
610. Montgomery, County of, Iowa
611. Muscatine, County of, Iowa
612. O'Brien, County of, Iowa
613. Osceola, County of, Iowa
614. Plymouth, County of, Iowa
615. Pocahontas, County of, Iowa
616. Polk, County of, Iowa
617. Pottawattamie, County of, Iowa
618. Poweshiek, County of, Iowa
619. Sac, County of, Iowa
620. Scott, County of, Iowa
621. Shelby, County of, Iowa
622. Sioux, County of, Iowa
623. Tama, County of, Iowa
624. Taylor, County of, Iowa
625. Union, County of, Iowa
626. Webster, County of, Iowa
627. Winnebago, County of, Iowa
628. Winneshiek, County of, Iowa
629. Worth, County of, Iowa
630. Wright, County of, Iowa
631. Allen, County of, Kansas/ Allen, (District Attorney of) County of, Kansas
632. Barber, County of, Kansas
633. Bourbon, County of, Kansas
634. Cherokee, County of, Kansas
635. Cowley, County of, Kansas

636. Crawford, County of, Kansas
637. Dickinson, County of, Kansas/ Dickinson, (District Attorney of) County of, Kansas
638. Elk, County of, Kansas/ Elk, (District Attorney of) County of, Kansas
639. Elkhardt, City of, Kansas
640. Finney, County of, Kansas/ Finney, (Board of County Commissioners of) County of, Kansas
641. Ford, (Board of County Commissioners of) County of, Kansas
642. Greenwood, County of, Kansas/ Greenwood, (District Attorney of) County of, Kansas
643. Harvey, County of, Kansas
644. Johnson, County of, Kansas
645. Kansas, City of, Kansas
646. Leavenworth, County of, Kansas
647. Manter, City of, Kansas
648. Meade, County of, Kansas/ Meade, (District Attorney of) County of, Kansas
649. Montgomery, County of, Kansas
650. Morton, County of, Kansas/ Morton, (District Attorney of) County of, Kansas
651. Neosho, County of, Kansas
652. Overland Park, City of, Kansas
653. Pratt, County of, Kansas
654. Reno, County of, Kansas
655. Sedgwick, County of, Kansas
656. Seward, County of, Kansas/ Seward, (District Attorney of) County of, Kansas
657. Stanton, County of, Kansas/ Stanton, (District Attorney of) County of, Kansas
658. Ulysses, City of, Kansas
659. Wabaunsee, County of, Kansas/ Wabaunsee, (District Attorney of) County of, Kansas
660. Wichita, City of, Kansas/ Wichita, (District Attorney of) City of, Kansas

661. Wyandotte, County of, Kansas
662. Adair, County of, Kentucky
663. Anderson, County of, Kentucky
664. Bell, County of, Kentucky
665. Bellefonte, City of, Kentucky
666. Benham, City of, Kentucky
667. Board of Education of Breathitt County Public Schools, Kentucky
668. Board of Education of Bullitt County Public Schools, Kentucky
669. Board of Education of Estill County Public Schools, Kentucky
670. Board of Education of Fayette County Public Schools, Kentucky
671. Board of Education of Hart County Public Schools, Kentucky
672. Board of Education of Jefferson County Public Schools, Kentucky
673. Board of Education of Johnson County Public School District, Kentucky
674. Board of Education of LaRue County Public Schools, Kentucky
675. Board of Education of Lawrence County Public Schools, Kentucky
676. Board of Education of Martin County Public Schools, Kentucky
677. Board of Education of Menifee County Public Schools, Kentucky
678. Board of Education of Owsley County Public Schools, Kentucky
679. Board of Education of Wolfe County Public Schools, Kentucky
680. Boone, County of, Kentucky
681. Bourbon, County of, Kentucky
682. Boyd, County of, Kentucky
683. Boyle, County of, Kentucky
684. Breckinridge, County of, Kentucky
685. Buckhorn, City of, Kentucky
686. Campbell, County of, Kentucky
687. Christian, County of, Kentucky
688. Clark, County of, Kentucky
689. Covington, City of, Kentucky
690. Edmonson, County of, Kentucky
691. Estill, County of, Kentucky
692. Floyd, County of, Kentucky
693. Franklin, County of, Kentucky
694. Grant, County of, Kentucky
695. Green, County of, Kentucky
696. Greenup, City of, Kentucky
697. Hardin, County of, Kentucky
698. Harlan, City of, Kentucky
699. Harlan, County of, Kentucky
700. Henderson, County of, Kentucky
701. Hopkins, County of, Kentucky
702. Hyden, City of, Kentucky
703. Jenkins, City of, Kentucky
704. Jessamine, County of, Kentucky
705. Kenton, County of, Kentucky
706. Knott, County of, Kentucky
707. Knox, County of, Kentucky
708. Lawrence, County of, Kentucky
709. Letcher, County of, Kentucky
710. Lexington-Fayette, Urban County of, Kentucky
711. Lincoln, County of, Kentucky
712. London, City of, Kentucky
713. Louisville/Jefferson, County Metro Government of, Kentucky
714. Loyall, City of, Kentucky
715. Lynch, City of, Kentucky
716. Madison, County of, Kentucky
717. Manchester, City of, Kentucky
718. Marshall, County of, Kentucky
719. McCracken, County of, Kentucky
720. Meade, County of, Kentucky
721. Monroe, County of, Kentucky
722. Montgomery, County of, Kentucky
723. Morehead, City of, Kentucky
724. Ohio, County of, Kentucky
725. Oldham, County of, Kentucky
726. Owsley, County of, Kentucky
727. Paducah, City of, Kentucky
728. Perry, County of, Kentucky
729. Pike, County of, Kentucky
730. Pineville, City of, Kentucky
731. Pippa Passes, City of, Kentucky
732. Prestonsburg, City of, Kentucky
733. Pulaski, County of, Kentucky
734. Rowan, County of, Kentucky
735. Russell, City of, Kentucky
736. Scott, County of, Kentucky

737. Shelby, County of, Kentucky
738. South Shore, City of, Kentucky
739. Union, County of, Kentucky
740. Vanceburg, City of, Kentucky
741. Warren, County of, Kentucky
742. Wayne, County of, Kentucky
743. Whitesburg, City of, Kentucky
744. Whitley, County of, Kentucky
745. Worthington, City of, Kentucky
746. Alexandria, City of, Louisiana
747. Allen, Parish of, Louisiana/ Allen, (Sheriff of) Parish of, Louisiana
748. Ascension, Parish of, Louisiana / Ascension, (Sheriff of) Parish of, Louisiana
749. Ascension Parish School Board, Louisiana
750. Assumption, Parish of, Louisiana/ Assumption, (Police Jury of) Parish of, Louisiana/ Assumption, (Sheriff of) Parish of, Louisiana
751. Avoyelles, Parish of, Louisiana/ Avoyelles, (Police Jury of) Parish of, Louisiana/ Avoyelles, (Sheriff of) Parish of, Louisiana
752. Baldwin, Town of, Louisiana
753. Bastrop, City of, Louisiana
754. Baton Rouge, City of, Louisiana
755. Beauregard, Parish of, Louisiana
756. Benton Fire Protection District No. 4, Louisiana
757. Berwick, Town of, Louisiana
758. Bogalusa, City of, Louisiana
759. Bossier, City of, Louisiana
760. Bossier, Parish of, Louisiana
761. Caddo Fire Protection District No. 1, Louisiana
762. Caddo, Parish of, Louisiana
763. Calcasieu, Parish of, Louisiana/ Calcasieu, (Police Jury of) Parish of, Louisiana/ Calcasieu, (Sheriff of) Parish of, Louisiana
764. Caldwell, Parish of, Louisiana
765. Catahoula, Parish of, Louisiana/ Catahoula, (Sheriff of) Parish of, Louisiana

766. Claiborne, Parish of, Louisiana
767. Concordia, Parish of, Louisiana/ Concordia, (Sheriff of) Parish of, Louisiana
768. Delhi, Town of, Louisiana
769. Desoto Fire Protection District No. 8, Louisiana
770. Donaldsonville, City of, Louisiana
771. East Baton Rouge, Parish of, Louisiana/ East Baton Rouge, (Sheriff of) Parish of, Louisiana
772. East Carroll, Parish of, Louisiana/ East Carroll, (Sheriff of) Parish of, Louisiana
773. Eunice, City of, Louisiana
774. Evangeline, Parish of, Louisiana/ Evangeline, (Police Jury of) Parish of, Louisiana/ Evangeline, (Sheriff of) Parish of, Louisiana
775. Ferriday, Town of, Louisiana
776. Franklin, City of, Louisiana
777. Franklin, Parish of, Louisiana
778. Gramercy, Town of, Louisiana
779. Grant, Parish of, Louisiana/ Grant, (District Attorney) Parish of, Louisiana
780. Iberia, Parish of, Louisiana/ Iberia, (Sheriff of) Parish of, Louisiana
781. Iberia Parish School Board, Louisiana
782. Jackson, Parish of, Louisiana
783. Jefferson Davis, Parish of, Louisiana/ Jefferson Davis, (Police Jury of) Parish of, Louisiana/ Jefferson Davis, (Sheriff of) Parish of, Louisiana
784. Jefferson, Parish of, Louisiana/ Jefferson, (Sheriff of) Parish of, Louisiana
785. Kenner, City of, Louisiana
786. Lafayette, Parish of, Louisiana/ Lafayette, (Sheriff of) Parish of, Louisiana
787. Lafourche, Parish of, Louisiana
788. Lafourche Parish School Board, Louisiana

789. Lake Charles, City of, Louisiana
790. Lake Providence, Town of, Louisiana
791. LaSalle, Parish of, Louisiana
792. Lutcher, Town of, Louisiana
793. Madisonville, Town of, Louisiana
794. Mandeville, City of, Louisiana
795. Monroe, City of, Louisiana
796. Morehouse, Parish of, Louisiana/ Morehouse, (Sheriff of) Parish of, Louisiana
797. Natchitoches, City of, Louisiana/ Natchitoches, (District Attorney of) Parish of, Louisiana
798. New Iberia, City of, Louisiana
799. New Orleans, City of, Louisiana/ New Orleans, (Sheriff of) City of, Louisiana
800. New Roads, City of, Louisiana
801. Opelousas, City of, Louisiana
802. Orleans, Parish of, Louisiana/ Orleans, (Sheriff of) Parish of, Louisiana
803. Ouachita, Parish of, Louisiana/ Ouachita, (Police Jury of) Parish of, Louisiana/ Ouachita, (Sheriff of) Parish of, Louisiana
804. Patterson, City of, Louisiana
805. Pearl River, Town of, Louisiana
806. Pineville, City of, Louisiana
807. Pointe Coupee, Parish of, Louisiana
808. Prevost Memorial Hospital, Louisiana
809. Rapides, Parish of, Louisiana/ Rapides, (District Attorney of) Parish of, Louisiana/ Rapides, (Sheriff of) Parish of, Louisiana
810. Red River Fire Protection District, Louisiana
811. Red River, Parish of, Louisiana
812. Richland, Parish of, Louisiana/ Richland, (Sheriff of) Parish of, Louisiana
813. Richwood, Town of, Louisiana
814. Sabine, Parish of, Louisiana/ Sabine, (Police Jury of) Parish of, Louisiana/ Sabine, (Sheriff of) Parish of, Louisiana
815. Saint Martinville, City of, Louisiana
816. Shreveport, City of, Louisiana
817. Slidell, City of, Louisiana
818. St. Bernard, Parish of, Louisiana/ St. Bernard, (Sheriff of) Parish of, Louisiana
819. St. Bernard Parish School Board, Louisiana
820. St. Charles, Parish of, Louisiana/ St. Charles, (Sheriff of) Parish of, Louisiana
821. St. James, Parish of, Louisiana
822. St. James Parish School Board, Louisiana
823. St. John the Baptist, Parish of, Louisiana
824. St. Landry, Parish of, Louisiana/ St. Landry, (President of) Parish of, Louisiana/ St. Landry, (Sheriff of) Parish of, Louisiana
825. St. Martin, Parish of, Louisiana
826. St. Mary, Parish of, Louisiana/ St. Mary, (District Attorney of) Parish of, Louisiana/ St. Mary, (Sheriff of) Parish of, Louisiana
827. St. Mary Parish School Board, Louisiana
828. St. Tammany Fire Protection District No. 1, Louisiana
829. St. Tammany Fire Protection District No. 2, Louisiana
830. St. Tammany Fire Protection District No. 3, Louisiana
831. St. Tammany Fire Protection District No. 4, Louisiana
832. St. Tammany Fire Protection District No. 5, Louisiana
833. St. Tammany Fire Protection District No. 12, Louisiana
834. St. Tammany Fire Protection District No. 13, Louisiana
835. St. Tammany, Parish of, Louisiana/ St. Tammany, (Coroner's Office of)

Parish of, Louisiana/ St. Tammany, (Sheriff of) Parish of, Louisiana

836. Tensas, Parish of, Louisiana/ Tensas, (Sheriff of) Parish of, Louisiana

837. Union, Parish of, Louisiana

838. Vermillion, (Police Jury of) Parish of, Louisiana

839. Vernon, Parish of, Louisiana/ Vernon, (Sheriff of) Parish of, Louisiana

840. Washington, Parish of, Louisiana/ Washington, (Sheriff of) Parish of, Louisiana

841. Webster, Parish of, Louisiana

842. West Ascension Parish Hospital Service District, Louisiana

843. West Baton Rouge Fire Protection District No. 1, Louisiana

844. West Baton Rouge, Parish of, Louisiana

845. West Carroll, Parish of, Louisiana/ West Carroll, (Sheriff of) Parish of, Louisiana

846. West Monroe, Parish of, Louisiana

847. Winn, Parish of, Louisiana/ Winn, (District Attorney of) Parish of, Louisiana

848. Androscoggin, County of, Maine

849. Aroostook, County of, Maine

850. Auburn, City of, Maine

851. Augusta, City of, Maine

852. Bangor, City of, Maine

853. Biddeford, City of, Maine

854. Board of Education of Bangor School Department, Maine

855. Board of Education of Cape Elizabeth School Department, Maine

856. Board of Education of Ellsworth School Department, Maine

857. Board of Education of Maine Regional School Unit 10, Maine

858. Board of Education of Maine Regional School Unit 13, Maine

859. Board of Education of Maine Regional School Unit 25, Maine

860. Board of Education of Maine Regional School Unit 26, Maine

861. Board of Education of Maine Regional School Unit 29, Maine

862. Board of Education of Maine Regional School Unit 34, Maine

863. Board of Education of Maine Regional School Unit 40, Maine

864. Board of Education of Maine Regional School Unit 50, Maine

865. Board of Education of Maine Regional School Unit 57, Maine

866. Board of Education of Maine Regional School Unit 60, Maine

867. Board of Education of Maine Regional School Unit 71, Maine

868. Board of Education of Maine Regional School Unit 9, Maine

869. Board of Education of Maine School Administrative District 11, Maine

870. Board of Education of Maine School Administrative District 15, Maine

871. Board of Education of Maine School Administrative District 28/Five Town Central School District, Maine

872. Board of Education of Maine School Administrative District 35, Maine

873. Board of Education of Maine School Administrative District 44, Maine

874. Board of Education of Maine School Administrative District 53, Maine

875. Board of Education of Maine School Administrative District 55, Maine

876. Board of Education of Maine School Administrative District 6, Maine

877. Board of Education of Maine School Administrative District 61, Maine

878. Board of Education of Maine School Administrative District 72, Maine

879. Board of Education of Portland School Department, Maine

880. Board of Education of Scarborough School Department, Maine

881. Board of Education of South Portland School Department, Maine

882. Board of Education of St. George Municipal School District, Maine
883. Board of Education of Waterville School Department, Maine
884. Calais, City of, Maine
885. Cumberland, County of, Maine
886. Kennebec, County of, Maine
887. Knox, County of, Maine
888. Lewiston, City of, Maine
889. Lincoln, County of, Maine
890. Penobscot, County of, Maine
891. Portland, City of, Maine
892. Rockland, City of, Maine
893. Saco, City of, Maine
894. Sagadahoc, County of, Maine
895. Sanford, City of, Maine
896. Somerset, County of, Maine
897. Waldo, County of, Maine
898. Washington, County of, Maine
899. Waterville, City of, Maine
900. York, County of, Maine
901. Aberdeen, City of, Maryland
902. Allegany, County of, Maryland
903. Baltimore City Board of School Commissioners, Maryland
904. Bel Air, Town of, Maryland
905. Berlin, Town of, Maryland
906. Bowie, City of, Maryland
907. Calvert, County of, Maryland
908. Cambridge, City of, Maryland
909. Caroline, County of, Maryland
910. Cecil, County of, Maryland
911. Charles, County of, Maryland
912. Charlestown, Town of, Maryland
913. Cumberland, City of, Maryland
914. Dorchester, County of, Maryland
915. Frederick, City of, Maryland
916. Frederick, County of, Maryland
917. Frostburg, City of, Maryland
918. Garrett, County of, Maryland
919. Grantsville, Town of, Maryland
920. Hagerstown, City of, Maryland
921. Harford, County of, Maryland
922. Havre De Grace, City of, Maryland
923. Laurel, City of, Maryland
924. Mountain Lake Park, Town of, Maryland
925. North East, Town of, Maryland
926. Oakland, Town of, Maryland
927. Perryville, Town of, Maryland
928. Prince George's, County of, Maryland
929. Rockville, City of, Maryland
930. Seat Pleasant, City of, Maryland
931. Somerset, County of, Maryland
932. St. Mary's, County of, Maryland
933. Talbot, County of, Maryland
934. Vienna, Town of, Maryland
935. Washington, County of, Maryland
936. Westminster, City of, Maryland
937. Wicomico, County of, Maryland
938. Acushnet, Town of, Massachusetts
939. Agawam, City of, Massachusetts
940. Amesbury, City of, Massachusetts
941. Aquinnah, Town of, Massachusetts
942. Athol, Town of, Massachusetts
943. Auburn, Town of, Massachusetts
944. Ayer, Town of, Massachusetts
945. Barnstable, Town of, Massachusetts
946. Belchertown, Town of, Massachusetts
947. Beverly, City of, Massachusetts
948. Billerica, Town of, Massachusetts
949. Brewster, Town of, Massachusetts
950. Bridgewater, Town of, Massachusetts
951. Brockton, City of, Massachusetts
952. Brookline, Town of, Massachusetts
953. Cambridge, City of, Massachusetts
954. Canton, Town of, Massachusetts
955. Carver, Town of, Massachusetts
956. Charlton, Town of, Massachusetts
957. Chelmsford, Town of, Massachusetts
958. Chicopee, City of, Massachusetts
959. Clarksburg, Town of, Massachusetts
960. Clinton, Town of, Massachusetts
961. Danvers, Town of, Massachusetts
962. Dedham, Town of, Massachusetts
963. Dennis, Town of, Massachusetts
964. Douglas, Town of, Massachusetts
965. Dudley, Town of, Massachusetts

966. East Bridgewater, Town of, Massachusetts
967. Eastham, Town of, Massachusetts
968. Easthampton, City of, Massachusetts
969. Easton, Town of, Massachusetts
970. Everett, City of, Massachusetts
971. Fairhaven, Town of, Massachusetts
972. Falmouth, Town of, Massachusetts
973. Fitchburg, City of, Massachusetts
974. Framingham, City of, Massachusetts
975. Freetown, Town of, Massachusetts
976. Georgetown, Town of, Massachusetts
977. Gloucester, City of, Massachusetts
978. Grafton, Town of, Massachusetts
979. Greenfield, City of, Massachusetts
980. Hanson, Town of, Massachusetts
981. Haverhill, City of, Massachusetts
982. Holliston, Town of, Massachusetts
983. Holyoke, City of, Massachusetts
984. Hopedale, Town of, Massachusetts
985. Hull, Town of, Massachusetts
986. Kingston, Town of, Massachusetts
987. Lakeville, Town of, Massachusetts
988. Leicester, Town of, Massachusetts
989. Leominster, City of, Massachusetts
990. Leverett, Town of, Massachusetts
991. Longmeadow, Town of, Massachusetts
992. Lowell, City of, Massachusetts
993. Ludlow, Town of, Massachusetts
994. Lunenburg, Town of, Massachusetts
995. Lynn, City of, Massachusetts
996. Lynnfield, Town of, Massachusetts
997. Malden, City of, Massachusetts
998. Marblehead, Town of, Massachusetts
999. Marshfield, Town of, Massachusetts
1000. Mashpee, Town of, Massachusetts
1001. Mattapoisett, Town of, Massachusetts
1002. Medford, City of, Massachusetts
1003. Melrose, City of, Massachusetts
1004. Methuen, City of, Massachusetts
1005. Middleborough, Town of, Massachusetts
1006. Milford, Town of, Massachusetts
1007. Millbury, Town of, Massachusetts
1008. Millis, Town of, Massachusetts
1009. Natick, Town of, Massachusetts
1010. New Bedford, Town of, Massachusetts
1011. Newburyport, City of, Massachusetts
1012. North Adams, City of, Massachusetts
1013. North Andover, Town of, Massachusetts
1014. North Attleborough, Town of, Massachusetts
1015. North Reading, Town of, Massachusetts
1016. Northampton, City of, Massachusetts
1017. Northbridge, Town of, Massachusetts
1018. Norton, Town of, Massachusetts
1019. Norwell, Town of, Massachusetts
1020. Norwood, Town of, Massachusetts
1021. Orange, Town of, Massachusetts
1022. Oxford, Town of, Massachusetts
1023. Palmer, City of, Massachusetts
1024. Peabody, City of, Massachusetts
1025. Pembroke, Town of, Massachusetts
1026. Pittsfield, City of, Massachusetts
1027. Plainville, Town of, Massachusetts
1028. Plymouth, Town of, Massachusetts
1029. Provincetown, Town of, Massachusetts
1030. Randolph, City of, Massachusetts
1031. Rehoboth, Town of, Massachusetts
1032. Rockland, Town of, Massachusetts
1033. Salem, City of, Massachusetts
1034. Salisbury, Town of, Massachusetts
1035. Sandwich, Town of, Massachusetts
1036. Scituate, Town of, Massachusetts
1037. Seekonk, Town of, Massachusetts
1038. Sheffield, Town of, Massachusetts
1039. Shirley, Town of, Massachusetts
1040. Somerset, Town of, Massachusetts
1041. South Hadley, Town of, Massachusetts
1042. Southbridge, City of, Massachusetts
1043. Spence, Town of, Massachusetts
1044. Springfield, City of, Massachusetts
1045. Stoneham, Town of, Massachusetts

1046. Stoughton, Town of, Massachusetts
1047. Sturbridge, Town of, Massachusetts
1048. Sudbury, Town of, Massachusetts
1049. Sutton, Town of, Massachusetts
1050. Swampscott, Town of, Massachusetts
1051. Templeton, Town of, Massachusetts
1052. Tewksbury, Town of, Massachusetts
1053. Truro, Town of, Massachusetts
1054. Tyngsborough, Town of, Massachusetts
1055. Upton, Town of, Massachusetts
1056. Wakefield, Town of, Massachusetts
1057. Walpole, Town of, Massachusetts
1058. Ware, Town of, Massachusetts
1059. Warren, Town of, Massachusetts
1060. Watertown, City of, Massachusetts
1061. Wellfleet, Town of, Massachusetts
1062. West Boylston, Town of, Massachusetts
1063. West Bridgewater, Town of, Massachusetts
1064. West Springfield, City of, Massachusetts
1065. Westborough, Town of, Massachusetts
1066. Westford, Town of, Massachusetts
1067. Williamsburg, Town of, Massachusetts
1068. Wilmington, Town of, Massachusetts
1069. Winchendon, Town of, Massachusetts
1070. Woburn, City of, Massachusetts
1071. Worcester, City of, Massachusetts
1072. Alcona, County of, Michigan
1073. Alger, County of, Michigan
1074. Alpena, County of, Michigan
1075. Antrim, County of, Michigan
1076. Arenac, County of, Michigan
1077. Baraga, County of, Michigan
1078. Benzie, County of, Michigan
1079. Berrien, County of, Michigan
1080. Branch, County of, Michigan
1081. Calhoun, County of, Michigan
1082. Canton, Charter Township of, Michigan
1083. Cass, County of, Michigan
1084. Charlevoix, County of, Michigan
1085. Chippewa, County of, Michigan
1086. Clinton, County of, Michigan
1087. Clinton, Village of, Michigan
1088. Crawford, County of, Michigan
1089. Delta, County of, Michigan
1090. Detroit, City of, Michigan
1091. Dickinson, County of, Michigan
1092. East Lansing, City of, Michigan
1093. Eaton, County of, Michigan
1094. Escanaba, City of, Michigan
1095. Genesee, County of, Michigan
1096. Grand Rapids, City of, Michigan
1097. Grand Traverse, County of, Michigan
1098. Gratiot, County of, Michigan
1099. Hillsdale, County of, Michigan
1100. Houghton, County of, Michigan
1101. Huron Charter Township, Township of, Michigan
1102. Ingham, County of, Michigan
1103. Ionia, County of, Michigan
1104. Iosco, County of, Michigan
1105. Iron, County of, Michigan
1106. Iron Mountain, City of, Michigan
1107. Isabella, County of, Michigan
1108. Jackson, City of, Michigan
1109. Kalamazoo, County of, Michigan
1110. Kent, County of, Michigan
1111. Lake, County of, Michigan
1112. Lansing, City of, Michigan
1113. Leelanau, County of, Michigan
1114. Lenawee, County of, Michigan
1115. Livingston, County of, Michigan
1116. Livonia, City of, Michigan
1117. Luce, County of, Michigan
1118. Macomb, County of, Michigan
1119. Manistee, County of, Michigan
1120. Marquette, County of, Michigan
1121. Mason, County of, Michigan
1122. Monroe, County of, Michigan
1123. Montcalm, County of, Michigan
1124. Montmorency, County of, Michigan

1125. Muskegon, County of, Michigan
1126. Newaygo, County of, Michigan
1127. Northville, City of, Michigan
1128. Oceana, County of, Michigan
1129. Ogemaw, County of, Michigan
1130. Ontongon, County of, Michigan
1131. Osceola, County of, Michigan
1132. Otsego, County of, Michigan
1133. Pittsfield Charter Township, Township of, Michigan
1134. Pontiac, City of, Michigan
1135. Presque Isle, County of, Michigan
1136. Romulus, City of, Michigan
1137. Roscommon, County of, Michigan
1138. Saginaw, County of, Michigan
1139. Sanilac, County of, Michigan
1140. Sault Ste. Marie, City of, Michigan
1141. Shiawassee, County of, Michigan
1142. St. Clair, County of, Michigan
1143. Traverse, City of, Michigan
1144. Tuscola, County of, Michigan
1145. Van Buren Charter Township, Township of, Michigan
1146. Washtenaw, County of, Michigan
1147. Wayne, City of, Michigan
1148. Westland, City of, Michigan
1149. Wexford, County of, Michigan
1150. Anoka, County of, Minnesota
1151. Big Stone, County of, Minnesota
1152. Board of Education of Minnetonka School District No. 276, Minnesota
1153. Dakota, County of, Minnesota
1154. Douglas, County of, Minnesota
1155. Itasca, County of, Minnesota
1156. McLeod, County of, Minnesota
1157. Meeker, County of, Minnesota
1158. Morrison, County of, Minnesota
1159. Mower, County of, Minnesota
1160. St. Louis, County of, Minnesota
1161. St. Paul, City of, Minnesota
1162. Washington, County of, Minnesota
1163. Winona, County of, Minnesota
1164. Adams, County of, Mississippi
1165. Amite, County of, Mississippi
1166. Amory, City of, Mississippi
1167. Arcola, Town of, Mississippi

1168. Bolivar, County of, Mississippi
1169. Brookhaven, City of, Mississippi
1170. Centreville, Town of, Mississippi
1171. Clarksdale, City of, Mississippi
1172. Columbia, City of, Mississippi
1173. Covington, County of, Mississippi
1174. DeSoto, County of, Mississippi
1175. Forrest, County of, Mississippi
1176. Greenwood, City of, Mississippi
1177. Grenada, City of, Mississippi
1178. Grenada, County of, Mississippi
1179. Gulfport, City of, Mississippi
1180. Harrison, County of, Mississippi
1181. Hattiesburg, City of, Mississippi
1182. Hinds, County of, Mississippi
1183. Holly Springs, City of, Mississippi
1184. Indianola, City of, Mississippi
1185. Issaquena, County of, Mississippi
1186. Iuka, City of, Mississippi
1187. Jackson, City of, Mississippi
1188. Jonestown, Town of, Mississippi
1189. Lafayette, County of, Mississippi
1190. Laurel, City of, Mississippi
1191. Leflore, County of, Mississippi
1192. Lincoln, County of, Mississippi
1193. Long Beach, City of, Mississippi
1194. Lumberton, City of, Mississippi
1195. Madison, County of, Mississippi
1196. Marion, County of, Mississippi
1197. Marshall, County of, Mississippi
1198. Meridian, City of, Mississippi
1199. Monroe, County of, Mississippi
1200. Mound Bayou, City of, Mississippi
1201. Neshoba, County of, Mississippi
1202. New Albany, City of, Mississippi
1203. Pascagoula, City of, Mississippi
1204. Pearl River, County of, Mississippi
1205. Philadelphia, City of, Mississippi
1206. Prentiss, County of, Mississippi
1207. Scott, County of, Mississippi
1208. Stone, County of, Mississippi
1209. Summit, Town of, Mississippi
1210. Sunflower, County of, Mississippi
1211. Tippah, County of, Mississippi
1212. Union, County of, Mississippi
1213. Washington, County of, Mississippi

1214. Wiggins, City of, Mississippi
1215. Audrain, County of, Missouri
1216. Barry, County of, Missouri
1217. Barton, County of, Missouri
1218. Boone, County of, Missouri
1219. Buchanan, County of, Missouri
1220. Butler, County of, Missouri
1221. Callaway, County of, Missouri
1222. Camden, County of, Missouri
1223. Cape Girardeau, County of, Missouri
1224. Cass, County of, Missouri
1225. Chariton, County of, Missouri
1226. Christian, County of, Missouri
1227. Clinton, County of, Missouri
1228. Cole, County of, Missouri
1229. Crawford, County of, Missouri
1230. Dent, County of, Missouri
1231. Douglas, County of, Missouri
1232. Dunklin, County of, Missouri
1233. Franklin, County of, Missouri
1234. Gasconade, County of, Missouri
1235. Greene, County of, Missouri
1236. Harrisonville, Town of, Missouri
1237. Henry, County of, Missouri
1238. Howell, County of, Missouri
1239. Independence, City of, Missouri
1240. Iron, County of, Missouri
1241. Jackson, County of, Missouri
1242. Jasper, County of, Missouri
1243. Jefferson, County of, Missouri
1244. Johnson, County of, Missouri
1245. Joplin, City of, Missouri
1246. Kansas, City of, Missouri
1247. Knox, County of, Missouri
1248. Lafayette, County of, Missouri
1249. Lawrence, County of, Missouri
1250. Lewis, County of, Missouri
1251. Lincoln, County of, Missouri
1252. Livingston, County of, Missouri
1253. Madison, County of, Missouri
1254. Maries, County of, Missouri
1255. McDonald, County of, Missouri
1256. Miller, County of, Missouri
1257. Moniteau, County of, Missouri
1258. Montgomery, County of, Missouri
1259. Morgan, County of, Missouri
1260. Nodaway, County of, Missouri
1261. Osage, County of, Missouri
1262. Ozark, County of, Missouri
1263. Pemiscot, County of, Missouri
1264. Perry, County of, Missouri
1265. Pettis, County of, Missouri
1266. Phelps, County of, Missouri
1267. Pike, County of, Missouri
1268. Polk, County of, Missouri
1269. Pulaski, County of, Missouri
1270. Randolph, County of, Missouri
1271. Ray, County of, Missouri
1272. Reynolds, County of, Missouri
1273. Ripley, County of, Missouri
1274. Schuyler, County of, Missouri
1275. Scott, County of, Missouri
1276. Sedalia, City of, Missouri
1277. Shannon, County of, Missouri
1278. Shelby, County of, Missouri
1279. Springfield, City of, Missouri
1280. St. Charles, County of, Missouri
1281. St. Francois, County of, Missouri
1282. St. Joseph, City of, Missouri
1283. St. Louis, County of, Missouri
1284. Ste. Genevieve, County of, Missouri
1285. Stone, County of, Missouri
1286. Taney, County of, Missouri
1287. Texas, County of, Missouri
1288. Vernon, County of, Missouri
1289. Warren, County of, Missouri
1290. Washington, County of, Missouri
1291. Webster, County of, Missouri
1292. Wright, County of, Missouri
1293. Cascade, County of, Montana
1294. Great Falls, City of, Montana
1295. Missoula, County of, Montana
1296. Douglas, County of, Nebraska
1297. Lincoln, County of, Nebraska
1298. Sarpy, County of, Nebraska
1299. South Sioux, City of, Nebraska
1300. Carson, City of, Nevada
1301. Churchill, County of, Nevada
1302. Clark, County of, Nevada
1303. Douglas, County of, Nevada
1304. Esmeralda, County of, Nevada
1305. Fernley, City of, Nevada

1306. Henderson, City of, Nevada
1307. Humboldt, County of, Nevada
1308. Las Vegas, City of, Nevada
1309. North Las Vegas, City of, Nevada
1310. Nye, County of, Nevada
1311. Sparks, City of, Nevada
1312. Washoe, County of, Nevada
1313. West Wendover, City of, Nevada
1314. Belknap, County of, New Hampshire
1315. Belmont, Town of, New Hampshire
1316. Berlin, City of, New Hampshire
1317. Board of Education of Goshen School District, New Hampshire
1318. Board of Education of Kearsarge Regional School Unit-School Administrative Unit 65, New Hampshire
1319. Board of Education of Lebanon School District, New Hampshire
1320. Board of Education of Pittsfield School District, New Hampshire
1321. Board of Education of Tamworth School District, New Hampshire
1322. Carroll, County of, New Hampshire
1323. Cheshire, County of, New Hampshire
1324. Claremont, County of, New Hampshire
1325. Concord, City of, New Hampshire
1326. Coos, County of, New Hampshire
1327. Derry, Town of, New Hampshire
1328. Franklin, City of, New Hampshire
1329. Grafton, County of, New Hampshire
1330. Hillsborough, County of, New Hampshire
1331. Keene, City of, New Hampshire
1332. Laconia, City of, New Hampshire
1333. Londonderry, Town of, New Hampshire
1334. Manchester, City of, New Hampshire
1335. Nashua, City of, New Hampshire
1336. Rochester, City of, New Hampshire
1337. Rockingham, County of, New Hampshire
1338. Strafford, County of, New Hampshire
1339. Sullivan, County of, New Hampshire
1340. Barnegat, Township of, New Jersey
1341. Bayonne, City of, New Jersey
1342. Burlington, County of, New Jersey
1343. Clifton, City of, New Jersey
1344. Clinton, Town of, New Jersey
1345. Elizabeth, City of, New Jersey
1346. Hudson, County of, New Jersey
1347. Hunterdon, County of, New Jersey
1348. Ocean, County of, New Jersey
1349. Paramus, Borough of, New Jersey
1350. Ridgefield, Borough of, New Jersey
1351. Saddlebrook, Township of, New Jersey
1352. Trenton, City of, New Jersey
1353. Vineland, City of, New Jersey
1354. Albany, City of, New York
1355. Allegany, County of, New York
1356. Amityville, Village of, New York
1357. Amsterdam, City of, New York
1358. Auburn, City of, New York
1359. Babylon, Village of, New York
1360. Bellmore Fire District, New York
1361. Bellport, Village of, New York
1362. Board of Education of Rochester City School District, New York
1363. Brookhaven, Town of, New York
1364. Broome, County of, New York
1365. Buffalo, City of, New York
1366. Centereach Fire District, New York
1367. Centerport Fire District, New York
1368. Clarkstown, Town of, New York
1369. Clinton, County of, New York
1370. Columbia, County of, New York
1371. Cortland, County of, New York
1372. Dutchess, County of, New York
1373. East Hampton, Village of, New York
1374. East Rockaway, Village of, New York
1375. Erie, County of, New York
1376. Farmingdale, Village of, New York
1377. Floral Park, Village of, New York
1378. Franklin, County of, New York
1379. Friendship Engine & Hose Company, New York
1380. Fulton, County of, New York

1381.  Garden City, Village of, New York
1382.  Genesee, County of, New York
1383.  Geneva, City of, New York
1384.  Great Neck, Village of, New York
1385.  Greene, County of, New York
1386.  Greenport, Village of, New York
1387.  Hamilton, County of, New York
1388.  Hauppauge Fire District, New York
1389.  Haverstraw, Town of, New York
1390.  Hempstead, Town of, New York
1391.  Hempstead, Village of, New York
1392.  Herkimer, County of, New York
1393.  Herkimer, Town of, New York
1394.  Hicksville Water District, New York
1395.  Huntington, Town of, New York
1396.  Island Park, Village of, New York
1397.  Islandia, Village of, New York
1398.  Islip Terrace Fire District, New York
1399.  Islip, Town of, New York
1400.  Ithaca, City of, New York
1401.  Jefferson, County of, New York
1402.  Kingston, City of, New York
1403.  Lackawanna, City of, New York
1404.  Lake Grove, Village of, New York
1405.  Lawrence, Village of, New York
1406.  Levittown Fire District, New York
1407.  Lewis, County of, New York
1408.  Lindenhurst, Village of, New York
1409.  Lloyd Harbor, Village of, New York
1410.  Long Beach, City of, New York
1411.  Lynbrook, Village of, New York
1412.  Massapequa Park, Village of, New York
1413.  Melville Fire District, New York
1414.  Mill Neck, Village of, New York
1415.  Miller Place Fire District, New York
1416.  Monroe, County of, New York
1417.  Montgomery, County of, New York
1418.  Mount Sinai Fire District, New York
1419.  Nassau, County of, New York
1420.  Nesconset Fire District, New York
1421.  New Hyde Park, Village of, New York
1422.  New York, City of, New York
1423.  Niagara, County of, New York
1424.  Nissequogue, Village of, New York
1425.  North Hempstead, Town of, New York
1426.  North Merrick Fire District, New York
1427.  North Patchogue Fire District, New York
1428.  Northport, Village of, New York
1429.  Ogdensburg, City of, New York
1430.  Old Westbury, Village of, New York
1431.  Oneida, County of, New York
1432.  Onondaga, County of, New York
1433.  Ontario, County of, New York
1434.  Orange, County of, New York
1435.  Orangetown, Town of, New York
1436.  Oswego, County of, New York
1437.  Oyster Bay, Town of, New York
1438.  Patchogue, Village of, New York
1439.  Plattsburgh, City of, New York
1440.  Poquott, Village of, New York
1441.  Port Washington North, Village of, New York
1442.  Port Washington Water District, New York
1443.  Poughkeepsie, City of, New York
1444.  Poughkeepsie, Town of, New York
1445.  Ramapo, Town of, New York
1446.  Rensselaer, County of, New York
1447.  Ridge Fire District, New York
1448.  Riverhead, Town of, New York
1449.  Rochester, City of, New York
1450.  Rome, City of, New York
1451.  Rosalyn Water District, New York
1452.  Saltaire, Village of, New York
1453.  Saratoga, County of, New York
1454.  Saratoga Springs, City of, New York
1455.  Schenectady, City of, New York
1456.  Schenectady, County of, New York
1457.  Schoharie, County of, New York
1458.  Schuyler, County of, New York
1459.  Seneca, County of, New York
1460.  Smithtown Fire District, New York
1461.  Smithtown, Town of, New York
1462.  South Farmingdale Fire District, New York

C-19

1463.  Southampton, Town of, New York
1464.  Southold, Town of, New York
1465.  Southwestern Central School District, New York
1466.  St. James Fire District, New York
1467.  St. Lawrence, County of, New York
1468.  Steuben, County of, New York
1469.  Stewart Manor, Village of, New York
1470.  Stony Brook Fire District, New York
1471.  Stony Point, City of, New York
1472.  Suffern, Village of, New York
1473.  Suffolk, County of, New York
1474.  Sullivan, County of, New York
1475.  Syracuse, City of, New York
1476.  The Branch, Village of, New York
1477.  Tompkins, County of, New York
1478.  Troy, City of, New York
1479.  Ulster, County of, New York
1480.  Uniondale Fire District, New York
1481.  Utica, City of, New York
1482.  Valley Stream, Village of, New York
1483.  Washington, County of, New York
1484.  West Hampton Dunes, Village of, New York
1485.  West Haverstraw, Village of, New York
1486.  Westbury, Village of, New York
1487.  Westchester, County of, New York
1488.  Wyoming, County of, New York
1489.  Yonkers, City of, New York
1490.  Alamance, County of, North Carolina
1491.  Alexander, County of, North Carolina
1492.  Anson, County of, North Carolina
1493.  Ashe, County of, North Carolina
1494.  Beaufort, County of, North Carolina
1495.  Bladen, County of, North Carolina
1496.  Brunswick, County of, North Carolina
1497.  Buncombe, County of, North Carolina
1498.  Burke, County of, North Carolina
1499.  Cabarrus, County of, North Carolina
1500.  Caldwell, County of, North Carolina
1501.  Camden, County of, North Carolina
1502.  Canton, Town of, North Carolina
1503.  Carteret, County of, North Carolina
1504.  Caswell, County of, North Carolina
1505.  Catawba, County of, North Carolina
1506.  Chatham, County of, North Carolina
1507.  Cherokee, County of, North Carolina
1508.  Cleveland, County of, North Carolina
1509.  Columbus, County of, North Carolina
1510.  Craven, County of, North Carolina
1511.  Cumberland, County of, North Carolina
1512.  Dare, County of, North Carolina
1513.  Davidson, County of, North Carolina
1514.  Davie, County of, North Carolina
1515.  Duplin, County of, North Carolina
1516.  Durham, County of, North Carolina
1517.  Fayetteville, City of, North Carolina
1518.  Forsyth, County of, North Carolina
1519.  Franklin, County of, North Carolina
1520.  Gaston, County of, North Carolina
1521.  Granville, County of, North Carolina
1522.  Greene, County of, North Carolina
1523.  Greensboro, City of, North Carolina
1524.  Guilford, County of, North Carolina
1525.  Halifax, County of, North Carolina
1526.  Haywood, County of, North Carolina
1527.  Henderson, City of, North Carolina
1528.  Hickory, City of, North Carolina
1529.  Iredell, County of, North Carolina
1530.  Jacksonville, City of, North Carolina
1531.  Lenoir, County of, North Carolina
1532.  Lincoln, County of, North Carolina
1533.  Martin, County of, North Carolina
1534.  McDowell, County of, North Carolina
1535.  Mecklenburg, County of, North Carolina
1536.  Mitchell, County of, North Carolina
1537.  Moore, County of, North Carolina
1538.  New Hanover, County of, North Carolina
1539.  Onslow, County of, North Carolina
1540.  Orange, County of, North Carolina

1541. Pamlico, County of, North Carolina
1542. Pasquotank, County of, North Carolina
1543. Person, County of, North Carolina
1544. Pitt, County of, North Carolina
1545. Randolph, County of, North Carolina
1546. Richmond, County of, North Carolina
1547. Robeson, County of, North Carolina
1548. Rockingham, County of, North Carolina
1549. Rowan, County of, North Carolina
1550. Rutherford, County of, North Carolina
1551. Sampson, County of, North Carolina
1552. Scotland, County of, North Carolina
1553. Surry, County of, North Carolina
1554. Vance, County of, North Carolina
1555. Watauga, County of, North Carolina
1556. Wayne, County of, North Carolina
1557. Wilkes, County of, North Carolina
1558. Wilmington, City of, North Carolina
1559. Winston-Salem, City of, North Carolina
1560. Barnes, County of, North Dakota
1561. Benson, County of, North Dakota
1562. Bismarck, City of, North Dakota
1563. Burleigh, County of, North Dakota
1564. Devils Lake, City of, North Dakota
1565. Dickey, County of, North Dakota
1566. Dunn, County of, North Dakota
1567. Eddy, County of, North Dakota
1568. Foster, County of, North Dakota
1569. Grand Forks, County of, North Dakota
1570. Lamoure, County of, North Dakota
1571. Lisbon, City of, North Dakota
1572. McKenzie, County of, North Dakota
1573. McLean, County of, North Dakota
1574. Mercer, County of, North Dakota
1575. Mountrail, County of, North Dakota
1576. Pembina, County of, North Dakota
1577. Pierce, County of, North Dakota
1578. Ramsey, County of, North Dakota
1579. Ransom, County of, North Dakota
1580. Richland, County of, North Dakota
1581. Rolette, County of, North Dakota
1582. Sargent, County of, North Dakota
1583. Stark, County of, North Dakota
1584. Towner, County of, North Dakota
1585. Walsh, County of, North Dakota
1586. Ward, County of, North Dakota
1587. Wells, County of, North Dakota
1588. Williams, County of, North Dakota
1589. Adams, County of, Ohio
1590. Akron, City of, Ohio/ Akron, (District Attorney of) City of, Ohio
1591. Allen, County of, Ohio
1592. Ashland, City of, Ohio
1593. Ashland, County of, Ohio
1594. Ashtabula, County of, Ohio
1595. Athens, County of, Ohio
1596. Auglaize, County of, Ohio
1597. Aurora, City of, Ohio
1598. Barberton, City of, Ohio
1599. Belmont, County of, Ohio
1600. Board of Education of Boardman Local Schools, Ohio
1601. Board of Education of Liberty Local Schools, Ohio
1602. Boston Heights, Village of, Ohio
1603. Boston, Township of, Ohio
1604. Broadview Heights, City of, Ohio
1605. Brooklyn Heights, Village of, Ohio
1606. Butler, County of, Ohio
1607. Champaign, County of, Ohio
1608. Cincinnati, City of, Ohio
1609. Clermont, County of, Ohio
1610. Cleveland, City of, Ohio/ Cleveland, (District Attorney of) City of, Ohio
1611. Clinton, County of, Ohio
1612. Clinton, Village of, Ohio
1613. Columbiana, County of, Ohio
1614. Copley, Township of, Ohio
1615. Coshocton, County of, Ohio
1616. Coventry, Township of, Ohio
1617. Crawford, County of, Ohio
1618. Cuyahoga, County of, Ohio/ Cuyahoga, (District Attorney of) County of, Ohio
1619. Cuyahoga Falls, City of, Ohio
1620. Darke, County of, Ohio

1621. Dayton, City of, Ohio
1622. Delaware, County of, Ohio
1623. East Cleveland, City of, Ohio
1624. Elyria, City of, Ohio
1625. Erie, County of, Ohio
1626. Euclid, City of, Ohio
1627. Fairfield, City of, Ohio
1628. Fairfield, County of, Ohio
1629. Fairlawn, City of, Ohio
1630. Fayette, County of, Ohio/ Fayette, (District Attorney of) County of, Ohio
1631. Findlay, City of, Ohio
1632. Franklin, County of, Ohio
1633. Fulton, County of, Ohio
1634. Gallia, County of, Ohio
1635. Garfield Heights, City of, Ohio
1636. Geauga, County of, Ohio
1637. Green, City of, Ohio
1638. Guernsey, County of, Ohio
1639. Hamilton, City of, Ohio
1640. Hamilton, County of, Ohio
1641. Hancock, County of, Ohio
1642. Harrison, County of, Ohio
1643. Hocking, County of, Ohio
1644. Huron, City of, Ohio
1645. Huron, County of, Ohio
1646. Ironton, City of, Ohio
1647. Jackson, County of, Ohio
1648. Jefferson, County of, Ohio
1649. Kent, City of, Ohio
1650. Knox, County of, Ohio
1651. Lake, County of, Ohio
1652. Lakemore, Village of, Ohio
1653. Lawrence, County of, Ohio
1654. Lebanon, City of, Ohio
1655. Lexington, Village of, Ohio
1656. Licking, County of, Ohio
1657. Lima, City of, Ohio
1658. Logan, County of, Ohio
1659. Lorain, City of, Ohio
1660. Lorain, County of, Ohio
1661. Lucas, County of, Ohio
1662. Lyndhurst, City of, Ohio
1663. Macedonia, City of, Ohio
1664. Marietta, City of, Ohio
1665. Marion, County of, Ohio
1666. Mayfield Heights, City of, Ohio
1667. Meigs, County of, Ohio
1668. Mercer, County of, Ohio
1669. Middletown, City of, Ohio
1670. Mogadore, Village of, Ohio
1671. Montgomery, (Board of County Commissioners of) County of, Ohio
1672. Munroe Falls, City of, Ohio
1673. Muskingum, County of, Ohio
1674. New Franklin, City of, Ohio
1675. Newburgh Heights, Village of, Ohio
1676. Noble, County of, Ohio
1677. North Olmsted, City of, Ohio
1678. North Ridgeville, City of, Ohio
1679. North Royalton, City of, Ohio
1680. Norton, City of, Ohio
1681. Olmsted Falls, City of, Ohio
1682. Ottawa, County of, Ohio
1683. Painesville, City of, Ohio
1684. Parma, City of, Ohio
1685. Parma Heights, City of, Ohio
1686. Peninsula, Village of, Ohio
1687. Pike, County of, Ohio
1688. Portage, County of, Ohio
1689. Portsmouth, City of, Ohio
1690. Ravenna, City of, Ohio
1691. Richfield, Village of, Ohio
1692. Ross, County of, Ohio
1693. Sandusky, County of, Ohio
1694. Scioto, County of, Ohio
1695. Seneca, County of, Ohio
1696. Seven Hills, City of, Ohio
1697. Shelby, County of, Ohio
1698. Silver Lake, Village of, Ohio
1699. Springfield, Township of, Ohio
1700. St. Marys, City of, Ohio
1701. Stark, County of, Ohio
1702. Stow, City of, Ohio
1703. Strongsville, City of, Ohio
1704. Summit, County of, Ohio/ Summit, (District Attorney of) County of, Ohio/ Summit, (Public Health District of) County of, Ohio
1705. Tallmadge, City of, Ohio
1706. Toledo, City of, Ohio

1707. Trumbull, County of, Ohio
1708. Valley Fire District, Ohio
1709. Van Wert, County of, Ohio
1710. Warren, City of, Ohio
1711. Warrensville Heights, City of, Ohio
1712. Washington, County of, Ohio
1713. Wayne, County of, Ohio
1714. Wickliffe, City of, Ohio
1715. Williams, County of, Ohio
1716. Wyandot, County of, Ohio
1717. Ada, City of, Oklahoma
1718. Altus, City of, Oklahoma
1719. Anadarko, City of, Oklahoma
1720. Atoka, (Board of County Commissioners of) County of, Oklahoma
1721. Beckham, (Board of County Commissioners of) County of, Oklahoma
1722. Bethany, City of, Oklahoma
1723. Broken Arrow, City of, Oklahoma
1724. Caddo, (Board of County Commissioners of) County of, Oklahoma
1725. Choctaw, (Board of County Commissioners of) County of, Oklahoma
1726. Cimarron, (Board of County Commissioners of) County of, Oklahoma
1727. Cleveland, (Board of County Commissioners of) County of, Oklahoma
1728. Coal, (Board of County Commissioners of) County of, Oklahoma
1729. Comanche, County of, Oklahoma
1730. Craig, (Board of County Commissioners of) County of, Oklahoma
1731. Creek, (Board of County Commissioners of) County of, Oklahoma
1732. Custer, (Board of County Commissioners of) County of, Oklahoma
1733. Delaware, County of, Oklahoma
1734. Dewey, (Board of County Commissioners of) County of, Oklahoma
1735. Edmond, City of, Oklahoma
1736. El Reno, City of, Oklahoma
1737. Elk City, City of, Oklahoma
1738. Enid, City of, Oklahoma
1739. Garvin, County of, Oklahoma
1740. Grady, (Board of County Commissioners of) County of, Oklahoma
1741. Greer, (Board of County Commissioners of) County of, Oklahoma
1742. Guthrie, City of, Oklahoma
1743. Harmon, (Board of County Commissioners of) County of, Oklahoma
1744. Harper, (Board of County Commissioners of) County of, Oklahoma
1745. Haskell, (Board of County Commissioners of) County of, Oklahoma
1746. Hughes, (Board of County Commissioners of) County of, Oklahoma
1747. Jackson, (Board of County Commissioners of) County of, Oklahoma
1748. Jefferson, (Board of County Commissioners of) County of, Oklahoma
1749. Jenks, City of, Oklahoma
1750. Johnston, (Board of County Commissioners of) County of, Oklahoma
1751. Kay, (Board of County Commissioners of) County of, Oklahoma
1752. Kiowa, (Board of County Commissioners of) County of, Oklahoma

1753. Latimer, (Board of County Commissioners of) County of, Oklahoma
1754. Lawton, City of, Oklahoma
1755. LeFlore, (Board of County Commissioners of) County of, Oklahoma
1756. Lincoln, (Board of County Commissioners of) County of, Oklahoma
1757. Logan, (Board of County Commissioners of) County of, Oklahoma
1758. Love, (Board of County Commissioners of) County of, Oklahoma
1759. Major, (Board of County Commissioners of) County of, Oklahoma
1760. Mayes, (Board of County Commissioners of) County of, Oklahoma
1761. McClain, County of, Oklahoma
1762. McCurtain, (Board of County Commissioners of) County of, Oklahoma
1763. Midwest City, City of, Oklahoma
1764. Muskogee, City of, Oklahoma
1765. Muskogee, (Board of County Commissioners of) County of, Oklahoma
1766. Mustang, City of, Oklahoma
1767. Noble, (Board of County Commissioners of) County of, Oklahoma
1768. Nowata, (Board of County Commissioners of) County of, Oklahoma
1769. Okfuskee, County of, Oklahoma
1770. Oklahoma City, City of, Oklahoma
1771. Oklahoma, County of, Oklahoma
1772. Okmulgee, (Board of County Commissioners of) County of, Oklahoma
1773. Osage, County of, Oklahoma
1774. Ottawa, County of, Oklahoma

1775. Owasso, City of, Oklahoma
1776. Pawnee, County of, Oklahoma
1777. Payne, (Board of County Commissioners of) County of, Oklahoma
1778. Pittsburg, (Board of County Commissioners of) County of, Oklahoma
1779. Ponca City, City of, Oklahoma
1780. Pottawatomie, (Board of County Commissioners of) County of, Oklahoma
1781. Roger Mills, (Board of County Commissioners of) County of, Oklahoma
1782. Rogers, (Board of County Commissioners of) County of, Oklahoma
1783. Seminole, City of, Oklahoma
1784. Seminole, County of, Oklahoma
1785. Shawnee, City of, Oklahoma
1786. Stephens, (Board of County Commissioners of) County of, Oklahoma
1787. Texas, (Board of County Commissioners of) County of, Oklahoma
1788. Tillman, County of, Oklahoma
1789. Tulsa, City of, Oklahoma
1790. Tulsa, County of, Oklahoma
1791. Washington, (Board of County Commissioners of) County of, Oklahoma
1792. Woods, (Board of County Commissioners of) County of, Oklahoma
1793. Woodward, (Board of County Commissioners of) County of, Oklahoma
1794. Yukon, City of, Oklahoma
1795. Clackamas, County of, Oregon
1796. Clatsop, County of, Oregon
1797. Columbia, County of, Oregon
1798. Coos, County of, Oregon
1799. Jackson, County of, Oregon
1800. Josephine, County of, Oregon

1801. Lane, County of, Oregon
1802. Multnomah, County of, Oregon
1803. Portland, City of, Oregon
1804. Washington, County of, Oregon
1805. Yamhill, County of, Oregon
1806. Adams, County of, Pennsylvania
1807. Allegheny, (District Attorney of) County of, Pennsylvania
1808. Armstrong, County of, Pennsylvania
1809. Beaver, County of, Pennsylvania/ Beaver, (District Attorney of) County of, Pennsylvania
1810. Bedford, County of, Pennsylvania
1811. Bensalem, Township of, Pennsylvania
1812. Berks, (District Attorney) County of, Pennsylvania
1813. Bradford, County of, Pennsylvania
1814. Bristol, Township of, Pennsylvania
1815. Bucks, County of, Pennsylvania/ Bucks, (District Attorney of) County of, Pennsylvania
1816. Cambria, County of, Pennsylvania
1817. Carbon, County of, Pennsylvania
1818. Chester, (District Attorney of) County of, Pennsylvania
1819. Clarion, County of, Pennsylvania
1820. Clearfield, (District Attorney of) County of, Pennsylvania
1821. Clinton, County of, Pennsylvania
1822. Coatesville, City of, Pennsylvania
1823. Columbia, County of, Pennsylvania
1824. Dauphin, County of, Pennsylvania/ Dauphin, (District Attorney of) County of, Pennsylvania
1825. Delaware, County of, Pennsylvania/ Delaware, (District Attorney of) County of, Pennsylvania
1826. Edwardsville, Borough of, Pennsylvania
1827. Erie, County of, Pennsylvania/ Erie, (District Attorney of) County of, Pennsylvania
1828. Exeter, Township of, Pennsylvania
1829. Fairview, Township of, Pennsylvania
1830. Fayette, County of, Pennsylvania
1831. Forty Fort, Borough of, Pennsylvania
1832. Franklin, County of, Pennsylvania
1833. Greene, County of, Pennsylvania
1834. Hanover, Township of, Pennsylvania
1835. Hazleton, City of, Pennsylvania
1836. Huntington, County of, Pennsylvania
1837. Indiana, County of, Pennsylvania
1838. Kingston, City of, Pennsylvania
1839. Lackawanna, County of, Pennsylvania
1840. Lawrence, County of, Pennsylvania/ Lawrence, (District Attorney of) County of, Pennsylvania
1841. Lehigh, County of, Pennsylvania/ Lehigh, (District Attorney of) County of, Pennsylvania
1842. Lock Haven, City of, Pennsylvania
1843. Lower Makefield, Township of, Pennsylvania
1844. Luzerne, County of, Pennsylvania
1845. Lycoming, County of, Pennsylvania
1846. Mercer, County of, Pennsylvania
1847. Middletown, Township of, Pennsylvania
1848. Monroe, County of, Pennsylvania
1849. Morrisville, Borough of, Pennsylvania
1850. Nanticoke, City of, Pennsylvania
1851. Newtown, Township of, Pennsylvania
1852. Norristown, Municipality of, Pennsylvania
1853. Northampton, (District Attorney of) County of, Pennsylvania
1854. Northumberland, County of, Pennsylvania
1855. Philadelphia, City of/ County of, Pennsylvania/ Philadelphia, (District Attorney of) City of/ County of, Pennsylvania
1856. Pike, County of, Pennsylvania
1857. Plains Township, Township of, Pennsylvania
1858. Schuylkill, County of, Pennsylvania
1859. Sugar Notch, Borough of, Pennsylvania

1860. Tioga, County of, Pennsylvania
1861. Warminster, Township of, Pennsylvania
1862. Warrington, Township of, Pennsylvania
1863. Washington, County of, Pennsylvania
1864. West Norriton, Township of, Pennsylvania
1865. West Pittston, Borough of, Pennsylvania
1866. Westmoreland, County of, Pennsylvania/Westmoreland, (District Attorney of) County of, Pennsylvania
1867. Wilkes-Barre, City of, Pennsylvania
1868. Wilkes-Barre, Township of, Pennsylvania
1869. Wright, Township of, Pennsylvania
1870. Wyoming, Borough of, Pennsylvania
1871. Wyoming, County of, Pennsylvania/ Wyoming, (District Attorney of) County of, Pennsylvania
1872. Canovanas, Municipality of, Puerto Rico
1873. Cayey, Municipality of, Puerto Rico
1874. Guayanilla, Municipality of, Puerto Rico
1875. Juncos, Municipality of, Puerto Rico
1876. Loiza, Municipality of, Puerto Rico
1877. Rio Grande, Municipality of, Puerto Rico
1878. Sabana Grande, Municipality of, Puerto Rico
1879. San Juan, Municipality of, Puerto Rico
1880. Vega Alta, Municipality of, Puerto Rico
1881. Yabucoa, Municipality of, Puerto Rico
1882. Burrillville, Town of, Rhode Island
1883. Central Falls, City of, Rhode Island
1884. Charlestown, Town of, Rhode Island
1885. Coventry, Town of, Rhode Island
1886. Cranston, City of, Rhode Island
1887. Cumberland, Town of, Rhode Island
1888. East Greenwich, Town of, Rhode Island
1889. East Providence, City of, Rhode Island
1890. Foster, Town of, Rhode Island
1891. Glocester, Town of, Rhode Island
1892. Hopkinton, Town of, Rhode Island
1893. Jamestown, Town of, Rhode Island
1894. Johnston, Town of, Rhode Island
1895. Middletown, Town of, Rhode Island
1896. Narragansett, Town of, Rhode Island
1897. Newport, City of, Rhode Island
1898. North Kingstown, Town of, Rhode Island
1899. North Providence, Town of, Rhode Island
1900. Pawtucket, City of, Rhode Island
1901. Portsmouth, Town of, Rhode Island
1902. Richmond, Town of, Rhode Island
1903. Scituate, Town of, Rhode Island
1904. Smithfield, Town of, Rhode Island
1905. South Kingstown, Town of, Rhode Island
1906. Warwick, City of, Rhode Island
1907. West Greenwich, Town of, Rhode Island
1908. West Warwick, Town of, Rhode Island
1909. Westerly, Town of, Rhode Island
1910. Woonsocket, City of, Rhode Island
1911. Abbeville, County of, South Carolina
1912. Aiken, County of, South Carolina
1913. Allendale, County of, South Carolina
1914. Anderson, County of, South Carolina
1915. Bamberg, County of, South Carolina
1916. Barnwell, County of, South Carolina
1917. Beaufort, County of, South Carolina
1918. Berkeley, County of, South Carolina
1919. Calhoun, County of, South Carolina
1920. Charleston, City of, South Carolina
1921. Charleston, County of, South Carolina
1922. Cherokee, County of, South Carolina
1923. Chester, City of, South Carolina
1924. Chester, County of, South Carolina

1925. Chesterfield, County of, South Carolina
1926. Clarendon, County of, South Carolina
1927. Colleton, County of, South Carolina
1928. Dillon, County of, South Carolina
1929. Dorchester, County of, South Carolina
1930. Edgefield, County of, South Carolina
1931. Fairfield, County of, South Carolina
1932. Florence, County of, South Carolina
1933. Georgetown, City of, South Carolina
1934. Georgetown, County of, South Carolina
1935. Greenville, County of, South Carolina
1936. Greenwood, County of, South Carolina
1937. Hampton, County of, South Carolina
1938. Horry, County of, South Carolina
1939. Jasper, County of, South Carolina
1940. Kershaw, County of, South Carolina
1941. Lancaster, County of, South Carolina
1942. Laurens, County of, South Carolina
1943. Lee, County of, South Carolina
1944. Lexington, County of, South Carolina
1945. Marion, County of, South Carolina
1946. Marlboro, County of, South Carolina
1947. McCormick, County of, South Carolina
1948. Mt. Pleasant, Town of, South Carolina
1949. Myrtle Beach, City of, South Carolina
1950. Newberry, County of, South Carolina
1951. North Charleston, City of, South Carolina
1952. Oconee, County of, South Carolina
1953. Orangeburg, City of, South Carolina
1954. Orangeburg, County of, South Carolina
1955. Pickens, County of, South Carolina
1956. Richland, County of, South Carolina
1957. Saluda, County of, South Carolina
1958. Spartanburg, County of, South Carolina
1959. Summerville, Town of, South Carolina
1960. Sumter, County of, South Carolina
1961. Union, County of, South Carolina
1962. Williamsburg, County of, South Carolina
1963. York, County of, South Carolina
1964. Pennington, County of, South Dakota
1965. Alexandria, Town of, Tennessee
1966. Algood, City of, Tennessee
1967. Anderson, County of, Tennessee
1968. Arlington, Town of, Tennessee
1969. Baxter, Town of, Tennessee
1970. Bedford, County of, Tennessee
1971. Bledsoe, County of, Tennessee
1972. Blount, County of, Tennessee
1973. Bradley, County of, Tennessee
1974. Campbell, County of, Tennessee
1975. Celina, City of, Tennessee
1976. Centertown, Town of, Tennessee
1977. Centreville, County of, Tennessee
1978. Claiborne, County of, Tennessee
1979. Clarksville, City of, Tennessee
1980. Clay, County of, Tennessee
1981. Clifton, City of, Tennessee
1982. Cocke, County of, Tennessee
1983. Columbia, City of, Tennessee
1984. Cookeville, City of, Tennessee
1985. Cornersville, Town of, Tennessee
1986. Crossville, City of, Tennessee
1987. Cumberland, County of, Tennessee
1988. Dekalb, County of, Tennessee
1989. Eagleville, City of, Tennessee
1990. Fayetteville, City of, Tennessee
1991. Fentress, County of, Tennessee
1992. Franklin, County of, Tennessee
1993. Gatlinburg, City of, Tennessee
1994. Giles, County of, Tennessee
1995. Grainger, County of, Tennessee
1996. Greene, County of, Tennessee
1997. Grundy, County of, Tennessee
1998. Hamblen County Board of Education, Tennessee

1999. Hamilton, County of, Tennessee
2000. Hancock County Board of Education, Tennessee
2001. Hawkins, County of, Tennessee
2002. Haywood, County of, Tennessee
2003. Henderson, County of, Tennessee
2004. Jefferson, County of, Tennessee
2005. Knox, County of, Tennessee
2006. Knoxville, City of, Tennessee
2007. La Vergne, City of, Tennessee
2008. Lauderdale, County of, Tennessee
2009. Lewisburg, City of, Tennessee
2010. Lexington, City of, Tennessee
2011. Loudon, County of, Tennessee
2012. Madison, County of, Tennessee
2013. Marion, County of, Tennessee
2014. Marshall, County of, Tennessee
2015. McMinn, County of, Tennessee
2016. Meigs, County of, Tennessee
2017. Millington, City of, Tennessee
2018. Monroe, County of, Tennessee
2019. Montgomery, County of, Tennessee
2020. Moore, County of, Tennessee
2021. Mount Pleasant, City of, Tennessee
2022. Murfreesboro, City of, Tennessee
2023. Pickett, County of, Tennessee
2024. Polk, County of, Tennessee
2025. Putnam, County of, Tennessee
2026. Rhea, County of, Tennessee
2027. Roane, County of, Tennessee
2028. Rutherford, County of, Tennessee
2029. Rutledge, City of, Tennessee
2030. Scott, County of, Tennessee
2031. Sequatchie, County of, Tennessee
2032. Sevier, County of, Tennessee
2033. Shelbyville, City of, Tennessee
2034. Smith, County of, Tennessee
2035. Smithville, City of, Tennessee
2036. Sparta, City of, Tennessee
2037. Spencer, City of, Tennessee
2038. Spring Hill, City of, Tennessee
2039. Union, County of, Tennessee
2040. Van Buren, County of, Tennessee
2041. Warren, County of, Tennessee
2042. Wartrace, Town of, Tennessee
2043. Washington, County of, Tennessee
2044. Wayne, County of, Tennessee
2045. White, County of, Tennessee
2046. Williamson, County of, Tennessee
2047. Angelina, County of, Texas
2048. Bailey, County of, Texas
2049. Bexar, County of, Texas
2050. Bowie, Town of, Texas
2051. Brazos, County of, Texas
2052. Burleson, County of, Texas
2053. Cherokee, County of, Texas
2054. Childress, County of, Texas
2055. Clay, County of, Texas
2056. Coryell, County of, Texas
2057. Dallas, County of, Texas
2058. Duval, County of, Texas
2059. Eagle Pass, City of, Texas
2060. Ellis, County of, Texas
2061. Freestone, County of, Texas
2062. Henderson, County of, Texas
2063. Jim Hogg, County of, Texas
2064. Jim Wells, County of, Texas
2065. Johnson, County of, Texas
2066. Jones, County of, Texas
2067. Kaufman, County of, Texas
2068. Kendall, County of, Texas
2069. Kleberg, County of, Texas
2070. Lamar, County of, Texas
2071. Laredo, City of, Texas
2072. Maverick, County of, Texas
2073. McLennan, County of, Texas
2074. Montgomery, County of, Texas
2075. Nolan, County of, Texas
2076. Polk, County of, Texas
2077. Rockwall, County of, Texas
2078. Rusk, County of, Texas
2079. San Antonio, City of, Texas
2080. Smith, County of, Texas
2081. Stephens, County of, Texas
2082. Tarrant, County of, Texas
2083. Titus, County of, Texas
2084. Upshur, County of, Texas
2085. Webb, County of, Texas
2086. Wichita, County of, Texas
2087. Williamson, County of, Texas
2088. Zavala, County of, Texas
2089. Beaver, County of, Utah

2090. Cache, County of, Utah
2091. Daggett, County of, Utah
2092. Duchesne, County of, Utah
2093. Emery, County of, Utah
2094. Garfield, County of, Utah
2095. Juab, County of, Utah
2096. Kane, County of, Utah
2097. Piute, County of, Utah
2098. Rich, County of, Utah
2099. Salt Lake, County of, Utah
2100. Sevier, County of, Utah
2101. Summit, County of, Utah
2102. Tooele, County of, Utah
2103. Uintah, County of, Utah
2104. Utah, County of, Utah
2105. Wasatch, County of, Utah
2106. Washington, County of, Utah
2107. Wayne, County of, Utah
2108. Weber, County of, Utah
2109. Bennington, Town of, Vermont
2110. St. Albans, City of, Vermont
2111. Accomack, County of, Virginia
2112. Alexandria, City of, Virginia
2113. Alleghany, County of, Virginia
2114. Amherst, County of, Virginia
2115. Arlington, County of, Virginia
2116. Botetourt, County of, Virginia
2117. Bristol, City of, Virginia
2118. Buena Vista, City of, Virginia
2119. Charlotte, County of, Virginia
2120. Chesapeake, City of, Virginia
2121. Chesterfield, County of, Virginia
2122. Covington, City of, Virginia
2123. Culpeper, County of, Virginia
2124. Cumberland, County of, Virginia
2125. Danville, City of, Virginia
2126. Dickenson, County of, Virginia
2127. Dinwiddie, County of, Virginia
2128. Emporia, City of, Virginia
2129. Fairfax, City of, Virginia
2130. Fairfax, County of, Virginia
2131. Fauquier, County of, Virginia
2132. Floyd, County of, Virginia
2133. Franklin, County of, Virginia
2134. Frederick, County of, Virginia
2135. Fredericksburg, City of, Virginia

2136. Galax, City of, Virginia
2137. Giles, County of, Virginia
2138. Goochland, County of, Virginia
2139. Greensville, County of, Virginia
2140. Halifax, County of, Virginia
2141. Henrico, County of, Virginia
2142. Henry, County of, Virginia
2143. Hopewell, City of, Virginia
2144. Isle of Wight, County of, Virginia
2145. King and Queen, County of, Virginia
2146. Lee, County of, Virginia
2147. Lexington, City of, Virginia
2148. Loudoun, County of, Virginia
2149. Louisa, County of, Virginia
2150. Madison, County of, Virginia
2151. Mecklenburg, County of, Virginia
2152. Montgomery, County of, Virginia
2153. Norfolk, City of, Virginia
2154. Northampton, County of, Virginia
2155. Northumberland, County of, Virginia
2156. Norton, City of, Virginia
2157. Page, County of, Virginia
2158. Patrick, County of, Virginia
2159. Pittsylvania, County of, Virginia
2160. Prince George, County of, Virginia
2161. Prince William, County of, Virginia
2162. Pulaski, County of, Virginia
2163. Radford, City of, Virginia
2164. Richmond, City of, Virginia
2165. Richmond, County of, Virginia
2166. Roanoke, City of, Virginia
2167. Roanoke, County of, Virginia
2168. Rockbridge, County of, Virginia
2169. Russell, County of, Virginia
2170. Salem, City of, Virginia
2171. Scott, County of, Virginia
2172. Shenandoah, County of, Virginia
2173. Smyth, County of, Virginia
2174. Stafford, County of, Virginia
2175. Tazewell, County of, Virginia
2176. Virginia Beach, City of, Virginia
2177. Warren, County of, Virginia
2178. Washington, County of, Virginia
2179. Waynesboro, City of, Virginia
2180. Westmoreland, County of, Virginia
2181. Winchester, City of, Virginia

2182.	Wise, County of, Virginia
2183.	Wythe, County of, Virginia
2184.	Bainbridge Island, City of, Washington
2185.	Chelan, County of, Washington
2186.	Clallam, County of, Washington
2187.	Everett, City of, Washington
2188.	Franklin, County of, Washington
2189.	Island, County of, Washington
2190.	Jefferson, County of, Washington
2191.	Kitsap, County of, Washington
2192.	Lewis, County of, Washington
2193.	Pierce, County of, Washington
2194.	Snohomish, County of, Washington
2195.	Tacoma, City of, Washington
2196.	Walla Walla, County of, Washington
2197.	Whitman, County of, Washington
2198.	Adams, County of, Wisconsin
2199.	Ashland, County of, Wisconsin
2200.	Barron, County of, Wisconsin
2201.	Bayfield, County of, Wisconsin
2202.	Brown, County of, Wisconsin
2203.	Buffalo, County of, Wisconsin
2204.	Burnett, County of, Wisconsin
2205.	Calumet, County of, Wisconsin
2206.	Chippewa, County of, Wisconsin
2207.	Clark, County of, Wisconsin
2208.	Columbia, County of, Wisconsin
2209.	Crawford, County of, Wisconsin
2210.	Dane, County of, Wisconsin
2211.	Dodge, County of, Wisconsin
2212.	Door, County of, Wisconsin
2213.	Douglas, County of, Wisconsin
2214.	Dunn, County of, Wisconsin
2215.	Eau Claire, County of, Wisconsin
2216.	Florence, County of, Wisconsin
2217.	Fond du Lac, County of, Wisconsin
2218.	Forest, County of, Wisconsin
2219.	Grant, County of, Wisconsin
2220.	Green, County of, Wisconsin
2221.	Green Lake, County of, Wisconsin
2222.	Iowa, County of, Wisconsin
2223.	Iron, County of, Wisconsin
2224.	Jackson, County of, Wisconsin
2225.	Jefferson, County of, Wisconsin
2226.	Juneau, County of, Wisconsin
2227.	Kenosha, City of, Wisconsin
2228.	Kenosha, County of, Wisconsin
2229.	Kewaunee, County of, Wisconsin
2230.	La Crosse, County of, Wisconsin
2231.	Lafayette, County of, Wisconsin
2232.	Langlade, County of, Wisconsin
2233.	Lincoln, County of, Wisconsin
2234.	Manitowoc, County of, Wisconsin
2235.	Marathon, County of, Wisconsin
2236.	Marinette, County of, Wisconsin
2237.	Marquette, County of, Wisconsin
2238.	Menominee, County of, Wisconsin
2239.	Milwaukee, City of, Wisconsin
2240.	Milwaukee, County of, Wisconsin
2241.	Monroe, County of, Wisconsin
2242.	Oconto, County of, Wisconsin
2243.	Oneida, County of, Wisconsin
2244.	Outagamie, County of, Wisconsin
2245.	Ozaukee, County of, Wisconsin
2246.	Pepin, County of, Wisconsin
2247.	Pierce, County of, Wisconsin
2248.	Pleasant Prairie, Village of, Wisconsin
2249.	Portage, County of, Wisconsin
2250.	Price, County of, Wisconsin
2251.	Racine, County of, Wisconsin
2252.	Richland, County of, Wisconsin
2253.	Rock, County of, Wisconsin
2254.	Rusk, County of, Wisconsin
2255.	Sauk, County of, Wisconsin
2256.	Sawyer, County of, Wisconsin
2257.	Shawano, County of, Wisconsin
2258.	Sheboygan, County of, Wisconsin
2259.	St. Croix, County of, Wisconsin
2260.	Taylor, County of, Wisconsin
2261.	Trempealeau, County of, Wisconsin
2262.	Vernon, County of, Wisconsin
2263.	Vilas, County of, Wisconsin
2264.	Walworth, County of, Wisconsin
2265.	Washburn, County of, Wisconsin
2266.	Washington, County of, Wisconsin
2267.	Waukesha, County of, Wisconsin
2268.	Waupaca, County of, Wisconsin
2269.	Waushara, County of, Wisconsin
2270.	Winnebago, County of, Wisconsin
2271.	Wood, County of, Wisconsin

2272. Carbon, County of, Wyoming
2273. Casper, City of, Wyoming
2274. Cheyenne, City of, Wyoming
2275. Green River, City of, Wyoming
2276. Riverton, City of, Wyoming
2277. Rock Springs, City of, Wyoming
2278. Sweetwater, County of, Wyoming

## **EXHIBIT D**

## **[Intentionally Omitted]**

## EXHIBIT E

### List of Opioid Remediation Uses

**Schedule A**
**Core Strategies**

Settling States and Participating Subdivisions listed on Exhibit G may choose from among the abatement strategies listed in Schedule B. However, priority may be given to the following core abatement strategies ("*Core Strategies*").[1]

A. **NALOXONE OR OTHER FDA-APPROVED DRUG TO REVERSE OPIOID OVERDOSES**

    1.    Expand training for first responders, schools, community support groups and families; and

    2.    Increase distribution to individuals who are uninsured or whose insurance does not cover the needed service.

B. **MEDICATION-ASSISTED TREATMENT *("MAT")* DISTRIBUTION AND OTHER OPIOID-RELATED TREATMENT**

    1.    Increase distribution of MAT to individuals who are uninsured or whose insurance does not cover the needed service;

    2.    Provide education to school-based and youth-focused programs that discourage or prevent misuse;

    3.    Provide MAT education and awareness training to healthcare providers, EMTs, law enforcement, and other first responders; and

    4.    Provide treatment and recovery support services such as residential and inpatient treatment, intensive outpatient treatment, outpatient therapy or counseling, and recovery housing that allow or integrate medication and with other support services.

---

[1] As used in this Schedule A, words like "expand," "fund," "provide" or the like shall not indicate a preference for new or existing programs.

C.      **PREGNANT & POSTPARTUM WOMEN**

1.      Expand Screening, Brief Intervention, and Referral to Treatment ("*SBIRT*") services to non-Medicaid eligible or uninsured pregnant women;

2.      Expand comprehensive evidence-based treatment and recovery services, including MAT, for women with cooccurring Opioid Use Disorder ("*OUD*") and other Substance Use Disorder ("*SUD*")/Mental Health disorders for uninsured individuals for up to 12 months postpartum; and

3.      Provide comprehensive wrap-around services to individuals with OUD, including housing, transportation, job placement/training, and childcare.

D.      **EXPANDING TREATMENT FOR NEONATAL ABSTINENCE SYNDROME *("NAS")***

1.      Expand comprehensive evidence-based and recovery support for NAS babies;

2.      Expand services for better continuum of care with infant-need dyad; and

3.      Expand long-term treatment and services for medical monitoring of NAS babies and their families.

E.      **EXPANSION OF WARM HAND-OFF PROGRAMS AND RECOVERY SERVICES**

1.      Expand services such as navigators and on-call teams to begin MAT in hospital emergency departments;

2.      Expand warm hand-off services to transition to recovery services;

3.      Broaden scope of recovery services to include co-occurring SUD or mental health conditions;

4.      Provide comprehensive wrap-around services to individuals in recovery, including housing, transportation, job placement/training, and childcare; and

5.      Hire additional social workers or other behavioral health workers to facilitate expansions above.

F. **TREATMENT FOR INCARCERATED POPULATION**

    1.     Provide evidence-based treatment and recovery support, including MAT for persons with OUD and co-occurring SUD/MH disorders within and transitioning out of the criminal justice system; and

    2.     Increase funding for jails to provide treatment to inmates with OUD.

G. **PREVENTION PROGRAMS**

    1.     Funding for media campaigns to prevent opioid use (similar to the FDA's "Real Cost" campaign to prevent youth from misusing tobacco);

    2.     Funding for evidence-based prevention programs in schools;

    3.     Funding for medical provider education and outreach regarding best prescribing practices for opioids consistent with CDC guidelines, including providers at hospitals (academic detailing);

    4.     Funding for community drug disposal programs; and

    5.     Funding and training for first responders to participate in prearrest diversion programs, post-overdose response teams, or similar strategies that connect at-risk individuals to behavioral health services and supports.

H. **EXPANDING SYRINGE SERVICE PROGRAMS**

    1.     Provide comprehensive syringe services programs with more wrap-around services, including linkage to OUD treatment, access to sterile syringes and linkage to care and treatment of infectious diseases.

I. **EVIDENCE-BASED DATA COLLECTION AND RESEARCH ANALYZING THE EFFECTIVENESS OF THE ABATEMENT STRATEGIES WITHIN THE STATE**

**Schedule B**
**Approved Uses**

Support treatment of Opioid Use Disorder (OUD) and any co-occurring Substance Use Disorder or Mental Health (SUD/MH) conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

| PART ONE: TREATMENT |
|---|

A. **TREAT OPIOID USE DISORDER (OUD)**

Support treatment of Opioid Use Disorder ("*OUD*") and any co-occurring Substance Use Disorder or Mental Health ("*SUD/MH*") conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:[2]

1. Expand availability of treatment for OUD and any co-occurring SUD/MH conditions, including all forms of Medication-Assisted Treatment ("*MAT*") approved by the U.S. Food and Drug Administration.

2. Support and reimburse evidence-based services that adhere to the American Society of Addiction Medicine ("*ASAM*") continuum of care for OUD and any co-occurring SUD/MH conditions.

3. Expand telehealth to increase access to treatment for OUD and any co-occurring SUD/MH conditions, including MAT, as well as counseling, psychiatric support, and other treatment and recovery support services.

4. Improve oversight of Opioid Treatment Programs ("*OTPs*") to assure evidence-based or evidence-informed practices such as adequate methadone dosing and low threshold approaches to treatment.

5. Support mobile intervention, treatment, and recovery services, offered by qualified professionals and service providers, such as peer recovery coaches, for persons with OUD and any co-occurring SUD/MH conditions and for persons who have experienced an opioid overdose.

6. Provide treatment of trauma for individuals with OUD (*e.g.*, violence, sexual assault, human trafficking, or adverse childhood experiences) and family members (*e.g.*, surviving family members after an overdose or overdose fatality), and training of health care personnel to identify and address such trauma.

7. Support evidence-based withdrawal management services for people with OUD and any co-occurring mental health conditions.

---

[2] As used in this Schedule B, words like "expand," "fund," "provide" or the like shall not indicate a preference for new or existing programs.

8.     Provide training on MAT for health care providers, first responders, students, or other supporting professionals, such as peer recovery coaches or recovery outreach specialists, including telementoring to assist community-based providers in rural or underserved areas.

9.     Support workforce development for addiction professionals who work with persons with OUD and any co-occurring SUD/MH conditions.

10.     Offer fellowships for addiction medicine specialists for direct patient care, instructors, and clinical research for treatments.

11.     Offer scholarships and supports for behavioral health practitioners or workers involved in addressing OUD and any co-occurring SUD/MH or mental health conditions, including, but not limited to, training, scholarships, fellowships, loan repayment programs, or other incentives for providers to work in rural or underserved areas.

12.     Provide funding and training for clinicians to obtain a waiver under the federal Drug Addiction Treatment Act of 2000 ("*DATA 2000*") to prescribe MAT for OUD, and provide technical assistance and professional support to clinicians who have obtained a DATA 2000 waiver.

13.     Disseminate web-based training curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service-Opioids web-based training curriculum and motivational interviewing.

14.     Develop and disseminate new curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service for Medication-Assisted Treatment.

**B.**     **SUPPORT PEOPLE IN TREATMENT AND RECOVERY**

Support people in recovery from OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the programs or strategies that:

1.     Provide comprehensive wrap-around services to individuals with OUD and any cooccurring SUD/MH conditions, including housing, transportation, education, job placement, job training, or childcare.

2.     Provide the full continuum of care of treatment and recovery services for OUD and any co-occurring SUD/MH conditions, including supportive housing, peer support services and counseling, community navigators, case management, and connections to community-based services.

3.     Provide counseling, peer-support, recovery case management and residential treatment with access to medications for those who need it to persons with OUD and any co-occurring SUD/MH conditions.

4.      Provide access to housing for people with OUD and any co-occurring SUD/MH conditions, including supportive housing, recovery housing, housing assistance programs, training for housing providers, or recovery housing programs that allow or integrate FDA-approved mediation with other support services.

5.      Provide community support services, including social and legal services, to assist in deinstitutionalizing persons with OUD and any co-occurring SUD/MH conditions.

6.      Support or expand peer-recovery centers, which may include support groups, social events, computer access, or other services for persons with OUD and any cooccurring SUD/MH conditions.

7.      Provide or support transportation to treatment or recovery programs or services for persons with OUD and any co-occurring SUD/MH conditions.

8.      Provide employment training or educational services for persons in treatment for or recovery from OUD and any co-occurring SUD/MH conditions.

9.      Identify successful recovery programs such as physician, pilot, and college recovery programs, and provide support and technical assistance to increase the number and capacity of high-quality programs to help those in recovery.

10.     Engage non-profits, faith-based communities, and community coalitions to support people in treatment and recovery and to support family members in their efforts to support the person with OUD in the family.

11.     Provide training and development of procedures for government staff to appropriately interact and provide social and other services to individuals with or in recovery from OUD, including reducing stigma.

12.     Support stigma reduction efforts regarding treatment and support for persons with OUD, including reducing the stigma on effective treatment.

13.     Create or support culturally appropriate services and programs for persons with OUD and any co-occurring SUD/MH conditions, including new Americans.

14.     Create and/or support recovery high schools.

15.     Hire or train behavioral health workers to provide or expand any of the services or supports listed above.

## C.   CONNECT PEOPLE WHO NEED HELP TO THE HELP THEY NEED (CONNECTIONS TO CARE)

Provide connections to care for people who have—or are at risk of developing—OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

E-6

1.      Ensure that health care providers are screening for OUD and other risk factors and know how to appropriately counsel and treat (or refer if necessary) a patient for OUD treatment.

2.      Fund SBIRT programs to reduce the transition from use to disorders, including SBIRT services to pregnant women who are uninsured or not eligible for Medicaid.

3.      Provide training and long-term implementation of SBIRT in key systems (health, schools, colleges, criminal justice, and probation), with a focus on youth and young adults when transition from misuse to opioid disorder is common.

4.      Purchase automated versions of SBIRT and support ongoing costs of the technology.

5.      Expand services such as navigators and on-call teams to begin MAT in hospital emergency departments.

6.      Provide training for emergency room personnel treating opioid overdose patients on post-discharge planning, including community referrals for MAT, recovery case management or support services.

7.      Support hospital programs that transition persons with OUD and any co-occurring SUD/MH conditions, or persons who have experienced an opioid overdose, into clinically appropriate follow-up care through a bridge clinic or similar approach.

8.      Support crisis stabilization centers that serve as an alternative to hospital emergency departments for persons with OUD and any co-occurring SUD/MH conditions or persons that have experienced an opioid overdose.

9.      Support the work of Emergency Medical Systems, including peer support specialists, to connect individuals to treatment or other appropriate services following an opioid overdose or other opioid-related adverse event.

10.     Provide funding for peer support specialists or recovery coaches in emergency departments, detox facilities, recovery centers, recovery housing, or similar settings; offer services, supports, or connections to care to persons with OUD and any co-occurring SUD/MH conditions or to persons who have experienced an opioid overdose.

11.     Expand warm hand-off services to transition to recovery services.

12.     Create or support school-based contacts that parents can engage with to seek immediate treatment services for their child; and support prevention, intervention, treatment, and recovery programs focused on young people.

13.     Develop and support best practices on addressing OUD in the workplace.

14.     Support assistance programs for health care providers with OUD.

15.     Engage non-profits and the faith community as a system to support outreach for treatment.

16.     Support centralized call centers that provide information and connections to appropriate services and supports for persons with OUD and any co-occurring SUD/MH conditions.

## D.      ADDRESS THE NEEDS OF CRIMINAL JUSTICE-INVOLVED PERSONS

Address the needs of persons with OUD and any co-occurring SUD/MH conditions who are involved in, are at risk of becoming involved in, or are transitioning out of the criminal justice system through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1.      Support pre-arrest or pre-arraignment diversion and deflection strategies for persons with OUD and any co-occurring SUD/MH conditions, including established strategies such as:

   1.      Self-referral strategies such as the Angel Programs or the Police Assisted Addiction Recovery Initiative ("*PAARI*");

   2.      Active outreach strategies such as the Drug Abuse Response Team ("*DART*") model;

   3.      "Naloxone Plus" strategies, which work to ensure that individuals who have received naloxone to reverse the effects of an overdose are then linked to treatment programs or other appropriate services;

   4.      Officer prevention strategies, such as the Law Enforcement Assisted Diversion ("*LEAD*") model;

   5.      Officer intervention strategies such as the Leon County, Florida Adult Civil Citation Network or the Chicago Westside Narcotics Diversion to Treatment Initiative; or

   6.      Co-responder and/or alternative responder models to address OUD-related 911 calls with greater SUD expertise.

2.      Support pre-trial services that connect individuals with OUD and any co-occurring SUD/MH conditions to evidence-informed treatment, including MAT, and related services.

3.      Support treatment and recovery courts that provide evidence-based options for persons with OUD and any co-occurring SUD/MH conditions.

E-8

4.    Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any cooccurring SUD/MH conditions who are incarcerated in jail or prison.

5.    Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any cooccurring SUD/MH conditions who are leaving jail or prison or have recently left jail or prison, are on probation or parole, are under community corrections supervision, or are in re-entry programs or facilities.

6.    Support critical time interventions ("*CTI*"), particularly for individuals living with dual-diagnosis OUD/serious mental illness, and services for individuals who face immediate risks and service needs and risks upon release from correctional settings.

7.    Provide training on best practices for addressing the needs of criminal justice-involved persons with OUD and any co-occurring SUD/MH conditions to law enforcement, correctional, or judicial personnel or to providers of treatment, recovery, harm reduction, case management, or other services offered in connection with any of the strategies described in this section.

## E.    ADDRESS THE NEEDS OF PREGNANT OR PARENTING WOMEN AND THEIR FAMILIES, INCLUDING BABIES WITH NEONATAL ABSTINENCE SYNDROME

Address the needs of pregnant or parenting women with OUD and any co-occurring SUD/MH conditions, and the needs of their families, including babies with neonatal abstinence syndrome ("*NAS*"), through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1.    Support evidence-based or evidence-informed treatment, including MAT, recovery services and supports, and prevention services for pregnant women—or women who could become pregnant—who have OUD and any co-occurring SUD/MH conditions, and other measures to educate and provide support to families affected by Neonatal Abstinence Syndrome.

2.    Expand comprehensive evidence-based treatment and recovery services, including MAT, for uninsured women with OUD and any co-occurring SUD/MH conditions for up to 12 months postpartum.

3.    Provide training for obstetricians or other healthcare personnel who work with pregnant women and their families regarding treatment of OUD and any co-occurring SUD/MH conditions.

4.    Expand comprehensive evidence-based treatment and recovery support for NAS babies; expand services for better continuum of care with infant-need dyad; and expand long-term treatment and services for medical monitoring of NAS babies and their families.

5. Provide training to health care providers who work with pregnant or parenting women on best practices for compliance with federal requirements that children born with NAS get referred to appropriate services and receive a plan of safe care.

6. Provide child and family supports for parenting women with OUD and any cooccurring SUD/MH conditions.

7. Provide enhanced family support and child care services for parents with OUD and any co-occurring SUD/MH conditions.

8. Provide enhanced support for children and family members suffering trauma as a result of addiction in the family; and offer trauma-informed behavioral health treatment for adverse childhood events.

9. Offer home-based wrap-around services to persons with OUD and any co-occurring SUD/MH conditions, including, but not limited to, parent skills training.

10. Provide support for Children's Services—Fund additional positions and services, including supportive housing and other residential services, relating to children being removed from the home and/or placed in foster care due to custodial opioid use.

---

### PART TWO: PREVENTION

**F.  PREVENT OVER-PRESCRIBING AND ENSURE APPROPRIATE PRESCRIBING AND DISPENSING OF OPIOIDS**

Support efforts to prevent over-prescribing and ensure appropriate prescribing and dispensing of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Funding medical provider education and outreach regarding best prescribing practices for opioids consistent with the Guidelines for Prescribing Opioids for Chronic Pain from the U.S. Centers for Disease Control and Prevention, including providers at hospitals (academic detailing).

2. Training for health care providers regarding safe and responsible opioid prescribing, dosing, and tapering patients off opioids.

3. Continuing Medical Education (CME) on appropriate prescribing of opioids.

4. Providing Support for non-opioid pain treatment alternatives, including training providers to offer or refer to multi-modal, evidence-informed treatment of pain.

5. Supporting enhancements or improvements to Prescription Drug Monitoring Programs ("*PDMPs*"), including, but not limited to, improvements that:

1.   Increase the number of prescribers using PDMPs;

2.   Improve point-of-care decision-making by increasing the quantity, quality, or format of data available to prescribers using PDMPs, by improving the interface that prescribers use to access PDMP data, or both; or

3.   Enable states to use PDMP data in support of surveillance or intervention strategies, including MAT referrals and follow-up for individuals identified within PDMP data as likely to experience OUD in a manner that complies with all relevant privacy and security laws and rules.

6.   Ensuring PDMPs incorporate available overdose/naloxone deployment data, including the United States Department of Transportation's Emergency Medical Technician overdose database in a manner that complies with all relevant privacy and security laws and rules.

7.   Increasing electronic prescribing to prevent diversion or forgery.

8.   Educating dispensers on appropriate opioid dispensing.

## G.   PREVENT MISUSE OF OPIOIDS

Support efforts to discourage or prevent misuse of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1.   Funding media campaigns to prevent opioid misuse.

2.   Corrective advertising or affirmative public education campaigns based on evidence.

3.   Public education relating to drug disposal.

4.   Drug take-back disposal or destruction programs.

5.   Funding community anti-drug coalitions that engage in drug prevention efforts.

6.   Supporting community coalitions in implementing evidence-informed prevention, such as reduced social access and physical access, stigma reduction—including staffing, educational campaigns, support for people in treatment or recovery, or training of coalitions in evidence-informed implementation, including the Strategic Prevention Framework developed by the U.S. Substance Abuse and Mental Health Services Administration ("*SAMHSA*").

7.   Engaging non-profits and faith-based communities as systems to support prevention.

8. Funding evidence-based prevention programs in schools or evidence-informed school and community education programs and campaigns for students, families, school employees, school athletic programs, parent-teacher and student associations, and others.

9. School-based or youth-focused programs or strategies that have demonstrated effectiveness in preventing drug misuse and seem likely to be effective in preventing the uptake and use of opioids.

10. Create or support community-based education or intervention services for families, youth, and adolescents at risk for OUD and any co-occurring SUD/MH conditions.

11. Support evidence-informed programs or curricula to address mental health needs of young people who may be at risk of misusing opioids or other drugs, including emotional modulation and resilience skills.

12. Support greater access to mental health services and supports for young people, including services and supports provided by school nurses, behavioral health workers or other school staff, to address mental health needs in young people that (when not properly addressed) increase the risk of opioid or another drug misuse.

## H.  PREVENT OVERDOSE DEATHS AND OTHER HARMS (HARM REDUCTION)

Support efforts to prevent or reduce overdose deaths or other opioid-related harms through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Increased availability and distribution of naloxone and other drugs that treat overdoses for first responders, overdose patients, individuals with OUD and their friends and family members, schools, community navigators and outreach workers, persons being released from jail or prison, or other members of the general public.

2. Public health entities providing free naloxone to anyone in the community.

3. Training and education regarding naloxone and other drugs that treat overdoses for first responders, overdose patients, patients taking opioids, families, schools, community support groups, and other members of the general public.

4. Enabling school nurses and other school staff to respond to opioid overdoses, and provide them with naloxone, training, and support.

5. Expanding, improving, or developing data tracking software and applications for overdoses/naloxone revivals.

6. Public education relating to emergency responses to overdoses.

7. Public education relating to immunity and Good Samaritan laws.

8. Educating first responders regarding the existence and operation of immunity and Good Samaritan laws.

9. Syringe service programs and other evidence-informed programs to reduce harms associated with intravenous drug use, including supplies, staffing, space, peer support services, referrals to treatment, fentanyl checking, connections to care, and the full range of harm reduction and treatment services provided by these programs.

10. Expanding access to testing and treatment for infectious diseases such as HIV and Hepatitis C resulting from intravenous opioid use.

11. Supporting mobile units that offer or provide referrals to harm reduction services, treatment, recovery supports, health care, or other appropriate services to persons that use opioids or persons with OUD and any co-occurring SUD/MH conditions.

12. Providing training in harm reduction strategies to health care providers, students, peer recovery coaches, recovery outreach specialists, or other professionals that provide care to persons who use opioids or persons with OUD and any co-occurring SUD/MH conditions.

13. Supporting screening for fentanyl in routine clinical toxicology testing.

| PART THREE: OTHER STRATEGIES |
| --- |

## I. **FIRST RESPONDERS**

In addition to items in section C, D and H relating to first responders, support the following:

1. Education of law enforcement or other first responders regarding appropriate practices and precautions when dealing with fentanyl or other drugs.

2. Provision of wellness and support services for first responders and others who experience secondary trauma associated with opioid-related emergency events.

## J. **LEADERSHIP, PLANNING AND COORDINATION**

Support efforts to provide leadership, planning, coordination, facilitations, training and technical assistance to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, the following:

1. Statewide, regional, local or community regional planning to identify root causes of addiction and overdose, goals for reducing harms related to the opioid epidemic, and areas and populations with the greatest needs for treatment intervention services, and to support training and technical assistance and other

strategies to abate the opioid epidemic described in this opioid abatement strategy list.

2.      A dashboard to (a) share reports, recommendations, or plans to spend opioid settlement funds; (b) to show how opioid settlement funds have been spent; (c) to report program or strategy outcomes; or (d) to track, share or visualize key opioid- or health-related indicators and supports as identified through collaborative statewide, regional, local or community processes.

3.      Invest in infrastructure or staffing at government or not-for-profit agencies to support collaborative, cross-system coordination with the purpose of preventing overprescribing, opioid misuse, or opioid overdoses, treating those with OUD and any co-occurring SUD/MH conditions, supporting them in treatment or recovery, connecting them to care, or implementing other strategies to abate the opioid epidemic described in this opioid abatement strategy list.

4.      Provide resources to staff government oversight and management of opioid abatement programs.

**K.     TRAINING**

In addition to the training referred to throughout this document, support training to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, those that:

1.      Provide funding for staff training or networking programs and services to improve the capability of government, community, and not-for-profit entities to abate the opioid crisis.

2.      Support infrastructure and staffing for collaborative cross-system coordination to prevent opioid misuse, prevent overdoses, and treat those with OUD and any cooccurring SUD/MH conditions, or implement other strategies to abate the opioid epidemic described in this opioid abatement strategy list (*e.g.*, health care, primary care, pharmacies, PDMPs, etc.).

**L.     RESEARCH**

Support opioid abatement research that may include, but is not limited to, the following:

1.      Monitoring, surveillance, data collection and evaluation of programs and strategies described in this opioid abatement strategy list.

2.      Research non-opioid treatment of chronic pain.

3.      Research on improved service delivery for modalities such as SBIRT that demonstrate promising but mixed results in populations vulnerable to opioid use disorders.

4.      Research on novel harm reduction and prevention efforts such as the provision of fentanyl test strips.

5.      Research on innovative supply-side enforcement efforts such as improved detection of mail-based delivery of synthetic opioids.

6.      Expanded research on swift/certain/fair models to reduce and deter opioid misuse within criminal justice populations that build upon promising approaches used to address other substances (*e.g.*, Hawaii HOPE and Dakota 24/7).

7.      Epidemiological surveillance of OUD-related behaviors in critical populations, including individuals entering the criminal justice system, including, but not limited to approaches modeled on the Arrestee Drug Abuse Monitoring ("*ADAM*") system.

8.      Qualitative and quantitative research regarding public health risks and harm reduction opportunities within illicit drug markets, including surveys of market participants who sell or distribute illicit opioids.

9.      Geospatial analysis of access barriers to MAT and their association with treatment engagement and treatment outcomes.

**EXHIBIT F**

**List of States and Overall Allocation Percentages**

| | |
|---|---|
| **Alaska** | 0.2557955294% |
| **American Samoa** | 0.0191834392% |
| **Arizona** | 2.6615833823% |
| **Arkansas** | 1.0444409688% |
| **California** | 11.1157787586% |
| **Colorado** | 1.8616660165% |
| **Connecticut** | 1.4495669159% |
| **Delaware** | 0.4952425518% |
| **District of Columbia** | 0.2016442528% |
| **Georgia** | 3.1238692398% |
| **Guam** | 0.0538195977% |
| **Hawaii** | 0.3637319771% |
| **Idaho** | 0.5511268529% |
| **Illinois** | 3.7267807228% |
| **Indiana** | 2.4837762383% |
| **Iowa** | 0.8312430751% |
| **Kansas** | 0.8784715219% |
| **Kentucky** | 2.2366652249% |
| **Louisiana** | 1.6414669014% |
| **Maine** | 0.5930462294% |
| **Maryland** | 2.3646968446% |
| **Massachusetts** | 2.5808944372% |
| **Michigan** | 3.8115795226% |
| **Minnesota** | 1.4534316941% |
| **Mississippi** | 0.9662576251% |
| **Missouri** | 2.2470994124% |
| **Montana** | 0.3501746091% |
| **N. Mariana Islands** | 0.0187170792% |
| **Nebraska** | 0.4673742159% |
| **Nevada** | 1.3464414888% |
| **New Hampshire** | 0.6481247935% |
| **New Jersey** | 3.0868152098% |
| **New York** | 5.7834378670% |
| **North Carolina** | 3.6415375306% |
| **North Dakota** | 0.1904938536% |
| **Ohio** | 4.8372585804% |

| | |
|---|---|
| **Oklahoma** | 1.7166904525% |
| **Oregon** | 1.5395677885% |
| **Pennsylvania** | 5.1406020829% |
| **Puerto Rico** | 0.7956080574% |
| **Rhode Island** | 0.5003004364% |
| **South Carolina** | 1.7246195407% |
| **South Dakota** | 0.2220685158% |
| **Tennessee** | 3.0117628404% |
| **Texas** | 7.0508308295% |
| **Utah** | 1.2847240804% |
| **Vermont** | 0.2851259773% |
| **Virgin Islands** | 0.0353676254% |
| **Virginia** | 2.5546090245% |
| **Washington** | 2.5980676129% |
| **Wisconsin** | 1.9699254815% |
| **Wyoming** | 0.1868954934% |

<u>**EXHIBIT G**</u>

<u>**Subdivisions Eligible to Receive Direct Allocations from the Subdivision Fund and
Subdivision Fund Allocation Percentages**</u>

The Subdivisions set forth on this Exhibit G are eligible to receive direct allocations from the
Subdivision Fund, if such Subdivisions are otherwise eligible to receive such funds under this
Agreement. By default, the Subdivisions set forth on this Exhibit G shall include all Subdivisions
set forth on Exhibit G of the national opioid settlement agreement dated July 21, 2021 with
Janssen Pharmaceuticals, Inc., et al., including all amendments up to the State Participation Date
of this Agreement. A State may elect to add any additional Subdivisions to this Exhibit G at any
time prior to the Threshold Subdivision Participation Date.

Immediately upon the effectiveness of any State-Subdivision Agreement, Allocation Statute,
Statutory Trust, or voluntary redistribution allowed by subsection V.D.3 (or upon the
effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute,
Statutory Trust, or voluntary redistribution allowed by subsection V.D.3) that addresses
allocation from the Subdivision Fund, whether before or after the Threshold Subdivision
Participation Date, this Exhibit G will automatically be amended to reflect the allocation from
the Subdivision Fund pursuant to the State-Subdivision Agreement, Allocation Statute, Statutory
Trust, or voluntary redistribution allowed by subsection V.D.3.

For the avoidance of doubt, inclusion on this Exhibit G shall not create any claim for any amount
of the Settlement Fund, and no such amounts shall be allocated or distributed to any Subdivision
included herein if such Subdivision does not otherwise meet all requirements to receive any such
funds pursuant to the Agreement.

[List to be Added]

## **EXHIBIT H**

## **[Intentionally Omitted]**

## EXHIBIT I

### Primary Subdivisions

1. Alabaster, City of, Alabama
2. Albertville, City of, Alabama
3. Alexander City, City of, Alabama
4. Anniston, City of, Alabama
5. Athens, City of, Alabama
6. Auburn, City of, Alabama
7. Autauga, County of, Alabama
8. Baldwin, County of, Alabama
9. Barbour, County of, Alabama
10. Bessemer, City of, Alabama
11. Bibb, County of, Alabama
12. Birmingham, City of, Alabama
13. Blount, County of, Alabama
14. Bullock, County of, Alabama
15. Butler, County of, Alabama
16. Calera, City of, Alabama
17. Calhoun, County of, Alabama
18. Center Point, City of, Alabama
19. Chambers, County of, Alabama
20. Chelsea, City of, Alabama
21. Cherokee, County of, Alabama
22. Chilton, County of, Alabama
23. Choctaw, County of, Alabama
24. Clarke, County of, Alabama
25. Clay, County of, Alabama
26. Cleburne, County of, Alabama
27. Coffee, County of, Alabama
28. Colbert, County of, Alabama
29. Conecuh, County of, Alabama
30. Coosa, County of, Alabama
31. Covington, County of, Alabama
32. Crenshaw, County of, Alabama
33. Cullman, City of, Alabama
34. Cullman, County of, Alabama
35. Dale, County of, Alabama
36. Dallas, County of, Alabama
37. Daphne, City of, Alabama
38. Decatur, City of, Alabama
39. DeKalb, County of, Alabama
40. Dothan, City of, Alabama
41. Elmore, County of, Alabama
42. Enterprise, City of, Alabama
43. Escambia, County of, Alabama
44. Etowah, County of, Alabama
45. Eufaula, City of, Alabama
46. Fairfield, City of, Alabama
47. Fairhope, City of, Alabama
48. Fayette, County of, Alabama
49. Florence, City of, Alabama
50. Foley, City of, Alabama
51. Fort Payne, City of, Alabama
52. Franklin, County of, Alabama
53. Gadsden, City of, Alabama
54. Gardendale, City of, Alabama
55. Geneva, County of, Alabama
56. Gulf Shores, City of, Alabama
57. Hale, County of, Alabama
58. Hartselle, City of, Alabama
59. Helena, City of, Alabama
60. Henry, County of, Alabama
61. Homewood, City of, Alabama
62. Hoover, City of, Alabama
63. Houston, County of, Alabama
64. Hueytown, City of, Alabama
65. Huntsville, City of, Alabama
66. Irondale, City of, Alabama
67. Jackson, County of, Alabama
68. Jacksonville, City of, Alabama
69. Jasper, City of, Alabama
70. Jefferson, County of, Alabama
71. Lamar, County of, Alabama
72. Lauderdale, County of, Alabama
73. Lawrence, County of, Alabama
74. Lee, County of, Alabama
75. Leeds, City of, Alabama
76. Limestone, County of, Alabama
77. Macon, County of, Alabama
78. Madison, City of, Alabama
79. Madison, County of, Alabama
80. Marengo, County of, Alabama
81. Marion, County of, Alabama
82. Marshall, County of, Alabama
83. Millbrook, City of, Alabama
84. Mobile, City of, Alabama
85. Mobile, County of, Alabama
86. Monroe, County of, Alabama

87. Montgomery, City of, Alabama
88. Montgomery, County of, Alabama
89. Moody, City of, Alabama
90. Morgan, County of, Alabama
91. Mountain Brook, City of, Alabama
92. Muscle Shoals, City of, Alabama
93. Northport, City of, Alabama
94. Opelika, City of, Alabama
95. Oxford, City of, Alabama
96. Ozark, City of, Alabama
97. Pelham, City of, Alabama
98. Pell City, City of, Alabama
99. Phenix City, City of, Alabama
100. Pickens, County of, Alabama
101. Pike, County of, Alabama
102. Pike Road, Town of, Alabama
103. Prattville, City of, Alabama
104. Prichard, City of, Alabama
105. Randolph, County of, Alabama
106. Russell, County of, Alabama
107. Saraland, City of, Alabama
108. Scottsboro, City of, Alabama
109. Selma, City of, Alabama
110. Shelby, County of, Alabama
111. St. Clair, County of, Alabama
112. Sumter, County of, Alabama
113. Sylacauga, City of, Alabama
114. Talladega, City of, Alabama
115. Talladega, County of, Alabama
116. Tallapoosa, County of, Alabama
117. Troy, City of, Alabama
118. Trussville, City of, Alabama
119. Tuscaloosa, City of, Alabama
120. Tuscaloosa, County of, Alabama
121. Vestavia Hills, City of, Alabama
122. Walker, County of, Alabama
123. Washington, County of, Alabama
124. Wilcox, County of, Alabama
125. Winston, County of, Alabama
126. Anchorage, Municipality of, Alaska
127. Fairbanks, City of, Alaska
128. Fairbanks North Star, Borough of, Alaska
129. Juneau, City of/ Borough of, Alaska
130. Kenai Peninsula, Borough of, Alaska
131. Ketchikan Gateway, Borough of, Alaska
132. Kodiak Island, Borough of, Alaska
133. Matanuska-Susitna, Borough of, Alaska
134. Wasilla, City of, Alaska
135. Apache, County of, Arizona
136. Apache Junction, City of, Arizona
137. Avondale, City of, Arizona
138. Buckeye, City of, Arizona
139. Bullhead City, City of, Arizona
140. Camp Verde, Town of, Arizona
141. Casa Grande, City of, Arizona
142. Chandler, City of, Arizona
143. Chino Valley, Town of, Arizona
144. Cochise, County of, Arizona
145. Coconino, County of, Arizona
146. Coolidge, City of, Arizona
147. Cottonwood, City of, Arizona
148. Douglas, City of, Arizona
149. El Mirage, City of, Arizona
150. Eloy, City of, Arizona
151. Flagstaff, City of, Arizona
152. Florence, Town of, Arizona
153. Fountain Hills, Town of, Arizona
154. Gila, County of, Arizona
155. Gilbert, Town of, Arizona
156. Glendale, City of, Arizona
157. Goodyear, City of, Arizona
158. Graham, County of, Arizona
159. Kingman, City of, Arizona
160. La Paz, County of, Arizona
161. Lake Havasu City, City of, Arizona
162. Marana, Town of, Arizona
163. Maricopa, City of, Arizona
164. Maricopa, County of, Arizona
165. Mesa, City of, Arizona
166. Mohave, County of, Arizona
167. Navajo, County of, Arizona
168. Nogales, City of, Arizona
169. Oro Valley, Town of, Arizona
170. Paradise Valley, Town of, Arizona
171. Payson, Town of, Arizona
172. Peoria, City of, Arizona
173. Phoenix, City of, Arizona
174. Pima, County of, Arizona

175. Pinal, County of, Arizona
176. Prescott, City of, Arizona
177. Prescott Valley, Town of, Arizona
178. Queen Creek, Town of, Arizona
179. Sahuarita, Town of, Arizona
180. San Luis, City of, Arizona
181. Santa Cruz, County of, Arizona
182. Scottsdale, City of, Arizona
183. Sedona, City of, Arizona
184. Show Low, City of, Arizona
185. Sierra Vista, City of, Arizona
186. Somerton, City of, Arizona
187. Surprise, City of, Arizona
188. Tempe, City of, Arizona
189. Tucson, City of, Arizona
190. Yavapai, County of, Arizona
191. Yuma, City of, Arizona
192. Yuma, County of, Arizona
193. Arkadelphia, City of, Arkansas
194. Arkansas, County of, Arkansas
195. Ashley, County of, Arkansas
196. Batesville, City of, Arkansas
197. Baxter, County of, Arkansas
198. Bella Vista, City of, Arkansas
199. Benton, City of, Arkansas
200. Benton, County of, Arkansas
201. Bentonville, City of, Arkansas
202. Blytheville, City of, Arkansas
203. Boone, County of, Arkansas
204. Bradley, County of, Arkansas
205. Bryant, City of, Arkansas
206. Cabot, City of, Arkansas
207. Camden, City of, Arkansas
208. Carroll, County of, Arkansas
209. Centerton, City of, Arkansas
210. Chicot, County of, Arkansas
211. Clark, County of, Arkansas
212. Clay, County of, Arkansas
213. Cleburne, County of, Arkansas
214. Columbia, County of, Arkansas
215. Conway, City of, Arkansas
216. Conway, County of, Arkansas
217. Craighead, County of, Arkansas
218. Crawford, County of, Arkansas
219. Crittenden, County of, Arkansas
220. Cross, County of, Arkansas

221. Desha, County of, Arkansas
222. Drew, County of, Arkansas
223. El Dorado, City of, Arkansas
224. Faulkner, County of, Arkansas
225. Fayetteville, City of, Arkansas
226. Forrest City, City of, Arkansas
227. Fort Smith, City of, Arkansas
228. Franklin, County of, Arkansas
229. Fulton, County of, Arkansas
230. Garland, County of, Arkansas
231. Grant, County of, Arkansas
232. Greene, County of, Arkansas
233. Harrison, City of, Arkansas
234. Helena-West Helena, City of, Arkansas
235. Hempstead, County of, Arkansas
236. Hot Spring, County of, Arkansas
237. Hot Springs, City of, Arkansas
238. Howard, County of, Arkansas
239. Independence, County of, Arkansas
240. Izard, County of, Arkansas
241. Jackson, County of, Arkansas
242. Jacksonville, City of, Arkansas
243. Jefferson, County of, Arkansas
244. Johnson, County of, Arkansas
245. Jonesboro, City of, Arkansas
246. Lawrence, County of, Arkansas
247. Lincoln, County of, Arkansas
248. Little River, County of, Arkansas
249. Little Rock, City of, Arkansas
250. Logan, County of, Arkansas
251. Lonoke, County of, Arkansas
252. Madison, County of, Arkansas
253. Magnolia, City of, Arkansas
254. Malvern, City of, Arkansas
255. Marion, City of, Arkansas
256. Marion, County of, Arkansas
257. Maumelle, City of, Arkansas
258. Miller, County of, Arkansas
259. Mississippi, County of, Arkansas
260. Mountain Home, City of, Arkansas
261. North Little Rock, City of, Arkansas
262. Ouachita, County of, Arkansas
263. Paragould, City of, Arkansas
264. Perry, County of, Arkansas
265. Phillips, County of, Arkansas

266. Pike, County of, Arkansas
267. Pine Bluff, City of, Arkansas
268. Poinsett, County of, Arkansas
269. Polk, County of, Arkansas
270. Pope, County of, Arkansas
271. Pulaski, County of, Arkansas
272. Randolph, County of, Arkansas
273. Rogers, City of, Arkansas
274. Russellville, City of, Arkansas
275. Saline, County of, Arkansas
276. Scott, County of, Arkansas
277. Searcy, City of, Arkansas
278. Sebastian, County of, Arkansas
279. Sevier, County of, Arkansas
280. Sharp, County of, Arkansas
281. Sherwood, City of, Arkansas
282. Siloam Springs, City of, Arkansas
283. Springdale, City of, Arkansas
284. St. Francis, County of, Arkansas
285. Stone, County of, Arkansas
286. Texarkana, City of, Arkansas
287. Union, County of, Arkansas
288. Van Buren, City of, Arkansas
289. Van Buren, County of, Arkansas
290. Washington, County of, Arkansas
291. West Memphis, City of, Arkansas
292. White, County of, Arkansas
293. Yell, County of, Arkansas
294. Adelanto, City of, California
295. Agoura Hills, City of, California
296. Alameda, City of, California
297. Alameda, County of, California
298. Albany, City of, California
299. Alhambra, City of, California
300. Aliso Viejo, City of, California
301. Amador, County of, California
302. American Canyon, City of, California
303. Anaheim, City of, California
304. Anderson, City of, California
305. Antioch, City of, California
306. Apple Valley, Town of, California
307. Arcadia, City of, California
308. Arcata, City of, California
309. Arroyo Grande, City of, California
310. Artesia, City of, California
311. Arvin, City of, California
312. Atascadero, City of, California
313. Atwater, City of, California
314. Auburn, City of, California
315. Avenal, City of, California
316. Azusa, City of, California
317. Bakersfield, City of, California
318. Baldwin Park, City of, California
319. Banning, City of, California
320. Barstow, City of, California
321. Beaumont, City of, California
322. Bell, City of, California
323. Bell Gardens, City of, California
324. Bellflower, City of, California
325. Belmont, City of, California
326. Benicia, City of, California
327. Berkeley, City of, California
328. Beverly Hills, City of, California
329. Blythe, City of, California
330. Brawley, City of, California
331. Brea, City of, California
332. Brentwood, City of, California
333. Buena Park, City of, California
334. Burbank, City of, California
335. Burlingame, City of, California
336. Butte, County of, California
337. Calabasas, City of, California
338. Calaveras, County of, California
339. Calexico, City of, California
340. California City, City of, California
341. Camarillo, City of, California
342. Campbell, City of, California
343. Canyon Lake, City of, California
344. Capitola, City of, California
345. Carlsbad, City of, California
346. Carpinteria, City of, California
347. Carson, City of, California
348. Cathedral City, City of, California
349. Ceres, City of, California
350. Cerritos, City of, California
351. Chico, City of, California
352. Chino, City of, California
353. Chino Hills, City of, California
354. Chowchilla, City of, California
355. Chula Vista, City of, California
356. Citrus Heights, City of, California

357. Claremont, City of, California
358. Clayton, City of, California
359. Clearlake, City of, California
360. Clovis, City of, California
361. Coachella, City of, California
362. Coalinga, City of, California
363. Colton, City of, California
364. Colusa, County of, California
365. Commerce, City of, California
366. Compton, City of, California
367. Concord, City of, California
368. Contra Costa, County of, California
369. Corcoran, City of, California
370. Corona, City of, California
371. Coronado, City of, California
372. Costa Mesa, City of, California
373. Covina, City of, California
374. Cudahy, City of, California
375. Culver City, City of, California
376. Cupertino, City of, California
377. Cypress, City of, California
378. Daly City, City of, California
379. Dana Point, City of, California
380. Danville, Town of, California
381. Davis, City of, California
382. Del Norte, County of, California
383. Delano, City of, California
384. Desert Hot Springs, City of, California
385. Diamond Bar, City of, California
386. Dinuba, City of, California
387. Dixon, City of, California
388. Downey, City of, California
389. Duarte, City of, California
390. Dublin, City of, California
391. East Palo Alto, City of, California
392. Eastvale, City of, California
393. El Cajon, City of, California
394. El Centro, City of, California
395. El Cerrito, City of, California
396. El Dorado, County of, California
397. El Monte, City of, California
398. El Paso de Robles (Paso Robles), City of, California
399. El Segundo, City of, California
400. Elk Grove, City of, California
401. Emeryville, City of, California
402. Encinitas, City of, California
403. Escondido, City of, California
404. Eureka, City of, California
405. Exeter, City of, California
406. Fairfield, City of, California
407. Farmersville, City of, California
408. Fillmore, City of, California
409. Folsom, City of, California
410. Fontana, City of, California
411. Fortuna, City of, California
412. Foster City, City of, California
413. Fountain Valley, City of, California
414. Fremont, City of, California
415. Fresno, City of, California
416. Fresno, County of, California
417. Fullerton, City of, California
418. Galt, City of, California
419. Garden Grove, City of, California
420. Gardena, City of, California
421. Gilroy, City of, California
422. Glendale, City of, California
423. Glendora, City of, California
424. Glenn, County of, California
425. Goleta, City of, California
426. Grand Terrace, City of, California
427. Grass Valley, City of, California
428. Greenfield, City of, California
429. Grover Beach, City of, California
430. Half Moon Bay, City of, California
431. Hanford, City of, California
432. Hawaiian Gardens, City of, California
433. Hawthorne, City of, California
434. Hayward, City of, California
435. Healdsburg, City of, California
436. Hemet, City of, California
437. Hercules, City of, California
438. Hermosa Beach, City of, California
439. Hesperia, City of, California
440. Highland, City of, California
441. Hillsborough, Town of, California
442. Hollister, City of, California
443. Humboldt, County of, California
444. Huntington Beach, City of, California

445. Huntington Park, City of, California
446. Imperial Beach, City of, California
447. Imperial, City of, California
448. Imperial, County of, California
449. Indio, City of, California
450. Inglewood, City of, California
451. Inyo, County of, California
452. Irvine, City of, California
453. Jurupa Valley, City of, California
454. Kerman, City of, California
455. Kern, County of, California
456. King City, City of, California
457. Kings, County of, California
458. Kingsburg, City of, California
459. La Cañada Flintridge, City of, California
460. La Habra, City of, California
461. La Mesa, City of, California
462. La Mirada, City of, California
463. La Palma, City of, California
464. La Puente, City of, California
465. La Quinta, City of, California
466. La Verne, City of, California
467. Lafayette, City of, California
468. Laguna Beach, City of, California
469. Laguna Hills, City of, California
470. Laguna Niguel, City of, California
471. Laguna Woods, City of, California
472. Lake, County of, California
473. Lake Elsinore, City of, California
474. Lake Forest, City of, California
475. Lakewood, City of, California
476. Lancaster, City of, California
477. Larkspur, City of, California
478. Lassen, County of, California
479. Lathrop, City of, California
480. Lawndale, City of, California
481. Lemon Grove, City of, California
482. Lemoore, City of, California
483. Lincoln, City of, California
484. Lindsay, City of, California
485. Livermore, City of, California
486. Livingston, City of, California
487. Lodi, City of, California
488. Loma Linda, City of, California
489. Lomita, City of, California
490. Lompoc, City of, California
491. Long Beach, City of, California
492. Los Alamitos, City of, California
493. Los Altos, City of, California
494. Los Angeles, City of, California
495. Los Angeles, County of, California
496. Los Banos, City of, California
497. Los Gatos, Town of, California
498. Lynwood, City of, California
499. Madera, City of, California
500. Madera, County of, California
501. Malibu, City of, California
502. Manhattan Beach, City of, California
503. Manteca, City of, California
504. Marin, County of, California
505. Marina, City of, California
506. Mariposa, County of, California
507. Martinez, City of, California
508. Marysville, City of, California
509. Maywood, City of, California
510. McFarland, City of, California
511. Mendocino, County of, California
512. Mendota, City of, California
513. Menifee, City of, California
514. Menlo Park, City of, California
515. Merced, City of, California
516. Merced, County of, California
517. Mill Valley, City of, California
518. Millbrae, City of, California
519. Milpitas, City of, California
520. Mission Viejo, City of, California
521. Modesto, City of, California
522. Mono, County of, California
523. Monrovia, City of, California
524. Montclair, City of, California
525. Montebello, City of, California
526. Monterey, City of, California
527. Monterey, County of, California
528. Monterey Park, City of, California
529. Moorpark, City of, California
530. Moraga, Town of, California
531. Moreno Valley, City of, California
532. Morgan Hill, City of, California
533. Morro Bay, City of, California
534. Mountain View, City of, California
535. Murrieta, City of, California

536.   Napa, City of, California
537.   Napa, County of, California
538.   National City, City of, California
539.   Nevada, County of, California
540.   Newark, City of, California
541.   Newman, City of, California
542.   Newport Beach, City of, California
543.   Norco, City of, California
544.   Norwalk, City of, California
545.   Novato, City of, California
546.   Oakdale, City of, California
547.   Oakland, City of, California
548.   Oakley, City of, California
549.   Oceanside, City of, California
550.   Ontario, City of, California
551.   Orange, City of, California
552.   Orange, County of, California
553.   Orange Cove, City of, California
554.   Orinda, City of, California
555.   Oroville, City of, California
556.   Oxnard, City of, California
557.   Pacific Grove, City of, California
558.   Pacifica, City of, California
559.   Palm Desert, City of, California
560.   Palm Springs, City of, California
561.   Palmdale, City of, California
562.   Palo Alto, City of, California
563.   Palos Verdes Estates, City of, California
564.   Paramount, City of, California
565.   Parlier, City of, California
566.   Pasadena, City of, California
567.   Patterson, City of, California
568.   Perris, City of, California
569.   Petaluma, City of, California
570.   Pico Rivera, City of, California
571.   Piedmont, City of, California
572.   Pinole, City of, California
573.   Pittsburg, City of, California
574.   Placentia, City of, California
575.   Placer, County of, California
576.   Placerville, City of, California
577.   Pleasant Hill, City of, California
578.   Pleasanton, City of, California
579.   Plumas, County of, California
580.   Pomona, City of, California

581.   Port Hueneme, City of, California
582.   Porterville, City of, California
583.   Poway, City of, California
584.   Rancho Cordova, City of, California
585.   Rancho Cucamonga, City of, California
586.   Rancho Mirage, City of, California
587.   Rancho Palos Verdes, City of, California
588.   Rancho Santa Margarita, City of, California
589.   Red Bluff, City of, California
590.   Redding, City of, California
591.   Redlands, City of, California
592.   Redondo Beach, City of, California
593.   Redwood City, City of, California
594.   Reedley, City of, California
595.   Rialto, City of, California
596.   Richmond, City of, California
597.   Ridgecrest, City of, California
598.   Ripon, City of, California
599.   Riverbank, City of, California
600.   Riverside, City of, California
601.   Riverside, County of, California
602.   Rocklin, City of, California
603.   Rohnert Park, City of, California
604.   Rosemead, City of, California
605.   Roseville, City of, California
606.   Sacramento, City of, California
607.   Sacramento, County of, California
608.   Salinas, City of, California
609.   San Anselmo, Town of, California
610.   San Benito, County of, California
611.   San Bernardino, City of, California
612.   San Bernardino, County of, California
613.   San Bruno, City of, California
614.   San Buenaventura (Ventura), City of, California
615.   San Carlos, City of, California
616.   San Clemente, City of, California
617.   San Diego, City of, California
618.   San Diego, County of, California
619.   San Dimas, City of, California
620.   San Fernando, City of, California

621. San Francisco, City of/ County of, California
622. San Gabriel, City of, California
623. San Jacinto, City of, California
624. San Joaquin, County of, California
625. San Jose, City of, California
626. San Juan Capistrano, City of, California
627. San Leandro, City of, California
628. San Luis Obispo, City of, California
629. San Luis Obispo, County of, California
630. San Marcos, City of, California
631. San Marino, City of, California
632. San Mateo, City of, California
633. San Mateo, County of, California
634. San Pablo, City of, California
635. San Rafael, City of, California
636. San Ramon, City of, California
637. Sanger, City of, California
638. Santa Ana, City of, California
639. Santa Barbara, City of, California
640. Santa Barbara, County of, California
641. Santa Clara, City of, California
642. Santa Clara, County of, California
643. Santa Clarita, City of, California
644. Santa Cruz, City of, California
645. Santa Cruz, County of, California
646. Santa Fe Springs, City of, California
647. Santa Maria, City of, California
648. Santa Monica, City of, California
649. Santa Paula, City of, California
650. Santa Rosa, City of, California
651. Santee, City of, California
652. Saratoga, City of, California
653. Scotts Valley, City of, California
654. Seal Beach, City of, California
655. Seaside, City of, California
656. Selma, City of, California
657. Shafter, City of, California
658. Shasta, County of, California
659. Shasta Lake, City of, California
660. Sierra Madre, City of, California
661. Signal Hill, City of, California
662. Simi Valley, City of, California
663. Siskiyou, County of, California

664. Solana Beach, City of, California
665. Solano, County of, California
666. Soledad, City of, California
667. Sonoma, City of, California
668. Sonoma, County of, California
669. South El Monte, City of, California
670. South Gate, City of, California
671. South Lake Tahoe, City of, California
672. South Pasadena, City of, California
673. South San Francisco, City of, California
674. Stanislaus, County of, California
675. Stanton, City of, California
676. Stockton, City of, California
677. Suisun City, City of, California
678. Sunnyvale, City of, California
679. Susanville, City of, California
680. Sutter, County of, California
681. Tehachapi, City of, California
682. Tehama, County of, California
683. Temecula, City of, California
684. Temple City, City of, California
685. Thousand Oaks, City of, California
686. Torrance, City of, California
687. Tracy, City of, California
688. Trinity, County of, California
689. Truckee, Town of, California
690. Tulare, City of, California
691. Tulare, County of, California
692. Tuolumne, County of, California
693. Turlock, City of, California
694. Tustin, City of, California
695. Twentynine Palms, City of, California
696. Ukiah, City of, California
697. Union City, City of, California
698. Upland, City of, California
699. Vacaville, City of, California
700. Vallejo, City of, California
701. Ventura, County of, California
702. Victorville, City of, California
703. Visalia, City of, California
704. Vista, City of, California
705. Walnut, City of, California
706. Walnut Creek, City of, California

I-8

707. Wasco, City of, California
708. Watsonville, City of, California
709. West Covina, City of, California
710. West Hollywood, City of, California
711. West Sacramento, City of, California
712. Westminster, City of, California
713. Whittier, City of, California
714. Wildomar, City of, California
715. Windsor, Town of, California
716. Woodland, City of, California
717. Yolo, County of, California
718. Yorba Linda, City of, California
719. Yuba City, City of, California
720. Yuba, County of, California
721. Yucaipa, City of, California
722. Yucca Valley, Town of, California
723. Adams, County of, Colorado
724. Alamosa, County of, Colorado
725. Arapahoe, County of, Colorado
726. Archuleta, County of, Colorado
727. Arvada, City of, Colorado
728. Aurora, City of, Colorado
729. Boulder, City of, Colorado
730. Boulder, County of, Colorado
731. Brighton, City of, Colorado
732. Broomfield, City of/ County of, Colorado
733. Cañon City, City of, Colorado
734. Castle Pines, City of, Colorado
735. Castle Rock, Town of, Colorado
736. Centennial, City of, Colorado
737. Chaffee, County of, Colorado
738. Colorado Springs, City of, Colorado
739. Commerce City, City of, Colorado
740. Delta, County of, Colorado
741. Denver, City of/ County of, Colorado
742. Douglas, County of, Colorado
743. Durango, City of, Colorado
744. Eagle, County of, Colorado
745. El Paso, County of, Colorado
746. Elbert, County of, Colorado
747. Englewood, City of, Colorado
748. Erie, Town of, Colorado
749. Evans, City of, Colorado
750. Federal Heights, City of, Colorado
751. Firestone, Town of, Colorado
752. Fort Collins, City of, Colorado
753. Fort Morgan, City of, Colorado
754. Fountain, City of, Colorado
755. Frederick, Town of, Colorado
756. Fremont, County of, Colorado
757. Fruita, City of, Colorado
758. Garfield, County of, Colorado
759. Golden, City of, Colorado
760. Grand, County of, Colorado
761. Grand Junction, City of, Colorado
762. Greeley, City of, Colorado
763. Greenwood, Village of/ City of, Colorado
764. Gunnison, County of, Colorado
765. Jefferson, County of, Colorado
766. Johnstown, Town of, Colorado
767. La Plata, County of, Colorado
768. Lafayette, City of, Colorado
769. Lakewood, City of, Colorado
770. Larimer, County of, Colorado
771. Las Animas, County of, Colorado
772. Littleton, City of, Colorado
773. Logan, County of, Colorado
774. Lone Tree, City of, Colorado
775. Longmont, City of, Colorado
776. Louisville, City of, Colorado
777. Loveland, City of, Colorado
778. Mesa, County of, Colorado
779. Moffat, County of, Colorado
780. Montezuma, County of, Colorado
781. Montrose, City of, Colorado
782. Montrose, County of, Colorado
783. Morgan, County of, Colorado
784. Northglenn, City of, Colorado
785. Otero, County of, Colorado
786. Park, County of, Colorado
787. Parker, Town of, Colorado
788. Pitkin, County of, Colorado
789. Prowers, County of, Colorado
790. Pueblo, City of, Colorado
791. Pueblo, County of, Colorado
792. Rio Grande, County of, Colorado
793. Routt, County of, Colorado
794. Steamboat Springs, City of, Colorado

795. Sterling, City of, Colorado
796. Summit, County of, Colorado
797. Superior, Town of, Colorado
798. Teller, County of, Colorado
799. Thornton, City of, Colorado
800. Weld, County of, Colorado
801. Wellington, Town of, Colorado
802. Westminster, City of, Colorado
803. Wheat Ridge, City of, Colorado
804. Windsor, Town of, Colorado
805. Yuma, County of, Colorado
806. Ansonia, Town of/ City of, Connecticut
807. Avon, Town of, Connecticut
808. Berlin, Town of, Connecticut
809. Bethel, Town of, Connecticut
810. Bloomfield, Town of, Connecticut
811. Branford, Town of, Connecticut
812. Bridgeport, Town of/ City of, Connecticut
813. Bristol, City of/ Town of, Connecticut
814. Brookfield, Town of, Connecticut
815. Canton, Town of, Connecticut
816. Cheshire, Town of, Connecticut
817. Clinton, Town of, Connecticut
818. Colchester, Town of, Connecticut
819. Coventry, Town of, Connecticut
820. Cromwell, Town of, Connecticut
821. Danbury, City of/ Town of, Connecticut
822. Darien, Town of, Connecticut
823. Derby, City of/ Town of, Connecticut
824. East Hampton, Town of, Connecticut
825. East Hartford, Town of, Connecticut
826. East Haven, Town of, Connecticut
827. East Lyme, Town of, Connecticut
828. East Windsor, Town of, Connecticut
829. Ellington, Town of, Connecticut
830. Enfield, Town of, Connecticut
831. Fairfield, Town of, Connecticut
832. Farmington, Town of, Connecticut
833. Glastonbury, Town of, Connecticut
834. Granby, Town of, Connecticut
835. Greenwich, Town of, Connecticut
836. Griswold, Town of, Connecticut
837. Groton, Town of, Connecticut
838. Guilford, Town of, Connecticut
839. Hamden, Town of, Connecticut
840. Hartford, City of/ Town of, Connecticut
841. Killingly, Town of, Connecticut
842. Ledyard, Town of, Connecticut
843. Madison, Town of, Connecticut
844. Manchester, Town of, Connecticut
845. Mansfield, Town of, Connecticut
846. Meriden, City of/ Town of, Connecticut
847. Middletown, City of/ Town of, Connecticut
848. Milford, City of, Connecticut
849. Milford, Town of, Connecticut
850. Monroe, Town of, Connecticut
851. Montville, Town of, Connecticut
852. Naugatuck, Borough of/ Town of, Connecticut
853. New Britain, Town of/ City of, Connecticut
854. New Canaan, Town of, Connecticut
855. New Fairfield, Town of, Connecticut
856. New Haven, Town of/ City of, Connecticut
857. New London, City of/ Town of, Connecticut
858. New Milford, Town of, Connecticut
859. Newington, Town of, Connecticut
860. Newtown, Town of, Connecticut
861. North Branford, Town of, Connecticut
862. North Haven, Town of, Connecticut
863. Norwalk, City of/ Town of, Connecticut
864. Norwich, City of/ Town of, Connecticut
865. Old Saybrook, Town of, Connecticut
866. Orange, Town of, Connecticut
867. Oxford, Town of, Connecticut
868. Plainfield, Town of, Connecticut
869. Plainville, Town of, Connecticut
870. Plymouth, Town of, Connecticut
871. Ridgefield, Town of, Connecticut

872. Rocky Hill, Town of, Connecticut
873. Seymour, Town of, Connecticut
874. Shelton, City of/ Town of, Connecticut
875. Simsbury, Town of, Connecticut
876. Somers, Town of, Connecticut
877. South Windsor, Town of, Connecticut
878. Southbury, Town of, Connecticut
879. Southington, Town of, Connecticut
880. Stafford, Town of, Connecticut
881. Stamford, City of/ Town of, Connecticut
882. Stonington, Town of, Connecticut
883. Stratford, Town of, Connecticut
884. Suffield, Town of, Connecticut
885. Tolland, Town of, Connecticut
886. Torrington, City of/ Town of, Connecticut
887. Trumbull, Town of, Connecticut
888. Vernon, Town of, Connecticut
889. Wallingford, Town of, Connecticut
890. Waterbury, City of/ Town of, Connecticut
891. Waterford, Town of, Connecticut
892. Watertown, Town of, Connecticut
893. West Hartford, Town of, Connecticut
894. West Haven, City of/ Town of, Connecticut
895. Weston, Town of, Connecticut
896. Westport, Town of, Connecticut
897. Wethersfield, Town of, Connecticut
898. Wilton, Town of, Connecticut
899. Winchester, Town of, Connecticut
900. Windham, Town of, Connecticut
901. Windsor Locks, Town of, Connecticut
902. Windsor, Town of, Connecticut
903. Wolcott, Town of, Connecticut
904. Dover, City of, Delaware
905. Kent, County of, Delaware
906. Middletown, Town of, Delaware
907. Milford, City of, Delaware
908. New Castle, County of, Delaware
909. Newark, City of, Delaware
910. Smyrna, Town of, Delaware

911. Sussex, County of, Delaware
912. Wilmington, City of, Delaware
913. Alachua, County of, Florida
914. Altamonte Springs, City of, Florida
915. Apopka, City of, Florida
916. Atlantic Beach, City of, Florida
917. Auburndale, City of, Florida
918. Aventura, City of, Florida
919. Avon Park, City of, Florida
920. Baker, County of, Florida
921. Bartow, City of, Florida
922. Bay, County of, Florida
923. Belle Glade, City of, Florida
924. Boca Raton, City of, Florida
925. Bonita Springs, City of, Florida
926. Boynton Beach, City of, Florida
927. Bradenton, City of, Florida
928. Bradford, County of, Florida
929. Brevard, County of, Florida
930. Broward, County of, Florida
931. Calhoun, County of, Florida
932. Callaway, City of, Florida
933. Cape Canaveral, City of, Florida
934. Cape Coral, City of, Florida
935. Casselberry, City of, Florida
936. Charlotte, County of, Florida
937. Citrus, County of, Florida
938. Clay, County of, Florida
939. Clearwater, City of, Florida
940. Clermont, City of, Florida
941. Cocoa Beach, City of, Florida
942. Cocoa, City of, Florida
943. Coconut Creek, City of, Florida
944. Collier, County of, Florida
945. Columbia, County of, Florida
946. Cooper City, City of, Florida
947. Coral Gables, City of, Florida
948. Coral Springs, City of, Florida
949. Crestview, City of, Florida
950. Cutler Bay, Town of, Florida
951. Dania Beach, City of, Florida
952. Davie, Town of, Florida
953. Daytona Beach, City of, Florida
954. DeBary, City of, Florida
955. Deerfield Beach, City of, Florida
956. DeLand, City of, Florida

957. Delray Beach, City of, Florida
958. Deltona, City of, Florida
959. DeSoto, County of, Florida
960. Destin, City of, Florida
961. Dixie, County of, Florida
962. Doral, City of, Florida
963. Dunedin, City of, Florida
964. Duval, County of/ Jacksonville, City of, Florida
965. Edgewater, City of, Florida
966. Escambia, County of, Florida
967. Estero, Village of, Florida
968. Eustis, City of, Florida
969. Fernandina Beach, City of, Florida
970. Flagler, County of, Florida
971. Florida City, City of, Florida
972. Fort Lauderdale, City of, Florida
973. Fort Myers, City of, Florida
974. Fort Pierce, City of, Florida
975. Fort Walton Beach, City of, Florida
976. Franklin, County of, Florida
977. Fruitland Park, City of, Florida
978. Gadsden, County of, Florida
979. Gainesville, City of, Florida
980. Gilchrist, County of, Florida
981. Glades, County of, Florida
982. Greenacres, City of, Florida
983. Groveland, City of, Florida
984. Gulf, County of, Florida
985. Gulfport, City of, Florida
986. Haines City, City of, Florida
987. Hallandale Beach, City of, Florida
988. Hamilton, County of, Florida
989. Hardee, County of, Florida
990. Hendry, County of, Florida
991. Hernando, County of, Florida
992. Hialeah, City of, Florida
993. Hialeah Gardens, City of, Florida
994. Highlands, County of, Florida
995. Hillsborough, County of, Florida
996. Holly Hill, City of, Florida
997. Hollywood, City of, Florida
998. Holmes, County of, Florida
999. Homestead, City of, Florida
1000. Indian River, County of, Florida
1001. Jackson, County of, Florida
1002. Jacksonville Beach, City of, Florida
1003. Jefferson, County of, Florida
1004. Jupiter, Town of, Florida
1005. Key Biscayne, Village of, Florida
1006. Key West, City of, Florida
1007. Kissimmee, City of, Florida
1008. Lady Lake, Town of, Florida
1009. Lake City, City of, Florida
1010. Lake, County of, Florida
1011. Lake Mary, City of, Florida
1012. Lake Wales, City of, Florida
1013. Lake Worth, City of, Florida
1014. Lakeland, City of, Florida
1015. Lantana, Town of, Florida
1016. Largo, City of, Florida
1017. Lauderdale Lakes, City of, Florida
1018. Lauderhill, City of, Florida
1019. Lee, County of, Florida
1020. Leesburg, City of, Florida
1021. Leon, County of, Florida
1022. Levy, County of, Florida
1023. Lighthouse Point, City of, Florida
1024. Longwood, City of, Florida
1025. Lynn Haven, City of, Florida
1026. Madison, County of, Florida
1027. Maitland, City of, Florida
1028. Manatee, County of, Florida
1029. Marco Island, City of, Florida
1030. Margate, City of, Florida
1031. Marion, County of, Florida
1032. Martin, County of, Florida
1033. Melbourne, City of, Florida
1034. Miami Beach, City of, Florida
1035. Miami, City of, Florida
1036. Miami Gardens, City of, Florida
1037. Miami Lakes, Town of, Florida
1038. Miami Shores, Village of, Florida
1039. Miami Springs, City of, Florida
1040. Miami-Dade, County of, Florida
1041. Milton, City of, Florida
1042. Minneola, City of, Florida
1043. Miramar, City of, Florida
1044. Monroe, County of, Florida
1045. Mount Dora, City of, Florida
1046. Naples, City of, Florida
1047. Nassau, County of, Florida

I-12

1048.  New Port Richey, City of, Florida
1049.  New Smyrna Beach, City of, Florida
1050.  Niceville, City of, Florida
1051.  North Lauderdale, City of, Florida
1052.  North Miami Beach, City of, Florida
1053.  North Miami, City of, Florida
1054.  North Palm Beach, Village of, Florida
1055.  North Port, City of, Florida
1056.  Oakland Park, City of, Florida
1057.  Ocala, City of, Florida
1058.  Ocoee, City of, Florida
1059.  Okaloosa, County of, Florida
1060.  Okeechobee, County of, Florida
1061.  Oldsmar, City of, Florida
1062.  Opa-locka, City of, Florida
1063.  Orange City, City of, Florida
1064.  Orange, County of, Florida
1065.  Orlando, City of, Florida
1066.  Ormond Beach, City of, Florida
1067.  Osceola, County of, Florida
1068.  Oviedo, City of, Florida
1069.  Palatka, City of, Florida
1070.  Palm Bay, City of, Florida
1071.  Palm Beach, County of, Florida
1072.  Palm Beach Gardens, City of, Florida
1073.  Palm Coast, City of, Florida
1074.  Palm Springs, Village of, Florida
1075.  Palmetto Bay, Village of, Florida
1076.  Palmetto, City of, Florida
1077.  Panama City Beach, City of, Florida
1078.  Panama City, City of, Florida
1079.  Parkland, City of, Florida
1080.  Pasco, County of, Florida
1081.  Pembroke Pines, City of, Florida
1082.  Pensacola, City of, Florida
1083.  Pinecrest, Village of, Florida
1084.  Pinellas, County of, Florida
1085.  Pinellas Park, City of, Florida
1086.  Plant City, City of, Florida
1087.  Plantation, City of, Florida
1088.  Polk, County of, Florida
1089.  Pompano Beach, City of, Florida
1090.  Port Orange, City of, Florida
1091.  Port St. Lucie, City of, Florida
1092.  Punta Gorda, City of, Florida
1093.  Putnam, County of, Florida
1094.  Riviera Beach, City of, Florida
1095.  Rockledge, City of, Florida
1096.  Royal Palm Beach, Village of, Florida
1097.  Safety Harbor, City of, Florida
1098.  Sanford, City of, Florida
1099.  Santa Rosa, County of, Florida
1100.  Sarasota, City of, Florida
1101.  Sarasota, County of, Florida
1102.  Satellite Beach, City of, Florida
1103.  Sebastian, City of, Florida
1104.  Sebring, City of, Florida
1105.  Seminole, City of, Florida
1106.  Seminole, County of, Florida
1107.  South Daytona, City of, Florida
1108.  South Miami, City of, Florida
1109.  St. Augustine, City of, Florida
1110.  St. Cloud, City of, Florida
1111.  St. Johns, County of, Florida
1112.  St. Lucie, County of, Florida
1113.  St. Petersburg, City of, Florida
1114.  Stuart, City of, Florida
1115.  Sumter, County of, Florida
1116.  Sunny Isles Beach, City of, Florida
1117.  Sunrise, City of, Florida
1118.  Suwannee, County of, Florida
1119.  Sweetwater, City of, Florida
1120.  Tallahassee, City of, Florida
1121.  Tamarac, City of, Florida
1122.  Tampa, City of, Florida
1123.  Tarpon Springs, City of, Florida
1124.  Tavares, City of, Florida
1125.  Taylor, County of, Florida
1126.  Temple Terrace, City of, Florida
1127.  Titusville, City of, Florida
1128.  Union, County of, Florida
1129.  Venice, City of, Florida
1130.  Vero Beach, City of, Florida
1131.  Volusia, County of, Florida
1132.  Wakulla, County of, Florida
1133.  Walton, County of, Florida
1134.  Washington, County of, Florida
1135.  Wellington, Village of, Florida
1136.  West Melbourne, City of, Florida

1137. West Palm Beach, City of, Florida
1138. West Park, City of, Florida
1139. Weston, City of, Florida
1140. Wilton Manors, City of, Florida
1141. Winter Garden, City of, Florida
1142. Winter Haven, City of, Florida
1143. Winter Park, City of, Florida
1144. Winter Springs, City of, Florida
1145. Zephyrhills, City of, Florida
1146. Acworth, City of, Georgia
1147. Albany, City of, Georgia
1148. Alpharetta, City of, Georgia
1149. Americus, City of, Georgia
1150. Appling, County of, Georgia
1151. Athens-Clarke County, Unified Government of, Georgia
1152. Atlanta, City of, Georgia
1153. Augusta-Richmond County, Consolidated Government of, Georgia
1154. Bacon, County of, Georgia
1155. Bainbridge, City of, Georgia
1156. Baldwin, County of, Georgia
1157. Banks, County of, Georgia
1158. Barrow, County of, Georgia
1159. Bartow, County of, Georgia
1160. Ben Hill, County of, Georgia
1161. Berrien, County of, Georgia
1162. Bleckley, County of, Georgia
1163. Brantley, County of, Georgia
1164. Braselton, Town of, Georgia
1165. Brookhaven, City of, Georgia
1166. Brooks, County of, Georgia
1167. Brunswick, City of, Georgia
1168. Bryan, County of, Georgia
1169. Buford, City of, Georgia
1170. Bulloch, County of, Georgia
1171. Burke, County of, Georgia
1172. Butts, County of, Georgia
1173. Calhoun, City of, Georgia
1174. Camden, County of, Georgia
1175. Candler, County of, Georgia
1176. Canton, City of, Georgia
1177. Carroll, County of, Georgia
1178. Carrollton, City of, Georgia
1179. Cartersville, City of, Georgia
1180. Catoosa, County of, Georgia
1181. Chamblee, City of, Georgia
1182. Charlton, County of, Georgia
1183. Chatham, County of, Georgia
1184. Chattooga, County of, Georgia
1185. Cherokee, County of, Georgia
1186. Clarkston, City of, Georgia
1187. Clayton, County of, Georgia
1188. Cobb, County of, Georgia
1189. Coffee, County of, Georgia
1190. College Park, City of, Georgia
1191. Colquitt, County of, Georgia
1192. Columbia, County of, Georgia
1193. Columbus, City of, Georgia
1194. Columbus, City of/ Muscogee, County of, Georgia
1195. Conyers, City of, Georgia
1196. Cook, County of, Georgia
1197. Cordele, City of, Georgia
1198. Covington, City of, Georgia
1199. Coweta, County of, Georgia
1200. Crawford, County of, Georgia
1201. Crisp, County of, Georgia
1202. Cusseta-Chattahoochee County, Unified Government of, Georgia
1203. Dade, County of, Georgia
1204. Dallas, City of, Georgia
1205. Dalton, City of, Georgia
1206. Dawson, County of, Georgia
1207. Decatur, City of, Georgia
1208. Decatur, County of, Georgia
1209. DeKalb, County of, Georgia
1210. Dodge, County of, Georgia
1211. Dooly, County of, Georgia
1212. Doraville, City of, Georgia
1213. Dougherty, County of, Georgia
1214. Douglas, City of, Georgia
1215. Douglas, County of, Georgia
1216. Douglasville, City of, Georgia
1217. Dublin, City of, Georgia
1218. Duluth, City of, Georgia
1219. Dunwoody, City of, Georgia
1220. Early, County of, Georgia
1221. East Point, City of, Georgia
1222. Effingham, County of, Georgia
1223. Elbert, County of, Georgia

I-14

1224. Emanuel, County of, Georgia
1225. Evans, County of, Georgia
1226. Fairburn, City of, Georgia
1227. Fannin, County of, Georgia
1228. Fayette, County of, Georgia
1229. Fayetteville, City of, Georgia
1230. Floyd, County of, Georgia
1231. Forest Park, City of, Georgia
1232. Forsyth, County of, Georgia
1233. Franklin, County of, Georgia
1234. Fulton, County of, Georgia
1235. Gainesville, City of, Georgia
1236. Gilmer, County of, Georgia
1237. Glynn, County of, Georgia
1238. Gordon, County of, Georgia
1239. Grady, County of, Georgia
1240. Greene, County of, Georgia
1241. Griffin, City of, Georgia
1242. Grovetown, City of, Georgia
1243. Gwinnett, County of, Georgia
1244. Habersham, County of, Georgia
1245. Hall, County of, Georgia
1246. Haralson, County of, Georgia
1247. Harris, County of, Georgia
1248. Hart, County of, Georgia
1249. Heard, County of, Georgia
1250. Henry, County of, Georgia
1251. Hinesville, City of, Georgia
1252. Holly Springs, City of, Georgia
1253. Houston, County of, Georgia
1254. Jackson, County of, Georgia
1255. Jasper, County of, Georgia
1256. Jeff Davis, County of, Georgia
1257. Jefferson, City of, Georgia
1258. Jefferson, County of, Georgia
1259. Johns Creek, City of, Georgia
1260. Jones, County of, Georgia
1261. Kennesaw, City of, Georgia
1262. Kingsland, City of, Georgia
1263. LaGrange, City of, Georgia
1264. Lamar, County of, Georgia
1265. Lanier, County of, Georgia
1266. Laurens, County of, Georgia
1267. Lawrenceville, City of, Georgia
1268. Lee, County of, Georgia
1269. Liberty, County of, Georgia
1270. Lilburn, City of, Georgia
1271. Loganville, City of, Georgia
1272. Long, County of, Georgia
1273. Lowndes, County of, Georgia
1274. Lumpkin, County of, Georgia
1275. Macon, County of, Georgia
1276. Macon-Bibb, County of, Georgia
1277. Madison, County of, Georgia
1278. Marietta, City of, Georgia
1279. McDonough, City of, Georgia
1280. McDuffie, County of, Georgia
1281. McIntosh, County of, Georgia
1282. Meriwether, County of, Georgia
1283. Milledgeville, City of, Georgia
1284. Milton, City of, Georgia
1285. Mitchell, County of, Georgia
1286. Monroe, City of, Georgia
1287. Monroe, County of, Georgia
1288. Morgan, County of, Georgia
1289. Moultrie, City of, Georgia
1290. Murray, County of, Georgia
1291. Newnan, City of, Georgia
1292. Newton, County of, Georgia
1293. Norcross, City of, Georgia
1294. Oconee, County of, Georgia
1295. Oglethorpe, County of, Georgia
1296. Paulding, County of, Georgia
1297. Peach, County of, Georgia
1298. Peachtree City, City of, Georgia
1299. Peachtree Corners, City of, Georgia
1300. Perry, City of, Georgia
1301. Pickens, County of, Georgia
1302. Pierce, County of, Georgia
1303. Pike, County of, Georgia
1304. Polk, County of, Georgia
1305. Pooler, City of, Georgia
1306. Powder Springs, City of, Georgia
1307. Pulaski, County of, Georgia
1308. Putnam, County of, Georgia
1309. Rabun, County of, Georgia
1310. Richmond Hill, City of, Georgia
1311. Rincon, City of, Georgia
1312. Riverdale, City of, Georgia
1313. Rockdale, County of, Georgia
1314. Rome, City of, Georgia
1315. Roswell, City of, Georgia

1316.  Sandy Springs, City of, Georgia
1317.  Savannah, City of, Georgia
1318.  Screven, County of, Georgia
1319.  Smyrna, City of, Georgia
1320.  Snellville, City of, Georgia
1321.  South Fulton, City of, Georgia
1322.  Spalding, County of, Georgia
1323.  St. Marys, City of, Georgia
1324.  Statesboro, City of, Georgia
1325.  Stephens, County of, Georgia
1326.  Stockbridge, City of, Georgia
1327.  Stonecrest, City of, Georgia
1328.  Sugar Hill, City of, Georgia
1329.  Sumter, County of, Georgia
1330.  Suwanee, City of, Georgia
1331.  Tattnall, County of, Georgia
1332.  Telfair, County of, Georgia
1333.  Thomas, County of, Georgia
1334.  Thomasville, City of, Georgia
1335.  Tift, County of, Georgia
1336.  Tifton, City of, Georgia
1337.  Toombs, County of, Georgia
1338.  Towns, County of, Georgia
1339.  Troup, County of, Georgia
1340.  Tucker, City of, Georgia
1341.  Union City, City of, Georgia
1342.  Union, County of, Georgia
1343.  Upson, County of, Georgia
1344.  Valdosta, City of, Georgia
1345.  Vidalia, City of, Georgia
1346.  Villa Rica, City of, Georgia
1347.  Walker, County of, Georgia
1348.  Walton, County of, Georgia
1349.  Ware, County of, Georgia
1350.  Warner Robins, City of, Georgia
1351.  Washington, County of, Georgia
1352.  Waycross, City of, Georgia
1353.  Wayne, County of, Georgia
1354.  White, County of, Georgia
1355.  Whitfield, County of, Georgia
1356.  Winder, City of, Georgia
1357.  Woodstock, City of, Georgia
1358.  Worth, County of, Georgia
1359.  Hawaii, County of, Hawaii
1360.  Honolulu, County of/ City of, Hawaii

1361.  Kauai, County of, Hawaii
1362.  Maui, County of, Hawaii
1363.  Ada, County of, Idaho
1364.  Ammon, City of, Idaho
1365.  Bannock, County of, Idaho
1366.  Bingham, County of, Idaho
1367.  Blackfoot, City of, Idaho
1368.  Blaine, County of, Idaho
1369.  Boise City, City of, Idaho
1370.  Bonner, County of, Idaho
1371.  Bonneville, County of, Idaho
1372.  Boundary, County of, Idaho
1373.  Burley, City of, Idaho
1374.  Caldwell, City of, Idaho
1375.  Canyon, County of, Idaho
1376.  Cassia, County of, Idaho
1377.  Chubbuck, City of, Idaho
1378.  Coeur d'Alene, City of, Idaho
1379.  Eagle, City of, Idaho
1380.  Elmore, County of, Idaho
1381.  Franklin, County of, Idaho
1382.  Fremont, County of, Idaho
1383.  Garden City, City of, Idaho
1384.  Gem, County of, Idaho
1385.  Gooding, County of, Idaho
1386.  Hayden, City of, Idaho
1387.  Idaho, County of, Idaho
1388.  Idaho Falls, City of, Idaho
1389.  Jefferson, County of, Idaho
1390.  Jerome, City of, Idaho
1391.  Jerome, County of, Idaho
1392.  Kootenai, County of, Idaho
1393.  Kuna, City of, Idaho
1394.  Latah, County of, Idaho
1395.  Lewiston, City of, Idaho
1396.  Madison, County of, Idaho
1397.  Meridian, City of, Idaho
1398.  Minidoka, County of, Idaho
1399.  Moscow, City of, Idaho
1400.  Mountain Home, City of, Idaho
1401.  Nampa, City of, Idaho
1402.  Nez Perce, County of, Idaho
1403.  Owyhee, County of, Idaho
1404.  Payette, County of, Idaho
1405.  Pocatello, City of, Idaho
1406.  Post Falls, City of, Idaho

1407. Rexburg, City of, Idaho
1408. Shoshone, County of, Idaho
1409. Star, City of, Idaho
1410. Teton, County of, Idaho
1411. Twin Falls, City of, Idaho
1412. Twin Falls, County of, Idaho
1413. Valley, County of, Idaho
1414. Washington, County of, Idaho
1415. Adams, County of, Illinois
1416. Addison Township, Illinois
1417. Addison, Village of, Illinois
1418. Algonquin Township, Illinois
1419. Algonquin, Village of, Illinois
1420. Alsip, Village of, Illinois
1421. Alton, City of, Illinois
1422. Alton Township, Illinois
1423. Antioch Township, Illinois
1424. Antioch, Village of, Illinois
1425. Arlington Heights, Village of, Illinois
1426. Aurora, City of, Illinois
1427. Aurora Township, Illinois
1428. Aux Sable Township, Illinois
1429. Avon Township, Illinois
1430. Barrington Township, Illinois
1431. Barrington, Village of, Illinois
1432. Bartlett, Village of, Illinois
1433. Batavia, City of, Illinois
1434. Batavia Township, Illinois
1435. Beach Park, Village of, Illinois
1436. Belleville, City of, Illinois
1437. Bellwood, Village of, Illinois
1438. Belvidere, City of, Illinois
1439. Belvidere Township, Illinois
1440. Bensenville, Village of, Illinois
1441. Benton Township, Illinois
1442. Berwyn, City of, Illinois
1443. Berwyn Township, Illinois
1444. Blackberry Township, Illinois
1445. Bloom Township, Illinois
1446. Bloomingdale Township, Illinois
1447. Bloomingdale, Village of, Illinois
1448. Bloomington, City of, Illinois
1449. Bloomington City Township, Illinois
1450. Blue Island, City of, Illinois
1451. Bolingbrook, Village of, Illinois

1452. Bond, County of, Illinois
1453. Boone, County of, Illinois
1454. Bourbonnais Township, Illinois
1455. Bourbonnais, Village of, Illinois
1456. Bradley, Village of, Illinois
1457. Bremen Township, Illinois
1458. Bridgeview, Village of, Illinois
1459. Bristol Township, Illinois
1460. Brookfield, Village of, Illinois
1461. Bruce Township, Illinois
1462. Buffalo Grove, Village of, Illinois
1463. Burbank, City of, Illinois
1464. Bureau, County of, Illinois
1465. Burr Ridge, Village of, Illinois
1466. Cahokia, Village of, Illinois
1467. Calumet City, City of, Illinois
1468. Calumet Township, Illinois
1469. Campton Hills, Village of, Illinois
1470. Campton Township, Illinois
1471. Canton, City of, Illinois
1472. Canton Township, Illinois
1473. Capital Township, Illinois
1474. Carbondale, City of, Illinois
1475. Carbondale Township, Illinois
1476. Carol Stream, Village of, Illinois
1477. Carpentersville, Village of, Illinois
1478. Carroll, County of, Illinois
1479. Cary, Village of, Illinois
1480. Caseyville Township, Illinois
1481. Cass, County of, Illinois
1482. Centralia, City of, Illinois
1483. Centralia Township, Illinois
1484. Centreville Township, Illinois
1485. Champaign, City of, Illinois
1486. Champaign City Township, Illinois
1487. Champaign, County of, Illinois
1488. Champaign Township, Illinois
1489. Channahon Township, Illinois
1490. Channahon, Village of, Illinois
1491. Charleston, City of, Illinois
1492. Charleston Township, Illinois
1493. Chatham, Village of, Illinois
1494. Cherry Valley Township, Illinois
1495. Chicago, City of, Illinois
1496. Chicago Heights, City of, Illinois
1497. Chicago Ridge, Village of, Illinois

1498. Christian, County of, Illinois
1499. Cicero, Town of/ Township of, Illinois
1500. Clark, County of, Illinois
1501. Clay, County of, Illinois
1502. Clinton, County of, Illinois
1503. Coles, County of, Illinois
1504. Collinsville, City of, Illinois
1505. Collinsville Township, Illinois
1506. Coloma Township, Illinois
1507. Columbia, City of, Illinois
1508. Cook, County of, Illinois
1509. Cortland Township, Illinois
1510. Country Club Hills, City of, Illinois
1511. Crawford, County of, Illinois
1512. Crest Hill, City of, Illinois
1513. Crestwood, Village of, Illinois
1514. Crete Township, Illinois
1515. Crystal Lake, City of, Illinois
1516. Cuba Township, Illinois
1517. Cumberland, County of, Illinois
1518. Cunningham Township, Illinois
1519. Danville, City of, Illinois
1520. Danville Township, Illinois
1521. Darien, City of, Illinois
1522. De Witt, County of, Illinois
1523. Decatur, City of, Illinois
1524. Decatur Township, Illinois
1525. Deerfield, Village of, Illinois
1526. DeKalb, City of, Illinois
1527. DeKalb, County of, Illinois
1528. DeKalb Township, Illinois
1529. Des Plaines, City of, Illinois
1530. Dixon, City of, Illinois
1531. Dixon Township, Illinois
1532. Dolton, Village of, Illinois
1533. Dorr Township, Illinois
1534. Douglas, County of, Illinois
1535. Douglas Township, Illinois
1536. Downers Grove Township, Illinois
1537. Downers Grove, Village of, Illinois
1538. Du Page Township, Illinois
1539. Dundee Township, Illinois
1540. DuPage, County of, Illinois
1541. East Moline, City of, Illinois
1542. East Peoria, City of, Illinois
1543. East St. Louis, City of, Illinois
1544. East St. Louis Township, Illinois
1545. Edgar, County of, Illinois
1546. Edwardsville, City of, Illinois
1547. Edwardsville Township, Illinois
1548. Effingham, City of, Illinois
1549. Effingham, County of, Illinois
1550. Ela Township, Illinois
1551. Elgin, City of, Illinois
1552. Elgin Township, Illinois
1553. Elk Grove Township, Illinois
1554. Elk Grove Village, Village of, Illinois
1555. Elmhurst, City of, Illinois
1556. Elmwood Park, Village of, Illinois
1557. Evanston, City of, Illinois
1558. Evergreen Park, Village of, Illinois
1559. Fairview Heights, City of, Illinois
1560. Fayette, County of, Illinois
1561. Flagg Township, Illinois
1562. Fondulac Township, Illinois
1563. Ford, County of, Illinois
1564. Forest Park, Village of, Illinois
1565. Fox Lake, Village of, Illinois
1566. Frankfort Township, Illinois
1567. Frankfort, Village of, Illinois
1568. Franklin, County of, Illinois
1569. Franklin Park, Village of, Illinois
1570. Freeport, City of, Illinois
1571. Freeport Township, Illinois
1572. Fremont Township, Illinois
1573. Fulton, County of, Illinois
1574. Galesburg, City of, Illinois
1575. Galesburg City Township, Illinois
1576. Geneva, City of, Illinois
1577. Geneva Township, Illinois
1578. Glen Carbon, Village of, Illinois
1579. Glen Ellyn, Village of, Illinois
1580. Glendale Heights, Village of, Illinois
1581. Glenview, Village of, Illinois
1582. Godfrey Township, Illinois
1583. Godfrey, Village of, Illinois
1584. Grafton Township, Illinois
1585. Granite City, City of, Illinois
1586. Granite City Township, Illinois
1587. Grant Township, Illinois

1588.   Grayslake, Village of, Illinois
1589.   Greene, County of, Illinois
1590.   Greenwood Township, Illinois
1591.   Groveland Township, Illinois
1592.   Grundy, County of, Illinois
1593.   Gurnee, Village of, Illinois
1594.   Hampton Township, Illinois
1595.   Hancock, County of, Illinois
1596.   Hanover Park, Village of, Illinois
1597.   Hanover Township, Illinois
1598.   Harlem Township, Illinois
1599.   Harrisburg Township, Illinois
1600.   Harvey, City of, Illinois
1601.   Hazel Crest, Village of, Illinois
1602.   Henry, County of, Illinois
1603.   Herrin, City of, Illinois
1604.   Hickory Hills, City of, Illinois
1605.   Hickory Point Township, Illinois
1606.   Highland Park, City of, Illinois
1607.   Hinsdale, Village of, Illinois
1608.   Hoffman Estates, Village of, Illinois
1609.   Homer Glen, Village of, Illinois
1610.   Homer Township, Illinois
1611.   Homewood, Village of, Illinois
1612.   Huntley, Village of, Illinois
1613.   Iroquois, County of, Illinois
1614.   Jackson, County of, Illinois
1615.   Jacksonville, City of, Illinois
1616.   Jarvis Township, Illinois
1617.   Jefferson, County of, Illinois
1618.   Jersey, County of, Illinois
1619.   Jo Daviess, County of, Illinois
1620.   Johnson, County of, Illinois
1621.   Joliet, City of, Illinois
1622.   Joliet Township, Illinois
1623.   Justice, Village of, Illinois
1624.   Kane, County of, Illinois
1625.   Kankakee, City of, Illinois
1626.   Kankakee, County of, Illinois
1627.   Kankakee Township, Illinois
1628.   Kendall, County of, Illinois
1629.   Kewanee, City of, Illinois
1630.   Knox, County of, Illinois
1631.   La Grange Park, Village of, Illinois
1632.   La Grange, Village of, Illinois
1633.   Lake, County of, Illinois

1634.   Lake Forest, City of, Illinois
1635.   Lake in the Hills, Village of, Illinois
1636.   Lake Villa Township, Illinois
1637.   Lake Zurich, Village of, Illinois
1638.   Lansing, Village of, Illinois
1639.   LaSalle, County of, Illinois
1640.   LaSalle Township, Illinois
1641.   Lawrence, County of, Illinois
1642.   Lee, County of, Illinois
1643.   Lemont Township, Illinois
1644.   Lemont, Village of, Illinois
1645.   Leyden Township, Illinois
1646.   Libertyville Township, Illinois
1647.   Libertyville, Village of, Illinois
1648.   Limestone Township, Illinois
1649.   Lincoln, City of, Illinois
1650.   Lincolnwood, Village of, Illinois
1651.   Lindenhurst, Village of, Illinois
1652.   Lisle Township, Illinois
1653.   Lisle, Village of, Illinois
1654.   Little Rock Township, Illinois
1655.   Livingston, County of, Illinois
1656.   Lockport, City of, Illinois
1657.   Lockport Township, Illinois
1658.   Logan, County of, Illinois
1659.   Lombard, Village of, Illinois
1660.   Long Creek Township, Illinois
1661.   Loves Park, City of, Illinois
1662.   Lyons Township, Illinois
1663.   Lyons, Village of, Illinois
1664.   Machesney Park, Village of, Illinois
1665.   Macomb, City of, Illinois
1666.   Macomb City Township, Illinois
1667.   Macon, County of, Illinois
1668.   Macoupin, County of, Illinois
1669.   Madison, County of, Illinois
1670.   Mahomet Township, Illinois
1671.   Maine Township, Illinois
1672.   Manhattan Township, Illinois
1673.   Manteno Township, Illinois
1674.   Marion, City of, Illinois
1675.   Marion, County of, Illinois
1676.   Markham, City of, Illinois
1677.   Marshall, County of, Illinois
1678.   Mason, County of, Illinois
1679.   Massac, County of, Illinois

1680. Matteson, Village of, Illinois
1681. Mattoon, City of, Illinois
1682. Mattoon, Township of, Illinois
1683. Maywood, Village of, Illinois
1684. McDonough, County of, Illinois
1685. McHenry, City of, Illinois
1686. McHenry, County of, Illinois
1687. McHenry, Township of, Illinois
1688. McLean, County of, Illinois
1689. Medina, Township of, Illinois
1690. Melrose Park, Village of, Illinois
1691. Menard, County of, Illinois
1692. Mercer, County of, Illinois
1693. Midlothian, Village of, Illinois
1694. Milton Township, Illinois
1695. Minooka, Village of, Illinois
1696. Mokena, Village of, Illinois
1697. Moline, City of, Illinois
1698. Moline, Township of, Illinois
1699. Monee, Township of, Illinois
1700. Monroe, County of, Illinois
1701. Montgomery, County of, Illinois
1702. Montgomery, Village of, Illinois
1703. Moraine, Township of, Illinois
1704. Morgan, County of, Illinois
1705. Morris, City of, Illinois
1706. Morton Grove, Village of, Illinois
1707. Morton, Township of, Illinois
1708. Morton, Village of, Illinois
1709. Moultrie, County of, Illinois
1710. Mount Prospect, Village of, Illinois
1711. Mount Vernon, City of, Illinois
1712. Mount Vernon, Township of, Illinois
1713. Mundelein, Village of, Illinois
1714. Nameoki, Township of, Illinois
1715. Naperville, City of, Illinois
1716. Naperville, Township of, Illinois
1717. New Lenox, Township of, Illinois
1718. New Lenox, Village of, Illinois
1719. New Trier, Township of, Illinois
1720. Newell, Township of, Illinois
1721. Niles, Township of, Illinois
1722. Niles, Village of, Illinois
1723. Normal, Town of, Illinois
1724. Normal, Township of, Illinois
1725. Norridge, Village of, Illinois

1726. North Aurora, Village of, Illinois
1727. North Chicago, City of, Illinois
1728. Northbrook, Village of, Illinois
1729. Northfield, Township of, Illinois
1730. Northlake, City of, Illinois
1731. Norwood Park, Township of, Illinois
1732. Nunda, Township of, Illinois
1733. Oak Forest, City of, Illinois
1734. Oak Lawn, Village of, Illinois
1735. Oak Park, Township of, Illinois
1736. Oak Park, Village of, Illinois
1737. O'Fallon, City of, Illinois
1738. O'Fallon, Township of, Illinois
1739. Ogle, County of, Illinois
1740. Orland Park, Village of, Illinois
1741. Orland, Township of, Illinois
1742. Oswego, Township of, Illinois
1743. Oswego, Village of, Illinois
1744. Ottawa, City of, Illinois
1745. Ottawa, Township of, Illinois
1746. Palatine, Township of, Illinois
1747. Palatine, Village of, Illinois
1748. Palos Heights, City of, Illinois
1749. Palos Hills, City of, Illinois
1750. Palos, Township of, Illinois
1751. Park Forest, Village of, Illinois
1752. Park Ridge, City of, Illinois
1753. Pekin, City of, Illinois
1754. Pekin, Township of, Illinois
1755. Peoria, City of, Illinois
1756. Peoria City Township, Illinois
1757. Peoria, County of, Illinois
1758. Perry, County of, Illinois
1759. Peru, Township of, Illinois
1760. Piatt, County of, Illinois
1761. Pike, County of, Illinois
1762. Plainfield, Township of, Illinois
1763. Plainfield, Village of, Illinois
1764. Plano, City of, Illinois
1765. Pontiac, City of, Illinois
1766. Pontiac, Township of, Illinois
1767. Prospect Heights, City of, Illinois
1768. Proviso, Township of, Illinois
1769. Quincy, City of, Illinois
1770. Quincy, Township of, Illinois
1771. Randolph, County of, Illinois

1772. Rantoul, Township of, Illinois
1773. Rantoul, Village of, Illinois
1774. Rich, Township of, Illinois
1775. Richland, County of, Illinois
1776. Richton Park, Village of, Illinois
1777. River Forest, Township of, Illinois
1778. River Forest, Village of, Illinois
1779. Riverdale, Village of, Illinois
1780. Riverside, Township of, Illinois
1781. Rock Island, City of, Illinois
1782. Rock Island, County of, Illinois
1783. Rock Island, Township of, Illinois
1784. Rockford, City of, Illinois
1785. Rockford, Township of, Illinois
1786. Rockton, Township of, Illinois
1787. Rolling Meadows, City of, Illinois
1788. Romeoville, Village of, Illinois
1789. Roscoe, Township of, Illinois
1790. Roscoe, Village of, Illinois
1791. Roselle, Village of, Illinois
1792. Round Lake Beach, Village of, Illinois
1793. Round Lake, Village of, Illinois
1794. Rutland, Township of, Illinois
1795. Saline, County of, Illinois
1796. Sangamon, County of, Illinois
1797. Sauk Village, Village of, Illinois
1798. Schaumburg, Township of, Illinois
1799. Schaumburg, Village of, Illinois
1800. Schiller Park, Village of, Illinois
1801. Shelby, County of, Illinois
1802. Shields, Township of, Illinois
1803. Shiloh Valley, Township of, Illinois
1804. Shiloh, Village of, Illinois
1805. Shorewood, Village of, Illinois
1806. Skokie, Village of, Illinois
1807. South Elgin, Village of, Illinois
1808. South Holland, Village of, Illinois
1809. South Moline, Township of, Illinois
1810. South Rock Island, Township of, Illinois
1811. Springfield, City of, Illinois
1812. St. Charles, City of, Illinois
1813. St. Charles, Township of, Illinois
1814. St. Clair, County of, Illinois
1815. St. Clair, Township of, Illinois
1816. Stephenson, County of, Illinois
1817. Sterling, City of, Illinois
1818. Sterling, Township of, Illinois
1819. Stickney, Township of, Illinois
1820. Streamwood, Village of, Illinois
1821. Streator, City of, Illinois
1822. Sugar Grove, Township of, Illinois
1823. Summit, Village of, Illinois
1824. Swansea, Village of, Illinois
1825. Sycamore, City of, Illinois
1826. Sycamore, Township of, Illinois
1827. Taylorville, City of, Illinois
1828. Taylorville, Township of, Illinois
1829. Tazewell, County of, Illinois
1830. Thornton, Township of, Illinois
1831. Tinley Park, Village of, Illinois
1832. Troy, City of, Illinois
1833. Troy, Township of, Illinois
1834. Union, County of, Illinois
1835. Urbana, City of, Illinois
1836. Vermilion, County of, Illinois
1837. Vernon Hills, Village of, Illinois
1838. Vernon, Township of, Illinois
1839. Villa Park, Village of, Illinois
1840. Wabash, County of, Illinois
1841. Warren, County of, Illinois
1842. Warren, Township of, Illinois
1843. Warrenville, City of, Illinois
1844. Washington, City of, Illinois
1845. Washington, County of, Illinois
1846. Washington, Township of, Illinois
1847. Waterloo, City of, Illinois
1848. Wauconda, Township of, Illinois
1849. Wauconda, Village of, Illinois
1850. Waukegan, City of, Illinois
1851. Waukegan, Township of, Illinois
1852. Wayne, County of, Illinois
1853. Wayne, Township of, Illinois
1854. West Chicago, City of, Illinois
1855. West Deerfield, Township of, Illinois
1856. Westchester, Village of, Illinois
1857. Western Springs, Village of, Illinois
1858. Westmont, Village of, Illinois
1859. Wheatland, Township of, Illinois
1860. Wheaton, City of, Illinois
1861. Wheeling, Township of, Illinois

1862. Wheeling, Village of, Illinois
1863. White, County of, Illinois
1864. Whiteside, County of, Illinois
1865. Will, County of, Illinois
1866. Williamson, County of, Illinois
1867. Wilmette, Village of, Illinois
1868. Winfield, Township of, Illinois
1869. Winnebago, County of, Illinois
1870. Winnetka, Village of, Illinois
1871. Wood Dale, City of, Illinois
1872. Wood River, City of, Illinois
1873. Wood River, Township of, Illinois
1874. Woodford, County of, Illinois
1875. Woodridge, Village of, Illinois
1876. Woodside, Township of, Illinois
1877. Woodstock, City of, Illinois
1878. Worth, Township of, Illinois
1879. Worth, Village of, Illinois
1880. York, Township of, Illinois
1881. Yorkville, City of, Illinois
1882. Zion, City of, Illinois
1883. Zion, Township of, Illinois
1884. Aboite, Township of, Indiana
1885. Adams, County of, Indiana
1886. Adams, Township of, Indiana
1887. Addison, Township of, Indiana
1888. Allen, County of, Indiana
1889. Anderson, City of, Indiana
1890. Anderson, Township of, Indiana
1891. Auburn, City of, Indiana
1892. Avon, Town of, Indiana
1893. Bainbridge, Township of, Indiana
1894. Bartholomew, County of, Indiana
1895. Baugo, Township of, Indiana
1896. Bedford, City of, Indiana
1897. Beech Grove, City of, Indiana
1898. Blackford, County of, Indiana
1899. Bloomington, City of, Indiana
1900. Bloomington, Township of, Indiana
1901. Bluffton, City of, Indiana
1902. Boon, Township of, Indiana
1903. Boone, County of, Indiana
1904. Brown, County of, Indiana
1905. Brown, Township of, Indiana
1906. Brownsburg, Town of, Indiana
1907. Calumet, Township of, Indiana

1908. Carmel, City of, Indiana
1909. Carroll, County of, Indiana
1910. Cass, County of, Indiana
1911. Cedar Creek, Township of, Indiana
1912. Cedar Lake, Town of, Indiana
1913. Center, Township of, Indiana
1914. Centre, Township of, Indiana
1915. Charlestown, Township of, Indiana
1916. Chesterton, Town of, Indiana
1917. Clark, County of, Indiana
1918. Clarksville, Town of, Indiana
1919. Clay, County of, Indiana
1920. Clay, Township of, Indiana
1921. Cleveland, Township of, Indiana
1922. Clinton, County of, Indiana
1923. Columbia, Township of, Indiana
1924. Columbus, City of, Indiana
1925. Columbus, Township of, Indiana
1926. Concord, Township of, Indiana
1927. Connersville, City of, Indiana
1928. Connersville, Township of, Indiana
1929. Coolspring, Township of, Indiana
1930. Crawford, County of, Indiana
1931. Crawfordsville, City of, Indiana
1932. Crown Point, City of, Indiana
1933. Danville, Town of, Indiana
1934. Daviess, County of, Indiana
1935. Dearborn, County of, Indiana
1936. Decatur, County of, Indiana
1937. Decatur, Township of, Indiana
1938. DeKalb, County of, Indiana
1939. Delaware, County of, Indiana
1940. Delaware, Township of, Indiana
1941. Dubois, County of, Indiana
1942. Dyer, Town of, Indiana
1943. East Chicago, City of, Indiana
1944. Eel, Township of, Indiana
1945. Elkhart, City of, Indiana
1946. Elkhart, County of, Indiana
1947. Elkhart, Township of, Indiana
1948. Evansville, City of, Indiana
1949. Fairfield, Township of, Indiana
1950. Fall Creek, Township of, Indiana
1951. Fayette, County of, Indiana
1952. Fishers, City of, Indiana
1953. Floyd, County of, Indiana

I-22

1954. Fort Wayne, City of, Indiana
1955. Fountain, County of, Indiana
1956. Frankfort, City of, Indiana
1957. Franklin, City of, Indiana
1958. Franklin, County of, Indiana
1959. Franklin, Township of, Indiana
1960. Fulton, County of, Indiana
1961. Gary, City of, Indiana
1962. Georgetown, Township of, Indiana
1963. Gibson, County of, Indiana
1964. Goshen, City of, Indiana
1965. Grant, County of, Indiana
1966. Greencastle, City of, Indiana
1967. Greencastle, Township of, Indiana
1968. Greene, County of, Indiana
1969. Greenfield, City of, Indiana
1970. Greensburg, City of, Indiana
1971. Greenwood, City of, Indiana
1972. Griffith, Town of, Indiana
1973. Guilford, Township of, Indiana
1974. Hamilton, County of, Indiana
1975. Hammond, City of, Indiana
1976. Hancock, County of, Indiana
1977. Hanover, Township of, Indiana
1978. Harris, Township of, Indiana
1979. Harrison, County of, Indiana
1980. Harrison, Township of, Indiana
1981. Hendricks, County of, Indiana
1982. Henry, County of, Indiana
1983. Henry, Township of, Indiana
1984. Highland, Town of, Indiana
1985. Hobart, City of, Indiana
1986. Hobart, Township of, Indiana
1987. Honey Creek, Township of, Indiana
1988. Howard, County of, Indiana
1989. Huntington, City of, Indiana
1990. Huntington, County of, Indiana
1991. Huntington, Township of, Indiana
1992. Jackson, County of, Indiana
1993. Jackson, Township of, Indiana
1994. Jasper, City of, Indiana
1995. Jasper, County of, Indiana
1996. Jay, County of, Indiana
1997. Jefferson, County of, Indiana
1998. Jefferson, Township of, Indiana
1999. Jeffersonville, City of, Indiana

2000. Jeffersonville, Township of, Indiana
2001. Jennings, County of, Indiana
2002. Johnson, County of, Indiana
2003. Keener, Township of, Indiana
2004. Knight, Township of, Indiana
2005. Knox, County of, Indiana
2006. Kokomo, City of, Indiana
2007. Kosciusko, County of, Indiana
2008. La Porte, City of, Indiana
2009. Lafayette, City of, Indiana
2010. LaGrange, County of, Indiana
2011. Lake, County of, Indiana
2012. Lake Station, City of, Indiana
2013. LaPorte, County of, Indiana
2014. Lawrence, City of, Indiana
2015. Lawrence, County of, Indiana
2016. Lawrence, Township of, Indiana
2017. Lawrenceburg, Township of, Indiana
2018. Lebanon, City of, Indiana
2019. Lincoln, Township of, Indiana
2020. Logansport, City of, Indiana
2021. Lost Creek, Township of, Indiana
2022. Madison, City of, Indiana
2023. Madison, County of, Indiana
2024. Madison, Township of, Indiana
2025. Marion, City of, Indiana
2026. Marion, County of/ Indianapolis, City of, Indiana
2027. Marshall, County of, Indiana
2028. Martin, County of, Indiana
2029. Martinsville, City of, Indiana
2030. Merrillville, Town of, Indiana
2031. Miami, County of, Indiana
2032. Michigan City, City of, Indiana
2033. Michigan, Township of, Indiana
2034. Mill, Township of, Indiana
2035. Mishawaka, City of, Indiana
2036. Monroe, County of, Indiana
2037. Montgomery, County of, Indiana
2038. Morgan, County of, Indiana
2039. Muncie, City of, Indiana
2040. Munster, Town of, Indiana
2041. New Albany, City of, Indiana
2042. New Albany, Township of, Indiana
2043. New Castle, City of, Indiana
2044. New Haven, City of, Indiana

2045. Newton, County of, Indiana
2046. Noble, County of, Indiana
2047. Noble, Township of, Indiana
2048. Noblesville, City of, Indiana
2049. Noblesville, Township of, Indiana
2050. North, Township of, Indiana
2051. Ohio, Township of, Indiana
2052. Orange, County of, Indiana
2053. Osolo, Township of, Indiana
2054. Owen, County of, Indiana
2055. Parke, County of, Indiana
2056. Patoka, Township of, Indiana
2057. Penn, Township of, Indiana
2058. Perry, County of, Indiana
2059. Perry, Township of, Indiana
2060. Peru, City of, Indiana
2061. Peru, Township of, Indiana
2062. Pigeon, Township of, Indiana
2063. Pike, County of, Indiana
2064. Pike, Township of, Indiana
2065. Pipe Creek, Township of, Indiana
2066. Plainfield, Town of, Indiana
2067. Pleasant, Township of, Indiana
2068. Portage, City of, Indiana
2069. Portage, Township of, Indiana
2070. Porter, County of, Indiana
2071. Posey, County of, Indiana
2072. Pulaski, County of, Indiana
2073. Putnam, County of, Indiana
2074. Randolph, County of, Indiana
2075. Richland, Township of, Indiana
2076. Richmond, City of, Indiana
2077. Ripley, County of, Indiana
2078. Ross, Township of, Indiana
2079. Rush, County of, Indiana
2080. Schererville, Town of, Indiana
2081. Scott, County of, Indiana
2082. Seymour, City of, Indiana
2083. Shawswick, Township of, Indiana
2084. Shelby, County of, Indiana
2085. Shelbyville, City of, Indiana
2086. Silver Creek, Township of, Indiana
2087. South Bend, City of, Indiana
2088. Speedway, Town of, Indiana
2089. Spencer, County of, Indiana
2090. St. John, Town of, Indiana

2091. St. John, Township of, Indiana
2092. St. Joseph, County of, Indiana
2093. St. Joseph, Township of, Indiana
2094. Starke, County of, Indiana
2095. Steuben, County of, Indiana
2096. Sugar Creek, Township of, Indiana
2097. Sullivan, County of, Indiana
2098. Switzerland, County of, Indiana
2099. Terre Haute, City of, Indiana
2100. Tippecanoe, County of, Indiana
2101. Tipton, County of, Indiana
2102. Troy, Township of, Indiana
2103. Union, Township of, Indiana
2104. Valparaiso, City of, Indiana
2105. Van Buren, Township of, Indiana
2106. Vanderburgh, County of, Indiana
2107. Vermillion, County of, Indiana
2108. Vernon, Township of, Indiana
2109. Vigo, County of, Indiana
2110. Vincennes, City of, Indiana
2111. Vincennes, Township of, Indiana
2112. Wabash, County of, Indiana
2113. Wabash, Township of, Indiana
2114. Warren, Township of, Indiana
2115. Warrick, County of, Indiana
2116. Warsaw, City of, Indiana
2117. Washington, City of, Indiana
2118. Washington, County of, Indiana
2119. Washington, Township of, Indiana
2120. Wayne, County of, Indiana
2121. Wayne, Township of, Indiana
2122. Wea, Township of, Indiana
2123. Wells, County of, Indiana
2124. West Lafayette, City of, Indiana
2125. Westchester, Township of, Indiana
2126. Westfield, City of, Indiana
2127. White, County of, Indiana
2128. White River, Township of, Indiana
2129. Whitley, County of, Indiana
2130. Winfield, Township of, Indiana
2131. Yorktown, Town of, Indiana
2132. Zionsville, Town of, Indiana
2133. Allamakee, County of, Iowa
2134. Altoona, City of, Iowa
2135. Ames, City of, Iowa
2136. Ankeny, City of, Iowa

2137. Appanoose, County of, Iowa
2138. Benton, County of, Iowa
2139. Bettendorf, City of, Iowa
2140. Black Hawk, County of, Iowa
2141. Boone, City of, Iowa
2142. Boone, County of, Iowa
2143. Bremer, County of, Iowa
2144. Buchanan, County of, Iowa
2145. Buena Vista, County of, Iowa
2146. Burlington, City of, Iowa
2147. Butler, County of, Iowa
2148. Carroll, County of, Iowa
2149. Cass, County of, Iowa
2150. Cedar, County of, Iowa
2151. Cedar Falls, City of, Iowa
2152. Cedar Rapids, City of, Iowa
2153. Cerro Gordo, County of, Iowa
2154. Cherokee, County of, Iowa
2155. Chickasaw, County of, Iowa
2156. Clay, County of, Iowa
2157. Clayton, County of, Iowa
2158. Clinton, City of, Iowa
2159. Clinton, County of, Iowa
2160. Clive, City of, Iowa
2161. Coralville, City of, Iowa
2162. Council Bluffs, City of, Iowa
2163. Crawford, County of, Iowa
2164. Dallas, County of, Iowa
2165. Davenport, City of, Iowa
2166. Delaware, County of, Iowa
2167. Des Moines, City of, Iowa
2168. Des Moines, County of, Iowa
2169. Dickinson, County of, Iowa
2170. Dubuque, City of, Iowa
2171. Dubuque, County of, Iowa
2172. Fairfield, City of, Iowa
2173. Fayette, County of, Iowa
2174. Floyd, County of, Iowa
2175. Fort Dodge, City of, Iowa
2176. Fort Madison, City of, Iowa
2177. Franklin, County of, Iowa
2178. Grimes, City of, Iowa
2179. Grundy, County of, Iowa
2180. Guthrie, County of, Iowa
2181. Hamilton, County of, Iowa
2182. Hancock, County of, Iowa

2183. Hardin, County of, Iowa
2184. Harrison, County of, Iowa
2185. Henry, County of, Iowa
2186. Indianola, City of, Iowa
2187. Iowa City, City of, Iowa
2188. Iowa, County of, Iowa
2189. Jackson, County of, Iowa
2190. Jasper, County of, Iowa
2191. Jefferson, County of, Iowa
2192. Johnson, County of, Iowa
2193. Johnston, City of, Iowa
2194. Jones, County of, Iowa
2195. Keokuk, City of, Iowa
2196. Keokuk, County of, Iowa
2197. Kossuth, County of, Iowa
2198. Le Mars, City of, Iowa
2199. Lee, County of, Iowa
2200. Linn, County of, Iowa
2201. Louisa, County of, Iowa
2202. Lyon, County of, Iowa
2203. Madison, County of, Iowa
2204. Mahaska, County of, Iowa
2205. Marion, City of, Iowa
2206. Marion, County of, Iowa
2207. Marshall, County of, Iowa
2208. Marshalltown, City of, Iowa
2209. Mason City, City of, Iowa
2210. Mills, County of, Iowa
2211. Mitchell, County of, Iowa
2212. Muscatine, City of, Iowa
2213. Muscatine, County of, Iowa
2214. Newton, City of, Iowa
2215. North Liberty, City of, Iowa
2216. Norwalk, City of, Iowa
2217. O'Brien, County of, Iowa
2218. Oskaloosa, City of, Iowa
2219. Ottumwa, City of, Iowa
2220. Page, County of, Iowa
2221. Pella, City of, Iowa
2222. Pleasant Hill, City of, Iowa
2223. Plymouth, County of, Iowa
2224. Polk, County of, Iowa
2225. Pottawattamie, County of, Iowa
2226. Poweshiek, County of, Iowa
2227. Scott, County of, Iowa
2228. Shelby, County of, Iowa

2229. Sioux City, City of, Iowa
2230. Sioux, County of, Iowa
2231. Spencer, City of, Iowa
2232. Storm Lake, City of, Iowa
2233. Story, County of, Iowa
2234. Tama, County of, Iowa
2235. Union, County of, Iowa
2236. Urbandale, City of, Iowa
2237. Wapello, County of, Iowa
2238. Warren, County of, Iowa
2239. Washington, County of, Iowa
2240. Waterloo, City of, Iowa
2241. Waukee, City of, Iowa
2242. Waverly, City of, Iowa
2243. Webster, County of, Iowa
2244. West Des Moines, City of, Iowa
2245. Winnebago, County of, Iowa
2246. Winneshiek, County of, Iowa
2247. Woodbury, County of, Iowa
2248. Wright, County of, Iowa
2249. Allen, County of, Kansas
2250. Andover, City of, Kansas
2251. Arkansas City, City of, Kansas
2252. Atchison, City of, Kansas
2253. Atchison, County of, Kansas
2254. Barton, County of, Kansas
2255. Bourbon, County of, Kansas
2256. Bruno, Township of, Kansas
2257. Butler, County of, Kansas
2258. Cherokee, County of, Kansas
2259. Cowley, County of, Kansas
2260. Crawford, County of, Kansas
2261. Derby, City of, Kansas
2262. Dickinson, County of, Kansas
2263. Dodge City, City of, Kansas
2264. Douglas, County of, Kansas
2265. El Dorado, City of, Kansas
2266. Ellis, County of, Kansas
2267. Emporia, City of, Kansas
2268. Fairmount, Township of, Kansas
2269. Finney, County of, Kansas
2270. Ford, County of, Kansas
2271. Franklin, County of, Kansas
2272. Garden City, City of, Kansas
2273. Gardner, City of, Kansas
2274. Geary, County of, Kansas

2275. Great Bend, City of, Kansas
2276. Harvey, County of, Kansas
2277. Hays, City of, Kansas
2278. Haysville, City of, Kansas
2279. Haysville, City of, Kansas
2280. Hutchinson, City of, Kansas
2281. Jackson, County of, Kansas
2282. Jefferson, County of, Kansas
2283. Johnson, County of, Kansas
2284. Junction City, City of, Kansas
2285. Kansas City, City of, Kansas
2286. Kansas City, City of, Kansas
2287. Labette, County of, Kansas
2288. Lansing, City of, Kansas
2289. Lawrence, City of, Kansas
2290. Lawrence, City of, Kansas
2291. Leavenworth, City of, Kansas
2292. Leavenworth, County of, Kansas
2293. Leawood, City of, Kansas
2294. Lenexa, City of, Kansas
2295. Liberal, City of, Kansas
2296. Lyon, County of, Kansas
2297. Madison, Township of, Kansas
2298. Manhattan, City of, Kansas
2299. Marion, County of, Kansas
2300. McPherson, City of, Kansas
2301. McPherson, County of, Kansas
2302. Merriam, City of, Kansas
2303. Miami, County of, Kansas
2304. Montgomery, County of, Kansas
2305. Nemaha, County of, Kansas
2306. Neosho, County of, Kansas
2307. Newton, City of, Kansas
2308. Olathe, City of, Kansas
2309. Osage, County of, Kansas
2310. Ottawa, City of, Kansas
2311. Overland Park, City of, Kansas
2312. Pittsburg, City of, Kansas
2313. Pottawatomie, County of, Kansas
2314. Prairie, Village, City of, Kansas
2315. Reno, County of, Kansas
2316. Riley, County of, Kansas
2317. Riverside, Township of, Kansas
2318. Rockford, Township of, Kansas
2319. Salina, City of, Kansas
2320. Saline, County of, Kansas

2321.  Sedgwick, County of, Kansas
2322.  Seward, County of, Kansas
2323.  Shawnee, City of, Kansas
2324.  Shawnee, County of, Kansas
2325.  Soldier, Township of, Kansas
2326.  Sumner, County of, Kansas
2327.  Topeka, City of, Kansas
2328.  Wichita, City of, Kansas
2329.  Winfield, City of, Kansas
2330.  Wyandotte, County of, Kansas
2331.  Adair, County of, Kentucky
2332.  Allen, County of, Kentucky
2333.  Anderson, County of, Kentucky
2334.  Ashland, City of, Kentucky
2335.  Bardstown, City of, Kentucky
2336.  Barren, County of, Kentucky
2337.  Bath, County of, Kentucky
2338.  Bell, County of, Kentucky
2339.  Berea, City of, Kentucky
2340.  Boone, County of, Kentucky
2341.  Bourbon, County of, Kentucky
2342.  Bowling Green, City of, Kentucky
2343.  Boyd, County of, Kentucky
2344.  Boyle, County of, Kentucky
2345.  Breathitt, County of, Kentucky
2346.  Breckinridge, County of, Kentucky
2347.  Bullitt, County of, Kentucky
2348.  Butler, County of, Kentucky
2349.  Caldwell, County of, Kentucky
2350.  Calloway, County of, Kentucky
2351.  Campbell, County of, Kentucky
2352.  Campbellsville, City of, Kentucky
2353.  Carroll, County of, Kentucky
2354.  Carter, County of, Kentucky
2355.  Casey, County of, Kentucky
2356.  Christian, County of, Kentucky
2357.  Clark, County of, Kentucky
2358.  Clay, County of, Kentucky
2359.  Clinton, County of, Kentucky
2360.  Covington, City of, Kentucky
2361.  Danville, City of, Kentucky
2362.  Daviess, County of, Kentucky
2363.  Edmonson, County of, Kentucky
2364.  Elizabethtown, City of, Kentucky
2365.  Erlanger, City of, Kentucky
2366.  Estill, County of, Kentucky

2367.  Fleming, County of, Kentucky
2368.  Florence, City of, Kentucky
2369.  Floyd, County of, Kentucky
2370.  Fort Thomas, City of, Kentucky
2371.  Frankfort, City of, Kentucky
2372.  Franklin, County of, Kentucky
2373.  Garrard, County of, Kentucky
2374.  Georgetown, City of, Kentucky
2375.  Glasgow, City of, Kentucky
2376.  Grant, County of, Kentucky
2377.  Graves, County of, Kentucky
2378.  Grayson, County of, Kentucky
2379.  Green, County of, Kentucky
2380.  Greenup, County of, Kentucky
2381.  Hardin, County of, Kentucky
2382.  Harlan, County of, Kentucky
2383.  Harrison, County of, Kentucky
2384.  Hart, County of, Kentucky
2385.  Henderson, City of, Kentucky
2386.  Henderson, County of, Kentucky
2387.  Henry, County of, Kentucky
2388.  Hopkins, County of, Kentucky
2389.  Hopkinsville, City of, Kentucky
2390.  Independence, City of, Kentucky
2391.  Jackson, County of, Kentucky
2392.  Jeffersontown, City of, Kentucky
2393.  Jessamine, County of, Kentucky
2394.  Johnson, County of, Kentucky
2395.  Kenton, County of, Kentucky
2396.  Knott, County of, Kentucky
2397.  Knox, County of, Kentucky
2398.  Larue, County of, Kentucky
2399.  Laurel, County of, Kentucky
2400.  Lawrence, County of, Kentucky
2401.  Lawrenceburg, City of, Kentucky
2402.  Letcher, County of, Kentucky
2403.  Lewis, County of, Kentucky
2404.  Lexington-Fayette, Urban County of, Kentucky
2405.  Lincoln, County of, Kentucky
2406.  Logan, County of, Kentucky
2407.  Louisville/Jefferson, County Metro of, Kentucky
2408.  Lyndon, City of, Kentucky
2409.  Madison, County of, Kentucky
2410.  Madisonville, City of, Kentucky

2411. Magoffin, County of, Kentucky
2412. Marion, County of, Kentucky
2413. Marshall, County of, Kentucky
2414. Martin, County of, Kentucky
2415. Mason, County of, Kentucky
2416. McCracken, County of, Kentucky
2417. McCreary, County of, Kentucky
2418. Meade, County of, Kentucky
2419. Mercer, County of, Kentucky
2420. Metcalfe, County of, Kentucky
2421. Monroe, County of, Kentucky
2422. Montgomery, County of, Kentucky
2423. Morgan, County of, Kentucky
2424. Mount Washington, City of, Kentucky
2425. Muhlenberg, County of, Kentucky
2426. Murray, City of, Kentucky
2427. Nelson, County of, Kentucky
2428. Newport, City of, Kentucky
2429. Nicholasville, City of, Kentucky
2430. Ohio, County of, Kentucky
2431. Oldham, County of, Kentucky
2432. Owen, County of, Kentucky
2433. Owensboro, City of, Kentucky
2434. Paducah, City of, Kentucky
2435. Pendleton, County of, Kentucky
2436. Perry, County of, Kentucky
2437. Pike, County of, Kentucky
2438. Powell, County of, Kentucky
2439. Pulaski, County of, Kentucky
2440. Radcliff, City of, Kentucky
2441. Richmond, City of, Kentucky
2442. Rockcastle, County of, Kentucky
2443. Rowan, County of, Kentucky
2444. Russell, County of, Kentucky
2445. Scott, County of, Kentucky
2446. Shelby, County of, Kentucky
2447. Shelbyville, City of, Kentucky
2448. Shepherdsville, City of, Kentucky
2449. Shively, City of, Kentucky
2450. Simpson, County of, Kentucky
2451. Somerset, City of, Kentucky
2452. Spencer, County of, Kentucky
2453. St. Matthews, City of, Kentucky
2454. Taylor, County of, Kentucky
2455. Todd, County of, Kentucky

2456. Trigg, County of, Kentucky
2457. Union, County of, Kentucky
2458. Warren, County of, Kentucky
2459. Washington, County of, Kentucky
2460. Wayne, County of, Kentucky
2461. Webster, County of, Kentucky
2462. Whitley, County of, Kentucky
2463. Winchester, City of, Kentucky
2464. Woodford, County of, Kentucky
2465. Morgan, County of, Kentucky Louisiana
2466. Abbeville, City of, Louisiana
2467. Acadia, Parish of, Louisiana
2468. Alexandria, City of, Louisiana
2469. Allen, Parish of, Louisiana
2470. Ascension, Parish of, Louisiana
2471. Assumption, Parish of, Louisiana
2472. Avoyelles, Parish of, Louisiana
2473. Baker, City of, Louisiana
2474. Bastrop, City of, Louisiana
2475. Baton Rouge, City of, Louisiana
2476. Beauregard, Parish of, Louisiana
2477. Bienville, Parish of, Louisiana
2478. Bogalusa, City of, Louisiana
2479. Bossier City, City of, Louisiana
2480. Bossier, Parish of, Louisiana
2481. Broussard, City of, Louisiana
2482. Caddo, Parish of, Louisiana
2483. Calcasieu, Parish of, Louisiana
2484. Central, City of, Louisiana
2485. Claiborne, Parish of, Louisiana
2486. Concordia, Parish of, Louisiana
2487. Covington, City of, Louisiana
2488. Crowley, City of, Louisiana
2489. De Soto, Parish of, Louisiana
2490. DeRidder, City of, Louisiana
2491. East Baton Rouge, Parish of, Louisiana
2492. East Feliciana, Parish of, Louisiana
2493. Evangeline, Parish of, Louisiana
2494. Franklin, Parish of, Louisiana
2495. Gonzales, City of, Louisiana
2496. Grant, Parish of, Louisiana
2497. Gretna, City of, Louisiana
2498. Hammond, City of, Louisiana
2499. Iberia, Parish of, Louisiana

I-28

2500. Iberville, Parish of, Louisiana
2501. Jackson, Parish of, Louisiana
2502. Jefferson Davis, Parish of, Louisiana
2503. Jefferson, Parish of, Louisiana
2504. Kenner, City of, Louisiana
2505. Lafayette, City of, Louisiana
2506. Lafayette, Parish of, Louisiana
2507. Lafourche, Parish of, Louisiana
2508. Lake Charles, City of, Louisiana
2509. LaSalle, Parish of, Louisiana
2510. Lincoln, Parish of, Louisiana
2511. Livingston, Parish of, Louisiana
2512. Madison, Parish of, Louisiana
2513. Mandeville, City of, Louisiana
2514. Minden, City of, Louisiana
2515. Monroe, City of, Louisiana
2516. Morehouse, Parish of, Louisiana
2517. Morgan City, City of, Louisiana
2518. Natchitoches, City of, Louisiana
2519. Natchitoches, Parish of, Louisiana
2520. New Iberia, City of, Louisiana
2521. New Orleans, City of, Louisiana
2522. Orleans, Parish of, Louisiana
2523. Opelousas, City of, Louisiana
2524. Ouachita, Parish of, Louisiana
2525. Pineville, City of, Louisiana
2526. Plaquemines, Parish of, Louisiana
2527. Pointe Coupee, Parish of, Louisiana
2528. Rapides, Parish of, Louisiana
2529. Richland, Parish of, Louisiana
2530. Ruston, City of, Louisiana
2531. Sabine, Parish of, Louisiana
2532. Shreveport, City of, Louisiana
2533. Slidell, City of, Louisiana
2534. St. Bernard, Parish of, Louisiana
2535. St. Charles, Parish of, Louisiana
2536. St. Helena, Parish of, Louisiana
2537. St. James, Parish of, Louisiana
2538. St. John the Baptist, Parish of, Louisiana
2539. St. Landry, Parish of, Louisiana
2540. St. Martin, Parish of, Louisiana
2541. St. Mary, Parish of, Louisiana
2542. St. Tammany, Parish of, Louisiana
2543. Sulphur, City of, Louisiana
2544. Tangipahoa, Parish of, Louisiana
2545. Terrebonne, Parish of/ Houma, City of, Louisiana
2546. Thibodaux, City of, Louisiana
2547. Union, Parish of, Louisiana
2548. Vermilion, Parish of, Louisiana
2549. Vernon, Parish of, Louisiana
2550. Washington, Parish of, Louisiana
2551. Webster, Parish of, Louisiana
2552. West Baton Rouge, Parish of, Louisiana
2553. West Carroll, Parish of, Louisiana
2554. West Feliciana, Parish of, Louisiana
2555. West Monroe, City of, Louisiana
2556. Winn, Parish of, Louisiana
2557. Youngsville, City of, Louisiana
2558. Zachary, City of, Louisiana
2559. Androscoggin, County of, Maine
2560. Aroostook, County of, Maine
2561. Auburn, City of, Maine
2562. Augusta, City of, Maine
2563. Bangor, City of, Maine
2564. Biddeford, City of, Maine
2565. Brunswick, Town of, Maine
2566. Cumberland, County of, Maine
2567. Falmouth, Town of, Maine
2568. Franklin, County of, Maine
2569. Gorham, Town of, Maine
2570. Hancock, County of, Maine
2571. Kennebec, County of, Maine
2572. Kennebunk, Town of, Maine
2573. Knox, County of, Maine
2574. Lewiston, City of, Maine
2575. Lincoln, County of, Maine
2576. Orono, Town of, Maine
2577. Oxford, County of, Maine
2578. Penobscot, County of, Maine
2579. Piscataquis, County of, Maine
2580. Portland, City of, Maine
2581. Saco, City of, Maine
2582. Sagadahoc, County of, Maine
2583. Sanford, City of, Maine
2584. Scarborough, Town of, Maine
2585. Somerset, County of, Maine
2586. South Portland, City of, Maine
2587. Standish, Town of, Maine
2588. Waldo, County of, Maine

2589. Washington, County of, Maine
2590. Waterville, City of, Maine
2591. Wells, Town of, Maine
2592. Westbrook, City of, Maine
2593. Windham, Town of, Maine
2594. York, County of, Maine
2595. York, Town of, Maine
2596. Aberdeen, City of, Maryland
2597. Allegany, County of, Maryland
2598. Annapolis, City of, Maryland
2599. Anne Arundel, County of, Maryland
2600. Baltimore, City of, Maryland
2601. Baltimore, County of, Maryland
2602. Bel Air, Town of, Maryland
2603. Bowie, City of, Maryland
2604. Calvert, County of, Maryland
2605. Cambridge, City of, Maryland
2606. Caroline, County of, Maryland
2607. Carroll, County of, Maryland
2608. Cecil, County of, Maryland
2609. Charles, County of, Maryland
2610. College Park, City of, Maryland
2611. Cumberland, City of, Maryland
2612. Dorchester, County of, Maryland
2613. Easton, Town of, Maryland
2614. Elkton, Town of, Maryland
2615. Frederick, City of, Maryland
2616. Frederick, County of, Maryland
2617. Gaithersburg, City of, Maryland
2618. Garrett, County of, Maryland
2619. Greenbelt, City of, Maryland
2620. Hagerstown, City of, Maryland
2621. Harford, County of, Maryland
2622. Havre de Grace, City of, Maryland
2623. Howard, County of, Maryland
2624. Hyattsville, City of, Maryland
2625. Kent, County of, Maryland
2626. Laurel, City of, Maryland
2627. Montgomery, County of, Maryland
2628. New Carrollton, City of, Maryland
2629. Prince George's, County of, Maryland
2630. Queen Anne's, County of, Maryland
2631. Rockville, City of, Maryland
2632. Salisbury, City of, Maryland
2633. Somerset, County of, Maryland

2634. St. Mary's, County of, Maryland
2635. Takoma Park, City of, Maryland
2636. Talbot, County of, Maryland
2637. Washington, County of, Maryland
2638. Westminster, City of, Maryland
2639. Wicomico, County of, Maryland
2640. Worcester, County of, Maryland
2641. Abington, Town of, Massachusetts
2642. Acton, Town of, Massachusetts
2643. Acushnet, Town of, Massachusetts
2644. Agawam, Town of/ City of, Massachusetts
2645. Amesbury, Town of/ City of, Massachusetts
2646. Amherst, Town of, Massachusetts
2647. Andover, Town of, Massachusetts
2648. Arlington, Town of, Massachusetts
2649. Ashland, Town of, Massachusetts
2650. Athol, Town of, Massachusetts
2651. Attleboro, City of, Massachusetts
2652. Auburn, Town of, Massachusetts
2653. Barnstable, County of, Massachusetts
2654. Barnstable, Town of/ City of, Massachusetts
2655. Bedford, Town of, Massachusetts
2656. Belchertown, Town of, Massachusetts
2657. Bellingham, Town of, Massachusetts
2658. Belmont, Town of, Massachusetts
2659. Beverly, City of, Massachusetts
2660. Billerica, Town of, Massachusetts
2661. Boston, City of, Massachusetts
2662. Bourne, Town of, Massachusetts
2663. Braintree, Town of/ City of, Massachusetts
2664. Bridgewater, Town of/ City of, Massachusetts
2665. Bristol, County of, Massachusetts
2666. Brockton, City of, Massachusetts
2667. Brookline, Town of, Massachusetts
2668. Burlington, Town of, Massachusetts
2669. Cambridge, City of, Massachusetts
2670. Canton, Town of, Massachusetts
2671. Carver, Town of, Massachusetts
2672. Charlton, Town of, Massachusetts

2673. Chelmsford, Town of, Massachusetts
2674. Chelsea, City of, Massachusetts
2675. Chicopee, City of, Massachusetts
2676. Clinton, Town of, Massachusetts
2677. Concord, Town of, Massachusetts
2678. Danvers, Town of, Massachusetts
2679. Dartmouth, Town of, Massachusetts
2680. Dedham, Town of, Massachusetts
2681. Dennis, Town of, Massachusetts
2682. Dracut, Town of, Massachusetts
2683. Dudley, Town of, Massachusetts
2684. Dukes, County of, Massachusetts
2685. Duxbury, Town of, Massachusetts
2686. East Bridgewater, Town of, Massachusetts
2687. East Longmeadow, Town of, Massachusetts
2688. Easthampton, Town of, City of, Massachusetts
2689. Easton, Town of, Massachusetts
2690. Everett, City of, Massachusetts
2691. Fairhaven, Town of, Massachusetts
2692. Fall River, City of, Massachusetts
2693. Falmouth, Town of, Massachusetts
2694. Fitchburg, City of, Massachusetts
2695. Foxborough, Town of, Massachusetts
2696. Framingham, City of, Massachusetts
2697. Franklin, Town of, City of, Massachusetts
2698. Gardner, City of, Massachusetts
2699. Gloucester, City of, Massachusetts
2700. Grafton, Town of, Massachusetts
2701. Greenfield, Town of, City of, Massachusetts
2702. Groton, Town of, Massachusetts
2703. Hanover, Town of, Massachusetts
2704. Hanson, Town of, Massachusetts
2705. Harwich, Town of, Massachusetts
2706. Haverhill, City of, Massachusetts
2707. Hingham, Town of, Massachusetts
2708. Holbrook, Town of, Massachusetts
2709. Holden, Town of, Massachusetts
2710. Holliston, Town of, Massachusetts
2711. Holyoke, City of, Massachusetts
2712. Hopkinton, Town of, Massachusetts
2713. Hudson, Town of, Massachusetts
2714. Hull, Town of, Massachusetts
2715. Ipswich, Town of, Massachusetts
2716. Kingston, Town of, Massachusetts
2717. Lakeville, Town of, Massachusetts
2718. Lawrence, City of, Massachusetts
2719. Leicester, Town of, Massachusetts
2720. Leominster, City of, Massachusetts
2721. Lexington, Town of, Massachusetts
2722. Littleton, Town of, Massachusetts
2723. Longmeadow, Town of, Massachusetts
2724. Lowell, City of, Massachusetts
2725. Ludlow, Town of, Massachusetts
2726. Lunenburg, Town of, Massachusetts
2727. Lynn, City of, Massachusetts
2728. Lynnfield, Town of, Massachusetts
2729. Malden, City of, Massachusetts
2730. Mansfield, Town of, Massachusetts
2731. Marblehead, Town of, Massachusetts
2732. Marlborough, City of, Massachusetts
2733. Marshfield, Town of, Massachusetts
2734. Mashpee, Town of, Massachusetts
2735. Maynard, Town of, Massachusetts
2736. Medfield, Town of, Massachusetts
2737. Medford, City of, Massachusetts
2738. Medway, Town of, Massachusetts
2739. Melrose, City of, Massachusetts
2740. Methuen, Town of, City of, Massachusetts
2741. Middleborough, Town of, Massachusetts
2742. Middleton, Town of, Massachusetts
2743. Milford, Town of, Massachusetts
2744. Millbury, Town of, Massachusetts
2745. Milton, Town of, Massachusetts
2746. Nantucket, Town of/ County of, Massachusetts
2747. Natick, Town of, Massachusetts
2748. Needham, Town of, Massachusetts
2749. New Bedford, City of, Massachusetts
2750. Newburyport, City of, Massachusetts
2751. Newton, City of, Massachusetts
2752. Norfolk, County of, Massachusetts
2753. Norfolk, Town of, Massachusetts
2754. North Adams, City of, Massachusetts

2755. North Andover, Town of, Massachusetts
2756. North Attleborough, Town of, Massachusetts
2757. North Reading, Town of, Massachusetts
2758. Northampton, City of, Massachusetts
2759. Northborough, Town of, Massachusetts
2760. Northbridge, Town of, Massachusetts
2761. Norton, Town of, Massachusetts
2762. Norwell, Town of, Massachusetts
2763. Norwood, Town of, Massachusetts
2764. Oxford, Town of, Massachusetts
2765. Palmer, Town of/ City of, Massachusetts
2766. Peabody, City of, Massachusetts
2767. Pembroke, Town of, Massachusetts
2768. Pepperell, Town of, Massachusetts
2769. Pittsfield, City of, Massachusetts
2770. Plymouth, County of, Massachusetts
2771. Plymouth, Town of, Massachusetts
2772. Quincy, City of, Massachusetts
2773. Randolph, Town of/ City of, Massachusetts
2774. Raynham, Town of, Massachusetts
2775. Reading, Town of, Massachusetts
2776. Rehoboth, Town of, Massachusetts
2777. Revere, City of, Massachusetts
2778. Rockland, Town of, Massachusetts
2779. Salem, City of, Massachusetts
2780. Sandwich, Town of, Massachusetts
2781. Saugus, Town of, Massachusetts
2782. Scituate, Town of, Massachusetts
2783. Seekonk, Town of, Massachusetts
2784. Sharon, Town of, Massachusetts
2785. Shrewsbury, Town of, Massachusetts
2786. Somerset, Town of, Massachusetts
2787. Somerville, City of, Massachusetts
2788. South Hadley, Town of, Massachusetts
2789. Southborough, Town of, Massachusetts
2790. Southbridge, Town of/ City of, Massachusetts
2791. Spencer, Town of, Massachusetts
2792. Springfield, City of, Massachusetts
2793. Stoneham, Town of, Massachusetts
2794. Stoughton, Town of, Massachusetts
2795. Sudbury, Town of, Massachusetts
2796. Swampscott, Town of, Massachusetts
2797. Swansea, Town of, Massachusetts
2798. Taunton, City of, Massachusetts
2799. Tewksbury, Town of, Massachusetts
2800. Tyngsborough, Town of, Massachusetts
2801. Uxbridge, Town of, Massachusetts
2802. Wakefield, Town of, Massachusetts
2803. Walpole, Town of, Massachusetts
2804. Waltham, City of, Massachusetts
2805. Wareham, Town of, Massachusetts
2806. Watertown, Town of/ City of, Massachusetts
2807. Wayland, Town of, Massachusetts
2808. Webster, Town of, Massachusetts
2809. Wellesley, Town of, Massachusetts
2810. West Springfield, Town of/ City of, Massachusetts
2811. Westborough, Town of, Massachusetts
2812. Westfield, City of, Massachusetts
2813. Westford, Town of, Massachusetts
2814. Weston, Town of, Massachusetts
2815. Westport, Town of, Massachusetts
2816. Westwood, Town of, Massachusetts
2817. Weymouth, Town of/ City of, Massachusetts
2818. Whitman, Town of, Massachusetts
2819. Wilbraham, Town of, Massachusetts
2820. Wilmington, Town of, Massachusetts
2821. Winchendon, Town of, Massachusetts
2822. Winchester, Town of, Massachusetts
2823. Winthrop, Town of/ City of, Massachusetts
2824. Woburn, City of, Massachusetts
2825. Worcester, City of, Massachusetts
2826. Wrentham, Town of, Massachusetts
2827. Yarmouth, Town of, Massachusetts

2828. Ada, Township of, Michigan
2829. Adrian, City of, Michigan
2830. Alcona, County of, Michigan
2831. Algoma, Township of, Michigan
2832. Allegan, County of, Michigan
2833. Allen Park, City of, Michigan
2834. Allendale, Charter Township of, Michigan
2835. Alpena, County of, Michigan
2836. Alpine, Township of, Michigan
2837. Ann Arbor, City of, Michigan
2838. Antrim, County of, Michigan
2839. Antwerp, Township of, Michigan
2840. Arenac, County of, Michigan
2841. Auburn Hills, City of, Michigan
2842. Bangor, Charter Township of, Michigan
2843. Barry, County of, Michigan
2844. Bath, Charter Township of, Michigan
2845. Battle Creek, City of, Michigan
2846. Bay City, City of, Michigan
2847. Bay, County of, Michigan
2848. Bedford, Township of, Michigan
2849. Benton, Charter Township of, Michigan
2850. Benzie, County of, Michigan
2851. Berkley, City of, Michigan
2852. Berrien, County of, Michigan
2853. Beverly Hills, Village of, Michigan
2854. Big Rapids, City of, Michigan
2855. Birmingham, City of, Michigan
2856. Blackman, Charter Township of, Michigan
2857. Bloomfield, Charter Township of, Michigan
2858. Branch, County of, Michigan
2859. Brandon, Charter Township of, Michigan
2860. Brighton, Township of, Michigan
2861. Brownstown, Charter Township of, Michigan
2862. Burton, City of, Michigan
2863. Byron, Township of, Michigan
2864. Cadillac, City of, Michigan
2865. Caledonia, Township of, Michigan

2866. Calhoun, County of, Michigan
2867. Cannon, Township of, Michigan
2868. Canton, Charter Township of, Michigan
2869. Cascade, Charter Township of, Michigan
2870. Cass, County of, Michigan
2871. Charlevoix, County of, Michigan
2872. Cheboygan, County of, Michigan
2873. Chesterfield, Township of, Michigan
2874. Chippewa, County of, Michigan
2875. Clare, County of, Michigan
2876. Clawson, City of, Michigan
2877. Clinton, Charter Township of, Michigan
2878. Clinton, County of, Michigan
2879. Coldwater, City of, Michigan
2880. Commerce, Charter Township of, Michigan
2881. Comstock, Charter Township of, Michigan
2882. Cooper, Charter Township of, Michigan
2883. Crawford, County of, Michigan
2884. Davison, Township of, Michigan
2885. Dearborn, City of, Michigan
2886. Dearborn Heights, City of, Michigan
2887. Delhi, Charter Township of, Michigan
2888. Delta, Charter Township of, Michigan
2889. Delta, County of, Michigan
2890. Detroit, City of, Michigan
2891. DeWitt, Charter Township of, Michigan
2892. Dickinson, County of, Michigan
2893. East Bay, Township of, Michigan
2894. East Grand Rapids, City of, Michigan
2895. East Lansing, City of, Michigan
2896. Eastpointe, City of, Michigan
2897. Eaton, County of, Michigan
2898. Egelston, Township of, Michigan
2899. Emmet, County of, Michigan
2900. Emmett, Charter Township of, Michigan

2901. Escanaba, City of, Michigan
2902. Farmington, City of, Michigan
2903. Farmington Hills, City of, Michigan
2904. Fenton, Charter Township of, Michigan
2905. Fenton, City of, Michigan
2906. Ferndale, City of, Michigan
2907. Flat Rock, City of, Michigan
2908. Flint, Charter Township of, Michigan
2909. Flint, City of, Michigan
2910. Flushing, Charter Township of, Michigan
2911. Fort Gratiot, Charter Township of, Michigan
2912. Fraser, City of, Michigan
2913. Frenchtown, Township of, Michigan
2914. Fruitport, Charter Township of, Michigan
2915. Gaines, Charter Township of, Michigan
2916. Garden City, City of, Michigan
2917. Garfield, Charter Township of, Michigan
2918. Genesee, Charter Township of, Michigan
2919. Genesee, County of, Michigan
2920. Genoa, Township of, Michigan
2921. Georgetown, Charter Township of, Michigan
2922. Gladwin, County of, Michigan
2923. Gogebic, County of, Michigan
2924. Grand Blanc, Charter Township of, Michigan
2925. Grand Haven, Charter Township of, Michigan
2926. Grand Haven, City of, Michigan
2927. Grand Rapids, Charter Township of, Michigan
2928. Grand Rapids, City of, Michigan
2929. Grand Traverse, County of, Michigan
2930. Grandville, City of, Michigan
2931. Gratiot, County of, Michigan
2932. Green Oak, Township of, Michigan
2933. Grosse Ile, Township of, Michigan

2934. Grosse Pointe Park, City of, Michigan
2935. Grosse Pointe Woods, City of, Michigan
2936. Hamburg, Township of, Michigan
2937. Hamtramck, City of, Michigan
2938. Harper Woods, City of, Michigan
2939. Harrison, Charter Township of, Michigan
2940. Hartland, Township of, Michigan
2941. Hazel Park, City of, Michigan
2942. Highland, Charter Township of, Michigan
2943. Highland Park, City of, Michigan
2944. Hillsdale, County of, Michigan
2945. Holland, Charter Township of, Michigan
2946. Holland, City of, Michigan
2947. Holly, Township of, Michigan
2948. Houghton, County of, Michigan
2949. Huron, Charter Township of, Michigan
2950. Huron, County of, Michigan
2951. Independence, Charter Township of, Michigan
2952. Ingham, County of, Michigan
2953. Inkster, City of, Michigan
2954. Ionia, City of, Michigan
2955. Ionia, County of, Michigan
2956. Iosco, County of, Michigan
2957. Iron, County of, Michigan
2958. Isabella, County of, Michigan
2959. Jackson, City of, Michigan
2960. Jackson, County of, Michigan
2961. Kalamazoo, Charter Township of, Michigan
2962. Kalamazoo, City of, Michigan
2963. Kalamazoo, County of, Michigan
2964. Kalkaska, County of, Michigan
2965. Kent, County of, Michigan
2966. Kentwood, City of, Michigan
2967. Lake, County of, Michigan
2968. Lansing, City of, Michigan
2969. Lapeer, County of, Michigan
2970. Leelanau, County of, Michigan
2971. Lenawee, County of, Michigan

2972. Lenox, Township of, Michigan
2973. Leoni, Township of, Michigan
2974. Lincoln, Charter Township of, Michigan
2975. Lincoln Park, City of, Michigan
2976. Livingston, County of, Michigan
2977. Livonia, City of, Michigan
2978. Lyon, Charter Township of, Michigan
2979. Mackinac, County of, Michigan
2980. Macomb, County of, Michigan
2981. Macomb, Township of, Michigan
2982. Madison Heights, City of, Michigan
2983. Manistee, County of, Michigan
2984. Marion, Township of, Michigan
2985. Marquette, City of, Michigan
2986. Marquette, County of, Michigan
2987. Mason, County of, Michigan
2988. Mecosta, County of, Michigan
2989. Melvindale, City of, Michigan
2990. Menominee, County of, Michigan
2991. Meridian, Charter Township of, Michigan
2992. Midland, City of, Michigan
2993. Midland, County of, Michigan
2994. Milford, Charter Township of, Michigan
2995. Missaukee, County of, Michigan
2996. Monitor, Charter Township of, Michigan
2997. Monroe, Charter Township of, Michigan
2998. Monroe, City of, Michigan
2999. Monroe, County of, Michigan
3000. Montcalm, County of, Michigan
3001. Mount Clemens, City of, Michigan
3002. Mount Morris, Township of, Michigan
3003. Mount Pleasant, City of, Michigan
3004. Mundy, Township of, Michigan
3005. Muskegon, Charter Township of, Michigan
3006. Muskegon, City of, Michigan
3007. Muskegon, County of, Michigan
3008. Muskegon Heights, City of, Michigan

3009. New Baltimore, City of, Michigan
3010. Newaygo, County of, Michigan
3011. Niles, City of, Michigan
3012. Niles, Township of, Michigan
3013. Northville, Township of, Michigan
3014. Norton Shores, City of, Michigan
3015. Novi, City of, Michigan
3016. Oak Park, City of, Michigan
3017. Oakland, Charter Township of, Michigan
3018. Oakland, County of, Michigan
3019. Oceana, County of, Michigan
3020. Oceola, Township of, Michigan
3021. Ogemaw, County of, Michigan
3022. Orion, Charter Township of, Michigan
3023. Osceola, County of, Michigan
3024. Oshtemo, Charter Township of, Michigan
3025. Otsego, County of, Michigan
3026. Ottawa, County of, Michigan
3027. Owosso, City of, Michigan
3028. Oxford, Charter Township of, Michigan
3029. Park, Township of, Michigan
3030. Pittsfield, Charter Township of, Michigan
3031. Plainfield, Charter Township of, Michigan
3032. Plymouth, Charter Township of, Michigan
3033. Pontiac, City of, Michigan
3034. Port Huron, Charter Township of, Michigan
3035. Port Huron, City of, Michigan
3036. Portage, City of, Michigan
3037. Presque Isle, County of, Michigan
3038. Redford, Charter Township of, Michigan
3039. Riverview, City of, Michigan
3040. Rochester, City of, Michigan
3041. Rochester Hills, City of, Michigan
3042. Romulus, City of, Michigan
3043. Roscommon, County of, Michigan
3044. Roseville, City of, Michigan
3045. Royal Oak, City of, Michigan

3046. Saginaw, Charter Township of, Michigan
3047. Saginaw, City of, Michigan
3048. Saginaw, County of, Michigan
3049. Sanilac, County of, Michigan
3050. Sault Ste. Marie, City of, Michigan
3051. Scio, Township of, Michigan
3052. Shelby, Charter Township of, Michigan
3053. Shiawassee, County of, Michigan
3054. South Lyon, City of, Michigan
3055. Southfield, City of, Michigan
3056. Southfield, Township of, Michigan
3057. Southgate, City of, Michigan
3058. Spring Lake, Township of, Michigan
3059. Springfield, Charter Township of, Michigan
3060. St. Clair, County of, Michigan
3061. St. Clair Shores, City of, Michigan
3062. St. Joseph, County of, Michigan
3063. Sterling Heights, City of, Michigan
3064. Sturgis, City of, Michigan
3065. Summit, Township of, Michigan
3066. Superior, Charter Township of, Michigan
3067. Taylor, City of, Michigan
3068. Texas, Charter Township of, Michigan
3069. Thomas, Township of, Michigan
3070. Traverse City, City of, Michigan
3071. Trenton, City of, Michigan
3072. Troy, City of, Michigan
3073. Tuscola, County of, Michigan
3074. Tyrone, Township of, Michigan
3075. Union, Charter Township of, Michigan
3076. Van Buren, Charter Township of, Michigan
3077. Van Buren, County of, Michigan
3078. Vienna, Charter Township of, Michigan
3079. Walker, City of, Michigan
3080. Warren, City of, Michigan
3081. Washington, Township of, Michigan
3082. Washtenaw, County of, Michigan
3083. Waterford, Charter Township of, Michigan
3084. Wayne, City of, Michigan
3085. Wayne, County of, Michigan
3086. West Bloomfield, Charter Township of, Michigan
3087. Westland, City of, Michigan
3088. Wexford, County of, Michigan
3089. White Lake, Charter Township of, Michigan
3090. Wixom, City of, Michigan
3091. Woodhaven, City of, Michigan
3092. Wyandotte, City of, Michigan
3093. Wyoming, City of, Michigan
3094. Ypsilanti, Charter Township of, Michigan
3095. Ypsilanti, City of, Michigan
3096. Zeeland, Charter Township of, Michigan
3097. Aitkin, County of, Minnesota
3098. Albert Lea, City of, Minnesota
3099. Alexandria, City of, Minnesota
3100. Andover, City of, Minnesota
3101. Anoka, City of, Minnesota
3102. Anoka, County of, Minnesota
3103. Apple Valley, City of, Minnesota
3104. Arden Hills, City of, Minnesota
3105. Austin, City of, Minnesota
3106. Becker, County of, Minnesota
3107. Beltrami, County of, Minnesota
3108. Bemidji, City of, Minnesota
3109. Benton, County of, Minnesota
3110. Big Lake, City of, Minnesota
3111. Blaine, City of, Minnesota
3112. Bloomington, City of, Minnesota
3113. Blue Earth, County of, Minnesota
3114. Brainerd, City of, Minnesota
3115. Brooklyn Center, City of, Minnesota
3116. Brooklyn Park, City of, Minnesota
3117. Brown, County of, Minnesota
3118. Buffalo, City of, Minnesota
3119. Burnsville, City of, Minnesota
3120. Carlton, County of, Minnesota
3121. Carver, County of, Minnesota
3122. Cass, County of, Minnesota
3123. Champlin, City of, Minnesota

3124. Chanhassen, City of, Minnesota
3125. Chaska, City of, Minnesota
3126. Chippewa, County of, Minnesota
3127. Chisago, County of, Minnesota
3128. Clay, County of, Minnesota
3129. Cloquet, City of, Minnesota
3130. Columbia Heights, City of, Minnesota
3131. Coon Rapids, City of, Minnesota
3132. Cottage Grove, City of, Minnesota
3133. Cottonwood, County of, Minnesota
3134. Crow Wing, County of, Minnesota
3135. Crystal, City of, Minnesota
3136. Dakota, County of, Minnesota
3137. Dodge, County of, Minnesota
3138. Douglas, County of, Minnesota
3139. Duluth, City of, Minnesota
3140. Eagan, City of, Minnesota
3141. East Bethel, City of, Minnesota
3142. Eden Prairie, City of, Minnesota
3143. Edina, City of, Minnesota
3144. Elk River, City of, Minnesota
3145. Fairmont, City of, Minnesota
3146. Faribault, City of, Minnesota
3147. Faribault, County of, Minnesota
3148. Farmington, City of, Minnesota
3149. Fergus Falls, City of, Minnesota
3150. Fillmore, County of, Minnesota
3151. Forest Lake, City of, Minnesota
3152. Freeborn, County of, Minnesota
3153. Fridley, City of, Minnesota
3154. Golden Valley, City of, Minnesota
3155. Goodhue, County of, Minnesota
3156. Grand Rapids, City of, Minnesota
3157. Ham Lake, City of, Minnesota
3158. Hastings, City of, Minnesota
3159. Hennepin, County of, Minnesota
3160. Hibbing, City of, Minnesota
3161. Hopkins, City of, Minnesota
3162. Houston, County of, Minnesota
3163. Hubbard, County of, Minnesota
3164. Hugo, City of, Minnesota
3165. Hutchinson, City of, Minnesota
3166. Inver Grove Heights, City of, Minnesota
3167. Isanti, County of, Minnesota
3168. Itasca, County of, Minnesota
3169. Kanabec, County of, Minnesota
3170. Kandiyohi, County of, Minnesota
3171. Koochiching, County of, Minnesota
3172. Lake, County of, Minnesota
3173. Lakeville, City of, Minnesota
3174. Le Sueur, County of, Minnesota
3175. Lino Lakes, City of, Minnesota
3176. Little Canada, City of, Minnesota
3177. Lyon, County of, Minnesota
3178. Mankato, City of, Minnesota
3179. Maple Grove, City of, Minnesota
3180. Maplewood, City of, Minnesota
3181. Marshall, City of, Minnesota
3182. Martin, County of, Minnesota
3183. McLeod, County of, Minnesota
3184. Meeker, County of, Minnesota
3185. Mendota Heights, City of, Minnesota
3186. Mille Lacs, County of, Minnesota
3187. Minneapolis, City of, Minnesota
3188. Minnetonka, City of, Minnesota
3189. Monticello, City of, Minnesota
3190. Moorhead, City of, Minnesota
3191. Morrison, County of, Minnesota
3192. Mounds View, City of, Minnesota
3193. Mower, County of, Minnesota
3194. New Brighton, City of, Minnesota
3195. New Hope, City of, Minnesota
3196. New Ulm, City of, Minnesota
3197. Nicollet, County of, Minnesota
3198. Nobles, County of, Minnesota
3199. North Branch, City of, Minnesota
3200. North Mankato, City of, Minnesota
3201. North St. Paul, City of, Minnesota
3202. Northfield, City of, Minnesota
3203. Oakdale, City of, Minnesota
3204. Olmsted, County of, Minnesota
3205. Otsego, City of, Minnesota
3206. Otter Tail, County of, Minnesota
3207. Owatonna, City of, Minnesota
3208. Pennington, County of, Minnesota
3209. Pine, County of, Minnesota
3210. Plymouth, City of, Minnesota
3211. Polk, County of, Minnesota
3212. Pope, County of, Minnesota
3213. Prior Lake, City of, Minnesota

3214. Ramsey, City of, Minnesota
3215. Ramsey, County of, Minnesota
3216. Red Wing, City of, Minnesota
3217. Redwood, County of, Minnesota
3218. Renville, County of, Minnesota
3219. Rice, County of, Minnesota
3220. Richfield, City of, Minnesota
3221. Robbinsdale, City of, Minnesota
3222. Rochester, City of, Minnesota
3223. Rogers, City of, Minnesota
3224. Roseau, County of, Minnesota
3225. Rosemount, City of, Minnesota
3226. Roseville, City of, Minnesota
3227. Sartell, City of, Minnesota
3228. Sauk Rapids, City of, Minnesota
3229. Savage, City of, Minnesota
3230. Scott, County of, Minnesota
3231. Shakopee, City of, Minnesota
3232. Sherburne, County of, Minnesota
3233. Shoreview, City of, Minnesota
3234. Sibley, County of, Minnesota
3235. South St. Paul, City of, Minnesota
3236. St. Cloud, City of, Minnesota
3237. St. Louis, County of, Minnesota
3238. St. Louis Park, City of, Minnesota
3239. St. Michael, City of, Minnesota
3240. St. Paul, City of, Minnesota
3241. St. Peter, City of, Minnesota
3242. Stearns, County of, Minnesota
3243. Steele, County of, Minnesota
3244. Stillwater, City of, Minnesota
3245. Todd, County of, Minnesota
3246. Vadnais Heights, City of, Minnesota
3247. Victoria, City of, Minnesota
3248. Wabasha, County of, Minnesota
3249. Waconia, City of, Minnesota
3250. Wadena, County of, Minnesota
3251. Waseca, County of, Minnesota
3252. Washington, County of, Minnesota
3253. Watonwan, County of, Minnesota
3254. West St. Paul, City of, Minnesota
3255. White Bear Lake, City of, Minnesota
3256. White Bear, Township of, Minnesota
3257. Willmar, City of, Minnesota
3258. Winona, City of, Minnesota
3259. Winona, County of, Minnesota
3260. Woodbury, City of, Minnesota
3261. Worthington, City of, Minnesota
3262. Wright, County of, Minnesota
3263. Adams, County of, Mississippi
3264. Alcorn, County of, Mississippi
3265. Amite, County of, Mississippi
3266. Attala, County of, Mississippi
3267. Bay St. Louis, City of, Mississippi
3268. Biloxi, City of, Mississippi
3269. Bolivar, County of, Mississippi
3270. Brandon, City of, Mississippi
3271. Brookhaven, City of, Mississippi
3272. Byram, City of, Mississippi
3273. Calhoun, County of, Mississippi
3274. Canton, City of, Mississippi
3275. Chickasaw, County of, Mississippi
3276. Clarke, County of, Mississippi
3277. Clarksdale, City of, Mississippi
3278. Clay, County of, Mississippi
3279. Cleveland, City of, Mississippi
3280. Clinton, City of, Mississippi
3281. Coahoma, County of, Mississippi
3282. Columbus, City of, Mississippi
3283. Copiah, County of, Mississippi
3284. Corinth, City of, Mississippi
3285. Covington, County of, Mississippi
3286. DeSoto, County of, Mississippi
3287. D'Iberville, City of, Mississippi
3288. Forrest, County of, Mississippi
3289. Gautier, City of, Mississippi
3290. George, County of, Mississippi
3291. Greene, County of, Mississippi
3292. Greenville, City of, Mississippi
3293. Greenwood, City of, Mississippi
3294. Grenada, City of, Mississippi
3295. Grenada, County of, Mississippi
3296. Gulfport, City of, Mississippi
3297. Hancock, County of, Mississippi
3298. Harrison, County of, Mississippi
3299. Hattiesburg, City of, Mississippi
3300. Hernando, City of, Mississippi
3301. Hinds, County of, Mississippi
3302. Holmes, County of, Mississippi
3303. Horn Lake, City of, Mississippi
3304. Itawamba, County of, Mississippi
3305. Jackson, City of, Mississippi

3306. Jackson, County of, Mississippi
3307. Jasper, County of, Mississippi
3308. Jefferson Davis, County of, Mississippi
3309. Jones, County of, Mississippi
3310. Lafayette, County of, Mississippi
3311. Lamar, County of, Mississippi
3312. Lauderdale, County of, Mississippi
3313. Laurel, City of, Mississippi
3314. Lawrence, County of, Mississippi
3315. Leake, County of, Mississippi
3316. Lee, County of, Mississippi
3317. Leflore, County of, Mississippi
3318. Lincoln, County of, Mississippi
3319. Long Beach, City of, Mississippi
3320. Lowndes, County of, Mississippi
3321. Madison, City of, Mississippi
3322. Madison, County of, Mississippi
3323. Marion, County of, Mississippi
3324. Marshall, County of, Mississippi
3325. McComb, City of, Mississippi
3326. Meridian, City of, Mississippi
3327. Monroe, County of, Mississippi
3328. Moss Point, City of, Mississippi
3329. Natchez, City of, Mississippi
3330. Neshoba, County of, Mississippi
3331. Newton, County of, Mississippi
3332. Noxubee, County of, Mississippi
3333. Ocean Springs, City of, Mississippi
3334. Oktibbeha, County of, Mississippi
3335. Olive Branch, City of, Mississippi
3336. Oxford, City of, Mississippi
3337. Panola, County of, Mississippi
3338. Pascagoula, City of, Mississippi
3339. Pearl, City of, Mississippi
3340. Pearl River, County of, Mississippi
3341. Perry, County of, Mississippi
3342. Petal, City of, Mississippi
3343. Picayune, City of, Mississippi
3344. Pike, County of, Mississippi
3345. Pontotoc, County of, Mississippi
3346. Prentiss, County of, Mississippi
3347. Rankin, County of, Mississippi
3348. Ridgeland, City of, Mississippi
3349. Scott, County of, Mississippi
3350. Simpson, County of, Mississippi
3351. Smith, County of, Mississippi
3352. Southaven, City of, Mississippi
3353. Starkville, City of, Mississippi
3354. Stone, County of, Mississippi
3355. Sunflower, County of, Mississippi
3356. Tallahatchie, County of, Mississippi
3357. Tate, County of, Mississippi
3358. Tippah, County of, Mississippi
3359. Tishomingo, County of, Mississippi
3360. Tupelo, City of, Mississippi
3361. Union, County of, Mississippi
3362. Vicksburg, City of, Mississippi
3363. Walthall, County of, Mississippi
3364. Warren, County of, Mississippi
3365. Washington, County of, Mississippi
3366. Wayne, County of, Mississippi
3367. West Point, City of, Mississippi
3368. Winston, County of, Mississippi
3369. Yalobusha, County of, Mississippi
3370. Yazoo City, City of, Mississippi
3371. Yazoo, County of, Mississippi
3372. Adair, County of, Missouri
3373. Andrew, County of, Missouri
3374. Arnold, City of, Missouri
3375. Audrain, County of, Missouri
3376. Ballwin, City of, Missouri
3377. Barry, County of, Missouri
3378. Barton, County of, Missouri
3379. Bates, County of, Missouri
3380. Bellefontaine Neighbors, City of, Missouri
3381. Belton, City of, Missouri
3382. Benton, County of, Missouri
3383. Blue Springs, City of, Missouri
3384. Bolivar, City of, Missouri
3385. Bollinger, County of, Missouri
3386. Boone, County of, Missouri
3387. Branson, City of, Missouri
3388. Bridgeton, City of, Missouri
3389. Buchanan, County of, Missouri
3390. Butler, County of, Missouri
3391. Callaway, County of, Missouri
3392. Camden, County of, Missouri
3393. Cape Girardeau, City of, Missouri
3394. Cape Girardeau, County of, Missouri
3395. Carthage, City of, Missouri

3396. Cass, County of, Missouri
3397. Cedar, County of, Missouri
3398. Chesterfield, City of, Missouri
3399. Christian, County of, Missouri
3400. Clay, County of, Missouri
3401. Clayton, City of, Missouri
3402. Clinton, County of, Missouri
3403. Cole, County of, Missouri
3404. Columbia, City of, Missouri
3405. Cooper, County of, Missouri
3406. Crawford, County of, Missouri
3407. Crestwood, City of, Missouri
3408. Creve Coeur, City of, Missouri
3409. Dallas, County of, Missouri
3410. Dardenne Prairie, City of, Missouri
3411. DeKalb, County of, Missouri
3412. Dent, County of, Missouri
3413. Douglas, County of, Missouri
3414. Dunklin, County of, Missouri
3415. Eureka, City of, Missouri
3416. Excelsior Springs, City of, Missouri
3417. Farmington, City of, Missouri
3418. Ferguson, City of, Missouri
3419. Festus, City of, Missouri
3420. Florissant, City of, Missouri
3421. Franklin, County of, Missouri
3422. Fulton, City of, Missouri
3423. Gasconade, County of, Missouri
3424. Gladstone, City of, Missouri
3425. Grain Valley, City of, Missouri
3426. Grandview, City of, Missouri
3427. Greene, County of, Missouri
3428. Hannibal, City of, Missouri
3429. Harrisonville, City of, Missouri
3430. Hazelwood, City of, Missouri
3431. Henry, County of, Missouri
3432. Howard, County of, Missouri
3433. Howell, County of, Missouri
3434. Independence, City of, Missouri
3435. Independence, Township of, Missouri
3436. Iron, County of, Missouri
3437. Jackson, City of, Missouri
3438. Jackson, County of, Missouri
3439. Jasper, County of, Missouri
3440. Jefferson City, City of, Missouri

3441. Jefferson, County of, Missouri
3442. Jennings, City of, Missouri
3443. Johnson, County of, Missouri
3444. Joplin, City of, Missouri
3445. Kansas City, City of, Missouri
3446. Kearney, City of, Missouri
3447. Kennett, City of, Missouri
3448. Kirksville, City of, Missouri
3449. Kirkwood, City of, Missouri
3450. Laclede, County of, Missouri
3451. Lafayette, County of, Missouri
3452. Lake St. Louis, City of, Missouri
3453. Lawrence, County of, Missouri
3454. Lebanon, City of, Missouri
3455. Lee's Summit, City of, Missouri
3456. Liberty, City of, Missouri
3457. Liberty, Township of, Missouri
3458. Lincoln, County of, Missouri
3459. Linn, County of, Missouri
3460. Livingston, County of, Missouri
3461. Macon, County of, Missouri
3462. Madison, County of, Missouri
3463. Manchester, City of, Missouri
3464. Marion, County of, Missouri
3465. Marshall, City of, Missouri
3466. Maryland Heights, City of, Missouri
3467. Maryville, City of, Missouri
3468. McDonald, County of, Missouri
3469. Mexico, City of, Missouri
3470. Miller, County of, Missouri
3471. Mississippi, County of, Missouri
3472. Moberly, City of, Missouri
3473. Moniteau, County of, Missouri
3474. Montgomery, County of, Missouri
3475. Morgan, County of, Missouri
3476. Neosho, City of, Missouri
3477. New Madrid, County of, Missouri
3478. Newton, County of, Missouri
3479. Nixa, City of, Missouri
3480. Nodaway, County of, Missouri
3481. O'Fallon, City of, Missouri
3482. Oregon, County of, Missouri
3483. Osage, County of, Missouri
3484. Overland, City of, Missouri
3485. Ozark, City of, Missouri
3486. Pemiscot, County of, Missouri

3487. Perry, County of, Missouri
3488. Pettis, County of, Missouri
3489. Phelps, County of, Missouri
3490. Pike, County of, Missouri
3491. Platte, County of, Missouri
3492. Polk, County of, Missouri
3493. Polk, Township of, Missouri
3494. Poplar Bluff, City of, Missouri
3495. Pulaski, County of, Missouri
3496. Ralls, County of, Missouri
3497. Randolph, County of, Missouri
3498. Ray, County of, Missouri
3499. Raymore, City of, Missouri
3500. Raytown, City of, Missouri
3501. Republic, City of, Missouri
3502. Ripley, County of, Missouri
3503. Rolla, City of, Missouri
3504. Saline, County of, Missouri
3505. Scott, County of, Missouri
3506. Sedalia, City of, Missouri
3507. Sikeston, City of, Missouri
3508. Smithville, City of, Missouri
3509. Springfield, City of, Missouri
3510. St. Ann, City of, Missouri
3511. St. Charles, City of, Missouri
3512. St. Charles, County of, Missouri
3513. St. Francois, County of, Missouri
3514. St. Joseph, City of, Missouri
3515. St. Louis, City of, Missouri
3516. St. Louis, County of, Missouri
3517. St. Peters, City of, Missouri
3518. Ste. Genevieve, County of, Missouri
3519. Stoddard, County of, Missouri
3520. Stone, County of, Missouri
3521. Taney, County of, Missouri
3522. Texas, County of, Missouri
3523. Town and Country, City of, Missouri
3524. Troy, City of, Missouri
3525. Union, City of, Missouri
3526. University City, City of, Missouri
3527. Vernon, County of, Missouri
3528. Warren, County of, Missouri
3529. Warrensburg, City of, Missouri
3530. Washington, City of, Missouri
3531. Washington, County of, Missouri
3532. Wayne, County of, Missouri

3533. Webb City, City of, Missouri
3534. Webster, County of, Missouri
3535. Webster Groves, City of, Missouri
3536. Wentzville, City of, Missouri
3537. West Plains, City of, Missouri
3538. Wildwood, City of, Missouri
3539. Wright, County of, Missouri
3540. Big Horn, County of, Montana
3541. Billings, City of, Montana
3542. Bozeman, City of, Montana
3543. Butte-Silver Bow, Montana
3544. Carbon, County of, Montana
3545. Cascade, County of, Montana
3546. Custer, County of, Montana
3547. Fergus, County of, Montana
3548. Flathead, County of, Montana
3549. Gallatin, County of, Montana
3550. Glacier, County of, Montana
3551. Great Falls, City of, Montana
3552. Helena, City of, Montana
3553. Hill, County of, Montana
3554. Jefferson, County of, Montana
3555. Kalispell, City of, Montana
3556. Lake, County of, Montana
3557. Lewis and Clark, County of, Montana
3558. Lincoln, County of, Montana
3559. Missoula, City of, Montana
3560. Missoula, County of, Montana
3561. Park, County of, Montana
3562. Ravalli, County of, Montana
3563. Richland, County of, Montana
3564. Roosevelt, County of, Montana
3565. Sanders, County of, Montana
3566. Yellowstone, County of, Montana
3567. Adams, County of, Nebraska
3568. Beatrice, City of, Nebraska
3569. Bellevue, City of, Nebraska
3570. Box Butte, County of, Nebraska
3571. Buffalo, County of, Nebraska
3572. Cass, County of, Nebraska
3573. Colfax, County of, Nebraska
3574. Columbus, City of, Nebraska
3575. Custer, County of, Nebraska
3576. Dakota, County of, Nebraska
3577. Dawson, County of, Nebraska

3578. Dodge, County of, Nebraska
3579. Douglas, County of, Nebraska
3580. Fremont, City of, Nebraska
3581. Gage, County of, Nebraska
3582. Grand Island, City of, Nebraska
3583. Hall, County of, Nebraska
3584. Hastings, City of, Nebraska
3585. Holt, County of, Nebraska
3586. Kearney, City of, Nebraska
3587. La Vista, City of, Nebraska
3588. Lancaster, County of, Nebraska
3589. Lexington, City of, Nebraska
3590. Lincoln, City of, Nebraska
3591. Lincoln, County of, Nebraska
3592. Madison, County of, Nebraska
3593. Norfolk, City of, Nebraska
3594. North Platte, City of, Nebraska
3595. Omaha, City of, Nebraska
3596. Otoe, County of, Nebraska
3597. Papillion, City of, Nebraska
3598. Platte, County of, Nebraska
3599. Red Willow, County of, Nebraska
3600. Saline, County of, Nebraska
3601. Sarpy, County of, Nebraska
3602. Saunders, County of, Nebraska
3603. Scotts Bluff, County of, Nebraska
3604. Scottsbluff, City of, Nebraska
3605. Seward, County of, Nebraska
3606. South Sioux City, City of, Nebraska
3607. Washington, County of, Nebraska
3608. York, County of, Nebraska
3609. Boulder City, City of, Nevada
3610. Carson, City of, Nevada
3611. Churchill, County of, Nevada
3612. Clark, County of, Nevada
3613. Douglas, County of, Nevada
3614. Elko, City of, Nevada
3615. Elko, County of, Nevada
3616. Fernley, City of, Nevada
3617. Henderson, City of, Nevada
3618. Humboldt, County of, Nevada
3619. Las Vegas, City of, Nevada
3620. Lyon, County of, Nevada
3621. Mesquite, City of, Nevada
3622. North Las Vegas, City of, Nevada
3623. Nye, County of, Nevada

3624. Reno, City of, Nevada
3625. Sparks, City of, Nevada
3626. Washoe, County of, Nevada
3627. Amherst, Town of, New Hampshire
3628. Bedford, Town of, New Hampshire
3629. Belknap, County of, New Hampshire
3630. Berlin, City of, New Hampshire
3631. Carroll, County of, New Hampshire
3632. Cheshire, County of, New Hampshire
3633. Claremont, City of, New Hampshire
3634. Concord, City of, New Hampshire
3635. Conway, Town of, New Hampshire
3636. Coos, County of, New Hampshire
3637. Derry, Town of, New Hampshire
3638. Dover, City of, New Hampshire
3639. Durham, Town of, New Hampshire
3640. Exeter, Town of, New Hampshire
3641. Goffstown, Town of, New Hampshire
3642. Grafton, County of, New Hampshire
3643. Hampton, Town of, New Hampshire
3644. Hanover, Town of, New Hampshire
3645. Hillsborough, County of, New Hampshire
3646. Hooksett, Town of, New Hampshire
3647. Hudson, Town of, New Hampshire
3648. Keene, City of, New Hampshire
3649. Laconia, City of, New Hampshire
3650. Lebanon, City of, New Hampshire
3651. Londonderry, Town of, New Hampshire
3652. Manchester, City of, New Hampshire
3653. Merrimack, County of, New Hampshire
3654. Merrimack, Town of, New Hampshire
3655. Milford, Town of, New Hampshire
3656. Nashua, City of, New Hampshire
3657. Pelham, Town of, New Hampshire
3658. Portsmouth, City of, New Hampshire
3659. Raymond, Town of, New Hampshire
3660. Rochester, City of, New Hampshire
3661. Rockingham, County of, New Hampshire
3662. Salem, Town of, New Hampshire

3663. Somersworth, City of, New Hampshire
3664. Strafford, County of, New Hampshire
3665. Sullivan, County of, New Hampshire
3666. Windham, Town of, New Hampshire
3667. Aberdeen, Township of, New Jersey
3668. Asbury Park, City of, New Jersey
3669. Atlantic City, City of, New Jersey
3670. Atlantic, County of, New Jersey
3671. Barnegat, Township of, New Jersey
3672. Bayonne, City of, New Jersey
3673. Beachwood, Borough of, New Jersey
3674. Belleville, Township of, New Jersey
3675. Bellmawr, Borough of, New Jersey
3676. Bergen, County of, New Jersey
3677. Bergenfield, Borough of, New Jersey
3678. Berkeley Heights, Township of, New Jersey
3679. Berkeley, Township of, New Jersey
3680. Bernards, Township of, New Jersey
3681. Bloomfield, Township of, New Jersey
3682. Bordentown, Township of, New Jersey
3683. Bound Brook, Borough of, New Jersey
3684. Branchburg, Township of, New Jersey
3685. Brick, Township of, New Jersey
3686. Bridgeton, City of, New Jersey
3687. Bridgewater, Township of, New Jersey
3688. Burlington, County of, New Jersey
3689. Burlington, Township of, New Jersey
3690. Camden, City of, New Jersey
3691. Camden, County of, New Jersey
3692. Cape May, County of, New Jersey
3693. Carteret, Borough of, New Jersey
3694. Cedar Grove, Township of, New Jersey
3695. Chatham, Township of, New Jersey
3696. Cherry Hill, Township of, New Jersey
3697. Cinnaminson, Township of, New Jersey
3698. City of Orange, Township of, New Jersey
3699. Clark, Township of, New Jersey
3700. Cliffside Park, Borough of, New Jersey
3701. Clifton, City of, New Jersey
3702. Clinton, Township of, New Jersey
3703. Collingswood, Borough of, New Jersey
3704. Cranford, Township of, New Jersey
3705. Cumberland, County of, New Jersey
3706. Delran, Township of, New Jersey
3707. Denville, Township of, New Jersey
3708. Deptford, Township of, New Jersey
3709. Dover, Town of, New Jersey
3710. Dumont, Borough of, New Jersey
3711. East Brunswick, Township of, New Jersey
3712. East Greenwich, Township of, New Jersey
3713. East Hanover, Township of, New Jersey
3714. East Orange, City of, New Jersey
3715. East Windsor, Township of, New Jersey
3716. Eatontown, Borough of, New Jersey
3717. Edgewater, Borough of, New Jersey
3718. Edison, Township of, New Jersey
3719. Egg Harbor, Township of, New Jersey
3720. Elizabeth, City of, New Jersey
3721. Elmwood Park, Borough of, New Jersey
3722. Englewood, City of, New Jersey
3723. Essex, County of, New Jersey
3724. Evesham, Township of, New Jersey
3725. Ewing, Township of, New Jersey
3726. Fair Lawn, Borough of, New Jersey
3727. Fairview, Borough of, New Jersey
3728. Florence, Township of, New Jersey
3729. Florham Park, Borough of, New Jersey
3730. Fort Lee, Borough of, New Jersey

3731. Franklin Lakes, Borough of, New Jersey
3732. Franklin, Township of, New Jersey
3733. Freehold, Borough of, New Jersey
3734. Freehold, Township of, New Jersey
3735. Galloway, Township of, New Jersey
3736. Garfield, City of, New Jersey
3737. Glassboro, Borough of, New Jersey
3738. Glen Rock, Borough of, New Jersey
3739. Gloucester City, City of, New Jersey
3740. Gloucester, County of, New Jersey
3741. Gloucester, Township of, New Jersey
3742. Guttenberg, Town of, New Jersey
3743. Hackensack, City of, New Jersey
3744. Haddon, Township of, New Jersey
3745. Haddonfield, Borough of, New Jersey
3746. Hamilton, Township of, New Jersey
3747. Hammonton, Town of, New Jersey
3748. Hanover, Township of, New Jersey
3749. Harrison, Town of, New Jersey
3750. Harrison, Township of, New Jersey
3751. Hasbrouck Heights, Borough of, New Jersey
3752. Hawthorne, Borough of, New Jersey
3753. Hazlet, Township of, New Jersey
3754. Highland Park, Borough of, New Jersey
3755. Hillsborough, Township of, New Jersey
3756. Hillsdale, Borough of, New Jersey
3757. Hillside, Township of, New Jersey
3758. Hoboken, City of, New Jersey
3759. Holmdel, Township of, New Jersey
3760. Hopatcong, Borough of, New Jersey
3761. Hopewell, Township of, New Jersey
3762. Howell, Township of, New Jersey
3763. Hudson, County of, New Jersey
3764. Hunterdon, County of, New Jersey
3765. Irvington, Township of, New Jersey
3766. Jackson, Township of, New Jersey
3767. Jefferson, Township of, New Jersey
3768. Jersey City, City of, New Jersey
3769. Kearny, Town of, New Jersey
3770. Lacey, Township of, New Jersey
3771. Lakewood, Township of, New Jersey
3772. Lawrence, Township of, New Jersey
3773. Lincoln Park, Borough of, New Jersey
3774. Linden, City of, New Jersey
3775. Lindenwold, Borough of, New Jersey
3776. Little Egg Harbor, Township of, New Jersey
3777. Little Falls, Township of, New Jersey
3778. Little Ferry, Borough of, New Jersey
3779. Livingston, Township of, New Jersey
3780. Lodi, Borough of, New Jersey
3781. Long Branch, City of, New Jersey
3782. Lower, Township of, New Jersey
3783. Lumberton, Township of, New Jersey
3784. Lyndhurst, Township of, New Jersey
3785. Madison, Borough of, New Jersey
3786. Mahwah, Township of, New Jersey
3787. Manalapan, Township of, New Jersey
3788. Manchester, Township of, New Jersey
3789. Mantua, Township of, New Jersey
3790. Manville, Borough of, New Jersey
3791. Maple Shade, Township of, New Jersey
3792. Maplewood, Township of, New Jersey
3793. Marlboro, Township of, New Jersey
3794. Medford, Township of, New Jersey
3795. Mercer, County of, New Jersey
3796. Metuchen, Borough of, New Jersey
3797. Middle, Township of, New Jersey
3798. Middlesex, Borough of, New Jersey
3799. Middlesex, County of, New Jersey
3800. Middletown, Township of, New Jersey
3801. Millburn, Township of, New Jersey
3802. Millstone, Township of, New Jersey
3803. Millville, City of, New Jersey
3804. Monmouth, County of, New Jersey
3805. Monroe, Township of, New Jersey

3806. Montclair, Township of, New Jersey
3807. Montgomery, Township of, New Jersey
3808. Montville, Township of, New Jersey
3809. Moorestown, Township of, New Jersey
3810. Morris, County of, New Jersey
3811. Morris, Township of, New Jersey
3812. Morristown, Town of, New Jersey
3813. Mount Laurel, Township of, New Jersey
3814. Mount Olive, Township of, New Jersey
3815. Neptune, Township of, New Jersey
3816. New Brunswick, City of, New Jersey
3817. New Milford, Borough of, New Jersey
3818. New Providence, Borough of, New Jersey
3819. Newark, City of, New Jersey
3820. North Arlington, Borough of, New Jersey
3821. North Bergen, Township of, New Jersey
3822. North Brunswick, Township of, New Jersey
3823. North Plainfield, Borough of, New Jersey
3824. Nutley, Township of, New Jersey
3825. Oakland, Borough of, New Jersey
3826. Ocean City, City of, New Jersey
3827. Ocean, County of, New Jersey
3828. Ocean, Township of, New Jersey
3829. Old Bridge, Township of, New Jersey
3830. Palisades Park, Borough of, New Jersey
3831. Paramus, Borough of, New Jersey
3832. Parsippany-Troy Hills, Township of, New Jersey
3833. Passaic, City of, New Jersey
3834. Passaic, County of, New Jersey
3835. Paterson, City of, New Jersey
3836. Pemberton, Township of, New Jersey
3837. Pennsauken, Township of, New Jersey
3838. Pennsville, Township of, New Jersey
3839. Pequannock, Township of, New Jersey
3840. Perth Amboy, City of, New Jersey
3841. Phillipsburg, Town of, New Jersey
3842. Pine Hill, Borough of, New Jersey
3843. Piscataway, Township of, New Jersey
3844. Plainfield, City of, New Jersey
3845. Plainsboro, Township of, New Jersey
3846. Pleasantville, City of, New Jersey
3847. Point Pleasant, Borough of, New Jersey
3848. Pompton Lakes, Borough of, New Jersey
3849. Princeton, New Jersey
3850. Rahway, City of, New Jersey
3851. Ramsey, Borough of, New Jersey
3852. Randolph, Township of, New Jersey
3853. Raritan, Township of, New Jersey
3854. Readington, Township of, New Jersey
3855. Red Bank, Borough of, New Jersey
3856. Ridgefield, Borough of, New Jersey
3857. Ridgefield Park, Village of, New Jersey
3858. Ridgewood, Village of, New Jersey
3859. Ringwood, Borough of, New Jersey
3860. River Edge, Borough of, New Jersey
3861. Robbinsville, Township of, New Jersey
3862. Rockaway, Township of, New Jersey
3863. Roselle, Borough of, New Jersey
3864. Roselle Park, Borough of, New Jersey
3865. Roxbury, Township of, New Jersey
3866. Rutherford, Borough of, New Jersey
3867. Saddle Brook, Township of, New Jersey
3868. Salem, County of, New Jersey
3869. Sayreville, Borough of, New Jersey
3870. Scotch Plains, Township of, New Jersey
3871. Secaucus, Town of, New Jersey

3872. Somers Point, City of, New Jersey
3873. Somerset, County of, New Jersey
3874. Somerville, Borough of, New Jersey
3875. South Brunswick, Township of, New Jersey
3876. South Orange Village, Township of, New Jersey
3877. South Plainfield, Borough of, New Jersey
3878. South River, Borough of, New Jersey
3879. Southampton, Township of, New Jersey
3880. Sparta, Township of, New Jersey
3881. Springfield, Township of, New Jersey
3882. Stafford, Township of, New Jersey
3883. Summit, City of, New Jersey
3884. Sussex, County of, New Jersey
3885. Teaneck, Township of, New Jersey
3886. Tenafly, Borough of, New Jersey
3887. Tinton Falls, Borough of, New Jersey
3888. Toms River, Township of, New Jersey
3889. Totowa, Borough of, New Jersey
3890. Trenton, City of, New Jersey
3891. Union City, City of, New Jersey
3892. Union, County of, New Jersey
3893. Union, Township of, New Jersey
3894. Upper, Township of, New Jersey
3895. Vernon, Township of, New Jersey
3896. Verona, Township of, New Jersey
3897. Vineland, City of, New Jersey
3898. Voorhees, Township of, New Jersey
3899. Waldwick, Borough of, New Jersey
3900. Wall, Township of, New Jersey
3901. Wallington, Borough of, New Jersey
3902. Wanaque, Borough of, New Jersey
3903. Wantage, Township of, New Jersey
3904. Warren, County of, New Jersey
3905. Warren, Township of, New Jersey
3906. Washington, Township of, New Jersey
3907. Waterford, Township of, New Jersey
3908. Wayne, Township of, New Jersey
3909. Weehawken, Township of, New Jersey
3910. West Caldwell, Township of, New Jersey
3911. West Deptford, Township of, New Jersey
3912. West Milford, Township of, New Jersey
3913. West New York, Town of, New Jersey
3914. West Orange, Township of, New Jersey
3915. West Windsor, Township of, New Jersey
3916. Westfield, Town of, New Jersey
3917. Westwood, Borough of, New Jersey
3918. Willingboro, Township of, New Jersey
3919. Winslow, Township of, New Jersey
3920. Woodbridge, Township of, New Jersey
3921. Woodland Park, Borough of, New Jersey
3922. Woolwich, Township of, New Jersey
3923. Wyckoff, Township of, New Jersey
3924. Albany, City of, New York
3925. Albany, County of, New York
3926. Allegany, County of, New York
3927. Amherst, Town of, New York
3928. Amsterdam, City of, New York
3929. Arcadia, Town of, New York
3930. Auburn, City of, New York
3931. Aurora, Town of, New York
3932. Babylon, Town of, New York
3933. Babylon, Village of, New York
3934. Ballston, Town of, New York
3935. Batavia, City of, New York
3936. Bath, Town of, New York
3937. Beacon, City of, New York
3938. Bedford, Town of, New York
3939. Beekman, Town of, New York
3940. Bethlehem, Town of, New York
3941. Binghamton, City of, New York
3942. Blooming Grove, Town of, New York
3943. Brighton, Town of, New York

3944. Bronx, County of, New York
3945. Brookhaven, Town of, New York
3946. Broome, County of, New York
3947. Brunswick, Town of, New York
3948. Buffalo, City of, New York
3949. Camillus, Town of, New York
3950. Canandaigua, City of, New York
3951. Canandaigua, Town of, New York
3952. Canton, Town of, New York
3953. Carmel, Town of, New York
3954. Catskill, Town of, New York
3955. Cattaraugus, County of, New York
3956. Cayuga, County of, New York
3957. Chautauqua, County of, New York
3958. Cheektowaga, Town of, New York
3959. Chemung, County of, New York
3960. Chenango, County of, New York
3961. Chenango, Town of, New York
3962. Chester, Town of, New York
3963. Chili, Town of, New York
3964. Cicero, Town of, New York
3965. Clarence, Town of, New York
3966. Clarkstown, Town of, New York
3967. Clay, Town of, New York
3968. Clifton Park, Town of, New York
3969. Clinton, County of, New York
3970. Cohoes, City of, New York
3971. Colonie, Town of, New York
3972. Columbia, County of, New York
3973. Corning, City of, New York
3974. Cornwall, Town of, New York
3975. Cortland, City of, New York
3976. Cortland, County of, New York
3977. Cortlandt, Town of, New York
3978. De Witt, Town of, New York
3979. Delaware, County of, New York
3980. Depew, Village of, New York
3981. Dobbs Ferry, Village of, New York
3982. Dryden, Town of, New York
3983. Dunkirk, City of, New York
3984. Dutchess, County of, New York
3985. East Fishkill, Town of, New York
3986. East Greenbush, Town of, New York
3987. East Hampton, Town of, New York
3988. Eastchester, Town of, New York
3989. Elma, Town of, New York

3990. Elmira, City of, New York
3991. Endicott, Village of, New York
3992. Erie, County of, New York
3993. Essex, County of, New York
3994. Evans, Town of, New York
3995. Fallsburg, Town of, New York
3996. Farmington, Town of, New York
3997. Fishkill, Town of, New York
3998. Floral Park, Village of, New York
3999. Franklin, County of, New York
4000. Fredonia, Village of, New York
4001. Freeport, Village of, New York
4002. Fulton, City of, New York
4003. Fulton, County of, New York
4004. Garden City, Village of, New York
4005. Gates, Town of, New York
4006. Geddes, Town of, New York
4007. Genesee, County of, New York
4008. Geneseo, Town of, New York
4009. Geneva, City of, New York
4010. German Flatts, Town of, New York
4011. Glen Cove, City of, New York
4012. Glens Falls, City of, New York
4013. Glenville, Town of, New York
4014. Gloversville, City of, New York
4015. Goshen, Town of, New York
4016. Grand Island, Town of, New York
4017. Great Neck, Village of, New York
4018. Greece, Town of, New York
4019. Greenburgh, Town of, New York
4020. Greene, County of, New York
4021. Guilderland, Town of, New York
4022. Halfmoon, Town of, New York
4023. Hamburg, Town of, New York
4024. Harrison, Town of, New York
4025. Harrison, Village of, New York
4026. Haverstraw, Town of, New York
4027. Haverstraw, Village of, New York
4028. Hempstead, Town of, New York
4029. Hempstead, Village of, New York
4030. Henrietta, Town of, New York
4031. Herkimer, County of, New York
4032. Highlands, Town of, New York
4033. Horseheads, Town of, New York
4034. Huntington, Town of, New York
4035. Hyde Park, Town of, New York

4036. Irondequoit, Town of, New York
4037. Islip, Town of, New York
4038. Ithaca, City of, New York
4039. Ithaca, Town of, New York
4040. Jamestown, City of, New York
4041. Jefferson, County of, New York
4042. Johnson City, Village of, New York
4043. Kenmore, Village of, New York
4044. Kent, Town of, New York
4045. Kings, County of, New York
4046. Kingsbury, Town of, New York
4047. Kingston, City of, New York
4048. Kirkland, Town of, New York
4049. Kiryas Joel, Village of, New York
4050. La Grange, Town of, New York
4051. Lackawanna, City of, New York
4052. Lake Grove, Village of, New York
4053. Lancaster, Town of, New York
4054. Lancaster, Village of, New York
4055. Lansing, Town of, New York
4056. Le Ray, Town of, New York
4057. Lewis, County of, New York
4058. Lewisboro, Town of, New York
4059. Lewiston, Town of, New York
4060. Lindenhurst, Village of, New York
4061. Livingston, County of, New York
4062. Lloyd, Town of, New York
4063. Lockport, City of, New York
4064. Lockport, Town of, New York
4065. Long Beach, City of, New York
4066. Lynbrook, Village of, New York
4067. Lysander, Town of, New York
4068. Madison, County of, New York
4069. Malone, Town of, New York
4070. Malta, Town of, New York
4071. Mamakating, Town of, New York
4072. Mamaroneck, Town of, New York
4073. Mamaroneck, Village of, New York
4074. Manlius, Town of, New York
4075. Massapequa Park, Village of, New York
4076. Massena, Town of, New York
4077. Massena, Village of, New York
4078. Middletown, City of, New York
4079. Milton, Town of, New York
4080. Mineola, Village of, New York
4081. Monroe, County of, New York
4082. Monroe, Town of, New York
4083. Montgomery, County of, New York
4084. Montgomery, Town of, New York
4085. Moreau, Town of, New York
4086. Mount Kisco, Village of/ Town of, New York
4087. Mount Pleasant, Town of, New York
4088. Mount Vernon, City of, New York
4089. Nassau, County of, New York
4090. New Castle, Town of, New York
4091. New Hartford, Town of, New York
4092. New Paltz, Town of, New York
4093. New Rochelle, City of, New York
4094. New Windsor, Town of, New York
4095. New York, City of, New York
4096. New York, County of, New York
4097. Newburgh, City of, New York
4098. Newburgh, Town of, New York
4099. Niagara, County of, New York
4100. Niagara Falls, City of, New York
4101. Niskayuna, Town of, New York
4102. North Castle, Town of, New York
4103. North Greenbush, Town of, New York
4104. North Hempstead, Town of, New York
4105. North Tonawanda, City of, New York
4106. Ogden, Town of, New York
4107. Ogdensburg, City of, New York
4108. Olean, City of, New York
4109. Oneida, City of, New York
4110. Oneida, County of, New York
4111. Oneonta, City of, New York
4112. Onondaga, County of, New York
4113. Onondaga, Town of, New York
4114. Ontario, County of, New York
4115. Ontario, Town of, New York
4116. Orange, County of, New York
4117. Orangetown, Town of, New York
4118. Orchard Park, Town of, New York
4119. Orleans, County of, New York
4120. Ossining, Town of, New York
4121. Ossining, Village of, New York
4122. Oswego, City of, New York

4123. Oswego, County of, New York
4124. Otsego, County of, New York
4125. Owego, Town of, New York
4126. Oyster Bay, Town of, New York
4127. Palm Tree, Town of, New York
4128. Parma, Town of, New York
4129. Patchogue, Village of, New York
4130. Patterson, Town of, New York
4131. Peekskill, City of, New York
4132. Pelham, Town of, New York
4133. Penfield, Town of, New York
4134. Perinton, Town of, New York
4135. Pittsford, Town of, New York
4136. Plattekill, Town of, New York
4137. Plattsburgh, City of, New York
4138. Plattsburgh, Town of, New York
4139. Pomfret, Town of, New York
4140. Port Chester, Village of, New York
4141. Potsdam, Town of, New York
4142. Poughkeepsie, City of, New York
4143. Poughkeepsie, Town of, New York
4144. Putnam, County of, New York
4145. Putnam Valley, Town of, New York
4146. Queens, County of, New York
4147. Queensbury, Town of, New York
4148. Ramapo, Town of, New York
4149. Red Hook, Town of, New York
4150. Rensselaer, County of, New York
4151. Richmond, County of, New York
4152. Riverhead, Town of, New York
4153. Rochester, City of, New York
4154. Rockland, County of, New York
4155. Rockville Centre, Village of, New York
4156. Rome, City of, New York
4157. Rotterdam, Town of, New York
4158. Rye, City of, New York
4159. Rye, Town of, New York
4160. Salina, Town of, New York
4161. Saratoga, County of, New York
4162. Saratoga Springs, City of, New York
4163. Saugerties, Town of, New York
4164. Scarsdale, Village of/ Scarsdale, Town of, New York
4165. Schenectady, City of, New York
4166. Schenectady, County of, New York
4167. Schodack, Town of, New York
4168. Schoharie, County of, New York
4169. Schuyler, County of, New York
4170. Seneca, County of, New York
4171. Shawangunk, Town of, New York
4172. Sleepy Hollow, Village of, New York
4173. Smithtown, Town of, New York
4174. Somers, Town of, New York
4175. Southampton, Town of, New York
4176. Southeast, Town of, New York
4177. Southold, Town of, New York
4178. Spring Valley, Village of, New York
4179. St. Lawrence, County of, New York
4180. Steuben, County of, New York
4181. Stony Point, Town of, New York
4182. Suffern, Village of, New York
4183. Suffolk, County of, New York
4184. Sullivan, County of, New York
4185. Sullivan, Town of, New York
4186. Sweden, Town of, New York
4187. Syracuse, City of, New York
4188. Tarrytown, Village of, New York
4189. Thompson, Town of, New York
4190. Tioga, County of, New York
4191. Tompkins, County of, New York
4192. Tonawanda, City of, New York
4193. Tonawanda, Town of, New York
4194. Troy, City of, New York
4195. Ulster, County of, New York
4196. Ulster, Town of, New York
4197. Union, Town of, New York
4198. Utica, City of, New York
4199. Valley Stream, Village of, New York
4200. Van Buren, Town of, New York
4201. Vestal, Town of, New York
4202. Victor, Town of, New York
4203. Wallkill, Town of, New York
4204. Wappinger, Town of, New York
4205. Warren, County of, New York
4206. Warwick, Town of, New York
4207. Washington, County of, New York
4208. Watertown, City of, New York
4209. Wawarsing, Town of, New York
4210. Wayne, County of, New York
4211. Webster, Town of, New York

4212. West Haverstraw, Village of, New York
4213. West Seneca, Town of, New York
4214. Westbury, Village of, New York
4215. Westchester, County of, New York
4216. Wheatfield, Town of, New York
4217. White Plains, City of, New York
4218. Whitestown, Town of, New York
4219. Wilton, Town of, New York
4220. Woodbury, Town of, New York
4221. Woodbury, Village of, New York
4222. Wyoming, County of, New York
4223. Yates, County of, New York
4224. Yonkers, City of, New York
4225. Yorktown, Town of, New York
4226. Alamance, County of, North Carolina
4227. Albemarle, City of, North Carolina
4228. Alexander, County of, North Carolina
4229. Alleghany, County of, North Carolina
4230. Anson, County of, North Carolina
4231. Apex, Town of, North Carolina
4232. Archdale, City of, North Carolina
4233. Ashe, County of, North Carolina
4234. Asheboro, City of, North Carolina
4235. Asheville, City of, North Carolina
4236. Avery, County of, North Carolina
4237. Beaufort, County of, North Carolina
4238. Belmont, City of, North Carolina
4239. Bertie, County of, North Carolina
4240. Bladen, County of, North Carolina
4241. Boone, Town of, North Carolina
4242. Brunswick, County of, North Carolina
4243. Buncombe, County of, North Carolina
4244. Burke, County of, North Carolina
4245. Burlington, City of, North Carolina
4246. Cabarrus, County of, North Carolina
4247. Caldwell, County of, North Carolina
4248. Camden, County of, North Carolina
4249. Carrboro, Town of, North Carolina
4250. Carteret, County of, North Carolina
4251. Cary, Town of, North Carolina
4252. Caswell, County of, North Carolina
4253. Catawba, County of, North Carolina
4254. Chapel Hill, Town of, North Carolina
4255. Charlotte, City of, North Carolina
4256. Chatham, County of, North Carolina
4257. Cherokee, County of, North Carolina
4258. Chowan, County of, North Carolina
4259. Clay, County of, North Carolina
4260. Clayton, Town of, North Carolina
4261. Clemmons, Village of, North Carolina
4262. Cleveland, County of, North Carolina
4263. Columbus, County of, North Carolina
4264. Concord, City of, North Carolina
4265. Cornelius, Town of, North Carolina
4266. Craven, County of, North Carolina
4267. Cumberland, County of, North Carolina
4268. Currituck, County of, North Carolina
4269. Dare, County of, North Carolina
4270. Davidson, County of, North Carolina
4271. Davidson, Town of, North Carolina
4272. Davie, County of, North Carolina
4273. Duplin, County of, North Carolina
4274. Durham, City of, North Carolina
4275. Durham, County of, North Carolina
4276. Eden, City of, North Carolina
4277. Edgecombe, County of, North Carolina
4278. Elizabeth City, City of, North Carolina
4279. Elon, Town of, North Carolina
4280. Fayetteville, City of, North Carolina
4281. Forsyth, County of, North Carolina
4282. Franklin, County of, North Carolina
4283. Fuquay-Varina, Town of, North Carolina
4284. Garner, Town of, North Carolina
4285. Gaston, County of, North Carolina
4286. Gastonia, City of, North Carolina
4287. Gates, County of, North Carolina
4288. Goldsboro, City of, North Carolina
4289. Graham, City of, North Carolina

4290. Granville, County of, North Carolina
4291. Greene, County of, North Carolina
4292. Greensboro, City of, North Carolina
4293. Greenville, City of, North Carolina
4294. Guilford, County of, North Carolina
4295. Halifax, County of, North Carolina
4296. Harnett, County of, North Carolina
4297. Harrisburg, Town of, North Carolina
4298. Havelock, City of, North Carolina
4299. Haywood, County of, North Carolina
4300. Henderson, City of, North Carolina
4301. Henderson, County of, North Carolina
4302. Hendersonville, City of, North Carolina
4303. Hertford, County of, North Carolina
4304. Hickory, City of, North Carolina
4305. High Point, City of, North Carolina
4306. Hoke, County of, North Carolina
4307. Holly Springs, Town of, North Carolina
4308. Hope Mills, Town of, North Carolina
4309. Huntersville, Town of, North Carolina
4310. Indian Trail, Town of, North Carolina
4311. Iredell, County of, North Carolina
4312. Jackson, County of, North Carolina
4313. Jacksonville, City of, North Carolina
4314. Johnston, County of, North Carolina
4315. Kannapolis, City of, North Carolina
4316. Kernersville, Town of, North Carolina
4317. Kings Mountain, City of, North Carolina
4318. Kinston, City of, North Carolina
4319. Knightdale, Town of, North Carolina
4320. Laurinburg, City of, North Carolina
4321. Lee, County of, North Carolina
4322. Leland, Town of, North Carolina
4323. Lenoir, City of, North Carolina
4324. Lenoir, County of, North Carolina
4325. Lewisville, Town of, North Carolina
4326. Lexington, City of, North Carolina
4327. Lincoln, County of, North Carolina
4328. Lincolnton, City of, North Carolina

4329. Lumberton, City of, North Carolina
4330. Macon, County of, North Carolina
4331. Madison, County of, North Carolina
4332. Martin, County of, North Carolina
4333. Matthews, Town of, North Carolina
4334. McDowell, County of, North Carolina
4335. Mebane, City of, North Carolina
4336. Mecklenburg, County of, North Carolina
4337. Mint Hill, Town of, North Carolina
4338. Mitchell, County of, North Carolina
4339. Monroe, City of, North Carolina
4340. Montgomery, County of, North Carolina
4341. Moore, County of, North Carolina
4342. Mooresville, Town of, North Carolina
4343. Morganton, City of, North Carolina
4344. Morrisville, Town of, North Carolina
4345. Mount Airy, City of, North Carolina
4346. Mount Holly, City of, North Carolina
4347. Nash, County of, North Carolina
4348. New Bern, City of, North Carolina
4349. New Hanover, County of, North Carolina
4350. Newton, City of, North Carolina
4351. Northampton, County of, North Carolina
4352. Onslow, County of, North Carolina
4353. Orange, County of, North Carolina
4354. Pamlico, County of, North Carolina
4355. Pasquotank, County of, North Carolina
4356. Pender, County of, North Carolina
4357. Perquimans, County of, North Carolina
4358. Person, County of, North Carolina
4359. Pinehurst, Village of, North Carolina
4360. Pitt, County of, North Carolina
4361. Polk, County of, North Carolina
4362. Raleigh, City of, North Carolina
4363. Randolph, County of, North Carolina
4364. Reidsville, City of, North Carolina

4365. Richmond, County of, North Carolina
4366. Roanoke Rapids, City of, North Carolina
4367. Robeson, County of, North Carolina
4368. Rockingham, County of, North Carolina
4369. Rocky Mount, City of, North Carolina
4370. Rowan, County of, North Carolina
4371. Rutherford, County of, North Carolina
4372. Salisbury, City of, North Carolina
4373. Sampson, County of, North Carolina
4374. Sanford, City of, North Carolina
4375. Scotland, County of, North Carolina
4376. Shelby, City of, North Carolina
4377. Smithfield, Town of, North Carolina
4378. Southern Pines, Town of, North Carolina
4379. Spring Lake, Town of, North Carolina
4380. Stallings, Town of, North Carolina
4381. Stanly, County of, North Carolina
4382. Statesville, City of, North Carolina
4383. Stokes, County of, North Carolina
4384. Summerfield, Town of, North Carolina
4385. Surry, County of, North Carolina
4386. Swain, County of, North Carolina
4387. Tarboro, Town of, North Carolina
4388. Thomasville, City of, North Carolina
4389. Transylvania, County of, North Carolina
4390. Union, County of, North Carolina
4391. Vance, County of, North Carolina
4392. Wake, County of, North Carolina
4393. Wake Forest, Town of, North Carolina
4394. Warren, County of, North Carolina
4395. Washington, County of, North Carolina
4396. Watauga, County of, North Carolina
4397. Waxhaw, Town of, North Carolina
4398. Wayne, County of, North Carolina
4399. Waynesville, Town of, North Carolina
4400. Weddington, Town of, North Carolina
4401. Wilkes, County of, North Carolina
4402. Wilmington, City of, North Carolina
4403. Wilson, City of, North Carolina
4404. Wilson, County of, North Carolina
4405. Winston-Salem, City of, North Carolina
4406. Yadkin, County of, North Carolina
4407. Yancey, County of, North Carolina
4408. Barnes, County of, North Dakota
4409. Bismarck, City of, North Dakota
4410. Burleigh, County of, North Dakota
4411. Cass, County of, North Dakota
4412. Dickinson, City of, North Dakota
4413. Fargo, City of, North Dakota
4414. Grand Forks, City of, North Dakota
4415. Grand Forks, County of, North Dakota
4416. Jamestown, City of, North Dakota
4417. Mandan, City of, North Dakota
4418. McKenzie, County of, North Dakota
4419. Minot, City of, North Dakota
4420. Morton, County of, North Dakota
4421. Mountrail, County of, North Dakota
4422. Ramsey, County of, North Dakota
4423. Richland, County of, North Dakota
4424. Rolette, County of, North Dakota
4425. Stark, County of, North Dakota
4426. Stutsman, County of, North Dakota
4427. Walsh, County of, North Dakota
4428. Ward, County of, North Dakota
4429. West Fargo, City of, North Dakota
4430. Williams, County of, North Dakota
4431. Williston, City of, North Dakota
4432. Adams, County of, Ohio
4433. Akron, City of, Ohio
4434. Allen, County of, Ohio
4435. Alliance, City of, Ohio
4436. American, Township of, Ohio
4437. Amherst, City of, Ohio
4438. Anderson, Township of, Ohio
4439. Ashland, City of, Ohio
4440. Ashland, County of, Ohio

I-52

4441. Ashtabula, City of, Ohio
4442. Ashtabula, County of, Ohio
4443. Ashtabula, Township of, Ohio
4444. Athens, City of, Ohio
4445. Athens, County of, Ohio
4446. Athens, Township of, Ohio
4447. Auglaize, County of, Ohio
4448. Aurora, City of, Ohio
4449. Austintown, Township of, Ohio
4450. Avon, City of, Ohio
4451. Avon Lake, City of, Ohio
4452. Bainbridge, Township of, Ohio
4453. Barberton, City of, Ohio
4454. Batavia, Township of, Ohio
4455. Bath, Township of, Ohio
4456. Bay, Village of, City of, Ohio
4457. Beachwood, City of, Ohio
4458. Beavercreek, City of, Ohio
4459. Beavercreek, Township of, Ohio
4460. Bedford, City of, Ohio
4461. Bedford Heights, City of, Ohio
4462. Bellefontaine, City of, Ohio
4463. Belmont, County of, Ohio
4464. Berea, City of, Ohio
4465. Bethel, Township of, Ohio
4466. Bexley, City of, Ohio
4467. Blue Ash, City of, Ohio
4468. Boardman, Township of, Ohio
4469. Bowling Green, City of, Ohio
4470. Brecksville, City of, Ohio
4471. Brimfield, Township of, Ohio
4472. Broadview Heights, City of, Ohio
4473. Brook Park, City of, Ohio
4474. Brooklyn, City of, Ohio
4475. Brown, County of, Ohio
4476. Brunswick, City of, Ohio
4477. Brunswick Hills, Township of, Ohio
4478. Bucyrus, City of, Ohio
4479. Butler, County of, Ohio
4480. Cambridge, City of, Ohio
4481. Cambridge, Township of, Ohio
4482. Canfield, Township of, Ohio
4483. Canton, City of, Ohio
4484. Canton, Township of, Ohio
4485. Carroll, County of, Ohio
4486. Celina, City of, Ohio

4487. Centerville, City of, Ohio
4488. Champaign, County of, Ohio
4489. Chester, Township of, Ohio
4490. Chillicothe, City of, Ohio
4491. Chippewa, Township of, Ohio
4492. Cincinnati, City of, Ohio
4493. Circleville, City of, Ohio
4494. Clark, County of, Ohio
4495. Clayton, City of, Ohio
4496. Clear Creek, Township of, Ohio
4497. Clermont, County of, Ohio
4498. Cleveland, City of, Ohio
4499. Cleveland Heights, City of, Ohio
4500. Clinton, County of, Ohio
4501. Clinton, Township of, Ohio
4502. Colerain, Township of, Ohio
4503. Columbiana, County of, Ohio
4504. Columbus, City of, Ohio
4505. Concord, Township of, Ohio
4506. Conneaut, City of, Ohio
4507. Copley, Township of, Ohio
4508. Coshocton, City of, Ohio
4509. Coshocton, County of, Ohio
4510. Coventry, Township of, Ohio
4511. Crawford, County of, Ohio
4512. Cuyahoga, County of, Ohio
4513. Cuyahoga Falls, City of, Ohio
4514. Darke, County of, Ohio
4515. Dayton, City of, Ohio
4516. Deerfield, Township of, Ohio
4517. Defiance, City of, Ohio
4518. Defiance, County of, Ohio
4519. Defiance, Township of, Ohio
4520. Delaware, City of, Ohio
4521. Delaware City, Township of, Ohio
4522. Delaware, County of, Ohio
4523. Delhi, Township of, Ohio
4524. Dover, City of, Ohio
4525. Dublin, City of, Ohio
4526. Duchouquet, Township of, Ohio
4527. East Cleveland, City of, Ohio
4528. East Liverpool, City of, Ohio
4529. Eastlake, City of, Ohio
4530. Elyria, City of, Ohio
4531. Englewood, City of, Ohio
4532. Erie, County of, Ohio

4533. Etna, Township of, Ohio
4534. Euclid, City of, Ohio
4535. Fairborn, City of, Ohio
4536. Fairfield, City of, Ohio
4537. Fairfield, County of, Ohio
4538. Fairfield, Township of, Ohio
4539. Fairview Park, City of, Ohio
4540. Falls, Township of, Ohio
4541. Fayette, County of, Ohio
4542. Findlay, City of, Ohio
4543. Forest Park, City of, Ohio
4544. Fostoria, City of, Ohio
4545. Franklin, City of, Ohio
4546. Franklin, County of, Ohio
4547. Franklin, Township of, Ohio
4548. Fremont, City of, Ohio
4549. Fulton, County of, Ohio
4550. Gahanna, City of, Ohio
4551. Gallia, County of, Ohio
4552. Garfield Heights, City of, Ohio
4553. Geauga, County of, Ohio
4554. Geneva, Township of, Ohio
4555. Genoa, Township of, Ohio
4556. Goshen, Township of, Ohio
4557. Granville, Township of, Ohio
4558. Green, City of, Ohio
4559. Green, Township of, Ohio
4560. Greene, County of, Ohio
4561. Greenville, City of, Ohio
4562. Greenville, Township of, Ohio
4563. Grove City, City of, Ohio
4564. Guernsey, County of, Ohio
4565. Hamilton, City of, Ohio
4566. Hamilton, County of, Ohio
4567. Hamilton, Township of, Ohio
4568. Hancock, County of, Ohio
4569. Hardin, County of, Ohio
4570. Harrison, City of, Ohio
4571. Harrison, County of, Ohio
4572. Harrison, Township of, Ohio
4573. Heath, City of, Ohio
4574. Henry, County of, Ohio
4575. Highland, County of, Ohio
4576. Hilliard, City of, Ohio
4577. Hocking, County of, Ohio
4578. Holmes, County of, Ohio

4579. Howland, Township of, Ohio
4580. Hubbard, Township of, Ohio
4581. Huber Heights, City of, Ohio
4582. Hudson, City of, Ohio
4583. Huron, County of, Ohio
4584. Huron, Township of, Ohio
4585. Ironton, City of, Ohio
4586. Jackson, County of, Ohio
4587. Jackson, Township of, Ohio
4588. Jefferson, County of, Ohio
4589. Jefferson, Township of, Ohio
4590. Kent, City of, Ohio
4591. Kettering, City of, Ohio
4592. Knox, County of, Ohio
4593. Lake, County of, Ohio
4594. Lake, Township of, Ohio
4595. Lakewood, City of, Ohio
4596. Lancaster, City of, Ohio
4597. Lancaster City, Township of, Ohio
4598. Lawrence, County of, Ohio
4599. Lawrence, Township of, Ohio
4600. Lebanon, City of, Ohio
4601. Lemon, Township of, Ohio
4602. Liberty, Township of, Ohio
4603. Licking, County of, Ohio
4604. Lima, City of, Ohio
4605. Logan, County of, Ohio
4606. London, City of, Ohio
4607. Lorain, City of, Ohio
4608. Lorain, County of, Ohio
4609. Loveland, City of, Ohio
4610. Lucas, County of, Ohio
4611. Lyndhurst, City of, Ohio
4612. Macedonia, City of, Ohio
4613. Mad River, Township of, Ohio
4614. Madison, County of, Ohio
4615. Madison, Township of, Ohio
4616. Mahoning, County of, Ohio
4617. Mansfield, City of, Ohio
4618. Maple Heights, City of, Ohio
4619. Marietta, City of, Ohio
4620. Marion, City of, Ohio
4621. Marion, County of, Ohio
4622. Marion, Township of, Ohio
4623. Marysville, City of, Ohio
4624. Mason, City of, Ohio

4625. Massillon, City of, Ohio
4626. Maumee, City of, Ohio
4627. Mayfield Heights, City of, Ohio
4628. Medina, City of, Ohio
4629. Medina City, Township of, Ohio
4630. Medina, County of, Ohio
4631. Meigs, County of, Ohio
4632. Mentor, City of, Ohio
4633. Mercer, County of, Ohio
4634. Miami, County of, Ohio
4635. Miami, Township of, Ohio
4636. Miamisburg, City of, Ohio
4637. Middleburg Heights, City of, Ohio
4638. Middletown, City of, Ohio
4639. Mifflin, Township of, Ohio
4640. Monclova, Township of, Ohio
4641. Monroe, City of, Ohio
4642. Monroe, County of, Ohio
4643. Monroe, Township of, Ohio
4644. Montgomery, City of, Ohio
4645. Montgomery, County of, Ohio
4646. Montville, Township of, Ohio
4647. Moorefield, Township of, Ohio
4648. Morgan, County of, Ohio
4649. Morrow, County of, Ohio
4650. Mount Vernon, City of, Ohio
4651. Muskingum, County of, Ohio
4652. New Albany, City of, Ohio
4653. New Franklin, City of, Ohio
4654. New Philadelphia, City of, Ohio
4655. Newark, City of, Ohio
4656. Niles, City of, Ohio
4657. Noble, County of, Ohio
4658. North Canton, City of, Ohio
4659. North Olmsted, City of, Ohio
4660. North Ridgeville, City of, Ohio
4661. North Royalton, City of, Ohio
4662. Norton, City of, Ohio
4663. Norwalk, City of, Ohio
4664. Norwich, Township of, Ohio
4665. Norwood, City of, Ohio
4666. Olmsted, Township of, Ohio
4667. Orange, Township of, Ohio
4668. Oregon, City of, Ohio
4669. Ottawa, County of, Ohio
4670. Oxford, City of, Ohio

4671. Oxford, Township of, Ohio
4672. Painesville, City of, Ohio
4673. Painesville, Township of, Ohio
4674. Paris, Township of, Ohio
4675. Parma, City of, Ohio
4676. Parma Heights, City of, Ohio
4677. Pataskala, City of, Ohio
4678. Paulding, County of, Ohio
4679. Pease, Township of, Ohio
4680. Perkins, Township of, Ohio
4681. Perry, County of, Ohio
4682. Perry, Township of, Ohio
4683. Perrysburg, City of, Ohio
4684. Perrysburg, Township of, Ohio
4685. Pickaway, County of, Ohio
4686. Pickerington, City of, Ohio
4687. Pierce, Township of, Ohio
4688. Pike, County of, Ohio
4689. Piqua, City of, Ohio
4690. Plain, Township of, Ohio
4691. Pleasant, Township of, Ohio
4692. Poland, Township of, Ohio
4693. Portage, County of, Ohio
4694. Portsmouth, City of, Ohio
4695. Powell, City of, Ohio
4696. Prairie, Township of, Ohio
4697. Preble, County of, Ohio
4698. Putnam, County of, Ohio
4699. Ravenna, City of, Ohio
4700. Reading, City of, Ohio
4701. Reynoldsburg, City of, Ohio
4702. Richland, County of, Ohio
4703. Richland, Township of, Ohio
4704. Richmond Heights, City of, Ohio
4705. Riverside, City of, Ohio
4706. Rocky River, City of, Ohio
4707. Ross, County of, Ohio
4708. Sagamore Hills, Township of, Ohio
4709. Salem, City of, Ohio
4710. Sandusky, City of, Ohio
4711. Sandusky, County of, Ohio
4712. Scioto, County of, Ohio
4713. Scioto, Township of, Ohio
4714. Seneca, County of, Ohio
4715. Seven Hills, City of, Ohio
4716. Shaker Heights, City of, Ohio

4717. Sharon, Township of, Ohio
4718. Sharonville, City of, Ohio
4719. Shawnee, Township of, Ohio
4720. Shelby, County of, Ohio
4721. Sidney, City of, Ohio
4722. Solon, City of, Ohio
4723. South Euclid, City of, Ohio
4724. Springboro, City of, Ohio
4725. Springdale, City of, Ohio
4726. Springfield, City of, Ohio
4727. Springfield, Township of, Ohio
4728. St. Marys, Township of, Ohio
4729. Stark, County of, Ohio
4730. Steubenville, City of, Ohio
4731. Stow, City of, Ohio
4732. Streetsboro, City of, Ohio
4733. Strongsville, City of, Ohio
4734. Struthers, City of, Ohio
4735. Summit, County of, Ohio
4736. Sycamore, Township of, Ohio
4737. Sylvania, City of, Ohio
4738. Sylvania, Township of, Ohio
4739. Symmes, Township of, Ohio
4740. Tallmadge, City of, Ohio
4741. Tiffin, City of, Ohio
4742. Tipp City, City of, Ohio
4743. Toledo, City of, Ohio
4744. Trenton, City of, Ohio
4745. Trotwood, City of, Ohio
4746. Troy, City of, Ohio
4747. Trumbull, County of, Ohio
4748. Truro, Township of, Ohio
4749. Turtlecreek, Township of, Ohio
4750. Tuscarawas, County of, Ohio
4751. Twinsburg, City of, Ohio
4752. Union, County of, Ohio
4753. Union, Township of, Ohio
4754. University Heights, City of, Ohio
4755. Upper Arlington, City of, Ohio
4756. Upper, Township of, Ohio
4757. Urbana, City of, Ohio
4758. Urbana, Township of, Ohio
4759. Van Wert, City of, Ohio
4760. Van Wert, County of, Ohio
4761. Vandalia, City of, Ohio
4762. Vermilion, City of, Ohio

4763. Vinton, County of, Ohio
4764. Violet, Township of, Ohio
4765. Wadsworth, City of, Ohio
4766. Warren, City of, Ohio
4767. Warren, County of, Ohio
4768. Warrensville Heights, City of, Ohio
4769. Washington, County of, Ohio
4770. Washington Court House, City of, Ohio
4771. Washington, Township of, Ohio
4772. Wayne, County of, Ohio
4773. Weathersfield, Township of, Ohio
4774. West Carrollton, City of, Ohio
4775. West Chester, Township of, Ohio
4776. Westerville, City of, Ohio
4777. Westlake, City of, Ohio
4778. Whitehall, City of, Ohio
4779. Wickliffe, City of, Ohio
4780. Williams, County of, Ohio
4781. Willoughby, City of, Ohio
4782. Willowick, City of, Ohio
4783. Wilmington, City of, Ohio
4784. Wood, County of, Ohio
4785. Wooster, City of, Ohio
4786. Worthington, City of, Ohio
4787. Wyandot, County of, Ohio
4788. Xenia, City of, Ohio
4789. Youngstown, City of, Ohio
4790. Zanesville, City of, Ohio
4791. Ada, City of, Oklahoma
4792. Adair, County of, Oklahoma
4793. Altus, City of, Oklahoma
4794. Ardmore, City of, Oklahoma
4795. Atoka, County of, Oklahoma
4796. Bartlesville, City of, Oklahoma
4797. Beckham, County of, Oklahoma
4798. Bethany, City of, Oklahoma
4799. Bixby, City of, Oklahoma
4800. Broken Arrow, City of, Oklahoma
4801. Bryan, County of, Oklahoma
4802. Caddo, County of, Oklahoma
4803. Canadian, County of, Oklahoma
4804. Carter, County of, Oklahoma
4805. Cherokee, County of, Oklahoma
4806. Chickasha, City of, Oklahoma
4807. Choctaw, City of, Oklahoma

4808. Choctaw, County of, Oklahoma
4809. Claremore, City of, Oklahoma
4810. Cleveland, County of, Oklahoma
4811. Comanche, County of, Oklahoma
4812. Coweta, City of, Oklahoma
4813. Craig, County of, Oklahoma
4814. Creek, County of, Oklahoma
4815. Custer, County of, Oklahoma
4816. Del City, City of, Oklahoma
4817. Delaware, County of, Oklahoma
4818. Duncan, City of, Oklahoma
4819. Durant, City of, Oklahoma
4820. Edmond, City of, Oklahoma
4821. El Reno, City of, Oklahoma
4822. Elk City, City of, Oklahoma
4823. Enid, City of, Oklahoma
4824. Garfield, County of, Oklahoma
4825. Garvin, County of, Oklahoma
4826. Glenpool, City of, Oklahoma
4827. Grady, County of, Oklahoma
4828. Guthrie, City of, Oklahoma
4829. Guymon, City of, Oklahoma
4830. Haskell, County of, Oklahoma
4831. Hughes, County of, Oklahoma
4832. Jackson, County of, Oklahoma
4833. Jenks, City of, Oklahoma
4834. Johnston, County of, Oklahoma
4835. Kay, County of, Oklahoma
4836. Kingfisher, County of, Oklahoma
4837. Latimer, County of, Oklahoma
4838. Lawton, City of, Oklahoma
4839. Le Flore, County of, Oklahoma
4840. Lincoln, County of, Oklahoma
4841. Logan, County of, Oklahoma
4842. Love, County of, Oklahoma
4843. Marshall, County of, Oklahoma
4844. Mayes, County of, Oklahoma
4845. McAlester, City of, Oklahoma
4846. McClain, County of, Oklahoma
4847. McCurtain, County of, Oklahoma
4848. McIntosh, County of, Oklahoma
4849. Miami, City of, Oklahoma
4850. Midwest City, City of, Oklahoma
4851. Moore, City of, Oklahoma
4852. Murray, County of, Oklahoma
4853. Muskogee, City of, Oklahoma

4854. Muskogee, County of, Oklahoma
4855. Mustang, City of, Oklahoma
4856. Newcastle, City of, Oklahoma
4857. Noble, County of, Oklahoma
4858. Norman, City of, Oklahoma
4859. Nowata, County of, Oklahoma
4860. Okfuskee, County of, Oklahoma
4861. Oklahoma City, City of, Oklahoma
4862. Oklahoma, County of, Oklahoma
4863. Okmulgee, City of, Oklahoma
4864. Okmulgee, County of, Oklahoma
4865. Osage, County of, Oklahoma
4866. Ottawa, County of, Oklahoma
4867. Owasso, City of, Oklahoma
4868. Pawnee, County of, Oklahoma
4869. Payne, County of, Oklahoma
4870. Pittsburg, County of, Oklahoma
4871. Ponca City, City of, Oklahoma
4872. Pontotoc, County of, Oklahoma
4873. Pottawatomie, County of, Oklahoma
4874. Pushmataha, County of, Oklahoma
4875. Rogers, County of, Oklahoma
4876. Sand Springs, City of, Oklahoma
4877. Sapulpa, City of, Oklahoma
4878. Seminole, County of, Oklahoma
4879. Sequoyah, County of, Oklahoma
4880. Shawnee, City of, Oklahoma
4881. Stephens, County of, Oklahoma
4882. Stillwater, City of, Oklahoma
4883. Tahlequah, City of, Oklahoma
4884. Texas, County of, Oklahoma
4885. Tulsa, City of, Oklahoma
4886. Tulsa, County of, Oklahoma
4887. Wagoner, County of, Oklahoma
4888. Warr Acres, City of, Oklahoma
4889. Washington, County of, Oklahoma
4890. Washita, County of, Oklahoma
4891. Weatherford, City of, Oklahoma
4892. Woodward, City of, Oklahoma
4893. Woodward, County of, Oklahoma
4894. Yukon, City of, Oklahoma
4895. Albany, City of, Oregon
4896. Ashland, City of, Oregon
4897. Astoria, City of, Oregon
4898. Baker, County of, Oregon
4899. Beaverton, City of, Oregon

4900. Bend, City of, Oregon
4901. Benton, County of, Oregon
4902. Canby, City of, Oregon
4903. Central Point, City of, Oregon
4904. Clackamas, County of, Oregon
4905. Clatsop, County of, Oregon
4906. Columbia, County of, Oregon
4907. Coos Bay, City of, Oregon
4908. Coos, County of, Oregon
4909. Cornelius, City of, Oregon
4910. Corvallis, City of, Oregon
4911. Cottage Grove, City of, Oregon
4912. Crook, County of, Oregon
4913. Curry, County of, Oregon
4914. Dallas, City of, Oregon
4915. Deschutes, County of, Oregon
4916. Douglas, County of, Oregon
4917. Eugene, City of, Oregon
4918. Forest Grove, City of, Oregon
4919. Gladstone, City of, Oregon
4920. Grants Pass, City of, Oregon
4921. Gresham, City of, Oregon
4922. Happy Valley, City of, Oregon
4923. Hermiston, City of, Oregon
4924. Hillsboro, City of, Oregon
4925. Hood River, County of, Oregon
4926. Independence, City of, Oregon
4927. Jackson, County of, Oregon
4928. Jefferson, County of, Oregon
4929. Josephine, County of, Oregon
4930. Keizer, City of, Oregon
4931. Klamath, County of, Oregon
4932. Klamath Falls, City of, Oregon
4933. La Grande, City of, Oregon
4934. Lake Oswego, City of, Oregon
4935. Lane, County of, Oregon
4936. Lebanon, City of, Oregon
4937. Lincoln, County of, Oregon
4938. Linn, County of, Oregon
4939. Malheur, County of, Oregon
4940. Marion, County of, Oregon
4941. McMinnville, City of, Oregon
4942. Medford, City of, Oregon
4943. Milwaukie, City of, Oregon
4944. Monmouth, City of, Oregon
4945. Morrow, County of, Oregon

4946. Multnomah, County of, Oregon
4947. Newberg, City of, Oregon
4948. Newport, City of, Oregon
4949. Ontario, City of, Oregon
4950. Oregon City, City of, Oregon
4951. Pendleton, City of, Oregon
4952. Polk, County of, Oregon
4953. Portland, City of, Oregon
4954. Prineville, City of, Oregon
4955. Redmond, City of, Oregon
4956. Roseburg, City of, Oregon
4957. Salem, City of, Oregon
4958. Sandy, City of, Oregon
4959. Sherwood, City of, Oregon
4960. Silverton, City of, Oregon
4961. Springfield, City of, Oregon
4962. St. Helens, City of, Oregon
4963. The Dalles, City of, Oregon
4964. Tigard, City of, Oregon
4965. Tillamook, County of, Oregon
4966. Troutdale, City of, Oregon
4967. Tualatin, City of, Oregon
4968. Umatilla, County of, Oregon
4969. Union, County of, Oregon
4970. Wasco, County of, Oregon
4971. Washington, County of, Oregon
4972. West Linn, City of, Oregon
4973. Wilsonville, City of, Oregon
4974. Woodburn, City of, Oregon
4975. Yamhill, County of, Oregon
4976. Abington, Township of, Pennsylvania
4977. Adams, County of, Pennsylvania
4978. Adams, Township of, Pennsylvania
4979. Allegheny, County of, Pennsylvania
4980. Allentown, City of, Pennsylvania
4981. Altoona, City of, Pennsylvania
4982. Amity, Township of, Pennsylvania
4983. Antrim, Township of, Pennsylvania
4984. Armstrong, County of, Pennsylvania
4985. Aston, Township of, Pennsylvania
4986. Baldwin, Borough of, Pennsylvania
4987. Beaver, County of, Pennsylvania
4988. Bedford, County of, Pennsylvania
4989. Bensalem, Township of, Pennsylvania

4990. Berks, County of, Pennsylvania
4991. Bethel Park, Municipality of, Pennsylvania
4992. Bethlehem, City of, Pennsylvania
4993. Bethlehem, Township of, Pennsylvania
4994. Blair, County of, Pennsylvania
4995. Bloomsburg, Town of, Pennsylvania
4996. Bradford, County of, Pennsylvania
4997. Bristol, Township of, Pennsylvania
4998. Buckingham, Township of, Pennsylvania
4999. Bucks, County of, Pennsylvania
5000. Butler, City of, Pennsylvania
5001. Butler, County of, Pennsylvania
5002. Butler, Township of, Pennsylvania
5003. Caln, Township of, Pennsylvania
5004. Cambria, County of, Pennsylvania
5005. Carbon, County of, Pennsylvania
5006. Carlisle, Borough of, Pennsylvania
5007. Cecil, Township of, Pennsylvania
5008. Center, Township of, Pennsylvania
5009. Centre, County of, Pennsylvania
5010. Chambersburg, Borough of, Pennsylvania
5011. Cheltenham, Township of, Pennsylvania
5012. Chester, City of, Pennsylvania
5013. Chester, County of, Pennsylvania
5014. Chestnuthill, Township of, Pennsylvania
5015. Clarion, County of, Pennsylvania
5016. Clearfield, County of, Pennsylvania
5017. Clinton, County of, Pennsylvania
5018. Coal, Township of, Pennsylvania
5019. Coatesville, City of, Pennsylvania
5020. College, Township of, Pennsylvania
5021. Columbia, Borough of, Pennsylvania
5022. Columbia, County of, Pennsylvania
5023. Concord, Township of, Pennsylvania
5024. Coolbaugh, Township of, Pennsylvania
5025. Cranberry, Township of, Pennsylvania
5026. Crawford, County of, Pennsylvania

5027. Cumberland, County of, Pennsylvania
5028. Cumru, Township of, Pennsylvania
5029. Darby, Borough of, Pennsylvania
5030. Dauphin, County of, Pennsylvania
5031. Delaware, County of, Pennsylvania
5032. Derry, Township of, Pennsylvania
5033. Dingman, Township of, Pennsylvania
5034. Douglass, Township of, Pennsylvania
5035. Dover, Township of, Pennsylvania
5036. Doylestown, Township of, Pennsylvania
5037. Dunmore, Borough of, Pennsylvania
5038. East Cocalico, Township of, Pennsylvania
5039. East Goshen, Township of, Pennsylvania
5040. East Hempfield, Township of, Pennsylvania
5041. East Lampeter, Township of, Pennsylvania
5042. East Norriton, Township of, Pennsylvania
5043. East Pennsboro, Township of, Pennsylvania
5044. East Stroudsburg, Borough of, Pennsylvania
5045. East Whiteland, Township of, Pennsylvania
5046. Easton, City of, Pennsylvania
5047. Easttown, Township of, Pennsylvania
5048. Elizabeth, Township of, Pennsylvania
5049. Elizabethtown, Borough of, Pennsylvania
5050. Elk, County of, Pennsylvania
5051. Emmaus, Borough of, Pennsylvania
5052. Ephrata, Borough of, Pennsylvania
5053. Ephrata, Township of, Pennsylvania
5054. Erie, City of, Pennsylvania
5055. Erie, County of, Pennsylvania
5056. Exeter, Township of, Pennsylvania
5057. Fairview, Township of, Pennsylvania

5058. Falls, Township of, Pennsylvania
5059. Fayette, County of, Pennsylvania
5060. Ferguson, Township of, Pennsylvania
5061. Forks, Township of, Pennsylvania
5062. Franconia, Township of, Pennsylvania
5063. Franklin, County of, Pennsylvania
5064. Franklin Park, Borough of, Pennsylvania
5065. Fulton, County of, Pennsylvania
5066. Greene, County of, Pennsylvania
5067. Greene, Township of, Pennsylvania
5068. Greensburg, City of, Pennsylvania
5069. Guilford, Township of, Pennsylvania
5070. Hamilton, Township of, Pennsylvania
5071. Hampden, Township of, Pennsylvania
5072. Hampton, Township of, Pennsylvania
5073. Hanover, Borough of, Pennsylvania
5074. Hanover, Township of, Pennsylvania
5075. Harborcreek, Township of, Pennsylvania
5076. Harrisburg, City of, Pennsylvania
5077. Harrison, Township of, Pennsylvania
5078. Hatfield, Township of, Pennsylvania
5079. Haverford, Township of, Pennsylvania
5080. Hazleton, City of, Pennsylvania
5081. Hempfield, Township of, Pennsylvania
5082. Hermitage, City of, Pennsylvania
5083. Hilltown, Township of, Pennsylvania
5084. Hopewell, Township of, Pennsylvania
5085. Horsham, Township of, Pennsylvania
5086. Huntingdon, County of, Pennsylvania
5087. Indiana, Borough of, Pennsylvania
5088. Indiana, County of, Pennsylvania
5089. Jefferson, County of, Pennsylvania
5090. Jefferson Hills, Borough of, Pennsylvania

5091. Johnstown, City of, Pennsylvania
5092. Juniata, County of, Pennsylvania
5093. Kingston, Borough of, Pennsylvania
5094. Lackawanna, County of, Pennsylvania
5095. Lancaster, City of, Pennsylvania
5096. Lancaster, County of, Pennsylvania
5097. Lancaster, Township of, Pennsylvania
5098. Lansdale, Borough of, Pennsylvania
5099. Lansdowne, Borough of, Pennsylvania
5100. Lawrence, County of, Pennsylvania
5101. Lebanon, City of, Pennsylvania
5102. Lebanon, County of, Pennsylvania
5103. Lehigh, County of, Pennsylvania
5104. Lehigh, Township of, Pennsylvania
5105. Lehman, Township of, Pennsylvania
5106. Limerick, Township of, Pennsylvania
5107. Logan, Township of, Pennsylvania
5108. Lower Allen, Township of, Pennsylvania
5109. Lower Burrell, City of, Pennsylvania
5110. Lower Gwynedd, Township of, Pennsylvania
5111. Lower Macungie, Township of, Pennsylvania
5112. Lower Makefield, Township of, Pennsylvania
5113. Lower Merion, Township of, Pennsylvania
5114. Lower Moreland, Township of, Pennsylvania
5115. Lower Paxton, Township of, Pennsylvania
5116. Lower Pottsgrove, Township of, Pennsylvania
5117. Lower Providence, Township of, Pennsylvania
5118. Lower Salford, Township of, Pennsylvania
5119. Lower Saucon, Township of, Pennsylvania
5120. Lower Southampton, Township of, Pennsylvania

5121. Loyalsock, Township of, Pennsylvania
5122. Luzerne, County of, Pennsylvania
5123. Lycoming, County of, Pennsylvania
5124. Manchester, Township of, Pennsylvania
5125. Manheim, Township of, Pennsylvania
5126. Manor, Township of, Pennsylvania
5127. Marple, Township of, Pennsylvania
5128. McCandless, Township of, Pennsylvania
5129. McKean, County of, Pennsylvania
5130. McKeesport, City of, Pennsylvania
5131. Meadville, City of, Pennsylvania
5132. Mercer, County of, Pennsylvania
5133. Middle Smithfield, Township of, Pennsylvania
5134. Middletown, Township of, Pennsylvania
5135. Mifflin, County of, Pennsylvania
5136. Milford, Township of, Pennsylvania
5137. Millcreek, Township of, Pennsylvania
5138. Monroe, County of, Pennsylvania
5139. Monroeville, Municipality of, Pennsylvania
5140. Montgomery, County of, Pennsylvania
5141. Montgomery, Township of, Pennsylvania
5142. Montour, County of, Pennsylvania
5143. Moon, Township of, Pennsylvania
5144. Mount Joy, Township of, Pennsylvania
5145. Mount Lebanon, Township of, Pennsylvania
5146. Mount Pleasant, Township of, Pennsylvania
5147. Muhlenberg, Township of, Pennsylvania
5148. Munhall, Borough of, Pennsylvania
5149. Murrysville, Municipality of, Pennsylvania
5150. Nanticoke, City of, Pennsylvania

5151. Nether Providence, Township of, Pennsylvania
5152. New Britain, Township of, Pennsylvania
5153. New Castle, City of, Pennsylvania
5154. New Garden, Township of, Pennsylvania
5155. New Hanover, Township of, Pennsylvania
5156. New Kensington, City of, Pennsylvania
5157. Newberry, Township of, Pennsylvania
5158. Newtown, Township of, Pennsylvania
5159. Norristown, Borough of, Pennsylvania
5160. North Fayette, Township of, Pennsylvania
5161. North Huntingdon, Township of, Pennsylvania
5162. North Lebanon, Township of, Pennsylvania
5163. North Middleton, Township of, Pennsylvania
5164. North Strabane, Township of, Pennsylvania
5165. North Union, Township of, Pennsylvania
5166. North Whitehall, Township of, Pennsylvania
5167. Northampton, County of, Pennsylvania
5168. Northampton, Township of, Pennsylvania
5169. Northumberland, County of, Pennsylvania
5170. Palmer, Township of, Pennsylvania
5171. Patton, Township of, Pennsylvania
5172. Penn Hills, Township of, Pennsylvania
5173. Penn, Township of, Pennsylvania
5174. Perry, County of, Pennsylvania
5175. Peters, Township of, Pennsylvania
5176. Philadelphia, City of/ County of, Pennsylvania

5177.  Phoenixville, Borough of, Pennsylvania
5178.  Pike, County of, Pennsylvania
5179.  Pine, Township of, Pennsylvania
5180.  Pittsburgh, City of, Pennsylvania
5181.  Plum, Borough of, Pennsylvania
5182.  Plumstead, Township of, Pennsylvania
5183.  Plymouth, Township of, Pennsylvania
5184.  Pocono, Township of, Pennsylvania
5185.  Potter, County of, Pennsylvania
5186.  Pottstown, Borough of, Pennsylvania
5187.  Pottsville, City of, Pennsylvania
5188.  Radnor, Township of, Pennsylvania
5189.  Rapho, Township of, Pennsylvania
5190.  Reading, City of, Pennsylvania
5191.  Richland, Township of, Pennsylvania
5192.  Ridley, Township of, Pennsylvania
5193.  Robinson, Township of, Pennsylvania
5194.  Ross, Township of, Pennsylvania
5195.  Rostraver, Township of, Pennsylvania
5196.  Salisbury, Township of, Pennsylvania
5197.  Sandy, Township of, Pennsylvania
5198.  Schuylkill, County of, Pennsylvania
5199.  Scott, Township of, Pennsylvania
5200.  Scranton, City of, Pennsylvania
5201.  Shaler, Township of, Pennsylvania
5202.  Sharon, City of, Pennsylvania
5203.  Silver Spring, Township of, Pennsylvania
5204.  Skippack, Township of, Pennsylvania
5205.  Snyder, County of, Pennsylvania
5206.  Somerset, County of, Pennsylvania
5207.  Somerset, Township of, Pennsylvania
5208.  South Fayette, Township of, Pennsylvania
5209.  South Lebanon, Township of, Pennsylvania
5210.  South Middleton, Township of, Pennsylvania
5211.  South Park, Township of, Pennsylvania
5212.  South Union, Township of, Pennsylvania
5213.  South Whitehall, Township of, Pennsylvania
5214.  Spring Garden, Township of, Pennsylvania
5215.  Spring, Township of, Pennsylvania
5216.  Springettsbury, Township of, Pennsylvania
5217.  Springfield, Township of, Pennsylvania
5218.  St. Marys, City of, Pennsylvania
5219.  State College, Borough of, Pennsylvania
5220.  Stroud, Township of, Pennsylvania
5221.  Susquehanna, County of, Pennsylvania
5222.  Susquehanna, Township of, Pennsylvania
5223.  Swatara, Township of, Pennsylvania
5224.  Tioga, County of, Pennsylvania
5225.  Towamencin, Township of, Pennsylvania
5226.  Tredyffrin, Township of, Pennsylvania
5227.  Union, County of, Pennsylvania
5228.  Unity, Township of, Pennsylvania
5229.  Upper Allen, Township of, Pennsylvania
5230.  Upper Chichester, Township of, Pennsylvania
5231.  Upper Darby, Township of, Pennsylvania
5232.  Upper Dublin, Township of, Pennsylvania
5233.  Upper Gwynedd, Township of, Pennsylvania
5234.  Upper Macungie, Township of, Pennsylvania
5235.  Upper Merion, Township of, Pennsylvania

5236. Upper Moreland, Township of, Pennsylvania

5237. Upper Providence, Township of, Pennsylvania

5238. Upper Saucon, Township of, Pennsylvania

5239. Upper Southampton, Township of, Pennsylvania

5240. Upper St. Clair, Township of, Pennsylvania

5241. Upper Uwchlan, Township of, Pennsylvania

5242. Uwchlan, Township of, Pennsylvania

5243. Venango, County of, Pennsylvania

5244. Warminster, Township of, Pennsylvania

5245. Warren, County of, Pennsylvania

5246. Warrington, Township of, Pennsylvania

5247. Warwick, Township of, Pennsylvania

5248. Washington, City of, Pennsylvania

5249. Washington, County of, Pennsylvania

5250. Washington, Township of, Pennsylvania

5251. Wayne, County of, Pennsylvania

5252. Waynesboro, Borough of, Pennsylvania

5253. West Bradford, Township of, Pennsylvania

5254. West Chester, Borough of, Pennsylvania

5255. West Deer, Township of, Pennsylvania

5256. West Goshen, Township of, Pennsylvania

5257. West Hanover, Township of, Pennsylvania

5258. West Hempfield, Township of, Pennsylvania

5259. West Lampeter, Township of, Pennsylvania

5260. West Manchester, Township of, Pennsylvania

5261. West Mifflin, Borough of, Pennsylvania

5262. West Norriton, Township of, Pennsylvania

5263. West Whiteland, Township of, Pennsylvania

5264. Westmoreland, County of, Pennsylvania

5265. Westtown, Township of, Pennsylvania

5266. White, Township of, Pennsylvania

5267. Whitehall, Borough of, Pennsylvania

5268. Whitehall, Township of, Pennsylvania

5269. Whitemarsh, Township of, Pennsylvania

5270. Whitpain, Township of, Pennsylvania

5271. Wilkes-Barre, City of, Pennsylvania

5272. Wilkinsburg, Borough of, Pennsylvania

5273. Williamsport, City of, Pennsylvania

5274. Willistown, Township of, Pennsylvania

5275. Windsor, Township of, Pennsylvania

5276. Worcester, Township of, Pennsylvania

5277. Wyoming, County of, Pennsylvania

5278. Wyomissing, Borough of, Pennsylvania

5279. Yeadon, Borough of, Pennsylvania

5280. York, City of, Pennsylvania

5281. York, County of, Pennsylvania

5282. York, Township of, Pennsylvania

5283. Adjuntas, Municipality of, Puerto Rico

5284. Aguada, Municipality of, Puerto Rico

5285. Aguadilla, Municipality of, Puerto Rico

5286. Aguas Buenas, Municipality of, Puerto Rico

5287. Aibonito, Municipality of, Puerto Rico

5288. Añasco, Municipality of, Puerto Rico

5289. Arecibo, Municipality of, Puerto Rico
5290. Arroyo, Municipality of, Puerto Rico
5291. Barceloneta, Municipality of, Puerto Rico
5292. Barranquitas, Municipality of, Puerto Rico
5293. Bayamón, Municipality of, Puerto Rico
5294. Cabo Rojo, Municipality of, Puerto Rico
5295. Caguas, Municipality of, Puerto Rico
5296. Camuy, Municipality of, Puerto Rico
5297. Canóvanas, Municipality of, Puerto Rico
5298. Carolina, Municipality of, Puerto Rico
5299. Cataño, Municipality of, Puerto Rico
5300. Cayey, Municipality of, Puerto Rico
5301. Ceiba, Municipality of, Puerto Rico
5302. Ciales, Municipality of, Puerto Rico
5303. Cidra, Municipality of, Puerto Rico
5304. Coamo, Municipality of, Puerto Rico
5305. Comerío, Municipality of, Puerto Rico
5306. Corozal, Municipality of, Puerto Rico
5307. Dorado, Municipality of, Puerto Rico
5308. Fajardo, Municipality of, Puerto Rico
5309. Florida, Municipality of, Puerto Rico
5310. Guánica, Municipality of, Puerto Rico
5311. Guayama, Municipality of, Puerto Rico
5312. Guayanilla, Municipality of, Puerto Rico
5313. Guaynabo, Municipality of, Puerto Rico
5314. Gurabo, Municipality of, Puerto Rico
5315. Hatillo, Municipality of, Puerto Rico
5316. Hormigueros, Municipality of, Puerto Rico
5317. Humacao, Municipality of, Puerto Rico
5318. Isabela, Municipality of, Puerto Rico

5319. Jayuya, Municipality of, Puerto Rico
5320. Juana Díaz, Municipality of, Puerto Rico
5321. Juncos, Municipality of, Puerto Rico
5322. Lajas, Municipality of, Puerto Rico
5323. Lares, Municipality of, Puerto Rico
5324. Las Piedras, Municipality of, Puerto Rico
5325. Loíza, Municipality of, Puerto Rico
5326. Luquillo, Municipality of, Puerto Rico
5327. Manatí, Municipality of, Puerto Rico
5328. Maunabo, Municipality of, Puerto Rico
5329. Mayagüez, Municipality of, Puerto Rico
5330. Moca, Municipality of, Puerto Rico
5331. Morovis, Municipality of, Puerto Rico
5332. Naguabo, Municipality of, Puerto Rico
5333. Naranjito, Municipality of, Puerto Rico
5334. Orocovis, Municipality of, Puerto Rico
5335. Patillas, Municipality of, Puerto Rico
5336. Peñuelas, Municipality of, Puerto Rico
5337. Ponce, Municipality of, Puerto Rico
5338. Quebradillas, Municipality of, Puerto Rico
5339. Rincón, Municipality of, Puerto Rico
5340. Río Grande, Municipality of, Puerto Rico
5341. Sabana Grande, Municipality of, Puerto Rico
5342. Salinas, Municipality of, Puerto Rico
5343. San Germán, Municipality of, Puerto Rico
5344. San Juan, Municipality of, Puerto Rico
5345. San Lorenzo, Municipality of, Puerto Rico
5346. San Sebastián, Municipality of, Puerto Rico

I-64

5347. Santa Isabel, Municipality of, Puerto Rico
5348. Toa Alta, Municipality of, Puerto Rico
5349. Toa Baja, Municipality of, Puerto Rico
5350. Trujillo Alto, Municipality of, Puerto Rico
5351. Utuado, Municipality of, Puerto Rico
5352. Vega Alta, Municipality of, Puerto Rico
5353. Vega Baja, Municipality of, Puerto Rico
5354. Villalba, Municipality of, Puerto Rico
5355. Yabucoa, Municipality of, Puerto Rico
5356. Yauco, Municipality of, Puerto Rico
5357. Barrington, Town of, Rhode Island
5358. Bristol, Town of, Rhode Island
5359. Burrillville, Town of, Rhode Island
5360. Central Falls, City of, Rhode Island
5361. Coventry, Town of, Rhode Island
5362. Cranston, City of, Rhode Island
5363. Cumberland, Town of, Rhode Island
5364. East Greenwich, Town of, Rhode Island
5365. East Providence, City of, Rhode Island
5366. Glocester, Town of, Rhode Island
5367. Johnston, Town of, Rhode Island
5368. Lincoln, Town of, Rhode Island
5369. Middletown, Town of, Rhode Island
5370. Narragansett, Town of, Rhode Island
5371. Newport, City of, Rhode Island
5372. North Kingstown, Town of, Rhode Island
5373. North Providence, Town of, Rhode Island
5374. North Smithfield, Town of, Rhode Island
5375. Pawtucket, City of, Rhode Island
5376. Portsmouth, Town of, Rhode Island
5377. Providence, City of, Rhode Island
5378. Scituate, Town of, Rhode Island
5379. Smithfield, Town of, Rhode Island
5380. South Kingstown, Town of, Rhode Island
5381. Tiverton, Town of, Rhode Island
5382. Warren, Town of, Rhode Island
5383. Warwick, City of, Rhode Island
5384. West Warwick, Town of, Rhode Island
5385. Westerly, Town of, Rhode Island
5386. Woonsocket, City of, Rhode Island
5387. Abbeville, County of, South Carolina
5388. Aiken, City of, South Carolina
5389. Aiken, County of, South Carolina
5390. Anderson, City of, South Carolina
5391. Anderson, County of, South Carolina
5392. Bamberg, County of, South Carolina
5393. Barnwell, County of, South Carolina
5394. Beaufort, City of, South Carolina
5395. Beaufort, County of, South Carolina
5396. Berkeley, County of, South Carolina
5397. Bluffton, Town of, South Carolina
5398. Calhoun, County of, South Carolina
5399. Cayce, City of, South Carolina
5400. Charleston, City of, South Carolina
5401. Charleston, County of, South Carolina
5402. Cherokee, County of, South Carolina
5403. Chester, County of, South Carolina
5404. Chesterfield, County of, South Carolina
5405. Clarendon, County of, South Carolina
5406. Clemson, City of, South Carolina
5407. Colleton, County of, South Carolina
5408. Columbia, City of, South Carolina
5409. Conway, City of, South Carolina
5410. Darlington, County of, South Carolina
5411. Dillon, County of, South Carolina
5412. Dorchester, County of, South Carolina
5413. Easley, City of, South Carolina
5414. Edgefield, County of, South Carolina
5415. Fairfield, County of, South Carolina
5416. Florence, City of, South Carolina
5417. Florence, County of, South Carolina
5418. Forest Acres, City of, South Carolina

5419. Fort Mill, Town of, South Carolina
5420. Fountain Inn, City of, South Carolina
5421. Gaffney, City of, South Carolina
5422. Georgetown, County of, South Carolina
5423. Goose Creek, City of, South Carolina
5424. Greenville, City of, South Carolina
5425. Greenville, County of, South Carolina
5426. Greenwood, City of, South Carolina
5427. Greenwood, County of, South Carolina
5428. Greer, City of, South Carolina
5429. Hampton, County of, South Carolina
5430. Hanahan, City of, South Carolina
5431. Hilton Head Island, Town of, South Carolina
5432. Horry, County of, South Carolina
5433. Irmo, Town of, South Carolina
5434. James Island, Town of, South Carolina
5435. Jasper, County of, South Carolina
5436. Kershaw, County of, South Carolina
5437. Lancaster, County of, South Carolina
5438. Laurens, County of, South Carolina
5439. Lee, County of, South Carolina
5440. Lexington, County of, South Carolina
5441. Lexington, Town of, South Carolina
5442. Marion, County of, South Carolina
5443. Marlboro, County of, South Carolina
5444. Mauldin, City of, South Carolina
5445. Moncks Corner, Town of, South Carolina
5446. Mount Pleasant, Town of, South Carolina
5447. Myrtle Beach, City of, South Carolina
5448. Newberry, City of, South Carolina
5449. Newberry, County of, South Carolina
5450. North Augusta, City of, South Carolina
5451. North Charleston, City of, South Carolina
5452. North Myrtle Beach, City of, South Carolina
5453. Oconee, County of, South Carolina
5454. Orangeburg, City of, South Carolina
5455. Orangeburg, County of, South Carolina
5456. Pickens, County of, South Carolina
5457. Port Royal, Town of, South Carolina
5458. Richland, County of, South Carolina
5459. Rock Hill, City of, South Carolina
5460. Saluda, County of, South Carolina
5461. Simpsonville, City of, South Carolina
5462. Spartanburg, City of, South Carolina
5463. Spartanburg, County of, South Carolina
5464. Summerville, Town of, South Carolina
5465. Sumter, City of, South Carolina
5466. Sumter, County of, South Carolina
5467. Tega Cay, City of, South Carolina
5468. Union, County of, South Carolina
5469. West Columbia, City of, South Carolina
5470. Williamsburg, County of, South Carolina
5471. York, County of, South Carolina
5472. Aberdeen, City of, South Dakota
5473. Beadle, County of, South Dakota
5474. Box Elder, City of, South Dakota
5475. Brandon, City of, South Dakota
5476. Brookings, City of, South Dakota
5477. Brookings, County of, South Dakota
5478. Brown, County of, South Dakota
5479. Butte, County of, South Dakota
5480. Clay, County of, South Dakota
5481. Codington, County of, South Dakota
5482. Davison, County of, South Dakota
5483. Hughes, County of, South Dakota
5484. Huron, City of, South Dakota
5485. Lake, County of, South Dakota
5486. Lawrence, County of, South Dakota
5487. Lincoln, County of, South Dakota
5488. Meade, County of, South Dakota
5489. Minnehaha, County of, South Dakota
5490. Mitchell, City of, South Dakota

5491. Oglala Lakota, County of, South Dakota
5492. Pennington, County of, South Dakota
5493. Pierre, City of, South Dakota
5494. Rapid City, City of, South Dakota
5495. Roberts, County of, South Dakota
5496. Sioux Falls, City of, South Dakota
5497. Spearfish, City of, South Dakota
5498. Todd, County of, South Dakota
5499. Union, County of, South Dakota
5500. Vermillion, City of, South Dakota
5501. Watertown, City of, South Dakota
5502. Yankton, City of, South Dakota
5503. Yankton, County of, South Dakota
5504. Anderson, County of, Tennessee
5505. Arlington, Town of, Tennessee
5506. Athens, City of, Tennessee
5507. Bartlett, City of, Tennessee
5508. Bedford, County of, Tennessee
5509. Benton, County of, Tennessee
5510. Bledsoe, County of, Tennessee
5511. Blount, County of, Tennessee
5512. Bradley, County of, Tennessee
5513. Brentwood, City of, Tennessee
5514. Bristol, City of, Tennessee
5515. Campbell, County of, Tennessee
5516. Cannon, County of, Tennessee
5517. Carroll, County of, Tennessee
5518. Carter, County of, Tennessee
5519. Chattanooga, City of, Tennessee
5520. Cheatham, County of, Tennessee
5521. Chester, County of, Tennessee
5522. Claiborne, County of, Tennessee
5523. Clarksville, City of, Tennessee
5524. Cleveland, City of, Tennessee
5525. Clinton, City of, Tennessee
5526. Cocke, County of, Tennessee
5527. Coffee, County of, Tennessee
5528. Collegedale, City of, Tennessee
5529. Collierville, Town of, Tennessee
5530. Columbia, City of, Tennessee
5531. Cookeville, City of, Tennessee
5532. Crockett, County of, Tennessee
5533. Crossville, City of, Tennessee
5534. Cumberland, County of, Tennessee
5535. Decatur, County of, Tennessee
5536. DeKalb, County of, Tennessee
5537. Dickson, City of, Tennessee
5538. Dickson, County of, Tennessee
5539. Dyer, County of, Tennessee
5540. Dyersburg, City of, Tennessee
5541. East Ridge, City of, Tennessee
5542. Elizabethton, City of, Tennessee
5543. Farragut, Town of, Tennessee
5544. Fayette, County of, Tennessee
5545. Fentress, County of, Tennessee
5546. Franklin, City of, Tennessee
5547. Franklin, County of, Tennessee
5548. Gallatin, City of, Tennessee
5549. Germantown, City of, Tennessee
5550. Gibson, County of, Tennessee
5551. Giles, County of, Tennessee
5552. Goodlettsville, City of, Tennessee
5553. Grainger, County of, Tennessee
5554. Greene, County of, Tennessee
5555. Greeneville, Town of, Tennessee
5556. Grundy, County of, Tennessee
5557. Hamblen, County of, Tennessee
5558. Hamilton, County of, Tennessee
5559. Hardeman, County of, Tennessee
5560. Hardin, County of, Tennessee
5561. Hartsville/Trousdale, County of, Tennessee
5562. Hawkins, County of, Tennessee
5563. Haywood, County of, Tennessee
5564. Henderson, County of, Tennessee
5565. Hendersonville, City of, Tennessee
5566. Henry, County of, Tennessee
5567. Hickman, County of, Tennessee
5568. Humphreys, County of, Tennessee
5569. Jackson, City of, Tennessee
5570. Jackson, County of, Tennessee
5571. Jefferson, County of, Tennessee
5572. Johnson City, City of, Tennessee
5573. Johnson, County of, Tennessee
5574. Kingsport, City of, Tennessee
5575. Knox, County of, Tennessee
5576. Knoxville, City of, Tennessee
5577. La Vergne, City of, Tennessee
5578. Lakeland, City of, Tennessee
5579. Lauderdale, County of, Tennessee

5580. Lawrence, County of, Tennessee
5581. Lawrenceburg, City of, Tennessee
5582. Lebanon, City of, Tennessee
5583. Lewis, County of, Tennessee
5584. Lewisburg, City of, Tennessee
5585. Lincoln, County of, Tennessee
5586. Loudon, County of, Tennessee
5587. Macon, County of, Tennessee
5588. Madison, County of, Tennessee
5589. Manchester, City of, Tennessee
5590. Marion, County of, Tennessee
5591. Marshall, County of, Tennessee
5592. Martin, City of, Tennessee
5593. Maryville, City of, Tennessee
5594. Maury, County of, Tennessee
5595. McMinn, County of, Tennessee
5596. McMinnville, City of, Tennessee
5597. McNairy, County of, Tennessee
5598. Meigs, County of, Tennessee
5599. Memphis, City of, Tennessee
5600. Millington, City of, Tennessee
5601. Monroe, County of, Tennessee
5602. Montgomery, County of, Tennessee
5603. Morgan, County of, Tennessee
5604. Morristown, City of, Tennessee
5605. Mount Juliet, City of, Tennessee
5606. Murfreesboro, City of, Tennessee
5607. Nashville-Davidson, Metropolitan Government, Tennessee
5608. Nolensville, Town of, Tennessee
5609. Oak Ridge, City of, Tennessee
5610. Obion, County of, Tennessee
5611. Overton, County of, Tennessee
5612. Paris, City of, Tennessee
5613. Polk, County of, Tennessee
5614. Portland, City of, Tennessee
5615. Putnam, County of, Tennessee
5616. Red Bank, City of, Tennessee
5617. Rhea, County of, Tennessee
5618. Roane, County of, Tennessee
5619. Robertson, County of, Tennessee
5620. Rutherford, County of, Tennessee
5621. Scott, County of, Tennessee
5622. Sequatchie, County of, Tennessee
5623. Sevier, County of, Tennessee
5624. Sevierville, City of, Tennessee

5625. Shelby, County of, Tennessee
5626. Shelbyville, City of, Tennessee
5627. Smith, County of, Tennessee
5628. Smyrna, Town of, Tennessee
5629. Soddy-Daisy, City of, Tennessee
5630. Spring Hill, City of, Tennessee
5631. Springfield, City of, Tennessee
5632. Stewart, County of, Tennessee
5633. Sullivan, County of, Tennessee
5634. Sumner, County of, Tennessee
5635. Tipton, County of, Tennessee
5636. Tullahoma, City of, Tennessee
5637. Unicoi, County of, Tennessee
5638. Union City, City of, Tennessee
5639. Union, County of, Tennessee
5640. Warren, County of, Tennessee
5641. Washington, County of, Tennessee
5642. Wayne, County of, Tennessee
5643. Weakley, County of, Tennessee
5644. White, County of, Tennessee
5645. White House, City of, Tennessee
5646. Williamson, County of, Tennessee
5647. Wilson, County of, Tennessee
5648. Abilene, City of, Texas
5649. Addison, Town of, Texas
5650. Alamo, City of, Texas
5651. Alice, City of, Texas
5652. Allen, City of, Texas
5653. Alton, City of, Texas
5654. Alvin, City of, Texas
5655. Amarillo, City of, Texas
5656. Anderson, County of, Texas
5657. Andrews, City of, Texas
5658. Andrews, County of, Texas
5659. Angelina, County of, Texas
5660. Angleton, City of, Texas
5661. Anna, City of, Texas
5662. Aransas, County of, Texas
5663. Arlington, City of, Texas
5664. Atascosa, County of, Texas
5665. Athens, City of, Texas
5666. Austin, City of, Texas
5667. Austin, County of, Texas
5668. Azle, City of, Texas
5669. Balch Springs, City of, Texas
5670. Bandera, County of, Texas

5671. Bastrop, County of, Texas
5672. Bay City, City of, Texas
5673. Baytown, City of, Texas
5674. Beaumont, City of, Texas
5675. Bedford, City of, Texas
5676. Bee, County of, Texas
5677. Beeville, City of, Texas
5678. Bell, County of, Texas
5679. Bellaire, City of, Texas
5680. Bellmead, City of, Texas
5681. Belton, City of, Texas
5682. Benbrook, City of, Texas
5683. Bexar, County of, Texas
5684. Big Spring, City of, Texas
5685. Blanco, County of, Texas
5686. Boerne, City of, Texas
5687. Bonham, City of, Texas
5688. Borger, City of, Texas
5689. Bosque, County of, Texas
5690. Bowie, County of, Texas
5691. Brazoria, County of, Texas
5692. Brazos, County of, Texas
5693. Brenham, City of, Texas
5694. Brown, County of, Texas
5695. Brownsville, City of, Texas
5696. Brownwood, City of, Texas
5697. Bryan, City of, Texas
5698. Buda, City of, Texas
5699. Burkburnett, City of, Texas
5700. Burleson, City of, Texas
5701. Burleson, County of, Texas
5702. Burnet, County of, Texas
5703. Caldwell, County of, Texas
5704. Calhoun, County of, Texas
5705. Callahan, County of, Texas
5706. Cameron, County of, Texas
5707. Camp, County of, Texas
5708. Canyon, City of, Texas
5709. Carrollton, City of, Texas
5710. Cass, County of, Texas
5711. Cedar Hill, City of, Texas
5712. Cedar Park, City of, Texas
5713. Celina, City of, Texas
5714. Chambers, County of, Texas
5715. Cherokee, County of, Texas
5716. Cibolo, City of, Texas

5717. Clay, County of, Texas
5718. Cleburne, City of, Texas
5719. Clute, City of, Texas
5720. College Station, City of, Texas
5721. Colleyville, City of, Texas
5722. Collin, County of, Texas
5723. Colorado, County of, Texas
5724. Comal, County of, Texas
5725. Comanche, County of, Texas
5726. Conroe, City of, Texas
5727. Converse, City of, Texas
5728. Cooke, County of, Texas
5729. Coppell, City of, Texas
5730. Copperas Cove, City of, Texas
5731. Corinth, City of, Texas
5732. Corpus Christi, City of, Texas
5733. Corsicana, City of, Texas
5734. Coryell, County of, Texas
5735. Crowley, City of, Texas
5736. Dallas, City of, Texas
5737. Dallas, County of, Texas
5738. Dawson, County of, Texas
5739. Deaf Smith, County of, Texas
5740. Deer Park, City of, Texas
5741. Del Rio, City of, Texas
5742. Denison, City of, Texas
5743. Denton, City of, Texas
5744. Denton, County of, Texas
5745. DeSoto, City of, Texas
5746. DeWitt, County of, Texas
5747. Dickinson, City of, Texas
5748. Dimmit, County of, Texas
5749. Donna, City of, Texas
5750. Dumas, City of, Texas
5751. Duncanville, City of, Texas
5752. Duval, County of, Texas
5753. Eagle Pass, City of, Texas
5754. Eastland, County of, Texas
5755. Ector, County of, Texas
5756. Edinburg, City of, Texas
5757. El Campo, City of, Texas
5758. El Paso, City of, Texas
5759. El Paso, County of, Texas
5760. Elgin, City of, Texas
5761. Ellis, County of, Texas
5762. Ennis, City of, Texas

I-69

5763. Erath, County of, Texas
5764. Euless, City of, Texas
5765. Fair Oaks Ranch, City of, Texas
5766. Falls, County of, Texas
5767. Fannin, County of, Texas
5768. Farmers Branch, City of, Texas
5769. Fate, City of, Texas
5770. Fayette, County of, Texas
5771. Flower Mound, Town of, Texas
5772. Forest Hill, City of, Texas
5773. Forney, City of, Texas
5774. Fort Bend, County of, Texas
5775. Fort Worth, City of, Texas
5776. Franklin, County of, Texas
5777. Fredericksburg, City of, Texas
5778. Freeport, City of, Texas
5779. Freestone, County of, Texas
5780. Friendswood, City of, Texas
5781. Frio, County of, Texas
5782. Frisco, City of, Texas
5783. Fulshear, City of, Texas
5784. Gaines, County of, Texas
5785. Gainesville, City of, Texas
5786. Galena Park, City of, Texas
5787. Galveston, City of, Texas
5788. Galveston, County of, Texas
5789. Garland, City of, Texas
5790. Gatesville, City of, Texas
5791. Georgetown, City of, Texas
5792. Gillespie, County of, Texas
5793. Glenn Heights, City of, Texas
5794. Gonzales, County of, Texas
5795. Granbury, City of, Texas
5796. Grand Prairie, City of, Texas
5797. Grapevine, City of, Texas
5798. Gray, County of, Texas
5799. Grayson, County of, Texas
5800. Greenville, City of, Texas
5801. Gregg, County of, Texas
5802. Grimes, County of, Texas
5803. Groves, City of, Texas
5804. Guadalupe, County of, Texas
5805. Hale, County of, Texas
5806. Haltom City, City of, Texas
5807. Hardin, County of, Texas
5808. Harker Heights, City of, Texas
5809. Harlingen, City of, Texas
5810. Harris, County of, Texas
5811. Harrison, County of, Texas
5812. Hays, County of, Texas
5813. Henderson, City of, Texas
5814. Henderson, County of, Texas
5815. Hereford, City of, Texas
5816. Hewitt, City of, Texas
5817. Hidalgo, City of, Texas
5818. Hidalgo, County of, Texas
5819. Highland, Village of, City of, Texas
5820. Hill, County of, Texas
5821. Hockley, County of, Texas
5822. Hood, County of, Texas
5823. Hopkins, County of, Texas
5824. Horizon City, City of, Texas
5825. Houston, City of, Texas
5826. Houston, County of, Texas
5827. Howard, County of, Texas
5828. Humble, City of, Texas
5829. Hunt, County of, Texas
5830. Huntsville, City of, Texas
5831. Hurst, City of, Texas
5832. Hutchinson, County of, Texas
5833. Hutto, City of, Texas
5834. Ingleside, City of, Texas
5835. Irving, City of, Texas
5836. Jacinto City, City of, Texas
5837. Jackson, County of, Texas
5838. Jacksonville, City of, Texas
5839. Jasper, County of, Texas
5840. Jefferson, County of, Texas
5841. Jim Wells, County of, Texas
5842. Johnson, County of, Texas
5843. Jones, County of, Texas
5844. Karnes, County of, Texas
5845. Katy, City of, Texas
5846. Kaufman, County of, Texas
5847. Keller, City of, Texas
5848. Kendall, County of, Texas
5849. Kerr, County of, Texas
5850. Kerrville, City of, Texas
5851. Kilgore, City of, Texas
5852. Killeen, City of, Texas
5853. Kingsville, City of, Texas
5854. Kleberg, County of, Texas

5855. Kyle, City of, Texas
5856. La Marque, City of, Texas
5857. La Porte, City of, Texas
5858. Lake Jackson, City of, Texas
5859. Lakeway, City of, Texas
5860. Lamar, County of, Texas
5861. Lamb, County of, Texas
5862. Lampasas, County of, Texas
5863. Lancaster, City of, Texas
5864. Laredo, City of, Texas
5865. Lavaca, County of, Texas
5866. League City, City of, Texas
5867. Leander, City of, Texas
5868. Lee, County of, Texas
5869. Leon, County of, Texas
5870. Leon Valley, City of, Texas
5871. Levelland, City of, Texas
5872. Lewisville, City of, Texas
5873. Liberty, County of, Texas
5874. Limestone, County of, Texas
5875. Little Elm, City of, Texas
5876. Live Oak, City of, Texas
5877. Live Oak, County of, Texas
5878. Llano, County of, Texas
5879. Lockhart, City of, Texas
5880. Longview, City of, Texas
5881. Lubbock, City of, Texas
5882. Lubbock, County of, Texas
5883. Lufkin, City of, Texas
5884. Lumberton, City of, Texas
5885. Madison, County of, Texas
5886. Manor, City of, Texas
5887. Mansfield, City of, Texas
5888. Manvel, City of, Texas
5889. Marshall, City of, Texas
5890. Matagorda, County of, Texas
5891. Maverick, County of, Texas
5892. McAllen, City of, Texas
5893. McKinney, City of, Texas
5894. McLennan, County of, Texas
5895. Medina, County of, Texas
5896. Melissa, City of, Texas
5897. Mercedes, City of, Texas
5898. Mesquite, City of, Texas
5899. Midland, City of, Texas
5900. Midland, County of, Texas

5901. Midlothian, City of, Texas
5902. Milam, County of, Texas
5903. Mineral Wells, City of, Texas
5904. Mission, City of, Texas
5905. Missouri City, City of, Texas
5906. Montague, County of, Texas
5907. Montgomery, County of, Texas
5908. Moore, County of, Texas
5909. Morris, County of, Texas
5910. Mount Pleasant, City of, Texas
5911. Murphy, City of, Texas
5912. Nacogdoches, City of, Texas
5913. Nacogdoches, County of, Texas
5914. Navarro, County of, Texas
5915. Nederland, City of, Texas
5916. New Braunfels, City of, Texas
5917. Newton, County of, Texas
5918. Nolan, County of, Texas
5919. North Richland Hills, City of, Texas
5920. Nueces, County of, Texas
5921. Odessa, City of, Texas
5922. Orange, City of, Texas
5923. Orange, County of, Texas
5924. Palestine, City of, Texas
5925. Palo Pinto, County of, Texas
5926. Pampa, City of, Texas
5927. Panola, County of, Texas
5928. Paris, City of, Texas
5929. Parker, County of, Texas
5930. Pasadena, City of, Texas
5931. Pearland, City of, Texas
5932. Pearsall, City of, Texas
5933. Pecos, City of, Texas
5934. Pecos, County of, Texas
5935. Pflugerville, City of, Texas
5936. Pharr, City of, Texas
5937. Plainview, City of, Texas
5938. Plano, City of, Texas
5939. Pleasanton, City of, Texas
5940. Polk, County of, Texas
5941. Port Arthur, City of, Texas
5942. Port Lavaca, City of, Texas
5943. Port Neches, City of, Texas
5944. Portland, City of, Texas
5945. Potter, County of, Texas
5946. Princeton, City of, Texas

I-71

5947. Prosper, Town of, Texas
5948. Rains, County of, Texas
5949. Randall, County of, Texas
5950. Raymondville, City of, Texas
5951. Red Oak, City of, Texas
5952. Red River, County of, Texas
5953. Reeves, County of, Texas
5954. Richardson, City of, Texas
5955. Richmond, City of, Texas
5956. Rio Grande City, City of, Texas
5957. Robertson, County of, Texas
5958. Robinson, City of, Texas
5959. Robstown, City of, Texas
5960. Rockport, City of, Texas
5961. Rockwall, City of, Texas
5962. Rockwall, County of, Texas
5963. Roma, City of, Texas
5964. Rosenberg, City of, Texas
5965. Round Rock, City of, Texas
5966. Rowlett, City of, Texas
5967. Royse City, City of, Texas
5968. Runnels, County of, Texas
5969. Rusk, County of, Texas
5970. Sabine, County of, Texas
5971. Sachse, City of, Texas
5972. Saginaw, City of, Texas
5973. San Angelo, City of, Texas
5974. San Antonio, City of, Texas
5975. San Benito, City of, Texas
5976. San Jacinto, County of, Texas
5977. San Juan, City of, Texas
5978. San Marcos, City of, Texas
5979. San Patricio, County of, Texas
5980. Santa Fe, City of, Texas
5981. Schertz, City of, Texas
5982. Scurry, County of, Texas
5983. Seabrook, City of, Texas
5984. Seagoville, City of, Texas
5985. Seguin, City of, Texas
5986. Selma, City of, Texas
5987. Shelby, County of, Texas
5988. Sherman, City of, Texas
5989. Smith, County of, Texas
5990. Snyder, City of, Texas
5991. Socorro, City of, Texas
5992. South Houston, City of, Texas

5993. Southlake, City of, Texas
5994. Stafford, City of, Texas
5995. Starr, County of, Texas
5996. Stephenville, City of, Texas
5997. Sugar Land, City of, Texas
5998. Sulphur Springs, City of, Texas
5999. Sweetwater, City of, Texas
6000. Tarrant, County of, Texas
6001. Taylor, City of, Texas
6002. Taylor, County of, Texas
6003. Temple, City of, Texas
6004. Terrell, City of, Texas
6005. Terry, County of, Texas
6006. Texarkana, City of, Texas
6007. Texas City, City of, Texas
6008. The Colony, City of, Texas
6009. Titus, County of, Texas
6010. Tom Green, County of, Texas
6011. Tomball, City of, Texas
6012. Travis, County of, Texas
6013. Trinity, County of, Texas
6014. Trophy Club, Town of, Texas
6015. Tyler, City of, Texas
6016. Tyler, County of, Texas
6017. Universal City, City of, Texas
6018. University Park, City of, Texas
6019. Upshur, County of, Texas
6020. Uvalde, City of, Texas
6021. Uvalde, County of, Texas
6022. Val Verde, County of, Texas
6023. Van Zandt, County of, Texas
6024. Vernon, City of, Texas
6025. Victoria, City of, Texas
6026. Victoria, County of, Texas
6027. Vidor, City of, Texas
6028. Waco, City of, Texas
6029. Walker, County of, Texas
6030. Waller, County of, Texas
6031. Ward, County of, Texas
6032. Washington, County of, Texas
6033. Watauga, City of, Texas
6034. Waxahachie, City of, Texas
6035. Weatherford, City of, Texas
6036. Webb, County of, Texas
6037. Webster, City of, Texas
6038. Weslaco, City of, Texas

6039. West University Place, City of, Texas
6040. Wharton, County of, Texas
6041. White Settlement, City of, Texas
6042. Wichita, County of, Texas
6043. Wichita Falls, City of, Texas
6044. Wilbarger, County of, Texas
6045. Willacy, County of, Texas
6046. Williamson, County of, Texas
6047. Wilson, County of, Texas
6048. Wise, County of, Texas
6049. Wood, County of, Texas
6050. Wylie, City of, Texas
6051. Young, County of, Texas
6052. Zapata, County of, Texas
6053. Zavala, County of, Texas
6054. Alpine, City of, Utah
6055. American Fork, City of, Utah
6056. Bluffdale, City of, Utah
6057. Bountiful, City of, Utah
6058. Box Elder, County of, Utah
6059. Brigham City, City of, Utah
6060. Cache, County of, Utah
6061. Carbon, County of, Utah
6062. Cedar City, City of, Utah
6063. Cedar Hills, City of, Utah
6064. Centerville, City of, Utah
6065. Clearfield, City of, Utah
6066. Clinton, City of, Utah
6067. Cottonwood Heights, City of, Utah
6068. Davis, County of, Utah
6069. Draper, City of, Utah
6070. Duchesne, County of, Utah
6071. Eagle Mountain, City of, Utah
6072. Emery, County of, Utah
6073. Farmington, City of, Utah
6074. Grantsville, City of, Utah
6075. Heber, City of, Utah
6076. Herriman, City of, Utah
6077. Highland, City of, Utah
6078. Holladay, City of, Utah
6079. Hurricane, City of, Utah
6080. Iron, County of, Utah
6081. Juab, County of, Utah
6082. Kaysville, City of, Utah
6083. Kearns metro, Township of, Utah

6084. Layton, City of, Utah
6085. Lehi, City of, Utah
6086. Lindon, City of, Utah
6087. Logan, City of, Utah
6088. Magna metro, Township of, Utah
6089. Mapleton, City of, Utah
6090. Midvale, City of, Utah
6091. Millard, County of, Utah
6092. Millcreek, City of, Utah
6093. Morgan, County of, Utah
6094. Murray, City of, Utah
6095. North Logan, City of, Utah
6096. North Ogden, City of, Utah
6097. North Salt Lake, City of, Utah
6098. Ogden, City of, Utah
6099. Orem, City of, Utah
6100. Payson, City of, Utah
6101. Pleasant Grove, City of, Utah
6102. Pleasant View, City of, Utah
6103. Provo, City of, Utah
6104. Riverton, City of, Utah
6105. Roy, City of, Utah
6106. Salt Lake City, City of, Utah
6107. Salt Lake, County of, Utah
6108. San Juan, County of, Utah
6109. Sandy, City of, Utah
6110. Sanpete, County of, Utah
6111. Santaquin, City of, Utah
6112. Saratoga Springs, City of, Utah
6113. Sevier, County of, Utah
6114. Smithfield, City of, Utah
6115. South Jordan, City of, Utah
6116. South Ogden, City of, Utah
6117. South Salt Lake, City of, Utah
6118. Spanish Fork, City of, Utah
6119. Springville, City of, Utah
6120. St. George, City of, Utah
6121. Summit, County of, Utah
6122. Syracuse, City of, Utah
6123. Taylorsville, City of, Utah
6124. Tooele, City of, Utah
6125. Tooele, County of, Utah
6126. Uintah, County of, Utah
6127. Utah, County of, Utah
6128. Vernal, City of, Utah
6129. Vineyard, Town of, Utah

6130. Wasatch, County of, Utah
6131. Washington, City of, Utah
6132. Washington, County of, Utah
6133. Weber, County of, Utah
6134. West Haven, City of, Utah
6135. West Jordan, City of, Utah
6136. West Point, City of, Utah
6137. West Valley City, City of, Utah
6138. Woods Cross, City of, Utah
6139. Addison, County of, Vermont
6140. Bennington, County of, Vermont
6141. Bennington, Town of, Vermont
6142. Brattleboro, Town of, Vermont
6143. Burlington, City of, Vermont
6144. Caledonia, County of, Vermont
6145. Chittenden, County of, Vermont
6146. Colchester, Town of, Vermont
6147. Essex Junction, Village of, Vermont
6148. Essex, Town of, Vermont
6149. Franklin, County of, Vermont
6150. Lamoille, County of, Vermont
6151. Milton, Town of, Vermont
6152. Orange, County of, Vermont
6153. Orleans, County of, Vermont
6154. Rutland, City of, Vermont
6155. Rutland, County of, Vermont
6156. South Burlington, City of, Vermont
6157. Washington, County of, Vermont
6158. Williston, Town of, Vermont
6159. Windham, County of, Vermont
6160. Windsor, County of, Vermont
6161. Accomack, County of, Virginia
6162. Albemarle, County of, Virginia
6163. Alexandria, City of, Virginia
6164. Alleghany, County of, Virginia
6165. Amelia, County of, Virginia
6166. Amherst, County of, Virginia
6167. Appomattox, County of, Virginia
6168. Arlington, County of, Virginia
6169. Augusta, County of, Virginia
6170. Bedford, County of, Virginia
6171. Blacksburg, Town of, Virginia
6172. Botetourt, County of, Virginia
6173. Bristol, City of, Virginia
6174. Brunswick, County of, Virginia
6175. Buchanan, County of, Virginia

6176. Buckingham, County of, Virginia
6177. Campbell, County of, Virginia
6178. Caroline, County of, Virginia
6179. Carroll, County of, Virginia
6180. Charlotte, County of, Virginia
6181. Charlottesville, City of, Virginia
6182. Chesapeake, City of, Virginia
6183. Chesterfield, County of, Virginia
6184. Christiansburg, Town of, Virginia
6185. Clarke, County of, Virginia
6186. Colonial Heights, City of, Virginia
6187. Culpeper, County of, Virginia
6188. Culpeper, Town of, Virginia
6189. Danville, City of, Virginia
6190. Dickenson, County of, Virginia
6191. Dinwiddie, County of, Virginia
6192. Essex, County of, Virginia
6193. Fairfax, City of, Virginia
6194. Fairfax, County of, Virginia
6195. Falls Church, City of, Virginia
6196. Fauquier, County of, Virginia
6197. Floyd, County of, Virginia
6198. Fluvanna, County of, Virginia
6199. Franklin, County of, Virginia
6200. Frederick, County of, Virginia
6201. Fredericksburg, City of, Virginia
6202. Front Royal, Town of, Virginia
6203. Giles, County of, Virginia
6204. Gloucester, County of, Virginia
6205. Goochland, County of, Virginia
6206. Grayson, County of, Virginia
6207. Greene, County of, Virginia
6208. Greensville, County of, Virginia
6209. Halifax, County of, Virginia
6210. Hampton, City of, Virginia
6211. Hanover, County of, Virginia
6212. Harrisonburg, City of, Virginia
6213. Henrico, County of, Virginia
6214. Henry, County of, Virginia
6215. Herndon, Town of, Virginia
6216. Hopewell, City of, Virginia
6217. Isle of Wight, County of, Virginia
6218. James City, County of, Virginia
6219. King George, County of, Virginia
6220. King William, County of, Virginia
6221. Lancaster, County of, Virginia

I-74

6222. Lee, County of, Virginia
6223. Leesburg, Town of, Virginia
6224. Loudoun, County of, Virginia
6225. Louisa, County of, Virginia
6226. Lunenburg, County of, Virginia
6227. Lynchburg, City of, Virginia
6228. Madison, County of, Virginia
6229. Manassas, City of, Virginia
6230. Manassas Park, City of, Virginia
6231. Martinsville, City of, Virginia
6232. Mecklenburg, County of, Virginia
6233. Middlesex, County of, Virginia
6234. Montgomery, County of, Virginia
6235. Nelson, County of, Virginia
6236. New Kent, County of, Virginia
6237. Newport News, City of, Virginia
6238. Norfolk, City of, Virginia
6239. Northampton, County of, Virginia
6240. Northumberland, County of, Virginia
6241. Nottoway, County of, Virginia
6242. Orange, County of, Virginia
6243. Page, County of, Virginia
6244. Patrick, County of, Virginia
6245. Petersburg, City of, Virginia
6246. Pittsylvania, County of, Virginia
6247. Poquoson, City of, Virginia
6248. Portsmouth, City of, Virginia
6249. Powhatan, County of, Virginia
6250. Prince Edward, County of, Virginia
6251. Prince George, County of, Virginia
6252. Prince William, County of, Virginia
6253. Pulaski, County of, Virginia
6254. Purcellville, Town of, Virginia
6255. Radford, City of, Virginia
6256. Richmond, City of, Virginia
6257. Roanoke, City of, Virginia
6258. Roanoke, County of, Virginia
6259. Rockbridge, County of, Virginia
6260. Rockingham, County of, Virginia
6261. Russell, County of, Virginia
6262. Salem, City of, Virginia
6263. Scott, County of, Virginia
6264. Shenandoah, County of, Virginia
6265. Smyth, County of, Virginia
6266. Southampton, County of, Virginia
6267. Spotsylvania, County of, Virginia

6268. Stafford, County of, Virginia
6269. Staunton, City of, Virginia
6270. Suffolk, City of, Virginia
6271. Sussex, County of, Virginia
6272. Tazewell, County of, Virginia
6273. Vienna, Town of, Virginia
6274. Virginia Beach, City of, Virginia
6275. Warren, County of, Virginia
6276. Warrenton, Town of, Virginia
6277. Washington, County of, Virginia
6278. Waynesboro, City of, Virginia
6279. Westmoreland, County of, Virginia
6280. Williamsburg, City of, Virginia
6281. Winchester, City of, Virginia
6282. Wise, County of, Virginia
6283. Wythe, County of, Virginia
6284. York, County of, Virginia
6285. Aberdeen, City of, Washington
6286. Adams, County of, Washington
6287. Anacortes, City of, Washington
6288. Arlington, City of, Washington
6289. Asotin, County of, Washington
6290. Auburn, City of, Washington
6291. Bainbridge Island, City of, Washington
6292. Battle Ground, City of, Washington
6293. Bellevue, City of, Washington
6294. Bellingham, City of, Washington
6295. Benton, County of, Washington
6296. Bonney Lake, City of, Washington
6297. Bothell, City of, Washington
6298. Bremerton, City of, Washington
6299. Burien, City of, Washington
6300. Camas, City of, Washington
6301. Centralia, City of, Washington
6302. Chelan, County of, Washington
6303. Cheney, City of, Washington
6304. Clallam, County of, Washington
6305. Clark, County of, Washington
6306. Covington, City of, Washington
6307. Cowlitz, County of, Washington
6308. Des Moines, City of, Washington
6309. Douglas, County of, Washington
6310. East Wenatchee, City of, Washington
6311. Edgewood, City of, Washington

6312. Edmonds, City of, Washington
6313. Ellensburg, City of, Washington
6314. Enumclaw, City of, Washington
6315. Everett, City of, Washington
6316. Federal Way, City of, Washington
6317. Ferndale, City of, Washington
6318. Fife, City of, Washington
6319. Franklin, County of, Washington
6320. Gig Harbor, City of, Washington
6321. Grandview, City of, Washington
6322. Grant, County of, Washington
6323. Grays Harbor, County of, Washington
6324. Island, County of, Washington
6325. Issaquah, City of, Washington
6326. Jefferson, County of, Washington
6327. Kelso, City of, Washington
6328. Kenmore, City of, Washington
6329. Kennewick, City of, Washington
6330. Kent, City of, Washington
6331. King, County of, Washington
6332. Kirkland, City of, Washington
6333. Kitsap, County of, Washington
6334. Kittitas, County of, Washington
6335. Klickitat, County of, Washington
6336. Lacey, City of, Washington
6337. Lake Forest Park, City of, Washington
6338. Lake Stevens, City of, Washington
6339. Lakewood, City of, Washington
6340. Lewis, County of, Washington
6341. Liberty Lake, City of, Washington
6342. Lincoln, County of, Washington
6343. Longview, City of, Washington
6344. Lynden, City of, Washington
6345. Lynnwood, City of, Washington
6346. Maple Valley, City of, Washington
6347. Marysville, City of, Washington
6348. Mason, County of, Washington
6349. Mercer Island, City of, Washington
6350. Mill Creek, City of, Washington
6351. Monroe, City of, Washington
6352. Moses Lake, City of, Washington
6353. Mount Vernon, City of, Washington
6354. Mountlake Terrace, City of, Washington
6355. Mukilteo, City of, Washington
6356. Newcastle, City of, Washington
6357. Oak Harbor, City of, Washington
6358. Okanogan, County of, Washington
6359. Olympia, City of, Washington
6360. Pacific, County of, Washington
6361. Pasco, City of, Washington
6362. Pend Oreille, County of, Washington
6363. Pierce, County of, Washington
6364. Port Angeles, City of, Washington
6365. Port Orchard, City of, Washington
6366. Poulsbo, City of, Washington
6367. Pullman, City of, Washington
6368. Puyallup, City of, Washington
6369. Redmond, City of, Washington
6370. Renton, City of, Washington
6371. Richland, City of, Washington
6372. Sammamish, City of, Washington
6373. San Juan, County of, Washington
6374. SeaTac, City of, Washington
6375. Seattle, City of, Washington
6376. Sedro-Woolley, City of, Washington
6377. Shelton, City of, Washington
6378. Shoreline, City of, Washington
6379. Skagit, County of, Washington
6380. Skamania, County of, Washington
6381. Snohomish, City of, Washington
6382. Snohomish, County of, Washington
6383. Snoqualmie, City of, Washington
6384. Spokane, City of, Washington
6385. Spokane, County of, Washington
6386. Spokane Valley, City of, Washington
6387. Stevens, County of, Washington
6388. Sumner, City of, Washington
6389. Sunnyside, City of, Washington
6390. Tacoma, City of, Washington
6391. Thurston, County of, Washington
6392. Tukwila, City of, Washington
6393. Tumwater, City of, Washington
6394. University Place, City of, Washington
6395. Vancouver, City of, Washington
6396. Walla Walla, City of, Washington
6397. Walla Walla, County of, Washington
6398. Washougal, City of, Washington
6399. Wenatchee, City of, Washington

6400. West Richland, City of, Washington
6401. Whatcom, County of, Washington
6402. Whitman, County of, Washington
6403. Woodinville, City of, Washington
6404. Yakima, City of, Washington
6405. Yakima, County of, Washington
6406. Adams, County of, Wisconsin
6407. Allouez, Village of, Wisconsin
6408. Appleton, City of, Wisconsin
6409. Ashland, County of, Wisconsin
6410. Ashwaubenon, Village of, Wisconsin
6411. Baraboo, City of, Wisconsin
6412. Barron, County of, Wisconsin
6413. Bayfield, County of, Wisconsin
6414. Beaver Dam, City of, Wisconsin
6415. Bellevue, Village of, Wisconsin
6416. Beloit, City of, Wisconsin
6417. Brookfield, City of, Wisconsin
6418. Brown, County of, Wisconsin
6419. Brown Deer, Village of, Wisconsin
6420. Buffalo, County of, Wisconsin
6421. Burlington, City of, Wisconsin
6422. Burnett, County of, Wisconsin
6423. Caledonia, Village of, Wisconsin
6424. Calumet, County of, Wisconsin
6425. Cedarburg, City of, Wisconsin
6426. Chippewa, County of, Wisconsin
6427. Chippewa Falls, City of, Wisconsin
6428. Clark, County of, Wisconsin
6429. Columbia, County of, Wisconsin
6430. Crawford, County of, Wisconsin
6431. Cudahy, City of, Wisconsin
6432. Dane, County of, Wisconsin
6433. De Pere, City of, Wisconsin
6434. DeForest, Village of, Wisconsin
6435. Dodge, County of, Wisconsin
6436. Door, County of, Wisconsin
6437. Douglas, County of, Wisconsin
6438. Dunn, County of, Wisconsin
6439. Eau Claire, City of, Wisconsin
6440. Eau Claire, County of, Wisconsin
6441. Elkhorn, City of, Wisconsin
6442. Fitchburg, City of, Wisconsin
6443. Fond du Lac, City of, Wisconsin
6444. Fond du Lac, County of, Wisconsin
6445. Fort Atkinson, City of, Wisconsin

6446. Fox Crossing, Village of, Wisconsin
6447. Franklin, City of, Wisconsin
6448. Germantown, Village of, Wisconsin
6449. Glendale, City of, Wisconsin
6450. Grafton, Village of, Wisconsin
6451. Grand Chute, Town of, Wisconsin
6452. Grant, County of, Wisconsin
6453. Green Bay, City of, Wisconsin
6454. Green, County of, Wisconsin
6455. Green Lake, County of, Wisconsin
6456. Greendale, Village of, Wisconsin
6457. Greenfield, City of, Wisconsin
6458. Greenville, Town of, Wisconsin
6459. Harrison, Village of, Wisconsin
6460. Hartford, City of, Wisconsin
6461. Hobart, Village of, Wisconsin
6462. Holmen, Village of, Wisconsin
6463. Howard, Village of, Wisconsin
6464. Hudson, City of, Wisconsin
6465. Iowa, County of, Wisconsin
6466. Jackson, County of, Wisconsin
6467. Janesville, City of, Wisconsin
6468. Jefferson, County of, Wisconsin
6469. Juneau, County of, Wisconsin
6470. Kaukauna, City of, Wisconsin
6471. Kenosha, City of, Wisconsin
6472. Kenosha, County of, Wisconsin
6473. Kewaunee, County of, Wisconsin
6474. La Crosse, City of, Wisconsin
6475. La Crosse, County of, Wisconsin
6476. Lafayette, County of, Wisconsin
6477. Langlade, County of, Wisconsin
6478. Lincoln, County of, Wisconsin
6479. Lisbon, Town of, Wisconsin
6480. Little Chute, Village of, Wisconsin
6481. Madison, City of, Wisconsin
6482. Manitowoc, City of, Wisconsin
6483. Manitowoc, County of, Wisconsin
6484. Marathon, County of, Wisconsin
6485. Marinette, City of, Wisconsin
6486. Marinette, County of, Wisconsin
6487. Marquette, County of, Wisconsin
6488. Marshfield, City of, Wisconsin
6489. Menasha, City of, Wisconsin
6490. Menomonee Falls, Village of, Wisconsin

6491. Menomonie, City of, Wisconsin
6492. Mequon, City of, Wisconsin
6493. Middleton, City of, Wisconsin
6494. Milwaukee, City of, Wisconsin
6495. Milwaukee, County of, Wisconsin
6496. Monroe, City of, Wisconsin
6497. Monroe, County of, Wisconsin
6498. Mount Pleasant, Village of, Wisconsin
6499. Muskego, City of, Wisconsin
6500. Neenah, City of, Wisconsin
6501. New Berlin, City of, Wisconsin
6502. Oak Creek, City of, Wisconsin
6503. Oconomowoc, City of, Wisconsin
6504. Oconto, County of, Wisconsin
6505. Onalaska, City of, Wisconsin
6506. Oneida, County of, Wisconsin
6507. Oregon, Village of, Wisconsin
6508. Oshkosh, City of, Wisconsin
6509. Outagamie, County of, Wisconsin
6510. Ozaukee, County of, Wisconsin
6511. Pewaukee, City of, Wisconsin
6512. Pierce, County of, Wisconsin
6513. Platteville, City of, Wisconsin
6514. Pleasant Prairie, Village of, Wisconsin
6515. Plover, Village of, Wisconsin
6516. Polk, County of, Wisconsin
6517. Port Washington, City of, Wisconsin
6518. Portage, City of, Wisconsin
6519. Portage, County of, Wisconsin
6520. Price, County of, Wisconsin
6521. Racine, City of, Wisconsin
6522. Racine, County of, Wisconsin
6523. Richfield, Village of, Wisconsin
6524. Richland, County of, Wisconsin
6525. River Falls, City of, Wisconsin
6526. Rock, County of, Wisconsin
6527. Rusk, County of, Wisconsin
6528. Salem Lakes, Village of, Wisconsin
6529. Sauk, County of, Wisconsin
6530. Sawyer, County of, Wisconsin
6531. Shawano, County of, Wisconsin
6532. Sheboygan, City of, Wisconsin
6533. Sheboygan, County of, Wisconsin
6534. Shorewood, Village of, Wisconsin

6535. South Milwaukee, City of, Wisconsin
6536. St. Croix, County of, Wisconsin
6537. Stevens Point, City of, Wisconsin
6538. Stoughton, City of, Wisconsin
6539. Suamico, Village of, Wisconsin
6540. Sun Prairie, City of, Wisconsin
6541. Superior, City of, Wisconsin
6542. Sussex, Village of, Wisconsin
6543. Taylor, County of, Wisconsin
6544. Trempealeau, County of, Wisconsin
6545. Two Rivers, City of, Wisconsin
6546. Vernon, County of, Wisconsin
6547. Verona, City of, Wisconsin
6548. Vilas, County of, Wisconsin
6549. Walworth, County of, Wisconsin
6550. Washburn, County of, Wisconsin
6551. Washington, County of, Wisconsin
6552. Watertown, City of, Wisconsin
6553. Waukesha, City of, Wisconsin
6554. Waukesha, County of, Wisconsin
6555. Waunakee, Village of, Wisconsin
6556. Waupaca, County of, Wisconsin
6557. Waupun, City of, Wisconsin
6558. Wausau, City of, Wisconsin
6559. Waushara, County of, Wisconsin
6560. Wauwatosa, City of, Wisconsin
6561. West Allis, City of, Wisconsin
6562. West Bend, City of, Wisconsin
6563. Weston, Village of, Wisconsin
6564. Whitefish Bay, Village of, Wisconsin
6565. Whitewater, City of, Wisconsin
6566. Winnebago, County of, Wisconsin
6567. Wisconsin Rapids, City of, Wisconsin
6568. Wood, County of, Wisconsin
6569. Albany, County of, Wyoming
6570. Big Horn, County of, Wyoming
6571. Campbell, County of, Wyoming
6572. Carbon, County of, Wyoming
6573. Casper, City of, Wyoming
6574. Cheyenne, City of, Wyoming
6575. Converse, County of, Wyoming
6576. Evanston, City of, Wyoming
6577. Fremont, County of, Wyoming

6578.  Gillette, City of, Wyoming
6579.  Goshen, County of, Wyoming
6580.  Green River, City of, Wyoming
6581.  Jackson, Town of, Wyoming
6582.  Laramie, City of, Wyoming
6583.  Laramie, County of, Wyoming
6584.  Lincoln, County of, Wyoming
6585.  Natrona, County of, Wyoming
6586.  Park, County of, Wyoming
6587.  Riverton, City of, Wyoming
6588.  Rock Springs, City of, Wyoming
6589.  Sheridan, City of, Wyoming
6590.  Sheridan, County of, Wyoming
6591.  Sweetwater, County of, Wyoming
6592.  Teton, County of, Wyoming
6593.  Uinta, County of, Wyoming

## EXHIBIT J

## Illustrative List of Released Entities

Wal-Mart
Wal-Mart Inc.
Wal-Mart, Inc.
Wal-Mart Stores
Wal-Mart Stores, Inc.
Walmart Stores, Inc.
Wal-Mart Stores Inc.
Walmart Inc.
Walmart Inc., Walmart Stores East
Wal-Mart Inc f/k/a Walmart Stores, Inc.
Wal-Mart Inc. f/k/a Walmart Stores, Inc.
Walmart Inc. (f/k/a Wal-Mart Stores)
Walmart Inc. f/k/a Wal-Mart Stores, Inc.
Walmart, Inc.
Walmart, Inc. f/k/a Wal-Mart Stores Inc. d/b/a Wal-Mart Warehouse #46
Walmart Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacy Warehouse #32
Walmart Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacy Warehouse #45
Walmart, Inc. f/k/a Wal-Mart Stores, Inc.
WAL-MART INC. f/k/a WAL-MART STORES, INC.
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-1218
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-1381
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-2778
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-3751
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-4430
Walmart Inc., f/k/a Wal-Mart Stores East, LP, Individually and d/b/a Wal-Mart Pharmacy Warehouses
Walmart Stores East, L.P.
Wal-Mart Stores East
Wal-Mart Stores East L.P.
Wal-Mart Stores East d/b/a Wal-Mart Pharmacy Warehouse #45
Wal-Mart Stores East d/b/a Wal-Mart Pharmacy Warehouse #46
Wal-Mart Stores East, Inc.
Wal-Mart Stores East, LLC
Wal-Mart Stores East, LLC f/k/a Wal-Mart Stores East Inc.
Wal-Mart Stores East, LP
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse
Wal-Mart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse
Wal-Mart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse #1

J-1

Wal-Mart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse #45
Wal-Mart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse #46
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #1
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #32
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #34
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #45
Wal-Mart Stores East, LP d/b/a Walmart Pharmacy Warehouse #46
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy 10-3251
Wal-Mart Stores East I, LP
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East d/b/a Walmart #20
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #34
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #48
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East d/b/a Walmart #92
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #338
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #914
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #4282
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #5261
Wal-Mart Pharmacy
Wal-Mart Pharmacy Warehouse
Wal-Mart Pharmacy Warehouse #1
Wal-Mart Pharmacy Warehouse #32
Wal-Mart Pharmacy Warehouse #45
Wal-Mart Pharmacy Warehouse #46
Wal-Mart Pharmacy 10-0696
Wal-Mart Pharmacy 10-1218
Walmart Pharmacy
Walmart Pharmacy 10-1381
Walmart Pharmacy 10-2289
Walmart Pharmacy Warehouse
Wal-Mart Pharmacy 10-2778
Wal-Mart Pharmacy 10-3251
Wal-Mart Pharmacy 10-3751
Wal-Mart Pharmacy 10-4430
Wal-Mart Pharmacy 10-5296
Wal-Mart Pharmacy 10-5397
Wal-Mart Pharmacy Wholesale
Wal-Mart Stores Texas, LLC
Wal-Mart.com USA, LLC
Wal-Mart Puerto Rico, Inc.
Sam's West, Inc.
Sam's East, Inc.
WSE Investment LLC
WSE Management LLC
Wal-Mart Property Company
Wal-Mart Real Estate Business Trust
Sam's Property Company

Sam's Real Estate Business Trust
Wal-Mart de Mexico Canada Corp.
Wal-Mart Canada Corp
Flipkart Private Limited
Flipkart Walmart Chile S.A.
Walmart Chile
Massmart Holdings Ltd.
Qomolangma Holdings Ltd.
ClarusONE Sourcing Services, LLP

## EXHIBIT K

### Subdivision Participation Form

| Governmental Entity: | State: |
|---|---|
| Authorized Official: | |
| Address 1: | |
| Address 2: | |
| City, State, Zip: | |
| Phone: | |
| Email: | |

The governmental entity identified above ("Governmental Entity"), in order to obtain and in consideration for the benefits provided to the Governmental Entity pursuant to the Settlement Agreement dated November 14, 2022 ("Walmart Settlement"), and acting through the undersigned authorized official, hereby elects to participate in the Walmart Settlement, release all Released Claims against all Released Entities, and agrees as follows.

1. The Governmental Entity is aware of and has reviewed the Walmart Settlement, understands that all terms in this Election and Release have the meanings defined therein, and agrees that by this Election, the Governmental Entity elects to participate in the Walmart Settlement and become a Participating Subdivision as provided therein.

2. The Governmental Entity shall promptly, and in any event within 14 days of the Effective Date and prior to the filing of the Consent Judgment, dismiss with prejudice any Released Claims that it has filed.

3. The Governmental Entity agrees to the terms of the Walmart Settlement pertaining to Subdivisions as defined therein.

4. By agreeing to the terms of the Walmart Settlement and becoming a Releasor, the Governmental Entity is entitled to the benefits provided therein, including, if applicable, monetary payments beginning after the Effective Date.

5. The Governmental Entity agrees to use any monies it receives through the Walmart Settlement solely for the purposes provided therein.

6. The Governmental Entity submits to the jurisdiction of the court in the Governmental Entity's state where the Consent Judgment is filed for purposes limited to that court's role as provided in, and for resolving disputes to the extent provided in, the Walmart Settlement.

7. The Governmental Entity has the right to enforce the Walmart Settlement as provided therein.

8. The Governmental Entity, as a Participating Subdivision, hereby becomes a Releasor for all purposes in the Walmart Settlement, including but not limited to all provisions of Section X (Release), and along with all departments, agencies, divisions, boards,

K-1

commissions, districts, instrumentalities of any kind and attorneys, and any person in their official capacity elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, and any other entity identified in the definition of Releasor, provides for a release to the fullest extent of its authority.  As a Releasor, the Governmental Entity hereby absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim, or to cause, assist or permit to be brought, filed, or claimed, or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever.  The releases provided for in the Walmart Settlement are intended by the Parties to be broad and shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to Released Claims and extend to the full extent of the power of the Governmental Entity to release claims.  The Walmart Settlement shall be a complete bar to any Released Claim.

9.  In connection with the releases provided for in the Walmart Settlement, each Governmental Entity expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

> **General Release; extent.**  A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

A Releasor may hereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Governmental Entity hereby expressly waives and fully, finally, and forever settles, releases and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date but which Releasors do not know or suspect to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and which, if known, would materially affect the Governmental Entities' decision to participate in the Walmart Settlement.

10. Nothing herein is intended to modify in any way the terms of the Walmart Settlement, to which Governmental Entity hereby agrees.  To the extent this Election and Release is interpreted differently from the Walmart Settlement in any respect, the Walmart Settlement controls.

I have all necessary power and authorization to execute this Election and Release on behalf of the Governmental Entity.

Signature: _____

Name: _____

Title: _____

Date: _____

K-3

## EXHIBIT L

## Settlement Fund Administrator Terms

[Exhibit to be inserted prior to the Threshold Subdivision Participation Date.]

**EXHIBIT M**

**Maximum Payment Amounts**

The below reflects the maximum possible payment assuming all Eligible States and Subdivisions become Settling States and Participating Subdivisions, respectively.

| Payment Category | Amount |
|---|---|
| Remediation | $2,393,794,118.64 |
| Subdivision Attorneys' Fees, Expenses and Costs | $297,720,376.93 |
| State Outside Counsel Fee Fund | $16,006,471.88 |
| State Cost Fund | $16,006,471.88 |
| Additional Remediation | $16,006,471.88 |
| **Total** | **$2,739,533,911.21** |

## EXHIBIT N

## Additional Remediation Amount Allocation Percentages

| | |
|---|---|
| American Samoa | 0.02200115975% |
| Arizona | 3.05252465675% |
| California | 12.74849736613% |
| Colorado | 2.13511305177% |
| Connecticut | 1.66248361102% |
| District of Columbia | 0.23126235968% |
| Georgia | 3.58271243432% |
| Guam | 0.06172478010% |
| Hawaii | 0.41715801047% |
| Idaho | 0.63207800237% |
| Illinois | 4.27418134712% |
| Indiana | 2.84860067110% |
| Iowa | 0.95333852745% |
| Kansas | 1.00750402880% |
| Louisiana | 1.88257043645% |
| Maine | 0.68015462142% |
| Maryland | 2.71203054235% |
| Massachusetts | 2.95998387959% |
| Minnesota | 1.66691605927% |
| Missouri | 2.57716004997% |
| Montana | 0.40160929605% |
| N. Mariana Islands | 0.02146629937% |
| Nebraska | 0.53602352921% |
| New Jersey | 3.54021579836% |
| New York | 6.92637929997% |
| North Carolina | 4.17641738164% |
| North Dakota | 0.21847415675% |
| Ohio | 5.59815538035% |
| Oklahoma | 1.96884304616% |
| Oregon | 1.76570407913% |
| Pennsylvania | 5.89566898881% |
| Rhode Island | 0.57378605088% |
| South Carolina | 1.97793678247% |
| Tennessee | 3.45413951394% |
| Texas | 8.08647780880% |
| Vermont | 0.32700612791% |

| | |
|---|---|
| **Virgin Islands** | 0.04056252728% |
| **Virginia** | 2.92983758737% |
| **Washington** | 2.97967950241% |
| **Wisconsin** | 2.25927398859% |
| **Wyoming** | 0.21434725869% |

## EXHIBIT O

### Adoption of a State-Subdivision Agreement

A State-Subdivision Agreement shall be applied if it meets the requirements of Section V of the Settlement Agreement and is approved by the State and by the State's Subdivisions as follows:

1.      *Requirements for Approval*.  A State-Subdivision Agreement shall be deemed as agreed to when it has been approved by the State and either (a) Subdivisions whose aggregate "Population Percentages," determined as set forth below, total more than sixty percent (60%), or (b) Subdivisions whose aggregate Population Percentages total more than fifty percent (50%) provided that these Participating Subdivisions also represent fifteen percent (15%) or more of the State's counties or parishes (or, in the case of Settling States whose counties and parishes do not function as local governments, 15% of or more of the Settling State's non-county Subdivisions), by number.

2.      *Approval Authority*.  Approval by the State shall be by the Attorney General.  Approval by a Subdivision shall be by the appropriate official or legislative body pursuant to the required procedures for that Subdivision to agree to a legally binding settlement.

3.      *Population Percentage Calculation*.  For purposes of this Exhibit O only, Population Percentages shall be determined as follows: For States with functional counties or parishes[1], the Population Percentage of each county or parish shall be deemed to be equal to (a) (1) 200% of the population of such county or parish, minus (2) the aggregate population of all Primary Incorporated Municipalities located in such county or parish, divided by (b) 200% of the State's population.  A "Primary Incorporated Municipality" means a city, town, village or other municipality incorporated under applicable state law with a population of at least 25,000 that is not located within another incorporated municipality.  The Population Percentage of each Primary Incorporated Municipality shall be equal to its population (including the population of any incorporated or unincorporated municipality located therein) divided by 200% of the State's population; *provided* that the Population Percentage of a Primary Incorporated Municipality that is not located within a county shall be equal to 200% of its population (including the population of any incorporated or unincorporated municipality located therein) divided by 200% of the State's population.  For all States that do not have functional counties or parishes, the Population Percentage of each non-county Subdivision (including any incorporated or unincorporated municipality located therein), shall be equal to its population divided by the State's population.

4.      *Preexisting Agreements and Statutory Provisions*.  A State may include with the notice to its Subdivisions an existing agreement, a proposed agreement, or statutory provisions regarding the distribution and use of settlement funds and have the acceptance of such an agreement or statutory provision be part of the requirements to be a Participating Subdivision.

---

[1] Certain states do not have counties or parishes that have functional governments, including: Alaska, Connecticut, Massachusetts, Rhode Island, and Vermont.

5.      *Revised Agreements*.  A State-Subdivision Agreement that has been revised, supplemented, or refined shall be applied if it meets the requirements of Section V and is approved by the State and by the State's Subdivisions pursuant to the terms above.

<u>**EXHIBIT P**</u>

<u>**Injunctive Relief**</u>

As part of this Settlement Agreement, Walmart agrees to implement the injunctive relief terms reflected in Exhibit F to Walmart's agreement with the State of Florida dated October 19, 2022, attached hereto as Appendix A ("Walmart-Florida Injunctive Relief Terms"), within 90 days of the Effective Date of the Settlement Agreement, provided, however, that the parties agree that those terms will be withdrawn and Walmart will implement the Pharmacy Controlled Substance Compliance Program & Anti-Diversion Injunctive Terms ("Injunctive Terms") set out below if each Chain Pharmacy (defined as CVS and Walgreens) agrees to implement materially the same Injunctive Terms on a nationwide basis pursuant to a binding agreement with state attorneys general.   To the extent there is a dispute between the Settling States and Walmart regarding whether the Injunctive Terms imposed on other pharmacies are materially the same as these Injunctive Terms, such dispute shall be heard by the National Arbitration Panel.  If any Injunctive Term is found to be materially different, only that term and any co-dependent terms, as applicable, would be invalidated and inoperative. However, in no event shall the Injunctive Terms be any less stringent than those applied in the Walmart-Florida Injunctive Relief Terms.  In the event a Settling State later settles with Albertsons or Kroger (or a merged company involving one or more of them), the Settling State shall impose materially the same Injunctive Terms as part of any settlement.

\*      \*      \*

# Pharmacy Controlled Substance Compliance Program & Anti-Diversion Injunctive Terms

## I.    <u>INTRODUCTION</u>

1.  Except where these Injunctive Terms specify a different implementation period, Walmart shall implement the Injunctive Terms set forth below in Sections II through XVII by the Injunctive Terms Implementation Date (defined below).

2.  To the extent that Walmart already has in place committees, departments, policies or programs that satisfy the Injunctive Terms, no re-naming or other change is required by these Injunctive Terms.

3.  Overview

    a.  Walmart will implement or maintain a Controlled Substance Compliance Program ("CSCP").

    b.  The CSCP must include written standard operating procedures and/or corporate policies (the "CSCP Policies and Procedures") required by these Injunctive Terms.

c.  The CSCP shall apply during the term of these Injunctive Terms, to each of Walmart's retail pharmacy stores that dispense Schedule II Designated Controlled Substances and are registered or licensed with each Settling State.

d.  Walmart shall provide a copy of the relevant CSCP Policies and Procedures to each Settling State within 60 days of the Injunctive Terms Implementation Date.  To the extent any implementation is expected to require additional time, the Parties agree to work together in good faith to establish a timeline for implementation.  No later than 30 days after the Injunctive Terms Implementation Date, each Settling State shall identify the person or office to whom Walmart must provide a copy of the relevant CSCP Policies and Procedures and any other State-specific reporting required under these Injunctive Terms.

4.  Compliance with Laws

a.  Walmart acknowledges and agrees that its pharmacies must comply with applicable state and federal laws, regulations, and rules, including those regarding the dispensing of Controlled Substances. The requirements of these Injunctive Terms are in addition to, and not in lieu of, any other requirements of federal, state, or local law.  Nothing in the Injunctive Terms shall be construed as relieving Walmart of the obligation of its pharmacies to comply with all federal, state and local laws, regulations or rules, nor shall any of the provisions of the Injunctive Terms be deemed as permission for Walmart to engage in any acts or practices prohibited by such laws, regulations or rules.

b.  The Injunctive Terms are not intended to and shall not be interpreted to prevent Walmart from taking or implementing any other compliance or policy steps necessary to conform with federal, state, or local legal requirements.

c.  In the event that Walmart 1) determines that there may be a conflict between the Injunctive Terms and the requirements of federal, state, or local laws, or interpretations of such laws articulated by an agency responsible for enforcing such laws, such that Walmart determines that it cannot comply with the Injunctive Terms without violating these requirements or express interpretations; or 2) believes a court or administrative action brought by a governmental body in a Settling State has commenced against it or its pharmacists for actions required by the Injunctive Terms, then Walmart may notify the Attorney General of the Settling State of such potential conflict or potential or pending action. Within thirty (30) days after receipt of a notification from Walmart referenced above, Walmart and the State shall meet and discuss the potential conflict, and Walmart shall comply with any reasonable requests from the Settling State as necessary to determine whether there is a conflict between the Injunctive Terms and the requirements of federal, state, or local

P-2

laws, or the express interpretations thereof by an agency responsible for their enforcement, or a conflict with the Injunctive Terms giving rise to the court or administrative action.  If the State agrees that there is a conflict or that the court or administrative action is a result of actions required by the Injunctive Terms, the State will engage in best efforts to resolve the conflict or assist in achieving resolution of the court or administrative action.  Nothing in this paragraph shall (i) limit the right of the State to disagree with Walmart as to the conflict; or (ii) be deemed to relieve Walmart from following any subsequently enacted law or regulation, or judicial decisions from a regulatory authority with jurisdiction over controlled substances that is more restrictive than the provisions of the Injunctive Terms, or from following the Injunctive Terms if they are more restrictive than applicable laws at issue in the administrative action; or (iii) be deemed to relieve Walmart from adhering to the outcome of the court or administrative action when it is determined there is no conflict..

d.  Walmart shall retain all records it is required to create pursuant to its obligations hereunder in an electronic or otherwise easily accessible format and a Settling State shall have the right to review and copy such records upon request and after reasonable notice for the term of these Injunctive Terms.  Nothing in these Injunctive Terms shall waive any applicable privilege that may be asserted over any such record.  Unless otherwise required by law, if a Settling State seeks to disclose any records created and obtained from Walmart under this provision as part of a proceeding to enforce these Injunctive Terms against Walmart, it shall first provide ten (10) days' notice to Walmart unless doing so would conflict with applicable law. A Settling State shall not otherwise disclose or provide any records created by and obtained from Walmart under this provision to third parties during or after the Term of these Injunctive Terms unless required to do so by law.  If a Settling State is required to disclose or provide any records created by and obtained from Walmart under this provision to third parties during or after the Term of these Injunctive Terms, it shall first provide ten (10) days' notice to Walmart unless doing so would conflict with applicable law.  This notification requirement shall not apply to documents obtained by a Settling State or its agencies that are required to be produced to the Settling State or its agencies by law or regulation, nor shall it apply to documents obtained by a Settling State or its agencies that are shared with federal, state, or local law enforcement. This notification requirement shall also not apply to documents obtained by a Settling State or its agencies from other sources.

5. No Admission and No Use as Evidence. Walmart does not admit liability or wrongdoing. These Injunctive Terms shall not be considered, construed, or represented to be (1) an admission, concession, or evidence of liability or wrongdoing or (2) a waiver or limitation of any defense otherwise available to Walmart. These Injunctive Terms shall not be offered or received in evidence in any action or proceeding for any purpose other than in an action or proceeding arising under or relating to these Injunctive Terms.

## II.   TERM AND SCOPE

1. The term of these Injunctive Terms shall be from the Injunctive Terms Implementation Date until ten years from the Injunctive Terms Implementation Date, unless otherwise specified herein.

2. Except as otherwise stated herein, the Injunctive Terms shall apply to Walmart's retail pharmacy stores registered or licensed with each Settling State that dispense Schedule II Designated Controlled Substances to Patients and to Schedule II Designated Controlled Substances dispensed to patients in each Settling State by its mail-order pharmacy. Should Walmart operate an online pharmacy that is registered or licensed to dispense Schedule II Designated Controlled Substances in any Settling State while these Injunctive Terms are in effect, the Injunctive Terms shall apply to such online pharmacy as well.

3. This agreement may be amended by mutual agreement of a majority of the States Injunctive Relief Committee and Walmart. Any such amendments must be in writing.

## III.   DEFINITIONS

1. The term "Distributor Injunctive Terms" means Exhibit P of the Settlement Agreement, dated as of July 21, 2021, between McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation and certain States and subdivisions.

2. The term "Block" means an action taken by Walmart preventing or otherwise prohibiting any Walmart pharmacist from filling prescriptions for Controlled Substances from a specific identified prescriber.

3. The term "Clearinghouse" means the system established by Section XVII of the Distributor Injunctive Terms.

4. The term "Clearinghouse Advisory Panel" is as defined in Section XVII.B.4 of the Distributor Injunctive Terms.

5.  The term "Controlled Substances" means those substances designated under schedules II-V pursuant to the federal Controlled Substances Act and the laws and regulations of the Settling State that incorporate the federal Controlled Substances Act. Controlled Substances shall also include gabapentin, except for purposes of dispensing in States that do not treat gabapentin as a controlled substance or similar designation (e.g., "drug of concern").

6.  The term "Designated Controlled Substances" shall be limited to: (a) oxycodone; (b) hydrocodone; (c) hydromorphone; (d) tramadol; (e) oxymorphone; (f) morphine; (g) methadone; and (h) fentanyl.

7.  The term "Effective Date" is defined in Section II.C of the Walmart Settlement Agreement.

8.  The term "Injunctive Terms Implementation Date" means (i) 90 days after the Effective Date of the Settlement Agreement, or (ii) 90 days after CVS and Walgreens have agreed to implement materially the same Injunctive Terms nationwide pursuant to a binding agreement with state attorneys general and such Injunctive Terms imposed upon CVS and Walgreens have become effective, whichever is later.  To the extent there is a dispute between the Settling States and Walmart regarding whether the Injunctive Terms imposed on other pharmacies are materially the same as these Injunctive Terms, such dispute shall be heard by the National Arbitration Panel. If any Injunctive Term is found to be materially different, only that term and any co-dependent terms, as applicable, would be invalidated and inoperative. However, in no event shall the Injunctive Terms be any less stringent than those applied in the Walmart-Florida Injunctive Relief Terms.

9.  The term "National Arbitration Panel" is defined in Section VI.F.3.b of the Walmart Settlement Agreement.

10. The term "Patient" means any individual who receives a prescription for a Designated Controlled Substance from a Prescriber, whether legally valid or not, and attempts to fill it at one of Walmart's retail pharmacy stores in a Settling State.

11. The term "Prescriber" means any individual that has written a prescription, whether legally valid or not, that is presented to a Walmart pharmacy in a Settling State.

12. The term "Red Flag(s)" means the enumerated Patient Red Flags, Prescription Red Flags, and Prescriber Red Flags set out in Section IX.

13. The term "Settling State(s)" is defined in Section I.MMM of the Walmart Settlement Agreement.

14. The term "States Injunctive Relief Committee" means a committee representing the Settling States composed of between four and eight members designated by the Settling States.

IV.    **CONTROLLED SUBSTANCE COMPLIANCE PERSONNEL**

1. Walmart shall designate a Controlled Substance Compliance Director, or other appropriately titled position, to be a member of the Controlled Substance Compliance Committee (described below in Section VI), and to oversee a Controlled Substance Compliance Department and Walmart's compliance with 21 C.F.R. 1306 these Injunctive Terms. As used in these Injunctive Terms, the terms "Controlled Substance Compliance Committee" and "Controlled Substance Compliance Department" refer to the entity or entities, however titled, that carry out the functions required by these Injunctive Terms.  Notwithstanding the preceding sentence, to the extent an existing position, committee or department carries out the functions required by these Injunctive Terms, any other functions undertaken by such position, committee or department shall not be subject to these Injunctive Terms or oversight by the Settling States pursuant to these Injunctive Terms.  The position, committee and department discussed in these Terms may bear different names and need not be limited to the roles and functions set forth herein.

2. The Controlled Substance Compliance Director shall have knowledge of and experience with the laws and regulation of Controlled Substances, in particular laws and regulations regarding 21 C.F.R. 1306 and requiring effective controls against the potential diversion of Controlled Substances.

3. The Controlled Substance Compliance Director shall provide at least quarterly reports to the Controlled Substance Compliance Committee (described below in Section VI) regarding Walmart's compliance with these Injunctive Terms, including the implementation of any changes to the CSCP Policies and Procedures required by these Injunctive Terms.

4. Staffing levels of Walmart's Controlled Substance Compliance Department shall be reviewed periodically, but at least on an annual basis, by Walmart's Controlled Substance Compliance Committee to assess whether such staffing levels are sufficient for the Controlled Substance Compliance Department to comply with this Agreement. This review shall include consideration of relevant developments in technology, law, and regulations.

5. Throughout the term of these Injunctive Terms, Walmart shall maintain a telephone and electronic submission hotline(s) (the "Hotline") to permit employees and/or Patients to anonymously report suspected inappropriate or illegitimate dispensing, prescribing or diversion of Designated Controlled Substances, violations of the CSCP Policies and Procedures, these Injunctive Terms, Walmart's company policy, or other applicable law.  The Hotline may be implemented by adding a dedicated option to existing systems that includes reporting regarding Designated Controlled Substances. Walmart shall publish its Hotline contact information to its employees and Patients in the Settling States. Walmart shall maintain for the duration of Injunctive Terms a record of each complaint made to the Hotline regarding Designated Controlled Substances and

documentation regarding any investigation or response to such complaints. Nothing herein shall require Walmart to investigate a pharmacist's professional judgment to refuse a prescription that the pharmacist believes was prescribed or is being used for other than a legitimate medical purpose or that the pharmacist believes was not prescribed by an individual Prescriber acting in the usual course of his or her professional practice.

## V.    **INDEPENDENCE**

1.  Walmart's Controlled Substance Compliance Department personnel, pharmacists and pharmacist technicians who work at Walmart's pharmacies within the Settling States, and field personnel who supervise pharmacists and pharmacist technicians (together, "CSCP Employees"), shall not be compensated in whole or in part by commissions, bonuses, incentives or any other monetary or non-pecuniary benefit that depends in any part on revenue or profitability targets or expectations for sales of Controlled Substances. Nothing in these Injunctive Terms shall be interpreted to prevent compensation of employees based on sales volume, revenue or profitability targets/expectations for enterprise-, store-, or pharmacy-wide sales that include Controlled Substances.

2.  No CSCP Employees may be terminated, suspended, threatened with or face any other negative employment consequence for failing to meet any revenue or profitability targets or expectations for sales of Controlled Substances. Nothing in these Injunctive Terms shall be interpreted to prevent Walmart from taking employment action based on sales volume, revenue or profitability targets/expectations for enterprise-, store-, or pharmacy-wide sales that include Controlled Substances.

3.  Personnel in Walmart's Controlled Substance Compliance Department shall not report to Walmart's sales, marketing, or business development personnel, and sales, marketing, or business development personnel shall not be authorized to make decisions regarding the promotion, compensation, demotion, admonition, discipline, commendation, periodic performance reviews, hiring, or firing of Controlled Substance Compliance Department personnel.

4.  Walmart's sales, marketing and business development department personnel are prohibited from interfering with, obstructing, or otherwise exerting control over any Controlled Substance Compliance Department or Controlled Substance Committee decision-making.

5.  Notwithstanding the prior paragraph, Walmart pharmacy operations personnel may sit on the Controlled Substance Compliance Committee and pharmacists and pharmacy managers may sit on the Controlled Substance Compliance Committee provided that they do not have voting privileges.

6. To the extent necessary to comply with this section, Walmart's Controlled Substance Compliance Committee shall review, modify, and direct any changes to any compensation and non-retaliation policies specific to the sale or dispensing of Designated Controlled Substances.

## VI. __OVERSIGHT__

1. To the extent not already established, within thirty (30) business days of the Injunctive Terms Implementation Date, Walmart shall establish a compliance committee, however titled, that includes representatives from its respective legal, compliance, pharmacy operations and finance departments, however named, to provide oversight over the CSCP and its compliance with the Injunctive Terms. For the purposes of reference herein, this committee, however named, shall be referred to as the "Controlled Substance Compliance Committee." Walmart shall maintain its Controlled Substance Compliance Committee for the duration of the term of the Injunctive Terms. The Controlled Substance Compliance Director shall be a member of the Controlled Substance Compliance Committee.

2. Walmart's Controlled Substance Compliance Committee shall have quarterly meetings during which the Controlled Substance Compliance Director shall report on, and the Controlled Substance Compliance Committee shall review, among other things, (a) the Prescription Validation Process, including the CSCP Policies and Procedures on identifying and resolving Patient, Prescriber and Prescription Red Flags; (b) the training required under the Injunctive Terms; (c) proactive due diligence and site visits; (d) the Prescriber Review Processes; (e) significant new national and regional diversion trends involving Controlled Substances; (f) Walmart's adherence to the Injunctive Terms and applicable laws and regulations; and (g) any technology, staffing, or other resource needs for the CSCP. The Controlled Substance Compliance Committee shall have access to all CSCP reports described in the following subsection.

3. On an annual basis, Walmart's Controlled Substance Compliance Committee shall provide a written report to Walmart's President, Chief Financial Officer, Chief Legal Officer, and Chief Compliance Officer, as well as its Board of Directors, outlining (a) Walmart's adherence to, and any material deviations from these Injunctive Terms; (b) the allocation of resources sufficient to comply with these Injunctive Terms; and (c) any revisions to the CSCP that the Controlled Substance Compliance Committee has approved. The Board of Directors or a committee thereof shall document in its minutes its review of the annual Controlled Substance Compliance Committee reports.

4. Walmart, through its Controlled Substance Compliance Department and Committee, shall, at least once every year, review and oversee any enhancements to the CSCP Policies and Procedures and systems for dispensing activity that the Controlled Substance Compliance Committee deems necessary.

5. The Controlled Substance Compliance Committee shall be responsible for the approval of all material revisions to the CSCP Policies and Procedures, provided that nothing herein shall prevent Walmart from implementing changes to the CSCP Policies and Procedures pending such review and approval.

## VII.  **MANDATORY TRAINING**

1. The CSCP Policies and Procedures shall be published in a form and location readily accessible to all pharmacy and compliance personnel at each Walmart pharmacy location in the Settling States.  Online availability is sufficient, so long as pharmacy and compliance personnel have access to a computer with access to the CSCP Policies and Procedures.

2. Walmart shall implement policies and procedures requiring that, to the extent practical (for example, accounting for employee leave), within 90 days of the Injunctive Terms Implementation Date, all existing CSCP Employees must complete a training on the CSCP Policies and Procedures required under these Injunctive Terms, including the Prescription Validation Process and their corresponding responsibility. These policies and procedures shall further require that all new hires must complete such trainings within 60 days of hiring or 6 months of the Injunctive Terms Implementation Date, whichever is later.  Walmart will further ensure that every CSCP Employee will receive such training at least once every 3 years for the term of these Injunctive Terms.

3. On an annual basis for the duration of these Injunctive Terms, Walmart shall test its CSCP Employees on their knowledge regarding the CSCP Policies and Procedures required under these Injunctive Terms, including the Prescription Validation Process and their corresponding responsibility.

4. Walmart shall train all third-party compliance consultants performing CSCP-related compliance functions for Walmart in the same manner as Walmart's CSCP Employees.

5. It shall be a part of the CSCP Policies and Procedures and all trainings of all CSCP Employees required under these Injunctive Terms that pharmacists shall refuse to dispense Controlled Substances that they believe were prescribed or are being used for other than a legitimate medical purpose or that they believe were not prescribed by an individual Prescriber acting in the usual course of his or her professional practice.

6. All trainings required under these Injunctive Terms shall also make clear that i) Walmart's compensation and non-retaliation policies, including pursuant to these Injunctive Terms, prevent CSCP Employees from being compensated or penalized in any way related to revenue or profitability targets or expectations specific to sales of Controlled Substances; and ii) pharmacists will not be penalized in any way for exercising their professional judgment to refuse to fill prescriptions for Controlled Substances pursuant to their corresponding responsibility.

## VIII.   THE PRESCRIPTION VALIDATION PROCESS

1. As part of its CSCP, Walmart shall maintain a Prescription Validation Process in the CSCP Policies and Procedures, as further described and set forth in this section, that each pharmacist employed by Walmart in a Settling State must follow when dispensing a prescription for a Controlled Substance.  The inclusion of an enumerated Red Flag in these Injunctive Terms shall not be considered, construed, or represented to be an admission, concession, or evidence of any fact or contention related to such Red Flag. Nothing in these Injunctive Terms shall require Walmart to create a record in those instances where the pharmacist rejects a prescription when presented without an effort to resolve any red flags, including but not limited to instances where the pharmacist identifies on the face of the prescription a Prescription Red Flag (defined in Section IX below) that causes the pharmacist to conclude without further inquiry that the prescription is invalid.

2. A Red Flag will be considered "resolved" if, after further investigation as described below, and given other facts and circumstances surrounding the prescription, a pharmacist determines, in his or her professional judgment, that the facts that triggered the Red Flag do not lead him or her to believe that the prescription was written or is being submitted for an illegitimate medical purpose or outside the usual course of a Prescriber's professional practice.  All Red Flags described in Sections IX.3 and IX.5 below shall be based on internal Walmart dispensing data regarding prescriptions filled at Walmart pharmacies and shall not be based on Prescription Monitor Program ("PMP") or Prescription Drug Monitoring Program ("PDMP") data or dispensing data regarding prescriptions filled at pharmacies other than Walmart pharmacies.  Nothing in this Agreement requires Walmart to use nor prohibits Walmart from using any data other than internal Walmart dispensing data to identify any Patient Red Flags or Prescriber Red Flags (described in Section IX.3 and IX.5 below).

3. Walmart's CSCP Policies and Procedures shall provide that if a pharmacist identifies any "Patient Red Flags" associated with a Controlled Substances prescription (described in Section IX(3) below), before filling the prescription the pharmacist must resolve them; and that the method of resolution falls within the judgment of the pharmacist and may include reviewing the Patient's profile and history with Walmart, calling the Prescriber or Prescribers if appropriate, speaking with the Patient if appropriate, calling on the pharmacist's pre-existing knowledge of the Patient or Prescriber, reviewing available Prescription Monitoring Program ("PMP" or "PDMP") data, and/or reviewing other data or information available to the pharmacist.

4. Walmart's CSCP Policies and Procedures shall provide that if forgery or fraud is suspected, or if the pharmacist identifies any other "Prescription Red Flags" associated with a Controlled Substances prescription (described in Section IX(4) below), the pharmacist must either reject the prescription if the pharmacist concludes without further inquiry that the prescription is invalid or resolve the Prescription Red Flags; and that the method of resolution falls within the judgment of the pharmacist and may include reviewing the Patient's profile and history with Walmart, calling the Prescriber or Prescribers if appropriate, speaking with the Patient if appropriate, calling on the pharmacist's pre-existing knowledge of the Patient or Prescriber, reviewing available PMP or PDMP data, and/or reviewing other data or information available to the pharmacist.

5. Walmart's CSCP Policies and Procedures shall require that if a pharmacist identifies any "Prescriber Red Flags" associated with a Controlled Substances prescription (described in Section IX(5) below), the pharmacist must resolve them; and that the method of resolution falls within the judgment of the pharmacist and may include reviewing any Walmart records regarding the Prescriber, calling the Prescriber if appropriate, speaking with the Patient if appropriate, calling on the pharmacist's pre-existing knowledge of the Patient or Prescriber, reviewing available PMP or PDMP data, and/or reviewing other data or information available to Walmart.

6. Walmart's CSCP Policies and Procedures shall provide that the resolution of all Red Flags identified by the pharmacist, as well as any Controlled Substance prescriptions that were rejected pursuant to the Prescription Validation Process, and the reasons why they were rejected, must be documented.  Any such records shall be maintained for the duration of these Injunctive Terms.  To the extent that a Red Flag is resolved based upon facts or circumstances that are already reflected or documented in Walmart's records, further documentation of those facts or circumstances is not required for resolution of substantially the same Red Flag on subsequent prescriptions. For example, if a patient lives 55 miles from a Walmart pharmacy but works near the pharmacy and that fact is reflected in pharmacy records, no documentation for the resolution of the Red Flag addressing patient distance from the pharmacy is required in connection with individual prescriptions dispensed for that patient.

7. Walmart's CSCP Policies and Procedures shall provide that, even if all Red Flags are resolved, a pharmacist shall reject a prescription if, in his or her professional judgment, he or she believes that it was written or is being submitted for other than a legitimate medical purpose and/or was written outside the usual course of an individual Prescriber's professional practice.

## IX.  RED FLAGS

1. Walmart shall provide annually to the Settling States, beginning with an initial report twelve months after the Injunctive Terms Implementation Date, and annually

thereafter, a report (the "Annual Red Flag Report") that sets forth: (a) the total number of prescriptions for Controlled Substances dispensed annually aggregated nationally and by state; (b) the specific metrics or algorithms (if any) used to identify each category of Red Flag listed in this section; and, (c) for each category of Red Flags (excluding the Prescription Red Flags in IX.4 except to the extent collected and maintained), the following information on both a nationwide basis and, separately, for each Settling State:

    a.  The number of times that Walmart pharmacists input a prescription into its systems and identified the Red Flag during the prior year;

    b.  The number of times when such Red Flag was not resolved and thus, the prescription was refused, during the prior year;

    c.  The percentage of instances where a Red Flag occurred, as in subsection a, that the Red Flag was not resolved, as in subsection b.

2.  Within the three months following the provision of the Annual Red Flag Report, either Walmart or the States Injunctive Relief Committee may propose in writing a meet and confer to discuss potential changes to the scope of one or more categories of Red Flags. At such a meeting, Walmart or the States Injunctive Relief Committee may provide additional research, information or data available to them beyond that provided in the Annual Red Flag Report. For example, Walmart might propose reducing the threshold for triggering a particular category of Red Flag or consolidating certain Red Flags or subcategories of Red Flags into a single metric, or the States Injunctive Relief Committee might propose increasing the threshold for triggering a particular Red Flag or expanding that Red Flag to include multiple subcategories (*e.g.*, number of prescriptions, distance thresholds).

    a.  If Walmart and the States Injunctive Relief Committee agree on such changes to one or more Red Flags, they shall document those changes in writing and they shall become a part of these Injunctive Terms for all intents and purposes. Further, any modified Red Flags shall thereafter become subject to tracking by Walmart and part of the Annual Red Flag Report.

    b.  If Walmart and the States Injunctive Relief Committee cannot agree on the proposed changes during their meeting and confer, the Party seeking the change(s) to the Red Flag(s) may seek a 5-day mediation of the issue at its own expense. If the mediation fails to resolve the dispute between the parties, the party seeking the proposed change(s) may appeal to the National Arbitration Panel to have the National Arbitration Panel modify the Red Flags on the basis that the change(s) would be consistent both with avoiding unnecessary material costs of identifying and resolving Red Flags and materially reducing the diversion of Controlled Substances. In such a proceeding, the Party seeking the

proposed change(s) may provide evidence from Annual Red Flag Reports or from other research, data and information.

3. Walmart shall treat the following circumstances as "Patient Red Flags":

    a. A Patient seeks to fill a Schedule II Designated Controlled Substance prescription more than three days prior to the contemplated exhaustion date of more than two earlier prescriptions of the Schedule II Designated Controlled Substance (e.g., exhaustion of the days' supply assuming the prescription has been taken in accordance with the prescribers' directions on the face of the prescription);

    b. A Patient seeks to fill a Designated Controlled Substance prescription from a Prescriber after having filled Designated Controlled Substance prescriptions from three other Prescribers, from separate practices, in a given 6-month period;[1]

    c. A Patient seeks to fill a Designated Controlled Substance prescription after having filled Designated Controlled Substance prescriptions at two other Walmart pharmacies within 30 days;

    d. A Patient seeks to fill a Designated Controlled Substance prescription after having filled three other Designated Controlled Substance prescriptions within 30 days;

    e. The distance between a Patient's residence and the Walmart pharmacy receiving the Designated Controlled Substance prescription is farther than 50 miles (except if the prescription is presented to Walmart's mail-order pharmacy, in which case this Red Flag shall not be applicable);

    f. The Patient resides more than 100 miles from the Prescriber who issued the Designated Controlled Substances prescription;

    g. A Patient seeks to fill an acute-condition Designated Controlled Substance prescription for more than a seven-day supply or over 50 MME per day and has not filled an acute-condition Designated Controlled Substance prescription within the past 30 days; and

    h. A Patient seeks to fill a Designated Controlled Substance prescription after having two other prescriptions for Designated Controlled Substances subjected to documented refusals to fill by a Walmart pharmacist within the past 30 days.

4. Walmart shall treat the following circumstances as "Prescription Red Flags:"

---

[1] In Walmart's sole discretion, for administrative convenience Walmart may implement this Red Flag without regard to whether prescribers are at separate practices, thereby resulting in more instances in which the flag occurs.

a.  A Controlled Substance prescription that appears altered, including but not limited to, a photocopied prescription or a prescription in which an altering agent, such as white out, was used;

b.  A Controlled Substance prescription written with misspellings suggesting the prescription may not have been written by a Prescriber;

c.  A Controlled Substance prescription using atypical abbreviations suggesting the prescription may not have been written by a Prescriber; and

d.  A Controlled Substance prescription written with multiple colors of ink or in multiple different handwritings.

5.  Walmart shall treat the following circumstances as "Prescriber Red Flags:"

a.  A Prescriber provides a Patient with prescriptions for all three of a Schedule II Designated Controlled Substance, a benzodiazepine, and carisoprodol;

b.  A Prescriber has no office within 50 miles of the retail pharmacy store where a Designated Controlled Substance prescription is submitted; and

c.  A Patient seeks to fill a Designated Controlled Substance prescription written by a Prescriber after having filled at least seven Designated Controlled Substance prescriptions written by the same Prescriber within 90 days.

## X.  PRESCRIBER REVIEW

1.  Walmart shall regularly review the prescribing patterns and practices of Prescribers of Designated Controlled Substances (the "Prescriber Review Process").  The Prescriber Review Process shall employ algorithms, or other means, to review data on Walmart's retail dispensing for potential Prescribers of concern.

2.  Walmart shall automatically refer a Prescriber for further investigation as part of the Prescriber Review Process in the following circumstances:

a.  Personnel implementing the Prescriber Review Process become aware that a Prescriber has had his or her medical license suspended or revoked for violations of laws or regulations related to Controlled Substance prescribing in any jurisdiction of the United States within the prior six months;

b.  A Prescriber has been the subject of a blanket refusal to fill;

c.  A Prescriber has been the subject of more than ten (10) documented refusals to fill within a six-month period;

      d.   Personnel implementing the Prescriber Review Process become aware that a Prescriber has been charged or indicted with a crime related to prescribing Controlled Substances by the Federal Government or in any jurisdiction of the United States; or

      e.   Walmart has received a Hotline complaint that has been investigated and substantiated concerning a Prescriber's illegitimate prescribing of Controlled Substances.

3. Based on the professional judgment of the employees operating the Prescriber Review Process, Walmart may also refer a Prescriber for further investigation as part of the Prescriber Review Process based on one of the following circumstances:

      a.   A Prescriber was the subject of an inquiry by law enforcement;

      b.   A Prescriber was flagged for review by a Walmart pharmacist (other than through a refusal to fill or blanket refusal to fill) or supervisory field personnel; or

      c.   A Prescriber was identified by review or analysis of objective data metrics, alone or in combination, such as data pertaining to the Prescriber's Controlled Substance prescription practices or patients.

4. Once Walmart identifies a Prescriber for further investigation, Walmart shall review pertinent and available data and information pertaining to the Prescriber, which may include interviews or other information gathered in the discretion of the employees operating the Prescriber Review Process.  When permitted by law, nothing contained in this Section prevents Walmart from taking immediate action to Block a Prescriber in lieu of referral for further investigation or prevents a Walmart Pharmacist from refusing to fill any particular prescription or refusing to fill prescriptions from a given Prescriber.

5. If after the Prescriber Review Process those making the decision have not resolved the circumstances that caused Walmart to further investigate the Prescriber, then the Prescriber shall be Blocked and Walmart pharmacies will no longer fill controlled substance prescriptions written by that prescriber. If Walmart does not Block the Prescriber due to requirements of state law, Walmart shall provide notice to the Pharmacist that, but for this prohibition, the Prescriber would have been Blocked. A Prescriber may have an opportunity at the discretion of Walmart to seek future reinstatement by providing information to Walmart that may resolve its concerns. Nothing in this Section shall limit the right or ability of individual Walmart pharmacists to either refuse to fill a given prescription or refuse to fill all prescriptions for Controlled Substances from a given prescriber independent of any decision by Walmart to Block or not Block a given prescriber.  Walmart shall provide the names of doctors

it has Blocked to the Board of Medicine in each Settling State.

6. Walmart shall report to each Settling State the number and identity of Prescribers from such Settling State that were Blocked and the number of Prescribers from such Settling State who were referred for a decision regarding whether the Prescriber should be Blocked as part of Walmart's Prescriber Review Process. Such reporting shall occur on an annual basis. Walmart may, at its discretion, report on a more frequent basis.

## XI.   PROACTIVE DUE DILIGENCE AND SITE VISITS

1. During the term of these Injunctive Terms, Walmart shall conduct periodic proactive compliance reviews of its retail pharmacy stores in the Settling States to assist with the identification of potential compliance issues related to the dispensing of Designated Controlled Substances at its retail pharmacy stores in the Settling States. This may be satisfied by the use of algorithms, or other electronic means, to analyze the data associated with each pharmacy to identify particular pharmacies for review as required under this Section XI. Documentation of any resulting reviews shall be maintained by Walmart and made accessible to all Controlled Substance Compliance Department personnel upon request for the duration of these Injunctive Terms.

2. During the term of these Injunctive Terms, Walmart personnel or qualified third-party compliance consultants shall also conduct site visits based on analysis of data regarding dispensing of Designated Controlled Substances at Walmart pharmacies, including unannounced site visits to at least one in every 50 of its retail pharmacy stores in each Settling State each year (but not less than five each year) for the duration of these Injunctive Terms. These site visits shall at a minimum consist of a review of Controlled Substance dispensing documentation and recordkeeping; a review of fraud, theft and loss prevention equipment and processes; an audit of Controlled Substances inventory and recordkeeping; and a review of physical surroundings and other circumstances for any indications of potential non-compliance with these Injunctive Terms or the CSCP Policies and Procedures, or any violations of other applicable laws and regulations related to Controlled Substances.

3. During site visits, Walmart personnel or qualified third-party compliance consultants shall interview relevant pharmacy employees, if appropriate, about any potential areas or issues of concern, including potential violations of law, the CSCP Policies and Procedures, and these Injunctive Terms, as well as the retail pharmacy store's maintenance of effective controls against the potential diversion of Controlled Substances.

4. Walmart personnel or qualified third-party compliance consultants who conduct site visits shall complete a report reflecting the findings of any site visit pursuant to this section. This report shall document areas or issues of concern, including potential

violations of law, the CSCP standard operating procedure, and these Injunctive Terms, and the results of any follow-up data analysis performed, as well as any other results or findings.

5. Site visit reports and all other compliance reports related to the dispensing of Designated Controlled Substances shall be maintained by Walmart and made accessible to all Controlled Substance Compliance Department personnel upon request for the duration of these Injunctive Terms.

## XII. FRAUD, THEFT AND LOSS PREVENTION

1. In addition to complying with all fraud, theft and loss procedures, policies and precautions required by state and federal law, Walmart shall maintain information regarding the inventory accounting and auditing of all Designated Controlled Substances at each retail pharmacy store for at least three years from the date of the accounting or audit.

2. In addition to any other reporting obligations under state and federal law, Walmart must provide to each Settling State on a quarterly basis any reports it has made to the Drug Enforcement Administration regarding the theft or significant loss of Controlled Substances in that Settling State pursuant to 21 CFR §1301.76(b).

## XIII. REPORTING TO LAW ENFORCEMENT

1. To the extent not already in place, Walmart shall implement standard operating procedures directing its employees to report any confirmed fraudulent or forged prescriptions to Settling State law enforcement authorities, to the extent they want to accept it, within 5 business days of completing any review of such prescription, and provide a summary of such reports, to the extent permitted by law, to the Settling State on a biannual basis upon request.

2. Walmart shall document and for at least 2 years maintain records of any such reports that are made to law enforcement regarding confirmed fraudulent or forged prescriptions.

## XIV. ENFORCEMENT OF INJUNCTIVE TERMS

1. Notice of Potential Violations and Opportunity to Cure.

   a. A "Potential Violation" occurs when the Settling State determines, after appropriate investigation and due diligence, that Walmart is not in substantial compliance with a material aspect of the Injunctive Terms. A Potential Violation may be for a single retail pharmacy. A violation of this Agreement

does not necessarily occur when a pharmacist, pharmacist technician, or other field personnel who supervise pharmacists and/or pharmacist technicians employed by Walmart violates Walmart's CSCP Policies and Procedures or the law.

b. Potential Violation Discovered by Settling State.

   a. In the event of a Potential Violation identified by a Settling State, the Settling State shall notify Walmart in writing (the "State's Notice").

   b. Within thirty (30) days of receipt of the State's Notice, Walmart shall provide a written response to the Settling State. The response shall include Walmart's position as to the act(s) of non-compliance, including, possibly, a statement setting forth why Walmart believes it is in substantial compliance with the relevant provision(s) or a statement explaining how the Potential Violation has been addressed.

   c. If the Settling State wishes to meet with Walmart, Walmart shall promptly make itself available for such a meeting.

c. If, after review of a written response and any meeting, the Settling State believes that a Potential Violation is ongoing or has not been substantially addressed, it will provide written notice to Walmart and work in conjunction with Walmart to devise, within thirty (30) days, a corrective action plan ("Corrective Action Plan") to remedy such Potential Violation, including a reasonable period for implementation of such plan.

d. Within 60 and 120 days after implementing the Corrective Action Plan, Walmart will provide a written compliance update to the Settling State and make itself available to meet with the Settling State if requested. If after reviewing the compliance update and any meeting, the Settling State believes a Potential Violation remains ongoing or has not been substantially addressed, the Settling State may commence a 30-day mediation period. If mediation fails to resolve the dispute between the parties, the Settling State may take whatever action it deems necessary, including but not limited to bringing an action to enforce these Injunctive Terms, filing a new action (administrative or civil action) for violation of the Injunctive Terms as allowed by state law, conducting further investigation, or attempting to negotiate an updated Corrective Action Plan with Walmart. But the Settling State may not seek to reinstate claims that have been released as part of the Settlement.

e. If Walmart fails or refuses to provide a written response, to devise or implement a Corrective Action Plan or to provide a compliance update as required by

subsections 1(b), 1(c) and/or 1(d), a Settling State may bring an action to enforce these Injunctive Terms, filing a new action (administrative or civil action) for violation of the Injunctive Terms as allowed by state law, conduct further investigation, or attempt to negotiate an updated Corrective Action Plan with Walmart.  But the Settling State may not seek to reinstate claims that have been released as part of the Settlement.

    f.   If, after review of a written response and any meeting, pursuant to subsections 1b. or 1c., above, the Settling State concludes that a Potential Violation is not ongoing or has been substantially addressed, the State will provide written notice of this conclusion to Walmart within 30 days of reaching its conclusion.

2. **Enforcement Action.** Each Settling State agrees that prior to taking any court or administrative action, other than an action that the Settling State concludes is necessary to address an immediate threat to the health, safety, or welfare of the citizens of the Settling State, or that a public emergency requiring immediate action exists, it will follow the process outlined above.  If the Settling State concludes that action is necessary to address an immediate threat to the health, safety, or welfare of the citizens of the Settling State or that a public emergency requiring immediate action exists, it will make best efforts to provide reasonable notice to Walmart prior to initiating any such action.

## XV.   **COMPLIANCE CERTIFICATION**

1. Walmart's Controlled Substance Compliance Director shall, after diligent inquiry, complete an annual compliance certification as set out in Section XV(4).

2. The certification shall be filed annually for the duration of these Injunctive Terms with a Settling State's appropriate licensing and/or regulatory agency and its Attorney General.

3. In addition to the responsibilities set forth in these Injunctive Terms, certain Walmart Pharmacy employees ("Certifying Employees") are expected to monitor and oversee activities within their areas of authority and beginning within 1 year of the Injunctive Terms Implementation Date shall annually certify that the applicable Walmart department is in compliance with applicable statutory requirements and the obligations of these Injunctive Terms. These Certifying Employees shall include, at a minimum, the following: Senior Vice President, Pharmacy; Vice President, Pharmacy Operations; Senior Vice President, Chief Financial Officer, Health & Wellness; and Chief Ethics and Compliance Officer, Health & Wellness. For each reporting period, each Certifying Employee shall sign a certification as set out in Section XV(4).

4. The certification shall state:

"I understand the compliance requirements and responsibilities as they relate to [insert name of department], an area under my supervision. My job responsibilities include attempting to ensure compliance with regard to the [insert name of department] with all applicable statutory requirements, obligations of the Injunctive Terms, and applicable policies, and I have taken steps to promote such compliance. To the best of my knowledge, the [insert name of department] is in compliance with the obligations of these Injunctive Terms. I understand that this certification is being provided to and relied upon by the State of [Settling State]."

5. If the Controlled Substance Compliance Director or Certifying Employee is unable to provide such a certification, the Controlled Substance Compliance Director or Certifying Employee shall provide a written explanation of the reasons why he or she is unable to provide the certification outlined above.

6. Within 120 days of the Injunctive Terms Implementation Date, Walmart shall develop and implement a written process for the Certifying Employees to follow for the purpose of completing the certification required by this section.

## XVI. DATA SHARING

1. Walmart shall consent to the provision by its distributors of Walmart's unblinded "867 Data" (data sent from the distributor to the manufacturer concerning the sale of its products to Walmart) regarding Designated Controlled Substances to opioid manufacturers as soon as commercially reasonable and at no cost to the manufacturers, provided that, pursuant to a prior written agreement with Walmart, the opioid manufacturers agree (a) to ensure the confidentiality of the 867 Data; (b) to implement safeguards and procedures to limit access to and use of the 867 Data; (c) that the 867 Data shall be used solely for compliance purposes as part of their Suspicious Order Monitoring programs; and (d) that the 867 Data shall be shared only with specified personnel and shall not be shared with business or sales personnel.

2. To the extent that Walmart provides McKesson Corporation, Cardinal Health, Inc., or AmerisourceBergen Corporation (the "Settling Distributors") with Pharmacy Customer Data (as defined in the Distributor Injunctive Terms) for use in their Controlled Substance Monitoring Programs, Walmart agrees that the Settling Distributor(s) may share such Pharmacy Customer Data with the Monitor appointed pursuant to the Distributor Injunctive Terms, provided that the Monitor agrees, pursuant to a prior written agreement with Walmart, (a) to ensure the confidentiality of the Pharmacy Customer Data; (b) to implement safeguards and procedures to limit access to and use of the Pharmacy Customer Data; (c) that the Pharmacy Customer Data is used solely for the purpose of ensuring the Settling Distributors' compliance with the Distributor Injunctive Terms; and (d) that the Pharmacy Customer Data shall be shared only with specified personnel.

## XVII.  CLEARINGHOUSE

1.  Solely for purposes of this Section XVII, the term "Pharmacy Clearinghouse Data" means aggregated data for a 90-day period that contains:

    a.  A list of the total number of prescriptions and dosage units for each NDC for all Controlled Substances dispensed at each Walmart retail pharmacy;

    b.  A list of the top five prescribers of each Designated Controlled Substance by dosage volume and the top ten prescribers of all Designated Controlled Substances combined by dosage volume dispensed at each Walmart retail pharmacy.  For each prescriber, the data shall include the following information:

        i.  Number of prescriptions and doses prescribed for each Designated Controlled Substance NDC;

        ii.  Number of prescriptions for each unique dosage amount (number of pills per prescription) for each Designated Controlled Substance NDC;

        iii.  Prescriber name, DEA registration number, and address; and

        iv.  Medical practice/specialties, if available;

    c.  Information on whether the method of payment was cash for Controlled Substances prescriptions dispensed at each Walmart retail pharmacy; and

    d.  Information on top ten patient residential areas by five-digit ZIP code prefix for filled Designated Controlled Substances by dosage volume, including number of prescriptions and doses for each Designated Controlled Substance NDC dispensed at each Walmart retail pharmacy.

2.  To the extent that a Settling Distributor distributes Controlled Substances to Walmart pharmacies, Walmart shall make Pharmacy Clearinghouse Data available to such Settling Distributor for provision to the Clearinghouse on a quarterly basis and Walmart will confer with such Settling Distributor(s) and the States Injunctive Relief Committee to determine: what additional information, if any, is needed from Walmart for a Settling Distributor to perform suspicious order monitoring, including in connection with the effective operation of the Clearinghouse to assist with suspicious order monitoring; if additional information is needed, how Walmart shall provide it to a Settling Distributor; and what information provided by Walmart to a Settling Distributor may be deposited by the Settling Distributor into the Clearinghouse.  Due to patient privacy and legal restrictions, in connection with any meet and confer described above, Walmart will not agree to provide individual patient-level or prescription-level data, de-identified or otherwise, to the Settling Distributors and/or the Clearinghouse.

3.  Walmart and Settling Distributors will also determine whether and in what amount Walmart will contribute financially to the Clearinghouse.  Such contribution, if any, shall be in an amount proportionate to the contributions of other Chain Pharmacies based upon Controlled Substance market share, but in no event shall Walmart be

obligated to contribute more than a total of $7,000,000 for the life of the Clearinghouse. If Walmart contributes financially to the Clearinghouse and/or provides data directly to the Clearinghouse, it shall have the option, in its sole discretion, to have a seat on the Clearinghouse Advisory Panel with rights identical to those of the Settling Distributors.  If Walmart becomes a member of the Clearinghouse Advisory, the number of state members shall remain equal to the number of non-state members

4.  Any data provided by Walmart to a Settling Distributor and/or the Clearinghouse pursuant to these Injunctive Terms shall be treated in compliance with state and federal law, including but not limited to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and all applicable state and federal privacy laws.

5.  At Walmart's sole option, Walmart may obtain relevant information, analyses, and reports from the Clearinghouse, subject to the following conditions:

    a.  Walmart shall be permitted to use information obtained from the Clearinghouse for anti-diversion purposes, including the uses expressly contemplated by the Injunctive Terms.

    b.  Walmart shall ensure any data obtained from the Clearinghouse cannot be accessed by any of its employees or agents who are involved in negotiating pricing or other business terms with pharmaceutical distributors or manufacturers.

    c.  No pharmacy shall receive from the Clearinghouse information specific to another pharmacy.  Notwithstanding the prior sentence, Walmart may receive from the Clearinghouse blinded data.

    d.  Walmart may use information it receives from the Clearinghouse only for the purposes of identifying, minimizing, or otherwise addressing the risk of Controlled Substances diversion.  Walmart shall not attempt to obtain revenue from this information.

    e.  Walmart shall not sell (or obtain license fees for) data obtained from Clearinghouse to any third-parties.

3.  Liability Related to the Clearinghouse.

    a.  Walmart is entitled to rely upon information or data received from the Clearinghouse, whether in oral, written, or other form. Walmart shall not have any liability (whether direct or indirect, in contract or tort or otherwise) to any party for or in connection with any action taken or not taken by the Clearinghouse. In addition, Walmart shall not have any liability (whether direct or indirect, in contract or tort or otherwise) to any party for or in connection with any action taken or not taken by Walmart based on incorrect,

inaccurate, incomplete or otherwise erroneous information or data provided by the Clearinghouse, unless the information or data was incorrect, inaccurate, incomplete or otherwise erroneous because Walmart itself provided incorrect, inaccurate, incomplete or otherwise erroneous data or information to the Clearinghouse.

b. Reports or analysis generated by the Clearinghouse may not be based on complete data due to a lack of participation by other pharmacies and distributors. As such, Walmart shall not be held responsible for actions or inactions related to reports and analysis prepared by the Clearinghouse which may be based on incomplete data due to a lack of participation by other pharmacies and distributors.

c. Walmart shall not require any distributor to indemnify or otherwise be responsible to it for any claims resulting from the provision of data, including Pharmacy Clearinghouse Data, to the Clearinghouse, including, but not limited to, claims related to any data breaches occurring with the data transmitted to or maintained by the Clearinghouse.  Nothing in these Injunctive Terms shall require Walmart to indemnify, or otherwise be responsible to, any pharmacy, distributor, or Walmart customer for any claims arising out of or resulting from the provision of data, including Pharmacy Clearinghouse Data, to the Clearinghouse, including, but not limited to, claims related to any data breaches occurring with the data transmitted to or maintained by the Clearinghouse.

d. Walmart and the Settling States shall not be liable for any breaches of any databases maintained by the Clearinghouse. This does not excuse the Clearinghouse or its vendor(s) from compliance with all state and federal laws and regulations governing (1) the protection of personal information and protected health information, or (2) notifications relating to Data Security Events.  Solely for purposes of this Section XVII, the term "Data Security Event" means any compromise, or threat that gives rise to a reasonable likelihood of compromise, by unauthorized access or inadvertent disclosure impacting the confidentiality, integrity, or availability of Pharmacy Clearinghouse Data.

## **EXHIBIT Q**

## **[Intentionally Omitted]**

<u>**EXHIBIT R**</u>

<u>**Agreement on Attorneys' Fees, Costs, and Expenses**</u>

This Agreement on Attorneys' Fees, Costs, and Expenses ("Fee Agreement") is entered between Walmart and the Plaintiffs' Executive Committee appointed in the multidistrict litigation in the Northern District of Ohio, *In re National Prescription Opiate Litigation*, No. 1:17-MD-2804 ("MDL PEC"), in connection with the Walmart Global Opioid Settlement Agreement ("Walmart Agreement"). This Fee Agreement becomes effective on the Effective Date of the Walmart Agreement or the date that the Consent Judgments anticipated under the Walmart Agreement become final in 25 Settling States (whichever is later).

**I.     Definitions**

A.  This Fee Agreement incorporates all defined terms in the Walmart Agreement, unless otherwise defined herein, and shall be interpreted in a manner consistent with the Walmart Agreement.

B.  "*Applicant*."  Any Attorney or MDL Participating Counsel who seeks an award of attorneys' fees from the Attorney Fee Fund pursuant to the procedures established by the MDL Court and the Fee Panel.

C.  "*Attorney*."  Any of the following retained through a legal contingency fee or hourly fee contract: a solo practitioner, multi-attorney law firm, or other legal representative of a Participating Subdivision or MDL Participating Counsel.  This does not include Subdivision in-house attorneys.[1]

D.  "*Attorney Fee Fund*."  An account consisting of funds allocated to pay attorneys' fees approved pursuant to Section II.B of this Fee Agreement established by Order of and under the ongoing jurisdiction of the MDL Court, as provided below.

E.  "*Common Benefit*."  Work performed for the benefit of all Participating Subdivisions and Tribal Nations, including, but not limited to, pretrial matters, discovery, trial preparation, trial, settlement negotiations, and all other work that advances the interests of the Participating Subdivisions.

F.  "*Common Benefit Fund*."  The sub fund of the Attorney Fee Fund described in Section II.C.

G.  "*Contingency Fee Fund*."  The sub fund of the Attorney Fee Fund described in Section II.D.

---

[1] For the avoidance of doubt, Nassau County and Suffolk County of New York are eligible to receive payment under the Walmart Agreement and thus the legal services provided to Nassau County and Suffolk County in its litigation against Walmart, which was resolved through a separate settlement agreement, shall be treated as a Qualifying Representation for purposes of this Agreement.

H.  "*Cost and Expense Fund Administrator*."  The administrator appointed by the MDL Court on August 12, 2021 (MDL Docket No. 3828), to administer the Cost Fund and its sub funds as provided in the Fee Agreement.

I.  "*Court Common Benefit Fund*."  The Common Benefit Fund established by the MDL Court in its orders of July 22, 2021, MDL Docket No. 3794, and May 9, 2022, MDL Docket No. 4428.

J.  "*Fee Entitlement*."  Any right, entitlement, or expectation, including but not limited to a fee contract, contingent fee contract, agreement, referral arrangement, co-counsel arrangement, State Back-Stop Agreement, or any other arrangement by which counsel could receive compensation or other consideration.  For the avoidance of doubt, the scope of Fee Entitlement under paragraph II.G.3.a does not include any Attorneys' fees associated with representation of a State.

K.  "*Fee Panel*."  The three-person panel appointed by the MDL Court on August 12, 2021 (MDL Docket No. 3828), to administer and make recommendations for the allocation and distribution of the Attorney Fee Fund and its sub funds as provided in the Fee Agreement.

L.  "*Later Litigating State.*" A State that first files a lawsuit bringing a Released Claim against a Released Entity after November 14, 2022.

M.  "*MDL Court*."  United States District Court for the Northern District of Ohio Eastern Division, Case No. 1:17-md-2804, Judge Dan Aaron Polster.

N.  "*MDL Expense Fund*."  The cost fund described in Section II.F below.

O.  "*MDL Participating Counsel.*"  MDL Participating Counsel includes an attorney or firm authorized by MDL 2804 Lead Counsel to perform work for the Common Benefit of Participating Subdivisions.  By way of example, it would include insurance counsel and appellant counsel.

P.  "*MDL PEC*."  The Plaintiffs' Executive Committee appointed by the MDL Court.

Q.  "*Non-Participating Litigating Subdivision*."  A Litigating Subdivision that is not a Participating Subdivision.

R.  "*Non-Participating State.*" A State that is not a Participating State.

S.  "*Participating Litigating Subdivision*."  A Litigating Subdivision that is also a Participating Subdivision.

T.  "*Participation Agreement*."  An agreement executed by an Attorney that acknowledges the obligation to pay an appropriate MDL Common Benefit Assessment.

U. "*Qualified Tribal Representation.*"  Representation by an attorney of a Participating Tribal Government regarding Released Claims against Released Entities.  Such counsel are eligible for Common Benefit Fee consideration.  The Walmart Tribal Global Settlement provides for the contribution to the Common Benefit Fund as shall be determined by the MDL Court.

V. "*Qualifying Representation.*"  Legal services provided for representation of the MDL PEC or Participating Litigating Subdivision regarding Released Claims against Released Entities.

W. "*State Back-Stop Agreement.*"  Any agreement by a Settling State and private counsel for Participating Subdivisions in that State (or legislation enacted in that State) to provide, adjust, or guarantee attorneys' fees and costs, whether from the Attorney Fee Fund or any other source recognized in the agreement or legislation.[2]

X. "*Subdivision Cost and Expense Fund.*"  The fund created to pay approved Subdivision and Tribal Nations costs and expenses as set forth in Section II.E.

Y. "*Walmart.*" (i) Walmart Inc. and (ii) all of its respective past and present direct or indirect parents, subsidiaries, divisions, affiliates, joint ventures, predecessors, successors, and assigns.

## II.    Fees and Costs

*A.    Total Attorneys' Fees and Costs*

1.    Total attorneys' fees and costs to be paid by Walmart to Attorneys under this Fee Agreement shall be up to but in no event more than $297,720,376.93, subject to the reductions and provisions set forth below.  The total attorneys' fees and costs consists of up to $267,720,376.93 for the Attorney Fee Fund, as set forth in Section II, and $30,000,000 in total for the Subdivision Cost and Expense Fund and MDL Expense Fund, as set forth in Sections II.E and II.F respectively.

2.    If an Eligible State does not join the Agreement by the State Participation Date and is accordingly not a Settling State, the total attorneys' fees and costs to be paid under this Fee Agreement by Walmart shall be reduced by twelve point four percent (12.4%) times the Remediation Payment amount that would have been allocated to that Non-Settling State as set forth in Section IV.B of the Walmart Agreement.

3.    The total attorneys' fees and costs to be paid under this Fee Agreement by Walmart shall also be reduced by the amount of the Contingency Fee Fund for Attorneys representing Litigating Subdivisions in any Settling State that continue

---

[2] Nothing herein shall be understood to indicate approval for additional State Back-Stop Agreements or modifications of existing State Back-Stop Agreements.

to pursue Released Claims ("*Non-Participating Litigating Subdivisions*"), as set forth in Section II.D.4 and II.H.7 below.

4.      If Walmart settles with any Non-Settling State after November 14, 2022, and such settlement allows for the Subdivision(s) in such Non-Settling State to join the settlement, Walmart agrees to withhold from the attorney fee portion of such settlement a Common Benefit Fund assessment, to be deposited in the Common Benefit Fund, of 7.5% times the portion of the Remediation Payment that would have been due to such State if it had participated in the Walmart Settlement and been awarded its full portion of the Remediation Payment (the "*Walmart State Settlement CBF Assessment*").  If Walmart settles with any Subdivision(s) in a Non-Settling State other than in connection with a statewide settlement that includes the relevant State after November 14, 2022, then Walmart agrees to withhold from the attorney fee portion of such settlement a Common Benefit Fund assessment, to be deposited in the Common Benefit Fund, of 7.5% times the portion of the Remediation Payment that would have been due to such Subdivision under this Agreement (the "*Walmart Subdivision CBF Assessment,*" and, along with the Walmart State Settlement CBF Assessment, each a "*Walmart CBF Assessment*").  If (a) Walmart settles with a Non-Settling State after November 14, 2022, (b) such settlement does not allow for the Subdivision(s) in such Non-Settling State to join the settlement, and (c) Walmart later prevails in asserting that Released Claims of Primary Subdivisions in such Non-Settling State were released as a result of such settlement, Walmart agrees to deposit the Walmart State Settlement CBF Assessment in the Common Benefit Fund.  Any Walmart CBF Assessment is inclusive of any assessment related to such settlement that would be required by the Ongoing Common Benefit Order (Dkt. #4428) in *In re National Prescription Opiate Litigation*, Case No. 1:17-md-2804. To the extent that Walmart is required to pay any additional and/or separate assessment on such settlement as a result of the Ongoing Common Benefit Order, the Walmart CBF Assessment shall be reduced by the amount required to be paid pursuant to the Ongoing Common Benefit Order.

B.      *Attorney Fee Fund and Sub Funds*

1.      The Attorney Fee Fund shall consist of the Contingency Fee Fund and the Common Benefit Fee Fund.

2.      There shall be a split of the Attorney Fee Fund into the Contingency Fee Fund and the Common Benefit Fund.  The split shall be 40% to the Contingency Fee Fund and 60% to the Common Benefit Fund.  The Cost Funds shall include the MDL Expense Fund, and the Subdivision Cost and Expense Fund.  The State Counsel Fee Fund and the State Cost Fund shall be separate funds under the control of the Settling States.

3.      The Contingency Fee Fund and the Common Benefit Fund shall be administered by a Fee Panel to be appointed by the MDL Court that will be governed by the provisions of this Fee Agreement and shall design the process

and procedures for the allocation of fees pursuant to this Fee Agreement and the MDL Court's Order.  The Cost Funds shall be administered by the Cost and Expense Fund Administrator to be appointed by the MDL Court who will be governed by the provisions of this Agreement and shall design the process and procedures for the allocation of costs pursuant to this Agreement and the MDL Court's Order.

4.      The fees to be paid under this Fee Agreement are available for Attorneys engaged in Qualifying Representations and Qualified Trial Representations only. Fees to be paid under this Fee Agreement are not available prior to the Effective Date of the Walmart Agreement.  Fees to be paid under this Fee Agreement are not available for representation of States, Non-Participating Subdivisions or Non-Litigating Subdivisions and are not available for representation of private hospitals, third-party payors, NAS claimants, personal injury/wrongful death claimants, or any entity other than Participating Litigating Subdivisions.  In addition, fees under this Fee Agreement are not available for representation of any individual or entity in matters other than those claims against Released Entities, but may include a reasonable share of representations that involve development of facts for pursuit of opioid-related claims against multiple defendants in the pharmacy, manufacturing, and distribution chain.

5.      In no event shall Walmart be required to pay more into the Attorney Fee Fund than the maximum amount specified in paragraph II.A.1.  The amounts allocated to the Contingency Fee Fund and the Common Benefit Fund set by the Fee Panel shall be subject to the reductions set forth in Section II.A.2 and the reductions and refunds set forth below.

6.      Awards of fees from the Contingency Fee Fund shall be available to Attorneys with Qualifying Representations of Participating Litigating Subdivisions eligible to receive an allocation under the Walmart Agreement, as set forth in Exhibit G to the Walmart Agreement, and shall be made by applying the Mathematical Model attached as Exhibit "A" to this Fee Agreement.  The collection of the data and calculations for the Mathematical Model has been a cooperative effort among private counsel for a large number of Litigating Subdivisions.  The analysis has been spearheaded by Joseph Tann and Andrew Arnold.  The Fee Panel is encouraged to continue working with those counsel in application of the Model.  The Fee Panel shall oversee the application of the Model and resolve any questions or disputes concerning the eligibility of a Counsel to participate as required in Section II.G.  The Panel is empowered to hear disputes concerning and ensure the accuracy of the mathematical calculation.

7.      As to awards from the Contingency Fee Fund, there shall be no right of appeal.

8.      Any appeal of an award of the Fee Panel from the Common Benefit Fund will be made to the MDL Court and be reviewed under an abuse of discretion standard.

C.      *Common Benefit Fund* (60% of the Attorney Fee Fund.)

1.  Walmart shall pay the entirety of the Common Benefit Fund payments into the Attorney Fee Fund within fifteen (15) calendar days of the Effective Date of the Walmart Agreement, subject to the reductions set forth in Section II.A.2 and the adjustments set forth below.

2.  The Common Benefit Fund shall be available to compensate Attorneys engaged in Qualifying Representations of Participating Litigating Subdivisions and Qualified Tribal Representation of Tribal Participating Governments who:

    a.  have performed work for the Common Benefit of all Participating Subdivisions and/or Tribal Nations consistent with the provisions to the guidelines established by Judge Polster set forth in MDL 2804 and the Order dated May 1, 2018, under docket number 358, which is included herein by reference; and

    b.  satisfy the eligibility criteria set forth in Section II.G.

    For purposes of Common Benefit Fund distribution, notwithstanding paragraph II.A.5, Attorneys representing Tribal Nations litigating against Walmart have also reached a settlement for Released Claims with Walmart, and these settlements are the subject of agreements with Walmart. Attorneys are eligible for Common Benefit consideration provided such agreement with Walmart became effective under their terms.  Such Attorneys must meet the eligibility criteria in Section II.G.

    For purposes of Common Benefit Fund distribution, notwithstanding paragraph II.A.5, MDL Participating Counsel not engaged in Qualifying Representations of Participating Litigating Subdivisions but who performed work for the Common Benefit pursuant to authorization from the MDL Co-Leads and meet the eligibility criteria in Section II.G shall be eligible.

3.  The Common Benefit Fund shall be overseen by the Fee Panel, which shall determine the allocation of funds to eligible Attorneys consistent with this Fee Agreement and the May 1, 2018 Order.

4.  In assessing the benefits that an Applicant has conferred to Participating Subdivisions (including non-Litigating Subdivisions) and/or Tribes for

purposes of any compensation decision, the Fee Panel shall give significant weight to the extent to which (i) the Applicant and his or her clients have contributed to increasing (or reducing) Subdivision Participation in the Walmart Agreement as of the Threshold Subdivision Participation Date, and (ii) the Applicant and his or her clients have contributed to increasing (or reducing) the amounts achieved under Incentive Payments A-D through participation in the Walmart Agreement, including the Walmart Tribal Agreement.  The Fee Panel shall also consider additional fee recoveries the Applicant may potentially obtain, including, but not limited to, from attorney fee funds under other Settlement Agreements, State Back-Stop Agreements, representations of States or Tribal Nations, representations of other clients in opioids-related matters, or through the representation of Subdivision clients, whether they participated in the Walmart Agreement or not.  It is the intent of this provision to recognize that the goal of the Walmart Agreement is to provide for maximum participation by the Subdivisions, maximum abatement funding for all Subdivisions nationally, and the maximum peace for Released Entities.  Therefore, representing a Non-Participating Subdivision does not further the goal of the Walmart Agreement, and should not be considered Common Benefit because it does not increase funds available to Participating Subdivisions' abatement programs.  Representing Later Litigating Subdivisions or Later Litigating States is antithetical to the Walmart Agreement and detracts from Common Benefit.  The Fee Panel shall consider this concept of "common detriment" set forth in this paragraph in all of its decision making with respect to the allocation of the Attorney Fee Fund among Applicants, as well as, in its discretion, any refunds provided to Walmart as set forth in Section II.H.  The Fee Panel shall consider the totality of the Applicant's Participating Litigating Subdivisions as compared to the Applicant's Non-Participating Litigating Subdivisions; the Parties recognize that, although the goal is for 100% participation, Applicants with a greater number of clients have a greater probability of having one or more Non-Participating Litigating Subdivision.  As used in this paragraph II.C.4, "client" or "representing" a Subdivision shall include any Litigating Subdivision as to which the Applicant has a Fee Entitlement.

5. As set forth in Section II.H, the Fee Panel must consider the factors described in paragraph II.C.4 to determine how and whether to allocate funds among Applicants and to determine the amounts to refund to Walmart.  Any reduction to an Applicant not refunded to Walmart shall be allocated to attorneys whose Litigating Subdivision clients participated in the settlement by the Threshold Subdivision Participation Date.

D. *Contingency Fee Fund*.  (40% of the Attorney Fee Fund.)

1. Walmart shall pay the entirety of the Contingency Fee Fund payment into the Attorney Fee Fund within fifteen (15) calendar days of the Effective Date of the Walmart Agreement, subject to the reductions set forth in Section II.A.2 and the adjustments set forth below.

2. The Contingency Fee Fund shall be available to compensate Attorneys engaged in Qualifying Representations of Participating Litigating Subdivisions that meet the criteria set forth in Section II.G.

   a. The Contingency Fee Fund shall be available to Attorneys who represent Litigating Subdivisions that are Participating Subdivisions, whether their actions are filed in state or federal court, and meet the eligibility criteria of Section II.G.

   b. Participation in the Contingency Fee Fund by counsel that have a case that is not subject to the jurisdiction of the MDL Court shall not create, provide, or waive jurisdiction of the MDL Court over that Litigating Subdivision, that case or Attorneys, other than to oversee the fairness of the distribution process, and enforcement of this Fee Agreement.

3. The amount owed by Walmart to the Contingency Fee Fund shall be reduced to reflect the non-joinder of Litigating Subdivisions in Settling States by subtracting the amounts identified by the Fee Panel, pursuant to paragraph II.H.7, that would have been owed to counsel for Non-Participating Litigating Subdivisions in Settling States had such Litigating Subdivisions been Participating Subdivisions. The Fee Panel shall remit payment to Walmart from the Contingency Fee Fund for any amounts corresponding to such reductions.

4. In the event that after the date of the Walmart Agreement, Walmart, prior to the Effective Date of the Walmart Agreement, settles with any Litigating Subdivision that would have been eligible to participate in the Settlement Agreement, and, under such settlement agreement pays attorneys' fees, the Fee Panel shall treat those Litigating Subdivisions as Participating Litigating Subdivisions and, applying the same criteria applicable to all Attorneys for Participating Litigating Subdivisions, determine what amount they would have been paid from the Contingency Fee Fund if they had become Participating Subdivisions under the Walmart Agreement without such prior settlement.  That sum, rather than being paid to the Attorney for the previously settling Litigating Subdivision, shall be returned to Walmart, except that such refund shall not be greater than the amount paid to the Attorneys under the Litigating Subdivision's prior settlement agreement.

E. *Subdivision Cost and Expense Fund*

1. Walmart shall pay $22,500,000 into the Subdivision Cost and Expense Fund.

2. The Subdivision Cost and Expense Fund shall be available to compensate Attorneys for costs and expenses arising out of representation of Participating Litigating Subdivisions.  No funds in the Subdivision Cost and Expense Fund

may be used to compensate the costs incurred by Non-Participating Subdivisions or Non-Litigating Subdivisions or costs and expenses arising out of representation of any such Subdivision.  In allocating the Subdivision Cost and Expense Fund, the Administrator shall not allocate any funds for costs incurred after November 14, 2022.

3.      During the period between November 14, 2022 and the Effective Date, the MDL PEC, as well as Litigating Subdivisions eligible to claim costs from the Subdivision Cost and Expense Fund shall make best efforts to cease litigation activity against Walmart, including by jointly seeking stays or severance of claims against Walmart, where feasible, or postponements if a motion to stay or sever is not feasible or is denied, so long as such actions are not otherwise detrimental to the Litigating Subdivision.

4.      In the event that Walmart, prior to the Effective Date of the Walmart Agreement, settles with any Litigating Subdivision and, under such settlement agreement pays costs to the Litigating Subdivision or its Attorney, the MDL Cost and Expense Fund Administrator shall treat those Litigating Subdivisions as Participating Litigating Subdivisions and, using the same criteria applicable to all applicants to the Subdivision Cost and Expense Fund, determine what amount in costs the Litigating Subdivision or its Attorney would have been paid from the Subdivision Cost and Expense Fund if they had settled under the Walmart Agreement.  That sum, rather than being paid to the Attorney or the previously settling Litigating Subdivision, shall be credited and/or returned to Walmart, except that such sum shall not be greater than the amount paid under the previously settled Litigating Subdivision's settlement agreement.

5.      The Cost Fund shall be administered by the Cost Fund and Expense Fund Administrator (MDL Docket No. 3828), who will be governed by the provisions of this Agreement and shall design the process and procedures for the allocation of costs pursuant to this Agreement and the MDL Court's Order.

6.      The costs of the Cost and Expense Fund Administrator shall be paid from the Cost Fund and allocated by the Cost and Expense Fund Administrator between the MDL Direct Cost Fund and the Subdivision Cost and Expense Fund to fairly charge each fund the cost incurred in implementing and supervising the specific fund.

7.     The Cost and Expense Fund Administrator shall set the process and procedures for submission of and criteria for applications for payment of Subdivisions' and Tribal Nations' costs and expenses.  The Cost and Expense Fund Administrator shall receive and evaluate applications from Participating Litigating Subdivisions and litigating Tribal Nations, whether filed in Federal Court or State Court, to seek reimbursement for eligible costs under Section II.E.2 in pursuit of claims against Walmart.  The process shall require a showing that the costs or expenses sought were reasonably incurred in furtherance of active litigation of a designated state or federal bellwether trial-set case, or Common Benefit.  The Cost and Expense Fund Administrator shall require transparency from all applicants as to any other sources for compensating Attorneys for Subdivisions and Tribal Nations for costs incurred.  If funds remain after the reimbursement of approved out-of-pocket costs, the Cost and Expense Fund Administrator may consider reasonable and appropriate payment for client time, costs, or expenses incurred by recognized trial bellwether plaintiffs.  At the conclusion of the process, any funds not allocated by the Cost and Expense Fund Administrator shall be transferred to the Common Benefit Fund established in this Exhibit R.

8.     In the event that States and Subdivisions enter into an additional global settlement with a party or parties other than Walmart that is (a) under the jurisdiction of the MDL Court in MDL No. 2804, (b) creates a separate cost fund, and (c) unless the parties agree to another date, such agreement has an effective date prior to June 30, 2023, the Cost and Expense Fund Administrator shall have the authority to aggregate the Cost Fund with the cost fund created under that global settlement agreement.  The Cost and Expense Fund Administrator shall have the authority to address the appropriate procedures and required information to allow the costs to be funded from the appropriate cost fund or shared by two or more cost funds; *provided, however*, that the Subdivision Cost and Expense Fund shall remain subject to the requirements set forth in Section II.E.2.  For the avoidance of doubt, the Subdivision Cost and Expense Fund is available only to compensate Attorneys for costs and expenses arising out of representation of Participating Litigating Subdivisions and no funds in the Subdivision Cost and Expense Fund may be used to compensate the costs incurred by Non-Participating Subdivisions or Non-Litigating Subdivisions or costs and expenses arising out of representation of any such Subdivision.

F.     *MDL Expense Fund*

1.     Walmart shall pay $7,500,000 into the MDL Expense Fund.

2.     The MDL Expense Fund shall be released following the Effective Date of this Fee Agreement without any delay to reimburse the MDL Counsel for an agreed-to portion of the expenses incurred, as approved by the Cost and Expense Fund Administrator.  The sum deposited into the MDL Expense Fund will be paid directly to the MDL Cost Account, set up by MDL Order and will be administered under the ongoing jurisdiction of the MDL Court, as provided

below.  No funds may be used to compensate the costs incurred by Non-Participating Subdivisions or to compensate any Attorney for costs incurred in representing one or more Non-Participating Subdivisions.

3.      In allocating the MDL Expense Fund, the Administrator shall not allocate any funds for costs incurred after November 14, 2022, unless the Administrator determines that there are sufficient funds to cover all subdivision costs incurred prior to November 14, 2022 and that special circumstances exist to justify costs incurred following the public announcement of the Walmart Agreement, including reasonable costs related to the implementation of the Walmart Agreement.

G.    *Eligibility*

1.  It is the intention of all parties participating in the Fee Panel process that there should be total transparency to the Fee Panel and to all fund participants.  In connection with the process to be developed by the Fee Panel, any and all monies in attorney's fees received or awarded, including prior or future Contingency Fees, Common Benefit Fees, referral fees, expenses paid, promises for payment, or any other Fee Entitlement, to any Applicant in any opioid litigation shall be disclosed to the Fee Panel as a condition of participating in the Attorney Fee Fund and prior to an award from the Fee Panel.  Any payment, expectation of payment or perceived entitlement to participate in a State Back-Stop Agreement or any other agreement reached with a Settling State or any Subdivision or any other source regarding payment of fees must be disclosed to the Fee Panel.  Similarly, any right to payment from any other fund, for example a fund for payment to lawyers representing Settling States or Tribal Nations or Subdivisions shall be disclosed to the Fee Panel.  Because it is anticipated that there will be multiple firms listed on contingent fee agreements with Litigating Subdivisions, the Fee Panel shall establish procedures, with input from Attorneys for Participating Litigating Subdivisions, for which party or parties should petition for fees from such groups and to whom the fee shall be paid and thereafter distributed to co-counsel in accordance with applicable agreements. For the avoidance of doubt, all Attorneys that are part of such groups must meet the eligibility criteria in paragraph II.G.3, must be subject to the criteria set forth in paragraph II.C.4, and must be disclosed to the Fee Panel.

2.  An Applicant may apply for and recover attorneys' fees from the Common Benefit Fund, the Contingency Fee Fund, and any fund created by a past or future State Back-Stop Agreement, provided the Applicant satisfies the requirements relevant to each such fund and requirements for disclosure to the Fee Panel.

3.  An Attorney may not receive any payment from the Attorney Fee Fund (which includes both the Contingency Fee Fund and the Common Benefit

Fund) unless the following eligibility criteria are met and annually certified by the Attorney:

a.  The Attorney must expressly waive the enforcement against the Litigating Subdivision client of all Fee Entitlements (other than under State Back-Stop Agreements) arising out of or related to any or all Qualifying Representations of any Participating Litigating Subdivision prior to applying for attorneys' fees from the Attorney Fee Fund.  All applications for attorneys' fees under this Fee Agreement shall include an affirmation by the Attorney of such waiver and notice to the client(s) of such waiver.  Such waiver shall not preclude the Attorney from submitting such Fee Entitlements to the Fee Panel as a factor for consideration in allocating payments from the Attorney Fee Fund or in connection with a State Back-Stop Agreement.  For the avoidance of doubt, no Attorney may recover fees under this Fee Agreement unless the Attorney expressly agrees not to enforce Fee Entitlements as to each and every Participating Litigating Subdivision represented by that Attorney, but such Attorneys may participate in and receive funds from a State Back-Stop Agreement.

b.  The Attorney must represent that s/he has no present intent to represent or participate in the representation of any Later Litigating Subdivision or Later Litigating State with respect to Released Claims against Released Entities.

c.  The Attorney must represent that s/he has not and will not engage in any advertising or solicitation related to Released Claims against Released Entities where such advertising or solicitation relates to a representation of a Subdivision eligible to be a Participating Subdivision after the Threshold Subdivision Participation Date.

d.  The Attorney must represent s/he will not charge or accept any referral fees for any Released Claims brought against Released Entities by Later Litigating Subdivisions or Later Litigating States.  This representation shall not prohibit Attorneys from receiving allocated shares of any future common benefit assessments arising out of settlements or judgments with Later Litigating Subdivisions or Later Litigating States that are the result of the MDL Court's Common Benefit Order.

e.  The Attorney may not have and must represent that s/he does not have a Fee Entitlement related to a Later Litigating Subdivision or Later Litigating State, other than a potential Common Benefit Fee.

f.  The Attorney must fully disclose the participation, or the anticipation of participation, in any agreement with a Settling State or Participating Subdivision concerning fees arising out of or related to the Walmart

Agreement, including any fees paid or anticipated to be paid or any State Back-Stop Agreement.

g.  The Attorney must identify for the Fee Panel whether s/he utilized state litigation work product or MDL work product, including but not limited to ARCOS data, document repositories, experts developed in the MDL, trial transcripts, or deposition transcripts.  The Attorney must identify whether s/he signed the MDL Participation Agreement.

h.  Any Attorney who applies for fees from one or both Funds must represent that, having exercised his/her independent judgment, s/he believes the Walmart Agreement to be fair and will make or has made best efforts to recommend the Agreement to his or her Subdivision clients in Settling States.  For avoidance of doubt, each Attorney is expected to exercise his or her independent judgment in the best interest of each client individually before determining whether to recommend joining the settlement.  All applications for attorneys' fees or costs under this Section shall include an affirmation by the Attorney in compliance with this Subsection.

4.  No Attorney receiving fees under this Fee Agreement may apply for or recover from the Attorney Fee Fund fees arising from representing a Non-Settling State or a Non-Participating Subdivision, provided, however, that this provision is not intended to prohibit Attorneys who do not represent or otherwise have a contractual agreement with such Non-Settling State or Non-Participating Subdivision from receiving allocated shares of any future common benefit assessments that arise out of settlements or judgments involving such Non-Settling State or Non-Participating Subdivision.  All applications for attorneys' fees under this Section shall include an affirmation by the Attorney of compliance with this Section.

5.  An Attorney who has filed an application under this section and received an award of attorneys' fees shall provide a certification of compliance with the Sections of this Fee Agreement annually during the years upon which they are still entitled to receive attorneys' fee payments under this Agreement.  This certification will be done as directed by the Panel.

6.  If, at any time, the Attorney is unable to make the representations set forth in this Section, such representations become untrue, or the Attorney falsely represents compliance with the eligibility criteria, the Attorney shall cease to be eligible to receive funds from the Attorney Fee Fund until further review by the Fee Panel of the Attorney's eligibility under and compliance with this Section II.

7.  If an Attorney has a Fee Entitlement with a Later Litigating Subdivision or Later Litigating State or otherwise becomes unable to reaffirm compliance with the eligibility criteria set forth above, the Attorney shall notify Walmart

and the Fee Panel.  For the avoidance of doubt, any Attorney who undertakes any new representation of, or has a Fee Entitlement with, a Later Litigating Subdivision or Later Litigating State shall be prohibited from receiving any future funds from the Attorney Fee Fund and be subject to additional obligations as set forth in Subsection 8 below.  If an Attorney fails to notify Walmart and the Fee Panel of such Fee Entitlement with a Later Litigating Subdivision or Later Litigating State, the Attorney shall be required to refund amounts previously paid.  The Fee Panel shall notify Walmart when it receives notification.

8. To the extent an Attorney who has received compensation from the Attorney Fee Fund based on Qualifying Representations of Participating Litigating Subdivisions under the Walmart Agreement represents a Later Litigating Subdivision or Later Litigating State, such Attorney shall be obligated to refund such amounts received as compensation from the Attorney Fee Fund to Walmart.  Walmart or such Attorney may bring any dispute as to whether such Attorney shall be obligated to refund such amounts received from the Attorney Fee Fund to Walmart to the Fee Panel.  Nothing herein shall require a multi-attorney law firm that has received compensation from the Attorney Fee Fund to refund such amounts if an attorney of the firm that is no longer affiliated with such law firm, after such departure, represents a Later Litigating Subdivision or Later Litigating State, provided that (a) neither the law firm nor any of its other attorneys have any contractual or financial arrangement regarding, stand to benefit directly or indirectly from, or directly or indirectly provide financial or other support of any kind to, the former attorney's representation of the Later Litigating Subdivision or Later Litigating State and (b) if the former attorney was a partner or owner of the multi-attorney law firm at the time that the law firm received compensation from the Attorney Fee Fund, the former attorney shall be obligated to refund such amounts as the former attorney earned as a result of the compensation that the law firm received from the Attorney Fee Fund.

9. In the event that an Attorney is deemed ineligible by the Fee Panel (whether based on its initial application or subsequent recertification), the Fee Panel shall provide notice to the Attorney and give the Attorney 30 days to provide additional information such that the Fee Panel could re-consider the Attorney's eligibility.

10. To the extent that an Attorney has a Fee Entitlement with a Participating Subdivision and is authorized to bring Released Claims against Released Entities, but such authorization is, in scope, less broad than the category of Released Claims set forth in the Walmart Agreement, such Attorney may participate fully in both the Contingency Fee Fund and the Common Benefit Fund, without any reduction imposed by the Fee Panel due to the scope of the authorization, so long as the Participating Subdivision fully releases all Released Claims against Released Entities.

11. Attorneys applying to the Attorney Fee Fund knowingly and expressly agree to be bound by the decisions of the Fee Panel, subject to the limited appeal rights set forth in this Fee Agreement, and waive the ability to assert the lack of enforceability of the allocation reached through the procedures outlined herein.

12. Applicants are under an ongoing obligation to inform the Fee Panel in writing of any additional fees earned, expected, or received related to any Opioid litigation throughout the period of the Fee Panel's operation.

H.    *Calculation of Amounts Due.*

1. The Fee Panel shall be solely responsible for determining the amount of fees to be paid to each Applicant.  None of the Released Entities shall have any responsibility, obligation, or liability of any kind whatsoever with respect to how attorneys' fees are calculated under this Section, except that the Fee Panel may receive information from Walmart as to (a) the identity of Participating, Non-Participating, Litigating, Later Litigating, and Non-Litigating Subdivisions; (b) the impact of non-participation by a Litigating Subdivision as is relevant to the Fee Panel's determination in paragraph II.C.4; and (c) such other information as Walmart may voluntarily elect to provide.

2. The Fee Panel shall establish procedures for making determinations under this Fee Agreement consistent with this Fee Agreement and orders of the MDL Court.  Such procedures may include submission of documentary and/or other evidence, interviews with Applicants and/or other counsel (including counsel for Walmart) that the Fee Panel deems appropriate, and/or other means of creating a record upon which fee awards will be based.

3. In making determinations under this Fee Agreement, the Fee Panel must apply the eligibility criteria set forth in Section II.G of this Fee Agreement and the criteria set forth in Section II.  The Fee Panel shall ensure that payments are only made for Qualifying Representations of Participating Litigating Subdivisions.  In addition, the Fee Panel will give consideration in regard to Common Benefit Fund awards to the *Johnson* factors, as well as the following factors (which factors may be applied and given relative weight in the Fee Panel's discretion):

   a. The Applicant's contemporaneously recorded time and labor dedicated to Qualifying Representations along with the Applicant's financial commitment to such Qualifying Representations.  Claimed "time" will not be automatically accepted by the Fee Panel but will be critically reviewed and given substantially more weight and consideration if such time was subject to the audit process described in any Pretrial Order(s) governing the collection of common benefit time;

247 of 303. PageID #: 606530

b.  The novelty, time, and complexity of the Qualifying Representations;

c.  The skill requisite to perform legal services properly and undesirability of the case;

d.  The preclusion of other employment by the Applicant due to time dedicated to Qualifying Representations;

e.  The Common Benefit, if any, alleged to have been conferred by the Applicant and whether such Common Benefit work product by that Applicant was used by others in parallel litigations against Released Entities whether within or outside the MDL, provided that any Applicant claiming that s/he substantially benefited cases other than those in which s/he entered an appearance as counsel must substantiate such claims by proffering factual support, such as proper supporting affidavits or other documents as determined by the Fee Panel with input from Attorneys for Participating Litigating Subdivisions;

f.  Any "common detriment," as set forth in paragraph II.C.4;

g.  Any contingent fee agreement or other Fee Entitlement with Participating Subdivisions, enforcement of which, except for State Back-Stop Agreements, are waived in conjunction with the application, the nature and extent of any work for those Participating Subdivisions, whether such Participating Subdivisions actively litigated and, if so, the nature and procedural history of such case(s);

h.  The experience, reputation, and ability of the Applicant;

i.  Whether the Applicant's clients brought Released Claims against Released Entities;

j.  The status of discovery in cases primarily handled by the Applicant;

k.  The nature of any work by the Applicant on "bellwether" cases or cases that were similarly active in litigation;

l.  Any pressure points successfully asserted by the Applicant in cases against Walmart or any risk for Walmart created by the Applicant in cases against Walmart;

m.  Any risk for defendants created by Applicants in cases against Walmart;

n.  Successful and unsuccessful motion practice in cases worked on by the Applicant;

o.   The date of filing of any cases filed by the Applicant;

p.   Obtaining consolidation of the litigation in the Applicant's jurisdiction;

q.   The number and population of entities represented by the Applicant and the fees that would have been awarded under extinguished contingent fee arrangements;

r.   Whether the Applicant's clients brought claims against Walmart prior to the announcement of this settlement on November 14, 2022;

s.   Whether the Applicant has had a leadership role in the litigation, whether in state or federal court;

t.   Whether the Applicant has had a leadership role in any negotiations aimed at resolving the litigation;

u.   Whether the Applicant's cases have survived motions to dismiss;

v.   The extent to which the Applicant contributed to the work product used for the common benefit of opioids litigants, including, without limitation, work on ARCOS data, Prescription Data Monitoring Programs, IQVIA data, depositions, document production and analysis experts, motions, briefs and pleadings, trial preparations, and trials;

w.   The extent to which litigation occurred prior to and contributed to completion of settlement negotiations, as distinct from litigation that occurred after the announcement of the Walmart Agreement on November 14, 2022, such latter litigation both being of less value and, the case of litigation filed after the announcement of the Walmart Agreement on November 14, 2022, resulting in a common detriment to the settlement process, which in both cases should be viewed less favorably; and

x.   Any other factors that the Fee Panel finds to be appropriate to consider after input from Applicants to the Attorney Fee Fund.

4.   It is possible that the States and Subdivisions that are litigating Opioid cases will enter additional settlements in close proximity of the time for processing the Walmart Settlement. If there are additional settlements and these settlements create a Common Benefit Attorney Fee Fund to be administered by the Fee Panel, the Fee Panel may:

a.   Consolidate the Common Benefit approval process to include evaluation of all Common Benefit Applications for all settlements entered after November 14, 2022;

    b.   Determine the fair and equitable allocation of the Aggregate Common Benefit Fees that come after November 14, 2022, including consideration of beneficial or detrimental actions taken with respect to any Settling Defendant contributing to the Common Benefit Attorney Fee Fund;

    c.   Give consideration to the amount and timing of each settlement, including the amount and timing of Common Benefit Fees;

    d.   The Fee Panel shall abide by the applicable Attorney Fee Agreement in each of the Settlements in Allocating the Common Benefit Fees provided for in the Settlement; and

    e.   Be guided in their work by the Orders of the Court related to Fees and Costs.

5.   The Fee Panel shall develop procedures for receiving a single application, which may be updated or amended based on new information (such as participation by additional Litigating Subdivisions) from each Applicant seeking compensation from each sub fund of the Attorney Fee Fund pursuant to processes and procedures developed by the Fee Panel, which shall not be inconsistent with this Fee Agreement.  Any request for attorneys' fees not included on the single application or through the updating/amendment process designed by the Fee Panel shall be deemed waived.  For purposes of transparency and to permit the Fee Panel to conduct its work, the application from each Applicant shall, at a minimum, require each Applicant to:

    a.   Identify all Litigating Subdivisions for which s/he is seeking payment from the Attorney Fee Fund;

    b.   Identify all Subdivisions in both Settling and Non-Settling States (and, where applicable, Tribal Nations) with respect to which s/he has a Fee Entitlement with respect to Relevant Claims against Released Entities, and identify all co-counsel in such cases;

    c.   Identify which of those Subdivisions are Participating Subdivisions and which are not (with similar information for Tribal Nations, where applicable);

    d.   Specify the specific fund or funds within the Attorney Fee Fund from which the Attorney is seeking compensation;

    e.   Demonstrate his or her eligibility for compensation from the relevant sub funds within the Attorney Fee Fund pursuant to the criteria set forth for the relevant sub fund;

    f.   Identify any and all Fee Entitlements from representations of States, Tribal Nations, or other plaintiffs related to Released Claims against Released Entities or in opioids-related matters;

    g.   Notwithstanding "a-f" above, the Panel may consider a supplemental application if the Applicant shows good cause why circumstances exist that will lead to consideration for additional Common Benefit award. Examples would include, but are not limited to, an Applicant having Non-Participating Litigating Subdivision clients that subsequently become Participating Subdivisions, a Bar Date passes that increases participation or an Allocation Agreement is reached.

6.   With respect to the Common Benefit Fund, the Fee Panel shall (subject to any applicable MDL Court Order):

    a.   Review the applications of all Applicants seeking compensation from the Common Benefit Fund, including determining eligibility for each Applicant as set forth in Section II.G.

    b.   Using criteria set forth in Sections II.C and II.G, allocate amounts from the Common Benefit Fund to eligible Applicants, including payment amounts for each Payment Year.  In making such allocations, the Panel shall apply the principles set forth in paragraph II.C.5 to the amounts paid to Applicants with a Common Benefit Fee Entitlement.

7.   With respect to the Contingency Fee Fund, the Fee Panel shall:

    a.   Review the applications of all Attorneys seeking compensation from the Litigating Subdivision Fee Fund, including determining eligibility for each Attorney as set forth in Section II.G.

    b.   Apply the Mathematical Model in Exhibit A.

    c.   Use such allocations to determine refund amounts owed to Walmart from the Attorney Fee Fund, and inform Walmart and the MDL PEC of all such adjustments.

8.   To the extent that there is a dispute about the calculations of the Fee Panel related to the amount that Walmart is required to pay (including application of any reductions or refunds under this Fee Agreement), such disputes shall be presented to the Fee Panel and any disputed funds be paid into/held in escrow. The Fee Panel shall resolve such disputes expeditiously, with either Party having the right to seek review from the MDL Court.

9.   For purposes of determination of fee or cost awards, allocations, reductions, and possible reversions under this Fee Agreement, unless specified otherwise

a Subdivision will be considered a Non-Participating Subdivision if it is not a Participating Subdivision as of the deadline for the application for the fee at issue (or, if the determination does not involve a specific application, the date on which the record for such determination closes).

10. In the event that the Fee Panel, through the use of the Mathematical Model set forth in Exhibit A, allocates funds from the Contingency Fee Fund for an Attorney based on a Qualifying Representation of a Participating Litigating Subdivision and that Subdivision is in a Settling State in which the Consent Judgment has not been approved, such funds shall be placed into escrow until the Consent Judgment is approved, after which time they shall be released.

I.    *Miscellaneous.*

1. The Fee Panel shall charge an hourly rate approved by the Court.  The Pre-Effective Date costs associated with the Cost and Expense Fund Administrator shall be paid from funds in the Cost Fund. Post-Effective Date, the cost of the Fee Panel shall be charged against the applicable Fee Fund based on allocation by the Fee Panel and shall not be otherwise funded by Walmart.

2. The MDL PEC will seek, and the Attorneys General for Settling States and the Walmart will not oppose, a Common Benefit Fee Order requiring an assessment of 7.5% on the gross recovery (by judgment or settlement) of any Non-Participating Subdivision that is subject to the federal court jurisdiction, represented by a MDL PEC firm, represented by any Attorney receiving fees from the Common Benefit Fund, represented by any Attorney that signed a Participation Agreement or had been paid in a case otherwise under the jurisdiction of the MDL Court.

3. The MDL PEC shall provide to Walmart information the PEC has that identifies Attorneys who represent Litigating Subdivisions who are not Participating Subdivisions and who have an obligation to pay a common benefit assessment, either due to the MDL Court's orders or having signed a Participation Agreement.

4. The MDL PEC and Walmart agree that it is a conflict of interest for an Attorney that had represented a Participating Subdivision to represent a Later Litigating Subdivision or Later Litigating State.  This Subsection shall be enforceable to the extent permitted by the equivalent to Rules 1.16 and 5.6 of the ABA Model Rules of Professional Conduct in the relevant jurisdictions. The MDL PEC represents that it will comply with this provision in the case of the Walmart Agreement until the Effective Date of the Walmart Agreement, as well as thereafter, if the Walmart Agreement proceeds.

5. Participating Subdivisions agree to instruct their counsel to treat information, work product and expert materials as confidential under Rule 1.6 of the ABA Model Rules of Professional Conduct.  Accordingly, an Attorney shall not

share information or work product with, or experts or materials to, non-participants (other than the Attorney's own current clients or their lawyers, consultants, experts or other representatives or agents). However, nothing herein shall prevent MDL Leadership or PEC Counsel from fulfilling their obligations in any MDL and the MDL Court Order.

## III.  Miscellaneous

A.  *Termination*.  If the Walmart Agreement does not proceed past the date on which the Settlement Fund Administrator makes a determination as to whether the Subdivision Participation Thresholds have been satisfied and the time for the Parties to the Walmart Agreement to dispute such determination has passed, this Fee Agreement shall be null and void, Walmart shall have no obligation to make any payments under this Fee Agreement, and Walmart and the MDL PEC shall take such steps as are necessary to restore the *status quo ante*.  All funds paid by Walmart into the Attorney Fee Fund and Cost Fund shall be promptly returned to Walmart (including interest that accrues during such time as the monies are in escrow).

B.  *MDL Court Consideration*.  This Fee Agreement shall be attached as an exhibit to the Walmart Agreement. This Fee Agreement shall also be submitted by Walmart and the MDL PEC to the MDL Court for approval pursuant to the motion and order that shall be attached, prior to the notice date under Section II.A.3 of the Walmart Agreement as to whether the State Participation Threshold has been satisfied, to this Fee Agreement, as Exhibit B.

1.  In the event that the MDL Court, through an order, makes any change to the amounts potentially to be paid by Walmart under this Fee Agreement, makes any change to the Fee Panel's consideration of the factors set forth in paragraph II.C.4, or any other material change to the draft Order attached as part of Exhibit B or the terms of this Fee Agreement, Walmart and the MDL PEC shall meet and confer concerning such changes.  The MDL Court shall have no authority to increase the payments made by Walmart related to fees and costs beyond the amounts described in this Fee Agreement.

2.  If Walmart and the MDL PEC are unable to reach agreement and revisions to this Fee Agreement, this Fee Agreement shall be null and void, Walmart shall have no obligation to make any payments under this Fee Agreement, and Walmart and the MDL PEC shall take such steps as are necessary to restore the *status quo ante*.   All funds paid by Walmart into the Attorney Fee Fund and Cost Fund shall be promptly returned to Walmart (including interest that accrues during such time as the monies are in escrow prior to the Effective Date of the Walmart Agreement).

C. *Amendment*.  Once the MDL Court has entered an order implementing this Fee Agreement, this Fee Agreement can only be amended by (1) written agreement of Walmart and the MDL PEC and (2) approval by the MDL Court.

D. *Jurisdiction and Enforcement*.  The MDL Court shall have exclusive and ongoing jurisdiction over the enforcement and implementation of this Fee Agreement as set forth herein.  The MDL PEC shall be the Authorized Party to enforce this Fee Agreement, as to the payment obligations of Walmart as set forth in this Fee Agreement and as to Attorneys making application to the Funds under this Fee Agreement.  Solely for purposes of assessing or allocating common benefit fees, the MDL Court will continue to have jurisdiction over the work product developed in the MDL Court by and under the direction of the MDL PEC with respect to claims against Walmart, including data and documents, depositions, expert reports, briefs and pleadings; and the MDL Court's protective orders, management orders, and other decisions regarding such discovery and other work product, including but not limited to, conditions on its use, will continue in full force and effect.  Nothing in this paragraph authorizes the MDL Court to act contrary to this Agreement or to share any of the work product, or provides the MDL Court with jurisdiction over the Walmart Agreement.

**Description of Mathematical Model for the Allocation of the Contingency Fee Funds**

Walmart Settlement Agreement

This document describes the Mathematical Model for allocation of the Contingency Fee Fund described in Exhibit R (Agreement of Attorneys' Fees, Costs, and Expenses) to the Walmart Settlement Agreement.[3]  Awards of fees from the Contingency Fee Funds shall be available to Attorneys with Qualifying Representations of Participating Litigating Subdivisions eligible to receive an allocation under the Walmart Settlement Agreement.[4]  A Fee Panel shall oversee the application of the Model and resolve any questions or disputes concerning the eligibility of a counsel to participate.  The Panel is empowered to hear disputes concerning and ensure the accuracy of the mathematical calculations.

In general terms, allocation of the Contingency Fee Fund shall be made by (1) determining the amount of the Settlement Fund that is attributable to each Participating Litigating Subdivision; (2) making certain adjustments to these amounts based on when the Subdivision filed suit and the terms of the applicable fee contract; and (3) dividing the Contingency Fee Fund proportionately among counsel for each Participating Litigating Subdivision based on the amounts calculated in subpart 2.

To collect a fee award from the Contingency Fee Fund, a Participating Litigating Subdivision must have named Walmart in its lawsuit.  The total maximum amount of the Contingency Fee Fund in the Walmart Settlement Agreement is $107,088,150.77.[5]

Allocation of the Contingency Fee Fund shall be made according to the following steps.   These calculations are made only for purpose of determining the percentage share of the Contingency Fee Fund that Attorneys for each Participating Litigating Subdivision should receive, ***not*** for determining the dollar amount each Subdivision will receive.

(1) For each Settling State, attribute 50% of the settlement funds for that State to its Subdivisions according to the Subdivision Allocation Percentage in Exhibit G to the Walmart Settlement Agreement.

       `Illustrative example:`

-   `Assume that State A is allocated 1.00000% of the`
  `$2,393,794,118.64 Remediation amount [see Exhibit M of the`
  `Walmart Settlement Agreement].`

-   `50% of the 1% share allocated to State A is $11,968,970.60.`

-   `Assume that, per Exhibit G of the Agreement, the`

---

[3] *See* Walmart Settlement Agreement, Exhibit R § II.D.2.
[4] Walmart Settlement Agreement, Exhibit R § II.D.2.
[5] Walmart Settlement Agreement, Exhibit R § II.A.1 & II.D.1.

```
Subdivision Allocation Percentage for City B in State A is
1.00000000%.
```

- ```
  For purposes of determining its counsel's share of the
  Contingency Fee Fund, City B is attributed 1.00000000% of
  $11,968,970.60, or
  $119,689.71.
  ```

(1) Adjust the amounts in paragraph 1 as follows:

    a. *Upward Adjustment for Early Filers.* Increase the amount calculated in paragraph 1 above by 10% for any Litigating Subdivision that named Walmart in a suit before December 5, 2017, the date the National Prescription Opiate Litigation MDL was formed. If the Litigating Subdivision did not name Walmart in a suit before December 2, 2022, then fees from the Contingency Fee Fund will not be awarded to Attorneys with otherwise Qualifying Representations of that Participating Litigating Subdivision.

```
Illustrative Example:
```

- ```
  Assume City C is attributed $1,000,000 under paragraph
  1 above.
  ```
- ```
  If City C named Walmart before 12/5/2017, the
  attributed amount would be adjusted to $1,100,000.
  ```

    b. *Determine Amount Due under Contingency Fee Contract.* Determine the amount that would be due to Attorneys with Qualifying Representations of each Participating Litigating Subdivision under the terms of the applicable fee contract if the Participating Litigating Subdivision were to receive the amount calculated in paragraph 2.a. This amount can be referred to as the Contingency Fee Assumption.

```
Illustrative Example:
```

- ```
  Continuing the example given in paragraph 2.a, if Attorneys
  have a 20% contingency fee contract with City C for the
  relevant litigation, the amount calculated in this step
  would be 20% of $1,100,000, or $220,000.
  ```

In the next step, the Contingency Fee Assumption is used to determine the percentage share of the Contingency Fee Fund due to Attorneys for each Participating Litigating Subdivision.

(2) Divide the Contingency Fee Fund proportionately among Attorneys for each Participating Litigating Subdivision in two ways:

    a. *National Fee Pool Calculation.* Determine each Litigating Subdivision's percentage share of all amounts due under contingency fee contracts nationwide

by dividing the Contingency Fee Assumption calculated for each Subdivision in paragraph 2.b by the sum of all Contingency Fee Assumptions.  Then multiply that percentage by the Contingency Fee Fund to figure each Subdivision's dollar share of the Contingency Fee Fund (but only if the Subdivision timely named Walmart in a lawsuit).

```
Illustrative example:
```
- ```
  $220,000 [from para. 2.b] ÷ $1,800,000,000 [total amount
  owed under contingency fee contracts nationwide] =
  0.012222%[6]
  ```
- ```
  0.012222%  *  $107,088,150.77 [Contingency  Fee  Fund] =
  $13,088.31
  ```

b. *Separate State Fee Pools Calculation.*  Determine each Litigating Subdivision's percentage share of all amounts due under contingency fee contracts statewide by dividing the Contingency Fee Assumption calculated for each Subdivision in paragraph 2.b by the sum of all Contingency Fee Assumptions in the same State. Then multiply that percentage by the portion of the Contingency Fee Fund that corresponds to that State's Overall Allocation Percentage, shown in Exhibit F of the Walmart Settlement Agreement, to figure each Subdivision's dollar share of the Contingency Fee Fund (but only if the Subdivision timely named Walmart in a lawsuit).

```
Illustrative example:
```
- ```
  1%  *  $107,088,150.77  =  $1,070,881.51  [amount  of
  the Contingency Fee Fund corresponding to State A]
  ```
- ```
  Assume a total of $17,600,000 is owed under contingency
  fee contracts for State A.
  ```
- ```
  $220,000 [from para. 2.b] ÷ $17,600,000 = 1.25%
  ```
- ```
  1.25% * $1,070,881.51 = $13,386.02
  ```

The award of fees to Attorneys with Qualifying Representations of Participating Litigating Subdivisions will be the average of the final amounts calculated in paragraphs 3.a and 3.b above.[7]

---

[6] In this example, $1.8 billion is the amount theoretically owed under all contingency fee contracts for litigation against Walmart as calculated in paragraph 2.b.  This amount is illustrative only; the actual amount not be known until all Participating Litigating Subdivisions are identified and the terms of all of their contingency fee contracts are collected.

[7] The model also enforces a maximum fee award of 20% of the amount calculated in paragraph 2.b.  This rule is designed to prevent windfalls by addressing over-allocation in a small number of states with relatively few Participating Litigating Subdivisions.  An estimated 97% of Qualifying Representations are not impacted this rule. The description in this document of the Mathematical Model is by necessity an abstraction; the precise contours of the calculations are defined in the model itself.

Paragraph 3.a represents allocation based on a proportional share of a National Fee Pool, while paragraph 3.b represents allocation based on a proportional share of the Separate State Fee Pools.  In other words, for the National Fee Pool described above in paragraph 3.a, the contingency fee contract rate is compared to all other contingency fee contract rates in the nation.  For the Separate State Fee Pools described above in paragraph 3.b, the contingency fee contract terms are compared to the other contingency fee contract terms in that same State.  The National Fee Pool and the Separate State Fee Pools are given equal weighting.

Using the first methodology, Attorneys for two Subdivisions <u>in different States</u> with the same amount calculated under paragraph 2.b would be assigned the same amount under paragraph 3.a.   Using the second methodology, Attorneys for the same two Subdivisions would be assigned different amounts under paragraph 3.b because they are in different States.    Specifically, the Subdivision in the State with a smaller proportion of Participating Litigating Subdivisions would be allocated more than the Subdivision in the State with a greater proportion of Participating Litigating Subdivisions.

By: _____

Name: Rachel Brand
       Executive Vice President of Global
       Governance, Chief Legal Officer and
       Corporate Secretary

Date: _____

*On behalf of Walmart Inc.*

By: _____

Name: Paul T. Farrell, Jr.

Date: _____


By: _____

Name: Jayne Conroy

Date: _____


By: _____

Name: Joseph F. Rice

Date: _____


*On behalf of Plaintiffs' Executive Committee*

**EXHIBIT S**

**Agreement on the State Outside Counsel Fee
Fund for Chain Pharmacy Settlements**

1.      **Definitions**.

    a.  "Chain Pharmacy" means any of CVS, Walgreens, and Walmart, and
    "Chain Pharmacies" means all of the foregoing.

    b.  "Multistate Chain Pharmacy Settlement Agreement" means This
    Settlement Agreement along with any other settlement of opioids-related
    claims among 30 or more states and a Chain Pharmacy.

    c.  "This Settlement Agreement" means the settlement agreement between
    the Settling States and the Chain Pharmacy to which this Agreement is
    attached as an Exhibit.

    d.  "Settling Chain Pharmacy" means the Chain Pharmacy that is a party to
    This Settlement Agreement.

    e.  "Settling States" has the meaning given such term in the relevant
    Multistate Chain Pharmacy Settlement Agreement.

2.      **Creation of a State Outside Counsel Chain Pharmacies Fee Fund.** The
Settling States have agreed to the creation of a state outside counsel fee fund to pay
reasonable attorneys' fees of Settling States which have retained outside counsel in
connection with litigation against one or more Chain Pharmacies (such fund, the "State
Outside Counsel Chain Pharmacies Fee Fund").

3.      **State Outside Counsel Chain Pharmacies Fee Fund Administration.** The
State Outside Counsel Chain Pharmacies Fee Fund shall be administered separately from any
other funds for the payment of attorneys fees or costs in connection with This Settlement
Agreement, including any common benefit fund, contingency fee fund for subdivision
counsel, state cost fund, or MDL expense fund. If necessary, a committee of Attorneys
General shall be convened to oversee the State Outside Counsel Chain Pharmacies Fee Fund
(the "Chain Pharmacies Fee Fund Committee"). The Chain Pharmacies Fee Fund Committee
shall be appointed by the Settling State Members of the Enforcement Committee and shall be
comprised solely of Attorneys General of Settling States that engaged outside counsel to
pursue litigation against one or more Chain Pharmacies. The Settlement Fund Administrator
(the "Fee Fund Administrator") shall administer the State Outside Counsel Chain Pharmacies
Fee Fund according to this Exhibit and, if convened, the guidelines and directives of the
Chain Pharmacies Fee Fund Committee.

4.      **State Outside Counsel Chain Pharmacies Fee Eligibility.**

    a.  To receive any amount from the State Outside Counsel Chain Pharmacies

Fee Fund, an outside counsel to a Settling State must have filed and maintained an action in the name of a Settling State or its Attorney General against a Chain Pharmacy in a state or federal court as of November 1, 2022.  No Settling State (or its outside counsel) shall receive funds from both the State Outside Counsel Chain Pharmacies Fee Fund and any "Additional Remediation Amount" as may be provided for in This Settlement Agreement.

b. In addition to the eligibility criteria set forth in Paragraph 4.a, above, and for the avoidance of doubt, only Settling States under This Settlement Agreement are eligible to receive any funds paid into the State Outside Counsel Chain Pharmacies Fee Fund as a result of This Settlement Agreement.

5. **State Outside Counsel Chain Pharmacies Fee Fund Amount.** The Settling Chain Pharmacy shall pay funds into the State Outside Counsel Chain Pharmacies Fee Fund in an amount equal to, and on the schedule identified in Exhibit M (the "Contribution").  The Settling Chain Pharmacy's Contribution shall subject to a reduction as described in Paragraph 8, below.

6. **State Outside Counsel Chain Pharmacies Fee Fund Availability and Calculation of Amount.**

a. The State Outside Counsel Chain Pharmacies Fee Fund shall be available to compensate private outside counsel for Settling State Attorneys General for approved fees arising out of representation of the Settling State pursuant to the schedule attached to this agreement as Schedule I (the "Fee Schedule").

b. The Fee Schedule is intended to reflect the fee calculation in subparagraph 6.c, below (the "Fee Calculation").  Subject to adjustments required by Paragraph 8, below, in the event of any discrepancy between the Fee Schedule and the Fee Calculation, the Fee Schedule shall control.  Each Settling State, by becoming a Participating State in This Settlement Agreement, agrees that the Fee Schedule reflects the Fee Calculation and waives any right to contest the accuracy of the Fee Schedule, absent manifest error, the exclusion of a Settling State, or the inclusion of a Non-Settling State. The version of the Fee Schedule reflecting any necessary adjustments shall be the "Final Fee Schedule."

c. Fees shall be aggregated across the Multistate Chain Pharmacy Settlement Agreements and be calculated by adding two components: (a) a fixed amount consisting of fifty percent (50%) of the amount of remediation funds allocated to a Settling State and its Subdivisions pursuant to the Multistate Chain Pharmacy Settlement Agreements multiplied by 4.5%; and (b) a proportional percentage of the remaining fee due under that

Settling State's contract with its outside counsel assuming that fifty percent (50%) of the Settling State's recovery is allocable to a Settling State (rather than allocable to the Settling State's Participating Subdivisions) so that the fees of all eligible Settling States (minus the fixed amount that would have been allocated to any Non-Settling States had they become Settling States) exhausts the State Outside Counsel Chain Pharmacies Fee Fund. The proportional share percentage will be the same for each Settling State included in the State Outside Counsel Chain Pharmacies Fee Fund. Fees shall be split proportionally among each Multistate Chain Pharmacy Settlement Agreement, as set forth on the Fee Schedule.

d. All amounts paid will be less any costs or fees of the Fee Fund Administrator. The Fee Schedule reflects a holdback amount of $50,000 for such administrative expenses of the Fee Fund Administrator.  The remainder of any unused administrative expenses shall be disbursed pro rata to States receiving monies from the State Outside Counsel Chain Pharmacies Fee Fund at the conclusion of such administration.

7. **Payment by the Fee Fund Administrator**.

a. The Fee Fund Administrator shall hold the Contribution in escrow until the earlier of (1) the last of the three Multistate Chain Pharmacy Settlement Agreements becomes effective or (2) when instructed by the Settling State Members of the Enforcement Committee.

b. Subject to eligibility pursuant to Paragraph 4, above, a Settling State's outside counsel may receive funds from the State Outside Counsel Chain Pharmacies Fee Fund in the following scenarios ("Payment Scenarios"):

1. The Settling State's outside counsel agrees that the amount listed for such state on the Final Fee Schedule either satisfies in full or exceeds the amounts owed to all such Settling State's outside counsel and such counsel has provided written notice waiving all entitlement to additional fee in respect of any Multistate Chain Pharmacy Settlement Agreement.

2. The Settling State and its outside counsel enter into a signed writing establishing the amount owed to the counsel, which includes an agreement on the payment of the amount listed for such state on the Final Fee Schedule and waives any right of the State or its outside counsel to additional amounts from the State Outside Counsel Chain Pharmacies Fee Fund.

3. A final judgment is entered that is no longer appealable, which judgement adjudicates the amount owed to the Settling State's counsel in respect of This Settlement Agreement and directs the Chain Pharmacies Fee Fund Committee how to pay the amount listed on the Final Fee Schedule for such State.

If no Payment Scenario is applicable with respect to a Settling State, then

the Settling State's share shall be placed in an interest-bearing escrow account (less reasonable expenses of the Fee Fund Administrator) and held unless and until a Payment Scenario is applicable.

c.  Upon the applicability of a Payment Scenario 1 with respect to a Settling State, the Fee Fund Administrator shall pay that Settling State's outside counsel the amount identified on the Final Fee Schedule for such state or such lesser amount that satisfies the Settling State's obligation to its outside counsel in full.  Any remaining allocation to such State shall be paid to the Settling State.

d.  Upon the applicability of a Payment Scenario 2 or 3 with respect to a Settling State, the Fee Fund Administrator shall release monies from the State Outside Counsel Chain Pharmacies Fee Fund in either the amount held by the Fee Fund Administrator, if the amount of the agreement or judgment is equal to or more than the amount held, or the amount indicated in the agreement or in the final judgment, if the amount in the agreement or judgment is less than the amount held.

e.  Nothing herein, including the amounts listed in Paragraph 6 above or on any Fee Schedule, shall prevent a Settling State from arguing in any proceeding with its outside counsel that (i) its recovery was less than fifty percent (50%) of the recovery in the settlement agreement down to and including fifteen percent (15%) of the total recovery; (ii) any payment should be discounted by an appropriate discount rate commensurate to the risk of the settlement agreement and the timeline that the Settling State is receiving its payments; (iii) the settlement amount should be lower because the amount a Settling State receives was reduced because such Settling State's outside counsel failed to obtain joinder from a Settling State's Subdivision(s) that the outside counsel also represented; or (iv) any limitation placed by the Settling Chain Pharmacy bars payment of a higher fee to outside counsel.

f.  In the event the amount due to the Settling State's outside counsel from an escrow account is less than the total amount of funds escrowed on the account of the Settling State, the balance shall be paid to the Settling State. In no event, other than a State becoming a Non-Settling State, shall funds revert to a Chain Pharmacy.

8.  **Reduction of Amounts Owed**

a.  **Non-Settling States; Reversion and Redistribution.** Amounts owed by the Settling Chain Pharmacy to the State Outside Counsel Chain Pharmacies Fee Fund shall be reduced by amounts allocated to the fixed amount for such State under This Settlement Agreement in the event that a listed State becomes a Non-Settling State.  Specifically, the reduction in the amount owed by the Settling Chain Pharmacy shall be calculated as 2.25% times the total Remediation Payments that would have been allocated to the

Non-Settling State had it been a Settling State. The payments for the other Settling States reflected in the Fee Schedule shall be adjusted by the Fee Fund Administrator to reflect a recalculated proportional percentage under the Fee Calculation.

b. **Settling States; Redistribution**.  If a Settling State under This Settlement Agreement (i) would otherwise be entitled to a payment from the State Outside Counsel Chain Pharmacies Fee Fund and (ii) is eligible to be a "Settling State" under either of the two other Multistate Chain Pharmacy Settlement Agreements but does not become such a "Settling State," then that Settling State's payment from the State Outside Counsel Chain Pharmacies Fee Fund shall be reduced to an amount equal to the Contribution times the Settling State's allocation percentage on Exhibit F, which shall be treated as an additional remediation payment in lieu of a fee payment.  The payments for the other Settling States reflected in the Fee Schedule shall be adjusted by the Fee Fund Administrator to reflect a recalculated proportional percentage under the Fee Calculation.

c. If either or both of the other Chain Pharmacies fail to enter into a Multistate Chain Pharmacy Settlement Agreement, or if such Multistate Chain Pharmacy Settlement Agreements fail to take effect by December 15, 2023, then the Settling Chain Pharmacy and the Enforcement Committee shall renegotiate the terms of Paragraph 8.a in order to permit prompt payment to Settling States that terminated contested litigation with the Settling Chain Pharmacy, and permitting additional time if necessary to finalize payments to the other Settling States.  In no event will such renegotiation result in additional reversion of monies in the State Outside Counsel Chain Pharmacies Fee Fund to the Settling Chain Pharmacy.

9. **Interpretation**.

a. This Agreement shall be an Exhibit to each Multistate Chain Pharmacy Settlement Agreement and shall include the Fee Schedule setting forth the presumptive payment calculations for each eligible Settling State.  By joining This Settlement Agreement, each State agrees on the presumptive accuracy of the Fee Schedule, absent manifest error, the inclusion of a Non-Settling State, or the exclusion of a Settling State.

b. It is the intent of all parties that the State Outside Counsel Chain Pharmacies Fee Fund function in a similar manner, with similar calculations and mechanics, as the "State Outside Counsel Fee Fund" established in Exhibit S of that certain settlement agreement dated as of July 21, 2021 setting forth the terms of settlement between and among McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation, on the one hand, and certain settling states and certain participating subdivisions, on the other hand.

**Schedule I to Exhibit S**

**Fee Schedule**

[This Fee Schedule will require adjustment to reflect final settlement amounts and allocations in Walgreens and CVS, but the highlighted "total" under "Walmart Total Fee" should be final absent exclusion of non-settling states.]

| State | Total Fee | Walgreens Share | Walmart Share | CVS Share |
|---|---|---|---|---|
| Alaska | $1,796,822.89 | $676,324.48 | $402,729.18 | $717,769.22 |
| Arkansas | $4,767,283.93 | $1,794,406.60 | $1,068,510.62 | $1,904,366.71 |
| Delaware | $3,613,736.46 | $1,360,211.11 | $809,961.37 | $1,443,563.99 |
| Kentucky | $7,662,831.34 | $2,884,291.20 | $1,717,501.38 | $3,061,038.76 |
| Michigan | $21,581,881.97 | $8,123,424.56 | $4,837,234.48 | $8,621,222.92 |
| Mississippi | $4,537,607.39 | $1,707,956.30 | $1,017,032.29 | $1,812,618.79 |
| Nevada | $9,091,169.76 | $3,421,918.06 | $2,037,640.64 | $3,631,611.06 |
| New Hampshire | $5,788,801.66 | $2,178,906.07 | $1,297,467.52 | $2,312,428.06 |
| New Mexico | $2,681,454.30 | $2,681,454.30 | $- | $- |
| Puerto Rico | $6,672,535.07 | $2,511,543.49 | $1,495,542.27 | $2,665,449.30 |
| South Dakota | $1,075,884.59 | $404,963.17 | $241,142.36 | $429,779.06 |
| Utah | $4,779,469.83 | $1,798,993.37 | $1,071,241.90 | $1,909,234.56 |
| West Virginia | $2,355,834.67 | $2,355,834.67 | $- | $- |
| Admin Expense Holdback | | $20,875.66 | $10,467.86 | $18,656.48 |
| Total | | $31,921,105.05 | $16,006,471.88 | $28,527,738.91 |

Excluded States:
- Florida (Walgreens; Walmart; CVS)
- New Mexico (Walmart; CVS)
- West Virginia (Walmart; CVS)

<u>**EXHIBIT T**</u>

<u>**Agreement on the Joint State Cost Fund**</u>

1.    **Definitions**.

    a.    "<u>Opioids Defendant</u>" means Walmart, or such other defendant in opioids-related litigation that enters into a Multistate Settlement after November 1, 2022, and "Opioids Defendants" means all of the foregoing.

    b.    "<u>Multistate Settlement</u>" means this Settlement Agreement along with any other settlement of opioids-related claims among 30 or more states and an Opioids Defendant.

    c.    "<u>Settlement Agreement</u>" means the settlement agreement between the Settling States and the Opioids Defendant to which this Agreement is attached as an Exhibit.

    d.    "<u>Settling Opioids Defendant</u>" means the Opioids Defendant that is a party to the Settlement Agreement.

    e.    "<u>Settling States</u>" has the meaning given such term in the Settlement Agreement.

2.    **Creation of a State Cost Fund.** The Settling Opioids Defendant and the Settling States agree to the creation of a fund to pay costs and expenses associated with litigation and investigations related to the opioids litigation (such fund, the "<u>State Cost Fund</u>"). The State Cost Fund shall be administered separately from any other funds for the payment of attorneys fees or costs in connection with the Settlement Agreement, including any common benefit fund, contingency fee fund for subdivision counsel, subdivision cost fund, or MDL expense fund. However, the State Cost Fund shall be administered jointly with similar "State Cost Funds" created in other Multistate Settlements after November 1, 2022; any state cost funds jointly administered in this manner shall be referred to as the "<u>Joint State Cost Fund</u>." To the extent permissible and feasible, the Joint State Cost Fund may also be jointly administered with any fund for reimbursement of states' litigation and investigation costs established by a bankruptcy plan, including the Mallinckrodt bankruptcy plan, any plans that may emerge from the bankruptcies of Purdue and Endo, and any similar bankruptcies of opioids defendants. To the extent feasible, the Joint State Cost Fund may also be jointly administered with the State Cost Funds established pursuant to the Distributors Multistate Settlement and the Janssen Multistate Settlement.

3.    **State Cost Fund Amount.** The Settling Opioids Defendant shall pay into the State Cost Fund in the amount listed on, and on the schedule set forth in, Exhibit M (the "<u>Settling Opioids Defendant's Contribution</u>") for the purpose paying States' costs and

expenses associated with to the opioid litigation.

4. **Joint State Cost Fund Committee.** A committee of Attorneys General or their designated representatives (such committee, the "<u>Joint State Cost Fund Committee</u>") shall oversee the Joint State Cost Fund. The committee shall be appointed by the Settling State Members of the Enforcement Committee, who shall aim to (i) have equal representation between states that retained contingency fee outside counsel and states that did not retain contingency fee outside counsel with respect to opioids-related litigation, and (ii) maintain consistency of committee membership across state cost funds that compose the Joint State Cost Fund. The Settling State Members of the Enforcement Committee may by majority vote add to or change the composition of the Joint State Cost Fund Committee.

5. **Joint State Cost Fund Administrator.**

   a. The Joint State Cost Fund Committee may select an administrator (the "<u>Joint State Cost Fund Administrator</u>"), who shall administer the Joint State Cost Fund and direct payments to Settling States according to the guidelines and directives of the Joint State Cost Fund Committee. While the expenses of the Joint State Cost Fund Administrator shall be reimbursable pursuant to the principles and guidelines listed below, the Joint State Cost Fund Administrator shall first rely on any separate funds that may be set aside for such purpose in any Multistate Settlement.

   b. The Joint State Cost Fund Administrator shall be responsible, under the direction and supervision of the Joint State Cost Fund Committee, for receiving and reviewing applications for reimbursement from the Joint State Cost Fund.  This may include the creation of an audit process to ensure the integrity of submissions, as well as reimbursement rules to incentivize accurate submissions.

6. **State Cost Fund Guidelines and Principles.**

   a. Monies in the State Cost Fund shall be released without any delay to reimburse Settling States for documented costs incurred or paid in connection with litigation and investigation related to the opioid litigation.

   b. In allocating the Joint State Cost Fund, the Joint State Cost Fund Committee shall seek to comply with the following principles:

      1. Each State Cost Fund should be used to reimburse costs incurred by States that are Settling States in the Multistate Settlement from which funds are paid. (However, the foregoing sentence does not preclude a Non-Settling State that joins a separate Multistate Settlement from participating in the Joint State Cost Fund with respect to contributions made by other Opioids Defendants.)

2. Funds in any State Cost Fund shall be primarily used to reimburse costs incurred prior to the date on which the relevant Multistate Settlement was first made available for participation to eligible States. Regardless of other factors considered in prioritizing payments, all costs incurred prior to January 1, 2023, shall be paid before any costs incurred after that date are paid.

3. The Joint State Cost Fund shall prioritize the reimbursement of the following over reimbursement of any State's litigation or investigation costs:

   • the reasonable costs of the Joint State Cost Fund Administrator;

   • repayment of National Association of Attorneys General grants made in connection with opioid litigation, without regard to when the grants were made;

   • repayment of state-attributable costs of any mediator in connection with negotiations of a Multistate Settlement;

4. The Joint State Cost Fund shall seek to prioritize costs in the following order:

   • litigation-related costs; then

   • investigation-related costs; then

   • settlement and negotiation related costs; then

   • cost shares.

5. Costs incurred by a State's outside counsel that the State is contractually obligated to reimburse shall be treated as costs incurred by a State.

6. As between similar categories of costs (e.g., defendant-specific litigation-related costs), the Joint State Cost Fund shall first reimburse costs incurred by a State's outside counsel that the State is contractually obligated to reimburse out of its recovery, and then reimburse costs directly incurred by States.

7. The Joint State Cost Fund shall be available to reimburse only those costs which have not yet been reimbursed to a State from any other source, including any other fund set aside in a Multistate

Settlement or bankruptcy plan for the reimbursement of costs or any individual state settlements.

8. The Joint State Cost Fund should not reimburse expenses that are expected to be reimbursed from another source, such as a bankruptcy debtor, unless such expected reimbursements do not come to fruition within a reasonable amount of time. This includes cost shares paid by states.

9. When coordinating among different state cost funds that each could be used to reimburse a given expense, the Joint State Cost Fund Committee may set guidelines to equitably distribute reimbursements across all state cost funds in a manner that prioritizes costs unlikely to be otherwise reimbursed to a similarly situated State.

10. The Joint State Cost Fund may deny reimbursement of costs, on either an individual basis or a categorical basis, that a supermajority (75%+) of the Joint State Cost Fund Committee determines to be unreasonable.

11. After all costs identified in the foregoing have been reimbursed, the remaining funds in the Joint State Cost Fund shall be distributed to states in proportion to their allocation of remediation payments in the Mallinckrodt bankruptcy plan. Such distribution shall be treated as a reimbursement for States' unenumerated costs of administering the Multistate Settlements and no subdivision shares shall be carved out of such disbursement, nor shall any attorney's fees be assessed against such distribution (unless individually agreed to by a State).

c. In applying the foregoing principles, the Joint State Cost Fund Committee shall have the discretion to vary their application in order to ensure equity among similarly situated states and to facilitate the ease and speed of administering the Joint State Cost Fund. The Joint State Cost Fund Committee may also apply percentages to approximate costs attributable to a particular Opioids Defendant (or categories of Opioids Defendants) in a manner that seeks to treat similarly situated states equitably.

d. The Joint State Cost Fund Committee shall establish guidelines for the submission and approval of expenses eligible for reimbursement from the Joint State Cost Fund, which guidelines may be coordinated and consolidated with any similar cost funds in other state opioid settlements for purposes of joint administration and efficiency.

e.  Unless waived by the Joint State Cost Fund Committee, the Joint State Cost Fund Administrator shall, in accordance with such guidelines, receive from Settling States records sufficient to demonstrate the incurrence and payment of each expense.

f.  Where the Joint State Cost Fund Committee determines by a supermajority vote (75%+) that outside counsel for a Settling State has failed to exercise reasonable diligence in reviewing submitted costs for allowability, and such failure has resulted in the reimbursement of unallowed costs to such outside counsel, the Committee shall have the discretion to reduce or recover payments made to such outside counsel in an amount calculated to incentivize the exercise of reasonable diligence.

7.  **State Undertakings.** Each State submitting for reimbursement of costs from the Joint State Cost Fund agrees:

a.  to only submit costs allowable under this Joint State Cost Fund Agreement;

b.  to provide all back-up documentation that may be requested with respect to any submitted cost and to make itself available for any questions related to such costs;

c.  to exercise reasonable diligence to ensure that all submitted costs are allowable under (i) this Joint State Cost Fund Agreement, (ii) the State's contract with its outside counsel, if relevant, (iii) state law, and (iv) the policies and procedures applicable to the State's retention of outside counsel, if relevant; and

d.  to promptly return any excess payments made to the State or its outside counsel from the Joint State Cost Fund, including payments made for costs that were reimbursed from another source or are not allowable hereunder.

**EXHIBIT U**

**IRS Form 1098-F**

| 0303 | ☐ VOID | ☐ CORRECTED | | |
|---|---|---|---|---|

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Total amount required to be paid<br>$   * | OMB No. 1545-2284 | **Fines, Penalties, and** |
|---|---|---|---|
| [Appropriate Official]<br>[Designated State]<br>[Address] | 2 Amount to be paid for violation or potential violation<br>$   * | Form **1098-F**<br>(Rev. January 2022)<br>For calendar year<br>20 22 | **Other Amounts** |
| | 3 Restitution/remediation amount<br>$   *     . | | |
| FILER'S TIN  XX-XXXXXXX    PAYER'S TIN  71-0415188 | 4 Compliance amount<br>$   * | 5 Date of order/agreement<br>XX/XX/2022 | **Copy A**<br>**For** |
| PAYER'S name  Walmart Inc. | 6 Court or entity U.S. District Court for the Northern District of Ohio and jurisdictions of other cases settled under the Settlement Agreement entered into by Walmart and the Settling States (as defined in such agreement), dated as of [ ]. | | **Internal Revenue Service Center**<br>**File with Form 1096.** |
| Street address (including apt. no.)  702 S. W. 8th Street | 7 Case number No. 1:17-md-2804, and other cases settled under the Settlement Agreement entered into by Walmart and the Settling States (as defined in such agreement), dated as of [ ]. | | For Privacy Act and Paperwork Reduction |
| City or town, state or province, country, and ZIP or foreign postal code  Bentonville, AR, USA 72716 | 8 Case name or names of parties to suit, order, or agreement  National Prescription Opiate Litigation | | Act Notice, see the **current General Instructions for Certain Information** |
| | 9 Code  A, B, I | | **Returns.** |

Form **1098-F** (Rev. 1-2022)    Cat. No. 71382B    www.irs.gov/Form1098F    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page    —    Do Not Cut or Separate Forms on This Page**

*Amounts to be completed following confirmation of settlement participation.

## <u>EXHIBIT V</u>

**WALMART  SETTLEMENT  AGREEMENT SIGN-ON FORM**

**This form indicates whether a State has determined to become a Settling State under the Walmart Settlement Agreement.  Each Settling State's Attorney General represents that he or she has or has obtained (or will obtain no later than the Threshold Subdivision Participation Date) the authority set forth in Section X.G. Attorneys General that determine to become a Settling State are committing to obtaining any necessary additional State releases prior to the Effective Date.**

The State/Commonwealth/Territory of _____ has determined:

☐ **to become** or
☐ **not to become**

a Settling State under the Walmart Settlement Agreement

_____          _____
Signature                                                              Date

_____          _____
Printed Name                                                     Title

## **(1)     Primary Contact for Your Office**

Name:

Title:

Email:

Direct Phone Number:

**(2)    Secondary Contact for Your Office**

Name:

Title:

Email:

Direct Phone Number:

**(3)    DEADLINE: THURSDAY, DECEMBER 15, 2022 AT 5:00 PM ET**

Please email your completed form to the following:

For Walmart:

> Brian K. Mahanna
> Wilmer Cutler Pickering Hale and Dorr LLP
> 7 World Trade Center
> 250 Greenwich Street
> New York, NY 10007
> Brian.Mahanna@wilmerhale.com

For the Attorneys General:

> Josh Stein, Attorney General
> North Carolina Department of Justice
> Attn: Daniel Mosteller, Deputy General Counsel
> PO Box 629
> Raleigh, NC 27602
> Dmosteller@ncdoj.gov

**EXHIBIT W**

**Non-Litigating Threshold Subdivisions Exhibit**

1. Alexander City, City of, Alabama
2. Anniston, City of, Alabama
3. Autauga, County of, Alabama
4. Barbour, County of, Alabama
5. Blount, County of, Alabama
6. Bullock, County of, Alabama
7. Butler, County of, Alabama
8. Center Point, City of, Alabama
9. Chambers, County of, Alabama
10. Choctaw, County of, Alabama
11. Clarke, County of, Alabama
12. Clay, County of, Alabama
13. Cleburne, County of, Alabama
14. Colbert, County of, Alabama
15. Conecuh, County of, Alabama
16. Coosa, County of, Alabama
17. Covington, County of, Alabama
18. Crenshaw, County of, Alabama
19. Dale, County of, Alabama
20. DeKalb, County of, Alabama
21. Dothan, City of, Alabama
22. Escambia, County of, Alabama
23. Etowah, County of, Alabama
24. Eufaula, City of, Alabama
25. Fairfield, City of, Alabama
26. Franklin, County of, Alabama
27. Geneva, County of, Alabama
28. Hale, County of, Alabama
29. Henry, County of, Alabama
30. Hoover, City of, Alabama
31. Houston, County of, Alabama
32. Lee, County of, Alabama
33. Leeds, City of, Alabama
34. Limestone, County of, Alabama
35. Lowndes, County of, Alabama
36. Macon, County of, Alabama
37. Madison, City of, Alabama
38. Monroe, County of, Alabama
39. Montgomery, City of, Alabama
40. Montgomery, County of, Alabama
41. Muscle Shoals, City of, Alabama
42. Oxford, City of, Alabama
43. Pell City, City of, Alabama
44. Prattville, City of, Alabama
45. Russell, County of, Alabama
46. Russellville, City of, Alabama
47. Shelby, County of, Alabama
48. St. Clair, County of, Alabama
49. Sumter, County of, Alabama
50. Talladega, City of, Alabama
51. Tuscaloosa, City of, Alabama
52. Washington, County of, Alabama
53. Wilcox, County of, Alabama
54. Anchorage, Municipality of, Alaska
55. Fairbanks, City of, Alaska
56. Fairbanks North Star, Borough of, Alaska
57. Juneau, City of/ Borough of, Alaska
58. Kenai Peninsula, Borough of, Alaska
59. Matanuska-Susitna, Borough of, Alaska
60. Apache, County of, Arizona
61. Apache Junction, City of, Arizona
62. Avondale, City of, Arizona
63. Buckeye, City of, Arizona
64. Bullhead City, City of, Arizona
65. Casa Grande, City of, Arizona
66. Chandler, City of, Arizona
67. Cochise, County of, Arizona
68. Coconino, County of, Arizona
69. El Mirage, City of, Arizona
70. Flagstaff, City of, Arizona
71. Gila, County of, Arizona
72. Gilbert, Town of, Arizona
73. Glendale, City of, Arizona
74. Goodyear, City of, Arizona
75. Graham, County of, Arizona
76. La Paz, County of, Arizona
77. Lake Havasu City, City of, Arizona

| | |
|---|---|
| 78. | Marana, Town of, Arizona |
| 79. | Maricopa, City of, Arizona |
| 80. | Mesa, City of, Arizona |
| 81. | Navajo, County of, Arizona |
| 82. | Oro Valley, Town of, Arizona |
| 83. | Peoria, City of, Arizona |
| 84. | Pima, County of, Arizona |
| 85. | Prescott Valley, Town of, Arizona |
| 86. | Queen Creek, Town of, Arizona |
| 87. | Sahuarita, Town of, Arizona |
| 88. | San Luis, City of, Arizona |
| 89. | Santa Cruz, County of, Arizona |
| 90. | Scottsdale, City of, Arizona |
| 91. | Sierra Vista, City of, Arizona |
| 92. | Surprise, City of, Arizona |
| 93. | Tempe, City of, Arizona |
| 94. | Tucson, City of, Arizona |
| 95. | Yavapai, County of, Arizona |
| 96. | Yuma, City of, Arizona |
| 97. | Arkadelphia, City of, Arkansas |
| 98. | Arkansas, County of, Arkansas |
| 99. | Ashley, County of, Arkansas |
| 100. | Batesville, City of, Arkansas |
| 101. | Baxter, County of, Arkansas |
| 102. | Bella Vista, City of, Arkansas |
| 103. | Benton, City of, Arkansas |
| 104. | Benton, County of, Arkansas |
| 105. | Bentonville, City of, Arkansas |
| 106. | Blytheville, City of, Arkansas |
| 107. | Boone, County of, Arkansas |
| 108. | Bradley, County of, Arkansas |
| 109. | Bryant, City of, Arkansas |
| 110. | Cabot, City of, Arkansas |
| 111. | Camden, City of, Arkansas |
| 112. | Carroll, County of, Arkansas |
| 113. | Centerton, City of, Arkansas |
| 114. | Chicot, County of, Arkansas |
| 115. | Clark, County of, Arkansas |
| 116. | Clay, County of, Arkansas |
| 117. | Cleburne, County of, Arkansas |
| 118. | Columbia, County of, Arkansas |
| 119. | Conway, City of, Arkansas |
| 120. | Conway, County of, Arkansas |
| 121. | Craighead, County of, Arkansas |
| 122. | Crawford, County of, Arkansas |
| 123. | Crittenden, County of, Arkansas |
| 124. | Cross, County of, Arkansas |
| 125. | Desha, County of, Arkansas |
| 126. | Drew, County of, Arkansas |
| 127. | El Dorado, City of, Arkansas |
| 128. | Faulkner, County of, Arkansas |
| 129. | Fayetteville, City of, Arkansas |
| 130. | Fort Smith, City of, Arkansas |
| 131. | Franklin, County of, Arkansas |
| 132. | Fulton, County of, Arkansas |
| 133. | Garland, County of, Arkansas |
| 134. | Grant, County of, Arkansas |
| 135. | Greene, County of, Arkansas |
| 136. | Harrison, City of, Arkansas |
| 137. | Hempstead, County of, Arkansas |
| 138. | Hot Spring, County of, Arkansas |
| 139. | Hot Springs, City of, Arkansas |
| 140. | Howard, County of, Arkansas |
| 141. | Independence, County of, Arkansas |
| 142. | Izard, County of, Arkansas |
| 143. | Jackson, County of, Arkansas |
| 144. | Jacksonville, City of, Arkansas |
| 145. | Johnson, County of, Arkansas |
| 146. | Jonesboro, City of, Arkansas |
| 147. | Lawrence, County of, Arkansas |
| 148. | Lincoln, County of, Arkansas |
| 149. | Little River, County of, Arkansas |
| 150. | Little Rock, City of, Arkansas |
| 151. | Logan, County of, Arkansas |
| 152. | Lonoke, County of, Arkansas |
| 153. | Madison, County of, Arkansas |
| 154. | Magnolia, City of, Arkansas |
| 155. | Malvern, City of, Arkansas |
| 156. | Marion, City of, Arkansas |
| 157. | Marion, County of, Arkansas |
| 158. | Maumelle, City of, Arkansas |
| 159. | Miller, County of, Arkansas |
| 160. | Mississippi, County of, Arkansas |
| 161. | Mountain Home, City of, Arkansas |
| 162. | North Little Rock, City of, Arkansas |
| 163. | Ouachita, County of, Arkansas |
| 164. | Paragould, City of, Arkansas |
| 165. | Perry, County of, Arkansas |

166. Phillips, County of, Arkansas
167. Pike, County of, Arkansas
168. Pine Bluff, City of, Arkansas
169. Poinsett, County of, Arkansas
170. Polk, County of, Arkansas
171. Pope, County of, Arkansas
172. Randolph, County of, Arkansas
173. Rogers, City of, Arkansas
174. Russellville, City of, Arkansas
175. Saline, County of, Arkansas
176. Searcy, City of, Arkansas
177. Sebastian, County of, Arkansas
178. Sevier, County of, Arkansas
179. Sharp, County of, Arkansas
180. Sherwood, City of, Arkansas
181. Siloam Springs, City of, Arkansas
182. Springdale, City of, Arkansas
183. St. Francis, County of, Arkansas
184. Stone, County of, Arkansas
185. Texarkana, City of, Arkansas
186. Union, County of, Arkansas
187. Van Buren, City of, Arkansas
188. Van Buren, County of, Arkansas
189. Washington, County of, Arkansas
190. West Memphis, City of, Arkansas
191. White, County of, Arkansas
192. Yell, County of, Arkansas
193. Adelanto, City of, California
194. Alameda, City of, California
195. Alameda, County of, California
196. Alhambra, City of, California
197. Aliso Viejo, City of, California
198. Anaheim, City of, California
199. Antioch, City of, California
200. Apple Valley, Town of, California
201. Arcadia, City of, California
202. Atascadero, City of, California
203. Azusa, City of, California
204. Bakersfield, City of, California
205. Baldwin Park, City of, California
206. Banning, City of, California
207. Beaumont, City of, California
208. Bell, City of, California
209. Bell Gardens, City of, California
210. Bellflower, City of, California
211. Berkeley, City of, California
212. Beverly Hills, City of, California
213. Brea, City of, California
214. Brentwood, City of, California
215. Buena Park, City of, California
216. Burbank, City of, California
217. Burlingame, City of, California
218. Calexico, City of, California
219. Camarillo, City of, California
220. Campbell, City of, California
221. Carlsbad, City of, California
222. Carson, City of, California
223. Cathedral City, City of, California
224. Ceres, City of, California
225. Cerritos, City of, California
226. Chino, City of, California
227. Chino Hills, City of, California
228. Citrus Heights, City of, California
229. Claremont, City of, California
230. Clovis, City of, California
231. Coachella, City of, California
232. Colton, City of, California
233. Compton, City of, California
234. Concord, City of, California
235. Contra Costa, County of, California
236. Corona, City of, California
237. Costa Mesa, City of, California
238. Covina, City of, California
239. Culver City, City of, California
240. Cupertino, City of, California
241. Cypress, City of, California
242. Daly City, City of, California
243. Dana Point, City of, California
244. Danville, Town of, California
245. Davis, City of, California
246. Delano, City of, California
247. Diamond Bar, City of, California
248. Downey, City of, California
249. Dublin, City of, California
250. Eastvale, City of, California

W-3

251.  El Cajon, City of, California
252.  El Centro, City of, California
253.  El Monte, City of, California
254.  El Paso de Robles (Paso Robles), City of, California
255.  Elk Grove, City of, California
256.  Encinitas, City of, California
257.  Escondido, City of, California
258.  Eureka, City of, California
259.  Fairfield, City of, California
260.  Folsom, City of, California
261.  Fontana, City of, California
262.  Foster City, City of, California
263.  Fountain Valley, City of, California
264.  Fremont, City of, California
265.  Fresno, City of, California
266.  Fullerton, City of, California
267.  Garden Grove, City of, California
268.  Gardena, City of, California
269.  Gilroy, City of, California
270.  Glendale, City of, California
271.  Glendora, City of, California
272.  Glenn, County of, California
273.  Goleta, City of, California
274.  Hanford, City of, California
275.  Hawthorne, City of, California
276.  Hayward, City of, California
277.  Hemet, City of, California
278.  Hesperia, City of, California
279.  Highland, City of, California
280.  Hollister, City of, California
281.  Humboldt, County of, California
282.  Huntington Park, City of, California
283.  Indio, City of, California
284.  Inglewood, City of, California
285.  Irvine, City of, California
286.  Jurupa Valley, City of, California
287.  Kern, County of, California
288.  Kings, County of, California
289.  La Habra, City of, California
290.  La Mesa, City of, California
291.  La Mirada, City of, California
292.  La Puente, City of, California

293.  La Quinta, City of, California
294.  La Verne, City of, California
295.  Laguna Hills, City of, California
296.  Laguna Niguel, City of, California
297.  Lake, County of, California
298.  Lake Elsinore, City of, California
299.  Lake Forest, City of, California
300.  Lakewood, City of, California
301.  Lancaster, City of, California
302.  Lawndale, City of, California
303.  Lincoln, City of, California
304.  Livermore, City of, California
305.  Lodi, City of, California
306.  Lompoc, City of, California
307.  Long Beach, City of, California
308.  Los Altos, City of, California
309.  Los Angeles, City of, California
310.  Los Angeles, County of, California
311.  Los Banos, City of, California
312.  Los Gatos, Town of, California
313.  Lynwood, City of, California
314.  Madera, City of, California
315.  Manhattan Beach, City of, California
316.  Manteca, City of, California
317.  Marin, County of, California
318.  Martinez, City of, California
319.  Menifee, City of, California
320.  Menlo Park, City of, California
321.  Merced, City of, California
322.  Milpitas, City of, California
323.  Mission Viejo, City of, California
324.  Modesto, City of, California
325.  Monrovia, City of, California
326.  Montclair, City of, California
327.  Montebello, City of, California
328.  Monterey Park, City of, California
329.  Moorpark, City of, California
330.  Moreno Valley, City of, California
331.  Morgan Hill, City of, California

332. Mountain View, City of, California
333. Murrieta, City of, California
334. Napa, City of, California
335. Napa, County of, California
336. National City, City of, California
337. Newark, City of, California
338. Newport Beach, City of, California
339. Norwalk, City of, California
340. Novato, City of, California
341. Oakland, City of, California
342. Oakley, City of, California
343. Oceanside, City of, California
344. Ontario, City of, California
345. Orange, City of, California
346. Orange, County of, California
347. Oxnard, City of, California
348. Pacifica, City of, California
349. Palm Desert, City of, California
350. Palm Springs, City of, California
351. Palmdale, City of, California
352. Palo Alto, City of, California
353. Paramount, City of, California
354. Pasadena, City of, California
355. Perris, City of, California
356. Petaluma, City of, California
357. Pico Rivera, City of, California
358. Pittsburg, City of, California
359. Placentia, City of, California
360. Pleasant Hill, City of, California
361. Pleasanton, City of, California
362. Pomona, City of, California
363. Porterville, City of, California
364. Poway, City of, California
365. Rancho Cordova, City of, California
366. Rancho Cucamonga, City of, California
367. Rancho Palos Verdes, City of, California
368. Rancho Santa Margarita, City of, California
369. Redding, City of, California
370. Redlands, City of, California

371. Redondo Beach, City of, California
372. Redwood City, City of, California
373. Rialto, City of, California
374. Richmond, City of, California
375. Riverside, City of, California
376. Rocklin, City of, California
377. Rohnert Park, City of, California
378. Rosemead, City of, California
379. Roseville, City of, California
380. Sacramento, City of, California
381. Salinas, City of, California
382. San Benito, County of, California
383. San Bernardino, City of, California
384. San Bruno, City of, California
385. San Buenaventura (Ventura), City of, California
386. San Carlos, City of, California
387. San Clemente, City of, California
388. San Diego, City of, California
389. San Dimas, City of, California
390. San Francisco, City of/ County of, California
391. San Gabriel, City of, California
392. San Jacinto, City of, California
393. San Joaquin, County of, California
394. San Juan Capistrano, City of, California
395. San Leandro, City of, California
396. San Luis Obispo, City of, California
397. San Marcos, City of, California
398. San Mateo, City of, California
399. San Mateo, County of, California
400. San Pablo, City of, California
401. San Rafael, City of, California
402. San Ramon, City of, California
403. Santa Ana, City of, California
404. Santa Barbara, City of, California
405. Santa Barbara, County of, California
406. Santa Clara, City of, California
407. Santa Clarita, City of, California

408. Santa Cruz, City of, California
409. Santa Cruz, County of, California
410. Santa Maria, City of, California
411. Santa Monica, City of, California
412. Santa Rosa, City of, California
413. Santee, City of, California
414. Saratoga, City of, California
415. Seaside, City of, California
416. Simi Valley, City of, California
417. Solano, County of, California
418. Sonoma, County of, California
419. South Gate, City of, California
420. South San Francisco, City of, California
421. Stanislaus, County of, California
422. Stanton, City of, California
423. Stockton, City of, California
424. Sunnyvale, City of, California
425. Temecula, City of, California
426. Temple City, City of, California
427. Thousand Oaks, City of, California
428. Torrance, City of, California
429. Tracy, City of, California
430. Tulare, City of, California
431. Turlock, City of, California
432. Tustin, City of, California
433. Union City, City of, California
434. Upland, City of, California
435. Vacaville, City of, California
436. Vallejo, City of, California
437. Ventura, County of, California
438. Victorville, City of, California
439. Visalia, City of, California
440. Vista, City of, California
441. Walnut Creek, City of, California
442. Watsonville, City of, California
443. West Covina, City of, California
444. West Hollywood, City of, California
445. West Sacramento, City of, California
446. Westminster, City of, California
447. Whittier, City of, California
448. Wildomar, City of, California
449. Woodland, City of, California
450. Yorba Linda, City of, California
451. Yuba City, City of, California
452. Yucaipa, City of, California
453. Adams, County of, Colorado
454. Arapahoe, County of, Colorado
455. Arvada, City of, Colorado
456. Aurora, City of, Colorado
457. Boulder, City of, Colorado
458. Boulder, County of, Colorado
459. Broomfield City of/ County of, Colorado
460. Castle Rock, Town of, Colorado
461. Centennial, City of, Colorado
462. Chaffee, County of, Colorado
463. Colorado Springs, City of, Colorado
464. Commerce City, City of, Colorado
465. Delta, County of, Colorado
466. Denver, City of/ County of, Colorado
467. Douglas, County of, Colorado
468. Eagle, County of, Colorado
469. El Paso, County of, Colorado
470. Englewood, City of, Colorado
471. Fort Collins, City of, Colorado
472. Fountain, City of, Colorado
473. Fremont, County of, Colorado
474. Garfield, County of, Colorado
475. Grand Junction, City of, Colorado
476. Jefferson, County of, Colorado
477. La Plata, County of, Colorado
478. Lafayette, City of, Colorado
479. Larimer, County of, Colorado
480. Las Animas, County of, Colorado
481. Littleton, City of, Colorado
482. Longmont, City of, Colorado
483. Loveland, City of, Colorado
484. Montrose, County of, Colorado
485. Northglenn, City of, Colorado
486. Otero, County of, Colorado
487. Parker, Town of, Colorado
488. Pueblo, City of, Colorado
489. Summit, County of, Colorado

490. Teller, County of, Colorado
491. Weld, County of, Colorado
492. Westminster, City of, Colorado
493. Wheat Ridge, City of, Colorado
494. Windsor, Town of, Colorado
495. Ansonia, City of, Connecticut
496. Danbury City of/ Town of, Connecticut
497. Derby, City of, Connecticut
498. Glastonbury, Town of, Connecticut
499. Greenwich, Town of, Connecticut
500. Groton, Town of, Connecticut
501. Hamden, Town of, Connecticut
502. Hartford, City of/ Town of, Connecticut
503. Manchester, Town of, Connecticut
504. Meriden, City of/ Town of, Connecticut
505. Milford, Town of, Connecticut
506. Monroe, Town of, Connecticut
507. Naugatuck, Borough of/ Town of, Connecticut
508. New Britain, Town of/ City of, Connecticut
509. New Haven, City of, Connecticut
510. New London, City of, Connecticut
511. Newington, Town of, Connecticut
512. Norwalk, City of/ Town of, Connecticut
513. Shelton, City of/ Town of, Connecticut
514. Stamford, City of/ Town of, Connecticut
515. Trumbull, Town of, Connecticut
516. Wallingford, Town of, Connecticut
517. West Hartford, Town of, Connecticut
518. Dover, City of, Delaware
519. Kent, County of, Delaware
520. New Castle, County of, Delaware
521. Newark, City of, Delaware
522. Wilmington, City of, Delaware
523. Altamonte Springs, City of, Florida
524. Aventura, City of, Florida
525. Boca Raton, City of, Florida
526. Bonita Springs, City of, Florida
527. Boynton Beach, City of, Florida
528. Calhoun, County of, Florida
529. Cape Coral, City of, Florida
530. Charlotte, County of, Florida
531. Citrus, County of, Florida
532. Clermont, City of, Florida
533. Collier, County of, Florida
534. Columbia, County of, Florida
535. Cooper City, City of, Florida
536. Coral Gables, City of, Florida
537. Cutler Bay, Town of, Florida
538. Dania Beach, City of, Florida
539. Davie, Town of, Florida
540. DeLand, City of, Florida
541. Delray Beach, City of, Florida
542. DeSoto, County of, Florida
543. Doral, City of, Florida
544. Dunedin, City of, Florida
545. Duval-Jacksonville County, Consolidated Government of, Florida
546. Estero, Village of, Florida
547. Flagler, County of, Florida
548. Fort Myers, City of, Florida
549. Gadsden, County of, Florida
550. Gainesville, City of, Florida
551. Greenacres, City of, Florida
552. Gulf, County of, Florida
553. Hendry, County of, Florida
554. Hernando, County of, Florida
555. Hialeah, City of, Florida
556. Highlands, County of, Florida
557. Hillsborough, County of, Florida
558. Hollywood, City of, Florida
559. Holmes, County of, Florida
560. Indian River, County of, Florida
561. Jupiter, Town of, Florida
562. Kissimmee, City of, Florida
563. Lake Worth, City of, Florida

W-7

564. Lakeland, City of, Florida
565. Largo, City of, Florida
566. Lauderdale Lakes, City of, Florida
567. Margate, City of, Florida
568. Martin, County of, Florida
569. Melbourne, City of, Florida
570. Miami Beach, City of, Florida
571. Miami, City of, Florida
572. Miami Lakes, Town of, Florida
573. Nassau, County of, Florida
574. North Lauderdale, City of, Florida
575. North Miami Beach, City of, Florida
576. North Port, City of, Florida
577. Oakland Park, City of, Florida
578. Okeechobee, County of, Florida
579. Palm Beach Gardens, City of, Florida
580. Palm Coast, City of, Florida
581. Parkland, City of, Florida
582. Plant City, City of, Florida
583. Plantation, City of, Florida
584. Polk, County of, Florida
585. Port Orange, City of, Florida
586. Riviera Beach, City of, Florida
587. Royal Palm Beach, Village of, Florida
588. Sarasota, County of, Florida
589. St. Cloud, City of, Florida
590. Stuart, City of, Florida
591. Sumter, County of, Florida
592. Sunrise, City of, Florida
593. Tamarac, City of, Florida
594. Tampa, City of, Florida
595. Titusville, City of, Florida
596. Wakulla, County of, Florida
597. Washington, County of, Florida
598. Wellington, Village of, Florida
599. West Palm Beach, City of, Florida
600. Weston, City of, Florida
601. Winter Garden, City of, Florida
602. Winter Haven, City of, Florida
603. Winter Park, City of, Florida
604. Winter Springs, City of, Florida
605. Alpharetta, City of, Georgia
606. Augusta-Richmond County, Consolidated Government of, Georgia
607. Bacon, County of, Georgia
608. Barrow, County of, Georgia
609. Berrien, County of, Georgia
610. Brookhaven, City of, Georgia
611. Brooks, County of, Georgia
612. Brunswick, City of, Georgia
613. Bryan, County of, Georgia
614. Calhoun, City of, Georgia
615. Canton, City of, Georgia
616. Cartersville, City of, Georgia
617. Chamblee, City of, Georgia
618. Chatham, County of, Georgia
619. Chattooga, County of, Georgia
620. Colquitt, County of, Georgia
621. Coweta, County of, Georgia
622. Crawford, County of, Georgia
623. Dalton, City of, Georgia
624. Doraville, City of, Georgia
625. Douglas, County of, Georgia
626. Douglasville, City of, Georgia
627. Dunwoody, City of, Georgia
628. East Point, City of, Georgia
629. Fannin, County of, Georgia
630. Floyd, County of, Georgia
631. Gilmer, County of, Georgia
632. Gordon, County of, Georgia
633. Harris, County of, Georgia
634. Heard, County of, Georgia
635. Hinesville, City of, Georgia
636. Johns Creek, City of, Georgia
637. Kennesaw, City of, Georgia
638. LaGrange, City of, Georgia
639. Lawrenceville, City of, Georgia
640. Marietta, City of, Georgia
641. McDonough, City of, Georgia
642. Meriwether, County of, Georgia
643. Milton, City of, Georgia
644. Moultrie, City of, Georgia
645. Murray, County of, Georgia
646. Newnan, City of, Georgia
647. Paulding, County of, Georgia

648. Peach, County of, Georgia
649. Peachtree City, City of, Georgia
650. Peachtree Corners, City of, Georgia
651. Pickens, County of, Georgia
652. Pierce, County of, Georgia
653. Pooler, City of, Georgia
654. Richmond Hill, City of, Georgia
655. Roswell, City of, Georgia
656. Sandy Springs, City of, Georgia
657. Smyrna, City of, Georgia
658. Snellville, City of, Georgia
659. South Fulton, City of, Georgia
660. Statesboro, City of, Georgia
661. Stonecrest, City of, Georgia
662. Telfair, County of, Georgia
663. Thomas, County of, Georgia
664. Tucker, City of, Georgia
665. Valdosta, City of, Georgia
666. Villa Rica, City of, Georgia
667. Walker, County of, Georgia
668. Warner Robins, City of, Georgia
669. White, County of, Georgia
670. Whitfield, County of, Georgia
671. Winder, City of, Georgia
672. Woodstock, City of, Georgia
673. Hawaii, County of, Hawaii
674. Honolulu, County of, Hawaii
675. Kauai, County of, Hawaii
676. Maui, County of, Hawaii
677. Hawai'i, County of, Hawai'i
678. Kaua'i, County of, Hawai'i
679. Bannock, County of, Idaho
680. Boise, City of, Idaho
681. Boise City, City of, Idaho
682. Bonner, County of, Idaho
683. Caldwell, City of, Idaho
684. Chubbuck, City of, Idaho
685. Coeur d'Alene, City of, Idaho
686. Idaho Falls, City of, Idaho
687. Kootenai, County of, Idaho
688. Lewiston, City of, Idaho
689. Madison, County of, Idaho
690. Meridian, City of, Idaho
691. Nampa, City of, Idaho
692. Nez Perce, County of, Idaho
693. Pocatello, City of, Idaho
694. Post Falls, City of, Idaho
695. Twin Falls, City of, Idaho
696. Twin Falls, County of, Idaho
697. Adams, County of, Illinois
698. Addison, Township of, Illinois
699. Addison, Village of, Illinois
700. Algonquin, Township of, Illinois
701. Algonquin, Village of, Illinois
702. Arlington Heights, Village of, Illinois
703. Aurora, City of, Illinois
704. Aurora, Township of, Illinois
705. Avon, Township of, Illinois
706. Bartlett, Village of, Illinois
707. Batavia, Township of, Illinois
708. Belleville, City of, Illinois
709. Bellwood, Village of, Illinois
710. Bensenville, Village of, Illinois
711. Berwyn, City of, Illinois
712. Berwyn, Township of, Illinois
713. Bloom, Township of, Illinois
714. Bloomingdale, Township of, Illinois
715. Bloomington, City of, Illinois
716. Bloomington City, Township of, Illinois
717. Bolingbrook, Village of, Illinois
718. Bond, County of, Illinois
719. Bourbonnais, Township of, Illinois
720. Bremen, Township of, Illinois
721. Bridgeview, Village of, Illinois
722. Bristol, Township of, Illinois
723. Buffalo Grove, Village of, Illinois
724. Burbank, City of, Illinois
725. Calumet City, City of, Illinois
726. Capital, Township of, Illinois
727. Carbondale, City of, Illinois
728. Carol Stream, Village of, Illinois
729. Carpentersville, Village of, Illinois
730. Caseyville, Township of, Illinois
731. Champaign, City of, Illinois

732. Champaign City, Township of, Illinois
733. Chicago Heights, City of, Illinois
734. Chicago Ridge, Village of, Illinois
735. Cicero, Town of/ Township of, Illinois
736. Clinton, County of, Illinois
737. Collinsville, Township of, Illinois
738. Crystal Lake, City of, Illinois
739. Cunningham, Township of, Illinois
740. Danville, City of, Illinois
741. Decatur, City of, Illinois
742. Decatur, Township of, Illinois
743. DeKalb, City of, Illinois
744. DeKalb, Township of, Illinois
745. Des Plaines, City of, Illinois
746. Dolton, Village of, Illinois
747. Downers Grove, Township of, Illinois
748. Downers Grove, Village of, Illinois
749. Dundee, Township of, Illinois
750. DuPage, Township of, Illinois
751. Edwardsville, Township of, Illinois
752. Ela, Township of, Illinois
753. Elgin, City of, Illinois
754. Elgin, Township of, Illinois
755. Elk Grove, Township of, Illinois
756. Elk Grove Village, Village of, Illinois
757. Elmhurst, City of, Illinois
758. Evanston, City of, Illinois
759. Evergreen Park, Village of, Illinois
760. Forest Park, Village of, Illinois
761. Frankfort, Township of, Illinois
762. Franklin Park, Village of, Illinois
763. Fremont, Township of, Illinois
764. Fulton, County of, Illinois
765. Galesburg, City of, Illinois
766. Galesburg City, Township of, Illinois

767. Glendale Heights, Village of, Illinois
768. Glenview, Village of, Illinois
769. Grafton, Township of, Illinois
770. Granite City, City of, Illinois
771. Granite City, Township of, Illinois
772. Grundy, County of, Illinois
773. Gurnee, Village of, Illinois
774. Hanover Park, Village of, Illinois
775. Hanover, Township of, Illinois
776. Harlem, Township of, Illinois
777. Harvey, City of, Illinois
778. Harwood Heights, Village of, Illinois
779. Hoffman Estates, Village of, Illinois
780. Homer, Township of, Illinois
781. Jackson, County of, Illinois
782. Joliet, City of, Illinois
783. Joliet, Township of, Illinois
784. Kankakee, City of, Illinois
785. Knox, County of, Illinois
786. La Grange Park, Village of, Illinois
787. Lake, County of, Illinois
788. Lake Villa, Township of, Illinois
789. LaSalle, County of, Illinois
790. Leyden, Township of, Illinois
791. Libertyville, Township of, Illinois
792. Lisle, Township of, Illinois
793. Lockport, Township of, Illinois
794. Lombard, Village of, Illinois
795. Lyons, Township of, Illinois
796. Lyons, Village of, Illinois
797. Madison, County of, Illinois
798. Maine, Township of, Illinois
799. Massac, County of, Illinois
800. Maywood, Village of, Illinois
801. McHenry, Township of, Illinois
802. McLean, County of, Illinois
803. Melrose Park, Village of, Illinois
804. Milton, Township of, Illinois
805. Moline, City of, Illinois
806. Monroe, County of, Illinois

807. Moraine, Township of, Illinois
808. Morgan, County of, Illinois
809. Mount Prospect, Village of, Illinois
810. Mundelein, Village of, Illinois
811. Naperville, City of, Illinois
812. Naperville, Township of, Illinois
813. New Lenox, Township of, Illinois
814. New Trier, Township of, Illinois
815. Niles, Township of, Illinois
816. Normal, Town of, Illinois
817. Normal, Township of, Illinois
818. Northbrook, Village of, Illinois
819. Northfield, Township of, Illinois
820. Northlake, City of, Illinois
821. Nunda, Township of, Illinois
822. Oak Lawn, Village of, Illinois
823. Oak Park, Township of, Illinois
824. Oak Park, Village of, Illinois
825. Ogle, County of, Illinois
826. Orland Park, Village of, Illinois
827. Orland, Township of, Illinois
828. Oswego, Township of, Illinois
829. Oswego, Village of, Illinois
830. Palatine, Township of, Illinois
831. Palatine, Village of, Illinois
832. Palos Heights, City of, Illinois
833. Palos Hills, City of, Illinois
834. Palos, Township of, Illinois
835. Park Ridge, City of, Illinois
836. Pekin, City of, Illinois
837. Peoria, City of, Illinois
838. Peoria City, Township of, Illinois
839. Peoria, County of, Illinois
840. Plainfield, Township of, Illinois
841. Plainfield, Village of, Illinois
842. Proviso, Township of, Illinois
843. Quincy, City of, Illinois
844. Quincy, Township of, Illinois
845. Randolph, County of, Illinois
846. Rich, Township of, Illinois
847. River Forest, Village of, Illinois
848. River Grove, Village of, Illinois
849. Rock Island, City of, Illinois
850. Rockford, Township of, Illinois
851. Romeoville, Village of, Illinois
852. Schaumburg, Township of, Illinois
853. Schaumburg, Village of, Illinois
854. Schiller Park, Village of, Illinois
855. Shields, Township of, Illinois
856. Skokie, Village of, Illinois
857. South Moline, Township of, Illinois
858. Springfield, City of, Illinois
859. St. Charles, City of, Illinois
860. St. Charles, Township of, Illinois
861. St. Clair, County of, Illinois
862. St. Clair, Township of, Illinois
863. Stickney, Township of, Illinois
864. Streamwood, Village of, Illinois
865. Streator, City of, Illinois
866. Summit, Village of, Illinois
867. Tazewell, County of, Illinois
868. Thornton, Township of, Illinois
869. Tinley Park, Village of, Illinois
870. Troy, Township of, Illinois
871. Urbana, City of, Illinois
872. Vermilion, County of, Illinois
873. Vernon, Township of, Illinois
874. Wabash, County of, Illinois
875. Warren, Township of, Illinois
876. Washington, County of, Illinois
877. Waukegan, City of, Illinois
878. Waukegan, Township of, Illinois
879. Wayne, Township of, Illinois
880. West Deerfield, Township of, Illinois
881. Wheatland, Township of, Illinois
882. Wheaton, City of, Illinois
883. Wheeling, Township of, Illinois
884. Wheeling, Village of, Illinois
885. Whiteside, County of, Illinois
886. Williamson, County of, Illinois
887. Winfield, Township of, Illinois
888. Wood River, Township of, Illinois
889. Woodford, County of, Illinois
890. Woodridge, Village of, Illinois
891. Worth, Township of, Illinois
892. York, Township of, Illinois

893. Aboite, Township of, Indiana
894. Adams, County of, Indiana
895. Adams, Township of, Indiana
896. Anderson, City of, Indiana
897. Anderson, Township of, Indiana
898. Bartholomew, County of, Indiana
899. Blackford, County of, Indiana
900. Bloomington, Township of, Indiana
901. Boone, County of, Indiana
902. Calumet, Township of, Indiana
903. Carmel, City of, Indiana
904. Cass, County of, Indiana
905. Clark, County of, Indiana
906. Clinton, County of, Indiana
907. Columbus, City of, Indiana
908. Columbus, Township of, Indiana
909. Concord, Township of, Indiana
910. Crown Point, City of, Indiana
911. Daviess, County of, Indiana
912. Dearborn, County of, Indiana
913. Decatur, Township of, Indiana
914. DeKalb, County of, Indiana
915. Delaware, Township of, Indiana
916. Dubois, County of, Indiana
917. Elkhart, City of, Indiana
918. Elkhart, County of, Indiana
919. Elkhart, Township of, Indiana
920. Fairfield, Township of, Indiana
921. Fall Creek, Township of, Indiana
922. Fayette, County of, Indiana
923. Floyd, County of, Indiana
924. Franklin, Township of, Indiana
925. Gibson, County of, Indiana
926. Goshen, City of, Indiana
927. Grant, County of, Indiana
928. Greene, County of, Indiana
929. Guilford, Township of, Indiana
930. Hamilton, County of, Indiana
931. Hancock, County of, Indiana
932. Harrison, Township of, Indiana
933. Hendricks, County of, Indiana
934. Henry, County of, Indiana
935. Hobart, Township of, Indiana
936. Huntington, County of, Indiana
937. Jasper, County of, Indiana
938. Jay, County of, Indiana
939. Jefferson, County of, Indiana
940. Jeffersonville, Township of, Indiana
941. Johnson, County of, Indiana
942. Knight, Township of, Indiana
943. Knox, County of, Indiana
944. Kokomo, City of, Indiana
945. Kosciusko, County of, Indiana
946. LaGrange, County of, Indiana
947. Lawrence, Township of, Indiana
948. Lincoln, Township of, Indiana
949. Merrillville, Town of, Indiana
950. Miami, County of, Indiana
951. Michigan City, City of, Indiana
952. Mishawaka, City of, Indiana
953. Monroe, County of, Indiana
954. Montgomery, County of, Indiana
955. New Albany, Township of, Indiana
956. Noble, County of, Indiana
957. Noblesville, Township of, Indiana
958. North, Township of, Indiana
959. Ohio, Township of, Indiana
960. Orange, County of, Indiana
961. Penn, Township of, Indiana
962. Peru, City of, Indiana
963. Pike, Township of, Indiana
964. Pleasant, Township of, Indiana
965. Portage, City of, Indiana
966. Putnam, County of, Indiana
967. Richmond, City of, Indiana
968. Ross, Township of, Indiana
969. Shelby, County of, Indiana
970. Shelbyville, City of, Indiana
971. St. John, Township of, Indiana
972. St. Joseph, Township of, Indiana
973. Starke, County of, Indiana
974. Steuben, County of, Indiana
975. Valparaiso, City of, Indiana
976. Wabash, County of, Indiana
977. Wabash, Township of, Indiana
978. Warren, Township of, Indiana
979. Warrick, County of, Indiana
980. Wayne, County of, Indiana

981. Wea, Township of, Indiana
982. White River, Township of, Indiana
983. Whitley, County of, Indiana
984. Ames, City of, Iowa
985. Ankeny, City of, Iowa
986. Bettendorf, City of, Iowa
987. Cedar Falls, City of, Iowa
988. Cedar Rapids, City of, Iowa
989. Council Bluffs, City of, Iowa
990. Davenport, City of, Iowa
991. Des Moines, City of, Iowa
992. Dubuque, City of, Iowa
993. Dubuque, County of, Iowa
994. Iowa City, City of, Iowa
995. Linn, County of, Iowa
996. Marion, City of, Iowa
997. Marshall, County of, Iowa
998. O'Brien, County of, Iowa
999. Sioux City, City of, Iowa
1000. Story, County of, Iowa
1001. Urbandale, City of, Iowa
1002. Wapello, County of, Iowa
1003. Warren, County of, Iowa
1004. Waterloo, City of, Iowa
1005. West Des Moines, City of, Iowa
1006. Woodbury, County of, Iowa
1007. Butler, County of, Kansas
1008. Douglas, County of, Kansas
1009. Geary, County of, Kansas
1010. Hutchinson, City of, Kansas
1011. Lawrence, City of, Kansas
1012. Leavenworth, City of, Kansas
1013. Leawood, City of, Kansas
1014. Lenexa, City of, Kansas
1015. Lyon, County of, Kansas
1016. Manhattan, City of, Kansas
1017. Miami, County of, Kansas
1018. Olathe, City of, Kansas
1019. Riley, County of, Kansas
1020. Salina, City of, Kansas
1021. Saline, County of, Kansas
1022. Shawnee, City of, Kansas
1023. Shawnee, County of, Kansas
1024. Topeka, City of, Kansas
1025. Allen, County of, Kentucky
1026. Barren, County of, Kentucky
1027. Bath, County of, Kentucky
1028. Bowling Green, City of, Kentucky
1029. Breathitt, County of, Kentucky
1030. Bullitt, County of, Kentucky
1031. Caldwell, County of, Kentucky
1032. Calloway, County of, Kentucky
1033. Campbellsville, City of, Kentucky
1034. Carter, County of, Kentucky
1035. Casey, County of, Kentucky
1036. Clay, County of, Kentucky
1037. Daviess, County of, Kentucky
1038. Elizabethtown, City of, Kentucky
1039. Fleming, County of, Kentucky
1040. Florence, City of, Kentucky
1041. Garrard, County of, Kentucky
1042. Georgetown, City of, Kentucky
1043. Graves, County of, Kentucky
1044. Greenup, County of, Kentucky
1045. Harrison, County of, Kentucky
1046. Hart, County of, Kentucky
1047. Henderson, City of, Kentucky
1048. Henry, County of, Kentucky
1049. Hopkinsville, City of, Kentucky
1050. Larue, County of, Kentucky
1051. Laurel, County of, Kentucky
1052. Leslie, County of, Kentucky
1053. Lewis, County of, Kentucky
1054. Logan, County of, Kentucky
1055. Martin, County of, Kentucky
1056. Mason, County of, Kentucky
1057. Mercer, County of, Kentucky
1058. Morgan, County of, Kentucky
1059. Mount Washington, City of, Kentucky
1060. Muhlenberg, County of, Kentucky
1061. Murray, City of, Kentucky
1062. Nelson, County of, Kentucky
1063. Nicholasville, City of, Kentucky
1064. Owen, County of, Kentucky
1065. Owensboro, City of, Kentucky
1066. Pendleton, County of, Kentucky
1067. Powell, County of, Kentucky

1068. Richmond, City of, Kentucky
1069. Russell, County of, Kentucky
1070. Shepherdsville, City of, Kentucky
1071. Spencer, County of, Kentucky
1072. Taylor, County of, Kentucky
1073. Todd, County of, Kentucky
1074. Webster, County of, Kentucky
1075. Winchester, City of, Kentucky
1076. Woodford, County of, Kentucky
1077. Acadia, Parish of, Louisiana
1078. Bienville, Parish of, Louisiana
1079. Bossier City, City of, Louisiana
1080. Covington, City of, Louisiana
1081. De Soto, Parish of, Louisiana
1082. Gretna, City of, Louisiana
1083. Iberville, Parish of, Louisiana
1084. Lafayette, City of, Louisiana
1085. Lincoln, Parish of, Louisiana
1086. Livingston, Parish of, Louisiana
1087. Morgan, City of, Louisiana
1088. Tangipahoa, Parish of, Louisiana
1089. Terrebonne, Parish of, Louisiana
1090. West Monroe, City of, Louisiana
1091. Franklin, County of, Maine
1092. Hancock, County of, Maine
1093. Oxford, County of, Maine
1094. Annapolis, City of, Maryland
1095. Anne Arundel, County of, Maryland
1096. Baltimore, City of, Maryland
1097. Baltimore, County of, Maryland
1098. Carroll, County of, Maryland
1099. College Park, City of, Maryland
1100. Gaithersburg, City of, Maryland
1101. Grantsville, City of, Maryland
1102. Howard, County of, Maryland
1103. Montgomery, County of, Maryland
1104. Queen Anne's, County of, Maryland
1105. Salisbury, City of, Maryland
1106. Worcester, County of, Maryland
1107. Amherst, Town of, Massachusetts
1108. Andover, Town of, Massachusetts
1109. Arlington, Town of, Massachusetts
1110. Attleboro, City of, Massachusetts
1111. Barnstable, County of, Massachusetts
1112. Barnstable, Town of/ City of, Massachusetts
1113. Boston, City of, Massachusetts
1114. Braintree, Town of, Massachusetts
1115. Braintree, Town of/ City of, Massachusetts
1116. Bristol, County of, Massachusetts
1117. Chelsea, City of, Massachusetts
1118. Dartmouth, Town of, Massachusetts
1119. Dracut, Town of, Massachusetts
1120. Fall River, City of, Massachusetts
1121. Franklin, Town of/ City of, Massachusetts
1122. Lawrence, City of, Massachusetts
1123. Lexington, Town of, Massachusetts
1124. Marlborough, City of, Massachusetts
1125. Nantucket, Town of/ County of, Massachusetts
1126. Needham, Town of, Massachusetts
1127. New Bedford, City of, Massachusetts
1128. Newton, City of, Massachusetts
1129. Norfolk, County of, Massachusetts
1130. Plymouth, County of, Massachusetts
1131. Quincy, City of, Massachusetts
1132. Randolph, Town of/ City of, Massachusetts
1133. Revere, City of, Massachusetts

1134. Shrewsbury, Town of, Massachusetts
1135. Somerville, City of, Massachusetts
1136. Spencer, Town of, Massachusetts
1137. Taunton, City of, Massachusetts
1138. Waltham, City of, Massachusetts
1139. Westfield, City of, Massachusetts
1140. Weymouth, Town of/ City of, Massachusetts
1141. Winthrop, Town of/ City of, Massachusetts
1142. Allegan, County of, Michigan
1143. Ann Arbor, City of, Michigan
1144. Barry, County of, Michigan
1145. Battle Creek, City of, Michigan
1146. Bay City, City of, Michigan
1147. Bay, County of, Michigan
1148. Bedford, Township of, Michigan
1149. Bloomfield, Charter Township of, Michigan
1150. Brownstown, Charter Township of, Michigan
1151. Cheboygan, County of, Michigan
1152. Chesterfield, Township of, Michigan
1153. Clare, County of, Michigan
1154. Clinton, Charter Township of, Michigan
1155. Commerce, Charter Township of, Michigan
1156. Dearborn, City of, Michigan
1157. Dearborn Heights, City of, Michigan
1158. Delta, Charter Township of, Michigan
1159. Eastpointe, City of, Michigan
1160. Emmet, County of, Michigan
1161. Farmington Hills, City of, Michigan
1162. Flint, Charter Township of, Michigan
1163. Flint, City of, Michigan
1164. Georgetown, Charter Township of, Michigan
1165. Grand Blanc, Charter Township of, Michigan
1166. Harrison, Charter Township of, Michigan
1167. Holland, Charter Township of, Michigan
1168. Holland, City of, Michigan
1169. Huron, County of, Michigan
1170. Independence, Charter Township of, Michigan
1171. Jackson, County of, Michigan
1172. Kalamazoo, City of, Michigan
1173. Kentwood, City of, Michigan
1174. Lapeer, County of, Michigan
1175. Lincoln Park, City of, Michigan
1176. Macomb, Township of, Michigan
1177. Mecosta, County of, Michigan
1178. Meridian, Charter Township of, Michigan
1179. Midland, City of, Michigan
1180. Midland, County of, Michigan
1181. Muskegon, City of, Michigan
1182. Northville, Charter Township of, Michigan
1183. Novi, City of, Michigan
1184. Oakland, County of, Michigan
1185. Orion, Charter Township of, Michigan
1186. Ottawa, County of, Michigan
1187. Plainfield, Charter Township of, Michigan
1188. Portage, City of, Michigan
1189. Redford, Charter Township of, Michigan
1190. Rochester Hills, City of, Michigan
1191. Roseville, City of, Michigan
1192. Royal Oak, City of, Michigan
1193. Saginaw, Charter Township of, Michigan
1194. Saginaw, City of, Michigan
1195. Shelby, Charter Township of, Michigan
1196. Southfield, City of, Michigan
1197. St. Clair Shores, City of, Michigan

1198. St. Joseph, County of, Michigan
1199. Sterling Heights, City of, Michigan
1200. Taylor, City of, Michigan
1201. Troy, City of, Michigan
1202. Van Buren, County of, Michigan
1203. Warren, City of, Michigan
1204. Waterford, Charter Township of, Michigan
1205. Wayne, County of, Michigan
1206. West Bloomfield, Charter Township of, Michigan
1207. White Lake, Charter Township of, Michigan
1208. Wyoming, City of, Michigan
1209. Ypsilanti, Charter Township of, Michigan
1210. Andover, City of, Minnesota
1211. Apple Valley, City of, Minnesota
1212. Becker, County of, Minnesota
1213. Beltrami, County of, Minnesota
1214. Benton, County of, Minnesota
1215. Blaine, City of, Minnesota
1216. Bloomington, City of, Minnesota
1217. Blue Earth, County of, Minnesota
1218. Brooklyn Center, City of, Minnesota
1219. Brooklyn Park, City of, Minnesota
1220. Burnsville, City of, Minnesota
1221. Carlton, County of, Minnesota
1222. Carver, County of, Minnesota
1223. Chisago, County of, Minnesota
1224. Clay, County of, Minnesota
1225. Coon Rapids, City of, Minnesota
1226. Cottage Grove, City of, Minnesota
1227. Crow Wing, County of, Minnesota
1228. Duluth, City of, Minnesota
1229. Eagan, City of, Minnesota
1230. Eden Prairie, City of, Minnesota
1231. Edina, City of, Minnesota
1232. Freeborn, County of, Minnesota
1233. Goodhue, County of, Minnesota
1234. Hennepin, County of, Minnesota
1235. Inver Grove Heights, City of, Minnesota
1236. Isanti, County of, Minnesota
1237. Kandiyohi, County of, Minnesota
1238. Lakeville, City of, Minnesota
1239. Mankato, City of, Minnesota
1240. Maple Grove, City of, Minnesota
1241. Maplewood, City of, Minnesota
1242. Minneapolis, City of, Minnesota
1243. Minnetonka, City of, Minnesota
1244. Moorhead, City of, Minnesota
1245. Nicollet, County of, Minnesota
1246. North St. Paul, City of, Minnesota
1247. Olmsted, County of, Minnesota
1248. Otter Tail, County of, Minnesota
1249. Pine, County of, Minnesota
1250. Plymouth, City of, Minnesota
1251. Polk, County of, Minnesota
1252. Ramsey, County of, Minnesota
1253. Rice, County of, Minnesota
1254. Richfield, City of, Minnesota
1255. Rochester, City of, Minnesota
1256. Roseau, County of, Minnesota
1257. Roseville, City of, Minnesota
1258. Savage, City of, Minnesota
1259. Scott, County of, Minnesota
1260. Shakopee, City of, Minnesota
1261. Sherburne, County of, Minnesota
1262. Sibley, County of, Minnesota
1263. St. Cloud, City of, Minnesota
1264. St. Louis Park, City of, Minnesota
1265. Stearns, County of, Minnesota
1266. Steele, County of, Minnesota
1267. Waseca, County of, Minnesota
1268. Woodbury, City of, Minnesota
1269. Wright, County of, Minnesota
1270. Alcorn, County of, Mississippi
1271. Attala, County of, Mississippi
1272. Biloxi, City of, Mississippi
1273. Chickasaw, County of, Mississippi
1274. Clarke, County of, Mississippi
1275. Cleveland, City of, Mississippi

1276. Columbus, City of, Mississippi
1277. Copiah, County of, Mississippi
1278. Gautier, City of, Mississippi
1279. George, County of, Mississippi
1280. Greene, County of, Mississippi
1281. Hancock, County of, Mississippi
1282. Holmes, County of, Mississippi
1283. Itawamba, County of, Mississippi
1284. Jackson, County of, Mississippi
1285. Jefferson Davis, County of, Mississippi
1286. Jones, County of, Mississippi
1287. Lamar, County of, Mississippi
1288. Lauderdale, County of, Mississippi
1289. Lawrence, County of, Mississippi
1290. Lee, County of, Mississippi
1291. Lowndes, County of, Mississippi
1292. Moss Point, City of, Mississippi
1293. Ocean Springs, City of, Mississippi
1294. Oktibbeha, County of, Mississippi
1295. Olive Branch, City of, Mississippi
1296. Panola, County of, Mississippi
1297. Perry, County of, Mississippi
1298. Pike, County of, Mississippi
1299. Pontotoc, County of, Mississippi
1300. Rankin, County of, Mississippi
1301. Southaven, City of, Mississippi
1302. Starkville, City of, Mississippi
1303. Tallahatchie, County of, Mississippi
1304. Tate, County of, Mississippi
1305. Tishomingo, County of, Mississippi
1306. Tupelo, City of, Mississippi
1307. Vicksburg, City of, Mississippi
1308. Walthall, County of, Mississippi
1309. Warren, County of, Mississippi
1310. Wayne, County of, Mississippi
1311. Yalobusha, County of, Mississippi
1312. Adair, County of, Missouri
1313. Andrew, County of, Missouri
1314. Ballwin, City of, Missouri
1315. Blue Springs, City of, Missouri
1316. Cape Girardeau, City of, Missouri
1317. Chesterfield, City of, Missouri
1318. Clay, County of, Missouri
1319. Columbia, City of, Missouri
1320. DeKalb, County of, Missouri
1321. Florissant, City of, Missouri
1322. Harrisonville, City of, Missouri
1323. Jefferson City, City of, Missouri
1324. Kansas City, City of, Missouri
1325. Laclede, County of, Missouri
1326. Lee's Summit, City of, Missouri
1327. Liberty, City of, Missouri
1328. New Madrid, County of, Missouri
1329. Newton, County of, Missouri
1330. O'Fallon, City of, Missouri
1331. Platte, County of, Missouri
1332. Ralls, County of, Missouri
1333. St. Charles, City of, Missouri
1334. St. Louis, City of, Missouri
1335. St. Peters, City of, Missouri
1336. University City, City of, Missouri
1337. Wentzville, City of, Missouri
1338. Wildwood, City of, Missouri
1339. Billings, City of, Montana
1340. Bozeman, City of, Montana
1341. Butte-Silver Bow County, Consolidated Government of, Montana
1342. Flathead, County of, Montana
1343. Gallatin, County of, Montana
1344. Helena, City of, Montana
1345. Lake, County of, Montana
1346. Lewis and Clark, County of, Montana
1347. Missoula, City of, Montana
1348. Ravalli, County of, Montana
1349. Yellowstone, County of, Montana
1350. Adams, County of, Nebraska

1351. Bellevue, City of, Nebraska
1352. Buffalo, County of, Nebraska
1353. Dodge, County of, Nebraska
1354. Grand Island, City of, Nebraska
1355. Hall, County of, Nebraska
1356. Kearney, City of, Nebraska
1357. Lancaster, County of, Nebraska
1358. Lincoln, City of, Nebraska
1359. Madison, County of, Nebraska
1360. Omaha, City of, Nebraska
1361. Platte, County of, Nebraska
1362. Scotts Bluff, County of, Nebraska
1363. Boulder City, City of, Nevada
1364. Elko, County of, Nevada
1365. Lyon, County of, Nevada
1366. Mesquite, City of, Nevada
1367. Reno, City of, Nevada
1368. Claremont, City of, New Hampshire
1369. Dover, City of, New Hampshire
1370. Merrimack, County of, New Hampshire
1371. Atlantic City, City of, New Jersey
1372. Atlantic, County of, New Jersey
1373. Belleville, Township of, New Jersey
1374. Bergen, County of, New Jersey
1375. Berkeley, Township of, New Jersey
1376. Bloomfield, Township of, New Jersey
1377. Brick, Township of, New Jersey
1378. Bridgewater, Township of, New Jersey
1379. Camden, City of, New Jersey
1380. Camden, County of, New Jersey
1381. Cape May, County of, New Jersey
1382. Cherry Hill, Township of, New Jersey
1383. Cumberland, County of, New Jersey
1384. Deptford, Township of, New Jersey

1385. East Brunswick, Township of, New Jersey
1386. East Orange, City of, New Jersey
1387. Edison, Township of, New Jersey
1388. Egg Harbor, Township of, New Jersey
1389. Essex, County of, New Jersey
1390. Evesham, Township of, New Jersey
1391. Ewing, Township of, New Jersey
1392. Fair Lawn, Borough of, New Jersey
1393. Fort Lee, Borough of, New Jersey
1394. Franklin, Township of, New Jersey
1395. Freehold, Township of, New Jersey
1396. Galloway, Township of, New Jersey
1397. Garfield, City of, New Jersey
1398. Gloucester, County of, New Jersey
1399. Gloucester, Township of, New Jersey
1400. Hackensack, City of, New Jersey
1401. Hamilton, Township of, New Jersey
1402. Hillsborough, Township of, New Jersey
1403. Hoboken, City of, New Jersey
1404. Howell, Township of, New Jersey
1405. Irvington, Township of, New Jersey
1406. Jackson, Township of, New Jersey
1407. Jersey City, City of, New Jersey
1408. Kearny, Town of, New Jersey
1409. Lakewood, Township of, New Jersey
1410. Lawrence, Township of, New Jersey
1411. Linden, City of, New Jersey
1412. Livingston, Township of, New Jersey

1413. Long Branch, City of, New Jersey
1414. Manalapan, Township of, New Jersey
1415. Manchester, Township of, New Jersey
1416. Marlboro, Township of, New Jersey
1417. Mercer, County of, New Jersey
1418. Middlesex, County of, New Jersey
1419. Middletown, Township of, New Jersey
1420. Monmouth, County of, New Jersey
1421. Montclair, Township of, New Jersey
1422. Morris, County of, New Jersey
1423. Mount Laurel, Township of, New Jersey
1424. New Brunswick, City of, New Jersey
1425. Newark, City of, New Jersey
1426. North Bergen, Township of, New Jersey
1427. North Brunswick, Township of, New Jersey
1428. Old Bridge, Township of, New Jersey
1429. Orange, Township of, City of, New Jersey
1430. Parsippany-Troy Hills, Township of, New Jersey
1431. Passaic, City of, New Jersey
1432. Passaic, County of, New Jersey
1433. Paterson, City of, New Jersey
1434. Pennsauken, Township of, New Jersey
1435. Perth Amboy, City of, New Jersey
1436. Piscataway, Township of, New Jersey
1437. Plainfield, City of, New Jersey
1438. Princeton, New Jersey
1439. Saddle Brook, Township of, New Jersey
1440. Salem, County of, New Jersey
1441. Sayreville, Borough of, New Jersey
1442. Somerset, County of, New Jersey
1443. South Brunswick, Township of, New Jersey
1444. Sussex, County of, New Jersey
1445. Teaneck, Township of, New Jersey
1446. Toms River, Township of, New Jersey
1447. Union City, City of, New Jersey
1448. Union, County of, New Jersey
1449. Union, Township of, New Jersey
1450. Warren, County of, New Jersey
1451. Washington, Township of, New Jersey
1452. Wayne, Township of, New Jersey
1453. West New York, Town of, New Jersey
1454. West Orange, Township of, New Jersey
1455. Willingboro, Township of, New Jersey
1456. Winslow, Township of, New Jersey
1457. Woodbridge, Township of, New Jersey
1458. Albany, County of, New York
1459. Amherst, Town of, New York
1460. Babylon, Town of, New York
1461. Bethlehem, Town of, New York
1462. Binghamton, City of, New York
1463. Brighton, Town of, New York
1464. Bronx, County of, New York
1465. Carmel, Town of, New York
1466. Cattaraugus, County of, New York
1467. Cayuga, County of, New York
1468. Chautauqua, County of, New York
1469. Cheektowaga, Town of, New York
1470. Chemung, County of, New York
1471. Chenango, County of, New York

1472. Cicero, Town of, New York
1473. Clarence, Town of, New York
1474. Clay, Town of, New York
1475. Clifton Park, Town of, New York
1476. Colonie, Town of, New York
1477. Cortlandt, Town of, New York
1478. Delaware, County of, New York
1479. Eastchester, Town of, New York
1480. Essex, County of, New York
1481. Freeport, Village of, New York
1482. Greece, Town of, New York
1483. Greenburgh, Town of, New York
1484. Guilderland, Town of, New York
1485. Hamburg, Town of, New York
1486. Henrietta, Town of, New York
1487. Irondequoit, Town of, New York
1488. Kings, County of, New York
1489. Lancaster, Town of, New York
1490. Livingston, County of, New York
1491. Madison, County of, New York
1492. Manlius, Town of, New York
1493. Mount Pleasant, Town of, New York
1494. Mount Vernon, City of, New York
1495. New Rochelle, City of, New York
1496. New York, County of, New York
1497. Newburgh, Town of, New York
1498. Niagara Falls, City of, New York
1499. North Tonawanda, City of, New York
1500. Orleans, County of, New York
1501. Ossining, Town of, New York
1502. Otsego, County of, New York
1503. Penfield, Town of, New York
1504. Perinton, Town of, New York
1505. Putnam, County of, New York
1506. Queens, County of, New York
1507. Richmond, County of, New York
1508. Rockland, County of, New York
1509. Rye, Town of, New York
1510. Salina, Town of, New York
1511. Spring Valley, Village of, New York
1512. Stony Point, Town of, New York
1513. Tioga, County of, New York
1514. Tonawanda, Town of, New York
1515. Union, Town of, New York
1516. Wappinger, Town of, New York
1517. Warren, County of, New York
1518. Warwick, Town of, New York
1519. Wayne, County of, New York
1520. Webster, Town of, New York
1521. West Seneca, Town of, New York
1522. White Plains, City of, New York
1523. Yates, County of, New York
1524. Yorktown, Town of, New York
1525. Alleghany, County of, North Carolina
1526. Apex, Town of, North Carolina
1527. Asheville, City of, North Carolina
1528. Bertie, County of, North Carolina
1529. Burlington, City of, North Carolina
1530. Cary, Town of, North Carolina
1531. Chapel Hill, Town of, North Carolina
1532. Charlotte, City of, North Carolina
1533. Chowan, County of, North Carolina
1534. Concord, City of, North Carolina
1535. Cornelius, Town of, North Carolina
1536. Currituck, County of, North Carolina
1537. Durham, City of, North Carolina
1538. Edgecombe, County of, North Carolina
1539. Fuquay-Varina, Town of, North Carolina
1540. Garner, Town of, North Carolina
1541. Gastonia, City of, North Carolina
1542. Goldsboro, City of, North Carolina

1543. Greenville, City of, North Carolina
1544. Harnett, County of, North Carolina
1545. Henderson, County of, North Carolina
1546. High Point, City of, North Carolina
1547. Hoke, County of, North Carolina
1548. Holly Springs, Town of, North Carolina
1549. Huntersville, Town of, North Carolina
1550. Indian Trail, Town of, North Carolina
1551. Jackson, County of, North Carolina
1552. Johnston, County of, North Carolina
1553. Kannapolis, City of, North Carolina
1554. Lee, County of, North Carolina
1555. Macon, County of, North Carolina
1556. Madison, County of, North Carolina
1557. Matthews, Town of, North Carolina
1558. Monroe, City of, North Carolina
1559. Mooresville, Town of, North Carolina
1560. Nash, County of, North Carolina
1561. Pender, County of, North Carolina
1562. Polk, County of, North Carolina
1563. Raleigh, City of, North Carolina
1564. Rocky Mount, City of, North Carolina
1565. Salisbury, City of, North Carolina
1566. Sanford, City of, North Carolina
1567. Stanly, County of, North Carolina
1568. Stokes, County of, North Carolina
1569. Transylvania, County of, North Carolina
1570. Union, County of, North Carolina
1571. Wake, County of, North Carolina
1572. Wake Forest, Town of, North Carolina
1573. Warren, County of, North Carolina
1574. Washington, County of, North Carolina
1575. Wilson, City of, North Carolina
1576. Wilson, County of, North Carolina
1577. Yadkin, County of, North Carolina
1578. Yancey, County of, North Carolina
1579. Cass, County of, North Dakota
1580. Fargo, City of, North Dakota
1581. Grand Forks, City of, North Dakota
1582. Minot, City of, North Dakota
1583. Morton, County of, North Dakota
1584. West Fargo, City of, North Dakota
1585. Alliance, City of, Ohio
1586. Anderson, Township of, Ohio
1587. Athens, Township of, Ohio
1588. Austintown, Township of, Ohio
1589. Bath, Township of, Ohio
1590. Beavercreek, City of, Ohio
1591. Beavercreek, Township of, Ohio
1592. Boardman, Township of, Ohio
1593. Bowling Green, City of, Ohio
1594. Brown, County of, Ohio
1595. Brunswick, City of, Ohio
1596. Canton, City of, Ohio
1597. Carroll, County of, Ohio
1598. Clark, County of, Ohio
1599. Clear Creek, Township of, Ohio
1600. Cleveland Heights, City of, Ohio
1601. Colerain, Township of, Ohio
1602. Columbus, City of, Ohio
1603. Concord, Township of, Ohio
1604. Deerfield, Township of, Ohio

1605. Defiance, County of, Ohio
1606. Delaware, City of, Ohio
1607. Dublin, City of, Ohio
1608. Fairborn, City of, Ohio
1609. Fostoria, City of, Ohio
1610. Franklin, Township of, Ohio
1611. Gahanna, City of, Ohio
1612. Green, Township of, Ohio
1613. Greene, County of, Ohio
1614. Grove City, City of, Ohio
1615. Hardin, County of, Ohio
1616. Highland, County of, Ohio
1617. Hilliard, City of, Ohio
1618. Holmes, County of, Ohio
1619. Huber Heights, City of, Ohio
1620. Kettering, City of, Ohio
1621. Lakewood, City of, Ohio
1622. Lancaster, City of, Ohio
1623. Madison, County of, Ohio
1624. Mahoning, County of, Ohio
1625. Mansfield, City of, Ohio
1626. Marion, City of, Ohio
1627. Marion, Township of, Ohio
1628. Mason, City of, Ohio
1629. Massillon, City of, Ohio
1630. Medina, County of, Ohio
1631. Mentor, City of, Ohio
1632. Miami, County of, Ohio
1633. Mifflin, Township of, Ohio
1634. Monroe, County of, Ohio
1635. Morrow, County of, Ohio
1636. Newark, City of, Ohio
1637. Norwalk, City of, Ohio
1638. Norwich, Township of, Ohio
1639. Orange, Township of, Ohio
1640. Painesville, Township of, Ohio
1641. Perry, County of, Ohio
1642. Pickaway, County of, Ohio
1643. Plain, Township of, Ohio
1644. Preble, County of, Ohio
1645. Putnam, County of, Ohio
1646. Reynoldsburg, City of, Ohio
1647. Richland, County of, Ohio
1648. Sandusky, City of, Ohio
1649. Springfield, City of, Ohio
1650. Sylvania, Township of, Ohio

1651. Tuscarawas, County of, Ohio
1652. Union, County of, Ohio
1653. Union, Township of, Ohio
1654. Upper Arlington, City of, Ohio
1655. Van Wert, City of, Ohio
1656. Vinton, County of, Ohio
1657. Violet, Township of, Ohio
1658. Warren, County of, Ohio
1659. West Chester, Township of, Ohio
1660. Westerville, City of, Ohio
1661. Westlake, City of, Ohio
1662. Wood, County of, Ohio
1663. Youngstown, City of, Ohio
1664. Stillwater, City of, Oklahoma
1665. Albany, City of, Oregon
1666. Beaverton, City of, Oregon
1667. Bend, City of, Oregon
1668. Benton, County of, Oregon
1669. Corvallis, City of, Oregon
1670. Curry, County of, Oregon
1671. Deschutes, County of, Oregon
1672. Douglas, County of, Oregon
1673. Eugene, City of, Oregon
1674. Grants Pass, City of, Oregon
1675. Gresham, City of, Oregon
1676. Hillsboro, City of, Oregon
1677. Keizer, City of, Oregon
1678. Klamath, County of, Oregon
1679. Lake Oswego, City of, Oregon
1680. Lincoln, County of, Oregon
1681. Linn, County of, Oregon
1682. Malheur, County of, Oregon
1683. Marion, County of, Oregon
1684. McMinnville, City of, Oregon
1685. Medford, City of, Oregon
1686. Oregon City, City of, Oregon
1687. Polk, County of, Oregon
1688. Redmond, City of, Oregon
1689. Salem, City of, Oregon
1690. Springfield, City of, Oregon
1691. Tigard, City of, Oregon
1692. Umatilla, County of, Oregon
1693. Abington, Township of,
        Pennsylvania
1694. Allentown, City of, Pennsylvania
1695. Altoona, City of, Pennsylvania

1696. Bethel Park, Municipality of, Pennsylvania
1697. Bethlehem, City of, Pennsylvania
1698. Blair, County of, Pennsylvania
1699. Butler, County of, Pennsylvania
1700. Centre, County of, Pennsylvania
1701. Cheltenham, Township of, Pennsylvania
1702. Chester, City of, Pennsylvania
1703. Cranberry, Township of, Pennsylvania
1704. Crawford, County of, Pennsylvania
1705. Cumberland, County of, Pennsylvania
1706. Erie, City of, Pennsylvania
1707. Falls, Township of, Pennsylvania
1708. Hampden, Township of, Pennsylvania
1709. Harrisburg, City of, Pennsylvania
1710. Haverford, Township of, Pennsylvania
1711. Hempfield, Township of, Pennsylvania
1712. Huntingdon, County of, Pennsylvania
1713. Jefferson, County of, Pennsylvania
1714. Kingston, Borough of, Pennsylvania
1715. Lancaster, City of, Pennsylvania
1716. Lancaster, County of, Pennsylvania
1717. Lebanon, County of, Pennsylvania
1718. Lower Macungie, Township of, Pennsylvania
1719. Lower Merion, Township of, Pennsylvania
1720. Lower Paxton, Township of, Pennsylvania
1721. Lower Southampton, Township of, Pennsylvania
1722. Manheim, Township of, Pennsylvania
1723. McKean, County of, Pennsylvania
1724. Mifflin, County of, Pennsylvania
1725. Millcreek, Township of, Pennsylvania
1726. Montgomery, County of, Pennsylvania
1727. Mount Lebanon, Township of, Pennsylvania
1728. New Castle, City of, Pennsylvania
1729. Norristown, Borough of, Pennsylvania
1730. North Huntingdon, Township of, Pennsylvania
1731. Northampton, Township of, Pennsylvania
1732. Penn Hills, Township of, Pennsylvania
1733. Perry, County of, Pennsylvania
1734. Pittsburgh, City of, Pennsylvania
1735. Radnor, Township of, Pennsylvania
1736. Reading, City of, Pennsylvania
1737. Ridley, Township of, Pennsylvania
1738. Ross, Township of, Pennsylvania
1739. Scranton, City of, Pennsylvania
1740. Snyder, County of, Pennsylvania
1741. Somerset, County of, Pennsylvania
1742. State College, Borough of, Pennsylvania
1743. Susquehanna, County of, Pennsylvania
1744. Union, County of, Pennsylvania
1745. Upper Darby, Township of, Pennsylvania
1746. Upper Merion, Township of, Pennsylvania
1747. Venango, County of, Pennsylvania
1748. Warren, County of, Pennsylvania
1749. Wayne, County of, Pennsylvania
1750. York, City of, Pennsylvania
1751. York, County of, Pennsylvania

1752. Adjuntas, Municipality of, Puerto Rico
1753. Aguada, Municipality of, Puerto Rico
1754. Aguadilla, Municipality of, Puerto Rico
1755. Arecibo, Municipality of, Puerto Rico
1756. Arroyo, Municipality of, Puerto Rico
1757. Barceloneta, Municipality of, Puerto Rico
1758. Bayamon, Municipality of, Puerto Rico
1759. Bayamón, Municipality of, Puerto Rico
1760. Cabo Rojo, Municipality of, Puerto Rico
1761. Caguas, Municipality of, Puerto Rico
1762. Camuy, Municipality of, Puerto Rico
1763. Carolina, Municipality of, Puerto Rico
1764. Catano, Municipality of, Puerto Rico
1765. Ceiba, Municipality of, Puerto Rico
1766. Cidra, Municipality of, Puerto Rico
1767. Coamo, Municipality of, Puerto Rico
1768. Corozal, Municipality of, Puerto Rico
1769. Dorado, Municipality of, Puerto Rico
1770. Guayama, Municipality of, Puerto Rico
1771. Guaynabo, Municipality of, Puerto Rico
1772. Gurabo, Municipality of, Puerto Rico
1773. Hatillo, Municipality of, Puerto Rico
1774. Humacao, Municipality of, Puerto Rico
1775. Isabela, Municipality of, Puerto Rico
1776. Juana Díaz, Municipality of, Puerto Rico
1777. Las Piedras, Municipality of, Puerto Rico
1778. Manatí, Municipality of, Puerto Rico
1779. Mayagüez, Municipality of, Puerto Rico
1780. Moca, Municipality of, Puerto Rico
1781. Morovis, Municipality of, Puerto Rico
1782. Ponce, Municipality of, Puerto Rico
1783. San Germán, Municipality of, Puerto Rico
1784. San Lorenzo, Municipality of, Puerto Rico
1785. San Sebastián, Municipality of, Puerto Rico
1786. Toa Alta, Municipality of, Puerto Rico
1787. Toa Baja, Municipality of, Puerto Rico
1788. Trujillo Alto, Municipality of, Puerto Rico
1789. Vega Baja, Municipality of, Puerto Rico
1790. Villalba, Municipality of, Puerto Rico
1791. Yauco, Municipality of, Puerto Rico
1792. Barrington, Town of, Rhode Island
1793. Bristol, Town of, Rhode Island
1794. Providence, City of, Rhode Island
1795. Warren, Town of, Rhode Island
1796. Aiken, City of, South Carolina
1797. Columbia, City of, South Carolina
1798. Darlington, County of, South Carolina
1799. Florence, City of, South Carolina

1800. Goose Creek, City of, South Carolina
1801. Greenville, City of, South Carolina
1802. Greer, City of, South Carolina
1803. Hilton Head Island, Town of, South Carolina
1804. Mount Pleasant, Town of, South Carolina
1805. Rock Hill, City of, South Carolina
1806. Spartanburg, City of, South Carolina
1807. Sumter, City of, South Carolina
1808. Brookings, County of, South Dakota
1809. Brown, County of, South Dakota
1810. Lincoln, County of, South Dakota
1811. Minnehaha, County of, South Dakota
1812. Rapid City, City of, South Dakota
1813. Sioux Falls, City of, South Dakota
1814. Bartlett, City of, Tennessee
1815. Brentwood, City of, Tennessee
1816. Cannon, County of, Tennessee
1817. Carter, County of, Tennessee
1818. Chattanooga, City of, Tennessee
1819. Cheatham, County of, Tennessee
1820. Cleveland, City of, Tennessee
1821. Coffee, County of, Tennessee
1822. Collierville, Town of, Tennessee
1823. Crockett, County of, Tennessee
1824. Davidson, County of, Tennessee
1825. Decatur, County of, Tennessee
1826. Dickson, County of, Tennessee
1827. Dyer, County of, Tennessee
1828. Fayette, County of, Tennessee
1829. Franklin, City of, Tennessee
1830. Gallatin, City of, Tennessee
1831. Germantown, City of, Tennessee
1832. Gibson, County of, Tennessee
1833. Hamblen, County of, Tennessee
1834. Hendersonville, City of, Tennessee
1835. Henry, County of, Tennessee
1836. Jackson, City of, Tennessee
1837. Johnson City, City of, Tennessee
1838. Johnson, County of, Tennessee
1839. Kingsport, City of, Tennessee
1840. La Vergne, City of, Tennessee
1841. Lawrence, County of, Tennessee
1842. Lawrenceburg, City of, Tennessee
1843. Lebanon, City of, Tennessee
1844. Lincoln, County of, Tennessee
1845. Maryville, City of, Tennessee
1846. Maury, County of, Tennessee
1847. McMinnville, City of, Tennessee
1848. Memphis, City of, Tennessee
1849. Morgan, County of, Tennessee
1850. Morristown, City of, Tennessee
1851. Mount Juliet, City of, Tennessee
1852. Nashville-Davidson Metropolitan Government, Tennessee
1853. Obion, County of, Tennessee
1854. Overton, County of, Tennessee
1855. Robertson, County of, Tennessee
1856. Shelby, County of, Tennessee
1857. Smyrna, Town of, Tennessee
1858. Sullivan, County of, Tennessee
1859. Sumner, County of, Tennessee
1860. Tipton, County of, Tennessee
1861. Weakley, County of, Tennessee
1862. Wilson, County of, Tennessee
1863. Abilene, City of, Texas
1864. Allen, City of, Texas
1865. Amarillo, City of, Texas
1866. Anderson, County of, Texas
1867. Arlington, City of, Texas
1868. Atascosa, County of, Texas
1869. Austin, City of, Texas
1870. Austin, County of, Texas
1871. Bastrop, County of, Texas
1872. Baytown, City of, Texas
1873. Beaumont, City of, Texas
1874. Bedford, City of, Texas
1875. Bee, County of, Texas
1876. Bell, County of, Texas

1877. Blanco, County of, Texas
1878. Bowie, County of, Texas
1879. Brazoria, County of, Texas
1880. Brown, County of, Texas
1881. Brownsville, City of, Texas
1882. Bryan, City of, Texas
1883. Burleson, City of, Texas
1884. Burnet, County of, Texas
1885. Caldwell, County of, Texas
1886. Calhoun, County of, Texas
1887. Cameron, County of, Texas
1888. Camp, County of, Texas
1889. Carrollton, City of, Texas
1890. Cass, County of, Texas
1891. Cedar Hill, City of, Texas
1892. Cedar Park, City of, Texas
1893. Chambers, County of, Texas
1894. Cibolo, City of, Texas
1895. Cleburne, City of, Texas
1896. College Station, City of, Texas
1897. Collin, County of, Texas
1898. Colorado, County of, Texas
1899. Comal, County of, Texas
1900. Conroe, City of, Texas
1901. Cooke, County of, Texas
1902. Coppell, City of, Texas
1903. Copperas Cove, City of, Texas
1904. Corpus Christi, City of, Texas
1905. Dallas, City of, Texas
1906. Deer Park, City of, Texas
1907. Del Rio, City of, Texas
1908. Denton, City of, Texas
1909. Denton, County of, Texas
1910. DeSoto, City of, Texas
1911. Duncanville, City of, Texas
1912. Ector, County of, Texas
1913. Edinburg, City of, Texas
1914. El Paso, City of, Texas
1915. El Paso, County of, Texas
1916. Erath, County of, Texas
1917. Euless, City of, Texas
1918. Falls, County of, Texas
1919. Fannin, County of, Texas
1920. Farmers Branch, City of, Texas
1921. Flower Mound, Town of, Texas
1922. Fort Bend, County of, Texas

1923. Fort Worth, City of, Texas
1924. Franklin, County of, Texas
1925. Friendswood, City of, Texas
1926. Frisco, City of, Texas
1927. Galveston, City of, Texas
1928. Galveston, County of, Texas
1929. Garland, City of, Texas
1930. Georgetown, City of, Texas
1931. Grand Prairie, City of, Texas
1932. Grapevine, City of, Texas
1933. Grayson, County of, Texas
1934. Gregg, County of, Texas
1935. Guadalupe, County of, Texas
1936. Hale, County of, Texas
1937. Haltom City, City of, Texas
1938. Hardin, County of, Texas
1939. Harker Heights, City of, Texas
1940. Harlingen, City of, Texas
1941. Harris, County of, Texas
1942. Harrison, County of, Texas
1943. Hays, County of, Texas
1944. Hidalgo, County of, Texas
1945. Hill, County of, Texas
1946. Hood, County of, Texas
1947. Hopkins, County of, Texas
1948. Houston, City of, Texas
1949. Houston, County of, Texas
1950. Howard, County of, Texas
1951. Hunt, County of, Texas
1952. Huntsville, City of, Texas
1953. Hurst, City of, Texas
1954. Irving, City of, Texas
1955. Jasper, County of, Texas
1956. Jefferson, County of, Texas
1957. Keller, City of, Texas
1958. Kerr, County of, Texas
1959. Killeen, City of, Texas
1960. Kyle, City of, Texas
1961. La Porte, City of, Texas
1962. Lancaster, City of, Texas
1963. League City, City of, Texas
1964. Leander, City of, Texas
1965. Leon, County of, Texas
1966. Leon Valley, City of, Texas
1967. Lewisville, City of, Texas
1968. Liberty, County of, Texas

1969. Limestone, County of, Texas
1970. Little Elm, City of, Texas
1971. Longview, City of, Texas
1972. Lubbock, City of, Texas
1973. Lubbock, County of, Texas
1974. Lufkin, City of, Texas
1975. Madison, County of, Texas
1976. Mansfield, City of, Texas
1977. Matagorda, County of, Texas
1978. McAllen, City of, Texas
1979. McKinney, City of, Texas
1980. Medina, County of, Texas
1981. Mesquite, City of, Texas
1982. Midland, City of, Texas
1983. Midland, County of, Texas
1984. Midlothian, City of, Texas
1985. Milam, County of, Texas
1986. Mission, City of, Texas
1987. Missouri City, City of, Texas
1988. Morris, County of, Texas
1989. Nacogdoches, City of, Texas
1990. Nacogdoches, County of, Texas
1991. Navarro, County of, Texas
1992. New Braunfels, City of, Texas
1993. Newton, County of, Texas
1994. North Richland Hills, City of, Texas
1995. Nueces, County of, Texas
1996. Odessa, City of, Texas
1997. Orange, County of, Texas
1998. Panola, County of, Texas
1999. Parker, County of, Texas
2000. Pasadena, City of, Texas
2001. Pearland, City of, Texas
2002. Pflugerville, City of, Texas
2003. Pharr, City of, Texas
2004. Plano, City of, Texas
2005. Port Arthur, City of, Texas
2006. Potter, County of, Texas
2007. Randall, County of, Texas
2008. Red River, County of, Texas
2009. Richardson, City of, Texas
2010. Robertson, County of, Texas
2011. Rockwall, City of, Texas
2012. Rosenberg, City of, Texas
2013. Round Rock, City of, Texas
2014. Rowlett, City of, Texas
2015. San Angelo, City of, Texas
2016. San Juan, City of, Texas
2017. San Marcos, City of, Texas
2018. San Patricio, County of, Texas
2019. Schertz, City of, Texas
2020. Shelby, County of, Texas
2021. Sherman, City of, Texas
2022. Socorro, City of, Texas
2023. Southlake, City of, Texas
2024. Starr, County of, Texas
2025. Sugar Land, City of, Texas
2026. Taylor, County of, Texas
2027. Temple, City of, Texas
2028. Texarkana, City of, Texas
2029. Texas City, City of, Texas
2030. The Colony, City of, Texas
2031. Tom Green, County of, Texas
2032. Travis, County of, Texas
2033. Trinity, County of, Texas
2034. Tyler, City of, Texas
2035. Uvalde, County of, Texas
2036. Val Verde, County of, Texas
2037. Van Zandt, County of, Texas
2038. Victoria, City of, Texas
2039. Victoria, County of, Texas
2040. Waco, City of, Texas
2041. Walker, County of, Texas
2042. Waller, County of, Texas
2043. Washington, County of, Texas
2044. Waxahachie, City of, Texas
2045. Weatherford, City of, Texas
2046. Weslaco, City of, Texas
2047. Wharton, County of, Texas
2048. Wichita Falls, City of, Texas
2049. Wilson, County of, Texas
2050. Wise, County of, Texas
2051. Wood, County of, Texas
2052. Wylie, City of, Texas
2053. American Fork, City of, Utah
2054. Bountiful, City of, Utah
2055. Box Elder, County of, Utah
2056. Carbon, County of, Utah
2057. Cedar City, City of, Utah
2058. Clearfield, City of, Utah

2059. Cottonwood Heights, City of, Utah
2060. Davis, County of, Utah
2061. Draper, City of, Utah
2062. Eagle Mountain, City of, Utah
2063. Herriman, City of, Utah
2064. Holladay, City of, Utah
2065. Iron, County of, Utah
2066. Kaysville, City of, Utah
2067. Kearns, Metro Township of, Utah
2068. Layton, City of, Utah
2069. Lehi, City of, Utah
2070. Logan, City of, Utah
2071. Midvale, City of, Utah
2072. Millard, County of, Utah
2073. Millcreek, City of, Utah
2074. Murray, City of, Utah
2075. Ogden, City of, Utah
2076. Orem, City of, Utah
2077. Pleasant Grove, City of, Utah
2078. Provo, City of, Utah
2079. Riverton, City of, Utah
2080. Roy, City of, Utah
2081. Salt Lake City, City of, Utah
2082. San Juan, County of, Utah
2083. Sandy, City of, Utah
2084. Sanpete, County of, Utah
2085. Saratoga Springs, City of, Utah
2086. South Jordan, City of, Utah
2087. Spanish Fork, City of, Utah
2088. Springville, City of, Utah
2089. St. George, City of, Utah
2090. Syracuse, City of, Utah
2091. Taylorsville, City of, Utah
2092. Tooele, City of, Utah
2093. West Jordan, City of, Utah
2094. West Valley City, City of, Utah
2095. Addison, County of, Vermont
2096. Bennington, County of, Vermont
2097. Brattleboro, Town of, Vermont
2098. Burlington, City of, Vermont
2099. Chittenden, County of, Vermont
2100. Franklin, County of, Vermont
2101. Rutland, County of, Vermont
2102. Washington, County of, Vermont

2103. Windham, County of, Vermont
2104. Windsor, County of, Vermont
2105. Albemarle, County of, Virginia
2106. Augusta, County of, Virginia
2107. Bedford, County of, Virginia
2108. Blacksburg, Town of, Virginia
2109. Buchanan, County of, Virginia
2110. Campbell, County of, Virginia
2111. Caroline, County of, Virginia
2112. Carroll, County of, Virginia
2113. Charlottesville, City of, Virginia
2114. Gloucester, County of, Virginia
2115. Grayson, County of, Virginia
2116. Hampton, City of, Virginia
2117. Hanover, County of, Virginia
2118. Harrisonburg, City of, Virginia
2119. James City, County of, Virginia
2120. Leesburg, Town of, Virginia
2121. Lynchburg, City of, Virginia
2122. Manassas, City of, Virginia
2123. Martinsville, City of, Virginia
2124. Newport News, City of, Virginia
2125. Orange, County of, Virginia
2126. Petersburg, City of, Virginia
2127. Portsmouth, City of, Virginia
2128. Rockingham, County of, Virginia
2129. Spotsylvania, County of, Virginia
2130. Suffolk, City of, Virginia
2131. York, County of, Virginia
2132. Anacortes, City of, Washington
2133. Clark, County of, Washington
2134. Kent, City of, Washington
2135. King, County of, Washington
2136. Kirkland, City of, Washington
2137. Kittitas, County of, Washington
2138. Lakewood, City of, Washington
2139. Lincoln, County of, Washington
2140. Mount Vernon, City of, Washington
2141. Olympia, City of, Washington
2142. San Juan, County of, Washington
2143. Seattle, City of, Washington
2144. Sedro-Woolley, City of, Washington
2145. Skagit, County of, Washington

2146.   Spokane, City of, Washington
2147.   Spokane, County of, Washington
2148.   Thurston, County of, Washington
2149.   Vancouver, City of, Washington
2150.   Whatcom, County of, Washington
2151.   Appleton, City of, Wisconsin
2152.   Beloit, City of, Wisconsin
2153.   Brookfield, City of, Wisconsin
2154.   Cudahy, City of, Wisconsin
2155.   Eau Claire, City of, Wisconsin
2156.   Fitchburg, City of, Wisconsin
2157.   Fond du Lac, City of, Wisconsin
2158.   Franklin, City of, Wisconsin
2159.   Green Bay, City of, Wisconsin
2160.   Greenfield, City of, Wisconsin
2161.   Janesville, City of, Wisconsin
2162.   La Crosse, City of, Wisconsin
2163.   Madison, City of, Wisconsin
2164.   Manitowoc, City of, Wisconsin
2165.   Marinette, City of, Wisconsin
2166.   Menomonee Falls, Village of, Wisconsin
2167.   Mount Pleasant, Village of, Wisconsin
2168.   New Berlin, City of, Wisconsin
2169.   Oak Creek, City of, Wisconsin
2170.   Oshkosh, City of, Wisconsin
2171.   Polk, County of, Wisconsin
2172.   Racine, City of, Wisconsin
2173.   Sheboygan, City of, Wisconsin
2174.   South Milwaukee, City of, Wisconsin
2175.   Sun Prairie, City of, Wisconsin
2176.   Superior, City of, Wisconsin
2177.   Waukesha, City of, Wisconsin
2178.   Wausau, City of, Wisconsin
2179.   Wauwatosa, City of, Wisconsin
2180.   West Allis, City of, Wisconsin
2181.   West Bend, City of, Wisconsin
2182.   Albany, County of, Wyoming
2183.   Campbell, County of, Wyoming
2184.   Fremont, County of, Wyoming
2185.   Gillette, City of, Wyoming
2186.   Laramie, City of, Wyoming
2187.   Laramie, County of, Wyoming

2188.   Natrona, County of, Wyoming
2189.   Sheridan, County of, Wyoming

## EXHIBIT X

## Governor's Release of Opioid-Related Claims Pursuant to the Walmart Settlement Agreement

I, [NAME], Governor of the [Commonwealth]/[State]/[Territory] of [Commonwealth]/[State]/[Territory], hereby authorize Attorney General [NAME] to settle and release, to the maximum extent of my power as Governor, all Released Claims of (1) all of [Commonwealth]/[State]/[Territory]'s past and present executive departments, agencies, divisions, boards, commissions and instrumentalities with regulatory authority to enforce state and federal controlled substances acts and (2) all of [Commonwealth]/[State]/[Territory]'s past and present executive departments, agencies, divisions, boards, commissions and instrumentalities that have the authority to bring Claims related to Alleged Harms and/or Covered Conduct seeking money (including abatement and/or remediation) or revocation or suspension of a pharmaceutical distribution or dispensing license.  The foregoing authorization is given in connection with Section X.G of that certain settlement agreement dated as of November [●], 2022 setting forth the terms of settlement between and among Walmart Inc., on the one hand, and certain Settling States and certain Participating Subdivisions on the other hand. This release is intended to be a "release from a State's Governor" as contemplated in such section. Capitalized terms used herein and defined in such settlement agreement have the meanings given to them in such settlement agreement.


_____
Governor of the [Commonwealth]/[State]/[Territory] of [Commonwealth]/[State]/[Territory]

Date: _____