# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION : | MDL No. 2804 |
| : | |
| : | CASE NO. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: : | Judge Dan Aaron Polster |
| : | |
| CITY OF DAYTON v. PURDUE PHARMA, L.P., et al., Case No. 3:17-cv-00229-TMR : | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

Pursuant to Rule 83.9 of the Local Rules of the United States District Court for the District of Ohio, Christine M. Haaker of the law firm of Thompson Hine LLP, 10050 Innovation Drive, Suite 400, Miamisburg, Ohio 45342 hereby withdraws as counsel of record for Allergan Finance LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.

All other Thompson Hine LLP attorneys of record shall remain as counsel for Allergan Finance LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. in the above-captioned matter.

Respectfully submitted,

/s/Christine M. Haaker
Christine M. Haaker (#0063225)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, Ohio 45342
T: (937) 443-6822
F: (937) 443-6635
Christine.Haaker@ThompsonHine.com