IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL NO. 2804 <br> ) <br> ) CASE NO. 1:17-md-2804 <br> ) <br> ) JUDGE DAN AARON POLSTER <br> ) <br> ) |

**MOTION FOR LEAVE FOR MANJU GUPTA TO WITHDRAW AS COUNSEL**

Manju Gupta hereby moves this Honorable Court to withdraw her name as counsel of record for Defendant McKesson Corporation ("McKesson"), pursuant to Local Rule 83.9. Ms. Gupta is no longer involved in the representation of Defendant McKesson Corporation. McKesson will continue to be represented by counsel of record Michael N. Ungar and John M. Alten of Ulmer & Berne LLP, and by Geoffrey E. Hobart, Timothy C. Hester, and Christian J. Pistilli of Covington & Burling LLP.

Dated: January 31, 2023

Respectfully submitted,

*/s/ Manju Gupta*
Manju Gupta (0076452)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: manju.gupta@tuckerellis.com

*One of the Attorneys for Defendant McKesson Corporation*

## **PROOF OF SERVICE**

I hereby certify that on January 31, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Manju Gupta*
Manju Gupta (0076452)
*One of the Attorneys for Defendant*
*McKesson Corporation*
