IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL NO. 2804 <br> ) <br> ) CASE NO. 1:17-md-2804 <br> ) <br> ) JUDGE DAN AARON POLSTER <br> ) <br> ) |

### [PROPOSED ORDER] GRANTING MOTION FOR LEAVE FOR MANJU GUPTA TO WITHDRAW AS COUNSEL

The above cause came on to be heard on Attorney Manju Gupta's *Motion for Leave to Withdraw as Counsel* for Defendant McKesson Corporation in the above litigation.  Upon consideration of said Motion, the Court finds the motion to be well taken and **GRANTS** same.

**IT IS ORDERED** that Attorney Manju Gupta is terminated as counsel for Defendant McKesson Corporation.  Defendant McKesson Corporation will continue to be represented by counsel of record Michael N. Ungar and John M. Alten of Ulmer & Berne LLP, and by Geoffrey E. Hobart, Timothy C. Hester, and Christian J. Pistilli of Covington & Burling LLP.

**IT IS SO ORDERED.**

Dated:

_____
JUDGE DAN AARON POLSTER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO