# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *This document relates to:* | Case No. 17-md-2804 |
| *County of Lake, Ohio v. Purdue Pharma L.P., et al.*, Case No. 18-op-45032 (N.D. Ohio) | Hon. Dan Aaron Polster |
| *County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*, Case No. 18-op-45079 (N.D. Ohio) | |
| "Track 3" Cases | |

## WALGREENS' JOINDER IN WALMART'S SUPPLEMENT TO DEFENDANTS' MOTION FOR STAY PENDING APPEAL

Defendants Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc. ("Walgreens") join Walmart's Supplement to Defendants' Motion for Stay Pending Appeal (Dkt. 4870).

Like Walmart, Walgreens is a party to an agreement creating a nationwide settlement framework, including comprehensive injunctive terms. *See* Ex. 1, Walgreens Settlement Agreement. The State of Ohio has joined the Walgreens Settlement Agreement, meaning that the injunctive relief terms set forth in the Agreement would cover the entire state, including Lake and Trumbull Counties. While the injunctive relief terms of the Walgreens Settlement Agreement differ from this Court's Injunction Order in some ways, they are comprehensive and, in certain respects, broader than this Court's order. *See* Ex. 1, Walgreens Settlement Agreement, at Ex. P. Unlike this Court's Injunction Order, the injunctive terms of the Walgreens Settlement Agreement are subject to enforcement directly by the State. *See id.* The PEC that this Court

appointed has stated publicly that it "supports and recommends" the Walgreens Settlement Agreement, which includes these injunctive terms.  *See* https://nationalopioidsettlement.com/risks-assumptions/.

Accordingly, and for all of the reasons set forth in Defendants' Motion for Stay Pending Appeal (Dkt. 4658) and in Walmart's Supplement, Walgreens joins Walmart's request that the Court grant Defendants' Motion for Stay Pending Appeal and that the Court issue its order in time to permit the parties to seek a stay from the Sixth Circuit if necessary.

Dated:  January 31, 2023                                        Respectfully submitted,

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
kate.swift@bartlitbeck.com

*Attorneys for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system on all counsel of record on January 31, 2023.

                                              */s/ Kaspar J. Stoffelmayr*
                                              Kaspar J. Stoffelmayr

                                              *Counsel for Walgreens Boots Alliance, Inc.,*
                                              *Walgreen Co., and Walgreen Eastern Co., Inc.*