UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This Document Relates to:**<br><br>*Butler County Board of Commissioners, Ohio v. Evernorth Health, Inc., et al,* Case No. 1:23-op-45002-DAP (N.D. Ohio) | MDL No. 2804<br><br>Case No. 17-MD-2804-DAP<br><br>Judge Dan Aaron Polster |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Pursuant to Local Rule 5.2, Plaintiff seeks leave to file its Complaint under seal.

Local Rule 5.2 states: "No document will be accepted for filling under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

Plaintiff's Complaint contains information that has been subject to Protective and Confidentiality Orders, including Case Management Order No. 2 and the amendments thereto (ECF #s 441, 1357, 2687, 2688). This information is subject to this Court's Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal (ECF # 1813). Plaintiff respectfully requests to proceed in this manner so there are no inadvertent disclosures of information subject to Protective Orders and to comply with this Court's orders.

WHEREFORE, Plaintiff respectfully requests the Honorable Court to grant Plaintiff's Motion for Leave to File its Complaint Under Seal.

Dated: January 31, 2023		Respectfully submitted,

*/s/ Mark H. Troutman*
Mark H. Troutman (0076390), Trial Attorney
Shawn Judge (0069493)
*working from and licensed only in Ohio
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mht@classlawgroup.com
skj@classlawgroup.com

John F. Garvey (Mo Bar No. 35879)
**BRANSTETTER STRANCH AND JENNINGS, PLLC**
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (615) 254-8801
jackg@bsjfirm.com

J. Gerard Stranch, IV (TN Bar No. 23045)
**BRANSTETTER STRANCH AND JENNINGS, PLLC**
223 Rosa L. Parks Avenue,
Suite 200 Nashville, TN 37203
Tel: (615) 254-8801
gerards@bsjfirm.com

Joanne Cicala
Josh Wackerly
R. Johan Conrod
**THE CICALA LAW FIRM PLLC**
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                                */s/ Mark H. Troutman*
                                                Mark H. Troutman