**Exhibit A**

**Defendant: KVK-Tech, Inc.**

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Ada County, ID | 1:19-op-45775 | | X |
| Adair County, IA, et al. | 1:18-op-45122 | X | |
| Adams County et al., ID | 1:18-op-46062 | X | |
| Adams County, WI | 1:17-op-45093 | X | |
| Allamakee County, IA | 1:18-op-45983 | X | |
| Appanoose County, IA et al. | 1:21-op-45051 | X | |
| Ashland County, WI | 1:17-op-45130 | X | |
| Atlantic County, NJ | 1:19-op-46071 | X | X |
| Arizona Counties Insurance Pool | 1:18-op-45632 | | X |
| Arizona Municipal Risk Retention Pool | 1:18-op-45178 | | X |
| Arizona School Alliance for Workers Compensation | 1:18-op-45540 | | X |
| Barron County, WI et al | 1:18-op-45277 | X | |
| Bayfield County, WI | 1:17-op-45168 | X | |
| Berlin County, NH | 1:18-op-46040 | X | |
| Bingham County, ID | 1:19-op-45758 | X | |
| Black Hawk County, IA et al | 1:18-op-45303 | X | |
| Board of Commissioners of the County of Santa Fe, NM | 1:18-op-45776 | X | |
| Board of County Commissioners of Delaware County, State of Oklahoma, OK | 1:18-op-46321 | X | |
| Board of County Commissioners of the County of Adams, CO | 1:19-op-45036 | | X |
| Board of County Commissioners of the County of Colfax, NM | 1:21-op-45055 | X | |
| Board of County Commissioners of the County of Luna, NM | 1:21-op-45056 | X | |
| Board of County Commissioners of the County of Torrance, NM | 1:22-op-45004 | X | |
| Board of County Commissioners of the County of Union, NM | 1:21-op-45057 | X | X |
| Board of Education of Boardman Local Schools and Board of Education of Liberty Local Schools, Individually, And On Behalf of All Others Similarly Situated v. Cephalon Inc., et al. | 1:22-op-45023 | | X |
| Brown County, WI, et al | 1:18-op-45117 | X | |
| Buffalo County, WI | 1:17-op-45141 | X | |
| Burnett County, WI | 1:17-op-45131 | X | |
| Calumet County, WI | 1:17-op-45142 | X | |
| Canyon County, ID | 1:18-op-46277 | X | |

| | | | |
|---|---|---|---|
| Chelan County, WA | 1:18-op-46139 | | X |
| Chippewa County, WI | 1:17-op-45132 | X | |
| City of Alexandria, VA | 1:19-op-45246 | | X |
| City of Calais, ME | 1:20-op-45051 | X | |
| City of Greeley, CO | 1:19-op-45977 | | X |
| City of Hagerstown, MD | 1:18-op-45622 | | X |
| City of Henderson et al., KY | 1:20-op-45062 | X | |
| City of Inez, KY | 1:19-op-45499 | | X |
| City of Jackson, MS | 1:19-op-45806 | X | |
| City of Mandeville, LA | 1:19-op-45753 | | X |
| City of Paintsville, KY | 1:19-op-45559 | | X |
| City of Pascagoula, MS | 1:19-op-45934 | X | |
| City of Pontiac, MI | 1:19-op-46183 | X | |
| City of Portland, a municipality in Cumberland County, ME | 1:18-op-46313 | X | |
| City of Prestonsburg, KY | 1:19-op-45294 | | X |
| City of Rochester, New Hampshire, et al. | 1:18-op-46106 | X | |
| City of Russell, KY et al. | 1:21-op-45094 | X | X |
| City of Slidell, LA | 1:19-op-45769 | | X |
| City of Vancouver, WA | 1:19-op-45908 | | X |
| Clallam County, WA | 1:18-op-45612 | | X |
| Clark County, WA | 1:18-op-45410 | | X |
| Clark County, WI | 1:17-op-45150 | X | |
| Cochise County, AZ | 1:18-op-45855 | | X |
| Columbia County, WI | 1:17-op-45118 | X | |
| County of Ashtabula, OH | 1:18-op-45050 | X | |
| County of Clackamas, OR | 1:18-op-45442 | X | |
| County of Curry, OR | 1:19-op-45512 | X | |
| Dickenson County, VA | 1:19-op-45252 | | X |
| Dodge County, WI | 1:17-op-45143 | X | |
| Door County, WI | 1:17-op-45104 | X | |
| Douglas County, WI | 1:17-op-45107 | X | |
| Dunn County, WI | 1:17-op-45133 | X | |
| Eau Claire County, WI | 1:17-op-45112 | X | |
| Eddy County, NM | 1:22-op-45015 | X | X |
| Florence County, WI | 1:17-op-45125 | X | |
| Fond du Lac County, WI | 1:17-op-45106 | X | |
| Forest County, WI | 1:17-op-45134 | X | |
| Grant County, NM | 1:19-op-45108 | X | |
| Grant County, WI | 1:17-op-45115 | X | |
| Green County, WI | 1:17-op-45096 | X | |
| Green Lake County, WI et al | 1:18-op-45832 | X | |
| Hancock County Board of Education and Hamblen County Board of Education Individually, and On Behalf of All Others Similarly Situated v. Cephalon Inc., et al. | 1:22-op-45027 | | X |
| Hardin County Fiscal Court et al., KY | 1:20-op-45063 | X | |

| | | | |
|---|---|---|---|
| Iowa County, WI | 1:17-op-45099 | X | |
| Island County, WA | 1:18-op-45982 | X | |
| Jackson County, WI | 1:17-op-45121 | X | |
| Jefferson County, WA | 1:18-op-46023 | | X |
| Jefferson County, WI | 1:17-op-45122 | X | |
| Kenosha County, WI | 1:17-op-45144 | X | |
| Kittitas County, WA | 1:18-op-46008 | | X |
| Langlade County WI | 1:17-op-45124 | X | |
| Lawrence County, KY | 1:19-op-46184 | X | |
| Lewis County, WA | 1:18-op-46301 | X | |
| Lincoln County, WI | 1:17-op-45167 | X | |
| Lower Makefield Township PA | 1:20-op-45284 | X | X |
| Manitowoc County, WI | 1:17-op-45135 | X | |
| Marathon County, WI | 1:17-op-45095 | X | |
| Marinette County, WI | 1:17-op-45145 | X | |
| Marion County Board of Education, Wyoming County Board of Education, Kanawha County Board of Education, McDowell County Board of Education WV, Individually and On Behalf of All Others Similarly Situated v. Cephalon Inc., et al. | 1:22-op-45028 | | X |
| Marquette County, WI | 1:17-op-45136 | X | |
| Middletown Township PA | 1:21-op-45030 | X | |
| Monroe County, WI | 1:17-op-45146 | X | |
| Montgomery County, GA | 1:19-op-45292 | X | |
| Oconto County, WI | 1:17-op-45120 | X | |
| Oneida County, WI | 1:17-op-45129 | X | |
| Pierce County, WI | 1:17-op-45165 | X | |
| Polk County, IA | 1:18-op-45116 | X | |
| Price County, WI | 1:17-op-45126 | X | |
| Rock County, WI | 1:17-op-45108 | X | |
| Rusk County, WI | 1:17-op-45116 | X | |
| San Juan County, NM | 1:18-op-45829 | X | |
| San Juan County, WA | 1:18-op-46291 | | X |
| Sauk County, WI | 1:17-op-45098 | X | |
| Sawyer County, WI | 1:17-op-45137 | X | |
| Shawano County, WI | 1:17-op-45119 | X | |
| Sheboygan County, WI | 1:17-op-45128 | X | |
| Southwestern Central School District Individually and On Behalf of All Others Similarly Situated v Cephalon Inc., et al. | 1:22-op-45024 | X | X |
| St. Croix County, WI | 1:17-op-45147 | X | |
| Susanville Elementary School District, Lassen County Office of Education CA, Individually and On Behalf of All Others Similarly Situated v. Cephalon Inc., et al. | 1:22-op-45031 | X | X |
| The City of Keene, NH | 1:18-op-45511 | X | |
| Town of Kingston, MA | 1:18-op-46090 | X | |

| | | | |
|---|---|---|---|
| Town of Pearl River, LA | 1:19-op-45754 | | X |
| Town of Upton, MA | 1:18-op-46160 | X | |
| Trempealeau County, WI | 1:17-op-45138 | X | |
| Vernon County, WI | 1:17-op-45148 | X | |
| Washburn County, WI | 1:17-op-45123 | X | |
| Washington County, WI | 1:17-op-45114 | X | |
| Washington Parish Government, LA | 1:19-op-45773 | | X |
| Waupaca County, WI | 1:17-op-45166 | X | |
| Waushara County, WI | 1:17-op-45139 | X | |
| West Pittston, PA | 1:19-op-45997 | | X |
| Wood County, WI | 1:17-op-45127 | X | |