UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*The Montgomery County Board of County Commissioners et al. v. Cardinal Health, Inc., et al.*, Case No. 1:18-op-46326-DAP ("Track Seven") | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTIONS TO EXCLUDE CERTAIN OPINIONS OF PATRICK J. MARSHALEK AND JOHN E. SCHNEIDER

Plaintiff's motion under Local Rule 5.2 seeking leave to file under seal Plaintiff's motions to exclude certain opinions disclosed by Defendants' proffered expert witnesses Patrick J. Marshalek and John E. Schneider, together with their supporting exhibits, is GRANTED.

Defendants shall indicate within three business days whether and which specific information contained in Plaintiff's motions or supporting exhibits should be redacted and remain under seal. At the end of that period, any information Defendants do not indicate should be redacted will be made available on the Court's public docket.

**IT IS SO ORDERED.**

_____
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**