# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Track Seven* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING KROGER DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL THEIR *DAUBERT* MOTION TO EXCLUDE PORTIONS OF ANNA LEMBKE'S, DAVID COURTWRIGHT'S, AND JAMES RAFALSKI'S OPINIONS**

The Kroger Defendants' Motion under Local Rule 5.2 seeking leave to file under seal the Kroger Defendants' Motion to exclude certain opinions disclosed by Plaintiff's proffered expert witnesses Anna Lembke, David Courtwright, and James Rafalski, together with supporting exhibits, is GRANTED.

Plaintiff shall indicate within three business days whether and which specific information contained in the Kroger Defendants' Motion or supporting exhibits should be redacted and remain under seal. At the end of that period, any information Plaintiff does not indicate should be redacted will be made available on the Court's public docket.

IT IS SO ORDERED.

Date: _____          _____
                                        **DAN AARON POLSTER**
                                        **UNITED STATES DISTRICT JUDGE**

15436196.1