**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF "RELEASED ENTITY" STATUS BY
McQUEARY BROS.**

McQueary Bros., by its counsel, respectfully submits this Notice of participation in the July 21, 2021 Distributors Settlement Agreement, as reflected in Exhibit J thereto (Amt., Ex. J at J-23). McQueary Bros. is therefore a "Released Entity" as that term is defined in the Distributors Settlement Agreement (Agmt., Section I.HHH.)  Any state or political subdivision participating in the Distributors Settlement Agreement must release all "Released Claims" against all Released Entities and dismiss with prejudice all Released Claims against Released Entities. (*Id*. Section I.N.VII.C, XI.A.).  Consequently, the Court's October 7, 2022 Order Regarding Non-Litigating Defendants is not applicable to McQueary Bros.

Dated: February 8, 2023

Respectfully submitted,

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McQueary Bros., subsidiary of
McKesson Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that the foregoing document was served via the Court's

ECF system to all counsel of record on February 8, 2023.

*/s/ Geoffrey Hobart*
Geoffrey Hobart