# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Track Seven* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING KROGER DEFENDANTS' MOTION TO PRESERVE PRIOR *DAUBERT* RULINGS AND OBJECTIONS THERETO

For good cause shown, The Kroger Defendants' Motion to Preserve Prior *Daubert* Rulings and Objections Thereto is GRANTED.

**IT IS SO ORDERED.**

Date: _____  _____
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

15440821.1