UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The Montgomery County Board of County Commissioners et al. v. Cardinal Health, Inc., et al.*, Case No. 1:18-op-46326-DAP ("Track Seven") | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINIONS OF PATRICK J. MARSHALEK

Plaintiff's motion to exclude certain opinions of Defendants' proffered expert Patrick J. Marshalek under Federal Rule of Evidence 702 is GRANTED.

**SO ORDERED.**

_____
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**