# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| *In re National Prescription Opiate Litigation* | Case No. 17-md-2804 |
| This Document Relates To: "Track Seven" | Judge Dan Aaron Polster |

## Stipulated Order Entering Stay and Modifying Track 7 Deadlines as to Meijer

By stipulation of plaintiff Montgomery County Board of County Commissioners ("Plaintiff"), on the one hand, and defendants Meijer, Inc., Meijer Distribution, Inc., and Meijer Stores Limited Partnership (together, "Meijer"), on the other, the stay of this action previously ordered by this Court through and including January 16, 2023 (Dkt. No. 4760) and previously extended through and including February 15, 2023 (Dkt. No. 4808), is hereby extended through and including March 17, 2023 solely as to Plaintiff's claims against Meijer. The following discovery and other deadlines set forth in the September 15, 2022 Order Modifying Certain Track Seven CMO Deadlines and Expert Deposition Times (Dkt. No. 4631) are hereby modified solely as to Meijer to reflect the extension of the stay:

| | |
|---|---|
| Plaintiff Expert Depositions Completed | April 7, 2023 |
| Meijer Expert Reports Served | April 28, 2023 |
| Meijer Expert Depositions Completed | June 9, 2023 |
| Daubert and Dispositive Motions | June 23, 2023 |
| Daubert and Dispositive Responses | July 24, 2023 |
| Daubert and Dispositive Replies | August 9, 2023 |

//

SO STIPULATED:

/s/ Greg Shinall
_____
Greg Shinall, shinall@sperling-law.com
Sperling & Slater, P.C.
55 West Monroe, Suite 3200
Chicago, Illinois 60603
(312) 641-3200 (p)
*Counsel for Meijer*

/s/ Michael Elsner
_____
Michael Elsner, melsner@motleyrice.com
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-215-9630 (p)
*Counsel for Plaintiff*

        \* \* \*

**SO ORDERED,**

  **/s/Dan Aaron Polster**
  **Dan Aaron Polster**
  **U.S. District Judge**

Dated: February 10, 2023