# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Track Seven*<br>*The Montgomery County Board of County Commissioners et al. v. Cardinal Health, Inc. et al., Case No. 1:18-op-46326-DAP* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

### KROGER DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE UNDER SEAL THEIR *DAUBERT* MOTION TO EXCLUDE PORTIONS OF ANNA LEMBKE'S, DAVID COURTWRIGHT'S AND JAMES RAFALSKI'S OPINIONS

In response to the directive of the Court in the telephonic conference held between the parties and the Court on February 9, 2023, during which conference the PEC representative agreed the documents that are the subject of the Kroger Defendants' *Daubert* motion could be filed publicly, the Kroger Defendants hereby withdraw their motion filed February 8, 2023 (ECF No. 4879), for leave to file under seal their *Daubert* motion to Exclude Portions of Anna Lembke's, David Courtwright's and James Rafalski's Opinions, together with the proposed order attached as Exhibit 1.  The Kroger Defendants will file unredacted copies of their motion and exhibits on the Court's public docket.

Dated:   February 10, 2023.

                                                                                                                         Respectfully submitted,

                                                                                                                         **The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II,**

                                                                                                                         **By counsel,**

*s/Ronda L. Harvey*
Ronda L. Harvey, Esq. (WVSB 6326)
Ashley Hardesty Odell, Esq. (WVSB 9380)
Fazal A. Shere, Esq. (WVSB 5433)
**BOWLES RICE LLP**
600 Quarrier Street
Charleston, West Virginia  25301
304-347-1100
rharvey@bowlesrice.com
fshere@bowlesrice.com
ahardestyodell@bowlesrice.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 10, 2023, the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice to all counsel of record. Copies of this document may be obtained through the CM/ECF system.

*s/Ronda L. Harvey*
Ronda L. Harvey, Esq. (WVSB 6326)
