# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION
OPIATE LITIGATION

THIS DOCUMENT RELATES TO:

*Track Seven*

MDL No. 2804
Case No. 17-md-2804
Judge Dan Aaron Polster

## [PROPOSED] ORDER GRANTING KROGER DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE PORTIONS OF ANNA LEMBKE'S, DAVID COURTWRIGHT'S, AND JAMES RAFALSKI'S OPINIONS THAT VIOLATE PRIOR COURT ORDERS

For good cause shown, The Kroger Defendants' *Daubert* Motion to Exclude Portions of Anna Lembke's, David Courtwright's, and James Rafalski's Opinions is GRANTED.

The opinions of these experts as proffered by Plaintiff violate prior rulings by this Court. Accordingly, Dr. Lembke's and Dr. Courtwright's opinions on a cause-and-effect relationship between Kroger's allegedly false and misleading marketing efforts and an actual increase in the supply of prescription opioids or harms allegedly caused by those opioids are excluded. Dr. Lembke's opinion that Kroger failed to provide its pharmacists with sufficient time, resources, or incentives to investigate red flags is excluded.  Any opinion proffered by Mr. Rafalski that contains legal conclusions or interpretations of law is excluded.

**IT IS SO ORDERED.**

Date: _____  _____
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**

15440823.1