**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> THIS DOCUMENT RELATED TO: <br><br> *ALL CASES* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2804 <br><br> **Case No. 1:17-MD-2804-DAP** <br><br> **Judge Dan Aaron Polster** |

## THIRD AMENDED NOTICE OF FORM OF WAIVER REQUEST

Pursuant to Paragraph 6(d) of Case Management Order One (ECF No. 232), attached at

**Exhibit A** is a proper form of waiver request for Defendant Anda, Inc., and attached at **Exhibit**

**B** is a proper form of waiver request for Defendant Anda Pharmaceuticals, Inc.

Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. hereby designate Evan K. Jacobs

(evan.jacobs@morganlewis.com) as the person to electronically accept waiver requests in the

above-referenced action.

Dated: February 10, 2023          Respectfully submitted,


                                  /s/ Evan K. Jacobs
                                  Evan K. Jacobs (PA Bar No. 314126)
                                  MORGAN, LEWIS & BOCKIUS LLP
                                  1701 Market Street
                                  Philadelphia, PA  19103
                                  Telephone:  215.963.5000
                                  Facsimile:  215.963.5001
                                  evan.jacobs@morganlewis.com


                                  *Counsel for Defendants Anda Pharmaceuticals, Inc.*
                                  *and Anda, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Ohio by using the CM/ECF system on February 10, 2023.  I further certify that service will be accomplished by the CM/ECF system.


By   */s/ Evan K. Jacobs*
Evan K. Jacobs