# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| *In re National Prescription Opiate Litigation* | Case No. 17-md-2804 |
| This Document Relates To: "Track Nine" | Judge Dan Aaron Polster |

### Stipulated Order Extending Stay and Modifying Track 9 Deadlines

By stipulation of plaintiff Tarrant County, Texas ("Plaintiff"), and defendants Albertsons, CVS, Kroger, Walgreens, and Walmart[1] the stay in this action is hereby extended until April 3, 2023.  Upon expiration of the stay, the parties will confer and submit proposed modifications to the Track 9 discovery and other deadlines set forth in the Court's September 2, 2022, Order Granting Joint Motion to Modify Case Management Orders for Tracks Eight, Nine, Ten, and Eleven, tracking the schedule in existence prior to the stay to the greatest extent possible, and will seek the Court's approval of a modified schedule.  This stipulation applies solely to the deadlines in Track 9.

SO STIPULATED:

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60601
Phone: (312) 782-3939
E-mail: tmtabacchi@jonesday.com
E-mail:  tfumerton@jonesday.com
**Counsel for Walmart**

---

[1] These Defendants are: Albertson Companies, Inc., Albertson's LLC, Safeway, Inc., Randall's Food & Drug LP and United Supermarkets L.L.C. d/b/a The United Family (collectively, "Albertsons"); CVS Indiana L.L.C., CVS Rx Services, Inc., and CVS Pharmacy, Inc. (collectively, "CVS"); The Kroger Co., Kroger Texas LP, Kroger Limited Partnership I and Kroger Limited Partnership II (collectively, "Kroger"); Walgreen Co., Walgreens Boots Alliance, Inc., and Walgreen Eastern Co., Inc., (collectively, "Walgreens"); and Walmart Inc., Wal-Mart Stores East, LP, Wal-Mart Stores East, LLC, Wal-Mart Stores Texas, LLC, WSE Management, LLC, WSE Investment LLC, Sam's East, Inc., and Sam's West, Inc. (collectively, "Walmart").

/s/ Francis A. Citera
Francis A. Citera
Gretchen N. Miller
GREENBERG TAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400
Email: citeraf@gtlaw.com
Email: millerg@gtlaw.com
*Counsel for Albertsons*


/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
Email: kaspar.stoffelmayr@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Email: alex.harris@bartlitbeck.com
*Counsel for Walgreens*


/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Phone:  (202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: phynes@zuckerman.com
*Counsel for CVS*

/s/ Ronda L. Harvey
Ronda L. Harvey
Fazal A. Shere
Ashley Hardesty Odell
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia  25301
304-347-1100
Email: rharvey@bowlesrice.com
Email: fshere@bowlesrice.com
Email: ahardestyodell@bowlesrice.com
**Counsel for Kroger**

/s/ Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Ave., 7th Floor
New York, NY 10016-7416
(212) 257-8482
jconroy@simmonsfirm.com
**Counsel for Plaintiff**

\* \* \*

**SO ORDERED**

_____
**Judge Dan Aaron Polster**

Dated: February 10, 2023