**Exhibit A**

**Defendant:  Louisiana Wholesale Drug Company, Inc.**

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Ascension Parish Government | 1:19-op-45027 |  | X |