THE HONORABLE DAN A. POLSTER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | No. 1:17-MD-2804<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Pursuant to N.D. Ohio Local Rule 83.9, Defendant Costco Wholesale Corporation notifies the Court that, effective February 13, 2023, Cori Gordon Moore of Perkins Coie LLP, withdraws from representation of Defendant Costco Wholesale Corporation. David J. Burman of Perkins Coie LLP is already counsel of record for Costco Wholesale Corporation in this matter and will continue to represent Costco as lead counsel.

DATED this 13th day of February, 2023

*s/Cori Gordon Moore*
Cori Gordon Moore

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CGMoore@perkinscoie.com
WSBA No. 28649

*Withdrawing Attorney for Costco Wholesale Corporation*

NOTICE OF WITHDRAWAL OF COUNSEL
(NO. 1:17-MD-2804) – 1

159984583.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000