UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** <br><br> **This Document Relates to:** <br><br> ***City of Roanoke, Virginia v. Purdue Pharma, L.P. et al,* Case No. 1:19-op-45696-DAP (N.D. Ohio)** | **MDL No. 2804** <br><br> **Case No. 17-MD-2804-DAP** <br><br> **Judge Dan Aaron Polster** |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Pursuant to Local Rule 5.2, Plaintiff seeks leave to file Exhibit A to Plaintiff's Consolidated Motion for Leave From Moratorium On Substantive Filings to: (1) Permit Motion to Sever Non-PBM Defendants from Claims Against PBM Defendants Express Scripts and Optum, and (2) Permit Amendment of its Complaint ("Motion for Leave") under seal.

Local Rule 5.2 states: "No document will be accepted for filling under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

Plaintiff has attached as Exhibit A to its Motion for Leave their proposed Second Amended Complaint.

Plaintiff's Second Amended Complaint contains information that has been subject to Protective and Confidentiality Orders, including Case Management Order No. 2 and the amendments thereto (ECF #s 441, 1357, 2687, 2688). This information is subject to this Court's Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal (ECF # 1813).

1

Plaintiff respectfully requests to proceed in this manner so there are no inadvertent disclosures of information subject to Protective Orders and to comply with this Court's orders.

WHEREFORE, Plaintiff respectfully requests the Honorable Court to grant Plaintiff's Motion for Leave to File its Exhibit Under Seal.

Dated: February 13, 2023

Respectfully submitted,

**THE CICALA LAW FIRM PLLC**

*/s/ Joanne Cicala*
Joanne Cicala
Josh Wackerly
R. Johan Conrod
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801

**SANFORD HEISLER SHARP, LLP**
Kevin Sharp
ksharp@sanfordheisler.com
Grant Morris
gmorris@sanfordheisler.com
Jonathan Tepe
jtepe@sanfordheisler.com
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Tel: (615) 434-7000
Fax: (615) 434-7020

**KAUFMAN & CANOLES, P.C.**
W. Edgar Spivey,
wespivey@kaufcan.com
Patrick H. O'Donnell
phodonnell@kaufcan.com
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Tel: (757) 624-3196
Fax: (888) 360-9092

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Joanne M. Cicala
Joanne M. Cicala