**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | MDL 2804 |
| OPIATE LITIGATION | ) | |
| | ) | |
| | ) | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | Judge Dan A. Polster |
| *Applies to All MDL Cases* | ) | |

## HIKMA PHARMACEUTICALS USA INC.'S AMENDED SUBMISSION PURSUANT TO ORDER REGARDING PLAINTIFF FACT SHEETS AND SERVICE (DKT. 4801)

Pursuant to the Court's January 3, 2023 Order Regarding Plaintiff Fact Sheets and Service of Process (Dkt. 4801), Hikma Pharmaceuticals USA Inc.[1] ("Hikma") respectfully submits this amended list showing all plaintiff-subdivisions that named Hikma as a defendant in an MDL case, but the plaintiff: (1) did not timely serve a Plaintiff Fact Sheet (PFS) to the PFS Repository by October 14, 2022, pursuant to this Court's Order (Dkt. 4664); and/or (2) did not obtain timely service of process. Hikma's amended list is attached hereto as Appendix A. This amended list is intended to update and replace the list Hikma timely filed on January 30, 2023 (Dkt. 4857) and will also be emailed in Excel format to Plaintiff's Liaison Counsel and Special Master Cohen in accordance with the Order.

Hikma prepared its amended list to the best of its knowledge based on a reasonable investigation, including diligent docket searches, but may not have notice of all cases that have been filed against it. In accordance with the Court's instructions, Hikma has limited the cases listed in amended Appendix A to only those brought by governmental subdivisions. Hikma reserves the right to challenge the timing and sufficiency of PFS submissions and service of process (and to

---

[1] As explained in Hikma's June 16, 2022 Status Report (Dkt. 4529), Hikma Pharmaceuticals USA Inc. is the Hikma entity that is the relevant party in interest for this litigation.

raise any other arguments or defenses) in other MDL cases in which Hikma has been named as a defendant. By making this amended submission, Hikma makes no representations and reserves all rights regarding cases not listed.

Dated: February 15, 2023    Respectfully submitted,

           By:  *s/ Christopher B. Essig*
              Christopher B. Essig
              Scott M. Ahmad
              Reid F. Smith
              WINSTON & STRAWN LLP
              35 W. Wacker Drive
              Chicago, IL 60601
              Phone: (312) 558-5600
              cessig@winston.com
              sahmad@winston.com
              rfsmith@winston.com

              *Attorneys for Defendant*
              *Hikma Pharmaceuticals USA Inc.,*
              *f/k/a West-Ward Pharmaceuticals Corp.*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and correct copy of the foregoing document was filed on February 15, 2023, using the CM/ECF system, which will send a notification of such filing to all counsel of record.

By:     <u>*s/ Christopher B. Essig*</u>
Christopher B. Essig

# APPENDIX A

**Appendix A to Hikma's Amended Submission Pursuant to Order Regarding
Plaintiff Fact Sheets and Service of Process (Dkt. 4801)**

**Defendant Name:** Hikma Pharmaceuticals USA Inc.

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Ada County, Idaho | 1:19-op-45775 | | X |
| Adair County, Missouri | 1:20-op-45297 | | X |
| Alachua County, Florida | 1:18-op-45685 | X | X |
| Allegany County, New York | 1:19-op-46151 | X | |
| Anderson, Douglas (Avoyelles Parish Sheriff , Louisiana) | 1:17-op-45164 | X | |
| Andrew County, Missouri | 1:20-op-45298 | | X |
| Appanoose County, et al., Iowa | 1:21-op-45051 | | X |
| Appling County, Georgia | 1:20-op-45081 | X | |
| Arizona Municipal Risk Retention Pool, Arizona | 1:18-op-45178 | | X |
| Ascension Parish Government, Louisiana | 1:19-op-45027 | | X |
| Ascension Parish School Board, Louisiana | 1:21-op-45006 | X | X |
| Assumption Parish Police Jury, Louisiana | 1:20-op-45205 | X | |
| Atlantic County, New Jersey | 1:19-op-46071 | X | X |
| Banks County, Georgia | 1:18-op-45378 | X | |
| Barry County, Missouri | 1:21-op-45016 | | X |
| Barton County, Missouri | 1:20-op-45171 | | X |
| Ben Hill County, Georgia | 1:18-op-45505 | X | |
| Benton County, Indiana | 1:18-op-46201 | X | |
| Berkeley County Council, West Virginia | 1:17-op-45171 | X | |
| Bertucci, Dr. Bryan for St. Bernard Parish Coroner's Office, Louisiana | 1:20-op-45077 | | X |
| Big Bend Community Based Care, Inc. et al, Florida | 1:18-op-45493 | X | X |
| Bingham County, Idaho | 1:19-op-45758 | X | |
| Board of Commissioners of Lucas County, Ohio, et al. | 1:18-op-46177 | X | |
| Board of County Commissioners of Beckham County, Oklahoma | 1:20-op-45146 | | X |
| Board of County Commissioners of Delaware County, Oklahoma | 1:18-op-46321 | X | X |
| Board of County Commissioners of Dewey County, Oklahoma | 1:19-op-45801 | | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Board of County Commissioners of Garvin County, Oklahoma | 1:18-op-46304 | X | X |
| Board of County Commissioners of Grady County, Oklahoma | 1:19-op-46167 | | X |
| Board of County Commissioners of Jackson County, Oklahoma | 1:20-op-45126 | | X |
| Board of County Commissioners of Jefferson County, Oklahoma | 1:19-op-46170 | | X |
| Board of County Commissioners of LeFlore County, Oklahoma | 1:20-op-45067 | | X |
| Board of County Commissioners of Logan County, Oklahoma | 1:20-op-45058 | | X |
| Board of County Commissioners of Major County,  Oklahoma | 1:19-op-45990 | | X |
| Board of County Commissioners of McClain County, Oklahoma | 1:18-op-46303 | X | X |
| Board of County Commissioners of Oklahoma County, Oklahoma | 1:20-op-45057 | | X |
| Board of County Commissioners of Osage County, Oklahoma | 1:18-op-46322 | X | X |
| Board of County Commissioners of Ottawa County, Oklahoma | 1:18-op-46323 | X | X |
| Board of County Commissioners of Pawnee County, Oklahoma | 1:18-op-46320 | X | X |
| Board of County Commissioners of Stephens County, Oklahoma | 1:19-op-45756 | | X |
| Board of County Commissioners of the County of Adams, Colorado et al. | 1:19-op-45036 | | X |
| Board of County Commissioners of the County of Colfax, New Mexico | 1:21-op-45055 | | X |
| Board of County Commissioners of the County of Jefferson, Colorado | 1:19-op-45035 | | X |
| Board of County Commissioners of the County of Luna, New Mexico | 1:21-op-45056 | | X |
| Board of County Commissioners of The County of Union, New Mexico | 1:21-op-45057 | | X |
| Bolivar County, Mississippi | 1:20-op-45214 | X | |
| Borough of Ridgefield, New Jersey | 1:18-op-46117 | X | X |

3

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Brantley County, Georgia | 1:18-op-45714 | X | |
| Bulloch County, Georgia | 1:18-op-45394 | X | |
| Burke County, Georgia | 1:19-op-45207 | X | |
| Butts County, Georgia | 1:18-op-45490 | X | |
| Camas County, Idaho | 1:19-op-45407 | X | |
| Camden County, Georgia | 1:18-op-45717 | X | |
| Candler County, Georgia | 1:18-op-45165 | X | |
| Charlton County, Georgia | 1:18-op-45713 | X | |
| Chelan County, Washington | 1:18-op-46139 | | X |
| Cherokee County, Georgia | 1:19-op-45174 | X | |
| Cheyenne, Wyoming | 1:19-op-45280 | | X |
| City of Alabaster, Alabama | 1:22-op-45013 | X | |
| City of Alexandria, Indiana et al. | 1:18-op-45151 | X | |
| City of Altus, Oklahoma | 1:21-op-45046 | | X |
| City of Anacortes, Washington et al. | 1:19-op-45029 | | X |
| City of Athens, Alabama | 1:19-op-45953 | X | |
| City of Auburn, New York | 1:19-op-45843 | X | |
| City of Bainbridge Island, Washington | 1:19-op-45981 | | X |
| City of Bainbridge, Georgia | 1:18-op-45383 | X | |
| City of Bangor, Maine | 1:18-op-46314 | X | |
| City of Bessemer, Alabama | 1:22-op-45014 | X | |
| City of Birmingham, Alabama | 1:17-op-45008 | X | X |
| City of Blakely, Georgia, et al. | 1:19-op-45129 | | X |
| City of Bloomington, Indiana et al. | 1:18-op-45235 | X | |
| City of Brewton, Alabama and City of Semmes, Alabama | 1:21-op-45113 | X | |
| City of Brighton, Colorado | 1:19-op-45298 | | X |
| City of Broadview Heights, Ohio | 1:18-op-45330 | X | X |
| City of Buffalo, New York | 1:19-op-46104 | X | |
| City of Calais, Maine | 1:20-op-45051 | X | |
| City of Calera, Alabama | 1:21-op-45070 | X | X |
| City of Charles Town, West Virginia | 1:19-op-45250 | X | |
| City of Clanton, Alabama | 1:22-op-45016 | X | X |
| City of Clarksville, Tennessee | 1:18-op-45517 | | X |
| City of Coconut Creek, Florida | 1:19-op-45089 | | X |
| City of Connersville, Indiana et al. | 1:18-op-45159 | X | |
| City of Dayton, Ohio | 1:17-op-45032 | X | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Donaldsonville, Louisiana | 1:19-op-45028 | | X |
| City of East Brewton, Alabama | 1:22-op-45005 | X | X |
| City of Euclid, Ohio | 1:18-op-46013 | X | X |
| City of Eureka, California, et al. | 1:18-op-46092 | | X |
| City of Fairhope, Alabama | 1:22-op-45002 | X | X |
| City of Fitchburg, Massachusetts | 1:19-op-45030 | X | X |
| City of Fitzgerald , Georgia | 1:18-op-45603 | X | |
| City of Foley, Alabama | 1:20-op-45287 | X | |
| City of Franklin, Indiana et al. | 1:18-op-46182 | X | |
| City of Ft. Lauderdale, Florida | 1:18-op-46329 | X | |
| City of Gainesville, Georgia | 1:18-op-45486 | X | |
| City of Garfield Heights, Ohio | 1:18-op-45999 | X | X |
| City of Gary, Indiana | 1:18-op-45929 | X | X |
| City of Great Falls, et al., Montana | 1:19-op-45083 | X | |
| City of Hagerstown, Maryland | 1:18-op-45622 | | X |
| City of Hammond, Indiana | 1:17-op-45082 | X | |
| City of Harrisburg, Illinois | 1:18-op-45594 | X | X |
| City of Henderson, Kentucky | 1:20-op-45062 | X | X |
| City of Homewood, Alabama | 1:19-op-45973 | X | X |
| City of Hoover, Alabama | 1:19-op-45746 | X | X |
| City of Huntsville, Alabama | 1:19-op-45947 | X | X |
| City of Indianapolis, Indiana, et al. | 1:17-op-45091 | X | |
| City of Irondale, Alabama | 1:22-op-45012 | X | |
| City of Jackson, Mississippi | 1:19-op-45806 | X | |
| City of Kansas, Missouri | 1:18-op-46029 | X | |
| City of Kent, Washington | 1:18-op-45590 | | X |
| City of Kingman, Arizona | 1:18-op-46057 | | X |
| City of Kirkland, Washington | 1:20-op-45121 | | X |
| City of Lafayette, Indiana | 1:17-op-45081 | X | |
| City of Lakewood, Washington | 1:19-op-45221 | | X |
| City of Laredo, Texas | 1:18-op-46026 | X | X |
| City of Leesburg, Alabama | 1:20-op-45261 | X | |
| City of Lewiston, Maine | 1:18-op-46315 | X | X |
| City of Logansport, Indiana | 1:18-op-45692 | X | |
| City of Lynn Haven, Florida | 1:19-op-46006 | X | X |
| City of Manchester, New Hampshire | 1:17-op-45163 | X | X |
| City of Memphis, Tennessee | 1:19-op-45220 | X | X |

5

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Millbrook, Alabama, and City of Wetumpka, Alabama | 1:21-op-45135 | X | |
| City of Milledgeville, Georgia | 1:18-op-45495 | X | |
| City of Millington, Tennessee | 1:19-op-45474 | X | |
| City of Milwaukee, Wisconsin | 1:20-op-45044 | X | |
| City Of Mound Bayou, Mississippi | 1:19-op-45422 | X | |
| City of Nashville, Georgia | 1:19-op-45617 | | X |
| City of New Castle, Indiana | 1:18-op-45016 | X | |
| City of New Orleans, Louisiana | 1:19-op-45003 | | X |
| City of New Roads, Louisiana | 1:19-op-45011 | X | |
| City of North Olmsted, Ohio | 1:18-op-46012 | X | X |
| City of Ogdensburg, New York | 1:19-op-45852 | X | |
| City of Olmsted Falls, Ohio | 1:18-op-46014 | X | X |
| City of Olympia, Washington | 1:18-op-46021 | | X |
| City of Opelika, Alabama | 1:20-op-45208 | X | |
| City of Orange Beach, Alabama | 1:19-op-45784 | X | X |
| City of Paducah, Kentucky | 1:18-op-45592 | | X |
| City of Parma, Ohio | 1:17-op-45001 | X | X |
| City of Pontiac, Michigan | 1:19-op-46183 | X | |
| City of Portland, Indiana, et al. | 1:18-op-46140 | X | |
| City of Portland, Maine | 1:18-op-46313 | X | X |
| City of Portsmouth, Virginia | 1:19-op-45856 | | X |
| City of Poughkeepsie, New York | 1:19-op-46163 | X | X |
| City of Prattville, Alabama | 1:19-op-45783 | X | X |
| City of Princeton, Illinois | 1:18-op-45599 | X | X |
| City of Rainsville, Alabama et al | 1:19-op-45135 | X | X |
| City of Red Bay, Alabama et al | 1:19-op-45136 | X | X |
| City of Roanoke, Alabama | 1:22-op-45011 | X | |
| City of Rochester, N.H, et al. | 1:18-op-46106 | X | |
| City of Rochester, New York | 1:19-op-45853 | X | |
| City of Russell, Kentucky et al. | 1:21-op-45094 | X | X |
| City Of Saint Paul, Minnesota | 1:19-op-45424 | X | |
| City of Sandy Springs, Georgia | 1:18-op-45516 | | X |
| City of Saraland, Alabama | 1:22-op-45017 | X | |
| City of Saratoga Springs, New York | 1:19-op-45857 | X | |
| City of Seven Hills, Ohio | 1:19-op-45413 | X | |
| City of Sheridan, Colorado | 1:19-op-45572 | | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Spokane, Washington | 1:19-op-46092 | | X |
| City of Springfield, Georgia | 1:19-op-45199 | X | |
| City of Stillwater, Oklahoma | 1:21-op-45045 | | X |
| City of Strongsville, Ohio | 1:18-op-46111 | X | X |
| City of Sylacauga, Alabama | 1:19-op-45900 | X | X |
| City of Tacoma, Washington | 1:17-op-45047 | | X |
| City of Thornton, Colorado | 1:19-op-45034 | | X |
| City of Vestavia Hills, Alabama | 1:19-op-45141 | X | X |
| City of W. Lafayette, Indiana | 1:18-op-45300 | X | |
| City of Woodbury, Georgia | 1:18-op-45575 | | X |
| Clallam County, Washington | 1:18-op-45612 | | X |
| Clark County, Washington | 1:18-op-45410 | | X |
| Clarke County, Mississippi | 1:18-op-45278 | X | |
| Clay County, Georgia | 1:19-op-45194 | X | |
| Clinch County, Georgia | 1:19-op-45197 | X | |
| Clinton County, Missouri | 1:20-op-45130 | | X |
| Cochise County, Arizona | 1:18-op-45855 | | X |
| Columbia County, Georgia | 1:18-op-45607 | X | |
| Cook County, Georgia | 1:18-op-45284 | X | |
| County Commission of Payne County, Oklahoma | 1:19-op-45653 | | X |
| County of Brevard, Florida | 1:19-op-45064 | | X |
| County of Carbon, Wyoming | 1:18-op-45625 | | X |
| County of Childress, Texas | 1:18-op-45229 | X | |
| County of Clackamas et al., Oregon | 1:18-op-45442 | X | |
| County of Curry, Oregon | 1:19-op-45512 | X | |
| County of Douglas, Nebraska | 1:19-op-45068 | X | |
| County of Floyd, Kentucky | 1:18-op-45369 | X | X |
| County of Fulton, Georgia | 1:18-op-45374 | X | X |
| County of Haskell, Texas | 1:18-op-45223 | X | |
| County of Hawaii, Hawaii | 1:20-op-45014 | X | |
| County of Hudson, New Jersey | 1:18-op-45937 | X | X |
| County of Huerfano, Colorado | 1:18-op-45168 | | X |
| County of Kaua'i, Hawaii | 1:19-op-45862 | X | |
| County of Knot, Kentucky | 1:18-op-45370 | X | X |
| County of La Salle, Texas | 1:18-op-45234 | X | |
| County of Lake, Ohio | 1:18-op-45032 | X | X |
| County of Madison, Mississippi | 1:20-op-45106 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| County of Maricopa, Arizona | 1:19-op-45020 | | X |
| County of McCracken, Kentucky | 1:18-op-45611 | | X |
| County of McLennan, Texas | 1:17-op-45075 | X | |
| County of Mohave, Arizona | 1:19-op-45117 | | X |
| County of Montgomery, Texas | 1:18-op-45030 | X | |
| County of Navajo, Arizona | 1:19-op-45217 | | X |
| County of Nolan, Texas | 1:18-op-45061 | X | |
| County of Osceola, Florida | 1:18-op-45669 | X | X |
| County of Polk, Texas | 1:18-op-45077 | X | |
| County of San Mateo, California | 1:18-op-46319 | X | |
| County of San Mateo, California | 1:19-op-45126 | X | |
| County of Santa Barbara, California et al. | 1:19-op-45128 | | X |
| County of Trumbull, Ohio | 1:18-op-45079 | X | X |
| County of Wichita, Texas | 1:18-op-45064 | X | |
| County of Yuma, Arizona | 1:19-op-45575 | | X |
| Covington County, Mississippi | 1:19-op-45417 | X | |
| Craft, John (Vernon Parish Sheriff , Louisiana) | 1:18-op-45140 | X | |
| Crisp County, Georgia | 1:18-op-45238 | X | |
| Dade County, Missouri | 1:20-op-45224 | | X |
| David J. Davis, In His Official Capacity as Sheriff of Bibb County, Georgia | 1:19-op-45360 | X | |
| Dawson County, Georgia | 1:19-op-45210 | X | |
| Decatur County, Georgia | 1:18-op-45334 | X | |
| Dekalb County, Missouri | 1:20-op-45299 | | X |
| Delaware County, Indiana | 1:18-op-45963 | | X |
| Dooly County, Georgia | 1:18-op-45712 | X | |
| Dougherty County, Georgia | 1:18-op-45491 | X | |
| Early County, Georgia | 1:19-op-45180 | X | |
| Eddy County, New Mexico | 1:22-op-45015 | | X |
| Effingham County, Georgia | 1:19-op-45178 | X | |
| Elbert County, Georgia | 1:18-op-45381 | X | |
| Elk City, Oklahoma | 1:21-op-45017 | X | X |
| Elmore County, Alabama and Randolph County, Alabama | 1:22-op-45003 | X | X |
| Emanuel County, Georgia | 1:19-op-45209 | X | |
| Evans County, Georgia | 1:20-op-45080 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Fayette County, Georgia | 1:19-op-45293 | X | |
| Forsyth County, Georgia | 1:19-op-45420 | X | |
| Franklin County, Washington | 1:18-op-45944 | | X |
| Garber, Mark (Lafayette Parish Sheriff , Louisiana) | 1:17-op-45180 | X | |
| Gary Gilley (Sheriff of Richland Parish), Louisiana | 1:19-op-45007 | X | |
| Gautreaux, Sid III (East Baton Rouge Parish Sheriff , Louisiana) | 1:18-op-45325 | X | |
| Glascock County, Georgia | 1:19-op-45175 | X | |
| Glynn County, Georgia | 1:18-op-46115 | X | |
| Gooding County, Idaho | 1:19-op-45404 | X | |
| Green County Fiscal Court, Kentucky | 1:18-op-46272 | X | |
| Greene County, Georgia | 1:19-op-45203 | X | |
| Grundy County, Missouri | 1:20-op-45300 | | X |
| Habersham County, Georgia | 1:18-op-45559 | X | |
| Hall County, Georgia | 1:18-op-45286 | X | |
| Hancock County, Georgia | 1:18-op-45535 | X | |
| Hardin County Fiscal Court, Kentucky, et al. | 1:20-op-45063 | X | X |
| Harrison County, Mississippi | 1:19-op-45113 | X | |
| Harvey County, Kansas | 1:18-op-45848 | | X |
| Haskell County Board of County Commissioners, Oklahoma | 1:20-op-45002 | | X |
| Heard County, Georgia | 1:19-op-45130 | | X |
| Henry County, Georgia | 1:18-op-46310 | X | X |
| Henry County, Missouri | 1:20-op-45135 | | X |
| Herbert, Douglas III (Allen Parish Sheriff , Louisiana) | 1:18-op-45142 | X | |
| Hickory County, Missouri | 1:20-op-45295 | | X |
| Hilton, William (Rapides Parish Sheriff , Louisiana) | 1:17-op-45178 | X | |
| Hinds County, Mississippi | 1:20-op-45190 | X | |
| Humboldt County, California | 1:18-op-45942 | | X |
| Irwin County, Georgia | 1:18-op-45283 | X | |
| Island County, Washington | 1:18-op-45982 | X | X |
| Jackson County, Alabama et al. | 1:18-op-45634 | X | X |

9

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Jackson County, Georgia | 1:18-op-45581 | X | |
| Jackson County, Missouri | 1:18-op-45965 | X | |
| Jasper County, Georgia | 1:18-op-45504 | X | |
| Jeff Davis County, Georgia | 1:18-op-45237 | X | |
| Jefferson County Commission, West Virginia | 1:17-op-45170 | X | |
| Jefferson County, Georgia | 1:19-op-45201 | X | |
| Jefferson County, Washington | 1:18-op-46023 | | X |
| Jeffrey F. Wiley (Sheriff of Ascension Parish), Louisiana | 1:18-op-45842 | X | |
| Jennings County, Indiana | 1:18-op-45131 | X | |
| Johnson County, Georgia | 1:18-op-45716 | X | |
| Johnson County, Kansas | 1:19-op-45443 | X | |
| Jones County, Georgia | 1:18-op-45424 | X | |
| Kay County Board of County Commissioners, Oklahoma | 1:19-op-45989 | | X |
| Kings County, Washington | 1:18-op-45231 | | X |
| Kitsap County, Washington | 1:18-op-45956 | X | X |
| Kittitas County, Washington | 1:18-op-46008 | | X |
| Lafourche Parish Government, Louisiana | 1:20-op-45212 | X | |
| Lafourche Parish School Board, Louisiana | 1:21-op-45036 | X | X |
| Lake County, Indiana | 1:18-op-45156 | X | |
| LaPorte County, Indiana | 1:18-op-45280 | X | |
| Latimer County Board of County Commissioners, Oklahoma | 1:20-op-45003 | | X |
| Lauderdale County, Alabama | 1:19-op-45845 | X | X |
| Lawrence County, Indiana | 1:18-op-46188 | X | |
| Lawrence County, Kentucky | 1:19-op-46184 | X | |
| Lawrence County, Missouri | 1:20-op-45134 | | X |
| Leland Falcon, Louisiana | 1:20-op-45206 | X | |
| Levy County, Florida | 1:18-op-46119 | X | X |
| Liberty County, Georgia | 1:19-op-45200 | X | |
| Lincoln County Board of County Commissioners, Oklahoma | 1:20-op-45128 | | X |
| Lincoln County, Georgia | 1:18-op-45508 | X | |
| Long County, Georgia | 1:19-op-45196 | X | |
| Lumpkin County, Georgia | 1:19-op-45211 | X | |
| Macon County, Georgia | 1:18-op-45577 | | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Madison County, Georgia | 1:18-op-45296 | X | |
| Mancuso, Tony (Calcasieu Parish Sheriff , Louisiana) | 1:17-op-45179 | X | |
| Marion County, Alabama et al. | 1:18-op-45171 | | X |
| Marshall County, Alabama et al. | 1:18-op-45230 | X | X |
| Marshall County, Indiana | 1:18-op-45157 | X | |
| Maverick County, Texas | 1:19-op-45426 | X | |
| McDonald County, Missouri | 1:20-op-45225 | | X |
| McDuffie County, Georgia | 1:18-op-45509 | X | |
| McIntosh County, Georgia | 1:19-op-45173 | X | |
| Metropolitan Government of Nashville, Tennessee et al. | 1:18-op-45088 | X | |
| Michael Tubbs (Sheriff of Morehouse Parish), Louisiana | 1:18-op-45884 | X | |
| Missoula County, Montana | 1:19-op-45112 | | X |
| Monroe County, Wisconsin | 1:17-op-45146 | X | |
| Montgomery County, Georgia | 1:19-op-45292 | X | |
| Morgan County Commission, West Virginia | 1:18-op-45444 | X | |
| Morgan County, Indiana | 1:18-op-45828 | X | |
| New Madrid County, Missouri | 1:20-op-45296 | | X |
| Newton County, Georgia | 1:18-op-45578 | X | |
| Oconee County, Georgia | 1:18-op-45219 | X | |
| Oglethorpe County, Georgia | 1:18-op-45262 | X | |
| Okaloosa County, Florida | 1:19-op-45894 | X | |
| Pettis County, Missouri | 1:19-op-45416 | X | |
| Philey, Jerry (West Carroll Parish Sheriff , Louisiana) | 1:18-op-45260 | X | |
| Pierce County, Washington | 1:18-op-45195 | | X |
| Pike County, Georgia | 1:19-op-45179 | X | |
| Pike County, Missouri | 1:20-op-45131 | | X |
| Pittsburg County Board of County Commissioners, Oklahoma | 1:19-op-45711 | | X |
| Pocahontas County Commission, West Virginia | 1:18-op-45443 | X | |
| Police Jury of the Parish of Pointe Coupee, Louisiana | 1:19-op-45012 | X | |
| Polk County, Missouri | 1:20-op-45082 | | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Porter County, Indiana | 1:19-op-45074 | X | |
| Pottawatomie County Board of County Commissioners, Oklahoma | 1:19-op-45988 | | X |
| Prince George's County, Maryland | 1:18-op-45501 | X | X |
| Pulaski County, Georgia | 1:19-op-45176 | X | |
| Pulaski County, Indiana | 1:18-op-46110 | X | |
| Rabun County, Georgia | 1:19-op-45177 | X | |
| Ralls County, Missouri | 1:20-op-45292 | | X |
| Randolph County, Georgia | 1:19-op-45202 | X | |
| Ray County, Missouri | 1:20-op-45132 | | X |
| Reno-Sparks Indian Colony, Nevada | 1:18-op-45699 | X | |
| Richardson, Ronald (Sabine Parish Sheriff , Louisiana) | 1:18-op-45143 | X | |
| Rio Arriba County, New Mexico | 1:19-op-45054 | X | X |
| Ripley County, Indiana | 1:18-op-46155 | X | |
| Rock Springs, Wyoming | 1:19-op-45265 | | X |
| Roosevelt County, New Mexico | 1:18-op-46343 | X | X |
| Russell, Jay (Ouachita Sheriff , Louisiana) | 1:18-op-45154 | X | |
| Rutherford County, Tennessee | 1:18-op-45258 | X | |
| San Juan County, Washington | 1:18-op-46291 | | X |
| Sandoval County, New Mexico | 1:19-op-45421 | X | |
| Sandusky County Board of Commissioners, Ohio | 1:18-op-45254 | X | X |
| Schley County, Georgia | 1:18-op-45580 | | X |
| Scott County, Indiana Board of Commissioners, Indiana | 1:17-op-45094 | | X |
| Scott County, Mississippi | 1:20-op-45238 | X | |
| Screven County, Georgia | 1:19-op-45198 | X | |
| Seal, Randy (Washington Parish Sheriff , Louisiana) | 1:18-op-45093 | X | |
| Seminole County Board of County Commissioners, Oklahoma | 1:19-op-45260 | X | |
| Seminole County, Georgia | 1:19-op-45181 | X | |
| Skagit County, Washington | 1:18-op-45173 | | X |
| Soileau, Edrick (Evangeline Parish Sheriff , Louisiana) | 1:18-op-45189 | X | |
| Spalding County, Georgia | 1:19-op-45208 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Spokane County, Washington | 1:18-op-45943 | | X |
| St. Bernard Parish School Board, Louisiana | 1:21-op-45014 | X | X |
| St. Charles County, Missouri | 1:18-op-46059 | X | |
| St. Clair County, Missouri | 1:21-op-45044 | | X |
| St. James Parish School Board, Louisiana | 1:21-op-45034 | X | X |
| St. Joseph County, Indiana | 1:18-op-45500 | X | |
| St. Louis County, Missouri | 1:17-op-45083 | X | |
| Stephens County, Georgia | 1:19-op-45195 | X | |
| Sumter County, Georgia | 1:18-op-45250 | X | |
| Taliaferro County, Georgia | 1:18-op-45562 | X | |
| Tattnall County, Georgia | 1:18-op-45574 | X | |
| The City of Amsterdam, New York | 1:19-op-46162 | X | |
| The City of Federal Heights, Colorado | 1:19-op-45573 | | X |
| The City Of Gulf Shores, Alabama | 1:22-op-45019 | X | X |
| The Unified Government of Athens-Clarke County, Georgia | 1:18-op-45218 | X | |
| The Unified Government of Macon-Bibb County, Georgia | 1:18-op-45407 | X | |
| Thurston County, Washington | 1:18-op-45409 | | X |
| Tifton County, Georgia | 1:18-op-45454 | X | |
| Toombs County, Georgia | 1:18-op-45576 | X | |
| Town Of Arcola, Mississippi | 1:19-op-45419 | X | |
| Town of Arlington, Tennessee | 1:19-op-45471 | X | |
| Town Of Centerville Tennessee | 1:19-op-45425 | X | |
| Town of Cherokee, Alabama et al | 1:18-op-45005 | X | X |
| Town of Cottage City, Maryland, et al. | 1:20-op-45235 | | X |
| Town Of Fort Deposit, Alabama | 1:19-op-45427 | X | |
| Town of Gramercy, Louisiana | 1:21-op-45031 | X | X |
| Town of Lutcher, Louisiana | 1:21-op-45035 | X | X |
| Town of Monroe, Connecticut | 1:19-op-45441 | X | |
| Town of Poughkeepsie, New York | 1:20-op-45260 | X | X |
| Town Of Summit, Mississippi | 1:19-op-45418 | X | |
| Towns County, Georgia | 1:19-op-45172 | X | |
| Township Of Saddle Brook, New Jersey | 1:19-op-45431 | X | |
| Troup County, Georgia | 1:18-op-45715 | X | |
| Tunica County, Mississippi | 1:20-op-45213 | X | |
| Twiggs County, Georgia | 1:18-op-45379 | X | |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Vanderburgh County, Indiana | 1:18-op-45498 | X | |
| Vernon County, Missouri | 1:20-op-45133 | | X |
| Walla Walla County, Washington | 1:18-op-46010 | | X |
| Walton County, Florida | 1:19-op-45423 | X | |
| Walton County, Georgia | 1:18-op-45297 | X | |
| Warren County, Georgia | 1:18-op-45425 | X | |
| Washington County, Georgia | 1:18-op-45563 | X | |
| Washington County, Mississippi | 1:18-op-45022 | X | |
| Waupaca County, Wisconsin | 1:17-op-45166 | X | |
| Wayne County, Georgia | 1:19-op-45204 | X | |
| Whatcom County, Washington | 1:18-op-45954 | | X |
| Whitman County, Washington | 1:18-op-46009 | | X |
| Wilkes County, Georgia | 1:19-op-45171 | X | |
| Williams, Wydette (East Carroll Parish Sheriff , Louisiana) | 1:18-op-45259 | X | |
| Woods, Ivy (Jefferson Davis Parish Sheriff , Louisiana) | 1:18-op-45099 | X | |
| Woodward County Board of County Commissioners, Oklahoma | 1:20-op-45141 | | X |
| Worth County, Georgia | 1:18-op-45602 | X | |

14