UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No: 2804 |
| | Case No: 1:17-md-2804 |
| This Document Relates to: | Judge Dan Aaron Polster |
| All Cases Naming Value Drug Company and Value Specialty Drug, as Reported herein | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Christopher J. Davis, Esquire of Sherrard, German & Kelly, P.C. hereby enters his appearance as counsel of record for Defendants, VALUE DRUG COMPANY and VALUE SPECIALTY DRUG, in the above-captioned action.

| | |
|---|---|
| Dated: February 17, 2023 | SHERRARD, GERMAN & KELLY, P.C. |
| | s/Christopher J. Davis<br>Christopher J. Davis, Esquire<br>cjd@sgkpc.com<br>Jennifer P. Richnafsky, Esquire<br>jpr@sgkpc.com |
| | 535 Smithfield Street, Suite 300<br>Pittsburgh, PA  15222<br>(412) 355-0200 |
| | *Counsel for Defendants,*<br>*Value Drug Company and*<br>*Value Specialty Drug* |

{S1786115.1}

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was filed and to be served by the CM/ECF upon all attorneys of record.

s/Christopher J. Davis
Christopher J. Davis

{S1786115.1}