**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This Document Relates to:*<br><br>*All Cases Naming Auburn Pharmaceutical Company as a Defendant, as Reported Herein* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan A. Polster |

**SECOND AMENDED AND RESTATED STATUS REPORT
OF AUBURN PHARMACEUTICAL COMPANY
IN RESPONSE TO
OCTOBER 7, 2022, ORDER REGARDING NON-LITIGATING DEFENDANTS**

Pursuant to the Court's Order Regarding Non-Litigating Defendants dated October 7, 2022, Auburn Pharmaceutical Company, a Michigan corporation ("Auburn"), by its counsel, submits this Status Report to list every case in federal or state court that states a claim against Auburn and/or its Defendant Family, involving the manufacturing, marketing, sale, distribution, or dispensing of opioids.

| List # | *Case Caption* | *Court, and Case Number* | *Plaintiff's Counsel* |
|---|---|---|---|
| 1 | Morgan County Commission v. Purdue Pharmaceutical Products L.P., et al. | N.D. Ohio 1:18-op-45444 | Stephen G. Skinner |
| 2 | Wayne County Fiscal Court v. AmerisourceBergen Drug Corporation et al. | N.D. Ohio 1:18-op-45389 | Anthony J. Majestro |
| 3 | Family Practice Clinic of Booneville, Inc. et al. v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., et al. | N.D. Ohio 1:18-op-45390 | David J. Guarnieri |
| 4 | Bon Secours Health System, Inc. et al. v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., et al. | N.D. Ohio 1:18-op-45819 | David J. Guarnieri |

{04767947}

| List # | Case Caption | Court, and Case Number | Plaintiff's Counsel |
|---|---|---|---|
| 5 | Bon Secours Health System, Inc. et al. v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., et al. | N.D. Ohio 1:18-op-45820 | David J. Guarnieri |
| 6 | Kentucky River District Health Department v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. | N.D. Ohio 1:19-op-45050 | David J. Guarnieri |
| 7 | Saginaw Chippewa Indian Tribe v. Cephalon, Inc., et al. | N.D. Ohio 1:19-op-45841 | Holly H. Dolejsi |
| 8 | City of Canton, et al. v. Purdue Pharma, L.P., et al. | N.D. Ohio 1:19-op-45462 | William Q. Bird |
| 9 | County of Curry, et al. v. Purdue Pharma, L.P. et al. | N.D. Ohio 1:19-op-45512 | Amy Bruning |
| 10 | Adams County et al v. Purdue Pharma, L.P. et al | N.D. Ohio 1:18-op-46062 | Jarom A. Whitehead |
| 11 | Canyon County v. Purdue Pharma LP et al | N.D. Ohio 1:18-op-46277 | Kenneth L. Pedersen |
| 12 | Bingham County v. Purdue Pharma LP et al | N.D. Ohio 1:19-op-45758 | Kenneth L. Pedersen |
| 13 | Westmoreland County, Virginia et al v. Purdue Pharma L.P. et al | 1:19-op-45993 | William Q. Bird |
| 14 | County of Ballard Kentucky v. Purdue Pharma, L.P. et al | 1:18-op-45593 | David G. Bryant |
| 15 | City of Prestonsburg v. AmerisourceBergen Drug Corporation, et al | 1:19-op-45294 | Emily Ward Roark |
| 16 | Klamath Tribes v. Purdue Pharma L.P. et al | 1:19-op-45786 | JOHN MCNEILL BROADDUS |
| 17 | Berkeley County Council v. Purdue Pharmaceutical Products, LP et al | 1:17-op-45171 | Andrew C. Skinner |

This Status Report is submitted without the admission of any liability on behalf of Auburn and its Defendant Family and without waiving or prejudicing any and all defenses and objections to the claims against Auburn and its Defendant Family including, without limitation, bar by the statute of limitations, waiver, laches, and estoppel, failure to state a claim upon which relief can be granted, no causation, improper service, lack of service, lack of personal jurisdiction, and/or dismissal as a party.

{04767947}

*Dated: February 20, 2023*  *Respectfully Submitted,*

<u>/s/ James C. Wright</u>
James C. Wright, Attorney at Law
Zausmer, PC
32255 Northwestern Highway
Suite 225
Farmington Hills, MI  48334
(248) 851-4111
Fax:  (248) 851-0100
jwright@zausmer.com
Ohio Bar Number 00809070

{04767947}

**CERTIFICATE OF SERVICE**

      I certify that the foregoing was electronically filed on February 20, 2023, with the Clerk of Court using the CM/ECF notification system thereby giving notice to all counsel of record.

                                        /s/ James C. Wright  
                                        James C. Wright, Attorney at Law

{04767947}