## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All cases* | MDL NO. 1:17-MD-2804<br><br>**Honorable Dan Aaron Polster** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to N.D. Ohio Civ. R. 83.9, Defendant Sun Pharmaceutical Industries, Inc., notifies the Court that, effective February 21, 2023, Christopher W. Wasson of Troutman Pepper Hamilton Sanders LLP, withdraws from representation of Sun Pharmaceutical Industries, Inc. Michael G. Connelly of Troutman Pepper Hamilton Sanders LLP is already counsel of record for Sun Pharmaceutical Industries, Inc. and will continue to represent Sun Pharmaceutical Industries, Inc. as lead counsel.

Dated: February 21, 2023

        TROUTMAN PEPPER HAMILTON
        SANDERS LLP

        */s/ Christopher W. Wasson*
        Christopher W. Wasson (PA Bar No. 63551)
        3000 Two Logan Square
        Eighteenth & Arch Streets
        Philadelphia, PA  19103-2799
        215.981.4000
        Christopher.wasson@troutman.com

        *Withdrawing Counsel for Defendant*
        *Sun Pharmaceutical Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2023, I electronically filed the foregoing Notice of Withdrawal of Counsel with the Court using the CM/ECF system, which will send electronic notifications to all counsel of record.

*/s/ Christopher W. Wasson*
Christopher W. Wasson

Counsel for Defendant
Sun Pharmaceutical Industries, Inc.