# APPENDIX A

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| City of Childersburg | Alabama | /s/ Luke Montgomery | Montgomery Ponder, LLC | NDOH | 1:22-op-45020 |
| Monroe County Healthcare Authority, d/b/a Monroe County Hospital | Alabama | /s/ Taylor Martino | Taylor Martino Rowan | NDOH | 1:17-op-45175 |
| HH Health System – Jackson, LLC d/b/a Highlands Medical Centers f/k/a Jackson County Health Care Authority | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45143 |