UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **In Re National Prescription Opiate Litigation**<br><br>***This Document relates to:***<br><br>*Summers County Commission v. Rite Aid of Maryland* 18-OP-45226<br>*Pike v. Teva Pharmaceuticals USA, Inc., Et al* 18-OP-45368<br>*County of Floyd v. Purdue Pharma, L.P., et al* 18-OP-45369<br>*Knott v. Purdue Pharma, L.P., et al* 18-OP-45370<br>*Belcher, et al. v Purdue Pharma, L. P., et al* 18-OP-45143<br>*City of Prestonsburg v. AmerisourceBergen Dru Corporation, et al,* - 19-OP-45294<br>*City of Inez, KY v. AmerisourceBergen Drug Corp. Et al* -19-OP-45499<br>*City of Paintsville, KY v. AmerisourceBergen Drug Corporation, et al* – 19-OP-45559<br>*Westmoreland County, VA, et al. v Purdue Pharma, L.P., et al* – 19-OP-45993<br>*Family Practice Clinic of Booneville, et al v. Purdue Pharma, L.P., et al* -18-OP-45390<br>*Bon Secours Health System, Inc., et al v. Purdue Pharma, L.P. et al* – 18-OP-45819<br>*Fiscal Court of Wolfe Co., Kentucky v. Purdue Pharma, L.P., et al* – 18-OP-46099<br>*Kentucky River District Health Dept. v. Actavis, LLC, et al* – 19-OP-45050<br>*City of Canton, et al v. Purdue Pharma, L.P., Et al* – 19-OP-45462<br>*Bowling Green-Warren County Community Hospital Corp., et al v. Purdue Pharma, L.P., Et al* – 20-OP-45060<br>*Leslie County Fiscal Court v. AmerisourceBergen Drug Corp., et al* – 17-OP-45029 | **MDL 2804**<br><br>**Case No. 17-md-2804**<br><br>**Hon. Dan Aaron Polster** |

## DEFENDANT RICHIE PHARMACAL CO.'S
## AMENDMENT TO STATUS REPORT

On January 30, 2023, in compliance with this Court's Order of January 3, 2023, [DN 4801], Defendant Richie Pharmacal filed its Response, [DN 4855], listing those MDL cases in which it has been named as a defendant, but no Plaintiff Fact Sheet ("PFS") has been filed in the PFS Repository.  Out of an abundance of caution, and not having been afforded the opportunity to take discovery regarding which plaintiffs constitute governmental subdivisions, Richie listed all cases in which no PFS has been filed.  Richie did not, and does not, mean to suggest all these cases should be dismissed pursuant to the Court's January 3, 2023, Order if the Court has not previously ordered the plaintiffs therein to file a PFS in the PFS Repository.

According, and per the request of certain plaintiffs, Richie hereby amends its January 30, 2023, Response [DN 4855], to *exclude* the following cases:

| Plaintiff Name | MDL Case No. |
|---|---|
| Belcher, et al v. Perdue Pharma, et al | 18-OP-46143 |
| Family Practice Clinic of Booneville | 18-OP-45390 |
| Bon Secours Health System | 18-OP-45819 |
| Ky River District Health Dept. | 19-OP-45050 |
| Bowling Green-Warren County Community Hospital Corp., et al | 20-OP-45060 |

This February 23, 2023.

                                                                                         KERRICK BACHERT PSC
1025 State Street
Bowling Green, KY 42101
T: (270) 782-8160
F: (270) 782-5856
tkerrick@kerricklaw.com
mcook@kerricklaw.com
cgivens@kerricklaw.com

*/s/ Matthew P. Cook*
Thomas N. Kerrick
Matthew P. Cook
Colton W. Givens
*Attorneys for Defendant Richie Enterprises, LLC d/b/a Richie Pharmacal Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record in this action.

/s/ *Matthew P. Cook*
Matthew P. Cook
*Attorney for Defendant Richie Enterprises, LLC d/b/a Richie Pharmacal*