# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) | CASE NO. 1:17-MD-2804 |
| ) | |
| ) | David R. Cohen |
| THIS DOCUMENT RELATES TO: ) | Randi S. Ellis |
| *"All Cases"* ) | Hon. David R. Herndon |
| ) | |
| ) | **FEE PANEL ORDER NO. 21** |
| ) | **REGARDING CONTINGENT FEES** |
| ) | **IN PENNSYLVANIA CASES** |

This Fee Panel Order is entered pursuant to the request of the Honorable Joel Schneider, who is Special Master overseeing the Pennsylvania Opioid Fee Fund. The attached Notice is hereby entered on the MDL docket to ensure the broadest possible distribution to all counsel who may represent parties in the Consolidated Pennsylvania Opioid Litigation.

**IT IS SO ORDERED.**

/s/   *David R. Cohen*
      *Randi S. Ellis*
      *David R. Herndon*
      **FEE PANEL**

**Dated:** February 24, 2023