IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>)<br>This document relates to: )<br>)<br>*Sarasota Cty. Pub. Hosp. Dist. d/b/a* )<br>*Sarasota Mem. Healthcare Sys. v. Purdue* )<br>*Pharma L.P., et al.* )<br>Case No. 1:18-op-46136 )<br>)<br>*Lee Mem. Health Sys. d/b/a Lee Health v.* )<br>*Actavis LLC, et al.* )<br>Case No. 1:21-op-45092 )<br>)<br>) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Judge Dan A. Polster |

**SECOND STIPULATION AND ORDER STAYING ACTIONS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiffs, Sarasota County Public Hospital District d/b/a Sarasota Memorial Healthcare System and Lee Memorial Health System d/b/a Lee Health (collectively "Plaintiffs") and Defendants McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen Corporation, Johnson & Johnson, Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. (collectively "Defendants") that Plaintiffs' respective actions are stayed and the above-listed parties are relieved from all discovery and production obligations, including all those identified in the Court's Case Management Order dated July 23, 2021 (Dkt. 3785). The stay will be extended until 30 days following a final ruling, after exhaustion of all appeals, regarding the applicability of the Attorney General's release in the Global Settlement to the Plaintiffs' claims by the Circuit Court of the Second Judicial Circuit for Leon County Florida (Case No. 2022 CA 000541) in the pending declaratory action between Plaintiffs and the Florida Attorney General.

Dated: February 24, 2023

1

| | |
|---|---|
| /s/ Geoffrey E. Hobart<br>Geoffrey E. Hobart<br>Timothy C. Hester Christian<br>J. Pistilli<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001<br>Tel: (202) 662-5281<br>ghobart@cov.com<br>thester@cov.com<br>cpistilli@cov.com<br><br>*Counsel for Defendant McKesson Corporation* | Respectfully Submitted,<br><br>/s/ Robert A. Nicholas<br>Robert A. Nicholas<br>Shannon E. McClure<br>Joseph J. Mahady<br>REED SMITH LLP<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>Tel: (215) 851-8100<br>rnicholas@reedsmith.com<br>smcclure@reedsmith.com<br>jmahady@reedsmith.com<br><br>*Counsel for AmerisourceBergen Drug Corporation* |
| /s/ Charles C. Lifland<br>Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>Tel: (213) 430-6000<br>clifland@omm.com<br>*Counsel for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.* | /s/ Enu Mangini<br><br>Enu Mainigi<br>Steven Pyser<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, SW<br>Washington, DC 20024<br>Tel: (202) 434-5000<br>emainigi@wc.com<br>ahardin@wc.com<br><br>*Counsel for Defendant Cardinal Health, Inc.* |

| | |
|---|---|
| /s/ Morgan R. Bentley<br>Morgan R. Bentley<br>David A. Wallace<br>BENTLEY GOODRICH KISON, P.A.<br>783 South Orange Ave, Third Floor<br>Sarasota, FL 34236<br>Tel: (941) 556-9030<br>mbentley@bgk.law<br>dwallace@bgk.law<br><br>William E. Robertson, Jr.<br>THE ROBERTSON LAW FIRM, P.A.<br>P.O. Box 49405<br>Sarasota, FL 34230<br>Tel: (941) 374-9008<br>bill@robertsonlaw.com<br><br>*Counsel for Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System* | /s/ Timothy M. Hartley<br>Timothy M. Hartley<br>HARTLEY LAW OFFICES, PLC<br>12 Southeast Seventh Street<br>Suite 610<br>Fort Lauderdale, FL 33301<br>Tel: (954) 357-9973<br>hartley@hartleylaw.net<br><br>William E. Robertson, Jr.<br>THE ROBERTSON LAW FIRM, P.A.<br>P.O. Box 49405<br>Sarasota, FL 34230<br>Tel: (941) 374-9008<br>bill@robertsonlaw.com<br><br>*Counsel for Lee Memorial Health System d/b/a Lee Health* |

SO ORDERED this _____ day of February, 2023.

_____
Hon. Dan Aaron Polster
United States District Judge