UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>1:17-op-45093<br>1:18-op-45282<br>1:18-op-45579<br>1:18-op-45690<br>1:18-op-46337<br>1:19-op-45293<br>1:19-op-45044<br>1:18-op-46310 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**PUBLIX SUPER MARKETS, INC.'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS UNSERVED OR UNTIMELY SERVED CASES**

Pursuant to Case Management Order One, Defendant Publix Super Markets, Inc. ("Publix") respectfully seeks leave from the moratorium on substantive filings entered in this case to file its Motion to Dismiss Unserved or Untimely Served Cases. A copy of the Motion is attached hereto as **Exhibit A**. The Motion seeks dismissal of claims filed, but not timely served, against Publix, as violating the spirit and letter of the Rules of Civil Procedure. Publix makes this Motion in good faith to clarify that there are illegitimate cases that should not be considered in potential resolution discussions.

Dated: February 24, 2023 Respectfully submitted,

/s/ Kara M. Kapke
Meredith Thornburgh White (IN 28094-49)
Kara M. Kapke (IN 25906-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
Facsimile:   (317) 231-7433
mwhite@btlaw.com
kkapke@btlaw.com

*Attorneys for Defendant Publix Super Markets, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023, I caused the foregoing to be served on counsel of record via the CM/ECF system.

/s/ Kara M. Kapke