# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

City of Rome, et al.

vs.

Purdue Pharma, L.P., Purdue Pharma, Inc., et al.

CIVIL CASE NO.   1:17-md-02804-DAP
                 1:18-op-45282-DAP

JUDGE   Hon. Dan Aaron Polster

## PRAECIPE FOR ISSUANCE

☑ ORIGINAL SUMMONS

☐ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☑ OTHER (Please Specify)   This is to serve Publix Super Markets, Inc. due to the Waiver of Service not having been filed.

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 02/27/2023

By: /s/ J. Anderson Davis

Attorney for City of Rome, et al.

revised 02/2009