# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | **Case No. 1:18-op-45282-DAP** |
| | Hon. Dan Aaron Polster |
| THIS DOCUMENT RELATES TO: | |
| Case No. 1:18-op-45282-DAP | |
| *All Cases Not Designated In Paragraphs 2 or 3 of CMO-1* CITY OF ROME, GEORGIA, *et al.*, | |
| Plaintiffs, | |
| v. | |
| PURDUE PHARMA L.P. *et al* | |
| Defendants. | |

## ORDER

THIS MATTER came to be considered by the Court pursuant to the Motion for Leave to File Second Amended Complaint filed by the Plaintiffs in the above-styled cause. The Court having considered the Motion and being fully advised of the premises, it is, therefore, ORDERED AND ADJUDGED:

1. That the Motion for Leave to File Amended Complaint be and the same is

hereby GRANTED.

2. That the Second Amended Complaint attached to the referenced Motion for Leave shall be deemed filed as of the date of this Order and shall fully relate back to the date of Plaintiffs' original Complaint filed herein, March 8, 2018, as all Plaintiffs and Additional Plaintiffs included herein were litigating as a part of the putative Class Action filed at that time.

3. All Defendant(s) having been served previously, service of the Second Amended Complaint shall be effected by electronic service through the Court's ECF system.

IT IS SO ORDERED this 14 day of September, 2021.

/s/Dan Aaron Polster
Dan Aaron Polster
U.S. District Court Judge