

Attorneys at Law

March 15, 2019

*Via Federal Express, Tracking No. 774713839550*

Mr. John J. Haggerty
Fox Rothschild
2700 Kelly Road Ste. 300
Warrington, PA 18976

   Re: *In re: National Prescription Opiate Litigation*, U.S. District Court for the Northern District of Ohio, Case No. 1:17-md-02804-DAP

     *City of Rome, et al. v. Purdue Pharma L.P., et al.*, U.S. District Court for the Northern District of Ohio, Case No. 1:18-op-45282-DAP

Dear Mr. Haggerty:

  I am lead Plaintiffs' counsel for the City of Rome, Georgia (filed as a class action for cities and counties in Georgia), which filed suit against opioid manufactures and distributors, in the Northern District of Georgia. Soon after each individual lawsuit was filed, the United States Judicial Panel on Multidistrict Litigation transferred our cases to the Northern District of Ohio to be included and consolidated with the *In re: National Prescription Opiate Litigation* MDL proceeding there. See Case No. 1:17-md-02804-DAP. Enclosed is a thumb-drive with a copy of the Complaint in each case, and the Short Form supplementing Complaint and Amending Defendants and Jury Demand.

  I am enclosing two copies of the waiver form for the following defendant: Publix Super Markets, Inc. Please sign the waiver forms and return to me at your earliest convenience.

  If you have any questions, please do not hesitate to contact me.

  Kind regards.

                  Very truly yours,

                   J. ANDERSON DAVIS

JAD/cmw
Enclosures

   cc: Counsel for Plaintiffs

364600.1

U.S. Mail P.O. Box 5007, Rome, GA 30162-5007  |  Overnight Delivery 615 West First Street, Rome, GA 30161
706.291.8853 (T)  |  1.800.201.7166  |  706.234.3574 (F)  |  Brinson-Askew.com