# EXHIBIT 1
# BONS SECOURS DOCKET

Query   Reports   Utilities   Help   Log Out

Cat12,MDL2804,Ruiz

# U.S. District Court
## NORTHERN DISTRICT OF OHIO (Cleveland)
## CIVIL DOCKET FOR CASE #: 1:18-op-45821-DAP

Bon Secours Health System, Inc. et al v. Purdue Pharma L.P. et al
Assigned to: Judge Dan Aaron Polster (MDL 2804)
Lead case: 1:17-md-02804-DAP
Member case: (View Member Case)
Cause: 28:1332 Diversity-Racketeering (RICO) Act

Date Filed: 07/12/2018
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Diversity

**Plaintiff**

**Bon Secours Health System, Inc.**    represented by    **David J. Guarnieri**
McBrayer, McGinnis, Leslie & Kirkland
Ste. 900
201 East Main Street
Lexington, KY 40507
859-231-8780
Fax: 859-231-6518
Email: dguarnieri@mmlk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaron P. Blandford**
McBrayer, McGinnis, Leslie & Kirkland
Ste. 900
201 East Main Street
Lexington, KY 40507
859-231-8780
Fax: 859-231-6518
Email: jblandford@mcbrayerfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa English Hinkle**
McBrayer, McGinnis, Leslie & Kirkland
Ste. 900
201 East Main Street
Lexington, KY 40507
859-231-8780
Fax: 859-231-6518
Email: lhinkle@mmlk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Maclin , III**
McBrayer, McGinnis, Leslie & Kirkland
Ste. 900

201 E. Main Street
Lexington, KY 40507
859-231-8780
Fax: 859-231-1175
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K. Finnell , III**
Ste. 200
One West Fourth Avenue
P.O. Box 63
Rome, GA 30162
706-235-7272
Fax: 706-235-9461
Email: bob@finnellfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bon Secours - St. Francis Xavier Hospital, Inc.**  represented by **David J. Guarnieri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaron P. Blandford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa English Hinkle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Maclin , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K. Finnell , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**St. Francis Hospital, Inc.**  represented by **David J. Guarnieri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaron P. Blandford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa English Hinkle**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Maclin , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K. Finnell , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**St. Francis Physician Services, Inc.** represented by **David J. Guarnieri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaron P. Blandford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa English Hinkle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Maclin , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K. Finnell , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Purdue Pharma L.P.**

**Defendant**

**Purdue Pharma, Inc.**

**Defendant**

**Purdue Frederick Company, Inc.**

**Defendant**

**Cephalon, Inc.**

**Defendant**

Teva Pharmaceutical Industries, Ltd.

**Defendant**

Teva Pharmaceuticals USA, Inc.

**Defendant**

Johnson & Johnson

**Defendant**

Janssen Pharmaceuticals, Inc.

**Defendant**

**Ortho-McNeil-Janssen Pharmaceuticals, Inc.**
*now known as*
Janssen Pharmaceuticals, Inc.

**Defendant**

**Janssen Pharmaceutica Inc.**
*now known as*
Janssen Pharmaceuticals, Inc.

**Defendant**

Noramco, Inc.

**Defendant**

Endo Health Solutions Inc.

**Defendant**

Endo Pharmaceuticals, Inc.

**Defendant**

**Allergan PLC**
*formerly known as*
Actavis PLS

**Defendant**

**Watson Pharmaceutcals, Inc.**
*now known as*
Actavis, Inc.

**Defendant**

Watson Laboratories, Inc.

**Defendant**

Actavis LLC

**Defendant**

**Actavis Pharma, Inc.**
*formerly known as*
Watson Pharma, Inc.

**Defendant**

**Depomed, Inc.**

**Defendant**

**Mallinckrodt PLC**

**Defendant**

**Mallinckrodt LLC**

**Defendant**

**McKesson Corporation**         represented by    **Mark H. Lynch**
                                                  Covington & Burling - Washington
                                                  One City Center
                                                  850 Tenth Street, NW
                                                  Washington, DC 20001
                                                  202-662-5544
                                                  Email: mlynch@cov.com
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Cardinal Health, Inc.**

**Defendant**

**AmerisourceBergen Drug Corporation**

**Defendant**

**Collegium Pharmaceutical, Inc.**
*TERMINATED: 11/06/2019*

**Defendant**

**Miami-Luken, Inc.**

**Defendant**

**ALLERGAN FINANCE LLC, f/k/a ACTAVIS, INC., f/k/a WATSON PHARMACEUTICALS, INC.**

**Defendant**

**Amneal Pharmaceuticals, LLC**

**Defendant**

**Associated Pharmacies, Inc.**

**Defendant**

**B&B Pharmaceuticals, Inc.**
*TERMINATED: 06/27/2019*

**Defendant**

**CVS Health Corporation**

**Defendant**

Eckerd Corporation d/b/a Eckerd
Pharmacy

**Defendant**

**King Drug Company of Florence**

**Defendant**

**Medisca Inc.**

**Defendant**

**Mylan Pharmaceuticals, Inc.**

**Defendant**

**N.C. Mutual Wholesale Drug Co. a/k/a**     represented by     **Richard H. Blake**
**Mutual Drug**                                                    McDonald Hopkins - Cleveland
                                                                                 Ste. 2100
                                                                                 600 Superior Avenue, E
                                                                                 Cleveland, OH 44114
                                                                                 216-348-5400
                                                                                 Email: rblake@mcdonaldhopkins.com
                                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Omnicare Distribution Center, LLC**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Par Pharmaceutical Companies, Inc.**

**Defendant**

**Publix Super Markets, Inc.**

**Defendant**

**RITE AID CORPORATION**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Smith Drug Company a/k/a J M Smith
Corporation**

**Defendant**

**Specgx, LLC**

**Defendant**

**Walgreens Boots Alliance, Inc.**     represented by     **Kaspar J. Stoffelmayr**
                                                                                Bartlit Beck - Chicago
                                                                                Ste. 300
                                                                                54 West Hubbard Street

Chicago, IL 60654
312-494-4400
Fax: 312-494-4440
Email: kaspar.stoffelmayr@bartlit-beck.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Walmart Inc.

**Defendant**

west-ward pharmaceuticals corp. k/n/a
hikma pharmaceuticals, inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2018 | 1 | **Complaint** with jury demand against All Defendants. Filing fee paid $ 400, Receipt number 0647-8801992.. Filed by Bon Secours - St. Francis Xavier Hospital, Inc., Bon Secours Health System, Inc., St. Francis Hospital, Inc., St. Francis Physician Services, Inc.. (Attachments: # 1 Civil Cover Sheet) (Finnell, Robert) (Entered: 07/12/2018) |
| 11/08/2018 | 2 | Waiver of Service Returned Executed by All Plaintiffs. Actavis Pharma, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 3 | Waiver of Service Returned Executed by All Plaintiffs. Actavis LLC waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 4 | Waiver of Service Returned Executed by All Plaintiffs. Allergan PLC waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 5 | Waiver of Service Returned Executed by All Plaintiffs. AmerisourceBergen Drug Corporation waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 6 | Waiver of Service Returned Executed by All Plaintiffs. Cardinal Health, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 7 | Waiver of Service Returned Executed by All Plaintiffs. Cephalon, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 8 | Waiver of Service Returned Executed by All Plaintiffs. Collegium Pharmaceutical, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 9 | Waiver of Service Returned Executed by All Plaintiffs. Depomed, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 10 | Waiver of Service Returned Executed by All Plaintiffs. Endo Health Solutions Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |

| | | |
|---|---|---|
| 11/08/2018 | 11 | Waiver of Service Returned Executed by All Plaintiffs. Endo Pharmaceuticals, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 12 | Waiver of Service Returned Executed by All Plaintiffs. Janssen Pharmaceutica Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 13 | Waiver of Service Returned Executed by All Plaintiffs. Janssen Pharmaceuticals, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 14 | Waiver of Service Returned Executed by All Plaintiffs. Johnson & Johnson waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 15 | Waiver of Service Returned Executed by All Plaintiffs. Mallinckrodt LLC waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 16 | Waiver of Service Returned Executed by All Plaintiffs. McKesson Corporation waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 17 | Waiver of Service Returned Executed by All Plaintiffs. Miami-Luken, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 18 | Waiver of Service Returned Executed by All Plaintiffs. Noramco, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 19 | Waiver of Service Returned Executed by All Plaintiffs. Ortho-McNeil-Janssen Pharmaceuticals, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 20 | Waiver of Service Returned Executed by All Plaintiffs. Teva Pharmaceuticals USA, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 21 | Waiver of Service Returned Executed by All Plaintiffs. Watson Laboratories, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 11/08/2018) |
| 03/15/2019 | 22 | First **Amended complaint** against All Defendants and adding new party defendant(s) Allergan Finance LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Amneal Pharmaceuticals, LLC, Associated Pharmacies, Inc., B&B Pharmaceuticals, Inc., CVS Health Corporation, Eckerd Corporation d/b/a Eckerd Pharmacy, King Drug Company of Florence, Medisca Inc., Mylan Pharmaceuticals, Inc., N.C. Mutual Wholesale Drug Co. a/k/a Mutual Drug, Omnicare Distribution Center, LLC, Par Pharmaceutical, Inc., Par Pharmaceutical Companies, Inc., Publix Super Markets, Inc., Rite Aid Corporation, Sandoz, Inc., Smith Drug Company a/k/a J M Smith Corporation, SpecGx, LLC, Walgreens Boots Alliance, Inc., Walmart Inc., West-Ward Pharmaceuticals Corp. k/n/a Hikma Pharmaceuticals, Inc.. Filed by Bon Secours - St. Francis Xavier Hospital, Inc., Bon Secours Health System, Inc., St. Francis Hospital, Inc., St. Francis Physician Services, Inc.. (Finnell, Robert) (Entered: 03/15/2019) |

| | | |
|---|---|---|
| 03/21/2019 | 23 | Waiver of Service Returned Executed by All Plaintiffs. Purdue Pharma, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 03/21/2019) |
| 03/21/2019 | 24 | Waiver of Service Returned Executed by All Plaintiffs. Purdue Pharma L.P. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 03/21/2019) |
| 03/21/2019 | 25 | Waiver of Service Returned Executed by All Plaintiffs. Purdue Frederick Company, Inc. waiver sent on 7/16/2018, answer due 9/14/2018 filed on behalf of All Plaintiffs (Finnell, Robert) (Entered: 03/21/2019) |
| 05/29/2019 | 26 | Attorney Appearance by Mark H. Lynch filed by on behalf of McKesson Corporation. (Lynch, Mark) (Entered: 05/29/2019) |
| 05/29/2019 | 27 | Praecipe for issuance of Original Summons filed by All Plaintiffs. (Attachments: # 1 Summons)(Finnell, Robert) (Entered: 05/29/2019) |
| 05/30/2019 | 28 | Original Summons issued to counsel for service upon B&B Pharmaceuticals, Inc., Eckerd Corporation d/b/a Eckerd Pharmacy, King Drug Company of Florence, N.C. Mutual Wholesale Drug Co. a/k/a Mutual Drug, Publix Super Markets, Inc., Sandoz, Inc.. (P,R) (Entered: 05/30/2019) |
| 06/11/2019 | 29 | Attorney Appearance by Richard H. Blake filed by on behalf of N.C. Mutual Wholesale Drug Co. a/k/a Mutual Drug. (Blake, Richard) (Entered: 06/11/2019) |
| 06/26/2019 | 30 | Notice of Dismissal Under FRCP 41(a)(1) *of King Drug Company of Florence* filed by All Plaintiffs. (Finnell, Robert) (Entered: 06/26/2019) |
| 06/26/2019 | 31 | Notice of Dismissal Under FRCP 41(a)(1) *of Medisca, Inc.* filed by All Plaintiffs. (Finnell, Robert) (Entered: 06/26/2019) |
| 06/26/2019 | 32 | Proposed Stipulation *Dismissing Rite Aid Corporation* filed by All Plaintiffs. (Finnell, Robert) (Entered: 06/26/2019) |
| 06/27/2019 | 33 | **Stipulation & Order** dismissing Rite Aid Corporation and substituting Rite Aid of Maryland, Inc. Judge Dan Aaron Polster on 6/27/19. (P,R) (Entered: 06/27/2019) |
| 06/27/2019 | 34 | Notice of Dismissal Under FRCP 41(a)(1) *of B & B Pharmaceuticals, Inc.* filed by All Plaintiffs. (Finnell, Robert) (Entered: 06/27/2019) |
| 11/06/2019 | 35 | Notice of Dismissal Under FRCP 41(a)(1) *of Collegium Pharmaceutical, Inc.* filed by All Plaintiffs. (Finnell, Robert) (Entered: 11/06/2019) |
| 10/19/2020 | 36 | Attorney Appearance by Kaspar J. Stoffelmayr filed by on behalf of Walgreens Boots Alliance, Inc.. (Stoffelmayr, Kaspar) (Entered: 10/19/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/24/2023 14:34:53 | | | |
| **PACER Login:** | mbrownewell | **Client Code:** | 66666-6666 |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-op-45821-DAP |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |