# EXHIBIT 2

# MANATEE COUNTY FLORIDA DOCKET

Query   Reports   Utilities   Help   Log Out

MDLOUT

# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:19-cv-00143-VMC-AEP

Manatee County, Florida v. Purdue Pharma L.P. et al
Assigned to: Judge Virginia M. Hernandez Covington
Referred to: Magistrate Judge Anthony E. Porcelli
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 01/18/2019
Date Terminated: 02/04/2019
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Manatee County, Florida**   represented by   **Brent P. Ceryes**
Schochor, Frederico & Staton, P.A.
The Paulton
1211 St. Paul Street
Baltimore, MD 21202
410-234-1000
Fax: 410-234-1010
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn M. Vallejos-Nichols**
Avera & Smith, LLP
2814 SW 13th St
Gainesville, FL 32608-2017
352-372-9999
Fax: 352-375-2526
Email: dvallejos-nichols@avera.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dustin Herman**
Spangenberg Shibley & Liber, LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
216-696-3232
Fax: 216-696-3924
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter H. Weinberger**
Spangenberg Shibley & Liber, LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114

216-696-3232
Fax: 216-696-3924
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip C. Frederico**
Schochor, Frederico & Staton, P.A.
The Paulton
1211 St. Paul Street
Baltimore, MD 21202
410-234-1000
Fax: 410-234-1010
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rodney W. Smith**
Avera & Smith, LLP
2814 SW 13th St
Gainesville, FL 32608-2017
352/372-9999
Fax: 352/375-2526
Email: rodsmith@avera.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Fletcher Romano**
Romano Law Group
801 Spencer Dr
West Palm Beach, FL 33409-4027
561/533-6700
Fax: 561/533-1285
Email: john@romanolawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Purdue Pharma L.P.**

**Defendant**

**Purdue Pharma, Inc.**

**Defendant**

**The Purdue Frederick Company, Inc.**

**Defendant**

**Endo Health Solutions, Inc.**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Par Pharmaceutical Companies, Inc.**

**Defendant**

**Janssen Pharmaceutica Inc.**
*now known as*
Janssen Pharmaceuticals, Inc.

**Defendant**

**Noramco, Inc.**

**Defendant**

**Ortho-McNeil-Janssen Pharmaceuticals, Inc.**
*now known as*
Jannsen Pharmaceuticals, Inc.

**Defendant**

**Johnson & Johnson**

**Defendant**

**Teva Pharmaceuical Industries Ltd.**

**Defendant**

**Teva Pharmaceuticals USA, Inc.**

**Defendant**

**Cephalon, Inc.**

**Defendant**

**Allergan USA, Inc.**
*formerly known as*
Actavis PLC

**Defendant**

**Allergan Finance LLC**
*formerly known as*
Actavis, Inc.
*formerly known as*
Watson Phamaceuticals, Inc.

**Defendant**

**Watson Laboratories, Inc.**

**Defendant**

**Actavis, LLC**

**Defendant**

Actavis Pharma, Inc.
*formerly known as*
Watson Phama Inc.

**Defendant**

**Insys Therapeutics, Inc.**

**Defendant**

**Mallinckrodt PLC**

**Defendant**

**Mallinckrodt LLC**

**Defendant**

**SPECGX, LLC**

**Defendant**

**Cardinal Health, Inc.**

**Defendant**

**McKesson Corporation**

**Defendant**

**AmerisourceBergen Corporation**

**Defendant**

**CVS Health Corp.**

**Defendant**

**Walgreens Boots Alliance, Inc.**

**Defendant**

**Walmart, Inc.**

**Defendant**

**Publix Super Markets, Inc.**

**Defendant**

**Janssen Pharmaceuticals, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2019 | 1 | COMPLAINT against All Defendants with Jury Demand (Filing fee $ 400 receipt number 113A-15034685) filed by Manatee County, Florida.(Romano, John) (Entered: 01/18/2019) |
| 01/18/2019 | 2 | NEW CASE ASSIGNED to Judge Virginia M. Hernandez Covington and Magistrate Judge Anthony E. Porcelli. New case number: 8:19-cv-143-T-33AEP. (SJB) (Entered: 01/18/2019) |
| 01/22/2019 | 3 | NOTICE to counsel of Local Rule 1.05 (e): The Clerk is authorized and directed to require a complete and executed AO Form JS44, Civil Cover Sheet, which shall accompany each civil case as a condition to the filing thereof. State and federal prisoners, and other persons |

| | | |
|---|---|---|
| | | filing civil cases pro se are exempt from the requirements of this subsection. Please re-file a completed Civil Cover Sheet using the event Notice. (signed by deputy clerk). (KMM) (Entered: 01/22/2019) |
| 01/22/2019 | 4 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2.** Signed by Judge Virginia M. Hernandez Covington on 1/22/2019. (TWL) (Entered: 01/22/2019) |
| 01/23/2019 | 5 | **ORDER: Plaintiff is directed to effect service of process as required by Rule 4, Fed. R. Civ. P., and file proof thereof with the Court as soon as service has been effected. See Order for details.** Signed by Judge Virginia M. Hernandez Covington on 1/23/2019. (TWL) (Entered: 01/23/2019) |
| 01/23/2019 | 6 | NOTICE by Manatee County, Florida *Civil Cover Sheet* (Romano, John) (Entered: 01/23/2019) |
| 02/04/2019 | 7 | MULTIDISTRICT LITIGATION panel order (CTO-77) transferring case to: Northern District of Ohio re: MDL case number: 2804. (AG) (Entered: 02/04/2019) |
| 02/04/2019 | | CASE ELECTRONICALLY TRANSFERRED to Northern District of Ohio pursuant 7 MULTIDISTRICT LITIGATION panel order (CTO-77) transferring case re: MDL case number: 2804.(AG) (Entered: 02/04/2019) |
| 02/05/2019 | | Case transferred from Florida Middle has been opened in Northern District of Ohio as case 1:19-op-45044, filed 02/05/2019. (JNB) (Entered: 02/05/2019) |
| 04/01/2019 | 8 | WAIVER of service returned executed on 2/13/2019 by Manatee County, Florida as to Actavis, LLC. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 9 | WAIVER of service returned executed on 2/13/19 by Manatee County, Florida as to Actavis Pharma, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 10 | WAIVER of service returned executed on 3/1/19 by Manatee County, Florida as to Allergan Finance LLC. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 11 | WAIVER of service returned executed on 3/14/19 by Manatee County, Florida as to CVS Health Corp.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 12 | WAIVER of service returned executed on 3/14/19 by Manatee County, Florida as to The Purdue Frederick Company, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 13 | WAIVER of service returned executed on 2/14/19 by Manatee County, Florida as to Walgreens Boots Alliance, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 14 | WAIVER of service returned executed on 3/29/19 by Manatee County, Florida as to Walmart Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 15 | WAIVER of service returned executed on 2/13/19 by Manatee County, Florida as to Watson Laboratories, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 16 | WAIVER of service returned executed on 2/13/19 by Manatee County, Florida as to Cephalon, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 17 | WAIVER of service returned executed on 3/15/19 by Manatee County, Florida as to SPECGX, LLC. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 18 | WAIVER of service returned executed on 3/15/19 by Manatee County, Florida as to Mallinckrodt LLC. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 19 | WAIVER of service returned executed on 3/14/19 by Manatee County, Florida as to Noramco, Inc.. (Romano, Eric) (Entered: 04/01/2019) |

| | | |
|---|---|---|
| 04/01/2019 | 20 | WAIVER of service returned executed on 3/4/19 by Manatee County, Florida as to Cardinal Health, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 21 | WAIVER of service returned executed on 3/14/19 by Manatee County, Florida as to Purdue Pharma L.P.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 22 | WAIVER of service returned executed on 2/13/19 by Manatee County, Florida as to Teva Pharmaceuticals USA, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 23 | WAIVER of service returned executed on 3/14/19 by Manatee County, Florida as to Purdue Pharma, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 24 | WAIVER of service returned executed on 3/13/19 by Manatee County, Florida as to Endo Pharmaceuticals, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 25 | WAIVER of service returned executed on 3/13/19 by Manatee County, Florida as to Par Pharmaceutical, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 26 | WAIVER of service returned executed on 3/13/19 by Manatee County, Florida as to Endo Health Solutions, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 27 | WAIVER of service returned executed on 2/22/19 by AmerisourceBergen Corporation as to AmerisourceBergen Corporation. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 28 | WAIVER of service returned executed on 3/13/19 by Manatee County, Florida as to Par Pharmaceutical Companies, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/01/2019 | 29 | WAIVER of service returned executed on 3/15/19 by Manatee County, Florida as to Insys Therapeutics, Inc.. (Romano, Eric) (Entered: 04/01/2019) |
| 04/03/2019 | 30 | WAIVER of service returned executed on 4/2/19 by Manatee County, Florida as to Janssen Pharmaceutica Inc, Janssen Pharmaceuticals, Inc, Ortho-McNeil-Janssen Pharmaceuticals, Inc. (Romano, Eric) (Entered: 04/03/2019) |
| 04/03/2019 | 31 | WAIVER of service returned executed on 4/2/19 by Manatee County, Florida as to Johnson & Johnson. (Romano, Eric) (Entered: 04/03/2019) |
| 04/04/2019 | 32 | WAIVER of service returned executed on 4/4/2019 by Manatee County, Florida as to McKesson Corporation. (Romano, Eric) (Entered: 04/04/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/24/2023 10:32:29 | | | |
| **PACER Login:** | mbrownewell | **Client Code:** | 66666-6666 |
| **Description:** | Docket Report | **Search Criteria:** | 8:19-cv-00143-VMC-AEP |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |