# EXHIBIT 3

# HENRY COUNTY DOCKET

Cat08,MDL2804,Ruiz

# U.S. District Court
## NORTHERN DISTRICT OF OHIO (Cleveland)
## CIVIL DOCKET FOR CASE #: 1:18-op-46310-DAP

| | |
|---|---|
| Henry County, Georgia v. Purdue Pharma, LP et al | Date Filed: 12/11/2018 |
| Assigned to: Judge Dan Aaron Polster (MDL 2804) | Jury Demand: Plaintiff |
| Lead case: 1:17-md-02804-DAP | Nature of Suit: 360 P.I.: Other |
| Member case: (View Member Case) | Jurisdiction: Diversity |
| Case in other court: Georgia Northern, 1:18-cv-03899 | |
| Cause: 28:1441 Petition for Removal- Personal Injury | |

**Plaintiff**

**Henry County, Georgia**                    represented by **Roderick E. Edmond**
Edmond & Associates
410 The Candler Building
127 Peachtree Street
Atlanta, GA 30303
404-525-1080
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Ciaccio**
Napoli Shkolnik - Melville
Ste. 305
400 Broadhollow Road
Melville, NY 11747
212-397-1000
Fax: 646-843-7603
Email: jciaccio@napolilaw.com
*ATTORNEY TO BE NOTICED*

**Shayna Erin Sacks**
Napoli Shkolnik - Melville
Ste. 305
400 Broadhollow Road
Melville, NY 11747
212-397-1000
Email: ssacks@napolilaw.com
*ATTORNEY TO BE NOTICED*

**Salvatore C. Badala**
Napoli Shkolnik - Melville
Ste. 305
400 Broadhollow Road
Melville, NY 11747
212-397-1000
Fax: 646-843-7603

Email: sbadala@napolilaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Purdue Pharma L.P.**                    represented by    **Hayden A. Coleman**
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, NY 10010
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark S. Cheffo**
Dechert - New York
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
212-698-3500
Fax: 212-698-3599
Email: mark.cheffo@dechert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenton Webster Cole**
Baker Donelson Bearman Caldwell &
Berkowitz
1600 Monarch Plaza
3414 Peachtree Road, NE
Atlanta, GA 30326-1164
404-443-6774
Email: bcole@bakerdonelson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purdue Pharma Inc.**                    represented by    **Hayden A. Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark S. Cheffo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenton Webster Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purdue Frederick Company, Inc.**                represented by  **Hayden A. Coleman**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Mark S. Cheffo**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Brenton Webster Cole**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Teva Pharmaceuticals USA, Inc.**              represented by  **Brian M. Ercole**
                                                                Morgan, Lewis & Bockius
                                                                Ste. 1600
                                                                600 Brickell Avenue
                                                                Miami, FL 33131
                                                                305-415-3416
                                                                Fax: 305-415-3001
                                                                Email: brian.ercole@morganlewis.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Steven A. Reed**
                                                                Morgan, Lewis & Bockius - Philadelphia
                                                                1701 Market Street
                                                                Philadelphia, PA 19103
                                                                215-963-5000
                                                                Fax: 215-963-5001
                                                                Email: steven.reed@morganlewis.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Brenton Webster Cole**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Cephalon Inc.**                               represented by  **Brian M. Ercole**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Steven A. Reed**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Brenton Webster Cole**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson & Johnson**                    represented by   **Charles C. Lifland**
                                                          O'Melveny & Meyers
                                                          400 South Hope Street
                                                          Los Angeles, CA 90071
                                                          213-430-6665
                                                          Fax: 213-430-6407
                                                          Email: clifland@omm.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Brenton Webster Cole**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Janssen Pharmaceuticals Inc.**         represented by   **Charles C. Lifland**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Brenton Webster Cole**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Ortho-McNeil-Janssen Pharmaceuticals,**  represented by  **Charles C. Lifland**
**Inc.**                                                   (See above for address)
*now known as*                                             *LEAD ATTORNEY*
Janssen Pharmaceuticals Inc.                               *ATTORNEY TO BE NOTICED*

                                                          **Brenton Webster Cole**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Endo Pharmaceuticals Holdings, Inc.**  represented by   **Brenton Webster Cole**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ingo W. Sprie , Jr.**
                                                          Arnold & Porter Kaye Scholer - New York
                                                          250 West 55th Street
                                                          New York, NY 10019
                                                          212-836-8000
                                                          Fax: 212-715-1399
                                                          Email: Ingo.Sprie@apks.com
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jennifer Grandoff Cooper**
Baker, Donelson, Bearman, Caldwell &
Berkowitz
Ste. 1600
3414 Peachtree Road NE
Atlanta, GA 30326
404-577-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean O. Morris**
Arnold & Porter Kaye Scholer - Los
Angeles
777 South Figueroa Street
Los Angeles, CA 90017
213-243-4222
Email: sean.morris@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allergan PLC**
*formerly known as*
Actavis plc

represented by **Donna M. Welch**
Kirkland & Ellis - Chicago
300 North LaSalle Street
Chicago, IL 60654
312-862-2425
Fax: 312-862-2200
Email: dwelch@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer G. Levy**
Kirkland & Ellis - Washington
1301 Pennsylvania Avenue, NW
Washington, DC 20004
202-879-5211
Fax: 202-879-5200
Email: jlevy@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin L. Roth**
Kirkland & Ellis - Chicago
300 North LaSalle Street
Chicago, IL 60654
312-862-7170
Fax: 312-862-2200
Email: rothm@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Seth A. Litman
Thompson Hine
1600 Two Alliance Center
3560 Lenox Road
Atlanta, GA 30326
404-541-2900
Email: Seth.Litman@thompsonhine.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Timothy W. Knapp
Kirkland & Ellis - Chicago
300 North LaSalle Street
Chicago, IL 60654
312-862-7426
Fax: 312-862-2200
Email: tknapp@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis Inc**                     represented by   **Donna M. Welch**
*formerly known as*                                 (See above for address)
Watson Pharmaceuticals, Inc.                        *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jennifer G. Levy**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Martin L. Roth**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Seth A. Litman**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Timothy W. Knapp**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brenton Webster Cole**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Watson Laboratories Inc.**                          represented by **Brian M. Ercole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Reed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brenton Webster Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Insys Therapeutics, Inc.**                          represented by **J. Matthew Donohue**
Holland & Knight - Portland
Ste. 1800
601 Southwest Second Avenue
Portland, OR 97204
503-517-2913
Email: Matt.Donohue@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L. Franco**
Holland & Knight
Ste. 1800
601 SW 2nd Avenue
Portland, OR 97204
503-243-2300
Email: joe.franco@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brenton Webster Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mallinckrodt LLC**                          represented by **Andrew J. O'Connor**
Ropes & Gray - Boston
800 Boylston Street
Boston, MA 02199
617-951-7000
Fax: 617-951-7050
Email: Andrew.O'Connor@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brien T. O'Connor**
Ropes & Gray - Boston
800 Boylston Street
Boston, MA 02199

617-951-7000
Fax: 617-951-7050
Email: Brien.O'Connor@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brenton Webster Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis LLC**                                      represented by **Brian M. Ercole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Reed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brenton Webster Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis Pharma, Inc.**                             represented by **Brian M. Ercole**
*formerly known as*                                                   (See above for address)
Watson Pharma, Inc.                                                   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Reed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brenton Webster Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Endo Health Solutions Inc.**                       represented by **Brenton Webster Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ingo W. Sprie , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Grandoff Cooper**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean O. Morris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation**                     represented by   **Halsey G. Knapp , Jr.**
Krevolin Horst
Ste. 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
404-888-9611
Fax: 404-888-9577
Email: hknapp@khlawfirm.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan L. Rodgers**
Covington & Burling - Palo Alto
10th Floor
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
650-632-4734
Email: mrodgers@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil K. Roman**
Covington & Burling
One City Center
850 10th Street NW
Washington, DC 20001
202-662-5135
Fax: 202-778-5135
Email: nroman@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark H. Lynch**
Covington & Burling - Washington
One City Center
850 Tenth Street, NW
Washington, DC 20001
202-662-5544
Email: mlynch@cov.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cardinal Health Inc.**                                    represented by **Christopher A. Wiech**
                                                            Baker & Hostetler
                                                            St.e 2400
                                                            1170 Peachtree Street, N.E.
                                                            Atlanta, GA 30309
                                                            404-459-0050
                                                            Fax: 404-459-5734
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **S. Derek Bauer**
                                                            Baker & Hostetler - Atlanta
                                                            Ste. 2400
                                                            1170 Peachtree Street
                                                            Atlanta, GA 30309
                                                            404-459-0050
                                                            Fax: 404-459-5734
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**AmerisourceBergen Corporation**                           represented by **Edward McDowell Newsom**
                                                            Miller & Martin
                                                            Ste. 2100
                                                            1180 W. Peachtree Street, N.W.
                                                            Atlanta, GA 30309
                                                            404-962-6430
                                                            Email: eddie.newsom@millermartin.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Eileen Elizabeth Hintz Rumfelt**
                                                            Miller & Martin
                                                            Ste. 2100
                                                            1180 West Peachtree Street, N.W.
                                                            Atlanta, GA 30309
                                                            404-962-6100
                                                            Email: eileen.rumfelt@millermartin.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Robert A. Nicholas**
                                                            Reed Smith - Philadelphia
                                                            Ste. 3100
                                                            Three Logan Square
                                                            1717 Arch Street
                                                            Philadelphia, PA 19103
                                                            215-851-8100
                                                            Fax: 215-851-1420
                                                            Email: rnicholas@reedsmith.com
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Shannon E. McClure**
Reed Smith - Philadelphia
Ste. 3100
Three Logan Square
1717 Arch Street
Philadelphia, PA 19103
215-851-8226
Email: smcclure@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Health Corporation**                     represented by **Dan Foster Laney , III**
Rogers & Hardin
Peachtree Center
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303
404-420-4624
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard H. Sinkfield**
Rogers & Hardin
Peachtree Center
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303
404-522-4700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreens Boots Alliance Inc.**              represented by **Kaspar J. Stoffelmayr**
*also known as*
Walgreen Co.
Bartlit Beck - Chicago
Ste. 300
54 West Hubbard Street
Chicago, IL 60654
312-494-4400
Fax: 312-494-4440
Email: kaspar.stoffelmayr@bartlit-beck.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Alan Daxe**
Moore Ingram Johnson & Steele
Ste. 100
326 Roswell Street
Marietta, GA 30060
770-429-1499
Email: jad@mijs.com
*TERMINATED: 11/04/2020*
*ATTORNEY TO BE NOTICED*

Lindsay Anglin Fleming
Moore Ingram Johnson & Steele
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
770-429-1499
Email: lafleming@mijs.com
*TERMINATED: 11/04/2020*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walmart Inc.**
*formerly known as*
Wal-Mart Stores Inc.

represented by **Christopher Lovrien**
Jones Day - San Diego
Ste. 200
12265 El Camino Real
San Diego, CA 92130
213-243-2316
Fax: 213-243-2539
Email: cjlovrien@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claire E. Castles**
Jones Day - New York
222 East 41 Street
New York, NY 10017
213-243-2629
Fax: 213-243-2539
Email: ccastles@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Kolesar Gura**
Jones Day
Ste. 800
1420 Peachtree Street, N.E.
Atlanta, GA 30309
404-581-8980
Email: lgura@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah G. Conway**
Jones Day
50th Floor
555 South Flower Street
Los Angeles, CA 90071
213-489-3939
Fax: 213-243-2539
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rite Aid of Maryland**                                represented by   **Thomas J. Mazziotti**
                                                                         Hall Booth Smith
                                                                         Ste. 2900
                                                                         191 Peachtree Street, N.E.
                                                                         Atlanta, GA 30303
                                                                         404-954-6941
                                                                         Fax: 404-954-5020
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Narendra Nagareddy**                                  represented by   **Anthony L. Cochran**
                                                                         Smith, Gambrell & Russell
                                                                         Ste. 1000
                                                                         1105 West Peachtree Street, NE
                                                                         Atlanta, GA 30309
                                                                         404-815-3799
                                                                         Fax: 404-815-3509
                                                                         Email: acochran@sgrlaw.com
                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Perry Fine**                                          represented by   **Cecily J. McLeod**
                                                                         Gordon & Rees - Atlanta
                                                                         Ste. 1500
                                                                         3455 Peachtree Road
                                                                         Atlanta, GA 30326
                                                                         404-869-9054
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Chad A. Shultz**
                                                                         Ford & Harrison
                                                                         1275 Peachtree Street, NE
                                                                         Ste. 600
                                                                         Atlanta, GA 30309
                                                                         404-888-3800
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Vernon Phillip Hill , IV**
                                                                         Gordon Rees Scully Mansukhani
                                                                         1500 The Pinnacle Building
                                                                         3455 Peachtree Road
                                                                         Atlanta, GA 30326
                                                                         404-978-7302
                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Fishman**                                       represented by   **Cecily J. McLeod**
                                                                         (See above for address)
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

Chad A. Shultz
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Vernon Phillip Hill , IV
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Lynn Webster**                    represented by    Cecily J. McLeod
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Chad A. Shultz
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Vernon Phillip Hill , IV
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Janssen Pharmaceutica Inc.**       represented by    Charles C. Lifland
*now known as*                                        (See above for address)
Janssen Pharmaceuticals Inc.                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Brenton Webster Cole
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**SpecGX LLC**

**Defendant**
**Par Pharmaceutical, Inc.**

**Defendant**
**Par Pharmaceutical Companies, Inc.**

**Defendant**
**west-ward pharmaceuticals corp. k/n/a**
**hikma pharmaceuticals, inc.**

**Defendant**
**Mylan Pharmaceuticals, Inc.**

**Defendant**
**Mylan Specialty, L.P.**

**Defendant**

**Mylan Pharms, Inc.**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Walgreen Eastern Co.**                    represented by **Kaspar J. Stoffelmayr**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Publix Supermarkets, Inc.**

**Defendant**

**Richard S. Sackler**

**Defendant**

**Jonathan D. Sackler**

**Defendant**

**Mortimer D.A. Sackler**

**Defendant**

**Kathe A. Sackler**

**Defendant**

**Ilene Sackler Lefcourt**

**Defendant**

**Beverly Sackler**

**Defendant**

**Theresa Sackler**

**Defendant**

**David A. Sackler**

**Defendant**

**RHODES TECHNOLOGIES**

**Defendant**

**Rhodes Technologies Inc.**

**Defendant**

**Rhodes Pharmaceuticals L.P.**

**Defendant**

**Rhodes Pharmaceuticals Inc.**

**Defendant**

**Trust for the Benefit of Members of the**
**Raymond Sackler Family**

**Defendant**

**The P.F. Laboratories, Inc.**

**Defendant**

**Stuart D. Baker**

**Defendant**

**John N. Kapoor**

**Defendant**

**Miami-Luken, Inc.**

**Defendant**

**Noramco, Inc.**

**Defendant**

**Anda, Inc.**

**Defendant**

**Rite Aid Corp.**

**Defendant**

**Mallinckrodt, PLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2018 | 1 | NOTICE OF REMOVAL with COMPLAINT filed by Endo Health Solutions, Inc. and Endo Pharmaceuticals Holdings, Inc.. (Filing fee $ 400.00 receipt number 113E-8083480) (Attachments: # 1 Exhibit -1 - Transfer Order, # 2 Exhibit -2 - Complaint, # 3 Exhibit -3 - State Court File, # 4 Civil Cover Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. [Transferred from gand on 12/11/2018.] (Entered: 08/17/2018) |
| 08/21/2018 | 2 | Joint MOTION for Extension of Time for Defendants Amerisourcebergen Corporation, Cardinal Health, Inc., McKesson Corporation, and PSS World Medical, Inc. to Move, Answer or Otherwise Respond to the Complaint by McKesson Corporation. (Attachments: # 1 Text of Proposed Order Consent Order)(Knapp, Halsey) [Transferred from gand on 12/11/2018.] (Entered: 08/21/2018) |
| 08/21/2018 | | Submission of 2 Joint MOTION for Extension of Time for Defendants Amerisourcebergen Corporation, Cardinal Health, Inc., McKesson Corporation, and PSS World Medical, Inc. to Move, Answer or Otherwise Respond to the Complaint to District Judge Amy Totenberg. (jtj) [Transferred from gand on 12/11/2018.] (Entered: 08/21/2018) |
| 08/22/2018 | 3 | Consent MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint* with Brief In Support by Actavis Pharma, Inc., Actavis, Inc., Actavis, LLC, Cephalon, Inc., Endo Health Solutions, Inc., Endo Pharmaceuticals Holdings, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt, LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Purdue |

| | | |
|---|---|---|
| | | Pharma, Inc., Purdue Pharma, LP, Teva Pharmaceuticals USA, Inc., The Purdue Frederick Company, Inc., Watson Laboratories, Inc.. (Attachments: # 1 Text of Proposed Order) (Cole, Brenton) [Transferred from gand on 12/11/2018.] (Entered: 08/22/2018) |
| 08/22/2018 | | Submission of 3 Consent MOTION for Extension of Time to File Answer or Otherwise Respond to Complaint to District Judge Amy Totenberg. (jtj) [Transferred from gand on 12/11/2018.] (Entered: 08/22/2018) |
| 08/22/2018 | 4 | Consent MOTION for Extension of Time to File Answer , *Move, or Otherwise Response to Complaint* by Walgreens Boots Alliance, Inc.. (Fleming, Lindsay) [Transferred from gand on 12/11/2018.] (Entered: 08/22/2018) |
| 08/22/2018 | 5 | PROPOSED CONSENT ORDER Granting Extension of Time to Move, Answer, or Otherwise Respond to Complaint re: 4 Consent MOTION for Extension of Time to File Answer , *Move, or Otherwise Response to Complaint*. (Fleming, Lindsay) [Transferred from gand on 12/11/2018.] (Entered: 08/22/2018) |
| 08/23/2018 | | Submission of 5 Proposed Consent Order Granting Extension to District Judge Amy Totenberg. (jtj) [Transferred from gand on 12/11/2018.] (Entered: 08/23/2018) |
| 08/24/2018 | 6 | ORDER granting 2 Plaintiff and Defendants AmerisourceBergen Corporation, Cardinal Health, Inc., McKesson Corporation, and PSS World Medical, Inc. Joint Motion to Extend the Time for the Distributor Defendants to Move, Answer, or Otherwise Respond to the Complaint. The period in which the Distributor Defendants must answer, object, plead, move, or otherwise respond to Plaintiff's Complaint is extended to 30 days after the later of (i) the JPML's order granting a motion to vacate a conditional transfer order covering this action or otherwise renders a final decision denying transfer to the MDL, or (ii) this Court's ruling on remand, should any party file a motion to remand. Signed by Judge Amy Totenberg on 8/24/18. (ddm) [Transferred from gand on 12/11/2018.] (Entered: 08/24/2018) |
| 08/24/2018 | 7 | ORDER granting 3 The Moving Defendants' Consent Motion for Extension of Time to to Move, Answer, or Otherwise Respond to the Complaint. The Moving Defendants shall have up to 45 days following any decision on a motion for remand that Plaintiff may file or final decision by the JPML transferring the case to In re: National Prescription Opiate Litigation, MDL No. 2804 (N.D. Ohio) to move, answer, or otherwise respond to Plaintiff's Complaint. Signed by Judge Amy Totenberg on 8/24/18. (ddm) [Transferred from gand on 12/11/2018.] (Entered: 08/24/2018) |
| 08/24/2018 | 8 | ORDER granting 4 the Consent Motion for Extension of Time to Move, Answer, or Otherwise Respond to the Complaint filed by Defendants Walgreens Boots Alliance, Inc. a/k/a Walgreen Co., CVS Health Corporation, Wal-Mart Inc. f/k/a Wal-Mart Stores, Inc., and Rite Aid of Maryland, Inc. The Retail Pharmacy Defendants' time to move, answer, object, or otherwise to respond to Plaintiff's Complaint is extended until 45 days following the final determination of removal of this action to federal court or transfer to the multidistrict litigation pending in the Northern District of Ohio, In re National Prescription Opiate Litigation, Case No. CV 17-2804, whichever is later. Signed by Judge Amy Totenberg on 8/24/18. (ddm) [Transferred from gand on 12/11/2018.] (Entered: 08/24/2018) |
| 08/24/2018 | | Clerk's Certificate of Mailing to attorneys not receiving electronic copy re [6,7,8] Orders. Notice of street name change for the Atlanta courthouse included. (ddm) [Transferred from gand on 12/11/2018.] (Entered: 08/24/2018) |
| 08/29/2018 | 9 | Consent MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint* by Narendra Nagareddy. (Attachments: # 1 Text of Proposed Order)(Cochran, Anthony) [Transferred from gand on 12/11/2018.] (Entered: 08/29/2018) |

| 08/30/2018 | | Submission of 9 Consent MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint* to District Judge Amy Totenberg. (btql) [Transferred from gand on 12/11/2018.] (Entered: 08/30/2018) |
|---|---|---|
| 08/31/2018 | 10 | ORDER GRANTING 9 Motion for Extension of Time to Answer the 1 Notice of Removal with Complaint. Narendra Nagareddy's answer due 45 days after the later of the JPML's order, or this Court's ruling on remand, should any party file a motion to remand. Signed by Judge Amy Totenberg on 8/30/2018. (btql) [Transferred from gand on 12/11/2018.] (Entered: 08/31/2018) |
| 09/11/2018 | 11 | Certificate of Interested Persons and Corporate Disclosure Statement by Rite Aid of Maryland, Inc. identifying Corporate Parent Rite Aid Corporation for Rite Aid of Maryland, Inc.. (Mazziotti, Thomas) [Transferred from gand on 12/11/2018.] (Entered: 09/11/2018) |
| 09/11/2018 | 12 | Consent MOTION to Stay *Proceedings Pending Remand or Transfer to Multidistrict Litigation 2804* by Walgreens Boots Alliance, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Fleming, Lindsay) [Transferred from gand on 12/11/2018.] (Entered: 09/11/2018) |
| 09/11/2018 | 13 | PROPOSED CONSENT ORDER Granting Motion to Stay Proceedings re: 12 Consent MOTION to Stay. (Fleming, Lindsay) [Transferred from gand on 12/11/2018.] (Entered: 09/11/2018) |
| 09/12/2018 | | Submission of 13 Proposed Consent Order to District Judge Amy Totenberg. (jtj) [Transferred from gand on 12/11/2018.] (Entered: 09/12/2018) |
| 09/12/2018 | 14 | ORDER GRANTING 12 Motion to Stay Proceedings. All proceedings, preliminary requirements, and filing deadlines in this action under this Court's local rules, including Initial Disclosures, Early Planning Conference, and Joint Preliminary Report and Discovery Plan, are STAYED until 45 days after the final determination of removal of this action to federal court or transfer to the multidistrict litigation pending in the Northern District of Ohio, In re National Prescription Opiate Litigation, Case No. CV 17-2804 (MDL 2804), whichever is later. When the stay lifts, the usual deadlines under this Courts local rules shall apply except that any event timed to the removal of an action shall instead be timed to the filing of the Retail Pharmacy Defendants' responsive pleading(s). Signed by Judge Amy Totenberg on 9/12/2018. (jtj) [Transferred from gand on 12/11/2018.] (Entered: 09/12/2018) |
| 09/12/2018 | 15 | NOTICE of Appearance by Jeffrey Alan Daxe on behalf of Walgreens Boots Alliance, Inc. (Daxe, Jeffrey) [Transferred from gand on 12/11/2018.] (Entered: 09/12/2018) |
| 09/13/2018 | 16 | MOTION to Remand to State Court with Brief In Support by Henry County, Georgia. (Attachments: # 1 Brief Brief in Support of Motion to Remand)(Edmond, Roderick) [Transferred from gand on 12/11/2018.] (Entered: 09/13/2018) |
| 09/27/2018 | 17 | RESPONSE in Opposition re 16 MOTION to Remand to State Court filed by Endo Health Solutions, Inc., Endo Pharmaceuticals Holdings, Inc.. (Attachments: # 1 Exhibit Ex. 1 - Citation List)(Cole, Brenton) [Transferred from gand on 12/11/2018.] (Entered: 09/27/2018) |
| 10/01/2018 | 18 | MOTION for Clarification re: 14 Order on Motion to Stay, by Narendra Nagareddy. (Attachments: # 1 Exhibit A-Proposed Response to Motion to Remand)(Cochran, Anthony) [Transferred from gand on 12/11/2018.] (Entered: 10/01/2018) |
| 10/17/2018 | | Submission of 18 MOTION for Clarification re: 14 Order, to District Judge Amy Totenberg. (jtj) [Transferred from gand on 12/11/2018.] (Entered: 10/17/2018) |

| 10/23/2018 | [19](#) | ORDER re: [18](#) Defendant Dr. Nagareddy's Motion for Clarification. If this case is not transferred to the multidistrict litigation pending in the Northern District of Ohio, In re National Prescription Opiate Litigation, Case No. CV 17-2804 (MDL 2804), Defendants will have 45 days after that determination to respond to Plaintiff's Motion to Remand to State Court (Doc. 16). Dr. Nagareddy is not required to file a response to Plaintiff's Motion to Remand to State Court until further order from this court. Signed by Judge Amy Totenberg on 10/23/2018. (jtj) [Transferred from gand on 12/11/2018.] (Entered: 10/23/2018) |
|---|---|---|
| 11/19/2018 | [20](#) | Notice for Leave of Absence for the following date(s): 11/19/18 through 3/19/19, by Cecily J. McLeod. (McLeod, Cecily) [Transferred from gand on 12/11/2018.] (Entered: 11/19/2018) |
| 12/07/2018 | [21](#) | NOTICE of Appearance by Vernon Phillip Hill, IV on behalf of Perry Fine, Scott Fishman, Lynn Webster (Hill, Vernon) [Transferred from gand on 12/11/2018.] (Entered: 12/07/2018) |
| 12/10/2018 | [22](#) | CONDITIONAL CERTIFIED TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation to be transferred to USDC, Northern District of Ohio. (bdb) [Transferred from gand on 12/11/2018.] (Entered: 12/10/2018) |
| 12/10/2018 | | Civil Case Terminated. (bdb) [Transferred from gand on 12/11/2018.] (Entered: 12/10/2018) |
| 12/10/2018 | | Electronically Transferring Case to USDC, Northern District of Ohio as to [22](#) MDL Conditional Certified Transfer Order. (bdb) [Transferred from gand on 12/11/2018.] (Entered: 12/10/2018) |
| 12/11/2018 | [23](#) | CASE TRANSFERRED IN from District of Georgia Northern. Case number 1:18-cv-03899. Original file, certified copy of transfer order and docket sheet received. (Entered: 12/11/2018) |
| 03/18/2019 | [24](#) | **Amended complaint** against All Defendants and adding new party defendant(s) SpecGx LLC; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; West-Ward Pharmaceuticals Corp. k/n/a Hikma Pharmaceuticals, Inc.; Mylan Pharmaceuticals, Inc.; Mylan Specialty, L.P.; Mylan Pharms, Inc.; Sandoz, Inc.; Walgreen Eastern Co.; Publix Supermarkets, Inc.; Richard S. Sackler; Jonathan D. Sackler; Mortimer D.A. Sackler; Kathe A. Sackler; Ilene Sackler Lefcourt; Beverly Sackler; Theresa Sackler; David A. Sackler; Rhodes Technologies; Rhodes Technologies Inc.; Rhodes Pharmaceuticals L.P.; Rhodes Pharmaceuticals Inc.; Trust for the Benefit of Members of the Raymond Sackler Family; The P.F. Laboratories, Inc.; Stuart D. Baker; John N. Kapoor; Miami-Luken, Inc.; Noramco, Inc.; Anda, Inc.; Rite Aid Corp.; and Mallinckrodt, plc. Filed by Henry County, Georgia. (Badala, Salvatore) (Entered: 03/18/2019) |
| 03/19/2019 | [25](#) | Attorney Appearance by Shayna Erin Sacks filed by on behalf of Henry County, Georgia. (Sacks, Shayna) (Entered: 03/19/2019) |
| 03/19/2019 | [26](#) | Attorney Appearance by Joseph L. Ciaccio filed by on behalf of Henry County, Georgia. (Ciaccio, Joseph) (Entered: 03/19/2019) |
| 07/01/2019 | [27](#) | Attorney Appearance by Kaspar J. Stoffelmayr filed by on behalf of Walgreen Eastern Co., Walgreens Boots Alliance Inc.. (Stoffelmayr, Kaspar) (Entered: 07/01/2019) |
| 07/01/2019 | [28](#) | Corporate Disclosure Statement filed by Walgreens Boots Alliance Inc.. (Stoffelmayr, Kaspar) (Entered: 07/01/2019) |
| 07/01/2019 | [29](#) | Corporate Disclosure Statement identifying Corporate Parent Walgreens Boots Alliance, Inc. for Walgreen Eastern Co. filed by Walgreen Eastern Co.. (Stoffelmayr, Kaspar) |

| | | (Entered: 07/01/2019) |
|---|---|---|
| 07/03/2019 | [30](#) | Attorney Appearance by Mark H. Lynch filed by on behalf of McKesson Corporation. (Lynch, Mark) (Entered: 07/03/2019) |
| 03/29/2022 | [31](#) | **Second Master Stipulation & Order** Dismissing With Prejudice Plaintiff Subdivisions' Claims Against Janssen and Distributor Defendants. Judge Dan Aaron Polster on 3/29/22. (P,R) (Entered: 03/29/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/24/2023 14:41:12 | | |
| **PACER Login:** mbrownewell | **Client Code:** | 66666-6666 |
| **Description:** Docket Report | **Search Criteria:** | 1:18-op-46310-DAP |
| **Billable Pages:** 17 | **Cost:** | 1.70 |