UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All cases* | MDL NO. 1:17-MD-2804<br><br>**Honorable Dan Aaron Polster** |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Hyung P. Steele of Troutman Pepper Hamilton Sanders LLP hereby enters his appearance as counsel of record for Defendant Sun Pharmaceutical Industries, Inc., in the above-captioned action.

DATED:  February 28, 2023

                                        Respectfully submitted,

                                        */s/ Hyung P. Steele*
                                        Hyung P. Steele (PA Bar No. 91294)
                                        Troutman Pepper Hamilton Sanders LLP
                                        3000 Two Logan Square
                                        Eighteenth & Arch Streets
                                        Philadelphia, PA  19103-2799
                                        215.981.4000
                                        Hyung.Steele@troutman.com

                                        *Counsel for Defendant*
                                        *Sun Pharmaceutical Industries, Inc.*

99999v9

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2023, I electronically filed the foregoing Notice of Appearance of Counsel with the Court using the CM/ECF system, which will send electronic notifications to all counsel of record.

                                              */s/ Hyung P. Steele*
                                              Hyung P. Steele

                                              Counsel for Defendant
                                              Sun Pharmaceutical Industries, Inc.