UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>) | No. 1:17-md-2804<br><br>Judge Dan A. Polster |

NOTICE OF CHANGE OF ADDRESS

TO: THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective February 1, 2023, the law firm of Robbins Geller Rudman & Dowd LLP changed its address from 120 East Palmetto Park Road, Suite 500, Boca Raton, Florida 33432 to:

>  225 NE Mizner Boulevard
>  Suite 720
>  Boca Raton, Florida  33432

The telephone and facsimile numbers and e-mail and website addresses will remain the same.  Please revise your records accordingly.

DATED:  March 2, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS


*s/Mark J. Dearman*
MARK J. DEARMAN

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

Attorneys for Plaintiffs Baltimore County, Maryland; Broward County, Florida; Caroline County, Maryland; Cass County, North Dakota; Central States, Southeast and Southwest Areas Health & Welfare Fund; Chester County, Pennsylvania; City of Bowie, Maryland; City of Coconut Creek, Florida; City of Concord, New Hampshire; City of Delray Beach; City of Dover, New Hampshire; City of Frederick, Maryland; City of Grand Forks, North Dakota; City of Los Angeles, California; City of Phoenix, Arizona; Cleveland Bakers and Teamsters Health and Welfare Fund; Consumer Protection Division, Office of the Attorney General of Maryland;

- 1 -

- 2 -

County of Brevard, Florida; County of Cheboygan; County of Marin; County of Monroe, Michigan; County of Napa, California; County of Oakland; County of San Luis Obispo, California; County of Santa Cruz, California; County of Sonoma, California; County of Tulare, California; County of Wayne; Detroit Wayne County Mental Health Authority; Frederick County, Maryland; Garrett County, Maryland; Harford County, Maryland; Mayor and Common Council of Westminster, Maryland; Mayor and Council of Rockville, Maryland; Montgomery County, Maryland; National Roofers Union & Employers Joint Health & Welfare Fund; Pipe Fitters Local Union No. 120 Insurance Fund; Talbot County, Maryland; The City and County of San Francisco, California; The City of Fort Lauderdale, Florida; The City of Pompano Beach, Florida; The City of San Diego; The County Commission of Monroe County, Florida; The People of the State of California

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*s/Mark J. Dearman*
MARK J. DEARMAN

ROBBINS GELLER RUDMAN
  & DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com