UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Appendix A* | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

### STIPULATION AND ORDER
### RELEASING AND DISMISSING WITH PREJUDICE CLAIMS
### PURSUANT TO TRIBAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants Allergan Finance, LLC, Allergan Limited, Allergan Sales, LLC, and Allergan USA, Inc. (collectively and together with their Released Entities, the "Settling Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Allergan Tribal Settlement Agreement, dated December 16, 2022, which is binding on the Dismissing Plaintiffs and the Settling Defendants, and which has an Effective Date of February 24, 2023 (a copy of which is attached as Appendix B), all Claims of each Dismissing Plaintiff against any Settling Defendants, including any entity identified on the attached Appendix C, are hereby voluntarily released and **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] All capitalized terms not defined herein shall have the meaning set forth in the Allergan Tribal Settlement Agreement. The Released Entities are each and every entity that is a "Released Entity" as set forth in Section II.DD and Exhibit G of the Allergan Tribal Settlement Agreement, dated as of December 16, 2022, a copy of which is attached as Appendix B. Appendix C, also attached hereto, represents a good faith effort by the Settling Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Settling Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

The Court shall retain jurisdiction with respect to the Allergan Tribal Settlement Agreement to the extent provided under that Agreement.

Dated February 24, 2023                                             Respectfully Submitted,

Agreed as to form and substance:

/s/ Lloyd Miller
Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

/s/ Geoffrey Strommer
Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

/s/ Tim Purdon
Tara Sutton / Tim Purdon
Robins Kaplan LLP

/s/ Lynn Sarko
Lynn Sarko
Keller Rohrback L.L.P.

/s/ T. Roe Frazer
T. Roe Frazer
Frazer PLC

/s/ Peter Mougey
Peter Mougey
Levin Papantonio Rafferty

/s/ Scott Gilbert
Scott Gilbert
Gilbert LLP

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

/s/ Steve Skikos
Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

**ALLERGAN DEFENDANTS**

*/s/ Rebecca Fitzpatrick*
Rebecca Fitzpatrick, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
rebecca.fitzpatrick@kirkland.com

*Counsel for Settling Defendants*

**SO ORDERED:**

Dated: 3/2/23                               /s/Dan Aaron Polster
                                                       HON. DAN AARON POLSTER
                                                       U.S. DISTRICT JUDGE