UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| *This document relates to:* | JUDGE DAN AARON POLSTER |
| *All Cases Noted on Attached Appendix A* | |

**STIPULATION AND ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO TRIBAL SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants Walgreen Co., Walgreens Boots Alliance, Inc., WAGDCO LLC, Walgreen Eastern Co., Inc., Walgreens Mail Service, LLC, Walgreens Specialty Pharmacy, LLC, Walgreens.com, Inc., Walgreens of Massachusetts, LLC, Walgreen Louisiana Co., Inc., Walgreen Pharmacy Services Midwest LLC, Walgreen Arizona Drug Co., Walgreen of Puerto Rico, Inc., Walgreen of San Patricio, Inc., SAJ Distributors and Duane Reade, Inc. (collectively and together with Released Entities, the "Walgreens Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Walgreens Settlement Agreement, dated December 27, 2022, which is binding on the Dismissing Plaintiffs and the Walgreens Defendants, and which has an Effective Date of February 24, 2023 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Walgreens Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Walgreens Settlement Agreement to the extent provided under that Agreement.

---

[1] The Released Entities are each and every entity that is a "Released Entity" as set forth in Section I.25 of the Walgreens Settlement Agreement, dated as of December 27, 2022, a copy of which is attached as Appendix B.

Date:  February 24, 2023

Agreed as to form and substance:

*For the Tribal Leadership Committee*

/s/ Lloyd Miller
Lloyd Miller / Don Simon / Whitney
Leonard
Sonosky, Chambers, Sachse, Miller &
Monkman, LLC

/s/ Lynn Sarko
Lynn Sarko
Keller Rohrback, LLP

/s/ Tim Purdon
Tara Sutton / Tim Purdon
Robins Kaplan LLP

/s/ T. Roe Frazer
Roe Frazer
Frazer PLC

/s/ Peter Mougey
Peter Mougey
Levin Papantonio Raftery

/s/ Scott Gilbert
Scott Gilbert
Gilber LLP

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser / Dan Drachler /
Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein
LLP

/s/ Geoffrey Strommer
Geoffrey Strommer /Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

/s/ Steve Skikos
Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

*For Walgreens*

/s/ Harlan Levy
Harlan Levy
Foley Hoag LLP
1301 Avenue of the Americas
New York, New York 10019
hlevy@foleyhoag.com

/s/ Kristyn DeFilipp
Kristyn DeFilipp
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02110
kbuncedefilipp@foleyhoag.com

/s/ Wayne B. Mason
Wayne B. Mason
Faegre Drinker
1717 Main Ste. 5400
Dallas, TX 75201
Wayne.Mason@faegerdrinker.com

/s/ Michael J. Freeman
Michael J. Freeman
104 Wilmot Road, MS #144Q
Deerfield, IL 60015
michael.j.freeman@walgreens.com

SO ORDERED this ＿＿＿3/2/23＿＿＿＿＿＿＿＿＿


＿＿/s/Dan Aaron Polster＿＿＿＿＿＿＿＿＿

Hon. Dan Aaron Polster
United States District Judge