# APPENDIX A

| Tribe | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Alaska Native Tribal Health Consortium | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-46293-DAP |
| Aleutian Pribilof Islands Association | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:19-op-45024-DAP |
| Arctic Slope Native Association | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-46268-DAP |
| Asa'carsarmiut Tribe | Alaska | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46309-DAP |
| Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45256-DAP<br>1:19-op-45270-DAP<br>1:19-op-45297-DAP |
| Bay Mills Indian Community, Michigan | Michigan | /s/ Skikos | Skikos | NDOH | 1:19-op-45287-DAP |
| Bear River Band of the Rohnerville Rancheria, California | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46362-DAP |
| Big Sandy Rancheria of Western Mono Indians of California | California | /s/ Ceiba Legal, LLP | Ceiba Legal, LLP | NDOH | 1:18-op-45923-DAP |
| Big Valley Band of Pomo Indians of the Big Valley Rancheria, California | California | /s/ Ceiba Legal, LLP | Ceiba Legal, LLP | NDOH | 1:18-op-45922-DAP |
| Blackfeet Nation (also listed as Blackfeet Tribe of the Blackfeet Indian Reservation of Montana) | Montana | /s/ Powell & Majestro, PLLC | Powell & Majestro, PLLC | NDOH | 1:18-op-45749-DAP |
| Bristol Bay Area Health Corporation | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:19-op-46175-DAP |
| Cahto Tribe of the Laytonville Rancheria | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| Catawba Indian Nation | South Carolina | /s/ Fields PLLC | Fields PLLC | NDOH | 1:20-op-45234-DAP |
| Cayuga Nation | New York | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:20-op-45153-DAP |
| Cher-Ae Heights Indian Community of the Trinidad Rancheria, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| Cheyenne and Arapaho Tribes, Oklahoma | Oklahoma | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45231-DAP |
| Cheyenne River Sioux Tribe of the Cheyenne River Reservation, South Dakota (also listed as Cheyenne River Sioux Trib of South Dakota) | South Dakota | /s/ Domina Law Group | Domina Law Group | NDOH | 1:19-op-45114-DAP |
| Chickasaw Nation | Oklahoma | /s/ Whitten Burrage | Whitten Burrage | NDOH | 1:19-op-45066-DAP<br>1:20-op-45201-DAP |
| Chippewa Cree Indians of the Rocky Boy's Reservation | Montana | /s/ Skikos | Skikos | NDOH | 1:19-op-45395-DAP |
| Chitimacha Tribe of Louisiana | Louisiana | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45825-DAP |
| Choctaw Nation (also listed as Choctaw Nation of Oklahoma) | Oklahoma | /s/ Whitten Burrage | Whitten Burrage | NDOH | 1:19-op-45065-DAP<br>1:20-op-45202-DAP |
| Chugachmiut | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-46268-DAP |
| Citizen Potawatomi Nation, Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:19-op-46013-DAP |
| Cloverdale Rancheria of Pomo Indians of California | California | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-46241-DAP |
| Coeur D'Alene Tribe | Idaho | /s/ Skikos | Skikos | NDOH | 1:19-op-45115-DAP |
| Comanche Nation, Oklahoma | Oklahoma | /s/ Skikos | Skikos | NDOH | 1:19-op-45442-DAP |
| Confederated Salish and Kootenai Tribes of the Flathead Reservation | Montana | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45364-DAP |
| Confederated Tribes of the Colville Reservation | Washington | /s/ Skikos | Skikos | NDOH | 1:19-op-45312-DAP |
| Confederated Tribes of the Goshute Reservation, Nevada and Utah | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45972-DAP |

| Tribe | State | Signature | Firm | Court | Case Number |
|---|---|---|---|---|---|
| Confederated Tribes of the Grand Ronde Community of Oregon | Oregon | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45097-DAP |
| Confederated Tribes of the Umatilla Indian Reservation | Oregon | /s/ Skikos | Skikos | NDOH | 1:18-op-45541-DAP |
| Confederated Tribes of the Warm Springs Reservation of Oregon | Oregon | /s/ Skikos | Skikos | NDOH | 1:19-op-45069-DAP |
| Copper River Native Association | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-46268-DAP |
| Coquille Indian Tribe | Oregon | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45970-DAP |
| Coushatta Tribe of Louisiana | Louisiana | /s/ Levin Papantonio | Levin Papantonio | NDOH | 1:19-op-45438-DAP |
| Cow Creek Band of Umpqua Tribe of Indians | Oregon | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45417-DAP |
| Coyote Valley Band of Pomo Indians of California | California | /s/ Ceiba Legal, LLP | Ceiba Legal, LLP | NDOH | 1:18-op-45918-DAP |
| Delaware Nation, Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:19-op-46011-DAP |
| Dry Creek Rancheria Band of Pomo Indians, California | California | /s/ Skikos | Skikos | NDOH | 1:20-op-45147-DAP |
| Eastern Aleutian Tribes | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-46268-DAP |
| Eastern Band of Cherokee Indians | North Carolina | /s/ Baron & Budd | Baron & Budd | NDOH | 1:18-op-45098-DAP |
| Eastern Shoshone Tribe of the Wind River Reservation, Wyoming | Wyoming | /s/ Skikos | Skikos | NDOH | 1:19-op-45412-DAP |
| Ely Shoshone Tribe of Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46003-DAP |
| Ewiiaapaayp Band of Kumeyaay Indians, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| Flandreau Santee Sioux Tribe of South Dakota | South Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45095-DAP |
| Fond du Lac Band of the Minnesota Chippewa Tribe, Minnesota | Minnesota | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46146-DAP<br>1:18-op-46295-DAP<br>1:20-op-45250-DAP |
| Forest County Potawatomi Community, Wisconsin | Wisconsin | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-46342-DAP |
| Fort Belknap Indian Community of the Fort Belknap Reservation of Montana | Montana | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45364-DAP |
| Gila River Indian Community of the Gila River Indian Reservation, Arizona | Arizona | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45366-DAP |
| Grand Traverse Band of Ottawa and Chippewa Indians, Michigan | Michigan | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45078-DAP |
| Guidiville Rancheria of California | California | /s/ Ceiba Legal, LLP | Ceiba Legal, LLP | NDOH | 1:18-op-45917-DAP |
| Ho-Chunk Nation of Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45076-DAP |
| Hoopa Valley Tribe, California | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46361-DAP |
| Hopi Tribe of Arizona | Arizona | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:20-op-45204-DAP |
| Hopland Band of Pomo Indians, California | California | /s/ Ceiba Legal, LLP | Ceiba Legal, LLP | NDOH | 1:18-op-45913-DAP |
| Houlton Band of Maliseet Indians | Maine | /s/ Farrell Law | Farrell Law | NDOH | 1:19-op-45315-DAP |
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona | Arizona | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:19-op-45004-DAP |
| Indian Health Council | California | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-46316-DAP |
| Iowa Tribe of Kansas and Nebraska | Kansas | /s/ Skikos | Skikos | NDOH | 1:20-op-45099-DAP |
| Jamestown S'Klallam Tribe | Washington | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-45271-DAP |
| Jicarilla Apache Nation, New Mexico | New Mexico | /s/ Skikos | Skikos | NDOH | 1:19-op-45385-DAP |

| Tribe | State | Signature | Firm | Court | Case Number |
|---|---|---|---|---|---|
| Kenaitze Indian Tribe | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-46309-DAP |
| Kickapoo Traditional Tribe of Texas | Texas | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45104-DAP |
| Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas | Kansas | /s/ Skikos | Skikos | NDOH | 1:19-op-45381-DAP |
| Klamath Tribes | Oregon | /s/ Weitz & Luxenberg | Weitz & Luxenberg | NDOH | 1:19-op-45786-DAP |
| Kodiak Area Native Association | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-46260-DAP |
| Koi Nation of Northern California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| Kootenai Tribe of Idaho | Idaho | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-46153-DAP |
| La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation, California | California | /s/ Skikos | Skikos | NDOH | 1:19-op-45397-DAP |
| Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45932-DAP |
| Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45502-DAP |
| Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan | Michigan | /s/ Skikos | Skikos | NDOH | 1:18-op-46239-DAP |
| Leech Lake Band of Ojibwe (also listed as Leech Lake Band of the Minnesota Chippewa Tribe, Minnesota) | Minnesota | /s/ Leech Lake Band of Ojibwe, Legal Department | Leech Lake Band of Ojibwe, Legal Department | NDOH | 1:18-op-45052-DAP |
| Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota | South Dakota | /s/ Greene Ketchum Farrell Bailey & Tweel LLP | Greene Ketchum Farrell Bailey & Tweel LLP | NDOH | 1:19-op-45350-DAP |
| Lower Sioux Indian Community in the State of Minnesota | Minnesota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45976-DAP |
| Lummi Tribe of the Lummi Reservation | Washington | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:18-op-45955-DAP |
| Lytton Rancheria of California | California | /s/ Levin Papantonio | Levin Papantonio | NDOH | 1:19-op-45580-DAP |
| Makah Indian Tribe of the Makah Indian Reservation | Washington | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:18-op-46022-DAP |
| Manchester Point Area Band of Pomo Indians (also listed as Manchester Band of Pomo Indians of the Manchester Rancheria, California) | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| Mashantucket Pequot Tribal Nation (also listed as Mashantucket Pequot Indian Tribe) | Connecticut | /s/ Skikos | Skikos | NDOH | 1:19-op-45405-DAP |
| Mechoopda Indian Tribe of Chico Rancheria, California | California | /s/ Skikos | Skikos | NDOH | 1:19-op-45403-DAP |
| Menominee Indian Tribe of Wisconsin | Wisconsin | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45426-DAP |
| Mentasta Traditional Council | Alaska | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45024-DAP |
| Mescalero Apache Tribe of the Mescalero Reservation, New Mexico | New Mexico | /s/ Skikos | Skikos | NDOH | 1:19-op-45317-DAP |
| Miccosukee Tribe of Indians | Florida | /s/ The Moskowitz Law Firm | The Moskowitz Law Firm | NDOH | 1:19-op-45121-DAP |
| Mille Lacs Band of Ojibwe (also listed as Mille Lacs Band of the Minnesota Chippewa Tribe, Minnesota) | Minnesota | /s/ Lockridge Grindal Nauen | Lockridge Grindal Nauen | NDOH | 1:19-op-45978-DAP |
| Mississippi Band of Choctaw Indians | Mississippi | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45279-DAP |
| Modoc Nation | Oklahoma | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:19-op-45439-DAP |
| Mohegan Tribe of Indians of Connecticut | Connecticut | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45164-DAP |
| Muckleshoot Indian Tribe | Washington | /s/ Skikos | Skikos | NDOH | 1:19-op-45213-DAP |
| Muscogee (Creek) Nation | Oklahoma | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-45459-DAP |
| Narragansett Indian Tribe | Rhode Island | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45047-DAP |

| Native Village of Afognak | Alaska | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46309-DAP |
|---|---|---|---|---|---|
| Native Village of Port Heiden | Alaska | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46309-DAP |
| Navajo Nation, Arizona, New Mexico & Utah | Arizona | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-45496-DAP |
| Nez Perce Tribe | Idaho | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:18-op-45730-DAP |
| Nisqually Indian Tribe | Washington | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45412-DAP |
| Northern Arapaho Tribe (also listed as Arapaho Tribe of the Wind River Reservation, Wyoming) | Wyoming | /s/ Burg Simpson | Burg Simpson | NDOH | 1:18-op-45438-DAP |
| Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana | Montana | /s/ Lockridge Grindal Nauen | Lockridge Grindal Nauen | NDOH | 1:19-op-45010-DAP |
| Norton Sound Health Corporation | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-46261-DAP |
| Oglala Lakota Sioux Tribe | South Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45353-DAP |
| Omaha Tribe of Nebraska | Nebraska | /s/ Domina Law Group | Domina Law Group | NDOH | 1:18-op-45621-DAP |
| Oneida Nation | Wisconsin | /s/ Levin Papantonio | Levin Papantonio | NDOH | 1:18-op-46034-DAP |
| Osage Nation | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:19-op-45821-DAP |
| Otoe-Missouria Tribe of Indians, Oklahoma | Oklahoma | /s/ Skikos | Skikos | NDOH | 1:19-op-45402-DAP |
| Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45697-DAP |
| Pala Band of Mission Indians | California | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-46341-DAP |
| Pascua Yaqui Tribe of Arizona | Arizona | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45366-DAP |
| Passamaquoddy Tribe Indian Township | Maine | /s/ Weitz & Luxenberg | Weitz & Luxenberg | NDOH | 1:18-op-45876-DAP |
| Passamaquoddy Tribe Pleasant Point | Maine | /s/ Weitz & Luxenberg | Weitz & Luxenberg | NDOH | 1:19-op-45100-DAP |
| Pawnee Nation of Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:19-op-46017-DAP |
| Pinoleville Pomo Nation, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45974-DAP |
| Poarch Band of Creeks | Alabama | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45231-DAP<br>1:20-op-45285-DAP<br>1:20-op-45286-DAP<br>1:20-op-45294-DAP |
| Ponca Tribe of Indians of Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:18-op-45327-DAP |
| Ponca Tribe of Nebraska | Nebraska | /s/ Domina Law Group | Domina Law Group | NDOH | 1:18-op-45557-DAP |
| Port Gamble S'Klallam Tribe | Washington | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-45271-DAP |
| Potter Valley Tribe | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| Prairie Band Potawatomi Nation | Kansas | /s/ Skikos | Skikos | NDOH | 1:20-op-45139-DAP |
| Prairie Island Indian Community in the State of Minnesota | Minnesota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45975-DAP |
| Pueblo of Pojoaque, New Mexico | New Mexico | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45975-DAP |
| Pueblo of Zuni (also listed as Zuni Tribe of the Zuni Reservation, New Mexico) | New Mexico | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:20-op-45114-DAP |
| Puyallup Tribe of the Puyallup Reservation | Washington | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45660-DAP |
| Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45696-DAP |
| Quapaw Nation | Oklahoma | /s/ Greene Ketchum Farrell Bailey & Tweel LLP | Greene Ketchum Farrell Bailey & Tweel LLP | NDOH | 1:19-op-45264-DAP |

| Quechan Tribe of the Fort Yuma Indian Reservation, California & Arizona | California | /s/ Skikos | Skikos | NDOH | 1:20-op-45108-DAP |
|---|---|---|---|---|---|
| Quileute Tribe of the Quileute Reservation | Washington | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:20-op-45196-DAP |
| Quinault Indian Nation | Washington | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-46154-DAP |
| Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46116-DAP |
| Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria California | California | /s/ Ceiba Legal, LLP | Ceiba Legal, LLP | NDOH | 1:18-op-45916-DAP |
| Reno-Sparks Indian Colony, Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45699-DAP |
| Resighini Rancheria, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California | California | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-46151-DAP |
| Robinson Rancheria | California | /s/ Ceiba Legal, LLP | Ceiba Legal, LLP | NDOH | 1:18-op-45912-DAP |
| Rosebud Sioux Tribe of the Rosebud Indian Reservation, South Dakota | South Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45095-DAP |
| Round Valley Indian Tribes, Round Valley Reservation, California | California | /s/ Ceiba Legal, LLP | Ceiba Legal, LLP | NDOH | 1:18-op-45915-DAP |
| Sac & Fox Nation of Missouri in Kansas and Nebraska | Kansas | /s/ Skikos | Skikos | NDOH | 1:20-op-45161-DAP |
| Sac & Fox Nation, Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:19-op-46012-DAP |
| Saginaw Chippewa Indian Tribe of Michigan | Michigan | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:19-op-45841-DAP |
| Saint Regis Mohawk Tribe | New York | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:19-op-45018-DAP |
| San Carlos Apache Tribe of the San Carlos Reservation, Arizona | Arizona | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45366-DAP |
| Santa Rosa Rancheria (also listed as Santa Rosa Indian Community of the Santa Rosa Rancheria, California) | California | /s/ Skikos | Skikos | NDOH | 1:20-op-45163-DAP |
| Santee Sioux Nation, Nebraska | Nebraska | /s/ Domina Law Group | Domina Law Group | NDOH | 1:18-op-45621-DAP |
| Sault Ste. Marie Tribe of Chippewa Indians, Michigan | Michigan | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45078-DAP |
| Scotts Valley Band of Pomo Indians of California | California | /s/ Ceiba Legal, LLP | Ceiba Legal, LLP | NDOH | 1:18-op-45914-DAP |
| Seminole Tribe of Florida | Florida | /s/ The Moskowitz Law Firm | The Moskowitz Law Firm | NDOH | 1:19-op-45912-DAP |
| Seneca Nation (also listed as Seneca Nation of Indians) | New York | /s/ McHugh Fuller Law Group | McHugh Fuller Law Group | NDOH | 1:18-op-45746-DAP |
| Shakopee Mdewakanton Sioux Community of Minnesota | Minnesota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45977-DAP |
| Shinnecock Indian Nation | New York | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46142-DAP |
| Shoshone-Bannock Tribes of the Fort Hall Reservation | Idaho | /s/ Skikos | Skikos | NDOH | 1:19-op-45373-DAP |
| Sisseton-Wahpeton Oyate of the Lake Traverse Reservation, South Dakota | South Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45095-DAP |
| Sokaogon Chippewa Community, Wisconsin | Wisconsin | /s/ Skikos | Skikos | NDOH | 1:19-op-45410-DAP |
| Southcentral Foundation | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-46268-DAP |
| Southeast Alaska Regional Health Consortium (also listed as Southeast Alaska Regional Health Corporation) | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-46149-DAP |

| Spirit Lake Tribe, North Dakota | North Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45520-DAP |
|---|---|---|---|---|---|
| Squaxin Island Tribe of the Squaxin Island Reservation | Washington | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45531-DAP |
| St. Croix Chippewa Indians of Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45367-DAP |
| Standing Rock Sioux Tribe of North & South Dakota | South Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45220-DAP |
| Stockbridge Munsee Community, Wisconsin | Wisconsin | /s/ Skikos | Skikos | NDOH | 1:19-op-45032-DAP |
| Suquamish Indian Tribe of the Port Madison Reservation | Washington | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-45271-DAP |
| Swinomish Indian Tribal Community | Washington | /s/ Lieff Cabraser Heimann & Bernstein | Lieff Cabraser Heimann & Bernstein | NDOH | 1:21-op-45033-DAP |
| Sycuan Band of the Kumeyaay Nation | California | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:19-op-45582-DAP |
| Tanana Chiefs Conference | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-46268-DAP |
| Te-Moak Tribe of Western Shoshone Indians of Nevada (Four constituent bands: Battle Mountain Band; Elko Band; South Fork Band and Wells Band) | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46017-DAP<br>1:20-op-45165-DAP<br>1:18-op-46016-DAP |
| Thlopthlocco Tribal Town | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:19-op-46021-DAP |
| Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota | North Dakota | /s/ Skikos | Skikos | NDOH | 1:19-op-45376-DAP |
| Tohono O'odham Nation of Arizona | Arizona | /s/ Skikos | Skikos | NDOH | 1:19-op-45411-DAP |
| Tonto Apache Tribe of Arizona | Arizona | /s/ Skikos | Skikos | NDOH | 1:19-op-45398-DAP |
| Torres Martinez Desert Cahuilla Indians, California | California | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-46152-DAP |
| Tulalip Tribes of Washington | Washington | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:18-op-45589-DAP |
| Tule River Indian Tribe of the Tule River Reservation | California | /s/ Skikos | Skikos | NDOH | 1:19-op-45579-DAP |
| Turtle Mountain Band of Chippewa Indians of North Dakota | North Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45521-DAP |
| United Keetoowah Band of Cherokee Indians in Oklahoma | Oklahoma | /s/ McHugh Fuller Law Group | McHugh Fuller Law Group | NDOH | 1:19-op-45600-DAP |
| Upper Sioux Community, Minnesota | Minnesota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45974-DAP |
| Walker River Paiute Tribe, Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45698-DAP |
| Wampanoag Tribe of Gay Head (Aquinnah) | Massachusetts | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45844-DAP<br>1:20-op-45170-DAP |
| White Earth Band of the Minnesota Chippewa Tribe, Minnesota | Minnesota | /s/ Hill Peterson Carper Bee & Deitzler | Hill Peterson Carper Bee & Deitzler | NDOH | 1:19-op-45357-DAP |
| White Mountain Apache Tribe of the Fort Apache Reservation, Arizona | Arizona | /s/ Fields PLLC | Fields PLLC | NDOH | 1:20-op-45243-DAP |
| Winnebago Tribe of Nebraska | Nebraska | /s/ Domina Law Group | Domina Law Group | NDOH | 1:18-op-45621-DAP |
| Wyandotte Nation | Oklahoma | /s/ Levin Papantonio | Levin Papantonio | NDOH | 1:19-op-45601-DAP |
| Yerington Paiute Tribe of the Yerington Colony & Campbell Ranch | Nevada | /s/ Feazell & Tighe LLP | Feazell & Tighe LLP | NDOH | 1:18-op-46355-DAP |
| Yukon Kuskokwim Health Corporation | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-46268-DAP |
| Yurok Tribe of the Yurok Reservation, California | California | /s/ Lieff Cabraser Heimann & Bernstein | Lieff Cabraser Heimann & Bernstein | NDOH | 1:21-op-45026-DAP |