# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Case No. 1:19-op-45044<br><br>*Manatee County, Florida v. Purdue Pharma L.P., et al.* | CASE NO.: 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER |

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, MANATEE COUNTY, FLORIDA, and Defendant PUBLIX SUPER MARKETS, INC., by and through their undersigned counsel, pursuant to Rule 41 Fed.R.Civ.P., hereby jointly stipulate that defendant PUBLIX SUPER MARKETS, INC. is dismissed from this action with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| **ROMANO LAW GROUP**<br>801 Spencer Drive<br>West Palm Beach, FL  33409<br>Tel: (561) 533-6700<br>Fax: (561) 533-1285<br>Service@RomanoLawGroup.com<br>Eric@RomanoLawGroup.com<br>*Attorneys for Plaintiff*<br><br>By: /s/ Eric Romano<br>     ERIC ROMANO<br>     Florida Bar No.: 120091 | **BARNES & THORNBURG, LLP**<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Tel: (317) 236-1313<br>Fax: (317) 231-7433<br>mwhite@btlaw.com<br>kkapke@btlaw.com<br>*Attorneys for Defendant Publix Super Markets, Inc.*<br><br>By: _____<br>     MEREDITH THORNBURGH WHITE<br>     IN Bar No. 28094-49<br>     KARA M. KAPKE<br>     IN Bar No. 25906-49 |