**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Case No. 18-op-46132<br><br>*City of Palm Bay, Florida v. Purdue Pharma L.P., et al.* | CASE NO.: 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER |

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, CITY OF PALM BAY, FLORIDA, and Defendant MYLAN PHARMACEUTICALS, INC., by and through their undersigned counsel, pursuant to Rule 41 Fed.R.Civ.P., hereby jointly stipulate that defendant MYLAN PHARMACEUTICALS, INC. is dismissed from this action with prejudice, with each party to bear its own fees and costs.

**ROMANO LAW GROUP**
801 Spencer Drive
West Palm Beach, FL  33409
Tel: (561) 533-6700
Fax: (561) 533-1285
Service@RomanoLawGroup.com
Eric@RomanoLawGroup.com
*Attorneys for Plaintiff*

By: _____
   ERIC ROMANO
   Florida Bar No.: 120091

**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
rebecca.mandel@hoganlovells.com
*Attorneys for Defendant Mylan Pharmaceuticals, Inc.*

By: _____
   ADAM K. LEVIN
   REBECCA C. MANDEL