IN THE UNITED STATES DISTRICT OHIO
FOR THE NORTHERN DISTRICT OF OHIO

| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : | MDL No. 2804 |
|---|---|---|
| | : | Hon. Judge Dan A. Polster |
| This document relates to *All Cases* | : | |

### UCB, INC.'S AMENDED SUBMISSION IN RESPONSE TO THE COURT'S ORDER

Pursuant to the Court's January 3, 2023 Order (Doc. 4801), directing Non-Litigating Defendants to provide a list of cases filed by governmental subdivisions in an MDL case in which no PFS has been served to the PFS Repository and/or there has been no timely service of process, UCB, Inc. ("UCB") submits this amended list without waiving or prejudicing any and all defenses and objections to the claims against UCB including, without limitation, the statute of limitations, waiver, laches, estoppel, failure to state a claim upon which relief can be granted, improper service, lack of service, lack of personal jurisdiction, and/or dismissal as a party.

| | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 1. | Kentucky River District Health Department v. Actavis LLC et al | 1:19-op-45050-DAP | X | X |
| 2. | Clay County Fiscal Court of County Commissioners v. AmerisourceBergen Drug Corporation et al | 1:17-op-45031-DAP | | X |
| 3. | City of Prestonsburg v. AmerisourceBergen Drug Corporation, et al | 1:19-op-45294-DAP | | X |

|    | **Subdivision Name** | **MDL Case No.** | **No PFS in Repository** | **No Service of Process** |
|----|----------------------|------------------|--------------------------|---------------------------|
| 4. | McDonald County, Missouri v. Allergan PLC[1] | 1:20-op-45225-DAP | | X |

Dated:  March 6, 2023

Respectfully submitted,

 /s/ Rachel Sherman
Rachel B. Sherman
**PATTERSON BELKNAP
  WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2147
rsherman@pbwt.com

---

[1] Unither Manufacturing, LLC was untimely served in this case on February 15, 2023, well after the entry of the Court's January 3, 2023 order.

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record in this action.

                                                          _/s/  Rachel Sherman_