# Exhibit B



**Attorneys at Law**

600 Quarrier Street, Charleston, WV 25301
P.O. Box 1386, Charleston, WV 25325-1386
304.347.1100

**Ronda L. Harvey**
rharvey@bowlesrice.com
T 304.347.1701
F 304.347.1746

**Ashley Hardesty Odell**
ahardestyodell@bowlesrice.com
T 304.285.2522
F 304.285.2575

101 South Queen Street
Martinsburg, WV 25401

125 Granville Square, Suite 400
Morgantown, WV 26501

501 Avery Street
Parkersburg, WV 26101

Post Office Box 390
Wheeling, WV 26003

Southpointe Town Center
1800 Main Street, Suite 200
Canonsburg, PA 15317

480 West Jubal Early Drive, Suite 130
Winchester, VA 22601

**bowlesrice.com**

December 12, 2022

**VIA ELECTRONIC MAIL**
To: All Counsel shown below

Re: *National Prescription Opiate Litigation*
*MDL 2804 – Track 7 - Montgomery County Ohio*
Kroger Defendants' Expert Witness Disclosure

Counsel:

Please see the enclosed Kroger defendants' Expert Witness Disclosure. The reports and supporting data are available via KLDiscovery's FTP site provided via this link https://ftp-atx.kldiscovery.com/#/Kroger%20-%20T7%20Expert%20Disclosures/ Please note that the FTP site will remain available for only 30 days.[1] Should you encounter issues accessing this FTP site, please email Kristine Harmon-McCreery at kharmonmccreery@bowlesrice.com.

The following experts have reserved the following dates for deposition:

- **Hill, Lucas** – Dec 21, 2022, or January 9, 2023.
- **LoSasso, Anthony** - December 28 or 29, 2022.
- **Cokely, Dwight** - January 18 or 19, 2023
- **Marshalek, Patrick** - January 9 or 16, 2023.
- **Richmond, Rodney** - January 18 or 20, 2023.
- **Schneider, John** - January 4 or 5, 2023
- **Selzer, Ann** – January 19 or 20, 2023
- **Strassels, Scott** - January 18 or 19, 2023

---

[1] Note: When accessing the FTP site for the first time via the above link, you may receive an automated electronic message with a link to create login credentials. Once credentialing is completed, you will receive a second email asking you to verify your account. Once your account is verified, you should be able to access the materials via the above link. If you encounter issues, then please contact kharmonmccreery@bowlesrice.com.

**Bowles Rice**

To All Counsel
December 12, 2022
Page 2

If you have any questions, please feel free to contact us.

            Sincerely,

            Ronda L. Harvey

            Ashley Hardesty Odell

RLH/khm

Enclosure (Kroger's Expert Witness Disclosure)

**PLAINTIFF'S COUNSEL:**
jgaddy@levinlaw.com; Katie Mayo <kmayo@levinlaw.com>; Laura Dunning <ldunning@levinlaw.com>; Page Poerschke <ppoerschke@levinlaw.com>; Renee Cook x6161 <rcook@forthepeople.com>; James Young x6172 <JYoung@ForThePeople.com>; 'melsner@motleyrice.com'; 'lsaltzburg@motleyrice.com'; Unterreiner, Amanda AUnterreiner@motleyrice.com

15303280.1