UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:18-op-46326-DAP |
| *The Montgomery County Board of County Commissioners et al. v. Cardinal Health, Inc., et al.*, Case No. 1:18-op-46326-DAP ("Track Seven") | Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING KROGER'S MOTION TO STRIKE DR. JACK FINCHAM'S EXPERT REPORT

Defendants The Kroger Co., Kroger Limited Partnership I, and Kroger Limited Partnership II

("Kroger") Motion to Strike Dr. Jack Fincham's expert report under Fed. R. Civ. P. 37 is GRANTED.

**SO ORDERED.**

**Date:** _____        _____

**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**