THE HONORABLE DAN A. POLSTER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | No. 1:17-MD-2804<br><br>NOTICE OF APPEARANCE |

Please take notice that Tyler S. Roberts of Perkins Coie LLP enters his appearance on behalf of Defendant Costco Wholesale Corporation.

DATED this 7th day of March, 2023.

s/ *Tyler S. Roberts*
Tyler S. Roberts, WSBA No. 52688

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Fax:        206.359.9000
Email: TRoberts@perkinscoie.com

*Attorneys for Defendant Costco Wholesale Corporation*

NOTICE OF APPEARANCE (NO. 1:17-MD-2804) – 1

161288907.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000