UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>) | **MDL No. 2804** |
| *This document relates to*: )<br>) | **Case No. 1:17-md-2804** |
| **All Cases** )<br>)<br>)<br>) | **Hon. Dan Aaron Polster** |

**DEFENDANTS ASSOCIATED PHARMACIES, INC. AND AMERICAN ASSOCIATED PHARMACIES' AMENDED STATUS REPORT IN RESPONSE TO COURT'S <u>OCTOBER 7, 2022 ORDER</u>**

Pursuant to the Court's Order Regarding Non-Litigating Defendants dated October 7, 2022 (Doc. 4670), Tier 3 Defendants Associated Pharmacies, Inc. ("API") and American Associated Pharmacies ("AAP") hereby submit the following Status Report:

1. On November 1, 2022, API and AAP filed a status report identifying 110 opioid cases in which either or both were named as Defendants. (Doc. 4708). Two of those cases (1:19-op-45036 and 1:18-op-45800) were included in error. Attached as **Exhibit 1** is API and AAP's amended list of 108 cases in which API and/or AAP is a defendant. The cases listed in Exhibit 1 are those cases for which API and AAP have actual knowledge.

2. API and AAP reserve all defenses relating to those cases identified in Exhibit 1, including as to service of process and the timeliness by which certain plaintiffs amended their complaints to add API and/or AAP as defendants.

Dated: March 8, 2023.

*/s/ Walter A. Dodgen*
One of the attorneys for API and AAP

**OF COUNSEL:**

1

Walter A. Dodgen
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile:  (256) 512-0119
tdodgen@maynardcooper.com

Carl S. Burkhalter
Stewart J. Alvis
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile:  (205) 254-1999
cburkhalter@maynardcooper.com
salvis@maynardcooper.com

*Attorneys for Associated Pharmacies, Inc.
and American Associated Pharmacies*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Walter A. Dodgen
Of Counsel