# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>) | MDL No. 2804 |
| *This document relates to*: )<br>) | Case No. 1:17-md-2804 |
| All Cases )<br>)<br>)<br>) | Hon. Dan Aaron Polster |

## DEFENDANTS ASSOCIATED PHARMACIES, INC. AND AMERICAN ASSOCIATED PHARMACIES' AMENDED STATUS REPORT IN RESPONSE TO COURT'S JANUARY 3, 2023 ORDER

Pursuant to the Court's Order Regarding Plaintiff Fact Sheets and Service of Process dated January 3, 2023 (Doc. 4801), Defendants Associated Pharmacies, Inc. ("API") and American Associated Pharmacies ("AAP") hereby submit the following Status Report:

1. On January 30, 2023, API and AAP filed a spreadsheet listing cases with the deficiencies identified in the Court's Order Regarding Plaintiff Fact Sheets and Service of Process. (*See* Docs. 4839; 4839-1).

2. Attached as **Exhibit 1** is an amended and updated version of Doc. 4839-1, which identifies Plaintiffs' attempts to effect service since January 30, 2023. Exhibit 1 also identifies additional deficiencies associated with member cases 1:18-op-4582[1] and 1:19-op-45050.[2]

3. API and AAP reserve all defenses relating to those cases identified in Exhibit 1.

Dated:  March 8, 2023.

---

[1] Plaintiff Bon Secours Health System, Inc. brought three cases against API (1:18-op-45819; 1:18-op-45820; and 1:18-op-45821), and 1:18-op-45821 was inadvertently omitted from Doc. 4839.

[2] API and AAP interpret the Court's prior orders as not requiring tribes, hospitals, and other non-governmental entities to serve a plaintiff fact sheet. (*See* Docs. 638 and 642). After further review, API and AAP believe the Kentucky River District Health Department is a governmental entity and should have provided a plaintiff fact sheet pursuant to the Court's prior orders. API and AAP believe that a PFS from even the non-governmental plaintiffs would assist in discussions to resolve these cases.

1

>/s/ Walter A. Dodgen
> One of the attorneys for API and AAP

**OF COUNSEL:**

Walter A. Dodgen
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile:  (256) 512-0119
tdodgen@maynardcooper.com

Carl S. Burkhalter
Stewart J. Alvis
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile:  (205) 254-1999
cburkhalter@maynardcooper.com
salvis@maynardcooper.com

*Attorneys for Associated Pharmacies, Inc.*
*and American Associated Pharmacies*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>/s/ Walter A. Dodgen
> Of Counsel