UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to the following case:<br><br>*ALL ACTIONS* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### DEFENDANT TARGET CORPORATION'S AMENDED REPORT REGARDING PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS

In accordance with the Court's January 3, 2023 Order Regarding Plaintiff Fact Sheets and Service of Process (ECF No. 4801), Defendant Target Corporation submits this amended list of plaintiff-subdivisions that named Target as a defendant but did not (1) serve a Plaintiff Fact Sheet ("PFS") to the PFS Repository; and/or (2) obtain timely service of process. This amended list is intended to update and replace the list Target timely filed on January 30, 2023 (Dkt. 4850) and will be emailed in Excel format to Plaintiff's Liaison Counsel and Special Master Cohen in accordance with the Order.

**Defendant Name:** Target Corporation

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Yamhill County, OR | 18-op-45442 | X | |
| McLennan County, TX | 17-op-45075 | X | |
| Multnomah County, OR | 18-op-45377 | X | |
| Tarrant County Hospital District (TX) | 21-op-45077 | X | X |
| Butler County, OH[1] | 18-op-45037 | | X |

---

[1] Counsel for Butler County requested a waiver of service of Target on 2/21/23. Target declined based on timeliness and the Court's existing Show Cause Order related to the same.

| | | | |
|---|---|---|---|
| City of Hoover, AL | 19-op-45746 | | X |
| City of Huntington, WV | 18-op-45984 | | X |

Additionally, Berkeley County, WV (17-op-45171), previously on Target's status report filed January 30, has been removed as Plaintiffs dismissed Target on February 28, 2023 (Dkt 108).

Dated:  March 8, 2023                                *s/ Amy Fiterman*
Amy R. Fiterman (MN #0285493)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Fax: 612-766-1600
Email: amy.fiterman@faegredrinker.com

*Counsel for Defendant Target Corporation*

US.356133398.02