IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### DEFENDANT SUPERVALU, INC.'S STATUS REPORT

Defendant SuperValu, Inc.[1], Advantage Logistics, Inc., Advantage Logistics Midwest, Inc., and Advantage Logistics West, LLC (collectively referred to herein as the "SuperValu Corporate Family"), by its undersigned attorneys, respectfully submits this Status Report.

On November 1, 2022, the SuperValu Corporate Family provided to the Plaintiffs' Executive Committee (PEC) the dosage units distributed by the SuperValu Corporate Family from 2006-2014 for each jurisdiction in which it was sued, based on the ARCOS data as calculated by the SLCG Economic Consulting firm and published via www.slcg.com.  On January 23, 2023, the SuperValu Corporate Family submitted to the PEC an updated spreadsheet which included additional dosage information distributed by the SuperValu Corporate Family by year from April 2015-December 2018.

On January 30, 2023, the SuperValu Corporate Family submitted a status report identifying that, among the cases filed against it by local governmental entities, it was not able to find a Plaintiff Fact Sheet served or filed by Yamhill County, Oregon, a plaintiff in *County of Clackamus, Oregon v. Purdue Pharma, L.P., et al, Case No. 1:18-op-45442*.

---

[1] Named in this litigation as SuperValu, Inc. *d/b/a* Advantage Logistics.

- 1 -

- 2 -

Dated:   March 8, 2023                                         Respectfully Submitted,

                                                               By: */s/ Francis A. Citera*
                                                               One of Defendant's Attorneys

                                                               Francis A. Citera (SBN IL 6185263)
                                                               citeraf@gtlaw.com
                                                               Gretchen N. Miller (SBN IL 6273075)
                                                               millerg@gtlaw.com
                                                               GREENBERG TRAURIG, LLP
                                                               77 West Wacker Drive, Suite 3100
                                                               Chicago, Illinois 60601
                                                               Telephone: 312.456.8400
                                                               Facsimile: 312.456.8435

                                                               *Counsel for SuperValu, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of March, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.

By: */s/ Francis A. Citera*
Francis A. Citera