UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *The Montgomery County Board of County Commissioners et al. v. Cardinal Health, Inc., et al.*, Case No. 1:18-op-46326-DAP ("Track Seven") | Judge Dan Aaron Polster |

**PLAINTIFF'S RESPONSE TO KROGER'S MOTION TO PRESERVE PRIOR *DAUBERT* RULINGS AND OBJECTIONS THERETO**

Kroger seeks an order from this Court preserving the Court's prior *Daubert* rulings and Kroger's objections to those rulings. Plaintiff has separately moved for an order presumptively applying this Court's prior MDL rulings and establishing a procedure for any party to show why different circumstances call for a different result with respect to any particular ruling by April 3, 2023. MDL ECF No. 4930 (Mar. 9, 2023). The two motions are complementary: both parties agree that prior rulings are presumptively applicable and that, in the absence of a demonstrable reason for this Court to depart from its prior rulings in this case, neither party should be required to file a duplicative motion solely to preserve an issue for appeal.

Accordingly, in order to preserve Plaintiff's objections to *Daubert* rulings from CT1 and CT3 with results adverse to the plaintiffs in those cases and the arguments Plaintiff has advanced in opposition to the rulings Kroger seeks to challenge, Plaintiff hereby asks the Court to incorporate its rulings and Plaintiff's objection to those orders.

2764284.3

For the Court's convenience, Plaintiff here identifies the MDL ECF docket numbers of all of the *Daubert* rulings which Plaintiff understands the Parties seek to incorporate by reference here.

- Opinion and Order Denying Motion to Exclude Keller, MDL ECF No. 2492 (Aug. 20, 2019) (CT1A);

- Opinion and Order regarding Defendants' Motions to exclude opinions of James Rafalski and Craig McCann, MDL ECF No. 2494 (Aug. 20, 2019) (CT1A);

- Order denying Motion to Exclude Testimony of Katherine Keyes, Anna Lembke and Jonathan Gruber re the "Gateway Hypothesis" of Causation; MDL ECF No. 2518 (Aug. 26, 2019) (CT1A);

- Order Denying Defendants' Abatement Motion; MDL ECF No. 2519 (Aug. 26, 2019) (CT1A);

- Order denying Motion to Exclude Cutler; MDL ECF No. 2542 (Aug. 27, 2019) (CT1A);

- Opinion and Order granting in part Defendants' Motion to Exclude Marketing Causation Opinions of Schumacher, Lembke, and Keyes; MDL ECF No. 2549 (Aug. 27, 2019) (CT1A);

- Opinion and Order granting in part Defendants' Motion to Exclude Opinions of James Rafalski; MDL ECF No. 3929 (Sept. 07, 2021) (CT3);

- Opinion and Order regarding the expert opinions of Dr. Katherine Keyes; MDL ECF No. 3946 (Sept. 13, 2021) (CT3);

- Opinion and Order granting in part Defendants' Motion to Exclude Opinions of Carmen Catizone; MDL ECF No. 3947 (Sept. 13, 2021) (CT3);

- Opinion and Order Denying Defendants' Motion to Exclude opinions of Caleb Alexander; MDL ECF No. 3948 (Sept. 13, 2021) (CT3);

- Opinion and Order Denying Defendants' Motion to Exclude opinions of Craig McCann; MDL ECF No. 3949 (Sept. 13, 2021) (CT3);

- Marginal Order Denying Defendants' Motion to exclude certain expert testimony based on track one arguments; MDL ECF No. 3950 (Sept. 14, 2021) (CT3);

- Opinion and Order granting in part Pharmacy Defendants' Motion to Exclude testimony of Anna Lembke; MDL ECF No. 3953 (Sept. 17, 2021) (CT3)

Dated: March 9, 2023

Respectfully submitted,

*/s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Liaison Counsel*

Linda Singer
Elizabeth Smith
MOTLEY RICE LLC
401 9th Street NW
Suite 630
Washington, DC 20004
(202) 386-9626
lsinger@motleyrice.com
esmith@motleyrice.com
*Attorneys for Plaintiff Montgomery County*

Michael Elsner
Lisa Saltzburg
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000
melsner@motleyrice.com
lsaltzburg@motleyrice.com
*Attorneys for Plaintiff Montgomery County*

2764284.3

Mathias H. Heck, Jr.
MONTGOMERY COUNTY
PROSECUTING ATTORNEY
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422
Telephone: (937) 225-5599
Fax Number: (937) 225-4822
E-mail: heckm@mcohio.org
*Attorney for Plaintiff Montgomery County*

Ward C. Barrentine
Chief Assistant Prosecuting Attorney –
Civil Division
MONTGOMERY COUNTY
PROSECUTOR'S OFFICE
301 West Third Street
4th Floor, Suite 461
Dayton, Ohio 45422
Telephone: (937) 496-7797
E-mail: BarrentinW@mcohio.org
*Attorney for Plaintiff Montgomery County*

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and may be obtained by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                */s/Peter H. Weinberger*
                Peter H. Weinberger

2764284.3