UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Track Seven* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CERTAIN OF DEFENDANTS' AFFIRMATIVE DEFENSES**

Plaintiff's Motion for Partial Summary Judgment on Certain of Defendants' Affirmative Defenses [Doc. # 4882] is hereby DENIED.

**IT IS SO ORDERED.**

_____
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**

15544108.1