# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Track Seven* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

### [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS' DUTIES UNDER THE <u>CONTROLLED SUBSTANCES ACT</u>

Plaintiff's Motion for Partial Summary Judgment on Defendants' Duties Under the Controlled Substances Act [Doc. # 4881; Doc. # 2950] is hereby DENIED.

    **IT IS SO ORDERED.**

 

———————————————————
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

15544116.1