# EXHIBIT A

# CURRICULUM VITA

## Patrick Joseph Marshalek, MD

Office Address: 930 Chestnut Ridge Road
Morgantown, WV 26505
Telephone: 304-685-1678
E-mail: patrick.j.marshalek@gmail.com

| | | |
|---|---|---|
| **EDUCATION** | **Doctor of Medicine** | July 2000-May 2006 |
| | West Virginia University School of Medicine Morgantown, West Virginia | |
| | **Bachelor of Science, Biochemistry** *summa cum laude* | August 1996-May 2000 |
| | West Virginia University Morgantown, West Virginia | |
| **TRAINING** | **General Psychiatry** West Virginia University Hospitals Behavioral Medicine and Psychiatry Morgantown, West Virginia | July 2006-June 2010 |
| | **Chief Resident** | July 2009-June 2010 |
| **CERTIFICATION** | **ABPN - Psychiatry** #64045 | January 2012-Present |
| | **ISN – ECT Certification** | May 2010-May 2020 |
| | **Addiction Medicine** #61-1807 | January 2018-Present |
| **LICENSURE** | **West Virginia Board of Medicine** #22956 | 2007-Present |
| **REGISTRATION** | **DEA** | 2007-Present |
| | **Buprenorphine waiver** | 2008-Present |
| **APPOINTMENTS** | **Assistant Professor** West Virginia University School of Medicine Department of Behavioral Medicine & Psychiatry Morgantown, West Virginia | July 2010-June 2017 |
| | **Associate Professor** West Virginia University School of Medicine | July 2017-February 2022 |

Marshalek, Patrick

    Department of Behavioral Medicine & Psychiatry
    Department of Anesthesia
    Morgantown, West Virginia

    **Clinical Adjunct**    <u>February 2022-June 2022</u>
    West Virginia University School of Medicine
    Department of Behavioral Medicine & Psychiatry

    **Associate Professor**    <u>June 2022-Present</u>
    West Virginia University School of Medicine
    Department of Behavioral Medicine & Psychiatry

    **Addiction Division Section Chief**    <u>September 2022-Present</u>
    West Virginia University School of Medicine
    Department of Behavioral Medicine & Psychiatry

**CLINICAL APPOINTMENTS**

- **Chestnut Ridge Center**
  - Staff Psychiatrist
    - <u>August 2022-Present</u>
- **William R Sharpe Jr Hospital**
  - Staff Psychiatrist
    - <u>June 2022-Present</u>
- **Cascadia Behavioral Healthcare**
  - Senior Medical Director
    - <u>February 2022-April 2022</u>
- **Chestnut Ridge Center**
  - Vice Chair Inpatient Clinical Operations
    - <u>August 2020-February 2022</u>
- **Chestnut Ridge Center**
  - Medical Director
    - <u>July 2018-August 2020</u>
- **WVU Medicine Center for Integrative Pain Management**
  - Co-Medical director
    - <u>June 2017-July 2018</u>
- **WVU Medicine Psychiatry Consultation/Liaison Service**
  - Medical Director
    - <u>January 2013-June 2017</u>
- **Chestnut Ridge Center Intensive Care Unit**
  - Medical Director
    - <u>July 2010-Dec 2012</u>
- **WVU Hospital Pain Resource Management Team**
  - Medical Director
    - <u>January 2013-June 2017</u>
- **Chestnut Ridge Center Assertive Community Treatment Team**
  - Medical Director

2

Marshalek, Patrick

- July 2013-September 2018
- **ECT Services**
  - Medical Director
    - May 2014-July 2020
- **Telepsychiatry Section**
  - Outpatient services and Office-based MAT
    - Presterra and Southern Highlands CMHC
    - July 2010-July 2017
    - Southern Highlands CMHC
    - August 2020-August2021

**CONTRACT PSYCHIATRIST**

**Valley Health Care Systems**
Morgantown, West Virginia

- **Crisis Residential Unit**
  - 2008-2010
- **Office-based MAT**
  - 2009-2010
- **Outpatient Services**
  - 2009-2010

**COMMUNITY OUTREACH**

**Milan Puskar Health Right**

- **Outpatient Psychiatric Services**
  - 2006-2014

**HONORS**

- **Outstanding Faculty Award**
  - Honoring the faculty whose efforts embody the principles of an academic institution in the furthering of resident growth and development as selected by the Psychiatry Residents.
    - 2012

- **Chairman's Commonwealth Award**
  - Honoring a faculty, resident or staff member whose commitment to the department has benefited others and whose efforts have made significant contribution across many domains to the well-being of the department.
    - 2013

- **Chairman's Research Award**

3

Marshalek, Patrick

- Presented to a deserving faculty member for research productivity as demonstrated through development, grantsmanship, innovation, education, publication, or presentations.
  - 2016

- **Dorfman Journal Paper Award**
  - For Best Review Article
  - *Psychosomatics,* "Guidelines for the Management of Pregnant Women with Substance Use Disorders."
    - 2016

**INSTITUTIONAL /DEPARTMENTAL COMMITTEES**

- **Behavioral Medicine and Emergency Medicine Relations Committee**
  - WVU Medicine
  - Chair
    - 2013 - Present
- **Activity Director Chronic Pain ECHO**
  - WVU Medicine
    - 2016 - 2018

- **Complex Care Plan Committee**
  - WVU Medicine
  - Member
    - 2015 - 2022

- **Readmission Reduction Committee**
  - WVU Medicine
  - Member
    - 2015 - 2020

- **Clinical Competency Committee**
  - Department of Behavioral Medicine and Psychiatry
    - Member
    - 2014 - 2022

- **WVU Medicine Pain Committee**
  - WVU Medicine
  - Co-Chair
    - 2014 - 2019

- **PhD Committee MD/PhD Student**
  - WVU School of Medicine
  - Member
    - 2013 - 2014

- **Quality Improvement Committee**
  - Department of Behavioral Medicine and Psychiatry
  - Member
    - 2013- 2022

4

Marshalek, Patrick

- **Substance Abuse Committee/Narcotic Work Group**
    - WVU Medicine
    - Member
        - 2013 - 2014

- **Committee on Admissions**
    - WVU School of Medicine
    - Member
        - 2013 - 2017

- **OB Task Force Committee**
    - Member
        - 2013-2022
- **WVU Medicine Ethics Committee**
    - Member
        - 2018- 2022

- **Behavioral Medicine and Emergency Medicine Relations Committee**
    - WVU Medicine
    - Chair
        - 2013 - 2022

- **Promotion and Tenure Committee**
    - Department of Behavioral Medicine and Psychiatry
    - Member
        - 2012 – 2017

- **Pharmacy, Therapeutics and Nutrition Committee**
    - WVU Medicine
    - Member
        - 2012 - 2013

- **Resident Recruitment Committee**
    - Department of Behavioral Medicine and Psychiatry
    - Member
        - 2010 - 2022

- **Addiction Service Section**
    - Department of Behavioral Medicine and Psychiatry
    - Member
        - 2010 - 2022

- **Didactic Review: Ad-Hoc Resident Education Subcommittee**
    - Chair
    - Department of Behavioral Medicine and Psychiatry
        - 2009 – 2010

5

Marshalek, Patrick

**INVITED LECTURES AND PRESENTATIONS**

"TMS for Depression" Health Report, WVU Medicine, Virtual, May 2021

"Stimulant Use Disorders" WV DHHR BBHS, Virtual, May 2021

"Infectious Complications Related to IVDU" ORN-WV-SOR Workshop, Virtual, April 2021

"Clinical Guidance Training for Treating Pregnant & Post-Partum Women With OUD & Their Infants" SAMSHA, Virtual, November 2020

"Initiating Buprenorphine in the Emergency Department" WVACEP Educational Summit, Virtual, September 2020

"Psychological Impact of Pain" 45th Annual Hal Wanger Family Medicine Conference, Morgantown, WV October 2019

ASAM Buprenorphine Waiver Training, Morgantown, WV, July 2019

"Hospital Psychiatry" ACOI Board Review, Baltimore, MD, May 2019

"ECT and TMS" WV APA, White Sulphur Springs, WV, Aug 2019

"Psychoactive Substances" WVUCIPM Case Conference, Morgantown, WV, May 2018

"Expanding Access to OUD Treatment: The Role of Telehealth," National Rx Drug Abuse Summit, Atlanta, GA, March 2018

"Substance Abuse in Pregnancy," Grand Rounds, Department of Obstetrics and Gynecology, West Virginia University School of Medicine, Morgantown, WV, March 2018

"Pain Management and Addiction" WVUSOM MS3 Surgery Clerkship Lecture, Morgantown, WV, March 2018

"Substance Abuse Update," WVU Medicine Nursing Conference, Morgantown, WV, February 2018

"Ketamine in Psychiatry," Grand Rounds, Department of Psychiatry, Wake Forest Baptist Health, Winston-Salem, NC, February 2017

"Treating patients with trans-buccal ketamine in a university clinic setting, and integrating ketamine treatment with other kinds of psychiatric care" KRIYA Ketamine Research Institute, San Francisco, CA, November 2016

"Pain Management and Addiction," WVU Medicine Spine Conference, Morgantown, WV, October 2016

"Introduction to C/L Psychiatry," Psychology Didactic, Department of Behavioral Medicine and Psychiatry, West Virginia University School of Medicine, Morgantown, WV, October 2016

6

Marshalek, Patrick

"Psychiatry for OB Residents," Resident Didactic, Department of Obstetrics and Gynecology, West Virginia University School of Medicine, Morgantown, WV, August 2016

"New Psychoactive Substances, Old Psychoactive Substances" Grand Rounds, Department of Anesthesia, West Virginia University School of Medicine, Morgantown, WV, October 2015

"Clinical Models of using Sublingual Buprenorphine for Pain and Addiction" Symposium, 23rd World Congress on Psychosomatic Medicine, Glasgow, Scotland, August 2015

"Pain Management of High Risk Pain Patients" 26th Annual West Virginia Addiction Training Institute, Morgantown, WV, June 2015

"The Road Less Traveled Using Buprenorphine-Naloxone to Treat High-Risk Chronic Pain Patients" PCSS-O Webinar sponsored by American Society for Pain Management Nursing, April 2015

"The evolution of an evidence-based program for pregnant women with substance use disorders: A work in progress" Grand Rounds, Department of Behavioral Medicine & Psychiatry, West Virginia University School of Medicine, Morgantown, WV April 2015

"Substance Abuse in Pregnancy" Symposium, West Virginia Perinatal Summit, Charleston, WV, November 2014

"Substance Use Disorders in Pregnancy" Academy for Psychosomatic Medicine 2014 Annual Meeting, Fort Lauderdale, FL, November 2014

"Telepsychiatry" PSIMED Annual Training, Charleston, WV, October 2014

"Bath Salts and Beyond" WVUH Nursing Symposium, Morgantown, WV, October 2014

"Opioids and Chronic Pain" WVUH Spine Conference, Morgantown, WV, September 2014

"The Road Less Traveled: Using Buprenorphine-Naloxone to Treat High-Risk Chronic Pain Patients" American Society for Pain Management Nursing 24th National Conference, San Diego, CA, September 2014

"Telehealth→Telepsychiatry→TeleAddictionMedicine" 25th Annual West Virginia Addiction Training Institute, Morgantown, WV, June 2014

"Substance Abuse in Pregnancy" Grand Rounds, Department of Pediatrics, West Virginia University School of Medicine, Morgantown, WV, June 2014

"Substance Abuse in Pregnancy" Grand Rounds, Department of Obstetrics and Gynecology, West Virginia University School of Medicine, Morgantown, WV, June 2014

"Opioids and Chronic Pain" Nursing Education Course, WVU Healthcare, Morgantown, WV, October 2013

Marshalek, Patrick

"Hospital Psychiatry 4" Internal Medicine Noon Conference, WVU School of Medicine Department of Medicine, August 2013

"Pain Management in Opioid Dependent Trauma Patients," Trauma Conference, WVU School of Medicine Department of Surgery, Trauma Services, August 2013

"Addiction in Pregnancy" 24rd Annual Addiction Training Institute, Morgantown, WV June 2013

"Hospital Psychiatry 3" Internal Medicine Noon Conference, WVU School of Medicine Department of Medicine, April 2013

"Opioids and Chronic Pain" Nursing Education Course, WVU Healthcare, Morgantown, WV, April 2013

"Hospital Psychiatry 2" Internal Medicine Noon Conference, WVU School of Medicine Department of Medicine, March 2013

"Hospital Psychiatry 1" Internal Medicine Noon Conference, WVU School of Medicine Department of Medicine, February 2013

"Opioids and Chronic Pain" Nursing Education Course, WVU Healthcare, Morgantown, WV, February 2013

"Expanding Telepsychiatry: Above & Beyond," Telehealth Executive Summit, San Diego, CA, January 2013

"Telemedicine, Pregnancy and Opioid Dependence," Southern Psychiatric Association, White Sulphur Springs, WV, October 2012

"Bath Salts" Trauma Conference, WVU School of Medicine Department of Surgery, Trauma Services, August 2012

"Psychedelics in Psychiatry" 23rd Annual Addiction Training Institute, Morgantown, WV, June 2012

"Opioid Dependence in Pregnancy," Grand Rounds, WVU School of Medicine, Department of Obstetrics and Gynecology, February 2012

"Psychedelics in Psychiatry, Part 1," Grand Rounds, WVU Department of Behavioral Medicine and Psychiatry, February 2012

"Drugs of Abuse and the Disease of Addiction" Addictions In Healthcare, WVU Healthcare, Morgantown, WV, September 2011

"Substances of Abuse: Part 2" Trauma Conference, WVU School of Medicine Department of Surgery, Trauma Services, July 2011

"UDS: Fact or Fiction" 22nd Annual West Virginia Addiction Training Institute, Morgantown, WV, June 2011

8

Marshalek, Patrick

"Prescription Drug Abuse: The Challenges of Opioid Abuse" Physician Assistant Students, Mountain State University, Beckley, WV, September, 2010

"Prescription Drug Abuse: The Challenges of Opioid Abuse" CCMD 470 (MSII Lecture), West Virginia University School of Medicine, Morgantown, WV October 2010

"Opioids and Diversion" Grand Rounds, WVU School of Medicine Department of Obstetrics and Gynecology, Morgantown WV, August 2010

"Omega-3 Fatty Acids and the Mechanisms of Substance Abuse" 21st Annual West Virginia Addiction Training Institute, Morgantown, WV, June 2010

"Drugs of Abuse," 21st Annual West Virginia Addiction Training Institute, Morgantown, WV, June 2010

"Some Drug Dealers Wear White Coats," 20th Annual West Virginia Addiction Training Institute, Morgantown, WV, June 2009

"Some Drug Dealers Wear White Coats," Grand Rounds, WVU Department of Behavioral Medicine and Psychiatry, Morgantown, WV, April 2009

"Psychedelics and Psychiatry," WV District Branch, APA Mid-Year Meeting, Morgantown, WV, February 2009

"Internet Drug Store," Substance Abuse Seminar, WVU Department of Behavioral Medicine and Psychiatry, Morgantown, WV, February 2009

"Psychedelics in Psychiatry," Grand Rounds, WVU Department of Behavioral Medicine and Psychiatry, Morgantown, WV, August 2008

"Legal Highs," Substance Abuse Seminar, WVU Department of Behavioral Medicine and Psychiatry, Morgantown, WV, May 2008

"Street Drugs 101," Care Management Team, West Virginia University Hospitals, Morgantown, WV, April 2008

"DEA: Drug Intelligence Brief," Substance Abuse Seminar, WVU Department of Behavioral Medicine and Psychiatry, Morgantown, WV, August 2006

**PUBLICATIONS**

Warfield SC, Bharat C, Bossarte RM, DePhilippis D, Farrell M, Hoover M Jr, Larney S, Marshalek P, McKetin R, Degenhardt L. Trends in comorbid opioid and stimulant use disorders among Veterans receiving care from the Veterans Health Administration, 2005-2019. Drug Alcohol Depend. 2022 Mar 1;232:109310. doi: 10.1016/j.drugalcdep.2022.109310. Epub 2022 Jan 19. PMID: 35101816.

Marshalek, Patrick

Aboraya A, Nasrallah HA, Elswick D, Rastgar Y, Berry J, Hill C, Justice J, Zheng W, Pearson N, Gallucci G, Figgs P, Hustead J, Vogt J, Zafar J, Dohar S, Looper R, Guinan D, Elawady A, Shah O, Lam MW, Shagufta S, Schwartzman N, Hamric E, Mayle L, Miller M, Chandran D, Marshalek P, Moreland R, Tamang TL, Mattancheril S, Berzingi S. Measurement-based care training curriculum in psychiatry residency programs: I: Description of the curriculum and demonstration of implementation. Ann Clin Psychiatry. 2021 Aug;33(3):168-179. doi: 10.12788/acp.0039. PMID: 34398732.

Kaski S, Marshalek P, Herschler J, Wen S, Zheng W. Sublingual Buprenorphine/Naloxone and Multi-Modal Management for High-Risk Chronic Pain Patients. J Clin Med. 2021 Mar 2;10(5):973. doi: 10.3390/jcm10050973. PMID: 33801173; PMCID: PMC7957677.

Pollini RA, Paquette CE, Drvar T, Marshalek P, Ang-Rabanes M, Feinberg J, Haut MW. A qualitative assessment of discharge against medical advice among patients hospitalized for injection-related bacterial infections in West Virginia. Int J Drug Policy. 2021 Aug;94:103206. doi: 10.1016/j.drugpo.2021.103206. Epub 2021 Mar 23. PMID: 33765516; PMCID: PMC8373672.

Mahoney JJ 3rd, Winstanley EL, Lander LR, Berry JH, Marshalek PJ, Haut MW, Marton JL, Kimble WD, Armistead M, Wen S, Cai Y, Hodder SL. High prevalence of co-occurring substance use in individuals with opioid use disorder. Addict Behav. 2021 Mar;114:106752. doi: 10.1016/j.addbeh.2020.106752. Epub 2020 Dec 4. PMID: 33348147; PMCID: PMC7934179.


Winstanley EL, Mahoney JJ 3rd, Lander LR, et al. Something to despair: Gender differences in adverse childhood experiences among rural patients. J Subst Abuse Treat. 2020;116:108056. doi:10.1016/j.jsat.2020.108056

Lander LR, Zheng W, Hustead JD, et al. Long-term treatment retention in West Virginia's comprehensive opioid addiction treatment (COAT) program. J Neurol Sci. 2020;411:116712. doi:10.1016/j.jns.2020.116712

Mahoney JJ, Marshalek PJ, Rezai AR, Lander LR, Berry JH, Haut MW. A case report illustrating the effects of repetitive transcranial magnetic stimulation on cue-induced craving in an individual with opioid and cocaine use disorder. Exp Clin Psychopharmacol. 2020;28(1):1-5. doi:10.1037/pha0000289

Winstanley EL, Lander LR, Berry JH, Mahoney JJ 3rd, Zheng W, Herschler J, Marshalek P, Sayres S, Mason J, Haut MW. West Virginia's model of buprenorphine expansion: Preliminary results. J Subst Abuse Treat. 2019 May 8. pii: S0740-5472(19)30059-5. doi: 10.1016/j.jsat.2019.05.005. [Epub ahead of print] PubMed PMID: 31221524.

Guinan D, Drvar T, Brubaker D, Ang-Rabanes M, Kupec J, Marshalek P. Intentional Foreign Body Ingestion: A Complex Case of Pica. Case Rep Gastrointest Med. 2019 Feb 6;2019:7026815. doi: 10.1155/2019/7026815. eCollection 2019. PubMed PMID: 30881707; PubMed Central PMCID: PMC6381557.

Nguyen L, Lander LR, O'Grady KE, Marshalek PJ, Schmidt A, Kelly AK, Jones HE. Treating women with opioid use disorder during pregnancy in Appalachia: Initial neonatal outcomes following

10

Marshalek, Patrick

buprenorphine + naloxone exposure. Am J Addict. 2018 Mar;27(2):92-96. doi: 10.1111/ajad.12687. Epub 2018 Feb 23.

Zheng W, Nickasch M, Lander L, Wen S, Xiao M, Marshalek P, Dix E, Sullivan C. Treatment Outcome Comparison Between Telepsychiatry and Face-to-face Buprenorphine Medication-assisted Treatment for Opioid Use Disorder: A 2-Year Retrospective Data Analysis. J Addict Med. 2017 Mar/Apr;11(2):138-144. doi: 10.1097/ADM.0000000000000287. PMID: 28107210

Haut MW, Hogg JP, Marshalek PJ, Suter BC, Miller LE. Amnesia Associated with Bilateral Hippocampal and Bilateral Basal Ganglia Lesions in Anoxia with Stimulant Use. Front Neurol. 2017 Feb 8;8:27. doi: 10.3389/fneur.2017.00027. eCollection 2017.

Shenai N, Glance J, Marshalek P. Special Interest Groups-Updates in Psychosomatics (SIG-UPs): Alcohol Use Disorders in Women. Psychosomatics. 2017 Jan - Feb;58(1):91-92. doi: 10.1016/j.psym.2016.08.008. Epub 2016 Aug 20. No abstract available.
PMID: 28010750

Laura R. Lander, Patrick Marshalek & Carl R. Sullivan (2016) Medication-Assisted Treatment for Pregnant Women: An Interdisciplinary Group Based Model, Journal of Groups in Addiction & Recovery, 11:3, 182-193, DOI: 10.1080/1556035X.2016.1185987

Laura P. McLafferty, M.D., Madeleine Becker, M.D., Nehama Dresner, M.D., Samantha Meltzer-Brody, M.D., Priya Gopalan, M.D., Jody Glance, M.D., Guitelle St. Victor, M.D., Leena Mittal, M.D., Patrick Marshalek, M.D., Laura Lander, L.C.S.W., Linda L.M. Worley, M.D. (2016) Guidelines for the Management of Pregnant Women With Substance Use Disorders. *Psychosomatics*. http://dx.doi.org/10.1016/j.psym.2015.12.001

Linda Nguyen, Patrick J Marshalek, Cory B Weaver, Kathy J Cramer, Scott E Pollard, Rae R Matsumoto (2015) Off-label use of transmucosal ketamine as a rapid-acting antidepressant: a retrospective chart review, *Neuropsychiatric diseases and Treatments*. DOI http://dx.doi.org/10.2147/NDT.S88569

Lander L, Gurka K, Marshalek P, Riffon M, Sullivan *C. A Comparison of Pregnancy-Only versus Mixed-Gender Group Therapy among Pregnant Women with Opioid Use Disorder. Social Work Research, 2015; doi: 10.1093/swr/svv029.*

Lander L, Marshalek P, Yitayew M, Ford D, Sullivan C, Gurka K. (2013).  Rural Healthcare Disparities: Challenges and Solutions for the Pregnant Opioid-dependent Population.  *West Virginia Medical Journal,* Vol 109(4), 22-27.

Marshalek PJ, Sullivan, Buprenorphine clinics: an integrated and multidisciplinary approach to treating opioid dependence. CR.*W V Med J*. 2010;106(4 Spec No):60-3. No abstract available.

**BOOK CHAPTERS**

Wilson A, Marshalek P.  Drugs and Alcohol.  TRAUMA. Editors: Mattox KL, Moore EE, Feliciano DV.  McGraw-Hill, New York, NY. (2017)

11

Marshalek, Patrick

"Opioid Intoxication", for the SAGE Reference project The SAGE Encyclopedia of Abnormal and Clinical Psychology, 2015

**EDITORIAL**

- **Frontiers in Public Health: Substance Use Disorders and Behavioral Addcitions**
  - 2022-Present
    - Associate Editor

- **Journal of Groups in Addiction & Recovery**
  - 2016 – 2022
    - Ad hoc reviewer

- **Journal of Human Lactation**
  - 2016 – 2022
    - Ad hoc reviewer

**EXPERT CONSULTATION**

**West Virginia Board of Medicine**
-assisted the board with multiple cases against physicians
    -provided expert consultation regarding controlled substance prescribing practices
        -pain management practices
        -addiction practices
        -psychiatric practices
        -primary care practices
-written reports submitted and all resolved prior to hearings
**Department of Justice, Drug Enforcement Administration, United States Attorney Office**
-assisted with multiple cases again physicians
-provided expert consultation regarding controlled substance prescribing practices
        -pain management practices
        -addiction practices
        -psychiatric practices
        -primary care practices
-written reports submitted when indicated/requested
    -3 cases went to trial and testimony provided
**Maryland Attorney General**
-provided expert consultation the consumer protection division related to charges against pharmaceutical manufacturer Insys Therapeutics
    -charged with unfair and deceptive practices surrounding pattern of distributing sub-lingual fentanyl "off-label" to patients
**Civil opioid litigation in Mingo County, WV (Cagle/Legato)**
-provided expert consultation regarding opioid prescribing practices
-provided deposition
-terms of settlement reached

12