# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 17-md-2804 |
| | Judge Dan Aaron Polster |
| *Track Seven* | |

## [PROPOSED] ORDER DENYING PLAINTIFF'S
## MOTION TO EXCLUDE CERTAIN OPINIONS OF PATRICK J. MARSHALEK

Plaintiff's Motion to Exclude Certain Opinions of Patrick J. Marshalek [Doc. # 4885] is hereby DENIED.

**IT IS SO ORDERED.**

_____
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

15544121.1