# EXHIBIT A

**JOHN E. SCHNEIDER, PhD**
Avalon Health Economics LLC
(862) 260-9193 (office)
John.Schneider@avalonecon.com

**EDUCATION**

PhD, University of California, Berkeley - Health Services and Policy Analysis / Health Economics (2000)[*] | Committee: James Robinson, Theodore Keeler, and Oliver Williamson[†]

MA, University of Maine - Economics (1989)

BA, University of Maine - Economics (1988)


**PROFESSIONAL EXPERIENCE**

Chief Executive Officer and Founder, Avalon Health Economics LLC, Morristown, NJ (2013-present). Creator and lead of a healthcare economics consultancy focused on data-driven outcomes research, business analytics, litigation support, and policy analysis (www.avalonecon.com). Responsible for leadership and management of all business functions. Key health economics service offerings include data analysis, statistical analysis, economic evaluation (drugs, devices, & diagnostics), litigation support (assessing reasonable value of medical expenses in a variety of cases; antitrust; forensic economics), and policy analysis.

Senior Director, Health Economics, Oxford Outcomes Ltd,[‡] Morristown, NJ (2009-2013). Led development of new U.S. health economics office for U.K.-based Oxford Outcomes Ltd; lead, build and manage operations of new U.S. office focused on health economics, outcomes research, litigation support, & policy analysis. Management responsibilities also included recruiting of all staff, retaining of scientific experts, managing and mentoring direct reports, and taking part in strategic discussions with other members of the senior leadership team.

Principal & Senior Health Economist, Health Economics Consulting Group, LLC, Morristown, NJ (2004 - 2009). Started health economics consultancy with two business partners (Robert Ohsfeldt, PhD, and John Brooks, PhD) and built business over five-year period through merger with Oxford Outcomes Ltd. Key health economics service offerings include data analysis, statistical analysis, economic evaluation, litigation support (assessing reasonable value of medical expenses; antitrust; forensic economics), and policy analysis.

Assistant Professor, Department of Health Management and Policy, College of Public Health, University of Iowa, Iowa City, Iowa (2001- 2007). Additional teaching and research activities included: Secondary Appointment, Department of Economics, University of Iowa, Iowa City,

---

[*] Interdisciplinary doctoral program between three University of California Berkeley Colleges and Departments: College of Public Health's Department of Health Management & Policy (Robinson), Department of Economics (Keeler), and The Haas School of Business (Williamson)

[†] Dissertation Committee member Oliver Williamson was winner of the Nobel Prize in Economics, 2009

[‡] Oxford Outcomes became a wholly owned subsidiary of ICON plc in January 2011

Iowa (2002 – 2007); and Core Investigator, Center for Research in the Implementation of Innovative Strategies in Practice (CRIISP), Iowa City VA Medical Center, U.S. Veterans Health Administration (2004 - 2007)

Member, Gerson Lehrman Group Health Care Council (2005 - present).  Provide advice and support to financial managers and investors evaluating health care investment opportunities.

Writer, Dow Jones Inc. *Wall Street Journal* (2005 - 2007). For the *WSJ*'s "Professor Journal," wrote weekly reviews entitled "Health Care Business and Policy." Reviews were distributed nationally to educators in business and economics.

Director of Research, California Association of Health Plans, Sacramento, California (1999 - 2001).  Lead research projects to support the California health insurance industry.  Projects included the evaluation of new medical technologies, in-depth analysis of the effects of policies directed at the California insurance industry, and the formation of interdisciplinary experts to support collaborative quality improvement.

Research Analyst, Center for Health Economics Research / Health Economics Research, Inc. (now RTI International), Waltham, Massachusetts (1989 - 1993)

Research Associate, Blue Cross Blue Shield of Maine, Portland, Maine (1988)

Independent health economics consultant (1994 - 2004)

## ADDITIONAL ACADEMIC POSITIONS & AFFILIATIONS

Research Fellow, San Diego State University (SDSU), San Diego, CA (May 2021-Present)

Adjunct Assistant Professor, College of Global Public Health, New York University (NYU), New York, NY (September 2018 - 2019)

Adjunct Assistant Professor, Drew University, Department of Economics, Madison, NJ (2008-2011)

Faculty Affiliate, Nicholas C. Petris Center on Health Care Markets and Consumer Welfare, School of Public Health, University of California, Berkeley (2002 - 2010)

Research Assistant, Department of Health Services and Policy Analysis, University of California, Berkeley (1994 - 1997)


## EXPERT SERVICES

Provided a variety of expert services on topics, including, for example: (a) competitive practices, including antitrust research and analysis, market studies, mergers and acquisitions, unfair practices, and disputes (e.g., payer-provider); (b) regulatory policy (public health; hospitals; managed care/insurance); (c) costs and market prices for hospital and physician services, including calculation of reasonable and fair market value of medical services; (d) research on physician group in-network status; (e) research on hospital market boundaries (e.g., hospital trademark infringement case).

**LIST OF EXPERT CASES** (most recent 5 years; chronological order)

1. Juana Rodriquez, Individually and as Parent and Next Friend/Natural Guardian of CH, a minor, vs. David Aguero Visoso, Chrysler Group, LLC, and Fiat Chrysler Automobiles US, LLC, South Carolina (For the defendant; deposition), 2017
2. Ronna Kiel vs. Southwest Gas, (For the defendant; deposition), 2017
3. UHS of Delaware, Inc. vs. United Health Services Inc. et. al., Harrisburg, PA (For the defendant; deposition only), 2016
4. Kloss v. TVHLP, et al., Boise, ID (For the defendant; trial only), 2018
5. Edith C. Miller v. Southern Tank, South Carolina, (For the defendant; deposition), 2018
6. David Brasseaux v. National Casualty Company (For the defense, deposition), 2018
7. Eagle Air Med Corporation, a Utah corporation; and Valley Med Flight Inc. v. Sentinel Air Medical Alliance, LLC, a Wyoming Limited Liability Company; Jeffrey Frazier, an Individual (For the plaintiff, deposition), 2018
8. National Prescription Opiate Litigation, 1:17-cv-02804-DAP, United States District Court Northern District of Ohio Eastern Division [for defendant (Insys, Inc.); deposition], 2019
9. Andrea Sullivan v. Crete Carrier Corp., PICS Case No. 16-0968 (C.P. Monroe June 20, 2016), (For the defense, trial), 2019
10. Malinda Clemons v. Gregory Lofton & Shelton Property Management Inc. (For the defendant; deposition), Case number 2019-CA-000806, Alachua County, FL, 2020
11. Watson vs. CJM Contractors, Inc., et al. (For the defendant; deposition), Docket OCN-L-241-19, New Jersey, 2020
12. Maryland Care v. Envolve Inc., (For the plaintiff; deposition & arbitration), AAA Case No. 01-20-0000-6372, Maryland, 2020/2021
13. Jose Armendarez v. South Carolina Electricity and Gas, (For the defense; deposition), Case No. 2017-CP-40-06792, South Carolina 2020
14. James Wesley Garvin v. South Carolina Electric & Gas Company, Electric Engineering Consulting and Testing, P.C. and Cooper Power Systems, LLC, (For the defense; deposition), Case No. 2017-CP-38-1358, South Carolina, 2021
15. Infirmary Health v. HealthSpring of Alabama; Case No. 01-18-0004-6947, (For the defense; deposition), Alabama, 2021
16. Amanda Moses-Basney and Chad Basney v. Progressive American Insurance Company; (For the defendant; trial); Case No. 18-CA-0907; Florida, 2021
17. Manichanh Senebouttarath v. PEMCO Mutual Insurance Company; (For the defendant; arbitration); Washington, 2021
18. Spencer et al. vs CenterPoint; (For the defendant; deposition); Arkansas, 2021
19. Melinda Clemons & Daniel Clemons vs. Gregory Lofton & Shelton Property Management Inc. (for the defendant; deposition & trial); Alachua County, Florida (Case No. 2019-CA-000806), 2021
20. John M. Daniels vs. Rachel Deck & Elba Deck (For the defendant; deposition); Bucks County, Pennsylvania (Case No. 2019-01101-38), 2021
21. Shelly Valentine vs. Connor Leary, Robert Leary, and Papa John's USA Inc. (For the defendant; deposition); Brevard County, Florida (Case No. 05-2019-CA-059082), 2021
22. Dorothea Rye, Rickey Rye, Santana Smith and Carl Smotherman v. Candelario Castillo and Spirit Truck Lines, Inc., (For the defendant; deposition); Tennessee (Case No. 1:16-cv-00061), 2022

23. Samuel Santiago vs Pilot Travel Centers LLC (For the defendant; deposition); Rio Arriba County, New Mexico (Case No. D-117-CV-2020-00264), 2022
24. State of New Mexico, Ex Rel., Hector Balderas, Attorney General (Plaintiff) v. Purdue Pharma, Lp., et al. (Defendants); State of New Mexico, County of Santa Fe, First Judicial District Court. Case No. D-101-CV-2017-02541 [for the defense (retail pharmacies); deposition], 2022
25. Fielder v. Firemen's Insurance Co. of Washington DC et al. ((For the defendant; deposition); Northern District of Indiana, Hammond divison; Case No. 2:19-cv-000351-JVB-APR, 2022
26. Jeffrey George vs. State Farm (For the defendant; deposition); State of Wisconsin (Case No. 20CV143), 2022
27. Ernest Moore vs A&A Restoration and Smith (For the defendant; deposition); Orange County Florida; Case No. 2020-CA-001638-O
28. William Rodney Gerrald, Individually & as Guardian ad Litem of Chase William Gerrald, a minor vs. Travis Ray Bullock, Jr. and Time Warner Cable Southeast, LLC (For the defendant; deposition); County of Marion, State of South Carolina, Civil Action No. 2021CP3300015, 2022
29. Elana Rich v. Brandon DiBlasio, Marksman Construction, Progressive Select Insurance Co., (For the defendant; deposition); Seminole County, State of Florida, Case No. 59-2020-CA-001442, 2022
30. Eleanor Moreno v. Gabby's Kitchen et al. (For the defendant; deposition); County of Yavapai, State of Arizona, Case No. P1300CV2021-00118, 2022
31. Truin Blye and Adrena Blye v. David Nazworth and Rachel Nazworth (For the defendant; deposition), Bradford County, State of Florida, Case No. 04-2021-CA-0092, 2022

**PRIMARY EXPERTISE**

Leadership and mentoring in health economics research and consulting.  Technical skills and experience in a wide variety of health economics issues and topics, including: (a) building of health economics research teams (HECG; Oxford Outcomes; ICON; Avalon Health Economics); (b) economic evaluation of medical technologies and interventions (cost analysis; cost effectiveness analysis; budget impact models; hospital value models); (c) economic analysis of health care policies and law; and (d) strategic health care decision-making, consulting services and support to health care leaders, administrators, and managers; (e) analysis of health care prices, costs and market dynamics for litigation support.

**PEER-REVIEWED PUBLICATIONS**

1. Schneider, JE, & JT Cooper. Cost impact analysis of novel host-response diagnostic for patients with community-acquired pneumonia in the emergency department. 2022. *J Med Econ* 25:1; 138-151

2. Briggs, AH., A. Howarth, S. Davies, J. Schneider, G. Spentzouris, F. Mughal, et al. Challenges for decision-makers when assessing within-class comparative effectiveness: the case of anticoagulation therapy for atrial fibrillation. 2022. *J Comp Eff Res*

3. Veenstra, D.L., J. W. Rowe, J. A. Pagán, H. S. Brown, J. E. Schneider, A. Gupta, et al. Reimbursement for genetic variant reinterpretation: five questions payers should ask. 2021. *Am J Manag Care* 27:10; e336-e338

4. Dick, K & Schneider, JE, Economic Evaluation of FebriDx: a Novel Rapid, Point-of-Care Test for Differentiation of Viral versus Bacterial Acute Respiratory Infection in the United States. *Journal Health Economics and Outcomes Research*. 2021. Forthcoming.

5. Dick K, Schneider JE, Briggs A, Lecomte P, Regnier SA, Lean M. Mendelian randomization: estimation of inpatient hospital costs attributable to obesity. *Health Econ Rev*. 2021 May 14;11(1):16

6. Bisognano J, Schneider JE, Davies S, Ohsfeldt RL, Galle E, Stojanovic I, Deering TF, Lindenfeld J, Zile MR. Cost-impact analysis of baroreflex activation therapy in chronic heart failure patients in the United States. *BMC Cardiovasc Disord*. 2021 Mar 26;21(1):155.

7. Pagán JA, Brown HS, Rowe J, Schneider JE, Veenstra DL, Gupta A, Berger SM, Chung WK, Appelbaum PS. Genetic Variant Reinterpretation: Economic and Population Health Management Challenges. *Popul Health Manag*. 2020. Sep 9. Epub ahead of print

8. Schneider, J.E., et al., Online Simulation Model to Estimate the Total Costs of Tobacco Product Waste in Large U.S. Cities. *Int. J. Environ. Res. Public Health*, 2020. 17

9. Schneider JE, Romanowsky J, Schuetz P, et al. Cost Impact Model of a Novel Multi-mRNA Host Response Assay for Diagnosis and Risk Assessment of Acute Respiratory Tract Infections and Sepsis in the Emergency Department. *JHEOR*. 2020;7(1):24-34

10. Schneider, J.E., et al., Application of a simple point-of-care test to reduce UK healthcare costs and adverse events in outpatient acute respiratory infections. *J Med Econ*, 2020: p. 1-10.

11. Forsythe, A., et al., Real-world evidence on clinical outcomes in immune thrombocytopenia treated with thrombopoietin receptor agonists. *J Comp Eff Res*, 2020.

12. Stojanovic, I., J.E. Schneider, and J. Cooper, Cost-impact of cardiac magnetic resonance imaging with Fast-SENC compared to SPECT in the diagnosis of coronary artery disease in the U.S. *J Med Econ*, 2019. 22(5): p. 430-438.

13. Schneider, J.E. and I. Stojanovic, Economic evaluation of cardiac magnetic resonance with fast-SENC in the diagnosis and management of early heart failure. *Health Econ Rev*, 2019. 9(1): p. 13.

14. Schneider, J.E., et al., Economic evaluation of passive monitoring technology for seniors. *Aging Clin Exp Res*, 2019.

15. Schneider, JE, et al. Impact of a Novel Insulin Management Service on Non-insulin Pharmaceutical Expenses. *Journal of Health Economics and Outcomes Research*. 2018; 6(1)

16. Stojanovic, I., et al., Economic evaluation of procalcitonin-guided antibiotic therapy in acute respiratory infections: a Chinese hospital system perspective. *Clin Chem Lab Med* 2017; 55(4): 561-570

17. Ohsfeldt, RL, et al. Outcomes of Surgeries Performed in Hospital Outpatient Departments, Ambulatory Surgery Centers, and Physician Offices: Evidence from a Retrospective Study of the Commercially Insured in Florida, 2008-2012. *Health Services Insights*. 2017; 10

18. Schneider, JE, et al. Assessing the impact of state "opt-out" policy on access to and costs of surgeries and other procedures requiring anesthesia services. *Health Economics Review*. 2017; 7(1)

19. Ohsfeldt, RL et al. Cost Impact of Unexpected Disposition after Orthopedic Ambulatory Surgery Associated with Category of Anesthesia Provider. *Journal of Clinical Anesthesiology*, 2016; 35:157-162

20. Ohsfeldt, RL et al. Patterns of Onsite Magnetic Resonance Imaging Equipment among Orthopedic Practices. *International Journal of Technology Assessment in Health Care* 2016; 31(5)

21. Ohsfeldt, RL, et al. In-office Magnetic Resonance Imaging (MRI) Equipment Ownership and MRI Volume among Medicare Patients in Orthopedic Practices. *Health Economics Review* 2015; 5(31)

22. Schuetz, P, et al. Economic Evaluation of Procalcitonin-Guided Antibiotic Therapy in Acute Respiratory Infections: A U.S. Health System Perspective. *Clinical Chemistry and Laboratory Medicine* 2015; 53(4):583-92

23. Schneider, JE, et al. Epidemiology and Economic Burden of Conjunctivitis: A Managed Care Perspective. *Journal of Managed Care Medicine* 2014; 17(1)

24. Schneider, JE, et al. Economics of Cancer Biomarkers. *Personalized Medicine* 2012; 9(8):829-837

25. Schneider, JE, et al. Organizational Boundaries of Medical Practice: The Case of Physician Ownership of Ancillary Services. *Health Economics Review* 2012; 2(7):1-8

26. Davies, A, et al. The Ends Justify the Mean: Outcomes Measures for Estimating the Value of New Cancer Therapies. *Health Outcomes Research in Medicine* 2012; 3(1):e25-e36

27. Schneider, JE, et al. Tobacco Litter Costs and Public Policy: A Framework and Methodology for Considering the Use of Fees to Offset Abatement Costs. *Tobacco Control* 2011; 20(1):i36-i41

28. Charlton, M, et al. Effects of Health Savings Account-Eligible Plans on Utilization and Expenditures. *American Journal of Managed Care* 2011; 17(1):79-86

29. Schneider, JE, et al. The Effects of Physician-Owned Hospitals on Medicare Expenditures: An Instrumental Variable Approach. *Contemporary Economic Policy* 2010 29(2):151-162

30. Peterson, NA, et al. Tobacco outlet density and demographics at the tract level of analysis in New Jersey. *Public Health*. 2010; 124(7):412-6.

31. Morton, CM, et al. Tobacco sales in community pharmacies: Remote decisions and demographic targets. *Journal of Community Psychology* 2010; 38,39-48

32. Li, P, et al. Effects of Critical Access Hospital Conversion on the Financial Performance of Rural Hospitals. *Inquiry* 46: 46-57

33. Schneider, JE, et al. Exploring the Regional Effects of Rising Health Insurance Costs on Consumers. *Regional Business Review* 2009; 28:123-146

34. Schneider, JE, et al. The Effect of Physician and Health Plan Market Concentration on Prices in Commercial Health Insurance Markets. *International Journal of Health Care Finance and Economics* 2008; 8(1):13-26

35. Peterson, NA, et al. Health Disparities and Community-Based Participatory Research: Issues and Illustrations. In RB Wallace (Ed.), *Public Health and Preventive Medicine, 15th Edition*. New York: NY: McGraw-Hill Medical (book chapter); 2008

36. Li, P, et al. Factors Associated with Iowa Rural Hospitals' Decision to Convert to Critical Access Hospital Status. *Journal of Rural Health* 2008; 25(1):70-76

37. Schneider, JE, et al. The Economics of Specialty Hospitals. *Medical Care Research and Review* 2008 65(5):531-553

38. Udeh, B, et al. Cost Effectiveness Analysis of a Point-of-Care Test for Adenoviral Conjunctivitis." *American Journal of Medical Sciences* 2008; 336(3): 254-264

39. Peterson, NA, et al. Community organizations and sense of community: Further development in theory and measurement. *Journal of Community Psychology* 2008; 36(6):798-813.

40. Schneider, JE, et al. The Effects of Specialty Hospitals on General Hospital Financial Performance, 1997-2004. *Inquiry* 2008; 44(3):321-334

41. Schneider, JE et al. The Role of Markets and Competition in Health care Reform Initiatives to Improve Efficiency and Enhance Access to Care. *Cumberland Law Review* 2007 37(3):479-511

42. Schneider, JE Case Studies. In Santerre, RE and SP Neun, *Health Economics: Theories, Insights, and Industry Studies, 4th Edition*. Mason, OH: Thomson-Southwestern Press 2007

43. Li, P, et al. Effect of Critical Access Hospital Conversion on Patient Safety. *Health Services Research* 2007 42(6):2089-2108

44. Ohsfeldt, RL, and JE Schneider *The Business of Health: The Role of Competition, Markets, and Regulation.* Washington, DC: American Enterprise Institute (book) 2006

45. Schneider, JE, et al. Clinical Practice Guidelines and Organizational Adaptation: A Framework for Analyzing Economic Effects. *International Journal of Technology Assessment in Health Care* 2006; 22(1): 58-66

46. Schneider, JE, et al. Tobacco Outlet Density and Demographics at the Tract Level of Analysis in Iowa: Implications for Environmentally-Based Prevention Initiatives" *Prevention Science* 2005; 6(4): 319-325

47. Ohsfeldt RL, et al. Implementation of Hospital Computerized Physician Order Entry Systems in a Rural State: Feasibility and Financial Impact. *Journal of the American Medical Informatics Association* 2005; 12(1): 20-27

48. Peterson NA, et al. Linking Social Cohesion and Gender to Intrapersonal and Interactional Empowerment: Support and New Implications for Theory. *Journal of Community Psychology* 2005; 33: 233-244

49. Wakefield, DS, et al. Intensive Care Unit Utilization and Inter-Hospital Transfers as Potential Indicators of Rural Hospital Quality. *Journal of Rural Health* 2004; 20(4): 394-400

50. Ward, MM, et al. What Would Be the Effect of Referral to High-Volume Hospitals in a Largely Rural State? *Journal of Rural Health* 2004; 20(4): 344-354

51. Schneider, JE Changes in the Effects of Mandatory Rate Regulation on Growth in Hospital Operating Costs, 1980-1996. *Review of Industrial Organization* 2003; 22(4): 297-312

52. Anderson, RL, Clinical Characteristics of Older Adults Admitted to Inpatient Psychiatric Treatment: Implications for Resource Allocation. *Journal of Mental Health and Aging* 2003; 9(4): 211-221

53. Schneider, JE, et al. Excluded Facility Financial Status and Options for Payment System Modification. *Health Care Financing Review* 1993; 15:7-30

54. Pope, GC and JE Schneider, Trends in Physician Income, 1978-88" *Health Affairs* 1992; 11:181-193

**TECHNICAL PROJECT REPORTS & MANUSCRIPTS**

1. Schneider, JE, CS Decker, NA Peterson, & AS Doyle (2010). "Regulatory Fee Structure Analysis for Alcohol-Attributable Costs in San Francisco." Nexus Report delivered to San Francisco City Council.

2. Schneider, JE, CS Decker, JM Weintraub, R Bhatia, E Finkelstein, and A Honeycutt (2009). "The Public Burden of Liquid Candy: The Costs of Sugar-Sweetened Beverages in San Francisco." Nexus Report delivered to San Francisco City Council.

3. Peterson, N.A., Reid, R.J., Morton, C.M. & Schneider, J.E. (2009). Action Research to Analyze and Develop an Ordinance Restricting the Sale of Tobacco Products by Community Pharmacies in the United States. Presentation at the 6th Biennial Conference of the International Society of Critical Health Psychology, Lausanne, Switzerland.

4. Peterson, N.A., Morton, C.M., Reid, R.J. & Schneider, J.E., Sanchez Mayers, R. & Wiggins, L.L. (2009). Outlets of Addiction: The Sale of Tobacco, Alcohol, and Lottery Tickets by Community Pharmacies in New Jersey. Presentation at the 12th Biennial Conference of the Society for Community Research and Action, Montclair, NJ.

5. Schneider, JE, CM Gehl Supple, J Benton (2007) "Legal and Economic Analysis of Health Insurance Exchange Mechanisms."  Legislative Analysis Prepared for the National Association of Healthcare Underwriters (NAHU).

6. Schneider, JE, CS Decker, and A Barbour (2006). Economic and Policy Analysis of California's Single-Payer Health Care Proposal, SB 840.  Legislative Analysis Prepared for the California Association of Healthcare Underwriters (CAHU).

7. Kinzel, A., JA Selzer, JE Schneider, and CS Decker (2005). "Rethinking Health Insurance." Iowa State Planning Grant.  Final Report to the Secretary of U.S. Department of Health and Human Services.  Des Moines, IA: Iowa Department of Public Health

8. Schneider, JE, Li, P., Klepser, D.G., Peterson, N.A., Brown, T.T., and Scheffler, R.M. (2005). "The Effect of Medical Group and Health Plan Market Structure on Physician Prices in California."  Final Report. Nicholas C. Petris Center on Health Care Markets and Consumer Welfare.  University of California: Berkeley, CA

9. Schneider, JE, L Kazis, Y-H Huang, J Yankey, T Vaughn, and B Doebbeling (2004). "The Relationship between Organizational Performance and Health Status in the VA System" University of Iowa / Iowa City VA Center for Research in the Implementation of Innovative Strategies in Practice (presented at the 2004 VA HSR&D National Meeting, Washington DC)

10. Schneider, JE (1999) "Cost Estimates of Pending California Managed Care Reform Legislation: 1999." *Research Brief*.  California Association of Health Plans.

11. Schneider, JE (1999) "Rate Regulation in Payer-Provider Contracting: Analysis of AB 918 and SB 260." *Issue Brief*.  California Association of Health Plans.

12. Schneider, JE (1995) "Productivity of Non-Physician Providers."  Technical Report (material from report used for IOM book chapter).  Institute of Medicine and Bureau of Health Professions

13. Dayhoff, DA, JE Schneider, and GC Pope (1994) "Updating the Geographic Practice Cost Index: Revised Cost Shares." Final Report. Health Care Financing Administration Contract No. 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

14. Schneider, JE, ML Rosenbach, and DA Dayhoff (1992) "Analysis of Proxy Effects in the 1988 Physicians' Practice Costs and Income Survey." Final Report. Health Care Financing Administration Cooperative Agreement No. 99-C-98526/1-08

15. Schneider, JE, C Ammering, and ML Rosenbach (1992) "Inventory of Physician Practice Cost Data Sources." Final Report. Health Care Financing Administration Cooperative Agreement No. 99-C-98526/1-08

16. Boutwell, RC and JE Schneider (1992) "Multiple Physicians Furnishing Surgery: A Statistical Analysis of Assistance at Surgery, Procedures Billed Outside of the Global Package, and Procedures Performed Through the Same Incision." Final Report. Health Care Financing Administration Cooperative Agreement No. 99-98526/1-07

17. Cromwell, J, AJ Lee, R Burge, and JE Schneider (1991) "Volume Corridors and Marginal Cost Factors Used in Volume Adjustments to Financial Requirements: An Analysis of Maine Hospital Rate Setting Methodology."  Final Report.  Maine Health Care Finance Commission

18. Mitchell, JB, RC Boutwell, JE Schneider, and AJ Lee (1991) "Utilization, Diffusion, and Substitution of High-Technology Procedures."  Final Report. Health Care Financing Administration Contract No. 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

19. Schneider, JE and ML Rosenbach (1991) "Beneficiary Liability under Medicare: Analysis of Physician Participation, Assignment, and Billing Practices." Final Report. Health Care Financing Administration Contract No. 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

**PROFESSIONAL PRESENTATIONS**

1. Medical Product Commercialization in the US: Structure, Tools, and Policy.  Columbia University, New York City, NY (March 2017)

2. Bio-Medical Product Commercialization in the US: Overview of Structure, Evaluation Tools, and Market Access.  Wallace Coulter Foundation.  Annual Meeting. Ft. Lauderdale, FL (February 2017)

3. Health Policy Changes in 2017 and Beyond: Potential Impact of New Administration. Standard & Poor's Health Care Group. New York City, NY (February 2017)

4. Medical Devices in the Changing U.S. Healthcare Marketplace: Economic Evaluation, Payment.  Annual Medical Device Symposium. BMO Capital Markets, New York City, NY (December 2015)

5. Issues in the Economic Evaluation of Medical Devices.  Barclay's Medical Device Investor Symposium, New York City, NY (November, 2015)

6. The Economics of Biomarkers and the Role of ROMA in Ovarian Cancer Diagnosis and Treatment. Turning Science Into Caring 2013. 6th Latin America & Canada Clinical Laboratory Symposium, Cartagena, Colombia, Las Américas y Centro de Convenciones (October 2013)

7. The Implications of U.S. Health Reform for the Pharmaceutical Industry.  Presented at Oxford Outcomes Annual Symposium (September 2012)

8. Tobacco Litter Costs and Public Policy: Conceptual Framework.  Presented at Tobacco Summit sponsored by California Department of Public Health's Tobacco Control Program (June 2012)

9. The Implications of US Health Reform for Health Economics and Outcomes Research. Open/Public online event presented at Oxford Outcomes Webinar Series (May 2010)

10. Tobacco Outlet Density.  Presented at the Annual Meeting of the Society for Research on Nicotine and Tobacco (SNRT).  Annual Meeting. Baltimore (February 2010)

11. Hospital Competition and New Market Entrants.  Presented at Symposium on Hospital Competition and Antitrust titled "Old and New Forms of Hospital Competition: Economic and Antitrust Issues."  American Enterprise Institute, Washington DC (November 2008) at http://www.aei.org/event/1837.  Symposium Planning Committee:  John Schneider, Robert Helms & Joseph Antos

12. The Evidence on Physician-Owned Hospitals.  Presented at the 8th Annual Conference of Physician Hospital of America (October 2008).  Palm Springs, CA

13. Pharmaceutical/Biotech R&D.  Presented at the annual Gerson Lehrman Group Council Partners Summit.  New York Hilton, New York, NY (September 2008)

14. International Comparisons of Health Systems: Is the US Really All that Bad? Presented to the Healthcare Leadership Council, Washington, DC (June 2008)

15. The Business of Health: Why Can't We All Just Not Get Along?  Presented at the Medical Leadership Conference of America's Health Insurance Plans (AHIP) (October 2007)

16. Spatial Competition in the U.S. Hospital Industry: the Case of Specialty Hospitals. International Health Economics Association.  Annual Meeting: Copenhagen, Denmark (July 2007)

17. The Business of Health. Invited Presentation (with RL Ohsfeldt). American Enterprise Institute, Washington DC (October 2006)

18. The Effects of Specialty Hospitals on General Hospital Financial Performance, 1997-2004.  Presented at the annual meeting of the American Society of Health Economists.  Madison, WI (June 2006)

19. Overview of Physician Compensation and Incentive Mechanisms. Invited Presentation. Clinical Society of Genitourinary Surgeons. 84th Annual Meeting. University of Iowa Carver College of Medicine (Fall 2005)

20. Exploring the Relationship between Performance and Health Status in the VA System. VA Annual Conference, Health Services Research and Development, Washington DC (Spring 2004)

21. Physician Market Structure and Antitrust Issues in California. Invited Presentation. Conference on Antitrust. Nicholas C. Petris Center on Health Care Markets and Consumer Welfare. University of California: Berkeley, CA (Spring 2004)

22. Economic Analysis of Managed Care Regulation in California, 1995-2001. University of Iowa, College of Public Health and Carver College of Medicine "Research Week." (Spring 2003)

23. Economic Analysis of Managed Care Regulation in California, 1990-2001. Western Economics Association International, Annual Meeting, Seattle, WA (Summer 2002)

24. Improving Health Care Quality Collaboratively. California Association of Health Plans Annual Conference (Spring 2000)

25. Managed Care Regulation. University of California, Berkeley (Spring 2000)

26. The Successes and Challenges of Managed Care. University of California, San Francisco (Fall 2000)

27. California's Managed Care Market. University of California, Irvine. Executive MBA Program (Summer 2000)

28. The Economics and Institutions of Regulation and Reform in the U.S. Hospital Industry, 1980-1996. Association of Health Services Research Annual Conference, Los Angeles (Summer 2000)

29. Critical Data for California Managed Care Policy. Invited Panelist. Kaiser Family Foundation Health Policy Roundtable, Capitol Building, Sacramento (Summer 2000)

30. The Political Economy of Patient Protection Legislation in California. University of Southern California (Fall 1999)

31. Excluded Facility Financial Status and Options for Payment System Modification. Medical Care Section, American Public Health Association, Annual Meeting, Washington, D.C. (Fall 1992)

**COMPETITIVE GRANT FUNDING**

1. Measuring the Costs of Surgical Complications in the VA Health System, <u>Principal Investigator</u>. VA Investigator Initiated (IIR) Grant. U.S. Veterans Health Administration. Health Services Research and Development (09/07 - 09/09) **PI transferred after leaving Iowa City VA

2. Center for Excellence to Promote a Healthier Workforce, Co-Investigator (economic evaluation & cost effectiveness), National Institute for Occupational Safety and Health (07/06 – 07/09)

3.  Using VA Databases to Identify Drug Adverse Events & Their Health & Cost Impact. Co-Investigator. Health Services Research and Development, U.S. Veterans Health Administration (05/07 – 05/09)

4.  Novel Treatment Strategies for Constipation and the Role of Brain-Gut Axis. Co-Investigator. NIH (08/07 - 08/10)

5.  Effects of Clinical Practice Guidelines on Costs. <u>Principal Investigator</u>. Investigator Initiated (IIR) Grant. Health Services Research and Development, U.S. Veterans Health Administration (12/03 - 12/06)

6.  Implementing Evidence-Based Workplace Health Promotion. Co-Investigator. Wellmark, Inc. and Rockwell Collins (6/05 – 6/06)

7.  Integrating Cost Analysis and VA Organizational Research. <u>Principal Investigator</u>. Career Development Award. Merit Review Entry Program (MREP). Health Services Research and Development, U.S. Veterans Health Administration (1/03 - 12/05)

8.  Improving the Health of Rural Iowans through Nutrition and Exercise. Co-Investigator. Health Promotion and Disease Prevention Research Centers. Centers for Disease Control (10/02 - 10/04)

9.  Medical Group Market Structure in California. <u>Principal Investigator</u>. Pilot Grant. Sponsor: Nicholas C. Petris Center on Health Care Markets and Consumer Welfare. University of California, Berkeley (6/02 - 10/03)

10. Economic Effects of Managed Care Regulation in California. <u>Principal Investigator</u>. New Investigator Research Award, University of Iowa, College of Public Health (2002)

11. Economic Analysis of the Effects of Mandatory Rate Regulation. Agency for Health Care Policy and Research (AHCPR). <u>Principal Investigator</u>. R03 Dissertation Grant (1997 - 1998)

12. Collaborated on several grants as Research Associate for the Center for Health Economics Research (now Research Triangle Institute International), Waltham, MA (1989 - 1993). Refer to "Technical Project Reports" for selected titles.

**TEACHING & MENTORING**

Healthcare Leadership. Department of Health Management and Policy, College of Global Public Health, New York University (2018)

Institutional Economics (Undergraduate). Department of Economics. Drew University (2009)

Health Economics (Undergraduate). Department of Economics. Drew University (2008)

*Wall Street Journal*. "Professor Journal." Published weekly academic reviews for professors entitled "Health Care Business and Policy." (2005-2007)

Health Economics (Undergraduate). Department of Economics, University of Iowa (2002-2007)

Health Economics (MHA & PhD). Department of Health Management and Policy, University of Iowa (2002-2006)

Health Insurance and Managed Care (MHA & PhD). Department of Health Management and Policy, University of Iowa (2005-2007)

Advanced Health Economics (PhD). Department of Health Management and Policy, University of Iowa (2003-2007)

Health Services Research Methods (PhD). Department of Health Management and Policy, University of Iowa (2004)

Health Politics and Policy (MPH). University of California, Berkeley (1999)

Health Economics. University of California, Berkeley, Extension (1997-1999)

Health Economics (MPH). University of California, Berkeley, as Teaching Assistant (1996)

Introduction to Micro/Macro Economics (Undergraduate). University of California, Berkeley, as Teaching Assistant with two sections (1997)

Introduction to Micro/Macro Economics (Undergraduate). University of Maine, Orono, as Teaching Assistant (1986-1989)

Chaired 5 doctoral dissertation committees; Member of 11 doctoral dissertation committees; Primary advisor to approximately 10 PhD students and 25 MHA, MBA, and MPH students. Department of Health Management & Policy, University of Iowa (2001-2007)

Chaired 6 undergraduate economics honors thesis committees. Department of Economics, University of Iowa (2002-2007)

## COMMITTEES & ADVISORY BOARDS

Advisory Board, Healthereum LLC (2017-2019)

Advisory Board Member, Studies of California Hospital Markets, Nicholas C. Petris Center on Health Care Markets and Consumer Welfare at the University of California, Berkeley (2001-2010)

Advisory Board Member, California Health Interview Survey, University of California, Los Angeles (2000-2001)

Advisory Board Member, Analysis of External Medical Review Programs in California, Institute for Medical Quality, San Francisco, California (2000-2001)

Advisory Board Member, Small-Group Health Insurance Reform, California Health Care Foundation (1999-2001)

## AWARDS & HONORS

Career Award. Merit Review Entry Program (MREP). U.S. Veteran's Health Administration, Division of Health Services Research and Development (2003 - 2006)

New Investigator Research Award, University of Iowa, College of Public Health (2002)

Vice Chancellor for Research Fund Award, University of California, Berkeley (1999)

Russell M. Grossman Medical Research Fund Award, University of California, Berkeley (1998 - 1999)

Agency for Health Care Policy and Research (AHCPR; now AHRQ), Dissertation Grant (1997 -

1998)

Health Services and Policy Analysis, Doctoral Fellowship Award, University of California, Berkeley (1996)

National Institute of Mental Health, Doctoral Fellowship (1993 - 1995)

Omicron Delta Epsilon, Economics Honor Society, Maine Alpha Chapter (1988)

**MANUSCRIPT REVIEWING**

Medical Care Research and Review (2009-present)

Journal of the American Medical Association (JAMA) (2008-present)

Journal of Health Politics, Policy, and Law (1999-present)

Health Services Research (2001-present)

American Journal of Managed Care (2002-present)

Review of Industrial Organization (2004-present)

Public Management Review (2006-present)

Annals of Behavioral Medicine (2006-present)

Nicotine & Tobacco Research (2006-present)

**ASSOCIATION MEMBERSHIPS**

International Society of Pharmacoeconomics and Outcomes Research (2007-present)

Academy of Manage Care Pharmacy (2020-present)