# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 17-md-2804 |
| *Track Seven* | Judge Dan Aaron Polster |

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR CASE MANAGEMENT ORDER REGARDING PREVIOUSLY DECIDED ISSUES

Plaintiff's Motion for Case Management Order Regarding Previously Decided Issues [Doc. # 109 / Doc. # 4930] is hereby DENIED.

**IT IS SO ORDERED.**

_____
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**

15555343.1