UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAR 13 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5(h), I move for permission to appear *pro hac vice* in the above litigation.

I am a member in good standing of the bar of the United States District Court for District of Minnesota. No disciplinary proceeding, finding of contempt, sanction under 28 U.S.C. § 1927, or criminal proceeding have been instituted against me in any jurisdiction. I agree to subject myself to the jurisdiction of this Court in any manner arising out of my conduct in these proceedings and agree to be bound by all rules of this Court. A Certificate of Good Standing from the United States District Court for the District of Minnesota is attached hereto.

The highest state courts I am admitted to are the Minnesota Supreme Court, attorney I.D. No. 0399881, admitted on August 21, 2018, and the Illinois Supreme Court, attorney I.D. No. 6306578, admitted on November 10, 2011.

Receipt # 144169  $120.00  3/13/2023  AF

Dated: March 10, 2023

/s/ Kate E. Middleton
Kate E. Middleton (MN #0399881)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Fax: 612-766-1600
Email: kate.middleton@faegredrinker.com

***Attorneys for Target Corporation***