AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____ Kate M. Fogarty _____, Clerk of this Court,

certify that _____ Kate Middleton _____, Bar # _____ 399881 _____,

was duly admitted to practice in this Court on _____ 09/18/2019 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ St. Paul, Minnesota _____ on _____ 03/10/2023 _____
                        (Location)                                                    (Date)

_____ Kate M. Fogarty _____                    _____ Kate D. Adami _____
                *CLERK*                                                  *DEPUTY CLERK*