

**Scan QR code** to schedule a pick[up]

**Domestic Shipme**[nts]
- To qualify for the l[etter rate,] correspondence, u[se a UPS Express envelope] 8 oz. or less. UPS E[xpress envelopes containing items] or weighing more [than 8 oz. are billed by weight.]

**International Ship**[ments]
- The UPS Express en[velope may be used for documents of no commercial] value. Certain coun[tries consider electronic media as documents. Visit] ups.com/importex[port to verify if electronic media is classed as a document.]

- To qualify for the le[tter rate, the correspondence must be sent in a] UPS express envel[ope and weigh 8 oz. or less.]

**Note:** UPS Express e[nvelopes are not recommended for shipping] electronic media con[taining sensitive personal information or breakable items.] Do not send cash or cash equivalent.

---

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

ly Air®
ide Express®
y Air®
ide Expedited®

rd
elect®

SUSAN DEFOE
6127667000
FAEGRE DRINKER LLP
2200 WELLS FARGO CENTER
MINNEAPOLIS MN 55402

SHIP TO:
0000000000
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
801 WEST SUPERIOR AVENUE
CLEVELAND OH 44113-1829

OH 441 9-01

UPS NEXT DAY AIR
TRACKING #: 1Z E85 V29 01 9223 3109

BILLING: P/P

Reference No.1: 410505.000515
Reference No.2: 04653

1 OF 1
LTR

Serving you for more than 110 years
United Parcel Service.®



International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com
010195103  5/21  PAC  United Parcel Service