UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2804<br><br>**Case No. 1:17-md-2804**<br><br>**Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brian T. Himmel of Reed Smith LLP hereby enters his appearance as additional counsel of record for Defendant H. D. Smith, LLC, formerly known as H. D. Smith Wholesale Drug Co., H. D. Smith Holdings, LLC, and H. D. Smith Holding Company in the above-captioned action.

Dated: March 14, 2023.        */s/ Brian T. Himmel*

                                              Brian T. Himmel (PA No. 66086)
                                              REED SMITH LLP
                                              225 Fifth Avenue
                                              Pittsburgh, PA 15222
                                              Telephone: 412.288.4058
                                              Facsimile: 414.288.3063
                                              bhimmel@reedsmith.com

                                              *Counsel for Defendants H. D. Smith, LLC, f/k/a.*
                                              *H. D. Smith Wholesale Drug Co.; H. D. Smith*
                                              *Holdings, LLC; and H. D. Smith Holding*
                                              *Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March 2023, I electronically filed the foregoing with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Brian T. Himmel*
Brian T. Himmel