# EXHIBIT A

# Fumerton, Tara A.

| | |
|---|---|
| **From:** | Fumerton, Tara A. |
| **Sent:** | Wednesday, March 1, 2023 10:31 AM |
| **To:** | Peter H. Weinberger |
| **Cc:** | Tabacchi, Tina M.; Majoras, John M.; fgallucci@pglawyer.com; Justin Washburne; dan_polster@ohnd.uscourts.gov |
| **Subject:** | RE: T3 Injunction Order - Walmart Policy (Confidential) |

Pete - The Injunction Order requires that defendants provide the relevant policies required by the Injunction Order to only the Court and the Counties (not the PEC or MDL plaintiff lawyers more generally).  Walmart complied with that requirement on February 20.

You are now asking for additional policies. As a courtesy Walmart was willing to provide you with the policies you requested, but only if you assure Walmart that these current policies be maintained as confidential and not disseminated beyond counsel for the Counties.

The relevant question is not what order prevents dissemination of these policies broadly to PEC members who have signed protective orders but whether there is any order that requires it?  There is not.

Tara

Tara A. Fumerton (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Office +1.312.269.4335
tfumerton@jonesday.com

---

**From:** Peter H. Weinberger <PWeinberger@spanglaw.com>
**Date:** Tuesday, Feb 28, 2023 at 5:25 PM
**To:** Fumerton, Tara A. <tfumerton@JonesDay.com>
**Cc:** Tabacchi, Tina M. <tmtabacchi@JonesDay.com>, Majoras, John M. <jmmajoras@JonesDay.com>, fgallucci@pglawyer.com <fgallucci@pglawyer.com>, Justin Washburne <Justin_Washburne@ohnd.uscourts.gov>, dan_polster@ohnd.uscourts.gov <dan_polster@ohnd.uscourts.gov>
**Subject:** Re: T3 Injunction Order - Walmart Policy (Confidential)

** External mail **

1

As I communicated to Eric in an earlier email, provide us the basis in a Court Order that prevents dissemination of your policies to PEC members who have signed protective orders.  As for our right to see the POMs the injunctive Order requires production of the POMs.

Pete

**Sent from my iPhone**
_____

On Feb 28, 2023, at 3:20 PM, Fumerton, Tara A. <tfumerton@jonesday.com> wrote:

Pete – While we do not see a basis for your request, we will nonetheless provide the current policies referenced in Section VIII, if you agree to maintain these documents as confidential and not share them with anyone other than counsel of record for the Counties (i.e. Mark Lanier, Rachael Lanier, Laura Fitzpatrick, Salvatore Badala, Frank Gallucci, and yourself).

Thanks,

Tara

Tara A. Fumerton (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Office +1.312.269.4335
tfumerton@jonesday.com

**From:** Peter H. Weinberger <PWeinberger@spanglaw.com>
**Sent:** Tuesday, February 28, 2023 10:08 AM
**To:** Fumerton, Tara A. <tfumerton@JonesDay.com>; Tabacchi, Tina M. <tmtabacchi@JonesDay.com>; Majoras, John M. <jmmajoras@JonesDay.com>
**Cc:** fgallucci@pglawyer.com; Justin Washburne <Justin_Washburne@ohnd.uscourts.gov>; Dan_Polster@ohnd.uscourts.gov
**Subject:** RE: T3 Injunction Order - Walmart Policy (Confidential)

**\*\* External mail \*\***

Tara:

Are you going to provide us this information or not?

Pete

**From:** Peter H. Weinberger
**Sent:** Wednesday, February 22, 2023 8:58 AM
**To:** tfumerton@jonesday.com; tmtabacchi@jonesday.com; jmmajoras@jonesday.com
**Cc:** fgallucci@pglawyer.com; Justin Washburne <Justin_Washburne@ohnd.uscourts.gov>;

2

Dan_Polster@ohnd.uscourts.gov
**Subject:** Fwd: T3 Injunction Order - Walmart Policy (Confidential)

Tara et al:

Please provide us with the current version of the POM's referenced in Section VIII of the document.  A review of those documents is necessary to ensure that the policy complies with the Injunctive Order.

Thank you.

Pete

Sent from my iPad

Begin forwarded message:

> **From:** Frank Gallucci <FGallucci@pglawyer.com>
> **Date:** February 21, 2023 at 10:07:28 AM EST
> **To:** "Peter H. Weinberger" <PWeinberger@spanglaw.com>
> **Subject: FW: T3 Injunction Order - Walmart Policy (Confidential)**
>
> **From:** Fumerton, Tara A. <tfumerton@JonesDay.com>
> **Sent:** Monday, February 20, 2023 4:55 PM
> **To:** Dan Polster <Dan_Polster@ohnd.uscourts.gov>
> **Cc:** Justin_Washburne@ohnd.uscourts.gov; Frank Gallucci <FGallucci@pglawyer.com>; Majoras, John M. <jmmajoras@JonesDay.com>; Tabacchi, Tina M. <tmtabacchi@JonesDay.com>
> **Subject:** T3 Injunction Order - Walmart Policy (Confidential)
>
> Dear Judge Polster,
>
> Please see attached Walmart's Controlled Substance Compliance Program Policy – Lake and Trumbull Counties, created in response to the T3 Injunction Order.  As you are aware, Walmart has numerous policies and procedures that address the handling and dispensing of controlled substances.  We request that the document be maintained as confidential.
>
> Thank you,
>
> Tara
>
> Tara A. Fumerton (bio)
> Partner
> **JONES DAY® - One Firm Worldwide℠**
> 110 North Wacker Drive
> Suite 4800
> Chicago, IL 60606
> Office +1.312.269.4335
> tfumerton@jonesday.com

3

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Peter H. Weinberger
Of Counsel
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

Peter H. Weinberger
Of Counsel
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com



CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Peter H. Weinberger
Of Counsel
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114

216-696-3232 Office
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

Peter H. Weinberger
Of Counsel
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com



CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.