# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*"All Cases"* | CASE NO. 1:17-MD-2804<br><br>David R. Cohen<br>Randi S. Ellis<br>Hon. David R. Herndon<br><br>**FEE PANEL ORDER NO. 22 REGARDING PAYMENT HOLD TO COUNSEL FOR NASSAU AND SUFFOLK COUNTIES** |

Section VI.A. of Fee Panel Order No. 14 (docket no. 4765) established a payment hold of the Distributors Contingency Fee Fund and the Global Settlement Common Benefit Fund for counsel representing Nassau and Suffolk Counties. The payment hold applied "to these law firms until they provide the required direction to the Fee Panel."

The law firms representing Nassau and Suffolk Counties have now provided the required direction. Accordingly, the payment hold established by Section VI.A. of Fee Panel Order No. 14 is hereby *released.*

**IT IS SO ORDERED.**

                                                  /s/    David R. Cohen
                                                                Randi S. Ellis
                                                                 <u>David R. Herndon</u>
                                                                 **FEE PANEL**

**Dated:** March 24, 2023