# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-MD-2804 |
| | JUDGE POLSTER |
| THIS DOCUMENT RELATES TO: *The cases listed in the attached Exhibit A* | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs listed in the attached Exhibit A, who respectfully move this Honorable Court to allow Madeleine Clavier, who is no longer affiliated with the law firm of Laborde Earles Law Firm, LLC, to withdraw as counsel of record and to substitute and enroll as their counsel of record, C. Jacob Gower of the law firm of Laborde Earles Law Firm, LLC. The foregoing substitution of counsel will not delay these proceedings in any way.

**WHEREFORE**, Plaintiffs listed in the attached Exhibit A, pray that this Court grant their motion, that C. Jacob Gower of the law firm of Laborde Earles Law Firm, LLC be substituted and enrolled as their counsel of record, and that Madeleine Clavier be withdrawn as their counsel of record in these proceedings.

Dated:  March 24, 2023

Respectfully submitted,

*/s/ C. Jacob Gower*
**C. JACOB GOWER (#34564)**
LABORDE EARLES LAW FIRM, LLC
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
Telephone: (337) 261-2617
Facsimile: (337) 261-1934
Email: jgower@onmyside.com

*/s/ Madeleine Clavier*
**MADELEINE CLAVIER (#37432)**
WAGSTAFF LAW FIRM
940 N. Lincoln St.
Denver, CO 80203
Cell Phone: (337) 280-1074
Facsimile: (303) 376-6361
Email: mclavier@wagstafflawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of Court of the United States District Court for the Northern District of Ohio by using the CM/EF System, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ C. Jacob Gower*
C. JACOB GOWER