# EXHIBIT A

| Plaintiff Name(s) | Case Numbers |
|---|---|
| Agricultural Group Compensation Self-Insurer Fund | 1:19-op-45892 |
| Ascension Parish Sheriff, Louisiana | 1:18-op-45842 |
| Avoyelles Parish Police Jury, Louisiana | 1:19-op-45444 |
| Avoyelles Parish Sheriff, Louisiana | 1:17-op-45164 |
| Calcasieu Parish Police Jury, Louisiana | 1:19-op-45445 |
| Calcasieu Parish Sheriff, Louisiana | 1:17-op-45179 |
| City of Lake Charles, Louisiana | 1:19-op-45449 |
| East Baton Rouge Parish Sheriff, Louisiana | 1:18-op-45325 |
| East Carroll Parish Police Jury, Louisiana | 1:19-op-45453 |
| East Carroll Parish Sheriff, Louisiana | 1:18-op-45259 |
| Evangeline Parish Police Jury, Louisiana | 1:19-op-45450 |
| Evangeline Parish Sheriff, Louisiana | 1:18-op-45189 |
| Jefferson Davis Sheriff, Louisiana | 1:18-op-45099 |
| Lafayette Parish Sheriff, Louisiana | 1:17-op-45180 |
| Louisiana Agricultural Compensation Self-Insurance Fund | 1:19-op-45888 |
| Louisiana Loggers Self-Insured Fund | 1:19-op-45890 |
| Morehouse Parish Police Jury, Louisiana | 1:19-op-45452 |
| Morehouse Parish Sheriff, Louisiana | 1:18-op-45884 |

| | |
|---|---|
| Natchitoches Parish Council, Louisiana | 1:20-op-45270 |
| Rapides Parish Sheriff, Louisiana | 1:17-op-45178 |
| Richland Parish Sheriff, Louisiana | 1:19-op-45007 |
| Sabine Parish Police Jury, Louisiana | 1:19-op-45448 |
| Sabine Parish Sheriff, Louisiana | 1:18-op-45143 |
| Tunica-Biloxi Tribe of Louisiana | 1:18-op-45996 |
| Washington Parish Sheriff, Louisiana | 1:18-op-45093 |
| West Carroll Parish Police Jury, Louisiana | 1:19-op-45454 |
| West Carroll Parish Sheriff, Louisiana | 1:18-op-45260 |