**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-MD-2804 |
| | **JUDGE POLSTER** |
| **THIS DOCUMENT RELATES TO:** *The cases listed in the attached Exhibit A* | |

**ORDER**

**CONSIDERING** the forgoing Motion to Withdraw and Substitute Counsel of Record;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED** that Madeleine Clavier be withdrawn as counsel of record for plaintiffs identified in the attached Exhibit A, and that C. Jacob Gower of Laborde Earles Law Firm, LLC be substituted and enrolled as counsel for plaintiffs identified in the attached Exhibit A.

Cleveland, Ohio this _____ day of _____, 2023.

_____
JUDGE DAN AARON POLSTER