**Exhibit A**

**Defendant: KVK-Tech, Inc.**

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Atlantic County, NJ | 1:19-op-46071 | X | X |
| Barron County, WI et al | 1:18-op-45277 | X | |
| Berlin County, NH | 1:18-op-46040 | X | |
| Board of County Commissioners of Delaware County, State of Oklahoma, OK | 1:18-op-46321 | X | |
| Board of Education of Boardman Local Schools and Board of Education of Liberty Local Schools, Individually, And On Behalf of All Others Similarly Situated v. Cephalon Inc., et al. | 1:22-op-45023 | | X |
| City of Alexandria, VA | 1:19-op-45246 | | X |
| City of Calais, ME | 1:20-op-45051 | X | |
| City of Hagerstown, MD | 1:18-op-45622 | | X |
| City of Henderson et al., KY | 1:20-op-45062 | X | |
| City of Inez, KY | 1:19-op-45499 | | X |
| City of Jackson, MS | 1:19-op-45806 | X | |
| City of Mandeville, LA | 1:19-op-45753 | | X |
| City of Paintsville, KY | 1:19-op-45559 | | X |
| City of Pascagoula, MS | 1:19-op-45934 | X | |
| City of Pontiac, MI | 1:19-op-46183 | X | |
| City of Portland, a municipality in Cumberland County, ME | 1:18-op-46313 | X | |
| City of Prestonsburg, KY | 1:19-op-45294 | | X |
| City of Rochester, New Hampshire, et al. | 1:18-op-46106 | X | |
| City of Russell, KY et al. | 1:21-op-45094 | X | |
| City of Slidell, LA | 1:19-op-45769 | | X |
| County of Ashtabula, OH | 1:18-op-45050 | X | |
| County of Clackamas, OR | 1:18-op-45442 | X | |
| County of Curry, OR | 1:19-op-45512 | X | |
| Dickenson County, VA | 1:19-op-45252 | | X |
| Eddy County, NM | 1:22-op-45015 | | X |
| Grant County, NM | 1:19-op-45108 | X | |
| Hancock County Board of Education and Hamblen County Board of Education Individually, and On Behalf of All Others Similarly Situated v. Cephalon Inc., et al. | 1:22-op-45027 | | X |
| Hardin County Fiscal Court et al., KY | 1:20-op-45063 | X | |
| Island County, WA | 1:18-op-45982 | X | |
| Lawrence County, KY | 1:19-op-46184 | X | |
| Lewis County, WA | 1:18-op-46301 | X | |
| Lower Makefield Township PA | 1:20-op-45284 | X | X |

| | | | |
|---|---|---|---|
| Marion County Board of Education, Wyoming County Board of Education, Kanawha County Board of Education, McDowell County Board of Education WV, Individually and On Behalf of All Others Similarly Situated v. Cephalon Inc., et al. | 1:22-op-45028 | | X |
| Middletown Township PA | 1:21-op-45030 | X | |
| Montgomery County, GA | 1:19-op-45292 | X | |
| Southwestern Central School District Individually and On Behalf of All Others Similarly Situated v Cephalon Inc., et al. | 1:22-op-45024 | X | X |
| Susanville Elementary School District, Lassen County Office of Education CA, Individually and On Behalf of All Others Similarly Situated v. Cephalon Inc., et | 1:22-op-45031 | X | X |
| The City of Keene, NH | 1:18-op-45511 | X | |
| Town of Kingston, MA | 1:18-op-46090 | X | |
| Town of Pearl River, LA | 1:19-op-45754 | | X |
| Town of Upton, MA | 1:18-op-46160 | X | |
| Washington Parish Government, LA | 1:19-op-45773 | | X |
| West Pittston, PA | 1:19-op-45997 | | X |