UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All cases* | MDL NO. 1:17-MD-2804<br><br>**Honorable Dan Aaron Polster** |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to N. D. Ohio Civ. R. 83.9, the law firm of Barnes & Thornburg LLP and its attorneys, Kathleen L. Matsoukas, William E. Padgett, and Dean T. Barnhard (deceased), seek leave to withdraw from the representation of Defendants H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith Wholesale Drug Co., and H. D. Smith LLC (the "H. D. Smith Defendants"). The H. D. Smith Defendants now have other counsel, Brian Himmel and Louis Schack from Reed Smith LLP, actively representing them in this matter. Mr. Himmel and Mr. Schack have already filed their appearances, and Defendants aware of and consent to the requested withdrawal.

Additionally, in preparing this Motion, undersigned counsel became aware that William E. Padgett is listed erroneously on the docket as counsel for Anda, Inc. Mr. Padgett has never been counsel for Anda, but to the extent necessary, moves to withdraw that appearance as erroneous.

Dated: March 28, 2023                                              Respectfully submitted,

                                                                                    BARNES & THORNBURG LLP

                                                                                    */s/ William E. Padgett*
                                                                                    William E. Padgett
                                                                                    Barnes & Thornburg LLP
                                                                                    11 South Meridian Street
                                                                                    Indianapolis, IN 46204

317-231-7332
Fax: 317-231-7433
William.padgett@btlaw.com

*/s/ Kathleen L. Matsoukas*
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317-231-7332
Fax: 317-231-7433
kathleen.matsoukas@btlaw.com

Dean T. Barnhard
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317-231-7332
Fax: 317-231-7433

*Withdrawing counsel for H. D. Smith Holding Company, H. D. Smith Holdings, LLC, and H. D. Smith LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served on March 28, 2023 via the Court's ECF System upon all parties by electronic means.

*/s/ William E. Padgett*
