REUNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
OHIO EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All cases* | MDL NO. 1:17-MD-2804<br><br>Honorable Dan Aaron Polster |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

CONSIDERING the forgoing Motion to Withdraw Counsel; IT IS HEREBY ORDERED that said Motion is GRANTED and that the law firm Barnes & Thornburg LLP and its attorneys, Kathleen L. Matsoukas, William E. Padgett, and Dean T. Barnhard (deceased) be withdrawn as counsel of record for Defendants H. D. Smith Holding Company, H. D. Smith Holdings, LLC, and H. D. Smith LLC, who have other counsel now actively representing them in this matter.

Cleveland, Ohio this _____ day of _____, 2023.

_____
JUDGE DAN AARON POLSTER