UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases* | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**Plaintiffs' Executive Committee's Omnibus Response in Compliance with the Court's January 3, 2023 Order (Doc #4801)**

Plaintiffs' Executive Committee, through the undersigned PEC liaison counsel, hereby submits an omnibus response for each case submitted by the Tier 2 and 3 defendants in which a defendant claims that a plaintiff has either failed to effectuate service of its complaint or has failed to submit a PFS to plaintiffs' PFS repository. The attached spreadsheet in PDF format contains those responses. By separate email, the PEC will provide an excel spreadsheet to the court and defendants' counsel that can be used to sort and review.

The PEC notes the Court's January 3, 2023 Order was directed to "plaintiff-subdivisions" and not tribe plaintiffs, and that the June 19, 2018 Fact Sheet Implementation Order (#638) was applicable to Government Entities only and did not apply to tribe plaintiffs (see 6/20/18 Order, #642 clarifying the fact sheet order did not apply to tribes). Several Defendants, however, improperly included tribe plaintiffs on their service and fact sheet lists even though the Court's orders were not directed towards tribe plaintiffs and even though there was no fact sheet requirement for tribes. The PEC included any tribe plaintiffs improperly identified by these Defendants, but note some of

the responses are blank as the PEC was not able to collect the information for all such tribal plaintiffs.

Date: March 29, 2023                                        Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC
29464 (843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*


*/s/Peter H. Weinberger*
 Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                           */s/Peter H. Weinberger*
                                           Peter H. Weinberger