UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This Document Relates to:**<br><br>*All Cases* | MDL No. 2804<br>Hon. Dan Aaron Polster |

## NOTICE OF LODGMENT OF DOCUMENT PRODUCTION ORDER AND NOTICE

To all parties and to their counsel of record:

Please take notice that on March 17, 2023, Magistrate Judge Sallie Kim (N.D. Cal.) ordered that productions made by 24 parties in MDL 2804 be produced to the McKinsey Defendants[1] in *In re: McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation*, 21-md-02996 (N.D. Cal.).  A copy of Judge Kim's order is attached, as is a letter from Elizabeth Cabraser providing notice to parties subject to the production order.

Dated: March 30, 2023

Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*MDL 2996 Plaintiffs' Lead Counsel*

---

[1] The McKinsey Defendants are: McKinsey & Company, Inc.; McKinsey Holdings, Inc.; McKinsey & Company, Inc. United States; and McKinsey & Company, Inc. Washington D.C.

2772530.1

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 30th day of March 2023, a copy of the foregoing NOTICE OF LODGMENT OF DOCUMENT PRODUCTION ORDER AND NOTICE was filed electronically with the District Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*MDL 2996 Plaintiffs' Lead Counsel*