UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO NEW MEXICO SETTLEMENT AGREEMENT**

The undersigned Parties (the "Parties") have settled the above-referenced litigation against The Kroger Co. pursuant to the Kroger New Mexico Settlement Agreement, executed on November 23, 2022, in which Plaintiffs – the New Mexico subdivisions listed in Appendix A – have elected to participate. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants The Kroger Co. agree that all claims of Plaintiffs in the actions identified in Appendix A against The Kroger Co. are dismissed with prejudice, with each party to bear its own costs.

Dated March 30, 2023

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS**

*/s/Peter J. Mougey*
Peter J. Mougey
Jeff R. Gaddy
Levin, Papantonio, Rafferty, Proctor
Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850-435-7068
pmougey@levinlaw.com
jgaddy@levinlaw.com

/s/Jayne Conroy
Jayne Conroy
Simmon Hanly Conroy
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

/s/Krista Baisch
Krista Baisch
Crueger Dickinson
4532 N Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3868
kkb@cruegerdickinson.com

**THE KROGER CO.**

/s/Chantale Fiebig
Chantale Fiebig
Weil Gotshal & Manges LLP
2001 M Street, NW
Washington, DC 20036
Tel: (202) 682-7200
*Counsel for Defendant The Kroger Co.*

SO ORDERED this 31st day of March, 2023.

_____
Hon. Dan Aaron Polster
United States District Judge