UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

This document relates to:

1:17-op-45093
1:18-op-45282
1:18-op-45579
1:18-op-45690
1:18-op-46337
1:19-op-45293
1:19-op-45044
1:18-op-46310

Motion denied without prejudice for the reasons stated in the Order at docket no. 4986.

*/s/ Dan A. Polster*
DAN AARON POLSTER
U.S. DISTRICT JUDGE
Dated: April 7, 2023

MDL No. 2804

Case No. 17-md-2804

Judge Dan Aaron Polster

**PUBLIX SUPER MARKETS, INC.'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS UNSERVED OR UNTIMELY SERVED CASES**

\* Publix files this motion pursuant to the Court's order in the Master MDL docket granting it leave to do so today, on February 27, 2023.  Its filing and appearance in this individual case is solely for the purpose of seeking dismissal based on the lack of service against it in this individual case.