IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*City of Rupert, WV v. AmerisourceBergen Drug, et al.*, Case No. 1:18-op-45323<br><br>*City of Saint Albans, WV v. Rite Aid of Maryland, et al.*, Case No. 1:18-op-45269<br><br>*City of Smithers, WV v. AmerisourceBergen Drug, et al.*, Case No. 1:18-op-45319<br><br>*City of Dunbar, WV v. AmerisourceBergen Drug, et al.*, Case No. 1:18-op-45546<br><br>*City of Charleston, WV v. Rite Aid of Maryland, et al.*, Case No. 1:18-op-45224<br><br>*City of Clendenin, WV v. AmerisourceBergen Drug, et al.*, Case No. 1:18-op-46127 | MDL No. 2804<br><br>Case No. 1:17-md-02804<br><br>Judge Dan Aaron Polster<br><br><br>**PLAINTIFFS' VOLUNTARY DISMISSAL OF KEYSOURCE MEDICAL, INC. WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, the City of Rupert, West Virginia; the City of Saint Albans, West Virginia; the City of Smithers, West Virginia; the City of Dunbar, West Virginia; the City of Charleston, West Virginia; and the City of Clendenin, West Virginia, hereby notice dismissal of Defendant Keysource Medical, Inc. from the above-captioned actions.

Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant Keysource Medical, Inc. has not served an answer or motion for summary judgment in these above-captioned actions. The Plaintiff accordingly and in

reliance of the representations set forth in 1:17-md-02804 ECF No. 4775-1 by Stephanie M. Ring, notices voluntary dismissal without prejudice of Keysource Medical, Inc. from the above-captioned actions.

Dated:  April 11, 2023

Respectfully submitted,

  /s/ John D. Hurst

Linda J. Singer
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com

Joseph F. Rice
Anne McGinness Kearse
John D. Hurst
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9000
Fax:  843-216-9450
jrice@motleyrice.com
akearse@motleyrice.com
jhurst@motleyrice.com

Charles R. "Rusty" Webb
**THE WEBB LAW CENTRE, PLLC**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of April, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. The foregoing will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

                                                           */s/ Linda Singer*
                                                         Linda J. Singer
                                                         *Attorney for the Plaintiffs*