# SHERIFF'S OFFICE OF BLAIR COUNTY

**James E. Ott**
*Sheriff*

**Nathan Karn**
*Solicitor*



**Christopher Tatar**
*Chief Deputy*

---

DISTRICT ATTORNEY OF CLEARFIELD COUNTY
vs.
PURDUE PHARMA L P

**Case Number**
2020-GN-80148 T

## DEPOSIT RECEIPT

Printed: 9/15/2020 12:03:25PM                              **Receipt No:**            6291

**Date:** 09/15/2020
**Type:** Civil Action
**Paid By:** POGUST MILLROOD LLC

| Check No: | Check Date: | Description: | Deposit Amount: |
|---|---|---|---|
| 8913 | 09/03/2020 | Advance Fee | $150.00 |

**Mail To:** POGUST MILLROOD LLC

**Origin:** Local                                           **Received by:** JS

# SHERIFF'S OFFICE OF BLAIR COUNTY

**James E. Ott**
*Sheriff*

**Christopher Tatar**
*Chief Deputy*

**Nathan Karn**
*Solicitor*

| DISTRICT ATTORNEY OF CLEARFIELD COUNTY | Case Number |
|---|---|
| vs. | 2020-GN-80148 T |
| PURDUE PHARMA L P (et al.) | |

## SHERIFF'S RETURN OF SERVICE

09/15/2020  Advance Fee

09/15/2020  02:42 PM - DEPUTY JOSHUA CHERISH, BEING DULY SWORN ACCORDING TO LAW, DEPOSES AND SAYS, THE COMPLAINT IN CIVIL ACTION (CICA) WAS SERVED TO @ACCEPTED BY DAVID MODICO/MANAGER, WHO ACCEPTED AS ADULT IN CHARGE AT THE TIME OF SERVICE TO WIT, VALUE DRUG CO AT 195 THEATER DRIVE, DUNCANSVILLE, PA 16635.

*JOSHUA CHERISH, DEPUTY*

SO ANSWERS,

*JAMES E. OTT, SHERIFF*

September 25, 2020

### COSTS

| DATE | CATEGORY | MEMO | CHK # | DEBIT | CREDIT |
|---|---|---|---|---|---|
| 09/15/2020 | Advance Fee | Advance Fee | 8913 | $0.00 | $150.00 |
| 09/15/2020 | Service | | | $33.00 | $0.00 |
| 09/15/2020 | Surcharge | | | $10.00 | $0.00 |
| 09/25/2020 | Affidavits | | | $2.00 | $0.00 |
| 09/25/2020 | Notary Fee | | | $5.00 | $0.00 |
| 09/25/2020 | Mileage | | | $25.00 | $0.00 |
| 09/25/2020 | Refund | (PAID 09/25/2020) | 40211 | $75.00 | $0.00 |
| | | | | $150.00 | $150.00 |
| | | | **BALANCE:** | $0.00 | |

Commonwealth of Pennsylvania - Notary Seal
Janet Lee Smith, Notary Public
Blair County
My commission expires August 16, 2024
Commission number 1243488
Member, Pennsylvania Association of Notaries

**NOTARY**

Affirmed and subscribed to before me this
25TH day of SEPTEMBER, 2020

(c) CountySuite Sheriff, Teleosoft, Inc.

# SHERIFF'S OFFICE OF BLAIR COUNTY

James E. Ott
*Sheriff*

Christopher Tatar
*Chief Deputy*



Nathan Karn  EXPIRES 9-20-2020
*Solicitor*

---

DISTRICT ATTORNEY OF CLEARFIELD COUNTY
vs.
PURDUE PHARMA L P (et al.)

**Case Number**
2020-GN-80148 T

## SERVICE COVER SHEET

### Service Details
Origin: Clearfield County

| | |
|---|---|
| Category: | Civil Action - Complaint in Civil Action (CICA) |
| Manner: | < Not Specified > |
| Expires: | 09/18/2020 |
| Zone: | |
| Warrant: | |

Notes: JAN SMITH

### Serve To:

| | |
|---|---|
| Name: | VALUE DRUG CO |
| Primary Address: | 195 THEATER DRIVE  DUNCANSVILLE, PA 16635 |
| Phone: | |
| DOB: | |
| Alternate Address: | |
| Phone: | |

### Final Service:

Served: Personally · **Adult In Charge** · Posted · Other

| | |
|---|---|
| Adult In Charge: | David Modico |
| Relation: | Manager |
| Date: | 9-15-2020 |
| Time: | 2:43 PM |
| Deputy: | Cherish |
| Mileage: | |

### Attorney / Originator

| | |
|---|---|
| Name: | POGUST MILLROOD LLC |
| Phone: | |

### Service Attempts

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Date: | | | | | | |
| Time: | | | | | | |
| Mileage: | | | | | | |
| Deputy: | | | | | | |

### Service Attempt Notes:

1.
2.
3.
4.
5.

### Accepted By:

Print Name: _____    Signature: _____