# SHERIFF'S OFFICE OF CLEARFIELD COUNTY



**Michael Churner**
*Sheriff*

**Gary A Knaresboro**
*Solicitor*

**Robert Thomas**
*Chief Deputy*

**Cynthia Butler-Aughenbaugh**
*Office Manager*

| | |
|---|---|
| DISTRICT ATTORNEY OF CLEARFIELD COUNTY<br>vs.<br>PURDUE PHARMA L.P. (et al.) | **Case Number**<br>2020-1026-CD |

## DEPOSIT RECEIPT

Printed:  10/16/2020 9:00:22AM

**Receipt No:**    25368

**Date:**    10/16/2020
**Type:**    Civil Action
**Paid By:**   POGUST MILLROOD, LLC

| Check No: | Check Date: | Description: | Deposit Amount: |
|---|---|---|---|
| 8934 | 10/07/2020 | Advance Fee | $91.00 |

**Mail To:**    POGUST MILLROOD, LLC
**161 WASHINGTON STREET**
**SUITE 940**
**CONSHOHOCKEN, PA 19428**

**Origin:**  Local

**Received by:** RT

(c) CountySuite Sheriff, Teleosoft, Inc.

# SHERIFF'S OFFICE OF CLEARFIELD COUNTY

**Michael Churner**
*Sheriff*

**Gary A Knaresboro**
*Solicitor*

**Robert Thomas**
*Chief Deputy*

**Nicole Fletcher**
*Office Manager*

| DISTRICT ATTORNEY OF CLEARFIELD COUNTY | **Case Number** |
| vs. | 2020-1026-CD |
| PURDUE PHARMA L.P. (et al.) | |

## SHERIFF'S RETURN OF SERVICE

10/16/2020    Sheriff Michael Churner, being duly sworn according to law, deposes and says, the Sheriff of Allegheny County was deputized to serve the within Complaint & Notice on GIANT EAGLE, INC..

10/16/2020    Sheriff Michael Churner, being duly sworn according to law, deposes and says, the Sheriff of Allegheny County was deputized to serve the within Complaint & Notice on GIANT EAGLE DRUGS.

10/21/2020    02:39 PM - The requested Complaint & Notice served by the Sheriff of Allegheny County upon DAN DEVINE, who accepted for GIANT EAGLE DRUGS, at 101 KAPPA DR.,, PITTSBURGH, PA 15238. ALLEGHENY COUNTY, Sheriff, Return of Service attached to and made part of the within record.

10/21/2020    02:39 PM - The requested Complaint & Notice served by the Sheriff of Allegheny County upon DAN DEVINE, who accepted for GIANT EAGLE, INC., at 101 KAPPA DR.,, PITTSBURGH, PA 15238. ALLEGHENY COUNTY, Sheriff, Return of Service attached to and made part of the within record.

SHERIFF COST: $91.00

SO ANSWERS,

October 26, 2020

MICHAEL CHURNER, SHERIFF

## COSTS

| DATE | CATEGORY | MEMO | CHK # | DEBIT | CREDIT |
|------|----------|------|-------|-------|--------|
| 10/16/2020 | Advance Fee | Advance Fee | 8934 | $0.00 | $91.00 |
| 10/16/2020 | RDR | | | $9.00 | $0.00 |
| 10/26/2020 | Deputization | | | $9.00 | $0.00 |
| 10/26/2020 | Service | | | $9.00 | $0.00 |
| 10/26/2020 | Service (Additional Defendant) | | | $6.00 | $0.00 |
| 10/26/2020 | Surcharge | | | $20.00 | $0.00 |
| 10/26/2020 | Postage | | | $3.00 | $0.00 |
| 10/26/2020 | Mileage | | | $35.00 | $0.00 |
| | | | | $91.00 | $91.00 |
| | | | **BALANCE:** | **$0.00** | |

*Plaintiff Attorney: POGUST MILLROOD, LLC, 161 WASHINGTON STREET, SUITE 940, CONSHOHOCKEN, PA 19428*

# SHERIFF'S OFFICE OF CLEARFIELD COUNTY

**Michael Churner**
*Sheriff*

**Robert Thomas**
*Chief Deputy*

Gary A Knaresboro
*Solicitor*

Cynthia Butler-Aughenbaugh
*Office Manager*

DISTRICT ATTORNEY OF CLEARFIELD COUNTY
vs.
PURDUE PHARMA L.P. (et al.)

**Case Number**
2020-1026-CD

## SERVICE COVER SHEET

### Service Details:

| | | | |
|---|---|---|---|
| Category: | Civil Action - Complaint & Notice | Zone: | |
| Manner: | Deputize | Expires: 11/12/2020 | Warrant: |
| Notes: | ALLEGHENY CO. CK#8933 -$125.00 | | |

**Serve To:**

| | | **Final Service** | |
|---|---|---|---|
| Name: | GIANT EAGLE DRUGS | Served: | Personally · Adult In Charge · Posted · Other |
| Primary Address: | 101 KAPPA DR., PITTSBURGH, PA 15238 | Adult In Charge: | Dan Devine |
| Phone: | DOB: | Relation: | |
| Alternate Address: | 55TH & A.V.R.R. PITTSBURGH, PA 15201 | Date: 10/21/20 | Time: 1439 |
| Phone: | | Deputy: Robert #274 | Mileage: |

**Attorney / Originator:**

| | | | |
|---|---|---|---|
| Name: | POGUST MILLROOD, LLC | Phone: | |

### Service Attempts:

| Date: | | | | | | |
|---|---|---|---|---|---|---|
| Time: | | | | | | |
| Mileage: | | | | | | |
| Deputy: | | | | | | |

**Notes / Special Instructions:**

*(right margin, vertical text)* GIANT EAGLE DRUGS   2020-1026-CD   101 KAPPA DR., PITTSBURGH, PA 15238   EXP: 11/12/2020

Now, October 16, 2020 I, Sheriff of Clearfield County, Pennsylvania do hereby deputize the Sheriff of Allegheny County to execute service of the documents herewith and make return thereof according to law.

**Return To:**
Clearfield County Sheriff's Office
1 North Second Street Suite 116
Clearfield, PA 16830

*Michael Churner*
Michael Churner, Sheriff

# SHERIFF'S OFFICE OF CLEARFIELD COUNTY

**Michael Churner**
*Sheriff*

**Robert Thomas**
*Chief Deputy*

**Gary A Knaresboro**
*Solicitor*

**Cynthia Butler-Aughenbaugh**
*Office Manager*

| DISTRICT ATTORNEY OF CLEARFIELD COUNTY | Case Number |
|---|---|
| vs. | 2020-1026-CD |
| PURDUE PHARMA L.P. (et al.) | |

## SERVICE COVER SHEET

**Service Details:**

| Category: | Civil Action - Complaint & Notice | | Zone: | |
|---|---|---|---|---|
| Manner: | Deputize | Expires: 11/12/2020 | Warrant: | |

Notes:

**Serve To:**

| Name: | GIANT EAGLE, INC. |
|---|---|
| Primary Address: | 101 KAPPA DR., PITTSBURGH, PA 15238 |
| Phone: | DOB: |
| Alternate Address: | |
| Phone: | |

**Final Service:**

Served: Personally · Adult In Charge · Posted · Other

Adult In Charge: Don Devine

Relation:

Date: 10/21/20 ____ #274  Time: 1439

Deputy: _____  Mileage: _____

**Attorney / Originator:**

| Name: | POGUST MILLROOD, LLC | Phone: | |
|---|---|---|---|

**Service Attempts:**

| Date: | | | | | |
|---|---|---|---|---|---|
| Time: | | | | | |
| Mileage: | | | | | |
| Deputy: | | | | | |

**Notes / Special Instructions:**

Now, October 16, 2020 I, Sheriff of Clearfield County, Pennsylvania do hereby deputize the Sheriff of Allegheny County to execute service of the documents herewith and make return thereof according to law.

**Return To:**
Clearfield County Sheriff's Office
1 North Second Street Suite 116
Clearfield, PA 16830

*Michael Churner*
Michael Churner, Sheriff

GIANT EAGLE, INC.

2020-1026-CD

101 KAPPA DR., PITTSBURGH, PA 15238

EXP: 11/12/2020