UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION AND ORDER
DISMISSING WITH PREJUDICE CLAIMS
<u>PURSUANT TO JANSSEN WEST VIRGINIA STATE-WIDE OPIOID SETTLEMENT
AGREEMENT</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the West Virginia Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Released Entities, the "Janssen Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Janssen West Virginia State-Wide Opioid Settlement Agreement, which is dated October 11, 2022, which is binding on the Dismissing Plaintiffs and the Janssen Defendants, and which has an Effective Date of October 11, 2022 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Janssen Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.  The Circuit Court of Kanawha County, West Virginia, shall retain jurisdiction with respect to the Janssen West Virginia State-Wide Opioid

---

[1] The Released Entities are each and every entity of any of the Janssen Defendants that is a "Released Entity" as set forth in Section II.22 of the Janssen West Virginia State-Wide Opioid Settlement Agreement, dated as of October 11, 2022, a copy of which is attached as Appendix B.

Settlement Agreement to the extent provided under that Agreement.

April 13, 2023

**Agreed as to form and substance:**

Signed as authorization for Subdivision Plaintiffs identified in Appendix A.

*/s/ Linda Singer*
Linda Singer, Esq.
MOTLEY RICE LLC
401 9th Street NW, Suite 1001
Washington, DC 20004
Telephone: (202) 232-5504
Facsimile: (202) 386-9622
lsinger@motleyrice.com


**Agreed as to form and substance:**

*/s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*


SO ORDERED this __ day of _____, 2023.

_____

Hon. Dan Aaron Polster
United States District Judge