# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: ) ) | Case No. 1:17-md-02804 |
| *All Cases* ) ) ) | Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that S. Reeves Jordan of Maynard Nexsen, P.C. hereby enters an appearance as additional counsel of record for Defendants Associated Pharmacies, Inc. and American Associated Pharmacies in the above-captioned action.

Dated: April 14, 2023

                                                                        */s/ S. Reeves Jordan*
                                                                         S. Reeves Jordan

**OF COUNSEL:**
Walter A. Dodgen
MAYNARD NEXSEN, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile:  (256) 512-0119
tdodgen@maynardnexsen.com

Carl S. Burkhalter
Stewart J. Alvis
S. Reeves Jordan
MAYNARD NEXSEN, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile:  (205) 254-1999
cburkhalter@maynardnexsen.com
salvis@maynardnexsen.com

rejordan@maynardnexsen.com

*Attorneys for Associated Pharmacies, Inc.
and American Associated Pharmacies*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of April 2023, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ S. Reeves Jordan*
                                          Of Counsel