IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to**:<br><br>*Board of County Commissioners of Atoka County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45001-DAP<br><br>*Board of County Commissioners of Caddo County vs. Purdue Pharma L.P., et al.*, Case No. 1:19-op-46156-DAP<br><br>*Board of County Commissioners of Cimarron County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45021-DAP<br><br>*City of Ada vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45400-DAP<br><br>*City of Altus vs. Cephalon, Inc., et al.,* Case No. 1:21-op-45046-DAP<br><br>*City of Anadarko vs. Purdue Pharma L.P., et al,* Case No. 1:20-op-45022-DAP<br><br>*City of Bethany vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-46148-DAP<br><br>*City of Broken Arrow vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45415-DAP<br><br>*City of Edmond vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45496-DAP<br><br>*City of Elk City vs. Cephalon, Inc., et al.,* Case No. 1:21-op-45017-DAP<br><br>*City of Enid vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45717-DAP | **MDL 2804**<br><br>**Case No. 1:17-md-2804**<br><br>**Judge Dan Aaron Polster**<br><br><br>**<u>PLAINTIFFS' VOLUNTARY DISMISSAL OF KEYSOURCE MEDICAL, INC. WITHOUT PREJUDICE</u>** |

1

*City of Guthrie vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45497-DAP

*City of Jenks vs. Purdue Pharma L.P., et al.,* Case No. 1:19-op-45858-DAP

*City of Lawton vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45500-DAP

*City of Midwest City vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45709-DAP

*City of Mustang vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45708-DAP

*City of Oklahoma City vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45498-DAP

*City of Owasso vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45718-DAP

*City of Ponca City vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45495-DAP

*City of Seminole vs. Purdue Pharma L.P., et al,* Case No. 1:20-op-45004-DAP

*City of Shawnee vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-46155-DAP

*City of Tulsa vs. Cephalon, Inc., et al.,* Case No. 1:21-op-45024-DAP

*City of Yukon vs. Purdue Pharma L.P., et al,* Case No. 1:19-op-45716-DAP

*Board of County Commissioners of Coal County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45149-DAP

*Board of County Commissioners of Dewey County vs. Purdue Pharma L.P., et al.,* Case No. 1:19-op-45801-DAP

*Board of County Commissioners of Grady County vs. Purdue Pharma L.P., et al.,* Case No. 1:19-op-46167-DAP

*Board of County Commissioners of Harper County vs. Purdue Pharma L.P., et al.,* Case No. 1:19-op-45757-DAP

*Board of County Commissioners of Haskell County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45002-DAP

*Board of County Commissioners of Jackson County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45126-DAP

*Board of County Commissioners of Jefferson County vs. Purdue Pharma L.P., et al.*, Case No. 1:19-op-46170-DAP

*Board of County Commissioners of Johnston County vs. Purdue Pharma L.P., et al.,* Case No. 1:19-op-45765-DAP

*Board of County Commissioners of Kay County vs. Purdue Pharma L.P., et al.,* Case No. 1:19-op-45989-DAP

*Board of County Commissioners of Kiowa County vs. Purdue Pharma L.P., et al.,* Case No. 1:19-op-45755-DAP

*Board of County Commissioners of Latimer County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45003-DAP

*Board of County Commissioners of Le Flore County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45067-DAP

*Board of County Commissioners of Lincoln County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45128-DAP

*Board of County Commissioners of Logan County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45058-DAP

*Board of County Commissioners of Love County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45000-DAP

*Board of County Commissioners of Major County vs. Purdue Pharma L.P., et al.,* Case No. 1:19-op-45990-DAP

*Board of County Commissioners of Noble County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45129-DAP

*Board of County Commissioners of Pittsburg County vs. Purdue Pharma L.P., et al.,* Case No. 1:19-op-45711-DAP

*Board of County Commissioners of Pottawatomie County vs. Purdue Pharma L.P., et al.,* Case No. 1:19-op-45988-DAP

*Board of County Commissioners of Texas County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45061-DAP

*Board of County Commissioners of Woods County vs. Purdue Pharma L.P., et al.,* Case No. 1:19-op-45987-DAP

*Board of County Commissioners of Woodward County vs. Purdue Pharma L.P., et al.,* Case No. 1:20-op-45141-DAP

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Board of County Commissioners of Atoka County, Board of County Commissioners of Caddo County, Board of County Commissioners of Cimarron County, City of Ada, City of Altus, City of Anadarko, City of Bethany, City of Broken Arrow, City of Edmond, City of Elk City, City of Enid, City of Guthrie,

City of Jenks, City of Lawton, City of Midwest City, City of Mustang, City of Oklahoma City, City of Owasso, City of Ponca City, City of Seminole, City of Shawnee, City of Tulsa, City of Yukon, Board of County Commissioners of Coal County, Board of County Commissioners of Dewey County, Board of County Commissioners of Grady County, Board of County Commissioners of Harper County, Board of County Commissioners of Haskell County, Board of County Commissioners of Jackson County, Board of County Commissioners of Jefferson County, Board of County Commissioners of Johnston County, Board of County Commissioners of Kay County, Board of County Commissioners of Kiowa County, Board of County Commissioners of Latimer County, Board of County Commissioners of Le Flore County, Board of County Commissioners of Lincoln County, Board of County Commissioners of Logan County, Board of County Commissioners of Love County, Board of County Commissioners of Major County, Board of County Commissioners of Noble County, Board of County Commissioners of Pittsburg County, Board of County Commissioners of Pottawatomie County, Board of County Commissioners of Texas County, Board of County Commissioners of Woods County, Board of County Commissioners of Woodward County, hereby notice dismissal of Defendant Keysource Medical, Inc. from the above-captioned actions.

Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Defendant Keysource Medical, Inc. has not served an answer or

motion for summary judgment in these above-captioned actions. The Plaintiff accordingly notices voluntary dismissal without prejudice of Keysource Medical, Inc. from the above-captioned actions.

Dated:  April 14, 2023    Respectfully submitted,

FULMER SILL, PLLC

By:    */s/ Harrison Lujan*
HARRISON LUJAN, OBA #30154
MATTHEW J. SILL, OBA #21547
1101 N. BROADWAY AVE., STE 102
OKLAHOMA CITY, OK  73103
PHONE: (405) 510-0077
FAX: (800) 978-1345
EMAIL: msill@fulmersill.com
EMAIL: hlujan@fulmersill.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of April, 2023, the foregoing was electronically filed with the Clerk of the Court using the ECF System for filing and transmittal of the electronic notification of such filing to all ECF registrants.

                                    */s/ Harrison Lujan*
                                    Harrison Lujan
                                    *Attorney for the Plaintiffs*