# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Case No. 1:17-md-2804 |
| *All Cases* | ) | Hon. Dan Aaron Polster |

## DEFENDANT ASSOCIATED PHARMACIES, INC.'S
## AMENDED NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., Defendant Associated Pharmacies, Inc. ("API") hereby submits this amended notice regarding service. The proper form for waiver of service for API is attached to this Notice as Exhibit A. The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to API shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

S. Reeves Jordan
rejordan@maynardnexsen.com

Dated:  April 17, 2023

/s/ S. Reeves Jordan
One of the Attorneys for Associated Pharmacies, Inc.

**OF COUNSEL:**
Walter A. Dodgen
MAYNARD NEXSEN, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile:  (256) 512-0119
tdodgen@maynardcooper.com

Carl S. Burkhalter
Stewart James Alvis
S. Reeves Jordan
MAYNARD NEXSEN, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile:  (205) 254-1999
cburkhalter@maynardnexsen.com
salvis@maynardnexsen.com
rejordan@maynardnexsen.com

*Attorneys for Associated Pharmacies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> */s/ S. Reeves Jordan*
> Of Counsel