# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:* 1:22-op-45082<br><br>*Municipality of San Juan, of the Commonwealth of Puerto Rico* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

### STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Municipality of San Juan, of the Commonwealth of Puerto Rico (the "Dismissing Plaintiff"); Defendants Cardinal Health, Inc., AmerisourceBergen Corporation, McKesson Corporation, and PSS World Medical, Inc. (collectively, and together with their Distributor Released Entities, the "Distributor Defendants"[1]); and Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively, and together with their Released Entities, the "Janssen Defendants"[2]) that, pursuant to the election of Dismissing Plaintiff to participate in the Distributor Settlement Agreement, which was announced on July 21, 2021, and is now dated March 25, 2022, and the Janssen Settlement Agreement, which was announced on July 21, 2021, and is now dated March 30, 2022, which are binding on the Dismissing Plaintiff and the Distributor Defendants and the Dismissing

---

[1] The Distributor Released Entities are each and every entity of any of the Distributor Defendants that is a "Released Entity" as set forth in Section I.HHH and Exhibit J of the Distributor Settlement Agreement, dated as of March 25, 2022.

[2] The Janssen Released Entities are each and every entity of any of the Janssen Defendants that is a "Released Entity" as set forth in Section I.61 and Exhibit J of the Janssen Settlement Agreement, dated as of March 30, 2022.

Plaintiff and the Janssen Defendants, and which have an Effective Date of April 2, 2022, all claims of Dismissing Plaintiff against any Distributor Defendant and any Janssen Defendant, including any entity identified in the Distributor Settlement Agreement and the Janssen Settlement Agreement, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.  The Court shall retain jurisdiction with respect to the Distributor Settlement Agreement and the Janssen Settlement Agreement to the extent provided under those Agreements.

April 14, 2023

Respectfully Submitted,

/s/ David. Efron
David Efron
Law Offices David Efron, PC
PO Box 29314
San Juan, PR 00929-0314
Tel. 787-753-6455
Fax 787-758-5515
efron@davidefronlaw.com

*Attorney for Plaintiff*

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Defendant AmerisourceBergen Corporation*

/s/ Enu A. Mainigi
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Main Ave SW

Washington, DC 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

*/s/ Mark H. Lynch*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation and PSS World Medical, Inc.*

*/s/Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

SO ORDERED this 18th day of April, 2023.

_____
Hon. Dan Aaron Polster
United States District Judge