# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** *This Document Relates To:* *All Cases Naming Alvogen, Inc. as a Defendant* | MDL No. 2804  Case No. 17-MD-2804  Judge Dan A. Polster |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Northern District of Ohio Local Rule 83.9, JOHN M. TANSKI of Axinn, Veltrop & Harkrider LLP, respectfully requests the Court withdraw his appearance as counsel for Defendant Alvogen, Inc. and discontinue ECF notifications to him for this matter. Axinn, Veltrop & Harkrider LLP continues to represent Alvogen, Inc. in these actions.

Dated: April 18, 2023

Respectfully Submitted,

*/s/ John M. Tanski*
John M. Tanski
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, Connecticut 06103
860.275.8100
860.275.8101 (fax)
jtanski@axinn.com

*Counsel for Defendant Alvogen, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2023, a copy of the foregoing NOTICE OF WITHDRAWAL OF APPARANCE was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

*/s/ John M. Tanski*
John M. Tanski
jtanski@axinn.com
AXINN, VELTROP & HARKRIDER LLP
90 State House Square Hartford, CT 06103
Telephone: 860.275.8100
Fax: 860.275.8101

*Counsel for Alvogen, Inc.*