# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>*This document relates to:* 1:18-op-46177<br><br>*Mental Health & Recovery Services Board of Lucas County* | **MDL No. 2804**<br><br>**Case No. 1:17-md-2804**<br><br>**JUDGE DAN AARON POLSTER** |

### STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO JANSSEN NATIONAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff Mental Health & Recovery Services Board of Lucas County ("Plaintiff") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively, and together with their Janssen Released Entities, the "Janssen Defendants"[1]) that, pursuant to the election of Plaintiff to participate in the Janssen Settlement Agreement, which was announced on July 21, 2021, and is now dated March 30, 2022, which is binding on Plaintiff and the Janssen Defendants, respectively, and which has an Effective Date of April 2, 2022, all claims of Plaintiff against any Janssen Defendant, including any entity identified in the Janssen Settlement Agreement, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Janssen Settlement Agreement to the extent provided under that Agreement.

---

[1] The Janssen Released Entities are each and every entity of any of the Janssen Defendants that is a "Released Entity" as set forth in Section I.61 and Exhibit J of the Janssen Settlement Agreement, dated as of March 30, 2022.

April 19, 2023                                          Respectfully Submitted,

*/s/ Carasusana B. Wall*
Carasusana B. Wall
ZOLL & KRANZ
6620 West Central Avenue, Suite 100
Toledo, OH 43617
Telephone: (419) 841-9623
Fax: (419) 841-9719
cara@toledolaw.com

*Counsel for Plaintiff Mental Health & Recovery Services Board of Lucas County*

*/s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

SO ORDERED this ___ day of April, 2023.

_____
Hon. Dan Aaron Polster
United States District Judge