# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | **MDL No. 2804**<br>**Case No. 1:17-md-2804**<br>**Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Caitlyn A. Mancuso of Hogan Lovells US LLP hereby enters her appearance as additional counsel of record for Defendant Indivior, Inc. in the above-captioned action.

Dated: April 20, 2023

Respectfully submitted,

*/s/ Caitlyn A. Mancuso*
Caitlyn A. Mancuso (PA Bar No. 329306)
Hogan Lovells US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4600
Fax: (267) 675-4601
kate.mancuso@hoganlovells.com

*Counsel for Indivior, Inc.*