UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Appendix* | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO NEW MEXICO SETTLEMENT AGREEMENT**

The undersigned Parties (the "Parties") have settled the above-referenced litigation against Albertsons LLC ("Albertsons") pursuant to the Albertsons New Mexico Settlement Agreement, executed on December 7, 2022, in which Plaintiffs – the New Mexico subdivisions listed in Appendix A – have elected to participate. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants Albertsons agree that all claims of Plaintiffs in the actions identified in Appendix A against Albertsons are dismissed with prejudice, with each party to bear its own costs.

Dated April 19, 2023

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS**

*/s/Peter J. Mougey*
Peter J. Mougey
Jeff R. Gaddy
Levin, Papantonio, Rafferty, Proctor
Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850-435-7068
pmougey@levinlaw.com
jgaddy@levinlaw.com

/s/Jayne Conroy
Jayne Conroy
Simmon Hanly Conroy
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

/s/Krista Baisch
Krista Baisch
Crueger Dickinson
4532 N Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3868
kkb@cruegerdickinson.com

/s/Shayna E. Sacks
Shayna E. Sacks
Napoli Shkolnik PLLC
360 Lexington Ave.
11th floor
New York, New York 10017
(212) 397-1000
ssacks@napolilaw.com

**ALBERTSONS LLC**

/s/Francis A. Citera
Francis A. Citera
Greenberg Traurig LLP
77 West Wacker Drive
Suite 3100
Chicago IL 60601
Tel: (312) 456-8413
*Counsel for Defendant Albertsons LLC*

SO ORDERED this 21st day of April, 2023.

    /s/Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge