# APPENDIX A

5

| Subdivision | State | Signed With Permission | Jurisdiction | Docket Number |
|---|---|---|---|---|
| San Juan County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:18-op-45829 |
| Dona Ana County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46206 |
| Taos County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45051 |
| Grant County | NM | Napoli Shkolnik | NDOH | 1:19-op-45108 |
| Lea County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45266 |
| Hobbs City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46068 |
| Española City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46142 |
| Colfax County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:21-op-45055 |
| Luna County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:21-op-45056 |
| Union County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:21-op-45057 |
| Las Cruces County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:21-op-45059 |
| Torrance County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:22-op-45004 |
| Eddy County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:22-op-45015 |