UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS AND DATA FOR PURPOSES OF MEDIATION**

Plaintiffs and Defendants OptumRx, Inc., OptumInsight, Inc., and OptumInsight Life Sciences, Inc. (collectively, "the Optum Defendants") jointly stipulate as follows: The Optum Defendants preserve all Rule 12 and other defenses in any litigation in the MDL, including but not limited to Rule 12(b)(2) defenses for lack of personal jurisdiction. The Optum Defendants may participate in mediation-related activities, including the production of documents and data for purposes of mediation or otherwise, without waiving any right or defense. While Plaintiffs do not concede the availability or validity of any defense, including the lack of personal jurisdiction, the parties agree, and the Court hereby orders, that the Optum Defendants' participation in any such mediation-related activity or production will not constitute a waiver of the Optum Defendants' rights or defenses in this litigation, including their rights to contest personal jurisdiction.

SO ORDERED.

Date: April ___, 2023

_____
The Honorable Dan A. Polster
U.S. District Judge for the Northern District of Ohio

Submitted: April 21, 2023

| | |
|---|---|
| /s/ *Kimberly K Chemerinsky* <br> Kimberly K. Chemerinsky <br> Ethan J. Bond <br> **ALSTON & BIRD LLP** <br> 333 South Hope Street, 16th Floor <br> Los Angeles, CA 90071-1410 <br> Tel: (213) 576-1000 <br> kim.chemerinsky@alston.com <br> ethan.bond@alston.com | /s/ *Linda Singer* <br> Joe Rice <br> Linda Singer <br> **Motley Rice LLC** <br> 28 Bridgeside Blvd. <br> Mount Pleasant, SC 29464 <br> jrice@motleyrice.com <br> lsinger@motleyrice.com |
| Brian D. Boone <br> **ALSTON & BIRD LLP** <br> Bank of America Plaza, Suite 4000 <br> 101 S. Tryon St. <br> Charlotte, NC 28280 <br> Tel: (704) 444-1000 <br> brian.boone@alston.com | /s/ *Joanne Cicala* <br> Joanne Cicala <br> **The Cicala Law Firm PLLC** <br> 101 College Street <br> Dripping Springs, TX 78620 <br> joanne@cicalapllc.com <br><br> *Attorneys for Plaintiffs* |
| William H. Jordan <br> Caroline R. Strumph <br> **ALSTON & BIRD LLP** <br> 1201 West Peachtree Street NW, Suite 4900 <br> Atlanta, GA 30309 <br> Tel.: (404) 881-7000 <br> bill.jordan@alston.com <br> caroline.strumph@alston.com | |

*Attorneys for the Optum Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2023 a true and correct copy of the foregoing JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS AND DATA FOR PURPOSES OF MEDIATION was filed and served electronically on all registered users via the Court's CM/ECF.

                                              */s/ Kimberley K. Chemerinsky*
                                              Kimberley K. Chemerinsky