UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**JOINT STIPULATION AND ORDER REGARDING PRODUCTION OF DOCUMENTS AND DATA FOR PURPOSES OF MEDIATION**

Plaintiffs and Defendants OptumRx, Inc., OptumInsight, Inc., and OptumInsight Life Sciences, Inc. (collectively, "the Optum Defendants") jointly stipulate as follows: The Optum Defendants preserve all Rule 12 and other defenses in any litigation in the MDL, including but not limited to Rule 12(b)(2) defenses for lack of personal jurisdiction. The Optum Defendants may participate in mediation-related activities, including the production of documents and data for purposes of mediation or otherwise, without waiving any right or defense. While Plaintiffs do not concede the availability or validity of any defense, including the lack of personal jurisdiction, the parties agree, and the Court hereby orders, that the Optum Defendants' participation in any such mediation-related activity or production will not constitute a waiver of the Optum Defendants' rights or defenses in this litigation, including their rights to contest personal jurisdiction.

SO ORDERED.

Date:  April 24, 2023          *s/Dan Aaron Polster*
                               The Honorable Dan A. Polster
                               U.S. District Judge for the Northern District of Ohio

Submitted: April 21, 2023

/s/ *Kimberly K Chemerinsky*
Kimberly K. Chemerinsky
Ethan J. Bond
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Tel: (213) 576-1000
kim.chemerinsky@alston.com
ethan.bond@alston.com

Brian D. Boone
**ALSTON & BIRD LLP**
Bank of America Plaza, Suite 4000
101 S. Tryon St.
Charlotte, NC 28280
Tel: (704) 444-1000
brian.boone@alston.com

William H. Jordan
Caroline R. Strumph
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
bill.jordan@alston.com
caroline.strumph@alston.com

*Attorneys for the Optum Defendants*

/s/ *Linda Singer*
Joe Rice
Linda Singer
**Motley Rice LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com
lsinger@motleyrice.com

/s/ *Joanne Cicala*
Joanne Cicala
**The Cicala Law Firm PLLC**
101 College Street
Dripping Springs, TX 78620
joanne@cicalapllc.com

*Attorneys for Plaintiffs*