**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-02804-DAP<br><br>Judge Dan Aaron Polster |

**H. D. SMITH HOLDING COMPANY, H. D. SMITH HOLDINGS, LLC,
H. D. SMITH WHOLESALE DRUG CO., AND H. D. SMITH LLC'S
AMENDED NOTICE REGARDING WAIVER OF SERVICE REQUESTS**

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d, H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith Wholesale Drug Co., and H. D. Smith LLC (collectively, "H. D. Smith Defendants") hereby submit this amended notice to designate a new proper recipient of waiver requests. The amended forms for waiver of service for H. D. Smith Defendants are attached to this notice as Exhibit A. The standard form has been modified in accordance with this Court's orders. All future requests for waivers of service to H. D. Smith Defendants shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via e-mail to H. D. Smith Defendants' counsel of record Brian T. Himmel at bhimmel@reedsmith.com.

Dated: April 24, 2023.

Respectfully submitted,

/s/ *Brian T. Himmel*
Brian T. Himmel
**REED SMITH LLP**
Suite 1200
225 Fifth Avenue
Pittsburgh, PA 15222
Tel:   (412) 288-3131
Fax:   (412) 288-3063
bhimmel@reedsmith.com

*Counsel for H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith Wholesale Drug Co., and H. D. Smith LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 24th day of April, 2023, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Brian T. Himmel*
Brian T. Himmel

*Counsel for H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith Wholesale Drug Co., and H. D. Smith LLC*