# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | Case No 1-17-md-2804 |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |
| *Austin Williams, Plaintiff v. McKesson Corporation, et al., Defendants* | |
| Civil Action No. 1:19-op-45938 | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Austin Williams, by and through its undersigned attorney, and dismisses its Complaint in the above-referenced matter without prejudice. (See attached hereto as Exhibit "A" letter from Austin Williams confirming it no longer wants to pursue this litigation).

Dated:  April 24, 2023.

*/s/Mark A. Tate*
Mark A. Tate
Georgia Bar No. 698820
TATE LAW GROUP, LLC
2 E. Bryan Street, Suite 600
Savannah, GA 31401
Telephone (912) 234-3030
Fax (912) 234-9700
marktate@tatelawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served to all counsel of record Voluntary Dismissal Without Prejudice via the CM/ECF system.

Dated: April 24, 2023.

       /s/ Mark A. Tate
Mark A. Tate
Georgia State Bar No. 698820
tlgservice@tatelawgroup.com
(912) 234-3030
25 Bull Street, Second Floor
Savannah, Georgia 31401



April 12, 2023

Tate Law Group, LLC
25 Bull Street, Second Floor
Savannah, GA 31401

Attn: Rachel M. Bukowski

Dear Ms. Bukowski, et al.,

As per Section 12 of the Legal Services Contract, this letter dated April 12, 2023, is confirmation that Austin Williams no longer wishes to be involved in the litigation against manufacturers and distributors of opioids, with respect to their negligent and wrongful conduct.

Thank you in advance, and good luck with your suit.

Sincerely,

Rick Chiorando
CEO Austin Williams

**EXHIBIT "A"**

**PAGE 1**

80 arkay drive, suite 220
hauppauge, ny 11788-3705

austinwilliams.com • 631.231.6600