**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION. <br><br>This document relates to: <br><br>*All Cases*. | MDL No. 2804 <br><br> Case No. 17-md-2804 <br><br> **Judge Dan Aaron Polster** |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, MCKINSEY & COMPANY

Amanda K. Baker, formerly of Holland & Hart LLP, and now of Maurice Wood, respectfully requests leave of this Court to withdraw as counsel for McKinsey & Company, Inc., McKinsey & Company, Inc. United States, and McKinsey & Co., Inc. Washington D.C. (collectively, "McKinsey").  In support of this Motion, Ms. Baker states as follows:

1. Ms. Baker moves to withdraw as counsel for said Defendant herein pursuant to Rule 1.16(b) of the Ohio Rules of Professional Conduct and pursuant to Rule 83.9 of the Local Civil Rules of the Northern District of Ohio.

2. Ms. Baker no longer works at Holland & Hart LLP, the firm that represented McKinsey when Ms. Baker served as local counsel in this matter. McKinsey remains represented by Holland & Hart LLP, and pursuant to Local Rule 83.9, representatives of McKinsey were provided with written notice of Ms. Baker's intention to withdraw as counsel and consented to Ms. Baker's withdrawal through Holland & Hart LLP.  In addition, representatives of McKinsey were provided with a copy of this Motion and proposed Order.

3. By this Motion, Ms. Baker provides notice to all other parties in this litigation and

to the Court of her intention to withdraw as counsel for McKinsey.

4. Withdrawal of Ms. Baker as counsel will not have any material adverse effect on McKinsey. McKinsey is not a party to MDL 2804 and appeared in this case for the limited purpose of filing its Motion to Modify Amended Case Management Order No. 2 (Dkt. 4080) to allow the parties in *In re McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation*, MDL No. 2996 (to which McKinsey is a party), to access and use relevant discovery produced in this MDL. The briefing on that Motion has concluded (*see* Dkt. Nos. 4080, 4129, & 4152) and the Court ruled on that Motion on November 15, 2021 (*see* Dkt No. 4160).

5. As a result, withdrawal of Ms. Baker as counsel for McKinsey is appropriate pursuant to Ohio Rule of Professional Conduct 1.16(b) and Local Rule 83.9.

6. A proposed Order is attached as **Exhibit 1** hereto.

WHEREFORE, Amanda Baker respectfully requests this Court grant this Motion to Withdraw as Counsel for good cause shown and to discontinue ECF notifications for her in this matter.

Dated: April 24th, 2023                    Respectfully submitted,

By */s/ Amanda K. Baker*
Amanda K. Baker
Ohio Bar # 95531
MAURICE WOOD
8250 Charleston Boulevard, Suite 100
Las Vegas, Nevada 89117
Tel: (702) 463-7616
Fax: (702) 463-6224
abaker@mauricewood.com

*Attorney for Defendant McKinsey & Company, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of April, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Amanda K. Baker*
        Amanda K. Baker
        Ohio Bar # 95531
        MAURICE WOOD
        8250 Charleston Boulevard, Suite 100
        Las Vegas, Nevada 89117
        Tel: (702) 463-7616
        Fax: (702) 463-6224
        abaker@mauricewood.com

        *Attorney for Defendant McKinsey & Company, Inc.*