**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION. <br><br> This document relates to: <br><br> *All Cases*. | MDL No. 2804 <br><br> Case No. 17-md-2804 <br><br> **Judge Dan Aaron Polster** |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, MCKINSEY & COMPANY

Pending is the motion of attorney Amanda K. Baker to withdraw as counsel for McKinsey & Company, Inc., McKinsey & Company, Inc. United States, and McKinsey & Co., Inc. Washington D.C. (collectively, "McKinsey") pursuant to Rule 1.16(b) of the Ohio Rules of Professional Conduct and Rule 83.9 of the Local Civil Rules of the Northern District of Ohio. Upon review of the motion, the Court finds that the movant complied with the requirements of the Rules of Professional Conduct and Local Rule 83.9 and that McKinsey was notified of and consented to withdrawal of Ms. Baker as counsel, and that withdrawal of Ms. Baker as counsel for McKinsey will have no material adverse effect on McKinsey.

The Court therefore finds that the movant has demonstrated good cause to withdraw as counsel and **GRANTS** the motion. Amanda K. Baker is no longer counsel of record in this MDL for McKinsey and can be removed from the certificates of service and further communication.

**IT IS SO ORDERED.**

Entered this _____ day of _____, 2023.

_____
Judge Dan Aaron Polster