UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| *This document relates to:* | JUDGE DAN AARON POLSTER |
| *All Cases Noted on Attached Appendix* | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO NEW MEXICO SETTLEMENT AGREEMENT

The undersigned Parties (the "Parties") have settled the above-referenced litigation against Defendant Walmart Inc. pursuant to the Walmart New Mexico Settlement Agreement, executed on December 8, 2022, in which Plaintiffs – the New Mexico subdivisions listed in Appendix A – have elected to participate.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Walmart agree that all claims of Plaintiffs in the actions identified in Appendix A against Walmart and the Releasees (as defined in the Walmart New Mexico Settlement Agreement) are dismissed with prejudice, with each party to bear its own costs.

Dated April 26, 2023

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS**

*/s/Peter J. Mougey*
Peter J. Mougey
Jeff R. Gaddy
Levin, Papantonio, Rafferty, Proctor
Buchanan, O'Brien, Barr & Mougey,P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850-435-7068
pmougey@levinlaw.com
jgaddy@levinlaw.com

*/s/Jayne Conroy*
Jayne Conroy
Simmon Hanly Conroy
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

*/s/Krista Baisch*
Krista Baisch
Crueger Dickinson
4532 N Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3868
kkb@cruegerdickinson.com

*/s/Shayna E. Sacks*
Shayna E. Sacks
Napoli Shkolnik PLLC
360 Lexington Ave.
11th floor
New York, New York 10017
(212) 397-1000
ssacks@napolilaw.com

*/s/Felicia Weingartner*
Felicia Weingartner
Law Offices of Felicia Weingartner
P.O. Box 7627
Albuquerque, NM 87194
(505) 842-8057
fcw@weingartnerlaw.com


**ATTORNEYS FOR WALMART INC.**

*/s/Tina M. Tabacchi*
Tina M. Tabacchi
Tara Fumerton
Jones Day
110 North Wacker Dr., Suite 4800
Chicago, IL 60606
(312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

SO ORDERED this 27th day of April, 2023.

_____/s/Dan Aaron Polster_____
Hon. Dan Aaron Polster
United States District Judge