# APPENDIX A

| Subdivision | State | Signed With Permission | Jurisdiction | Docket Number |
|---|---|---|---|---|
| Alamogordo City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46067 |
| Bernalillo County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45301 |
| Catron County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45320 |
| Cibola County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45321 |
| Colfax County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:21-op-45055 |
| Curry County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45347 |
| Dona Ana County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46206 |
| Eddy County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:22-op-45015 |
| Espanola City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46142 |
| Grant County | NM | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45108 |
| Hidalgo City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46069 |
| Hobbs City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46068 |
| Las Cruces City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:21-op-45059 |
| Lea County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45266 |
| Lincoln County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45513 |
| Luna County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:21-op-45056 |
| McKinley County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45033 |
| Mora County | NM | Napoli Shkolnik, PLLC | NDOH | 1:17-op-45080 |
| Otero County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45216 |
| Rio Arriba County | NM | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45054 |
| Roosevelt County | NM | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46343 |
| San Juan County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:18-op-45829 |
| San Miguel County | NM | Law Offices of Felicia C. Weingartner, P.C. | NDOH | 1:19-op-45354 |
| Sandoval County | NM | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45421 |
| Santa Fe County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:18-op-45776 |
| Sierra County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45322 |
| Socorro County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45323 |
| Taos County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45051 |
| Torrance County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:22-op-45004 |
| Union County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:21-op-45057 |
| Valencia County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45324 |