IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*All Cases* | MDL NO. 2804<br><br>Civ. No. 1:17-md-02804-DAP<br><br>HON. JUDGE DAN A. POLSTER |

**MCKESSON CORPORATION'S AMENDED NOTICE REGARDING SERVICE**

McKesson Corporation ("McKesson") hereby amends its prior Notice Regarding Service (ECF No. 267). On May 25, 2018, in accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., McKesson identified Nathan Shafroth as its attorney point-of-contact for all communications regarding requests for waiver of service. *See* ECF No. 267. McKesson now amends its Notice Regarding Service as follows:

Requests for waiver of service to McKesson shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to attorney Amber Charles (acharles@cov.com). The proper form for waiver of service for McKesson is attached to this notice as Exhibit A. The standard form has been modified in accordance with this Court's orders.

Dated: May 8, 2023

Respectfully Submitted,

   /s/ *Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
COVINGTON & BURLING LLP

1

One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com

*Counsel for McKesson Corporation*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of May, 2023, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart