UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 |
| | ) |
| | ) Case No. 1:17-md-2804 |
| *This document relates to:* | ) |
| | ) Judge Dan Aaron Polster |
| *All Cases Noted on Attached Appendix A* | ) |

## [PROPOSED] STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs identified in Appendix A (the "Settling  Plaintiffs") and Defendants Meijer, Inc., Meijer Distribution, Inc., Meijer Stores Limited Partnership, and any other Meijer entities named in the lawsuits identified in Appendix A (collectively "Meijer") to dismiss with prejudice all claims asserted by the Settling Plaintiffs against Meijer in the actions identified on Appendix A, pursuant to the terms of a settlement agreement reached between Settling Plaintiffs and Meijer.  This dismissal of claims extends to Meijer only, and not as to any other defendant in these actions. Accordingly, Settling Plaintiffs' claims against Meijer are **DISMISSED WITH PREJUDICE,** without costs as to any party against the other.

Dated: May 9, 2023

Signed as authorization for Dismissing Plaintiffs identified in Appendix A.

/s/Linda Singer
Linda Singer
Elizabeth Smith
MOTLEY RICE LLC
401 9th Street NW
Suite 1001
Washington, DC 20004
Tel: (202) 386-9626
lsinger@motleyrice.com
esmith@motleyrice.com

/s/Joseph E. Rice
Joseph E. Rice
Michael Elsner
Lisa Saltzburg
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000
jrice@motleyrice.com
melsner@motleyrice.com

*Attorneys for Montgomery County*

/s/Paul T. Farrell, Jr.
Michael J. Fuller, Jr.
Paul T. Farrell, Jr., Esq.
FARRELL & FULLER
270 Muñoz Rivera Avenue, Suite 201
San Juan, PR 00918
Tel: 939-293-8244
mike@farrellfuller.com
paul@farrellfuller.com

/s/Russell W. Budd
Russell W. Budd
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: (214) 521-3605
Fax: (214) 520-1181
rbudd@baronbudd.com

/s/ J. Burton LeBlanc
J. Burton LeBlanc
BARON & BUDD, P.C.
2600 Citiplace Dr.
Baton Rouge, LA 70808
Tel: (225) 927-5441
bleblanc@baronbudd.com

2

/s/ Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Tel: (216) 696-3232
Fax: (216) 696-3924
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

/s/Joseph M. Vanek
Joseph M. Vanek
Greg Shinall
David P. Germaine
Trevor K. Scheetz
Matthew H. Rice
Elizabeth A. Laughlin
SPERLING & SLATER, LLC
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
jvanek@sperling-law.com
shinall@sperling-law.com
dgermaine@sperling-law.com
tscheetz@sperling-law.com
mrice@sperling-law.com
llaughlin@sperling-law.com

*Attorneys for Meijer*

SO ORDERED this __ day of _____, 2023

_____
Hon. Dan Aaron Polster
United States District Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I caused the foregoing *[Proposed] Stipulation and Order of Dismissal with Prejudice* to be filed and served on all counsel of record via the Court's ECF filing system.

/s/ Peter H. Weinberger
Peter H. Weinberger