# Appendix A to Stipulation and Order of Dismissal

| MDL 2804 Case Number | Case Title |
|---|---|
| 1:2018op46326 | Montgomery County Board of County Commissioners et al. v. Cardinal Health, Inc., et al. |
| 1:2018op46096 | Branch County, Michigan v. Purdue Pharma L.P., et al. |
| 1:2018op45971 | County of Eaton, Michigan v. Purdue Pharma, L.P., et al |
| 1:2019op45561 | Kalamazoo County, Michigan v. Purdue Pharma L.P., et al. |
| 1:2019op45841 | Saginaw Chippewa Indian Tribe v. Cephalon, Inc., et al. |
| 1:2018op45400 | City of South Bend, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45266 | Delaware County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45796 | Tippecanoe County Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45123 | City of Fort Wayne, Indiana v. Cardinal Health Inc., et al. |
| 1:2018op46356 | Town of Upland Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45961 | City of Jeffersonville, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45172 | Howard County, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2017op45022 | The Fiscal Court of Campbell County v. Amerisourcebergen Drug Corporation, et al. |
| 1:2017op45011 | The Fiscal Court of Madison County v. Amerisourcebergen Drug Corporation, et al. |
| 1:2019op45560 | Calhoun County, Michigan v. Purdue Pharma L.P., et al. |
| 1:2019op45566 | Charter Township of Pittsfield, Michigan v. Purdue Pharma L.P., et al. |
| 1:2017op45033 | Clermont County Board Of County Commissioners v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45529 | Marion County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45291 | Erie County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al. |
| 1:2019op45017 | Town of Plainfield, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45346 | City of Martinsville, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2019op45016 | Town of Mooresville, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op46333 | City of New Albany, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45126 | City of Muncie, Indiana v. Cardinal Health, Inc., et al. |
| 1:2018op45109 | City of Greenwood, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2017op45020 | The Fiscal Court of Boone County v. Amerisourcebergen Drug Corporation, et al. |
| 1:2018op46135 | Charter Township of Clinton, Michigan v. Purdue Pharma L.P., et al. |
| 1:2018op45041 | Licking County Board of County Commissioners v. Amerisourcebergen Drug Corporation, et al. |
| 1:2018op45038 | Fairfield Board of County Commissioners v. Amerisourcebergen Drug Corporation, et al. |
| 1:2018op45163 | City of Lebanon v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45037 | Butler County Board of Commissioners v. Purdue Pharma, L.P., et al. |
| 1:2017op45092 | Lexington-Fayette Urban County Government v. Amerisourcebergen Drug Corporation, et al. |
| 1:2017op45013 | Louisville/Jefferson County Metro Government v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45162 | Franklin County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45124 | City of Noblesville, Indiana v. Amerisourcebergen Drug Corporation, et al. |
| 1:2018op45845 | City of Fishers, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45272 | Hamilton County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45805 | City of Lawrence, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op46056 | City of Westfield, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op46024 | City of Hamilton, Ohio v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op45846 | Town of Zionsville, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op46134 | Charter Township of Canton, et al. v. Purdue Pharma L.P., et al. |
| 1:2019op45215 | Town of Danville, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2018op46103 | City of Beech Grove, Indiana v. AmerisourceBergen Drug Corporation, et al. |
| 1:2017op45041 | City Of Cincinnati v. Amerisourcebergen Drug Corporation, et al. |
| 1:2018op45055 | Town of Sheridan v. Amerisourcebergen Drug Corporation, et al. |
| 1:2018op45125 | Town of Atlanta, Indiana v. Cardinal Health, Inc., et al. |