UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *"Track Seven: Montgomery County, OH"* | Judge Dan Aaron Polster |

## STIPULATED SCHEDULING ORDER

Plaintiff Montgomery County, Ohio, and Defendants The Kroger Company, Kroger Limited Partnership I, and Kroger Limited Partnership II (together, "the Parties"), by their undersigned counsel, stipulate and request that the Court order as follows:

WHEREAS, the Court denied Kroger's Motion to Strike Dr. Jack Fincham's expert report, the parties have agreed upon the schedule below for the expert's deposition and Daubert scheduling, *see* ECF No. 5009 (April. 21, 2023):

- The deposition of Plaintiff's expert Dr. Fincham is scheduled for Wednesday, May 24, 2023.

- Should Defendant choose to file a Daubert motion, the motion will be filed no later than 21 days following the deposition, Wednesday, June 14, 2023.

- Plaintiff's response brief is due no later than 21 days after Defendant files its Daubert motion, on or before Wednesday, July 5, 2023.

- Defendant's reply brief will be filed no later than 14 days after Plaintiff's response brief is filed, on or before Wednesday, July 19, 2023.

Respectfully submitted,

/s/Gabriel Wohl
Ronda L. Harvey
Gabriele Wohl
Ashley Hardesty Odell
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
Tel: 304-347-1100
rharvey@bowlesrice.com
gwohl@bowlesrice.com
ahardestyodell@bowlesrice.com

*Counsel for Defendants The Kroger*
*Company, Kroger Limited Partnership I,*
*Kroger Limited Partnership II*

/s/Michael E. Elsner
Michael Elsner
Lisa Saltzburg
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000
melsner@motleyrice.com
lsaltzburg@motleyrice.com

*Counsel for Plaintiff Montgomery County,*
*Ohio*

/s/Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Tel: (216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

2

**IT IS SO ORDERED.**

Dated: May 10, 2023

**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**