# EXHIBIT K

# Document Withheld for Privilege

CONFIDENTIAL

Kroger-MDL00061698