# EXHIBIT L

Document Withheld for Privilege

CONFIDENTIAL

Kroger-MDL00061699