# EXHIBIT M

# Document Withheld for Privilege

CONFIDENTIAL

Kroger-MDL00061700