# EXHIBIT N

Document Withheld for Privilege

CONFIDENTIAL

Kroger-MDL00061701