# EXHIBIT O

Document Withheld for Privilege

HIGHLY CONFIDENTIAL

Kroger-MDL00062369