# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1-17-md-2804 |
| *The PAR Group, Plaintiff v. McKesson Corporation, et al., Defendants* | Judge Dan Aaron Polster |
| Civil Action No. 1:19-op-45959 | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, The PAR Group, by and through its undersigned attorney, and dismisses its Complaint in the above-referenced matter with prejudice.

Dated:  May 16, 2023.

        */s/Mark A. Tate*
        Mark A. Tate
        Georgia Bar No. 698820
        TATE LAW GROUP, LLC
        2 E. Bryan Street, Suite 600
        Savannah, GA 31401
        Telephone (912) 234-3030
        Fax (912) 234-9700
        **marktate@tatelawgroup.com**

## CERTIFICATE OF SERVICE

I hereby certify that I have served to all counsel of record Voluntary Dismissal With Prejudice via the CM/ECF system.

Dated: May 16, 2023.

   /s/ Mark A. Tate
Mark A. Tate
Georgia State Bar No. 698820
**tlgservice@tatelawgroup.com**
(912) 234-3030
25 Bull Street, Second Floor
Savannah, Georgia 31401