# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| **THIS DOCUMENT RELATES TO:** | Case No. 1-17-md-2804 |
| | Judge Dan Aaron Polster |

*Shamrock Materials, Plaintiff v. McKesson Corporation, et al., Defendants*

*Civil Action No.* **1:19-op-45937**

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Shamrock Materials, by and through its undersigned attorney, and dismisses its Complaint in the above-referenced matter with prejudice.

Dated:   May 16, 2023.

> */s/Mark A. Tate*
> Mark A. Tate
> Georgia Bar No. 698820
> TATE LAW GROUP, LLC
> 2 E. Bryan Street, Suite 600
> Savannah, GA 31401
> Telephone (912) 234-3030
> Fax (912) 234-9700
> **marktate@tatelawgroup.com**

## CERTIFICATE OF SERVICE

I hereby certify that I have served to all counsel of record Voluntary Dismissal With Prejudice via the CM/ECF system.

Dated: May 16, 2023.

          /s/ Mark A. Tate
Mark A. Tate
Georgia State Bar No. 698820
**tlgservice@tatelawgroup.com**
(912) 234-3030
25 Bull Street, Second Floor
Savannah, Georgia 31401