**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) | MDL No.: 2804 |
| | ) | |
| | ) | Case No.: 1:17-md-02804 |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | |
| | ) | Judge Dan Aaron Polster |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS FOR
MARK H. TROUTMAN AND SHAWN JUDGE**

PLEASE TAKE NOTICE that effective immediately, Gibbs Law Group LLP,

Counsel for Plaintiffs, has opened a Columbus, Ohio office and notifies the Court and all

parties of a change of address for counsel Shawn K. Judge and Mark H. Troutman.

Counsel respectfully requests the Court and counsel amend their records to reflect

such change, and hereafter direct all orders, notices, pleadings, letters, and any and all

other communications to the following address:

> Mark H. Troutman (0076390)
> Shawn K. Judge (0069493)
> **GIBBS LAW GROUP LLP**
> 1554 Polaris Pkwy., Suite 325
> Columbus, OH 43240
> Telephone: (510) 340-4214
> Facsimile: (510) 350-9701
> mht@classlawgroup.com
> skj@classlawgroup.com

Please amend your service list and direct further communications accordingly.

1

2

Dated: May 17, 2023                         Respectfully submitted,


                                              /s/ Mark H. Troutman
                                            Mark H. Troutman (0076390), Trial Attorney
                                            Shawn K. Judge (0069493)
                                            **GIBBS LAW GROUP LLP**
                                            1554 Polaris Pkwy., Suite 325
                                            Columbus, OH 43240
                                            Telephone: (510) 340-4214
                                            Facsimile: (510) 350-9701
                                            mht@classlawgroup.com
                                            skj@classlawgroup.com

                                            *Attorneys for Plaintiffs Butler County Board*
                                            *of Commissioners, Ohio, and Clinton County*
                                            *Board of Commissioners, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, a copy of the foregoing Notice of Change of Firm Affiliation and Change of Address was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Mark H. Troutman*
Mark H. Troutman (0076390), Trial Attorney
**GIBBS LAW GROUP LLP**
1554 Polaris Pkwy., Suite 325
Columbus, OH 43240
Telephone: (510) 340-4214
Facsimile: (510) 350-9701
mht@classlawgroup.com

*Attorney for Plaintiffs*