**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **In Re:  National Prescription Opiate Litigation** | **MDL No. 2804** |
| | **Case No. 17-MD-2804** |
| *This document relates to:* | |
| *All Cases Noted on Attached Exhibit A* | **Judge Dan Aaron Polster** |

**NOTICE OF FILING**

COME NOW PLAINTIFFS by counsel, in accordance with the *Order Regarding Service of Process* entered April 6, 2023, [Docket No. 4986], and file this Notice of Filing for affidavits and waivers of service.  Attached as Exhibit A is a list of applicable cases to which this Notice applies. The executed affidavits of service and/or waivers of service for the following Defendants are also attached as exhibits to this Notice and include: Albertson's, LLC, (Exhibit B); Amneal Pharmaceuticals, (Exhibit C); Eckerd Corporation, (Exhibit D); Harco, Inc., (Exhibit E); Kroger Co., (Exhibit F); Morris & Dickson Co., (Exhibit G); SAJ Distributors, (Exhibit H); Sandoz, Inc., (Exhibit I); Smith Drug Co., (Exhibit J); Rite Aid Corporation, (Exhibit K); Rite Aid of Maryland, Inc., (Exhibit L); Rite Aid Dayville Distribution, (Exhibit M); Thrifty Payless, Inc., (Exhibit N); PD-Rx Pharmaceuticals, Inc., (Exhibit O); Mylan Pharmaceuticals, Inc., (Exhibit P); Thrifty Drug Stores, Inc., (Exhibit Q); Miami-Luken, Inc., (Exhibit R); Aurolife Pharma, LLC, (Exhibit S); and Safeway Inc., (Exhibit T).

Dated: May 22, 2023

RESPECTFULLY SUBMITTED:

/s/*Peter J. Mougey*
Peter J. Mougey
**LEVIN, PAPANTONIO, RAFFERTY,**
**PROCTOR, BUCHANAN, O'BRIEN, BARR,**
**MOUGEY, P.A.**

316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel: 850-435-7062
Fax: 850-436-6068
pmougey@levinlaw.com

/s/*Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.

Michael J. Fuller, Jr.
**FARRELL & FULLER LLC**
1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico 00907
Tel: 304-654-8281
paul@farrellfuller.com
mike@farrellfuller.com

Russell W. Budd
J. Burton LeBlanc, IV
Christine C. Mansour
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181
rbudd@baronbudd.com
bleblanc@baronbudd.com
cmansour@baronbudd.com

Mark P. Pifko
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Encino, CA 91436
Tel: 818-839-2333
mpifko@baronbudd.com

James C. Peterson
**HILL, PETERSON, CARPER,**
**BEE & DEITZLER, PLLC**
NorthGate Business Park
500 Tracy Way
Charleston, WV 25311
Tel:  304-345-5667
Fax:  304-345-1519
jcpeterson@hpcbd.com

2

Anthony J. Majestro
**Powell & Majestro P.L.L.C.**
405 Capitol Street
Suite P-1200
Charleston, WV 25301
Tel: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of May, 2023, the foregoing has been served via CM/ECF to all counsel of record.

/s/ Peter J. Mougey
Peter J. Mougey

/s/Paul T. Farrell, Jr.
Paul T. Farrell, Jr.

*Attorneys for Plaintiffs*