# EXHIBIT A

| ALABAMA | |
|---|---|
| *Baldwin County, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45152 | *Chilton County, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45735 |
| *City of Clanton, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46084 | *Coffee County, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45182 |
| *Cullman County, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45227 | *Dallas County, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45667 |
| *City of Decatur, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45201 | *City of Enterprise, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45213 |
| *City of Fort Payne, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45079 | *City of Hartselle, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45736 |
| *City of Mobile, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45076 | *Mobile County, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45186 |
| *Morgan County, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45200 | *City of Opp, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45011 |
| *Pike County, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45803 | *City of Selma, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45198 |
| *Tallapoosa County, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45097 | *City of Troy, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45947 |
| *Tuscaloosa County, Alabama v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45196 | |

| CALIFORNIA | |
|---|---|
| *County of Butte, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45627 | *County of Calaveras, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45645 |
| *City of Chico, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:20-op-45189 | *City of Chula Vista, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-45750 |
| *City of Clearlake, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:20-op-45251 | *County of Del Norte, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45655 |

| | |
|---|---|
| *County of El Dorado, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45629 | *County of Fresno, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45644 |
| *County of Imperial, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45631 | *County of Inyo, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45646 |
| *County of Lassen, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45609 | *County of Madera, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45647 |
| *County of Mariposa, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45618 | *County of Mendocino, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45654 |
| *County of Merced, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45643 | *County of Modoc, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45641 |
| *County of Mono, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45626 | *County of Monterey, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45615 |
| *County of Nevada, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45628 | *County of Placer, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45642 |
| *County of Plumas, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45649 | *County of Sacramento, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45608 |
| *County of San Benito, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45653 | *County of San Diego, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45613 |
| *County of San Jose, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-45768 | *County of Shasta, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45651 |
| *County of Siskiyou, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45630 | *County of Sutter, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45640 |
| *County of Tehama, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45680 | *County of Trinity, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45650 |
| *County of Tuolumne, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45619 | *County of Yolo, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-45351 |
| *County of Yuba, California v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45648 | |

| **FLORIDA** | |
|---|---|
| *City of Niceville, Florida v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:21-op-45081 | *Pinellas County, Florida v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45742 |
| *City of Pinellas Park, Florida v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45807 | *City of Ormond Beach, Florida v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-46121 |
| *City of St. Petersburg, Florida v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45701 | |

| **GEORGIA** | |
|---|---|
| *City of Albany, Georgia v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46337 | *Augusta, Georgia v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45233 |
| *Columbus, Georgia v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45567 | *Laurens County, Georgia v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45945 |

| **INDIANA** | |
|---|---|
| *Harrison County, Indiana v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45130 | *City of Jeffersonville, Indiana v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45961 |
| *City of New Albany, Indiana v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46333 | |

| **ILLINOIS** | |
|---|---|
| *Calhoun County, Illinois v. Purdue Pharma, L.P., et al.* Case No. 1:18-op-46294 | *Johnson County, Illinois v. Purdue Pharma, L.P., et al.* Case No. 1:18-op-46148 |
| *Schuler County, Illinois v. Purdue Pharma, L.P., et al.* Case No. 1:18-op-46147 | |

| **KANSAS** | |
|---|---|
| *Cherokee County, Kansas, Board of Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45452 | |

| **KENTUCKY** | |
|---|---|
| *Allen County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45008 | *Anderson County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45006 |
| *Bell County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45026 | *Boyd County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45084 |
| *Boyle County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45018 | *Bracken County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45395 |
| *Bullitt County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45009 | *Campbell County Fiscal Court v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45022 |
| *Carlisle County Fiscal Court v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45016 | *Carter County Fiscal Court v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45392 |
| *Christian County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45070 | *Clark County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45172 |
| *Clay County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45031 | *Cumberland County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45012 |
| *Franklin County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45007 | *Garrard County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45023 |
| *Greenup County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45088 | *Harlan County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45027 |
| *Henderson County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45069 | *Hopkins County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45010 |
| *Knox County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45028 | *Leslie County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45029 |
| *Letcher County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46124 | *Lexington-Fayette Urban County Gov't v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45092 |
| *Lincoln County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45024 | *Louisville/Jefferson County Metro Government, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45013 |
| *Madison County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45011 | *Martin County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45388 |
| *Morgan County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* | *Oldham County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* |

| | |
|---|---|
| Case No. 1:19-op-45571 | Case No. 1:17-op-45067 |
| *Perry County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45110 | *Powell County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46145 |
| *Pulaski County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45109 | *Rowan County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45018 |
| *Shelby County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45009 | *Union County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45015 |
| *Wayne County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45389 | *Whitley County Fiscal Court, Kentucky v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45030 |

| | |
|---|---|
| **LOUISIANA** | |
| *City of Baton Rouge, Louisiana v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45160 | *Phillip Terrell, Duly Elected District Attorney for Rapides Parish, Louisiana v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:20-op-45123 |
| *Rapides Parish Police Jury v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:20-op-4511 | |

| | |
|---|---|
| **MARYLAND** | |
| *Allegany County, Maryland v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45652 | *Cecil County, Maryland v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45100 |
| *City of Cumberland, Maryland v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45624 | *City of Frostburg, Maryland v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45617 |
| *City of Hagerstown, Maryland v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45622 | |

| | |
|---|---|
| **MASSACHUSETTS** | |
| *Town of Acushnet, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45676 | *City of Amesbury, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45678 |
| *Town of Billerica, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45560 | *Town of Brewster, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45556 |
| *Town of Carver, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45691 | *Town of Charlton, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45689 |

| | |
|---|---|
| *City of Chelsea, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45693 | *Town of Douglas, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45706 |
| *Town of Dudley, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45707 | *Town of East Bridgewater, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45721 |
| *City of Easthampton, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45336 | *City of Everett, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45596 |
| *Town of Freetown, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45705 | *City of Greenfield, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45017 |
| *Town of Hanson, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45704 | *City of Holyoke, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45694 |
| *Town of Hopedale, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45708 | *Town of Lakeville, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45743 |
| *Town of Leicester, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45709 | *City of Leominster, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45710 |
| *City of Lowell, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45514 | *City of Malden, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45487 |
| *City of Methuen, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45106 | *City of Newburyport, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45837 |
| *City of North Adams, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45702 | *City of North Attleborough, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45744 |
| *City of Northampton, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45337 | *Town of Northbridge, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45711 |
| *Town of Pembroke, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45823 | *City of Pittsfield, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45335 |
| *Town of Plymouth, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45675 | *City of Revere, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45155 |
| *Town of Salisbury, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45595 | *Town of Southbridge, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45686 |
| *Town of Warren, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45811 | *Town of Watertown, Massachusetts v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45674 |
| *Town of Winchendon, Massachusetts v.* | *City of Woburn Massachusetts v.* |

| | |
|---|---|
| *AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45687 | *AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45103 |

| **MICHIGAN** | |
|---|---|
| *County of Eaton, Michigan v. Purdue Pharma, L.P., et al.*<br>Case No. 1:18-op-4597 | |

| **MISSISSIPPI** | |
|---|---|
| *Adams County, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45831 | *City of Brookhaven, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-46143 |
| *City of Charleston, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45398 | *Desoto County, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45551 |
| *Forrest County, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45147 | *City of Hattiesburg, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45512 |
| *City of Iuka, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-46172 | *Lafayette County, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45341 |
| *City of Laurel, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-46161 | *Lincoln County, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45722 |
| *City of Meridian, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45969 | *Monroe County, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-46173 |
| *City of New Albany, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45949 | *Pearl River County, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45548 |
| *Union County, Mississippi v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45120 | |

| **MISSOURI** | |
|---|---|
| *Douglas County, Missouri v. Purdue Pharma, L.P., et al.*<br>Case No. 1:19-op-45386 | *Knox County, Missouri v. Purdue Pharma, L.P., et al.*<br>Case No. 1:19-op-45406 |
| *Osage County, Missouri v. Purdue Pharma, L.P., et al.*<br>Case No. 1:18-op-46191 | *Webster County, Missouri v. Purdue Pharma, L.P., et al.*<br>Case No. 1:18-op-46350 |
| *Wright County, Missouri v. Purdue Pharma, L.P., et al.*<br>Case No. 1:19-op-45383 | |

| **NEVADA** | |
|---|---|
| *Nye County, Nevada v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46238 | |

| **NORTH CAROLINA** | |
|---|---|
| *Alamance County, North Carolina v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-45615 | *Durham County, North Carolina v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-4534 |

| **OHIO** | |
|---|---|
| *Ashland County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45012 | *City of Ashland, Ohio v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46203 |
| *Athens County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45326 | *Auglaize County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45570 |
| *Belmont County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45034 | *Carroll County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46079 |
| *Columbiana County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45289 | *Coshocton County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45027 |
| *Crawford County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45288 | *Erie County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45291 |
| *Guernsey County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45044 | *City of Hamilton, Ohio v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46024 |
| *Huron County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45292 | *City of Ironton, Ohio v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46025 |
| *Knox County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45665 | *Lawrence County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45045 |
| *Logan County Board of County Commissioners v.* | *Marion County Board of County Commissioners v.* |

| | |
|---|---|
| *AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45047 | *AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45529 |
| *Monroe County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45597 | *Morrow County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45059 |
| *Muskingam County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45137 | *Ottawa County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45031 |
| *Pike County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45039 | *City of Portsmouth, Ohio v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45042 |
| *Ross County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45040 | *Scioto County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45038 |
| *Seneca County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45290 | *Wayne County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45150 |
| *Williams County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45257 | *Wyandot County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46078 |

| **OREGON** | |
|---|---|
| *City of Portland, Oregon v.* *AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45633 | |

| **PENNSYLVANIA** | |
|---|---|
| *Columbiana County, Pennsylvania v.* *Purdue Pharma, L.P., et al.* Case No. 1:17-op-45068 | *Indiana County, Pennsylvania v.* *Purdue Pharma, L.P., et al.* Case No. 1:18-op-45249 |
| *Kingston Borough, Pennsylvania v.* *Purdue Pharma, L.P., et al.* Case No. 1:19-op-45585 | *Luzerne County, Pennsylvania v.* *Purdue Pharma, L.P., et al.* Case No. 1:17-op-45100 |
| *City of Nanticoke, Pennsylvania v.* *Purdue Pharma, L.P., et al.* Case No. 1:19-op-45081 | *Plains Township, Pennsylvania v. Purdue Pharma, L.P., et al.* Case No. 1:18-op-46215 |
| *City of Wilkes-Barre, Pennsylvania v.* *Purdue Pharma, L.P., et al.* Case No. 1:18-op-45545 | *Wyoming County, Pennsylvania v.* *Purdue Pharma, L.P., et al.* Case No. 1:18-op-45488 |

| **RHODE ISLAND** | |
|---|---|
| *City of Newport, Rhode Island v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45479 | *Town of Portsmouth, Rhode Island v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-45554 |
| *City of Woonsocket, Rhode Island v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-45328 | |

| **TENNESSEE** | |
|---|---|
| *Campbell County, Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45133 | *Claiborne County, Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-45658 |
| *Greene County, Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45136 | *Hancock County, Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45153 |
| *Haywood County, Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45107 | *Henderson County Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45404 |
| *Johnson County, Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45153 | *City of Lexington, Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45458 |
| *Madison County, Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45403 | *Montgomery County, Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45418 |
| *Washington County, Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46317 | *Williamson County, Tennessee v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45134 |

| **NORTH AMERICAN TRIBES** | |
|---|---|
| *Aroostook Band of Micmacs v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-45349 | *Coushatta Tribe of Louisiana v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-45438 |
| *Eastern Band of Cherokee Indians v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45098 | *Lower Brule Sioux Tribe Indians v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-45350 |
| *Lytton Band of Pomo Indians v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-4558 | *Oneida Nation v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-46034 |
| *Quapaw Tribe of Oklahoma v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:19-op-45460 | *Red Lake Band of Chippewa Indians v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45959 |
| *Seneca Nation of Indians v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45746 | *Shoshone-Bannock Tribes v. Purdue Pharma* Case No. 1:18-op-45153 |

| | |
|---|---|
| *Tule River Indian Tribe v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45579 | *United Keetoowah Band of Cherokee Indians v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45600 |
| *White Earth Nation v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45357 | *Wyandotte Nation v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45601 |

| **UTAH** | |
|---|---|
| *Utah County v. Purdue Pharma, L.P., et al.*<br>Case No. 1:18-op-46184 | |

| **VERMONT** | |
|---|---|
| *City of St. Albans, Vermont v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45721 | |

| **VIRGINIA** | |
|---|---|
| *City of Danville, Virginia v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45730 | *City of Norfolk, Virginia v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45926 |
| *City of Richmond, Virginia v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45546 | *Scott County Board of Supervisors v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-46074 |
| *City of Virginia Beach, Virginia v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-46137 | *Wise County Board of Supervisors v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:19-op-45907 |

| **WEST VIRGINIA** | |
|---|---|
| *Boone County Commission v.*<br>*AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:17-op-45061 | *Fayette County Commission v.*<br>*Cardinal Health, Inc., et al.*<br>Case No. 1:17-op-45062 |
| *Logan County Commission v.*<br>*Cardinal Health, Inc., et al.*<br>Case No. 1:18-op-45000 | *City of Vienna, West Virginia v.*<br>*Rite Aid of Maryland, Inc., et al.*<br>Case No. 1:19-op-45042 |
| *Wayne County Commission v.*<br>*Rite Aid of Maryland, Inc., et al.*<br>Case No. 1:17-op-45052 | |