# EXHIBIT C – AMNEAL PHARMACEUTICALS, LLC'S
## AFFIDAVITS OF SERVICE
## AND WAIVERS OF SERVICE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Fiscal Court of Anderson County _____ *Plaintiff(s)* v. _____ AmerisourceBergen Drug Corporation, et al. *Defendant(s)* | ) ) ) ) ) ) Civil Action No.  1:17-op-45006-DAP ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/22/23_____                            _____/s/Robert Pitts_____
                                                                                   *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45006-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>AMNEAL PHARMACEUTICALS, LLC/AMNEAL</u>
<u>PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC.</u> was received by me on *(date)* <u>Apr 5, 2023</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Mohamed Dansoko, Intake Specialist for CT Corporation System</u>,
who is designated by law to accept service of process on behalf of *(name of organization)* <u>AMNEAL</u>
<u>PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL</u>
<u>PHARMACEUTICALS, INC.</u> on *(date)* <u>Thu, Apr 06 2023 at 10:55 am EDT</u>; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>265.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5|4|23

_____
*Server's signature*

Joshua Lee, Process Server
_____
*Printed name and title*

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received
by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes;
Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted
Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>The Fiscal Court of Anderson County on</td><td>)</td><td></td></tr>
<tr><td align="center"><i>Plaintiff</i></td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)</td><td></td></tr>
<tr><td>Amerisourcebergen Drug Corp., et al.</td><td>)</td><td>Civil Action No. 1:17-op-45006</td></tr>
<tr><td align="center"><i>Defendant</i></td><td>)</td><td></td></tr>
</table>

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 05/07/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: ___05/23/2019___

Amneal Pharmaceuticals LLC
_____
*Printed name of party waiving service of summons*

/s/ Paul J. Cosgrove
_____
*Signature of the attorney or unrepresented party*

Paul J. Cosgrove
_____
*Printed Name*

Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
_____
*Address*

pcosgrove@ulmer.com
_____
*E-mail Address*

513-698-5000
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Fiscal Court of Bracken County | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:18-op-45395-DAP |
| AmerisourceBergen Drug Corporation, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/22/23                                              /s/Robert Pitts
                                                                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45395-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>AMNEAL PHARMACEUTICALS, LLC/AMNEAL</u>
<u>PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC.</u> was received by me on *(date)* <u>Apr 5, 2023</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Mohamed Dansoko, Intake Specialist for CT Corporation System,</u>
who is designated by law to accept service of process on behalf of *(name of organization)* <u>AMNEAL</u>
<u>PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL</u>
<u>PHARMACEUTICALS, INC.</u> on *(date)* <u>Thu, Apr 06 2023 at 10:55 am EDT</u>; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$165.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5|4|23

_____
Server's signature

Joshua Lee, Process Server
_____
Printed name and title

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received
by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes;
Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted
Service.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Fiscal Court of Campbell County | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:17-op-45022-DAP |
| AmerisourceBergen Drug Corporation, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/22/23                                              /s/Robert Pitts
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45022-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. was received by me on *(date)* Apr 5, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist for CT Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. on *(date)* Thu, Apr 06 2023 at 10:55 am EDT; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ 165.00.

I declare under penalty of perjury that this information is true.

Date: 5|4|23

_____
Server's signature

Joshua Lee, Process Server
_____
Printed name and title

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes; Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Campbell County Fiscal Court | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:17-op-45022

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 05/08/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  06/20/2019

/s/ Paul J. Cosgrove

*Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals LLC

*Printed name of party waiving service of summons*

Paul J. Cosgrove

*Printed Name*

Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202

*Address*

pcosgrove@ulmer.com

*E-mail Address*

513-698-5000

*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Ohio

|  |  |
|---|---|
| Fiscal Court of Carlisle County | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  1:17-op-45016-DAP |
| | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amneal Pharmaceuticals, LLC
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
c/o CT Corporation System
28 Liberty System, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/28/2023



*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45016-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>AMNEAL PHARMACEUTICALS, LLC</u> was received by me on *(date)* <u>Apr 5, 2023</u>.

<table>
<tr><td>☐</td><td>I personally served the summons on the individual at <em>(place)</em> _____ on <em>(date)</em> _____ ; or</td></tr>
<tr><td>☐</td><td>I left the summons at the individual's residence or usual place of abode with <em>(name)</em> _____ , a person of suitable age and discretion who resides there, on <em>(date)</em> _____ , and mailed a copy to the individual's last known address; or</td></tr>
<tr><td>☒</td><td>I served the summons on <em>(name of individual)</em> <u>Mohamed Dansoko, Intake Specialist for CT Corporation System,</u> who is designated by law to accept service of process on behalf of <em>(name of organization)</em> <u>AMNEAL PHARMACEUTICALS, LLC</u> on <em>(date)</em> <u>Thu, Apr 06 2023 at 10:55 am EDT</u>; or</td></tr>
<tr><td>☐</td><td>I returned the summons unexecuted because: _____ ; or</td></tr>
<tr><td>☐</td><td>Other: _____ ; or</td></tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$165.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5|4|23

_____
*Server's Signature*

Joshua Lee, Process Server
_____
*Printed name and title*

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty System, New York, NY 10005 received by Mohamed Dansoko, Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes; Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Carlisle County Fiscal Court | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:17-op-45016

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 05/08/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  06/20/2019

_____ Amneal Pharmaceuticals LLC _____
*Printed name of party waiving service of summons*

/s/ Paul J. Cosgrove
*Signature of the attorney or unrepresented party*

Paul J. Cosgrove
*Printed Name*

Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
*Address*

pcosgrove@ulmer.com
*E-mail Address*

513-698-5000
*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| Rapides Parish Police Jury | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:20-op-45111-DAP |
| | ) ) | |
| AmerisourceBergen Drug Corporation, et al. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/27/23

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-op-45111-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL
PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. was received by me on *(date)* Apr 5, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist for CT Corporation System,
who is designated by law to accept service of process on behalf of *(name of organization)* AMNEAL
PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL
PHARMACEUTICALS, INC. on *(date)* Thu, Apr 06 2023 at 10:55 am EDT; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $165.00.

I declare under penalty of perjury that this information is true.

Date: 5/4/2023

_____
Server's signature

Joshua Lee, Process Server
_____
Printed name and title

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received
by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes;
Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted
Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Rapides Parish, LA Policy Jury | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:20-op-45111

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 06/23/20, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 11/5/2020

/s/ Paul J. Cosgrove

*Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals LLC

*Printed name of party waiving service of summons*

Paul J. Cosgrove

*Printed Name*

Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

*Address*

pcosgrove@ulmer.com

*E-mail Address*

513-698-5000

*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td rowspan="6">Nye County, Nevada<br><i>Plaintiff(s)</i><br><br>v.<br><br><br>AmerisourceBergen Drug Corporation, et al.<br><i>Defendant(s)</i></td><td>)</td><td rowspan="6">Civil Action No.  1:18-op-46238-DAP</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:         3/27/23                                          /s/Robert Pitts



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46238-DAP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. was received by me on *(date)* Apr 5, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist for CT Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. on *(date)* Thu, Apr 06 2023 at 10:55 am EDT; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $165.00.

I declare under penalty of perjury that this information is true.

Date: 5/4/2023

_____
Server's signature

Joshua Lee, Process Server
_____
Printed name and title

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes; Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

|  |  |
|---|---|
| Nye County, Nevada | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:18-op-46238 |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/11/2019_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 8/7/2019

/s/ Paul J. Cosgrove
_____
*Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals LLC
_____
*Printed name of party waiving service of summons*

Paul J. Cosgrove
*Printed name*

Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |  |
|---|---|---|
| Aroostook Band of Micmacs | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:19-op-45349-DAP |
| | ) ) ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:          3/21/23



/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1;19-op-45349-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL
PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. was received by me on *(date)* Apr 5, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist for CT Corporation System,
who is designated by law to accept service of process on behalf of *(name of organization)* AMNEAL
PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL
PHARMACEUTICALS, INC. on *(date)* Thu, Apr 06 2023 at 10:55 am EDT; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ 165.00.

I declare under penalty of perjury that this information is true.

Date: 5|4|23

_____
Server's signature

Joshua Lee, Process Server
_____
Printed name and title

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received
by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes;
Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted
Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| Aroostook Band of Micmacs | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:19-op-45349 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____4/17/2023_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/16/2023                                    /s/Paul J. Cosgrove
                                                *Signature of the attorney or unrepresented party*

        Amneal Pharmaceuticals, LLC                    Paul J. Cosgrove
*Printed name of party waiving service of summons*          *Printed name*

                                                Ulmer & Berne, LLP
                                                312 Walnut Street, Suite 1400
                                                Cincinnati, Ohio 45202
                                                *Address*
                                                pcosgrove@ulmer.com
                                                *E-mail address*
                                                (513) 698-5000
                                                *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |  |
|---|---|---|
| Eastern Band of Cherokee Indians | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) | Civil Action No.  1:18-op-45098-DAP |
| AmerisourceBergen Drug Corporation, et al. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____3/22/23_____                                    _____/s/Robert Pitts_____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45098-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL
PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. was received by me on *(date)* Apr 5, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist for CT Corporation System,, who is designated by law to accept service of process on behalf of *(name of organization)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. on *(date)* Thu, Apr 06 2023 at 10:55 am EDT; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $165.00.

I declare under penalty of perjury that this information is true.

Date: 5|4|23

_____
Server's signature

Joshua Lee, Process Server
_____
Printed name and title

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes; Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Eastern Band of Cherokee Indians | ) |
| *Plaintiff* | ) |
| v. | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:18-op-45098

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____4/17/2023_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/16/2023

_____          /s/Paul J. Cosgrove
Amneal Pharmaceuticals, LLC               *Signature of the attorney or unrepresented party*
*Printed name of party waiving service of summons*          Paul J. Cosgrove
                                          *Printed name*
                                          Ulmer & Berne, LLP
                                          312 Walnut Street, Suite 1400
                                          Cincinnati, Ohio 45202
                                          *Address*
                                          pcosgrove@ulmer.com
                                          *E-mail address*
                                          (513) 698-5000
                                          *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td rowspan="11" style="text-align:center">)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td></tr>
</table>

|  |  |  |
|---|---|---|
| Lower Brule Sioux Tribe | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:19-op-45350-DAP |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/27/23



/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45350-DAP

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>AMNEAL PHARMACEUTICALS, LLC/AMNEAL</u>
<u>PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC.</u> was received by me on *(date)* <u>Apr 5, 2023</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Mohamed Dansoko, Intake Specialist for CT Corporation System</u>,
who is designated by law to accept service of process on behalf of *(name of organization)* <u>AMNEAL</u>
<u>PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL</u>
<u>PHARMACEUTICALS, INC.</u> on *(date)* <u>Thu, Apr 06 2023 at 10:55 am EDT</u>; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$165.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5|4|23

_____
*Server's signature*

Joshua Lee, Process Server
_____
*Printed name and title*

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received
by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes;
Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted
Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Lower Brule Sioux Tribe | ) |
| *Plaintiff* | ) |
| v. | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-45350

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
_____
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____4/17/2023_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    5/16/2023

_____
Amneal Pharmaceuticals, LLC
*Printed name of party waiving service of summons*

/s/Paul J. Cosgrove
_____
*Signature of the attorney or unrepresented party*

Paul J. Cosgrove
_____
*Printed name*

Ulmer & Berne, LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
_____
*Address*

pcosgrove@ulmer.com
_____
*E-mail address*

(513) 698-5000
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |  |
|---|---|---|
| Lytton Band of Pomo Indians | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No.  1:19-op-45580 |
| | ) ) | |
| AmerisourceBergen Drug Corporation, et al. | ) ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date:  3/24/2023

_s/ Corey E. McCardle_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. was received by me on *(date)* Apr 5, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist for CT Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. on *(date)* Thu, Apr 06 2023 at 10:55 am; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $165.00.

I declare under penalty of perjury that this information is true.

Date: 5/4/2023

_____
*Server's signature*

Joshua Lee, Process Server
_____
*Printed name and title*

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes; Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Lytton Band of Pomo Indians | ) |
| *Plaintiff* | ) |
| v. | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-45580

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____4/17/2023_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     5/16/2023

/s/Paul J. Cosgrove
*Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals, LLC
*Printed name of party waiving service of summons*

Paul J. Cosgrove
*Printed name*

Ulmer & Berne, LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| Oneida Nation | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) ) ) | Civil Action No.  1:18-op-46034-DAP |
| AmerisourceBergen Drug Corporation, et al. | ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date:          3/21/23



/s/Robert Pitts
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46034-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL
PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. was received by me on *(date)* Apr 5, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist for CT Corporation System,
who is designated by law to accept service of process on behalf of *(name of organization)* AMNEAL
PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL
PHARMACEUTICALS, INC. on *(date)* Thu, Apr 06 2023 at 10:55 am EDT; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $165.00.

I declare under penalty of perjury that this information is true.

Date: 5/4/2023

_____
*Server's signature*

Joshua Lee, Process Server
_____
*Printed name and title*

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received
by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes;
Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted
Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Oneida Nation | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:18-op-46034 |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:    Anthony J. Majestro
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 07/08/2019

/s/ Paul J. Cosgrove
*Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals LLC
*Printed name of party waiving service of summons*

Paul J. Cosgrove
*Printed name*

Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

513-698-5000
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

|  |  |  |
|---|---|---|
| Red Lake Band of Chippewa Indians | ) ) ) ) ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) ) ) | Civil Action No. 1:18-op-45959-DAP |
| AmerisourceBergen Drug Corporation, et al. | ) ) ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/27/23

/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45959-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. was received by me on *(date)* Apr 5, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist for CT Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. on *(date)* Thu, Apr 06 2023 at 10:55 am EDT; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $165.00.

I declare under penalty of perjury that this information is true.

Date: 5/4/2023

_____
Server's signature

Joshua Lee, Process Server
_____
Printed name and title

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes; Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Red Lake Band of Chippewa Indians | ) |
| *Plaintiff* | ) |
| v. | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:18-op-450445959

## WAIVER OF THE SERVICE OF SUMMONS

To:  Anthony J. Majestro
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 07/08/2019

|  |  |
|---|---|
| Amneal Pharmaceuticals LLC | /s/ Paul J. Cosgrove |
| *Printed name of party waiving service of summons* | *Signature of the attorney or unrepresented party* |
| | Paul J. Cosgrove |
| | *Printed name* |
| | Ulmer & Berne, LLP |
| | 600 Vine Street, Suite 2800 |
| | Cincinnati, OH  45202 |
| | *Address* |
| | pcosgrove@ulmer.com |
| | *E-mail address* |
| | 513-698-5000 |
| | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Seneca Nation of Indians</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No.  1:18-op-45746-DAP</td></tr>
<tr><td></td><td>)<br>)</td><td></td></tr>
<tr><td>AmerisourceBergen Drug Corporation, et al.</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/22/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45746-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. was received by me on *(date)* Apr 5, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist for CT Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. on *(date)* Thu, Apr 06 2023 at 10:55 am; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $165.00.

I declare under penalty of perjury that this information is true.

Date: 5/4/2023

_____
*Server's signature*

Joshua Lee, Process Server
_____
*Printed name and title*

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes; Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | |
|---|---|
| Seneca Nation of Indians | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. 1:18-op-45746 |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____4/17/2023_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____5/16/2023_____

                /s/Paul J. Cosgrove
         *Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals, LLC
*Printed name of party waiving service of summons*

                Paul J. Cosgrove
                *Printed name*
                Ulmer & Berne, LLP
          312 Walnut Street, Suite 1400
            Cincinnati, Ohio 45202
                *Address*
             pcosgrove@ulmer.com
                *E-mail address*
              (513) 698-5000
                *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Shoshone-Bannock Tribes <br> *Plaintiff(s)* <br><br> v. <br><br> Purdue Pharma, LP., et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:19-op-45373-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/22/2023

*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45373-DAP

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. was received by me on *(date)* Apr 5, 2023.

◻ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist for CT Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. on *(date)* Thu, Apr 06 2023 at 10:55 am EDT; or

◻ I returned the summons unexecuted because: _____ ; or

◻ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $165.00.

I declare under penalty of perjury that this information is true.

Date: 5/4/2023

_____
Server's signature

Joshua Lee, Process Server
_____
Printed name and title

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes; Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted Service.

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Ohio  ▼

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES | ) |
| *Plaintiff* | ) |
| v. | ) |
| Purdue Pharma, L.P., et. al. | ) |
| *Defendant* | ) |

Civil Action No.     MDL 2804 (19-op-45373)

## WAIVER OF THE SERVICE OF SUMMONS

To:      Mark G. Crawford
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____August 19, 2019_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  10/23/2019

/s/ Paul J. Cosgrove
_____
*Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals, Inc.
_____
*Printed name of party waiving service of summons*

Paul J. Cosgrove
*Printed name*
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| White Earth Nation | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No. 1:19-op-45357-DAP

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Amneal Pharmaceuticals, LLC/Amneal Pharmaceuticals of NY, LLC/Amneal
Pharmaceuticals, Inc.
400 Crossing Blvd. 3rd Floor
Bridgewater, NJ 08807
AND
CT Corporation System
28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date: 3/27/23

/s/Robert Pitts
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45357-DAP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. was received by me on *(date)* Apr 5, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mohamed Dansoko, Intake Specialist for CT Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* AMNEAL PHARMACEUTICALS, LLC/AMNEAL PHARMACEUTICALS OF NY, LLC/AMNEAL PHARMACEUTICALS, INC. on *(date)* Thu, Apr 06 2023 at 10:55 am EDT; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $165.00.

I declare under penalty of perjury that this information is true.

Date:  5/4/2023

_____
Server's signature

Joshua Lee, Process Server
_____
Printed name and title

2851 Cropsey Ave Suite 130, Brooklyn, NY 11214
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 6, 2023, 10:55 am EDT at CT Corporation System, 28 Liberty Street, New York, NY 10005 received by Mohamed Dansoko. Relationship: Intake Specialist ; Other: African American, male, 38, 6-0, 190, black hair, brown Eyes; Server arrived at the location, and was escorted to the 42nd floor to CT CORP. Server met with the intake specialist who accepted Service.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| White Earth Nation | ) |
| *Plaintiff* | ) |
| v. | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-45357

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____4/17/2023_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ___5/16/2023___

___Amneal Pharmaceuticals, LLC___
*Printed name of party waiving service of summons*

___/s/Paul J. Cosgrove___
*Signature of the attorney or unrepresented party*

Paul J. Cosgrove
*Printed name*

Ulmer & Berne, LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.