**EXHIBIT D - ECKERD CORPORATION'S**
**AFFIDAVITS OF SERVICE**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Pinellas County, Florida | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:18-op-45742 |
| v. | ) ) | |
| AmerisourceBergen Drug Corporation et al | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/21/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45742

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Eckerd Corporation</u> was received by me on *(date)* <u>Apr 21, 2023,</u> <u>11:27 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Eckerd Corporation</u> on *(date)* <u>Fri, Apr 21 2023,</u> <u>12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Pinellas Park, Florida<br><br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-45807<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/2023                                        s/ Corey C. McCardle
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45807

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Eckerd Corporation</u> was received by me on *(date)* <u>Apr 21, 2023,</u> <u>11:27 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Eckerd Corporation</u> on *(date)* <u>Fri, Apr 21</u> <u>2023, 12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Sever
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>City of St. Petersburg, Florida<br><br><i>Plaintiff(s)</i><br><br>v.<br><br><br>AmerisourceBergen Drug Corporation et al<br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:18-op-45701</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/21/2023



s/ *Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45701

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>ECKERD CORPORATION</u> was received by me on *(date)* <u>Apr 21,</u>
<u>2023, 11:27 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>ECKERD CORPORATION</u> on *(date)* <u>Fri, Apr 21</u>
<u>2023, 12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

*Server's signature*

Gerard B. Carr, Process Server

*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| City of Albany, Georgia | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-46337 |
| | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/21/23

/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46337-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Eckerd Corporation</u> was received by me on *(date)* <u>Apr 21, 2023,</u>
<u>11:27 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>Eckerd Corporation</u> on *(date)* <u>Fri, Apr 21 2023,</u>
<u>12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

Server's signature

Gerard B. Carr, Process Server

*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Foor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Laurens County, Georgia | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:18-op-45945 |
| AmerisourceBergen Drug Corporation et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/20/2023

s/ *Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45945-DAP

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* <u>Eckerd Corporation</u> was received by me on *(date)* <u>Apr 21, 2023,</u>
<u>11:27 am</u>.

☐    I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒    I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>Eckerd Corporation</u> on *(date)* <u>Fri, Apr 21, 2023,</u>
<u>12:07 pm</u> ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
Server's signature

Gerard B. Carr,  Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

<table>
<tr><td>

Town of Acushnet, Massachusetts

*Plaintiff(s)*

v.

AmerisourceBergen Drug Corporation et al

*Defendant(s)*
</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
</td><td>

Civil Action No. 1:18-op-45676
</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:  3/21/2023

*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45676

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Eckerd Corporation</u> was received by me on *(date)* <u>Apr 21, 2023,</u> <u>11:27 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Eckerd Corporation</u> on *(date)* <u>Fri, Apr 21, 2023,</u> <u>12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Freetown, Massachusetts<br><br>*Plaintiff(s)*<br>v.<br><br><br>AmerisourceBergen Drug Corporation et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:18-op-45705

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/21/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45705

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* <u>Eckerd Corporation</u> was received by me on *(date)* <u>Apr 21, 2023,</u>
<u>11:27 am</u>.

◻ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>Eckerd Corporation</u> on *(date)* <u>Fri, Apr 21, 2023,</u>
<u>12:07 pm</u> ; or

◻ I returned the summons unexecuted because: _____ ; or

◻ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

|  |  |
|---|---|
| City of North Adams, Massachusetts<br><br>*Plaintiff(s)*<br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:18-op-45702 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/21/2023

s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45702

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Eckerd Corporation</u> was received by me on *(date)* <u>Apr 21, 2023,</u>
<u>11:27 am.</u>

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Eckerd Corporation</u> on *(date)* <u>Fri, Apr 21, 2023,</u> <u>12:07 pm</u> ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr,  Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor , Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Town of North Attleborough, Massachusetts<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:18-op-45744 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/3/2023

s/ *Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45744

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Eckerd Corporation</u> was received by me on *(date)* <u>Apr 21, 2023,</u>
<u>11:27 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>Eckerd Corporation</u> on *(date)* <u>Fri, Apr 21 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Pittsfield, Massachusetts | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45335 |
|  | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/20/2023



*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45335

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Eckerd Corpoartion</u> was received by me on *(date)* <u>Apr 21, 2023,</u>
<u>11:27 am.</u>

    ☐   I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

    ☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

    ☒   I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>Eckerd Corpoartion</u> on *(date)* <u>Fri, Apr 21, 2023,</u>
<u>12:07 pm</u> ; or

    ☐   I returned the summons unexecuted because: _____ ; or

    ☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **05/04/2023**

_____
*Server's signature*

Gerard B. Carr,  Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Columbia County, Pennsylvania<br>_____<br>*Plaintiff(s)*<br>v.<br><br>Purdue Pharma L.P. et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:17-op-45068

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/15/2023                              */s/Robert Pitts*
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1: 17-op-45068

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Eckerd Corporation</u> was received by me on *(date)* <u>Apr 21, 2023,</u> <u>11:27 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Eckerd Corporation</u> on *(date)* <u>Fri, Apr 21, 2023,</u> <u>12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>

Luzerne County, Pennsylvania

_____
*Plaintiff(s)*

v.

Purdue Pharma L.P. et al

_____
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No. 1:17-op-45100

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/15/2023                                            /s/Robert Pitts
                                                            *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45100

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eckerd Corporation was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Eckerd Corporation on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Plains Township, Pennsylvania | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-46215 |
| Purdue Pharma L.P. et al | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/21/2023

*s/ Corey C. McCardle*

Signature of Clerk or Deputy Clerk

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46215

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eckerd Corporation was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Eckerd Corporation on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Wilkes Barre, Pennsylvania<br><br>*Plaintiff(s)*<br>v.<br><br>Purdue Pharma L.P. et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:18-op-45545

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/20/2023

s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45545

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eckerd Corporation was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Eckerd Corporation on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Wyoming County, Pennsylvania | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) |
| Purdue Pharma L.P. et al | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:18-op-45488

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/20/2023

s/ *Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45488-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Eckerd Corporation</u> was received by me on *(date)* <u>Apr 21, 2023,</u>
<u>11:27 am.</u>

    ☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

    ☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>Eckerd Corporation</u> on *(date)* <u>Fri, Apr 21, 2023,</u>
<u>12:07 pm</u> ; or

    ☐ I returned the summons unexecuted because: _____ ; or

    ☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| Aroostook Band of Micmacs <br> _____ <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation et al <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 1:19-op-45349 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Peter J. Mougey
        316 S. Baylen St. STE 600
        Pensacola, FL 32502
        Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/21/23                        /s/Robert Pitts

                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45349-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eckerd Corporation was received by me on *(date)* Apr 21, 2023, 11:27 am.

    ☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Eckerd Corporation on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

    ☐ I returned the summons unexecuted because: _____ ; or

    ☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

                                                        *Server's signature*

                            Gerard B. Carr, Process Server

                                                 *Printed name and title*

                            P.O. Box 15514 , Philadelphia, Pennsylvania 19131

                                                   *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Oneida Nation<br><br><i>Plaintiff(s)</i><br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:18-op-46034</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/21/23                           /s/Robert Pitts
                                          *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46034

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Eckerd Corporation</u> was received by me on *(date)* <u>Apr 21, 2023,</u>
<u>11:27 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>Eckerd Corporation</u> on *(date)* <u>Fri, Apr 21, 2023,</u>
<u>12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

<table>
<tr><td>

Seneca Nation of Indians

*Plaintiff(s)*

v.

AmerisourceBergen Drug Corporation et al

*Defendant(s)*
</td><td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td><td>

Civil Action No. 1:18-op-45746
</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Eckerd Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/21/2023



*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45746

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eckerd Corporation was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Eckerd Corporation on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.