**EXHIBIT F – KROGER CO.'S AFFIDAVITS OF SERVICE**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Butte | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45627 |
| | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  _____3/27/2023_____                              s/ Corey C. McCardle
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45627

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4.19.23 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  STACY HILL , who is
designated by law to accept service of process on behalf of *(name of organization)*
THE KROGER COMPANY on *(date)*  4-19-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  4-19-23

_____
Server's signature

RICHARD C. STUART
Printed name and title

6959 TAYLOR RD
CINCINNATI, OH 45248
_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| County of Calaveras, et al | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. 1:18-op-45645 |
|  | ) |  |
|  | ) |  |
| AmerisourceBergen Drug Corporation et al | ) |  |
| *Defendant(s)* | ) |  |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/27/2023                              *s/ Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45645

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   THE KROGER COMPANY

was received by me on *(date)*   4-19-23   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   STACY HILL   , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY   on *(date)*   4-19-23   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   4-19-23

_____
Server's signature

RICHARD  C. STUART
Printed name and title

6959 TAYLOR RD
CINCINNATI, OH  45248
_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Del Norte<br><br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:18-op-45655

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/27/2023                              *s/ Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45655

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   THE KROGER COMPANY

was received by me on *(date)*   4-19-23   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   STACY HALL   , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY   on *(date)*   4-19-23   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   4-19-23

_____
Server's signature

RICHARD C. STUART
_____
Printed name and title

6959 TAYLOR RD
CINCINNATI, OH  45248
_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>

County of El Dorado

_____
*Plaintiff(s)*

v.

_____
AmerisourceBergen Drug Corporation et al
_____
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No. 1:18-op-45629

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  3/27/2023       _____

s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45629

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*                          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY      on *(date)*  4-19-23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4-19-23

_____
Richard C. Stuart
*Server's signature*

RICHARD C. STUART
*Printed name and title*

6959 TAYLOR RD
CINCINNATI, OH 45248

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| County of Fresno | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:18-op-45644 |
| v. | ) | |
| | ) | |
| AmerisourceBergen Drug Corporation et al | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/27/2023                         s/ Corey C. McCardle

                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45644

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  _THE KROGER COMPANY_

was received by me on *(date)*  _4-19-23_  .

☐ I personally served the summons on the individual at *(place)*  _____

_____  on *(date)*  _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*  _____

_____  , a person of suitable age and discretion who resides there,

on *(date)*  _____  , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  _STACY HILL_  , who is

designated by law to accept service of process on behalf of *(name of organization)*  _____

_THE KROGER COMPANY_  on *(date)*  _4-19-23_  ; or

☐ I returned the summons unexecuted because  _____  ; or

☐ Other *(specify):*



My fees are $  _____  for travel and $  _____  for services, for a total of $  _0.00_  .

I declare under penalty of perjury that this information is true.

Date:  _4-19-23_

_Richard C. Stuart_
Server's signature

_RICHARD C. STUART_
Printed name and title

_6959 TAYLOR RD_
_CINCINNATI, OH 45248_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

<table>
<tr><td>County of Imperial et al<hr><i>Plaintiff(s)</i><br><br>v.<br><br><br>AmerisourceBergen Drug Corporation et al<hr><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:18-op-45631</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:    3/27/2023                                                      *s/ Corey E. McCardle*
                                                                                Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45631

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___THE KROGER COMPANY___
was received by me on *(date)* ___4-19-23___ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___STACY HILL___ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
___THE KROGER COMPANY___ on *(date)* ___4-19-23___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___4-19-23___

_____
Server's signature

___RICHARD C. STUART___
Printed name and title

___6959 TAYLOR RD___
___CINCINNATI, OH 45248___
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

<table>
<tr><td>County of Inyo, et al</td><td>)</td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td></tr>
<tr><td>v.</td><td>)   Civil Action No. 1:18-op-45646</td></tr>
<tr><td>AmerisourceBergen Drug Corporation et al</td><td>)</td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/27/2023_____

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45646

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE KROGER COMPANY

was received by me on *(date)* 4-19-23 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* STACY HILL _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY on *(date)* 4-19-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  4-19-23

Richard C. Stuart
*Server's signature*

RICHARD C. STUART
*Printed name and title*

6959 TAYLOR RD
CINCINNATI, OH 45248
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Lassen<br><br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:18-op-45609

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:    3/27/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45609

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY  on *(date)*  4-19-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23 _____

_____
*Server's signature*

RICHARD  C.  STUART
*Printed name and title*

6959  TAYLOR  RD
CINCINNATI,  OH 45248
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| County of Madera, et al<br><br>_____<br>Plaintiff(s)<br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br>_____<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-45647<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:    3/27/2023    _____          s/ Corey C. McCardle
_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45647

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)*  _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL  , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY  on *(date)*  4-19-23  ; or

☐ I returned the summons unexecuted because  _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23  _____

_____
*Server's signature*

RICHARD C. STUART
*Printed name and title*
6959 TAYLOR RD.
CINCINNATI, OH 45248
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>

County of Mariposa, et al
_____

<em>Plaintiff(s)</em>

v.

AmerisourceBergen Drug Corporation et al
_____

<em>Defendant(s)</em>

</td><td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td><td>

Civil Action No. 1:18-op-45618

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: <em>(Defendant's name and address)</em>      Kroger Company
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

<em>SANDY OPACICH, CLERK OF COURT</em>

Date: ___3/27/2023___             _s/ Corey C. McCardle_
_____
<em>Signature of Clerk or Deputy Clerk</em>

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45618

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL  , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

THE KROGER COMPANY  on *(date)*  4-19-23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23          Richard C. Stuart
                                    *Server's signature*

                          RICHARD C. STUART
                             *Printed name and title*

                          6959  TAYLOR RD
                          CINCINNATI, OH  45248
                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>County of Merced, et al<br><br>_____<br>Plaintiff(s)<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br>_____<br>Defendant(s)</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:18-op-45643</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*        The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:        3/27/2023        _____
*s/ Corey C. McCardle*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45643

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  _THE KROGER COMPANY_

was received by me on *(date)*  _4-19-23_  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  _STACY HILL_  , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_THE KROGER COMPANY_  on *(date)*  _4-19-23_  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  _4-19-23_

_Richard C. Stuart_
Server's signature

_RICHARD C. STUART_
Printed name and title

_6959 TAYLOR RD_
_CINCINNATI, OH 45248_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Modoc | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:18-op-45641 |
| AmerisourceBergen Drug Corporation et al | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/27/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45641

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4 - 19 -23  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ THE KROGER COMPANY _____ on *(date)* 4-19-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23 _____

_____
*Server's signature*

RICHARD  C.  STOART
*Printed name and title*

6959 TAYLOR RD
CINCINNATI, OH 45248
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| County of Mono | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:18-op-45626 |
| v. | | |
| AmerisourceBergen Drug Corporation et al | | |
| *Defendant(s)* | | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/27/2023     _____

*s/ Corey C. McCardle*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45626

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE KROGER COMPANY

was received by me on *(date)* 4-19-23 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* STACY HILL , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY on *(date)* 4-19-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-19-23 _____

_Richard C. Stuart_

*Server's signature*

RICHARD C. STUART

*Printed name and title*

6959 TAYLOR RD

CINCINNATI, OH 45248

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| County of Monterey | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:18-op-45615 |
| AmerisourceBergen Drug Corporation et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Peter J. Mougey
      316 S. Baylen St. STE 600
      Pensacola, FL 32502
      Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/27/2023                            *s/ Corey C. McCardle*

                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45615

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL  , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

THE KROGER COMPANY  on *(date)*  4-19-23  ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23  _____

Richard C. Stuart
*Server's signature*

RICHARD  C. STUART
*Printed name and title*

6959 TAYLOR RD
CINCINNATI, OH  45248
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>County of Nevada<br><br><i>Plaintiff(s)</i><br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:18-op-45628</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  3/27/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45628

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___THE KROGER COMPANY___

was received by me on *(date)* ___4-19-23___ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___STACY HALL___ , who is

designated by law to accept service of process on behalf of *(name of organization)*

___THE KROGER COMPANY___ on *(date)* ___4-19-23___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___4-19-23___                           _____
                                                          *Server's signature*

                                              ___RICHARD  C.  STUART___
                                                          *Printed name and title*

                                              ___6959 TAYLOR RD___
                                              ___CINCINNATI, OH  45248___
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| County of Placer | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:18-op-45642 |
| | ) |
| | ) |
| AmerisourceBergen Drug Corporation et al | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_     The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date:     3/27/2023

s/ _Corey C. McCardle_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45642

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY  on *(date)*  4-19-23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23

_____
*Server's signature*

RICHARD  C.  STUART
*Printed name and title*

6959 TAYLOR RD
CINCINNATI, OH 45248
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

|  |  |  |
|---|---|---|
| County of Plumas | ) ) ) ) ) ) ) ) ) ) ) ) | |
| _Plaintiff(s)_ | | |
| v. | | Civil Action No. 1:18-op-45649 |
| AmerisourceBergen Drug Corporation et al | | |
| _Defendant(s)_ | | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/27/2023

*s/ Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45649

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

THE KROGER COMPANY  on *(date)*  4-19-23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23

_____
Server's signature

RICHARD C. STUART
Printed name and title

6959 TAYLOR RD
CINCINNATI, OH 45248
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Sacramento <br><br> *Plaintiff(s)* <br><br> v. <br><br> AmerisourceBergen Drug Corporation et al <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No. 1:18-op-45608 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
       The Kroger Co.
       1014 Vine Street
       Cincinnati, Ohio 45202

       Corporation Service Company
       3366 Riverside Dr., Suite 103
       Upper Arlington, OH 43221

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
       Peter J. Mougey
       316 S. Baylen St. STE 600
       Pensacola, FL 32502
       Email: pmougey@levinlaw.com

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:   3/27/2023

*s/ Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45608

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL  , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
THE KROGER COMPANY on *(date)*  4-19-23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23          _____
                              *Server's signature*

                              RICHARD C. STOALT
                              _____
                              *Printed name and title*

                              6959 TAYLOR RD
                              CINCINNATI, OH  45248
                              _____
                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of San Diego et al <br><br> *Plaintiff(s)* <br><br> v. <br><br> AmerisourceBergen Drug Corporation et al <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-op-45613 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____3/27/2023_____                              *s/ Corey C. McCardle*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45613

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL  , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY  on *(date)*  4-19-23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4-19-23

_____

*Server's signature*

RICHARD C. STUART

*Printed name and title*

6959 TAYLOR RD

CINCINNATI, OH  45248

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td rowspan="6">County of Shasta<br><br><i>Plaintiff(s)</i><br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br><i>Defendant(s)</i></td><td>)</td><td rowspan="6">Civil Action No. 1:18-op-45651</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____3/27/2023_____                    *s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45651

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___THE KROGER COMPANY___

was received by me on *(date)* ___4-19-23___ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___STACY HILL___ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

___THE KROGER COMPANY___ on *(date)* ___4-19-23___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___4-19-23___

_____
Server's signature

___RICHARD C. STUART___
Printed name and title

___6959 TAYLOR RD___
___CINCINNATI, OH 45248___
_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Sutter <br><br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:18-op-45640 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/27/2023

*s/ Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45640

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL  , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

THE KROGER COMPANY  on *(date)*  4-19-23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23

_____
*Server's signature*

RICHARD C. STUART
_____
*Printed name and title*

6959 TAYLOR RD
CINCINNATI, OH 45248
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| County of Tehama<br><br>_Plaintiff(s)_<br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:18-op-45680

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date: _3/27/2023_

_s/ Corey C. McCardle_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45680

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY  on *(date)*  4-19-23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23

Richard C. Stuart
*Server's signature*

RICHARD C. STUART
*Printed name and title*

6959 TAYLOR RD
CINCINNATI, OH 45248
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Trinity<br><br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-45650<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/27/2023

*s/ Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45650

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _THE KROGER COMPANY_

was received by me on *(date)* _4-19-23_ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _STACY HILL_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_THE KROGER COMPANY_ on *(date)* _4-19-23_ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _4-19-23_

_____
Server's signature

_RICHARD C. STUART_
Printed name and title

_6959 TAYLOR RD_
_CINCINNATI, OH 45248_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| County of Tuolumne, et al<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-45619<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Kroger Company
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/27/2023          *s/ Corey C. McCardle*
_____        _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45619

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL  , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

THE KROGER COMPANY  on *(date)*  4-19-23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4-19-23 _____

_____
*Server's signature*

RICHARD C. STUART
*Printed name and title*

6959 TAYLOR RD
CINCINNATI, OH  K5248
*Server's address*

Additional information regarding attempted service, etc:

1014 VINE St
CINCINNATI, OH
45202

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| County of Yuba | ) | |
| _Plaintiff(s)_ | ) | Civil Action No. 1:18-op-45648 |
| v. | ) | |
| AmerisourceBergen Drug Corporation et al | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date:    3/27/2023                         s/ Corey C. McCardle
                                          _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45648

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER Company

was received by me on *(date)*  4-19-23 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
THE KROGER COMPANY  on *(date)*  4-19-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  4-19-23 _____

_____
*Server's signature*

RICHARD  C. STUART
*Printed name and title*

6959 TAYLOR RD
CINCINNATI, OH 45248
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

<table>
<tr><td rowspan="6">

People of the State of Illinois et al
_____
*Plaintiff(s)*

v.

_____
Purdue Pharma L.P. et al
_____
*Defendant(s)*

</td><td rowspan="6">)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td rowspan="6">

Civil Action No. 1:18-op-46294

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  ___3/27/2023___

*s/ Corey C. McCardle*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46294

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _THE KROGER COMPANY_

was received by me on *(date)* _4-19-23_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _STACY HILL_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_THE KROGER COMPANY_ on *(date)* _4-19-23_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _4-19-23_

_Richard C. Stuart_
_____
Server's signature

_RICHARD C. STUART_
_____
Printed name and title

_6958 TAYLOR RD_
_CINCINNATI, OH  45248_
_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| People of the State of Illinois et al | ) ) ) ) ) ) ) ) ) ) ) ) | |
| _Plaintiff(s)_ | | |
| v. | | Civil Action No. 1:18-op-46147 |
| Purdue Pharma L.P. et al | | |
| _Defendant(s)_ | | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date:   3/27/2023

s/ _Corey E. McCardle_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46147

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   THE KROGER COMPANY

was received by me on *(date)*   4-19-23   .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   STACY HILL   , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

THE KROGER COMPANY   on *(date)*   4-19-23   ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   4-19-23 _____

_____
Server's signature

RICHARD C. STUART
Printed name and title

6959 TAYLOR RD
CINCINNATI, OH  45248
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| People of the State of Illinois et al | ) ) ) ) ) ) ) ) ) ) ) ) | |
| _____ | | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:18-op-46148 |
| Purdue Pharma L.P. et al | | |
| _____ | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　　The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:　　3/27/2023　　　　　　　　　　　　　　*s/ Corey C. McCardle*
_____　　　　　　　_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46148

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  STACY HILL  , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY  on *(date)*  4-19-23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23

_____
Server's signature

RICHARD C. STUART
Printed name and title

6959 TAYLOR RD
CINCINNATI, OH  45248
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Ohio

|  |  |  |
|---|---|---|
| Rapides Parish Police Jury | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. 1:20-op-45111 |
| AmerisourceBergen Drug Corporation et al | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:      3/27/23          /s/Robert Pitts

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-op-45111

### PROOF OF SERVICE
##### *(This section should not be filed with the court unless required by Fed. R. Civ. P.  4 (l))*

This summons for *(name of individual and title, if any)*    *THE KROGER COMPANY*

was received by me on *(date)*   4-19-23   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   *STACY HILL*   , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ *THE KROGER COMPANY* on *(date)*   4-19-23   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of  $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4-19-23

          *Richard C. Stuart*
                *Server's signature*

          RICHARD C. STUART
                *Printed name and title*

          6959 TAYLOR RD
          CINCINNATI, OH 45248
                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Shoshone-Bannock Tribes | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:19-op-45373 |
| v. | ) ) | |
| Purdue Pharma L.P. et al | ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/27/23_____          _____/s/Robert Pitts_____
                                                                                *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45373

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  STACY HILL ,  _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY  on *(date)*  4-19-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23 _____

_____
Richard C. Stuart
*Server's signature*

RICHARD C. STUART
*Printed name and title*

6959 TAYLOR RD
CINCINNATI, OH  45248
*Server's address*

Additional information regarding attempted service, etc:

1014 VINE ST,
CINCINNATI, OH
45248

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

<table>
<tr><td>

Wayne County Commission

_____
*Plaintiff(s)*

v.

_____
Rite-Aid of Maryland, Inc., et al.
_____
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No. 1:17-op-45052

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Kroger Co.
1014 Vine Street
Cincinnati, Ohio 45202

Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: ___3/27/2023___



*s/ Corey C. McCardle*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45052

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE KROGER COMPANY

was received by me on *(date)*  4-19-23  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  STACY HILL _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

THE KROGER COMPANY _____ on *(date)*  4-19-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-19-23 _____

_____
Server's signature

RICHARD  C.  STUART
_____
Printed name and title

6259 TAYLOR RD
CINCINNATI, OH  45248
_____
Server's address

Additional information regarding attempted service, etc: