**EXHIBIT G – MORRIS & DICKSON CO.'S**
**AFFIDAVITS OF SERVICE AND**
**WAIVERS OF SERVICE**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

<table>
<tr><td>

Coushatta Tribe of Louisiana et al
_____
*Plaintiff(s)*

v.

_____
AmerisourceBergen Drug Corporation et al
_____
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No. 1:19-op-45438

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Morris & Dickson Co. LLC
410 KAY LANE
SHREVEPORT, LA 71115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/27/23_____          _____/s/Robert Pitts_____
                                                  *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1;19-op-45438-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Morris & Dickson Co. LLC was received by me on *(date)* Apr 28, 2023, 9:30 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ronald Causey obo Morris & Dickson Co. LLC , who is designated by law to accept service of process on behalf of *(name of organization)* Morris & Dickson Co. LLC on *(date)* Fri, Apr 28 2023 at 4:06 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5-4-2023

_____
*Server's signature*

Larry Duck, Process Server
_____
*Printed name and title*

5919 Clearview Clr, Bossier City, LA 71111
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 28, 2023, 4:06 pm CDT at 410 Kay Lane, Shreveport, LA 71115 received by Ronald Causey obo Morris & Dickson Co. LLC. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 230; Height: 5'9"; Hair: Brown; Eyes: Brown; Established contact with the Subject, and once identity was confirmed, I in-hand delivered the service pleading to the Subject.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Coushatta Tribe of Louisiana | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:19-op-45438 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   J. Burton LeBlanc, IV
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____04/17/2023_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   _____05/15/2023_____

Signature: *Adam Cohen*
*Signature of the attorney or unrepresented party*

Morris & Dickson Co., LLC
*Printed name of party waiving service of summons*

Adam Cohen
*Printed name*

Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
*Address*

acohen@wmhlaw.com
*E-mail address*

(212) 335-2030
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Phillip Terrell | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:20-op-45123 |
| AmerisourceBergen Drug Corporation et al | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

          Morris & Dickson Co. LLC
          410 KAY LANE
          SHREVEPORT, LA 71115

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Peter J. Mougey
          316 S. Baylen St. STE 600
          Pensacola, FL 32502
          Email: pmougey@levinlaw.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:      3/27/23



             /s/Robert Pitts

            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-op-45123

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Morris & Dickson Co. LLC</u> was received by me on *(date)* <u>Apr 28, 2023, 9:30 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Ronald Causey obo Morris & Dickson Co. LLC</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Morris & Dickson Co. LLC</u> on *(date)* <u>Fri, Apr 28 2023 at 4:06 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date:  5-4-2023

*Larry Duck*
_____
*Server's signature*

Larry Duck, Process Server
_____
*Printed name and title*

5919 Clearview Cir, Bossier City, LA 71111
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 28, 2023, 4:06 pm CDT at 410 Kay Lane, Shreveport, LA 71115 received by Ronald Causey obo Morris & Dickson Co. LLC. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 230; Height: 5'9"; Hair: Brown; Eyes: Brown; Established contact with the Subject, and once Identity was confirmed, I in-hand delivered the service pleading to the Subject.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Phillip Terrell for Rapides Parish, Louisiana | ) |
| *Plaintiff* | ) |
| v. | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

Civil Action No.   1:20-op-45123

## WAIVER OF THE SERVICE OF SUMMONS

To:   J. Burton LeBlanc, IV
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from               04/17/2023               , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:       05/15/2023

*Adam Cohen*
Signature of the attorney or unrepresented party

Morris & Dickson Co., LLC
*Printed name of party waiving service of summons*

Adam Cohen
Printed name

Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
*Address*

acohen@wmhlaw.com
*E-mail address*

(212) 335-2030
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Rapides Parish Police Jury</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)<br>)</td><td>Civil Action No. 1:20-op-45111</td></tr>
<tr><td>AmerisourceBergen Drug Corporation et al</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Morris & Dickson Co. LLC
410 KAY LANE
SHREVEPORT, LA 71115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/27/23_____



_____/s/Robert Pitts_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-op-45111-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Morris & Dickson Co. LLC</u> was received by me on *(date)* <u>Apr 28, 2023, 9:30 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Ronald Causey obo Morris Dickson</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Morris & Dickson Co. LLC</u> on *(date)* <u>Fri, Apr 28 2023 at 4:06 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: 5-4-2023

_Larry Duck_
Server's signature

Larry Duck, Process Server
Printed name and title

5919 Clearview Cir, Bossier City, LA 71111
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 28, 2023, 4:06 pm CDT at 410 Kay Lane, Shreveport, LA 71115 received by Ronald Causey obo Morris Dickson. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 230; Height: 5'9"; Hair: Brown; Eyes: Brown; Established contact with the Subject, and once identity was confirmed, I in-hand delivered the service pleading to the Subject.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Rapides Parish Police Jury | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:20-op-45111 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: J. Burton LeBlanc, IV
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____04/17/2023_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 05/15/2023

*Adam Cohen*
Signature of the attorney or unrepresented party

Morris & Dickson Co., LLC
*Printed name of party waiving service of summons*

Adam Cohen
*Printed name*

Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
*Address*

acohen@wmhlaw.com
*E-mail address*

(212) 335-2030
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Charleston, Mississippi<br><br>*Plaintiff(s)*<br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:18-op-45398<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Morris & Dickson Co. LLC
410 KAY LANE
SHREVEPORT, LA 71115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/22/23                                    /s/Robert Pitts
                                                      *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45398

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Morris & Dickson Co. LLC</u> was received by me on *(date)* <u>Apr 28,</u>
<u>2023, 9:30 am</u>.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Ronald Causey obo Morris & Dickson Co. LLC</u> , who is designated
by law to accept service of process on behalf of *(name of organization)* <u>Morris & Dickson Co. LLC</u> on *(date)* <u>Fri,</u>
<u>Apr 28 2023 at 4:06 pm</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date:   **5-4-2023**

                                 *Larry Duck*
                                      *Server's signature*

                    Larry Duck, Process Server
                             *Printed name and title*

                    5919 Clearview Cir, Bossier City, LA 71111
                               *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 28, 2023, 4:06 pm CDT at 410 Kay Lane, Shreveport, LA 71115 received by Ronald Causey obo
Morris & Dickson Co. LLC. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 230; Height: 5'9"; Hair: Brown; Eyes: Brown;
Established contact with the Subject, and once Identity was confirmed, I in-hand delivered the service pleading to the Subject.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Charleston, Mississippi | ) |
| *Plaintiff* | ) |
| v. | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

Civil Action No.   1:18-op-45398

## WAIVER OF THE SERVICE OF SUMMONS

To:   J. Burton LeBlanc, IV
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            04/17/2023            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:       05/15/2023

Morris & Dickson Co., LLC
*Printed name of party waiving service of summons*

*Adam Cohen*
*Signature of the attorney or unrepresented party*

Adam Cohen
*Printed name*

Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
*Address*

acohen@wmhlaw.com
*E-mail address*

(212) 335-2030
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.