## EXHIBIT H – SAJ DISTRIBUTORS'
## AFFIDAVITS OF SERVICE

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

)
)
)
Lafayette County, Mississippi )
)
*Plaintiff(s)* )
v. )  Civil Action No.   1:19-op-45341
)
)
)
AmerisourceBergen Drug Corporation, et al. )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:          4/20/23                                        /s/Robert Pitts
                                                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45341

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45341

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LRSAJ Distributors, CT Corporation was received by me on *(date)* May 19, 2023, 8:24 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Karen Moore, Intake Specialist for CT Corporation, Registered Agent , who is designated by law to accept service of process on behalf of *(name of organization)* LRSAJ Distributors, CT Corporation on *(date)* Mon, May 22, 2023 at 9:05 am CDT ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date:  5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock , AR 72201 received by Karen Moore, Intake Specialist for CT Corporation, Registered Agent.

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | )  |
|---|---|
| | ) |
| | ) |
| City of Lexington, Tennessee | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.   1:18-op-45458 |
| | ) |
| | ) |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:          4/20/23                                                        /s/Robert Pitts

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45458

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

    This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

    [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

    [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

    [X] I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

    [ ] I returned the summons unexecuted because: _____ ; or

    [ ] Other: _____ ; or

    My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

    I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager .

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45458

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)* <u>May 19, 2023, 8:24 am</u> .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered</u> <u>Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ</u> <u>Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date:   *5-22-2023*

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock , AR 72201 received by Karen Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Lincoln County, Mississippi<br>*Plaintiff(s)*<br>v.<br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.  1:18-op-45722 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAJ Distributors (now owned by L.&R. Distributors)
                        3179 Midland Park North
                        Pine Bluff, AR 71603

                        c/o Corporation Service Company
                        300 S. Spring St., Ste. 900
                        Little Rock, AR 72201

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
                               Baron & Budd, P.C.
                               3102 Oak Lawn Avenue, Suite 1100
                               Dallas, TX 75219
                               Tel: 214-521-3605
                               Email: bleblanc@baronbudd.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                             *SANDY OPACICH, CLERK OF COURT*

Date:        4/20/23                                      /s/Robert Pitts
                                                 *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45722

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager .

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45722

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)*
<u>May 19, 2023, 8:24 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered</u>
<u>Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ</u>
<u>Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock , AR 72201 received by Karen
Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Madison County, Tennessee | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45403 |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____4/20/23_____

_____/s/Robert Pitts_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45403

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SAJ Distributors (now owned By L.&R. Distributors) was received by me on *(date)* May 17, 2023, 11:22 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kim Spakes, HR Manager , who is designated by law to accept service of process on behalf of *(name of organization)* SAJ Distributors (now owned By L.&R. Distributors) c/o Corporation Service Company on *(date)* Thur, May 18, 2023 at 2:44 pm CDT ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45403

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)*
<u>May 19, 2023, 8:24 am</u> .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered</u>
<u>Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ</u>
<u>Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date:   5·22·2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock, AR 72201 received by Karen
Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Osage County, Missouri<br>*Plaintiff(s)*<br>v.<br>Purdue Pharma, LP., et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:18-op-46191

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____4/21/23_____


/s//Robert Pitts
_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46191

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: *5-22-2023*

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46191

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)*
<u>May 19, 2023, 8:24 am</u> .

☐    I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒    I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered</u>
<u>Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ</u>
<u>Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date:   5-22.2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock, AR 72201 received by Karen
Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td rowspan="11">

Pearl River, Mississippi
_____
*Plaintiff(s)*

v.

_____
AmerisourceBergen Drug Corporation, et al.
*Defendant(s)*
</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:19-op-45548</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        4/20/23        _____
                                         /s/Robert Pitts
                                *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45548

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

<table>
<tr>
<td>[ ]</td>
<td>I personally served the summons on the individual at <i>(place)</i> _____ on <i>(date)</i> _____ ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>I left the summons at the individual's residence or usual place of abode with <i>(name)</i> _____ , a person of suitable age and discretion who resides there, on <i>(date)</i> _____ , and mailed a copy to the individual's last known address; or</td>
</tr>
<tr>
<td>[X]</td>
<td>I served the summons on <i>(name of individual)</i> <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of <i>(name of organization)</i> <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on <i>(date)</i> <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>I returned the summons unexecuted because: _____ ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>Other: _____ ; or</td>
</tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45548

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)* <u>May 19, 2023, 8:24 am</u> .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date:   5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock , AR 72201 received by Karen Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Quapaw Tribe of Oklahoma</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td style="text-align:center"><em>Plaintiff(s)</em></td><td>)</td><td></td></tr>
<tr><td style="text-align:center">v.</td><td>)</td><td>Civil Action No.   1:19-op-45460</td></tr>
<tr><td></td><td>)<br>)<br>)</td><td></td></tr>
<tr><td>AmerisourceBergen Drug Corporation, et al.</td><td>)</td><td></td></tr>
<tr><td style="text-align:center"><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____4/20/23_____          _____/s/Robert Pitts_____



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45460

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

◻  I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

◻  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

◻  I returned the summons unexecuted because: _____ ; or

◻  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date:  5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| United Keetoowah Band of Cherokee Indians | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) | Civil Action No.  1:19-op-45600 |
| AmerisourceBergen Drug Corporation, et al. | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____4/21/23_____        _____/s/Robert Pitts_____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45600

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: <u>5-22-2023</u>

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  | ) |
|---|---|
|  | ) |
|  | ) |
| Webster County, Missouri | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
|  | ) |
|  | ) |
|  | ) |
| Purdue Pharma, LP., et al. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:18-op-46350

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____4/20/23_____          _____/s/Robert Pitts_____
                                                                                *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46350

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46350

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)*
<u>May 19, 2023, 8:24 am</u> .

☐    I personally served the summons on the individual at *(place)* _____ on *(date)*
     _____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
     person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
     the individual's last known address; or

☒    I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered</u>
     <u>Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ</u>
     <u>Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: *5-22-2023*

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock , AR 72201 received by Karen
Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Wright County, Missouri</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 1:19-op-45383</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Purdue Pharma, LP., et al.</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____4/20/23_____     _____/s/Robert Pitts_____

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45383

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SAJ Distributors (now owned By L.&R. Distributors) was received by me on *(date)* May 17, 2023, 11:22 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kim Spakes, HR Manager , who is designated by law to accept service of process on behalf of *(name of organization)* SAJ Distributors (now owned By L.&R. Distributors) on *(date)* Thur, May 18, 2023 at 2:44 pm CDT ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

*Server's signature*

Joey Haynes, Process Server
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45383

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)*
<u>May 19, 2023, 8:24 am</u>.

<table>
<tr>
<td>[ ]</td>
<td>I personally served the summons on the individual at <em>(place)</em> _____ on <em>(date)</em> _____ ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>I left the summons at the individual's residence or usual place of abode with <em>(name)</em> _____ , a person of suitable age and discretion who resides there, on <em>(date)</em> _____ , and mailed a copy to the individual's last known address; or</td>
</tr>
<tr>
<td>[X]</td>
<td>I served the summons on <em>(name of individual)</em> <u>Karen Moore, Intake Specialist for CT Corporation, Registered Agent</u> , who is designated by law to accept service of process on behalf of <em>(name of organization)</em> <u>LRSAJ Distributors, CT Corporation</u> on <em>(date)</em> <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>I returned the summons unexecuted because: _____ ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>Other: _____ ; or</td>
</tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: *5-22-2023*

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock, AR 72201 received by Karen Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Wyandotte Nation | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:19-op-45601 |
| | ) ) ) | |
| AmerisourceBergen Drug Corporation, et al. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____4/21/23_____         _____/s/Robert Pitts_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45601

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

<table>
<tr>
<td>☐</td>
<td>I personally served the summons on the individual at <em>(place)</em> _____ on <em>(date)</em><br>_____ ; or</td>
</tr>
<tr>
<td>☐</td>
<td>I left the summons at the individual's residence or usual place of abode with <em>(name)</em> _____ , a<br>person of suitable age and discretion who resides there, on <em>(date)</em> _____ , and mailed a copy to<br>the individual's last known address; or</td>
</tr>
<tr>
<td>☒</td>
<td>I served the summons on <em>(name of individual)</em> <u>Kim Spakes, HR Manager</u> , who is designated by law to accept<br>service of process on behalf of <em>(name of organization)</em> <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on<br><em>(date)</em> <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or</td>
</tr>
<tr>
<td>☐</td>
<td>I returned the summons unexecuted because: _____ ; or</td>
</tr>
<tr>
<td>☐</td>
<td>Other: _____ ; or</td>
</tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: <u>5-22-2023</u>

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Claiborne County, Tennessee | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:19-op-45658 |
| | ) ) ) | |
| AmerisourceBergen Drug Corporation, et al. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____4/21/23_____          _____/s/Robert Pitts_____
                                                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45658

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5·22·2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45658

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)* <u>May 19, 2023, 8:24 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock, AR 72201 received by Karen Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Cherokee County, Kansas, Board of Commissioners | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   1:18-op-45452 |
| | ) ) ) | |
| AmerisourceBergen Drug Corporation, et al. | ) ) | |
| *Defendant(s)* | ) | |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:   4/19/2023                                              s/ *Corey E. McCardle*
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45452

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned by L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned by L.&R. Distributors) c/o Corporation Service Company</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: <u>5-22-2023</u>

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45452

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)* <u>May 19, 2023, 8:24 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock, AR 72201 received by Karen Moore, Intake Specialist for CT Corporation, Registered Agent.

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Desoto County, Mississippi | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:19-op-45551 |
|  | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____4/20/23_____                    _____/s/Robert Pitts_____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45551

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45551

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)*
<u>May 19, 2023, 8:24 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered</u>
<u>Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ</u>
<u>Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00.</u>

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock , AR 72201 received by Karen
Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|                                            |   |                          |
|--------------------------------------------|---|--------------------------|
| City of Brookhaven, Mississippi            | ) |                          |
| *Plaintiff(s)*                             | ) |                          |
| v.                                         | ) | Civil Action No.  1:19-op-46143 |
|                                            | ) |                          |
| AmerisourceBergen Drug Corporation, et al. | ) |                          |
| *Defendant(s)*                             | ) |                          |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  04/21/2023

/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-46143

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u>.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5·22·2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-46143

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)*
<u>May 19, 2023, 8:24 am</u> .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered</u>
<u>Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ</u>
<u>Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date:   5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock, AR 72201 received by Karen
Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

)
)
)
City of Iuka, Mississippi )
_Plaintiff(s)_ )
v. ) Civil Action No.  1:18-op-46172
)
)
)
AmerisourceBergen Drug Corporation, et al. )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date:  ___04/20/2023___                                     ___/s/Robert Pitts___

_Signature of Clerk or Deputy Clerk_



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46172

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u>.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date:   <u>5-22-2023</u>

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46172

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)* <u>May 19, 2023, 8:24 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock, AR 72201 received by Karen Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  | ) |
| City of Laurel, Mississippi | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.   1:18-op-46161 |
|  | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:          4/20/23                                                  /s/Robert Pitts

                                                                  *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46161

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: *5-22-2023*

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager .

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46161

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)*
<u>May 19, 2023, 8:24 am</u> .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered</u>
<u>Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ</u>
<u>Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock, AR 72201 received by Karen
Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Douglas County, Missouri | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:19-op-45386 |
| | ) ) ) | |
| Purdue Pharma, LP., et al. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____4/20/23_____                    _____/s/Robert Pitts_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45386

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

    ☐    I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

    ☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☒    I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

    ☐    I returned the summons unexecuted because: _____ ; or

    ☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45386

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)*
<u>May 19, 2023, 8:24 am</u> .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered</u>
<u>Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ</u>
<u>Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date:   *5-22-2023*

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock, AR 72201 received by Karen
Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | ) |
|---|---|
| Haywood County, Tennessee | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:18-op-45107 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  4/20/23



/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45107

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager .

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45107

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)*
<u>May 19, 2023, 8:24 am</u> .

<table>
<tr><td>[ ]</td><td>I personally served the summons on the individual at <i>(place)</i> _____ on <i>(date)</i> _____ ; or</td></tr>
<tr><td>[ ]</td><td>I left the summons at the individual's residence or usual place of abode with <i>(name)</i> _____ , a person of suitable age and discretion who resides there, on <i>(date)</i> _____ , and mailed a copy to the individual's last known address; or</td></tr>
<tr><td>[X]</td><td>I served the summons on <i>(name of individual)</i> <u>Karen Moore, Intake Specialist for CT Corporation, Registered Agent</u> , who is designated by law to accept service of process on behalf of <i>(name of organization)</i> <u>LRSAJ Distributors, CT Corporation</u> on <i>(date)</i> <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or</td></tr>
<tr><td>[ ]</td><td>I returned the summons unexecuted because: _____ ; or</td></tr>
<tr><td>[ ]</td><td>Other: _____ ; or</td></tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock, AR 72201 received by Karen Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Henderson County, Tennessee<br>*Plaintiff(s)*<br>v.<br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:18-op-45404

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:          4/20/23                              /s/Robert Pitts
                                            *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45404

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

     ☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

     ☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ☒   I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

     ☐   I returned the summons unexecuted because: _____ ; or

     ☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

                                  _____
                                          *Server's signature*

                                Joey Haynes, Process Server
                                          *Printed name and title*

                                21854 William Brandon Dr, Hensley, AR 72065
                                          *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45404

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)*
<u>May 19, 2023, 8:24 am</u> .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered</u>
<u>Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ</u>
<u>Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock , AR 72201 received by Karen
Moore, Intake Specialist for CT Corporation, Registered Agent.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td rowspan="11" style="width:40%">

Knox County, Missouri
_____
*Plaintiff(s)*

v.

Purdue Pharma, LP., et al.
_____
*Defendant(s)*
</td><td rowspan="11" style="text-align:center;">)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.   1:19-op-45406</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAJ Distributors (now owned by L.&R. Distributors)
3179 Midland Park North
Pine Bluff, AR 71603

c/o Corporation Service Company
300 S. Spring St., Ste. 900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____4/20/23_____                    _____/s/Robert Pitts_____
                                                                 *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45406

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> was received by me on *(date)* <u>May 17, 2023, 11:22 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kim Spakes, HR Manager</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SAJ Distributors (now owned By L.&R. Distributors)</u> on *(date)* <u>Thur, May 18, 2023 at 2:44 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: <u>5-22-2023</u>

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2023, 2:44 pm CDT at 3017 Midland Park North, Pine Bluff, AR 71603 received by Kim Spakes, HR Manager.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45406

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LRSAJ Distributors, CT Corporation</u> was received by me on *(date)* <u>May 19, 2023, 8:24 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Karen Moore, Intake Specialist for CT Corporation, Registered Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LRSAJ Distributors, CT Corporation</u> on *(date)* <u>Mon, May 22, 2023 at 9:05 am CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5-22-2023

_____
*Server's signature*

Joey Haynes, Process Server
_____
*Printed name and title*

21854 William Brandon Dr, Hensley, AR 72065
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2023, 9:05 am CDT at 124 W. Capitol Ave. Ste. 1900, Little Rock , AR 72201 received by Karen Moore, Intake Specialist for CT Corporation, Registered Agent.