**EXHIBIT I – SANDOZ, INC.'S**
**AFFIDAVITS OF SERVICE**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Eastern Band of Cherokee Indians | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45098 |
|  | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sandoz, Inc.
Corporation Service Company
1900 W. Littleton Blvd.
Littleton, CO 80120

Sandoz Inc.
100 College Rd. West
Princeton, NJ 08540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/22/23



/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons on a Civil Action (Page 2)

Civil Action No. 1:18-op-45098-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sandoz, Inc. was received by me on *(date)* Apr 27, 2023, 10:23 am.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there. on *(date)* _____ , and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* Cole Stender, Clerk and Receiving Agent for Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* Sandoz, Inc. on *(date)* Thur, Apr 27, 2023, 2:34 pm CDT ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5-10-23

_____
Server's signature

James Hendrick, Process Server
_____
Printed name and title

81560-E South Wadsworth Blvd #124, Littleton, CO 80128
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 2:34 pm CDT at Corporation Service Company, 1900 W. Littleton Blvd, Littleton, CO 80120 received by Cole Stender, Clerk and Receiving Agent for Corporation Service Company. Other: Result: Placed in the receiving bin per the instructions on the board. The board lists Cole Stender as the receiving agent with the title of Clerk, for today. ;

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45098-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Sandoz, Inc.</u> was received by me on *(date)* <u>Apr 27, 2023, 11:51 am</u> .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒  I served the summons on *(name of individual)* <u>Johnnie Meyers, Service Associate</u> , who is designated by law to
accept service of process on behalf of *(name of organization)* <u>Sandoz, Inc.</u> on *(date)* <u>Thu, Apr 27, 2023 at 3:58 pm
EDT</u> ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5/12/23

_____
*Server's signature*

Raymond K. Dash, Process Server
_____
*Printed name and title*

509 Shirley Pkwy, Piscataway, NJ 08854
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 3:58 pm EDT at CSC, 100 Chas. Ewing Blvd Suite 160, Ewing , NJ 08628 received by
Johnnie Meyers, Service Associate.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Ohio

|  |  |  |
|---|---|---|
| Lower Brule Sioux Tribe | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:19-op-45350 |
| v. | ) ) | |
| | ) | |
| AmerisourceBergen Drug Corporation et al | ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sandoz, Inc.                              Sandoz Inc.
Corporation Service Company        100 College Rd. West
1900 W. Littleton Blvd.            Princeton, NJ 08540
Littleton, CO 80120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/27/23                                              /s/Robert Pitts
_____                        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45350-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sandoz, Inc. was received by me on *(date)* Apr 27,2023, 10:23 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cole Stender, Clerk and Receiving Agent for Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* Sandoz, Inc. on *(date)* Thur, Apr 27, 2023, 2:34 pm CDT ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date:  5-10-23

_____
*Server's signature*

James Hendrick, Process Server
_____
*Printed name and title*

8156-E S Wadsworth Blvd Unit 124, Littleton, CO 80128
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 2:34 pm CDT at Corporation Service Company, 1900 W Littleton Blvd, Littleton, CO 80120 received by Cole Stender, Clerk and Receiving Agent for Corporation Service Company. Other: Result: Placed in the receiving bin per the instructions on the board. The board lists Cole Stender as the receiving agent with the title of Clerk, for today. ;

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45350-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Sandoz, Inc.</u> was received by me on *(date)* <u>Apr 27, 2023, 11:51 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Johnnie Meyers, Service Associate</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Sandoz, Inc.</u> on *(date)* <u>Thu, Apr 27, 2023 at 3:58 pm EDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5/12/23

_____
*Server's signature*

Raymond K. Dash, Process Server
_____
*Printed name and title*

509 Shirley Pkwy, Piscataway, NJ 08854
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 3:58 pm EDT at CSC, 100 Chas. Ewing Blvd Suite 160, Ewing, NJ 08628 received by Johnnie Meyers, Service Associate.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| Oneida Nation | ) ) ) ) ) ) ) ) ) ) ) |

Plaintiff(s)

v.                                    Civil Action No. 1:18-op-46034

AmerisourceBergen Drug Corporation et al

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sandoz, Inc.            Sandoz Inc.
Corporation Service Company   100 College Rd. West
1900 W. Littleton Blvd.      Princeton, NJ 08540
Littleton, CO 80120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:      3/21/23                                   /s/Robert Pitts
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46034-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sandoz, Inc. was received by me on *(date)* Apr 27, 2023, 10:23 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cole Stender, Clerk and Receiving Agent for Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* Sandoz, Inc. on *(date)* Thur, Apr 27, 2023, 2:34 pm CDT ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-10-23

_____
*Server's signature*

James Hendrick, Process Server
_____
*Printed name and title*

8156-E S Wadsworth Blvd Unit 124, Littleton, CO 80128
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 2:34 pm CDT at Corporation Service Company, 1900 W. Littleton Blvd, Littleton, CO 80120 received by Cole Stender, Clerk and Receiving Agent for Corporation Service Company. Other: Result: Placed in the receiving bin per the instructions on the board. The board lists Cole Stender as the receiving agent with the title of Clerk, for today. ;

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46034-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Sandoz, Inc.</u> was received by me on *(date)* <u>Apr 27, 2023, 11:51 am</u> .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____
  _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
  person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
  the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Johnnie Meyers, Service Associate</u> , who is designated by law to
  accept service of process on behalf of *(name of organization)* <u>Sandoz, Inc.</u> on *(date)* <u>Thu, Apr 27, 2023 at 3:58 pm</u>
  <u>EDT</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5/15/23

_____
Server's signature

Raymond K. Dash, Process Server
_____
Printed name and title

509 Shirley Pkwy, Piscataway, NJ 08854
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 3:58 pm EDT at CSC, 100 Chas. Ewing Blvd Suite 160, Ewing, NJ 08628 received by
Johnnie Meyers, Service Associate.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Seneca Nation of Indians | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1:18-op-45746 |
| AmerisourceBergen Drug Corporation et al | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Sandoz, Inc.                        Sandoz Inc.
                                        Corporation Service Company        100 College Rd. West
                                        1900 W. Littleton Blvd.            Princeton, NJ 08540
                                        Littleton, CO 80120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:    3/22/2023

s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45746-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Sandoz, Inc.</u> was received by me on *(date)* <u>Apr 27,2023, 10:23 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Cole Stender, Clerk and Receiving Agent for Corporation Service Company</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Sandoz, Inc.</u> on *(date)* <u>Thur, Apr 27, 2023, 2:34 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5-10-23**

_____
Server's signature

James Hendrick, Process Server
_____
Printed name and title

8156-E S Wadsworth Blvd Unit 124, Littleton, CO 80128
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 2:34 pm CDT at Corporation Service Company, 1900 W. Littleton Blvd, Littleton, CO 80120 received by Cole Stender, Clerk and Receiving Agent for Corporation Service Company. Other: Result: Placed in the receiving bin per the instructions on the board. The board lists Cole Stender as the receiving agent with the title of Clerk, for today. ;

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45746-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Sandoz, Inc.</u> was received by me on *(date)* <u>Apr 27, 2023, 11:51 am</u> .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒  I served the summons on *(name of individual)* <u>Johnnie Meyers, Service Associate</u> , who is designated by law to
accept service of process on behalf of *(name of organization)* <u>Sandoz, Inc.</u> on *(date)* <u>Thu, Apr 27, 2023 at 3:58 pm
EDT</u> ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5/12/23

_____
*Server's signature*

Raymond K. Dash, Process Server
_____
*Printed name and title*

509 Shirley Pkwy, Piscataway, NJ 08854
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 3:58 pm EDT at CSC, 100 Chas. Ewing Blvd Suite 160, Ewing , NJ 08628 received by
Johnnie Meyers, Service Associate.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|                                   |              |                                        |
|-----------------------------------|--------------|----------------------------------------|
| Shoshone-Bannock Tribes           | )            |                                        |
|                                   | )            |                                        |
| *Plaintiff(s)*                    | )            |                                        |
| v.                                | )            | Civil Action No. 1:19-op-45373         |
|                                   | )            |                                        |
| Purdue Pharma L.P. et al          | )            |                                        |
|                                   | )            |                                        |
| *Defendant(s)*                    | )            |                                        |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*       Sandoz, Inc.                    Sandoz Inc.
                                            Corporation Service Company     100 College Rd. West
                                            1900 W. Littleton Blvd.         Princeton, NJ 08540
                                            Littleton, CO 80120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:   3/22/2023

s/ Corey C. McCardle

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45373

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sandoz, Inc. was received by me on *(date)* Apr 27,2023, 10:23 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cole Stender, Clerk and Receiving Agent for Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* Sandoz, Inc. on *(date)* Thur, Apr 27, 2023, 2:34 pm CDT ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-10-23

_____
*Server's signature*

James Hendrick, Process Server
_____
*Printed name and title*

8156-E S Wadsworth Blvd Unit 124, Littleton, CO 80128
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 2:34 pm CDT at Corporation Service Company, 1900 W. Littleton BLVD. , Littleton, CO 80120 received by Cole Stender, Clerk and Receiving Agent for Corporation Service Company. Other: Result: Placed in the receiving bin per the instructions on the board. The board lists Cole Stender as the receiving agent with the title of Clerk, for today.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45373

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Sandoz, Inc.</u> was received by me on *(date)* <u>Apr 27, 2023, 11:51 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Johnnie Meyers, Service Associate</u> , who is designated by law to
accept service of process on behalf of *(name of organization)* <u>Sandoz, Inc.</u> on *(date)* <u>Thu, Apr 27, 2023 at 3:58 pm
EDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5/12/23

_____
*Server's signature*

Raymond K. Dash, Process Server
_____
*Printed name and title*

509 Shirley Pkwy, Piscataway, NJ 08854
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 3:58 pm EDT at CSC, 100 Chas. Ewing Blvd , Ewing , NJ 08628 received by Johnnie
Meyers, Service Associate.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| White Earth Nation | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) |
| | ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:19-op-45357

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sandoz, Inc.
Corporation Service Company
1900 W. Littleton Blvd.
Littleton, CO 80120

Sandoz Inc.
100 College Rd. West
Princeton, NJ 08540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/22/2023

s/ *Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45357-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Sandoz, Inc.</u> was received by me on *(date)* <u>Apr 27,2023, 10:23 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Cole Stender, Clerk and Receiving Agent for Corporation Service Company</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Sandoz, Inc.</u> on *(date)* <u>Thur, Apr 27, 2023, 2:34 pm CDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: **5-10-23**

_____
*Server's signature*

James Hendrick, Process Server
_____
*Printed name and title*

8156-E S Wadsworth Blvd Unit 124, Littleton, CO 80128
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 2:34 pm CDT at Corporation Service Company, 1900 W. Littleton Blvd, Littleton, CO 80120 received by Cole Stender, Clerk and Receiving Agent for Corporation Service Company. Other: Result: Placed in the receiving bin per the instructions on the board. The board lists Cole Stender as the receiving agent with the title of Clerk, for today. ;

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45357-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Sandoz, Inc.</u> was received by me on *(date)* <u>Apr 27, 2023, 11:51 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Johnnie Meyers, Service Associate</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Sandoz, Inc.</u> on *(date)* <u>Thu, Apr 27, 2023 at 3:58 pm EDT</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/15/23

_____
*Server's signature*

Raymond K. Dash, Process Server
_____
*Printed name and title*

509 Shirley Pkwy, Piscataway, NJ 08854
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 3:58 pm EDT at CSC, 100 Chas. Ewing Blvd Suite 160, Ewing, NJ 08628 received by Johnnie Meyers, Service Associate.