**EXHIBIT J – SMITH'S FOOD AND DRUG CENTER'S AFFIDAVITS OF SERVICE**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

Nye County

*Plaintiff(s)*

v.

Civil Action No. 1:18-op-46238

AmerisourceBergen Drug Corporation et al

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Smith's Food and Drug Centers
Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/27/23

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46238-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SMITH'S FOOD AND DRUG CENTERS was received by me on *(date)* April 18, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* McKenzie Hartman, Intake Specialist for Corporation Service Company as Registered Agent, who is designated by law to accept service of process on behalf of *(name of organization)* SMITH'S FOOD AND DRUG CENTERS on *(date)* Tue, Apr 18 2023 at 1:35 pm EDT; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 5/11/23

*Server's signature*

Bob Bateman

*Printed name and title*

4456 Winchester Southern Road, Canal Winchester, OH 43110

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 18, 2023, 1:35 pm EDT at Corporation Service Company, 3366 Riverside Dr. Suite 103, Upper Arlington, Ohio 43221 received by McKenzie Hartman, Intake Specialist for Corporation Service Company as Registered Agent.

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

)
)
Shoshone-Bannock Tribes )
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:19-op-45373
)
)
Purdue Pharma L.P. et al )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Smith's Food and Drug Centers
Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/27/23



/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45373-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SMITH'S FOOD AND DRUG CENTERS</u> was received by me on *(date)* <u>April 18, 2023, 11:27 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>McKenzie Hartman, Intake Specialist for Corporation Service Company as Registered Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SMITH'S FOOD AND DRUG CENTERS</u> on *(date)* <u>Tue, Apr 18 2023 at 1:35 pm EDT</u>; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 5/11/23

_____
Server's signature

Bob Bateman
_____
Printed name and title

4456 Winchester Southern Road, Canal Winchester, OH 43110
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 18, 2023, 1:35 pm EDT at Corporation Service Company, 3366 Riverside Dr. Suite 103, Upper Arlington, Ohio 43221 received by McKenzie Hartman, Intake Specialist for Corporation Service Company as Registered Agent.