# EXHIBIT K – RITE AID CORPORATION'S
# AFFIDAVITS OF SERVICE
# AND WAIVERS OF SERVICE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| Baldwin County, Alabama <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation, et al. <br> *Defendant(s)* | Civil Action No. 1:18-op-45152 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  3/14/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45152

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

|  |  |
|---|---|
| Chilton County, Alabama | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **1:18-op-45735** |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023



*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45735

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Clanton, Alabama | ) )  ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  1:18-op-46084 |
|  | ) ) |
| AmerisourceBergen Drug Corporation,et al. | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/23

/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46084

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date:  5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Northern District of Ohio

|  |  |
|---|---|
| Coffee County, Alabama<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:18-op-45182<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023



*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45182

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| Cullman County, Alabama | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45227 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023

*Signature of the attorney or unrepresented party*

| | |
|---|---|
| Rite Aid Corporation | John P. Lavelle, Jr. |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Morgan, Lewis & Bockius LLP |
| | 1701 Market Street |
| | Philadelphia, PA 19103-2921 |
| | *Address* |
| | john.lavelle@morganlewis.com |
| | *E-mail address* |
| | (215) 963-4824 |
| | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Dallas County, Alabama | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:18-op-45667 |
| | ) | |
| Actavis, LLC, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



s/ *Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45667

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- [X] I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| City of Decatur, Alabama<br><br>*Plaintiff(s)*<br><br>v.<br><br>AmerisourceBergen Drug<br>Corporation,et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:18-op-45201 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite-Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:   3/14/2023



s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45201

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>

City of Enterprise, Alabama
<br>*Plaintiff(s)*
<br>v.
<br><br>AmerisourceBergen Drug
Corporation,et al.
<br>*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No.  1:18-op-45213

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:   3/14/2023

s/ *Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45213

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |  |
|---|---|---|
| City of Fort Payne, Alabama | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:17-op-45079 |
| AmerisourceBergen Drug Corporation, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite-Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023



s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45079

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| City of Hartselle, Alabama | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  1:18-op-45736 |
| | ) ) ) |
| Purdue Pharma, LP, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023



*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45736

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

Madison County, Alabama )
*Plaintiff* )
v. ) MDL 1:17-md-02804-DAP
) Civil Action No. 1:19-op-45006
AmerisourceBergen Drug Corporation, et al. )
*Defendant*

## WAIVER OF THE SERVICE OF SUMMONS

To: J. Burton LeBlanc, IV
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date: 5/12/2023

Signature of the attorney or unrepresented party
John P. Lavelle, Jr.

Rite Aid Corporation
*Printed name of party waiving service of summons*

*Printed name*
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*
john.lavelle@morganlewis.com
*E-mail address*
(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Mobile, Alabama<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug<br>Corporation, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:18-op-45076<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue,
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023



*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45076

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | |
|---|---|
| Mobile County, Alabama<br>*Plaintiff(s)*<br>v.<br><br>Actavis, LLC, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  1:18-op-45186-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
    1200 Intrepid Avenue
    2nd Floor
    Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
    Baron & Budd, P.C.
    3102 Oak Lawn Ave., Suite 1100
    Dallas, TX 75219
    Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023



                              *s/ Corey C. McCardle*
                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45186

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Morgan County, Alabama | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:18-op-45200-DAP |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/14/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45200

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Opp, Alabama<br><br>*Plaintiff(s)*<br>v.<br><br><br>AmerisourceBergen Drug<br>Corporation, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:18-op-45011<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue,
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45011

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

    This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u> <u>9:38 am</u> .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26</u> <u>2023</u> ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

                                              *Server's signature*

                            Gerard B. Carr, Process Server

                                              *Printed name and title*

                            P.O. Box 15514 , Philadelphia, Pennsylvania 19131

                                              *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor , Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Pike County, Alabama | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:18-op-45803 |
| | ) ) ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/14/23                                    /s/Robert Pitts
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45803

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |
|---|---|
| City of Selma, Alabama <br> *Plaintiff(s)* <br> v. <br> Actavis, LLC, et al. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  1:18-op-45198 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:    3/14/2023



s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45198

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by
law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26,
2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| City of Selma, Alabama | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45198 |
| | ) | |
| Actavis, LLC, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:     5/12/2023

_____
Signature of the attorney or unrepresented party

Rite Aid Corporation                                            John P. Lavelle, Jr.
_____              _____
*Printed name of party waiving service of summons*                 *Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| Tallapoosa County, Alabama <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:17-op-45097-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45097

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Troy, Alabama<br>*Plaintiff(s)*<br><br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:18-op-45947

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite-Aid Corporation
1200 Intrepid Avenue,
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:       3/14/23



_____
*/s/Robert Pitts*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45947

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am.</u>

☐    I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒    I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

<u>Gerard B. Carr, Process Server</u>
*Printed name and title*

*Server's signature*

<u>P.O. Box 15514 , Philadelphia, Pennsylvania 19131</u>
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Tuscaloosa County, Alabama<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:18-op-45196

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45196

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u> <u>2023, 11:45 am</u> ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | ) |
| --- | --- |
| | ) |
| | ) |
| County of Butte, California | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| AmerisoruceBergen Drug Corporation, et al. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:18-op-45627-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023
_____

*s/ Corey E. McCardle*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45627-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

     □   I personally served the summons on the individual at *(place)* _____ on *(date)* ____
         _____ ; or

     □   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
         person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
         the individual's last known address; or

     ☒   I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
         law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
         <u>2023, 11:45 am</u> ; or

     □   I returned the summons unexecuted because: _____ ; or

     □   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| County of San Benito, California | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:18-op-45653-DAP |
| | ) ) ) | |
| AmerisoruceBergen Drug Corporation, et al. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023

*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45654-DAP

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am.</u>

☐    I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒    I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>County of Mendocino, California</td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td>*Plaintiff(s)*</td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 1:18-op-45654-DAP</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>AmerisoruceBergen Drug Corporation, et al.</td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td>*Defendant(s)*</td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023

*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45653

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u> <u>9:38 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u> <u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | )  |
| --- | --- |
| County of Siskiyou California | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| | ) |
| AmerisoruceBergen Drug Corporation, et al. | ) ) |
| *Defendant(s)* | ) |

Civil Action No.  1:18-op-45630-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023

*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45630

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| Augusta, Georgia | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45233 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   5/12/2023
_____

_____
Signature of the attorney or unrepresented party

_____
Rite Aid Corporation

*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| Columbus, Georgia | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45567 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023
_____

_____
Rite Aid Corporation
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Harrison County, Indiana | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. 1:18-op-45130-DAP |
|  | ) |  |
|  | ) |  |
| AmerisourceBergen Drug Corporation, et al. | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/14/2023                                              *s/ Corey C. McCardle*
_____                          _____
                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45130

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date:  5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Jeffersonville, Indiana | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45961 |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/23                                                    /s/Robert Pitts

                                                                      *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46333

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023, 9:38 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26, 2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| City of New Albany, Indiana | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   1:18-op-46333-DAP |
| | ) ) ) | |
| Amerisourcebergen Drug Corporation et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/27/23_____     _____/s/Robert Pitts_____

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45961

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am.</u>

    ☐   I personally served the summons on the individual at *(place)* _____ on *(date)*
         _____ ; or

    ☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
         person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
         the individual's last known address; or

    ☒   I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
         law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
         <u>2023, 11:45 am</u> ; or

    ☐   I returned the summons unexecuted because: _____ ; or

    ☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: *5/10/2023*

                                    _____
                                         *Server's signature*

                        Gerard B. Carr, Process Server
                                      _____
                                       *Printed name and title*

                        P.O. Box 15514 , Philadelphia, Pennsylvania 19131
                                         *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

Fiscal Court of Allen County, KY

*Plaintiff(s)*

v.

Civil Action No. 1:18-op-45008

AmerisourceBergen Drug Corporation et al

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/14/2023



s/ Corey C. McCardle

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45008

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
I) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| **Anderson County Fiscal Court** | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1:17-op-45006 |
|  | ) ) |
| **Amerisourcebergen Drug Corporation et al** | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



s/ *Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45006

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

)
)
)
Bell County Fiscal Court )
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:17-op-45026
)
)
)
AmerisourceBergen Drug Corporation et al )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corportation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023



s/ Corey C. McCardle

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45026-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐    I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒    I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

)
)
)
Boyd County Fiscal Court )
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:17-op-45084
)
)
)
AmerisourceBergen Drug Corporation et al )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date: 3/14/2023

s/ Corey C. McCardle

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45084

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

|     |     |
| --- | --- |
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26, 2023, 11:45 am</u> ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| Boyle County Fiscal Court | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-op-45018 |
| | ) |
| AmerisourceBergen Drug Corporation et al | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/14/2023



s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45018

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Fiscal Court of Bullitt County, KY _____ *Plaintiff(s)* v. AmerisourceBergen Drug Corporation et al _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:18-op-45009

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: ___3/14/2023___

s/ *Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45009

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
l) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| Carter County Fiscal Court <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:18-op-45392 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: ___3/14/2023___



s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45392

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Fiscal Court of Christian County, KY | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-op-45070 |
| | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45070

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| Clark County Fiscal Court<br><br>*Plaintiff(s)*<br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. **1:17-op-45172**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  ___3/14/2023___



*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45172

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Clay County Fiscal Court<br><br>*Plaintiff(s)*<br>v.<br><br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:17-op-45031<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date: ___3/14/2023___

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45031

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date:  **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Fiscal Court of Cumberland County, KY | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:17-op-45012 |
| AmerisourceBergen Drug Corporation et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



s/ Corey C. McCardle

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45012

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

[X] I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Franklin County Fiscal Court</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)<br>)</td><td>Civil Action No. 1:17-op-45007</td></tr>
<tr><td>AmerisourceBergen Drug Corporation et al</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023                                    s/ Corey E. McCardle
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45007

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Garrard County Fiscal Court | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-op-45023 |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023                          *s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45023

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Fiscal Court of Greenup County, KY</td><td>)<br>)<br>)<br>)</td><td rowspan="3"></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td></tr>
<tr><td>v.</td><td>)<br>)</td></tr>
</table>

|  |  |
|---|---|
| Fiscal Court of Greenup County, KY | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
|  | ) Civil Action No. 1:17-op-45088 |
| AmerisourceBergen Drug Corporation et al | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



s/ *Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45088

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

    ☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

    ☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

    ☒   I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

    ☐   I returned the summons unexecuted because: _____ ; or

    ☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

                                        _____
                                            *Server's signature*

                         Gerard B. Carr, Process Server
                                            *Printed name and title*

                         P.O. Box 15514 , Philadelphia, Pennsylvania 19131
                                            *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

)
)
)
Harlan County Fiscal Court )
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:17-op-45027
)
)
)
AmerisourceBergen Drug Corporation et al )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/14/2023



s/ *Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45027

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

Fiscal Court of Henderson County, KY

*Plaintiff(s)*

v.

AmerisourceBergen Drug Corporation et al

*Defendant(s)*

Civil Action No. 1:17-op-45069

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45069

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Fiscal Court of Hopkins County, KY | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45010 |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45010

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

Server's signature

Gerard B. Carr, Process Server

*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Knox County Fiscal Court | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:17-op-45028 |
| | ) ) | |
| AmerisourceBergen Drug Corporation et al | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



s/ Corey C. McCardle

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45028

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

<table>
<tr><td>Leslie County Fiscal Court</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td></td><td></td></tr>
<tr><td>v.</td><td>)<br>)<br>)</td><td>Civil Action No. 1:17-op-45029</td></tr>
<tr><td>AmerisourceBergen Drug Corporation et al</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: __3/14/2023__



s/ Corey C. McCardle

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45029

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Letcher County Fiscal Court<br><br>*Plaintiff(s)*<br>v.<br><br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-46124<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:       3/14/23              _____
/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46124

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

)
)
)
Lexington-Fayette Urban County Gov )
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:17-op-45092
)
)
)
AmerisourceBergen Drug Corporation et al )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



s/ *Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45092

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Lincoln County Fiscal Court | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:17-op-45024 |
| | ) ) | |
| AmerisourceBergen Drug Corporation et al | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: ____3/14/2023____

s/ Corey C. McCardle

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45024

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

*Server's signature*

Gerard B. Carr, Process Server

*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Louisville/ Jefferson County Metro Gov, KY<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. **1:17-op-45013**<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:  3/14/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45013

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
Server's signature

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Madison County Fiscal Court | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **1:17-op-45011** ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45011

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
I) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Martin County Fiscal Court</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td>Civil Action No. 1:18-op-45388</td></tr>
<tr><td>v.</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td>AmerisourceBergen Drug Corporation et al</td><td>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/14/2023



s/ *Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45388

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Fiscal Court of Oldham County, KY | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-op-45067 |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023

s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45067

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
I) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Perry County Fiscal Court | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. **1:17-op-45110**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45110

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐    I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒    I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Fiscal Court of Powell County, KY | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-46145 |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/14/23

/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46145

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Pulaski County Fiscal Court<br><br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:17-op-45109</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  3/14/2023



*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45109

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u> <u>9:38 am</u>.

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u> <u>2023, 11:45 am</u> ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Rowan County Fiscal Court<br><br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-45018<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Peter J. Mougey
     316 S. Baylen St. STE 600
     Pensacola, FL 32502
     Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023



        s/ Corey C. McCardle
        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45018

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Shelby County Fiscal Court | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:17-op-45009 |
| AmerisourceBergen Drug Corporation et al | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
                    Peter J. Mougey
                    316 S. Baylen St. STE 600
                    Pensacola, FL 32502
                    Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023                          s/ Corey C. McCardle
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45009

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by
law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26,
2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | |
|---|---|
| Fiscal Court of Union County, KY | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-op-45015 |
| | ) |
| | ) |
| AmerisourceBergen Drug Corporation et al | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:    3/14/2023             s/ *Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45015

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Wayne County Fiscal Court | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45389 |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:   3/14/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45389

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date:  5/08/2023

                                          *Server's signature*

                          Gerard B. Carr, Process Server

                                     *Printed name and title*

                          P.O. Box 15514 , Philadelphia, Pennsylvania 19131

                                    *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Whitley County Fiscal Court | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1:17-op-45030 |
|  | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45030

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Baton Rouge, Louisiana<br>_____<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  1:18-op-45160-DAP<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023
_____

*s/ Corey C. McCardle*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45160

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date:  5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | ) |
| --- | --- |
| | ) |
| | ) |
| Allegany County, Maryland | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| Amerisourcebergen Drug Corporation et al | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:18-op-45652-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:            3/27/23



/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45622-DAP

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Cecil County, Maryland <br> *Plaintiff(s)* <br> v. <br><br> AmerisouceBergen Drug Corporation, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  1:18-op-45100-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45617

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

<table>
<tr><td>☐</td><td>I personally served the summons on the individual at <i>(place)</i> _____ on <i>(date)</i> _____ ; or</td></tr>
<tr><td>☐</td><td>I left the summons at the individual's residence or usual place of abode with <i>(name)</i> _____ , a person of suitable age and discretion who resides there, on <i>(date)</i> _____ , and mailed a copy to the individual's last known address; or</td></tr>
<tr><td>☒</td><td>I served the summons on <i>(name of individual)</i> Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of <i>(name of organization)</i> Rite Aid Corporation on <i>(date)</i> Wed, Apr 26, 2023, 11:45 am ; or</td></tr>
<tr><td>☐</td><td>I returned the summons unexecuted because: _____ ; or</td></tr>
<tr><td>☐</td><td>Other: _____ ; or</td></tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

*Server's signature*

Gerard B. Carr, Process Server

*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| City of Cumberland, Maryland | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 1:18-op-45624-DAP |
| | ) ) ) | |
| AmerisouceBergen Drug Corporation, et al. | ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 3/14/2023

_s/ Corey E. McCardle_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45624

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

    ☐  I personally served the summons on the individual at *(place)* _____ on *(date)*
        _____ ; or

    ☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
        person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
        the individual's last known address; or

    ☒  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
        law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
        <u>2023, 11:45 am</u> ; or

    ☐  I returned the summons unexecuted because: _____ ; or

    ☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

                                            _____
                                                *Server's signature*

                         Gerard B. Carr, Process Server
                         _____
                                              *Printed name and title*

                         P.O. Box 15514 , Philadelphia, Pennsylvania 19131
                         _____
                                             *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| City of Frostburg, Maryland | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:18-op-45617-DAP |
| | ) ) ) | |
| AmerisouceBergen Drug Corporation, et al. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/14/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45100

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

<table>
<tr><td>[ ]</td><td>I personally served the summons on the individual at <em>(place)</em> _____ on <em>(date)</em> _____ ; or</td></tr>
<tr><td>[ ]</td><td>I left the summons at the individual's residence or usual place of abode with <em>(name)</em> _____ , a person of suitable age and discretion who resides there, on <em>(date)</em> _____ , and mailed a copy to the individual's last known address; or</td></tr>
<tr><td>[X]</td><td>I served the summons on <em>(name of individual)</em> <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of <em>(name of organization)</em> <u>Rite Aid Corporation</u> on <em>(date)</em> <u>Wed, Apr 26, 2023, 11:45 am</u> ; or</td></tr>
<tr><td>[ ]</td><td>I returned the summons unexecuted because: _____ ; or</td></tr>
<tr><td>[ ]</td><td>Other: _____ ; or</td></tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| City of Hagerstown, Maryland | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:18-op-45622 |
| | ) | |
| AmerisouceBergen Drug Corporation, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/14/2023

*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45652

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by
law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26,
2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Acushnet, Massachusetts | ) ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:18-op-45676 |
| | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_      Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Peter J. Mougey
      316 S. Baylen St. STE 600
      Pensacola, FL 32502
      Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date: _____3/14/2023_____

_s/ Corey C. McCardle_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45676

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u> <u>9:38 am</u> .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u> <u>2023, 11:45 am</u> ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Amesbury, Massachusetts<br><br>*Plaintiff(s)*<br>v.<br><br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-45678<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45678

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

|  |  |
|---|---|
| Town of Auburn, Massachusetts | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45688 |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:  3/14/2023

*s/ Corey C. McCardle*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45688

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Billerica, Massachusetts<br><br>*Plaintiff(s)*<br><br>v.<br><br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:18-op-45560

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*       Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:   3/14/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45560

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Brewster, Massachusetts | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. 1:18-op-45556 |
| | ) <br> ) |
| AmerisourceBergen Drug Corporation et al | ) <br> ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Peter J. Mougey
         316 S. Baylen St. STE 600
         Pensacola, FL 32502
         Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023



                     *s/ Corey C. McCardle*
                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45556

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | |
|---|---|
| Town of Carver, Massachusetts | ) )<br>)<br>)<br>) |
| _Plaintiff(s)_ | ) |
| v. | )  Civil Action No. 1:18-op-45691 |
| | )<br>)<br>) |
| AmerisourceBergen Drug Corporation et al | )<br>) |
| _Defendant(s)_ | ) |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date: 3/14/2023

s/ Corey E. McCardle
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45691

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Charlton, Massachusetts<br><br>*Plaintiff(s)*<br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 1:18-op-45689 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:     3/14/2023

*s/ Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45689

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023, 9:38 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26, 2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Chelsea, Massachusetts | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45693 ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*       Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023



*s/ Corey C. McCardle*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45693

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date:  5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| Town of Douglas, Massachusetts | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45706 |
| | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/14/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45706

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 6, 2023, 4:00 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Dudley, Massachusetts |  ) |
| _____ |  ) |
| *Plaintiff(s)* |  ) |
| v. |  )  Civil Action No. 1:18-op-45707 |
|  |  ) |
| AmerisourceBergen Drug Corporation et al |  ) |
| _____ |  ) |
| *Defendant(s)* |  ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023

s/ *Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45707

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Town of East Bridgewater, Massachusetts</td><td>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td align="center"><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)<br>)<br>)</td><td>Civil Action No. 1:18-op-45721</td></tr>
<tr><td>AmerisourceBergen Drug Corporation et al</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td align="center"><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023



*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45721

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | ) | |
|---|---|---|
| City of Easthampton, Massachusetts | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:18-op-45336 |
| | ) | |
| AmerisourceBergen Drug Corporation et al | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _3/14/2023_

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45336

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R.  Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Everett, Massachusetts | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45596 |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023



*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45596

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 45596, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| Town of Freetown, Massachusetts | ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | ) ) ) | Civil Action No. 1:18-op-45705 |
| AmerisourceBergen Drug Corporation et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023

*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45705

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023, 9:38 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26, 2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Greenfield, Massachusetts<br><br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-45017<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/15/2023                                    /s/Robert Pitts
                                                        *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45017

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

- ☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

- ☐ I returned the summons unexecuted because: _____ ; or

- ☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Hanson, Massachusetts<br><br>*Plaintiff(s)*<br><br>v.<br><br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-45704<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Peter J. Mougey
        316 S. Baylen St. STE 600
        Pensacola, FL 32502
        Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023

                                       *s/ Corey C. McCardle*
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45704

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server

_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131

_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | |
|---|---|
| City of Holyoke, Massachusetts | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45694 |
| | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Peter J. Mougey
    316 S. Baylen St. STE 600
    Pensacola, FL 32502
    Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023



*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45694

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Town of Hopedale, Massachusetts | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) | Civil Action No. 1:18-op-45708 |
| AmerisourceBergen Drug Corporation et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023

*s/ Corey E. McCardle*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45708

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Lakeville, Massachusetts | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1:18-op-45743 |
| | ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023

*s/ Corey E. McCardle*

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45743

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Leicester, Massachusetts | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1:18-op-45709 |
| | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/14/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45709

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

| | I personally served the summons on the individual at *(place)* _____ on *(date)* |
| --- | --- |

_____ ; or

| | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a |
| --- | --- |

person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

| X | I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by |
| --- | --- |

law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

| | I returned the summons unexecuted because: _____ ; or |
| --- | --- |

| | Other: _____ ; or |
| --- | --- |

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Leominster, Massachusetts <br><br> _Plaintiff(s)_ <br><br> v. <br><br><br> AmerisourceBergen Drug Corporation et al <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:18-op-45710 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Peter J. Mougey
        316 S. Baylen St. STE 600
        Pensacola, FL 32502
        Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date:    3/14/2023

                               _s/ Corey C. McCardle_
                              _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45710

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| City of Lowell, Massachusetts | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:18-op-45514 |
| | ) | |
| | ) | |
| AmerisourceBergen Drug Corporation et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/21/23

/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45514

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date:  **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Malden, Massachusetts <br><br> *Plaintiff(s)* <br><br> v. <br><br><br> AmerisourceBergen Drug Corporation et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:18-op-45487

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Peter J. Mougey
        316 S. Baylen St. STE 600
        Pensacola, FL 32502
        Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:  3/14/2023

                                         *s/ Corey C. McCardle*
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45487

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

□ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

■ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

□ I returned the summons unexecuted because: _____ ; or

□ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

|  |  |
|---|---|
| City of Methuen, Massachusetts <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:18-op-45106 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/21/23    /s/Robert Pitts
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45106

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2022

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| City of Newburyport, Massachusetts | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:18-op-45837 |
| | ) ) ) | |
| AmerisourceBergen Drug Corporation et al | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*SANDY OPACICH, CLERK OF COURT*


Date:        3/21/23                                            /s/Robert Pitts
                                                          *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45837

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Town of North Attleborough, Massachusetts<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 1:18-op-45744 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:   3/14/2023

s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45744

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Northbridge, Massachusetts | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
|  | ) Civil Action No. 1:18-op-45711 |
|  | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/14/2023

*s/ Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45711

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Northampton, Massachusetts<br><br>*Plaintiff(s)*<br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:18-op-45337

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:    3/14/2023                           s/ *Corey C. McCardle*
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45337

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u> <u>9:38 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u> <u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | ) | |
|---|---|---|
| Town of Pembroke, Massachusetts | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:18-op-45823 |
| | ) | |
| AmerisourceBergen Drug Corporation et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/21/23

_____
/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45823

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u> <u>9:38 am</u> .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u> <u>2023, 11:45 am</u> ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Plymouth, Massachusetts <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation et al <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      Civil Action No. 1:18-op-45675 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 3/14/2023



*s/ Corey E. McCardle*

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45675

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>

City of Revere, Massachusetts
_____
*Plaintiff(s)*

v.

AmerisourceBergen Drug Corporation et al
_____
*Defendant(s)*
</td><td>

)
)
)
)
)
)
)
)
)
)
)
</td><td>

Civil Action No. 1:18-op-45155
</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/21/23_____          _____/s/Robert Pitts_____
                                          *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45155

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date:  5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Salisbury, Massachusetts<br><br>*Plaintiff(s)*<br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18-op-45595<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45595

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Southbridge, Massachusetts | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1:18-op-45686 |
| AmerisourceBergen Drug Corporation et al | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Peter J. Mougey
    316 S. Baylen St. STE 600
    Pensacola, FL 32502
    Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/14/2023                                              *s/ Corey C. McCardle*
                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45686

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

    [ ]  I personally served the summons on the individual at *(place)* _____ on *(date)*
                 _____ ; or

    [ ]  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
             person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
             the individual's last known address; or

    [X]  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
             law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
             <u>2023, 11:45 am</u> ; or

    [ ]  I returned the summons unexecuted because: _____ ; or

    [ ]  Other: _____ ; or

    My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

    I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

                                          *Server's signature*

                          Gerard B. Carr, Process Server

                                          *Printed name and title*

                          P.O. Box 15514 , Philadelphia, Pennsylvania 19131

                                          *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Warren, Massachusetts | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )  Civil Action No. 1:18-op-45811 |
| | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
                    Peter J. Mougey
                    316 S. Baylen St. STE 600
                    Pensacola, FL 32502
                    Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:      3/27/23



_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45811

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am.</u>

☐   I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00.</u>

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Watertown, Massachusetts <br><br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation et al <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. **1:18-op-45674** <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:    3/14/2023                                    *s/ Corey C. McCardle*
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45674

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Town of Winchendon, Massachusetts</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No. 1:18-op-45687</td></tr>
<tr><td>AmerisourceBergen Drug Corporation et al</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:    3/14/2023

*s/ Corey C. McCardle*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45687

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

    ☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

    ☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

    ☒   I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

    ☐   I returned the summons unexecuted because: _____ ; or

    ☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Woburn, Massachusetts <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:18-op-45103 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____3/21/23_____          _____/s/Robert Pitts_____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45103

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

| | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |

| | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |

| X | I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u> <u>2023, 11:45 am</u> ; or |

| | I returned the summons unexecuted because: _____ ; or |

| | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| County of Eaton, Michigan | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:18-op-45971 |
| | ) ) ) | |
| Purdue Pharma, LP, et al. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____3/14/23_____                    _____/s/Robert Pitts_____
                                                                                          *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45971

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Adams County, Mississippi<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:18-op-45831-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/14/23



        */s/Robert Pitts*
        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45831

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/15/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Forrest County, Mississippi <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation, et al. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  1:18-op-45147-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45147

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/15/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Hattiesburg, Mississippi<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | Civil Action No.  1:18-op-45512-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023



*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45512

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
|---|---|
| | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| X | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
| | I returned the summons unexecuted because: _____ ; or |
| | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/15/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Laurel, Mississippi | ) ) ) ) ) ) ) ) ) ) ) ) |

*Plaintiff(s)*

v.                                          Civil Action No.  1:18-op-46161-DAP

AmerisourceBergen Drug Corporation, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:          3/21/23                                    /s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46161

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5 / 15 / 2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Lincoln County, Mississippi<br>*Plaintiff(s)*<br>v.<br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )<br>Civil Action No.  1:18-op-45722 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45722

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Meridian, Mississippi | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )<br>) |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | )<br>) |
| *Defendant(s)* | ) |

Civil Action No.  1:18-op-45969-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:       3/21/23                                  */s/Robert Pitts*
                                                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45969

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/15/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

|  |  |
|---|---|
| Monroe County, Mississippi | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1:18-op-46173-DAP |
| | ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/23

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46173

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/15/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of New Albany, Mississippi | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:18-op-45949-DAP |
| AmerisourceBergen Drug Corporation, et al. | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/21/23

/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45949

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

☐    I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒    I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5/15/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Union County, Mississippi | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) ) |
| *Defendant(s)* | ) |

Civil Action No.  1:18-op-45120-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:  3/14/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45120

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/15/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Ashland County Board of County Commissioners | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45012 |
| | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:      3/15/2023                          /s/Robert Pitts

                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45012

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

    ☐  I personally served the summons on the individual at *(place)* _____ on *(date)*
           _____ ; or

    ☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
        person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
        the individual's last known address; or

    ☒  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
        law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
        <u>2023, 11:45 am</u> ; or

    ☐  I returned the summons unexecuted because: _____ ; or

    ☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

                                  _____
                                    *Server's signature*

                Gerard B. Carr, Process Server
                _____
                                    *Printed name and title*

                <u>P.O. Box 15514 , Philadelphia, Pennsylvania 19131</u>
                                    *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Athens County Board of County Commissioners | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45326 |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: _____3/21/23_____     _____/s/Robert Pitts_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45326

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

)
)
)
Auglaize County Board of County Commissioners )
―――――――――――――――――― )
*Plaintiff(s)* )
v. )   Civil Action No. 1:18-op-45570
)
)
)
AmerisourceBergen Drug Corporation et al )
―――――――――――――――――― )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/21/23          /s/Robert Pitts
―――――――――――   ――――――――――――――
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45570

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am.</u>

<table>
<tr>
<td>[ ]</td>
<td>I personally served the summons on the individual at <i>(place)</i> _____ on <i>(date)</i> _____ ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>I left the summons at the individual's residence or usual place of abode with <i>(name)</i> _____ , a person of suitable age and discretion who resides there, on <i>(date)</i> _____ , and mailed a copy to the individual's last known address; or</td>
</tr>
<tr>
<td>[X]</td>
<td>I served the summons on <i>(name of individual)</i> Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of <i>(name of organization)</i> Rite Aid Corporation on <i>(date)</i> Wed, Apr 26, 2023, 11:45 am ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>I returned the summons unexecuted because: _____ ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>Other: _____ ; or</td>
</tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |
|---|---|
| Belmont County Board of County Commissioners | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-op-45034 |
|  | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/15/23                                     /s/Robert Pitts
                                          *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45034

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Carroll County Board of County Commissioners | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No. 1:18-op-46079 |
| | ) |
| AmerisourceBergen Drug Corporation et al | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:          3/27/23                          /s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46079

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023, 9:38 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26, 2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| City of Ashland, Ohio | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-46203 |
| | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/27/23



/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46203

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023, 9:38 am</u>.

  ☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

  ☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

  ☒   I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

  ☐   I returned the summons unexecuted because: _____ ; or

  ☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

                                                                  *Server's signature*

                            Gerard B. Carr, Process Server

                                           *Printed name and title*

                            P.O. Box 15514 , Philadelphia, Pennsylvania 19131

                                         *Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Ohio

<table>
<tr><td>

City of Hamilton, Ohio
_____
*Plaintiff(s)*

v.

_____
AmerisourceBergen Drug Corporation et al
_____
*Defendant(s)*

</td>
<td>

)
)
)
)
)
)
)
)
)
)
)

</td>
<td>

Civil Action No. 1:18-op-46024

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/21/23    _____



_____
/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46024

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u> <u>9:38 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u> <u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Ironton, Ohio | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-46025 |
| | ) |
| | ) |
| AmerisourceBergen Drug Corporation et al | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/21/23_____     _____/s/Robert Pitts_____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46025

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____ /B. C_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| **City of Portsmouth, Ohio** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:17-op-45042 |
| | ) ) | |
| AmerisourceBergen Drug Corporation et al | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/15/2023                                    /s/Robert Pitts
                                                      *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45042

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| Columbiana County Board of County Commissioners | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45289 |
| | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/21/23_____                    ____/s/Robert Pitts____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45289

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u> <u>2023, 11:45 am</u> ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

|   |   |
|---|---|
| Coshocton County Board of County Commissioners <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:18-op-45027 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/21/23_____



_____/s/Robert Pitts_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45027

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023, 9:38 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26, 2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5|08|2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | |
|---|---|
| Crawford County Board of County Commissioners | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. 1:18-op-45288 |
| | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Peter J. Mougey
        316 S. Baylen St. STE 600
        Pensacola, FL 32502
        Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                              _SANDY OPACICH, CLERK OF COURT_

Date: _____3/21/23_____                    _/s/Robert Pitts_
                                          _Signature of Clerk or Deputy Clerk_



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45288-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by
law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26,
2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5| 08| 2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| Erie County Board of County Commissioners<br>_____<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. **1:18-op-45291**<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/21/23        _____
/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45291

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Guernsey County Board of County Commissioners | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45044 |
|  | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/21/23_____          _____/s/Robert Pitts_____
                                          *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45044

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

◻ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
    _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
    person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
    the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
    law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
    <u>2023, 11:45 am</u> ; or

◻ I returned the summons unexecuted because: _____ ; or

◻ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Huron County Board of County Commissioners<br><br>*Plaintiff(s)*<br><br>v.<br><br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:18-op-45292

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____ 3/21/23 _____



/s/Robert Pitts
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45292

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u> <u>9:38 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u> <u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| Knox County Board of County Commissioners<br><br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-45665 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:      3/21/23                              /s/Robert Pitts

                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45665

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Lawrence County Board of County Commissioners | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-op-45045 ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/15/2023          /s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45045

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Logan County Board of County Commissioners</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td></td><td></td></tr>
<tr><td>v.</td><td></td><td>Civil Action No. 1:18-op-45047</td></tr>
<tr><td>AmerisourceBergen Drug Corporation et al</td><td></td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td></td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/21/23_____          _____/s/Robert Pitts_____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u> <u>9:38 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u> <u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Marion County Board of County Commissioners | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
|  | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:18-op-45529

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____3/21/23_____          _____/s/Robert Pitts_____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45529

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
|---|---|

| | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
|---|---|

| X | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
|---|---|

| | I returned the summons unexecuted because: _____ ; or |
|---|---|

| | Other: _____ ; or |
|---|---|

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Monroe County Board of County Commissioners<br><br>*Plaintiff(s)*<br><br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:18-op-45597<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/21/23_____



_____/s/Robert Pitts_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45597

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Morrow County Board of County Commissioners | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **1:18-op-45059** |
| | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/21/23

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45059

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Muskingum County Board of County Commissioners _____ *Plaintiff(s)* v. _____ AmerisourceBergen Drug Corporation et al _____ *Defendant(s)* | ) ) ) ) ) )  Civil Action No. 1:18-op-45137 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/21/23_____

_____/s/Robert Pitts_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45137

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>

Pike County Board of County Commissioners

_____

*Plaintiff(s)*

v.

AmerisourceBergen Drug Corporation et al

_____

*Defendant(s)*
</td><td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td><td>

Civil Action No. 1:17-op-45039
</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/15/2023_____



_____/s/Robert Pitts_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45039

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

    [ ]  I personally served the summons on the individual at *(place)* _____ on *(date)*
                _____ ; or

    [ ]  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
        person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
        the individual's last known address; or

    [X]  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
        law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Apr 26, 2023,</u>
        <u>9:38 am</u> ; or

    [ ]  I returned the summons unexecuted because: _____ ; or

    [ ]  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/0 6/2023**

                               _____
                                 *Server's signature*

                         Gerard B. Carr, Process Server
                                 *Printed name and title*

                         P.O. Box 15514 , Philadelphia, Pennsylvania 19131
                                 *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

Ross County Board of County Commissioners

_____
*Plaintiff(s)*

v.

AmerisourceBergen Drug Corporation et al

_____
*Defendant(s)*

Civil Action No. 1:17-op-45040

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:            3/15/2023            _____
/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45040

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/ 2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Scioto County Board of County Commissioners <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation et al <br> *Defendant(s)* | Civil Action No. 1:17-op-45038 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*SANDY OPACICH, CLERK OF COURT*


Date:  _____3/15/2023_____                    _____/s/Robert Pitts_____
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45038

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

Wayne County Board of County Commissioners

*Plaintiff(s)*

v.

Civil Action No. 1:18-op-45150

AmerisourceBergen Drug Corporation et al

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____ 3/21/23 _____



_____ /s/Robert Pitts _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45150

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date:  **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Williams County Board of County Commissioners<br><br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-45257<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*        Rite Aid Corporation
                                            1200 Intrepid Avenue, 2nd Floor
                                            Philadelphia, PA 19112
                                            717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        Peter J. Mougey
                        316 S. Baylen St. STE 600
                        Pensacola, FL 32502
                        Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/21/23                                    /s/Robert Pitts
                                                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45257

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u> .

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒  I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/08/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Wyandot County Board of County Commissioners  <br> _Plaintiff(s)_  <br> v.  <br><br> AmerisourceBergen Drug Corporation et al  <br> _Defendant(s)_ | )  <br> )  <br> )  <br> )  <br> )  <br> )  <br> )  <br> )  <br> )  <br> )  <br> )  <br> ) |

)
)

Civil Action No. 1:18-op-46078

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_       Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:
                    Peter J. Mougey
                    316 S. Baylen St. STE 600
                    Pensacola, FL 32502
                    Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date: _____ 3/21/23 _____



_/s/Robert Pitts_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46078

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Seneca County Board of County Commissioners | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45290 ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter J. Mougey
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/21/23

/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45290

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | |
|---|---|
| [  ] | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| [  ] | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| [X] | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
| [  ] | I returned the summons unexecuted because: _____ ; or |
| [  ] | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Ottawa County Board of County Commissioners | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45031 |
| | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/21/23_____

_____/s/Robert Pitts_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45031

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| City of Portland, Oregon | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:18-op-45633-DAP |
| | ) ) ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/14/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45633

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

Server's signature

Gerard B. Carr, Process Server

Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131

Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Columbia County, Pensylvania | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. 1:17-op-45068-DAP |
|  | ) ) |
| Purdue Pharma, LP, et al. | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 3/15/2023



/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1: 17-op-45068

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite-Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am,</u>

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite-Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| Indiana County, Pensylvania | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45249-DAP |
| | ) ) ) |
| Purdue Pharma, LP, et al. | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/14/2023



s/ *Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45249-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server

_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131

_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

Case: 1:17-op-45100-DAP   Doc #: 19   Filed: 03/15/23   3 of 4.   PageID #: 302

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |
|---|---|
| Luzerne County, Pensylvania | ) ) ) ) ) ) ) ) ) ) ) ) |

*Plaintiff(s)*

v.                                  Civil Action No.   1:17-op-45100-DAP

Purdue Pharma, LP, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:      3/15/2023                                          /s/Robert Pitts



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45100

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023,
9:38 am .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am CDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

City of Wilkes-Barre, Pensylvania

*Plaintiff(s)*

v.

Civil Action No.  1:18-op-45545-DAP

Purdue Pharma, LP, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/14/2023



*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45545

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |  |
|---|---|---|
| Wyoming County, Pensylvania | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:18-op-45488 |
| v. | ) | |
| Purdue Pharma, LP, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/14/2023



s/ *Corey E. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45488-DAP

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/08/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| City of Newport, Rhode Island | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:18-op-45479-DAP |
|  | ) ) ) |
| Amerisourcebergen Drug Corporation et al | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/27/23

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45479

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

<table>
<tr>
<td>[ ]</td>
<td>I personally served the summons on the individual at <em>(place)</em> _____ on <em>(date)</em> _____ ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>I left the summons at the individual's residence or usual place of abode with <em>(name)</em> _____ , a person of suitable age and discretion who resides there, on <em>(date)</em> _____ , and mailed a copy to the individual's last known address; or</td>
</tr>
<tr>
<td>[X]</td>
<td>I served the summons on <em>(name of individual)</em> Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of <em>(name of organization)</em> Rite Aid Corporation on <em>(date)</em> Wed, Apr 26, 2023, 11:45 am ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>I returned the summons unexecuted because: _____ ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>Other: _____ ; or</td>
</tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Campbell County, Tennessee | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  1:18-op-45133-DAP |
| AmerisoruceBergen Drug Corporation, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:          3/21/23



/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45133

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Claiborne County, Tennessee<br>_____<br>*Plaintiff(s)*<br>v.<br><br>_____<br>Amerisourcebergen Drug Corporation et al<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:19-op-45658-DAP<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Corporation
1200 Intrepid Avenue,
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:  3/28/2023

_____
s/ *Corey E. McCardle*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45658

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | |
|---|---|
| Greene County, Tennessee ) ) ) ) ) | |

Greene County, Tennessee

*Plaintiff(s)*

v.

AmerisoruceBergen Drug Corporation, et al.

*Defendant(s)*

Civil Action No.  1:18-op-45136-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:          3/21/23



/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45136-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Hancock County, Tennessee | ) )<br>) )<br>) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  1:18-op-45153-DAP |
| | ) )<br>) ) |
| AmerisoruceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/21/23                                    /s/Robert Pitts

                                            *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45153

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Johnson County, Tennessee | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:18-op-45164-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/21/23

/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45164

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Montgomery County, Tennessee<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:18-op-45418-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/23

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45418

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

|  |  |
|---|---|
| Washington County, Tennessee _____ *Plaintiff(s)* v. _____ AmerisourceBergen Drug Corporation, et al. *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  1:18-op-46317 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____3/21/23_____                                    _____/s/Robert Pitts_____
                                                      *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46317

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Williamson County, Tennessee<br><br><i>Plaintiff(s)</i><br><br>v.<br><br><br>AmerisourceBergen Drug Corporation, et al.<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:18-op-45134-DAP</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/21/23

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45134

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |
|---|---|
| Utah County | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:18-op-46184-DAP |
|  | ) |
|  | ) |
| Purdue Pharma, LP, et al. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/23                                    /s/Robert Pitts
                                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46184

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Boone County Commission | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  1:17-op-45061-DAP |
| | ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:        3/15/2023                                                              */s/Robert Pitts*
                                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45061

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid Corporation</u> was received by me on *(date)* <u>Apr 26, 2023,</u>
<u>9:38 am</u>.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Tierney Walker, General Manager Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Rite Aid Corporation</u> on *(date)* <u>Wed, Apr 26,</u>
<u>2023, 11:45 am</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Fayette County Commission | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:17-op-45062-DAP |
| | ) ) | |
| Cardinal Health, Inc., et al. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:       3/15/2023

*/s/Robert Pitts*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45062

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |

| | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |

| X | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |

| | I returned the summons unexecuted because: _____ ; or |

| | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |  |
|---|---|---|
| Logan County Commission | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 1:18-op-45000-DAP |
| | ) | |
| Cardinal Health, Inc., et al. | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date: 3/15/2023

_/s/Robert Pitts_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45000

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Wayne County Commission | ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) ) Civil Action No.  1:17-op-45052-DAP |
| | ) ) |
| Rite-Aid of Maryland, Inc., et al. | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/15/2023



_/s/Robert Pitts_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-op-45052

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Aroostook Band of Micmacs<br>_Plaintiff(s)_<br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  1:19-op-45349-DAP |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date: _____ 3/21/23 _____               _____ /s/Robert Pitts _____
                                                          _Signature of Clerk or Deputy Clerk_



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45349-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Ohio

|  |  |
|---|---|
| Oneida Nation | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  1:18-op-46034-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:       3/21/23



/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46034-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Seneca Nation of Indians | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-op-45746-DAP ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite-Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:   3/14/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45746

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid Corporation was received by me on *(date)* Apr 26, 2023, 9:38 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid Corporation on *(date)* Wed, Apr 26, 2023, 11:45 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

Server's signature

Gerard B. Carr, Process Server

*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2023, 11:45 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager Rite Aid.