**EXHIBIT L - RITE AID OF MARYLAND, INC.'S**
**AFFIDAVITS OF SERVICE AND WAIVERS OF SERVICE**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Northern District of Ohio

| | |
|---|---|
| County of Butte, California | )<br>)<br>)<br>) |
| _Plaintiff(s)_ | ) |
| v. | )  Civil Action No.  1:18-op-45627-DAP |
| | )<br>) |
| AmerisoruceBergen Drug Corporation, et al. | )<br>) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Rite-Aid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date:  3/21/23

/s/Robert Pitts
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev  06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45627-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Butte, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45627 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| County of Butte, California | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No. 1:18-op-45627 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: __J. Burton LeBlanc, IV__
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date: __5/12/2023__

__Rite-Aid of Maryland, Inc.__
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Calaveras County, California<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.  1:18-op-45645-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/23                    /s/Robert Pitts
                                  *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45645-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| Calaveras County, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45645 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| Calaveras County, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45645 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   J. Burton LeBlanc, IV
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| City of Chico, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:20-op-45189 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

    A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

    This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

    If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

    Please read the enclosed statement about the duty to avoid unnecessary expenses.

    I certify that this request is being sent to you on the date below.

Date: __4/19/2023__

          /s/J. Burton LeBlanc, IV
          *Signature of the attorney or unrepresented party*

          J. Burton LeBlanc, IV
          *Printed name*

          Baron & Budd, P.C.
          3102 Oak Lawn Avenue, Suite 1100
          Dallas, TX 75219
          *Address*

          bleblanc@baronbudd.com
          *E-mail address*

          (214) 521-3605
          *Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| City of Chico, California | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No. 1:20-op-45189 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

|  |  |
|---|---|
| City of Chula Vista, California | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No.  1:19-op-45750 |
|  | ) <br> ) <br> ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*SANDY OPACICH, CLERK OF COURT*


Date:     3/21/23                         /s/Robert Pitts
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45750

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 1200 Intrepid Ave, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| City of Chula Vista, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:19-op-45750 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:    Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within  _30_  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  _4/19/2023_

| |
|---|
| */s/J. Burton LeBlanc, IV* |
| *Signature of the attorney or unrepresented party* |
| J. Burton LeBlanc, IV |
| *Printed name* |
| Baron & Budd, P.C. |
| 3102 Oak Lawn Avenue, Suite 1100 |
| Dallas, TX 75219 |
| *Address* |
| bleblanc@baronbudd.com |
| *E-mail address* |
| (214) 521-3605 |
| *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| City of Chula Vista, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45750 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Clearlake, California<br><br>*Plaintiff(s)*<br><br>v.<br><br><br>AmerisourceBergen Drug Corporation, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.  1:20-op-45251<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____3/21/23_____         _____/s/Robert Pitts_____



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-op-45251

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| City of Clearlake, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:20-op-45251 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| City of Clearlake, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:20-op-45251 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  J. Burton LeBlanc, IV
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date: 5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td rowspan="11" style="text-align:center; vertical-align:middle;">)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td></tr>
</table>

|  |  |
|---|---|
| County of Del Norte, California | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  1:18-op-45655-DAP |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:       3/21/23



/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| County of Del Norte, California | ) | |
|---|---|---|
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45655 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
        *(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above.
A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal
service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed
waiver within  30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)*
from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with
a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served
on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice
is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of
the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint
served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| County of Del Norte, California | ) | |
|---|---|---|
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45655 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45655-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of El Dorado, California | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:18-op-45629-DAP |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/21/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45629-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

### for the
### Northern District of Ohio

| | | |
|---|---|---|
| County of El Dorado | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45629 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| County of El Dorado | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No. 1:18-op-45629 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023

*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.                          John P. Lavelle, Jr.
*Printed name of party waiving service of summons*      *Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td rowspan="11">County of Fresno, California<br><br><i>Plaintiff(s)</i><br><br>v.<br><br><br>AmerisourceBergen Drug Corporation, et al.<br><br><i>Defendant(s)</i></td><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)    Civil Action No.   1:18-op-45644-DAP</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
    1200 Intrepid Avenue, 2nd Floor
    Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
    Baron & Budd, P.C.
    3102 Oak Lawn Ave., Suite 1100
    Dallas, TX 75219
    Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/2023

*s/ Corey C. McCardle*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45644-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Fresno, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45644 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

|                                              |   |                              |
|----------------------------------------------|---|------------------------------|
| County of Fresno, California                 | ) |                              |
| *Plaintiff*                                  | ) | MDL 1:17-md-02804-DAP        |
| v.                                           | ) | Civil Action No. 1:18-op-45644 |
|                                              | ) |                              |
| AmerisourceBergen Drug Corporation, et al.   | ) |                              |
| *Defendant*                                  |   |                              |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023

*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.                                 John P. Lavelle, Jr.
*Printed name of party waiving service of summons*              *Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| County of Imperial, California | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  1:18-op-45631-DAP |
| AmerisourceBergen Drug Corporation, et al. | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/21/2023

s/ *Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45631-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- [X] I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server

_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131

_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Imperial, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45631 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To:     Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Imperial, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45631 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Inyo, California | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:18-op-45646-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:   3/21/2023

s/ *Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45646-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Inyo, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45646 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Inyo, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45646 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Lassen, California <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation, et al. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  1:18-op-45609-DAP <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45609-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Lassen, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op45609 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Lassen, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op45609 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   5/12/2023
_____

*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Madera, California <br> *Plaintiff(s)* <br> v. <br> <br> AmerisourceBergen Drug Corporation, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:18-op-45647-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date: 3/21/2023

*s/ Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45647

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri. Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| County of Madera, California | ) | |
|---|---|---|
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45647 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| County of Madera, California | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No. 1:18-op-45647 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

<table>
<tr><td>County of Mariposa, California<br><br><i>Plaintiff(s)</i><br><br>v.<br><br><br>AmerisourceBergen Drug Corporation, et al.<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:18-op-45618-DAP</td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:    3/21/2023

*s/ Corey C. McCardle*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45618-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

◻ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

◻ I returned the summons unexecuted because: _____ ; or

◻ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Mariposa, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45618 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  4/19/2023

| |
|---|
| /s/J. Burton LeBlanc, IV |
| *Signature of the attorney or unrepresented party* |
| J. Burton LeBlanc, IV |
| *Printed name* |
| Baron & Budd, P.C. |
| 3102 Oak Lawn Avenue, Suite 1100 |
| Dallas, TX 75219 |
| *Address* |
| bleblanc@baronbudd.com |
| *E-mail address* |
| (214) 521-3605 |
| *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Mariposa, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45618 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  J. Burton LeBlanc, IV
<u>*(Name of the plaintiff's attorney or unrepresented plaintiff)*</u>

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  5/12/2023

*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.

*Printed name of party waiving service of summons*

John P. Lavelle, Jr.

*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

*Address*

john.lavelle@morganlewis.com

*E-mail address*

(215) 963-4824

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | )
County of Merced, California | )
*Plaintiff(s)* | )
v. | )   Civil Action No.   1:18-op-45643-DAP
| )
| )
AmerisourceBergen Drug Corporation, et al. | )
*Defendant(s)* | )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/21/2023                                          s/ *Corey C. McCardle*
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45643-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Merced, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45643 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

|  |  |  |
|---|---|---|
| County of Merced, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45643 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Modoc, California<br>*Plaintiff(s)*<br><br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | Civil Action No.  1:18-op-45641-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  3/21/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45641-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| County of Modoc, California | ) | |
|---|---|---|
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45641 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Modoc, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45641 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Mono, California | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:18-op-45626-DAP |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45626-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Mono, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45626 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:　Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:　4/19/2023

　　　　　　　　　　　　　　　　　/s/J. Burton LeBlanc, IV
　　　　　　　　　　　　*Signature of the attorney or unrepresented party*
　　　　　　　　　　　　　　　J. Burton LeBlanc, IV
　　　　　　　　　　　　　　　　*Printed name*
　　　　　　　　　　　　　　　Baron & Budd, P.C.
　　　　　　　　　　　3102 Oak Lawn Avenue, Suite 1100
　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　　*Address*
　　　　　　　　　　　　　bleblanc@baronbudd.com
　　　　　　　　　　　　　　　*E-mail address*
　　　　　　　　　　　　　　　(214) 521-3605
　　　　　　　　　　　　　　　*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Mono, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45626 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:     5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>County of Monterey, California<br><br><i>Plaintiff(s)</i><br><br>v.<br><br><br><br>AmerisourceBergen Drug Corporation, et al.<br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:18-op-45615-DAP</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT



Date:   3/21/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45615-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

|  |  |  |
|---|---|---|
| County of Monterey, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45615 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:    Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __4/19/2023__

                                   /s/J. Burton LeBlanc, IV
                                 *Signature of the attorney or unrepresented party*
                                 J. Burton LeBlanc, IV
                                 *Printed name*
                                 Baron & Budd, P.C.
                                 3102 Oak Lawn Avenue, Suite 1100
                                 Dallas, TX 75219
                                 *Address*
                                 bleblanc@baronbudd.com
                                 *E-mail address*
                                 (214) 521-3605
                                 *Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Monterey, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45615 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| County of Nevada, California *Plaintiff(s)* v. AmerisourceBergen Drug Corporation, et al. *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-op-45628-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/21/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45628-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland was received by me on *(date)* Apr 21, 2023, 11:27 am .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Nevada, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45628 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above.
A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Nevada, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45628 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  J. Burton LeBlanc, IV
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  5/12/2023

*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.                                John P. Lavelle, Jr.
*Printed name of party waiving service of summons*                    *Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

|  |  |  |
|---|---|---|
| County of Placer, California | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:18-op-45642-DAP |
| | ) ) ) | |
| AmerisourceBergen Drug Corporation, et al. | ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_SANDY OPACICH, CLERK OF COURT_

Date:  3/21/2023

_s/ Corey C. McCardle_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45642

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid of Maryland, Inc.</u> was received by me on *(date)* <u>Apr 21,</u>
<u>2023, 11:27 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>Rite Aid of Maryland, Inc.</u> on *(date)* <u>Fri, Apr 21,</u>
<u>2023, 12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| County of Placer, California | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No.  1:18-op-45642 |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:　Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:　4/19/2023

| |
|---|
| /s/J. Burton LeBlanc, IV |
| *Signature of the attorney or unrepresented party* |
| J. Burton LeBlanc, IV |
| *Printed name* |
| Baron & Budd, P.C. |
| 3102 Oak Lawn Avenue, Suite 1100 |
| Dallas, TX 75219 |
| *Address* |
| bleblanc@baronbudd.com |
| *E-mail address* |
| (214) 521-3605 |
| *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Placer, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45642 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| County of Plumas, California<br>*Plaintiff(s)*<br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:18-op-45649-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/2023

s/ *Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45649-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Plumas, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45649 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| County of Plumas, California | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No. 1:18-op-45649 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   5/12/2023

                                          *Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.                      John P. Lavelle, Jr.
*Printed name of party waiving service of summons*        *Printed name*

                                   Morgan, Lewis & Bockius LLP
                                   1701 Market Street
                                   Philadelphia, PA 19103-2921
                                             *Address*
                                  john.lavelle@morganlewis.com
                                           *E-mail address*
                                    (215) 963-4824
                                            *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Sacramento, California | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:18-op-45608-DAP |
|  | ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45608-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Sacramento, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45608 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:    Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  __4/19/2023__

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Sacramento, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45608 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  5/12/2023

*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.                                           John P. Lavelle, Jr.
*Printed name of party waiving service of summons*                      *Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of San Diego, California | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  1:18-op-45613-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


SANDY OPACICH, CLERK OF COURT

Date:    3/21/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45613-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of San Diego, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45613 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:    Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

|  |
|---|
| /s/J. Burton LeBlanc, IV |
| *Signature of the attorney or unrepresented party* |
| J. Burton LeBlanc, IV |
| *Printed name* |
| Baron & Budd, P.C. |
| 3102 Oak Lawn Avenue, Suite 1100 |
| Dallas, TX 75219 |
| *Address* |
| bleblanc@baronbudd.com |
| *E-mail address* |
| (214) 521-3605 |
| *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| County of San Diego, California | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No. 1:18-op-45613 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | |

## WAIVER OF THE SERVICE OF SUMMONS

To: ___J. Burton LeBlanc, IV___
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date: ___5/12/2023___

*Signature of the attorney or unrepresented party*

___Rite-Aid of Maryland, Inc.___
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of San Jose, California<br><br>*Plaintiff(s)*<br><br>v.<br><br><br>AmerisourceBergen Drug Corporation, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:19-OP-45768

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/22/2023

s/ *Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45768

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid of Maryland, Inc.</u> was received by me on *(date)* <u>Apr 21,</u> <u>2023, 11:27 am</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid of Maryland, Inc.</u> on *(date)* <u>Fri, Apr 21,</u> <u>2023, 12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| City of San Jose, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:19-op-45768 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  4/19/2023

| |
|---|
| /s/J. Burton LeBlanc, IV |
| *Signature of the attorney or unrepresented party* |
| J. Burton LeBlanc, IV |
| *Printed name* |
| Baron & Budd, P.C. |
| 3102 Oak Lawn Avenue, Suite 1100 |
| Dallas, TX 75219 |
| *Address* |
| bleblanc@baronbudd.com |
| *E-mail address* |
| (214) 521-3605 |
| *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

|  |  |  |
|---|---|---|
| City of San Jose, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45768 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date: 5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Shasta, California <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation, et al. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  1:18-op-45651-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/2023

s/ *Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45651-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr,  Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

### for the
### Northern District of Ohio

| | | |
|---|---|---|
| County of Shasta, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45651 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:      Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

| | |
|---|---|
| | /s/J. Burton LeBlanc, IV |
| | *Signature of the attorney or unrepresented party* |
| | J. Burton LeBlanc, IV |
| | *Printed name* |
| | Baron & Budd, P.C. |
| | 3102 Oak Lawn Avenue, Suite 1100 |
| | Dallas, TX 75219 |
| | *Address* |
| | bleblanc@baronbudd.com |
| | *E-mail address* |
| | (214) 521-3605 |
| | *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Shasta, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45651 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | ) | |
|---|---|---|
| | ) | |
| | ) | |
| County of Sutter, California | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:18-op-45640-DAP |
| | ) | |
| | ) | |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/21/2023

s/ *Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-OP-45640-DAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| County of Sutter, California | ) |
| *Plaintiff* | )    MDL 1:17-md-02804-DAP |
| v. | )    Civil Action No.  1:18-op-45640 |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:    Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __4/19/2023__

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Sutter, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45640 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Tehama, California | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) ) ) ) ) ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:18-op-45680-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45680

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid of Maryland, Inc.</u> was received by me on *(date)* <u>Apr 21, 2023, 11:27 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>Rite Aid of Maryland, Inc.</u> on *(date)* <u>Fri, Apr 21, 2023, 12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
Server's signature

Gerard B. Carr, Process Server
_____
Printed name and title

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Tehama, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45680 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| County of Tehama, California | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No. 1:18-op-45680 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Trinity, California <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation, et al. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  1:18-op-45650-DAP <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/2023

s/ *Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45650

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Trinity, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:18-op-45650 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:    Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    4/19/2023

|  |
|---|
| /s/J. Burton LeBlanc, IV |
| *Signature of the attorney or unrepresented party* |
| J. Burton LeBlanc, IV |
| *Printed name* |
| Baron & Budd, P.C. |
| 3102 Oak Lawn Avenue, Suite 1100 |
| Dallas, TX 75219 |
| *Address* |
| bleblanc@baronbudd.com |
| *E-mail address* |
| (214) 521-3605 |
| *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Trinity, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45650 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:     5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>County of Tuolumne, California<br><i>Plaintiff(s)</i><br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:18-op-45619-DAP</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  3/21/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op45619

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid of Maryland, Inc.</u> was received by me on *(date)* <u>Apr 21, 2023, 11:27 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid of Maryland, Inc.</u> on *(date)* <u>Fri, Apr 21, 2023, 12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

### for the
### Northern District of Ohio

| | | |
|---|---|---|
| County of Tuolumne, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45619 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:    Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __4/19/2023__

| | |
|---|---|
| | /s/J. Burton LeBlanc, IV |
| | *Signature of the attorney or unrepresented party* |
| | J. Burton LeBlanc, IV |
| | *Printed name* |
| | Baron & Budd, P.C. |
| | 3102 Oak Lawn Avenue, Suite 1100 |
| | Dallas, TX 75219 |
| | *Address* |
| | bleblanc@baronbudd.com |
| | *E-mail address* |
| | (214) 521-3605 |
| | *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| County of Tuolumne, California | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No. 1:18-op-45619 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Yolo, California<br><br>*Plaintiff(s)*<br><br>v.<br><br><br><br>AmerisourceBergen Drug Corporation, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:19-op-45351

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/27/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45351

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid of Maryland, Inc.</u> was received by me on *(date)* <u>Apr 21, 2023, 11:27 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rite Aid of Maryland, Inc.</u> on *(date)* <u>Fri, Apr 21, 2023, 12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| County of Yolo, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:19-op-45351 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above.
A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

|  |  |  |
|---|---|---|
| County of Yolo, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45351 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of Yuba, California <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation, et al. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-op-45648-DAP <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/2023

s/ *Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45648

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

|  |  |  |
|---|---|---|
| County of Yuba, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45648 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __4/19/2023__

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of Yuba, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45648 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:     5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Nanticoke, Pennsylvania<br><br>*Plaintiff(s)*<br>v.<br><br><br>Purdue Pharma, LP., et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.  1:19-op-45081-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/21/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45081

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid of Maryland, Inc.</u> was received by me on *(date)* <u>Apr 21, 2023, 11:27 am.</u>

<table>
<tr><td>☐</td><td>I personally served the summons on the individual at <em>(place)</em> _____ on <em>(date)</em> _____ ; or</td></tr>
<tr><td>☐</td><td>I left the summons at the individual's residence or usual place of abode with <em>(name)</em> _____ , a person of suitable age and discretion who resides there, on <em>(date)</em> _____ , and mailed a copy to the individual's last known address; or</td></tr>
<tr><td>☒</td><td>I served the summons on <em>(name of individual)</em> <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law to accept service of process on behalf of <em>(name of organization)</em> <u>Rite Aid of Maryland, Inc.</u> on <em>(date)</em> <u>Fri, Apr 21, 2023, 12:07 pm</u> ; or</td></tr>
<tr><td>☐</td><td>I returned the summons unexecuted because: _____ ; or</td></tr>
<tr><td>☐</td><td>Other: _____ ; or</td></tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00.</u>

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| City of Nanticoke, Pennsylvania | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45081 |
| Purdue Pharma, LP., et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: ___Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com___
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ___4/19/2023___

___/s/J. Burton LeBlanc, IV___
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| City of Nanticoke, Pennsylvania | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45081 |
| | ) | |
| Purdue Pharma, LP., et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
            *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date: 5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Town of Portsmouth, Rhode Island | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:19-op-45554-DAP |
| Amerisourcebergen Drug Corporation et al | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/27/23

/s/Robert Pitts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45554

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid of Maryland, Inc.</u> was received by me on *(date)* <u>Apr 21,</u>
<u>2023, 11:27 am</u> .

☐     I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒     I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>Rite Aid of Maryland, Inc.</u> on *(date)* <u>Fri, Apr 21,</u>
<u>2023, 12:07 pm</u> ; or

☐     I returned the summons unexecuted because: _____ ; or

☐     Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Town of Portsmouth, Rhode Island | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:19-op-45554 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| Town of Portsmouth, Rhode Island | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No. 1:19-op-45554 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:     5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>Aroostook Band of Micmacs<br><i>Plaintiff(s)</i><br>v.<br><br>AmerisourceBergen Drug Corporation, et al.<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:19-op-45349-DAP</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite-Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Custome Support Center, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  _____3/21/23_____



_____/s/Robert Pitts_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45349

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid Atlantic Customer Support Center, Inc. was received by me on *(date)* Apr 21, 2023, 11:27 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manger Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid Atlantic Customer Support Center, Inc. on *(date)* Fri, Apr 21, 2023, 12:07 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/04/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 21, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Aroostook Band of Micmacs | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:19-op-45349 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   __4/19/2023__

__/s/J. Burton LeBlanc, IV__
*Signature of the attorney or unrepresented party*

__J. Burton LeBlanc, IV__
*Printed name*

__Baron & Budd, P.C.__
__3102 Oak Lawn Avenue, Suite 1100__
__Dallas, TX 75219__
*Address*

__bleblanc@baronbudd.com__
*E-mail address*

__(214) 521-3605__
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| Aroostook Band of Micmacs | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No. 1:19-op-45349 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
         *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:     5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| Aroostook Band of Micmacs | ) | |
|---|---|---|
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:19-op-45349 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| Aroostook Band of Micmacs | ) |
| *Plaintiff* | ) MDL 1:17-md-02804-DAP |
| v. | ) Civil Action No. 1:19-op-45349 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
         *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Shoshone-Bannock Tribes<br>*Plaintiff(s)*<br>v.<br><br>Purdue Pharma, LP., et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:19-op-45373-DAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RiteAid of Maryland, Inc.
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/22/2023

s/ *Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45373-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite Aid of Maryland, Inc.</u> was received by me on *(date)* <u>Apr 21,</u>
<u>2023, 11:27 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manger Rite-Aid</u> , who is designated by law
to accept service of process on behalf of *(name of organization)* <u>Rite Aid of Maryland, Inc.</u> on *(date)* <u>Fri, Apr 21,</u>
<u>2023, 12:07 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: **5/04/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 27, 2023, 12:07 pm EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manger Rite-Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| Shoshone-Bannock Tribes | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:19-op-45373 |
| Purdue Pharma, LP., et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Rite-Aid of Maryland, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

| |
|---|
| /s/J. Burton LeBlanc, IV |
| *Signature of the attorney or unrepresented party* |
| J. Burton LeBlanc, IV |
| *Printed name* |
| Baron & Budd, P.C. |
| 3102 Oak Lawn Avenue, Suite 1100 |
| Dallas, TX 75219 |
| *Address* |
| bleblanc@baronbudd.com |
| *E-mail address* |
| (214) 521-3605 |
| *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| Shoshone-Bannock Tribes | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45373 |
| | ) | |
| Purdue Pharma, LP., et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Rite-Aid of Maryland, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.