**EXHIBIT M –  RITE AID DAYVILLE DISTRIBUTION'S
AFFIDAVITS OF SERVICE**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| **Morgan County Fiscal Court** <br> *Plaintiff(s)* <br> v. <br><br> AmerisourceBergen Drug Corporation et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:19-op-45571 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rite Aid Dayville Distribution Center
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112
717-761-2633

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Peter J. Mougey
    316 S. Baylen St. STE 600
    Pensacola, FL 32502
    Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 3/27/23

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45571

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite-Aid Dayville Distribution Center was received by me on *(date)* May 2, 2023 1:59 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager, Rite-Aid, who is designated by law to accept service of process on behalf of *(name of organization)* Rite-Aid Dayville Distribution Center on *(date)* Wed, May 3, 2023 10:15 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

Server's signature

Gerard B. Carr, Process Server

*Printed name and title*

P.O. Box 15514, Philadelphia, Pennsylvania 19131

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am CDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager, Rite-Aid.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

Alamance County, North Carolina
*Plaintiff(s)*

v.

Civil Action No. 1:19-op-45615-DAP

Amerisourcebergen Drug Corporation et al
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Dayville Distribution Center
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 3/27/23

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45615

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite-Aid Dayville Distribution Center was received by me on *(date)* May 2, 2023 1:59 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager, Rite-Aid, who is designated by law to accept service of process on behalf of *(name of organization)* Rite-Aid Dayville Distribution Center on *(date)* Wed, May 3, 2023 10:15 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

Server's signature

Gerard B. Carr, Process Server

*Printed name and title*

P.O. Box 15514, Philadelphia, Pennsylvania 19131

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am CDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager, Rite-Aid .

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | ) | |
|---|---|---|
| Kingston Borough, Pennsylvania | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:19-op-45585-DAP |
| Purdue Pharma, LP., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Dayville Distribution Center
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 3/27/2023

s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45585

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite-Aid Dayville Distribution Center was received by me on *(date)* May 2, 2023 1:59 pm .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager, Rite-Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Rite-Aid Dayville Distribution Center on *(date)* Wed, May 3, 2023 10:15 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager, Rite-Aid .

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

City of Woonsocket, Rhode Island )
*Plaintiff(s)* )
v. ) Civil Action No. 1:19-op-45328-DAP
)
Amerisourcebergen Drug Corporation et al )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rite Aid Dayville Distribution Center
1200 Intrepid Avenue, 2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  3/27/23                                                                                                    /s/Robert Pitts
                                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45328

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite-Aid Dayville Distribution Center was received by me on *(date)* May 2, 2023 1:59 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager, Rite-Aid, who is designated by law to accept service of process on behalf of *(name of organization)* Rite-Aid Dayville Distribution Center on *(date)* Wed, May 3, 2023 10:15 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

*Server's signature*

Gerard B. Carr, Process Server

*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am CDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager, Rite-Aid .

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | ) | |
|---|---|---|
| Claiborne County, Tennessee | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:19-op-45658-DAP |
| Amerisourcebergen Drug Corporation et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Aid Corporation
1200 Intrepid Avenue,
2nd Floor
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 3/28/2023



s/ Corey C. McCardle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45658

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite-Aid Dayville Distribution Center was received by me on *(date)* May 2, 2023 1:59 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager, Rite-Aid, who is designated by law to accept service of process on behalf of *(name of organization)* Rite-Aid Dayville Distribution Center on *(date)* Wed, May 3, 2023 10:15 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager, Rite-Aid .