# EXHIBIT N – THRIFTY PAYLESS, INC'S
# AFFIDAVITS OF SERVICE
# AND WAIVERS OF SERVICE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| County of San Benito <br><br> *Plaintiff(s)* <br><br> v. <br><br><br> AmerisourceBergen Drug Corporation et al <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-op-45653<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Thrifty Payless, Inc
1200 Intrepid Avenue, 2nd
Floor Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:     3/22/2023                                         *s/ Corey C. McCardle*
                                                          Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45653

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thrifty Payless, Inc. was received by me on *(date)* May 2, 2023 1:59 pm .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager, Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Thrifty Payless, Inc. on *(date)* Wed, May 3, 2023 10:15 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager, Rite Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| County of San Benito, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45653 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     Thrifty Payless, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| County of San Benito, California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-45653 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:      J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date: 5/12/2023

_____
*Signature of the attorney or unrepresented party*

Thrifty Payless, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of St. Albans, VT | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:19-op-45721 |
|  | ) ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Thrifty Payless, Inc
1200 Intrepid Avenue, 2nd
Floor Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  3/24/2023

s/ Corey C. McCardle
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45721

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thrifty Payless, Inc. was received by me on *(date)* May 2, 2023 1:59 pm .

| | |
|---|---|
| ☐ | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☒ | I served the summons on *(name of individual)* Tierney Walker, General Manager, Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Thrifty Payless, Inc. on *(date)* Wed, May 3, 2023 10:15 am ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager, Rite Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| City of St. Albans, Vermont | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:19-op-45721 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Thrifty Payless, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
        *(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   4/19/2023

                                                                    /s/J. Burton LeBlanc, IV
                                                                    *Signature of the attorney or unrepresented party*
                                                                    J. Burton LeBlanc, IV
                                                                    *Printed name*
                                                                    Baron & Budd, P.C.
                                                                    3102 Oak Lawn Avenue, Suite 1100
                                                                    Dallas, TX 75219
                                                                    *Address*
                                                                    bleblanc@baronbudd.com
                                                                    *E-mail address*
                                                                    (214) 521-3605
                                                                    *Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

|  |  |  |
|---|---|---|
| City of St. Albans, Vermont | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45721 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Thrifty Payless, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| City of Danville, VA<br><br>*Plaintiff(s)*<br><br>v.<br><br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:19-op-45730<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Thrifty Payless, Inc
1200 Intrepid Avenue, 2nd
Floor Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:    3/24/2023

*s/ Corey E. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45730

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thrifty Payless, Inc. was received by me on *(date)* May 2, 2023 1:59 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager, Rite Aid , who is designated by law to accept service of process on behalf of *(name of organization)* Thrifty Payless, Inc. on *(date)* Wed, May 3, 2023 10:15 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: May 3, 2023, 10:15 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager, Rite Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| City of Danville, Virginia | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:19-op-45730 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Thrifty Payless, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __4/19/2023__

_____
/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*
J. Burton LeBlanc, IV
*Printed name*
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*
bleblanc@baronbudd.com
*E-mail address*
(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| City of Danville, Virginia | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45730 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:     5/12/2023

_____
*Signature of the attorney or unrepresented party*

Thrifty Payless, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| City of Norfolk, VA | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:19-op-45926 |
| | ) ) ) | |
| AmerisourceBergen Drug Corporation et al | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Thrifty Payless, Inc
1200 Intrepid Avenue, 2nd
Floor Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/24/2023

s/ *Corey E. McCardle*

Signature of Clerk or Deputy Clerk

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| City of Norfolk, Virginia | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No.  1:19-op-45926 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Thrifty Payless, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| City of Norfolk, Virginia | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45926 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023

_____
*Signature of the attorney or unrepresented party*

John P. Lavelle, Jr.
*Printed name*

Thrifty Payless, Inc.
*Printed name of party waiving service of summons*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| City of Richmond, VA | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:19-op-45546 |
| AmerisourceBergen Drug Corporation et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Thrifty Payless, Inc
1200 Intrepid Avenue, 2nd
Floor Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     3/24/2023

*s/ Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45546

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Thrifty Payless, Inc.</u> was received by me on *(date)* <u>May 2, 2023</u>
<u>1:59 pm</u> .

<table>
<tr>
<td>☐</td>
<td>I personally served the summons on the individual at <i>(place)</i> _____ on <i>(date)</i> _____ ; or</td>
</tr>
<tr>
<td>☐</td>
<td>I left the summons at the individual's residence or usual place of abode with <i>(name)</i> _____ , a person of suitable age and discretion who resides there, on <i>(date)</i> _____ , and mailed a copy to the individual's last known address; or</td>
</tr>
<tr>
<td>☒</td>
<td>I served the summons on <i>(name of individual)</i> <u>Tierney Walker, General Manager, Rite Aid</u> , who is designated by law to accept service of process on behalf of <i>(name of organization)</i> <u>Thrifty Payless, Inc.</u> on <i>(date)</i> <u>Wed, May 3, 2023 10:15 am</u> ; or</td>
</tr>
<tr>
<td>☐</td>
<td>I returned the summons unexecuted because: _____ ; or</td>
</tr>
<tr>
<td>☐</td>
<td>Other: _____ ; or</td>
</tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager, Rite Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| City of Richmond, Virginia | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45546 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Thrifty Payless, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 4/19/2023

| | |
|---|---|
| | /s/J. Burton LeBlanc, IV |
| | *Signature of the attorney or unrepresented party* |
| | J. Burton LeBlanc, IV |
| | *Printed name* |
| | Baron & Budd, P.C. |
| | 3102 Oak Lawn Avenue, Suite 1100 |
| | Dallas, TX 75219 |
| | *Address* |
| | bleblanc@baronbudd.com |
| | *E-mail address* |
| | (214) 521-3605 |
| | *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | |
|---|---|
| City of Richmond, Virginia | ) |
| *Plaintiff* | )    MDL 1:17-md-02804-DAP |
| v. | )    Civil Action No. 1:19-op-45546 |
| | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023

                     *Signature of the attorney or unrepresented party*

Thrifty Payless, Inc.
*Printed name of party waiving service of summons*

                     John P. Lavelle, Jr.
                     *Printed name*

                   Morgan, Lewis & Bockius LLP
                     1701 Market Street
                     Philadelphia, PA 19103-2921
                     *Address*

                   john.lavelle@morganlewis.com
                     *E-mail address*

                     (215) 963-4824
                     *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Ohio

|  |  |
|---|---|
| Scott County Board of Supervisors ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 1:18-op-46074 |
| ) | |
| AmerisourceBergen Drug Corporation et al ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Thrifty Payless, Inc
1200 Intrepid Avenue, 2nd
Floor Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*



Date:    3/22/2023                                      *s/ Corey E. McCardle*
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46074

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thrifty Payless, Inc. was received by me on *(date)* May 2, 2023
1:59 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierney Walker, General Manager, Rite Aid , who is designated by
law to accept service of process on behalf of *(name of organization)* Thrifty Payless, Inc. on *(date)* Wed, May 3,
2023 10:15 am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager, Rite Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| Scott County Board of Supervisors | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-46074 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Thrifty Payless, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __4/19/2023__

/s/J. Burton LeBlanc, IV

*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV

*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

*Address*

bleblanc@baronbudd.com

*E-mail address*

(214) 521-3605

*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| Scott County Board of Supervisors | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-46074 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Thrifty Payless, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Virginia Beach, et al<br><br>*Plaintiff(s)*<br><br>v.<br><br><br>AmerisourceBergen Drug Corporation et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:18-op-46137

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Thrifty Payless, Inc
1200 Intrepid Avenue, 2nd
Floor Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:   3/22/2023

*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-46137

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Thrifty Payless, Inc.</u> was received by me on *(date)* <u>May 2, 2023</u> <u>1:59 pm</u> .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager, Rite Aid</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Thrifty Payless, Inc.</u> on *(date)* <u>Wed, May 3,</u> <u>2023 10:15 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager, Rite Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| City of Virginia Beach, et al. | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-46137 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Thrifty Payless, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __4/19/2023__

| |
|---|
| /s/J. Burton LeBlanc, IV |
| *Signature of the attorney or unrepresented party* |
| J. Burton LeBlanc, IV |
| *Printed name* |
| Baron & Budd, P.C. |
| 3102 Oak Lawn Avenue, Suite 1100 |
| Dallas, TX 75219 |
| *Address* |
| bleblanc@baronbudd.com |
| *E-mail address* |
| (214) 521-3605 |
| *Telephone number* |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| City of Virginia Beach, et al. | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:18-op-46137 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:      J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:      5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Thrifty Payless, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Ohio

| | |
|---|---|
| Wise County Board of Supervisors <br><br> *Plaintiff(s)* <br><br> v. <br><br><br> AmerisourceBergen Drug Corporation et al <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:19-op-45907 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Thrifty Payless, Inc
1200 Intrepid Avenue, 2nd
Floor Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Peter J. Mougey
         316 S. Baylen St. STE 600
         Pensacola, FL 32502
         Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SANDY OPACICH, CLERK OF COURT*

Date:   3/24/2023

                                *s/ Corey C. McCardle*
                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45907

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Thrifty Payless, Inc.</u> was received by me on *(date)* <u>May 2, 2023</u>
<u>1:59 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager, Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Thrifty Payless, Inc.</u> on *(date)* <u>Wed, May 3,</u>
<u>2023 10:15 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager, Rite Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Wise County Board of Supervisors | ) |
| *Plaintiff* | ) |
| v. | ) |
| AmerisourceBergen Drug Corporation, et al. | ) |
| *Defendant* | ) |

MDL 1:17-md-02804-DAP
Civil Action No. 1:19-op-45907

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Thrifty Payless, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  4/19/2023

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*
J. Burton LeBlanc, IV
*Printed name*
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*
bleblanc@baronbudd.com
*E-mail address*
(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| Wise County Board of Supervisors | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45907 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To: ___J. Burton LeBlanc, IV___
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date: ___5/12/2023___

_____
*Signature of the attorney or unrepresented party*

___Thrifty Payless, Inc.___           John P. Lavelle, Jr.
*Printed name of party waiving service of summons*         *Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Lytton Band of Pomo Indians <br><br> *Plaintiff(s)* <br><br> v. <br><br> AmerisourceBergen Drug Corporation et al <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 1:19-op-45580

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Thrifty Payless, Inc
1200 Intrepid Avenue, 2nd
Floor Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT



Date:  3/22/2023

s/ Corey C. McCardle

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45580

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Thrifty Payless, Inc.</u> was received by me on *(date)* <u>May 2, 2023</u>
<u>1:59 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tierney Walker, General Manager, Rite Aid</u> , who is designated by
law to accept service of process on behalf of *(name of organization)* <u>Thrifty Payless, Inc.</u> on *(date)* <u>Wed, May 3,</u>
<u>2023 10:15 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date:  **5/10/2023**

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney
Walker, General Manager, Rite Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | | |
|---|---|---|
| Lytton Band of Pomo Indians | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45580 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Thrifty Payless, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within  **30**  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  4/19/2023

/s/J. Burton LeBlanc, IV

*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV

*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

*Address*

bleblanc@baronbudd.com

*E-mail address*

(214) 521-3605

*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio
In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| Lytton Band of Pomo Indians | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45580 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     J. Burton LeBlanc, IV
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   5/12/2023
_____

_____
*Signature of the attorney or unrepresented party*

Thrifty Payless, Inc.
_____
*Printed name of party waiving service of summons*

John P. Lavelle, Jr.
_____
*Printed name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
_____
*Address*

john.lavelle@morganlewis.com
_____
*E-mail address*

(215) 963-4824
_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| Tule River Indian Tribe of California | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )  Civil Action No. 1:19-op-45579 |
|  | ) ) |
| AmerisourceBergen Drug Corporation et al | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Thrifty Payless, Inc
1200 Intrepid Avenue, 2nd
Floor Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter J. Mougey
316 S. Baylen St. STE 600
Pensacola, FL 32502
Email: pmougey@levinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  3/24/2023



*s/ Corey C. McCardle*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45579

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Thrifty Payless, Inc.</u> was received by me on *(date)* <u>May 2, 2023</u> <u>1:59 pm</u> .

<table>
<tr><td>[ ]</td><td>I personally served the summons on the individual at <i>(place)</i> _____ on <i>(date)</i> _____ ; or</td></tr>
<tr><td>[ ]</td><td>I left the summons at the individual's residence or usual place of abode with <i>(name)</i> _____ , a person of suitable age and discretion who resides there, on <i>(date)</i> _____ , and mailed a copy to the individual's last known address; or</td></tr>
<tr><td>[X]</td><td>I served the summons on <i>(name of individual)</i> Tierney Walker, General Manager, Rite Aid , who is designated by law to accept service of process on behalf of <i>(name of organization)</i> <u>Thrifty Payless, Inc.</u> on <i>(date)</i> <u>Wed, May 3, 2023 10:15 am</u> ; or</td></tr>
<tr><td>[ ]</td><td>I returned the summons unexecuted because: _____ ; or</td></tr>
<tr><td>[ ]</td><td>Other: _____ ; or</td></tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date:  5/10/2023

_____
*Server's signature*

Gerard B. Carr, Process Server
_____
*Printed name and title*

P.O. Box 15514 , Philadelphia, Pennsylvania 19131
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 10:15 am EDT at 1200 Intrepid Ave 2nd Floor, Philadelphia, PA 19112 received by Tierney Walker, General Manager, Rite Aid.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Tule River Indian Tribe of California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45579 |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | ) | |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Thrifty Payless, Inc. c/o John P. Lavelle, Jr. at RiteAid-OpioidLitigation@morganlewis.com
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __4/19/2023__

/s/J. Burton LeBlanc, IV
*Signature of the attorney or unrepresented party*

J. Burton LeBlanc, IV
*Printed name*

Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Address*

bleblanc@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

In re: National Prescription Opiate Litigation

| | | |
|---|---|---|
| Tule River Indian Tribe of California | ) | |
| *Plaintiff* | ) | MDL 1:17-md-02804-DAP |
| v. | ) | Civil Action No. 1:19-op-45579 |
| | ) | |
| AmerisourceBergen Drug Corporation, et al. | ) | |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    J. Burton LeBlanc, IV
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    5/12/2023

*Signature of the attorney or unrepresented party*

John P. Lavelle, Jr.
*Printed name*

Thrifty Payless, Inc.
*Printed name of party waiving service of summons*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Address*

john.lavelle@morganlewis.com
*E-mail address*

(215) 963-4824
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.