# EXHIBIT O – PD-RX PHARMACEUTICALS, INC'S AFFIDAVITS OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Northern District of Ohio

| | ) | |
|---|---|---|
| City of Niceville, Florida | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:21-op-45081-DAP |
| | ) | |
| AmerisourceBergen Drug Corporation, et. al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PD-RX Pharmaceuticals, Inc.
Clell I. Cunningham, III
1004 NW 139th St. Pkwy.
Edmond, OK 73013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    3/27/23

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-op-45081-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pd-Rx Pharmaceuticals, Inc. was received by me on *(date)* May 1, 2023 12:07 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CHARESE WESTBROOKS, OFFICE MANAGER, who is designated by law to accept service of process on behalf of *(name of organization)* Pd-Rx Pharmaceuticals, Inc. on *(date)* Wed, May 03 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/12/23

Server's signature

Cindy Grammer (PSS-21-02)

*Printed name and title*

711 Manvel Ave., Chandler, OK 74834

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 4:00 pm CDT at CLELL I. CUNNINGHAM III, 1004 NW 139th Street Pkwy, Edmond, OK 73013 received by CHARESE WESTBROOKS, OFFICE MANAGER.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

|  |  |
|---|---|
| Durham County, North Carolina <br> *Plaintiff(s)* <br> v. <br> Amerisourcebergen Drug Corporation et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:19-op-45346-DAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PD-Rx Pharmaceuticals, Inc.
CLELL I. CUNNINGHAM  III
1004 NW 139th Street Parkway
Edmond, OK 73013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Burton LeBlanc, IV
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Email: bleblanc@baronbudd.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 3/27/2023

s/ *Corey C. McCardle*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-op-45346

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pd-Rx Pharmaceuticals, Inc. was received by me on *(date)* May 1, 2023, 12:07 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CHARESE WESTBROOKS, OFFICE MANAGER, who is designated by law to accept service of process on behalf of *(name of organization)* Pd-Rx Pharmaceuticals, Inc. on *(date)* Wed, May 03 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 5/12/23

_____
*Server's signature*

Cindy Grammer, (PSS-21-02)

*Printed name and title*

711 Manvel Ave., Chandler, OK 74834

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 3, 2023, 4:00 pm CDT at CLELL I. CUNNINGHAM III, 1004 NW 139th Street Pkwy, Edmond, OK 73013 received by CHARESE WESTBROOKS, OFFICE MANAGER.