# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | * | MDL No. 2804 |
| OPIATE LITIGATION | * | Case No. 1:17-md-02804 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | Judge Dan Aaron Polster |
| *All Cases* | * | |

* * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

Comes now J. Sedwick Sollers and hereby respectfully moves this Court to allow him to withdraw his appearance as counsel of record for Defendant Michael Babich (Babich) in the above-captioned matter. Babich will continue to be represented by Russell Piccoli and Zachary W. Rosenberg of Lang & Klain.

Dated May 23, 2023

Respectfully submitted

*/s/ J. Sedwick Sollers*
J. Sedwick Sollers

*/s/ Zachary W. Rosenberg*
Zachary W. Rosenberg
Lang & Klain
6730 N. Scottsdale Rd. Suite 101
Tel: (480) 534-4880
zrosenberg@lang-klain.com