**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: LIPITOR ANTITRUST LITIGATION** | **MDL No. 2332** |
| This Document Relates to:<br><br>ALL END-PAYOR CLASS ACTIONS | **Master Docket No. 3:12-cv-2389 (PGS/DEA)** |

**NOTICE OF APPEARANCE**

Please take note that Glenn Mintzer of the Dugan Law Firm, APLC hereby enters his appearance on behalf of Louisiana Health Services Indemnity Company, et al in the above-captioned matter.

Date: May 24, 2023

/s) Glenn Mintzer
Glenn Mintzer (La. 24170)
**THE DUGAN LAW FIRM, APLC**
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
Email: gmintzer@dugan-lawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and served upon all CM/ECF participants therein.

/s/Glenn Mintzer
Glenn Mintzer