# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) This document relates to: ) ) *All Cases Noted on Attached Exhibit A* ) | **MDL 2804** **Case No. 1:17-md-2804-DAP** **Judge Dan Aaron Polster** |

## NOTICE OF FILING

COME NOW PLAINTIFFS by counsel in accordance with the *Order Regarding Service of Process* entered April 6, 2023. [Docket No. 4986], and file this Notice of Filing for affidavits and waivers of service. Attached as Exhibit A is a list of applicable cases to which this Notice applies. The executed affidavits of service and or waivers of service for the following Defendants are also attached as exhibits to this Notice and include: Amneal Pharmaceuticals, Inc (Exhibit B). Associated Pharmacies, Inc. (Exhibit C); Hikma Pharmaceuticals USA Inc. (Exhibit D); Mylan Pharmaceuticals Inc. (Exhibit E); Sandoz Inc. (Exhibit F).

.

Dated: May 25, 2023

Respectfully submitted,

/s/ Steven J. Skikos
Steven J. Skikos
Adriana Desmond
**Skikos, Crawford, Skikos & Joseph, LLP**
One Sansome Street, Suite 2830
San Francisco, CA  94104
Tel. (415) 546-7300
Fax: (415) 546-7301
sskikos@skikos.com
adesmond@skikos.com

*Plaintiffs Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

DATED: May 23, 2023

                                                */s/ Steven J. Skikos*
                                                  Steven J. Skikos