EXHIBIT A

| CALIFORNIA | |
|---|---|
| City of Huntington Beach, CA  v. Purdue Pharma, L.P., et al. | Case No.: 1:18-op-45588-DAP |

| COLORADO | |
|---|---|
| County of Huerfano v. Purdue Pharma, L.P., et al. | Case No.:  1:18-op-45168-DAP |
| Crowley County v. Purdue Pharma, L.P., et al. | Case No.: 1:-19-op-45255-DAP |

| KANSAS | |
|---|---|
| County of Harvey v. Purdue Pharma, L.P., et al. | Case No.:  1:18-op-45848-DAP |
| County of Reno v. Purdue Pharma, L.P., et al. | Case No.:  1:18-op-45718-DAP |
| The Board of County Commissioners for Allen County, et al. v. Purdue Pharma, L.P., et al. | Case No.:  1-20-op-45151-DAP |
| The City of Ekhart, Morton County, Kansas v. Purdue Pharma, L.P., et al. | Case No.:  1-19-op-45380-DAP |
| The City of Manter, Stanton County, Kansas v. Purdue Pharma L.P., et al. | Case No.:  1:19-op-45389-DAP |
| The City of Sedalia, Pettis County, Missouri v. Purdue Pharma L.P., et al. | Case No.:  1:20-op-45152-DAP |
| The City of Ulysses, Gant County, Kansas v. Purdue Pharma, et al. | Case No.: 1:19-op-45392-DAP |
| The Board of County Commissioners for Elk County, Kansas, et al. v. Purdue Pharma L.P., et al. | Case No.:  1:19-op-45382-DAP |
| The Board of County Commissioners for Grant County, Kansas, et al. v. Purdue Pharma L.P., et al. | Case No.: 1:19-op-45394-DAP |
| The Board of County Commissioners for Greenwood County, Kansas, et. al. | Case No.:  1:19-op-45384-DAP |
| The Board of County Commissioners for Meade County, Kansas, et al. | Case No.: 1:19-op-45390-DAP |

| MISSOURI | |
|---|---|
| City of Sedalia, Pettis County, Missouri v. Purdue Pharma, L.P., et al. | Case No.:  1:20-op-45152-DAP |
| City of Harrisonville, Cass County, Missouri v. Purdue Pharma L.P., et al. | Case No.:  1:19-op-45369-DAP |
| Howell County Missouri v. Purdue Pharma L.P., et al. | Case No.:  1:19-op-45368-DAP |
| Johnson County, Missouri v. Purdue Pharma L.P., et al. | Case No.: 1:19-op-45363-DAP |

| NEBRASKA | |
|---|---|
| Lincoln County v. Purdue Pharma, L.P., et al. | Case No.:  1-19-op-45099-DAP |

| WYOMING | |
|---|---|
| County of Carbon v. Purdue Pharma, L.P., et al. | Case No.:  1:18-op-45625-DAP |
| City of Cheyenne, WY v. Purdue Pharma, L.P., et al. | Case No.:  1:19-op-45280-DAP |
| City of Rock Springs, WY v. Purdue Pharma, L.P., et al. | Case No.:  1-18-op-45265- DAP |
| City of Casper v. Purdue Pharma, L.P., et al. | Case No.: 1:19-op-45079-DAP |