**EXHIBIT B – AMNEAL PHARMACEUTICALS, INC.**
**AFFIDAVITS OF SERVICE**
**AND WAIVERS OF SERVICE**

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

THE BOARD OF COUNTY COMMISSIONERS FOR ALLEN
COUNTY, KANSAS AND JERRY HATHAWAY, ALLEN
COUNTY ATTORNEY
_____
*Plaintiff*

v.

Purdue Pharma L.P., et al.
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.   1:17-md-02804-DAP

Case No.            1:20-op-45151-DAP

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
_____
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/24/2023
        _____

Amneal Pharmaceuticals, Inc.
_____
*Printed name of party waiving service of summons*

/s/Paul J. Cosgrove
_____
*Signature of the attorney or unrepresented party*

Paul Cosgrove
_____
*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
_____
*Address*

pcosgrove@ulmer.com
_____
*E-mail address*

(513) 698-5000
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS FOR ALLEN COUNTY, KANSAS AND JERRY HATHAWAY, ALLEN COUNTY ATTORNEY | ) |
| *Plaintiff* | ) |
| v. | ) |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) |

Civil Action No.   1:17-md-02804-DAP

Case No.            1:20-op-45151-DAP

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    5/24/2023

Amneal Pharmaceuticals LLC
*Printed name of party waiving service of summons*

/s/Paul J. Cosgrove
*Signature of the attorney or unrepresented party*

Paul Cosgrove
*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| County of Carbon | ) |
| *Plaintiff* | ) |
| v. | ) |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) |

Civil Action No.   1:17-md-02804-DAP

Case No.         1:18-op-45625-DAP

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/24/2023

|  |  |
|---|---|
| | /s/Paul J. Cosgrove |
| | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals LLC | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Ulmer Berne |
| | 312 Walnut Street, Suite 1400 |
| | Cincinnati, Ohio 45202 |
| | *Address* |
| | pcosgrove@ulmer.com |
| | *E-mail address* |
| | (513) 698-5000 |
| | *Telephone number* |

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Cheyenne, WY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) Case No.  1:19-op-45280-DAP |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford
　　　*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:　5/25/2023

| | |
|---|---|
| | /s/Paul J. Cosgrove |
| | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals LLC | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Ulmer Berne |
| | 312 Walnut Street, Suite 1400 |
| | Cincinnati, Ohio 45202 |
| | *Address* |
| | pcosgrove@ulmer.com |
| | *E-mail address* |
| | (513) 698-5000 |
| | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| The City of Elkhart, Morton County, Kansas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) | Case No.  1:19-op-45380-DAP |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford
_____
(*Name of the plaintiff's attorney or unrepresented plaintiff*)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  5/24/2023

|  | /s/Paul J. Cosgrove |
|---|---|
|  | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals, Inc. | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
|  | Ulmer Berne |
|  | 312 Walnut Street, Suite 1400 |
|  | Cincinnati, Ohio 45202 |
|  | *Address* |
|  | pcosgrove@ulmer.com |
|  | *E-mail address* |
|  | (513) 698-5000 |
|  | *Telephone number* |

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| The City of Elkhart, Morton County, Kansas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) | Case No.         1:19-op-45380-DAP |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    5/24/2023

|  |  |
|---|---|
|  | /s/Paul J. Cosgrove |
|  | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals LLC | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
|  | Ulmer Berne |
|  | 312 Walnut Street, Suite 1400 |
|  | Cincinnati, Ohio 45202 |
|  | *Address* |
|  | pcosgrove@ulmer.com |
|  | *E-mail address* |
|  | (513) 698-5000 |
|  | *Telephone number* |

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Harrisonville, Cass County, Missouri | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | )    Case No.       1:19-op-45369-DAP |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    5/24/2023

                             /s/Paul J. Cosgrove
                           *Signature of the attorney or unrepresented party*

       Amneal Pharmaceuticals, Inc.                              Paul Cosgrove
*Printed name of party waiving service of summons*                    *Printed name*

                             Ulmer Berne
                     312 Walnut Street, Suite 1400
                       Cincinnati, Ohio 45202
                                 *Address*

                            pcosgrove@ulmer.com
                                 *E-mail address*

                              (513) 698-5000
                                 *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| City of Harrisonville, Cass County, Missouri | ) |
| *Plaintiff* | ) |
| v. | ) |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) |

Civil Action No.   1:17-md-02804-DAP

Case No.   1:19-op-45369-DAP

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/24/2023

/s/Paul J. Cosgrove

*Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals LLC

*Printed name of party waiving service of summons*

Paul Cosgrove

*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202

*Address*

pcosgrove@ulmer.com

*E-mail address*

(513) 698-5000

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| The City of Manter, Stanton County, Kansas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) | Case No.             1:19-op-45389-DAP |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
         *(Name of the plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     5/24/2023                                                                        /s/Paul J. Cosgrove
                                                                                      *Signature of the attorney or unrepresented party*

            Amneal Pharmaceuticals, Inc.                                             Paul Cosgrove
*Printed name of party waiving service of summons*                                 *Printed name*

                                                                                      Ulmer Berne
                                                                              312 Walnut Street, Suite 1400
                                                                                Cincinnati, Ohio 45202
                                                                                         *Address*

                                                                                  pcosgrove@ulmer.com
                                                                                      *E-mail address*

                                                                                     (513) 698-5000
                                                                                    *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| The City of Manter, Stanton County, Kansas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) | Case No.        1:19-op-45389-DAP |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/24/2023

| | |
|---|---|
| | /s/Paul J. Cosgrove |
| | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals LLC | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Ulmer Berne |
| | 312 Walnut Street, Suite 1400 |
| | Cincinnati, Ohio 45202 |
| | *Address* |
| | pcosgrove@ulmer.com |
| | *E-mail address* |
| | (513) 698-5000 |
| | *Telephone number* |

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| City of Rock Springs, WY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) | Case No.          1:18-op-45265-DAP |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      5/24/2023                                                    /s/Paul J. Cosgrove
                                                            *Signature of the attorney or unrepresented party*

      Amneal Pharmaceuticals LLC                                   Paul Cosgrove
*Printed name of party waiving service of summons*                  *Printed name*

                                                                  Ulmer Berne
                                                         312 Walnut Street, Suite 1400
                                                            Cincinnati, Ohio 45202
                                                                    *Address*

                                                              pcosgrove@ulmer.com
                                                                 *E-mail address*

                                                                 (513) 698-5000
                                                               *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| The City of Sedalia, Pettis County, Missouri | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) Case No.   1:20-op-45152-DAP |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/24/2023

*Printed name of party waiving service of summons:* Amneal Pharmaceuticals Inc.

/s/Paul J. Cosgvoe
*Signature of the attorney or unrepresented party*

Paul Cosgrove
*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| The City of Sedalia, Pettis County, Missouri | )<br>) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.   1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | )  Case No.          1:20-op-45152-DAP |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
　　　*(Name of the plaintiff's attorney or unrepresented plaintiff)*

　　　I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

　　　I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

　　　I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:　　5/24/2023　　　

/s/Paul J. Cosgvoe
*Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals LLC
*Printed name of party waiving service of summons*

Paul Cosgrove
*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

　　　Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

　　　"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

　　　If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

　　　If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| The City of Ulysses, Grant County, Kansas | ) |
| *Plaintiff* | ) |
| v. | ) |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) |

Civil Action No.   1:17-md-02804-DAP

Case No.           1:19-op-45392-DAP

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford

   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     5/24/2023

Amneal Pharmaceuticals, Inc.
*Printed name of party waiving service of summons*

/s/Paul J. Cosgrove
*Signature of the attorney or unrepresented party*

Paul Cosgrove
*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| The City of Ulysses, Grant County, Kansas | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) Case No.  1:19-op-45392-DAP |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  5/24/2023

| | |
|---|---|
| | /s/Paul J. Cosgrove |
| | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals LLC | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Ulmer Berne |
| | 312 Walnut Street, Suite 1400 |
| | Cincinnati, Ohio 45202 |
| | *Address* |
| | pcosgrove@ulmer.com |
| | *E-mail address* |
| | (513) 698-5000 |
| | *Telephone number* |

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS FOR ELK COUNTY, KANSAS, ET. AL. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) Case No. 1:19-op-45382-DAP |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/24/2023

| | |
|---|---|
| | /s/Paul J. Cosgrove |
| | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals, Inc. | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Ulmer Berne |
| | 312 Walnut Street, Suite 1400 |
| | Cincinnati, Ohio 45202 |
| | *Address* |
| | pcosgrove@ulmer.com |
| | *E-mail address* |
| | (513) 698-5000 |
| | *Telephone number* |

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS FOR GRANT COUNTY, KANSAS, ET. AL. | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Purdue Pharma L.P., et al. | ) |
| _Defendant_ | ) |

Civil Action No.  1:17-md-02804-DAP

Case No.  1:19-op-45394-DAP

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford
  _(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  5/24/2023

_____
Amneal Pharmaceuticals, Inc.
_Printed name of party waiving service of summons_

/s/Paul J. Cosgrove
_Signature of the attorney or unrepresented party_

Paul Cosgrove
_Printed name_

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
_Address_

pcosgrove@ulmer.com
_E-mail address_

(513) 698-5000
_Telephone number_

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS FOR GRANT COUNTY, KANSAS, ET. AL. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) Case No. 1:19-op-45394-DAP |

## WAIVER OF THE SERVICE OF SUMMONS

To: Mark G. Crawford

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 5/24/2023

| | |
|---|---|
| | /s/Paul J. Cosgrove |
| | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals LLC | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Ulmer Berne |
| | 312 Walnut Street, Suite 1400 |
| | Cincinnati, Ohio 45202 |
| | *Address* |
| | pcosgrove@ulmer.com |
| | *E-mail address* |
| | (513) 698-5000 |
| | *Telephone number* |

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS FOR GREENWOOD COUNTY, KANSAS, ET. AL. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) Case No. 1:19-op-45384-DAP |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  5/24/2023                                      /s/Paul J. Cosgrove
                                             *Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals, Inc.                         Paul Cosgrove
*Printed name of party waiving service of summons*          *Printed name*

                                             Ulmer Berne
                                             312 Walnut Street, Suite 1400
                                             Cincinnati, Ohio 45202
                                             *Address*

                                             pcosgrove@ulmer.com
                                             *E-mail address*

                                             (513) 698-5000
                                             *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS FOR GREENWOOD COUNTY, KANSAS, ET. AL. | )<br>) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) Case No. 1:19-op-45384-DAP |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Mark G. Crawford

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 5/24/2023

/s/Paul J. Cosgrove

*Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals LLC

*Printed name of party waiving service of summons*

Paul Cosgrove

*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202

*Address*

pcosgrove@ulmer.com

*E-mail address*

(513) 698-5000

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Ohio

| | |
|---|---|
| Howell County, Missouri | ) |
| *Plaintiff* | ) |
| v. | ) |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) |

Civil Action No.   1:17-md-02804-DAP

Case No.   1:19-op-45368-DAP

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/24/2023

_____
Amneal Pharmaceuticals, Inc.
*Printed name of party waiving service of summons*

/s/Paul J. Cosgrove
*Signature of the attorney or unrepresented party*

Paul Cosgrove
*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Howell County, Missouri | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | )    Case No.        1:19-op-45368-DAP |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford

       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

      I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

      I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

      I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     5/24/2023

                                         /s/Paul J. Cosgrove

                             *Signature of the attorney or unrepresented party*

        Amneal Pharmaceuticals LLC                          Paul Cosgrove

*Printed name of party waiving service of summons*                    *Printed name*

                                         Ulmer Berne

                            312 Walnut Street, Suite 1400

                             Cincinnati, Ohio 45202

                                           *Address*

                                 pcosgrove@ulmer.com

                                    *E-mail address*

                                   (513) 698-5000

                                 *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

      Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

      "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

      If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

      If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Johnson County, Missouri | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) Case No.  1:19-op-45363-DAP |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford

  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  5/24/2023

| | |
|---|---|
| | /s/Paul J. Cosgrove |
| | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals LLC | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Ulmer Berne |
| | 312 Walnut Street, Suite 1400 |
| | Cincinnati, Ohio 45202 |
| | *Address* |
| | pcosgrove@ulmer.com |
| | *E-mail address* |
| | (513) 698-5000 |
| | *Telephone number* |

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Johnson County, Missouri | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) Case No.          1:19-op-45363-DAP |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/24/2023

|  |  |
|---|---|
|  | /s/Paul J. Cosgrove |
|  | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals, Inc. | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
|  | Ulmer Berne |
|  | 312 Walnut Street, Suite 1400 |
|  | Cincinnati, Ohio 45202 |
|  | *Address* |
|  | pcosgrove@ulmer.com |
|  | *E-mail address* |
|  | (513) 698-5000 |
|  | *Telephone number* |

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS FOR MEADE COUNTY, KANSAS, ET. AL. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) Case No.          1:19-op-45390-DAP |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      5/24/2023

/s/Paul J. Cosgrove

*Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals, Inc.

*Printed name of party waiving service of summons*

Paul Cosgrove

*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202

*Address*

pcosgrove@ulmer.com

*E-mail address*

(513) 698-5000

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS FOR MEADE COUNTY, KANSAS, ET. AL. | )
*Plaintiff* | ) |
| v. | ) |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) |

Civil Action No.   1:17-md-02804-DAP

Case No.   1:19-op-45390-DAP

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/24/2023

Amneal Pharmaceuticals LLC
*Printed name of party waiving service of summons*

/s/Paul J. Cosgrove
*Signature of the attorney or unrepresented party*

Paul Cosgrove
*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS FOR MORTON COUNTY, KANSAS, ET. AL. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:17-md-02804-DAP

Case No.  1:19-op-45393-DAP

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford
　　　 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

　　　 I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

　　　 I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

　　　 I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　　 I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  _____5/24/2023_____

Amneal Pharmaceuticals, Inc.
*Printed name of party waiving service of summons*

/s/Paul J. Cosgrove
*Signature of the attorney or unrepresented party*

Paul Cosgrove
*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

　　　 Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

　　　 "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

　　　 If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

　　　 If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS FOR MORTON COUNTY, KANSAS, ET. AL. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) Case No. 1:19-op-45393-DAP |

## WAIVER OF THE SERVICE OF SUMMONS

To: Mark G. Crawford
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 5/24/2023

|  |  |
|---|---|
|  | /s/Paul J. Cosgrove |
|  | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals LLC | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
|  | Ulmer Berne |
|  | 312 Walnut Street, Suite 1400 |
|  | Cincinnati, Ohio 45202 |
|  | *Address* |
|  | pcosgrove@ulmer.com |
|  | *E-mail address* |
|  | (513) 698-5000 |
|  | *Telephone number* |

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| County of Reno | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:17-md-02804-DAP |
| Purdue Pharma L.P., et al. | ) | Case No.        1:18-op-45718-DAP |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:        5/24/2023

| | |
|---|---|
| | /s/Paul J. Cosgrove |
| | *Signature of the attorney or unrepresented party* |
| Amneal Pharmaceuticals LLC | Paul Cosgrove |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Ulmer Berne |
| | 312 Walnut Street, Suite 1400 |
| | Cincinnati, Ohio 45202 |
| | *Address* |
| | pcosgrove@ulmer.com |
| | *E-mail address* |
| | (513) 698-5000 |
| | *Telephone number* |

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS FOR STANTON COUNTY, KANSAS, ET. AL. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:17-md-02804-DAP

Case No.  1:19-op-45388-DAP

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark G. Crawford

(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  5/24/2023

/s/Paul J. Cosgrove

*Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals Inc.

*Printed name of party waiving service of summons*

Paul Cosgrove

*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202

*Address*

pcosgrove@ulmer.com

*E-mail address*

(513) 698-5000

*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

<table>
<tr><td>THE BOARD OF COUNTY COMMISSIONERS FOR<br>STANTON COUNTY, KANSAS, ET. AL.<br><i>Plaintiff</i></td><td>)<br>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.  1:17-md-02804-DAP</td></tr>
<tr><td>Purdue Pharma L.P., et al.<br><i>Defendant</i></td><td>)<br>)</td><td>Case No.       1:19-op-45388-DAP</td></tr>
</table>

## WAIVER OF THE SERVICE OF SUMMONS

To:   Mark G. Crawford
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/24/2023

Amneal Pharmaceuticals LLC
*Printed name of party waiving service of summons*

/s/Paul J. Cosgrove
*Signature of the attorney or unrepresented party*

Paul Cosgrove
*Printed name*

Ulmer Berne
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
*Address*

pcosgrove@ulmer.com
*E-mail address*

(513) 698-5000
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.