## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                            **Case No. 1:17-MD-2804**

### THIS DOCUMENT APPLIES TO:

**CITY OF HUNTINGTON, et al.**

      **Plaintiffs,**

                                           Case No.: 1:18-op-45984

**CLENDENIN PHARMACY, INC., et al.**

      **Defendants, et al.**

**CITY OF HUNTINGTON, et al.**

      **Plaintiffs,**

                                           Case No.: 1:18-op-45984

**"THE" PHARMACY, INC., et al.**

      **Defendants, et al.**

---

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CLENDENIN PHARMACY, INC. AND "THE" PHARMACY, INC.

Plaintiffs[1] and Defendants Clendenin Pharmacy, Inc., and "The" Pharmacy, Inc. by and through their respective counsel, herein inform the Court that all claims between Plaintiffs and Clendenin Pharmacy, Inc. and "The" Pharmacy, Inc. in the above captioned civil action, *City of Huntington, et al. v. Clendenin Pharmacy, Inc.* and *"The" Pharmacy, Inc., et al.*, Case 1:18-op-45984 pending in MDL No. 1:17-MD-2804, have been amicably resolved in good faith and settled, and Clendenin Pharmacy, Inc. and "The" Pharmacy, Inc. are to be dismissed with

---

[1] "Plaintiffs" includes _____.

1

prejudice. Therefore, Plaintiffs, Clendenin Pharmacy, Inc. and "The" Pharmacy, Inc., as well as each West Virginia local government who elected to participate in the respective Settlement Agreements, which are binding on Plaintiffs and all participating West Virginia local governments, hereby stipulate to the dismissal of all claims against Clendenin Pharmacy, Inc. and "The" Pharmacy, Inc. **WITH PREJUDICE,** with each party to bear its own costs and attorneys' fees.

 **WHEREFORE**, upon consideration of the foregoing, it is **ORDERED** that Defendants Clendenin Pharmacy, Inc. and "The" Pharmacy, Inc., be dismissed from the above captioned civil action with prejudice.

 A copy of this ORDER has this day been electronically served on all counsel of record via the Court CM/ECF system.

 It is so **ORDERED**.

 **ENTERED**: _____, ___, 2023.

        _____

        **DAN AARON POLSTER, Judge**