UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | No. 1:17-md-2804 |
| | ) | Judge Dan A. Polster |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| No. 1:18-op-45212-DAP | ) | |
| | ) | |
| *Montgomery County, Maryland v. Purdue Pharma, L.P., et al..* | | |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW Montgomery County, Maryland ("Plaintiff"), by and through its counsel, to give Notice of Voluntary Dismissal of Defendants Pfizer Inc., King Pharmaceuticals, LLC, and Alpharma Pharmaceuticals Inc. (collectively, the "Pfizer Defendants"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  This Notice is appropriate as Plaintiff is filing it before any of the Pfizer Defendants have served an answer or a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  This dismissal is with prejudice and is effective immediately upon filing of this Notice.  *See* Fed. R. Civ. P. 41(a)(1)(B).  The parties will bear their own fees and costs.

The filing of this Notice of Voluntary Dismissal is not intended to have any effect on Plaintiff's claims against other Defendants included in the complaint docketed in the action captioned as *Montgomery County, Maryland v. Purdue Pharma L.P., et al.*, No. 1:18-op-45212-DAP (S.D. Ohio).

DATED:  June 7, 2023

ROBBINS GELLER RUDMAN
 & DOWD LLP
AELISH M. BAIG


s/ Aelish M. Baig
AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com

4884-5874-5704.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THOMAS E. EGLER
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com

Attorneys for Plaintiffs County of Wayne and
County of Oakland (E.D. Mich.)

4884-5874-5704.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 7, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Aelish M. Baig
AELISH M. BAIG

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
Email: aelishb@rgrdlaw.com

4884-5874-5704.v1

# Mailing Information for a Case 1:17-md-02804-DAP In Re: National Prescription Opiate Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Janet G. Abaray**
  jabaray@burgsimpson.com,amoss@burgsimpson.com,kdaly@burgsimpson.com,bmoore@burgsimpson.com,anguyen@burgsimpson.com,dharman@burgsimpson.com

- **Monique T. Abrishami**
  abrishamim@gotofirm.com,martinezs@gotofirm.com,bonesteela@gotofirm.com

- **David I. Ackerman**
  dackerman@motleyrice.com

- **Allison J. Adams**
  aadams@starneslaw.com,jcaillouet@starneslaw.com

- **Andrew Adams , III**
  aadams@hogenadams.com

- **Benjamin D. Adams**
  badams@cldlaw.com,cmclane@cldlaw.com,lmoles@cldlaw.com

- **Bryce J.Q. Adams**
  bryce.adams@bullivant.com,tania.mcgee@bullivant.com

- **Glenn B. Adams**
  gadams@phjlaw.com

- **Virgil Louis Adams**
  vadams@adamsjordan.com

- **Drannon L. Adkins**
  dadkins@pffwv.com

- **Thomas Michael Affeldt**
  tma@savagelaw.cc

- **Scott M. Ahmad**
  SAhmad@winston.com

- **Cheryl Priest Ainsworth**
  cainsworth@tocounsel.com,sschuster@tocounsel.com

- **David B. Alden**
  dbalden@jonesday.com

- **Sarah Sterling Aldridge**
  saldridge@barrettlawgroup.com,bhamilton@barrettlawgroup.com,ntmaddux@barrettlawgroup.com

- **Ralph R. Alexis , III**
  ralexis@phjlaw.com,cdarce@phjlaw.com

- **Devon P. Allard**
  dpa@millerlawpc.com,sab@miller.law,sec@ecf.courtdrive.com,sab@ecf.courtdrive.com,dpa@ecf.courtdrive.com

- **Allegany County, Maryland**
  Bruce.Poole@poolelg.com

- **Richard L. Allen**
  rla@khllaw.com,mlopez@khllaw.com,eservicemia@khllaw.com,lkw@khllaw.com

- **Michael Richard Allweiss**
  mallweiss@lowestein.com

- **Richard B. Allyn**
  rallyn@robinskaplan.com

- **Sharon S. Almonrode**
  ssa@millerlawpc.com,aad@ecf.courtdrive.com,ssa@ecf.courtdrive.com,aad@millerlawpc.com

- **John M. Alten**
  jalten@ulmer.com,rsisson@ulmer.com

- **Philip Bradley Altman**
  brad@altmanlegal.com,bev@altmanlegal.com,grace@altmanlegal.com,beth@altmanlegal.com

- **Lee J. Amedee , III**
  jody@dontdelay.com

- **Thomas R. Anapol**
  tanapol@anapolweiss.com,ffanelli@anapolweiss.com,eashe@anapolweiss.com

- **Jennie Lee Anderson**
  jennie.anderson@andrusanderson.com,jack.henry@andrusanderson.com,ashly.mirador@andrusanderson.com,marnelle.cabero@andrusanderson.com,mikaela.contreras

- **Scott W. Andrews**
  sandrews@vanattys.com

- **David H. Angeli**
  david@angelilaw.com

- **Mark D. Ankcorn**
  mankcorn@sandiego.gov,kbking@sandiego.gov,MVonWilpert@sandiego.gov,mark212fax@gmail.com,marissag@sandiego.gov

- **Stephen D. Annand**
  sda@ramlaw.com

- **Thomas P. Anzelmo**
  tanzelmo@mcsalaw.com,kbm@mcsalaw.com

- **Donald C. Arbitblit**
  darbitblit@lchb.com

- **Webster J. Arceneaux , III**
  wjarceneaux@lewisglasser.com

- **Seth Ard**
  sard@susmangodfrey.com,rthomas@susmangodfrey.com

- **David W. Ardoin**
  david@amotriallawyers.com,renee@amotriallawyers.com

- **William Grant Armistead**
  warmistead@mitchellmcnutt.com

- **Nicholas William Armstrong**
  nick@pricearmstrong.com

- **Richard J. Arsenault**
  rarsenault@nbalawfirm.com,tcampbell@nbalawfirm.com,rmonk@nbalawfirm.com,dchmielewski@nbalawfirm.com,dcarter@nbalawfirm.com

- **Michael J. Asher**
  masher@asherkellylaw.com,dvallie@asherkellylaw.com

- **Ryan Q. Ashworth , I**
  ryan.ashworth@ashworth-nord.com,jenny.honaker@ashworth-nord.com

- **David F. Askman**
  dave@askmanlaw.com

- **David W Asp**
  dwasp@locklaw.com,segirard@locklaw.com

- **Elise Attridge**
  eattridge@morganlewis.com

- **William J. Aubel**
  waubel@flahertylegal.com,acooper@flahertylegal.com

- **Henry Avery**
  hja@tbr-law.com,rweller@zsz.com,jnykolyn@zsz.com

- **J. Will Axon , Jr**
  Jwa@starneslaw.com,mparker@starneslaw.com

- **Stephan P. Babik**
  steve@babiklaw.com,stephanbabik@gmail.com

- **Renee A. Bacchus**
  renee.bacchus@usdoj.gov,daniel.muhich@usdoj.gov,CaseView.ECF@usdoj.gov,Tina.Tennant@usdoj.gov

- **Salvatore C. Badala**
  sbadala@napolilaw.com,1936354420@filings.docketbird.com

- **Marjorie F. Bagnato**
  mfb@sgkpc.com,ana@sgkpc.com

- **Aelish Marie Baig**
  abaig@rgrdlaw.com,panderson@rgrdlaw.com,AYates@rgrdlaw.com,AFinizio@rgrdlaw.com,tome@rgrdlaw.com,CReis@rgrdlaw.com,kmccormack@rgrdlaw.com,e_fi

- **Adam Phillip Bailey**
  abailey@hobbsstraus.com

- **Arthur Nash Bailey**
  artlaw@windstream.net

- **M. Kathryn Bailey**
  kate.bailey@usdoj.gov,fedprog.ecf@usdoj.gov

- **Krista K. Baisch**
  kkb@cruegerdickinson.com,maj@cruegerdickinson.com,nab@cruegerdickinson.com

- **Rafey S. Balabanian**
  rbalabanian@edelson.com,docket@edelson.com

- **Jack D. Ballard**
  jballard@bressler.com,cbell@bressler.com,slogsdon@bressler.com

- **Brian K. Balser**
  brian@balserlaw.com

- **Matthew P. Baringer**
  mbaringer@davisyoung.com

- **Robert M. Barnes**
  rbarnes@marcus-shapira.com,short@marcus-shapira.com,carnes@marcus-shapira.com

- **Kevin David Barr**
  kbarr@bryanthigby.com

- **John W. Barrett**
  dbarrett@barrettlawgroup.com,dkirkwood@burnscharest.com,ntmaddux@barrettlawgroup.com

- **Bradford D Barron**
  bbarron@barronlawfirmok.com

- **David J. Barthel**
  barthel@carpenterlipps.com

- **Patrick A. Barthle , II**
  pbarthle@forthepeople.com,jcabezas@forthepeople.com

- **Harvey Bartle , IV**
  harvey.bartle@morganlewis.com

- **Eric D. Barton**
  ebarton@wcllp.com,p.bradshaw@wcllp.com

- **Robert M. Bastress , III**
  rob.bastress@dbdlawfirm.com,leighanne.kirk@dbdlawfirm.com

- **David Dean Batchelder**
  dbatchelder@burgsimpson.com

- **Elio Battista , Jr**
  ebattista@pgslegal.com

- **Nicole M. Battisti**
  nbattisti@morrisonmahoney.com,rpierre@morrisonmahoney.com

- **Samuel P. Baumgartner**
  sbaumgartner@phjlaw.com

- **Jessica K. Baverman**
  jkbaverman@vorys.com,tlschwarz@vorys.com

- **Daniel Kearney Bean**
  dbean@abelbeanlaw.com

- **David R. Beasley**
  dbeasley@maynardcooper.com

- **Alexandra R. Beeler**
  abeeler@cuyahogacounty.us

- **Michael J. Behm**
  behmandbehm@ameritech.net

- **John H. Beisner**
  john.beisner@skadden.com

- **Lewis W. Bell**
  lbell@watkinseager.com

- **James A. Bello**
  jbello@morrisonmahoney.com

- **James R. Bennett , II**
  james.bennett4@usdoj.gov,devin.zabarsky@usdoj.gov,Caseview.ECF@usdoj.gov

- **Sarah Miller Benoit**
  sbenoit@ulmer.com,jcundiff@ulmer.com

- **Scott A. Benson**
  scott@briollaw.com

- **Patrick R. Bergin**
  pbergin@ndnlaw.com,seredia@ndnlaw.com,fbrooks@ndnlaw.com

- **Kaleb Nathaniel Berhe**
  kberhe@foley.com

- **Ronald J. Berke**
  ronnie@berkeattys.com,margo@berkeattys.com

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,nicolleh@hbsslaw.com

- **Mark W. Bernlohr**
  mwbernlohr@jacksonkelly.com,smaag@jacksonkelly.com

- **Melissa D. Bertke**
  Melissa_D_Bertke@Progressive.com

- **J. Scott Bertram**
  jsbertram@bertramgraf.com,bmadden@wcllp.com,dvandever@pophamlaw.com,djensen@skikos.com,sruane@wcllp.com,sskikos@skikos.com,mcrawford@skikos.co
  law.com

- **Tracy Nicole Betz**
  tbetz@taftlaw.com

- **Anoop Bhatheja**
  Anoop.Bhatheja@phoenix.gov

- **Scott R. Bickford**
  srb@mbfirm.com,usdcndoh@mbfirm.com

- **Rosalind Bienvenu**
  rbienvenu@kdplawfirm.com

- **Ryan Biggerstaff**
  rbiggerstaff@garycjohnson.com,Dhurley@garycjohnson.com

- **Mark W. Bina**
  mark.bina@quarles.com

- **Thomas J. Binder**
  binder@simpsondeardorff.com

- **William Q. Bird**
  billbird@birdlawgroup.com

- **Janet Ward Black**
  jwblack@wardblacklaw.com,asnyder@wardblacklaw.com,jcarter@wardblacklaw.com

- **Mitchell G. Blair**
  mblair@calfee.com

- **Jason J. Blake**
  jblake@calfee.com

- **Richard H. Blake**
  rblake@mcdonaldhopkins.com,lhochartz@mcdonaldhopkins.com,mhdocket@mcdonaldhopkins.com

- **Jaron P. Blandford**
  jblandford@mcbrayerfirm.com,dpritchard@mcbrayerfirm.com

- **Gayle M. Blatt**
  gmb@cglaw.com,vicki@cglaw.com,camille@cglaw.com

- **Benjamin J. Blustein**
  bblustein@lawmbg.com

- **Elizabeth Shively Boatwright**
  esboatwright@bmdllc.com

- **Joseph W. Boatwright , IV**
  JosephBoatwright@yahoo.com

- **Hugh J. Bode**
  hbode@reminger.com,nstephenson@reminger.com

- **Robert Barron Boemer**
  bob.boemer@co.galveston.tx.us

- **Patrick H. Boggs**
  phb@olrblaw.com

- **Brandon L. Bogle**
  bbogle@levinlaw.com,bpoff@levinlaw.com

- **Barry H. Boise**
  boiseb@pepperlaw.com,blumev@pepperlaw.com

- **Little Fawn Boland**
  littlefawn@ceibalegal.com

- **William H. Boling , Jr**
  bill@bolingandcompany.com

- **Michael Bonasso**
  mbonasso@flahertylegal.com,hdingess@flahertylegal.com,eford@flahertylegal.com

- **Robert J. Bonsignore**
  rbonsignore@classactions.us

- **Brian D. Boone**
  brian.boone@alston.com

- **LaBarron Nelson Boone**
  labarron.boone@beasleyallen.com

- **Danielle L. Borel**
  danielle.borel@bswllp.com,mayop@bswllp.com,lori.adams@bswllp.com

- **Melissa Norman Bork**
  mbork@bgdlegal.com,aherman@bgdlegal.com

- **Sheila M. Bossier**
  sbossier@bossier-law.com,mmorgan@bossier-law.com,smars@bossier-law.com,kthomas@bossier-law.com

- **Michael J. Bostrom**
  michael.bostrom@lacity.org

- **Brian E. Bowcut**
  bbowcut@cohenmilstein.com

- **Jeffrey L. Bowling**
  jeffbrbpc@bellsouth.net

- **Charles E. Boyk**
  cboyk@charlesboyk-law.com,ayoung@charlesboyk-law.com,tbronowski@charlesboyk-law.com,nthomas@charlesboyk-law.com,aschumaker@charlesboyk-law.com

- **Marcus N. Bozeman**
  mbozeman@bozemanfirm.com

- **Megan Rose Braden**
  megan.braden@morganlewis.com

- **Robert A. Bragalone**
  bbragalone@grsm.com,rhorn@grsm.com,WL_HOUSupport@grsm.com

- **Charles Arlen Braud , II**
  arlenb@braudandgallagher.com,connieb@braudandgallagher.com,stevenj@braudandgallagher.com,tiffanyw@braudandgallagher.com,michelleg@braudandgallagher.c

- **Paul A. Breer**
  pbreer@nkfirm.com

- **Kathleen Carroll Bricken**
  kbricken@gsblaw.com

- **Timothy R. Bricker**
  bricker@carpenterlipps.com,houston@carpenterlipps.com

- **Louis T. Brindisi**
  louisb2638@aol.com,tmeislin@bmbplawyers.com

- **Mark J. Briol**
  mark@briollaw.com,mandi@briollaw.com,christal@briollaw.com,alison@briollaw.com

- **Herbert S. Bristow**
  hbristow@haleyolson.com,rbishnow@haleyolson.com

- **John M. Broaddus**
  jbroaddus@weitzlux.com

- **Anthony S. Broadman**
  anthony@galandabroadman.com

- **James E. Brogdon , III**
  jbrogdon@attorneyssc.com,lmcvety@attorneyssc.com

- **Donald A. Broggi**
  dbroggi@scott-scott.com,tcrockett@scott-scott.com

- **Gerald Clark Brooks , Jr**
  gerald@seriouslawyers.com

- **Emily R. Brown**
  ebrown@hsplegal.com

- **Gregory D. Brown**
  gregory_brown@fleming-law.com,pam_myers@fleming-law.com

- **Kathy A. Brown**
  kathybrownlaw@gmail.com

- **Carol Dan Browning**
  cbrowning@stites.com,rmcgrew@stites.com

- **Curtis N. Bruehl**
  cbruehl@bruehllaw.com,tbirmingham@fulmersill.com

- **Amy Bruning**
  amy@damorelaw.com,erin@damorelaw.com

- **Gregory D. Brunton**
  gbrunton@grsm.com,mmasucci@grsm.com,rrose@grsm.com,tboman@grsm.com

- **Celeste Brustowicz**
  cbrustowicz@clfnola.com,taultman@clfnola.com,lrichardson@sch-llc.com,sboone@sch-llc.com

- **Robert O. Bryan**
  bob@nelsonbryanjones.com

- **David G. Bryant**
  david@davidbryantlaw.com

- **Mark P. Bryant**
  mark.bryant@bryantpsc.com,emily.roark@bryantpsc.com,david@davidbryantlaw.com,christina.ellegood@bryantpsc.com,teris.swanson@bryantpsc.com

- **David R. Buchanan**
  dbuchanan@seegerweiss.com,ssiegel@seegerweiss.com,sperovich@seegerweiss.com

- **Brent M. Buckley**
  buckley@buckleyking.com,bielawski@buckleyking.com

- **Russell W. Budd**
  rbudd@baronbudd.com,awilson@baronbudd.com,jmartinez@baronbudd.com

- **Kevin R. Budner**
  kbudner@lchb.com,kevin-budner-2411@ecf.pacerpro.com

- **Tina M. Bullock**
  tbullock@thesandersfirm.com,tinabullockpa@aol.com

- **Thomas D. Bunton**
  thomas.bunton@sdcounty.ca.gov

- **Alexander D. Burch**
  alexander.burch@bakermckenzie.com

- **Joshua D. Burk**
  dDelGrande@hueston.com

- **Fiona A. Burke**
  fiona.burke@cityofchicago.org

- **Carl S. Burkhalter**
  cburkhalter@maynardcooper.com

- **David J. Burman**
  dburman@perkinscoie.com,docketsea@perkinscoie.com,BHarkness@perkinscoie.com

- **Ira A. Burnim**
  irabster@gmail.com

- **R. David Burns**
  davidburns153@gmail.com

- **Sarah Steffen Burns**
  sburns@simmonsfirm.com,complexdocketing@simmonsfirm.com

- **Michael Burrage**
  mburrage@whittenburragelaw.com,rreeves@whittenburragelaw.com,athompson@nixlaw.com,docketing@whittenburragelaw.com,cnorman@whittenburragelaw.com

- **David Anthony Busby**
  DAB@dupm.com,debby@dupm.com

- **Cheryl A. Bush**
  bush@bsplaw.com,reiss@bsplaw.com,hill@bsplaw.com

- **Howard M. Bushman**
  howard@moskowitz-law.com,dione@moskowitz-law.com

- **Brian Butler**
  brian.butleresq@yahoo.com

- **Charles W. Byrd**
  cbyrd@griffindurham.com,efile@pmkm.com

- **Elizabeth J. Cabraser**
  ecabraser@lchb.com,ddrachler@lchb.com,elizabeth-cabraser-1441@ecf.pacerpro.com,pdoamaral@lchb.com,efastiff@lchb.com,jremuszka@lchb.com

- **Jayna Morse Cacioppo**
  jcacioppo@taftlaw.com

- **Thomas Richard Calcagni**
  tcalcagni@ck-litigation.com

- **Regina M. Calcaterra**
  rcalcaterra@calcaterrapollack.com

- **Ann Callis**
  acallis@hollandtriallawyers.com,tblasa@hollandtriallawyers.com

- **Joseph M. Callow , Jr**
  jcallow@callowandutter.com

- **Nick D. Campanario**
  campanarion@stlouiscountymn.gov

- **Andrew L. Campbell**
  andrew.campbell@faegrebd.com

- **Jeffrey L. Campbell**
  jeff@campbelllawfirmva.com

- **Joseph J. Cappelli**
  jcappelli@bernllp.com

- **Gretchen Freeman Cappio**
  gcappio@kellerrohrback.com,cbrewer@kellerrohrback.com

- **Bradley William Carlyon**
  brad.carlyon@navajocountyaz.gov

- **Louise R. Caro**
  louiserc@bellsouth.net

- **Marcus Robert Carpenter**
  mrcarpenter@gastonlegal.com

- **Michael H. Carpenter**
  carpenter@carpenterlipps.com,tootle@carpenterlipps.com

- **M. Michelle Carreras**
  michelle.carreras@lanierlawfirm.com

- **Sarah Carrillo**
  scarrillo@co.tuolumne.ca.us

- **Amy M. Carter**
  acarter@sgpblaw.com,4985426420@filings.docketbird.com,tpace@sgpblaw.com

- **Dustin C. Carter**
  dcarter@nbalawfirm.com,rmonk@nbalawfirm.com

- **G. Todd Carter**
  tcarter@brbcsw.com,laspinwall@brbcsw.com

- **Lee B. Carter**
  lcarter@brinson-askew.com

- **Melanie S. Carter**
  MCarter@BlankRome.com

- **Thomas P. Cartmell**
  tcartmell@wcllp.com,jkuntz@wcllp.com,abaldwin@wcllp.com,sruane@wcllp.com,m.goldwasser@wcllp.com

- **David S. Casey , Jr**
  dcasey@cglaw.com

- **Christopher D. Caspary**
  cdc@zrlaw.com,tar@zrlaw.com

- **Dennis T. Cathey**
  dcathey@catheyandstrain.com

- **Patrick K. Cavanaugh**
  pcavanaugh@dscslaw.com,mthompson@dscslaw.com,zgordon@dscslaw.com

- **James E. Cecchi**
  jcecchi@carellabyrne.com,mrago@carellabyrne.com,cviera@carellabyrne.com

- **Daniel Carl Cederborg**
  dcederborg@co.fresno.ca.us

- **Lawrence J. Centola , III**
  lcentola@mbfirm.com

- **Marco Cercone**
  cercone@ruppbaase.com

- **Augustus Benton Chafin , Jr**
  bchafin@chafinlaw.com

- **H. Truman Chafin**
  truman@thechafinlawfirm.com,chafin@thechafinlawfirm.com

- **Letitia Neese Chafin**
  tish@thechafinlawfirm.com

- **Mark P. Chalos**
  mchalos@lchb.com,mark-chalos-5442@ecf.pacerpro.com

- **Edward D. Chapin**
  echapin2@sanfordheisler.com,ksharp@sanfordheisler.com,JAlvarez@sanfordheisler.com,sbireda@sanfordheisler.com,amiller@sanfordheisler.com

- **Stephen E. Chappelear**
  sechappelear@eastmansmith.com,jrmccafferty@eastmansmith.com

- **Lindsey A. Cheek**
  Lcheek@thecheeklawfirm.com

- **Tim N. Cheek**
  tcheek@cheeklaw.com

- **Mark S. Cheffo**
  mark.cheffo@dechert.com,jonathan.tam@dechert.com,antonella.capobianco-ranallo@dechert.com,6361985420@filings.docketbird.com,rebecca.haneiko@dechert.com,jennifer.maldonado@dechert.com,lindsey.cohan@dechert.com,nycmanagin

- **Kimberly K. Chemerinsky**
  kim.chemerinsky@alston.com,brian.boone@alston.com,bill.jordan@alston.com,AutoDocket-LAX@alston.com,heather.thai@alston.com

- **Craig D. Cherry**
  jallen@jcsjlaw.com,jallen@haleyolson.com,jharing@haleyolson.com

- **John C. Cherundolo**
  jcherundolo@cherundololawfirm.com,cpiemonte@cherundololawfirm.com,cmendoza@cherundololawfirm.com,ltodzia@cherundololawfirm.com,ppapayanakos@che

- **James W. Childress**
  jchildress@jchildresslaw.com,kchildress@jchildresslaw.com

- **Dawn M. Chmielewski**
  dchmielewski@nbalawfirm.com

- **Kyle N. Choate**
  Kyle@gachassin.com

- **L. Kenneth Chotiner**
  lkc@thechotinerfirm.com

- **Joseph Ciaccio**
  jciaccio@napolilaw.com

- **Edward J. Ciarimboli**
  ejc@fclawpc.com

- **Joanne M. Cicala**
  joanne@cicalapllc.com,cristina@cicalapllc.com,johan@cicalapllc.com,shelbi@cicalapllc.com,katie@cicalapllc.com,will@cicalapllc.com

- **Mary Cate S. Cicero**
  mary-cate@briollaw.com,madeline@briollaw.com

- **Norberto J. Cisneros**
  ncisneros@mic-law.com,service@mic-law.com

- **Francis Citera**
  citeraf@gtlaw.com,sullivanka@gtlaw.com,mankowskie@gtlaw.com,chilitdock@gtlaw.com,peraltas@gtlaw.com,francis-citera-9051@ecf.pacerpro.com

- **City of Bridgeport, Alabama**
  jfriedman@friedman-lawyers.com

- **City of Henagar, Alabama**
  jfriedman@friedman-lawyers.com

- **City of New Hope, Alabama**
  jfriedman@friedman-lawyers.com

- **City of Scottsboro, Alabama**
  jfriedman@friedman-lawyers.com

- **City of St. Louis**
  dierkerr@stlouis-mo.gov

- **James C. Clark**
  jclark@foxrothschild.com,slalicata@foxrothschild.com

- **James Patrick Clark**
  james.p.clark@lacity.org

- **Robin Frazer Clark**
  robinclark@gatriallawyers.net

- **James F. Clayborne , Jr**
  jclayborne@cswlawllp.com,sebrecht@cswlawllp.com

- **Daniel L. Clayton**
  dclayton@kcbattys.com

- **Patrick B. Clayton**
  pbc@scarpullalaw.com,cpc@scarpullalaw.com

- **U. W. Clemon**
  uwclemon1@gmail.com

- **Dwain Mark Clifford**
  dclifford@mwcc.law,ismith@balljanik.com,6948400420@filings.docketbird.com

- **John R. Climaco**
  jrclim@climacolaw.com,gabrun@climacolaw.com

- **Paul D. Coates**
  pcoates@pckb-law.com,mford@pckb-law.com

- **Victor T. Cobb**
  vcobb@sch-llc.com

- **Matthew T. Cochenour**
  mcochenour2@mt.gov

- **Anthony L. Cochran**
  acochran@sgrlaw.com,sgordon@sgrlaw.com

- **Brian K. Cochran**
  bcochran@brewstermorhous.com

- **Christopher L. Coffin**
  ccoffin@pbclawfirm.com,sdupont@pbclawfirm.com,jthomas@pbclawfirm.com

- **Richard L. Coffman**
  rcoffman@coffmanlawfirm.com,jhoffert@coffmanlawfirm.com,lredetzke@coffmanlawfirm.com

- **Adam Cohen**
  acohen@wmhlaw.com

- **David Rosenblum Cohen**
  david@davidrcohen.com

- **Thomas P. Colantuono**
  TColantuono@Biancopa.com

- **Brenton Webster Cole**
  bcole@bakerdonelson.com

- **David N. Cole**
  dcole@colelaw.com

- **Tera N. Coleman**
  tcoleman@bakerlaw.com

- **Kevin B. Collins**
  kcollins@cov.com

- **Lauren S. Colton**
  lauren.colton@hoganlovells.com,lauren-colton-4498@ecf.pacerpro.com

- **Joshua K. Conaway**
  jconaway@fchclaw.com,rcunningham@fadduollaw.com

- **Cale Howard Conley**
  cale@conleygriggs.com,chip@conleygriggs.com,stephanie@conleygriggs.com

- **Matthew Conn**
  mconn@friedman-lawyers.com,tmartin@friedman-lawyers.com

- **Michael G. Connelly**
  michael.connelly@troutman.com,jennifer.valentine@troutman.com

- **Richard Johan Conrod , Jr**
  johan@cicalapllc.com,katie@cicalapllc.com

- **Jayne Conroy**
  jconroy@simmonsfirm.com,ClassDocketing@ecf.courtdrive.com,phanly@simmonsfirm.com,complexdocketing@simmonsfirm.com

- **Patrick J. Conti**
  pconti@gsblaw.com

- **Matthew P. Cook**
  mcook@kerricklaw.com,chesse@kerricklaw.com,dpage@kerricklaw.com

- **Barry J. Cooper , Jr**
  bcooper@sch-llc.com,lrichardson@sch-llc.com

- **Charles B. Cooper**
  benc@cooperelliott.com,tammym@cooperelliott.com,loris@cooperelliott.com

- **Jonathan G. Cooper**
  jonathancooper@quinnemanuel.com

- **Stephen A. Cornell**
  scornell@foxrothschild.com,kwickline@foxrothschild.com

- **James T. Corrigan**
  corrigan@osclaw.com

- **Paul J. Cosgrove**
  pcosgrove@ulmer.com,pbartholomew@ulmer.com,jklarfeld@ulmer.com,sbenoit@ulmer.com

- **Thomas Joseph Cotton**
  tjc@spsk.com

- **Todd A. Court**
  todd.court@mcafeetaft.com,erin.clogston@mcafeetaft.com

- **Dennis P. Couvillion**
  couvilaw@gmail.com

- **Jessica B. Cozart**
  jcozart@bscr-law.com

- **Mark G. Crawford**
  mcrawford@skikoscrawford.com

- **Paul L. Creech**
  paul@hilderlaw.com

- **Richard S. Crisler**
  rcrisler@bradleyfirm.com

- **James S. Crockett , Jr**
  jcrockett@spilmanlaw.com

- **John W. Crongeyer**
  jw552020@gmail.com

- **Timothy M. Cronin**
  tcronin@simonlawpc.com

- **Christina D. Crow**
  christy.crow@jinkscrow.com,jmyers@jinkslaw.com

- **Charles J. Crueger**
  cjc@cruegerdickinson.com,maj@cruegerdickinson.com,nab@cruegerdickinson.com

- **Brent L. Crumpton**
  blc@crumptonlaw.com

- **Christopher F. Cueto**
  ccueto@cuetolaw.com,mwendler@cuetolaw.com

- **Jonathan W. Cuneo**
  JonC@cuneolaw.com,jkelly@cuneolaw.com,dvillalobos@cuneolaw.com

- **Martin F. Cunniff**
  martincunniff@fieldslawpllc.com

- **Merritt E. Cunningham**
  mcunningham@stagliuzza.com,kevans@stagliuzza.com

- **Lauren Z. Curry**
  lcurry@srvhlaw.com,bparrish@srvhlaw.com

- **Lee D. Curry**
  ldc@gibsonandkeith.com,courtney@gibsonandkeith.com

- **Michael W. Czack**
  mczack@czacklaw.com, ,annmarie@czacklaw.com

- **Mark T. D'Alessandro**
  mark.dalessandro@usdoj.gov

- **Thomas D. D'Amore**
  tom@damorelaw.com

- **Andrew J. D'Arcy**
  adarcy@djdlawyers.com

- **Steven W. Dahlem**
  sdahlem@mariposacounty.org

- **Christopher R. Daily**
  chris@bfdlegal.com,dawn@bfdlegal.com

- **Andrea B. Daloia**
  Andrea.Daloia@ThompsonHine.com,ECFDocket@Thompsonhine.com

- **Bartholomew J. Dalton**
  bdalton@bdaltonlaw.com

- **Michael Caulfield Dalton**
  mdalton@bdaltonlaw.com

- **Kenneth M. Daly**
  kenneth@perrinodalylaw.com

- **Matthew Lee Dameron**
  matt@williamsdirks.com,bstrickland@williamsdirks.com,cflores@williamsdirks.com

- **Benjamin H. Dampf**
  ben@whaleylaw.com

- **M. Stephen Dampier**
  stevedampier@dampierlaw.com,assistant@dampierlaw.com

- **Scott A. Damron**
  damronlaw@aol.com

- **Deborah L. Dance**
  ddance@cobbcounty.org

- **J. Nixon Daniel , III**
  jnd@beggslane.com,ch@beggslane.com

- **Justin C. Danilewitz**
  justin.danilewitz@saul.com

- **Marc E. Dann**
  notices@dannlaw.com,kim@dannlaw.com,dsolar@dannlaw.com,9229518420@filings.docketbird.com

- **Lindsay Elizabeth Dansdill**
  ldansdill@nzalaw.com,vfernandez@nzalaw.com

- **Spencer Wayne Danzey**
  spence@danzeyfirm.com

- **Robert Thomas Dassow**
  rdassow@hovdelaw.com

- **Gerald Davidson , Jr**
  gdavidson@mptlawfirm.com

- **Brian George Davis**
  bdavis@tricitylaw.com

- **Christopher J. Davis**
  cjd@sgkpc.com,pms@sgkpc.com

- **Christopher M. Davis**
  chris.davis@wwdhe.com,lori.deal@wwdhe.com

- **Clarence Davis**
  cdavis@griffindavislaw.com,jharmon@griffindavislaw.com

- **Donald W. Davis , Jr**
  dwdavis@bmdllc.com,twebb@bmdllc.com

- **Janelle L. Davis**
  Janelle.Davis@tklaw.com,thom.hunter@tklaw.com

- **Jeffrey T. Davis**
  jdavis@trdlp.com,mcupp@trdlp.com

- **Jesse A. Davis**
  adavis@brinson-askew.com,cwilliams@brinson-askew.com,crobinson@brinson-askew.com

- **Milton Carver Davis**
  mdavis@miltoncdavislaw.com

- **Cari K. Dawson**
  cari.dawson@alston.com

- **Annesley H. DeGaris**
  adegaris@degarislaw.com,acalton@degarislaw.com

- **Hunter G. DeKoninck**
  hunter.dekoninck@quarles.com

- **James A. DeRoche**
  jderoche@garson.com,kgetts@garson.com

- **Michael G. Dean**
  mdean@ago.state.al.us

- **Mark J. Dearman**
  mdearman@rgrdlaw.com,dantullis@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com

- **Diandra S. Debrosse-Zimmermann**
  fu@dicellolevitt.com,8224693420@filings.docketbird.com

- **Brian C. Deeney**
  brian.deeney@lewisbrisbois.com

- **Michael J. Del Giudice**
  mikedel@cdlwv.com

- **Alissa Del Riego**
  adelriego@podhurst.com

- **Thomas A. Delegal , III**
  tad@delegal.net

- **Eric R. Delinsky**
  edelinsky@zuckerman.com,lgehlbach@zuckerman.com,lneff@zuckerman.com

- **Daniel M. Delluomo**
  monty@delluomo.com

- **Joel L. DiLorenzo**
  joel@dilorenzo-law.com,caroline@dilorenzo-law.com

- **Tinos Diamantatos**
  tinos.diamantatos@morganlewis.com,rebecca.zieben@morganlewis.com,CHCalendarDepartment@morganlewis.com

- **Keelan F. Diana**
  kdiana@haugpartners.com

- **Gerald J. Diaz , Jr**
  jdiazjr@msattorneys.com,csdorsey@msattorneys.com

- **Erin K. Dickinson**
  ekd@cruegerdickinson.com,maj@cruegerdickinson.com

- **Robert H. Dierker**
  dierkerr@stlouis-mo.gov,robertdierker@sbcglobal.net

- **Lamar Bradley Dillard**
  bdillard@mitchellmcnutt.com

- **W. Gordon Dobie**
  WDobie@winston.com

- **William F. Dodd**
  wfdodd@doddlawfirm.com

- **Walter A. Dodgen**
  tdodgen@maynardnexsen.com,BBailey@maynardnexsen.com,MJahns@maynardnexsen.com,SGoldsmithCampbell@maynardnexsen.com

- **Holly H. Dolejsi**
  HDolejsi@RobinsKaplan.com,gmiserantino@robinskaplan.com,AGuttormson@RobinsKaplan.com,SStyle@RobinsKaplan.com,SShapiro@RobinsKaplan.com

- **Daniel T. Donovan**
  daniel.donovan@kirkland.com,ecf-f7abcf591979@ecf.pacerpro.com,kristen.farnsworth@kirkland.com

- **Spencer R. Doody**
  srd@mbfirm.com

- **John C. Dougherty**
  jdougherty@haugpartners.com

- **Huntington B. Downer , Jr**
  hunt.downer@waitz-downer.com,dtrahan@waitz-downer.com,cbourque@stmblaw.com

- **Casey J. Downing**
  cdowning@velaw.com

- **Dan Drachler**
  ddrachler@lchb.com,dan-drachler-6676@ecf.pacerpro.com

- **Alexios J. Dravillas**
  ajd@kellerpostman.com,docket@kellerpostman.com

- **J. Christopher Driver**
  cdriver@hullbarrett.com

- **Frank C. Dudenhefer , Jr**
  fcdlaw@aol.com

- **Jane E. Dudzinski**
  jdudzinski@morganlewis.com

- **Davis A. Dunaway**
  ddunaway@hullbarrett.com

- **Maria R. Durant**
  maria.durant@hoganlovells.com

- **Stephen E. Dutton**
  dutton@carpenterlipps.com,lebeau@carpenterlipps.com

- **Matthew M. Dwyer**
  matthew.dwyer@huttonlaw.com,Suzanne.Matthias@huttonlaw.com

- **Derrick G. Earles**
  digger@onmyside.com,erica@onmyside.com,denise@onmyside.com

- **John A. Eaves , Jr**
  johnjr@eaveslawmail.com,renee@eaveslawmail.com

- **Donald A. Ecklund**
  decklund@carellabyrne.com,7769272420@filings.docketbird.com

- **Jay Edelson**
  jedelson@edelson.com,docket@edelson.com

- **A. Christopher Edwards**
  chris@edwardslawfirm.org,nicole.carson@edwardslawfirm.org

- **John W. Edwards**
  john.edwards@edwardslawfirm.org,nicole.carson@edwardslawfirm.org

- **David Efron**
  efron@davidefronlaw.com

- **Joshua H. Eggnatz**
  JEggnatz@JusticeEarned.com

- **Thomas E. Egler**
  tome@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kara A. Elgersma**
  kae@wbe-llp.com,7629081420@filings.docketbird.com

- **James L. Elliott**
  jelliott@ebbglaw.com

- **Walter G. Elliott , II**
  welliott@ebbglaw.com

- **James P. Ellison**
  jellison@hpm.com

- **Jeremy D. Engle**
  engle@marcus-shapira.com

- **Sean M. Ennis**
  sennis@ccclaw.org

- **Erica D. Entsminger**
  eentsminger@egletlaw.com,rhy@egletlaw.com,aportillo@egletlaw.com,jlopez@egletlaw.com,motto@egletlaw.com,badams@egletlaw.com,madillelv@yahoo.com,jalc stinson@egletlaw.com,aham@egletlaw.com

- **Brian M. Ercole**
  brian.ercole@morganlewis.com,peggy.martinez@morganlewis.com

- **Alper T. Ertas**
  atertas@venable.com

- **Christopher B. Essig**
  CEssig@winston.com,christopher-essig-8034@ecf.pacerpro.com

- **James R. Estes , Jr**
  jestes@coxfirm.com

- **Andrea Leigh Fair**
  andrea@wsfirm.com

- **Michael L. Fantaci**
  mfantaci@lfvlaw.us,tpasquale@lfvlaw.us

- **Joseph A. Farchione, Jr.**
  farchione@wtotrial.com,cole@wtotrial.com,baker@wtotrial.com

- **Paul T. Farrell , Jr**
  paul@farrellfuller.com,andrea@farrellfuller.com,lora@farrell.law

- **Abigayle Clary McDowell Farris**
  afarris@stonepigman.com

- **Eric B. Fastiff**
  efastiff@lchb.com,catkins@lchb.com,eric-fastiff-2015@ecf.pacerpro.com,chumphreville@lchb.com

- **George H. Faulkner**
  faulkner@fhplaw.com,rosa@fhplaw.com

- **David D. Fauvre**
  david.fauvre@aporter.com

- **Calvin C. Fayard , Jr**
  calvin@fayardlaw.com

- **Wendy West Feinstein**
  wendy.feinstein@morganlewis.com,tammy.miller@morganlewis.com,tamara.giulianelli@morganlewis.com,CHCalendarDepartment@morganlewis.com

- **Mark R. Feldhaus**
  mfeldhaus@lashlybaer.com,kvoss@lashlybaer.com

- **Ian R Feldman**
  ifeldman@clausen.com,bdorsey@clausen.com

- **Gregory E. Fellerman**
  gef@fclawpc.com

- **Jarrett J. Ferentino**
  ferentino@pfslawyer.com

- **James L. Ferraro**
  jlf@ferrarolaw.com,lcp@ferrarolaw.com,jreichard@kelleyferraro.com,mmason@kelleyferraro.com

- **James L. Ferraro , Jr**
  JJR@ferrarolaw.com,mxt@ferrarolaw.com

- **Margaret B. Ferron**
  mferron@scott-scott.com,efile@scott-scott.com

- **Michael Nelson Feuer**
  mike.feuer@lacity.org

- **Chantale Fiebig**
  chantale.fiebig@weil.com,Luke.Sullivan@weil.com,dc.ecf@weil.com,chantale-fiebig-0387@ecf.pacerpro.com

- **Richard W. Fields**
  fields@fieldslawpllc.com

- **James Nathan Fincher**
  cjnf@co.merced.ca.us

- **Lauren M. Fincher**
  lfincher@lockelord.com,rgonzales@lockelord.com

- **Robert K. Finnell , III**
  bob@finnellfirm.com,paula@finnellfirm.com,fcb@birdlawgroup.com

- **Mark Fiore**
  mark.fiore@morganlewis.com

- **John P. Fiske**
  jfiske@baronbudd.com,jhutchison@baronbudd.com

- **Nicholas L. Fiske**
  nlf@sgkpc.com,pms@sgkpc.com,jrh@sgkpc.com

- **Amy R. Fiterman**
  amy.fiterman@faegredrinker.com,kate.middleton@faegredrinker.com,candace.brennan@faegredrinker.com,rory.collins@faegredrinker.com,brian.zabawa@faegredrinker

- **Brian P. FitzGerald**
  bpfitzgerald@littler.com,tbridle@littler.com

- **Patrick J. Fitzgerald**
  patrick.fitzgerald@skadden.com,chdocket@skadden.com

- **Laura Singletary Fitzpatrick**
  lfitzpatrick@simmonsfirm.com

- **Rebecca Fitzpatrick**
  rebecca.fitzpatrick@kirkland.com

- **Yvonne M. Flaherty**
  ymflaherty@locklaw.com,ewrogers@locklaw.com,brgilles@locklaw.com

- **George M. Fleming**
  george_fleming@fleming-law.com,mary_marusik@fleming-law.com

- **Maria A. Fleming**
  mfleming@napolilaw.com

- **Michael J. Fleming**
  mike@kapkewillerth.com

- **Peter J. Flowers**
  pjf@meyers-flowers.com,slh@meyers-flowers.com,jjv@meyers-flowers.com,mcp@meyers-flowers.com,kaz@meyers-flowers.com

- **Crystal Gayle Foley**
  cfoley@simmonsfirm.com

- **J. Michael Foster**
  mfoster@hopkinsville.net

- **Bruce D. Fox**
  brucefox@foxandfarleylaw.com

- **Thomas E. Fox**
  thomas.fox@skadden.com

- **Timothy C. Fox**
  edoj@mt.gov

- **Ana M. Francisco**
  afrancisco@foley.com

- **Michael M. Frandina**
  michael@askmanlaw.com

- **Andrew G. Frank**
  afrank@kwdlaw.com

- **Matthew R. Fransen**
  mattfransen@aol.com,marialemonier@aol.com

- **T. Roe Frazer , II**
  roe@frazer.law

- **Matthew B. Free**
  mfree@bestsharp.com,dlovel@ecf.courtdrive.com,dlovel@bestsharp.com

- **Ashley W. French**
  afrench@c-wlaw.com

- **Pilar C. French**
  frenchp@lanepowell.com

- **Jeffrey E. Friedman**
  jfriedman@friedman-lawyers.com,tmartin@friedman-lawyers.com

- **Roger E. Friedmann**
  roger.friedmann@hcpros.org

- **Brian C. Fries**
  brian.fries@lathropgpm.com,asmith@lathropgage.com

- **John P. Fulco**
  jfulco@offitkurman.com

- **John Eric Fulda**
  jfulda@attorneyssc.com,lchristian@attorneyssc.com

- **Adam D. Fuller**
  adfuller@bmdllc.com,twebb@bmdllc.com

- **Michael Jay Fuller , Jr**
  mike@farrellfuller.com,edna@mchughfuller.com,aj@mchughfuller.com

- **Tara A. Fumerton**
  tfumerton@jonesday.com,nlangston@jonesday.com

- **Gabriel S. Galanda**
  gabe@galandabroadman.com

- **Michael T. Gallagher**
  mike@gld-law.com,barbaraf@gld-law.com

- **Phyllis C. Gallagher**
  phyllis.gallagher@sonoma-county.org

- **Thomas T. Gallion , III**
  tmp@hsg-law.com

- **Frank L. Gallucci , III**
  fgallucci@pglawyer.com,dgrant@pglawyer.com

- **Gary J. Gambel**
  ggambel@mrsnola.com

- **Martin Benjamin Gandelman**
  mgandelman@ck-litigation.com

- **Dolores Patria Garcia**
  dgarciaprignitz@ulmer.com

- **Jonathan W. Garlough**
  jgarlough@foley.com

- **Henry G. Garrard , III**
  hgarrard@bbga.com,6543346420@filings.docketbird.com,1971299420@filings.docketbird.com,jboyer@bbga.com

- **Patrick H. Garrard**
  pgarrard@bbga.com,4949990420@filings.docketbird.com

- **Stuart I. Garson**
  garson@garson.com

- **John F. Garvey , Jr**
  jgarvey@stranchlaw.com,nwilliamson@stranchlaw.com,cdowling@stranchlaw.com

- **Michael E. Gates**
  Michael.Gates@surfcity-hb.org

- **Andre' P. Gauthier**
  andre@dontdelay.com

- **Anthony L. Geiger**
  tony.geiger@cityhall.lima.oh.us,amanda.hunsaker@cityhall.lima.oh.us,limalawdept@gmail.com

- **David R. Geiger**
  dgeiger@foleyhoag.com

- **Lauren Monica Geisser**
  lgeisser@gblegalteam.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,PGeller@ecf.courtdrive.com,swinkles@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,mdearman@rgrdlaw.com

- **Rachel J. Geman**
  rgeman@lchb.com,rachel-geman-3144@ecf.pacerpro.com

- **David W. Gernhauser , Jr**
  daveygernhauser@gmail.com

- **Michael Gervais**
  mgervais@susmangodfrey.com

- **William P. Gibbens**
  billy@semmlaw.com

- **Charles C. Gibson , III**
  ccgiii@gibsonandkeith.com

- **Jeff S. Gibson**
  jgibson@cohenandmalad.com,jknoll@cohenandmalad.com

- **Robert C. Gilbert**
  robert@gilbertpa.com,gilbert@kolawyers.com,DFRENCH@broward.org,weiselberg@kolawyers.com,SWilliamsLeon@broward.org,dalia@gilbertpa.com

- **Scott D. Gilbert**
  gilberts@gotofirm.com,martinezs@gotofirm.com,bonesteela@gotofirm.com

- **Robert J. Gilbertson**
  bgilbertson@forsgrenfisher.com,eernstene@forsgrenfisher.com,jjohnson@forsgrenfisher.com

- **Courtney E Giles**
  courtney.giles@bakermckenzie.com

- **Jason F. Giles**
  jgiles@kinginjuryfirm.com

- **John K. Gisleson**
  john.gisleson@morganlewis.com

- **Brian L. Glorioso**
  brian.glorioso@yahoo.com

- **Christopher D. Glover**
  chris.glover@beasleyallen.com

- **Daniel P. Goetz**
  dgoetz@weismanlaw.com,ckasiguran@weismanlaw.com

- **Michael A. Goldfarb**
  goldfarb@goldfarb-huck.com,trinh@goldfarb-huck.com,ritchie@goldfarb-huck.com

- **Leslie A. Goller**
  lgoller@terrellhogan.com

- **Edmund Clay Goodman**
  egoodman@hobbsstraus.com,cmayhew@hobbsstraus.com,abailey@hobbsstraus.com,tim.erdman@hobbsstraus.com,gstrommer@hobbsstraus.com

- **Michael D. Goodstein**
  mgoodstein@hgnlaw.com

- **Carte P. Goodwin**
  cgoodwin@fbtlaw.com,brobinette@fbtlaw.com,azurbuch@fbtlaw.com

- **David A Goodwin**
  dgoodwin@gustafsongluek.com

- **R. Booth Goodwin , II**
  rbg@goodwingoodwin.com,eew@goodwingoodwin.com

- **John Goran**
  jgoran@hallboothsmith.com,jdiamond@hallboothsmith.com,ahaile@hallboothsmith.com,jrosales@hallboothsmith.com

- **Peter E. Goss**
  pgoss@goss-lawfirm.com

- **Mark A. Gottlieb**
  mark@phaionline.org

- **Gary A. Gotto**
  ggotto@kellerrohrback.com

- **C. Jacob Gower**
  jacob@gowerlegal.com,denise@onmyside.com,eluquette@onmyside.com

- **Michael D. Grabhorn**
  m.grabhorn@grabhornlaw.com,s.drake@grabhornlaw.com,grabhornlaw@gmail.com,a.grabhorn@grabhornlaw.com

- **Christopher T. Graebe**
  cgraebe@ghslawfirm.com

- **William B. Graham**
  will@hilderlaw.com

- **Cameron E. Grant**
  cgrant@sakg.com

- **David R. Grant**
  dgrant@pglawyer.com

- **Michael J. Gras**
  mgras@cuetolaw.com,mwendler@cuetolaw.com

- **John Gravante , III**
  jgravante@podhurst.com

- **Kacie F. Gray**
  kgray@irpinolaw.com

- **Mark K. Gray**
  Mgray@grayandwhitelaw.com,mwhite@grayandwhitelaw.com

- **Thomas R. Greer**
  tgreer@baileygreer.com

- **Marc D. Grossman**
  mgrossman@ssbwlaw.com,rkassan@ssbwlaw.com

- **David J. Guarnieri**
  dguarnieri@mmlk.com,dpritchard@mmlk.com

- **Laura Kolesar Gura**
  lgura@jonesday.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com

- **David B. Gustin**
  brian.butleresq@yahoo.com

- **Alex John Hagan**
  alex.hagan@elliswinters.com,elizabeth.worthy@elliswinters.com

- **Jennifer B. Hagedorn**
  jhagedorn@bowlesrice.com,lcrown@bowlesrice.com

- **John J. Haggerty**
  jhaggerty@foxrothschild.com,sfineman@foxrothschild.com,nsalter@foxrothschild.com,JClark@foxrothschild.com,khelgerson@foxrothschild.com,scornell@foxroths

- **Christopher R. Hall**
  chris.hall@saul.com

- **Kimberly Lanae Hall**
  khall@ccj.com,shaffer@ccj.com,holtz@ccj.com,giess@ccj.com

- **Michael R. Hamed**
  mhamed@kushnerhamed.com

- **Adam M. Hammoud**
  adam.hammoud@morganlewis.com

- **James R. Hankle**
  jrh@sgkpc.com,pms@sgkpc.com,cjd@sgkpc.com,jpr@sgkpc.com

- **Paul James Hanly , Jr**
  phanly@simmonsfirm.com,ClassDocketing@ecf.courtdrive.com,complexdocketing@simmonsfirm.com

- **Ashley W. Hardin**
  ahardin@wc.com

- **Dana S. Hardy**
  dhardy@hinklelawfirm.com,jgilmore@hinklelawfirm.com,vapodaca@hinklelawfirm.com,cgalvez@hinklelawfirm.com,jmartin@hinklelawfirm.com

- **Scott M. Hare**
  scott@scottlawpgh.com,share4@mac.com

- **David Adam Harper**
  adam@sutherslaw.com

- **Aaron L. Harrah**
  aaron@hpcbd.com,diana@hpcbd.com,pamela@hpcbd.com,jcpeterson@hpcbd.com

- **Sandra B. Harrah**
  Sandra@hpcbd.com,Hollie@hpcbd.com

- **Ben M. Harrington**
  benh@hbsslaw.com

- **Andrew Scott Harris**
  aharris@joneswalker.com,dthomas@joneswalker.com,andrew-harris-7262@ecf.pacerpro.com

- **Jennifer S. Harrison**
  jharrison@hallboothsmith.com,jbeach@hallboothsmith.com,nroberts@hallboothsmith.com,rcavallaro@hallboothsmith.com

- **Stephen E. Harrison , II**
  steve@thetriallawyers.com,michelle@thetriallawyers.com,preston@dwmlawfirm.com,debra@thetriallawyers.com,christie@thetriallawyers.com,barbara@thetriallawy

- **Timothy M. Hartley**
  hartley@hartleylaw.net,reid@hartleylaw.net,campbell@hartleylaw.net

- **Ruth E. Hartman**
  rhartman@bakerlaw.com

- **Ronda L. Harvey**
  rharvey@bowlesrice.com,kblackshire@bowlesrice.com,kharmonmccreery@bowlesrice.com,ahardestyodell@bowlesrice.com,fshere@bowlesrice.com,pferrell@bowle

- **W. Todd Harvey**
  tharvey@burkeharvey.com,aschafner@burkeharvey.com,lpreston@burkeharvey.com

- **William Timothy Harvey**
  timharvey@wtharveylaw.com

- **Todd J. Hathaway**
  thathaway@wadleighlaw.com,dlowe@wadleighlaw.com

- **Georgia Hatzis**
  ghatzis@ulmer.com

- **Kimberly C. Haugh**
  kchlawgroup@gmail.com

- **William Hawal**
  wh@spanglaw.com,tbroad@ecf.courtdrive.com,tbroad@spanglaw.com,whawal@ecf.courtdrive.com

- **John F. Hawkins**
  john@hgattorneys.com,teresa@hgattorneys.com

- **David V. Hayes**
  dhayes@bsllaw.net,gmoore@bsllaw.net,pedwards@bsllaw.net,tbarfield@bsllaw.net

- **Joshua Patrick Hayes**
  jhayes@princelaw.net,jtaylor@princelaw.net

- **Michael J. Hays**
  mhays@thklaw.com

- **Frank Lane Heard , III**
  lheard@wc.com,lmullins@wc.com

- **Cecil Maison Heidelberg**
  mheidelberg@hpwlawgroup.com,mkunz@hpwlawgroup.com,cdunagin@hpwlawgroup.com,msledge@hpwlawgroup.com,clerk@hpwlawgroup.com

- **Gregory N. Heinen**
  gheinen@foley.com,sulness@foley.com

- **Neil L. Henrichsen**
  nhenrichsen@hslawyers.com

- **Terry Matthew Henry**
  thenry@blankrome.com,Peascheck@BlankRome.com,Nucifora@BlankRome.com

- **Manuel Herceg**
  mherceg@taftlaw.com,jburgess@taftlaw.com,docket@taftlaw.com

- **Jenny A. Hergenrother**
  jenny.mendelsohn@alston.com

- **Dustin B. Herman**
  dherman@spanglaw.com,ecampbell@spanglaw.com,sschebek@spanglaw.com

- **Jennifer N. Herman**
  jherman@savannahga.gov

- **David P. Hersh**
  dhersh@burgsimpson.com

- **Thomas John Herten**
  therten@archerlaw.com

- **G. Riley Hetherington , III**
  grh@hetheringtonlaw.com

- **Russell Lyle Hewit**
  rhewit@dughihewit.com

- **John Hicks**
  jh@nkfirm.com

- **Clifford Carlton Higby**
  chigby@bryanthigby.com

- **Lisa N. Higgins**
  lhiggins@deflaw.com,hkeller@deflaw.com

- **Philip Harlan Hilder**
  philip@hilderlaw.com,angela@hilderlaw.com

- **Douglas P. Hill**
  dhill@bscr-law.com

- **James E. Hill , III**
  jhill@hhglawgroup.com

- **Robert E. Hill**
  rehill@hpcbd.com

- **Rebecca J. Hillyer**
  rebecca.hillyer@morganlewis.com

- **Brian T. Himmel**
  bhimmel@reedsmith.com

- **Patrick William Hinchey**
  patrick@hincheylaw.com

- **Lisa English Hinkle**
  lhinkle@mmlk.com

- **Michael-Corey F. Hinton**
  mchinton@dwmlaw.com

- **Jay F. Hirsch**
  jayhirsch@pmkm.com

- **Geoffrey E. Hobart**
  ghobart@cov.com,bblisard@cov.com

- **Chad L. Hobbs**
  chobbs@tuscaloosa.com,chowton@rosenharwood.com

- **Ryan Blake Hobbs**
  rhobbs@tallahasseeattorneys.com,jeanetta@tallahasseeattorneys.com

- **David J. Hodge**
  dhodge@mkhlawyers.com,wparker@mkhlawyers.com

- **Evan R. Hoffman**
  ehoffman@tenlaw.com

- **Joseph C. Hoffman , Jr**
  Hoffman@fhplaw.com,rosa@fhplaw.com

- **Eric D. Holland**
  eholland@allfela.com,lhenderson@allfela.com,toulson@allfela.com,theepke@allfela.com

- **Thomas F. Hollingsworth , III**
  tfh@bbga.com,shill@bbga.com,kmcdonald@bbga.com

- **Christopher C. Hollon**
  chollon@ficlaw.com,kmonroe@ficlaw.com,tseabold@ficlaw.com,mhaas@ficlaw.com

- **Jason R. Hollon**
  jhollon@mmlk.com

- **Beau D. Hollowell**
  bhollowell@karonllc.com

- **Bradley D. Holm**
  bradley.holm@phoenix.gov

- **Scott B. Holmes**
  sholmes@tuscaloosa.com

- **Vincent I. Holzhall**
  vincent.holzhall@steptoe-johnson.com,sandy.schluep@steptoe-johnson.com

- **David Blayne Honeycutt**
  dbhoneycutt@fayardlaw.com,benita@fayardlaw.com

- **Christopher B. Hood**
  chood@hgdlawfirm.com

- **Jim Hood**
  jhood@wmclaw.com,squinn@wmclaw.com

- **Arthur J. Horne , Jr**
  ahorne@shhpa.com

- **Robert W. Horton**
  rhorton@bassberry.com

- **Paul I. Hotchkiss**
  pih@BIRDLAWGROUP.COM,fcb@birdlawgroup.com

- **Robert L. Houston**
  rhouston@htllawyers.com

- **Robert D. Howell**
  robert.howell@southgalaw.com

- **Theodore Randolph Howell**
  thowell@perry-young.com,MFIGLINSKI@PERRY-YOUNG.COM

- **Christopher M. Huck**
  huck@goldfarb-huck.com,trinh@goldfarb-huck.com,ritchie@goldfarb-huck.com

- **Timothy E. Hudson**
  tim.hudson@btlaw.com,jenna.johnson@btlaw.com,rachel.ellis@btlaw.com,christi.durden@btlaw.com

- **Hans N. Huggler**
  hugglerh@lanepowell.com

- **Gregory E. Hull**
  ghull@fp-legal.com,jschaffer@fp-legal.com,ecleary@fp-legal.com,britz@fp-lega.com

- **Colin H. Hunter**
  colin@angelilaw.com

- **Teresa E. Hurla**
  thurla@bscr-law.com

- **Timothy McDevitt Hurley**
  tim.hurley@nelsonmullins.com

- **John D. Hurst**
  jhurst@motleyrice.com

- **Daniel J. Hyzak**
  dhyzak@grsm.com,mmasucci@grsm.com,rrose@grsm.com,tboman@grsm.com

- **Robert J. Iacopino**
  riacopino@ljdfa.com

- **Eric A. Inglis**
  eai@spsk.com,rjr@spsk.com

- **John F. Innelli**
  JINNELLI@INNELLILAW.COM

- **Anthony D. Irpino**
  airpino@irpinolaw.com,kjemison@irpinolaw.com,probertson@irpinolaw.com,kgray@irpinolaw.com,lhiggins@irpinolaw.com

- **Troy L. Isaacson**
  service@mic-law.com

- **Keith Jackson**
  kj@rileyjacksonlaw.com,MaryMalea@rileyjacksonlaw.com

- **Sidney W. Jackson , III**
  sid@jacksonfosterlaw.com,april@jacksonfosterlaw.com

- **Jackson County, Alabama**
  jfriedman@friedman-lawyers.com

- **Evan K. Jacobs**
  evan.jacobs@morganlewis.com

- **Michael Jacobs**
  mjacobs@hinklelawfirm.com,Kallen@hinklelawfirm.com,cwilson@hinklelawfirm.com

- **Evan M. Janush**
  Evan.Janush@lanierlawfirm.com,Ian.Millican@lanierlawfirm.com,sadie.turner@lanierlawfirm.com

- **Daniel G. Jarcho**
  daniel.jarcho@alston.com,cari.dawson@alston.com,jenny.mendelsohn@alston.com

- **Russell D. Jessee**
  russell.jessee@steptoe-johnson.com,sandy.cooper@steptoe-johnson.com

- **Bo Bryan Jin**
  bryan.jin@stblaw.com,nanderson@stblaw.com,katerina.siefkas@stblaw.com

- **Anne F. Johnson**
  annej@hbsslaw.com

- **Brendan V. Johnson**
  BJohnson@RobinsKaplan.com,mcarranza@robinskaplan.com,TOlson@RobinsKaplan.com

- **Brian P. Johnson**
  bjohnson@johnsontrent.com

- **Erik Christopher Johnson**
  erik.c.johnson@msth.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com,scott-scott@ecf.courtdrive.com,smasson@scott-scott.com,efile@scott-scott.com,aslaughter@scott-scott.com

- **Ronald E. Johnson , Jr**
  rjohnson@justicestartshere.com,amcmullen@justicestartshere.com,semery@justicestartshere.com,tcoaston@justicestartshere.com

- **Timothy D. Johnson**
  tjohnson@cavitch.com,lwerb@cavitch.com

- **C. David Johnstone**
  david.johnstone@ag.ky.gov

- **Alice A. Jones**
  alice.jones@dinsmore.com

- **C. Scott Jones**
  sjones@lockelord.com,amber.sladovnik@lockelord.com,rhager@lockelord.com

- **Christopher Scott Jones**
  sjones@lockelord.com

- **Gene M. Zona Jones , II**
  zona@TheTrialLawyers.com,heather@thetriallawyers.com

- **Phyllis A. Jones**
  pajones@cov.com

- **Rhon Eugene Jones**
  rhon.jones@beasleyallen.com,kelli.flanagan@beasleyallen.com

- **S. Reeves Jordan**
  rejordan@maynardnexsen.com

- **Jane E. Joseph**
  jjoseph@skikos.com,lbaker@skikos.com,jjacob@skikos.com

- **Shawn Kincade Judge**
  skj@classlawgroup.com,8618307420@filings.docketbird.com

- **Elizabeth M. Judy**
  ejudy@bbw-law.com,jconrad@bbw-law.com

- **J. Steven Justice**
  justice@dunganattorney.com,kay@dunganattorney.com

- **Nicholas A. Kahl**
  nick@nickkahl.com

- **D. Scott Kalish**
  scottkalishcollc@cs.com

- **Julie Braman Kane**
  julie@colson.com,b.cancela@colson.com

- **Julie S. Kane**
  juliek@nezperce.org

- **Eric Todd Kanefsky**
  eric@ck-litigation.com

- **Allan Kanner**
  y.skandanatha@kanner-law.com,a.tennis@kanner-law.com,k.crowell@kanner-law.com,m.shumate@kanner-law.com

- **Kara M. Kapke**
  kara.kapke@btlaw.com,meredith.white@btlaw.com,sarah.oskay@btlaw.com,alicia.rainesbarrs@btlaw.com,victor.vital@btlaw.com,jennifer.perkins@btlaw.com

- **Daniel R. Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com

- **Randi A. Kassan**
  rkassan@milberg.com

- **Beth A. Kaswan**
  bkaswan@scott-scott.com,efile@scott-scott.com

- **Clifford Katz**
  CKatz@KelleyDrye.com,Docketing@KelleyDrye.com

- **Justin R. Kaufman**
  jkaufman@kdplawfirm.com

- **Kathleen T. Cobb Kaufman**
  kck@rockwellandkaufman.com,csr@rockwellandkaufman.com,jmw@rockwellandkaufman.com

- **Julia M. Kavanagh**
  jkavanagh@hallboothsmith.com,tjordan@hallboothsmith.com,jbeach@hallboothsmith.com,susansmith@hallboothsmith.com

- **Dean N. Kawamoto**
  dkawamoto@kellerrohrback.com,cbrewer@kellerrohrback.com

- **Joseph M. Kaye**
  joseph@moskowitz-law.com,dione@moskowitz-law.com

- **Margaret E. Keane**
  mkeane@bgdlegal.com,smays@bgdlegal.com

- **Anne McGinness Kearse**
  akearse@motleyrice.com,tleyimu@motleyrice.com,dsalerno@motleyrice.com,ncummings@motleyrice.com

- **John E. Keefe , Jr**
  jkeefe@keefe-lawfirm.com

- **Ashley C. Keller**
  ack@kellerlenkner.com

- **James M. Kelley , III**
  jkelley@elkandelk.com,tmorton@elkandelk.com

- **Jeffrey A. Kennard**
  jkennard@sakg.com,cgrant@sakg.com,wlund@SAKG.com,mhufferd@sakg.com,cnoble@sakg.com

- **Robert Kennedy**
  ekennedy@weismanlaw.com,drozman@weismanlaw.com,asimonyi@weismanlaw.com,dlandever@weismanlaw.com

- **Kennedy Forum et al.**
  pjk@thekennedyforum.org

- **Rebecca S. Kenny**
  rsk@madisonlaw.com,betty@madisonlaw.com

- **Thomas N. Kerrick**
  tkerrick@kerricklaw.com,chesse@kerricklaw.com,dpage@kerricklaw.com

- **Elizabeth P. Kessler**
  ekessler@jonesday.com

- **Marc J. Kessler**
  mkessler@hahnlaw.com,bdannaher@hahnlaw.com,cphilpot@hahnlaw.com

- **M. Bert Ketchum , III**
  bert@greeneketchum.com,susan@greeneketchum.com,patty@farrell.law,lora@farrell.law

- **Faith Khalik**
  f.khalik@northeastern.edu

- **Ron Kilgard**
  ron-kilgard-9392@ecf.pacerpro.com,kathy-kendrick-5008@ecf.pacerpro.com

- **Nathan L. Kinard**
  nkinard@chamblisslaw.com,tmcclendon@chamblisslaw.com

- **Randall L. Kinnard**
  rkinnard@KCBattys.com

- **Clifford F. Kinney , Jr**
  ckinney@spilmanlaw.com,sburch@spilmanlaw.com

- **John W. Kitchens**
  jkitchens@kitchenslaw.net

- **Aaron L. Kite**
  aaron@rbr3.com

- **Steven G. Kluender**
  sgk@previant.com

- **Timothy W. Knapp**
  tknapp@kirkland.com

- **David J. Ko**
  dko@kellerrohrback.com,cbrewer@kellerrohrback.com,cate-brewer-0141@ecf.pacerpro.com

- **Joshua A. Kobrin**
  kobrin@marcus-shapira.com

- **Rick L Koehmstedt**
  rick@schwartzbon.com,hbeckfield@schwartzbon.com,tammy@schwartzbon.com

- **Katy E. Koski**
  kkoski@foley.com,dcourtois@foley.com

- **Torsten Kracht**
  tkracht@hunton.com

- **Michelle L. Kranz**
  michelle@toledolaw.com,angela@toledolaw.com,christy@toledolaw.com,sheila@toledolaw.com

- **David M. Krinsky**
  dkrinsky@wc.com

- **Matthew D. Krueger**
  mkrueger@foley.com

- **Philip S. Kushner**
  pkushner@kushnerhamed.com,nhamed@kushnerhamed.com

- **W JAY LUNEAU**
  jay@luneaubecklaw.com

- **David C. Laborde**
  david@onmyside.com,kathy@onmyside.com

- **Brian J. Laliberte**
  brian@lawyercollective.com

- **John Thomas Lamar , III**
  tlamar@lamarhannaford.com

- **Archie Cleveland Lamb**
  alamb@levinlaw.com

- **Archie Cleveland Lamb , Jr**
  alamb@levinlaw.com,jenenneboyd@gmail.com,edna@mchughfuller.com

- **David G. Lambert**
dlambert@prosecutor.cuyahogacounty.us

- **Megan Sterchi Lammert**
msterchi@bakersterchi.com

- **John A. Lancione**
jal@lancionelaw.com,lrl@lancionelaw.com

- **Jason Zachary Landry**
jzl@mbfirm.com

- **Matthew S. Landry**
mlandry@legershaw.com,jturchi@legershaw.com

- **Daniel R Lanier**
dan@bfdlegal.com

- **Troy A. Lanier**
tlanier@tlanierlaw.com

- **W. Mark Lanier**
wml@lanierlawfirm.com

- **Daniel R. Lapinski**
dlapinski@wilentz.com,jkennedy@wilentz.com,mmcguckin@wilentz.com

- **Paul Laprairie**
paul.laprairie@andrusanderson.com

- **Lisa A. Larkin**
llarkin@bscr-law.com

- **Leigh G. Latherow**
llathero@vmje.com

- **Elizabeth A. Laughlin**
llaughlin@sperling-law.com

- **John P. Lavelle , Jr**
john.lavelle@morganlewis.com,donna.shapley@morganlewis.com,teresa.helm@morganlewis.com

- **Theodore A. Lawson , II**
cockrellh@jccal.org

- **J. Burton LeBlanc , IV**
avezinat@baronbudd.com,awilson@baronbudd.com,corr@baronbudd.com,jmartinez@baronbudd.com,cmansour@baronbudd.com

- **Thomas J. Lech**
tlech@ghalaw.com,calthardt@ghalaw.com

- **E. William Leckerling, III , Esq**
wmleckerling@leck-law.com,ppinard@leck-law.com

- **Caryn C. Lederer**
clederer@hsplegal.com,gsantos@hsplegal.com

- **Chou-il Lee**
clee@taftlaw.com,jburgess@taftlaw.com,docket@taftlaw.com,emurray@taftlaw.com,IND_Docket_Assist@taftlaw.com

- **Karen C. Lefton**
karen@theleftongroup.com

- **Walter John Leger , Jr**
wleger@legershaw.com

- **Erik W. Legg**
EWL@farrell3.com

- **Neil T. Leifer**
n.leifer@ntllaw.com

- **Rovianne Amber Leigh**
rleigh@berkeywilliams.com

- **Whitney A. Leonard**
whitney@sonosky.net

- **Judy L. Leone**
judy.leone@dechert.com

- **Daniel C. Levin**
dlevin@lfsblaw.com

- **Irwin B. Levin**
  ilevin@cohenandmalad.com,llowe@cohenandmalad.com,jknoll@cohenandmalad.com

- **Jennifer G. Levy**
  jlevy@kirkland.com

- **Don E. Lewis**
  lewisfirm@aol.com

- **James M. Lewis**
  jlewis@thklaw.com,aschleiger@thklaw.com

- **Joel K. Liberson**
  joel@taresources.com

- **Jason L. Lichtman**
  jlichtman@lchb.com,jason-lichtman-9410@ecf.pacerpro.com

- **Dennis A. Lienhardt , Jr**
  dal@millerlawpc.com,lkb@millerlawpc.com

- **Charles C. Lifland**
  clifland@omm.com,alucas@omm.com,skim@omm.com,charles-lifland-4890@ecf.pacerpro.com,sbrody@omm.com,ssermons@omm.com,echianese@omm.com,opioidsmailbag@omm.com,erodriguez2@omm.com,sstrong@omm.com,ske

- **Hansel Eli Lightner , II**
  elightner@whitearnolddowd.com

- **Michael E. Lillis**
  michael@lillislegal.com

- **Alexis Lilly**
  alilly@motleyrice.com

- **Lisa L. Lilly**
  llilly@francisandlillylaw.com,avaughan@francisandlillylaw.com

- **John J. Limbian**
  jlimbian@youngstownohio.gov

- **Dyllan Evan Linehan**
  dyllanlinehan@gmail.com

- **Phillip G. Litchfield**
  litchfieldP@litchfieldcavo.com

- **Seth A. Litman**
  Seth.Litman@thompsonhine.com

- **William Merrill Litt**
  littwm@co.monterey.ca.us

- **Ashley M. Liuzza**
  aliuzza@stagliuzza.com

- **Scott D. Livingston**
  livingston@marcus-shapira.com,short@marcus-shapira.com

- **Derek W. Loeser**
  dloeser@kellerrohrback.com,dmensher@kellerrohrback.com,leslie-nims-6342@ecf.pacerpro.com,cbrewer@kellerrohrback.com,dko@kellerrohrback.com,daniel-mensher-8016@ecf.pacerpro.com,derek-loeser-0264@ecf.pacerpro.com,sara-stevens-0324@ecf.pacerpro.com,rkilgard@kellerrohrback.com,david-ko-8713@ecf.pacerpro.com

- **Todd M. Logan**
  tlogan@edelson.com,4054100420@filings.docketbird.com

- **Andrew Scott Loge**
  andrew.scott.loge@outlook.com

- **Phillip M. Longmeyer**
  philip.longmeyer@dinsmore.com,melissa.cook@dinsmore.com

- **Andres W. Lopez**
  andres@awllaw.com

- **Javier Asis Lopez**
  jal@kttlaw.com

- **Allen M. Lopus**
  alopus@clarkhill.com,lmay@clarkhill.com,rridge@clarkhill.com

- **Casey Langston Lott**
  clott@langstonlott.com,smiller@langstonlott.com

- **James Allison Lowe**
  jlowe@lsflaw.com

- **Jeffrey J. Lowe**
  jeff@jefflowepc.com,crm@jefflowepc.com

- **Craig L. Lowell**
  clowell@wigginschilds.com,ttodd@wigginschilds.com

- **William Conway Lozes**
  wlozes@phjlaw.com,eliuzza@phjlaw.com,mlignieres@phjlaw.com,ymccarty@phjlaw.com

- **Albert J. Lucas**
  alucas@calfee.com,lthurman@calfee.com

- **Samuel L. Lucas**
  slucas@brinson-askew.com

- **Harrison Lujan**
  hlujan@fulmersill.com,tbirmingham@fulmersill.com,dwhitener@fulmersill.com

- **Erin E. Lunceford**
  erinlunceford@gmail.com

- **Neva G. Lusk**
  nlusk@spilmanlaw.com,lwalker@spilmanlaw.com

- **Hirlye R. Lutz , III**
  rlutz@cwcd.com,vlankford@cwcd.com,jrusso@corywatson.com

- **Mark H. Lynch**
  mlynch@cov.com,mckessonparalegal@cov.com

- **Michael K. Lyons**
  mlyons@medinaco.org

- **Marcia Anne MacKenzie**
  mackenzie.marcia@co.dane.wi.us

- **Alexander Macia**
  amacia@spilmanlaw.com,bmarion@spilmanlaw.com

- **Brian J. Madden**
  bmadden@wcllp.com,abaldwin@wcllp.com

- **William C. Madison**
  wcm@madisonlaw.com

- **James Lawrence Magazine**
  jim@lucasmagazine.com

- **Gabriel Magee**
  gmagee@levybaldante.com,stolton@pogustmillrood.com

- **Stacey Anne Mahoney**
  stacey.mahoney@morganlewis.com

- **Enu Mainigi**
  emainigi@wc.com,enu-mainigi-3388@ecf.pacerpro.com,cbrown-taylor@wc.com

- **Anthony J. Majestro**
  amajestro@powellmajestro.com,jnelson@powellmajestro.com,jcpowell@powellmajestro.com,paula@powellmajestro.com,helen@powellmajestro.com,csmith@powel

- **Abasi Major**
  amajor@phippsortiztalafuse.com

- **John M. Majoras**
  jmmajoras@jonesday.com

- **Kevin A. Malone**
  KMalone@krupnicklaw.com

- **Caitlyn A. Mancuso**
  kate.mancuso@hoganlovells.com

- **Eva Marie Mancuso**
  emancuso@hwac.com

- **Rebecca C. Mandel**
  rebecca.mandel@hoganlovells.com,ecf-7ce2b6580042@ecf.pacerpro.com

- **Joseph D. Mando**
  mando@fhplaw.com,hummel@fhplaw.com

- **Julia I. Manela**
  jmanela@wlrlaw.com

- **Gary N. Mansfield**
  litigation@mblawpa.com,gary@mblawpa.com

- **Mary Beth Mantiply**
  mbmantiplylaw@gmail.com

- **Jessica E. Mar**
  jessica.mar@cco.sccgov.org

- **Jonathan Marigliano**
  jmarigliano@pmhplaw.com

- **Miriam E. Marks**
  mmarks@lchb.com,miriam-marks-8754@ecf.pacerpro.com

- **James A. Marniella**
  jamarniella@demerlaw.com

- **Jessica D. Marshall**
  jessica.marshall@lewisbrisbois.com

- **Brant C. Martin**
  brant.martin@wickphillips.com,samantha.tandy@wickphillips.com,schyler.parker@wickphillips.com

- **Reid W. Martin**
  rmartin@martinwalkerlaw.com,mcarroll@martinwalkerlaw.com,kayleeq@martinwalkerlaw.com,spoole@martinwalkerlaw.com

- **Richard M. Martin , Jr**
  rmartin@lamothefirm.com,kdavis@lamothefirm.com,lciuffi@lamothefirm.com

- **Steven A. Martino**
  stevemartino@taylormartino.com,susan@taylormartino.com

- **Angela J. Mason**
  angelamason@cochranfirm.com,amason@cochranfirm.com

- **Samuel E. Masur**
  smasur@gamb.law,shannon@gamb.law

- **Rachel C. Mathis**
  rmathis@amlawok.com

- **James B. Matthews , III**
  jmatthews@bbga.com,2616494420@filings.docketbird.com,jboyer@bbga.com

- **James W. Matthews**
  JMatthews@foley.com,DCourtois@foley.com,RCahill@foley.com

- **Stephen C. Matthews**
  stephen.matthews@dlapiper.com

- **Mark W. Mattioli**
  mmattioli@mt.gov

- **Zachary M. Mattison**
  zmattison@sugarmanlaw.com,jdalfonso@sugarmanlaw.com

- **Roger S. Matzkind**
  rmatzkind@co.merced.ca.us

- **Andrew R. Mayle**
  amayle@maylelaw.com

- **Matthew R. Mazgaj**
  mazgaj@marcus-shapira.com,sav@marcus-shapira.com

- **John A. McCauley**
  jmccauley@venable.com,tepoirot@venable.com,bebowman@venable.com,dcbitzelberger@venable.com

- **Shannon E. McClure**
  smcclure@reedsmith.com

- **Warren T. McClurg , II**
  wmcclurg@beneschlaw.com,docket@beneschlaw.com,bkaloczi@beneschlaw.com

- **Robert J. McConnell**
  bmcconnell@motleyrice.com

- **Stephen E. McConnico**
  smcconnico@scottdoug.com,jellis@scottdoug.com,cmason@scottdoug.com

- **Claud E. Skip McCoy , Jr**
  smccoy@jcmlaw.net

- **Michael C. McCutcheon**
  michael.mccutcheon@bakermckenzie.com

- **James T. McDermott**
  jmcdermott@balljanik.com

- **Barbara M. McDonald**
  bmcdonald@mic-law.com

- **John P. McDonald**
  jpmcdonald@lockelord.com,kpatrick@lockelord.com,Brandan.montminy@lockelord.com,Katie.Wright@lockelord.com,hatchley@lockelord.com,Nick.graber@lockel

- **Elisa P. McEnroe**
  elisa.mcenroe@morganlewis.com,andrea.preate-regni@morganlewis.com,matthew.ladd@morganlewis.com

- **Sean P. McGinley**
  sean.mcginley@dbdlawfirm.com,leighanne.kirk@dbdlawfirm.com

- **Jim C. McGough**
  jim@tulsafirm.com,admin@tulsafirm.com

- **Francis E. McGovern , II**
  mcgovern@law.duke.edu

- **Erin K. McGowan**
  mcgowane@stlouis-mo.gov

- **Warren R. McGraw , II**
  Mcgrawlaw1@aol.com

- **Stephanie K. McGuire**
  stephanie@hilderlaw.com

- **Brian M. McIntyre**
  bmcintyre@cochise.az.gov

- **Eric Niles McKay**
  eric@ericmckaylaw.com

- **Sean H. McKee**
  smckee@bestsharp.com,bbonacci@bestsharp.com

- **Conor A. McLaughlin**
  conor.mclaughlin@thompsonhine.com,Donna.Mitchell@thompsonhine.com,ECFDocket@Thompsonhine.com

- **George E. McLaughlin**
  gem@mcllf.com,elarson@mcllf.com

- **David M. McMullan , Jr**
  dmcmullan@barrettlawgroup.com

- **Donald R. McNeil , Jr**
  dmcneil@heleyduncan.com

- **Thomas P. McNulty**
  thomas.mcnulty@cityofchicago.org

- **Aaron E. McQueen**
  aaron.mcqueen@jacksonkelly.com

- **Daniel R. Meachum**
  dmeachum@dmeachumlaw.com

- **James B. Meade**
  jb@favros.com,whitney@FAVROS.COM,cindy@favros.com,myia@favros.com

- **Michael A. Meadows**
  MichaelMeadows@CampbellWoods.com,FChildress@CampbellWoods.com

- **Carmen A. Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Cyrus Mehri**
  pleadings@findjustice.com

- **Matthew S. Melamed**
  mmelamed@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kate E. Menard**
  kmenard@motleyrice.com

- **Michael W. Mengis**
  mmengis@bakerlaw.com

- **Timothy S. Mentkowski**
  tment@ariesequity.com

- **William W. Mercer**
  wwmercer@hollandhart.com

- **Nicholas P. Meriage**
  meriage@pspclaw.com,rembold@pspclaw.com

- **Wesley D. Merillat**
  wmerillat@charlesboyk-law.com,vwilson@charlesboyk-law.com,cvillanueva@charlesboyk-law.com

- **Neil Merkl**
  nmerkl@kelleydrye.com,docketing@kelleydrye.com

- **Matthew G. Mestayer**
  mgm@rmlawcall.com,beh@rmlawcall.com

- **John Conrad Metcalf**
  jcmetcalf@icloud.com

- **Christopher Daniel Meyer**
  cmeyer@burr.com

- **Richard G. Meyer**
  rmeyer@dbllaw.com

- **Seth A. Meyer**
  sam@kellerpostman.com,docket@kellerlenkner.com,samcourtnotices@kellerpostman.com

- **Kate E. Middleton**
  kate.middleton@faegredrinker.com,susan.defoe@faegredrinker.com

- **David C. Mielke**
  dmielke@abqsonosky.com,sjones@abqsonosky.com

- **Donald A. Migliori**
  dmigliori@motleyrice.com,don-migliori-motley-rice-7543@ecf.pacerpro.com

- **Kelly V. Milam**
  kmilam@grsm.com

- **Alexandra W. Miller**
  smiller@zuckerman.com

- **E. Powell Miller**
  epm@miller.law,aad@miller.law,aad@ecf.courtdrive.com

- **Elizabeth M. Miller**
  emiller@bscr-law.com

- **Gretchen N. Miller**
  millerg@gtlaw.com,scavom@gtlaw.com,sullivanka@gtlaw.com,chilitdock@gtlaw.com,peraltas@gtlaw.com

- **J. Parker Miller**
  parker.miller@beasleyallen.com,candice.wyatt@beasleyallen.com,matthew.yarema@beasleyallen.com

- **James E. Miller**
  jemiller@millershah.com,smoss@millershah.com,pleadings@millershah.com

- **Kerry J. Miller**
  kmiller@fishmanhaygood.com

- **Lloyd B Miller**
  lloyd@sonosky.net,kimberly@sonosky.net,dsimon@sonosky.com,karin@sonosky.net,whitney@sonosky.net

- **Robert R. Miller**
  rmiller@ohlaw.com

- **Vess A. Miller**
  vmiller@cohenandmalad.com,llowe@cohenandmalad.com,ltoops@cohenandmalad.com

- **Tobias L. Millrood**
  tmillrood@pogustmillrood.com,kvarallo@pogustmillrood.com,rfreedman@pogustmillrood.com,rweihermuller@pogustmillrood.com,stolton@pogustmillrood.com

- **Samuel F. Mitchell**
  sam@mitchellspeights.com,katie@speightsfirm.com,marcella@speightsfirm.com

- **Jeffery A. Mobley**
  jeff@lowemobleylowe.com

- **Vincent J. Moccio**
  vincent@bennerotte.com

- **Michael J. Modl**
  mmodl@axley.com,lkneebone@axley.com

- **J. Scott Moede**
  Scott.Moede@portlandoregon.gov

- **Courtney L. Mohammadi**
  courtneymohammadi@pmkm.com

- **Matthew S. Mokwa**
  mmokwa@maherlawfirm.com

- **Corey Daniel Moll**
  cmoll@phjlaw.com,corey.moll@gmail.com

- **Brandan J. Montminy**
  brandan.montminy@lockelord.com,kpatrick@lockelord.com,autodocketdev@lockelord.com,AutoDocket@lockelord.com,hatchley@lockelord.com

- **Bruce A. Moore**
  bmoore@grsm.com,mmasucci@grsm.com,rrose@gordonrees.com,tboman@grsm.com

- **Jason Stanley Moore**
  jason.moore@navajocountyaz.gov

- **Kelly A. Moore**
  kelly.moore@morganlewis.com,andrea.preate-regni@morganlewis.com

- **Michael J. Moore**
  michaelmoore@pmkm.com

- **Albert F. Moran**
  albert.moran@saul.com,alex.field@saul.com

- **Greg S. Morin**
  gmorin@meplegal.com

- **Mitchell P Morinec**
  dcasadonte@smsm.com

- **Sean O. Morris**
  sean.morris@arnoldporter.com,local-counsel-
  8709@ecf.pacerpro.com,rebecca.mcnew@arnoldporter.com,eDocketsCalendaring@arnoldporter.com,guadalupe.saldana@arnoldporter.com,maria.hansen@arnoldporte

- **Matthew J. Morrison**
  matt@thetriallawyers.com

- **Chris Moser**
  cmoser@hslawyers.com,moserlaw@gmail.com

- **Adam M. Moskowitz**
  adam@moskowitz-law.com,rejane@moskowitz-law.com,dione@moskowitz-law.com

- **Paul Donald Motz**
  pmotz@smsm.com

- **Peter James Mougey**
  pmougey@levinlaw.com,levinlaw@ecf.courtdrive.com,ldunning@ecf.courtdrive.com,mmiller@ecf.courtdrive.com,ppoerschke@ecf.courtdrive.com,mailsec@levinlaw

- **Kelly Calder Mowen**
  kelly.mowen@om-pllc.com,megan.doeffinger@om-pllc.com

- **P. Matthew Muir**
  mmuir@joneswaldo.com

- **Anil A. Mujumdar**
  anil@zarzaur.com,leslie@zarzaur.com

- **Kurt M. Mullen**
  kmullen@nixonpeabody.com,jbarnes@nixonpeabody.com,bos.managing.clerk@nixonpeabody.com

- **Charles Robert Munson**
  cmunson@mt.gov

- **Kevin L. Murch**
  kmurch@perez-morris.com,ajohnston@perez-morris.com

- **Anne Marie Murphy**
  amurphy@cpmlegal.com,jdiaz-marquez@cpmlegal.com,shernandez@cpmlegal.com,cho@cpmlegal.com,graghunandan@cpmlegal.com

- **Christopher R. Murphy**
  crmurphy@reedsmith.com

- **D. Brian Murphy**
  brian@braswellmurphy.com

- **G. Patrick Murphy**
  gpatrick@murphymurphyllc.com,brenda@murphymurphyllc.com,nina@murphymurphyllc.com

- **John M. Murphy**
  jmurphy@kelley-ferraro.com,jreichard@kelleyferraro.com,slaquatra@kelleyferraro.com

- **John T. Murray**
  john@lesliemurraylaw.com,jmurray160@yahoo.com,info@lesliemurraylaw.com

- **Leslie O. Murray**
  leslie@lesliemurraylaw.com,info@lesliemurraylaw.com,alex@lesliemurraylaw.com

- **Christopher M. Mussler**
  cmussler@gsblegal.com

- **Jeffrey B. Musslewhite**
  jeff@lbjmlaw.com

- **John C. Musto**
  john.musto@daytonohio.gov

- **Tariq M. Naeem**
  tariq.naeem@tuckerellis.com

- **Paul J. Napoli**
  pnapoli@NSPRLaw.com

- **Steven F. Napolitano**
  snapolitano@skarzynski.com,trolo@skarzynski.com,snapolitano@ecf.courtdrive.com

- **Rachel M. Naquin**
  rnaquin@gainsben.com,sburrell@gainsben.com

- **Kavita Narayan**
  kavita.narayan@cco.sccgov.org,maria.d.rodriguez@cco.sccgov.org

- **Neil Franz Nazareth**
  nnazareth@mbfirm.com

- **William D. Nefzger**
  will@bccnlaw.com,katrina@bccnlaw.com

- **JoDee Neil**
  jneil@sgptrial.com

- **James S. Nelson**
  jnelson@powellmajestro.com

- **Jeffrey C. Nelson**
  jnelson@motleyrice.com

- **Brice Nengsu Kenfack**
  bkenfack@shb.com

- **Stephen P. New**
  steve@newlawoffice.com,laura@newlawoffice.com

- **Edward McDowell Newsom**
  eddie.newsom@millermartin.com

- **Albert J. Nicaud**
  anicaud@nslawla.com

- **Robert A. Nicholas**
  rnicholas@reedsmith.com,smcclure@reedsmith.com,aconn@reedsmith.com,opioid.lit@lmiweb.com,docketingecf@reedsmith.com,arollins@reedsmith.com,srocchino

- **Kathleen A. Nitschke**
  knitschke@perez-morris.com,wsmith@perez-morris.com

- **Richard D. Nix**
  richard.nix@mcafeetaft.com

- **Rand P. Nolen**
  rand_nolen@fleming-law.com,pam_myers@fleming-law.com

- **Eric A. Norman**
  eric@favros.com,chad@favros.com,ryan@favros.com,morgan@favros.com

- **Jonathan Patrick Novak**
  jnovak@fnlawfirm.com,mgoldmeier@howardcountymd.gov,cmattison@howardcountymd.gov,vmcneme@fnlawfirm.com,lruzzi@howardcountymd.gov

- **Paul F. Novak**
  pnovak@weitzlux.com

- **James D. Nutter**
  jnutter@pgslegal.com

- **Gregory C. Nye**
  nyelaw@gcnye.com

- **Charles A. O'Brien , III**
  andy.obrien@bcbsla.com

- **Gregory E. O'Brien**
  gobrien@cavitch.com

- **Andrew J. O'Connor**
  Andrew.O'Connor@ropesgray.com,MNKAlerts@ropesgray.com,kia.grant@ropesgray.com,Courtalert@ropesgray.com

- **Brien T. O'Connor**
  Brien.O'Connor@ropesgray.com,MNKAlerts@ropesgray.com,Ethan.Thomas@ropesgray.com,William.Davison@ropesgray.com,Cassandra.LaRussa@ropesgray.com,

- **James K. O'Connor**
  jko03@venable.com

- **Conor B. O'Croinin**
  cocroinin@zuckerman.com

- **Terry Scott O'Donnell**
  tso@savagelaw.cc

- **Joshua E. O'Farrell**
  jofarrell@bdblaw.com,sbaker@bdblaw.com

- **Judith L. O'Grady**
  ogradyj@pepperlaw.com,mckayt@pepperlaw.com

- **James D. O'Leary**
  oleary@osclaw.com,sutton@osclaw.com

- **Alicia Danielle O'Neill**
  alicia@chiplewislaw.com

- **Joseph P. O'Sullivan , III**
  joseph.osullivan@renogov.org

- **Emilie E. O'Toole**
  eotoole@mwe.com

- **Brandon R. Oates**
  boates@haleyolson.com

- **Jason Edward Ochs**
  jason@ochslawfirm.com,3314886420@filings.docketbird.com

- **Jason C. Odom**
  jcodom@odomlegal.com

- **Jill G. Okun**
  jokun@porterwright.com,kballa@porterwright.com

- **Jennifer D. Oliva**
  jennifer.oliva@shu.edu,jennoliva@gmail.com

- **James G. Onder**
  onder@onderlaw.com,quillin@onderlaw.com,dewitt@onderlaw.com,blair@onderlaw.com,petry@onderlaw.com,mozdzierz@onderlaw.com,wichmann@onderlaw.com

- **Jessica Ortiz**
  jortiz@mololamken.com,edamrau@mololamken.com

- **Gregory Tucker Osborne**
  tucker.osborne@beasleyallen.com

- **Joseph A. Osborne , Jr**
  josborne@realtoughlawyers.com,rbell@realtoughlawyers.com

- **Curtis Osceola**
  curtis@moskowitz-law.com,rejane@moskowitz-law.com

- **Safa W. Osmani**
  safa.osmani@hoganlovells.com,safa-osmani-0734@ecf.pacerpro.com,kelly.caldwell@hoganlovells.com,kate.mancuso@hoganlovells.com

- **Gregory E. Ostfeld**
  ostfeldg@gtlaw.com,chilitdock@gtlaw.com,KelleyJ@gtlaw.com

- **David Ricardo Fitzgerald Ottey**
  DOttey@pbcgov.org

- **Ralph Overholt**
  ralph.overholt@llojibwe.net

- **Terry L. Pabst**
  tpabst@webpabstlaw.com

- **David R. Paoli**
  davidrp@aol.com,melanyimes@paoli-law.com,rebeccamurphy@paoli-law.com,davidpaoli@paoli-law.com,reception@paoli-law.com

- **Edward D. Papp**
  epapp@bsphlaw.com,csheehan@bsphlaw.com

- **William H. Parish**
  parish@parishlegal.com,cswain@parishlegal.com

- **John D. Parker**
  jparker@bakerlaw.com,kpeto@bakerlaw.com

- **Stephanie E. Parker**
  separker@jonesday.com,hbauman@jonesday.com

- **Wendy Parmet**
  w.parmet@northeastern.edu

- **Stuart G. Parsell**
  parsell@litohio.com,schulenberg@litohio.com,smout@litohio.com

- **Ranse M. Partin**
  ranse@conleygriggs.com,stephanie@conleygriggs.com

- **Ami J. Patel**
  ajp@zrlaw.com,jmf@zrlaw.com

- **Nancy Patterson**
  nancy.patterson@morganlewis.com

- **Clifton M. Patty , Jr**
  skippattylawfirm@gmail.com

- **Joseph Leon Payne**
  paynelawoffice@frontier.com

- **Eva Brindisi Pearlman**
  epearlman@bmbplawyers.com,tmeislin@bmbplawyers.com

- **Jeffrey F. Peck**
  jpeck@ulmer.com,lahonen@ulmer.com

- **Robert S. Peck**
  robert.peck@cclfirm.com

- **James R. Peluso**
  jpeluso@dreyerboyajian.com

- **Paul J. Pennock**
  ppennock@weitzlux.com,lschultz@weitzlux.com,jfarrell@weitzlux.com

- **Robert Ryland Percy , III**
  rpercy@percylaw.com

- **Byron R. Perkins**
  bperkins@perkins-law.com

- **Cheryl F. Perkins**
  cperkins@attorneyssc.com,skeefe@attorneyssc.com,adegaris@degarislaw.com

- **Patrise M. Perkins-Hooker**
  patrise.hooker@fultoncountyga.gov

- **R. Jeffrey Perloff**
  angie@jeffperlofflaw.com

- **Warren Perrin**
  perrin@plddo.com

- **Henry Lawrence Perry**
  lperry@perry-young.com

- **Mark Edmund Perry , II**
  mperry@cowartandperry.com

- **Matthew J. Perry**
  mperry@lbltplaw.com,mperry@720legal.com,mspratt@720legal.com,jjordan@720legal.com,jlamp@720legal.com

- **Steven Brian Perry**
  BrianPerry@AllenGooch.com,pattistephens@allengooch.com

- **Joanna G Persio**
  joanna.persio@aporter.com

- **James C. Peterson**
  jcpeterson@hpcbd.com,Pamela@hpcbd.com,aaron@hpcbd.com,Diana@hpcbd.com

- **Alyson Marie Petrick**
  apetrick@careydanis.com,cmiller@careydanis.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com,daniel-m-petrocelli-4368@ecf.pacerpro.com

- **Julie M. Pfeiffer**
  julie.pfeiffer@ohioattorneygeneral.gov,constitution.mail@ohioattorneygeneral.gov

- **Ryan Phair**
  rphair@HuntonAK.com,rphair@hunton.com

- **Allison Nunley Pham**
  allison.pham@bcbsla.com

- **Martin J Phipps**
  mphipps@phippsortiztalafuse.com

- **Joseph C. Pickens**
  jpickens@isaacwiles.com,rcullison@isaacwiles.com

- **John P. Pierce**
  jpierce@themis.us.com

- **Matthew J. Piers**
  mpiers@hsplegal.com,rortiz@hsplegal.com,ebrown@hsplegal.com

- **Mark P. Pifko**
  mpifko@baronbudd.com,awilson@baronbudd.com,jcampbell@baronbudd.com

- **Chantal Pillay**
  chantal.pillay@arlaw.com

- **Daniel T. Plunkett**
  dplunkett@mcglinchey.com,lgraff@mcglinchey.com,tbyrd@mcglinchey.com

- **James C. Poindexter**
  james@delegal.net

- **Marc A. Polansky**
  mpolansky@ghlaw-llp.com,gzamudio@ghlaw-llp.com,jradakovich@ghlaw-llp.com

- **Jo Anna Pollock**
  jpollock@simmonsfirm.com

- **William M. Pompey**
  pandppc@frontiernet.net

- **J. Bradley Ponder**
  brad@montgomeryponder.com,6566252420@filings.docketbird.com,2073492420@filings.docketbird.com

- **Calvin Poole , III**
  calvin@poolelaw.com

- **David Bruce Poole , Sr**
  bruce.poole@poolelg.com

- **Janpaul Portal**
  jportal@msprecoverylawfirm.com,jcf@ferrarolaw.com

- **Dubose Porter**
  sdporter8888@gmail.com

- **Nathan J. Postillion**
  npostillion@gleason-law.com

- **James C. Powell**
  jcpowell@powellmajestro.com,paula@powellmajestro.com

- **Jason M. Powers**
  jpowers@velaw.com,jason-powers-2157@ecf.pacerpro.com,ehenderson@velaw.com

- **Anjali Prasad**
  aprasad@prasadlegal.com

- **Bryan T. Pratt**
  bpratt@shb.com,bsmith@shb.com

- **Thomas J. Preuss**
  tjpreuss@pflaw.com,kmcguire@pflaw.com,kpayne@pflaw.com

- **Debra C. Price**
  deeprice@taylorpricelaw.com

- **Jeffrey D. Price**
  jeff.price@beasleyallen.com,katie.edwards@beasleyallen.com,leah.robbins@beasleyallen.com

- **Oscar Monfort Price , IV**
  oscar@pricearmstrong.com

- **Cheryl Priest Ainsworth**
  cainsworth@tocounsel.com

- **Peter Prieto**
  pprieto@podhurst.com

- **Tony G. Puckett**
  tony.puckett@mcafeetaft.com,erin.clogston@mcafeetaft.com

- **Timothy Q. Purdon**
  TPurdon@RobinsKaplan.com,aguttormson@robinskaplan.com,courtmail@RobinsKaplan.com,cmcdonald@robinskaplan.com,lbuck@robinskaplan.com

- **Steven M. Pyser**
  spyser@wc.com,emurphy@wc.com

- **Frank Carlos Quesada**
  fquesada@msprecoverylawfirm.com

- **Amy Jo Quezon**
  amy@mchughfuller.com

- **Michael J. Quillin**
  quillin@osclaw.com,sutton@osclaw.com,patterson@osclaw.com

- **Troy A. Rafferty**
  trafferty@levinlaw.com

- **John W. Raggio**
  jraggio@ntrial.com,zbland@fnlawfirm.com,vcanizales@fnlawfirm.com

- **Matthew Ryan Raley**
  mraley@bakerlaw.com,csauceda@bakerlaw.com

- **Brian N. Ramm**
  bramm@beneschlaw.com,mvanorder@beneschlaw.com,docket@beneschlaw.com

- **Ray County, Missouri**
  jfe@edgarlawfirm.com

- **Steven G. Reade**
  steven.reade@aporter.com

- **David J. Rebein**
  Dave@rbr3.com

- **Benjamin D. Reed**
  breed@bestsharp.com,epayne@bestsharp.com

- **Noelle M. Reed**
  noelle.reed@skadden.com

- **Steven A. Reed**
  steven.reed@morganlewis.com,richard.hand@morganlewis.com,peggy.martinez@morganlewis.com,rebecca.zieben@morganlewis.com,evan.jacobs@morganlewis.com

- **Jeffrey H. Reeves**
  jreeves@tocounsel.com,sschuster@tocounsel.com,kspake@tocounsel.com,jdiotalevi@tocounsel.com

- **Thomas C. Regan**
  thomas.regan@lewisbrisbois.com

- **Mason Reid**
  bill@bolingandcompany.com

- **Craig M. Reiser**
  creiser@axinn.com

- **Ellen Relkin**
  erelkin@weitzlux.com,PNovak@weitzlux.com,lschultz@weitzlux.com,AStoltz@weitzlux.com,mdrost@weitzlux.com,dsavours@weitzlux.com,bargotsinger@weitzlux

- **Carole S. Rendon**
  crendon@bakerlaw.com

- **Louise Hornbeck Renne**
  lrenne@publiclawgroup.com

- **Reporters Committee for Freedom of the Press**
  karen@theleftongroup.com

- **Lisa Anderson Reppeto**
  lreppeto@joneswalker.com

- **Claude F. Reynaud , Jr**
  claude.reynaud@bswllp.com,cynthia.ray@bswllp.com,sandra.carlton@bswllp.com

- **Owen A. Reynolds**
  oreynolds@campbellwoods.com,fchildress@campbellwoods.com

- **Mitchell J. Rhein**
  mrhein@spilmanlaw.com

- **Erin E. Rhinehart**
  erhinehart@ficlaw.com,kmonroe@ficlaw.com

- **Joseph F. Rice**
  jrice@motleyrice.com,gdirkes@motleyrice.com

- **Justin E. Rice**
  justin.rice@tuckerellis.com,madeleine.winkleman@tuckerellis.com,Amanda.Skyrm@tuckerellis.com

- **Matthew H. Rice**
  mrice@sperling-law.com

- **Thomas E. Rice , Jr**
  rice@bscr-law.com,msterchi@bscr-law.com,storey@bscr-law.com,mcarrillo@bscr-law.com,kstensland@bscr-law.com,acrooks@bscr-law.com

- **Jeffrey Mark Richard**
  Jeffrey.Richard@countyofnapa.org

- **Bobby H. Richardson**
  bhr@rgba-law.com

- **Angela Marie Richie**
  arichie@grsm.com

- **Benjamin H. Richman**
  brichman@edelson.com,8293072420@filings.docketbird.com,ascharg@edelson.com,docket@edelson.com

- **Jennifer P. Richnafsky**
  jpr@sgkpc.com,kmo@sgkpc.com

- **Theresa A. Richthammer**
  trichthammer@gallaghersharp.com,jgardner@gallaghersharp.com

- **Holly E. Rickett**
  hrickett@sonoma-county.org,lesley.amberger@sonoma-county.org

- **Robert R. Riley , Jr**
  rob@rileyjacksonlaw.com,MaryMalea@rileyjacksonlaw.com

- **John K. Rinehardt**
  john@lawfirm2020.com

- **Emily Ward Roark**
  emily.roark@bryantpsc.com,david@davidbryantlaw.com,kirsta.cruthis@bryantpsc.com

- **Kent H. Robbins**
  khr@khrlawoffices.com,rsavinon@khrlawoffices.com,ereyes@khrlawoffices.com,assistant@khrlawoffices.com

- **Christine Joyce Roberts**
  croberts@cochise.az.gov

- **Tyler S. Roberts**
  troberts@perkinscoie.com

- **Pearl A. Robertson**
  probertson@irpinolaw.com,dricks@irpinolaw.com

- **Dan A. Robin , Jr**
  dan@mylawyerdan.com

- **John J. Robinson**
  jjrobinson@grsm.com,cbarry@grsm.com

- **Mark P. Robinson , Jr**
  mrobinson@rcrlaw.net,dperkins@robinsonfirm.com,swilson@robinsonfirm.com,lrazmara@robinsonfirm.com,dfolia@robinsonfirm.com,lmoen@robinsonfirm.com,cta

- **Luis E. Robles**
  luis@roblesrael.com,sky@roblesrael.com,bonnie@roblesrael.com

- **Thomas M. Rockwell**
  tmr@rockwellandkaufman.com,csr@rockwellandkaufman.com,jmw@rockwellandkaufman.com

- **Megan L. Rodgers**
  mrodgers@cov.com,itran@cov.com,docketing@cov.com

- **Madeleine K. Rodriguez**
  mrodriguez@foleyhoag.com

- **Matthew Douglas Rogenes**
  mrogenes@stagliuzza.com

- **Jan L. Roller**
  jroller@perez-morris.com,AJohnston@perez-morris.com,lfletcher@perez-morris.com

- **Neil K. Roman**
  nroman@cov.com

- **J. Eric Romano**
  eric@romanolawgroup.com,Becky@RomanoLawGroup.com,jamey@romanolawgroup.com

- **Richard P. Romeo**
  rromeo@offitkurman.com,charli.reed@offitkurman.com

- **Michael J. Rosen**
  mjr@mjrosenlaw.com,jrb@mjrosenlaw.com,tlm@mjrosenlaw.com

- **Zachary W. Rosenberg**
  zrosenberg@lang-klain.com

- **Alicia Wolph Roshong**
  awolph@aol.com

- **James R. Ross**
  jross@co.shasta.ca.us

- **William A. Rossbach**
  bill@rossbachlaw.com,michelle@rossbachlaw.com

- **Martin L. Roth**
  rothm@kirkland.com

- **Paul S. Rothstein**
  psr@rothsteinforjustice.com,psropioid@rothsteinforjustice.com

- **Denise H. Rowan**
  drowan@dhrlegal.com

- **Kevin Royer**
  kroyer@tocounsel.com

- **Anne McKenzie Roller Rucker**
  arucker@wc.com

- **Marshall S. Rudolph**
  mrudolph@inyocounty.us

- **Vincenzo Ruffa**
  vruffa@aol.com

- **John H. Ruiz**
  jruiz@msprecoverylawfirm.com,rstrongarone@msprecoverylawfirm.com,edelima@msprecoverylawfirm.com,clugo@msprecoverylawfirm.com,aalvarez@msprecover

- **Eileen Elizabeth Hintz Rumfelt**
  eileen.rumfelt@millermartin.com

- **Michael B. Rush**
  rushm@gilbertlegal.com,pozn@gilbertlegal.com,martinezs@gotofirm.com,bonesteela@gotofirm.com

- **Michael John Rusing**
  mrusing@rllaz.com,swaller@rllaz.com

- **Vincent Reed Ryan , Jr**
  vince.ryan@cao.hctx.net

- **Shayna Erin Sacks**
  ssacks@napolilaw.com,7459492420@filings.docketbird.com

- **Kevin M. Sadler**
  kevin.sadler@bakerbotts.com,larissa.soboleva@bakerbotts.com,melissa.depagter@bakerbotts.com,kevin-sadler-4989@ecf.pacerpro.com,david.arlington@bakerbotts.com

- **Tiffiny Douglas Safi**
  tsafi@coj.net

- **Robert F. Saint-Aubin**
  rfsaint@me.com

- **Lisa Saltzburg**
  lsaltzburg@motleyrice.com,lsinger@motleyrice.com,cmoriarty@motleyrice.com,melsner@motleyrice.com,dbrown@motleyrice.com,aross@counsel.lacounty.gov,kwc

- **Benjamin Thomas Sanders**
  bensanderslaw@gmail.com,dchauvin@dcolvinlaw.com,bsanders@dcolvinlaw.com

- **Paul M. Sandler**
  pms@shapirosher.com,kmm@shapirosher.com

- **Richard M. Sandman**
  rsandman@rrslaw.net,lzorabedian@rrslaw.net

- **Shelly A. Sanford**
  ssanford@wattsguerra.com,dbacca@wattsguerra.com,cwilson@wattsguerra.com

- **Lynn L. Sarko**
  lsarko@kellerrohrback.com

- **Nicholas Alex Sarokhanian**
  nicholas.sarokhanian@hklaw.com

- **Sherri Ann Saucer**
  asaucer@ntrial.com

- **Gregory P. Sautter**
  gregory.sautter@minneapolismn.gov

- **Francis O. Scarpulla**
  fos@scarpullalaw.com,cpc@scarpullalaw.com

- **Oral Judson Scheaf**
  JScheaf@hahnlaw.com,jbeard@hahnlaw.com,BDannaher@hahnlaw.com

- **Trevor K. Scheetz**
  tscheetz@sperling-law.com

- **William Scherer**
  wscherer@conradscherer.com

- **H. Toby Schisler , II**
  toby.schisler@dinsmore.com,terri.fronk@dinsmore.com

- **Paul W. Schmidt**
  pschmidt@cov.com,mckessonparalegal@cov.com

- **Mark A. Schneider**
  mark@masattorney.com

- **Christopher L. Schnieders**
  cschnieders@wcllp.com

- **Celia M. Schnupp**
  cschnupp@perez-morris.com,ajohnston@perez-morris.com

- **Andrew N. Schock**
  anschock@jacksonkelly.com,anschock@ecf.courtdrive.com

- **Gregory A. Schrage**
  gschrage@cchalaw.com

- **Sara Speas Schramm**
  sschramm@bbga.com,1971299420@filings.docketbird.com,jboyer@bbga.com

- **Alec H. Schultz**
  aschultz@hilgersgraben.com,riggins@hilgersgraben.com,paralegals@hilgersgraben.com

- **Michael D. Schwade**
  mschwade@kwstllaw.com

- **Adam J. Schwendeman**
  schwendeman@theisenbrock.com

- **Judith S. Scolnick**
  jscolnick@scott-scott.com,bkaswan@scott-scott.com,efile@scott-scott.com,aslaughter@scott-scott.com

- **Paul J. Scoptur**
  paul@aikenandscoptur.com

- **Paul Scott**
  pscott@brbcsw.com,bwatkins@brbcsw.com,hahnberg@brbcsw.com,tcarter@brbcsw.com

- **Robert Philip Scott , Jr**
  rscott@BlankRome.com

- **Jennifer R. Scullion**
  jscullion@proskauer.com

- **Alexandria E. Seay**
  aes@BIRDLAWGROUP.COM,fcb@BIRDLAWGROUP.COM

- **Robert Tad Seder**
  tad.seder@seattle.gov,belen.johnson@seattle.gov,autumn.derrow@seattle.gov

- **Christopher A. Seeger**
  cseeger@seegerweiss.com

- **James R. Segars , III**
  tripp@msattorneys.com

- **Daniel E. Seltz**
  dseltz@lchb.com,daniel-seltz-1356@ecf.pacerpro.com

- **David S. Senoff**
  dsenoff@firstlawstrategy.com,cmcnally@firstlawstrategy.com

- **James C. Shah**
  jshah@sfmslaw.com,pleadings@millershah.com

- **Kevin H. Sharp**
  ksharp@sanfordheisler.com,skelly@sanfordheisler.com,mallen@sanfordheisler.com,jtepe@sanfordheisler.com,ariddick@sanfordheisler.com,chalm@sanfordheisler.co

- **Rex A. Sharp**
  rsharp@midwest-law.com,cbaumann@midwest-law.com,stetuan@midwest-law.com,mgribble@midwest-law.com,rex-sharp-
  6631@ecf.pacerpro.com,6465960420@filings.docketbird.com

- **Jordan A. Shaw**
  jshaw@zpllp.com,mperez@zpllp.com

- **Naomi Sheffield**
  naomi.sheffield@portlandoregon.gov

- **Jared D. Shepherd**
  jshepherd@ck-law.com

- **Joel I Sher**
  jis@shapirosher.com

- **Rachel B. Sherman**
  rsherman@pbwt.com,mcolitigation@pbwt.com

- **William J. Sherrer**
  sherrerj@otelco.net

- **Richard E. Shevitz**
  rshevitz@cohenandmalad.com,llowe@cohenandmalad.com

- **William B. Shinoff**
  wshinoff@frantzlawgroup.com

- **Hunter J. Shkolnik**
  Hunter@nsprlaw.com,hgriffith@napolilaw.com,SSacks@NapoliLaw.com,1505475420@filings.docketbird.com

- **Casey Paul Shorts**
  cps@previant.com

- **Robert B. Sickels**
  rsickels@sommerspc.com,lracer@sommerspc.com,pczapski@sommerspc.com

- **Jonathan Silberman**
  jsilberman@wmclaw.com

- **Matthew J. Sill**
  msill@fulmersill.com,lrogers@fulmersill.com

- **Charles M. Silver**
  csilver@law.utexas.edu

- **Brandt Silver-Korn**
  bsilverkorn@edelson.com,docket@edelson.com,5176549420@filings.docketbird.com

- **Steven Donald Silverman**
  ssilverman@mdattorney.com

- **W. Scott Simmer**
  gkearney@baronbudd.com

- **Anthony G. Simon**
  asimon@simonlawpc.com,ipteam@simonlawpc.com

- **Donald J. Simon**
  dsimon@sonosky.com

- **James Simon**
  jsimon@spilmanlaw.com

- **Jeffrey B. Simon**
  jsimon@sgpblaw.com,spatel@sgptrial.com,mmildren@sgptrial.com,tpace@sgptrial.com

- **Colin M. Simpson**
  csimpson@burgsimpson.com

- **William Nelson Sinclair**
  bsinclair@mdattorney.com

- **Winfield J. Sinclair**
  wsinclair@ago.state.al.us

- **Linda J. Singer**
  lsinger@motleyrice.com,cmarvin@motleyrice.com,lsaltzburg@motleyrice.com,asteele@motleyrice.com

- **Laura Singletary**
  lsingletary@simmonsfirm.com

- **Eric W. Sitarchuk**
  eric.sitarchuk@morganlewis.com,judith.hanratty@morganlewis.com

- **Steven J. Skikos**
  sskikos@skikos.com,mcrawford@skikos.com,djensen@skikos.com,jjoseph@skikos.com,adesmond@skikos.com,mmontoya@skikos.com

- **Stephen G. Skinner**
  sskinner@skinnerfirm.com,6371733420@filings.docketbird.com,craze@skinnerfirm.com

- **Brian T. Smith**
  btsmith@dykema.com,slopetrone@dykema.com

- **Bryan D. Smith**
  bds@ajlaw.com

- **Christina L. Smith**
  csmith@powellmajestro.com

- **Courtney B. Smith**
  csmith@simsandsimsllc.com

- **Elizabeth S. Smith**
  esmith@motleyrice.com

- **J. Alan Smith**
  asmith@corylpa.com,adoty@corylpa.com,aburkhart@corylpa.com,dsmith@corylpa.com,bfruchey@corylpa.com

- **John A. Smith**
  jsmith@flahertylegal.com

- **John Wesley Smith**
  wsmith@slln.com,mwelsh@slln.com,drogers@slln.com

- **Kaighn Smith , Jr**
  ksmith@dwmlaw.com,jleonard@dwmlaw.com

- **Patrick C. Smith**
  pat@pcs-law.com

- **Robert B. Smith**
  rbslaw@bellsouth.net

- **Scott Elliot Smith**
  ses@sestriallaw.com,staff@sestriallaw.com,brn@sestriallaw.com

- **Kathryn Snapka**
  ksnapka@snapkalaw.com,bvillarreal@snapkalaw.com

- **Heather A Snider**
  hsnider@smsm.com

- **Ben Alvin Snipes**
  ben@justicemt.com

- **Cheryl Lynn Solomine**
  cheryl@seriouslawyers.com

- **Ann M. Songer**
  asonger@shb.com

- **Ike Spears**
  ikespears@gmail.com

- **Kevin M. Spellacy**
  kspell@mghslaw.com,hollie@mghslaw.com

- **Leo M. Spellacy , Jr**
  lspellacy@tddlaw.com

- **Douglas A. Spencer**
  doug@hpcbd.com,melinda@hpcbd.com

- **Mark D. Spencer**
  mark.spencer@mcafeetaft.com,ginger.schones@mcafeetaft.com

- **S. Amy Spencer**
  saspencer@shaheengordon.com,ngellar@shaheengordon.com,jbellemore@shaheengordon.com

- **Kala A. Spigarelli**
  kspig@spigarelli-law.com

- **Gregory S. Spizer**
  gspizer@vscplaw.com

- **Robert Gordon Sproule , Jr**
  rgs@hfsllp.com

- **Paul Spruhan**
  pspruhan@nndoj.org

- **Frank H. Spruiell , Jr**
  fspruiell@wwmlaw.com,trawls@wwmlaw.com,chillard@wwmlaw.com

- **Michael G. Stag**
  mstag@stagliuzza.com,nmartin@stagliuzza.com,jbatt@stagliuzza.com

- **Daniel L. Stanner**
  dstanner@tdrlawfirm.com,edocket@tdrlawfirm.com

- **State of Ohio Board of Pharmacy**
  james.wakley@ohioattorneygeneral.gov

- **Zollie C. Steakley**
  zollie@thetriallawyers.com,michelle@thetriallawyers.com,preston@dwmlawfirm.com,debra@thetriallawyers.com,barbara@thetriallawyers.com,matt@thetriallawyers

- **Hyung P. Steele**
  hyung.steele@troutman.com

- **Mark S. Stein**
  mstein@lowestein.com

- **Scott David Stein**
  sstein@sidley.com

- **Kim D. Stephens**
  kstephens@tousley.com,kkulgren@tousley.com,efile@tousley.com,2790368420@filings.docketbird.com,erashby@tousley.com

- **Jonathan L Stern**
  jonathan.stern@apks.com,guadalupe.saldana@arnoldporter.com

- **Meredith D. Stewart**
  mstewart@clausen.com,bdorsey@clausen.com

- **Kaspar J. Stoffelmayr**
  kaspar.stoffelmayr@bartlit-beck.com,rob-aquirre-bbhps-9716@ecf.pacerpro.com

- **R. Ryan Stoll**
  ryan.stoll@skadden.com

- **Richard Stout**
  rstout@co.tehama.ca.us

- **Gerard R. Stowers**
  gstowers@bowlesrice.com

- **J. Gerard Stranch , IV**
  gstranch@stranchlaw.com,hcorder@stranchlaw.com,jsteele@stranchlaw.com

- **Meredith Drukker Stratigopoulos**
  mdrukker@wattsguerra.com

- **Patrick Strawbridge**
  patrick@consovoymccarthy.com

- **Jude B. Streb**
  sbaker@bdblaw.com

- **Geoffrey D. Strommer**
  GStrommer@hobbsstraus.com,AKinnison@hobbsstraus.com,msingleton@hobbsstraus.com,emanning@hobbsstraus.com,emanning@ecf.courtdrive.com

- **Daniel L. Studstill**
  danny@studstillfirm.com

- **Haynes M. Studstill**
  haynes@studstillfirm.com,kristy@studstillfirm.com,loretta@studstillfirm.com

- **Justin Daniel Studstill**
  justin@studstillfirm.com

- **Damon W. Suden**
  dsuden@kelleydrye.com,docketing@kelleydrye.com

- **Brian H. Sullivan**
  bsullivan@sloanewalsh.com

- **Diane P. Sullivan**
  diane.sullivan@weil.com,mco.ecf@weil.com,diane-sullivan-1777@ecf.pacerpro.com

- **Jason P. Sultzer**
  sultzerj@thesultzerlawgroup.com,ciullaa@thesultzerlawgroup.com

- **John E. Suthers**
  jes@sutherslaw.com,alicia@sutherslaw.com

- **Tara D. Sutton**
  tsutton@robinskaplan.com,sjump@robinskaplan.com

- **William R. Sutton**
  william.sutton@beasleyallen.com,katie.edwards@beasleyallen.com

- **Robert P. Sweeney**
  rps@rescolaw.com

- **James Allen Sydnor , Jr**
  ASydnor@huielaw.com

- **Tina M. Tabacchi**
  WMTcalendar@jonesday.com,WMTMDLDocket@jonesday.com,tmtabacchi@jonesday.com

- **Meagan M. Talafuse**
  mtalafuse@phippsmayes.com

- **Jonathan S. Tam**
  jonathantam@quinnemanuel.com

- **Frank J. Tapley**
  jtapley@corywatson.com

- **Tyler G. Tarney**
  ttarney@grsm.com,wl_colsupport@grsm.com,mmasucci@grsm.com,rrose@grsm.com

- **Mark A. Tate**
  marktate@tatelawgroup.com,tlgservice@tatelawgroup.com,twells@tatelawgroup.com,mnichols@tatelawgroup.com,wkell@tatelawgroup.com,azemany@tatelawgroup

- **Dennis C. Taylor**
  dennis@talcottfranklin.com

- **J. Scott Taylor**
  scott@wncjustice.com

- **Roland K. Tellis**
  rtellis@baronbudd.com

- **Annemieke M. Tennis**
  a.tennis@kanner-law.com,d.nguyen@kanner-law.com

- **Steven W. Teppler**
  steppler@mblawfirm.com,sadler@lawfirm.ms,steppler@me.com

- **Mary Jane Theis**
  mjb@beggslane.com

- **Lola B. Thomas**
  lolathomas@aol.com

- **Barbara Jeanne Thompson**
  bthompson@cosb.us

- **S. Forrest Thompson**
  sfthompsonlaw@yahoo.com

- **Sara K. Thompson**
  thompsons@gtlaw.com

- **T. Chadwick Thompson**
  CThompson@mmlk.com,hlewis@mmlk.com

- **Teri L. Thompson**
  terithompson17@gmail.com

- **Austin P. Tighe , Jr**
  atighe@nixlaw.com

- **Gerald M. Titus , III**
  gtitus@spilmanlaw.com

- **Michael E Tolbert**
  mtolbert@tolbertlegal.com

- **Richard Alvin Tonry , II**
  richtonry@yahoo.com

- **Town of Geraldine, Alabama**
  jfriedman@friedman-lawyers.com

- **Town of Woodville, Alabama**
  jfriedman@friedman-lawyers.com

- **Gregory M. Travalio**
  gtravalio@isaacwiles.com,llabair@isaacwiles.com

- **Katherine J. Trent**
  Kattrentlaw@gmail.com

- **Laura S. Trice**
  laura.trice@cco.sccgov.org,liz.gonzalez@cco.sccgov.org,kimberly.ide@cco.sccgov.org

- **Mark H. Troutman**
  mht@classlawgroup.com,4679855420@filings.docketbird.com

- **Mark E. Troy**
  mark@troylawwv.com

- **Peter G. Tsarnas**
  ptsarnas@gertzrosen.com

- **Abby Tucker**
  atucker@wadleighlaw.com,dlowe@wadleighlaw.com

- **Jon J. Tunheim**
  tunheij@co.thurston.wa.us

- **Stephen M. Tunstall**
  stephen@smtlawyer.com,ginahall@smtlawyer.com

- **Michael R. Turco**
  turco@bwst-law.com,vancleve@bwst-law.com,drewno@bwst-law.com

- **Bethany R. Turke**
  brt@wexlerwallace.com

- **Katherine Turner**
  katherineturner@co.imperial.ca.us,SarahSauer@co.imperial.ca.us,MichelleEdgmon@co.imperial.ca.us

- **Tracy L. Turner**
  tturner@pbclawfirm.com,sshirey@pbclawfirm.com,mwaldrop@pbclawfirm.com,ldaigle@pbclawfirm.com

- **James T. Tyminski , Jr**
  jtyminski@gallaghersharp.com,kwander@gallaghersharp.com

- **Emily S. Ullman**
  eullman@cov.com,docketing@cov.com

- **Tyler Ulrich**
  tulrich@bsfllp.com,vbrickey@bsfllp.com,tyler-ulrich-5460@ecf.pacerpro.com,gromero@bsfllp.com

- **Michael N. Ungar**
  mungar@ulmer.com,mcrick@ulmer.com

- **Nathan Upfal**
  upfal@jackiergould.com,sherman@jackiergould.com

- **Jack E. Urquhart**
  jurquhart@snapkalaw.com,bvillarreal@snapkalaw.com

- **Dawn M. Vallejos-Nichols**
  dvallejos-nichols@avera.com

- **Joseph Vanek**
  jvanek@sperling-law.com

- **Benjamin A. Vaughn**
  benjaminavaughn@gmail.com

- **James Albe Vaughn**
  jamesavaughn@att.net

- **Lori K. Vaulding**
  lvaulding@morrisonmahoney.com

- **Ethan T. Vessels**
  ethan@fieldsdehmlow.com

- **Deborah A. Villio**
  dvillio@lfvlaw.us,tpasquale@lfvlaw.us

- **Frank F. Voler**
  ffvoler@yahoo.com,fvoler@bernllp.com

- **Stacey Neumann Vu**
  svu@velaw.com,stacey-vu-7240@ecf.pacerpro.com

- **Joshua T. Wackerly**
  josh@cicalapllc.com,leslie@cicalapllc.com

- **K. Scott Wagner**
  swagner@attolles.com,mhagenkord@attolles.com

- **James T. Wakley**
  james.wakley@ohioattorneygeneral.gov

- **Jim Walden**
  jwalden@wmhlaw.com

- **Juergen A. Waldick**
  prosecutor@allencountyohio.com

- **John F. Walker**
  jwalker@martinwalkerlaw.com,kayleeq@martinwalkerlaw.com,spoole@martinwalkerlaw.com

- **Thomas E. Walker**
  twalker@whitearnolddowd.com

- **Carasusana B. Wall**
  cara@toledolaw.com,christa@toledolaw.com,sheila@toledolaw.com

- **David A. Wallace**
  dwallace@bentleyandbruning.com,mdiven@bentleyandbruning.com

- **James J. Walsh , Jr**
  jwalsh@beneschlaw.com,docket@beneschlaw.com,JDagon@beneschlaw.com

- **Jeffrey S. Ward**
  wardj@deflaw.com,landrumj@deflaw.com,blountt@deflaw.com,singletont@deflaw.com

- **Patrick G. Warner**
  pwarner@pwarnerlaw.com

- **Diane L. Waters**
  dwaters@wallacesaunders.com,abunting@bbw-law.com

- **Albert S. Watkins**
  albertswatkins@kwklaw.net

- **Mikal C. Watts**
efilemcwatts@wattsguerra.com,rcarmony@wattsguerra.com,cwilson@wattsguerra.com

- **Jess Carter Weade**
weadelaw@hotmail.com

- **Charles R. Webb**
rusty@rustywebb.com,lisastaup@rustywebb.com

- **Kendrick E. Webb**
kwebb@wmwfirm.com

- **Aaron R. Wegrzyn**
awegrzyn@foley.com

- **Peter H. Weinberger**
pweinberger@spanglaw.com,pweinberger@ecf.courtdrive.com,sschebek@ecf.courtdrive.com,ecampbell@spanglaw.com,soetting@spanglaw.com,soetting@ecf.courtd

- **Matthew Weinshall**
mweinshall@podhurst.com

- **Brian S. Weinstein**
brian.weinstein@davispolk.com,cristina.rincon@davispolk.com,meredith.manning@davispolk.com,michelle.adler@davispolk.com,dylan.rubin@davispolk.com,ecf.ct

- **Hillary B. Weinstein**
hweinstein@anapolweiss.com,cmcnally@anapolweiss.com

- **Adam Scott Weintraub**
asw@savagelaw.cc

- **Bryan Kipp Weir**
bryan@consovoymccarthy.com

- **Suzanne M. Weise**
suzweise@yahoo.com,pmcginley@igc.org

- **Scott J. Weiselberg**
weiselberg@kolawyers.com,marino@kolawyers.com

- **Monte E Weiss**
mweiss@mweisslaw.net

- **Chadwick M. Welch**
cwelch@hpwlawgroup.com

- **Donna M. Welch**
dwelch@kirkland.com,paul.ketz@kirkland.com,jennifer.ahmed@kirkland.com,kcawley@kirkland.com

- **Lauren A. Welch**
lwelch@mcsalaw.com,tch@mcsalaw.com

- **Gregory K. Wells**
gwells@smwlawfirm.com

- **Summer A. Wells**
summer@seriouslawyers.com

- **Paul A. Werner , III**
pwerner@sheppardmullin.com

- **Carlton E. Wessel**
carlton.wessel@us.dlapiper.com,mark.gonzalez@us.dlapiper.com,meagan.self@us.dlapiper.com,angela.starling@us.dlapiper.com,andrew.hoffman@us.dlapiper.com

- **Kimberly R. West**
kw@wallacejordan.com

- **Timothy Ray West**
tim@bertramgraf.com,bianca@bertramgraf.com,cathy@bertramgraf.com

- **John K. Weston**
jweston@sackslaw.com

- **Kenneth A. Wexler**
kaw@wexlerwallace.com

- **John R. Whaley**
jrwhaley@whaleylaw.com,andrea@whaleylaw.com

- **Lauren Kain Whaley**
lkain@salawmiami.com,pleadings@salawmiami.com,tlm@mjrosenlaw.com,mjr@mjrosenlaw.com

- **Charles W. Whetstone , Jr**
cwhetstone@attorneyssc.com

- **Garry Whitaker**
  GarryWhitaker@GarryWhitakerLaw.com

- **Anthony C. White**
  Tony.White@ThompsonHine.com,deborah.main@thompsonhine.com,Marcia.Burston@thompsonhine.com,ECFDocket@Thompsonhine.com,nancy.connor@thompso

- **Brandon M. White**
  bmwhite@perkinscoie.com,DocketWDC@PerkinsCoie.com,nvargas@perkinscoie.com

- **Elizabeth S. White**
  liz@lizwhitelaw.com

- **Emily C. White**
  ewhite@dannlaw.com,notices@dannlaw.com,dkolis@dannlaw.com,1903384420@filings.docketbird.com

- **Tamela J. White**
  tjw@farrell3.com

- **Jarom A Whitehead**
  jwhitehead@pedersen-law.com,kowen@pedersen-law.com

- **Hannah J. Wigger**
  hwigger@sheppardmullin.com

- **J. Laurens Wilkes**
  jlwilkes@jonesday.com,hbauman@jonesday.com

- **Thomas Gerard Wilkinson**
  tgwilkinson@bellsouth.net

- **Amanda M. Williams**
  awilliams@gustafsongluek.com

- **Brian Lee Williams**
  Brian.Williams@surfcity-hb.org

- **MeLisa Janene Williams**
  mjw@mjwilliamslaw.com

- **Q. Tate Williams**
  tate@hilderlaw.com

- **Tommie Gregory Williams , Jr**
  twilliamsjr@upshawwilliams.com

- **Wade Max Williams**
  wade.williams@redcliff-nsn.gov

- **Holly M. Wilson**
  hwilson@reminger.com

- **Justin Winch**
  justin.winch@winchlawfirm.com

- **Emily Smart Woerner**
  emily.woerner@cincinnati-oh.gov

- **Gabriele Wohl**
  gwohl@bowlesrice.com

- **Stephanie Smith Woodard**
  woodardlawllc@gmail.com

- **James R. Wooley**
  jrwooley@jonesday.com

- **Trevin E. Wray**
  twray@slln.com,mwelsh@slln.com,drogers@slln.com

- **James C. Wright**
  jwright@zausmer.com,rpatton@zausmer.com,svergara@zausmer.com

- **Thomas W. Wright**
  twright@davisyoung.com

- **William David Wright**
  wright@njlegaladvice.com

- **Sandra J. Wunderlich**
  sandra.wunderlich@tuckerellis.com,tracey.west@tuckerellis.com

- **Stephen Wussow**
  swussow@sch-llc.com,lrichardson@sch-llc.com

- **James R. Wyrsch**
  jimwyrsch@whmlaw.net,rising@whmlaw.net

- **John A. Yanchunis**
  jyanchunis@forthepeople.com,jcabezas@forthepeople.com

- **Catherine A. Yanni**
  cathy@cathyyanni.com

- **Gary McKay Yarborough , Jr**
  ylf.garyyarborough@att.net

- **David E. Yoder**
  dyoder@harveycounty.com

- **David C. Youll**
  david@tulsafirm.com

- **C. Chad Young**
  chadyoung@pattylaw.com

- **Christopher Allan Young**
  cyoung@perry-young.com

- **David B. Young**
  david.young@ag.idaho.gov

- **James Dennis Young**
  jyoung@forthepeople.com,gilbert@kolawyers.com,agauthier@forthepeople.com

- **Thomas L. Young**
  tyoung@tlylaw.com

- **Eric H. Zagrans**
  eric@zagrans.com

- **Jay Christopher Zainey , Jr**
  czainey@thelambertfirm.com,cmumphrey@thelambertfirm.com

- **Steven J. Zakrzewski**
  szakrzewski@grsm.com

- **W. Scott Zanzig**
  scott.zanzig@ag.idaho.gov,jane.hochberg@ag.idaho.gov,leslie.gottsch@ag.idaho.gov,brett.delange@ag.idaho.gov

- **Stephen S. Zashin**
  ssz@zrlaw.com,car@zrlaw.com

- **Ryan A. Zeli**
  zeli@zklaw.com

- **Sandra K. Zerrusen**
  skzerrusen@jacksonkelly.com

- **Jerad J. Zibritosky**
  jzibritosky@cuyahogacounty.us

- **John Richard Zoesch , III**
  jrz@beggslane.com

- **David W. Zoll**
  david@toledolaw.com,angela@toledolaw.com,cara@toledolaw.com,sheila@toledolaw.com

- **David Zwally**
  dzwally@haugpartners.com

- **Paulina do Amaral**
  pdoamaral@lchb.com,mwillin@lchb.com,elovell@lchb.com,paulina-do-amaral-
  4305@ecf.pacerpro.com,rtexier@lchb.com,rmccullough@lchb.com,opioidsecfs@lchb.com

- **Marni von Wilpert**
  mvonwilpert@sandiego.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
William          David Aaron                                    , Jr
Aaron & Gianna
Ste. 3800
201 St. Charles Avenue
New Orleans, LA 70170

Gregory          R. Abboud
```

Abboud Law Firm
6530 South 84th Street
Omaha, NE 68127

**Gerald         M. Abdalla                          , Jr**
Abdalla Law, PLLC
602 Steed Road, Suite 200
Ridgeland, MS 39157

**Robert         T. Adams**
Shook, Hardy & Bacon - Kansas City
2555 Grand Boulevard
Kansas City, MO 64108

**Thomas         Dean Adams**
Karr Tuttle Campbell
Ste. 3300
701 Fifth Ave.
Seattle, WA 98104

**Helen          Heim Albee**
Henrichsen Siegel
INVALID ADDRESS
Ste. 1400
301 West Bay Street
Jacksonville, FL 32202

**John           W. Alderman                          , III**
Steptoe & Johnson
P.O. Box 1588
Charleston, WV 25326

**Mark           Jenkins Alderman**
Vernick & Associates
111 Annapolis Street
Annapolis, MD 21401

**Bobbi          Jo Alexis**
Office of the County Attorney
County of Culpeper
306 North Main Street
Culpeper, VA 22701

**Benjamin       C. Allen**
Sumner County Law Department
Room 303
355 N. Belvedere Drive
Gallatin, TN 37066

**Erin           G. Allen**
Marcus & Shapira
35th Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219

**Jessica        Stein Allen**
Keenan, Cohen & Merrick
Ste. 1000
125 Coulter Avenue
Ardmore, PA 19003

**David          W. Alvarez**
Office of the Prosecuting Attorney
Jefferson County
P.O. Box 1220
Port Townsend, WA 98368

**Mekel          Smith Alvarez**
INVALID ADDRESS Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

**Roderick       Alvendia**
Alvendia, Kelly, & Demarest, LLC
Ste. 1625
909 Poydras Street
New Orleans, LA 70131

**Dennis         K. Ames**
La Follette, Johnson, De Haas, Fesler & Ames
Ste. 901
2677 N. Main Street
Santa Ana, CA 92705

**Grant          D. Amey**
P.O. Box 67
Fairhope, AL 36533

**Sharon         Louise Anderson**
Office of County Attorney
Contra Costa County
651 Pine Street
9th Floor
INVALID ADDRESS
Martinez, CA 94553

**Nathan        J. Andrisani**
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

**Dorothy        P. Antullis**
Robbins Geller Rudman & Dowd
Ste. 500
120 East Palmetto Park Road
Boca Raton, FL 33432

**LeeAnne        Edmonds Applegate**
INVALID ADDRESS Office of the Attorney General
State of Kentucky
Ste. 152
700 Capital Avenue
Frankfort, KY 40601

**David        Arlington**
Baker Botts
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4039

**Erick        John Arnold**
Bad River Indian Tribe
Chief Blackbird Center
72682 Maple Street
P.O. Box 39
Odanah, WI 54861

**Sabrina        Lynn Atkins**
INVALID ADDRESS- Baker Donelson Bearman Caldwell & Berkowitz
1600 Monarch Plaza
3414 Peachtree Road NE
Atlanta, GA 30326

**David        M. Atkinson**
Swift, Currie, McGhee & Hiers
,

**Lee        S. Atkinson**
Blasingame, Burch, Garrard & Ashley
,

**Meredith        S. Auten**
Morgan, Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103

**Randy        M. Autio**
Office of Prosecuting Attorney
County of Bernalillo
4th Floor
520 Lomas Blvd., NW
Albuquerque, NM 87102

**Christopher        D. Bacha**
Tacoma City Attorney's Office
747 Market Street
Tacoma, WA 98402

**James        C. Backstrom**
Office of Prosecuting Attorney
County of Dakota
1560 Highway 55
Hastings, MN 55033

**Jack        Bajorek**
Office of the City Attorney
,

**Douglas        A. Baker**
37 West Broad Street
Suite 415
Columbus, OH 43215

**Dan        H. Ball**
Bryan Cave - St. Louis
Ste. 3600
One Metropolitan Square
211 North Broadway
St. Louis, MO 63102

**Gordon        Ball**
Ball & Scott
Ste. 750
550 Main Street
Knoxville, TN 37902

**Melissa        Miles Ballard**
Jones & Mayer
3777 N. Harbor Blvd.
Fullerton, CA 92835

**Geraldine        Broussard Baloney**
1903 West Airline Highway
Laplace, LA 70068

**Masoud Bamdad, M.D.**
17806 Ridgeway Road
Granada Hills, CA 91344

**Kimberly          Hall Barlow**
Jones & Mayer
3777 N. Harbor Blvd.
Fullerton, CA 92835

**David          R. Barney**                                    **, Jr**
Thompson Barney
2030 Kanawha Boulevard E.
Charleston, WV 25311

**Charles          L. Barnum**
Ste. A
409 Broadway Street
Rock Springs, WY 82901

**Armando          G. Barrera**
Barrera Barrera
700 East Second
Alice, TX 78333

**Don          Barrett**
Barrett Law Group
404 Court Square North
P.O. Box 927
Lexington, MS 39095

**Michael          R. Barth**
Lashley & Bear
714 Locust Street
St. Louis, MO 63101

**Lea          Anne Batson**
P.O. Box 1471
222 St. Louis Street
Baton Rouge, LA 70821

**Luther          James Battiste**                          **, III**
Johnson Toal & Battiste
P.O. Box 1431
Columbia, SC 29202

**Pamela          Pendley Baudin**
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70764

**Douglas          R. Beam**
Ste. C
25 W. New Haven Avenue
P.O. Box 640
Melbourne, FL 32902-0640

**John          R. Beard**
Baker, Sterchi, Cowden & Rice - St. Louis
INVALID ADDRESS
21st Floor
100 North Broadway Street
St. Louis, MO 63102

**Randy          H. Beard**
Beard & Beard
P.O. Box 88
Guntersville, AL 35976

**Jere          L. Beasley**
Beasley Allen Crow Methvin Portis & Miles
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Debra          Bechtel**
Catawba County Legal Deparment
P.O. Box 389
Newton, NC 28658

**Blake          L. Beckham**
Beckham Group
Ste. 550
3400 Carlisle
Dallas, TX 75204

**John          C. Beiers**
Office of County Counsel
County of San Mateo
6th Floor
Hall of Justice and Records
400 County Center
Redwood City, CA 94063

**Carmen          P. Belefonte**
Saltz Mongeluzzi Barrett & Bendesky
20 W. Third Street

P.O. Box 1670
Media, PA 19063

**Harry        F. Bell**                                , Jr
Bell Law Firm
PO Box 1723
Charleston, WV 25301

**James        E. Belleau**
Trafton, Matzen, Belleau & Frenette
P.O. Box 470
10 Minot Avenue
Auburn, ME 04212

**James        F. Bennett**
Dowd Bennett
Ste. 1900
7733 Forsyth Blvd.
St. Louis, MO 63105

**Matthew        M. Benov**
Covington & Burling - Washington
One City Center
850 Tenth Street, NW
Washington, DC 20001

**Morgan        R. Bentley**
Bentley & Bruning
Ste. 300
783 S. Orange Avenue
Sarasota, FL 34236

**Robert        James Benvenuti**                                , III
Barnett, Benvenuti & Butler
Ste. 300
489 East Main Street
Lexington, KY 40507

**Christopher        S. Berdy**
Butler Snow
Ste. 1000
1819 5th Avenue North
Birmingham, AL 35203

**Eron        Michael Berg**
325 Metcalf Street
Sedro-Wooley, WA 98284

**Bradford        C. Berge**
Holland & Hart LLP
Post Office Box 2208
110 N. Guadalupe St., Suite 1
Santa Fe, NM 87504-2208

**Benjamin        David Beychok**
Beychok Law Firm
Ste. 802
10225 Florida Blvd.
Baton Rouge, LA 70815

**Carolyn        Robbs Bilanko**
Baker & Hostetler - Seattle
Ste. 3600
999 Third Avenue
Seattle, WA 98101

**Thomas        E. Bilek**
Ste. 3950
700 Louisiana
Houston, TX 77002

**Timothy        W. Billion**
Robins Kaplan - Sioux Falls
Ste. 307
140 North Phillips Avenue
Sioux Falls, SD 57104

**Robert        A. Bilott**
Taft Stettinius & Hollister - Covington
Ste. 910
1717 Dixie Highway
Covington, KY 41011

**Thomasina        Real Bird**
Fredericks Peebbles & Patterson - Louisville
INVALID ADDRESS
1900 Plaza Drive
Louisville, CO 80027

**Saba        Bireda**
Sanford Heisler Sharp
Ste. 300
1666 Connecticut Avenue NW
Washington, DC 20009

**Sheila        L. Birnbaum**
Skadden, Arps, Slate, Meagher & Flom
Four Times Square

New York, NY 10036-6522

**David            L. Black**
Cuneo Gilbert & Laduca, LLP
4725 Wisconsin Avenue, Suite 200
Washington, DC 20016

**Daniel           G. Blackburn**
P. O. Box 458
Bay Minette, AL 36507

**Keller            Blackburn**
,

**Barbara           M. Blackmon**
Blackmon & Blackmon
P.O. Drawer 105
Canton, MS 39046-0105

**William           Wylie Blair**
Onder Law
Ste. 200
110 East Lockwood
St. Louis, MO 63119

**G.                Robert Blakey**
Notre Dame Law School
Notre Dame, IN 46556

**Michael           S. Blume**
24 Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020

**Michael           F. Bohn**
Ste. 480
2260 Corporate Circle
Henderson, NV 89074

**Christopher       Boisvert**
Copo Strategies
15th Floor
30 South 15th Street
Philadelphia, PA 19102

**Justin            Nicholas Boley**
Wexler Wallace
Ste. 3300
55 West Monroe Street
Chicago, IL 60603

**Barbara           D. Bonar**
3611 Decoursey Avenue
Covington, KY 41015

**Joshua            J. Bond**
Hodges, Doughty & Carson
617 Main Street
P.O. Box 869
Knoxville, TN 37901-0869

**Aaron             C. Boone**
Bowles Rice
,

**Michael           D. Bornitz**
Cutler Law Firm
P.O. Box 1400
Fourth Floor
140 North Phillips Avenue
Sioux Falls, SD 57101

**Charles           Clarence Bourque        , Jr**
St. Martin & Bourque
315 Barrow Street
Houma, LA 70360

**Michael           D. Bowling**
Bowling and Johnson
1217 East Cumberland Avenue
PO Box 130
Middlesboro, KY 40965

**Donald            W. Boyajian**
Deryer, Boyajian
75 Columbia Street
Albany, NY 12210

**Christopher       Scott Boynton**
Office of the City Attorney
City of Virginia Beach
Municipal Center
Building One
2401 Courthouse Drive
Virginia Beach, VA 23456

**Troy              A. Bozarth**
HeplerBroom

130 North Main Street
PO Box 510
Edwardsville, IL 62025

**Jenai          M. Brackett**
FROST BROWN TODD LLC (Indianapolis)
INVALID ADDRESS
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961

**Reagan          Edward Bradford**
Lanier Law Firm
Ste. 200
100 E California AveNUE
Oklahoma City, OK 73104

**Margaret          Jane Brannon**
Jackson Kelly-Lexington
Suite 500
175 E. Main Street
Lexington, KY 40588-2150

**Kasie          M. Braswell**
Braswell Murphy
Ste. 100
105 North Conception Street
Mobile, AL 36602

**Jeffrey          Michael Brax**
Office of the Sonoma County Counsel
Room 105A
575 Administration Drive
Santa Rosa, CA 95403

**Robert          M. Brennan**
Parker Hudson Rainer & Dobbs
Ste. 3600
303 Peachtree Street NE
Atlanta, GA 30308

**Gary          E. Brewer**
Brewer & Terry
1702 West Andrew Johnson Highway
Morristown, TN 37816-2046

**Kenneth          A. Brister**
Brister & Brister
P.O. Box 266
Lake Providence, LA 71254

**Jay Brodsky**
240 East Shore Road
Apt 444
Great Neck, NY 11023

**Lauren          Hunt Brogdon**
Norton Rose Fulbirght US
1301 McKinney
Ste. 5100
Houston, TX 77010

**Jackie Brooks**
77 Oakmont Drive
New Castle, DE 19720

**Ross          B. Brooks**
Sanford Heisler Kimpel - New York
INVALID ADDRESS
31st Floor
1350 Avenue of the Americas
New York, NY 10019

**Stacy          M. Brooks**
INVALID ADDRESS - Southeastern Ohio Legal Services
11 East Second Street
Chillicothe, OH 45601

**Kenneth          C. Brostron**
Lashly & Baer
714 Locust Street
St. Louis, MO 63101

**Jeffery          Patrick Brothers**
David L. Colvin & Associates
230 Huey P. Long Avenue
Gretna, LA 70053

**Allison          S. Brouk**
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130

**Robert          D. Browder**
U.S. District Attorney's Office
Tarrant County
401 West Belknap
Fort Worth, TX 76196

David          L. Brown                                      , Jr
Watkins & Eager
Ste. 114
2204 Lakeshore Drive
Birmingham, AL 35209

H.             Lanier Brown                                  , II
Watkins & Eager
Ste. 114 West Lobby
2204 Lakeshore Drive
Birmingham, AL 35209

Mark Brown
839 North Tattnall Street
Wilmington, DE 19801

Maria          P. Bucci
Simpson & Deardorff
Ste. 410
311 East Chicago Street
Milwaukee, WI 53202

Daniel         J. Buckley
Vorys, Sater, Seymour & Pease - Cincinnati
3500 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

Kerry          L. Bundy
Faegre Drinker Biddle & Reath - Minneapolis
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402

Edward         Donald Burbach
Gardere Wynne Sewell
Ste. 3000
600 Congress Avenue
Austin, TX 78701

William        A. Burck
Quinn Emanuel Urquhart & Sullivan - Washington
Ste. 900
1300 I Street, NW
Washington, DC 20005

Gary           K. Burger                                     , Jr
Ste. 1350
500 North Broadway
St. Louis, MO 63102

Jessica        Ann Burke
Chalmers Pak Burch & Adams
Ste. 297
4949 Brownsboro Road
Louisville, KY 40222

Kevin          John Burke
Office of the County Attorney
County of Fauquier
4th Floor
40 Culpeper Street
Warrenton, VA 20186

Peter          H. Burke
Burke Harvey
INVALID ADDRESS
Ste. 100
3535 Grandview Parkway
Birmingham, AL 35243

Joshua         D. Burns
Crowe & Dunlevy
Braniff Building
Ste. 100
324 N. Robinson Avenue
Oklahoma City, OK 73102

Warren         T. Burns
Burns Charest - Dallas
Ste. 2810
500 North Akard Street
Dallas, TX 75201

Jeremy         M. Burnside
Ste. A
1118 Hutchins Street
Portsmouth, OH 45662

Eric           R. Burris
Brownstein Hyatt Farber Schreck
201 Third St NW, Suite 1700
Albuquerque, NM 87102

Wesley         R. Butler
Barnett, Benvenuti & Butler
Ste. 300

489 East Main Street
Lexington, KY 40507

**Kenneth        S. Byrd**
Lieff, Cabraser, Heimann & Bernstein - Nashville
Ste. 1650
One Nashville Place
150 Fourth Avenue, N
Nashville, TN 37219

**Colleen        Therese Calandra**
Ramos Law
Ste. 200
3000 Youngfield Street
Wheat Ridge, CO 80215

**Kevin        Calcagnie**
Robinson, Calcagnie & Robinson
7th Floor
620 Newport Center Drive
Newport Beach, CA 92660

**John        W. Caldwell**
P.O. Box 2467
Hobbs, NM 88241

**James        Arthur Cales**                                                **, III**
Furniss Davis Rashkind & Saunders
Ste. 341B
6160 Kempsville Circle
Norfolk, VA 23502

**Angelo        J. Calfo**
Caldo Eakes & Ostrovsky
Ste. 2800
1301 Second Avenue
Seattle, WA 98101

**Daniel        J. Callaghan**
Office of the City Attorney
City of Roanoke
Room 464
215 Church Avenue
Roanoke, VA 24011

**Joseph        Callanan**
Office of Prosecuting Attorney
Town of Weymouth
Town Hall
75 Middle Street
Weymouth, MA 02189

**Walter        Britt Calton**
312 East Broad Street
Eufaula, AL 36027

**W.        Stuart Calwell**
The Calwell Practice
P.O. Box 113
Charleston, WV 25321

**Gabriel        D. Cantu**
2665 Kwina Road
Bellingham, WA 98226

**Michael        Cardi**
Bowles Rice
,

**Christopher        Scott Cardillo**
Ste. 308
9728 Third Avenue
Brooklyn, NY 11209

**Mary        Patricia Carl**
Husch Blackwell - St. Louis
Ste. 600
190 Carondelet Plaza
St. Louis, MO 63105

**Leo        Joseph Carmody**                                                **, Jr**
Upchurch & Upchurch
2692 West Oxford Loop #104
Oxford, MS 38655

**David        A. Carroll**
Rice Reuther Sullivan & Carroll
Ste. 1200
3800 Howard Hughes Parkway
Las Vegas, NV 89169

**Kristopher        W. Carter**
Carter & Jordan
1101 Iberville Road
P.O. Box 2040 (39566-2040)
Ocean Springs, MS 39564

**David        I Cates**

Cates Mahoney
Ste. A
216 West Pointe Drive
Swansea, IL 62226

**Brent          P. Ceryes**
Schochor, Frederico & Staton
The Paulton
1211 St. Paul Street
Baltimore, MD 21202

**D.              Bryant Chaffin**
97 Elias Whiddon Road
Hattiesburg, MS 39402

**R.              Jonathan Charleston**
The Charleston Group
Ste. 2000
201 Hay Street
Fayetteville, NC 28302

**Stephen         G. Charpentier**
2285 W. Eau Gallie Blvd.
Melbourne, FL 32935

**Matthew         P. Chenevert**
3043 Elmwood Park Drive
New Orleans, LA 70114

**Susannah        B Chester-Schindler**
Waters & Kraus LLP
3141 Hood Street Suite 700
Dallas, TX 75219

**David           R. Cheverie**
Hach Rose Schirripa & Cheverie
14th Floor
185 Madison Avenue
New York, NY 10016

**Robert          M. Cheverie**
Cheverie & Associates
101 Commerce Center One
333 East River Drive
East Hartford, CT 06108

**John            Y. Choi**
Ste. 2390
733 Bishop Street
Honolulu, HI 96813

**Rebecca         M. Christensen**
Lashley & Bear
714 Locust Street
St. Louis, MO 63101

**Antonio         B. Church**
Cheyenne & Arapaho Tribes
P.O. Box 167
Concho, OK 73022

**Christopher     E. Clark**
Goodin Abernathy
301 East 38th Street
Indianapolis, IN 46205

**Abbey           Herrin Clarkson**
Lloyd & Hogan
Ste. 201
2871 Acton Road
Birmingham, AL 35243

**Abigail         Herrin Clarkson**
Lloyd & Hogan
Ste. 201
2871 Acton Road
Birmingham, AL 35243

**Joseph          G. Cleemann**
Scott & Scott
The Helmsley Building
17th Floor
230 Park Avenue
New York, NY 10169

**Michael         V. Clegg**
8714 Jefferson Highway
Suite B
Baton Rouge, LA 70809

**Owen            J. Clements**
Office of the City Attorney
City of San Francisco
7th Floor
1390 Market Street
San Francisco, CA 94102

**Sanford         C. Coats**

Crowe & Dunlevy
Braniff Building
Ste. 100
324 N. Robinson Avenue
Oklahoma City, OK 73102

**Rebecca          A. Cobbs**
Sloane and Walsh
One Boston Place
16th Floor
Boston, MA 02108

**Jose             A. Coker**
The Charleston Group
P.O. Box 1762
Fayetteville, NC 28302

**Jamie            Alan Cole**
Weiss Serota Helfman Pastoriza
Ste. 1900
200 E. Broward Blvd.
Fort Lauderdale, FL 33301

**Creighton        B. Coleman**
Coleman & Tolen
P.O. Box 914
Winnsboro, SC 29180

**Hayden           A. Coleman**
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, NY 10010

**J.               Patrick Coleman**
Office of County Attorney
County of Mesa
2nd Floor Annex
544 Rood Avenue
P.O. Box 20000
Grand Junction, CO 81502-5004

**Matthew          S. Coles**
Coles Barton
Ste. 100
150 South Perry Street
Lawrenceville, GA 30046

**Alexandra        Colessides**
Office of Prosecuting Attorney
Webb County
Floor 2
1000 Houston Street
Laredo, TX 78040

**Adam             P. Collins**
Campbell Collins & Collins
161 W Main Street
P.O. Box 727
Hindman, KY 41822

**Brigid           E. Collins**
Law Office of Frank G. DeSalvo
739 Baronne Street
New Orleans, LA 70113

**David            L. Colvin**
230 Huey P. Long Avenue
Gretna, LA 70053

**Jonathan         Compretta**
Mike Moore Law Firm
Ste. 150
10 Canebrake
P.O. Box 321048
Flowood, MS 39232

**Bernice          Conn**
Robins Kaplan
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**David            J. Conner**
P. O. Box 458
Bay Minette, AL 36507

**Isaac            T. Conner**
Manson Johnson Conner
Ste. 300
215 Second Avenue North
Nashville, TN 37201

**John             Michael Connolly**
Consovoy McCarthy
Ste. 700
1600 Wilson Blvd.
Arlington, VA 22209

Shauna          L. Coons
Best & Flanagan
Ste. 2700
60 S. Sixth Street
Minneapolis, MN 55402

Jennifer        Grandoff Cooper
Baker, Donelson, Bearman, Caldwell & Berkowitz
Ste. 1600
3414 Peachtree Road NE
Atlanta, GA 30326

Kyle            Alexander Cooper
Tabet DiVito & Rothstein
The Rookery Building
7th Floor
209 S. LaSalle Street
Chicago, IL 60604

Phillip         D. Corley                              , Jr
Wallace, Jordan, Ratliff & Brandt
P.O. Box 530910
Birmingham, AL 35253

Jeffrey         A Cormell
St.Croix Indians of Wisconsin
24663 Angeline Avenue
Webster, WI 54893

Kathryn         Semmler Cornelius
McGuire Woods
75th Floor
600 Travis Street
Houston, TX 77002

Elizabeth       Josephine Coronado
Ste. 2600
2665 Kwina Road
Bellingham, WA 98226

Mark            Anthony Correro
Ste. 350
2909 Hillcroft
Houston, TX 77057

Jenna           Corum
P.O. Box 887
Manchester, KY 40962

Joseph          W. Cotchett
Cotchett Pitre & McCarthy
840 Malcolm Road
Burlingame, CA 94010

County of Los Angeles and the People of the State of California
Office of the County Counsel County of Los Angeles
500 West Temple Street, 6th Fl
Los Angeles, CA 90012

Robert          B. Craig
Taft Stettinius & Hollister - Covington
Ste. 910
1717 Dixie Highway
Covington, KY 41011

R.              Seth Crompton
Holland Law Firm
Ste.  801
300 North Tucker
St. Louis, MO 63101

Leslie          M. Cronen
Law Office of Gary C. Johnson
110 Caroline Avenue
PO Box 231
Pikeville, KY 41502

Megan           A Crowley
Covington & Burling, LLP
Ond City Center
850 Tenth St., NW
Washington, DC 20001-4956

Charles         J Crueger
Crueger Dickinson LLC
4532 N Oakland Ave
Whitefish Bay, WI 53211

Daniel          Crumby
Hall Booth Smith
Ste. 2900
191 Peachtree Street, N.E.
Atlanta, GA 30303

Lloyd           M. Cueto
Law Office of Lloyd M. Cueto
7110 West Main Street
Belleville, IL 62223

Kenda            Culpepper
Office of District Attorney
City of Rockwall
Ste. 201
1111 E Yellowjacket Lane
Rockwall, TX 75087


Curtis V. Cooper Primary Health Care, Inc.
,

Ryan            D. Cwach
Birmingham & Cwach
124 Walnut Street
Yankton, SD 57078

Jonathan        M. Cyrluk
Carpenter Lipps & Leland
Ste. 2105
180 North Lasalle Street
Chicago, IL 60601

Patricia        E. Daehnke
Collinson, Daehnke, Inlow & Greco
Ste. 305
2110 E. Flamingo Road
Las Vegas, NV 89119

Emily           K. Damrau
MoloLamken
600 New Hampshire Avenue NW
Washington, DC 20037

Jacob           Berkley Daniel
139 E. Main Street
P.O. Box 999
Yanceyville, NC 27379

James           Nixon Daniel
Beasley Allen Crow Methvin Portis & Miles
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Jessica         L. Dark
Pierce Couch Hendrickson Baysinger & Green
P.O. Box 26350
1109 N. Francis Avenue
Oklahoma City, OK 73126-0350

Margaret        C. Daun
Milwaukee County Corporation Counsel
Courthouse
Ste. 303
901 North 9th Street
Milwaukee, WI 23233

Dustin          E. Davies
Suthers Law Firm
P.O. Box 8847
Savannah, GA 31412-8847

Katherine       S. Davies
Baker Sterchi Cowden & Rice
21st Floor
100 North Broadway
St. Louis, MO 63102

Wade            V. Davies
Ritchie, Dillard, Davies & Johnson
Ste. 300
606 West Main Street
Knoxville, TN 37902

Laura           C. Davis
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414

Rodney          Garrett Davis
Davis Law
P.O. Box 1060
230 N. Second Street
Richmond, KY 40476

Joseph          Dawson                          , III
P.O. Box 41367
North Charleston, SC 29423

Kathleen        A. DeLaney
DeLaney & DeLaney
3646 N. Washington Blvd.
Indianapolis, IN 46205

Julie Ann DeMille
#79886-065
DUBLIN
FEDERAL CORRECTIONAL INSTITUTION

Inmate Mail/Parcels
5701 8TH ST - CAMP PARKS
DUBLIN, CA 94568

**James**          **Patrick DeSonier**
Ste. C
450 N. Causeway Blvd.
Mandeville, LA 70448

**Douglas**        **W. Decker**
P.O. Box 70
Gallup, NM 87305

**Robert K. Decker**
51719-074
TERRE HAUTE
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

**Carmen**         **Anthony Degisi**
Marc J. Bern & Partners
Ste. 215
101 West Elm Street
Conshohocken, PA 19428

**Kevin**          **W. Dellinger**
Office of the Attorney General
Muskogee Creek Nation (Okmulgee)
P.O. Box 580
Okmulgee, OK 74447

**Jeanne**         **K. Demarest**
Alvendia, Kelly, & Demarest, LLC
Ste. 1625
909 Poydras Street
New Orleans, LA 70131

**Leah**           **May Dennen**
Sumner County Law Department
Room 303
355 N Belvedere Drive
Gallatin, TN 37066

**Alvin**          **Scott Derrick**
Gullett, Sanford, Robinson & Martin
Ste. 1700
150 Third Avenue South
Nashville, TN 37201

**Claude**         **P. Devall**
517 West College Street
Lake Charles, LA 70605

**L.**             **Dante DiTrapano**
The Calwell Practice
Law and Arts Center West
500 Randolph Street
Charleston, WV 25302

**Nathan**         **Andrew Dickson**                            **, II**
Jinks Crow & Dickson
P.O. Box 350
Union Springs, AL 36089-0350

**Russell**        **R. Dickson**
Wiener, Weiss & Madison
Ste. 1000
330 Marshall Street
Shreveport, LA 71101

**David**          **Dies**
Dies & Parkhurts
1009 W. Green Avenue
Orange, TX 77630

**Carissa**        **J. Dolan**
Robbins Geller Rudman & Dowd
Ste. 1900
655 W Broadway
San Diego, CA 92101

**David**          **A. Domina**
Domina Law Group
2425 South 144th St.
Omaha, NE 68144

**Michael**        **P. Doss**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603

**Bruce**          **J. Downey**                            **, IV**
Ste. 200
1001 Noble Street
P.O. Box 626
Anniston, AL 36202

**J.          Richard Doyle**
Office of the City Attorney
City of San Jose
200 East Santa Clara Street
San Jose, CA 95113-1905

**Thomas          Arthur Doyle**
Wexler Wallace
Ste. 3300
55 West Monroe Street
Chicago, IL 60603

**James          R. Dugan          , II**
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

**Robert          Franklin Duncan**
Jackson Kelly - Lexington
Suite 500
175 E. Main Street
P.O. Box 2150
Lexington, KY 40588-2150

**Winford          L. Dunn          , Jr**
Dunn Nutter Morgan
3601 Richmond Road
Texarkana, TX 75503

**Laura          Sherling Dunning**
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32502

**Andrew          W. Durland**
Ste. 3300
701 Fifth Avenue
Seattle, WA 98104

**John          Andrew Durrett**
Durrett Law Offices
202 North Vienna
Ruston, LA 71270

**Daniel          J Dysart**
Baker Donelson Bearman Caldwell & Berkowitz - New Orleans
Ste. 3600
201 Saint Charles Avenue
New Orleans, LA 70170

**Economy Discount Pharmacy**
,

**Economy Pharmacy Express**
,

**John          F. Edgar**
Edgar Law Firm
Ste. 1650
4520 Main Street
Kansas City, MO 64111

**Thomas          E. Edge**
319 York Street
Newport, KY 41071

**Roderick          E. Edmond**
Edmond & Associates
410 The Candler Building
127 Peachtree Street
Atlanta, GA 30303

**Robert          Henry Edwards**
711 West Third Street
Little Rock, AR 72201

**Kyle          Alan Eidsness**
Hinshaw & Culbertson
Ste. 2000
333 South Seventh Street
Minneapolis, MN 55402

**Frederick          Joseph Elbrecht**
Office of County Attorney
County of Sarasota
2nd Floor
1660 Ringling Blvd.
Sarasota, FL 34236-6808

**Paul          D. Ellis**
Office of Attorney - City of Charleston
P.O. Box 2749
Charleston, WV 25330

**Alvin          L. Emch**

Jackson Kelly - Charleston
Ste. 1600
500 Lee Street
P.O. Box 553
Charleston, WV 25322

**Gerard**          **J. Emig**
Gleason Flynn Emig & McAfee
Ste. 400
11 N. Washington Street
Rockville, MD 20850

**Lisa**          **Michelle Esser**
Sommers Schwartz
Ste. 1700
One Towne Square
Southfield, MI 48076

**Benjamin**          **D. Evans**
INVALID ADDRESS Haley & Olson
Ste. 200
100 Ritchie Road
Waco, TX 76712

**Joshua**          **R. Evans**
Unsell Law Firm
69 S. 9th Street
East Alton, IL 62024

**E.**          **Mark Ezell**
P.O. Drawer 595
Butler, AL 36904

**Thomas**          **H. Fain**
Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane
Ste. 900
1301 A. Street
Tacoma, WA 98402

**Paul**          **Harrison Farmer**                              **, Jr**
Gormley Jarashow Bowman
162 West Street
Annapolis, MD 21401

**Michael**          **J. Farrell**
Farrell White & Legg
914 Fifth Avenue
Huntington, WV 25701

**Juli**          **E. Farris**
Keller Rohrback
Ste. 8
1129 State Street
Santa Barbara, CA 93101

**Vic**          **Feazell**
Feazell & Tighe
Ste. C-101
6618 Sitio Del Rio Blvd.
Austin, TX 78730

**Kenneth**          **Ferguson**
Gordon & Rees, LLP
816 Congress Avenue
Suite 1510
Austin, TX 78701

**Pamela**          **J. Ferrell**
Bowles Rice
600 Quarrier Street
Charleston, WV 25301

**John**          **D. Ferrero**                              **, Jr**
Office of the Prosecuting Attorney
Stark County
Ste. 510
110 Central Plaza, S
Canton, OH 44702

**Tommy**          **Fibich**
Fibich Leebron Copeland Briggs Josephson
1150 Bissonet
Houston, TX 77005

**Steven**          **E. Fineman**
Lieff, Cabraser, Heimann & Bernstein - New York
8th Floor
250 Hudson Street
New York, NY 10013

**David**          **T. Fischer**
Sheppard Mullin Richter & Hampton
Ste. 100
2099 Pennsylvania Avenue, NW
Washington, DC 20006

**A**          **Freeman Fite**                              **, IV**
P.O. Box 368

Ste. 400
1000 Quintard Avenue
Anniston, AL 36202

**Michael        L. Fitzgerald**
Ropes & Gray
INVALID ADDRESS
800 Boylston Street
Boston, MA 02199

**Clayton        P. Flaherty**
Anapol Weiss - Philadelphia
Ste. 1600
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

**Blake          Follis**
Office of the Attorney General - Modoc Nation
22 N. Eighth Tribes Trail
Miami, FL 74354

**Evan           Patrick Fontenot**
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**Padraic        W. Foran**
Hueston Hennigan
523 W. 6th Street
Ste. 400
Los Angeles, CA 90014

**W.             Jesse Forbes**
1118 Kanawha Blvd., East
Charleston, WV 25301

**Brittany       R. Ford**
Abbott Law Group
INVALID ADDRESS
2929 Plummer Cove Road
Jacksonville, FL 32223

**Matthew        D. Forsgren**
Forsgren Fisher - Minneapolis
Ste. 1500
Capella Tower225 S. 6th St.
225 South 6th Street
Minneapolis, MN 55402

**William        Cody Fosbre**
Office of the City Attorney - Tacoma
Department of Public Utilities
3628 South 35th Street
Tacoma, WA 98402

**Shawn          Gayland Foster**
Preuss Foster Law
Ste. 250
10601 Mission Road
Leawood, KS 66206

**Raymond        R. Fournie**
Armstrong, Teasdale, Schlafly & Davis
One Metropolitan Square
Ste. 2600
St. Louis, MO 63102-2740

**Harrison       J. Frahn                    , IV**
Simpson, Thacher & Bartlett - Palo Alto
2475 Hanover Street
Palo Alto, CA 94304

**Paul           L. Frampton                 , Jr**
Atkinson & Polak
Ste. 1300
300 Summer Street
Charleston, WV 25301

**Gregorio       Antonio Francis**
Osborne & Francis
Ste. 205
805 S. Kirkman Road
Orlando, FL 32811-2200

**Richard        Stanislaw Frankowski**
2126 15th Avenue South
Birmingham, AL 35205

**Raymond        S. Franks                   , II**
601 57th Street, SE
Charleston, WV 25304

**James          P. Frantz**
Frantz Law Group
402 West Broadway
Ste. 860

San Diego, CA 92101

T.                      R. Frazer                                    , III
Ste. 215
1 Burton Hills Blvd.
Nashville, TN 37215

Angela          L Freel
Jackson Kelly
2nd Floor
221 Fifth Street NW
PO Box 1507
Evansville, IN 47706-1507

Michael         O. Freeman
Office of Prosecuting Attorney
Hennepin County
Ste. C-2000
300 S. 6th Street
Minneapolis, MN 55487

Anthony         R. Friedman
Simon Law Firm - St. Louis
Ste. 1700
800 Market Street
St. Louis, MO 63101

Ronald          J. Friedman
Karr Tuttle Campbell
Ste. 3300
701 Fifth Avenue
Seattle, WA 98104

Shaw            R. Friedman
Friedman & Associates
705 Lincolnway
LaPorte, IN 46350

Sarah           E. Friedricks
Robbins Kaplan
INVALID ADDRESS
Ste. 2800
800 LaSalle Avenue
Minneapolis, MN 55402

Jose            A. Andreu Fuentes
Bufete Andreu & Sagardia
261 Avenue Domenech
San Juan, PR 00918

Jeffrey         R. Gaddy
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Ste. 600
316 S Baylen Street
Pensacola, FL 32502

Alison          S. Gaffney
Keller Rohrback
Ste. 3200
1201 Third Avenue
Seattle, WA 98101

Michelle        O. Gallagher
Braud & Gallagher
Ste. 201
111 N. Causeway Blvd.
Mandeville, LA 70448

James Gallant
,

Katherine       Galle
Haug Partners
One Post Office Square
Boston, MA 02109

Johanna         Serrano Gardner
Office of County Counsel
County of Charleston
Ste. B313
4045 Bridge View Drive
N. Charleston, SC 29405

Amy             E Garrett
Simmons Hanly Conroy LLC
One Court Street
Alton, IL 62002

W.              Lewis Garrison                                      , Jr
Heninger Garrison Davis - Birmingham
2224 First Avenue, N
Birmingham, AL 35203

E.              D. Gaskins                                          , Jr
Everett, Gaskins & Hancock
P.O. Box 911
220 Fayetteville Street
Raleigh, NC 27602

**Stephen      M. Gele'**
Smith & Fawer
Ste. 3702
201 St. Charles Avenue
New Orleans, LA 70170

**Alan      J. George**
Gormley & George
110 North Court Street
Versailles, KY 40383

**Christopher      R. George**
300 Building One
4200 Northside Pkwy. NW
Atlanta, GA 30327

**Christopher      Scott Geyer**
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024

**Michael      C. Ghizzoni**
Office of County Counsel
County of Santa Barbara
Ste. 201
105 E. Anapamu Street
Santa Barbara, CA 93101

**George      Gibbs**
Gibbs Armstrong Borochoff Mullican & Hart
Ste. 500
601 S. Boulder Avenue
Tulsa, OK 74119

**Lisa      Michelle Gilford**
Skadden, Arps, Slate, Meagher & Flom - Los Angeles
Ste. 3400
300 South Grand Avenue
Los Angeles, CA 90071

**Charles      A. Gilman**
Gilman & Bedigian
Ste. 250
1954 Greenspring Drive
Timonium, MD 21093

**Wyman      O. Gilmore                    , Jr**
P.O.Box 729
Grove Hill, AL 36451

**Chase      Hamilton Givens**
US-Legal PC
430 West Main Street
Dothan, AL 36301

**Jessica      Kramer Givens**
Coffey Kaye Myers & Olley
Ste. 718
Two Bala Plaza
Bala Cynwyd, PA 19004

**John      Jameson Givens**
Cochran Firm - Dothan
111 East Main Street
Dothan, AL 36301

**John      Keith Givens**
Cochran Cherry Givens & Smith
P.O. Box 927
Dothan, AL 36302

**Mark      Philip Glago**
Ste. 2950
909 Poydras Street
New Orleans, LA 70117

**Brian      A. Glasser**
Bailey & Glasser - Charleston
209 Capitol Street
Charleston, WV 25301

**Frederick      N. Gleaton**
Owen Gleaton Egan Jones & Sweeney
Ste. 3000
1180 Peachtree Street, NE
Atlanta, GA 30309

**Jeremy      A. Gogel**
4542 West Pine Blvd.
St. Louis, MO 63108

**Matthew      J. Golden**
Office of the County Attorney - Louisville
Ste. 900
531 Court Place
Louisville, KY 40202

**Lee**          **S. Goldsmith**
Goldsmith, Richman, Levinson & Harz
140 Sylvan Avenue
Englewood Cliffs, NJ 07632

**Bruce**          **D. Goldstein**
Office of the County Counsel - Sonoma County
Ste. 105A
575 Administration Drive
Santa Rosa, CA 95403

**Elaine**          **Golin**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

**Nelson**          **J. Goodin**
Office of Prosecuting Attorney
County of Dona Ana
845 N. Motel Blvd.
Las Cruces, NM 88007

**Samuel**          **Stuart Goren**
Goren Cherof Doody & Ezrol
Ste. 200
3099 East Commercial Blvd.
Fort Lauderdale, FL 33308

**Franklin**          **Joseph Gormley**
Gormley Jarashow Bowman
162 W Street
Annapolis, MD 21401

**David**          **Barry Goroff**
Foley & Lardner
Ste. 2800
321 North Clark Street
Chicago, IL 60654

**Harry**          **C. Graham**                    , III
Harry C. Graham, III, Attorney at Law
534 E. Boston St.
Covington, LA 70433

**Miles**          **L. Granderson**
7608 Sycamore Street
New Orleans, LA 70118

**Anthony**          **D. Gray**
Johnson Gray
Ste. 212
319 North 4th Street
St. Louis, MO 63102

**Chanel**          **Ann Gray**
Office of the City Attorney
City of Chesapeake
6th Floor
306 Cedar Road
Chesapeake, VA 23322

**Macon**          **Bryan Epps Gray**
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414

**Dwayne**          **M. Green**
Hampton Green
602 Rutledge Avenue
Charleston, SC 29413

**Marcus**          **Adam Green**
Green Law Firm
Ste. B
931 Westwood Dr.
Marrero, LA 70072

**Megan**          **B Greene**
Office of the Montgomery County Attorney
3rd Floor
101 Monroe Street
Rockville, MD 20850

**Stacey**          **A. Greenwell**
INVALID ADDRESS Thompson Hine - Cleveland
3900 Key Tower
127 Public Square
Cleveland, OH 44114

**Michael**          **D. Greer**
Greer Pipkin Russell Dent & Leathers
P.O. Box 907
Tupelo, MS 38802-0907

**Douglas**          **Stuart Griffith**
Yetter Coleman
Ste. 4100
811 Main Street

Houston, TX 77002

**Deborah          R. Gross**
Law Offices Of Bernard M. Gross
1500 Walnut Street
6th Floor
Philadelphia, PA 19102

**Joseph          Michael Guerra**
P.O. Box 1968
Alice, TX 78333

**Baldemar          F. Gutierrez**
700 E. Third Street
Alice, TX 78332

**J.          Javier Gutierrez**
700 East Third Street
Alice, TX 78332

**Rodolfo          Gutierrez**
Office of the Attorney General
P.O. Box 729
Hebbronville, TX 78361

**HBC Service Company**
,

**Robert          T. Haar**
Haar & Woods
Ste. 1620
1010 Market Street
St. Louis, MO 63101

**Jason Hall**
1401 Maryland Avenue
Apt. D-13
Wilmington, DE 19805

**John          E. Hall          , Jr**
Hall Booth Smith
Ste. 2900
191 Peachtree Street NE
Atlanta, GA 30303

**Tom          Hall**
Ste. 100
2605 Airport Freeway
Fort Worth, TX 76111

**Charles          Bedford Hampton**
McGuire Woods
Ste. 7500
600 Travis Street
Houston, TX 77002

**Sarah          E. Hamron**
Armstrong Teasdale - St. Louis
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105

**Catherine          L. Hanaway**
Ashcroft Hanaway
Ste. 110
222 South Central Avenue
St. Louis, MO 63105

**Michael          J. Hanby          , II**
Pedersen & Whitehead
P.O. Box 2349
Twin Falls, ID 83303

**Paul          J. Hanly          , Jr**
Simmons Hanly Conroy
112 Madison Avenue
New York, NY 10016

**Marc          Pemble Hansen**
Office of the Montgomery County Attorney
3rd Floor
101 Monroe Street
Rockville, MD 20850

**Jack          W. Harang**
Barnes & Thornburg
1313 Merchants Bank Bldg.
11 South Meridian Street
Indianapolis, IN 46204

**Sarah          E. Harmon**
Armstrong Teasdale - St. Louis
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105

**Gerald          Logan Harris**
Office of the City Attorney

City of Virginia Beach
2401 Courthouse Drive
Virginia Beach, VA 23456

**Kimberly        Harris**
Quilling Selander Winslett & Moser
,

**P.              J. Harris                              , II**
Beard & Beard
P.O. Box 88
Guntersville, AL 35976

**Bryan           Harrison**
Harrison Davis Steakley Morrison Jones
5 Ritchie Road
Waco, TX 76712

**Morgan          E. M. Harrison**
Arnall Golden Gregory
Ste. 2100
171 17th Street, N.W.
Atlanta, GA 30363

**Stephen         Bryan Harrison**
Harrison Davis Steakley Morris Jones
P.O. Box 21387
Waco, TX 76702

**Paul            Richard Hartley**
Hartley & Hickman
P.O. Box 583
Greenville, AL 36037

**James           M. Hash**
Everett, Gaskins & Hancock
P.O. Box 911
220 Fayetteville Street
Raleigh, NC 27602

**Dean            Anthony Hayes**
McCabe Trotter & Beverly
P.O. Box 212069
Ste. 250
4500 Fort Jackson Boulevard
Columbia, SC 29221

**Elizabeth       Heaphy**
Rammelkamp Muehlenweg & Cordova PA
316 Osuna Rd NE
Unit 201
Albuquerque, NM 87107

**Mathias         Henry Heck                           , Jr**
Office of Prosecuting Attorney
County of Montgomery
P.O. Box 972
301 West Third Street
Dayton, OH 45422

**Keith D Heden**
,

**E.              Kent Hellems**
Gorman Sheatsley & Company
P.O. Box 5518
Beckley, WV 25801

**Gregory         B. Heller**
Young Ricchiuti Caldwell & Heller
Ste. 3800
1600 Market Street
Philadelphia, PA 19103

**Joseph          F Henderson**
J F Henderson Law, PLLC
1835 Pinehurst Avenue
Saint Paul, MN 55116

**Joel            D. Henriod**
Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89169

**Jorge           A. Herrera**
Herrera Law
1800 W. Commerce Street
San Antonio, TX 78207

**Jefferson       Vaughan Hester**
Greer Pipkin Russell Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

**Kelly           Hightower Hibbert**
Reed Smith
INVALID ADDRESS

1000 East Tower
1301 K Street NW
Washington, DC 20005

**Thomas Hickey**
Suffolk County House of Correction
20 Bradston Street
Boston, MA 02118

**Gregory          V. Hicks**
City of Warren
INVALID ADDRESS
Department of Law
391 Mahoning Avenue NW
Warren, OH 44483

**Sheila      Patricia Hiestand**
McCoy & Hiestand
108 Browns Lane
Louisville, KY 40207

**Andrew          J. Hill                                          , III**
Blasingame, Burch, Garrard & Ashley
INVALID ADDRESS
Ste. 320
440 College Avenue
Athens, GA 30601

**E.            Edison Hill**
Hill, Peterson, Carper, Bee and Deitzler
500 Tracy Way
NorthGate Business Park
Charleston, WV 25311-1261

**Jack          Wesley Hill**
Ward & Smith
111 West Tyler Street
P.O. Box 1231
Longview, TX 75606-1231

**Layne          C. Hilton**
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130

**Curt          Roy Hineline**
Baker & Hostetler - Seattle
Ste. 3600
999 Third Avenue
Seattle, WA 98101

**Robert          S Hoff**
Wiggin and Dana LLP
281 Tresser Boulevard
Two Stamford Plaza
Stamford, CT 06905

**J.            Lee Hoffoss                                     , Jr**
517 West College Street
Lake Charles, LA 70605

**Cameron      Lee Hogan**
Lloyd & Hogan
Ste. 201
2871 Acton Road
Birmingham, AL 35243

**John          Wayne Hogan**
Terrell Hogan
8th Floor
233 East Bay Street
Jacksonville, FL 32202

**Mark          Montgomery Hogewood**
Wallace, Jordan, Ratliff & Brandt
Ste. 400
800 Shades Creek Parkway
Birmingham, AL 35209

**Richard      B. Holbrook**
Fisher & Phillips - Charlotte
Ste. 2020
227 West Trade Street
Charlotte, NC 28202

**Jason          L. Holliday**
Flaherty, Sensabaugh & Bonasso - Charleston
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843

**Peter          Samuel Holmes**
Ste. 2050
701 Fifth Avenue
Seattle, WA 98104

**Brian          E. Holthus**
Jolley Urga Wirth Woodbury & Standish

Ste. 380
330 S. Rampart Blvd.
Las Vegas, NV 89145

**Jacob        Gerson Horowitz**
Goren Cherof Doody & Ezrol
Ste. 200
3099 East Commercial Blvd.
Fort Lauderdale, FL 33308

**Leland        G Horton**
Bradley Murchison
Ste. 1000
401 Edwards Street
Shreveport, LA 71101

**Edward        D. Hotz**
Pansgin, Hogan
Suite 300
10250 Regency Circle
Omaha, NE 68114

**G.        Todd Houck**
105 Guyandotte Avenue
Mullens, WV 25882

**Kelley        L. Hubbard**
INVALID ADDRESS Office of the Attorney General
State of Montana
215 North Sanders
P.O. Box 201401
Helena, MT 59620

**Hamish        P.M. Hume**
Boies, Schiller & Flexner - Washington
Ste. 800
5301 Wisconsin Avenue, NW
Washington, DC 20015

**Robert        Jacob Hurtt                                        , Jr**
Husch Blackwell
Ste. 600
190 Carondelet Plaza
St. Louis, MO 63105

**Robert        S. Huth                                        , Jr**
Kirk and Huth
Ste. 100
19500 Hall Road
Clinton Township, MI 48038

**David        G. Hymer**
Bradley Arant Boult Cummings
One Federal Place
1819 5th Avenue, North
Birmingham, AL 35203

**Michael        Andrew Innes**
L-3 Communications
600 Third Avenue
New York, NY 10016

**James        B. Irwin**
Irwin Fritchie Urquhart & Moore
INVALID ADDRESS
Ste. 2700
400 Poydras Street
New Orleans, LA 70130

**Edward        R. Jackson**
Jackson & Foster
PO Box 2225
Mobile, AL 36652

**Lisa        L. Jackson**
Jackson Edwards
4300 Van Buren Street
University Park, MD 20782

**Michael        L. Jackson**
Jackson Bell
Ste. A-214
660 North Foster Drive
Baton Rouge, LA 70806

**Steven        Dewayne Jackson                                        , Jr**
Braud & Gallagher
Ste. 201
111 N. Causeway Blvd.
Mandeville, LA 70448

**Christopher        Isaac Jacobs**
Kalfus & Nachman
Ste. 300
870 N. Military Hwy
Norfolk, VA 23502

**PawanKumar Jain**

2455 So. Telshor Blvd.
Las Cruces, NM 88011

**Charles            James**                              , II
Serious Injury Law Group
P.O. Box 781
Montgomery, AL 36101

**Collie        Fitch James**                          , IV
Morgan Lewis & Bockius
Ste. 1800
600 Anton Blvd.
Costa Mesa, CA 92626

**L.            Lee Javins**                        , II
Bucci Bailey & Javins
PO Box 3712
Charleston, WV 25337-3712

**Paul          L Jefferson**
McNeely Stephenson
Ste. 220
300 North Meridian Street
Indianapolis, IN 46204

**William        Joseph Jenner**
Jenner, Pattison, Hensley & Wynn
508 East Main Street
Madison, IN 47250

**Crystal       Goan Jessee**
Jessee Law Office
P.O. Box 1537
Greeneville, TN 37745

**Thomas          C. Jessee**
Sacerich, OLeary & Field
6988 Spinach Drive
Mentor, OH 44060

**Lynn            W. Jinks**                        , III
Jinks, Crow & Dickson
P.O. Box 350
219 N. Prairie Street
Union Springs, AL 36089

**Andre          Philip Johnson**
Manson Johnson Conner
Ste. 300
215 Second Avenue North
Nashville, TN 37201

**Gary            C. Johnson**
110 Caroline Avenue
P.O. Box 110
Pikeville, KY 41502

**Gillard        B. Johnson**                        , III
Bowling and Johnson
Suite 250
1010 Monarch Street
Lexington, KY 40513

**James          D. Johnson**
Jackson Kelly
P.O. Box 1507
2nd Floor
221 NW Fifth Street
Evansville, IN 47706

**Leif          P. Johnson**
833 S. Spruce Street
Burlington, WA 98233

**Daryl        Lafayette Jones**
Ste. 101
14707 South Dixie Highway
Miami, FL 33176

**Evan          W. Jones**
,

**Keith        A. Jones**
Jones Law Group
P.O. Box 13395
Charleston, WV 25360

**Richard        D. Jones**
Jones & Mayer
3777 N. Harbor Blvd.
Fullerton, CA 92835

**Suzanne        L. Jones**
Hinshaw & Culbertson
Ste. 2000
333 South 7th Street
Minneapolis, MN 55402

**Zona          Jones**
Harrison Davis Steakley Morrison Jones
5 Ritchie Road
Waco, TX 76712

**William        H. Jordan**
Alston & Bird
Ste. 4900
1201 West Peachtree Street NW
Atlanta, GA 30309

**Douglas J. Jorgensen**
,

**J.              Christopher Jorgensen**
Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89169

**Jon            A. Jouben**
Office of County Attorney
County of Hernando
Ste. 462
20 N. Main Street
P.O. Box 220
Brooksville, FL 34605-0220

**Robert         F. Julian**
2037 Genesee Street
Utica, NY 13501

**Michael        Keith Junge**
Office of County Counsel
County of McLeod
Ste. 112
830 E. 11th Street
Glencoe, MN 55336

**Michael        H. Kahn**
482 N. Harbor City Blvd.
Melbourne, FL 32935

**Lauren         R. Kain**
Solowsky & Allen
Ste. 915
201 S. Biscayne Blvd.
Miami, FL 33131

**James          W. Keeler                              , Jr**
Office of Prosecuting Attorney
Hennepin County
Ste. C-2000
300 S. 6th Street
Minneapolis, MN 55487

**Brian          T. Kelly**
Nixon Peabody
100 Summer Street
Boston, MA 02110

**Diedre         Pierce Kelly**
Spears & Spears
Ste. 1825
909 Poydras Street
New Orleans, LA 70112

**Jennifer       E. Kelly**
Cuneo, Gilbert & Laduca
Ste. 200
4725 Wisconsin Avenue, NW
Washington, DC 20016

**John           Bartholomew Kelly                        , III**
Alvendia, Kelly & Demarest, LLC
Ste. 1625
909 Poydras Street
New Orleans, LA 70112

**Joseph         Hamilton Kemp**
Mann & Kemp
Ste. 408
221 West Second Street
Little Rock, AR 72201

**Thomas         L. Kemp**
Kemp & Kemp
141 E Main Street
Elkton, MD 21921

**Bonnie         A. Kendrick**
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

**Bruce          Keplinger**
Norris & Keplinger

6/7/23, 1:36 PM
Case: 1:17-md-02804-DAP Doc #: 5056 Filed: 06/07/23 78 of 106. PageID #: 613713
MailList.plfile in Ohio...

Corporate Woods, Building 32
Ste. 750
9225 Indian Creek Parkway
Overland Park, KS 66210

**Anita          M. Kidd**
Armstrong Teasdale
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105

**Terry          Gene Kilgore**
Kilgore Law Office
109 East Jackson Street
Gate City, VA 24251

**Melanie          R. King**
Armstrong Teasdale
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105

**Robert          L. Kinsman**
Krause & Kinsman
Ste. 250
4717 Grand Avenue
Kansas City, MO 64112

**Vanessa          B. Kittell**
P.O. Box 307
St. Albans, VT 05478

**Debra          Potter Klauber**
Haliczer Pettis & Schwamm
7th Floor
100 SE Third Avenue
Fort Lauderdale, FL 33394

**Halsey          G. Knapp                          , Jr**
Krevolin Horst
Ste. 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309

**Jonathan          A. Knoll**
Cohen & Malad
Ste. 1400
One Indiana Square
Indianapolis, IN 46204

**Justine          Koehle**
Leavy Schultz Davis & Ruff
2415 West Falls Avenue
Kennewick, WA 99336

**Matthew          G. Koehler**
Brown & James
Ste. 1100
800 Market Street
St. Louis, MO 63101

**Jade          S. Koller**
Frantz Law
Ste. 860
402 West Broadway
San Diego, CA 92101

**Mark          Kovacich**
Kovacich Snipes
P.O. Box 2325
Great Falls, MT 59403

**Jon          Ryan Kral**
Beasley Allen Crow Methvin Portis & Miles
P.O. Box 4160
Montgomery, AL 36103

**Michael          James Krueger**
P.O. Box 1538
Kingsville, TX 78364-1538

**Carolyn          June Kubota**
Covington & Burling LLP
INVALID ADDRESS
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067-4643

**Gary          W. Kuc**
Office of County Attorney
Howard County
Carroll Building
3450 Court House Drive
Elliott City, MD 21043

**Anant          Kumar**
Zuckerman Spaeder - New York
INVALID ADDRESS

10th Floor
485 Madison Avenue
New York, NY 10022

**David        Joseph Kurlinkus**
Office of the Prosecuting Attorney
Winnebago County - Civil Division
Ste. 804
400 West State Street
Rockford, IL 61101

**Joseph        Martin Kurt**
Office of the City Attorney
City of Virginia Beach
2401 Courthouse Drive
Virginia Beach, VA 23456

**Frederick        T. Kuykendall**                    , III
Levin Papantonio Thomas Mitchell Echsner & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32501

**Louis        Kwall**
Kwall Barack Nadeau
Ste. C
304 S. Belcher Road
Clearwater, FL 33765

**Robert        S. Lafferrandre**
Pierce Couch Hendrickson Baysinger & Green
P.O. Box 26350
1109 N. Francis Avenue
Oklahoma City, OK 73126-0350

**Stephanie        R. Lakinski**
Karr Tuttle Campbell
Ste. 3300
701 Fifth Ave.
Seattle, WA 98104

**J.D.        Lambright**
Office of Prosecuting Attorney
County of Montgomery
Ste. 300
501 N. Thompson
Conroe, TX 77301

**Frank        E. Lamothe**                    , III
Lamothe Law Firm
Ste. 1760
400 Poydras Street
New Orleans, LA 70130

**C.        Richard Langley**
Sims Fleming
823 Love Avenue
Tifton, GA 31794

**Steve        D. Larson**
Stoll Stoll Berne Lokting & Shlachter
Ste. 500
209 SW Oak Street
Portland, OR 97204

**R.        Jeffrey Lasseter**
Burke Lasseter
Ste. 100
2006 Karl Drive
Warner Robins, GA 31088

**Mark        G. Lavoie**
Norman, Hanson & Detroy
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112

**Sunni        Jones LeBeouf**
Office of City Counsel
City of New Orleans
Room 5E03
1300 Perdido Street
New Orleans, LA 70112

**Adam        R. Lee**
Trafton, Matzen, Belleau & Frenette
P.O. Box 470
10 Minot Avenue
Auburn, ME 04212

**Jae        Hong Lee**
Quinn Emanuel Urquhart & Sullivan
22nd Floor
50 California Street
San Francisco, CA 94111

**Nathan        T. Lee**
Glover & Davis

10 Brown Street
P.O. Box 1038
Newman, GA 30264

**Wayne          J. Lee**
Stone Pigman Walther Wittmann
Ste. 3150
909 Poydras Street
New Orleans, LA 70112

**Martha          Leibell**
Morgan, Lewis & Bockius
Ste. 5300
200 South Biscayne Blvd.
Miami, FL 33131

**Paul          M. Leisher**
Paoli Law Firm
257 W. Front Street
Missoula, MT 59801

**Bruce          W. Leppla**
Lieff, Cabraser, Heimann & Bernstein - San Francisco
29th Floor
275 Battery Street
San Francisco, CA 94111

**Thomas          P. Liddy**
Office of County Counsel
County of Maricopa
Ste. 1100
222 N. Central Avenue
Phoenix, AZ 85004

**Roberta          D. Liebenberg**
Fine, Kaplan & Black
Ste. 2300
One South Broad Street
Philadelphia, PA 19107

**Arthur          J. Liederman**
Morrison Mahoney
,

**Louis          C. Lira**
Office of County Attorney
County of Lee
2115 Second Street
P.O. Box 398
Ft Myers, FL 33902

**E.          John Litchfield**
Berrigan & Litchfield
Ste. 4204
201 St. Charles Avenue
New Orleans, LA 70170

**Daniel          G. Lloyd**
Office of the City Attorney
City of Vancouver
P.O. Box 1995
Vancouver, WA 98668-1995

**Richard          A. Lockridge**
Lockridge, Grindal, Raven & Holstein
100 Washington Avenue, S
Ste. 2200
Minneapolis, MN 55401

**Charles          Spencer Long**
Long & Long
P.O. Box 312
316 Chetmatches Street
Donaldsonville, LA 70346

**Cid          Lopez**
500 Tijeras Avenue NW
Albuquerque, NM 87102

**Corali          Lopez-Castro**
Hahn, Loeser & Parks - Cleveland
2800 BP Tower
200 Public Square
Cleveland, OH 44114

**Rebecca          D. Louks**
Oths, Heiser & Miller, Waigand & Clagg
16 E. Broadway Street
P.O. Box 309
Wellston, OH 45692

**Laura          S. Lucero**
Daehnke Stevens
Ste. 680
2300 W. Sahara Avenue
P.O. Box 32
Las Vegas, NV 89102

**Michelle          Luna-Green**
Pierce County Prosecuting Attorneys Office
Ste. 301
955 Tacoma Avenue S.
Tacoma, WA 98402-2160

**Michael J.          Lyle**
,

**Robert          E. Maclin**                                              , III
McBrayer, McGinnis, Leslie & Kirkland
Ste. 900
201 E. Main Street
Lexington, KY 40507

**Joseph          I. Macy**
10 Purchase Street
Fall River, MA 02720

**Brooke          G. Malcom**
Lightfoot Franklin & White
400 20th Street North
Birmingham, AL 35203

**Larry          D. Maldegen**
Comeau, Maldegen, Templeman & Indall
P.O. Box 669
Santa Fe, NM 87504

**Aaron          I. Mandel**
Brinker & Doyen
Fifth Floor
34 N. Meramec Avenue
St. Louis, MO 63105

**Amy          B. Manning**
McGuire Woods
Ste. 4100
77 West Wacker Drive
Chicago, IL 60601

**Ralph          Edward Marasco**                                          , Jr
340 Polk County Admin Bldg.
111 Court Avenue
Des Moines, IA 50309-0515

**Justin          Jerome Marcum**
Marcum Law Office
P.O. Box 2531
Williamson, WV 25661

**Kevin          Marino**
Marino Tortorella & Boyle
437 Southern Blvd.
Chatham, NJ 07928

**Amy          Beth Marion**
Abrams Fensterman Fensterman
Ste. 300
3 Dakota Drive
Lake Success, NY 11042

**Lucien          H. Marioneaux**                                          , Jr
Marioneaux & Williams
1201 Hawn Avenue
Shreveport, LA 71107

**Michael          P. Markins**
Cipriani & Werner
Ste. 900
500 Lee Street, East
Charleston, WV 25301

**John          Paul Markovs**
Office of the Montgomery County Attorney
3rd Floor
101 Monroe Street
Rockville, MD 20850

**David          J. Marmins**
Arnall Golden Gregory
Ste. 2100
171 17th Street, N.W.
Atlanta, GA 30363

**Jeremy          Ian Martin**
Hinkle Shanor
P.O. Box 2068
Santa Fe, NM 87504

**Matthew          Ambrose Martin**
Haar & Woods
Ste. 1620
1010 Market Street
St. Louis, MO 63101

**Jorge A. Martinez**
,

Teresa          M. Martinez
Office of County Counsel
County of Santa Barbara
Ste. 201
105 East Anapamu Street
Santa Barbara, CA 93101

W.              Kenneth Martinez
Office of Attorney General
County of Bernalillo
4th Floor
520 Lomas Blvd. NW
Albuquerque, NM 87102

Anthony         T. Martino
Clark & Martino
3407 West Kennedy Blvd.
Tampa, FL 33609

Donald          Cole Massey
Couhig Partners
Ste. 3250
1100 Poydras Street
New Orleans, LA 70163

Blair           Graffeo Mattei
Frazer Greene Upchurch & Baker
Ste. 800
104 St. Francis Street
Mobile, AL 36602

Nicholas        J. Mauro
Crawford & Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

Amy             J. Mauser
Boies Schiller Flexner
1401 New York Avenue NW
Washington, DC 20005

Corey           Landon Maze
Office of the Attorney General - Alabama
INVALID ADDRESS
501 Washington Avenue
Montgomery, AL 36130

Thomas          J. Mazziotti
Hall Booth Smith
Ste. 2900
191 Peachtree Street, N.E.
Atlanta, GA 30303

Lindsay         L. McClure-Hartman
INVALID ADDRESS HUSCH BLACKWELL, LLP
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105

D.              Chad McCoy
McCoy & Sparks
212 W .Stephen Foster Avenue
Bardstown, KY 40004

Nicole          Gerritsen McDonough
Archer & Greiner
353 Court Plaza South, West Wing
21 Main Street
Hackensack, NJ 07601

Brittany        Ashley McGill
Furniss Davis Rashkind & Saunders
Ste. 341B
6160 Kempsville Circle
Norfolk, VA 23502

Lauren          M. McGinley
Fox Rothschild
2800 Kelly Road
Ste. 200
Warrington, PA 18976

Patrick         C. McGinley
737 South Hills Drive
Morgantown, WV 26501

Matthew         B. McGlathery
517 College Street
Lake Charles, LA 70605

Thomas          E. McIntire
82 1/2 14th Street
Wheeling, WV 26003

John            Mark McIntosh
Upchurch & Upchurch

P.O. Box 2529
Tupelo, MS 38803

**Charles          J. McKee**
Office of the County Counsel
County of Monterey
168 West Alisal Street
Third Floor
Salinas, CA 93901

**Andrea          T. McKellar**
McKellar Hyde
Ste. 203
411 Broadway
Nashville, TN 37203

**Alexander       D. McLaughlin**
P.O. Box 113
Charleston, WV 25321

**Ian             Ronald McLean**
Serkland Law Firm
P.O. Box 6017
Fargo, ND 58108-6017

**Cecily          J. McLeod**
Gordon & Rees - Atlanta
Ste. 1500
3455 Peachtree Road
Atlanta, GA 30326

**Jason           S. McManis**
Ahmad Zavitsanos Anaipakos Alavi Mensing
Ste. 2500
1221 McKinney Street
Houston, TX 77010

**Patrick         D. McMurtray**
Frazer Law Office
Ste. 215
1 Burton Hills Blvd.
Nashville, TN 37215

**Michael         P. McNamee**
McNamee & Hill
2371 Lakeview Drive
Beavercreek, OH 45431

**Holland         N. McTyeire                               , V**
Bingham Greenbaum Doll
Ste. 3500
101 S. Fifth Street
Louisville, KY 40202

**Neil            E. McWilliams                            , Jr**
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32502

**Mckinsey & Company, Inc.**
,

**Jeffrey         Thomas Melching**
Rutan & Tucker
Fourteenth Floor
611 Anton Blvd.
Costa Mesa, CA 92626-1998

**Raffi           Melkonian**
Wright Close
Ste. 2200
One Riverway
Houston, TX 77056

**Floyd           Mortimer Melton                          , III**
P.O. Box 534
Greenwood, MS 38930

**Patricia        Melville**
Boies Schiller & Flexner
INVALID ADDRESS
Ste. 2800
100 SE Second Street
Miami, FL 33131

**Jose            Carlos Mendez**
5524 Camp Street
New Orleans, LA 70115

**Ronald          Clifford Mendheim**
Prim & Mendheim
P.O. Box 2147
Dothan, AL 36302

**Jeremy          A. Menkowitz**
Morgan Lewis & Bockius
1701 Market Street

Philadelphia, PA 19103

**Daniel        P. Mensher**
Keller Rohrback - Seattle
Ste. 3200
1201 Third Avenue
Seattle, WA 98101

**Peter        P. Meringolo**
Gilbert
INVALID ADDRESS
Ste. 700
1100 New York Avenue, NW
Washington, DC 20005

**Thomas        T. Merrigan**
Sweeney Merrigan Law
393 Main Street
Greenfield, MA 01301

**Julie        Fix Meyer**
Armstrong Teasdale
Ste.1800
7700 Forsyth Blvd.
St. Louis, MO 63105

**Nicholas        O. Meyer**
City of Rockford
7th Floor
425 E. State Street
Rockford, IL 61114

**Addison        J. Meyers**
Mintzer, Sarowitz, Zeris, Ledva & Meyers
Ste. 300
1000 NW 57th Court
Miami, FL 33126

**Andrew        Jeffrey Meyers**
Office of the Prosecuting Attorney
Broward County
Ste. 423
115 South Andrews Avenue
Fort Lauderdale, FL 33301

**Nancy        Routh Meyers**
Ward Black
208 W. Wendover Avenue
Greensboro, NC 27401

**Eric        T. Michener**
Critchfield, Critchfield & Johnston - Millersburg
,

**Jennifer        J. Middleton**
Johnson Johnson Lucas & Middleton
,

**Patrick        D. Mika**
Mika & Associates
630 North Tejon Street
Colorado Springs, CO 80904

**Christine        F. Miller**
100 North Broadway
Ste. 1300
St. Louis, MO 63102

**Emily        Hawk Mills**
Cusimano Roberts & Mills
153 South 9th Street
Gadsden, AL 35901

**Jennifer        A. Mills**
Gray, Rust, St. Amand, Moffett & Brieske
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326

**Arsenio        Lenell Mims**
Dowd Bennett - St. Louis
Ste. 1900
7733 Forsyth Blvd.
St. Louis, MO 63105

**Michael        C Mims**
Bradley Murchison et al (NO)
Ste. 2700
1100 Poydras Street
New Orleans, LA 70163

**Kevin        James Minnick**
Skadden, Arps, Slate, Meagher & Flom
Ste 3400
300 South Grand Avenue
Los Angeles, CA 90071

**Brittany        L. Mirabella**

Simpson & Deardorff
Ste. 410
311 East Chicago Street
Milwaukee, WI 53202

**Caitlin        V. Mitchell**
Johnson Johnson Lucas & Middleton
,

**Elena        F. Mitchell**
Moore & Van Allen
,

**Michelle        Renae Mitchell**
Wharton Levin Ehrmantraut & Klein
104 West Street
P.O. Box 551
Annapolis, MD 21404

**Matthew        G. Moffett**
Gray, Rust, St. Amand, Moffett & Brieske
Ste. 1700
950 East Paces Ferry Road
Atlanta, GA 30326

**Michael        J. Moffett**
Comeau Maldegen Templeman & Indall
P.O. Box 669
2nd Floor
141 E. Palace Avenue
Santa Fe, NM 87504

**Bruce        G. Mohon**
Law Offices of Bruce G. Mohon
1959 La. Hwy. 3125
Ste. 5
Lutcher, LA 70071

**Michael        Montano**
Cotchett, Pitre & McCarthy
INVALID ADDRESS
Ste. 200
840 Malcolm Road
Burlinghame, CA 94010

**Lucas        C. Montgomery**
Montgomery Ponder
Unit 1
2421 Second Avenue North
Birmingham, AL 35203

**Mary        E. Montgomery**
Office of Prosecuting Attorney
County of Montgomery
5th Floor
301 W. Third Street
Dayton, Oh 45422

**Daniel        E. Mooney**
Hawley Troxell
Ste. 1000
877 Main Street
Boise, ID 83702

**Carlos        Eugene Moore**
Moore Law Group
306 Branscome Drive
Grenada, MS 38901

**Douglas        John Moore**
Irwin Fritchie Urquhart & Moore
Ste. 2700
400 Poydras Street
New Orleans, LA 70130

**Mike        Moore**
Mike Moore Law Firm
Ste. 150
10 Canebrake
P.O. Box 321048
Flowood, MS 39232

**Alan        P. Morel**
P.O. Box 1030
Ruidoso, NM 88355-1030

**John        Hunt Morgan**
P.O. Drawer 750
62 Ball Park Road
Harlan, KY 40831

**Daniel        Joseph Moriarty**
Buiding 8, Suite 300
750 Hammond Drive, N.E.
Atlanta, GA 30328

**Grant        Edward Morris**
Sanford Heisler

Ste. 300
1666 Connecticut Avenue, NW
Washington, DC 20009

**Matthew          J. Morrison**
McGuire Woods - Charlotte
INVALID EMAIL ADDRESS
Ste. 3000
201 North Tryon Street
Charlotte, NC 28202

**Todd              A. Mount**
Shaffer & Shaffer
PO Box 38
Madison, WV 25130

**Robert            J. Muehlenweg**
Rammelkamp Muehlenweg & Cordova PA
PO Box 25127
Albuquerque, NM 87125-5127

**John              J. Muhar**
Office of County Counsel
County of Itasca
123 NE Fourth Street
Grand Rapids, MN 55744

**Heather            Ann Mullen**
Office of City Attorney
City of Norfolk
900 City Hall Building
810 Union Street
Norfolk, VA 23510

**Alfred            Kirkland Murray                    , II**
Edelson
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**Dwayne            M. Murray**
Murray & Murray
Ste. 810
301 Main Street
Baton Rouge, LA 70801

**Adren             R. Nance**
Nance Pato & Stout
P.O. Box 772
Socorro, NM 87801

**Elizabeth          Ungar Natter**
Office of the Attorney General
Office of Consumer Protection
1024 Capitol Center Drive
INVALID ADDRESS
Frankfort, KY 40601

**Christopher        C. Naumes**
Ste. 620
2 Center Plaza
Boston, MA 02108

**Bryan             S. Neiderhiser**
Marcus & Mack
57 South 6th Street
P. O. Box 1107
Indiana, PA 15701

**J.                Christian Nemeth**
McDermott, Will & Emery - Chicago
Ste. 4000
444 West Lake Street
Chicago, IL 60606

**Daniel            C. Nester**
Bryan Cave LLP - St. Louis
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Lynn              K. Neuner**
Simpson, Thacher & Bartlett - New York
425 Lexington Avenue
New York, NY 10017

**John              D. Nibbelin**
Office of County Counsel
County of San Mateo
6th Floor
Hall of Justice & Records
400 County Center
Redwood City, CA 94063

**Erik              W. Nielsen**
Nielsen, Zehe & Antas
Ste. 1800
55 West Monroe Street

Chicago, IL 60603

**Seth** A. Nielsen
Heley, Duncan & Melander
Ste. 2110
8500 Normandale Lake Blvd.
Minneapolis, MN 55437

**Chrissi** R. Nimmo
Office of Attorney General
Cherokee Nation
P.O. Box 948
Tahlequah, OK 74465

**Melinda** Davis Nokes
INVALID ADDRESS - Hodes Restaino Milman & Skikos
Irvine
9210 Irvine Center Drive
Irvine, CA 92618

**Gwen** G. Nolan King
Sugarman, Rogers, Barshak & Cohen
9th Floor
101 Merrimac Street
Boston, MA 02114

**Jeffrey** Brenton Norman
Office of City Counsel
City of Atlanta
Ste. 5000
55 Trinity Avenue S.W.
Atlanta, GA 30303

**Taylor** Matthew Norman
Bailey Javins & Carter
PO Box 3712
Charleston, WV 25337-3712

**Erin** Anderson Nowell
Simon Greenstone Panatier Bartlett
Ste. 610
3232 McKinney Avenue
Dallas, TX 75204

**Michael** J. O'Connell
Parker & O'Connell
930 Starks Bldg.
455 South Fourth Avenue
Louisville, KY 40202

**Conor** Brendan O'Croinin
Zuckerman Spaeder
Ste. 2440
100 E. Pratt Street
Baltimore, MD 21202

**Patrick** Hugh O'Donnell
Kaufman & Canoles
Ste. 2100
150 West Main Street
Norfolk, VA 23510

**Sean** James O'Hara
Kercsmar & Feltus
Ste. 285
7150 E Camelback Road
Scottsdale, AZ 85251

**David** W. O'Quinn
Irwin Fritchie Urquhart & Moore
Ste. 2700
400 Poydras Street
New Orleans, LA 70130

**Terence** Murphy O'Rourke
Office of the City Attorney
City of Rochester
31 Wakefield Street
Rochester, NH 03867

**Bruce** Davidson Oakley
Hogan Lovells
Ste. 4200
609 Main Street
Houston, TX 77002

**Maura** Walsh Ochoa
Grotefeld Hoffmann
Ste. 280
700 Larkspur Landing Circle
Larkspur, CA 94939

**Christopher** A. Ogiba
Moore & Van Allen
,

**William** S. Ohlemeyer
Boies Schiller Flexner

333 Main Street
Armonk, NY 10504

**Stephanie**      **L. Ojeda**
Hendrickson & Long
P.O. Box 11070
Charleston, WV 25339

**Phillip**      **John Oliver**
Ste. 400
641 West Lake Street
Chicago, IL 60661

**Thomas**      **L. Oliver**      **, II**
Carr, Allison, Pugh, Oliver & Sisson
Ste. 200
100 Vestavia Pkwy
Birmingham, AL 35216

**Adam**      **James Olszeski**
Anderson & Gilbert
Ste. 1540
1010 Market Street
St. Louis, MO 63101

**Robert**      **Edward Opdyke**
Rice Reuther Sullivan & Carroll
Ste. 1200
3800 Howard Hughes Parkway
Las Vegas, NV 89169

**Gabe**      **Ortiz**
Phipps Ortiz Talafuse PLLC
102 9th St
San Antonio, TX 78215

**Saza**      **Osawa**
Office of Tulalip Reservation Attorney
6406 Marine Drive
Tulalip, WA 98271

**Samuel**      **W. Outten**
Nelson Mullins Riley & Scarborough, LLP
104 S. Main Street, 9th Floor
Greenville, SC 29601

**Mark**      **A. Packman**
Gilbert Randolph
Ste. 700
1100 New York Avenue
Washington, DC 20005

**Marina**      **S. Pantchenko**
Office of the County Counsel of Monterey
168 West Alisal Street
3rd Floor
Salinas, CA 93901

**J.**      **Michael Papantonio**
Levin Papantonio Thomas Mitchell Echsner & Proctor
Ste. 600
316 South Baylen Street
P.O. Box 600
Pensacola, FL 32581

**Matthew**      **Gerard Parisi**
Bleakley Platt & Schmidt
One North Lexington Avenue
White Plains, NY 10601

**Mance**      **Michael Park**
One Financial Plaza
Ste. 530
Huntsville, TX 77340-3552

**Bryan**      **D. Pasciak**
Wexler Wallace
Ste. 3300
55 West Monroe Street
Chicago, IL 60603

**Michael**      **James Pascucci**
Ste. 413
5400 S. University Drive
Davie, FL 33328-5313

**David**      **M. Pato**
Office of Attorney General
Water Environment Utility Division
P.O. Drawer 1508
Santa Fe, NM 87504

**David**      **Michael Pearce**
Office of County Attorney
County of Sarasota
2nd Floor
1660 Ringling Blvd.
Sarasota, FL 34236-6808

**Gale**          **D Pearson**
Pearson, Randall & Schumacher, PA
INVALID ADDRESS
Suite 1025 Fifth Street Towers
100 South Fifth Street
Mpls, MN 55402

**Monica**          **C. Pedroza**
Morgan, Lewis & Bockius
77 W. Wacker Drive
Chicago, IL 60601

**John**          **Carl Peick**
Peick Law Group
Ste. 205
3633 136th Place SE
Bellevue, WA 98006

**Adam**          **Pessin**
Fine, Kaplan & Black
Ste. 2300
One South Broad Street
Philadelphia, PA 19107

**Gregory**          **G. Peters**
Wadleigh Starr & Peters
95 Market Street
Manchester, NH 03101

**Thomas**          **H. Peters**
Office of the Prosecuting Attorney
City of Los Angeles - Affirmative Litigation Division
14th Floor
200 North Main Street
INVALID ADDRESS
Los Angeles, CA 90012

**John**          **Petrone**
Petrone, Petrone Law
1624 Genesee Street
Utica, NY 13502

**Gerald**          **F. Petruccelli**
Petruccelli, Martin & Haddow
P.O. Box 17555
900 Two Monument Square
Portland, ME 04112

**Eugene**          **K. Pettis**
Haliczer Pettis & Schwamm
7th Floor
100 SE Third Avenue
Fort Lauderdale, FL 33394

**Bruce**          **J. Phillips**
Wetzel, Caverly, Phillips & Rodgers
Ste. 1
1170 Highway 315
Plains, PA 18702

**Russell**          **Piccoli**
701 North 44th Street
Phoenix, AZ 85008

**Kenneth**          **C. Pierce**          , II
Blanton & Pierce
705 Meigs Avenue
Jeffersonville, IN 47130

**Rosemary**          **Pinto**
Feldman & Pinto
6706 Springbank Street
Philadelphia, PA 19119

**Thomas**          **R. Pittenger**
E. Eric Guirard & Associates
1075 Government Street
Baton Rouge, LA 70802

**Adam**          **W. Pittman**
Cory Watson Crowder & Degaris
Ste. 200
2131 Magnolia Avenue
Birmingham, AL 35205

**John**          **M. Plunk**
P.O. Box 1043
Athens, AL 35612

**Douglas**          **R. Plymale**
INVALID ADDRESS Dugan Law Firm
Ste. 1000
One Canal Place
365 Canal Street
New Orleans, LA 70130

**Page**          Anderson Poerschke

Levin Papantonio Thomas Mitchell Rafferty & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32502

**John          J. Polak**
Atkinson & Polak
P.O. Box 549
Charleston, WV 25322

**Daniel        F. Polsenberg**
Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89169-5996

**Russell       S. Ponessa**
Hinshaw & Culbertson
Ste. 2000
333 South 7th Street
Minneapolis, MN 55402

**Jonathan      Andrew Pope**
Hasty Pope
211 East Main Street
Canton, GA 30114

**Julie         B. Porter**
Salvatore Prescott & Porter
1010 Davis Street
Evanston, IL 60201

**Stephen       DuBose Porter**
115 South Jefferson Street
Dublin, GA 31021

**John          B. Pound**
505 Don Gaspar
Santa Fe, NM 87505

**Scott         E. Poynter**
Poynter Law Group
Ste. 2910
400 West Capitol Avenue
Little Rock, AR 72201

**Harlan        Prater                                    , IV**
Lightfoot Franklin & White
The Clark Building
400 20th Street, North
Birmingham, AL 35203

**Matthew       J. Preusch**
Keller Rohrback
Ste. 301
801 Garden Street
Santa Barbara, CA 93101

**Gregory       P. Priamos**
5th Floor
3900 Main Street
Riverside, CA 92522

**Kaitlin       M. Price**
Moore & Van Allen
,

**Daniel        J. Prieto**
Ste. 1330
2 Ravinia Drive
Atlanta, GA 30346

**Harry         Samuel Prim                               , III**
Prim & Mendheim
207 West Adams Street
Dothan, AL 36303

**Mark          D. Prince**
Prince Law Firm
404 North Monroe Street
Marion, IL 62959

**Alan          L. Pritt**
Ste. 101
112 Roane Street
Charleston, WV 25302

**Bradley       J. Prochaska**
Prochaska, Howell & Prochaska
Ste. 415
7701 East Kellogg
Wichita, KS 67207

**Ryan          A. Prochaska**
Prochaska, Howell & Prochaska
Ste. 415
7701 East Kellogg
Wichita, KS 67207

**Caroline**      **Thomason Pryor**
Carr, Allison, Pugh, Howard, Oliver & Sisson
Ste. 200
6251 Monroe Street
Daphne, AL 36526

**Michele**      **A. Puiggari**
Puiggari & Associates
3801 Milwaukee Court
Missoula, MT 59808

**Christina**      **M. Putman**
Adams & Reese - Houston
Ste. 4400
1221 McKinney
Houston, TX 77010

**Joshua**      **A. Racki**
Ste. 2A
121 4th Street North
Great Falls, MT 59401

**Marcus**      **J. Rael**      **, Jr**
Robles, Rael & Anaya
Ste. 700
500 Marquette NW
Albuquerque, NM 87102

**Michael**      **R. Rahmn**
Gardere Wynne Sewell
Ste. 2000
1000 Louisiana Street
Houston, TX 77002-5011

**Anna**      **A. Rainer**
Aaron & Gianna
Ste. 3800
201 St. Charles Avenue
New Orleans, LA 70170

**W.**      **Jason Rankin**
HeplerBroom LLC - Edwardsville
130 North Main Street
P.O. Box 510
Edwardsville, IL 62025

**Marc**      **S. Raspanti**
Pietragallo Gordon
Ste. 3402
1818 Market Street
Philadelphia, PA 19103

**Daniel**      **Brett Rehns**
Hach Rose Schirripa & Cheverie
185 Madison Avenue
New York, NY 10016

**Caitrin**      **A. Reilly**
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130

**John**      **W. Reis**
Fox Rothschild
Ste. 1300
101 N. Tryon Street
Charlotte, NC 28246-0109

**Erin**      **A. Renegar**
Wiggins Sewell & Ogletree
Ste. 3100
210 Park Avenue
Oklahoma City, OK 73102

**Linda**      **M. Ricci**
Greenberg Traurig
One International Place
Ste. 2000
Boston, MA 02110

**Bradley**      **Joe Richardson**
Office of District Attorney - Nye County
INVALID EMAIL ADDRESS
Ste. 107
1520 East Basin Avenue
Pahrump, NV 89060

**Robert**      **J. Ridge**
Thorp Reed & Armstrong
Ste. 400
1233 Main Street
Wheeling, WV 26003

**Eric**      **A. Riegner**
Locke, Reynolds, Boyd & Wiesell
1000 Capital Center South
201 North Illinois Street

Indianapolis, IN 46204

**Rogelio        Omar Riojas**
Kelley & Ferraro
INVALID EMAIL ADDRESS
1300 Ernst & Young Bldg.
950 Main Avenue
Cleveland, OH 44113

**Rite Aid of Ohio, Inc.**
,

**Mary        W. Riviere**
Waitz & Downer
423 Goode Street
Houma, LA 70360

**Jack        Roady**
Galveston County Criminal District Attorney
Ste. 1001
600 59th Street
Galveston, TX 77551

**Dave        Roberts**
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006

**Jerome Roberts**
110 Wesst 20th Street
Wilmington, DE 19802

**Michael        Lee Roberts**
Cusimano Roberts & Mills
153 S. Ninth Street
Gadsden, AL 35901

**William        Elkin Robertson**                    **, Jr**
Robertson Law Firm
Ste. 100
1990 9th Streete
Sarasota, FL 34236

**Esteban        Rodriguez**
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

**Justin        D. Rodriguez**
Atkinson, Baker & Rodriguez
Ste. 1850
201 Third Street NW
Albuquerque, NM 87102

**Daniel        P. Rogan**
Office of Prosecuting Attorney
Hennepin County
Ste. A-2000
300 S. 6th Street
Minneapolis, MN 55487

**Karen        Rogan**
Chula Vista City Attorney's Office
276 4th Avenue
Chula Vista, CA 91910

**J.        Robert Rogers**
Law Offices of J. Robert Rogers
3972 Teays Valley Road
Hurricane, WV 25526

**Laurance Nicholas        Chandler Rogers**
Rogers Law Group
P.O. Box 1771
201 West Bankhead Street
New Albany, MS 38652

**Lauren        Tallent Rogers**
Kaufman & Canoles
P.O. Box 3037
Norfolk, VA 23514

**Kevin        Lee Rogerson**
P.O. Box 809
Mount Vernon, WA 98273

**Eric        Romano**
Romano Law Group
1005 Lake Avenue
P.O. Box 21349
West Palm Beach, FL 33416

**John        Fletcher Romano**
Romano Law Group
P.O. Box 21349
West Palm Beach, FL 33416-1349

**Kelly        Juneau Rookard**

Irwin Fritchie Urquhart & Moore
Ste. 2700
400 Poydras Street
New Orleans, LA 70130

**Douglas        K. Rosenblum**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
Ste. 3402
1818 Market Street
Philadelphia, PA 19103

**Amanda        Rosenthal**
Collinson, Daehnke, Inlow & Greco
Ste. 212
2110 E. Flamingo Road
Las Vegas, NV 89119

**Karen        Rosenthal**
Office of County Counsel
County of San Mateo
6th Floor
Hall of Justice & Records
400 County Center
Redwood City, CA 94063

**Kit        W. Roth**
Kelley, Goldfarb, Huck, Roth & Riojas
Ste. 6100
700 Fifth Avenue
Seattle, WA 98104

**Charles        Wesley Rowland**
INVALID ADDRESS Office of the Attorney General
State of Kentucky
Ste. 200
1024 Capitol Center Drive
Frankfort, KY 40601

**Sarah        S. Ruane**
Wagstaff & Cartmell
Ste. 300
4740 Grand Avenue
Kansas City, MO 64112

**Steven        R. Ruby**
Bailey & Glasser
209 Captiol Street
Charleston, WV 25301-1386

**Hugh        Michael Ruppersburg                    , Jr**
Blasingame, Burch, Garrard & Ashley
P.O. Box 832
Athens, GA 30603

**Michael        Ruppersburg**
,

**James        Todd Rutherford**
Rutherford Law Firm
P.O. Box 1452
Columbia, SC 29202

**Daniel        T. Ryan**
Ste. 100
3008 Sutton Blvd.
Maplewood, MO 63143

**John        Ryan**
Latham & Watkins
12670 High Bluff Drive
San Diego, CA 92130

**Kevin        M. Sadler**
Baker Botts - Austin
98 San Jacinto Blvd.
Austin, TX 78701

**Salih**
464 Bethune Drive
Wilmington, DE 19801

**Kira        Talip Sanchez**
P.O. Box 1411
Kingsville, TX 78364

**Rebecca        Sandberg-Vossmeyer**
City of St. Louis
1200 Market Street
Room 314
St. Louis, MO 63103

**Douglas        H.H. Sanders**
Sanders Phillips Grossman
Ste. 801
B7 Tabonuco
Guaynabo, PR 00968

**Debbie        Satyal**

Adams & Reese - Fort Lauderdale
INVALID ADDRESS
Ste. 1110
350 East Las Olas Blvd.
Fort Lauderdale, FL 33301

**David**          **S. Scalia**
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

**Louis**          **W. Schack**
Reed Smith - Philadelphia
,

**Ari**            **Jonathan Scharg**
Edelson
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**David**          **E. Schauer**
Office of County Counsel
County of Sibley
P.O. Box H
Winthrop, MN 55396

**Steven**         **E. Scheer**
Lee, Black, Scheer & Hart
P.O. Box 8205
Savannah, GA 31412

**Brandi**         **L. Schiefelbein**
Office of County Attorney
County of Meeker
325 Sibley Avenue North
Litchfield, MN 55355

**Alan**           **Lee Schilling**                    , Jr
Bryan Cave LLP - St. Louis
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Richard**        **A. Schirtzer**
Quinn Emanuel Urquhart & Sullivan - Los Angeles
10th Floor
865 South Figueroa Street
Los Angeles, CA 90017

**Brett**          **Jeremy Schneider**
Weiss Serota Helfman Cole Bierman & Popok
Ste. 1900
200 E. Broward Blvd.
Fort Lauderdale, FL 33301

**McLain**         **J. Schneider**
Schneider, Schneider & Schneider
815 Third Avenue South
Fargo, ND 58103

**Dale**           **M. Schowengerdt**
INVALID ADDRESS United States Department of Justice
State of Montana
215 North Sanders
P.O. Box 201401
Helena, MT 59620

**Andrew**         **G. Schultz**
Rodey Dickason Sloan Akin & Robb,
P.O. Box 1888
Albuquerque, NM 87103

**Christine**      **Michele Schverak**
Office of Prosecuting Attorney
Couty of Brevard
Building C
Suite 308
2725 Judge Fran Jamieson Way
Viera, FL 32940

**Adam**           **Abraham Schwartzbaum**
Moskowitz Law Firm
Ste. 601
2 Alhambra Plaza
Coral Gables, FL 33134

**Mark**           **W. Schweitzer**
McNeal, Schick, Archibald & Biro
4608 St. Clair Avenue
Cleveland, OH 44103

**Matthew**        **A. Schweizer**
Davis Schweizer
Ste. 100
615 Oberlin Road
Raleigh, NC 27605

**Robert          Philip Scott**
Blank Rome - Houston
Ste. 1400
717 Texas Avenue
Houston, TX 77002

**J.              Harold Seagle**
INVALID ADDRESS
33 Tiverton lane
P.O. Box 15307
Asheville, NC 28803

**Susan           L. Segal**
Gray, Plant, Mooty, Mooty & Bennett
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402

**David           D. Seif                                      , Jr**
Seif & McNamee
110 East Emmitt Avenue
Waverly, OH 45690

**Michael         S. Sepcich**
Capitelli & Wicker
1100 Poydras Street
Ste. 2950
New Orleans, LA 70163

**Sara            R. Sexe**
Office of City Attorney
City of Great Falls
P.O. Box 5021
Great Falls, MT 59403

**Harry           G. Shaffer                                  , III**
Shaffer & Shaffer
PO Box 38
Madison, WV 25130

**Sona            R. Shah**
Zwerling, Schachter & Zwerling
767 Third Avenue
New York, NY 10017

**Devon           Shannon**
Office of Prosecuting Attorney
King County
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104

**Shira           T. Shapiro**
Robbins Kaplan
Ste. 2800
800 LaSalle Avenue
Minneapolis, MN 55402

**Jackson         R. Sharman                                  , III**
Lightfoot Franklin & White
400 20th Street North
Birmingham, AL 35203

**Booker          T. Shaw**
Thompson Coburn - St. Louis
Ste. 2700
One US Bank Plaza
St. Louis, MO 63101

**Franklin        G. Shaw**
Leger & Shaw
Ste. 2150
935 Gravier Street
New Orleans, LA 70112

**Richard         Eric Shelton**
Dewsnup King Olsen Worel Havas Mortensen
Ste. 2400
36 S. State Street
Salt Lake City, UT 84111

**Richard         G. Shephard                                 , Jr**
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

**Fazal           A. Shere**
Bowles Rice
600 Quarrier Street
Charleston, WV 25301

**Thomas          I. Sheridan                                 , III**
Simmons Hanly Conroy
7th Floor
112 Madison Avenue
New York, NY 10016

**James**          **E. Shipley**                                    **, Jr**
Tate Law Group
Ste. 600
2 East Brian Street
Savannah, GA 31401

**Richard**        **D. Shore**
Gilbert
Ste. 700
1100 New York Avenue, NW
Washington, DC 20005

**Chad**           **A. Shultz**
Ford & Harrison
1275 Peachtree Street, NE
Ste. 600
Atlanta, GA 30309

**Roman**          **M. Silberfeld**
Robins Kaplan
Ste. 3400
2049 Century Park East
Los Angeles, CA 90067-3211

**David**          **Abraham Silberman**
Office of County Counsel
County of San Mateo
6th Floor
400 County Center
Redwood City, CA 94063

**James**          **D. Sill**
Sill Beadles Johnson Biscone & White
P.O. Box 3759
Shawnee, OK 74802

**Derrick**        **T. Simmons**
Simmons & Simmons
P.O. Box 1854
Greenville, MS 38702

**Errick**         **D. Simmons**
Simmons & Simmons
P.O. Box 1854
Greenville, MS 38702

**Kimberly**       **Anne Simoes**
Simoes Law Group
117 N. Broadway Street
Tupelo, MS 38804

**John**           **G. Simon**
Simon Law Firm - St. Louis
Ste. 1700
800 Market Street
St. Louis, MO 63101

**John**           **M. Simon**
THE SIMON LAW FIRM, P.C.
800 Market Street
Suite 1700
St. Louis, MO 63101

**Paul**           **Byrd Simon**
Gordon Arata
Ste. 4200
400 E. Kaliste Saloom Road
Lafayette, LA 70508

**Thomas**         **M. Sims**
Baron & Budd - Dallas
Ste. 1100
3102 Oak Lawn Avenue
Dallas, TX 75219

**Walter**         **L. Sims**
Thorton Carpenter O'Brien Lazenby & Lawrence
P.O. Box 277
212 West North Street
Talladega, AL 35160

**William**        **J.. Sims**                                     **, III**
Sims Murray Jellison
Ste. 870
3101 N. Central Avenue
Phoenix, AZ 85012

**Dale**           **R. Sisco**
Ste. 100
1110 North Florida Avenue
P.O. Box 3382
Tampa, FL 33602

**Justin**         **Michael Sizemore**
Reed Smith
1900 Riverfront Plaza - West Tower
901 East Byrd Street
Richmond, VA 23219-4069

Vaughn          T. Sizemore
Office of the Attorney General
State Capitol / Building 1
Room E-26
Charleston, WV 25305

Steve           Skalet
Mehri & Skalet
Ste. 300
1250 Connecticut Avenue, NW
Washington, DC 20036

Andrew          C. Skinner
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414

Steven          G. Sklaver
Susman Godfrey
Suite 950
1901 Avenue of the Stars
Los Angeles, CA 310-788-3100

William         P. Slattery
Hinkle Shanor
P.O. Box 2068
Santa Fe, NM 87504

Kimberly        A. Slaven
Zebersky Payne
Ste. 2150
110 SE Sixth Street
Ft. Lauderdale, FL 33301

David           P. Slawsky
Nixon Vogelman Barry Slawsky & Simoneau
77 Central Street
Manchester, NH 03101

Robert          Harris Smalley                                      , III
McCamy Phillips Tuggle & Fordham
411 West Crawford Street
P.O. Box 1105
Dalton, GA 30722

Edward          A. Smallwood
Litchfield Cavo
100 Village Professional Building
99 Cracker Barrel Drive
Barboursville, WV 25504

Abraham         G. Smith
Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89149

Christopher     D. Smith
Nelson Mullins Riley & Scarborough
Suite 200
949 Third Avenue
Huntington, WV 25701

Douglas         W. Smith
Carlock Copeland & Stair
Ste. 3600
191 Peachtree Street, NE
Atlanta, GA 30303

Jared           Joseph Smith
McCoy, Hiestand & Smith
108 Browns Lane
Louisville, KY 40207

John            H. Smith
Smith Shanklin Sosa
Ste. 7C
16851 Jefferson Hwy.
Baton Rouge, LA 70817

Leroy           Smith
Office of County Counsel
County of Ventura
Ste. LC 1830
800 South Victoria Avenue
Ventura, CA 93009-0001

Melissa         Richards Smith
Gillam & Smith
303 South Washington Avenue
Marshall, TX 75670

Michael         R. Smith
Durrett Law Offices
202 North Vienna
Ruston, LA 71270

```
Peter              W. Smith
D'Arcy Johnson Day
12th Floor
1501 Broadway
New York, NY 10036

Randall            A. Smith
Smith & Fawer - NO
Ste. 3702
201 St. Charles Avenue
New Orleans, LA 70170

Rodney             W. Smith
Avera & Smith
2814 SW 13th Street
Gainesville, FL 32608

Timothy            P. Smith
Smith & Johnson
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

Jennifer           Smitrovich
Fain Anderson - Tacoma
Ste. 900
1301 A Street
Tacoma, WA 98402

Carl               Lewis Solomon
Solomon Law Group
P.O. Box 1866
Columbia, SC 29203

Eric               M. Sommer
Sommer Udall Hardwick & Jones
P.O. Box 1984
Santa Fe, NM 87504-1984

Karin              L. Sonneman
Office of County Counsel
County of Winona
171 West Third Street
Winona, MN 55987

Jessica            K. Southwick
Pepper Hamilton - Philadelphia
INVALID ADDRESS
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

Heather            R. Spaide
Zeldes Needle & Cooper
14th Floor
263 Tresser Blvd.
Stamford, CT 06901

Joseph             Howard Spano                    , Jr
Pritt & Spano
Ste. 204
714-1/2 Lee Street E.
Charleston, WV 25301

Charles            F. Speer
Speer Law Firm
Ste. 400
104 W. 9th Street
Kansas City, MO 64105

John               T. Spragens
Lieff, Cabraser, Heimann & Bernstein - Nashville
INVALID ADDRESS
Ste. 1650
One Nashville Place
150 Fourth Avenue, N
Nashville, TN 37219

Beth               A. Stack
Office of Prosecuting Attorney
Hennepin County
Ste. C-2000
300 S. 6th Street
Minneapolis, MN 55487

Peter              J. Stackpole
City of Cincinnati
Office of City Solicitor
Room 214 City Hall
801 Plum St.
Cincinnati, OH 45202

Justin             P. Stalpes
Beck& Amsden
Ste. 1
1946 Stadium Drive
Bozeman, MT 59715
```

**Melanie          B. Stambaugh**
Rodey Dickason Sloan Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

**Craig          Andrew Stanfield**
INVALID ADDRESS - Morgan Lewis & Bockius, LLP - Houston
1000 Louisiana Street
Suite 4000
Houston, TX 77002

**Sterling          Starns**
Barrett Law Group
404 Court Square North
P.O. Box 927
Lexington, MS 39095

**Jay          R. Stassen**
Office of Prosecuting Attorney
County of Dakota
1560 Highway 55
Hastings, MN 55033

**Steven          Michael Stastny**
Stastny Law Firm
P O Box 430052
Birmingham, AL 35243

**Scott          M. Stearns**
Boone Karlberg
Ste. 300
P.O. Box 9199
201 West Main Street
Missoula, MT 59807

**P.          Andrew Sterling**
Rusing Lopez & Lizardi
INVALID ADDRESS
Ste. 151
6363 North Swan Road
Tucson, AZ 85718

**Devon          J. Stewart**
Steptoe & Johnson - Charleston
17th Floor
707 Virginia Street, E
Charleston, WV 25311

**Courtney          L. Stidham**
Pendley Baudin & Coffin - New Orleans
INVALID ADDRESS
Ste. 2505
1100 Poydras Street
New Orleans, LA 70163

**Joshua          Allen Stigdon**
Houston, Thompson & Lewis
49 East Wardell Street
Scottsburg, IN 47170

**Mark          Douglas Stiles**
Office of the City Attorney
City of Virginia Beach
Municipal Center
Building One
2401 Courthouse Drive
Virginia Beach, VA 23456

**W.          Brooks Stillwell          , III**
INVALID ADDRESS Office of the Prosecuting Attorney
City of Savannah
P.O. Box 1027
Savannah, GA 31402

**Judd          E. Stone**
INVALID ADDRESS Morgan Lewis Bockius
1111 Pennsylvania Avenue NW
Washington, DC 20004

**Geoffrey          D. Stormer**
Hobbs, Straus, Dean & Walker
Ste. 1200
516 SE Morrison Street
Portland, OR 97214

**James          R. Stovall**
Ritchie, Dillard, Davies & Johnson
Ste. 300
606 West Main Street
Knoxville, TN 37902

**Richard          Douglas Stratton**
Beasley Allen Crow Methvin Portis & Miles
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Audrey          O. Strawbridge**

Strawbridge Strawbridge & Strawbridge
P.O. Box 522
Vernon, AL 35592

**Ronald        H. Strawbridge**
Strawbridge, Strawbridge & Strawbridge
44695 Highway 17
P.O. Box 522
Fayette, AL 35592

**Benjamin        A. Street**
Street Law Firm
1142 Riverview Street
Grundy, VA 24614

**Evan        Stroman**
Kozyak Tropin & Throckmorton
9th Floor
2525 Ponce De Leon Blvd.
Miami, FL 33134

**J.        Patrick Strubel**
Watkins & Eager
Ste. 114
2204 Lakeshore Drive
Birmingham, AL 35209

**Kateryna        Stupnevich**
Morrison Mahoney
Ste. 1110
120 Broadway
New York, NY 10271

**Ryan        D. Styer**
Styer & Styer
114 East High Avenue
New Philadelphia, OH 44663

**Ryan        James Sullivan**
Dykema Cox Smith
Ste. 1800
112 East Pecan Street
San Antonio, TX 78205

**Claire        Arnett Sumner**
Carlock Copeland & Stair
Ste. 3600
191 Peachtree Street, NE
Atlanta, GA 30303

**Ralph        C. Surman        , Jr**
Morgan, Lewis & Bockius - Pittsburgh
32nd Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219

**Abril        Baloney Sutherland**
Broussard Baloney
1903 West Airline Highway
Laplace, LA 70068

**Robert        E. Sweeney**
Law Office of Robert E. Sweeney
1500 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

**Alison        Tanchyk**
Morgan, Lewis & Bockius
Ste. 5300
200 S. Biscayne Blvd.
Miami, FL 33131

**Alana        V. Tanoury**
Steptoe & Johnson - Columbus
INVALID ADDRESS
Ste. 2200
41 South High Street
Columbus, OH 43215

**Edward        J. Tarver**
Enoch Tarver
Ste. 312
3540 Wheeler Road
Augusta, GA 30909

**Amanda        J. Taylor**
114 Main Street
Beckley, WV 25801

**Jonathan        Swann Taylor**
Taylor & Knight
Ste. 600
800 South Gay Street
Knoxville, TN 37929

**Thomas        R. Temple        , Jr**

Breazeale Sachse & Wilson
P.O. Box 3197
Baton Rouge, LA 70821

**James**          **C. Thoele**
Brinker & Doyen
5th Floor
34 N. Meramec Avenue
Clayton, MO 63105

**Brian**          **C. Thomas**
Office of the Attorney General
Ste. 200
1024 Capitol Center Drive
Frankfort, KY 40601

**Brett**          **C. Thompson**
Cory Watson
Ste. 200
2131 Magnolia Avenue
Birmingham, AL 35205

**Kevin**          **W. Thompson**
Thompson Barney
2030 Kanawha Blvd. E.
Charleston, WV 25311

**Edward**          **M. Tjaden**
Pitzer Snodgrass
INVALID ADDRESS
Ste. 400
100 South Fourth Street
St. Louis, MO 63102

**Andre**          **F. Toce**
Toce Firm
969 Coolidge Blvd.
Lafayette, LA 70503

**Hannah**          **E. Tokerud**
Holland & Hart - Billings
INVALID EMAIL ADDRESS
Ste. 1500
401 North 31st Street
Billings, MT 59101

**Christopher**          **D. Tomlinson**
Moore & Van Allen
,

**Lynn**          **A. Toops**
Cohen & Malad
Ste. 1400
One Indiana Square
Indianapolis, IN 46204

**Marisa**          **A. Trasatti**
Cipriani & Werner
11311 McCormick Road
Ste. 205
Hunt Valley, MD 21031

**Douglas**          **D. Treasurer**
213 Fairchild Street
Charleston, SC 29492

**Adam**          **R. Trippiedi**
Law Office of Michael F. Bohn
Ste. 480
2260 Corporate Circle
Henderson, NV 89074

**Jonathan**          **Barnet Trohn**
Valenti, Campbell, Trohn, Tamayo & Aranda
P.O. Box 2369
Lakeland, FL 33806

**Justin**          **Kurt Truelove**
4605 Texas Blvd.
P.O. Box 5398
Texarkana, TX 75505-5398

**Alexander**          **L. Turner**
Nelson, Mullins, Riley & Scarborough - Huntington
P.O. Box 1856
Huntington, WV 25719

**Havila**          **C. Unrein**
Keller & Rohrback
Ste. 3200
1201 Third Avenue
Seattle, WA 98101

**David**          **Walker Upchurch**
Upchurch & Upchurch
P.O. Drawer 2529
Tupelo, MS 38803

**William    R. Urga**
Jolley Urga Woodbury Holthus & Rose
Ste. 380
330 S. Rampart Blvd.
Las Vegas, NV 89145

**George    Allan Van Fleet**
Ste. 201
6218 Elm Heights Lane
Houston, TX 77081-2409

**Phillip    J. VanDerhoef**
Fain Anderson - Tacoma
Ste. 900
1301 A Street
Tacoma, WA 98402

**Susan    J. VanZant**
P. O. Box 987
Williamson, WV 25661

**Charles    Zachary Vaughn**
Wiedner & McAuliffe
Ste. 1900
One N. Franklin
Chicago, IL 60606

**Paul    N. Venker**
Williams & Venker
Ste. 2100
100 N. Broadway
St. Louis, MO 63102

**Luis    Roberto Vera                    , Jr**
Ste. 1325
111 Soledad
San Antonio, TX 78205

**Andrew    E. Vernick**
Vernick & Associates
111 Annapolis Street
Annapolis, MD 21401

**Lawrence    A. Vogelman**
Nixon Vogelman Barry Slawsky & Simoneau
77 Central Street
Manchester, NH 03101

**Lauren    N. Vriesinga**
Moore & Van Allen
,

**Josh    Brian Wages**
Blasingame, Burch, Garrard & Ashley
INVALID ADDRESS
Ste. 320
440 College Avenue
Athens, GA 30601

**Aimee    H. Wagstaff**
Andrus & Wagstaff
7171 West Alaska Drive
Lakewood, CO 80226

**Joseph    Lee Waitz                    , III**
Waitz & Downer
423 Goode Street
Houma, LA 70360

**Jeffrey    M. Wakefield**
Flaherty, Sensabaugh & Bonasso - Charleston
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843

**Barry    W. Walker**
Walker Simon Law
115 Richard Arrington Jr. Blvd., N
Birmingham, AL 35203

**Victor    A. Walton                    , Jr**
Vorys, Sater, Seymour & Pease - Cincinnati
3500 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

**George    S. Wang**
Simpson, Thacher & Bartlett - New York
425 Lexington Avenue
New York, NY 10017

**Joseph    M. Ward**
Frost Brown Todd - Charleston
Ste. 1100
500 Virginia Street East
Charleston, WV 25301

**Robert    B. Warner**

Warner Law Offices
P.O. Box 3327
Charleston, WV 25333

**Felicia       C. Weingartner**
P.O. Box 7627
Albuquerque, NM 87109

**Susan        Lori Werstak**
Thompson Coburn
One US Bank Plaza
505 N. 7th Street
St. Louis, MO 63101

**Joseph       A. Wetch                              , Jr**
Serkland, Lundberg, Erickson, Marcil & McLean
P.O. Box 6017
Fargo, ND 58108

**Richard      Alan Weyrich**
Skagit County Prosecutor's Office
605 S. Third Street
Courthouse Annex
Mt. Vernon, WA 98273

**Angela       N. Wheeler**
Office of City Attorney
City of Flint
1101 S. Saginaw Street
Flint, MI 48502

**Erica        J. White**
Office of Prosecuting Attorney
County of Ada
200 W. Front Street
Room 3191
Boise, ID 83702

**Tammy        White**
Office of the City Attorney - Civil Division
City of Kent
220 4th Avenue South
Kent, WA 98032

**Conlee       S. Whiteley**
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130

**Wesley       Clarke Whitfield                     , Jr**
Office of the City Attorney
City of Danville
P.O. Box 3300
Danville, VA 24543

**Reggie       N. Whitten**
Whitten Burrage
Ste. 300
512 N. Broadway
Oklahoma City, OK 73102

**Steven       P. Wieland**
Mooney Wieland Smith & Rose
Ste. 295
405 S. Eighth Street
Boise, ID 83702

**John         E. Wiggins**
Wiggins Sewell & Ogletree
Ste. 3100
210 Park Avenue
Oklahoma City, OK 73102

**Michael      Kevin Wiggins**
Wharton Levin Ehrmantraut & Klein
104 West Street
Annapolis, MD 21401

**Scott        G. Wilcox**
Moore & Rutt
Ste. 437
1007 N. Orange Street
Wilmington, DE 19801

**Alyssa       M. Williams**
Casey Gerry Schenk Francavilla Blatt & Penfield
110 Laurel Street
San Diego, CA 92101

**Craig        L. Williams**
Marioneaux & Williams
1201 Hawn Avenue
Shreveport, LA 71107

**Dannie E. Williams**
,

**DeWayne      Larry Williams**

Aaron & Gianna
Ste. 3800
201 St. Charles Avenue
New Orleans, LA 70170

**Felicia          R. Williams**
Thompson Coburn
One US Bank Plaza
505 N. 7th Street
St. Louis, MO 63101

**James          McClendon Williams**
Chehardy Sherman Williams Murrary Recile Stakelum & Hayes
Ste. 1100
One Galleria Boulevard
Metairie, LA 70001

**Joshua          K. Williams**
Ste. D
2221 Jewella Avenue
Shreveport, LA 71109

**Marc          E. Williams**
Nelson Mullins Riley & Scarborough
PO Box 1856
Huntington, WV 25719-1856

**Marcus          A. Williams**
Blackmon & Blackmon
P.O. Drawer 105
Canton, MS 39046

**Mark          T. Williams**
Williams Morrison Light & Moreau
317 Patton Street
Danville, VA 24541

**Michael          R. Williams**
Bush Seyferth & Paige
Ste. 600
3001 W. Big Beaver
Troy, MI 48084

**Scott          Wayne Williams**
Berkey Williams
Ste. 410
2030 Addison Street
Berkeley, CA 94704

**Amy          C. Williams-Derry**
Keller Rohrback - Seattle
Ste. 3200
1201 Third Avenue
Seattle, WA 98101

**David          Karl Willingham**
Boies Schiller Flexner
31st Floor
725 South Figueroa Street
Los Angeles, CA 90017-5524

**Robert          Travis Willingham**
Office of County Counselor's Office
County of Jackson
Ste. 200
415 East 12th Street
Kansas City, MO 64106

**Jennifer          N. Willis**
Willis & Buckley
3723 Canal Street
New Orleans, LA 70119

**Waltona Winchester**
451 Morehouse Drive
Wilmington, DE 19801

**Sonya          D. Winner**
Covington & Burling
Ste. 5400
Salesforce Tower
415 Mission Street
San Francisco, CA 94105

**Stephen          K. Winters**
Thompson, Thompson & Winters
128 South Mulberry Avenue
P.O. Box 132
Butler, AL 36904

**Carl          J. Withroe**
Mooney Wieland
Ste. 500
802 W. Bannock Street
Boise, ID 83702

**Michael          A. Woelfel**
Woelfel & Woelfel

801 Eighth Street
Huntington, WV 25701

**Gretchen        Maria Wolf**
Skadden Arps Slate Meagher & Flom, LLP                    CH
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

**Larry          David Wolfe**
L. David Wolfe
3325 Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303

**Martha          Jennifer Wolter**
Office of County Counsel
County of Ventura
800 South Victoria Avenue
Ventura, CA 93009

**Randall          J. Wood**
Pierce Couch Hendrickson Baysinger & Green
P.O. Box 26350
1109 N. Francis Avenue
Oklahoma City, OK 73126-0350

**Bruce          L. Woodbury**
Jolley Urga Woodbury & Little
3800 Howard Hughes Parkway
Las Vegas, NV 89169

**Joel          Grant Woods**
The Atticus Building
350 N. 3rd Avenue
Phoenix, AZ 85003

**S.          Alex Yaffe**
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK 73189

**Eva          J. Yarger**
Office of the Prosecuting Attorney - Van Wert
Ste. 100
120 West Main Street
Van Wert, OH 45891

**Gary          D. Young**
Lamar County District Attorney's Office
119 North Main
Paris, TX 75460

**John          Young**
Office of the Attorney General
Cherokee Nation
P.O. Box 948
Tahlequah, OK 74465

**John          F. Young**                                        , Jr
Curry & Friend
1200 Whitney Bank Bldg.
228 Saint Charles Avenue
New Orleans, LA 70130

**Herman          Heng Yue**
Latham and Watkins
Ste. 3600
800 Main Street
Houston, TX 77008

**Mark          S. Yurick**
Taft Stettinius & Hollister - Columbus
Ste. 1000
65 East State Street
Columbus, OH 43215

**Gregory          Martin Zarzaur**
Zarzaur Mujumdar & Debrosse
2332 2nd Avenue North
Birmingham, AL 35205

**Gregory          Lee Zempel**
Office of Prosecuting Attorney
County of Kittitas
Ste. 213
205 W. Fifth Avenue
Ellensburg, WA 98926

**Donna          Raylene Ziegler**
Office of the County Counsel
County of Alameda
Ste. 450
1221 Oak Street
Oakland, CA 94612

**Raymond          E. Zschiesche**
Phillips Murrah

13th Floor
101 N. Robinson Avenue
Oklahoma City, OK 73102