UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to the following case:<br><br>*ALL ACTIONS* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rory F. Collins, on behalf of the law firm Faegre Drinker Biddle & Reath LLP, hereby enters his appearance as attorney for Defendant Target Corporation in the above-captioned matter.

Dated:  June 7, 2023

*/s/ Rory F. Collins*
Rory F. Collins (MN #0397415)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Fax: 612-766-1600
Email: rory.collins@faegredrinker.com

**Counsel for Defendant Target Corporation**

US.357883865.01