IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Hospital Cases* | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

### PHARMACY DEFENDANTS' NOTICE REGARDING THE BARRETT LAW GROUP'S MOTION TO APPOINT INTERIM CLASS COUNSEL FOR HOSPITAL CASES

By this notice, the Pharmacy Defendants [1] hereby advise the Court that none of the Pharmacy Defendants have been served with the complaint in *Southwest Mississippi Regional Medical Center, et al.* v. *AmerisourceBergen Drug Corp., et al.*, Case No. 1:17-op-45175 in violation of CMO-1 and Fed. R. Civ. P. 4(m). As a result, the Pharmacy Defendants have not been served with any pleadings, motions or papers in this matter and were unaware that the Motion had even been filed until it was raised to their attention by counsel for another defendant.[2]

---

[1] The Pharmacy Defendants joining this response are Walmart, Inc.; Walgreen Co.; Walgreen Eastern Co., Inc.; Walgreens Boots Alliance, Inc.; and CVS Pharmacy, Inc..

[2] To be clear, the Pharmacy Defendants would oppose Plaintiffs' motion both on the merits and procedural grounds. If the Court is inclined to consider the merits of the Motion as to the Pharmacy Defendants notwithstanding the wholesale absence of service of process, the Pharmacy Defendants respectfully request an opportunity to respond substantively to the Motion and relief requested.

Dated: June 7, 2023

/s/ *Tara A. Fumerton*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker
Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Counsel for Walmart Inc.*

/s/ *Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Katherine M. Swift
Bartlit Beck LLP
54 W. Hubbard St., Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
kate.swift@bartlitbeck.com

*Counsel for Walgreen Co., Walgreen Eastern Co., Inc., and Walgreens Boots Alliance, Inc.*

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC  20036
Tel: (202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc.*