# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) |  CASE NO. 1:17-md-2804  JUDGE DAN. A. POLSTER |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alyssa C. Hughes of the law firm of Barnes & Thornburg LLP now enters her appearance on behalf of Defendant PharMerica in the above captioned matter.

Date: June 9, 2023

*s/ Alyssa C. Hughes*
Alyssa C. Hughes, Attorney No. 34645-71
**BARNES & THORNBURG LLP**
11. S. Meridian Street
Indianapolis, IN  46204
Email:  AHughes@btlaw.com
Telephone:  317-236-1313
Fax:  317-231-7433

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 9, 2023, a copy of the foregoing Notice of Appearance has been filed electronically using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                                            */s/ Alyssa C. Hughes*
                                                            Alyssa C. Hughes