# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>MDL Case No. 17-md-2804 | JUDGE DAN AARON POLSTER<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that Gregory E. O'Brien of the law firm Cavitch, Familo & Durkin Co., L.P.A., 1300 East Ninth Street, 20th Floor, Cleveland, Ohio 44114, enters his appearance as counsel for Defendant, Discount Drug Mart Inc., in the following captioned cases, in substitution of Attorney Timothy D. Johnson who has retired from the practice of law:

| MDL Case No. | Caption |
|---|---|
| 1:17-op-45000 | City of Lorain v. Purdue |
| 1:17-op-45004 | County of Cuyahoga et al. v. Purdue |
| 1:18-op-45012 | Ashland Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45038 | Fairfield Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45059 | Morrow Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45078 | Cty. of Lorain v. Purdue |
| 1:18-op-45090 | County of Summit et al. v. Purdue |
| 1:18-op-45132 | City of Cleveland et al. v. Purdue |
| 1:18-op-45150 | Wayne Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45162 | Franklin Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45163 | City of Lebanon v. AmerisourceBergen |
| 1:18-op-45240 | City of Lakewood v. Purdue |
| 1:18-op-45254 | Sandusky Cty. Bd. v. Purdue |
| 1:18-op-45256 | Geauga Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45266 | Delaware Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45288 | Crawford Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45291 | Erie Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45292 | Huron Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45306 | Minute Men, Inc. v. Purdue |
| 1:18-op-45432 | Cleveland Bakers & Teamsters H&W et al. v. Purdue |
| 1:18-op-45767 | City of Barberton et al. v. Purdue |
| 1:18-op-46015 | City of North Ridgeville v. Purdue |

| | |
|---|---|
| 1:18-op-46078 | Wyandot Cty. Bd. v. AmerisourceBergen |
| 1:18-op-46079 | Carroll Cty. Bd. v. AmerisourceBergen |
| 1:18-op-46203 | City of Ashland v. AmerisourceBergen |
| 1:18-op-46344 | MH&RS Bd. of Allen, etc. v. Purdue |
| 1:19-op-45072 | Ohio Carpenters Health Fund v Purdue |
| 1:19-op-45098 | Tuscarawas Cty. Bd. v. Purdue |
| 1:19-op-45839 | County of Medina v. Purdue |
| 1:21-op-45109 | Village of Lexington v. Actavis |

Respectfully submitted,

/s/ Gregory E. O'Brien
Gregory E. O'Brien (0037073)
Cavitch, Familo & Durkin Co., L.P.A.
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114
Telephone: 216-621-7860
Facsimile: 216-621-3415
Email: gobrien@cavitch.com
*One of the Attorneys for Defendant*
*Discount Drug Mart,. Inc.*

## CERTIFICATE OF SERVICE

On this 12th day of June, 2023, the foregoing **Notice of Substitution of Counsel** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory E. O'Brien
Gregory E. O'Brien (0037073)
Cavitch, Familo & Durkin Co., L.P.A.
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114
Telephone:	216-621-7860
Facsimile:	216-621-3415
Email:	gobrien@cavitch.com
*One of the Attorneys for Defendant*
*Discount Drug Mart, Inc.*