UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 1:17-md-2804 |
| *County of Peach, Georgia v. Purdue Pharma, et al.*<br>Case No. 1:18-op-45579-DAP | ) ) ) ) | **Judge Dan Aaron Polster** |
| *County of Woodbury, Georgia v. Purdue Pharma, et al.*<br>Case No. 1:18-op-45575-DAP | ) ) ) ) ) | |

**DEFENDANT U-SAVE-IT PHARMACY, INC.'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS WITH PREJUDICE FOR UNTIMELY SERVICE**

Pursuant to Case Management Order One (Doc #: 232), Defendant U-Save-It Pharmacy, Inc.[1] ("U-Save") respectfully seeks leave from the general moratorium on motion filings to file its Motion to Dismiss With Prejudice for Untimely Service. A copy of the Motion is attached hereto as **Exhibit A.** The Motion seeks dismissal of two complaints filed, but not timely served, against U-Save. U-Save understands that pursuant to the Court's existing orders it does not have an obligation to respond to the complaints at this time. However, in light of the Court's April 6, 2023 Order Regarding Service of Process (Doc #: 4986)—stating that "[a]t the appropriate time, any defendant may move for dismissal with prejudice of any claim against them filed by a plaintiff that

---

[1] At various points, the Plaintiffs have also referenced "U Save It Pharmacy, LLC." To the best of U-Save's knowledge, "U Save It Pharmacy, LLC" does not exist. The correct entity name—and the entity that was served—is U-Save-It Pharmacy, Inc.

1

fails to comply with this Order"—U-Save seeks leave to file its Motion now out of an abundance of caution. U-Save reserves all of its defenses pertaining to issues other than untimely service.

Respectfully submitted,

/s/ *Jeffrey S. Dunlap*
Jeffrey S. Dunlap (OH # 0067923)
Ashtyn N. Saltz (OH# 0089548)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
Tel:     (216) 583-7000
Fax:    (216) 583-7027
E-mail:jdunlap@ulmer.com
            asaltz@ulmer.com

Scott M. Ratchick
John H. Kirbo
John C. Guin
Chamberlain, Hrdlicka, White, Williams & Aughtry
191 Peachtree Street, NE, 46th Floor
Atlanta, Georgia 30303
Phone: 404-659-1410
Fax: 404.659.1852
scott.ratchick@chamberlainlaw.com
john.kirbo@chamberlainlaw.com
john.guin@chamberlainlaw.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Defendant U-Save-It Pharmacy, Inc.'s Motion For Leave To File Motion To Dismiss With Prejudice For Untimely Service* was filed and served upon Plaintiff's counsel via the Court's electronic filing system on June 13, 2023.

> */s/ Jeffrey S. Dunlap*
> Jeffrey S. Dunlap (OH # 0067923)
> *One of the Attorneys for Defendant U-Save-It Pharmacy, Inc.*