# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:* 1:20-op-45006<br><br>*Town of Abita Springs, Louisiana* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

## STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Town of Abita Springs, Louisiana (the "Dismissing Plaintiff") and Defendants AmerisourceBergen Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, and together with their Distributor Released Entities, the "Distributor Defendants"[1]) that, pursuant to the election of Dismissing Plaintiff to participate in the Distributor Settlement Agreement, which was announced on July 21, 2021, and is now dated March 25, 2022, which is binding on the Dismissing Plaintiff and the Distributor Defendants, and which has an Effective Date of April 2, 2022, all claims of Dismissing Plaintiff against any Distributor Defendant, including any entity identified in the Distributor Settlement Agreement, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Distributor Settlement Agreement to the extent provided under those Agreements.

---

[1] The Distributor Released Entities are each and every entity of any of the Distributor Defendants that is a "Released Entity" as set forth in Section I.HHH and Exhibit J of the Distributor Settlement Agreement, dated as of March 25, 2022.

June 14, 2023                                   Respectfully Submitted,

                                                *s/ James P. DeSonier*

                                                Frank E. Lamothe, III, TA
                                                Richard M. Martin, Jr.
                                                LAMOTHE LAW FIRM, LLC
                                                400 Poydras Street, Suite 1760
                                                New Orleans, Louisiana 70130
                                                Telephone: (504) 704-1414
                                                felamothe@lamothefirm.com
                                                rmartin@lamothefirm.com

                                                James P. DeSonier
                                                LAW OFFICE OF JAMES P. DESONIER
                                                450 N. Causeway Blvd., Suite C
                                                Mandeville, Louisiana 70448
                                                Telephone: (985) 951-8510
                                                Facsimile: (985) 951-8584
                                                james@jpdesonier.com

                                                *Attorney for Plaintiff*


                                                */s/ Robert A. Nicholas*
                                                Robert A. Nicholas
                                                Shannon E. McClure
                                                REED SMITH LLP
                                                Three Logan Square
                                                1717 Arch Street, Suite 3100
                                                Philadelphia, PA 19103
                                                Telephone: (215) 851-8100
                                                Fax: (215) 851-1420
                                                smcclure@reedsmith.com

                                                *Counsel for Defendant AmerisourceBergen Corporation*

                                                */s/ Enu A. Mainigi*
                                                Enu A. Mainigi
                                                Jennifer G. Wicht
                                                Steven Pyser
                                                Ashley Hardin
                                                WILLIAMS & CONNOLLY LLP
                                                680 Main Ave SW
                                                Washington, DC 20024
                                                Telephone: (202) 434-5000

- 3 -

        Fax: (202) 434-5029
        emainigi@wc.com

        *Counsel for Defendant Cardinal Health, Inc.*

        */s/ Geoffrey E. Hobart*
        Geoffrey E. Hobart
        Timothy C. Hester
        Christian J. Pistilli
        COVINGTON & BURLING LLP
        One CityCenter
        850 Tenth Street NW
        Washington, DC 20001
        Telephone: (202) 662-5281
        ghobart@cov.com
        thestercov.com
        cpistilli@cov.com

        *Counsel for Defendant McKesson Corporation*

SO ORDERED this ___ day of _____, 2023.

_____
Hon. Dan Aaron Polster
United States District Judge