# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:* 1:20-op-45007<br><br>*Warren Montgomery, Duly Elected 22nd Judicial District Attorney for the Parishes of St. Tammany and Washington* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>**JUDGE DAN AARON POLSTER** |

## STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Warren Montgomery, the duly elected 22nd Judicial District Attorney for the Parishes of St. Tammany and Washington (the "Dismissing Plaintiff") and Defendants AmerisourceBergen Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, and together with their Distributor Released Entities, the "Distributor Defendants"[1]) that, pursuant to the election of Dismissing Plaintiff to participate in the Distributor Settlement Agreement, which was announced on July 21, 2021, and is now dated March 25, 2022, which is binding on the Dismissing Plaintiff and the Distributor Defendants, and which has an Effective Date of April 2, 2022, all claims of Dismissing Plaintiff against any Distributor Defendant, including any entity identified in the Distributor Settlement Agreement, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Distributor Settlement Agreement to the extent provided under those Agreements.

---

[1] The Distributor Released Entities are each and every entity of any of the Distributor Defendants that is a "Released Entity" as set forth in Section I.HHH and Exhibit J of the Distributor Settlement Agreement, dated as of March 25, 2022.

- 2 -

June 14, 2023                                             Respectfully Submitted,

*/s/ James P. DeSonier*

Frank E. Lamothe, III, TA
Richard M. Martin, Jr.
LAMOTHE LAW FIRM, LLC
400 Poydras Street, Suite 1760
New Orleans, Louisiana 70130
Telephone: (504) 704-1414
felamothe@lamothefirm.com
rmartin@lamothefirm.com

James P. DeSonier
LAW OFFICE OF JAMES P. DESONIER
450 N. Causeway Blvd., Suite C
Mandeville, Louisiana 70448
Telephone: (985) 951-8510
Facsimile: (985) 951-8584
james@jpdesonier.com

*Counsel for Plaintiff*


*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Defendant AmerisourceBergen Corporation*

*/s/ Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Main Ave SW
Washington, DC 20024
Telephone: (202) 434-5000

- 3 -

        Fax: (202) 434-5029
        emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

<u>/s/ Geoffrey E. Hobart</u>
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5281
ghobart@cov.com
thestercov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

SO ORDERED this ___ day of _____, 2023.

_____
Hon. Dan Aaron Polster
United States District Judge