IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:18-op-46136-DAP<br><br>Case No. 1:19-op-45913-DAP<br><br>Case No. 1:21-op-45092-DAP<br><br>Case No. 1:22-op-45025-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**MOTION FOR LEAVE TO FILE SETTLED DEFENDANTS' MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING FLORIDA SUBDIVISIONS AS RELEASED BY THE ATTORNEY GENERAL PURSUANT TO SETTLEMENT**

In compliance with Case Management Order One ¶ 6(g) (Dkt. No. 232), Settled Defendants[1] move the Court for leave to file their Motion To Dismiss Claims Filed By Non-Participating Florida Subdivisions As Released By The Attorney General Pursuant To Settlement (the "Motion"). The Motion seeks dismissal of claims asserted by Plaintiffs Lee Memorial Health System, d/b/a Lee Health (Case No. 1:21-op-45092-DAP); Sarasota County Public Hospital District d/b/a Memorial Healthcare System, Inc. (Case No. 1:18-op-46136-DAP);

---

[1] The Settled Defendants are Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen, Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. (collectively, "Janssen"), AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc. (collectively, "Distributors") as well as any other Released Entities, as that term is defined in the Settlement Agreements, that have been named as defendants in Plaintiffs' Complaints. *See* Exhibit A at 1 n. 1.

School Board of Miami-Dade (Case No. 1:19-op-45913-DAP); and Putnam County School Board (Case No. 1:22-op-45025-DAP) ("Plaintiffs").  As set forth in the Motion, Plaintiffs' claims against Settled Defendants have been released by the Florida Attorney General pursuant to the Janssen and Distributor Global Settlements.

      A copy of the Motion is attached hereto as **Exhibit A**.

Dated:  June 14, 2023

          Respectfully submitted,

          */s/ Robert A. Nicholas*
          Robert A. Nicholas
          Shannon E. McClure
          Joseph J. Mahady
          Anne R. Bohnet
          REED SMITH LLP
          Three Logan Square
          1717 Arch Street, Suite 3100
          Philadelphia, PA 19103
          Telephone:  (215) 851-8100
          Fax: (215) 851-1420
          rnicholas@reedsmith.com
          smcclure@reedsmith.com
          jmahady@reedsmith.com
          abohnet@reedsmith.com

          *Counsel for AmerisourceBergen Corporation*


          */s/ Enu A. Mainigi*
          Enu A. Mainigi
          Jennifer G. Wicht
          Steven Pyser
          Ashley Hardin
          WILLIAMS & CONNOLLY LLP
          725 Twelfth Street NW
          Washington, DC  20005
          (202) 434-5000 / tel.
          (202) 434-5029/ fax
          emainigi@wc.com

          *Attorneys for Defendant Cardinal Health, Inc.*

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*


/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com

*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 14, 2023, the Motion for Leave to File Settling Distributors' Motion To Dismiss Claims Filed By Non-Participating Florida Subdivisions As Released By The Attorney General Pursuant To Settlement was served on all counsel of record via the CM/ECF system.

/s/ *Robert A. Nicholas*
Robert A. Nicholas