# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Southwest Mississippi Regional Medical Center, et al. v. AmerisourceBergen Drug Corp., et al.*, Case No. 1:17-op-45175, and all Hospital Cases. | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## MOTION FOR LEAVE OF COURT TO FILE RENEWED MOTION TO APPOINT INTERIM CLASS COUNSEL FOR HOSPITAL CLASS

Plaintiffs named in the above-captioned constituent case ("Plaintiffs" or "Hospital Plaintiffs") respectfully move for leave of Court to move, pursuant to Fed. R. Civ. P. 23(g), for the appointment of John W. ("Don") Barrett as Interim Class Counsel for a proposed class of hospitals.

This motion is supported by the "Memorandum in Support of Motion for Leave to File, and in Support of, Proposed Renewed Motion to Appoint Interim Class Counsel for Hospital Class," which recites the grounds in support of both this motion for leave, as well as for the proposed underlying motion. A proposed order on this motion is also submitted herewith.

A proposed "Renewed Motion to Appoint Interim Class Counsel for Hospital Class" (the "Proposed Motion") is attached as Exhibit A. The "Declaration of Don Barrett in Support of Motion to Appoint Interim Class Counsel for Hospital Class" is attached as Exhibit B. A list of pertinent cases is attached as Exhibit C. A proposed order on the Proposed Motion is attached as Exhibit D.

Dated: June 14, 2023

By: */s/ Don Barrett*
John W. ("Don") Barrett
**BARRETT LAW GROUP, P.A.**

P.O. Box 927  
404 Court Square North  
Lexington, Mississippi 39095-0927  
Telephone: (662) 834-2488  
Facsimile: (662) 834-2628  
Email: dbarrett@barrettlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing document with the Clerk of Court, in both the Master MDL Docket and in the referenced constituent case, using the CM/ECF system which will send notification of such filing to all counsel of record. Additionally, courtesy copies have been served by email on counsel for the Distributor Defendants and National Pharmacy Defendants.

/s/ *Don Barrett*  
John W. ("Don") Barrett

2