UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Southwest Mississippi Regional Medical Center, et al. v. AmerisourceBergen Drug Corp., et al.*, Case No. 1:17-op-45175, and all Hospital Cases. | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE RENEWED MOTION TO APPOINT INTERIM CLASS COUNSEL FOR HOSPITAL CLASS

**WHEREAS**, Plaintiffs named in the above-captioned constituent action ("Plaintiffs" or "Hospital Plaintiffs") have moved for leave of Court to move for the appointment of John W. ("Don") Barrett as Interim Class Counsel for a putative national class of hospitals (the "Hospital Class") pursuant to Federal Rule of Civil Procedure 23(g)(3);

**WHEREAS,** the Court finds that granting Hospital Plaintiffs leave to file the proposed renewed motion for an order appointing an Interim Class Counsel on behalf of the Hospital Class will promote judicial efficiency, and aid generally in furthering the litigation;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT** Hospital Plaintiffs are granted leave of Court to file the Proposed Renewed Motion to Appoint Interim Class Counsel for Hospital Class.

**IT IS SO ORDERD.**

    /s/ Dan Aaron Polster
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**