# EXHIBIT C

| State | Case Title | Case Filed | Court Where Filed | Original Court Case No. | Court Where Pending | Pending Court Case No. | Status |
|---|---|---|---|---|---|---|---|
| AL | The DCH Health Care Authority, et al. v. Purdue Pharma, L.P., et al. | 9/3/2019 | Conecuh County AL Circuit Court | CV-19-07 | Conecuh County AL Circuit Court | CV-19-07 | Trial set for Summer 2023. |
| AL | Fort Payne Hospital Corporation, et al. v. McKesson Corporation, et al. | 3/26/2021 | Conecuh County AL Circuit Court | 21-cv-2021-900016.00 | Conecuh County AL Circuit Court | 21-cv-2021-900016.00 | Consolidated with DCH case. Trial set for Summer 2023. |
| AL | J. Paul Jones Hospital v. McKesson Corporation, et al. | 2/9/2018 | U.S. Dist. Ct., S.D. AL | 2:18-cv-00029 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804  1:21-op-45161 | Pending before the MDL Court. |
| AR | Fayetteville Arkansas Hospital Company, LLC, et al. v. Amneal Pharmaceuticals, LLC, et al. | 1/14/2020 | Washington County AR Circuit Court | 72CV-20-156 | Washington County AR Circuit Court | 72CV-20-156 | 2022.02.22 Notice of Appeal of Motion to Dismiss Decision filed. |
| AZ | Tucson Medical Center v. Purdue Pharma, L.P., et al. | 10/9/2018 | Pima County AZ Superior Court | C20184991 | Pima County AZ Superior Court | C20184991 | 2019.09.16 Ruling Denying Motions to Dismiss  2021.09.01 Ariz. S.C. Appeal resulted in remand to trial court for further proceedings on public nuisance and unjust enrichment claims. |
| AZ | Kingman Hospital, Inc., et al. v. Teva Pharmaceuticals USA, Inc., et al. | 9/14/2021 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804  1:21-op-45100 | Pending before the MDL Court. |
| FL | Florida Health Sciences Center, Inc., et al. v. Richard Sackler, et al. | 9/16/2019 | Broward County FL Circuit Court | CACE19018882 | Broward County FL Circuit Court | CACE19018882 | Pending before the Broward County Circuit Court.  2021.09.20 Order Denying Motions to Dismiss  2023.04.11 Court Denied Defendants' Motion for Judgment on the Pleadings |
| FL | West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corporation, et al. | 5/4/2018 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804  1:18-op-45530 | Pending before the MDL Court.  2020.04.03 Opinion and Order granting in part and denying in part Defendants' Motions to Dismiss |
| FL | Baptist Hospital, Inc., et al. v. McKesson Corporation, et al. | 1/22/2018 | U.S. Dist. Ct., N.D. FL | 3:17-cv-00816 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804  1:18-op-45073 | Pending before the MDL Court. |
| IL | Marion Hospital Corporation d/b/a Heartland Regional Medical Center, et al. v. Abbott Laboratories, et al. | 2/25/2020 | Williamson County IL Circuit Court | 2020-L-28 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804  1:20-op-45266 | Pending before the MDL Court. |
| KY | Baptist Healthcare System, Inc., et al. v. AmerisourceBergen Drug Corporation, et al. | 8/17/2018 | U.S. Dist. Ct., W.D. Ky. | 3:18-cv-00558 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804  1:18-op-46058 | Pending before the MDL Court. |
| KY | Saint Elizabeth Medical Center, Inc., et al. v. AmerisourceBergen Drug Corporation, et al. | 8/17/2018 | U.S. Dist. Ct., E.D. Ky. | 2:18-cv-00146 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804  1:18-op-46046 | Pending before the MDL Court. |
| KY | Appalachian Regional Healthcare, Inc. v. Purdue Pharma, L.P., et al. | 12/3/2018 | Perry County KY Circuit Court | 18-CI-00512 | | | Voluntarily dismissed 2/28/2019 |
| KY | Bowling Green-Warren County Community Hospital Corporation, et al. v. Purdue Pharma, L.P., et al. | 8/21/2020 | Warren County KY Circuit Court | 19-CI-01146 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804  1:20-op-45060 | Pending before the MDL Court. |
| KY | Paintsville Hospital Company, LLC, et al. v. Amneal Pharmaceuticals, LLC, et al. | 6/8/2020 | Johnson County KY Circuit Court | 20-CI-00151 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804  1:20-op-45293 | Pending before the MDL Court. |
| ME | Eastern Maine Medical Center, et al. v. Teva Pharmaceuticals USA, Inc., et al. | 9/1/2021 | Cumberland ME Superior Court | CV-21-333 | Cumberland ME Superior Court | CV-21-333 | 2023.02.13 Order Granting Defendants' Motions to Dismiss  2023.03.06 Notice of Appeal Docketed. |
| MO | Lester E. Cox Medical Centers d/b/a Cox Medical Centers, et al. v. Amneal Pharmaceuticals, LLC, et al. | 4/14/2020 | Greene County MO Circuit Court | 2031-CC00459 | Greene County MO Circuit Court | 2031-CC00459 | 2022.02.04 Order and Memo Denying Manufacturer Defendants' Motion to Dismiss; Order and Memo Denying Distributor Defendants' Motion to Dismiss; Order and Memo Denying Pharmacy Defendants' Motion to Dismiss. |

# EXHIBIT C

| State | Case Title | Case Filed | Court Where Filed | Original Court Case No. | Court Where Pending | Pending Court Case No. | Status |
|---|---|---|---|---|---|---|---|
| MS | Southwest Mississippi Regional Medical Center, et al. v. AmerisourceBergen Drug Corporation, et al. | 11/30/2017 | U.S. Dist. Ct., S.D. Miss. | 5:17-cv-00145 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:17-op-45175 | Pending before the MDL Court. |
| MS | Singing River Health System, et al. v. Nathan C. Grace, et al. | 10/16/2019 | Jackson County MS Chancery Court | 1:19-cv-01879 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:20-op-45127 | Pending before the MDL Court. |
| MS | Mississippi Baptist Medical Center, Inc., et al. v. Amneal Pharmaceuticals, LLC, et al. | 5/15/2020 | Hinds County MS Circuit Court | 20-CV-291 | Hinds County MS Circuit Court | 20-CV-291 | Hearings on Motions to dismiss held 2021.06.17, 2021.07.28 Hearing on MTDs. Decision pending. |
| MS | Greenwood Leflore Hospital v. McKesson Corporation, et al. | 5/9/2018 | U.S. Dist. Ct., N.D. Miss. | 4:18-CV-00091 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:18-op-45551 | Pending before the MDL Court. |
| MS | North Mississippi Medical Center, Inc., et al. v. McKesson Corporation, et al. | 8/9/2018 | U.S. Dist. Ct., N.D. Miss. | 1:18-cv-00078 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:18-op-45936 | Pending before the MDL Court. |
| MS | Rush Health Systems, Inc. v. McKesson Corporation, et al. | 1/16/2018 | U.S. Dist. Ct., S.D. Miss. | 3:17-cv-01012 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:18-op-45034 | Pending before the MDL Court. |
| NY | Erie County Medical Center Corporation, et al. v. Teva Pharmaceuticals USA, Inc., et al. | 5/11/2021 | Erie County NY Supreme Court | 806187/2021 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:21-op-45116 | Pending before the MDL Court. |
| OH | Rosary Hall and St. Vincent Charity Hospital v. AmerisourceBergen Drug Corporation, et al. | 5/29/2018 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:18-op-45610 | Pending before the MDL Court. |
| OH | Gonzales Healthcare Systems v. McKesson Corporation, et al. | 7/24/2018 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:18-op-45867 | Pending before the MDL Court. |
| OH | Ochiltree County Hospital District v. McKesson Corporation, et al. | 7/24/2018 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:18-op-45869 | Pending before the MDL Court. |
| OH | Pearl River County Hospital & Nursing Home v. McKesson Corporation, et al. | 7/23/2019 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:19-op-45659 | Pending before the MDL Court. |
| OH | Sharkey-Issaquena Community Hospital v. McKesson Corporation, et al. | 6/29/2018 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:18-op-45765 | Pending before the MDL Court. |
| OH | South Central Regional Medical Center v. McKesson Corporation, et al. | 6/29/2018 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:18-op-45763 | Pending before the MDL Court. |
| TN | Takoma Regional Hospital, Inc., et al. v. Purdue Pharma, L.P., et al. | 7/12/2019 | Greene County TN Circuit Court | CC19CV295BB | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:19-op-46165 | Pending before the MDL Court. |
| TX | Dallas County Hospital District d/b/a Parkland Health & Hospital System, et al. v. Purdue Pharma, L.P., et al. | 9/3/2019 | Dallas County TX District Court (162nd Judicial District) | DC-19-13794 | Harris County TX District Court (152nd Judicial District) | 2018-63587<br><br>2019-85177 | 2019.09.03 Complaint filed.<br>2019.09.25 Transferred to Texas Opioids MDL in Harris County |
| TX | Dallas County Hospital District d/b/a Parkland Health & Hospital System, et al. v. Purdue Pharma, L.P., et al. | 11/20/2019 | Dallas County TX District Court (162nd Judicial District) | DC-19-18635 | Dallas County TX District Court (162nd Judicial District) | DC-19-18635 | 2019.11.20 Complaint filed.<br>Pending before the MDL Court until 3/26/2022 when remanded. |
| TX | El Campo Memorial Hospital, et al. v. McKesson Corporation, et al. | 3/27/2018 | U.S. Dist. Ct., S.D. TX | 4:18-cv-00751 | U.S. Dist. Ct., N.D. Ohio | 1:17-md-2804<br><br>1:18-op-45298 | Pending before the MDL Court. |

# EXHIBIT C

| State | Case Title | Case Filed | Court Where Filed | Original Court Case No. | Court Where Pending | Pending Court Case No. | Status |
|---|---|---|---|---|---|---|---|
| WV | West Virginia University Hospitals, Inc., et al. v. Purdue Pharma, L.P., et al. | 4/29/2019 | Marshall County WV Circuit Court | 19-C-69 through 19-C-88(H) | Kanawha County WV Circuit Court | 19-C-9000<br><br>Mass Litigation Panel | 2020.02.19 Order Denying Motions to Dismiss Plaintiffs' Amended Complaint.<br>2023.05.02 Order Granting Plaintiffs' Motion to Dismiss Without Prejudice |
| WV | West Virginia University Hospitals, Inc., et al. v. McKesson Corporation and Tim Ashworth | 10/4/2019 | Marshall County WV Circuit Court | 19-C-215 through 19-C239 | Kanawha County WV Circuit Court | 19-C-9000<br><br>Mass Litigation Panel | 2020.02.19 Order Denying Motion to Dismiss Plaintiffs' Amended Complaint. |