# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Track Seven* | MDL No. 2804<br>Case No. 17-MD-2804<br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING KROGER DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S EXPERT WITNESS, DR. JACK E. FINCHAM

Having reviewed the motion of Defendants The Kroger Co., Kroger Limited Partnership I, and Kroger Limited Partnership II (hereafter collectively referred to as "Kroger"), seeking to exclude the expert opinions and testimony of Plaintiff's expert witness, Dr. Jack E. Fincham, IT IS HEREBY ORDERED that the motion is GRANTED.

 IT IS SO ORDERED.

Date:

_____
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**

15824396.1