**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>Case No. 1:18-op-46136-DAP<br><br>Case No. 1:19-op-45913-DAP<br><br>Case No. 1:21-op-45092-DAP<br><br>Case No. 1:22-op-45025-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING SETTLED DEFENDANTS' MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING FLORIDA SUBDIVISIONS AS RELEASED BY THE ATTORNEY GENERAL PURSUANT TO SETTLEMENT**

Upon consideration of Settled Defendants' Motion To Dismiss Claims Filed By Non-Participating Florida Subdivisions As Released By The Attorney General Pursuant To Settlement ("Settled Defendants' Motion"), and any opposition thereto, and as there is no just reason for delay, it is hereby ORDERED that Settled Defendants' Motion is GRANTED. It is further ORDERED that the claims asserted against Settled Defendants[1] in the above-captioned lawsuits filed by

---

[1] The Settled Defendants are Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen, Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. (collectively, "Janssen"), AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc. (collectively, "Distributors") as well as any other Released Entities, as that term is defined in the Settlement Agreements, that have been named as defendants in Plaintiffs' Complaints. *See* Janssen Final Consent Judgment and Order of Dismissal (relevant excerpts attached as Exhibit 1 to Settled Defendants' Motion) at Exhibit A p. 8-9 & Exhibit J thereto; Distributor Final Consent Judgment and Order of Dismissal (relevant excerpts attached as Exhibit 2 to Settled Defendants' Motion) at Exhibit A p. 8 & Exhibit J thereto.

Plaintiffs[2] Lee Memorial Health System, d/b/a Lee Health, Sarasota County Public Hospital District d/b/a Memorial Healthcare System, Inc., School Board of Miami-Dade; and Putnam County School Board are hereby DISMISSED WITH PREJUDICE.

_____
Hon. Dan A. Polster
United States District Judge

---

[2] *See Lee Memorial Health Sys., d/b/a Lee Health v. Actavis LLC, et al.*, Case No. 1:21-op-45092-DAP (N.D. Ohio July 15, 2021) (Doc No. 1); *Sarasota Cnty. Pub. Hosp. Dist. d/b/a Sarasota Mem. Healthcare Sys. v. Purdue Pharma L.P., et al.*, Case No. 1:18-op-46136-DAP (N.D. Ohio Mar. 19, 2021) (Doc. No. 20) & (Doc. No. 26); *Sch. Bd. of Miami-Dade Cnty., Fla. v. Endo Health Solutions Inc. et al.*, Case No. 1:19-op-45913-DAP (N.D. Ohio Sept. 30, 2019) (Doc. No. 1); *Putnam Cnty. Sch. Bd., et al. v. Cephalon, Inc., et al.*, Case. No. 1:22-op-45025-DAP (N.D. Ohio May 27, 2022) (Doc No. 1).