# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| ***THIS DOCUMENT RELATES TO ALL CASES*** | Case No. 17-md-2804 |
| | Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING KROGER DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH ORDER REGARDING SERVICE OF PROCESS

Pending before the Court is the Kroger Defendants' *Motion for Leave to File Motion to Dismiss with Prejudice for Failure to Comply with Order Regarding Service of Process* (the "Motion"). Finding good cause for the relief requested therein, the Motion is hereby **GRANTED**.

    **IT IS SO ORDERED.**

**Date:**

_____
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

15824396.1