IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO: 1:17-MD-2804-DAP<br>1:18-op-46136 |

## AMENDED NOTICE OF APPEARANCE

Please take notice that the undersigned, **DAVID A. WALLACE, ESQUIRE**, hereby amends his appearance as counsel on behalf of the **SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT D/B/A SARASOTA MEMORIAL HEALTHCARE SYSTEM** in the above-captioned action, as follows:

Primary Email Address: dwallace@bgk.law
Secondary Email Addresses: jbradley@bgk.law
eserve@bgk.law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16 day of June 2023, the foregoing Amended Notice of Appearance was served upon all parties via the Court's Electronic Filing System.

BENTLEY GOODRICH KISON, P.A.

MORGAN R. BENTLEY, ESQ.
Florida Bar No. 0962287
mbentley@bgk.law
**DAVID A. WALLACE, ESQ.**
Florida Bar No. 0608386
dwallace@bgk.law
783 South Orange Avenue
Suite 300
Sarasota, Florida 34236

Telephone: (941) 556-9030
Facsimile:  (941) 312-5316
Secondary Emails:
jbradley@bgk.law
eserve@bgk.law