UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**KROGER DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH ORDER REGARDING SERVICE OF PROCESS**

Kroger Defendants hereby withdraw their motion for leave to file Motion to Dismiss with Prejudice for Failure to Comply with Order Regarding Service of Process, filed June 16, 2023 (ECF No. 5073), together with Exhibit 1 and proposed order.

Dated:   June 19, 2023.

Respectfully submitted,

*The Kroger Co.; Kroger Specialty Pharmacy, Inc.; Fred Meyer, Inc.*
*Harris Teeter, Inc.; Kroger Texas L.P.*
*Kroger Limited Partnership I,*
*Kroger Limited Partnership II,*
*Smith's Food & Drug Centers, Inc.*

*By counsel,*

*s/Ronda L. Harvey*
Ronda L. Harvey, Esq. (WVSB 6326)
Ashley Hardesty Odell, Esq. (WVSB 9380)
Fazal A. Shere, Esq. (WVSB 5433)
Jennifer B. Hagedorn (WVSB 8878)
**BOWLES RICE LLP**
600 Quarrier Street
Charleston, West Virginia  25301
304-347-1100
rharvey@bowlesrice.com
fshere@bowlesrice.com
ahardestyodell@bowlesrice.com
jhagedorn@bowlesrice.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 19, 2023, the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice to all counsel of record. Copies of this document may be obtained through the CM/ECF system.

*s/Ronda L. Harvey*
Ronda L. Harvey, Esq. (WVSB 6326)
