**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE: NATIONAL PRESCRIPTION | ) | |
| OPIATE LITIGATION | ) | CASE NO. 1:17-md-2804 |
| | ) | |
| | ) | JUDGE DAN. A. POLSTER |
| | ) | |
| | ) | |
| | ) | |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Kathleen L. Matsoukas of the law firm of Barnes &

Thornburg LLP now enters her appearance on behalf of Defendant PharMerica in the above

captioned matter.

Date:   June 20, 2023

/S/*Kathleen L. Matsoukas*
Kathleen L. Matsoukas (Atty. No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
E-mail: kmatsoukas@btlaw.com
Telephone: (317) 231-7332
Fax: (317) 231-7433

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 20, 2023, a copy of the foregoing Notice of Appearance has been filed electronically using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Kathleen L. Matsoukas*
Kathleen L. Matsoukas