UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates To:<br><br>*United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania v. Purdue Pharma, L.P., et al.;*<br><br>Case No.: 17-op-45177-DAP<br><br>*Sheet Metal Workers Local No. 25 Health & Benefit Fund v. Purdue Pharma, L.P. et al.;*<br><br>Case No.: 18-op-45002-DAP<br><br>*Louisiana Health Service & Indemnity Co. d/b/a Blue Cross Blue Shield of Louisiana, et al. v. Purdue Pharma, L.P., et al.;*<br><br>Case No.: 18-op-45372-DAP | CASE NO. 1:17-MD-02804<br><br>MDL 2804<br><br>JUDGE DAN A. POLSTER |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that ATTORNEY Glenn Mintzer, of the Dugan Law Firm, who is admitted or otherwise authorized to practice in this court, and who has complied with the ECF requirements for this Court, hereby enters his appearance on behalf of Plaintiffs, United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania; Sheet Metal Workers Local No. 25 Health & Benefit, and Louisiana Health Service & Indemnity Co. d/b/a Blue Cross Blue Shield of Louisiana, in the above captioned matter.

1

DATED: June 26, 2023 /s/Glenn Mintzer
Glenn Mintzer (La. 24170)
**THE DUGAN LAW FIRM, APLC**
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
Email: gmintzer@dugan-lawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June 2023, a copy of the foregoing Notice of Appearance was served on all counsel of record via the Court's CM/ECF system.

*s/Glenn Mintzer*
Glenn Mintzer