# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>THE CITY OF SEDALIA, PETTIS COUNTY, MISSOURI<br><br>V.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Case No. 1:17-md-2804-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ETHEX CORPORATION** |

Plaintiffs City of Sedalia, Pettis County, Missouri (City of Sedalia) hereby dismiss, without prejudice, Ethex Corporation, from this action.  All other claims and defendants remain.

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

*/s/ Timothy West*
J. Scott Bertram, MO Bar #23715
Ben Bertram, MO Bar #56945
Tim West, MO Bar #52187
2345 Grand Blvd, Suite 1925
Kansas City, MO 64108
Telephone: (816) 558-3441
jsbertram@bertramgraf.com
benbertram@bertramgraf.com
tim@bertramgraf.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

/s/ Timothy R. West
*Attorney for Plaintiff*
