# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

Case No. 1:17-md-2804

Hon. Dan Aaron Polster

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

I, Matthew J. Perry, Ohio Bar #0083332, hereby provide this *Notice of Change of Attorney Information* to the Court and request the Clerk's Office to please update my firm information in the above-entitled action as follows:

**New firm:** Burns White, LLC
**New Mailing address:** 720 Fourth Avenue, Huntington, WV  25701
**New email address:** mjperry@burnswhite.com

Date:  06/27/2023

/s/ Matthew J. Perry
Matthew J. Perry, Esquire (0083332)
BURNS WHITE, LLC
720 Fourth Avenue
Huntington, WV 25701
P:  304-523-5400
F:  304-523-5409
mjperry@burnswhite.com