UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>COUNTY OF MULTNOMAH<br><br>v.<br><br>PURSUE PHARMA, LP, ET AL.<br>C.A. No. 3:17-02010 (Dist. of OR) | MDL Case No. 2804<br><br>Civil Case No. 1:17-md-02804<br><br>Judge Dan Aaron Polster<br><br>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS JAMES GALLANT, M.D.; GALLANT INTERNAL MEDICINE, P.C.; and CORVALLIS INTERNAL MEDICINE, P.C. |

PLEASE TAKE NOTICE that attorney Julia I. Manela and the law Watkinson Laird Rubenstein, P.C., hereby requests leave to withdraw as attorney of record for Defendants James Gallant, M.D.; Gallant Internal Medicine, P.C.; and Corvallis Internal Medicine, P.C. (**Defendants**).

Pursuant to Local Civil Rule 83.9, Withdraw of Counsel, the attorney of record may not withdraw without first providing written notice to the client and all other parties and obtaining leave of court. Defendants were provided with notice via email dated April 2, 2019. Defendants no longer wish to be represented by counsel of record. Pursuant to Oregon RPC 1.16(a)(3) counsel must withdraw. All parties are hereby notified of Julia I. Manela and the law firm of Watkinson

Laird Rubenstein, P.C.'s request to withdraw as Defendant's attorney by way of service and filing of this motion.

DATED this 27th day of June 2023.

WATKINSON LAIRD RUBENSTEIN, P.C.


By:  s/ Julia I. Manela
     Julia I. Manela, OSB No. 023771
     1203 Willamette Street, Ste 200
     Eugene, OR 97401-3509
     T: 541-484-2277
     F: 541-484-2282
     Email: jmanela@wlrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2023, I have caused to be served a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS JAMES GALLANT, M.D.; GALLANT INTERNAL MEDICINE, P.C.; AND CORVALLIS INTERNAL MEDICINE, P.C.** upon all counsel of record via the Court's CM/ECF System.

DATED this 27th day of June 2023.

WATKINSON LAIRD RUBENSTEIN, P.C.


By:  s/ Julia I. Manela
     Julia I. Manela, OSB No. 023771
     1203 Willamette Street, Ste 200
     Eugene, OR 97401-3509
     T: 541-484-2277
     F: 541-484-2282
     Email: jmanela@wlrlaw.com

**By U.S. Mail to the following:**

Jeffrey S. Eden
Schwabe Williamson & Wyatt
Ste. 1900
1211 SW Fifth Avenue
Portland, OR 97204

Julie Ann DeMille
#79886-065
Dublin Federal Correctional Institution
Inmate Mail/Parcels
5701 8th St - Camp Parks
Dublin, CA 94568

Margaret A. Hoffmann
Schwabe Williamson & Wyatt
1600-1900 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204

Pacific Medical Evaluation
and Review Company
132 East Broadway, Suite 314
Eugene, OR 97401

Oregon TLC, LLC
132 East Broadway, Suite 314
Eugene, OR 97401

Roy Blackburn, M.d.
5385 Fairmont Glen
Alpharetta, GA 30004

Oregon TLC, S-Corporation
132 East Broadway, Suite 716
Eugene, OR 97401