UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This Document relates to: | Case No. 1:17-md-2804 |
| *Oglala Lakota Sioux Tribe v. Purdue Pharma L.P., et al.,* Case No. 1:18-op-45353 (N.D. Ohio) | Judge DAN AARON POLSTER |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff, the Oglala Lakota Sioux Tribe a/k/a the Oglala Sioux Tribe (the "Plaintiff") and defendant, Darby Dental Supply, LLC, parties to the above-entitled action, that all of the claims of the Plaintiff against defendant, Darby Dental Supply, LLC, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Dated: June _____, 2023

**Agreed as to form and substance:**

*/s/ Timothy Q. Purdon, Esq.*
Timothy Q. Purdon, Esq.
ROBINS KAPLAN LLP
120 West Divided Avenue, Suite 200
Bismarck, ND 58503
Tel: 701-255-3000
Fax: 612-339-4181
Email: tpurdon@robinskaplan.com
*Counsel for Plaintiff*
*Oglala Lakota Sioux Tribe*

*/s/ John Paul Fulco, Esq.*
John Paul Fulco, Esq.
OFFIT KURMAN P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel: 347-589-8550
Fax: 212-545-1656
Email: jfulco@offitkurman.com
*Counsel for Defendant*
*Darby Dental Supply, LLC*

*/s/ Richard P. Romeo, Esq.*
Richard P. Romeo, Esq.
OFFIT KURMAN P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel: 347-589-8547
Fax: 212-545-1656
Email: rromeo@offitkurman.com
*Counsel for Defendant*
*Darby Dental Supply, LLC*

So Ordered: _____     _____

The Honorable Dan Aaron Polster                Date
United States District Judge