# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *"All Cases"* | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804 <br><br> David R. Cohen <br> Randi S. Ellis <br> Hon. David R. Herndon <br><br> **FEE PANEL ORDER NO. 23 REGARDING COMMUNICATION WITH COUNSEL AND THIRD PARTIES** |

For each of the several thousand Contingency Fee Fund Applications filed in the Distributor and Janssen settlements, counsel identified a single attorney to serve as Contact Counsel. Among other responsibilities, Contact Counsel is solely responsible for: (1) communicating with the Fee Panel about the Application, (2) receiving any Contingency Fee awards, and (3) distributing award funds to Fee Interest Counsel and any lienholders.

Generally, the Fee Panel communicates only with Contact Counsel regarding all matters related to a Contingency Fee Fund Application. However, the Fee Panel is occasionally notified of a fee dispute. In this event, the Fee Panel may, in its sole discretion, communicate with Fee Interest Counsel or other third parties. Such communications may include, without limitation, notifying Fee Interest Counsel or other third parties of award amounts paid or projected to be paid to Contact Counsel. The Fee Panel will not actively participate in resolving any fee dispute, but will hold disputed funds in Trust until the Fee Panel is notified, in a written document signed by all interested parties, that the fee dispute is resolved.

This Fee Panel Order applies to all Fee Funds that the Fee Panel has been or may be appointed to administer in this litigation.

**IT IS SO ORDERED.**

/s/ **David R. Cohen
Randi S. Ellis
<u>David R. Herndon</u>
FEE PANEL**

**Dated:**  June 29, 2023