**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **CASE NO. 1:17-MD-2804** |
| | ) | **JUDGE POLSTER** |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *Cases filed by* | ) | |
| *Third Party Payor Plaintiffs* | ) ) | **ORDER AMENDING** <u>**TPP  BELLWETHER  PROCESS**</u> |

This Court earlier an Order setting "a process for choosing bellwether trials in cases filed by Third Party Payors ('TPPs')." Docket no. 5060 at 1 (citing docket no. 4920). Pursuant to agreement of the parties, the Court now amends that process as follows.

All TPP-plaintiffs who have not voluntarily dismissed their case on or before July 7, 2023, shall complete the agreed-upon Plaintiff Fact Sheet ("PFS") no later than September 5, 2023. Any TPP-plaintiff who does not meet the September 5, 2023 PFS deadline shall, upon motion, have their case dismissed with prejudice.

**IT IS SO ORDERED.**

<u>/s/ *Dan Aaron Polster*</u>
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated:** June 30, 2023