UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-02804<br><br>Judge Dan Aaron Polster |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Kate E. Middleton hereby withdraws as counsel of record for Defendant Target Corporation in the above-captioned matter. Amy R. Fiterman and Rory F. Collins of Faegre Drinker Biddle & Reath LLP will continue to represent the above-named Defendant.

Dated: July 3, 2023

s/ Kate E. Middleton
Kate E. Middleton (MN #0399881)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Fax: 612-766-1600
Email: kate.middleton@faegredrinker.com

*Counsel for Defendant Target Corporation*

US.358295208.01
06/29/23