**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**STIPULATION AND ORDER
REGARDING WASHINGTON SUBDIVISIONS' COMPLIANCE WITH CASE
MANAGEMENT ORDER DKT. 3795**

WHEREAS, on July 23, 2021, pursuant to the Case Management Order Applicable to Cases of "Non-Participating Subdivisions" Asserting Claims Against Settling Defendants (Doc. # 3795) (hereinafter "CMO"), the Court set forth various requirements for Non-Participating Subdivisions to comply with if they were not a Participating Subdivision to the national settlements proposed by Defendants McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen Corporation (collectively, "Settling Distributors"), and Janssen Pharmaceuticals, Inc./Johnson & Johnson ("J&J");

WHEREAS, this Court has extended these deadlines including most recently on May 31, 2023 (Doc. # 5052) pursuant to a stipulation between the Washington State Subdivision Plaintiffs (other than the City of Seattle, whose case has been remanded) and J&J; and

WHEREAS, the Washington State Subdivision Plaintiffs (other than the City of Seattle) and J&J desire to extend the stipulation further in light of ongoing settlement discussions to resolve the undersigned claims and the State of Washington's claims against J&J;

NOW THEREFORE, J&J and the Washington State Subdivision Plaintiffs identified below hereby stipulate, subject to Court approval, that the requirements of the CMO, including

1

those set forth in Sections I-III of the CMO, be stayed for the Washington State Subdivisions identified below for 30 additional days after Friday, July 7, 2023 to Monday, August 7, 2023. The Parties specifically propose that new deadlines for the Washington State Subdivision Plaintiffs identified below pursuant to the CMO are as follows: Plaintiff Fact Sheets are due by Monday, August 7, 2023, (ii) summary expert reports are due September 6, 2023, and (iii) verifying affidavits are due October 7, 2023.

DATED this 6th day of July, 2023.

*/s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6665
clifland@omm.com

*Counsel for Defendant*
*Johnson & Johnson*

*/s/ Lynn Sarko*
Lynn Sarko
Derek Loeser
David J. Ko
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
lsarko@kellerrorhback.com
dloeser@kellerrohrback.com
dko@kellerrohrback.com

*Counsel for City of Tacoma, King County, Skagit County, City of Mount Vernon, City of Burlington, City of Sedro-Woolley, Pierce County, Thurston County, Clark County, City of Kent, Clallam County, Spokane County, Whatcom County, Franklin County, Kitsap County, Island County, City of Olympia, Walla Walla County, Kittitas County, Jefferson County, Whitman County, Chelan County, San Juan County, City of Anacortes, City of Lakewood, City of Vancouver, Lincoln County, City of Bainbridge Island, City of Spokane, and City of Kirkland*

*/s/ Chris Huck*
Christopher M. Huck
GOLDFARB & HUCK

2

ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
(206) 452-0260
huck@goldfarb-huck.com

*Counsel for Snohomish County
and City of Everett*

/s/ Hunter Shkolnik
Hunter Shkolnik
NAPOLI SHKOLNIK
NS PR Law Services
302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
(347) 379-1688
hunter@napolilaw.com

Shayna Sacks
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
ssacks@napolilaw.com

*Counsel for Lewis County*

SO ORDERED this 7th day of July, 2023.

Honorable Dan A. Polster
United States District Judge