IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | MDL No. 2804<br><br>CASE No: 1:17-MD-2804<br><br>JUDGE POLSTER |

**MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to this Court's Order of June 8, 2023, Doc. No. 5060, Plaintiff, Kentucky League of Cities Insurance Services, hereby moves for the Voluntary Dismissal of the above-entitled action without prejudice against Defendants.

RESPECTFULLY SUBMITTED,

_____
WHALEY LAW FIRM
J. R. Whaley (#25930)
6700 Jefferson Highway
Building 12, Suite A
Baton Rouge, LA 70806
Telephone: (225) 302-881

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2023, I electronically filed the foregoing petition with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

_____
J. R. Whaley

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | MDL No. 2804 <br> CASE No: 1:17-MD-2804 <br> JUDGE DANIEL A. POLSTER |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's unopposed Motion to Dismiss without Prejudice, it is

**HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

**SO ORDERED**

Date:_____

_____
DANIEL A. POLSTER
United Stated District Judge