IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 )  ) Case No.: 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) ) Hon. Dan Aaron Polster |
| *All Cases* | ) |

### DEFENDANT NORTH CAROLINA MUTUAL WHOLESALE DRUG d/b/a MUTUAL DRUG'S MOTION TO JOIN CERTAIN NON-LITIGATING REMAINING DEFENDANTS' POSITION STATEMENT REGARDING PLAINTIFFS' REQUEST FOR ARCOS DATA

Defendant North Carolina Mutual Wholesale Drug d/b/a Mutual Drug ("NC Mutual"), by and through undersigned counsel, moves this Court for an Order allowing NC Mutual to join the Non-Litigating Remaining Defendants' ("Remaining Defendants") Position Statement Regarding Plaintiffs' Request for ARCOS Data.  NC Mutual submits there is no need for it to file a duplicative Position Statement as the facts and legal arguments are the same and/or similar as those in the Remaining Defendants Position Statement Regarding Plaintiffs' Request for ARCOS Data. Accordingly, in the interests of judicial economy and efficiency, NC Mutual respectfully requests that the Remaining Defendants' previously filed Position Statement Regarding Plaintiffs' Request for ARCOS Data be deemed incorporated herein.

Dated: July 7, 2023                                         Respectfully submitted,

 

*/s/ Richard H. Blake*
RICHARD H. BLAKE (0083374)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
Phone: 216-348-5400
Facsimile: 216-348-5474
Email: rblake@mcdonaldhopkins.com
*Attorney for Defendant North Carolina Mutual Wholesale Drug d/b/a Mutual Drug*

1

2

## CERTIFICATE OF SERVICE

On July 7, 2023, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Richard H. Blake*
RICHARD H. BLAKE (0083374)
*Attorney for Defendant North Carolina Mutual Wholesale Drug d/b/a Mutual Drug*