IT IS SO ORDERED.
*s/ Dan Aaron Polster*
DAN AARON POLSTER
U.S. DISTRICT JUDGE
Dated: July 7, 2023

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | )  **MDL No. 2804** |
| | ) |
| | )  **Case No.: 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** | ) |
| | )  **Hon. Dan Aaron Polster** |
| *All Cases* | ) |

**DEFENDANT NORTH CAROLINA MUTUAL WHOLESALE DRUG d/b/a
MUTUAL DRUG'S MOTION TO JOIN CERTAIN NON-LITIGATING REMAINING
DEFENDANTS'  POSITION STATEMENT REGARDING PLAINTIFFS' REQUEST
FOR ARCOS DATA**

Defendant North Carolina Mutual Wholesale Drug d/b/a Mutual Drug ("NC Mutual"), by and through undersigned counsel, moves this Court for an Order allowing NC Mutual to join the Non-Litigating Remaining Defendants' ("Remaining Defendants") Position Statement Regarding Plaintiffs' Request for ARCOS Data.  NC Mutual submits there is no need for it to file a duplicative Position Statement as the facts and legal arguments are the same and/or similar as those in the Remaining Defendants Position Statement Regarding Plaintiffs' Request for ARCOS Data. Accordingly, in the interests of judicial economy and efficiency, NC Mutual respectfully requests that the Remaining Defendants' previously filed Position Statement Regarding Plaintiffs' Request for ARCOS Data be deemed incorporated herein.

Dated: July 7, 2023

Respectfully submitted,

*/s/ Richard H. Blake*
RICHARD H. BLAKE (0083374)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
Phone: 216-348-5400
Facsimile: 216-348-5474
Email: rblake@mcdonaldhopkins.com
*Attorney for Defendant North Carolina Mutual
Wholesale Drug d/b/a Mutual Drug*