UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

## STIPULATION AND ORDER
## RELEASING AND DISMISSING WITH PREJUDICE CLAIMS
## PURSUANT TO TRIBAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants Teva and Anda, Inc. (collectively and together with their Released Entities, the "Settling Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Teva Tribal Settlement Agreement, which is now dated December 19, 2022, which is binding on the Dismissing Plaintiffs and the Settling Defendants, and which has an Effective Date of February 24, 2023 (a copy of which is attached as Appendix B), all Claims of each Dismissing Plaintiff against any Settling Defendants, including any entity identified on the attached Appendix C, are hereby voluntarily released and **DISMISSED WITH PREJUDICE**, with each

---

[1] All capitalized terms not defined herein shall have the meaning set forth in the Teva Tribal Settlement Agreement. The Released Entities are each and every entity of any of the Settling Defendants that is a "Released Entity" as set forth in Section I.30 and Exhibit E of the Teva Tribal Settlement Agreement, dated as of December 19, 2022, a copy of which is attached as Appendix B. Appendix C, also attached hereto, represents a good faith effort by the Settling Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Settling Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

party to bear its own costs. The Court shall retain jurisdiction with respect to the Teva Tribal Settlement Agreement to the extent provided under that Agreement.

Dated July 7, 2023                                           Respectfully Submitted,

Agreed as to form and substance:

/s/ Lloyd Miller
Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

/s/ Geoffrey Strommer
Geoffrey Strommer / Caroline Mayhew / Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

/s/ Tim Purdon
Tara Sutton / Tim Purdon
Robins Kaplan LLP

/s/ Lynn Sarko
Lynn Sarko
Keller Rohrback L.L.P.

/s/ T. Roe Frazer
T. Roe Frazer
Frazer PLC

/s/ Peter Mougey
Peter Mougey
Levin Papantonio Rafferty

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

/s/ Steve Skikos
Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

**TEVA DEFENDANTS**

_/s/ Eric W. Sitarchuk_
Eric W. Sitarchuk
Rebecca J. Hillyer
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Eric.sitarchuck@morganlewis.com
Rebecca.hillyer@morganlewis.com
*Counsel for Settling Defendants*

**SO ORDERED:**

Dated: 7/7/2023

_____
HON. DAN AARON POLSTER
U.S. DISTRICT JUDGE