**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| *This document relates to:* | JUDGE DAN AARON POLSTER |
| *All Cases Noted on Attached Appendix A* | |

**SECOND STIPULATION AND [PROPOSED] ORDER**
**DISMISSING WITH PREJUDICE CLAIMS**
**PURSUANT TO CVS TRIBAL SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant CVS Pharmacy, Inc. (collectively and together with the Released Entities, the "CVS Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the CVS Tribal Settlement Agreement dated December 22, 2022, which is binding on the Dismissing Plaintiffs and the CVS Defendants (a copy of which is attached as Appendix B), all Claims of each Dismissing Plaintiff against any CVS Defendant are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the CVS Tribal Settlement Agreement to the extent provided under that Agreement.

---

[1] The Released Entities are each and every entity that is a "Released Entity" as set forth in Section VI.A of the CVS Tribal Settlement Agreement, dated as of December 22, 2022, and Exhibit F thereto. A copy of the CVS Tribal Settlement Agreement is attached as Appendix B.

Dated:  July 11, 2023                    Agreed as to form and substance:

                                         **TRIBAL LEADERSHIP COMMITTEE**

                                         */s/ Lloyd Miller*
                                         Lloyd Miller / Don Simon / Whitney Leonard
                                         Sonosky, Chambers, Sachse, Miller & Monkman, LLP

                                         */s/ Geoffrey Strommer*
                                         Geoffrey Strommer / Caroline Mayhew /
                                         Edmund Goodman
                                         Hobbs, Straus, Dean & Walker, LLP

                                         */s/ Tim Purdon*
                                         Tara Sutton / Tim Purdon
                                         Robins Kaplan LLP

                                         */s/ Lynn Sarko*
                                         Lynn Sarko
                                         Keller Rohrback, L.L.P.

                                         */s/ T. Roe Frazer*
                                         T. Roe Frazer
                                         Frazer PLC

                                         */s/ Peter Mougey*
                                         Peter Mougey
                                         Levin Papantonio Rafferty

                                         */s/ Elizabeth J. Cabraser*
                                         Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
                                         Lieff Cabraser Heimann & Bernstein LLP

                                         */s/ Steve Skikos*
                                         Steve Skikos
                                         Skikos, Crawford, Skikos & Joseph LLP

**CVS PHARMACY, INC.**

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
Zuckerman Spaeder LLP


**SO ORDERED:**

Dated: _____            _____
                                                 HON. DAN AARON POLSTER