# APPENDIX B

## CVS TRIBAL OPIOID SETTLEMENT AGREEMENT

This CVS Settlement Agreement dated as of December 22, 2022 (this "*Agreement*") sets forth the terms of settlement between and among the TLC, Participating Tribes, and CVS (in each case as defined below), to take effect as of the Effective Date (as defined below).

### Table of Contents

I.     Definitions .................................................................................................................. 2

II.    Release ........................................................................................................................ 8

III.   Monetary Relief and Payments .................................................................................. 13

IV.   Allocation and Use of Settlement Funds .................................................................... 14

V.    Participation by Tribes ................................................................................................ 19

VI.   Defendants to be Released Upon Meeting Threshold Requirements ........................... 21

VII.   Plaintiffs' Attorneys' Fees and Costs ......................................................................... 21

VIII.   Dispute Resolution ..................................................................................................... 22

IX.   Miscellaneous ............................................................................................................ 22

## I. Definitions

Unless otherwise specified, the following definitions apply:

1. "*Abatement Fund*" or *"TAFT VIII"* means the Tribal Abatement Fund Trust VIII, a Delaware Statutory Trust to be formed in accordance with the Tribal Abatement Fund Trust VIII Trust Agreement, which shall provide for distributions to Participating Tribes to be used for Opioid Remediation.

2. "*Agreement*" means this CVS Settlement Agreement, inclusive of all Exhibits.

3. "*Alleged Harms*" means the alleged past, present, and future financial, societal and related harms and expenditures arising out of the alleged misuse and abuse of opioid products, non-exclusive examples of which are described in the documents listed on **Exhibit B**, including those expenditures that have allegedly arisen as a result of the physical and bodily injuries sustained by individuals suffering from opioid-related addiction, abuse, death, and other related diseases and disorders, and that have allegedly been caused by CVS.

4. "*Annual Payment*" means the total amount payable into the CVS Settlement Trust by CVS on each Payment Date as set forth in **Exhibit G-1**.

5. "*Attorney Fee Fund*" means a segregated fund within the CVS Settlement Trust set aside to pay attorneys' fees and reimburse attorneys' costs in accordance with Section IV.B.1 of this Agreement.

6. *"Claim"* means any past, present or future cause of action, claim for relief, cross-claim or counterclaim, theory of liability, demand, derivative claim, request, assessment, charge, covenant, damage, debt, lien, loss, penalty, judgment, right, obligation, dispute, suit, contract, controversy, agreement, parens patriae claim, promise, performance, warranty, omission, or grievance of any nature whatsoever, whether legal, equitable, statutory, regulatory or administrative, whether arising under federal, state or local common law, statute, regulation, guidance, ordinance or principles of equity, whether filed or unfiled, whether asserted or unasserted, whether known or unknown, whether accrued or unaccrued, whether foreseen, unforeseen or unforeseeable, whether discovered or undiscovered, whether suspected or unsuspected, whether fixed or contingent, and whether existing or hereafter arising, in all such cases, including but not limited to any request for declaratory, injunctive, or equitable relief, compensatory, punitive, or statutory damages, absolute liability, strict liability, restitution, abatement, subrogation, contribution, indemnity, apportionment, disgorgement, reimbursement, attorneys' fees, expert fees, consultant fees, fines, penalties, expenses, costs or any other legal, equitable, civil, administrative, or regulatory remedy whatsoever.

7.    "*Claim-Over*" means a Claim asserted by a Non-Released Entity against a Released Entity on the basis of contribution, indemnity, or other claim-over on any theory relating to a Non-Party Covered Conduct Claim asserted by a Releasor.

8.    "*Covered Conduct*" means any actual or alleged act, failure to act, negligence, statement, error, omission, breach of any duty, conduct, event, transaction, agreement, misstatement, misleading statement or other activity of any kind whatsoever from the beginning of time through the Effective Date (and any past, present or future consequence of any such act, failure to act, negligence, statement, error, omission, breach of duty, conduct, event, transaction, agreement, misstatement, misleading statement or other activity) in any line of business arising from or relating in any way to: (1) the distribution, dispensing, delivery, monitoring, reporting, supply, sale, prescribing, physical security, warehousing, coverage, purchases, reimbursement, discovery, development, manufacture, packaging, repackaging, marketing, promotion, advertising, labeling, recall, withdrawal, and/or any similar act or failure to act related to any Product; the use and/or abuse of any Product; orders, prescriptions, formularies, guidelines, payments and/or rebates for any Product; policies, practices and/or operating procedures, statements, contracts, commercial arrangements, insurance, claim and/or benefit administration, claim adjudication, plan design, data and/or sales thereof, and/or any similar act or failure to act relating to any Product; and/or any system, plan, policy and/or advocacy relating to any Product, including but not limited to unbranded promotion, marketing, programs, and/or campaigns related to any Product and/or class of Products; (2) the characteristics, properties, risks and/or benefits of any Product; (3) the reporting, disclosure, non-reporting and/or non-disclosure to federal, state and/or other regulators of orders and/or prescriptions, theft, diversion and/or any similar conduct related to any Product; (4) the purchasing, selling, acquiring, disposing of, importing, exporting, handling, processing, packaging, supplying, distributing and/or converting any Product; and (5) controls against diversion, corresponding responsibility and/or suspicious order monitoring related to any Product.

9.    "*CVS*" means CVS Health Corporation and CVS Pharmacy, Inc., and all of their past and present direct and indirect parents and subsidiaries.  For the avoidance of doubt, this definition shall not in any way limit the definition of Released Entities.

10.    "*CVS Settlement Trust*" means the interest-bearing fund to be established by the MDL Court in MDL No. 2804 into which all payments by CVS will be made, which shall be administered by the Special Master, and which is intended to qualify as a "qualified settlement fund" within the meaning of Section 1.468B-1 *et seq.* of the Treasury Regulations promulgated under Section 468B of the Internal Revenue Code of 1986, as amended.

- 3 -

11.    *"Effective Date"* means the date that the TLC delivers (or causes to be obtained and delivered) to CVS the Tribal Participation and Release Forms executed by 95% of Litigating Tribes, treating Cherokee Nation as a Participating Tribe solely for purposes of counting the percentage of Participating Tribes, as determined by the Tribal Allocation Voting Percentages set forth in **Exhibit C** to this Agreement (also known as the Purdue Allocation).  For the avoidance of doubt, Cherokee Nation is not eligible to participate in this Agreement.  The Effective Date shall be no later than December 31, 2023, provided, however, that CVS shall have the unilateral right in its sole discretion to extend that deadline to a date of its choosing and/or to proceed with the Agreement even if the 95% participation threshold has not been satisfied.

12.    *"Eligible Entities"* has the meaning set forth in Section V.E.

13.    "*Later Litigating Tribe*" means a Tribe (or Tribe official asserting the right of or for the Tribe to recover for alleged harms to the Tribe and/or its members thereof) that is not a Litigating Tribe as of the Effective Date and that files a lawsuit bringing a Released Claim against a Released Entity, or that adds such a claim to a pre-existing lawsuit, after the Effective Date

14.    *"Litigating Tribe"* means a Tribe (or Tribe official asserting the right of or for the Tribe to recover for Alleged Harms to the Tribe and/or its members thereof) that (i) is identified on **Exhibit A-1** or (ii) has brought any Released Claims against any Released Entities.  **Exhibit A-1** will be updated (including with any corrections) as necessary.

15.    *"MDL Court"* means the United States District Court for the Northern District of Ohio, Eastern Division.

16.    *"Non-Litigating Tribes"* means a Tribe that (i) has not brought any Released Claims against any Released Entities and (ii) is not identified on **Exhibit A-1**.  **Exhibit A-2** is intended to identify all Non-Litigating Tribes, provided, however, that to the extent there is any conflict between **Exhibit A-2** and the definition of Litigating Tribe and/or Non-Litigating Tribe, the definitions control.  **Exhibit A-2** will be updated (including with any corrections) as necessary.  For the avoidance of doubt, a Tribe listed on **Exhibit A-2** that becomes a Later Litigating Tribe will no longer be considered a Non-Litigating Tribe as of the date it becomes a Later Litigating Tribe.

17.    *"Non-Participating Tribe"* means any Tribe that does not execute a Tribal Participation and Release Form within three years of the Effective Date of this Agreement or any Tribe that, before or within three years of the Effective Date of this Agreement, affirmatively opt-outs of this Agreement and provides written notice to the Special Master, the TLC and CVS of its intent to litigate its Claims against CVS.

18. "*Non-Party Covered Conduct Claim*" means a Claim against any Non-Released Entity involving, arising out of, or related to Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity).

19. "*Non-Party Settlement*" means a settlement by any Releasor that settles any Non-Party Covered Conduct Claim and includes a release of any Non-Released Entity.

20. "*Non-Released Entity*" means an entity that is not a Released Entity.

21. "*Ongoing Common Benefit Order*" has the meaning set forth in Section III.A.4.

22. "*Opioid Remediation*" means care, treatment, and other programs and expenditures (including reimbursement for past such programs or expenditures except where this Agreement restricts the use of funds solely to future Opioid Remediation) designed to remediate Alleged Harms, including to (1) address the misuse and abuse of opioid products, (2) treat or mitigate opioid use or related disorders, or (3) mitigate other alleged effects of the opioid abuse crisis, including on those injured as a result of the opioid abuse crisis. **Schedule B** of the TAFT VIII TDP provides a list of programs, services and activities that qualify as expenditures for Opioid Remediation. In addition, **Schedule D** of the TAFT VIII TDP provides a non-exhaustive list of Tribal Abatement Strategies that also qualify as expenditures for Opioid Remediation. Qualifying expenditures may include reasonable related administrative expenses.

23. "*Participating Tribe*" means any Tribe that executes a Tribal Participation and Release Form and uploads the Tribal Participation and Release Form to the Portal within three years of the Effective Date. A Litigating Tribe or Later Litigating Tribe is not eligible to become a Participating Tribe after the completion of opening statements in a trial of a lawsuit it has brought that includes a Released Claim against a Released Entity.

24. "*Parties*" means CVS, the TLC, and Participating Tribes (each, a "*Party*").

25. "*Payment Date*" means the date on which CVS makes its Annual Payment for a Payment Year pursuant to Section III.A and **Exhibit G-1**. The Payment Date for Payment Year 1 is thirty (30) days after the later of (1) the Effective Date, or (2) the date the CVS Settlement Trust has been established under the authority and jurisdiction of the MDL Court, and CVS has received from the TLC an IRS Form W-9 and wire instructions for the CVS Settlement Trust. The Payment Date in Payment Years 2 through 10 shall be on the anniversary of the Effective Date in each of those Payment Years.

26. "*Payment Year*" means the calendar year during which an Annual Payment is due pursuant to Section III.A. Payment Year 1 is the calendar year in

- 5 -

which the first Annual Payment is due.  Payment Years 2 through 10 are the following nine calendar years.  References to payment "*for a Payment Year*" mean the Annual Payment due during that year.  References to eligibility "*for a Payment Year*" mean eligibility for Annual Payment during that year.

27.     *"Portal"* means the Tribal Opioid Settlement Portal at which (a) the Tribal Participation Agreements shall be received and maintained by the TLC for review and approval by CVS and (b) the information related to the Tribal Allocation Distribution Percentage shall be maintained.

28.     *"Product"* means any chemical substance, whether licit or illicit, whether used for medicinal or non-medicinal purposes, and whether natural, synthetic, or semi-synthetic, or any finished pharmaceutical product made from or with such substance, that is (1) an opioid or opiate, as well as any product containing any such substance; (2) a benzodiazepine, a muscle relaxer,  carisoprodol, zolpidem, or gabapentin; or (3) a combination or "cocktail" of any stimulant or other chemical substance prescribed, sold, bought, or dispensed to be used together that includes opioids or opiates. "Product" shall include, but is not limited to, any substance consisting of or containing buprenorphine, codeine, fentanyl, hydrocodone, hydromorphone, meperidine, methadone, morphine, oxycodone, oxymorphone, tapentadol, tramadol, opium, heroin, carfentanil, diazepam, estazolam, quazepam, alprazolam, clonazepam, oxazepam, flurazepam, triozolam, temazepam, midazolam, carisoprodol, gabapentin, or any variant of these substances or any similar substance.   Notwithstanding the foregoing, nothing in this section prohibits a Participating Tribe from taking administrative or regulatory action related to a benzodiazepine (including, but not limited to, diazepam, estazolam, quazepam, alprazolam, clonazepam, oxazepam, flurazepam, triozolam, temazepam, and midazolam), a muscle relaxer, carisoprodol, zolpidem, or gabapentin that is wholly independent from the use of such drugs in combination with opioids, provided such action does not seek money (including abatement and/or remediation) for conduct prior to the Effective Date.

29.     *"Released Claims"* means any and all Claims that directly or indirectly are based on, arise out of, or in any way relate to or concern the Covered Conduct and/or Alleged Harms occurring prior to the Effective Date. Without limiting the foregoing, "Released Claims" include any Claims that have been asserted against the Released Entities by any Tribe in any federal, state, or local action or proceeding (whether judicial, arbitral, or administrative) based on, arising out of or relating to, in whole or in part, the Covered Conduct and/or Alleged Harms, or any such Claims that could be or could have been asserted now or in the future in those actions or in any comparable action or proceeding brought by a Tribe or any Releasors (whether or not such Tribe or Releasor has brought such action or proceeding).  Released Claims also include all Claims asserted in any

- 6 -

proceeding to be dismissed pursuant to the Agreement, whether or not such claims relate to Covered Conduct and/or Alleged Harms. The Parties intend that "Released Claims" be interpreted broadly. This Agreement does not release Claims by private individuals for any of their own damages for alleged personal injuries arising out of their use of any Product. But in any action arising from or relating to such Claims or the Covered Conduct and/or Alleged Harms, the Released Entities may assert as a defense or otherwise argue that the payments required herein serve as a measure of compensation for personal injuries or for other legal or equitable claims or demands asserted by private individuals or others. It is the intent of the Parties that Claims by private individuals be treated in accordance with applicable law.

30. *"Released Entities"* has the meaning set forth in Section VI.A.

31. *"Releasors"* means (1) each Participating Tribe; and (2) without limitation and to the maximum extent of the power of each Participating Tribe to release Claims, (a) the Participating Tribe's departments, agencies, divisions, boards, commissions, subdivisions, districts, instrumentalities of any kind and attorneys, and any person in their official capacity whether elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, (b) any public entities, public instrumentalities, public educational institutions, unincorporated districts, fire districts, irrigation districts, water districts, law enforcement districts, emergency services districts, school districts, and hospital districts of the Participating Tribes, within the territory governed by a Participating Tribe, and (c) any person or entity acting in a parens patriae, sovereign, quasi-sovereign, private attorney general, qui tam, taxpayer, or other capacity seeking relief on behalf of or generally applicable to the general public with respect to a Participating Tribe, whether or not any of them participate in the Agreement.

32. "*Settlement Amount*" has the meaning set forth in Section III.A.2.

33. *"Settlement Fund Escrow"* means the interest-bearing escrow fund established pursuant to Docket No. 4215 in MDL No. 2804.

34. "*Special Master*" means David R. Cohen appointed by the MDL Court in MDL No. 2804.

35. "*TAFT VIII Directors*" or "the *Directors*" means the individuals Mary Smith, Dean Kevin Washburn and Kathy Hannan, or their successors, appointed by the MDL Court in MDL No. 2804.

36. "*TAFT VIII Trust Agreement*" means the Tribal Abatement Fund Trust VIII Trust Agreement, to be effective as of the Effective Date in substantially in the form attached hereto as **Exhibit D**.

37.    "*TAFT VIII TDP*" means the Trust Distribution Procedures set forth as **Exhibit 4** of the TAFT VIII Trust Agreement.

38.    "*TLC*" means the Tribal Leadership Committee appointed by the Court in MDL No. 2804.

39.    "*Total Remediation Amount*" has the meaning set forth in Section III.A.2.b.

40.    "*Tribal Allocation Appointees*" means David R. Cohen and Layn Phillips appointed by the MDL Court to set the procedures by which the inter-tribal allocation will be completed and to jointly determine the final inter-tribal allocation resulting in each Tribe's Tribal Allocation Distribution Percentage for this Agreement.

41.    "*Tribal Allocation Distribution Percentage*" means a Tribe's percentage as determined by the Tribal Allocation Appointees pursuant to Section IV.D. The aggregate Tribal Allocation Distribution Percentages of all Tribes shall equal 100%.

42.    "*Tribal Opioid Abatement Report*" means an annual report on the Approved Tribal Opioid Abatement Uses, as required under Section 2.5 of the TAFT VIII Trust Agreement.

43.    "*Tribal Participation and Release Form*" means the form attached hereto as **Exhibit E**.

44.    "*Tribe*" or "*Tribes*" means one or more Eligible Entity set forth on **Exhibit A-1** or **Exhibit A-2** of this Agreement.

## II.    Release

A.    *Scope*. As of the Effective Date, the Released Entities will be released and forever discharged from all of the Releasors' Released Claims. Each Participating Tribe (for itself and its Releasors) will absolutely, unconditionally, and irrevocably covenant not to bring, file, or claim, or to cause, assist in bringing, or permit to be brought, filed, or claimed, or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever. The releases provided for in this Agreement are intended by the Parties to be broad and shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to Released Claims and extend to the full extent of the power of each Releasor to release claims. The releases shall be a complete bar to any Released Claim.

B.    *Claim-Over and Non-Party Settlement.*

1.    *Statement of Intent.* It is the intent of the Parties that:

a. Released Entities should not seek contribution or indemnification (other than pursuant to an insurance contract) from other parties for their payment obligations under this Agreement;

b. the payments made under this Agreement shall be the sole payments made by the Released Entities to the Releasors involving, arising out of, or related to Alleged Harms and/or Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity);

c. Claims by Releasors against non-Parties should not result in additional payments by Released Entities, whether through contribution, indemnification or any other means; and

d. the Settlement meets the requirements of the Uniform Contribution Among Joint Tortfeasors Act and any similar state law or doctrine that reduces or discharges a released party's liability to any other parties.

e. The provisions of this Section II.B are intended to be implemented consistent with these principles.  This Agreement and the releases and dismissals provided for herein are made in good faith.

2. *Contribution/Indemnity Prohibited*.  No Released Entity shall seek to recover for amounts paid under this Agreement based on indemnification, contribution, or any other theory from a manufacturer, pharmacy, hospital, pharmacy benefit manager, health insurer, third-party vendor, trade association, distributor, or health care practitioner, provided that a Released Entity shall be relieved of this prohibition with respect to any entity that asserts a Claim-Over against it or with respect to any person or entity that brings any other form of action against CVS arising out of or related to Covered Conduct.  For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.

3. *Non-Party Settlement*.  To the extent that, on or after the Effective Date, any Releasor enters into a Non-Party Settlement, including in any bankruptcy case or through any plan of reorganization (whether individually or as a class of creditors), the Releasor will include (or in the case of a Non-Party Settlement made in connection with a bankruptcy case, will cause the debtor to include), unless prohibited from doing so under applicable law, in the Non-Party Settlement a prohibition on contribution or indemnity of any kind substantially equivalent to that required from CVS in Section II.B.2, or a release from such Non- Released Entity in favor of the Released Entities (in a form equivalent to the releases contained in this Agreement) of any Claim-Over.  The obligation to obtain the prohibition and/or release required by this subsection is a material term of this Agreement.

4.     *Claim-Over.*  In the event that any Releasor obtains a judgment with respect to Non-Party Covered Conduct against a Non-Released Entity that does not contain a prohibition like that in Section II.B.3, or any Releasor files a Non-Party Covered Conduct Claim against a non- Released Entity in bankruptcy or a Releasor is prevented for any reason from obtaining a prohibition/release in a Non-Party Settlement as provided in Section II.B.3, and such Non-Released Entity asserts a Claim-Over against a Released Entity, then Releasor and CVS shall take the following actions to ensure that the Released Entities do not pay more with respect to Alleged Harms and/or Covered Conduct to Releasors or to Non-Released Entities than the amounts owed under this Agreement by CVS:

a.     CVS shall notify that Releasor of the Claim-Over within sixty (60) days of the assertion of the Claim-Over or sixty (60) days of the Effective Date of this Agreement, whichever is later;

b.     CVS and that Releasor shall meet and confer concerning the means to hold Released Entities harmless and ensure that it is not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by CVS under this Agreement;

c.     That Releasor and CVS shall take steps sufficient and permissible under applicable law to hold Released Entities harmless from the Claim-Over and ensure Released Entities are not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by CVS under this Agreement.  Such steps may include, where permissible:

(1)     Filing of motions to dismiss or such other appropriate motion by CVS or Released Entities, and supported by Releasors, in response to any claim filed in litigation or arbitration;

(2)     Reduction of that Releasor's Claim and any judgment it has obtained or may obtain against such Non-Released Entity by whatever amount or percentage is necessary to extinguish such Claim-Over under applicable law, up to the amount that Releasor may obtain, or has authority to control from such Non-Released Entity;

(3)     Placement into the Settlement Fund Escrow of funds paid by the Non-Released Entities such that those funds are available to satisfy the Claim-Over;

(4)     Return of monies paid by CVS under this Agreement to the Settlement Fund Escrow not yet distributed to Releasors to

permit satisfaction of a judgment against or settlement with the Non-Released Entity to satisfy the Claim-Over;

(5) Payment of monies to CVS by that Releasor to ensure it is held harmless from such Claim-Over, up to the amount that Releasor may obtain, or has authority to control from such Non-Released Entity;

(6) Credit to CVS under this Agreement to reduce the overall amounts to be paid under the Agreement such that it is held harmless from the Claim-Over; and

(7) Such other actions as that Releasor and CVS may devise to hold CVS harmless from the Claim-Over.

d. The actions of that Releasor and CVS taken pursuant to paragraph (c) must, in combination, ensure CVS is not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by CVS under this Agreement.

e. In the event of any dispute over the sufficiency of the actions taken pursuant to paragraph (c), that Releasor and CVS may seek review by the Court. In the event that the Court's actions do not result in Released Entities being held fully harmless, CVS shall have a claim for breach of this Agreement by Releasors, with the remedy being payment of sufficient funds to hold CVS harmless from the Claim-Over. For the avoidance of doubt, the prior sentence does not limit or eliminate any other remedy that CVS may have.

5. To the extent that the Claim-Over is based on a contractual indemnity, the obligations under Section II.B.4 shall extend solely to a Non-Party Covered Conduct Claim against a pharmacy, clinic, hospital or other purchaser or dispenser of Products, a manufacturer that sold Products, a consultant, and/or a pharmacy benefit manager or other third-party payor. CVS shall notify the Participating Tribes, to the extent permitted by applicable law, in the event that any of these types of Non-Released Entities asserts a Claim-Over arising out of contractual indemnity against it.

C. *General Release*. In connection with the releases provided for in the Agreement, each Participating Tribe (for itself and its Releasors) expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

**General Release; extent**. A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release that, if known by him or her, would

- 11 -

have materially affected his or her settlement with the debtor or released party.

A Releasor may thereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Participating Tribe (for itself and its Releasors) hereby expressly waives and fully, finally, and forever settles, releases, and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date but which Releasors do not know or suspect to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and which, if known, would materially affect the Participating Tribes' decision to enter into the Agreement or the Participating Tribes' decision to participate in the Agreement.

D.   *Res Judicata*.  Nothing in the Agreement shall be deemed to reduce the scope of the res judicata or claim preclusive effect that the settlement memorialized in the Agreement, and/or any stipulation of dismissal with prejudice or judgment entered on the Agreement, gives rise to under applicable law.

E.   *Representation and Warranty*.  The signatories hereto on behalf of the Participating Tribes expressly represent and warrant that they have the authority to enter this Agreement on behalf of the Participating Tribes and that the Participating Tribes will obtain on or before the Effective Date (or have obtained) the authority to settle and release, to the maximum extent of the Tribe's power, all Released Claims of (1) their respective Participating Tribes; and (2) all Releasors of their respective Participating Tribes.

F.   *Effectiveness*.  The releases set forth in the Agreement shall not be impacted in any way by any dispute that exists, has existed, or may later exist between or among the Releasors.  Nor shall such releases be impacted in any way by any current or future law, regulation, ordinance, or court or agency order limiting, seizing, or controlling the distribution or use of the CVS Settlement Trust or any portion thereof, or by the enactment of future laws, or by any seizure of the CVS Settlement Trust or any portion thereof.

G.   *Cooperation*.  Releasors (i) will not encourage any person or entity to bring or maintain any Released Claim against any Released Entity and (ii) will reasonably cooperate with and not oppose any effort by a Released Entity to secure the prompt dismissal of any and all Released Claims.

H.   *Non-Released Claims*.  Notwithstanding the foregoing or anything in the definition of Released Claims, the Agreement does not waive, release or limit any criminal liability, Claims for any outstanding liability under any tax or securities law, Claims against parties who are not Released Entities, Claims by private individuals and any claims arising under this Agreement for enforcement of this Agreement.

### III. Monetary Relief and Payments

A. *Structure of Payments*

1. All payments under this Section III shall be made into the CVS Settlement Trust. The payments in the CVS Settlement Trust shall be allocated and used only as specified in Section IV of this Agreement.

2. Provided that 95% of Litigating Tribes become Participating Tribes by December 31, 2023, such that the Effective Date occurs, CVS shall make ten (10) Annual Payments into the CVS Settlement Trust for a total sum of One Hundred Thirty Million, Three-Hundred Forty-Four Thousand, Eighty-Five Dollars and Twenty-Six Cents ($130,344,085.26) (the "Settlement Amount"), subject to the reductions described in Section IV.E. Annual Payments shall be made on or before the Payment Date for each Payment Year. The Settlement Payment Schedule is set forth in **Exhibit G-1** and is defined below.

    a. CVS shall pay into the CVS Settlement Trust an amount of Seventeen Million, Six-Hundred Fifty-Two Thousand, Two-Hundred Sixty-Four Dollars ($17,652,264.24) to be paid in installments over five (5) years as set forth in **Exhibit G-1**, subject to the reductions described in Section IV.E. These funds shall be allocated by the Special Master to the Attorney Fee Fund.

    b. CVS shall pay into the CVS Settlement Trust an amount of One-Hundred-Twelve Million, Six-Hundred Ninety-One Thousand, Eight-Hundred Twenty-One Dollars ($112,691,821.03) (the "Total Remediation Amount") to be paid in installments over ten (10) years as set forth in **Exhibit G-1**, subject to the reductions described in Section IV.E. These funds shall be allocated by the Special Master to TAFT VIII.

    c. For the avoidance of doubt, CVS shall not be called on to make any payments pursuant to this Agreement in addition to the above payments. In no event shall CVS's payment obligation for a Payment Year exceed the Annual Payment for that Payment Year as specified in **Exhibit G-1**, and in no event shall the sum of CVS's Annual Payments exceed the Settlement Amount.

3. CVS and a Participating Tribe may enter into an agreement for CVS to earn credits against that Participating Tribe's Tribal Allocation Distribution Percentage of Annual Payments for dispensing free-of-charge opioid alternatives, for free-of-charge product provided in connection with other opioid-related resolutions, and/or for other initiatives and services.

4. The Settlement Amount includes the amount necessary to comply with the Ongoing Common Benefit Order (Dkt. #4428) in *In re National*

- 13 -

*Prescription Opiate Litigation*, case no. 1:17-md-2804, pending in the United States District Court for the Northern District of Ohio Eastern Division (the "Ongoing Common Benefit Order").  The Special Master shall hold the amount necessary to ensure compliance with the Ongoing Common Benefit Order until further order by the MDL Court.  It is expressly understood and agreed that CVS's Annual Payments into the CVS Settlement Trust under Section III.A.2 fulfill its obligations under the Ongoing Common Benefit Order.

5.  If 95% of Litigating Tribes, including Cherokee Nation as a Participating Tribe solely for purposes of calculating the percentage of Participating Tribes, do not become Participating Tribes by December 31, 2023, such that the Effective Date does not occur, then CVS shall make no payments, this Agreement will have no further effect, and all releases and other commitments or obligations contained herein will be void, provided, however, that CVS shall have the unilateral right in its sole discretion to extend that deadline to a date of its choosing and/or to proceed with the Agreement even if the 95% threshold has not been satisfied.

## IV.  Allocation and Use of Settlement Funds

A.  *Components of Settlement Fund.*  Subject to Section IV.B.3, the CVS Settlement Trust shall be comprised of funds earmarked for Opioid Remediation and for the Attorney Fee Fund as set forth in Section IV.B.

B.  *Use of Settlement Payments.*

1.  Within fifteen (15) calendar days after receiving each of the ten (10) Annual Payments, the Special master shall transfer and disburse fund from the CVS Settlement Trust pursuant to Section III.A.2 and in accordance with **Exhibits G-1** and **G-2**.  The Annual Payments for Payment Years 1 through 5 shall be divided between the Attorney Fee Fund and TAFT VIII as set forth in **Exhibits G-1** and **G-2**.  The amounts allocated to TAFT VIII shall be distributed to Participating Tribes to be used for Opioid Remediation in accordance with the TAFT VIII Trust Agreement and the TAFT VIII TDP.  The Annual Payments for Payment Years 6 through 10 shall be paid in their entirety to TAFT VIII for distribution to Participating Tribes to be used for Opioid Remediation in accordance with the TAFT VIII Trust Agreement and the TAFT VIII TDP.

a.  It is the intent of the Parties that the payments disbursed from TAFT VIII to the Participating Tribes be for Opioid Remediation.  In no event may less than eighty-five percent (85%) of the Settlement Amount (or precisely $110,792,472) be paid to TAFT VIII for distribution to Participating Tribes to use for Opioid Remediation in accordance with the TAFT VIII Trust Agreement and the TAFT VIII TDP.  The Parties acknowledge and agree that the payments

disbursed to the Tribes from TAFT VIII in accordance with this Section IV and Schedules B and D of the TAFT VIII TDP are exclusively for Opioid Remediation.  The distributions to the TAFT VIII will be paid over ten (10) years.

b.    The remaining fifteen percent (15%) of the Settlement Amount (or precisely $19,551,612) shall be set aside by the Special Master for the Attorney Fee Fund subject to Section VI to pay the attorneys' fees and litigation costs. The distributions to the Attorney Fee Fund will be paid over five (5) years. Any amounts allocated to the Attorney Fee Fund that are not used for the attorneys' fees and costs of Participating Tribes shall be reallocated to TAFT VIII for distribution to Participating Tribes to be used for Opioid Remediation.

2.    The TAFT VIII Directors shall set aside and hold back the funds allocable to each of the following Tribes proportionate to the Tribe's Tribal Allocation Distribution Percentage:

a.    A Non-Litigating Tribe that has not become a Participating Tribe at the time of such distribution, and the provisions of Section IV.E.1 shall apply with respect to such Non-Litigating Tribe.

b.    A Litigating Tribe that has not become a Participating Tribe at the time of such distribution, and the provisions of Section IV.E.2 shall apply with respect to such Litigating Tribe.

3.    The Special Master shall deduct the costs and expenses incurred in the administration of the CVS Settlement Trust out of the interest accrued on the CVS Settlement Trust and thereafter from the principal of the CVS Settlement Trust.

C.    *Duties and Expenses of the Directors.*

1.    The Directors shall have the duties set forth in this Agreement and in the TAFT VIII Trust Agreement.  For the avoidance of doubt, the Directors will have duties and responsibilities comparable to those the same individuals exercise as trustees as set forth in the proposed Tribal Abatement Fund Trust Agreement filed 08/23/21 (Doc. 3634) with the Fifteenth Plan Supplement under the Eighth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (the "*Purdue Plan*"), confirmed by the Bankruptcy Court in *In re Purdue Pharma L.P.,* No. 19-23649 (RDD) (S.D.N.Y) (without regard to the effectiveness of any other orders, documents, agreements or similar authorities that may otherwise be applicable to the Purdue Plan).

2.    Any expenses, costs and fees associated with or arising out of the duties of the Directors shall be paid out of interest accrued on the Abatement Fund

and from the principal in the Abatement Fund should such interest prove insufficient, subject to the requirement in Section IV.B.1 that in no event may less than eighty-five percent (85%) of the Settlement Amount be spent on Opioid Remediation.

D.    *Duties and Expenses of Tribal Allocation Appointees.*

1.    David R. Cohen and Layn Phillips, in their capacities as Tribal Allocation Appointees, shall jointly determine the final inter-Tribe allocation resulting in each Tribe's Tribal Allocation Distribution Percentage for this Agreement.  The final Tribal Allocation Distribution Percentages shall govern the distributions to Participating Tribes in accordance with this Section IV.  For the avoidance of doubt, such procedures include:

   a.    Each Participating Tribe shall have had the right to meaningfully participate in the final allocation process and a right to be heard prior to entry of the final allocation order.

   b.    The Directors shall provide notice of the Agreement to the unrepresented tribes.  The Directors shall coordinate with Special Master David Cohen and Layn Phillips in their capacities as Tribal Allocation Appointees to set forth the procedures by which notice is provided.

   c.    Unrepresented Participating Tribes shall have the same rights as the represented tribes within the settlement allocation process.

   d.    CVS acknowledges and expressly agrees that it has no role whatsoever in the inter-tribal allocation.

2.    Any expenses, costs, and fees associated with or arising out of the duties of David R. Cohen and Layn Phillips in their capacities as Tribal Allocation Appointees (including expenses of retaining experts or other professionals to assist them on allocation issues including BrownGreer PLC and any trust counsel), shall be agreed to by the Special Master consistent with Section IV.B.3 and paid out of the interest accrued on the Settlement Fund Escrow and, after the Effective Date, from the interest accrued on the CVS Settlement Trust.  Thereafter, all such expenses, costs and fees shall be paid from the principal of that portion of the CVS Settlement Trust which, under Section IV.B.1, will be allocated to and paid to TAFT VIII, provided that, the Special Master may estimate the amount necessary to pay such allocation-related expenses, costs and fees reasonably expected to be incurred for one year after the Effective Date and reserve that amount from payment to TAFT VIII, to be held by the CVS Settlement Trust to cover such allocation-related expenses, costs and fees for one year after the Effective Date, following which the balance, if any, remaining of any such reserved amount shall be paid to TAFT VIII.

E.    *Treatment of Non-Participating Tribes.*

1.    <u>Non-Litigating Tribes</u>.  Non-Litigating Tribes shall have a period of three years after the Effective Date to execute a Tribal Participation and Release Form.  If a Non-Litigating Tribe executes a Tribal Participation and Release Form within three years after the Effective Date, it shall receive the amount (including accumulated holdback amounts) allocable to its Tribal Allocation Distribution Percentage from the Abatement Fund.  If a Non-Litigating Tribe does not execute a Tribal Participation and Release Form within three years after the Effective Date, the amount (including accumulated holdback amounts) allocable to its Tribal Allocation Distribution Percentage will be reallocated and paid to all Participating Tribes pro rata at the end of the three year period following the Effective Date, provided however that if a Non-Litigating Tribe does not execute a Tribal Participation and Release Form within three years after the Effective Date but files Released Claims against one or more Released Entities anytime in that same three-year period, the amount (including accumulated holdback amounts) allocable to such Non-Litigating Tribe pursuant to its Tribal Allocation Distribution Percentage shall revert to CVS, to be paid to CVS within sixty (60) days after the third anniversary of the Effective Date.  The Annual Payment for each future Payment Year as reflected in **Exhibit G-1** also shall be reduced by the Non-Litigating Tribe's Tribal Allocation Distribution Percentage.

2.    <u>Litigating Tribes</u>.  Any Litigating Tribe (excluding Cherokee Nation) that does not execute a Tribal Participation and Release Form within three years after the Effective Date or any Litigating Tribe that affirmatively opt-outs of this Agreement and provides written notice to the Special Master, the TLC and CVS of its intent to litigate any Released Claims against any Released Entities shall forego its right to participate in distributions contemplated by this Agreement, in which case any amounts (including accumulated holdback amounts) allocable to such Litigating Tribe pursuant to its Tribal Allocation Distribution Percentage shall revert to CVS, to be paid to CVS within sixty (60) days after the third anniversary of the Effective Date.  The Annual Payment for each future Payment Year as reflected in **Exhibit G-1** also shall be reduced by the Litigating Tribe's Tribal Allocation Distribution Percentage.

F.    *Provisions Regarding Abatement Fund.*

1.    The funds distributed by TAFT VIII to each Participating Tribe shall be used solely for Opioid Remediation.

2.    The TAFT VIII Directors shall, in consultation with the TLC, design and implement a system of annual reporting by Participating Tribes relating to Opioid Remediation expenditures made using funds received from TAFT VIII.  The TAFT VIII Directors shall provide an annual Tribal Opioid

- 17 -

Abatement Report to CVS and the Special Master, which annual report may be filed by the Special Master, in his discretion, with the MDL Court.

G. *Nature of Payment.*

1. CVS and the TLC acknowledge and agree that notwithstanding anything to the contrary in this Agreement, including, but not limited to, the scope of the Released Claims:

   a. CVS has entered into this Agreement to avoid the delay, expense, inconvenience, and uncertainty of further litigation;

   b. The Participating Tribes sought compensatory restitution and remediation (within the meaning of 26 U.S.C. § 162(f)(2)(A)) as damages for the Alleged Harms allegedly suffered by the Tribes;

   c. By executing the Tribal Participation and Release Form, the Participating Tribes acknowledge that: (a) the Total Remediation Amount is no greater than the amount, in the aggregate, of the Alleged Harms allegedly suffered by the Participating Tribes; and (b) the portion of the Total Remediation Amount received by each Participating Tribe is no greater than the amount of the Alleged Harms allegedly suffered by such Participating Tribe;

   d. The payment of the Total Remediation Amount by CVS constitutes, and is paid for, compensatory restitution and remediation (within the meaning of 26 U.S.C. § 162(f)(2)(A)) for alleged damage or harm (as compensation for alleged damage or harm arising out of alleged bodily injury) allegedly caused by CVS;

   e. The Total Remediation Amount is being paid as compensatory restitution and remediation (within the meaning of 26 U.S.C. § 162(f)(2)(A)) in order to restore, in whole or in part, the Participating Tribes to the same position or condition that they would be in had the Participating Tribes not suffered the Alleged Harms and constitutes compensatory restitution and remediation for damage or harm allegedly caused by the potential violation of a law and/or is an amount paid to come into compliance with the law; and

   f. For the avoidance of doubt: (a) the entire Total Remediation Amount is properly characterized as described in Section IV.G.1.d and Section IV.G.1.e; (b) no portion of the Total Remediation Amount represents reimbursement to any Participating Tribe, or other person or entity, for the costs of any investigation or litigation, including without limitation attorneys' fees; (c) no portion of the Settlement Amount constitutes the disgorgement of any allegedly ill-gotten gains; and (d) no portion of the Settlement Amount is paid

- 18 -

for, is in place of, or is properly characterized as any fine, penalty, punitive damages, or other punitive assessments.

2.    Tax Reporting and Cooperation

a.    Each Participating Tribe shall cooperate in good faith with CVS with respect to any tax claim, dispute, investigation, audit, examination, contest, litigation, or other proceeding relating to this Agreement.

b.    The Muscogee (Creek) Nation, on behalf of all Participating Tribes (the "Form 1098-F Filer"), shall designate one of its officers or employees to act as the "appropriate official" within the meaning of Treasury Regulations Section 1.6050X-1(f)(1)(ii)(B).

c.    The Form 1098-F Filer shall complete and file an IRS Form 1098-F with the IRS on or before February 28 (March 31 if filed electronically) of the year following the calendar year in which the Effective Date occurs.  On the Form 1098-F, the Form 1098-F Filer shall identify the entire Total Remediation Amount as remediation/restitution.  The Form 1098-F Filer also shall, on or before January 31 of the year following the calendar year in which the Effective Date occurs, furnish Copy B of such IRS Form 1098-F (or an acceptable substitute statement) to CVS.

d.    For the avoidance of doubt, except as explicitly set forth in this Agreement, neither CVS, the TLC, any Tribe, or counsel to any of the foregoing makes any warranty or representation as to the tax consequences of the payment of the Total Remediation Amount (or any portion thereof).

## V.    Participation by Tribes

A.    *Presentation of Aggregated Settlement Offer, Informed Consent and Compliance with Ethical Rules*.  The TLC believes the Settlement Amount and term of years to be reasonable and recommends moving forward to present this Agreement and informed consent documentation to all Litigating Tribes identified on **Exhibit A-1** and all Non-Litigating Tribes identified on **Exhibit A-2**, and if applicable, to their counsel.  CVS, the Released Entities, and the TLC recognize the ultimate decision to settle rests with each Tribe.  The TLC will work with all counsel to present the proposed aggregate settlement and allocation procedures to all Tribes and will use best efforts to secure 100% participation.

B.    *Notice to Unrepresented Tribes*.  The Directors shall provide notice of the Agreement to each Non-Litigating Tribe, each of which shall have the same rights as the Litigating Tribes to determine the final Tribal Allocation Distribution Percentage for that Tribe.

C.  *Tribal Participation and Release Form.*  Attached hereto as **Exhibit E** is the Tribal Participation and Release Form.  A Tribe's executed Participation and Release Form is evidence of its status as a Party to this Agreement, and the executed Tribal Participation and Release Forms and their terms are incorporated herein by reference.

D.  *Dismissal of Claims.*  Each Participating Tribe, either directly or through its counsel, shall provide a dismissal with prejudice of all Released Claims by that Tribe against Released Entities.  Dismissal of a Litigating Tribe's Claims against Released Entities shall be filed only upon the occurrence of the Effective Date.  The Parties will coordinate a streamlined dismissal process with the MDL Court that will allow for a bulk filing of the agreed dismissals.

E.  *Eligible Entities.*  **Exhibits A-1** and **A-2** together set forth all entities eligible to participate in this Agreement ("*Eligible Entities*"):

  1.  Each entity listed on **Exhibit A-1** is either (1) a federally recognized tribe that the U.S. Secretary of the Interior acknowledges as an Indian Tribe, as provided in the Federally Recognized Tribe List Act of 1994, 25 U.S.C. § 5130, and that has filed an opioid case in MDL No. 2804 or in a case pending in State court, or (2) a "tribal organization," as defined in 25 U.S.C. § 5304(I), or an "inter-tribal consortium," as defined in 25 U.S.C. § 5381(a)(5), that provides health care pursuant to contracts/compacts with the Indian Health Service, and that has filed an opioid case against CVS in MDL No. 2804 or in a case pending in State court.  **Exhibit A-1** includes the filing docket number and counsel of record for the listed entity.  Each entity listed on **Exhibit A-1** is entitled to participate in this Agreement.  Cherokee Nation is excluded from the entities listed on **Exhibit A-1** as Cherokee Nation has separately settled with CVS.

  2.  **Exhibit A-2** includes entities that are federally recognized tribes that the U.S. Secretary of the Interior acknowledges as an Indian Tribe, as provided in the Federally Recognized Tribe List Act of 1994, 25 U.S.C. § 5130, and that have not filed an opioid case in MDL No. 2804 or in a case pending in State court.  **Exhibit A-2** also includes Alaska Native "tribal organizations," as defined in 25 U.S.C. § 5304(I) and "inter-tribal consortia," as defined in 25 U.S.C. § 5381(a)(5), that provide health care pursuant to contracts/compacts with the Indian Health Service, and that have not filed an opioid case in MDL No. 2804 or in a case pending in State court.  Each entity listed on **Exhibit A-2** is entitled to participate in this Agreement.

F.  *Calculating Tribal Allocation Voting Percentages for Tribal Health Organizations and Inter-Tribal Consortia.*

  1.  <u>In Alaska</u>: For purposes of determining whether the 95% participation threshold of Tribes has been met, the full amount of the Tribal Allocation Voting Percentage as listed on **Exhibit C** shall be used for each litigating

- 20 -

Alaska Tribal Health Organization, litigating Alaska inter-tribal consortium, or litigating Alaska Tribe which is participating in the Agreement.  In the event that a litigating Alaska Tribe which is not listed in **Exhibit C**, and which is a member of a listed Alaska Tribal Health Organization or Alaska inter-tribal consortium, affirmatively decides not to participate in the Agreement, then the Tribal Allocation Voting Percentage, as computed pursuant to the footnote set forth in **Exhibit C**, of that nonparticipating Alaska Tribe shall be calculated and deducted from the Tribal Allocation Voting Percentage of its Tribal Health Organization or inter-tribal consortium for purposes of determining whether the 95% participation threshold has been met.

2. <u>Outside of Alaska</u>: Litigating Tribal Health Organizations and inter-tribal consortia outside of Alaska have no Tribal Allocation Voting Percentage listed on **Exhibit C** and accordingly their participation in the Agreement shall not count toward the 95% participation threshold.

G. *Deadline for Participation Threshold.*  If the 95% participation threshold has not been satisfied by December 31, 2023, this Agreement will have no further effect and all releases and other commitments or obligations contained herein will be void, provided, however, that CVS shall have the unilateral right in its sole discretion to extend that deadline to a date of its choosing and/or to proceed with the Agreement even if the 95% participation threshold has not been satisfied.

## VI.  Defendants to be Released Upon Meeting Threshold Requirements

A. The following are to be Released Entities and shall be released and claims against them will be dismissed with prejudice upon the Effective Date: (i) CVS (as defined in Section I.10 of the Defined Terms); (ii) all of CVS's past and present, direct or indirect, parents, subsidiaries, divisions, affiliates, joint ventures, predecessors, successors, assigns and insurers (in their capacity as such) and all of their respective past and present, direct or indirect, parents, subsidiaries, divisions, affiliates, joint ventures, predecessors, successors, assigns and insurers (in their capacity as such); and (iii) the past and present officers, directors, members, shareholders (solely in their capacity as shareholders of the foregoing entities), partners, trustees, employees, agents, attorneys and insurers of each of the foregoing entities and persons referenced in clauses (i) through (ii) above for actions or omissions that occurred during and related to their work for, or employment with, any of the foregoing entities with respect to the Released Claims. An illustrative list of Released Entities is annexed to this Agreement as **Exhibit F**.

## VII.  Plaintiffs' Attorneys' Fees and Costs

A. The procedures to allocate and disburse the Attorney Fee Fund to Litigating Tribes' counsel shall be the subject of a separate document to which CVS and the Released Entities shall not be parties, but which shall be consistent with Section III.A.2 of

this Agreement.  Any costs incurred in allocating and disbursing the Attorney Fee Fund shall be borne by the Attorney Fee Fund.

B.  An attorney representing the Participating Tribes may not receive any payment from the Attorney Fee Fund unless such attorney presents this Agreement to each tribal opioid client in good faith and uses best efforts to secure participation as set forth in Section V.A above.

C.  For the avoidance of doubt, the TLC shall propose and receive approval from the MDL Court for any funds to be paid to the Common Benefit Fund as required by the Ongoing Common Benefit Order, such that CVS is under no obligation to hold back and pay over any funds to the Common Benefit Fund.  Any funds owed to the Common Benefit Fund as a result of this Agreement shall be paid from the Attorney Fee Fund.

D.  CVS agrees that attorneys representing Participating Tribes have timely reached a settlement for Released Claims with CVS and/or Released Entities, such that these attorneys may be eligible for Common Benefit Fund consideration as set forth in **Exhibit R** of CVS's global national opioid settlement dated December 9, 2022.

## VIII.  Dispute Resolution

A.  Any disputes arising out of this Agreement shall be heard before Judge Dan Aaron Polster, United States District Judge for the Northern District of Ohio, or another judge presiding over MDL No. 2804.

## IX.  Miscellaneous

A.  *No Admission*.  CVS does not admit liability or wrongdoing.  This Agreement shall not be considered, construed, or represented to be (1) an admission, concession, or evidence of liability or wrongdoing or (2) a waiver or any limitation of any defense otherwise available to CVS.

B.  *Third-Party Beneficiaries*.  Except as expressly provided in this Agreement, no portion of this Agreement shall provide any rights to, or be enforceable by, any person or entity that is not a Participating Tribe or Released Entity.  No Participating Tribe may assign or otherwise convey any right to enforce any provision of this Agreement, and no entity except the TLC shall have the right to enforce any provision of this Agreement on behalf of all Participating Tribes. Nothing in this Agreement extends to the TLC or Participating Tribes the authority to enforce injunctive terms provided in state-court consent judgments implementing CVS's global national opioid settlement with state and local governments dated December 9, 2022, which shall be enforceable only as provided therein; however, CVS acknowledges that said injunctive terms apply equally on tribal and non-tribal lands within a Settling State that participates in CVS's global national opioid settlement.

C.     *Construction*.  None of the Parties and no Tribe shall be considered to be the drafter of this Agreement or of any of its provisions for the purpose of any statute, case law, or rule of interpretation or construction that would or might cause any provision to be construed against the drafter of this Agreement.  The headings of the provisions of this Agreement are not binding and are for reference only and do not limit, expand, or otherwise affect the contents or meaning of this Agreement.

D.     *Cooperation*.  Each Party agrees to use its best efforts and to cooperate with the other Parties to cause this Agreement to become effective, to obtain all necessary approvals, consents and authorizations, if any, and to execute all documents and to take such other action as may be appropriate in connection herewith.  Consistent with the foregoing, each Party agrees that it will not directly or indirectly assist or encourage any challenge to this Agreement by any other person, and will support the integrity and enforcement of the terms of this Agreement.

E.     *Entire Agreement*.  This Agreement, with its exhibits and any other attachments, embodies the entire agreement and understanding between and among the Parties relating to the subject matter hereof and supersedes (1) all prior agreements and understandings relating to such subject matter, whether written or oral, and (2) all purportedly contemporaneous oral agreements and understandings relating to such subject matter.

F.     *Execution*.  This Agreement may be executed in counterparts and by different signatories on separate counterparts, each of which shall be deemed an original, but all of which shall together be one and the same Agreement.  One or more counterparts of this Agreement may be delivered by facsimile or electronic transmission with the intent that it or they shall constitute an original counterpart hereof.  One or more counterparts of this Agreement may be signed by electronic signature.

G.     *Good Faith and Voluntary Entry*.  Each Party warrants and represents that it negotiated the terms of this Agreement in good faith.  Each of the Parties and signatories to this Agreement warrants and represents that it freely and voluntarily entered into this Agreement without any degree of duress or compulsion.  The Parties state that no promise of any kind or nature whatsoever (other than the written terms of this Agreement) was made to them to induce them to enter into this Agreement.

H.     *No Prevailing Party*.  The Parties each agree that they are not the prevailing party in this action, for purposes of any claim for fees, costs, or expenses as prevailing parties arising under common law or under the terms of any statute, because the Parties have reached a good faith settlement.  The Parties each further waive any right to challenge or contest the validity of this Agreement on any ground, including, without limitation, that any term is unconstitutional or is preempted by, or in conflict with, any current or future law.

I.  *Non-Admissibility*.  The settlement negotiations resulting in this Agreement have been undertaken by the Parties in good faith and for settlement purposes only, and no evidence of negotiations or discussions underlying this Agreement shall be offered or received in evidence in any action or proceeding for any purpose.  This Agreement shall not be offered or received in evidence in any action or proceeding for any purpose other than in an action or proceeding arising under or relating to this Agreement, except that Released Entities may file or use this Agreement in any action (1) involving a determination regarding insurance coverage; (2) involving a determination of the taxable income or tax liability of any Released Entities; (3) to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good-faith settlement, judgment bar or reduction or on any other theory of claim preclusion or issue preclusion or similar defense or counterclaim; (4) to support a claim for contribution and/or indemnification; or (5) to support any other argument or defense by a Released Entity that the Remediation Payments provide a measure of compensation for asserted harms or otherwise satisfy the relief sought.

J.  *Notices*.  All notices or other communications under this Agreement shall be in writing (including but not limited to electronic communications) and shall be given to the recipients indicated below:

> For the Tribal Leadership Committee:
>
> > Lloyd Miller / Don Simon / Whitney Leonard
> > Sonosky, Chambers, Sachse, Miller & Monkman, LLP
> >
> > Geoffrey Strommer / Caroline Mayhew /
> > Edmund Goodman
> > Hobbs, Straus, Dean & Walker, LLP
> >
> > Tara Sutton / Tim Purdon
> > Robins Kaplan LLP
> >
> > Lynn Sarko
> > Keller Rohrback, L.L.P.
> >
> > Roe Frazer
> > Frazer PLC
> >
> > Peter Mougey
> > Levin Papantonio Rafferty
> >
> > Scott Gilbert
> > Gilbert LLP
> >
> > Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
> > Lieff Cabraser Heimann & Bernstein LLP

- 24 -

<div style="margin-left: 2em;">

Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

For CVS:

Eric R. Delinsky
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-5807
edelinsky@zuckerman.com

Perry Rowthorn
Jepsen Rowthorn LLP
PO Box 370496
West Hartford, CT 06137
perry@jeprow.com

Any Party or the TLC may change or add the contact information of the persons designated to receive notice on its behalf by notice given (effective upon the giving of such notice) as provided in this subsection.

</div>

K.   *No Waiver.*  The waiver of any rights conferred hereunder shall be effective only if made by written instrument executed by the waiving Party or Parties.  The waiver by any Party of any breach of this Agreement shall not be deemed to be or construed as a waiver of any other breach, whether prior, subsequent, or contemporaneous, nor shall such waiver be deemed to be or construed as a waiver by any other Party.

L.   *Preservation of Privilege.*  Nothing contained in this Agreement, and no act required to be performed pursuant to this Agreement, is intended to constitute, cause, or effect any waiver (in whole or in part) of any attorney-client privilege, work product protection, or common interest/joint defense privilege, and each Party agrees that it shall not make or cause to be made in any forum any assertion to the contrary.

M.   *Successors.*  This Agreement shall be binding upon, and inure to the benefit of, CVS and its respective successors and assigns.  CVS shall not sell the majority of its voting stock or substantially all its assets without obtaining the acquiror's agreement that it will constitute a successor with respect to CVS's obligations under this Agreement.

N.   *Modification, Amendment, Alteration.*  In the event that CVS or the TLC concludes prior to January 31, 2023 that technical corrections are required to this Agreement, CVS and the TLC shall meet and confer and make such amendments as they agree are appropriate.  After the Effective Date, any modification, amendment, or alteration of this Agreement by the Parties shall be binding only if evidenced in writing signed by CVS along with the signatures of the Tribal Leadership Committee.

<div style="text-align: center;">- 25 -</div>

O.    *Termination.*

    1.    Unless otherwise agreed to by CVS and the Tribe in question, this Agreement and all of its terms shall be canceled and terminated with respect to the Tribe, and the Agreement shall become null and void and of no effect if one or more of the following conditions applies:

        a.    The Tribe in question does not become a Participating Tribe; or

        b.    An insufficient number of Tribes become Participating Tribes, consistent with Section V.G.

    2.    If this Agreement is terminated with respect to the Tribes, then:

        a.    An applicable statute of limitation or any similar time requirement (excluding any statute of repose) for a Participating Tribe shall be tolled from the date of this Agreement until the later of the time permitted by applicable law or for one year from the date of such termination, with the effect that CVS and the Participating Tribe in question shall be in the same position with respect to the statute of limitation as they were at the time the Participating Tribe filed its action;

        b.    CVS and the Participating Tribe in question shall jointly move the relevant court of competent jurisdiction for an order reinstating the actions and claims dismissed pursuant to the terms of this Agreement governing dismissal, with the effect that CVS and the Participating Tribe in question shall be in the same position with respect to those actions and claims as they were at the time the action or claim was stayed or dismissed; and

        c.    For the avoidance of doubt, any termination of this Agreement shall not toll or have any impact on a statute of limitations or similar time requirement for a Non-Participating Tribe or any Tribe that, at the time the Agreement is terminated, has not executed a Tribal Participation and Release Form and uploaded it to the Portal.

    3.    Unless CVS and the TLC agree otherwise, this Agreement shall terminate as to all Parties as of the Payment Date for Payment Year 10, provided that CVS has performed its payment obligations under this Agreement as of that date.

P.    *Governing Law.*  Except (1) as otherwise provided in the Agreement or (2) as necessary, in the sole judgment of Special Master David Cohen, to promote uniformity of interpretation for matters, this Agreement shall be governed by and interpreted in accordance with the respective laws of the State of Ohio without regard to the conflict of law rules of such State.  Notwithstanding any other provision in this subsection on governing law, the United States District Court for

the Northern District of Ohio shall retain jurisdiction to enforce this Agreement. Notwithstanding any other provision in this subsection on governing law, any disputes relating to the Settlement Fund Escrow shall be governed by and interpreted in accordance with the law of the State where the escrow agent has its primary place of business.

Q.    *Severability.*  In the event any one or more immaterial provisions of this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision of this Agreement.

*[Signature Pages to Follow]*

For the Tribal Leadership Committee:

Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman,
LLP

Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

Tara Sutton / Tim Purdon
Robins Kaplan LLP

Lynn Sarko
Keller Rohrback, L.L.P.

Roe Frazer
Frazer PLC

Peter Mougey
Levin Papantonio Rafferty

Scott Gilbert
Gilbert LLP

Elizabeth J. Cabraser / Dan Drachler / Eric B.
Fastiff
Lieff Cabraser Heimann & Bernstein LLP

Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

- 28 -

For the Tribal Leadership Committee:


_____
Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman,
LLP

_____
Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP


_____
Tara Sutton / Tim Purdon
Robins Kaplan LLP


_____
Lynn Sarko
Keller Rohrback, L.L.P.


_____
Roe Frazer
Frazer PLC


_____
Peter Mougey
Levin Papantonio Rafferty


_____
Scott Gilbert
Gilbert LLP


_____
Elizabeth J. Cabraser / Dan Drachler / Eric B.
Fastiff
Lieff Cabraser Heimann & Bernstein LLP


_____
Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

- 28 -

For the Tribal Leadership Committee:

_____

Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman,
LLP

_____

Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

_____

Tara Sutton / Tim Purdon
Robins Kaplan LLP

_____

Lynn Sarko
Keller Rohrback, L.L.P.

_____

Roe Frazer
Frazer PLC

_____

Peter Mougey
Levin Papantonio Rafferty

_____

Scott Gilbert
Gilbert LLP

_____

Elizabeth J. Cabraser / Dan Drachler / Eric B.
Fastiff
Lieff Cabraser Heimann & Bernstein LLP

_____

Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

- 28 -

For the Tribal Leadership Committee:

_____

Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman,
LLP

_____

Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

_____

Tara Sutton / Tim Purdon
Robins Kaplan LLP

_____

Lynn Sarko
Keller Rohrback, L.L.P.

_____

Roe Frazer
Frazer PLC

_____

Peter Mougey
Levin Papantonio Rafferty

_____

Scott Gilbert
Gilbert LLP

_____

Elizabeth J. Cabraser / Dan Drachler / Eric B.
Fastiff
Lieff Cabraser Heimann & Bernstein LLP

_____

Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

- 28 -

For the Tribal Leadership Committee:

_____

Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman,
LLP

_____

Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

_____

Tara Sutton / Tim Purdon
Robins Kaplan LLP

_____

Lynn Sarko
Keller Rohrback, L.L.P.

Roe Frazer
Frazer PLC

_____

Peter Mougey
Levin Papantonio Rafferty

_____

Scott Gilbert
Gilbert LLP

_____

Elizabeth J. Cabraser / Dan Drachler / Eric B.
Fastiff
Lieff Cabraser Heimann & Bernstein LLP

_____

Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

For the Tribal Leadership Committee:

_____

Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman,
LLP

_____

Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

_____

Tara Sutton / Tim Purdon
Robins Kaplan LLP

_____

Lynn Sarko
Keller Rohrback, L.L.P.

_____

Roe Frazer
Frazer PLC

_____

Peter Mougey
Levin Papantonio Rafferty

_____

Scott Gilbert
Gilbert LLP

_____

Elizabeth J. Cabraser / Dan Drachler / Eric B.
Fastiff
Lieff Cabraser Heimann & Bernstein LLP

_____

Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

For the Tribal Leadership Committee:

_____

Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman,
LLP

_____

Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

_____

Tara Sutton / Tim Purdon
Robins Kaplan LLP

_____

Lynn Sarko
Keller Rohrback, L.L.P.

_____

Roe Frazer
Frazer PLC

_____

Peter Mougey
Levin Papantonio Rafferty

_____

Scott Gilbert
Gilbert LLP

_____

Elizabeth J. Cabraser / Dan Drachler / Eric B.
Fastiff
Lieff Cabraser Heimann & Bernstein LLP

_____

Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

For the Tribal Leadership Committee:

_____

Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman,
LLP


_____

Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP


_____

Tara Sutton / Tim Purdon
Robins Kaplan LLP


_____

Lynn Sarko
Keller Rohrback, L.L.P.


_____

Roe Frazer
Frazer PLC


_____

Peter Mougey
Levin Papantonio Rafferty


_____

Scott Gilbert
Gilbert LLP

_____

Elizabeth J. Cabraser / Dan Drachler / Eric B.
Fastiff
Lieff Cabraser Heimann & Bernstein LLP


_____

Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

For the Tribal Leadership Committee:

_____

Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman,
LLP

_____

Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

_____

Tara Sutton / Tim Purdon
Robins Kaplan LLP

_____

Lynn Sarko
Keller Rohrback, L.L.P.

_____

Roe Frazer
Frazer PLC

_____

Peter Mougey
Levin Papantonio Rafferty

_____

Scott Gilbert
Gilbert LLP

_____

Elizabeth J. Cabraser / Dan Drachler / Eric B.
Fastiff
Lieff Cabraser Heimann & Bernstein LLP

_____

Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

For CVS:

_____

Thomas Moffatt
Vice President, Assistant Secretary, and Senior
Legal Counsel

## CVS TRIBAL OPIOID SETTLEMENT AGREEMENT EXHIBITS

**EXHIBIT A-1 Litigating Tribes** .......................................................................... **A-1**

**EXHIBIT A-2 Non-Litigating Tribes** ................................................................. **A-11**

**EXHIBIT B Alleged Harms** ................................................................................. **B-1**

**EXHIBIT C List of Tribes and Tribal Allocation Voting Percentages** ................ **C-1**

**EXHIBIT D TAFT VIII Trust Agreement** ............................................................ **D-1**

**EXHIBIT E Tribal Participation and Release Form** ............................................ **E-1**

**EXHIBIT F Illustrative List of Released Entities** ................................................ **F-1**

**EXHIBIT G-1 Payment Schedule** ....................................................................... **G-1**

**EXHIBIT G-2 Allocation between TAFT VIII and Attorney Fee Fund** ............... **G-2**

**EXHIBIT A-1**

**Litigating Tribes**

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Akiak Native Community | Sonosky Chambers; Leiff Cabraser | 1:18-op-46309-DAP |
| Alaska Native Tribal Health Consortium | Hobbs Straus Dean & Walker | 1:18-op-46293-DAP |
| Aleutian Pribilof Islands Association | Hobbs Straus Dean & Walker | 1:19-op-45024-DAP |
| Apache Tribe of Oklahoma | The Bruehl Law Firm, PLLC | 1:19-op-46119-DAP |
| Arctic Slope Native Association | Sonosky Chambers; Leiff Cabraser | 1:18-op-46268-DAP |
| Aroostook Band of Micmacs | Greene Ketchum Farrell Bailey & Tweel LLP | 1:19-op-45349-DAP |
| Asa'carsarmiut Tribe | Sonosky Chambers; Leiff Cabraser | 1:18-op-46309-DAP |
| Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin | Frazer PLC | 1:19-op-45256-DAP 1:19-op-45270-DAP 1:19-op-45297-DAP |
| Bay Mills Indian Community, Michigan | Skikos | 1:19-op-45287-DAP |
| Bear River Band of the Rohnerville Rancheria, California | Lieff Cabraser Heimann & Bernstein, LLP | 1:18-op-46362-DAP |
| Big Sandy Rancheria of Western Mono Indians of California | Ceiba Legal, LLP | 1:18-op-45923-DAP |
| Big Valley Band of Pomo Indians of the Big Valley Rancheria, California | Ceiba Legal, LLP | 1:18-op-45922-DAP |
| Blackfeet Tribe of the Blackfeet Indian Reservation of Montana | Powell & Majestro, PLLC | 1:18-op-45749-DAP |
| Bristol Bay Area Health Corporation | Hobbs Straus Dean & Walker | 1:19-op-46175-DAP |
| Cahto Tribe of the Laytonville Rancheria | Frazer PLC | 1:19-op-45038-DAP |
| Catawba Indian Nation | Fields PLLC | 1:20-45234-DAP |
| Cayuga Nation | Robins Kaplan LLP | 1:20-op-45153-DAP |
| Cher-Ae Heights Indian Community of the Trinidad Rancheria, California | Frazer PLC | 1:19-op-45038-DAP |
| Cheyenne and Arapaho Tribes, Oklahoma | Frazer PLC | 1:19-op-45231-DAP |

A-1

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| | | 1:19-op-45232-DAP |
| Cheyenne River Sioux Tribe of the Cheyenne River Reservation, South Dakota | Domina Law Group | 1:19-op-45114-DAP |
| Chickasaw Nation | Whitten Burrage | 1:19-op-45066-DAP 1:20-op-45201-DAP |
| Chippewa Cree Indians of the Rocky Boy's Reservation, Montana | Skikos | 1:19-op-45395-DAP |
| Chitimacha Tribe of Louisiana | Frazer PLC | 1:18-op-45825-DAP |
| Choctaw Nation of Oklahoma | Whitten Burrage | 1:19-op-45065-DAP 1:20-op-45202-DAP |
| Chugachmiut | Sonosky Chambers; Leiff Cabraser | 1:18-op-46268-DAP |
| Citizen Potawatomi Nation, Oklahoma | The Bruehl Law Firm, PLLC | 1:19-op-46013-DAP |
| Cloverdale Rancheria of Pomo Indians of California | Robins Kaplan LLP | 1:18-op-46241-DAP |
| Coeur D'Alene Tribe | Skikos | 1:19-op-45115-DAP |
| Comanche Nation, Oklahoma | Skikos | 1:19-op-45442-DAP |
| Confederated Salish and Kootenai Tribes of the Flathead Reservation | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:19-op-45364-DAP |
| Confederated Tribes and Bands of the Yakama Nation | Askman Law Firm LLC | 1:18-op-46202-DAP |
| Confederated Tribes of the Colville Reservation | Skikos | 1:19-op-45312-DAP |
| Confederated Tribes of the Goshute Reservation, Nevada and Utah | Frazer PLC | 1:19-op-45972-DAP |
| Confederated Tribes of the Grand Ronde Community of Oregon | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:19-op-45097-DAP |
| Confederated Tribes of the Umatilla Indian Reservation | Skikos | 1:18-op-45541-DAP |
| Confederated Tribes of the Warm Springs Reservation of Oregon | Skikos | 1:19-op-45069-DAP |
| Consolidated Tribal Health Project, Inc. | Ceiba Legal, LLP; Beggs & Lane | 1:18-op-45919-DAP |
| Copper River Native Association | Sonosky Chambers; Leiff Cabraser | 1:18-op-46268-DAP |
| Coquille Indian Tribe | Frazer PLC | 1:19-op-45970-DAP |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Coushatta Tribe of Louisiana | Levin Papantonio | 1:19-op-45438-DAP |
| Cow Creek Band of Umpqua Tribe of Indians | Robins Kaplan LLP | 1:18-op-45417-DAP |
| Coyote Valley Band of Pomo Indians of California | Ceiba Legal, LLP | 1:18-op-45918-DAP |
| Delaware Nation, Oklahoma | The Bruehl Law Firm, PLLC | 1:19-op-46011-DAP |
| Dry Creek Rancheria Band of Pomo Indians, California | Skikos | 1:20-op-45147-DAP |
| Eastern Aleutian Tribes | Sonosky Chambers; Leiff Cabraser | 1:18-op-46268-DAP |
| Eastern Band of Cherokee Indians | Baron & Budd | 1:18-op-45098-DAP |
| Eastern Shoshone Tribe of the Wind River Reservation, Wyoming | Skikos | 1:19-op-45412-DAP |
| Ely Shoshone Tribe of Nevada | Frazer PLC | 1:18-op-46003-DAP |
| Ewiiaapaayp Band of Kumeyaay Indians, California | Frazer PLC | 1:19-op-45038-DAP |
| Feather River Tribal Health, Inc. | Berkey Williams; Leiff Cabraser | 1:19-op-45334-DAP |
| Flandreau Santee Sioux Tribe of South Dakota | Robins Kaplan LLP | 1:18-op-45095-DAP |
| Fond du Lac Band of the Minnesota Chippewa Tribe, Minnesota | Frazer PLC | 1:18-op-46146-DAP 1:18-op-46295-DAP 1:20-op-45250-DAP |
| Forest County Potawatomi Community, Wisconsin | Robins Kaplan LLP | 1:18-op-46342-DAP |
| Fort Belknap Indian Community of the Fort Belknap Reservation of Montana | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:19-op-45364-DAP |
| Gila River Indian Community of the Gila River Indian Reservation, Arizona | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:19-op-45366-DAP |
| Grand Traverse Band of Ottawa and Chippewa Indians, Michigan | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:19-op-45078-DAP |
| Guidiville Rancheria of California | Ceiba Legal, LLP | 1:18-op-45917-DAP |
| Ho-Chunk Nation of Wisconsin | Frazer PLC | 1:19-op-45076-DAP |
| Hoopa Valley Tribe, California | Lieff Cabraser Heimann & Bernstein, LLP | 1:18-op-46361-DAP |

A-3

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Hopi Tribe of Arizona | Keller Rohrback LLP | 1:20-op-45204-DAP |
| Hopland Band of Pomo Indians, California | Ceiba Legal, LLP | 1:18-op-45913-DAP |
| Houlton Band of Maliseet Indians | Farrell Law | 1:19-op-45315-DAP |
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona | Robins Kaplan LLP | 1:19-op-45004-DAP |
| Indian Health Council | Hobbs Straus Dean & Walker | 1:18-op-46316-DAP |
| Iowa Tribe of Kansas and Nebraska | Skikos | 1:20-op-45099-DAP |
| Jamestown S'Klallam Tribe | Hobbs Straus Dean & Walker | 1:18-op-45271-DAP |
| Jicarilla Apache Nation, New Mexico | Skikos | 1:19-op-45385-DAP |
| Kenaitze Indian Tribe | Sonosky Chambers; Leiff Cabraser | 1:18-op-46309-DAP |
| Keweenaw Bay Indian Community | Cooper Elliott | 1:20-op-45150-DAP |
| Kickapoo Traditional Tribe of Texas | Frazer PLC | 1:20-op-45104-DAP |
| Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas | Skikos | 1:19-op-45381-DAP |
| Klamath Tribes | Weitz & Luxenberg | 1:19-op-45786-DAP |
| Kodiak Area Native Association | Hobbs Straus Dean & Walker | 1:18-op-46260-DAP |
| Koi Nation of Northern California | Frazer PLC | 1:19-op-45038-DAP |
| Kootenai Tribe of Idaho | Robins Kaplan LLP | 1:18-op-46153-DAP |
| La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation, California | Skikos | 1:19-op-45397-DAP |
| Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin | Frazer PLC | 1:18-op-45932-DAP |
| Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin | Frazer PLC | 1:18-op-45502-DAP |
| Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan | Skikos | 1:18-op-46239-DAP |
| Leech Lake Band of the Minnesota Chippewa Tribe, Minnesota | Lockridge Grindal Nauen | 1:18-op-45052-DAP |
| Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota | Greene Ketchum Farrell Bailey & Tweel LLP | 1:19-op-45350-DAP |
| Lower Sioux Indian Community in the State of Minnesota | Robins Kaplan LLP | 1:18-op-45976-DAP |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Lummi Tribe of the Lummi Reservation | Keller Rohrback LLP | 1:18-op-45955-DAP |
| Lytton Rancheria of California | Levin Papantonio | 1:19-op-45580-DAP |
| Makah Indian Tribe of the Makah Indian Reservation | Keller Rohrback LLP | 1:18-op-46022-DAP |
| Manchester Band of Pomo Indians of the Manchester Rancheria, California | Frazer PLC | 1:19-op-45038-DAP |
| Mashantucket Pequot Indian Tribe | Skikos | 1:19-op-45405-DAP |
| Mechoopda Indian Tribe of Chico Rancheria, California | Skikos | 1:19-op-45403-DAP |
| Menominee Indian Tribe of Wisconsin | Robins Kaplan LLP | 1:18-op-45426-DAP |
| Mentasta Traditional Council | Frazer PLC | 1:20-op-45024-DAP |
| Mescalero Apache Tribe of the Mescalero Reservation, New Mexico | Skikos | 1:19-op-45317-DAP |
| Miccosukee Tribe of Indians | The Moskowitz Law Firm | 1:19-op-45121-DAP |
| Mille Lacs Band of Ojibwe | Lockridge Grindal Nauen | 1:19-op-45978-DAP |
| Mississippi Band of Choctaw Indians | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:19-op-45279-DAP |
| Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada | Lockridge Grindal Nauen | 1:19-op-45650-DAP |
| Modoc Nation | Robins Kaplan LLP | 1:19-op-45439-DAP |
| Mohegan Tribe of Indians of Connecticut | Frazer PLC | 1:20-op-45164-DAP |
| Muckleshoot Indian Tribe | Skikos | 1:19-op-45213-DAP |
| Muscogee (Creek) Nation | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:18-op-45459-DAP |
| Narragansett Indian Tribe | Frazer PLC | 1:20-op-45047-DAP |
| Native Village of Afognak | Sonosky, Chambers; Leiff Cabraser | 1:18-op-46309-DAP |
| Native Village of Port Heiden | Sonosky, Chambers; Leiff Cabraser | 1:18-op-46309-DAP |
| Navajo Nation, Arizona, New Mexico & Utah | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:18-op-45496-DAP |
| Nez Perce Tribe | Keller Rohrback LLP | 1:18-op-45730-DAP |
| Nisqually Indian Tribe | Robins Kaplan LLP | 1:18-op-45412-DAP |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Northern Arapaho Tribe of the Wind River Reservation | Burg Simpson | 1:18-op-45438-DAP |
| Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana | Lockridge Grindal Nauen | 1:19-op-45010-DAP |
| Northwestern Band of the Shoshone Nation | Porteous Hainkel & Johnson | 1:20-op-45032-DAP |
| Norton Sound Health Corporation | Hobbs Straus Dean & Walker | 1:18-op-46261-DAP |
| Oglala Lakota Sioux Tribe | Robins Kaplan LLP | 1:18-op-45353-DAP |
| Omaha Tribe of Nebraska | Krupnick Campbell Malone Buser Slama Hancock, P.A. | 1:18-op-45621-DAP |
| Oneida Nation | Levin Papantonio | 1:18-op-46034-DAP |
| Osage Nation | The Bruehl Law Firm, PLLC | 1:19-op-45821-DAP |
| Otoe-Missouria Tribe of Indians, Oklahoma | Skikos | 1:19-op-45402-DAP |
| Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Nevada | Frazer PLC | 1:18-op-45697-DAP |
| Pala Band of Mission Indians | Hobbs Straus Dean & Walker | 1:21-op-45052-DAP 1:18-op-46341-DAP |
| Pascua Yaqui Tribe of Arizona | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:19-op-45366-DAP |
| Passamaquoddy Tribe Indian Township | Weitz & Luxenberg | 1:18-op-45876-DAP |
| Passamaquoddy Tribe Pleasant Point | Weitz & Luxenberg | 1:19-op-45100-DAP |
| Pawnee Nation of Oklahoma | The Bruehl Law Firm, PLLC | 1:19-op-46017-DAP |
| Pinoleville Pomo Nation, California | Frazer PLC | 1:19-op-45974-DAP |
| Poarch Band of Creeks | Frazer PLC | 1:20-op-45231-DAP 1:20-op-45285-DAP 1:20-op-45286-DAP 1:20-op-45294-DAP |
| Ponca Tribe of Indians of Oklahoma | The Bruehl Law Firm, PLLC | 1:18-op-45327-DAP |
| Ponca Tribe of Nebraska | Krupnick Campbell Malone Buser Slama Hancock, P.A. | 1:18-op-45557-DAP |

A-6

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Port Gamble S'Klallam Tribe | Hobbs Straus Dean & Walker | 1:18-op-45271-DAP |
| Potter Valley Tribe, California | Frazer PLC | 1:19-op-45038-DAP |
| Prairie Band Potawatomi Nation | Skikos | 1:20-op-45139-DAP |
| Prairie Island Indian Community in the State of Minnesota | Robins Kaplan LLP | 1:18-op-45975-DAP |
| Pueblo of Pojoaque, New Mexico | Frazer PLC | 1:19-op-45975-DAP |
| Puyallup Tribe of the Puyallup Reservation | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:19-op-45660-DAP |
| Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Nevada | Frazer PLC | 1:18-op-45696-DAP |
| Quapaw Nation | Greene Ketchum Farrell Bailey & Tweel LLP | 1:19-op-45264-DAP 1:19-op-45460-DAP |
| Quechan Tribe of the Fort Yuma Indian Reservation, California & Arizona | Skikos | 1:20-op-45108-DAP |
| Quileute Tribe of the Quileute Reservation | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:20-op-45196-DAP |
| Quinault Indian Nation | Robins Kaplan LLP | 1:18-op-46154-DAP |
| Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin | Frazer PLC | 1:18-op-46116-DAP |
| Red Lake Band of Chippewa Indians, Minnesota | Baron & Budd | 1:18-op-45959-DAP |
| Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria California | Ceiba Legal, LLP | 1:18-op-45916-DAP |
| Reno-Sparks Indian Colony, Nevada | Frazer PLC | 1:18-op-45699-DAP |
| Resighini Rancheria, California | Frazer PLC | 1:19-op-45038-DAP |
| Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California | Robins Kaplan LLP | 1:18-op-46151-DAP |
| Riverside San Bernardino County Indian Health Inc. | Berkey Williams; Lieff Cabraser | 1:19-op-45025-DAP |
| Robinson Rancheria | Ceiba Legal, LLP | 1:18-op-45912-DAP |
| Rosebud Sioux Tribe of the Rosebud Indian Reservation, South Dakota | Robins Kaplan LLP | 1:18-op-45095-DAP |
| Round Valley Indian Health Center, Inc. | Ceiba Legal, LLP | 1:18-op-45915-DAP |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Round Valley Indian Tribes, Round Valley Reservation, California | Ceiba Legal, LLP | 1:18-op-45915-DAP |
| Sac & Fox Nation of Missouri in Kansas and Nebraska | Skikos | 1:20-op-45161-DAP |
| Sac & Fox Nation, Oklahoma | The Bruehl Law Firm, PLLC | 1:19-op-46012-DAP |
| Saginaw Chippewa Indian Tribe of Michigan | Robins Kaplan LLP | 1:19-op-45841-DAP |
| Saint Regis Mohawk Tribe | Keller Rohrback LLP | 1:19-op-45018-DAP |
| San Carlos Apache Tribe of the San Carlos Reservation, Arizona | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:19-op-45366-DAP |
| Santa Rosa Indian Community of the Santa Rosa Rancheria, California | Skikos | 1:20-op-45163-DAP |
| Santee Sioux Nation, Nebraska | Krupnick Campbell Malone Buser Slama Hancock, P.A. | 1:18-op-45621-DAP |
| Sault Ste. Marie Tribe of Chippewa Indians, Michigan | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:19-op-45078-DAP |
| Scotts Valley Band of Pomo Indians of California | Ceiba Legal, LLP | 1:18-op-45914-DAP |
| Seminole Tribe of Florida | The Moskowitz Law Firm | 1:19-op-45912-DAP |
| Seneca Nation of Indians | McHugh Fuller Law Group | 1:18-op-45746-DAP |
| Shakopee Mdewakanton Sioux Community of Minnesota | Robins Kaplan LLP | 1:18-op-45977-DAP |
| Shinnecock Indian Nation | Frazer PLC | 1:18-op-46142-DAP |
| Shoshone-Bannock Tribes of the Fort Hall Reservation | Skikos | 1:19-op-45373-DAP |
| Sisseton-Wahpeton Oyate of the Lake Traverse Reservation, South Dakota | Robins Kaplan LLP | 1:18-op-45095-DAP |
| Sokaogon Chippewa Community, Wisconsin | Skikos | 1:19-op-45410-DAP |
| Southcentral Foundation | Sonosky Chambers; Leiff Cabraser | 1:18-op-46268-DAP |
| Southeast Alaska Regional Health Corporation | Hobbs Straus Dean & Walker | 1:18-op-46149-DAP |
| Spirit Lake Tribe, North Dakota | Robins Kaplan LLP | 1:18-op-45520-DAP |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Squaxin Island Tribe of the Squaxin Island Reservation | Robins Kaplan LLP | 1:18-op-45531-DAP |
| St. Croix Chippewa Indians of Wisconsin | Frazer PLC | 1:18-op-45367-DAP |
| Standing Rock Sioux Tribe of North & South Dakota | Robins Kaplan LLP | 1:18-op-45220-DAP |
| Stockbridge Munsee Community, Wisconsin | Skikos | 1:19-op-45032-DAP |
| Suquamish Indian Tribe of the Port Madison Reservation | Hobbs Straus Dean & Walker | 1:18-op-45271-DAP |
| Swinomish Indian Tribal Community | Lieff Cabraser Heimann & Bernstein | 1:21-op-45033-DAP 1:18-op-45892-DAP |
| Sycuan Band of the Kumeyaay Nation | Robins Kaplan LLP | 1:19-op-45582-DAP |
| Tanana Chiefs Conference (including Council of Athabascan Tribal Governments) | Sonosky Chambers; Leiff Cabraser | 1:18-op-46268-DAP |
| Te-Moak Tribe of Western Shoshone Indians of Nevada (Four constituent bands: Battle Mountain Band; Elko Band; South Fork Band and Wells Band) | Frazer PLC | 1:18-op-46017-DAP 1:20-op-45165-DAP 1:18-op-46016-DAP |
| Thlopthlocco Tribal Town | The Bruehl Law Firm, PLLC | 1:19-op-46021-DAP |
| Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota | Skikos | 1:19-op-45376-DAP |
| Tohono O'odham Nation of Arizona | Skikos | 1:19-op-45411-DAP |
| Tonto Apache Tribe of Arizona | Skikos | 1:19-op-45398-DAP |
| Torres Martinez Desert Cahuilla Indians, California | Robins Kaplan LLP | 1:18-op-46152-DAP |
| Tulalip Tribes of Washington | Keller Rohrback LLP | 1:18-op-45589-DAP |
| Tule River Indian Tribe of the Tule River Reservation, California | Skikos | 1:19-op-45579-DAP |
| Tunica-Biloxi Indian Tribe | Simmons Hanly Conroy | 1:18-op-45996-DAP |
| Turtle Mountain Band of Chippewa Indians of North Dakota | Robins Kaplan LLP | 1:18-op-45521-DAP |
| United Keetoowah Band of Cherokee Indians in Oklahoma | McHugh Fuller Law Group | 1:19-op-45600-DAP |
| Upper Sioux Community, Minnesota | Robins Kaplan LLP | 1:18-op-45974-DAP |
| Walker River Paiute Tribe, Nevada | Frazer PLC | 1:18-op-45698-DAP |
| Wampanoag Tribe of Gay Head (Aquinnah) | Frazer PLC | 1:19-op-45844-DAP 1:20-op-45170-DAP |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| White Earth Band of the Minnesota Chippewa Tribe, Minnesota | Hill Peterson Carper Bee & Deitzler | 1:19-op-45357-DAP |
| White Mountain Apache Tribe of the Fort Apache Reservation, Arizona | Fields PLLC | 1:20-op-45243-DAP |
| Winnebago Tribe of Nebraska | Krupnick Campbell Malone Buser Slama Hancock, P.A. | 1:18-op-45621-DAP |
| Wyandotte Nation | Levin Papantonio | 1:19-op-45601-DAP |
| Yerington Paiute Tribe of the Yerington Colony & Campbell Ranch, Nevada | Feazell & Tighe LLP | 1:18-op-46355-DAP |
| Yukon Kuskokwim Health Corporation | Sonosky Chambers; Leiff Cabraser | 1:18-op-46268-DAP |
| Yurok Tribe of the Yurok Reservation, California | Lieff Cabraser Heimann & Bernstein | 1:21-op-45026-DAP |
| Zuni Tribe of the Zuni Reservation, New Mexico | Sonosky, Chambers, Sachse, Endreson & Perry LLP | 1:20-op-45114-DAP |

## EXHIBIT A-2

### Non-Litigating Tribes[1]

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Absentee-Shawnee Tribe of Indians of Oklahoma | | |
| *Agdaagux Tribe of King Cove* | | |
| Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indian Reservation, California | | |
| Ak-Chin Indian Community | | |
| *Akiachak Native Community* | | |
| Alabama-Coushatta Tribe of Texas | | |
| Alabama-Quassarte Tribal Town | | |
| *Alatna Village* | | |
| *Algaaciq Native Village (St. Mary's)* | | |
| *Allakaket Village* | | |
| Alturas Indian Rancheria, California | | |
| *Alutiiq Tribe of Old Harbor [previously listed as Native Village of Old Harbor and Village of Old Harbor]* | | |
| *Angoon Community Association* | | |
| *Anvik Village* | | |
| *Arctic Village (See Native Village of Venetie Tribal Government)* | | |
| Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Montana | | |
| Augustine Band of Cahuilla Indians, California | | |
| *Beaver Village* | | |
| Berry Creek Rancheria of Maidu Indians of California | | |
| Big Lagoon Rancheria, California | | |
| Big Pine Paiute Tribe of the Owens Valley | | |
| *Birch Creek Tribe* | | |
| Bishop Paiute Tribe | | |
| Blue Lake Rancheria, California | | |

---

[1]  Italics indicate tribes that are members of a litigating tribal organization or consortium, whose share will be recovered through the respective organization.

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Bois Forte (Nett Lake) Band of the Minnesota Chippewa Tribe, Minnesota | | |
| Bridgeport Indian Colony | | |
| Buena Vista Rancheria of Me-Wuk Indians of California | | |
| Burns Paiute Tribe | | |
| Cabazon Band of Mission Indians, California | | |
| Cachil DeHe Band of Wintun Indians of the Colusa Indian Community of the Colusa Rancheria, California | | |
| Caddo Nation of Oklahoma | | |
| Cahuilla Band of Indians | | |
| California Valley Miwok Tribe, California | | |
| Campo Band of Diegueno Mission Indians of the Campo Indian Reservation, California | | |
| Capitan Grande Band of Diegueno Mission Indians of California (Barona Group of Capitan Grande Band of Mission Indians of the Barona Reservation, California; Viejas (Baron Long) Group of Capitan Grande Band of Mission Indians of the Viejas Reservation, California) | | |
| Cedarville Rancheria, California | | |
| *Central Council of the Tlingit & Haida Indian Tribes* | | |
| *Chalkyitsik Village* | | |
| Cheesh-Na Tribe [previously listed as Native Village of Chistochina] | | |
| Chemehuevi Indian Tribe of the Chemehuevi Reservation, California | | |
| *Chevak Native Village* | | |
| Chickahominy Indian Tribe | | |
| Chickahominy Indian Tribe—Eastern Division | | |
| Chickaloon Native Village | | |
| Chicken Ranch Rancheria of Me-Wuk Indians of California | Frazer PLC | |
| *Chignik Bay Tribal Council [previously listed as Native Village of Chignik]* | | |
| *Chignik Lake Village* | | |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| *Chilkat Indian Village (Klukwan)* | | |
| *Chilkoot Indian Association (Haines)* | | |
| *Chinik Eskimo Community (Golovin)* | | |
| *Chuloonawick Native Village* | | |
| *Circle Native Community* | | |
| Cocopah Tribe of Arizona | | |
| Cold Springs Rancheria of Mono Indians of California | | |
| Colorado River Indian Tribes of the Colorado River Indian Reservation, Arizona and California | | |
| Confederated Tribes of Siletz Indians of Oregon | | |
| Confederated Tribes of the Chehalis Reservation | | |
| Confederated Tribes of the Coos, Lower Umpqua and Siuslaw Indians | | |
| Cowlitz Indian Tribe | | |
| *Craig Tribal Association [previously listed as Craig Community Association]* | | |
| Crow Creek Sioux Tribe of the Crow Creek Reservation, South Dakota | | |
| Crow Tribe of Montana | | |
| *Curyung Tribal Council* | | |
| Delaware Tribe of Indians | | |
| *Douglas Indian Association* | | |
| Duckwater Shoshone Tribe of the Duckwater Reservation, Nevada | | |
| Eastern Shawnee Tribe of Oklahoma | | |
| *Egegik Village* | | |
| Eklutna Native Village | | |
| Elem Indian Colony of Pomo Indians of the Sulphur Bank Rancheria, California | | |
| Elk Valley Rancheria, California | | |
| *Emmonak Village* | | |
| Enterprise Rancheria of Maidu Indians of California | | |
| *Evansville Village (aka Bettles Field)* | | |
| Eyak Native Village | | |
| Federated Indians of Graton Rancheria, | | |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| California | | |
| Fort Bidwell Indian Community of the Fort Bidwell Reservation of California | | |
| Fort Independence Indian Community of Paiute Indians of the Fort Independence Reservation, California | | |
| Fort McDermitt Paiute and Shoshone Tribes of the Fort McDermitt Indian Reservation, Nevada and Oregon | | |
| Fort McDowell Yavapai Nation, Arizona | | |
| Fort Mojave Indian Tribe of Arizona, California & Nevada | | |
| Fort Sill Apache Tribe of Oklahoma | | |
| *Galena Village (aka Louden Village)* | | |
| Grand Portage Band of the Minnesota Chippewa Tribe, Minnesota | | |
| Greenville Rancheria | | |
| Grindstone Indian Rancheria of Wintun-Wailaki Indians of California | | |
| *Gulkana Village Council [previously listed as Gulkana Village]* | | |
| Habematolel Pomo of Upper Lake, California | | |
| Hannahville Indian Community, Michigan | | |
| Havasupai Tribe of the Havasupai Reservation, Arizona | | |
| *Healy Lake Village* | | |
| Hoh Indian Tribe | | |
| *Holy Cross Tribe [previously listed as Holy Cross Village]* | | |
| *Hoonah Indian Association Start Printed Page 7558* | | |
| *Hughes Village* | | |
| *Huslia Village* | | |
| *Hydaburg Cooperative Association* | | |
| *Igiugig Village* | | |
| Iipay Nation of Santa Ysabel, California | | |
| Inaja Band of Diegueno Mission Indians of the Inaja and Cosmit Reservation, California | | |
| *Inupiat Community of the Arctic Slope* | | |

A-14

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Ione Band of Miwok Indians of California | | |
| Iowa Tribe of Oklahoma | | |
| *Iqugmiut Traditional Council [previously listed as Iqurmuit Traditional Council]* | | |
| *Ivanof Bay Tribe [previously listed as Ivanoff Bay Tribe and Ivanoff Bay Village]* | | |
| Jackson Band of Miwuk Indians | | |
| Jamul Indian Village of California | | |
| Jena Band of Choctaw Indians | | |
| *Kaguyak Village* | | |
| Kaibab Band of Paiute Indians of the Kaibab Indian Reservation, Arizona | | |
| *Kaktovik Village (aka Barter Island)* | | |
| Kalispel Indian Community of the Kalispel Reservation | | |
| Karuk Tribe | | |
| Kashia Band of Pomo Indians of the Stewarts Point Rancheria, California | | |
| *Kasigluk Traditional Elders Council* | | |
| Kaw Nation, Oklahoma | | |
| Ketchikan Indian Community | | |
| Kewa Pueblo, New Mexico | | |
| Kialegee Tribal Town | | |
| Kickapoo Tribe of Oklahoma | | |
| *King Island Native Community* | | |
| *King Salmon Tribe* | | |
| Kiowa Indian Tribe of Oklahoma | The Bruehl Law Firm, PLLC | |
| *Klawock Cooperative Association* | | |
| Kletsel Dehe Band of Wintun Indians | | |
| Knik Tribe | | |
| *Kokhanok Village* | | |
| *Koyukuk Native Village* | | |
| La Jolla Band of Luiseno Indians, California | | |
| Las Vegas Tribe of Paiute Indians of the Las Vegas Indian Colony, Nevada | | |
| *Levelock Village* | | |
| *Lime Village* | | |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Little River Band of Ottawa Indians, Michigan | | |
| Little Shell Tribe of Chippewa Indians of Montana | Robins Kaplan LLP | |
| Little Traverse Bay Bands of Odawa Indians, Michigan | | |
| Lone Pine Paiute-Shoshone Tribe | | |
| Los Coyotes Band of Cahuilla and Cupeno Indians, California | | |
| Lovelock Paiute Tribe of the Lovelock Indian Colony, Nevada | | |
| Lower Elwha Tribal Community | | |
| Maniilaq Association | | |
| *Manley Hot Springs Village* | | |
| *Manokotak Village* | | |
| Manzanita Band of Diegueno Mission Indians of the Manzanita Reservation, California | | |
| Mashpee Wampanoag Tribe | | |
| Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan | | |
| *McGrath Native Village* | | |
| Mesa Grande Band of Diegueno Mission Indians of the Mesa Grande Reservation, California | | |
| Metlakatla Indian Community | | |
| Miami Tribe of Oklahoma | | |
| Middletown Rancheria of Pomo Indians of California | | |
| Monacan Indian Nation | | |
| Mooretown Rancheria of Maidu Indians of California | | |
| Morongo Band of Mission Indians, California | | |
| Mt. Sanford Tribal Consortium | | |
| *Naknek Native Village* | | |
| Nansemond Indian Nation | | |
| *Native Village of Akhiok* | | |
| *Native Village of Akutan* | | |
| *Native Village of Aleknagik* | | |
| Native Village of Ambler | | |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| *Native Village of Atka* | | |
| *Native Village of Atqasuk [previously listed as Atqasuk Village (Atkasook)]* | | |
| *Native Village of Barrow Inupiat Traditional Government* | | |
| *Native Village of Belkofski* | | |
| *Native Village of Brevig Mission* | | |
| Native Village of Buckland | | |
| *Native Village of Cantwell* | | |
| *Native Village of Chenega (aka Chanega)* | | |
| *Native Village of Chignik Lagoon* | | |
| Native Village of Chitina | | |
| *Native Village of Chuathbaluk (Russian Mission, Kuskokwim)* | | |
| *Native Village of Council* | | |
| Native Village of Deering | | |
| *Native Village of Diomede (aka Inalik)* | | |
| *Native Village of Eagle* | | |
| *Native Village of Eek* | | |
| *Native Village of Ekuk* | | |
| *Native Village of Ekwok [previously listed as Ekwok Village]* | | |
| *Native Village of Elim* | | |
| *Native Village of False Pass* | | |
| *Native Village of Fort Yukon* | | |
| *Native Village of Gakona* | | |
| *Native Village of Gambell* | | |
| *Native Village of Georgetown* | | |
| *Native Village of Goodnews Bay* | | |
| *Native Village of Hamilton* | | |
| *Native Village of Hooper Bay* | | |
| *Native Village of Kanatak* | | |
| *Native Village of Karluk* | | |
| Native Village of Kiana | | |
| *Native Village of Kipnuk* | | |
| Native Village of Kivalina | | |
| *Native Village of Kluti Kaah (aka Copper Center)* | | |
| Native Village of Kobuk | | |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| *Native Village of Kongiganak* | | |
| Native Village of Kotzebue | | |
| *Native Village of Koyuk* | | |
| *Native Village of Kwigillingok* | | |
| *Native Village of Kwinhagak (aka Quinhagak)* | | |
| *Native Village of Larsen Bay* | | |
| *Native Village of Marshall (aka Fortuna Ledge)* | | |
| *Native Village of Mary's Igloo* | | |
| *Native Village of Mekoryuk* | | |
| *Native Village of Minto* | | |
| *Native Village of Nanwalek (aka English Bay)* | | |
| *Native Village of Napaimute* | | |
| *Native Village of Napakiak* | | |
| *Native Village of Napaskiak* | | |
| *Native Village of Nelson Lagoon* | | |
| *Native Village of Nightmute* | | |
| *Native Village of Nikolski* | | |
| Native Village of Noatak | | |
| *Native Village of Nuiqsut (aka Nooiksut)* | | |
| *Native Village of Nunam Iqua [previously listed as Native Village of Sheldon's Point]* | | |
| *Native Village of Nunapitchuk* | | |
| *Native Village of Ouzinkie* | | |
| *Native Village of Paimiut* | | |
| *Native Village of Perryville* | | |
| *Native Village of Pilot Point* | | |
| Native Village of Point Hope | | |
| *Native Village of Point Lay* | | |
| *Native Village of Port Graham* | | |
| *Native Village of Port Lions* | | |
| *Native Village of Ruby* | | |
| *Native Village of Saint Michael* | | |
| *Native Village of Savoonga* | | |
| *Native Village of Scammon Bay* | | |
| Native Village of Selawik | | |
| *Native Village of Shaktoolik* | | |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| *Native Village of Shishmaref* | | |
| Native Village of Shungnak | | |
| *Native Village of Stevens* | | |
| *Native Village of Tanacross* | | |
| Native Village of Tanana | | |
| *Native Village of Tatitlek* | | |
| *Native Village of Tazlina* | | |
| *Native Village of Teller* | | |
| *Native Village of Tetlin* | | |
| *Native Village of Tuntutuliak* | | |
| *Native Village of Tununak* | | |
| Native Village of Tyonek | | |
| *Native Village of Unalakleet* | | |
| *Native Village of Unga* | | |
| *Native Village of Venetie Tribal Government (Arctic Village and Village of Venetie)* | | |
| *Native Village of Wales* | | |
| *Native Village of White Mountain* | | |
| *Nenana Native Association* | | |
| *New Koliganek Village Council* | | |
| *New Stuyahok Village* | | |
| *Newhalen Village* | | |
| *Newtok Village* | | |
| *Nikolai Village* | | |
| Ninilchik Village | | |
| *Nome Eskimo Community* | | |
| *Nondalton Village* | | |
| Nooksack Indian Tribe | | |
| Noorvik Native Community | | |
| Northfork Rancheria of Mono Indians of California | | |
| *Northway Village* | | |
| Nottawaseppi Huron Band of the Potawatomi, Michigan | | |
| *Nulato Village* | | |
| *Nunakauyarmiut Tribe* | | |
| Ohkay Owingeh, New Mexico | | |
| Oneida Indian Nation | | |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Onondaga Nation | | |
| *Organized Village of Grayling (aka Holikachuk)* | | |
| *Organized Village of Kake* | | |
| *Organized Village of Kasaan* | | |
| *Organized Village of Kwethluk* | | |
| *Organized Village of Saxman* | | |
| *Orutsararmiut Traditional Native Council [previously listed as Orutsararmuit Native Village (aka Bethel)]* | | |
| *Oscarville Traditional Village* | | |
| Ottawa Tribe of Oklahoma | | |
| Paiute Indian Tribe of Utah (Cedar Band of Paiutes, Kanosh Band of Paiutes, Koosharem Band of Paiutes, Indian Peaks Band of Paiutes, and Shivwits Band of Paiutes) | | |
| Pamunkey Indian Tribe | | |
| Paskenta Band of Nomlaki Indians of California | | |
| *Pauloff Harbor Village* | | |
| Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation, California | | |
| Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, California | | |
| *Pedro Bay Village* | | |
| Penobscot Nation | | |
| Peoria Tribe of Indians of Oklahoma | | |
| *Petersburg Indian Association* | | |
| Picayune Rancheria of Chukchansi Indians of California | | |
| *Pilot Station Traditional Village* | | |
| Pit River Tribe, California (includes XL Ranch, Big Bend, Likely, Lookout, Montgomery Creek and Roaring Creek Rancherias) | | |
| *Pitka's Point Traditional Council [previously listed as Native Village of Pitka's Point]* | | |
| *Platinum Traditional Village* | | |
| Pokagon Band of Potawatomi Indians, | | |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Michigan and Indiana | | |
| *Portage Creek Village (aka Ohgsenakale)* | | |
| *Pribilof Islands Aleut Communities of St. Paul & St. George Islands (Saint George Island and Saint Paul Island)* | | |
| Pueblo of Acoma, New Mexico | | |
| Pueblo of Cochiti, New Mexico | | |
| Pueblo of Isleta, New Mexico | | |
| Pueblo of Jemez, New Mexico | | |
| Pueblo of Laguna, New Mexico | | |
| Pueblo of Nambe, New Mexico | | |
| Pueblo of Picuris, New Mexico | | |
| Pueblo of San Felipe, New Mexico | | |
| Pueblo of San Ildefonso, New Mexico | | |
| Pueblo of Sandia, New Mexico | | |
| Pueblo of Santa Ana, New Mexico | | |
| Pueblo of Santa Clara, New Mexico | | |
| Pueblo of Taos, New Mexico | | |
| Pueblo of Tesuque, New Mexico | | |
| Pueblo of Zia, New Mexico | | |
| *Qagan Tayagungin Tribe of Sand Point [previously listed as Qagan Tayagungin Tribe of Sand Point Village]* | | |
| *Qawalangin Tribe of Unalaska* | | |
| Quartz Valley Indian Community of the Quartz Valley Reservation of California | | |
| Ramona Band of Cahuilla, California | | |
| *Rampart Village* | | |
| Rappahannock Tribe, Inc. | | |
| Redding Rancheria, California | | |
| Sac & Fox Tribe of the Mississippi in Iowa | | |
| *Saint George Island (See Pribilof Islands Aleut Communities of St. Paul & St. George Islands)* | | |
| *Saint Paul Island (See Pribilof Islands Aleut Communities of St. Paul & St. George Islands)* | | |
| *Salamatof Tribe [previously listed as Village of Salamatoff]* | | |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona | | |
| Samish Indian Nation | | |
| San Juan Southern Paiute Tribe of Arizona | | |
| San Manuel Band of Mission Indians, California | | |
| San Pasqual Band of Diegueno Mission Indians of California | | |
| Santa Rosa Band of Cahuilla Indians, California | Robins Kaplan LLP | |
| Santa Ynez Band of Chumash Mission Indians of the Santa Ynez Reservation, California | | |
| Sauk-Suiattle Indian Tribe | | |
| Seldovia Village Tribe | | |
| Seneca-Cayuga Nation | | |
| *Shageluk Native Village* | | |
| Shawnee Tribe | | |
| Sherwood Valley Rancheria of Pomo Indians of California | | |
| Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract), California | | |
| Shoalwater Bay Indian Tribe of the Shoalwater Bay Indian Reservation | | |
| Shoshone-Paiute Tribes of the Duck Valley Reservation, Nevada | | |
| *Sitka Tribe of Alaska* | | |
| *Skagway Village* | | |
| Skokomish Indian Tribe | | |
| Skull Valley Band of Goshute Indians of Utah | | |
| Snoqualmie Indian Tribe | | |
| Soboba Band of Luiseno Indians, California | | |
| *South Naknek Village* | | |
| Southern Ute Indian Tribe of the Southern Ute Reservation, Colorado | | |
| Spokane Tribe of the Spokane Reservation | | |
| *Stebbins Community Association* | | |
| Stillaguamish Tribe of Indians of | | |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| Washington | | |
| Summit Lake Paiute Tribe of Nevada | | |
| *Sun'aq Tribe of Kodiak [previously listed as Shoonaq' Tribe of Kodiak]* | | |
| Susanville Indian Rancheria, California | | |
| Table Mountain Rancheria | | |
| *Takotna Village* | | |
| *Tangirnaq Native Village [previously listed as Lesnoi Village (aka Woody Island)]* | | |
| Tejon Indian Tribe | | |
| *Telida Village* | | |
| The Seminole Nation of Oklahoma | | |
| Timbisha Shoshone Tribe | | |
| Tolowa Dee-ni' Nation | | |
| Tonawanda Band of Seneca | | |
| Tonkawa Tribe of Indians of Oklahoma | | |
| *Traditional Village of Togiak* | | |
| *Tuluksak Native Community* | | |
| Tuolumne Band of Me-Wuk Indians of the Tuolumne Rancheria of California | | |
| Tuscarora Nation | | |
| Twenty-Nine Palms Band of Mission Indians of California | | |
| *Twin Hills Village* | | |
| *Ugashik Village* | | |
| *Umkumiut Native Village [previously listed as Umkumiute Native Village]* | | |
| United Auburn Indian Community of the Auburn Rancheria of California | | |
| Upper Mattaponi Tribe | | |
| Upper Skagit Indian Tribe | | |
| Ute Indian Tribe of the Uintah & Ouray Reservation, Utah | | |
| Ute Mountain Ute Tribe | | |
| Utu Gwaitu Paiute Tribe of the Benton Paiute Reservation, California | | |
| *Village of Alakanuk* | | |
| *Village of Anaktuvuk Pass* | | |
| *Village of Aniak* | | |

| Federally Recognized Tribe/Entity Name | Law Firm | Case No. (if applicable) |
|---|---|---|
| *Village of Atmautluak* | | |
| *Village of Bill Moore's Slough* | | |
| *Village of Chefornak* | | |
| *Village of Clarks Point* | | |
| *Village of Crooked Creek* | | |
| *Village of Dot Lake* | | |
| *Village of Iliamna* | | |
| *Village of Kalskag* | | |
| *Village of Kaltag* | | |
| *Village of Kotlik* | | |
| *Village of Lower Kalskag* | | |
| *Village of Ohogamiut* | | |
| *Village of Red Devil* | | |
| *Village of Sleetmute* | | |
| *Village of Solomon* | | |
| *Village of Stony River* | | |
| *Village of Venetie (See Native Village of Venetie Tribal Government)* | | |
| *Village of Wainwright* | | |
| Washoe Tribe of Nevada & California | | |
| Wichita and Affiliated Tribes, Oklahoma | | |
| Wilton Rancheria, California | | |
| Winnemucca Indian Colony of Nevada | | |
| Wiyot Tribe, California | | |
| *Wrangell Cooperative Association* | | |
| Yakutat Tlingit Tribe | | |
| Yankton Sioux Tribe of South Dakota | | |
| Yavapai-Apache Nation of the Camp Verde Indian Reservation, Arizona | | |
| Yavapai-Prescott Indian Tribe | | |
| Yocha Dehe Wintun Nation, California | | |
| Yomba Shoshone Tribe of the Yomba Reservation, Nevada | | |
| Ysleta del Sur Pueblo | | |
| *Yupiit of Andreafski* | | |

## EXHIBIT B

## Alleged Harms

The following expert reports that were served in connection with the case captioned *In re: National Prescription Opiate Litigation*, No. 1:17-md-2804 (N.D. Ohio), provide non-exclusive examples of Alleged Harms:

1.      Expert reports of G. Caleb Alexander, M.D., M.S., dated March 24, 2019, April 16, 2021, and August 22, 2022;

2.      Expert reports of David Cutler dated March 25, 2019, April 16, 2021, April 21, 2021, May 10, 2021, and August 22, 2022;

3.      Expert report of David Herzberg, Ph.D., dated April 16, 2021;

4.      Expert reports of Katherine M. Keyes, Ph.D., dated March 25, 2019, April 16, 2021, June 2, 2021, and August 22, 2022;

5.      Expert reports of Dr. Anna Lembke, M.D., dated March 25, 2019, April 16, 2021, and August 22, 2022;

6.      Expert report of Nancy Young, Ph.D, M.S.W., dated March 25, 2019 and April 16, 2021;

7.      Expert report of Harvey Rosen, dated April 16, 2021; and

8.      Expert report of Professor Thomas McGuire dated March 25, 2019.

## **EXHIBIT C**

## **List of Tribes and Tribal Allocation Voting Percentages**

EXHIBIT C

## RECOMMENDATION OF THE HONORABLE LAYN PHILLIPS REGARDING THE INTERTRIBAL ALLOCATION MATRIX

Native American Tribes participated in the Purdue Mediation process and reached agreement with the other non-Federal Public Claimants on value allocation for the Tribes.

Following the Mediation, the Tribal Leadership Committee ("TLC") contacted me to request an opportunity to present for approval the Intertribal Allocation Matrix. I agreed to hear the presentation and requested materials to review in advance of the presentation. In response to my request, I received the following documents:

1)   PowerPoint summary of the intertribal allocation model

2)   One-page summary of the model titled, "Tribal Allocation Matrix Narrative

3)   Excel spreadsheet with the allocation to the tribes.

In addition, I sent the TLC my preliminary thoughts and inquiries regarding the Intertribal Allocation Matrix for their consideration prior to the presentation that occurred on April 2, 2021.

The TLC presented the Intertribal Allocation Matrix to attorney Clay Cogman and me on April 2, 2021. We had sufficient time to thoroughly discuss the allocation model and the TLC addressed to my satisfaction all questions and issues that were raised.

I note here for context that in a typical mediation setting, I would have had the opportunity to hear from other constituencies for the purpose of assisting me in my analysis by providing me alternative perspectives designed to test the premises and assumptions of the underlying methodology. That did not occur here, as I have only spoken to the TLC about the Matrix.

That said, based on the foregoing, I find that the Intertribal Allocation Matrix provides a satisfactorily reasonable and transparent methodology for the allocation of Purdue settlement funds among Native American Tribes.

Dated:  May 11, 2011

By:  _____
         Layn R. Phillips

FH11230467.1

DocuSign Envelope ID: B7A5942B-L0AS-4405-A6DC-AF7A7D020ED8

## Schedule E
## Tribal Allocation Matrix

The Tribal Nation's allocation matrix is built around six data points: MMEs (morphine milligram equivalents) imputed to each Tribe; drug and prescription opioid overdose rates imputed to each Tribe; Indian Health Service (IHS) user population for each Tribe; citizenship population for each Tribe; relative poverty rates imputed to each Tribe; and relative cost of living imputed to each Tribe. Data are "imputed" to a Tribe by estimation based on population when the data is only available on a county or statewide basis. In the case of MMEs and drug overdose rates, the imputation of the data to a tribal population is multiplied by a "disproportionate impact" adjustment reflecting the higher incidence of opioid use disorder and prescription opioid overdose deaths in tribal communities.

Two computations are undertaken for all Tribes, and then combined together. 85% of a Tribe's matrix share is calculated by considering its imputed MME rate (50%), overdose rates (40%), and poverty rate (10%) as applied to its IHS user population. 15% of a Tribe's matrix share is calculated by considering the same three elements, similarly weighted, as applied to the Tribe's citizenship data. Once these two matrix results are combined, the resulting share is further adjusted by each Tribe's relative cost of living. COLA adjustments are done on a regional basis and are weighted at 10%, resulting in modest adjustments ranging from 1.3% down to 2.4% up.

Data for Alaska Tribes was initially computed on a statewide basis, and the resulting matrix share for Alaska was then subdivided among Alaska Tribes and tribal organizations participating in the Alaska Tribal Health Compact (employing the same methodology historically used to allocate certain other tribal health care funds across Alaska tribal health care providers).

The matrix allocates individual amounts to each California Tribe, although four intertribal health care providers in California have also separately filed litigation. Each such intertribal provider will engage in discussions with its member tribes and agree on an amount that the member tribes will allocate from their funds to the intertribal provider.

Tribal citizenship data used in the matrix was subject to a tribal verification process (except for Alaska, where data was drawn from the U.S. Census). In instances where IHS user population data for multiple Tribes was not allocated by IHS to individual Tribes, user populations were prorated across the Tribes within an IHS service unit based on the Tribes' relative tribal citizenship.

168087-1

FH11230467.2

DocuSign Envelope ID: B7A5D42B-I0AS-4405-A6DC-AF7A7D020ED8

## Allocation of Settlement Among  Tribes

6/18/2021

| FederallyRecognizedTribeName | Division of Funds (Allocation %) |
|---|---|
| **Total** | **100.0000%** |
| Absentee-Shawnee Tribe of Indians of Oklahoma | 0.5575% |
| Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indian Reservation, California | 0.0406% |
| Ak-Chin Indian Community | 0.0635% |
| Alabama-Coushatta Tribe of Texas | 0.0293% |
| Alabama-Quassarte Tribal Town | 0.0111% |
| ALL Alaskan Tribes | 9.2643% |
|     Alaska Native Tribal Health Consortium | 1.8883% |
|     *Aleutian Pribilof Islands Association | 0.0674% |
|     *Arctic Slope Native Association | 0.2825% |
|     *Bristol Bay Area Health Corporation | 0.4733% |
|     Chickaloon Native Village | 0.0105% |
|     *Chugachmiut | 0.1055% |
|     *Copper River Native Association | 0.0922% |
|     *Eastern Aleutian Tribes | 0.1017% |
|     Eklutna Native Village | 0.0125% |
|     Eyak Native Village | 0.0202% |
|     *Kodiak Area Native Association | 0.1817% |
|     *Kenaitze Indian Tribe | 0.1544% |
|     *Ketchikan Indian Community | 0.1033% |
|     Knik Tribe | 0.0118% |
|     *Maniilaq Association | 0.4026% |
|     Metlakatla Indian Community | 0.0703% |
|     *Mt. Sanford Tribal Consortium | 0.0268% |
|     *Norton Sound Health Corporation | 0.5929% |
|     *Southcentral Foundation | 1.5145% |
|     *Southeast Alaska Regional Health Corporation | 0.5865% |
|     Seldovia Village Tribe | 0.0322% |
|     *Tanana Chiefs Conference (including Council of Athabascan Tribal Governments) | 0.9318% |
|     Yakutat Tlingit Tribe | 0.0290% |
|     *Yukon Kuskokwim Health Corporation | 1.4987% |
|     Native Village of Chitina | 0.0115% |
|     Ninilchik Village | 0.0289% |
|     Native Village of Tanana | 0.0190% |
|     Native Village of Tyonek | 0.0145% |
| Alturas Indian Rancheria, California | 0.0008% |
| Apache Tribe of Oklahoma | 0.1334% |
| Arapaho Tribe of the Wind River Reservation, Wyoming | 0.3444% |
| Aroostook Band of Micmacs | 0.0370% |
| Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Montana | 0.3789% |
| Augustine Band of Cahuilla Indians, California | 0.0013% |
| Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin | 0.1533% |
| Bay Mills Indian Community, Michigan | 0.0714% |
| Bear River Band of the Rohnerville Rancheria, California | 0.0507% |
| Berry Creek Rancheria of Maidu Indians of California | 0.1121% |
| Big Lagoon Rancheria, California | 0.0027% |
| Big Pine Paiute Tribe of the Owens Valley | 0.0320% |
| Big Sandy Rancheria of Western Mono Indians of California | 0.0328% |
| Big Valley Band of Pomo Indians of the Big Valley Rancheria, California | 0.1214% |
| Bishop Paiute Tribe | 0.1041% |
| Blackfeet Tribe of the Blackfeet Indian Reservation of Montana | 0.5378% |

| FederallyRecognizedTribeName | Division of Funds (Allocation %) |
|---|---|
| Blue Lake Rancheria, California | 0.0038% |
| Bois Forte (Nett Lake) Band of the Minnesota Chippewa Tribe, Minnesota | 0.0820% |
| Bridgeport Indian Colony | 0.0026% |
| Buena Vista Rancheria of Me-Wuk Indians of California | 0.0034% |
| Burns Paiute Tribe | 0.0116% |
| Cabazon Band of Mission Indians, California | 0.0017% |
| Cachil DeHe Band of Wintun Indians of the Colusa Indian Community of the Colusa Rancheria, California | 0.0056% |
| Caddo Nation of Oklahoma | 0.1084% |
| Cahto Tribe of the Laytonville Rancheria | 0.0207% |
| Cahuilla Band of Indians | 0.0368% |
| California Valley Miwok Tribe, California | 0.0044% |
| Campo Band of Diegueno Mission Indians of the Campo Indian Reservation, California | 0.0241% |
| Catawba Indian Nation | 0.0743% |
| Cayuga Nation | 0.0070% |
| Cedarville Rancheria, California | 0.0019% |
| Chemehuevi Indian Tribe of the Chemehuevi Reservation, California | 0.0181% |
| Cher-Ae Heights Indian Community of the Trinidad Rancheria, California | 0.0200% |
| Cherokee Nation | 12.1894% |
| Cheyenne and Arapaho Tribes, Oklahoma | 0.7723% |
| Cheyenne River Sioux Tribe of the Cheyenne River Reservation, South Dakota | 0.2906% |
| Chickahominy Indian Tribe | 0.0315% |
| Chickahominy Indian Tribe—Eastern Division | 0.0085% |
| Chickasaw Nation | 2.1567% |
| Chicken Ranch Rancheria of Me-Wuk Indians of California | 0.0026% |
| Chippewa Cree Indians of the Rocky Boy's Reservation, Montana | 0.2330% |
| Chitimacha Tribe of Louisiana | 0.0347% |
| Choctaw Nation of Oklahoma | 5.4805% |
| Citizen Potawatomi Nation, Oklahoma | 1.4669% |
| Cloverdale Rancheria of Pomo Indians of California | 0.0518% |
| Cocopah Tribe of Arizona | 0.0366% |
| Coeur D'Alene Tribe | 0.2865% |
| Cold Springs Rancheria of Mono Indians of California | 0.0108% |
| Colorado River Indian Tribes of the Colorado River Indian Reservation, Arizona and California | 0.2784% |
| Comanche Nation, Oklahoma | 0.6989% |
| Confederated Salish and Kootenai Tribes of the Flathead Reservation | 0.6040% |
| Confederated Tribes and Bands of the Yakama Nation | 0.6242% |
| Confederated Tribes of Siletz Indians of Oregon | 0.4294% |
| Confederated Tribes of the Chehalis Reservation | 0.0887% |
| Confederated Tribes of the Colville Reservation | 0.4214% |
| Confederated Tribes of the Coos, Lower Umpqua and Siuslaw Indians | 0.0541% |
| Confederated Tribes of the Goshute Reservation, Nevada and Utah | 0.0144% |
| Confederated Tribes of the Grand Ronde Community of Oregon | 0.2456% |
| Confederated Tribes of the Umatilla Indian Reservation | 0.1554% |
| Confederated Tribes of the Warm Springs Reservation of Oregon | 0.3374% |
| Coquille Indian Tribe | 0.0926% |
| Coushatta Tribe of Louisiana | 0.0264% |
| Cow Creek Band of Umpqua Tribe of Indians | 0.1532% |
| Cowlitz Indian Tribe | 0.4024% |
| Coyote Valley Band of Pomo Indians of California | 0.0337% |
| Crow Creek Sioux Tribe of the Crow Creek Reservation, South Dakota | 0.1504% |
| Crow Tribe of Montana | 0.7579% |
| Delaware Nation, Oklahoma | 0.0342% |
| Delaware Tribe of Indians | 0.3134% |

DocuSign Envelope ID: B7A5942B-I0AS-4405-A6DC-AF7A7D020ED8

| FederallyRecognizedTribeName | Division of Funds (Allocation %) |
|---|---|
| Dry Creek Rancheria Band of Pomo Indians, California | 0.0709% |
| Duckwater Shoshone Tribe of the Duckwater Reservation, Nevada | 0.0224% |
| Eastern Band of Cherokee Indians | 0.9560% |
| Eastern Shawnee Tribe of Oklahoma | 0.0548% |
| Eastern Shoshone Tribe of the Wind River Reservation, Wyoming | 0.1459% |
| Elem Indian Colony of Pomo Indians of the Sulphur Bank Rancheria, California | 0.0101% |
| Elk Valley Rancheria, California | 0.0063% |
| Ely Shoshone Tribe of Nevada | 0.0550% |
| Enterprise Rancheria of Maidu Indians of California | 0.1825% |
| Ewiiaapaayp Band of Kumeyaay Indians, California | 0.0004% |
| Federated Indians of Graton Rancheria, California | 0.0770% |
| Flandreau Santee Sioux Tribe of South Dakota | 0.0224% |
| Fond du Lac Band of the Minnesota Chippewa Tribe, Minnesota | 0.3382% |
| Forest County Potawatomi Community, Wisconsin | 0.0266% |
| Fort Belknap Indian Community of the Fort Belknap Reservation of Montana | 0.1662% |
| Fort Bidwell Indian Community of the Fort Bidwell Reservation of California | 0.0088% |
| Fort Independence Indian Community of Paiute Indians of the Fort Independence Reservation, California | 0.0104% |
| Fort McDermitt Paiute and Shoshone Tribes of the Fort McDermitt Indian Reservation, Nevada and Oregon | 0.0212% |
| Fort McDowell Yavapai Nation, Arizona | 0.0852% |
| Fort Mojave Indian Tribe of Arizona, California & Nevada | 0.1614% |
| Fort Sill Apache Tribe of Oklahoma | 0.0194% |
| Gila River Indian Community of the Gila River Indian Reservation, Arizona | 2.5642% |
| Grand Portage Band of the Minnesota Chippewa Tribe, Minnesota | 0.0211% |
| Grand Traverse Band of Ottawa and Chippewa Indians, Michigan | 0.1041% |
| Greenville Rancheria | 0.0942% |
| Grindstone Indian Rancheria of Wintun-Wailaki Indians of California | 0.0255% |
| Guidiville Rancheria of California | 0.0137% |
| Habematolel Pomo of Upper Lake, California | 0.0275% |
| Hannahville Indian Community, Michigan | 0.0279% |
| Havasupai Tribe of the Havasupai Reservation, Arizona | 0.0325% |
| Ho-Chunk Nation of Wisconsin | 0.2791% |
| Hoh Indian Tribe | 0.0032% |
| Hoopa Valley Tribe, California | 0.2647% |
| Hopi Tribe of Arizona | 0.4475% |
| Hopland Band of Pomo Indians, California | 0.0723% |
| Houlton Band of Maliseet Indians | 0.0350% |
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona | 0.2240% |
| Iipay Nation of Santa Ysabel, California | 0.0136% |
| Inaja Band of Diegueno Mission Indians of the Inaja and Cosmit Reservation, California | 0.0008% |
| Ione Band of Miwok Indians of California | 0.1215% |
| Iowa Tribe of Kansas and Nebraska | 0.0527% |
| Iowa Tribe of Oklahoma | 0.0959% |
| Jackson Band of Miwuk Indians | 0.0054% |
| Jamestown S'Klallam Tribe | 0.0344% |
| Jamul Indian Village of California | 0.0082% |
| Jena Band of Choctaw Indians | 0.0116% |
| Jicarilla Apache Nation, New Mexico | 0.2812% |
| Kaibab Band of Paiute Indians of the Kaibab Indian Reservation, Arizona | 0.0158% |
| Kalispel Indian Community of the Kalispel Reservation | 0.0374% |
| Karuk Tribe | 0.2540% |
| Kashia Band of Pomo Indians of the Stewarts Point Rancheria, California | 0.0043% |
| Kaw Nation, Oklahoma | 0.1314% |
| Kewa Pueblo, New Mexico | 0.1155% |

| FederallyRecognizedTribeName | Division of Funds (Allocation %) |
|---|---|
| Keweenaw Bay Indian Community, Michigan | 0.1080% |
| Kialegee Tribal Town | 0.0174% |
| Kickapoo Traditional Tribe of Texas | 0.0175% |
| Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas | 0.0580% |
| Kickapoo Tribe of Oklahoma | 0.5597% |
| Kiowa Indian Tribe of Oklahoma | 0.4367% |
| Klamath Tribes | 0.1776% |
| Kletsel Dehe Band of Wintun Indians | 0.0363% |
| Koi Nation of Northern California | 0.0140% |
| Kootenai Tribe of Idaho | 0.0097% |
| La Jolla Band of Luiseno Indians, California | 0.0372% |
| La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation, California | 0.0030% |
| Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin | 0.1611% |
| Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin | 0.2145% |
| Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan | 0.0310% |
| Las Vegas Tribe of Paiute Indians of the Las Vegas Indian Colony, Nevada | 0.3560% |
| Leech Lake Band of the Minnesota Chippewa Tribe, Minnesota | 0.3876% |
| Little River Band of Ottawa Indians, Michigan | 0.0925% |
| Little Shell Tribe of Chippewa Indians of Montana | 0.2023% |
| Little Traverse Bay Bands of Odawa Indians, Michigan | 0.1765% |
| Lone Pine Paiute-Shoshone Tribe | 0.0210% |
| Los Coyotes Band of Cahuilla and Cupeno Indians, California | 0.0157% |
| Lovelock Paiute Tribe of the Lovelock Indian Colony, Nevada | 0.0173% |
| Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota | 0.0499% |
| Lower Elwha Tribal Community | 0.0686% |
| Lower Sioux Indian Community in the State of Minnesota | 0.0236% |
| Lummi Tribe of the Lummi Reservation | 0.2100% |
| Lytton Rancheria of California | 0.0238% |
| Makah Indian Tribe of the Makah Indian Reservation | 0.1833% |
| Manchester Band of Pomo Indians of the Manchester Rancheria, California | 0.0819% |
| Manzanita Band of Diegueno Mission Indians of the Manzanita Reservation, California | 0.0046% |
| Mashantucket Pequot Indian Tribe | 0.0369% |
| Mashpee Wampanoag Tribe | 0.0687% |
| Match-e-be-nash-she-wish Band of Pottawatomi Indians of Michigan | 0.0175% |
| Mechoopda Indian Tribe of Chico Rancheria, California | 0.1655% |
| Menominee Indian Tribe of Wisconsin | 0.2586% |
| Mesa Grande Band of Diegueno Mission Indians of the Mesa Grande Reservation, California | 0.0337% |
| Mescalero Apache Tribe of the Mescalero Reservation, New Mexico | 0.2753% |
| Miami Tribe of Oklahoma | 0.0514% |
| Miccosukee Tribe of Indians | 0.0269% |
| Middletown Rancheria of Pomo Indians of California | 0.0260% |
| Mille Lacs Band of the Minnesota Chippewa Tribe, Minnesota | 0.1295% |
| Mississippi Band of Choctaw Indians | 0.4540% |
| Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada | 0.0431% |
| Modoc Nation | 0.0054% |
| Mohegan Tribe of Indians of Connecticut | 0.0666% |
| Monacan Indian Nation | 0.0588% |
| Mooretown Rancheria of Maidu Indians of California | 0.1949% |
| Morongo Band of Mission Indians, California | 0.0795% |
| Muckleshoot Indian Tribe | 0.2826% |
| Muscogee (Creek) Nation | 2.8659% |
| Nansemond Indian Nation | 0.0071% |
| Narragansett Indian Tribe | 0.0435% |

| Federally Recognized Tribe Name | Division of Funds (Allocation %) |
|---|---|
| Navajo Nation, Arizona, New Mexico & Utah | 15.2207% |
| Nez Perce Tribe | 0.2349% |
| Nisqually Indian Tribe | 0.0661% |
| Nooksack Indian Tribe | 0.0494% |
| Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana | 0.2535% |
| Northfork Rancheria of Mono Indians of California | 0.1192% |
| Northwestern Band of the Shoshone Nation | 0.0046% |
| Nottawaseppi Huron Band of the Potawatomi, Michigan | 0.0735% |
| Oglala Sioux Tribe | 0.9582% |
| Ohkay Owingeh, New Mexico | 0.2226% |
| Omaha Tribe of Nebraska | 0.1098% |
| Oneida Indian Nation | 0.0792% |
| Oneida Nation | 0.6249% |
| Onondaga Nation | 0.0286% |
| Osage Nation | 0.2998% |
| Otoe-Missouria Tribe of Indians, Oklahoma | 0.1412% |
| Ottawa Tribe of Oklahoma | 0.0294% |
| Paiute Indian Tribe of Utah (Cedar Band of Paiutes, Kanosh Band of Paiutes, Koosharem Band of Paiutes, Indian Peaks Band of Paiutes, and Shivwits Band of Paiutes) | 0.0864% |
| Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Nevada | 0.1593% |
| Pala Band of Mission Indians | 0.0654% |
| Pamunkey Indian Tribe | 0.0149% |
| Pascua Yaqui Tribe of Arizona | 0.6028% |
| Paskenta Band of Nomlaki Indians of California | 0.0061% |
| Passamaquoddy Tribe Indian Township | 0.0601% |
| Passamaquoddy Tribe Pleasant Point | 0.0758% |
| Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation, California | 0.0135% |
| Pawnee Nation of Oklahoma | 0.1674% |
| Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, California | 0.1620% |
| Penobscot Nation | 0.1004% |
| Peoria Tribe of Indians of Oklahoma | 0.0425% |
| Picayune Rancheria of Chukchansi Indians of California | 0.0820% |
| Pinoleville Pomo Nation, California | 0.0269% |
| Pit River Tribe, California (includes XL Ranch, Big Bend, Likely, Lookout, Montgomery Creek and Roaring Creek Rancherias) | 0.1144% |
| Poarch Band of Creeks | 0.1346% |
| Pokagon Band of Potawatomi Indians, Michigan and Indiana | 0.1197% |
| Ponca Tribe of Indians of Oklahoma | 0.2376% |
| Ponca Tribe of Nebraska | 0.1290% |
| Port Gamble S'Klallam Tribe | 0.0841% |
| Potter Valley Tribe, California | 0.0005% |
| Prairie Band Potawatomi Nation | 0.0680% |
| Prairie Island Indian Community in the State of Minnesota | 0.0030% |
| Pueblo of Acoma, New Mexico | 0.1776% |
| Pueblo of Cochiti, New Mexico | 0.0602% |
| Pueblo of Isleta, New Mexico | 0.9641% |
| Pueblo of Jemez, New Mexico | 0.4715% |
| Pueblo of Laguna, New Mexico | 0.3010% |
| Pueblo of Nambe, New Mexico | 0.0678% |
| Pueblo of Picuris, New Mexico | 0.0148% |
| Pueblo of Pojoaque, New Mexico | 0.0364% |
| Pueblo of San Felipe, New Mexico | 0.1962% |
| Pueblo of San Ildefonso, New Mexico | 0.0515% |
| Pueblo of Sandia, New Mexico | 0.0539% |

| FederallyRecognizedTribeName | Division of Funds (Allocation %) |
|---|---|
| Pueblo of Santa Ana, New Mexico | 0.1216% |
| Pueblo of Santa Clara, New Mexico | 0.0972% |
| Pueblo of Taos, New Mexico | 0.1254% |
| Pueblo of Tesuque, New Mexico | 0.0368% |
| Pueblo of Zia, New Mexico | 0.1135% |
| Puyallup Tribe of the Puyallup Reservation | 0.3461% |
| Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Nevada | 0.2112% |
| Quapaw Nation | 0.0677% |
| Quartz Valley Indian Community of the Quartz Valley Reservation of California | 0.0209% |
| Quechan Tribe of the Fort Yuma Indian Reservation, California & Arizona | 0.2304% |
| Quileute Tribe of the Quileute Reservation | 0.0445% |
| Quinault Indian Nation | 0.1554% |
| Ramona Band of Cahuilla, California | 0.0016% |
| Rappahannock Tribe, Inc. | 0.0068% |
| Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin | 0.0680% |
| Red Lake Band of Chippewa Indians, Minnesota | 0.3333% |
| Redding Rancheria, California | 0.3258% |
| Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria California | 0.0214% |
| Reno-Sparks Indian Colony, Nevada | 0.4667% |
| Resighini Rancheria, California | 0.0117% |
| Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California | 0.0301% |
| Robinson Rancheria | 0.0577% |
| Rosebud Sioux Tribe of the Rosebud Indian Reservation, South Dakota | 0.3906% |
| Round Valley Indian Tribes, Round Valley Reservation, California | 0.1304% |
| Sac & Fox Nation of Missouri in Kansas and Nebraska | 0.0066% |
| Sac & Fox Nation, Oklahoma | 0.4786% |
| Sac & Fox Tribe of the Mississippi in Iowa | 0.0652% |
| Saginaw Chippewa Indian Tribe of Michigan | 0.1612% |
| Saint Regis Mohawk Tribe | 0.3164% |
| Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona | 0.3690% |
| Samish Indian Nation | 0.0508% |
| San Carlos Apache Tribe of the San Carlos Reservation, Arizona | 0.9842% |
| San Juan Southern Paiute Tribe of Arizona | 0.0052% |
| San Manuel Band of Mission Indians, California | 0.0212% |
| San Pasqual Band of Diegueno Mission Indians of California | 0.0096% |
| Santa Rosa Band of Cahuilla Indians, California | 0.0163% |
| Santa Rosa Indian Community of the Santa Rosa Rancheria, California | 0.0567% |
| Santa Ynez Band of Chumash Mission Indians of the Santa Ynez Reservation, California | 0.0489% |
| Santee Sioux Nation, Nebraska | 0.0407% |
| Sauk-Suiattle Indian Tribe | 0.0041% |
| Sault Ste. Marie Tribe of Chippewa Indians, Michigan | 0.7720% |
| Scotts Valley Band of Pomo Indians of California | 0.0140% |
| The Seminole Nation of Oklahoma | 0.4506% |
| Seminole Tribe of Florida | 0.4524% |
| Seneca Nation of Indians | 0.4387% |
| Seneca-Cayuga Nation | 0.0727% |
| Shakopee Mdewakanton Sioux Community of Minnesota | 0.0040% |
| Shawnee Tribe | 0.0385% |
| Sherwood Valley Rancheria of Pomo Indians of California | 0.0390% |
| Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract), California | 0.0578% |
| Shinnecock Indian Nation | 0.0136% |
| Shoalwater Bay Indian Tribe of the Shoalwater Bay Indian Reservation | 0.0388% |
| Shoshone-Bannock Tribes of the Fort Hall Reservation | 0.2571% |

DocuSign Envelope ID: B7A5042B-I0AS-4405-A6DC-AF7A7D020ED8

| FederallyRecognizedTribeName | Division of Funds (Allocation %) |
|---|---|
| Shoshone-Paiute Tribes of the Duck Valley Reservation, Nevada | 0.1081% |
| Sisseton-Wahpeton Oyate of the Lake Traverse Reservation, South Dakota | 0.2481% |
| Skokomish Indian Tribe | 0.0492% |
| Skull Valley Band of Goshute Indians of Utah | 0.0031% |
| Snoqualmie Indian Tribe | 0.0268% |
| Soboba Band of Luiseno Indians, California | 0.1192% |
| Sokaogon Chippewa Community, Wisconsin | 0.0119% |
| Southern Ute Indian Tribe of the Southern Ute Reservation, Colorado | 0.0816% |
| Spirit Lake Tribe, North Dakota | 0.1358% |
| Spokane Tribe of the Spokane Reservation | 0.1194% |
| Squaxin Island Tribe of the Squaxin Island Reservation | 0.0474% |
| St. Croix Chippewa Indians of Wisconsin | 0.0720% |
| Standing Rock Sioux Tribe of North & South Dakota | 0.2451% |
| Stillaguamish Tribe of Indians of Washington | 0.0069% |
| Stockbridge Munsee Community, Wisconsin | 0.0656% |
| Summit Lake Paiute Tribe of Nevada | 0.0045% |
| Suquamish Indian Tribe of the Port Madison Reservation | 0.0385% |
| Susanville Indian Rancheria, California | 0.0940% |
| Swinomish Indian Tribal Community | 0.0685% |
| Sycuan Band of the Kumeyaay Nation | 0.0050% |
| Table Mountain Rancheria | 0.0008% |
| Tejon Indian Tribe | 0.0230% |
| Te-Moak Tribe of Western Shoshone Indians of Nevada (Four constituent bands: Battle Mountain Band; Elko Band; South Fork Band and Wells Band) | 0.1564% |
| Thlopthlocco Tribal Town | 0.0385% |
| Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota | 0.2170% |
| Timbisha Shoshone Tribe | 0.0061% |
| Tohono O'odham Nation of Arizona | 1.4176% |
| Tolowa Dee-ni' Nation | 0.1350% |
| Tonawanda Band of Seneca | 0.0103% |
| Tonkawa Tribe of Indians of Oklahoma | 0.0387% |
| Tonto Apache Tribe of Arizona | 0.0187% |
| Torres Martinez Desert Cahuilla Indians, California | 0.0496% |
| Tulalip Tribes of Washington | 0.3139% |
| Tule River Indian Tribe of the Tule River Reservation, California | 0.1030% |
| Tunica-Biloxi Indian Tribe | 0.0183% |
| Tuolumne Band of Me-Wuk Indians of the Tuolumne Rancheria of California | 0.0252% |
| Turtle Mountain Band of Chippewa Indians of North Dakota | 0.4382% |
| Tuscarora Nation | 0.0127% |
| Twenty-Nine Palms Band of Mission Indians of California | 0.0023% |
| United Auburn Indian Community of the Auburn Rancheria of California | 0.3284% |
| United Keetoowah Band of Cherokee Indians in Oklahoma | 0.1820% |
| Upper Mattaponi Tribe | 0.0194% |
| Upper Sioux Community, Minnesota | 0.0055% |
| Upper Skagit Indian Tribe | 0.0250% |
| Ute Indian Tribe of the Uintah & Ouray Reservation, Utah | 0.3345% |
| Ute Mountain Ute Tribe | 0.1348% |
| Utu Utu Gwaitu Paiute Tribe of the Benton Paiute Reservation, California | 0.0030% |
| Capitan Grande Band of Diegueno Mission Indians of California (Barona Group of Capitan Grande Band of Mission Indians of the Barona Reservation, California; Viejas (Baron Long) Group of Capitan Grande Band of Mission Indians of the Viejas Reservation, California) | 0.0639% |
| Walker River Paiute Tribe, Nevada | 0.0922% |
| Wampanoag Tribe of Gay Head (Aquinnah) | 0.0216% |
| Washoe Tribe of Nevada & California | 0.2416% |

DocuSign Envelope ID: B7A5042B-I0AC-4405-A6DC-AF7A7D020FD8

| Federally Recognized Tribe Name | Division of Funds (Allocation %) |
|---|---|
| White Earth Band of the Minnesota Chippewa Tribe, Minnesota | 0.3129% |
| White Mountain Apache Tribe of the Fort Apache Reservation, Arizona | 1.2832% |
| Wichita and Affiliated Tribes, Oklahoma | 0.1054% |
| Wilton Rancheria, California | 0.0764% |
| Winnebago Tribe of Nebraska | 0.1438% |
| Winnemucca Indian Colony of Nevada | 0.0121% |
| Wiyot Tribe, California | 0.0513% |
| Wyandotte Nation | 0.0858% |
| Yankton Sioux Tribe of South Dakota | 0.1301% |
| Yavapai-Apache Nation of the Camp Verde Indian Reservation, Arizona | 0.1642% |
| Yavapai-Prescott Indian Tribe | 0.0463% |
| Yerington Paiute Tribe of the Yerington Colony & Campbell Ranch, Nevada | 0.0546% |
| Yocha Dehe Wintun Nation, California | 0.0091% |
| Yomba Shoshone Tribe of the Yomba Reservation, Nevada | 0.0162% |
| Ysleta del Sur Pueblo | 0.0531% |
| Yurok Tribe of the Yurok Reservation, California | 0.4941% |
| Zuni Tribe of the Zuni Reservation, New Mexico | 0.4432% |

*\* 50% of the allocation to this entity shall be made available to federally recognized tribes served by the entity.*

**EXHIBIT D**

**TRIBAL ABATEMENT FUND TRUST VIII**
**TRUST AGREEMENT**

**DATED AS OF JANUARY 19, 2023**

*Pursuant to the CVS Tribal Settlement Agreement*
*Between the Tribal Leadership Committee and*
*CVS Dated December 22, 2022*

# TRIBAL ABATEMENT FUND TRUST VIII

## TABLE OF CONTENTS

**Page**

ARTICLE 1 AGREEMENT OF TRUST ...................................................................................2

    Section 1.1    Creation and Name. ................................................... 2
    Section 1.2    Purposes ................................................................... 2
    Section 1.3    Transfer of Assets. ................................................... 3
    Section 1.4    Acceptance of Assets. ............................................... 3
    Section 1.5    Tribe Beneficiaries. .................................................. 4
    Section 1.6    Jurisdiction. .............................................................. 4

ARTICLE 2 POWERS AND TRUST ADMINISTRATION ...................................................4

    Section 2.1    Powers. ...................................................................... 4
    Section 2.2    General Administration ............................................. 6
    Section 2.3    Accounting ................................................................ 6
    Section 2.4    Financial Reporting .................................................. 7
    Section 2.5    Tribal Opioid Abatement Reporting. ......................... 7
    Section 2.6    Beneficiary Reporting. .............................................. 7
    Section 2.7    Limitation of the Directors' Authority ...................... 8

ARTICLE 3 ACCOUNTS, INVESTMENTS, ADMINISTRATIVE EXPENSES ......................8

    Section 3.1    Accounts. .................................................................. 8
    Section 3.2    Investment Guidelines .............................................. 8
    Section 3.3    Payment of TAFT VIII Operating Expenses. ............ 8

ARTICLE 4 ABATEMENT DISTRIBUTIONS ......................................................................9

    Section 4.1    Abatement Distributions ........................................... 9
    Section 4.2    Manner of Payment of Abatement Distributions. ...... 9
    Section 4.3    Delivery of Abatement Distributions. ....................... 10

ARTICLE 5 DIRECTORS AND DELAWARE TRUSTEE .....................................................10

    Section 5.1    Number of Directors; Managing Director. ................ 10
    Section 5.2    Term of Service, Successor Directors. ...................... 10
    Section 5.3    Directors' Meetings. ................................................. 12
    Section 5.4    Compensation and Expenses of Directors ................ 13
    Section 5.5    Directors' Independence. .......................................... 13
    Section 5.6    Standard of Care; Exculpation. ................................. 13
    Section 5.7    Protective Provisions. ............................................... 14
    Section 5.8    Indemnification. ....................................................... 15
    Section 5.9    Bond ........................................................................ 16
    Section 5.10    Delaware Trustee. .................................................... 16
    Section 5.11    Meeting Minutes; Rights of Inspection. .................... 18
    Section 5.12    Trust Protector. ........................................................ 19

ARTICLE 6 GENERAL PROVISIONS ..................................................................................20

Section 6.1      Irrevocability ................................................................ 20
Section 6.2      Term; Termination. ........................................................ 20
Section 6.3      Taxes. ............................................................................ 20
Section 6.4      Modification. .................................................................. 21
Section 6.5      Communications ............................................................ 22
Section 6.6      Severability .................................................................... 22
Section 6.7      Notices. .......................................................................... 22
Section 6.8      Successors and Assigns .................................................. 24
Section 6.9      Limitation on Transferability; Tribe Beneficiaries' Interests ................. 24
Section 6.10     Exemption from Registration ......................................... 25
Section 6.11     Entire Agreement; No Waiver ........................................ 25
Section 6.12     Headings ........................................................................ 25
Section 6.13     Governing Law .............................................................. 25
Section 6.14     Dispute Resolution ........................................................ 26
Section 6.15     Sovereign Immunity ...................................................... 26
Section 6.16     Effectiveness .................................................................. 26
Section 6.17     Counterpart Signatures ................................................... 26
EXHIBIT 1 PARTICIPATING TRIBES and FINAL TRIBAL ALLOCATION
DISTRIBUTION PERCENTAGES ............................................................... 28
EXHIBIT 2 FORM OF CERTIFICATE OF TRUST OF THE  TRIBAL ABATEMENT
FUND TRUST VIII ....................................................................................... 29
EXHIBIT 3 INVESTMENT GUIDELINES ................................................ 30
EXHIBIT 4 TRIBAL ABATEMENT FUND TRUST VIII TRUST DISTRIBUTION
PROCEDURES ............................................................................................. 33

# TRIBAL ABATEMENT FUND
# TRUST VIII AGREEMENT

This Tribal Abatement Fund Trust VIII ("**TAFT VIII**" or the "**Trust**") Agreement (together with all Exhibits hereto, this "**Trust Agreement**"), dated and effective as of January __, 2023 (the "Effective Date"), is entered into in furtherance of the administration of the CVS Tribal Settlement Agreement between the Tribal Leadership Committee ("**TLC**"), Participating Tribes and CVS (the "**Parties**"), dated December 22, 2022 (as may be further modified, amended, or supplemented from time to time, and together with all exhibits and schedules thereto, the "**CVS Tribal Settlement Agreement**" or "**CVS TSA**"),[1] in the matter of *In re National Prescription Opiate Litigation,* MDP No. 2804, Case No. 17-md-2804 in the United States District Court for the Northern District of Ohio (the "**Court**"). This Trust Agreement is entered into by the trustees of the Tribal Abatement Fund Trust VIII who are further identified on the signature pages hereto (together with any successor trustee serving in such capacity, the "**Directors**"),[2] the Delaware Trustee (together with any successor serving in such capacity, the "**Delaware Trustee**") and the Trust Protector, the individual who is further identified on the signature pages hereto (together with any successor serving in such capacity, the "**Trust Protector**").

## RECITALS

**WHEREAS**, the CVS Settlement Trust shall be established pursuant to order of the Court to aid in the administration of the CVS TSA;

**WHEREAS**, the Parties entered into the CVS TSA, dated as of December 22, 2022, subject to certain required participation acceptances by the Tribes as set forth in the CVS TSA;

**WHEREAS**, the TLC has notified CVS that the required participation acceptances have occurred and, as a result, the "Tribal Reference Date" under the CVS TSA has occurred;

**WHEREAS**, the CVS TSA provides that following the Effective Date, David R. Cohen and Judge Layn Phillips (the "**Tribal Allocation Appointees**") will determine the Final Tribal Allocation Distribution Percentages, which shall be incorporated herein as **Exhibit 1** of this Trust Agreement;

**WHEREAS**, David R. Cohen, Special Master to Judge Polster in MDL No. 2804 (the "**Special Master**"), shall be appointed as Trust Administrator of the CVS Settlement Trust and authorized to receive CVS's payments under the CVS TSA and to direct funds to be distributed to the Participating Tribes, as provided in the CVS TSA;

**WHEREAS**, in accordance with the CVS TSA, TAFT VIII has been established for the distribution to and abatement reporting by Tribe Beneficiaries, as defined in Section 1.5(a), in accordance with the terms of the CVS TSA and this Trust Agreement.

**WHEREAS**, pursuant to the CVS TSA, TAFT VIII shall (a) receive distributions from the

---

[1] Capitalized terms used but not herein defined shall have the meaning ascribed to them in the Walmart Tribal Settlement Agreement or any Exhibits attached hereto, as applicable.

[2] The initial Directors shall be Kevin Washburn, Mary Smith and Kathy Hannan; the initial Trust Protector shall be Professor Stacy Leeds.

CVS Settlement Trust, (b) make Abatement Distributions (as defined below) to Tribe Beneficiaries in accordance with this Trust Agreement and the TAFT VIII TDP attached hereto as **Exhibit 4** (the "**TAFT VIII TDP**"), and (c) carry out such other matters as are set forth in the Trust Documents (as defined below).

**WHEREAS**, pursuant to the CVS TSA, the Trust shall (a) distribute Trust Assets in accordance with this Trust Agreement and the TAFT VIII TDP; (b) pay TAFT VIII Operating Expenses, as defined in Section 1.2(f)(ii); (c) hold and maintain the TAFT VIII Operating Reserve, as defined in Section 1.2(f)(ii); and (d) hold, manage, protect and invest all Trust Assets received by the Trust for the benefit of the Tribe Beneficiaries, pending distribution to Tribe Beneficiaries, satisfaction of TAFT VIII obligations, or payment of TAFT VIII Operating Expenses.

**WHEREAS**, the Trust is intended to qualify as a "qualified settlement fund" within the meaning of Section 1.468B-1 *et seq.* of the Treasury Regulations promulgated under Section 468B of the Internal Revenue Code of 1986, as amended (the "**Code,**" and such regulations, the "**QSF Regulations**"), and corresponding or similar provisions of relevant state or local law.

**NOW**, **THEREFORE**, it is hereby agreed as follows:

## ARTICLE 1
## AGREEMENT OF TRUST

**Section 1.1**    **Creation and Name.**

There is hereby created a trust known as the "**Tribal Abatement Fund Trust VIII**" or "**TAFT VIII.**" The Directors may transact the business and affairs of the Trust in the name of TAFT VIII. It is the intention of the Parties hereto that the Trust constitutes a statutory trust under Chapter 38 of Title 12 of the Delaware Code, 12 Del. C. Section 3801 *et seq.* (the "**Act**"), and that this Trust Agreement together with all Exhibits hereto (collectively, the "**Trust Documents**") constitute the governing instruments of the Trust. The Directors and the Delaware Trustee are hereby authorized and directed to execute and file a Certificate of Trust with the Delaware Secretary of State in the form attached hereto as **Exhibit 2**.**Section 1.2**    **Purposes.**The purposes of the Trust are, among other things, to:

(a)    receive distributions from the CVS Settlement Trust;

(b)    hold, manage, protect and invest the Trust Assets in accordance with the terms of the Trust Documents, for the benefit of the Tribe Beneficiaries;

(c)    engage in any lawful act or activity, including, without limitation, to enter into leasing, financing or other agreements with third parties, that is consistent with, necessary or incidental to the Trust Documents;

(d)    qualify at all times as a "qualified settlement fund" within the meaning of the QSF Regulations and corresponding or similar provisions of relevant state or local law;

(e)    engage in any lawful activity necessary or incidental to the foregoing; and

(f)     use the Trust Assets to:

(i)     make Abatement Distributions (as defined below) to Tribe Beneficiaries in accordance with this Trust Agreement and the TAFT VIII TDP;

(ii)     hold and maintain reserves to pay the fees and expenses incurred with administering the Trust (including the TAFT VIII TDP) and managing the Trust Assets (together, the "**TAFT VIII Operating Expenses**") of the Trust (such reserves, the "**TAFT VIII Operating Reserve**"), which shall be funded with cash and cash equivalents held by the Trust in accordance with the Trust Documents;

(iii)     pay TAFT VIII obligations and the TAFT VIII Operating Expenses from the TAFT VIII Operating Reserve; and

(iv)     replenish periodically, until the dissolution of the Trust, the TAFT VIII Operating Reserve from cash held or received by the Trust to the extent deemed necessary by the Directors to satisfy and pay estimated future TAFT VIII Operating Expenses in accordance with the Trust Documents.

**Section 1.3        Transfer of Assets.**Pursuant to the CVS TSA, the Trust shall receive distributions from the CVS Settlement Trust (together with any income or gain earned thereon, collectively, the "**Trust Assets**"). The Trust Assets shall not be subject to attachment, disgorgement or recoupment by any person, except there shall be allowed a reversion of Trust Assets to CVS only to the extent set forth in Section 4.2.

**Section 1.4        Acceptance of Assets.**

(a)     In furtherance of the purposes of the Trust, the Directors, in their capacity as trustees, on behalf of the Trust, accept the transfer to the Trust of the initial TAFT VIII funding from the CVS Settlement Trust and shall accept the subsequent funding and transfers contemplated by the CVS TSA, subject to the terms of the Trust Documents. Except as otherwise provided in Section 4.2, CVS will have no equitable or legal interest in, or with respect to, the Trust Assets or the Trust.

(b)     Notwithstanding anything to the contrary herein, no provision in this Trust Agreement or the TAFT VIII TDP shall be construed or implemented in a manner that would cause the Trust to fail to qualify as one or more "qualified settlement funds" within the meaning of the QSF Regulations or under corresponding or similar provisions of relevant state or local law.

(c)     In this Trust Agreement and the TAFT VIII TDP, the words "must," "will," and "shall" are intended to have the same mandatory force and effect, while the word "may" is intended to be permissive rather than mandatory.

**Section 1.5        Tribe Beneficiaries.**

(a)     The beneficial owners (within the meaning of the Act) of the Trust are the tribes or

D-3

tribal organizations identified as Participating Tribes on **Exhibit 1** hereto (together with the tribe or tribal entity organization added to such **Exhibit 1** after the Effective Date in accordance with the CVS TSA, each, a "**Tribe Beneficiary**" and, collectively, the "**Tribe Beneficiaries**").

(b)    The Tribe Beneficiaries shall have only such rights with respect to the Trust and its assets as are set forth in this Trust Agreement and the TAFT VIII TDP and no greater or other rights, including upon dissolution, liquidation or winding up of the Trust, shall be deemed to apply to such Tribe Beneficiaries.

(c)    The Tribe Beneficiaries shall be subject to the terms of this Trust Agreement, including, without limitation, Article 4 and the terms of the TAFT VIII TDP.

**Section 1.6        Jurisdiction.**The Court shall have continuing jurisdiction over the Trust, provided, however, the courts of the State of Delaware, including any federal court located therein, shall also have jurisdiction over the Trust.

## ARTICLE 2
## POWERS AND TRUST ADMINISTRATION

**Section 2.1        Powers.**

(a)    The Directors in their capacity as trustees are and shall act as fiduciaries to the Trust in accordance with the provisions of this Trust Agreement. The Directors shall, at all times, administer the Trust in accordance with the purposes set forth in Section 1.2 above. Subject to the limitations set forth in the Trust Documents, the Directors shall have the power to take any and all actions that in the judgment of the Directors are necessary or proper to fulfill the purposes of the Trust, including, without limitation, each power expressly granted in this Section 2.1, any power reasonably incidental thereto and any trust power now or hereafter permitted under the laws of the State of Delaware. In the event of any ambiguity or conflict between the terms of this Trust Agreement and the TAFT VIII TDP, the TAFT VIII TDP shall control.

(b)    Except as required by applicable law or the Trust Documents, the Directors need not obtain the order or approval of any court for the exercise of any power or discretion conferred hereunder.

(c)    Without limiting the generality of Section 2.1(a) above, and except as limited in the Trust Documents and by applicable law, the Directors shall have the power to:

(i)    receive and hold the Trust Assets and exercise all rights with respect thereto;

(ii)    invest the monies and other Trust Assets held from time to time by the Trust, subject to the limitations set forth in Section 3.2 below;

(iii)    enter into leasing, financing or other agreements with third parties as deemed by the Directors in their discretion to be useful in carrying out the purposes of the Trust;

(iv)    determine and pay obligations and liabilities of the Trust and the TAFT VIII

Operating Expenses;

(v)     establish accounts and reasonable reserves within the Trust, as deemed by the Directors in their discretion to be necessary, prudent or useful in administering the Trust;

(vi)     bring any action in any court of competent jurisdiction, including the Court;

(vii)     initiate, prosecute, defend and resolve all legal actions and other proceedings related to any Trust Asset, liability or responsibility of the Trust;

(viii)     supervise and administer the Trust in accordance with the Trust Documents, including, without limitation, to monitor the Abatement Distribution (as defined below) recipients' compliance with the TAFT VIII TDP requirements for Approved Tribal Opioid Abatement Uses and Approved Administrative Expenses (as defined in the TAFT VIII TDP);

(ix)     appoint such officers and retain such employees, consultants, advisors, attorneys, independent contractors, experts and agents and engage in such legal, financial, administrative, accounting, investment, auditing and alternative dispute resolution services and activities as the Trust requires, and delegate to such persons such powers and authorities as the fiduciary duties of the Directors permit and as the Directors, in their discretion, deem advisable or necessary in order to carry out the terms of this Trust Agreement;

(x)     pay reasonable compensation and expenses to any of the Trust's employees, consultants, advisors, independent contractors, experts and agents for legal, financial, administrative, accounting, investment, auditing and alternative dispute resolution services and activities as the Trust requires;

(xi)     compensate the Directors, Delaware Trustee, the Trust Protector, and their employees, consultants, advisors, independent contractors, experts and agents, and reimburse the Directors, the Delaware Trustee and the Trust Protector for all reasonable out-of-pocket costs and expenses incurred by such persons in connection with the performance of their duties hereunder;

(xii)     execute and deliver such instruments as the Directors consider necessary or desirable in administering the Trust;

(xiii)     enter into such other arrangements with third parties as are deemed by the Directors to be advisable or necessary in carrying out the purposes of the Trust; provided that such arrangements do not conflict with any other provision of this Trust Agreement;

(xiv)     in accordance with Section 5.8 below, defend, indemnify and hold harmless (and purchase insurance indemnifying) the Trust Indemnified Parties (as defined in Section 5.6(a) below) to the maximum extent permitted by law;

(xv)     delegate any or all of the authority herein conferred with respect to the

investment of all or any portion of the Trust Assets to any one or more reputable institutional investment advisors or investment managers without liability for any action taken or omission made because of any such delegation, except as provided in Section 5.6 below; provided that such investment advisors and investment managers shall be in compliance with the Investment Guidelines (as defined in Section 3.2) at all times;

(xvi)   make, join, pursue (by litigation or otherwise), abandon, collect, compromise or settle, or otherwise resolve, in the name of the Trust any claim, right, action or cause of action of the Trust, before any court of competent jurisdiction and without approval of the Court;

(xvii)   contract for the establishment and continuing maintenance of (a) a secure method of internet-based communications for the Trust and the Tribe Beneficiaries as described in Section 6.5 herein (the "**Tribal Opioid Settlement Portal**") and (b) a public-facing website to publish all information required to be published under the Trust Documents (the "**Tribal Opioid Settlement Website**"); and

(xviii)   exercise any and all rights of the Directors, and take any and all actions as are permitted, in accordance with and subject to the terms of this Trust Agreement.

(d)      The Directors shall not have the power to cause the Trust to guarantee any debt of other persons.

(e)      Except as otherwise set forth in the Trust Documents and CVS TSA, but without prior or further authorization, the Directors may control and exercise authority over the Trust Assets and over the protection, conservation and disposition thereof. No person dealing with the Trust shall be obligated to inquire into the authority of the Directors in connection with the protection, conservation or disposition of the Trust Assets.

**Section 2.2      General Administration.**The Directors shall act in accordance with the Trust Documents. The mailing address of the Trust is Tribal Abatement Fund Trust VIII, P.O. Box 65097, Washington, DC 20035. The Directors may change the location of the principal office and may establish other offices at other locations. The Directors shall provide notice to the Tribe Beneficiaries upon establishment of any office by posting such information in the Tribal Opioid Settlement Portal (or by other means approved by the Directors).

**Section 2.3      Accounting.**The fiscal year of the Trust shall begin on January 1 and shall end on December 31 of each calendar year. The Directors shall maintain the books and records relating to the Trust Assets and income and the payment of expenses of and liabilities against the Trust. The detail of these books and records and the duration of time during which the Directors shall keep such books and records shall be such as to allow the Directors to make a full and accurate accounting of all Trust Assets, as well as to comply with applicable provisions of law and standard accounting practices necessary or appropriate to produce an annual report containing special-purpose financial statements of the Trust, including, without limitation, the assets and liabilities of the Trust as of the end of such fiscal year and the additions, deductions and cash flows for such fiscal year (the "**Annual Report**"); provided, however, that the Directors shall maintain such books and records until the wind-up of the Trust's affairs and satisfaction of all of the Trust's liabilities.

**Section 2.4          Financial Reporting.**The Directors shall engage a firm of independent certified public accountants (the "Independent Auditors") selected by the Directors, to audit the Annual Report. Within one hundred twenty (120) days following the end of each calendar year, the Directors shall (a) deliver to the CVS Settlement Trust the Annual Report audited by the Independent Auditors and accompanied by an opinion of such firm as to the fairness in all material respects of the special-purpose financial statements, and (b) publish a copy of such Annual Report on the Tribal Opioid Settlement Website.

**Section 2.5          Tribal Opioid Abatement Reporting.**

(a)          Within one hundred and twenty (120) days following the end of each calendar year, the Directors shall (i) cause to be prepared and delivered to the CVS Settlement Trust and to CVS an annual report on the Approved Tribal Opioid Abatement Uses with respect to such period, together with such additional information as the Directors determine necessary or appropriate in their discretion (each, a "**Tribal Opioid Abatement Report**"), and (ii) post a copy of the Tribal Opioid Abatement Report on the Tribal Opioid Settlement Website.

(b)          For the avoidance of doubt, the Directors shall not be required to include in any TAFT VIII Tribal Opioid Abatement Report any abatement matters except those that pertain to TAFT VIII exclusively.

**Section 2.6          Beneficiary Reporting.**

(a)          Reporting of Approved Tribal Opioid Abatement Uses by the Tribe Beneficiaries shall be required to the extent set forth in the TAFT VIII TDP. The Directors shall establish the form, content, and due dates of periodic reports with respect to Approved Tribal Opioid Abatement Uses to be submitted by the Tribe Beneficiaries (each, a "**Beneficiary Abatement Use Report**") to the Directors through the Tribal Opioid Settlement Portal (or delivered by other means approved by the Directors). The Directors may prescribe a modified reporting regime for certain Tribe Beneficiaries based upon appropriate standards to be developed by the Directors, provided such modified reporting regime is not inconsistent with the Trust's reporting obligations, as determined by the Directors in their discretion. The Directors shall endeavor to implement appropriate mechanisms, in their discretion consistent with the Trust Documents, to obtain efficiency in reporting by Tribe Beneficiaries with respect to TAFT VIII and other comparable opioid abatement trusts benefitting the Tribe Beneficiaries. Each Beneficiary Abatement Use Report shall contain the information necessary to:

(i)          enable the Trust to satisfy the audited Annual Report requirements described in Section 2.4 above; and

(ii)          enable the Trust to satisfy the Tribal Opioid Abatement Report requirements described in Section 2.5(a) above.

**Section 2.7          Limitation of the Directors' Authority.**The Directors are not authorized to engage in any trade or business with respect to the Trust Assets or proceeds therefrom. The foregoing limitation shall not prevent the Directors from managing the investment of the Trust Assets.

**ARTICLE 3**
**ACCOUNTS, INVESTMENTS, ADMINISTRATIVE EXPENSES**

**Section 3.1**          **Accounts.**

(a)      The Directors shall maintain one or more accounts ("**Trust Accounts**") on behalf of the Trust with one or more financial depository institutions (each, a "**Financial Institution**"). Candidates for the positions of Financial Institution shall fully disclose to the Directors any interest in or relationship with CVS or a named defendant in MDL No. 2804, their affiliated persons, or any Released Entities. Any such interest or relationship shall not be an automatic disqualification for the position, but the Directors shall take any such interest or relationship into account in selecting a Financial Institution.

(b)      The Directors may, from time to time, create such accounts and reasonable reserves within the Trust Accounts as authorized in this Section 3.1 and as they may deem necessary, prudent or useful in order to provide for Abatement Distributions (as defined herein) to the Tribe Beneficiaries and the payment of TAFT VIII Operating Expenses and may, with respect to any such account or reserve, restrict the use of money therein for a specified purpose (the "**Trust Subaccounts**"). Any such Trust Subaccounts established by the Directors shall be held as Trust Assets and are not intended to be subject to separate entity tax treatment as a "disputed claims reserve" within the meaning of the Code or the Treasury Regulations, or a "disputed ownership fund" within the meaning of the Treasury Regulations, or otherwise.

(c)      The Directors may replace any retained Financial Institution with a successor Financial Institution at any time and such successor shall be subject to the considerations set forth in Section 3.1(a).

**Section 3.2**          **Investment Guidelines.**The Directors may invest the Trust Assets in accordance with the Investment Guidelines, attached hereto as **Exhibit 3** (the "**Investment Guidelines**"). Notwithstanding any contrary provision of the Trust Documents, this Section 3.2 and the Investment Guidelines cannot be modified or amended.

**Section 3.3**          **Payment of TAFT VIII Operating Expenses.**All TAFT VIII Operating Expenses shall be payable out of the TAFT VIII Operating Reserve. None of the Directors, the Delaware Trustee, the Trust Protector, the Tribe Beneficiaries, CVS, nor any of their employees, officers, consultants, advisors, independent contractors, experts or agents shall be personally liable for the payment of any TAFT VIII Operating Expense or any other liability of the Trust. In their discretion, the Directors may incur and pay TAFT VIII Operating Expenses after making appropriate allocations of common charges that are incurred for the benefit of TAFT VIII and other tribal opioid abatement entities created prior to or after the Effective Date (for example, the Tribal Opioid Settlement Website).

**ARTICLE 4**
**ABATEMENT DISTRIBUTIONS**

**Section 4.1**          **Abatement Distributions.**The Directors shall make Abatement Distributions only as and to the extent set forth in this Article 4 and the TAFT VIII TDP (the "**Abatement Distributions**"). Abatement Distributions shall be used by the Tribe Beneficiaries as

described in Section 3 of the TAFT VIII TDP.

**Section 4.2**          **Manner of Payment of Abatement Distributions.**

(a)      The Directors shall endeavor to provide ten (10) days' notice to the Tribe Beneficiaries of any upcoming Abatement Distribution through the Tribal Opioid Settlement Portal (or by other means approved by the Directors); provided, however, that the Directors may shorten such notice period in their discretion.

(b)      Abatement Distributions shall be made to Participating Tribes in accordance with the Final Tribal Allocation Distribution Percentages to be set forth on **Exhibit 1** hereto. Abatement Distributions shall be made to Tribes that become Participating Tribes after the Effective Date in accordance with Section IV.E of the CVS TSA.

(c)      Abatement Distributions may be made by the Directors or by a disbursement agent retained by the Trust to make Abatement Distributions on its behalf (the "**Disbursement Agent**"). Abatement Distributions shall be made in accordance with the TAFT VIII TDP on the dates approved for distribution by the Directors.

(d)      The Directors may cause Abatement Distributions to be withheld with respect to any Tribe Beneficiary that has failed to deliver timely a completed Beneficiary Abatement Use Report by the applicable due date. The Directors shall allow for a reasonable period of time to cure any delinquent Beneficiary Abatement Use Report and may continue to withhold distributions to a Tribe Beneficiary until all such delinquent Beneficiary Abatement Use Reports of such Tribe Beneficiary have been cured.

(e)      If the Directors determine, in their discretion, that making the final Abatement Distribution immediately prior to the termination and dissolution of the Trust is not cost-effective with respect to the final amounts to be distributed to the Tribe Beneficiaries, the Directors shall have the authority to direct such final Abatement Distribution, in full, to a tax-exempt organization that has opioid abatement as part of its mission, such as the National Indian Health Board, as selected by the Directors in their discretion. The Directors shall instruct the tax-exempt organization to use the Abatement Distribution solely for opioid abatement purposes.

(f)      Notwithstanding the foregoing, the Directors shall cause Trust Assets to revert to CVS only to the extent required by Section IV.E of the CVS TSA.

(g)      Prior to disbursing funds to any Participating Tribe, the Directors shall obtain from each Participating Tribe any required payment documentation (including, as needed, wire instructions and W-9 forms).

**Section 4.3**          **Delivery of Abatement Distributions.**

(a)      All Abatement Distributions under this Trust Agreement shall be made (i) in accordance with the electronic transfer information or (ii) by check at the address provided by the Tribe Beneficiaries in accordance with the TAFT VIII TDP. Changes to such electronic transfer information or address, as applicable, must be provided to the Trust or the Disbursement Agent in writing at least five (5) business days prior to any upcoming Abatement Distribution date;

provided, however, that the Directors and Disbursement Agent shall have the authority, in their discretion, to seek further direction from the Tribe Beneficiaries regarding the transfer information of Abatement Distributions under this Trust Agreement.

(b)     In the event that any Abatement Distribution is undeliverable, no further Abatement Distribution shall be made unless and until the Directors have been notified of the then current wire instructions or address, as applicable, as directed by such Tribe Beneficiary, at which time such distribution shall be made without interest. The Directors shall take reasonable efforts to obtain a current address or wire instructions, as applicable, for any Tribe Beneficiary with respect to which any distribution is undeliverable, but shall have no obligation to make further inquiry with respect to designated recipients of such Tribe Beneficiaries.

(c)     No Trust Asset or any unclaimed property shall escheat to any federal, state or local government or any other entity.

## ARTICLE 5
## DIRECTORS AND DELAWARE TRUSTEE

**Section 5.1          Number of Directors; Managing Director.**

(a)     **Number.** In addition to the Delaware Trustee appointed pursuant to Section 5.10, there shall be three (3) Directors. The initial Directors shall be those persons named on the signature page hereof.

(b)     **Managing Director.** At their first meeting, the initial Directors shall designate one of their number to serve as the Managing Director of the Trust, with such administrative duties as the Directors may determine (the "**Managing Director**"). The Directors may change the designation of the individual to serve as Managing Director from time to time as circumstances warrant. The Managing Director or, in the Managing Director's absence, another Director selected by the Directors shall preside at meetings of the Directors. The Managing Director, or the Director presiding over such meeting, shall be responsible for taking meeting minutes at each meeting of the Directors and for performing such other administrative duties and services as shall be assigned to or required of the Managing Director by the Directors. The Managing Director shall maintain a list of current Directors, including their addresses and contact information.

**Section 5.2     Term of Service, Successor Directors.**

(a)     **Term.** Each Director shall serve until the earlier of (i) his or her death, (ii) his or her resignation or removal pursuant to Section 5.2(c) below, or (IV) the termination of the Trust pursuant to the terms of this Trust Agreement. The term of a newly appointed Director shall commence upon his or her acceptance as such.(b)     **Appointment of Successor Directors.**

(i)     In the event of a vacancy in the position of one (1) Director for any reason, the vacancy shall be filled by the unanimous vote of the remaining Directors. In the event that the remaining Directors cannot agree on a successor Director within thirty (30) days, each of the remaining Directors shall propose a Director candidate and the Trust Protector (as defined in Section 5.12(a) below) shall select one such candidate as the Successor Director.

(ii)     In the event of a vacancy in the position of two (2) Directors for any reason, the remaining Director and the Trust Protector shall, after consultation, jointly appoint two (2) successor Directors, both of whom shall each be acceptable to both of the remaining Director and the Trust Protector. In the event the remaining Director and the Trust Protector cannot agree on two (2) successor Directors, the selection of two (2) successor Directors shall be resolved in accordance with the dispute resolution provisions of Section 6.14.

(iii)    In the event of a vacancy in the position of three (3) Directors for any reason, the Trust Protector shall recommend three (3) successor Directors for the Delaware Court of Chancery to appoint and any costs relating thereto shall be borne by the Trust.

(iv)     Notice of the appointment of any successor Director(s) shall be filed with the Court and shall be published on the Tribal Opioid Settlement Website when it is filed with the Court.

(v)      In filling any vacancy in the position of one or more Directors, the remaining Director(s) and/or the Trust Protector shall apply the following standard to any successor Director: the successor Director shall be a disinterested, independent individual with experience in one or more of the following areas: public policy/public health, tribal health or welfare, tribal self-determination, administration or self-governance, other tribal affairs, ethics and compliance, finance, general business and/or corporate governance.

(vi)     Immediately upon the appointment of any successor Director(s), all rights, titles, duties, powers and authority of the predecessor Director(s) hereunder shall be vested in, and undertaken by, the successor Director (s) without any further act. No successor Director(s) shall be liable personally for any act or omission of his or her predecessor Director. No successor Director shall have any duty to investigate the acts or omissions of his or her predecessor Director.

(c)     **Resignation or Removal.** A Director may resign by giving written notice to either of the other Directors. Such notice shall specify a date when such resignation shall take effect, which, except in the case of incapacity or disability, shall not be less than ninety (90) days after the date such notice is given, where practicable. A Director may be removed by unanimous vote of the remaining Directors in the event that he or she becomes unable to discharge his or her duties hereunder due to accident, physical deterioration, mental incompetence or for other good cause, provided such Director has received reasonable notice and an opportunity to be heard by the remaining Directors. Other good cause shall mean fraud, self-dealing, intentional misrepresentation, willful misconduct, indictment for or conviction of a felony in each case whether or not connected to the Trust, any substantial failure to comply with the administration of the Trust or a consistent pattern of neglect and failure to perform or participate in performing the duties of a Director hereunder. For the avoidance of doubt, any removal of a Director pursuant to this Section 5.2(c) shall require the approval of the Court and shall take effect at such time as the Court shall determine.

**Section 5.3          Directors' Meetings.**

D-11

(a)     **Regular Meetings.** The Directors shall hold regular meetings not less than quarterly, which may be held without notice at such times and at such places as may be determined from time to time by the Directors. For the avoidance of doubt, the Delaware Trustee shall not be required or permitted to attend any meetings of the Directors contemplated by this Section 5.3.

(b)     **Special Meetings.** Special meetings of the Directors may be called by any Director by giving written notice to each other Director not less than one (1) business day prior to the date of the meeting. Any such notice shall include the time, place and purpose of the meeting, given to each Director by overnight courier, personal delivery, facsimile, electronic mail or other similar means of communication. Notice shall be addressed or delivered to each Director at the Director's address as shown upon the records of the Trust or as may have been given to Directors by the Director for purposes of notice. If a Director's address is not shown on such records or is not readily ascertainable, notice to the Director may be given care of the principal office of the Trust. Notice by overnight courier shall be deemed to have been given one (1) business day after the time that written notice is provided to such overnight courier. Any other written notice shall be deemed to have been given at the time it is personally delivered to the recipient or actually transmitted by the person giving the notice by electronic means to the recipient.

(c)     **Action and Quorum.** In all matters pertaining to the affairs of the Trust, the Directors shall act by a vote of a majority of the number of Directors then in office, which such majority shall constitute a quorum of the Directors for the transaction of business, except to adjourn as provided in Section 5.3(f).

(d)     **Participation in Meetings by Telephone Conference.** Directors may participate in a meeting of the Directors by conference telephone or similar communications equipment (which shall include virtual meetings via video conferencing software), as long as all Directors participating in such meeting can hear one another. Participation by a Director in a meeting pursuant to this Section 5.3(d) shall constitute presence in person at such meeting.

(e)     **Waiver of Notice.** Notice of a meeting need not be given to any Director who signs a waiver of notice, whether before or after the meeting. All such waivers shall be filed with the Trust records or made a part of the minutes of the meeting. Attendance at a meeting by a Director shall constitute a waiver of notice of such meeting except when the Director attends a meeting for the express purpose of objecting, at the beginning of the meeting, to the transaction of any business on the ground that the meeting was not lawfully called or convened. Neither the business to be transacted at, nor the purpose of, any Director meeting need be specified in any waiver of notice.

(f)     **Adjournment.** A majority of the Directors present, whether or not a quorum exists, may adjourn any Directors meeting to another time and place.

(g)     **Action by Unanimous Written Consent.** Any action required or permitted to be taken at any meeting of the Directors may be taken without a meeting, if all of the Directors then in office consent thereto in writing or by Electronic Transmission, which writing may be executed in one or more counterparts, and the writing or Electronic Transmission are filed with the meeting minutes of the Directors. As used herein, "**Electronic Transmission**" means any form of communication not directly involving the physical transmission of paper that creates a record that may be retained, retrieved and reviewed by a recipient thereof and that may be directly reproduced in paper form by such a recipient through an automated process.

**Section 5.4** **Compensation and Expenses of Directors.**The Directors shall receive reasonable compensation from the Trust for their services as Directors. The Trust shall also, upon receipt of appropriate documentation, reimburse all reasonable out-of-pocket costs and expenses incurred by each Director in the course of carrying out their duties as Directors in accordance with reasonable policies and procedures as may be adopted from time to time, including in connection with attending meetings of the Directors. The amounts paid to the Directors for reasonable compensation and expenses shall be disclosed in the Annual Report.

**Section 5.5** **Directors' Independence.**

(a)     The Directors shall not, during their service, hold a financial interest in, act as attorney or agent for, or serve as any other professional for CVS or a defendant in MDL No. 2804, their affiliated persons, or any Released Entities. No Director shall act as an attorney for any Tribe in a matter that (i) directly or indirectly relates to claims arising from the use of opioids by any person, or (ii) is directly adverse to the claims of another Tribe. For the avoidance of doubt, this provision shall not apply to the Delaware Trustee.

(b)     The Directors, and the Delaware Trustee, shall be indemnified by the Trust in acting upon any resolution, certificate, statement, instrument, opinion, report, notice, request, consent, order or other paper or document believed by them to be genuine and to have been signed or presented by the proper party or parties.

(c)     Persons dealing with the Trust, the Directors, and the Delaware Trustee with respect to the affairs of the Trust, shall have recourse only to the Trust Assets to satisfy any liability incurred by the Trust, the Directors, or the Delaware Trustee to such person in carrying out the terms of this Trust Agreement, and neither the Directors, the Delaware Trustee, the Tribe Beneficiaries, nor any of their professionals, advisors, officers, agents, consultants or lawyers shall have any personal obligation to satisfy any such liability.

**Section 5.6** **Standard of Care; Exculpation.**

(a)     As used herein, the term "**Trust Indemnified Party**" shall mean each Director, the Delaware Trustee, the Trust Protector, the Special Master, the Tribal Allocation Appointees, and each of their respective members, officers, employees, agents, consultants, lawyers, advisors or professionals (collectively, the "**Trust Indemnified Parties**").

(b)     To the maximum extent permitted by applicable law, the Trust Indemnified Parties shall not have or incur any liability for actions taken or omitted in their capacities as Trust Indemnified Parties, or on behalf of the Trust, except those acts found by a final, non-appealable order by a court of competent jurisdiction (a "**Final Order**") to be arising out of their willful misconduct, bad faith, gross negligence or fraud, and shall be entitled to indemnification and reimbursement for reasonable fees and expenses in defending any and all of their actions or inactions in their capacity as Trust Indemnified Parties, or on behalf of the Trust, and for any other liabilities, losses, damages, claims, costs and expenses arising out of or due to the implementation or administration of the CVS TSA or the Trust Agreement (other than taxes in the nature of income taxes imposed on compensation paid to such persons), in each case, except for any actions or inactions found by a Final Order to be arising out of their willful misconduct, bad faith, gross negligence or fraud. Any valid indemnification claim of any of the Trust Indemnified Parties shall

D-13

be satisfied from the Trust.

(c)     To the extent that, at law or in equity, the Trust Indemnified Parties have duties (including fiduciary duties) or liability related thereto, to the Trust or the Tribe Beneficiaries, it is hereby understood and agreed by the Parties hereto and the Tribe Beneficiaries that such duties and liabilities are eliminated to the fullest extent permitted by applicable law, and replaced by the duties and liabilities expressly set forth in this Trust Agreement with respect to the Trust Indemnified Parties; provided, however, that, with respect to the Trust Indemnified Parties other than the Delaware Trustee, the duties of care and loyalty are not eliminated but are limited and subject to the terms of this Trust Agreement, including but not limited to this Section 5.6 and its subparts.

(d)     The Trust will maintain appropriate insurance coverage for the protection of the Trust Indemnified Parties as determined by the Directors in their discretion.

**Section 5.7          Protective Provisions.**

(a)     Every provision of this Trust Agreement relating to the conduct or affecting the liability of or affording protection to Trust Indemnified Parties shall be subject to the provisions of this Section 5.7.

(b)     In the event the Directors retain counsel (including at the expense of TAFT VIII), the Directors shall be afforded the benefit of the attorney-client privilege with respect to all communications with such counsel, and in no event shall the Directors be deemed to have waived any right or privilege, including, without limitation, the attorney-client privilege even if the communications with counsel had the effect of guiding the Directors in the performance of duties hereunder. A successor to any of the Directors shall succeed to and hold the same respective rights and benefits of the predecessor for purposes of privilege, including the attorney-client privilege. No Tribe Beneficiary or other party may raise any exception to the attorney-client privilege discussed herein as any such exceptions are hereby waived by all Parties.

(c)     To the extent that, at law or in equity, the Directors have duties (including fiduciary duties) and liabilities relating hereto, to the Trust or to the Tribe Beneficiaries, it is hereby understood and agreed by the Parties and the Tribe Beneficiaries that such duties and liabilities are eliminated to the fullest extent permitted by applicable law, including Section 3806 of the Act, and replaced by the duties and liabilities expressly set forth in this Trust Agreement with respect to the Directors; provided, however, that the duties of care and loyalty are not eliminated but are limited and subject to the terms of this Trust Agreement, including but not limited to Section 5.6 herein.

(d)     No Trust Indemnified Party shall be personally liable under any circumstances, except for their own willful misconduct, bad faith, gross negligence or fraud as determined by a Final Order.

(e)     No provision of this Trust Agreement shall require the Trust Indemnified Parties to expend or risk their own personal funds or otherwise incur financial liability in the performance of their rights, duties and powers hereunder.

(f)     In the exercise or administration of the Trust hereunder, the Trust Indemnified

Parties (i) may act directly or through their respective agents or attorneys pursuant to agreements entered into with any of them, and the Trust Indemnified Parties shall not be liable for the default or misconduct of such agents or attorneys if such agents or attorneys have been selected by the Trust Indemnified Parties in good faith and with due care, and (ii) may consult with counsel, accountants and other professionals to be selected by them in good faith and with due care and employed by them, and shall not be liable for anything done, suffered or omitted in good faith by them in accordance with the advice or opinion of any such counsel, accountants or other professionals.

**Section 5.8** **Indemnification.**

(a) To the maximum extent permitted by applicable law, the Trust Indemnified Parties shall be entitled to indemnification and reimbursement for reasonable fees and expenses (including attorneys' fees and costs but excluding taxes in the nature of income taxes imposed on compensation paid to the Trust Indemnified Parties) in defending any and all of their actions or inactions in their capacity as Trust Indemnified Parties, or on behalf of the Trust, and for any other liabilities, losses, damages, claims, costs and expenses arising out of or due to the implementation or administration of the CVS TSA or the Trust Agreement (other than taxes in the nature of income taxes imposed on compensation paid to such persons), in each case, except for any actions or inactions found by a Final Order to be arising out of their willful misconduct, bad faith, gross negligence or fraud. Any valid indemnification claim of any of the Trust Indemnified Parties shall be satisfied from the Trust.

(b) Reasonable expenses, costs and fees (including attorneys' fees and costs) incurred by or on behalf of the Trust Indemnified Parties in connection with any action, suit or proceeding, whether civil, administrative or arbitrative, from which they are indemnified by the Trust shall be paid by the Trust in advance of the final disposition thereof upon receipt of an undertaking, by or on behalf of the Trust Indemnified Parties, to repay such amount in the event that it shall be determined ultimately by a Final Order of the Court that the Trust Indemnified Parties or any other potential indemnitee are not entitled to be indemnified by the Trust.

(c) The Directors shall purchase and maintain appropriate amounts and types of insurance on behalf of the Trust Indemnified Parties, as determined by the Directors, which may include liability asserted against or incurred by such individual in that capacity or arising from his or her status as a Trust Indemnified Party, and/or as an employee, agent, lawyer, advisor or consultant of any such person.

(d) The indemnification provisions of this Trust Agreement with respect to any Trust Indemnified Party shall survive the termination of such Trust Indemnified Party from the capacity for which such Trust Indemnified Party is indemnified. Termination or modification of this Trust Agreement shall not affect any indemnification rights or obligations in existence at such time. In making a determination with respect to entitlement to indemnification of any Trust Indemnified Party hereunder, the person, persons or entity making such determination shall presume that such Trust Indemnified Party is entitled to indemnification under this Trust Agreement, and any person seeking to overcome such presumption shall have the burden of proof to overcome the presumption.

(e) The rights to indemnification hereunder are not exclusive of other rights which any

Trust Indemnified Party may otherwise have at law or in equity, including common law rights to indemnification or contribution.

**Section 5.9**  **Bond.** The Directors and the Delaware Trustee shall not be required to post any bond or other form of surety or security unless otherwise ordered by the Court.

**Section 5.10**  **Delaware Trustee.**

(a)  There shall at all times be a Delaware Trustee. The Delaware Trustee shall either be (i) a natural person who is at least twenty-one (21) years of age and a resident of the State of Delaware or (ii) a legal entity that has its principal place of business in the State of Delaware, otherwise meets the requirements of applicable Delaware law to be eligible to serve as the Delaware Trustee, and shall act through one or more persons authorized to bind such entity. The initial Delaware Trustee shall be Wilmington Trust, National Association. If at any time the Delaware Trustee shall cease to be eligible in accordance with the provisions of this Section 5.10, it shall resign immediately in the manner and with the effect hereinafter specified in Section 5.10(c) below. For the avoidance of doubt, the Delaware Trustee will only have such rights, duties and obligations as expressly provided by reference to the Delaware Trustee hereunder. The Directors shall have no liability for the acts or omissions of any Delaware Trustee.

(b)  The Delaware Trustee shall not be entitled to exercise any powers, nor shall the Delaware Trustee have any of the duties and responsibilities, of the Directors set forth herein. The Delaware Trustee shall be a trustee of the Trust for the sole and limited purpose of fulfilling the requirements of Section 3807(a) of the Act and for taking such actions as are required to be taken by a Delaware Trustee under the Act. The duties (including fiduciary duties), liabilities and obligations of the Delaware Trustee shall be limited to accepting legal process served on the Trust in the State of Delaware and the execution of any certificates required to be filed with the Secretary of State of the State of Delaware that the Delaware Trustee is required to execute under Section 3811 of the Act. There shall be no other duties (including fiduciary duties) or obligations, express or implied, at law or in equity, of the Delaware Trustee. To the extent that, at law or in equity, the Delaware Trustee has duties (including fiduciary duties) and liabilities relating to the Trust or the Tribe Beneficiaries, such duties and liabilities are replaced by the duties and liabilities of the Delaware Trustee expressly set forth in this Trust Agreement. The Delaware Trustee shall have no liability for the acts or omissions of any trustee or any Director. Any permissive rights of the Delaware Trustee to do things enumerated in this Trust Agreement shall not be construed as a duty and, with respect to any such permissive rights, the Delaware Trustee shall not be answerable for other than its willful misconduct, bad faith, gross negligence or fraud. The Delaware Trustee shall be under no obligation to exercise any of the rights or powers vested in it by this Trust Agreement at the request or direction of the Directors or any other person pursuant to the provisions of this Trust Agreement unless the Directors or such other person shall have offered to the Delaware Trustee security or indemnity (satisfactory to the Delaware Trustee in its discretion) against the costs, expenses and liabilities that may be incurred by it in compliance with such request or direction. The Delaware Trustee shall be entitled to request and receive written instructions from the Directors and shall have no responsibility or liability for any losses or damages of any nature that may arise from any action taken or not taken by the Delaware Trustee in accordance with the written direction of the Directors. The Delaware Trustee may, at the expense of the Trust, request, rely on and act in accordance with officer's certificates and/or opinions of counsel, and shall incur

no liability and shall be fully protected in acting or refraining from acting in accordance with such officer's certificates and opinions of counsel.

(c)     The Delaware Trustee shall serve until such time as the Directors remove the Delaware Trustee or the Delaware Trustee resigns and a successor Delaware Trustee is appointed by the Directors in accordance with the terms of Section 5.10(d) below. The Delaware Trustee may resign at any time upon the giving of at least sixty (60) days' advance written notice to the Directors; provided that such resignation shall not become effective unless and until a successor Delaware Trustee shall have been appointed by the Directors in accordance with Section 5.10(d) below; provided, further, that if any amounts due and owing to the Delaware Trustee hereunder remain unpaid for more than ninety (90) days, the Delaware Trustee shall be entitled to resign immediately by giving written notice to the Directors. If the Directors do not act within such sixty (60) -day period, the Delaware Trustee, at the expense of the Trust, may apply to the Court of Chancery of the State of Delaware or any other court of competent jurisdiction for the appointment of a successor Delaware Trustee.

(d)     Upon the resignation or removal of the Delaware Trustee, the Directors shall appoint a successor Delaware Trustee by delivering a written instrument to the outgoing Delaware Trustee. Any successor Delaware Trustee must satisfy the requirements of Section 3807 of the Act. Any resignation or removal of the Delaware Trustee and appointment of a successor Delaware Trustee shall not become effective until a written acceptance of appointment is delivered by the successor Delaware Trustee to the outgoing Delaware Trustee and the Directors, and any fees and expenses due to the outgoing Delaware Trustee are paid. Following compliance with the preceding sentence, the successor Delaware Trustee shall become fully vested with all of the rights, powers, duties and obligations of the outgoing Delaware Trustee under this Trust Agreement, with like effect as if originally named as Delaware Trustee, and the outgoing Delaware Trustee shall be discharged of his or her duties and obligations under this Trust Agreement. The successor Delaware Trustee shall make any related filings required under the Act, including filing a Certificate of Amendment to the Certificate of Trust of TAFT VIII in accordance with Section 3810 of the Act.

(e)     Notwithstanding anything herein to the contrary, any business entity into which the Delaware Trustee may be merged or converted or with which it may be consolidated or any entity resulting from any merger, conversion or consolidation to which the Delaware Trustee shall be a party, or any entity succeeding to all or substantially all of the corporate trust business of the Delaware Trustee, shall be the successor of the Delaware Trustee hereunder, without the execution or filing of any paper or any further act on the part of any of the Parties hereto.

(f)     The Delaware Trustee shall be entitled to reasonable compensation for its services as agreed pursuant to a separate fee agreement between the Trust and the Delaware Trustee, which compensation shall be paid by the Trust. Such compensation is intended for the Delaware Trustee's services as contemplated by this Trust Agreement. The terms of this paragraph shall survive termination of this Trust Agreement and/or the earlier resignation or removal of the Delaware Trustee.

(g)     The Delaware Trustee shall neither be responsible for, nor chargeable with, knowledge of the terms and conditions of any other agreement, instrument, or document, other than this Trust Agreement, whether or not an original or a copy of such agreement has been

provided to the Delaware Trustee. The Delaware Trustee shall have no duty to know or inquire as to the performance or nonperformance of any provision of any other agreement, instrument or document, other than this Trust Agreement. Neither the Delaware Trustee nor any of its directors, officers, employees, agents or affiliates shall be responsible for, nor have any duty to monitor, the performance or any action of the Trust, the Directors or any other person, or any of their directors, members, officers, agents, affiliates or employee, nor shall it have any liability in connection with the malfeasance or nonfeasance by such party. The Delaware Trustee may assume performance by all such persons of their respective obligations. The Delaware Trustee shall have no enforcement or notification obligations relating to breaches of representations or warranties of any other person. The Delaware Trustee shall have no responsibilities (except as expressly set forth herein) as to the validity, sufficiency, value, genuineness, ownership or transferability of any Trust Asset, written instructions, or any other documents in connection therewith, and will not be regarded as making, nor be required to make, any representations thereto.

(h)     The Delaware Trustee shall not be responsible or liable for any failure or delay in the performance of its obligations under this Trust Agreement arising out of, or caused directly or indirectly by, circumstances beyond its control, including, without limitation, any act or provision of any present or future law or regulation or governmental authority; acts of God; earthquakes; fires; floods; wars; terrorism; civil or military disturbances; sabotage; epidemics; riots; interruptions, loss or malfunctions of utilities, computer (hardware or software) or communications service; accidents; labor disputes; acts of civil or military authority or governmental actions; or the unavailability of the Federal Reserve Bank wire or telex or other wire or communication facility.

### Section 5.11     Meeting Minutes; Rights of Inspection.

(a)     The minutes of proceedings of the Directors shall be kept in written form (which may be electronic) at such place or places designated by the Directors, or, in the absence of such designation, at the principal office of the Trust.

(b)     Every Director shall have the absolute right at any reasonable time to inspect and copy all books, records and documents of every kind and to inspect the physical properties of the Trust.

### Section 5.12     Trust Protector.

(a)     Notwithstanding any other provision of this Trust Agreement, there shall at all times be one Trust Protector to serve in accordance with the provisions of this Section 5.12. The Trust Protector shall be a Trust Indemnified Party. The initial Trust Protector shall be Dean Stacy Leeds.

(b)     Any Trust Protector acting hereunder may resign at any time (i) by delivering written notice thereof to the Directors then serving; provided that notice to one Director shall constitute notice to all Directors then serving, or (ii) if there are no Directors then serving, by delivering written notice to the Delaware Trustee.

(c)     A Trust Protector may be removed for good reason upon the unanimous consent of three (3) Directors then serving; provided, however, if there are less than three (3) Directors then serving, the Trust Protector shall not be removed except upon order of the Court. If a vacancy in

the position of Trust Protector exists for any reason, the Directors may, upon unanimous consent of the Directors then serving, appoint a new Trust Protector. If the Directors do not appoint a new Trust Protector within thirty (30) days, then the Directors shall petition the Delaware Court of Chancery to appoint a successor Trust Protector to serve and any costs relating to the petition shall be borne by the Trust; provided, however, that if there are no Directors serving at the time of the Trust Protector vacancy, then the Delaware Trustee shall petition the Delaware Court of Chancery as provided above. At no time may CVS or any party related to CVS or its affiliates be eligible to serve as Trust Protector. A vacancy in the position of Trust Protector shall not limit the Directors from exercising any powers afforded them under the Trust Documents.

(d)     The Trust Protector shall have only the authority set forth in Section 5.2(b), which authority may not be expanded by an amendment or modification of this Trust Agreement.

(e)     The Trust Protector shall exercise the Trust Protector's authority in a fiduciary capacity and in a way that the Trust Protector reasonably believes to be in accordance with the purposes of this Trust Agreement. The Trust Protector shall not be under any duty to inquire into or ensure the performance by the Directors of their duties and shall not be liable for any loss to such trust (unless such loss results from actions in bad faith or the willful misconduct of the Trust Protector).

(f)     The Directors shall have no liability for the selection of, or exercise of authority by, the Trust Protector.

(g)     The Trust Protector shall be entitled to:

(i)     receive reasonable compensation and reimbursement for reasonable expenses for serving as Trust Protector;

(ii)     retain advisors to advise and assist in carrying out the duties of the Trust Protector and the costs thereof shall be borne by the Trust; and

(iii)     receive and review minutes of the meetings or other actions of the Directors, but only at such time as the Trust Protector is required to act pursuant to Section 5.2(b).

### ARTICLE 6
### GENERAL PROVISIONS

**Section 6.1          Irrevocability.** To the fullest extent permitted by applicable law, the Trust is irrevocable.  Subject to Section IV.E of the CVS TSA (regarding when certain funds will revert to CVS), CVS shall not (i) retain any ownership or residual interest whatsoever with respect to any Trust Assets, including, but not limited to, the funds transferred to fund the Trust, and (ii) shall not have any rights or role with respect to the management or operation of the Trust, or the Directors' administration of the Trust.

**Section 6.2          Term; Termination.**

(a)     The term for which the Trust is to exist shall commence on the date of the filing of

the Certificate of Trust and shall terminate pursuant to the provisions of this Section 6.2.

(b)     The Trust shall automatically dissolve as soon as practicable but no later than ninety (90) days after the date on which the Court approves the dissolution upon the satisfaction of the purposes of the Trust, wherein (i) all reasonably expected assets have been collected by the Trust, (ii) all Abatement Distributions have been made to the extent set forth in Section 4.2(b), (iii) necessary arrangements and reserves have been made to discharge all anticipated remaining Trust obligations and TAFT VIII Operating Expenses in a manner consistent with the CVS TSA and the Trust Documents, and (iv) a final accounting has been filed and approved by the Court (the "**Dissolution Date**").

(c)     On the Dissolution Date or as soon as reasonably practicable thereafter, after the wind-up of the Trust's affairs by the Directors and payment of all of the Trust's liabilities have been provided for as required by applicable law including Section 3808 of the Act, all monies remaining in the Trust shall be distributed to the Tribe Beneficiaries in accordance with Section 4.2(b), except as otherwise provided in Section 4.2(e).

(d)     Following the dissolution and distribution of the assets of the Trust, the Trust shall terminate, and the Directors, or any one of them, shall execute and cause a Certificate of Cancellation of the Certificate of Trust of TAFT VIII to be filed in accordance with the Act. Notwithstanding anything to the contrary contained in this Trust Agreement, the existence of the Trust as a separate legal entity shall continue until the filing of such Certificate of Cancellation. A certified copy of the Certificate of Cancellation shall be given to the Delaware Trustee for its records promptly following such filing.

**Section 6.3            Taxes.**

(a)     The Trust is intended to qualify as one or more "qualified settlement funds" within the meaning of the **QSF Regulations**, and, to the extent permitted under applicable law, for state and local income tax purposes. Notwithstanding anything to the contrary herein, no provision in this Trust Agreement or the TAFT VIII TDP shall be construed or implemented in a manner that would cause the Trust to fail to qualify as one or more "qualified settlement funds" within the meaning of the QSF Regulations or under corresponding or similar provisions of relevant state or local law. The Trust shall be treated as a qualified settlement fund from the earliest date possible, and the Parties agree to any relation-back election required to treat the Trust as a qualified settlement fund from the earliest date possible.

(b)     The Managing Director shall be the "administrator" of the Trust within the meaning of Treasury Regulation Section 1.468B-2(k)(3) and, in such capacity, such administrator shall (i) prepare and timely file, or cause to be prepared and timely filed, such income tax and other tax returns and statements required to be filed and shall timely pay all taxes required to be paid by the Trust out of the Trust Assets, which assets may be sold by the Directors to the extent necessary to satisfy tax liabilities of the Trust, (ii) be responsible for all tax reporting, filing and withholding requirements for the Trust and comply with all applicable tax reporting, filing and withholding obligations, (iii) send copies of any tax filings and returns of the Trust to CVS, in accordance with the CVS TSA, (iv) cooperate in the provision of documentation to CVS in accordance with Section

IV.G.2.a of the CVS TSA, and (v) obtain federal and state taxpayer identification numbers for the Trust and provide the same to the Directors and CVS.

(c)     Subject to Section 6.3(a) and (b) above and (d) below, following the Effective Date, the Directors shall be responsible for all of the Trust's tax matters, including, without limitation, tax audits, claims, defenses and proceedings. Subject to Section IV.G.2.g of the CVS TSA, the Directors shall be responsible for causing the Trust to satisfy all requirements necessary to maintain qualification of the Trust as one or more "qualified settlement funds" within the meaning of the QSF Regulations and under corresponding or similar provisions of relevant state or local law.  The Directors shall take no action that could cause the Trust to fail to qualify as one or  more "qualified settlement funds" within the meaning of the QSF Regulations or under corresponding or similar provisions of relevant state or local law or that is inconsistent with such treatment.

(d)     The "taxable year" of the Trust shall be the "calendar year" as such terms are defined in Section 441 of the Code.  The Trust shall use the accrual method of accounting as defined in Section 446(c) of the Code.

(e)     Notwithstanding anything in this Trust Agreement or the CVS Tribal Settlement Agreement to the contrary, neither the Directors nor any other person shall on behalf of or in connection with the Trust seek a private letter ruling, technical advice memorandum or any other ruling or guidance from the Internal Revenue Service or any other taxing authority on any matter without consulting with and obtaining the prior written consent of CVS.

### Section 6.4          Modification.

(a)     Material modifications to this Trust Agreement may be made only pursuant to an order of the Court; provided, however, that the Directors may amend this Trust Agreement by unanimous consent of the Directors from time to time without the consent, approval or other authorization of, but with notice to, the Court, to make: (i) minor modifications or clarifying amendments necessary to enable the Directors to effectuate the provisions of this Trust Agreement; or (ii) modifications to satisfy any requirements, conditions or guidelines contained in any opinion, directive, order, statute, ruling or regulation of any federal, state or foreign governmental entity. Notwithstanding the foregoing proviso, no amendment or waiver of this Trust Agreement shall modify this Trust Agreement in a manner that is inconsistent with the CVS Tribal Settlement Agreement. The Directors shall provide to the Tribe Beneficiaries notice of any proposed modification to this Trust Agreement, whether material or minor, through the TAFT Portal at the time of notice to the Court and not less than ten (10) business days before such modification becomes effective; provided, however, that the Directors may shorten such notice period only in the event that a ten (10) -day notice period would be materially adverse to the Trust and the Tribe Beneficiaries.  The Directors shall provide CVS with a copy of any such notice of any proposed modification to this Trust Agreement at the same time as notice is provided to the Tribe Beneficiaries.

(b)     Notwithstanding anything set forth in this Trust Agreement to the contrary, none of this Trust Agreement, nor any document related thereto shall be modified or amended in any way that could jeopardize or impair (i) the Trust's status as a "qualified settlement fund" within the meaning of the QSF Regulations or under corresponding or similar provisions of relevant state or local law, or (ii) the rights, duties, liabilities and obligations of the Delaware Trustee without the

written consent of the Delaware Trustee.

   **Section 6.5**   **Communications.**The Directors shall establish and maintain the Tribal Opioid Settlement Portal (or other means of communication approved by the Directors) so as to (a) enable Tribe Beneficiaries to deliver the required documentation under the Beneficiary Abatement Use Reports in an electronic format and (b) enable secure communications between the Directors and the Tribe Beneficiaries.

   **Section 6.6**   **Severability.**If any provision of this Trust Agreement or application thereof to any person or circumstance shall be determined by a Final Order to be invalid or unenforceable to any extent, the remainder of this Trust Agreement, or the application of such provisions to persons or circumstances other than those as to which it is held invalid or unenforceable, shall not be affected thereby, and such provision of this Trust Agreement shall be valid and enforced to the fullest extent permitted by law.

   **Section 6.7**   **Notices.**

   (a)   Any notices or other communications required or permitted hereunder to the following parties shall be in writing and delivered at the addresses designated below, or sent by email or facsimile pursuant to the instructions listed below, or mailed by overnight courier, addressed as follows, or to such other address or addresses as may hereafter be furnished in writing to each of the other parties listed below in compliance with the terms hereof.

   To the Directors:

   Dr. Kathy Hopinkah Hannan
   Tribal Abatement Fund Trust VIII
   P.O. Box 65097
   Washington, DC 20035
   Email: Directors@tribalopioidsettlements.com

   Mary L. Smith
   Tribal Abatement Fund Trust VIII
   P.O. Box 65097
   Washington, DC 20035
   Email: Directors@tribalopioidsettlements.com

   Kevin Washburn
   Tribal Abatement Fund Trust VIII
   P.O. Box 65097
   Washington, DC 20035
   Email: Directors@tribalopioidsettlements.com

   with a copy (which shall not constitute notice) to:

   Brown Rudnick LLP
   7 Times Square
   New York, NY 11036

Attn: David J. Molton, Esq., Barbara J. Kelly, Esq.
Email: dmolton@brownrudnick.com, bkelly@brownrudnick.com

To the Delaware Trustee:

Wilmington Trust, N.A.
1100 North Market Street
Wilmington, DE 19890
Attn: Russell L. Crane
Email: rcrane@wilmingtontrust.com

with a copy (which shall not constitute notice) to:

Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Attn: Ross Antonacci, Esq.
Email: RAntonacci@morrisjames.com

To the Trust Protector:

Stacy Leeds
c/o Leeds Consulting LLC
11177 N. Highway 10
Tahlequah, OK 74464

with a copy (which shall not constitute notice) to:

Brown Rudnick LLP
7 Times Square
New York, NY 11036
Attn: David J. Molton, Esq., Barbara J. Kelly, Esq.
Email: dmolton@brownrudnick.com, bkelly@brownrudnick.com

To CVS:

Elizabeth Ferguson
Senior Vice President and Deputy General Counsel
CVS Health Corporation
One CVS Drive
Woonsocket, RI 02895
betsy.ferguson@cvshealth.com

with a copy to CVS's attorneys at:

Eric R. Delinsky

Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-5807
edelinsky@zuckerman.com

Perry Rowthorn
Jepsen Rowthorn LLP
PO Box 370496
West Hartford, CT 06137
perry@jeprow.com

(b)     All such notices and communications, if mailed, shall be effective when physically delivered at the designated addresses, or if electronically transmitted, shall be effective upon transmission.

**Section 6.8        Successors and Assigns.** The provisions of this Trust Agreement shall be binding upon and inure to the benefit of the Trust, the Directors, the Delaware Trustee and their respective successors and assigns, except that none of such persons may assign or otherwise transfer any of its, or their, rights or obligations under this Trust Agreement except, in the case of the Directors, as contemplated by Section 2.1 and Section 5.2 above, and in the case of the Delaware Trustee, as contemplated by Section 5.10 above.

**Section 6.9        Limitation on Transferability; Tribe Beneficiaries' Interests.** Tribe Beneficiaries' interests in the Trust shall not (a) be assigned, conveyed, hypothecated, pledged or otherwise transferred, voluntarily or involuntarily, directly or indirectly, and any purported assignment, conveyance, pledge or transfer shall be null and void *ab initio*; provided, however, that nothing set forth in this Trust Agreement shall be deemed to preclude Tribe Beneficiaries from directing their Abatement Distribution to a tribal organization or an inter-tribal consortium or from aggregating their Abatement Distributions or otherwise directing their Abatement Distributions for common Approved Tribal Opioid Abatement Uses and/or common Tribal Abatement Strategies; (b) be evidenced by a certificate or other instrument; (c) possess any voting rights; (d) give rise to any right or rights to participate in the management or administration of the Trust or the Trust Assets; (e) entitle the holders thereof to seek the removal or replacement of a Director, whether by petition to the Court or any other court or otherwise; (f) entitle the holders thereof to receive any interest on Abatement Distributions; nor (g) give rise to any rights to seek a partition or division of the Trust Assets. In accordance with the Act, Tribe Beneficiaries shall have no interest of any kind in any of the Trust Assets; rather, Tribe Beneficiaries shall have an undivided beneficial interest only in cash assets of the Trust but only to the extent such cash assets are declared by the Directors to be distributable as Abatement Distributions in accordance with the Trust Documents. For the avoidance of doubt, Tribe Beneficiaries shall only have such rights as expressly set forth in this Trust Agreement.

**Section 6.10        Exemption from Registration.** The Parties hereto intend that the rights of the Tribe Beneficiaries arising under this Trust Agreement shall not be "securities" under applicable laws, but none of the Parties hereto represents or warrants that such rights shall not be securities or shall be entitled to exemption from registration under applicable securities laws.

**Section 6.11        Entire Agreement; No Waiver.**The entire agreement of the Parties relating to the subject matter of this Trust Agreement is contained herein and in the documents referred to herein, and this Trust Agreement and such documents supersede any prior oral or written agreements concerning the subject matter hereof. No failure to exercise or delay in exercising any right, power or privilege hereunder shall operate as a waiver thereof, nor shall any single or partial exercise of any right, power or privilege hereunder preclude any further exercise thereof or of any other right, power or privilege. The rights and remedies herein provided are cumulative and are not exclusive of rights under law or in equity.

**Section 6.12        Headings.**The headings used in this Trust Agreement are inserted for convenience only and do not constitute a portion of this Trust Agreement, nor in any manner affect the construction of the provisions of this Trust Agreement.

**Section 6.13        Governing Law.**This Trust Agreement shall be governed by, and construed in accordance with, the laws of the State of Delaware, without regard to the conflicts of law provisions thereof which would purport to apply the law of any other jurisdiction. For the avoidance of doubt, none of the following provisions of Delaware law shall apply to the extent inconsistent with the terms of the Trust Documents: (a) the filing with any court or governmental body or agency of trustee accounts or schedules of trustee fees and charges, (b) affirmative requirements to post bonds for Directors, officers, agents or employees of a trust, (c) the necessity for obtaining court or other governmental approval concerning the acquisition, holding or disposition of property, (d) fees or other sums payable to Directors, officers, agents or employees of a trust, (e) the allocation of receipts and expenditures to income or principal, (f) restrictions or limitations on the permissible nature, amount or concentration of trust investments or requirements relating to the titling, storage or other manner of holding of Trust Assets, (g) the existence of rights or interests (beneficial or otherwise) in Trust Assets, (h) the ability of beneficial owners or other persons to terminate or dissolve a trust, and (i) the establishment of fiduciary or other standards or responsibilities or limitations on the acts or powers of Directors or beneficial owners that are inconsistent with the limitations on liability or authorities and powers of the Directors set forth or referenced in this Trust Agreement. Section 3540 of Title 12 of the Act shall not apply to the Trust.

**Section 6.14        Dispute Resolution.**The CVS TSA shall govern the resolution of any dispute under this Trust Agreement.

**Section 6.15        Sovereign Immunity.**Nothing set forth in the Trust Documents shall be construed as a waiver of a claim of sovereign immunity in any dispute resolution, action or proceeding, including, without limitation, any dispute resolution, action or proceeding occurring after the Effective Date.

**Section 6.16        Effectiveness.**This Trust Agreement is effective as of the Effective Date.

**Section 6.17        Counterpart Signatures.**This Trust Agreement may be executed in any number of counterparts, each of which shall constitute an original, but such counterparts shall together constitute but one and the same instrument. A signed copy of this Trust Agreement or any amendment hereto delivered by facsimile, email or other means of Electronic Transmission shall be treated in all manner and respects as an original agreement or instrument and shall be considered to have the same binding legal effect as if it were the original signed version thereof delivered in

person.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties have executed this Trust Agreement as of the date first set forth above to be effective as of the Effective Date.

*[Signature Pages to TAFT VIII Agreement follow]*

**EXHIBIT 1**
**PARTICIPATING TRIBES and FINAL TRIBAL ALLOCATION DISTRIBUTION**
**PERCENTAGES**

[Reserved – to be added post-Effective Date]

**EXHIBIT 2**
**FORM OF CERTIFICATE OF TRUST OF THE**
**TRIBAL ABATEMENT FUND TRUST VIII**

This Certificate of Trust of the TRIBAL ABATEMENT FUND TRUST VIII (the "*Trust*") is being duly executed and filed by the undersigned Directors of the Trust, to form a statutory trust under the Delaware Statutory Trust Act (12 Del. Code § 3801 *et seq.*) (the "*Act*").

1.      <u>Name</u>. The name of the statutory trust formed hereby is:

TRIBAL ABATEMENT FUND TRUST VIII

2.      <u>Delaware Trustee</u>. The name and business address of the Delaware Trustee of the Trust in the State of Delaware is:  [To be added]

3.      <u>Effective Date</u>. This Certificate of Trust shall be effective upon filing.

IN WITNESS WHEREOF, the undersigned, being all of the trustees of the Trust, have duly executed this Certificate of Trust in accordance with Section 3811(a) of the Act.

| TRUSTEES: | DELAWARE TRUSTEE: |
|---|---|
| _____<br>in his/her capacity as a trustee and not individually. | |
| _____<br>in his/her capacity as a trustee and not individually. | By: _____<br><br>Name:<br>Title: |
| _____<br>in his/her capacity as a trustee and not individually. | |

## EXHIBIT 3
## INVESTMENT GUIDELINES

**In General**. Only the following investments will be permitted:

(i)      Demand and time deposits, such as certificates of deposit, in banks or other savings institutions whose deposits are federally insured;

(ii)     U.S. Treasury bills, bonds, and notes, including, but not limited to, long-term U.S. Treasury bills, bonds, notes, and other Government Securities as defined under Section 2(a)(16) of the Investment Company Act of 1940, 15 U.S.C. § 80a-2(a)(16), including, but not limited to, Fannie Mae, Freddie Mac, Federal Home Loan Bank, and Federal Farm Credit;

(iii)    Repurchase agreements for U.S. Treasury bills, bonds, and notes;

(iv)     Commercial Paper (rated A1/P-1 by Standard & Poor's and Moody's);

(v)      AA or AAA corporate bonds (with the rating awarded by at least two of the three major rating agencies (Standard & Poor's, Moody's, or Fitch)); or

(vi)     Open-ended mutual funds owning only assets described in subparts (i) through (v) of this subsection.

The value of bonds of any single company and its affiliates owned by the Trust directly rather than through a mutual fund shall not exceed 10% of the investment portfolio at time of purchase; this restriction does not apply to any of the following: Repurchase Agreements; Money Market Funds; U.S. Treasuries; and U.S. Government Agencies.

Any such investments shall be made consistently with the Uniform Prudent Investor Act. The determination of the rating of any investments shall be made by the Trust's financial advisor on the date of acquisition of any such investment or on the date of re-investment. The Trust's financial advisor shall reconfirm that all investments of Trust Assets still meet the original rating requirement on a quarterly basis. If the Trust's financial advisors determine that any particular investment no longer meets the rating requirement, there shall be a substitution of that investment with an investment that meets the ratings requirement as promptly as practicable, but in no event later than the next reporting period. Previously purchased securities downgraded below AA may be held for a reasonable and prudent period of time if the Trust's financial advisor believes it is in the interest of the Trust to do so.

The borrowing of funds or securities for the purpose of leveraging, shorting, or other investments is prohibited. Investment in non-U.S. dollar denominated bonds is prohibited. The standing default investment instruction for all cash in any account or subaccount that holds any Trust Assets in cash shall be invested in the BlackRock Fed Fund (CUSIP 09248U700).

See example fund-level requirements table on following page.

## Fund Level Requirements

1. OTC Derivatives Counterparty Exposure – Not allowed
2. Non-U.S. dollar denominated bonds – Not allowed

| TYPE OF INVESTMENT | ELIGIBLE | PROHIBITED | COMMENTS |
|---|:---:|:---:|---|
|  |  |  |  |
| U.S. Treasury Securities | X |  |  |
| U.S. Agency Securities | X |  |  |
| Mortgage-Related Securities |  | x |  |
| Asset-Backed Securities |  | x |  |
| Corporate Securities (public) | X |  |  |
| Municipal bonds | X |  |  |
|  |  |  |  |
| **DERIVATIVES:** |  | No investment, including futures, options and other derivatives, may be purchased if its return is directly or indirectly determined by an investment prohibited elsewhere in these guidelines. | |
| Futures |  | x |  |
| Options |  | x |  |
| Currency Forwards |  | x |  |
| Currency Futures |  | x |  |
| Currency Options |  | x |  |
| Currency Swaps |  | x |  |
| Interest Rate Swaps |  | x |  |
| Total Return Swaps |  | x |  |
| Structured Notes |  | X |  |
| Collateralized Debt Obligations |  | x |  |
| Credit Default Swaps |  | X |  |
| Mortgage-Related Derivatives |  | X |  |
|  |  |  |  |
| **FOREIGN / NON-U.S. DOLLAR:** |  |  |  |
| Foreign CDs |  | X |  |
| Foreign U.S. Dollar Denominated Securities |  | X |  |
| Non-U.S. Dollar Denominated Bonds |  | X |  |
| Supranational U.S. Dollar Denominated Securities |  | X |  |
|  |  |  |  |
| **COMMINGLED VEHICLES (except STIF):** |  |  |  |
| Collective Funds |  | X |  |
| Commingled Trust Funds (open ended mutual funds only) |  | X |  |
| Common Trust Funds |  | X |  |
| Registered Investment Companies |  | X |  |
|  |  |  |  |
| **MONEY MARKET SECURITIES:** |  |  |  |
| Qualified STIF |  | x |  |
| Interest Bearing Bank Obligations Insured by a Federal or State Agency | X |  |  |
| Commercial Paper |  | x |  |
| Master Note Agreements and Demand Notes |  | x |  |
| Repurchase Agreements |  | x |  |
|  |  |  |  |
| **OTHER:** |  |  |  |
| Bank Loans |  | x |  |
| Convertibles (e.g., Lyons) |  | x |  |
| Municipal Bonds | X |  |  |
| Preferred Stock |  | x |  |
| Private Placements (excluding 144A) | X |  |  |
| Rule 144A Issues | X |  |  |
| Zero Coupon Bonds | X |  |  |
| Commodities |  | X |  |
| Catastrophe Bonds |  | X |  |

**EXHIBIT 4**
**TRIBAL ABATEMENT FUND TRUST VIII**
**TRUST DISTRIBUTION PROCEDURES**

| Issue | Description |
|---|---|
| **1. APPLICABILITY OF AGREEMENT** | These terms shall apply to the consideration received and distributed by<br><br>(A) the Tribal Abatement Fund Trust VIII ("**TAFT VIII**") under the CVS Tribal Settlement Agreement between the Tribal Leadership Committee ("**TLC**"), Participating Tribes,[3] and CVS dated December 22, 2022 ("**CVS Tribal Settlement Agreement**"), entered into in connection with the matter of *In re National Prescription Opiate Litigation*, MDP No. 2804, Case No. 17-md-2804 in the United States District Court for the Northern District of Ohio (the "**Court**"); and<br><br>(B) any trust where the terms of such trust agreement expressly adopt these Tribal Opioid Litigation Settlement Trust Distribution Procedures ("**TDP**") (each of (A) and (B), a "**Tribe Trust**" and collectively, the "**Tribe Trusts**").<br><br>The Tribe Trusts shall benefit the Tribe Beneficiaries to the extent set forth in the respective trust agreement of the Tribe Trust (with all applicable exhibits and schedules, each a "**Trust Agreement**" and collectively, the "**Trust Agreements**").<br><br>The distributions made pursuant to this TDP are the exclusive distributions that will be made by the Tribe Trusts and the Tribe Beneficiaries will have no further or other recourse against any party other than what is provided for under this TDP.<br><br>The terms set forth herein will be deemed incorporated into the Trust Agreements, *provided*, *however*, each Trust Agreement may have a unique **Schedule T** for allocation of distributions among Tribes.<br><br>These terms set forth the manner in which the Tribe Trusts shall make Abatement Distributions to the Tribe Beneficiaries, which may be used exclusively on the parameters set forth herein. |
| **2. PURPOSE** | These TDPs are intended to establish the mechanisms for the distribution and allocation of funds distributed by the Tribe Trusts to the Tribe Beneficiaries. All such funds described in the foregoing sentence are referred to herein as "**Abatement Funds**" and shall be used to abate the opioid crisis in accordance with the terms hereof, with recognition of the |

---

[3] Capitalized terms used but not herein defined shall have the meaning ascribed to them in the Walmart Tribal Settlement Agreement or the TAFT VIII Trust Agreement, as applicable.

| Issue | Description |
|---|---|
| | culturally appropriate activities, practices, teachings or ceremonies that may, in the judgment of a Tribe Beneficiary, be aimed at or supportive of remediation and abatement of the opioid crisis within a tribal community.<br><br>Specifically, (i) no less than ninety five percent (95%) of the Abatement Funds distributed under the Trust Agreements shall be used by Tribe Beneficiaries for abatement of the opioid crisis by funding opioid or substance use disorder related projects or programs that fall within the scope of **Schedules B** and **D** (the "**Approved Tribal Opioid Abatement Uses**"); and (ii) no more than five percent (5%) of the Abatement Funds may be used to fund administrative expenses incurred in connection with the spending of Abatement Funds for Approved Tribal Opioid Abatement Uses ("**Approved Administrative Expenses**," and, together with the Approved Tribal Opioid Abatement Uses, "**Approved Uses**").<br><br>For the avoidance of doubt, **Schedule D** is a non-exhaustive, illustrative list of culturally appropriate activities, practices, teachings or ceremonies that may, in the judgment of a Tribe Beneficiary, be aimed at or supportive of remediation and abatement of the opioid crisis within a tribal community.<br><br>The Tribe Trusts shall distribute Abatement Funds to Tribe Beneficiaries for Approved Uses.<br><br>Notwithstanding anything in these TDPs that might imply to the contrary, projects or programs that constitute Approved Tribal Opioid Abatement Uses may be provided by Tribe Beneficiaries, tribal organizations, tribal agencies or subdivisions or nongovernmental parties and funded from Abatement Funds. |
| **3.  DISBURSEMENT OF ABATEMENT DISTRIBUTIONS** | The trustees under each Trust Agreement shall distribute the Abatement Funds consistent with the Tribal Allocation Percentages set forth on the applicable **Schedule T**. Each Trust Agreement may have its own unique **Schedule T**. |
| **4.  ATTORNEYS' FEES AND COSTS FUND** | Reserved. |
| **5.  TRIBAL ABATEMENT FUNDING** | 1.  The allocation of distributions of Abatement Funds among Tribe Beneficiaries will be consistent with the applicable Tribal Allocation Percentages set forth on **Schedule T.** Each Trust Agreement may have its own unique **Schedule T.** The **Schedule T** for TAFT VIII shall be the Final Tribal Allocation Distribution Percentages, which shall be |

| Issue | Description |
|---|---|
| | determined by the Tribal Allocation Appointees and shall be **Exhibit 1** of the TAFT VIII Trust Agreement. <br> 2. The Tribe Beneficiaries will use funds received from the Tribe Trusts for programs on the approved list of abatement strategies (see **Schedule B**) and also for culturally appropriate activities, practices, teachings or ceremonies that are, in the judgment of a Tribe Beneficiary, aimed at or supportive of remediation and abatement of the opioid crisis within a tribal community. A list of representative examples of such culturally appropriate abatement strategies, practices, and programs is attached hereto as **Schedule D** (the "**Tribal Abatement Strategies**"). The separate allocation of abatement funding and illustrative list of Tribal Abatement Strategies recognizes that American Indian and Alaska Native Tribes and the communities they serve possess unique cultural histories, practices, wisdom, and needs that are highly relevant to the health and well-being of American Indian and Alaska Native people and that may play an important role in both individual and public health efforts and responses in Native communities. <br> 3. The Tribe Beneficiaries agree that Abatement Funds distributed pursuant to the Trust Agreements shall be used to abate the opioid crisis in accordance with the terms of these TDPs. |
| **6. COMPLIANCE, REPORTING, AUDIT AND ACCOUNTABILITY** | 1. The trustees of the Tribe Trusts shall impose appropriate reporting requirements on the Tribe Beneficiaries to ensure that Abatement Funds are used only for Approved Uses. The trustees may authorize modified reporting requirements for Tribe Beneficiaries with allocations below a certain level. <br><br> 2. The Tribe Trusts shall prepare an annual report (an "**Annual Report**") that shall be audited by independent auditors as provided in the Trust Agreements. <br><br> 3. The Court shall have continuing jurisdiction over the Tribe Trusts, provided however, the courts of the State of Delaware, including any federal court located therein, shall also have jurisdiction over the Tribe Trusts. <br><br> 4. The trustees shall have the power to take any and all actions that in the judgment of the trustees are necessary or proper to fulfill the purposes of the Trust Agreements, including the requirement that 100% of the Abatement Funds distributed shall be used to abate the opioid crisis in accordance with the terms hereof. <br><br> 5. Notwithstanding any other provision of these TDPs, the trustees of the Tribe Trusts shall implement these TDPs in accordance with the Indian Self-Determination and Education Assistance Act of 1975, 25 U.S.C. 5301 *et seq*. and, for the avoidance of doubt, a Tribe Beneficiary, tribal |

| Issue | Description |
|---|---|
|  | organization or inter-tribal consortium may charge its federally-approved indirect cost rate consistent with such Act with respect to opioid abatement programs carried out by such Tribe Beneficiary, tribal organization or inter-tribal consortium. |

**Schedule B**
**Approved Uses**

Support treatment of Opioid Use Disorder (OUD) and any co-occurring Substance Use Disorder or Mental Health (SUD/MH) conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

| PART ONE: TREATMENT |
| --- |

**A.** **TREAT OPIOID USE DISORDER (OUD)**

Support treatment of Opioid Use Disorder (OUD) and any co-occurring Substance Use Disorder or Mental Health (SUD/MH) conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following[1]:

1. Expand availability of treatment for OUD and any co-occurring SUD/MH conditions, including all forms of Medication-Assisted Treatment (MAT) approved by the U.S. Food and Drug Administration.
2. Support and reimburse evidence-based services that adhere to the American Society of Addiction Medicine (ASAM) continuum of care for OUD and any co-occurring SUD/MH conditions
3. Expand telehealth to increase access to treatment for OUD and any co-occurring SUD/MH conditions, including MAT, as well as counseling, psychiatric support, and other treatment and recovery support services.
4. Improve oversight of Opioid Treatment Programs (OTPs) to assure evidence-based or evidence-informed practices such as adequate methadone dosing and low threshold approaches to treatment.
5. Support mobile intervention, treatment, and recovery services, offered by qualified professionals and service providers, such as peer recovery coaches, for persons with OUD and any co-occurring SUD/MH conditions and for persons who have experienced an opioid overdose.
6. Treatment of trauma for individuals with OUD (e.g., violence, sexual assault, human trafficking, or adverse childhood experiences) and family members (e.g., surviving family members after an overdose or overdose fatality), and training of health care personnel to identify and address such trauma.
7. Support evidence-based withdrawal management services for people with OUD and any co-occurring mental health conditions.
8. Training on MAT for health care providers, first responders, students, or other supporting professionals, such as peer recovery coaches or recovery outreach specialists, including telementoring to assist community-based providers in rural or underserved areas.
9. Support workforce development for addiction professionals who work with persons with OUD and any co-occurring SUD/MH conditions.

---

[1] As used in this Schedule B, words like "expand," "fund," "provide" or the like shall not indicate a preference for new or existing programs. Priorities will be established through the mechanisms described in the Public Creditor Trust Distribution Procedures.

10. Fellowships for addiction medicine specialists for direct patient care, instructors, and clinical research for treatments.

11. Scholarships and supports for behavioral health practitioners or workers involved in addressing OUD and any co-occurring SUD or mental health conditions, including but not limited to training, scholarships, fellowships, loan repayment programs, or other incentives for providers to work in rural or underserved areas.

12. Provide funding and training for clinicians to obtain a waiver under the federal Drug Addiction Treatment Act of 2000 (DATA 2000) to prescribe MAT for OUD, and provide technical assistance and professional support to clinicians who have obtained a DATA 2000 waiver.

13. Dissemination of web-based training curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service-Opioids web-based training curriculum and motivational interviewing.

14. Development and dissemination of new curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service for Medication-Assisted Treatment.

## B. <u>SUPPORT PEOPLE IN TREATMENT AND RECOVERY</u>

Support people in recovery from OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Provide comprehensive wrap-around services to individuals with OUD and any co-occurring SUD/MH conditions, including housing, transportation, education, job placement, job training, or childcare.

2. Provide the full continuum of care of treatment and recovery services for OUD and any co-occurring SUD/MH conditions, including supportive housing, peer support services and counseling, community navigators, case management, and connections to community-based services.

3. Provide counseling, peer-support, recovery case management and residential treatment with access to medications for those who need it to persons with OUD and any co-occurring SUD/MH conditions.

4. Provide access to housing for people with OUD and any co-occurring SUD/MH conditions, including supportive housing, recovery housing, housing assistance programs, training for housing providers, or recovery housing programs that allow or integrate FDA-approved mediation with other support services.

5. Provide community support services, including social and legal services, to assist in deinstitutionalizing persons with OUD and any co-occurring SUD/MH conditions.

6. Support or expand peer-recovery centers, which may include support groups, social events, computer access, or other services for persons with OUD and any co-occurring SUD/MH conditions.

7. Provide or support transportation to treatment or recovery programs or services for persons with OUD and any co-occurring SUD/MH conditions.

8. Provide employment training or educational services for persons in treatment for or recovery from OUD and any co-occurring SUD/MH conditions.

9. Identify successful recovery programs such as physician, pilot, and college recovery programs, and provide support and technical assistance to increase the number and capacity of high-quality programs to help those in recovery.

10. Engage non-profits, faith-based communities, and community coalitions to support people in treatment and recovery and to support family members in their efforts to support the person with OUD in the family.

11. Training and development of procedures for government staff to appropriately interact and provide social and other services to individuals with or in recovery from OUD, including reducing stigma.

12. Support stigma reduction efforts regarding treatment and support for persons with OUD, including reducing the stigma on effective treatment.

13. Create or support culturally appropriate services and programs for persons with OUD and any co-occurring SUD/MH conditions, including new Americans.

14. Create and/or support recovery high schools.

15. Hire or train behavioral health workers to provide or expand any of the services or supports listed above.

## C.  CONNECT PEOPLE WHO NEED HELP TO THE HELP THEY NEED (CONNECTIONS TO CARE)

Provide connections to care for people who have – or at risk of developing – OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Ensure that health care providers are screening for OUD and other risk factors and know how to appropriately counsel and treat (or refer if necessary) a patient for OUD treatment.

2. Fund Screening, Brief Intervention and Referral to Treatment (SBIRT) programs to reduce the transition from use to disorders, including SBIRT services to pregnant women who are uninsured or not eligible for Medicaid.

3. Provide training and long-term implementation of SBIRT in key systems (health, schools, colleges, criminal justice, and probation), with a focus on youth and young adults when transition from misuse to opioid disorder is common.

4. Purchase automated versions of SBIRT and support ongoing costs of the technology.

5. Expand services such as navigators and on-call teams to begin MAT in hospital emergency departments.

6. Training for emergency room personnel treating opioid overdose patients on post-discharge planning, including community referrals for MAT, recovery case management or support services.

7. Support hospital programs that transition persons with OUD and any co-occurring SUD/MH conditions, or persons who have experienced an opioid overdose, into clinically appropriate follow-up care through a bridge clinic or similar approach.

8. Support crisis stabilization centers that serve as an alternative to hospital emergency departments for persons with OUD and any co-occurring SUD/MH conditions or persons that have experienced an opioid overdose.

9. Support the work of Emergency Medical Systems, including peer support specialists, to connect individuals to treatment or other appropriate services following an opioid overdose or other opioid-related adverse event.

10. Provide funding for peer support specialists or recovery coaches in emergency departments, detox facilities, recovery centers, recovery housing, or similar settings; offer services, supports, or connections to care to persons with OUD and any co-occurring SUD/MH conditions or to persons who have experienced an opioid overdose.

11. Expand warm hand-off services to transition to recovery services.

12. Create or support school-based contacts that parents can engage with to seek immediate treatment services for their child; and support prevention, intervention, treatment, and recovery programs focused on young people.

13. Develop and support best practices on addressing OUD in the workplace.

14. Support assistance programs for health care providers with OUD.

15. Engage non-profits and the faith community as a system to support outreach for treatment.

16. Support centralized call centers that provide information and connections to appropriate services and supports for persons with OUD and any co-occurring SUD/MH conditions.

## D.   ADDRESS THE NEEDS OF CRIMINAL-JUSTICE-INVOLVED PERSONS

Address the needs of persons with OUD and any co-occurring SUD/MH conditions who are involved in, are at risk of becoming involved in, or are transitioning out of the criminal justice system through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Support pre-arrest or pre-arraignment diversion and deflection strategies for persons with OUD and any co-occurring SUD/MH conditions, including established strategies such as:

   1. Self-referral strategies such as the Angel Programs or the Police Assisted Addiction Recovery Initiative (PAARI);

   2. Active outreach strategies such as the Drug Abuse Response Team (DART) model;

   3. "Naloxone Plus" strategies, which work to ensure that individuals who have received naloxone to reverse the effects of an overdose are then linked to treatment programs or other appropriate services;

   4. Officer prevention strategies, such as the Law Enforcement Assisted Diversion (LEAD) model;

   5. Officer intervention strategies such as the Leon County, Florida Adult Civil Citation Network or the Chicago Westside Narcotics Diversion to Treatment Initiative; or

   6. Co-responder and/or alternative responder models to address OUD-related 911 calls with greater SUD expertise.

2. Support pre-trial services that connect individuals with OUD and any co-occurring SUD/MH conditions to evidence-informed treatment, including MAT, and related services.

D-39

3. Support treatment and recovery courts that provide evidence-based options for persons with OUD and any co-occurring SUD/MH conditions.

4. Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any co-occurring SUD/MH conditions who are incarcerated in jail or prison.

5. Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any co-occurring SUD/MH conditions who are leaving jail or prison have recently left jail or prison, are on probation or parole, are under community corrections supervision, or are in re-entry programs or facilities.

6. Support critical time interventions (CTI), particularly for individuals living with dual-diagnosis OUD/serious mental illness, and services for individuals who face immediate risks and service needs and risks upon release from correctional settings.

7. Provide training on best practices for addressing the needs of criminal-justice-involved persons with OUD and any co-occurring SUD/MH conditions to law enforcement, correctional, or judicial personnel or to providers of treatment, recovery, harm reduction, case management, or other services offered in connection with any of the strategies described in this section.

## E. ADDRESS THE NEEDS OF PREGNANT OR PARENTING WOMEN AND THEIR FAMILIES, INCLUDING BABIES WITH NEONATAL ABSTINENCE SYNDROME

Address the needs of pregnant or parenting women with OUD and any co-occurring SUD/MH conditions, and the needs of their families, including babies with neonatal abstinence syndrome (NAS), through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Support evidence-based or evidence-informed treatment, including MAT, recovery services and supports, and prevention services for pregnant women – or women who could become pregnant – who have OUD and any co-occurring SUD/MH conditions, and other measures to educate and provide support to families affected by Neonatal Abstinence Syndrome.

2. Expand comprehensive evidence-based treatment and recovery services, including MAT, for uninsured women with OUD and any co-occurring SUD/MH conditions for up to 12 months postpartum.

3. Training for obstetricians or other healthcare personnel that work with pregnant women and their families regarding treatment of OUD and any co-occurring SUD/MH conditions.

4. Expand comprehensive evidence-based treatment and recovery support for NAS babies; expand services for better continuum of care with infant-need dyad; expand long-term treatment and services for medical monitoring of NAS babies and their families.

5. Provide training to health care providers who work with pregnant or parenting women on best practices for compliance with federal requirements that children born with Neonatal Abstinence Syndrome get referred to appropriate services and receive a plan of safe care.

6. Child and family supports for parenting women with OUD and any co-occurring SUD/MH conditions.
7. Enhanced family supports and child care services for parents with OUD and any co-occurring SUD/MH conditions.
8. Provide enhanced support for children and family members suffering trauma as a result of addiction in the family; and offer trauma-informed behavioral health treatment for adverse childhood events.
9. Offer home-based wrap-around services to persons with OUD and any co-occurring SUD/MH conditions, including but not limited to parent skills training.
10. Support for Children's Services – Fund additional positions and services, including supportive housing and other residential services, relating to children being removed from the home and/or placed in foster care due to custodial opioid use.

---

**PART TWO: PREVENTION**

---

**F.** **PREVENT OVER-PRESCRIBING AND ENSURE APPROPRIATE PRESCRIBING AND DISPENSING OF OPIOIDS**

Support efforts to prevent over-prescribing and ensure appropriate prescribing and dispensing of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Fund medical provider education and outreach regarding best prescribing practices for opioids consistent with the Guidelines for Prescribing Opioids for Chronic Pain from the U.S. Centers for Disease Control and Prevention, including providers at hospitals (academic detailing).
2. Training for health care providers regarding safe and responsible opioid prescribing, dosing, and tapering patients off opioids.
3. Continuing Medical Education (CME) on appropriate prescribing of opioids.
4. Support for non-opioid pain treatment alternatives, including training providers to offer or refer to multi-modal, evidence-informed treatment of pain.
5. Support enhancements or improvements to Prescription Drug Monitoring Programs (PDMPs), including but not limited to improvements that:
    1. Increase the number of prescribers using PDMPs;
    2. Improve point-of-care decision-making by increasing the quantity, quality, or format of data available to prescribers using PDMPs, by improving the interface that prescribers use to access PDMP data, or both; or
    3. Enable states to use PDMP data in support of surveillance or intervention strategies, including MAT referrals and follow-up for individuals identified within PDMP data as likely to experience OUD in a manner that complies with all relevant privacy and security laws and rules.
6. Ensuring PDMPs incorporate available overdose/naloxone deployment data, including the United States Department of Transportation's Emergency Medical Technician overdose database in a manner that complies with all relevant privacy and security laws and rules.
7. Increase electronic prescribing to prevent diversion or forgery.
8. Educate Dispensers on appropriate opioid dispensing.

G. **PREVENT MISUSE OF OPIOIDS**

Support efforts to discourage or prevent misuse of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Fund media campaigns to prevent opioid misuse.
2. Corrective advertising or affirmative public education campaigns based on evidence.
3. Public education relating to drug disposal.
4. Drug take-back disposal or destruction programs.
5. Fund community anti-drug coalitions that engage in drug prevention efforts.
6. Support community coalitions in implementing evidence-informed prevention, such as reduced social access and physical access, stigma reduction – including staffing, educational campaigns, support for people in treatment or recovery, or training of coalitions in evidence-informed implementation, including the Strategic Prevention Framework developed by the U.S. Substance Abuse and Mental Health Services Administration (SAMHSA).
7. Engage non-profits and faith-based communities as systems to support prevention.
8. Fund evidence-based prevention programs in schools or evidence-informed school and community education programs and campaigns for students, families, school employees, school athletic programs, parent-teacher and student associations, and others.
9. School-based or youth-focused programs or strategies that have demonstrated effectiveness in preventing drug misuse and seem likely to be effective in preventing the uptake and use of opioids.
10. Create of support community-based education or intervention services for families, youth, and adolescents at risk for OUD and any co-occurring SUD/MH conditions.
11. Support evidence-informed programs or curricula to address mental health needs of young people who may be at risk of misusing opioids or other drugs, including emotional modulation and resilience skills.
12. Support greater access to mental health services and supports for young people, including services and supports provided by school nurses, behavioral health workers or other school staff, to address mental health needs in young people that (when not properly addressed) increase the risk of opioid or another drug misuse.

H. **PREVENT OVERDOSE DEATHS AND OTHER HARMS (HARM REDUCTION)**

Support efforts to prevent or reduce overdose deaths or other opioid-related harms through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Increase availability and distribution of naloxone and other drugs that treat overdoses for first responders, overdose patients, individuals with OUD and their friends and family members, schools, community navigators and outreach workers, persons being released from jail or prison, or other members of the general public.
2. Public health entities providing free naloxone to anyone in the community.

3.  Training and education regarding naloxone and other drugs that treat overdoses for first responders, overdose patients, patients taking opioids, families, schools, community support groups, and other members of the general public.

4.  Enable school nurses and other school staff to respond to opioid overdoses, and provide them with naloxone, training, and support.

5.  Expand, improve, or develop data tracking software and applications for overdoses/naloxone revivals.

6.  Public education relating to emergency responses to overdoses.

7.  Public education relating to immunity and Good Samaritan laws.

8.  Educate first responders regarding the existence and operation of immunity and Good Samaritan laws.

9.  Syringe service programs and other evidence-informed programs to reduce harms associated with intravenous drug use, including supplies, staffing, space, peer support services, referrals to treatment, fentanyl checking, connections to care, and the full range of harm reduction and treatment services provided by these programs.

10. Expand access to testing and treatment for infectious diseases such as HIV and Hepatitis C resulting from intravenous opioid use.

11. Support mobile units that offer or provide referrals to harm reduction services, treatment, recovery supports, health care, or other appropriate services to persons that use opioids or persons with OUD and any co-occurring SUD/MH conditions.

12. Provide training in harm reduction strategies to health care providers, students, peer recovery coaches, recovery outreach specialists, or other professionals that provide care to persons who use opioids or persons with OUD and any co-occurring SUD/MH conditions.

13. Support screening for fentanyl in routine clinical toxicology testing.

---

**PART THREE: OTHER STRATEGIES**

---

## I.  FIRST RESPONDERS

In addition to items in section C, D and H relating to first responders, support the following:

1.  Educate law enforcement or other first responders regarding appropriate practices and precautions when dealing with fentanyl or other drugs.

2.  Provision of wellness and support services for first responders and others who experience secondary trauma associated with opioid-related emergency events.

## J.  LEADERSHIP, PLANNING AND COORDINATION

Support efforts to provide leadership, planning, coordination, facilitations, training and technical assistance to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, the following:

1.  Statewide, regional, local or community regional planning to identify root causes of addiction and overdose, goals for reducing harms related to the opioid epidemic, and areas and populations with the greatest needs for treatment intervention services, and to support training and technical assistance and other strategies to abate the opioid epidemic described in this opioid abatement strategy list.

2. A dashboard to (a) share reports, recommendations, or plans to spend opioid settlement funds; (b) to show how opioid settlement funds have been spent; (c) to report program or strategy outcomes; or (d) to track, share or visualize key opioid- or health-related indicators and supports as identified through collaborative statewide, regional, local or community processes.

3. Invest in infrastructure or staffing at government or not-for-profit agencies to support collaborative, cross-system coordination with the purpose of preventing overprescribing, opioid misuse, or opioid overdoses, treating those with OUD and any co-occurring SUD/MH conditions, supporting them in treatment or recovery, connecting them to care, or implementing other strategies to abate the opioid epidemic described in this opioid abatement strategy list.

4. Provide resources to staff government oversight and management of opioid abatement programs.

## K. <u>TRAINING</u>

In addition to the training referred to throughout this document, support training to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, the following:

1. Provide funding for staff training or networking programs and services to improve the capability of government, community, and not-for-profit entities to abate the opioid crisis.

2. Support infrastructure and staffing for collaborative cross-system coordination to prevent opioid misuse, prevent overdoses, and treat those with OUD and any co-occurring SUD/MH conditions, or implement other strategies to abate the opioid epidemic described in this opioid abatement strategy list (e.g., health care, primary care, pharmacies, PDMPs, etc.).

## L. <u>RESEARCH</u>

Support opioid abatement research that may include, but is not limited to, the following:

1. Monitoring, surveillance, data collection and evaluation of programs and strategies described in this opioid abatement strategy list.

2. Research non-opioid treatment of chronic pain.

3. Research on improved service delivery for modalities such as SBIRT that demonstrate promising but mixed results in populations vulnerable to opioid use disorders.

4. Research on novel harm reduction and prevention efforts such as the provision of fentanyl test strips.

5. Research on innovative supply-side enforcement efforts such as improved detection of mail-based delivery of synthetic opioids.

6. Expanded research on swift/certain/fair models to reduce and deter opioid misuse within criminal justice populations that build upon promising approaches used to address other substances (e.g. Hawaii HOPE and Dakota 24/7).

7. Epidemiological surveillance of OUD-related behaviors in critical populations including individuals entering the criminal justice system,

including but not limited to approaches modeled on the Arrestee Drug Abuse Monitoring (ADAM) system.

8. Qualitative and quantitative research regarding public health risks and harm reduction opportunities within illicit drug markets, including surveys of market participants who sell or distribute illicit opioids.

9. Geospatial analysis of access barriers to MAT and their association with treatment engagement and treatment outcomes.

## Schedule D
## Tribal Abatement Strategies

The following is a non-exhaustive, illustrative list of culturally appropriate activities, practices, teachings or ceremonies that may, in the judgment of the Tribes, be aimed at or supportive of remediation and abatement of the opioid crisis within a tribal community.

Each of the 574 federally recognized Tribes in the United States has its own cultures, histories and traditions. Each Tribe is best suited to determine the most effective abatement strategies for the specific community it serves. The following list provides select examples of tribal abatement strategies and is not intended to limit the remediation and abatement activities for which any Tribe may utilize its share of Abatement Funds.

1.    **Traditional Activities Associated with Cultural Identity and Healing**

Tribal cultural activities can help address historical and intergenerational trauma and feelings of cultural loss that may be underlying root causes and/or contributing factors to addiction. These can include, for example:

- Utilization of traditional healers and spiritual and traditional approaches to healing;
- Sweat lodges, sacred pipe ceremonies, smudging and other ceremonies;
- Talking circles;
- Cultural activities such as basket weaving, pottery making, drum making, canoe building, etc., depending on the Tribe;
- Cultural and linguistic immersion programs.

These traditional activities may be combined with other treatment or included in integrated treatment models, as discussed below.

> Example: Drum-Assisted Recovery Therapy for Native Americans (DARTNA) is supported by research. Drums are a sacred instrument in many American Indian and Alaska Native cultures and are often associated with ceremonies and healing. In addition to providing a sense of cultural connection, drumming may have physical and psychological effects that make it a promising focus for treatment.

> Example: Some Tribes have utilized seasonal cultural immersion camps in lieu of or in combination with residential treatment for substance use disorder. Participants practice traditional lifeways, including hunting, fishing, living in traditional dwellings and cultural and/or spiritual practices during the course of treatment.

2.    **Culturally Competent Integrated Treatment Models**

> Example: The Swinomish Tribe designed and developed a unique treatment program called Didgʷáličč that integrates evidence-based chemical dependency treatment with holistic, culturally competent care to successfully deal with the effects of opioid use disorder (OUD). Didgʷáličč provides a full array of medical and social services, utilizing a model of

care that centers on and incorporates the Tribe's culture and values. The Tribal government and individual Tribal members provide cultural leadership and advice on the use of Native language and practices in the program.

Example: The Tulalip Tribe operates the Healing Lodge, a culturally sensitive transitional home facility for tribal members who are seeking to recover from addiction. In addition to a clean and sober living environment, the facility provides transportation to and from Chemical Dependency/ Mental Wellness groups and individual counseling sessions, sober support groups and cultural activities such as sweats, powwow and family nights. The program also connects residents with educational activities such as life skills trainings, budgeting, post generational trauma and Red Road to Wellbriety, a recovery and wellness program similar in some ways to the 12 Steps of AA but designed especially for Native American and following the teachings of the Medicine Wheel.

### 3.    Culturally Grounded Community Prevention

Culturally competent prevention programs, tailored to each tribal community, can play an important role in stopping and reversing the spread of the opioid epidemic.

Example: The Healing of the Canoe is a collaborative project between the Suquamish Tribe, the Port Gamble S'Klallam Tribe and the University of Washington Alcohol and Drug Abuse Institute (ADAI). It has led to the development and dissemination of the Culturally Grounded Life Skills for Youth curriculum, an evidence-based, strengths-based life skills curriculum for Native youth that uses elements of a Tribe's culture to help prevent substance abuse and connect its youth to their tribal community and culture. It teaches Native youth the skills they need to navigate their life's journey without being pulled off course by alcohol or drugs, using tribal values, traditions and culture both as a compass to guide them and an anchor to ground them. By reversing the historical trauma of forced assimilation, this approach attacks the root cause of so much substance abuse among tribal youth.

Example: The Association of Village Council Presidents has responded to the opioid crisis through the Healthy Families Program, which promotes and supports whole health through the sharing, teaching, and practice of traditional values through Elluarluteng Illakutellriit - a framework illustrating the Yup'ik life cycle of traditional practices, values and beliefs from Yup'ik Elders. This framework functions alongside western and medical practices to help individuals overcome their addictions permanently.

### 4.    Peacekeeping and Wellness Courts

Many Tribes have had success treating opioid offenders using traditional healing practices and alternative institutions, sometimes called wellness courts or peacekeeping courts.

Example: The Yurok Tribal Court, in coordination with the California State courts in Humboldt and Del Norte Counties, operates its Family Wellness Courts (FWC) for Yurok families suffering from opioid abuse problems. The FWC seeks to develop judicial

practices that are consistent with Yurok tribal values and needs, combining the resources and expertise of both systems. It focuses on reintegrating tribal members into the culture and life of the Yurok community and helping them establish a drug-free lifestyle.

5.    **Community Workforce Development and Training**

Cultural competency training as well as community workforce development can be a critical tool for addressing gaps in services, especially in rural and remote tribal communities, where it can be extremely difficult to recruit and retain qualified health care professionals.

Example: In Alaska, the Community Health Aide Program (CHAP) has increased access to medical treatment to more than 170 rural Alaskan villages utilizing a workforce development model geared toward Native people. Under CHAP, individuals selected by their communities are provided with training as community health aides and practitioners to work in rural villages under the supervision of, and in collaboration with, higher level medical professionals, often aided by telemedicine technology. As part of CHAP, behavioral health aides (BHAs) are trained as counselors, educators and advocates to help address mental health and addiction issues.

Example: Part of the Swinomish Tribe's Didgʷálič treatment model, discussed above, is training for Tribal members with a goal of building a new generation of clinically trained and culturally competent Native counselors and providers.

**Schedule T**
**PARTICIPATING TRIBES and TRIBAL ALLOCATION DISTRIBUTION**
**PERCENTAGES**

[Reserved - to be added post-Effective Date]

**EXHIBIT E**

**Tribal Participation and Release Form**

| Tribal Entity: | State: |
|---|---|
| Authorized Official: | |
| Address 1: | |
| Address 2: | |
| City, State, Zip: | |
| Phone: | |
| Email: | |

The tribal entity identified above ("*Tribe*"), in order to obtain and in consideration for the benefits provided to the Tribe pursuant to the Settlement Agreement dated December 31, 2022 ("*CVS Settlement*"), and acting through the undersigned authorized official, is an Eligible Entity as defined in the CVS Settlement and hereby elects to participate in the CVS Settlement, release all Released Claims against all Released Entities, and agrees as follows.

1. The Tribe is aware of and has reviewed the CVS Settlement, understands that all terms in this Participation and Release Form have the meanings defined therein, and agrees that by executing this Participation and Release Form, the Tribe elects to participate in the CVS Settlement and become a Participating Tribe as provided therein.

2. The Tribe agrees to the terms of the CVS Settlement pertaining to Participating Tribes as defined therein.

3. By agreeing to the terms of the CVS Settlement and becoming a Releasor, the Tribe is entitled to the benefits provided therein, including, if applicable, monetary payments beginning after the Effective Date.

4. The Tribe agrees to use any monies it receives through the CVS Settlement solely for the purposes provided therein.

5. By signing this Participation and Release Form, the Tribe agrees that, pursuant to the CVS Settlement, Special Master David Cohen and Judge Layn Phillips will set the procedures by which the allocation will be completed for the CVS Settlement and jointly determine the final inter-tribal allocation.

6. The Tribe agrees that any disputes arising out of the CVS Settlement or this Participation and Release Form shall be heard before Special Master David Cohen as the arbitrator designated by the Parties in the CVS Settlement to resolve the disputes through binding arbitration.

7. The Tribe has the right to enforce the CVS Settlement as provided therein.

E-1

8. The Tribe, as a Participating Tribe, hereby becomes a Releasor for all purposes in the CVS Settlement, including without limitation all provisions of Section II (Release), and along with all departments, agencies, divisions, boards, commissions, districts, instrumentalities of any kind and attorneys, and any person in their official capacity elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, and any other entity identified in the definition of Releasor, provides for a release to the fullest extent of its authority.  As a Releasor, the Tribe hereby absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim, or to cause, assist or permit to be brought, filed, or claimed, or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever.  The releases provided for in the CVS Settlement are intended by the Parties to be broad and shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to Released Claims and extend to the full extent of the power of the Tribe to release claims.  The CVS Settlement shall be a complete bar to any Released Claim.

9. In connection with the releases provided for in the CVS Settlement, each Tribe expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

> **General Release; extent.**  A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release that, if known by him or her would have materially affected his or her settlement with the debtor or released party.

A Releasor may hereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Tribe hereby expressly waives and fully, finally, and forever settles, releases and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date but which Releasors do not know or suspect to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and which, if known, would materially affect the Governmental Entities' decision to participate in the CVS Settlement.

10. The Tribe hereby takes on all rights and obligations of a Participating Tribe as set forth in the CVS Settlement.

11. Within thirty (30) days of singing this Tribal Participation and Release Form, and prior to the Effective Date set forth in the CVS Settlement, the Tribe shall provide to Special Master David Cohen and his TLC designee a dismissal with prejudice of any Released Claims that it has filed.  Upon the Effective Date, the dismissal with prejudice shall be provided to CVS with a stipulation for filing.

E-2

12. Nothing herein is intended to modify in any way the terms of the CVS Settlement, to which Tribe hereby agrees.  To the extent this Participation and Release Form is interpreted differently from the CVS Settlement in any respect, the CVS Settlement controls.

I have all necessary power and authorization to execute this Participation and Release Form on behalf of the Tribe.

Signature:  _____

Name:  _____

Title:  _____

Date:  _____

## EXHIBIT F

### Illustrative List of Released Entities

1.  CVS Health Corporation
2.  CVS Caremark Corporation
3.  CVS/Caremark Corporation
4.  CVS Corporation
5.  CVS Pharmacy, Inc.
6.  CVS, Inc.
7.  CVS Distribution, Inc.
8.  Mark Steven Service Merchandisers, Inc.
9.  Mark Steven, Inc.
10. @Credentials Inc.
11. 103rd Avenue CVS, L.L.C.
12. 10th Ave Minneapolis CVS, L.L.C.
13. 115th Chicago CVS, L.L.C.
14. 131st Street CVS, L.L.C.
15. 1500 Lexington CVS, L.L.C.
16. 167th North Miami CVS, L.L.C.
17. 175 West Road Ellington, Inc.
18. 186th Miami CVS, L.L.C.
19. 18th and L Street CVS, Inc.
20. 25th Street CVS, Inc.
21. 26th Kostner CVS, L.L.C.
22. 27th Avenue CVS, Inc.
23. 295 Westport Ave. CVS, Inc.
24. 34th Street CVS, Inc.
25. 37th Minneapolis CVS, L.L.C.
26. 38th Street CVS, Inc.
27. 39th Independence CVS, Inc.
28. 419 West Main Street Pharmacy, Inc.
29. 41st Street CVS, Inc.
30. 42nd Minneapolis CVS, L.L.C.
31. 49th Hialeah CVS, L.L.C.
32. 4th Street NEC CVS, L.L.C.
33. 50th Street CVS, L.L.C.
34. 54th Western Chicago CVS, L.L.C.
35. 587 Boylston CVS, Inc.
36. 59th Ashland CVS, L.L.C.
37. 5th Street Perkasie CVS, Inc.
38. 6th NEC CVS, L.L.C.
39. 7 Mile CVS, Inc.
40. 711 Maple Road, Inc.
41. 74th Miami CVS, L.L.C.
42. 76th Stony Chicago CVS, L.L.C.
43. 79th Street CVS, L.L.C.
44. 7th Phoenix CVS, L.L.C.
45. 85th Ave CVS, L.L.C.
46. 87th Avenue CVS, L.L.C.
47. 8th Street CVS, L.L.C.
48. 976 MIAMI RE, L.L.C.
49. Aberdeen CVS, Inc.
50. Abington CVS, Inc.
51. Abrams Arlington CVS, L.P.
52. Absecon CVS, Inc.
53. Accendo Holding Company
54. Accendo Holding Company
55. Accendo Insurance Company
56. Accordant Common, L.L.C.
57. Accordant Health Services, Inc.
58. Accordant Health Services, L.L.C.
59. Accordant Integrated Services, Inc.
60. Accuscript MO, Inc.
61. Acme Hospital and Life Insurance Company
62. ACS ACQCO CORP.
63. ACS Primary Care Physicians-Midwest, S.C.
64. ACS Primary Care Physicians-New England, P.C.
65. ACS Primary Care Physicians-Northeast, P.C.
66. ACS Primary Care Physicians-Southeast, P.C.
67. ACS Primary Care Physicians-Southwest, P.A.
68. Active Health Management, Inc.
69. Acton Plaza CVS, Inc.
70. Acton Woods CVS, Inc.
71. Acushnet CVS, Inc.

72. Acute Care Medical Management, Inc.
73. Acute Care Physician's Network, Inc.
74. Acute Care Specialists, Inc.
75. Acute General Medical PLLC
76. Adams Drug Co. of Edgewood, Inc.
77. Addison Chicago CVS, L.L.C.
78. ADI Realty, Inc.
79. Admar, Inc.
80. Adminco, Inc.
81. Administrative Enterprises, Inc.
82. Admiral Douglas CVS, Inc.
83. ADS Health Management, Inc.
84. Advance Funding Corporation
85. Advance Paradigm, Inc.
86. Advanced Care Scripts, Inc.
87. Advanced Healthcare Distributors, L.L.C.
88. AdvancePCS
89. AdvancePCS Health Systems, LLC
90. AdvancePCS Health, LLC
91. AdvancePCS Health, LP
92. AdvancePCS Holding, L.L.C.
93. AdvancePCS Mail Services of Birmingham, Inc.
94. AdvancePCS Research, LLC
95. AdvancePCS SpecialtyRx, LLC
96. AdvancePCS, L.P.
97. AdvancePriority Specialty Rx, L.L.C.
98. AdvanceRx.com, L.L.C.
99. AdvanceRx.com, L.P.
100. Advantus Inc.
101. Advent Financial Services, Inc.
102. Advent Investments, Inc.
103. ADVP Consolidation, L.L.C.
104. ADVP Management, L.P.
105. ADVP Operations, L.P.
106. AE Eleven, Incorporation
107. AE Fifteen, Incorporated
108. AE Fourteen, Incorporated
109. AE Housing Corp.
110. Aelan Inc.
111. AET Health Care Plan of California, Inc.
112. AET Health Care Plan of Georgia, Inc.
113. AET Health Care Plan, Inc.
114. Aetna (Beijing) Enterprise Management Services Co., Ltd
115. Aetna (Shanghai) Enterprise Services Co., Ltd.
116. Aetna ACO Holdings Inc.
117. Aetna Affordable Housing, Inc.
118. Aetna Asset Advisors, LLC
119. Aetna Behavioral Health of Delaware, LLC
120. Aetna Behavioral Health, LLC
121. Aetna Better Health Inc.
122. Aetna Better Health Inc. (CT)
123. Aetna Better Health Inc. (GA)
124. Aetna Better Health Inc. (IL)
125. Aetna Better Health Inc. (NJ)
126. Aetna Better Health Inc. (NY)
127. Aetna Better Health Inc. (OH)
128. Aetna Better Health Inc. (PA)
129. Aetna Better Health LLC
130. Aetna Better Health of California Inc.
131. Aetna Better Health of Florida Inc.
132. Aetna Better Health of Illinois Inc.
133. Aetna Better Health of Indiana Inc.
134. Aetna Better Health of Iowa Inc.
135. Aetna Better Health of Kansas Inc.
136. Aetna Better Health of Kentucky Insurance Company
137. Aetna Better Health of Michigan Inc.
138. Aetna Better Health of Missouri LLC
139. Aetna Better Health of Nevada Inc.
140. Aetna Better Health of North Carolina Inc.
141. Aetna Better Health of Oklahoma Inc.

F-2

142.  Aetna Better Health of Tennessee Inc.
143.  Aetna Better Health of Texas Inc.
144.  Aetna Better Health of Washington, Inc.
145.  Aetna Better Health Premier Plan MMAI Inc.
146.  Aetna Better Health, Inc. (LA)
147.  Aetna Business Resources, Inc.
148.  Aetna Capital Management, LLC
149.  Aetna Card Solutions, LLC
150.  Aetna Casualty Company
151.  Aetna Corporate Services LLC
152.  Aetna Criterion Communications, Inc.
153.  Aetna Dental Care for Groups, Inc.
154.  Aetna Dental Care of California, Inc.
155.  Aetna Dental Care of Kentucky, Inc.
156.  Aetna Dental Care of New Jersey, Inc.
157.  Aetna Dental Care of Texas, Inc.
158.  Aetna Dental Inc.
159.  Aetna Dental Inc. (NJ)
160.  Aetna Dental Inc. (TX)
161.  Aetna Dental Maintenance Organization, Inc.
162.  Aetna Dental of California Inc.
163.  Aetna Familly Plans of Georgia Inc.
164.  Aetna Family Plans of Ohio Inc.
165.  Aetna Family Plans of Pennsylvania Inc.
166.  Aetna Financial Holdings, LLC
167.  Aetna Florida Inc.
168.  Aetna Foundation, Inc.
169.  Aetna Global Benefits (Asia Pacific) Limited
170.  Aetna Global Benefits (Bahamas) Limited
171.  Aetna Global Benefits (Bermuda) Limited
172.  Aetna Global Benefits (Europe) Limited
173.  Aetna Global Benefits (Middle East) LLC
174.  Aetna Global Benefits (Middle East) LLC - Abu Dhabi Branch
175.  Aetna Global Benefits (Singapore) PTE. LTD.
176.  Aetna Global Benefits (UK) Limited
177.  Aetna Global Benefits Administrators Inc.
178.  Aetna Global Benefits Limited
179.  Aetna Global Holdings Limited
180.  Aetna Government Health Plans, Inc.
181.  Aetna Government Health Plans, LLC
182.  Aetna Health Administrators, LLC
183.  Aetna Health and Life Insurance Company
184.  Aetna Health Finance, Inc.
185.  Aetna Health Holdings, LLC
186.  Aetna Health Inc.
187.  Aetna Health Inc. (CT)
188.  Aetna Health Inc. (DE)
189.  Aetna Health Inc. (FL)
190.  Aetna Health Inc. (GA)
191.  Aetna Health Inc. (IA)
192.  Aetna Health Inc. (LA)
193.  Aetna Health Inc. (ME)
194.  Aetna Health Inc. (NJ)
195.  Aetna Health Inc. (NY)
196.  Aetna Health Inc. (PA)
197.  Aetna Health Inc. (TX)
198.  Aetna Health Information Solutions, Inc.
199.  Aetna Health Insurance (Thailand) Public Company Limited
200.  Aetna Health Insurance Company
201.  Aetna Health Insurance Company of Connecticut

202. Aetna Health Insurance Company of Europe DAC
203. Aetna Health Insurance Company of New York
204. Aetna Health Management, Inc.
205. Aetna Health Management, LLC
206. Aetna Health of  the Carolinas Inc.
207. Aetna Health of California Inc.
208. Aetna Health of Illinois Inc.
209. Aetna Health of Iowa Inc.
210. Aetna Health of Michigan Inc.
211. Aetna Health of North Texas Inc.
212. Aetna Health of Ohio Inc.
213. Aetna Health of Pennsylvania Inc.
214. Aetna Health of Utah Inc.
215. Aetna Health of Washington Inc.
216. Aetna Health Plans of Arizona, Inc.
217. Aetna Health Plans of California, Inc.
218. Aetna Health Plans of Central and Eastern Pennsylvania, Inc.
219. Aetna Health Plans of Florida, Inc.
220. Aetna Health Plans of Illinois, Inc.
221. Aetna Health Plans of Louisiana, Inc.
222. Aetna Health Plans of New Jersey, Inc.
223. Aetna Health Plans of New York, Inc.
224. Aetna Health Plans of North Texas, Inc.
225. Aetna Health Plans of Northern Ohio, Inc.
226. Aetna Health Plans of Ohio, Inc.
227. Aetna Health Plans of Phoenix, Inc.
228. Aetna Health Plans of Southern California
229. Aetna Health Plans of Southern New England, Inc.
230. Aetna Health Plans of Tennessee, Inc.
231. Aetna Health Plans of Texas, Inc.
232. Aetna Health Plans of the Carolinas, Inc.
233. Aetna Health Plans of the Mid-Atlantic, Inc.
234. Aetna Health Services (Middle East) FZ-LLC
235. Aetna Health Services (UK) Limited
236. Aetna Health Services of Phoenix, Inc.
237. Aetna HealthAssurance Pennsylvania, Inc.
238. Aetna Healthcare Programs, Inc.
239. Aetna Holdco (UK) Limited
240. Aetna Holdings (Thailand) Limited
241. Aetna Home Delivery, LLC
242. Aetna Inc.
243. Aetna Insurance (Singapore) PTE. LTD.
244. Aetna Insurance Company Limited
245. Aetna Insurance Company of Connecticut
246. Aetna Integrated Informatics, Inc.
247. Aetna InteliHealth Inc.
248. Aetna International Ex Pat LLC
249. Aetna International Inc.
250. Aetna International LLC
251. Aetna Ireland Inc.
252. Aetna Ireland, LLC
253. Aetna Korea Ltd.
254. Aetna Life & Casualty (Bermuda) Ltd.
255. Aetna Life Assignment Company
256. Aetna Life Insurance Company
257. Aetna Life Insurance Company of Illinois
258. Aetna Life Insurance Company Shanghai Representative Office
259. Aetna Medicaid Administrators LLC
260. Aetna Mortgage Investments I, Inc.
261. Aetna Multi-Strategy 1099 Fund

262. Aetna Multi-Strategy 1099 Fund, LLC
263. Aetna Network Services LLC
264. Aetna Partners Diversified Fund (Cayman), Limited
265. Aetna Partners Diversified Fund, LLC
266. Aetna Pharmacy Management Services LLC
267. Aetna Provider Solutions, LLC
268. Aetna Real Estate Properties, Inc.
269. Aetna Resources LLC
270. Aetna Risk Assurance Company of Connecticut Inc.
271. Aetna Risk Indemnity Company, Ltd.
272. Aetna Rx Home Delivery, LLC
273. Aetna Specialty Pharmacy, LLC
274. Aetna Student Health Agency Inc.
275. Aetna U.S. Healthcare Dental Plan Inc.
276. Aetna U.S. Healthcare Dental Plan of California Inc
277. Aetna U.S. Healthcare Holdings, Inc.
278. Aetna U.S. Healthcare Inc.
279. Aetna U.S. Healthcare Inc. (DE)
280. Aetna U.S. Healthcare of Alabama, Inc.
281. Aetna U.S. Healthcare of California Inc.
282. Aetna U.S. Healthcare of Colorado, Inc.
283. Aetna U.S. Healthcare of Georgia, Inc.
284. Aetna U.S. Healthcare of Illinois Inc.
285. Aetna U.S. Healthcare of North Texas Inc.
286. Aetna U.S. Healthcare of the Carolinas Inc.
287. Aetna U.S. Healthcare, Inc. (Michigan)

288. Aetna Ventures, LLC
289. Aetna Workers' Comp Access, LLC
290. Aetna/AREA Corporation
291. AFC Receivables Holding Corporation
292. AHP Holdings, Inc.
293. Airport Boulevard CVS, L.P.
294. Akron Cuyahoga CVS, Inc.
295. Alabama CVS Pharmacy, L.L.C.
296. Alabama Road CVS, Inc.
297. Alajasper Realty Services, Inc.
298. Alajasper Realty Services, L.L.C.
299. Alaska CVS Pharmacy, L.L.C.
300. Albany CVS, Inc.
301. Albany New Scotland CVS, L.L.C.
302. Albemarle CVS, Inc.
303. Alexander Baytown CVS, L.P.
304. Alexander Durham CVS, Inc.
305. Alexandria Duke CVS, Inc.
306. Algonquin CVS, L.L.C.
307. Alicia Mission Viejo CVS, L.L.C.
308. Aliso Creek CVS, L.L.C.
309. Allen CVS, Inc.
310. Allen Main TX CVS, L.L.C.
311. Allen Texas CVS, L.P.
312. Allentown CVS, Inc.
313. Allentown Village CVS, Inc.
314. Alliance Family Centers, Inc.
315. Allina Health and Aetna Health Plan Inc.
316. Allina Health and Aetna Insurance Company
317. Allina Health and Aetna Insurance Holding Company LLC
318. Allston Commonwealth CVS, Inc.
319. Allston Retailer, Inc.
320. Allviant Corporation
321. Almadea Burbank CVS, Inc.
322. Almond Ave CVS, L.L.C.
323. Almshouse CVS, Inc.
324. Aloma Winter Park CVS, L.L.C.
325. Alpharetta CVS, Inc
326. Alta Health Strategies, Inc.

327. Alta Mere Fort Worth CVS, L.P.
328. Alta Mesa McCart CVS, L.P.
329. Altamonte Springs CVS, L.L.C.
330. Altius Health Plans Inc.
331. AMC - New York, Inc.
332. AMC - Tennessee, Inc.
333. AMC-New York, LLC
334. AMC-Tennessee, LLC
335. American Continental Insurance Company
336. American Drug Stores Delaware, L.L.C.
337. American Drug Stores, Inc. d/b/a Osco Drug, Inc. (for assets / pharmacies acquired by CVS)
338. American Health Holding, Inc.
339. American Service Life Insurance Company
340. Ames Plaza CVS, Inc.
341. Amesbury CVS, Inc.
342. Amherst Academia CVS, Inc.
343. Amherst CVS Store, Inc.
344. Amsterdam Mall CVS Store, Inc.
345. Anac Holding Corporation
346. Anaheim Hills CVS, Inc.
347. Ancillary Care Management, Inc.
348. Anderson CVS, Inc.
349. Anderson House CVS, Inc.
350. Andover CVS, Inc.
351. Angelini Ave. CVS, Inc.
352. Angell Street CVS, Inc.
353. Anita Street CVS, L.L.C.
354. Ann Mary Street CVS, Inc.
355. Annapolis CVS, Inc.
356. Annapolis Riva CVS, Inc.
357. Anoka MN CVS, L.L.C.
358. Anthem AZ CVS, L.L.C.
359. Antoine Houston CVS, L.P.
360. API  Properties 808 LLC
361. Apollo Beach CVS, L.L.C.
362. Apopka CVS, Inc.
363. APP Hedge Funds, LLC
364. Apple Valley MN CVS, L.L.C.

365. Apria Finance Holdings Inc.
366. APS Acquisition LLC
367. APS Enterprises Holding Company, Inc.
368. APS-Summit Care Pharmacy, L.L.C.
369. Aquia Harbor CVS, Inc.
370. Aquidneck Drug CVS, Inc.
371. Aramingo Avenue CVS, Inc.
372. Arbor Drugs - Civic, Inc.
373. Arbor Drugs - Civic, Inc.
374. Arbor Drugs of Ann Arbor, Inc.
375. Arbor Drugs of East Detroit, Inc.
376. Arbor Drugs of Inkster, Inc.
377. Arbor Drugs of Livonia, Inc.
378. Arbor Drugs of Merriman, Inc.
379. Arbor Drugs of Milford, Inc.
380. Arbor Drugs of Northville, Inc.
381. Arbor Drugs of Redford, Inc.
382. Arbor Drugs of Saline, Inc.
383. Arbor Drugs of Walled Lake, Inc.
384. Arbor Drugs of Westland, Inc.
385. Arbor Drugs, Inc.
386. Arbor Drugs, Inc.
387. ARC RetailCare, PLLC
388. Archer Oak CVS, L.L.C.
389. ARCP CV Bowling Green OH, LLC
390. ARCP CV Claremore OK, LLC
391. ARCP CV Duncan OK, LLC
392. ARCP CV Durant OK, LLC
393. ARCP CV Enid OK, LLC
394. ARCP CV Enterprise AL, LLC
395. ARCP CV Erwin NC, LLC
396. ARCP CV Green OH, LLC
397. ARCP CV Greeneville TN, LLC
398. ARCP CV Ironton OH, LLC
399. ARCP CV Knoxville (Kingston) TN, LLC
400. ARCP CV Lawrence MA, LLC
401. ARCP CV Lewes DE, LLC
402. ARCP CV Liberty SC, LLC
403. ARCP CV Macon GA, LLC

404. ARCP CV Manchester GA, LLC
405. ARCP CV Morgantown WV, LLC
406. ARCP CV Muskogee OK, LLC
407. ARCP CV Norfolk NE, LLC
408. ARCP CV Oklahoma City (Pennsylvania) OK, LLC
409. ARCP CV Portsmouth (High) VA, LLC
410. ARCP CV Sanford NC, LLC
411. ARCP CV Toledo OH, LLC
412. Ardmore CVS, Inc.
413. Argonne Avenue CVS, Inc.
414. Arizona Acquisition Corporation
415. Arizona CVS Stores, L.L.C.
416. Arkansas CVS Pharmacy, L.L.C.
417. Arleta CVS, Inc.
418. Arlington 10th Street CVS, Inc.
419. Arlington CVS, Inc.
420. Arlington Pentagon CVS, Inc.
421. Arlington Peoples, Inc.
422. Arlington South Eads CVS, Inc.
423. Arlington-Walter Reed CVS, Inc.
424. Armcal Chicago CVS, L.L.C.
425. Armitage CVS, L.L.C.
426. Army Trail Bartlett CVS, L.L.C.
427. Arrow Glendora CVS, L.P.
428. Arsenal CVS, Inc.
429. ARV LLC
430. Asbury Evanston CVS, L.L.C.
431. ASCO Healthcare of New England Limited Partnership
432. ASCO Healthcare of New England, LLC
433. ASCO HealthCare, LLC
434. Ashburn Parkway CVS, Inc.
435. Ashford Dunwoody CVS, Inc.
436. Ashland Chicago CVS, L.L.C.
437. Ashland CVS, Inc.
438. ASI Wings, LLC
439. Assembly Square CVS, Inc.
440. Assurance Company of Connecticut
441. Aston Township CVS, Inc.
442. Astoria NY CVS, L.L.C.

443. Atlanta Bell Isle CVS, Inc.
444. Atlanta Brookwood Village CVS, Inc.
445. Atlanta Peachtree CVS, Inc.
446. Atlanta ProCare Pharmacy, Inc.
447. Atlanta Ridge CVS, Inc.
448. Atlantic Blvd CVS, Inc.
449. Atlantic City CVS, Inc.
450. Atlantic Jacksonville CVS, L.L.C.
451. Atlantic Jog Delray CVS, L.L.C.
452. Atlantic Medical Group, LLC
453. Atlee CVS, Inc.
454. Attleboro CVS, Inc.
455. Attleboro Pleasant CVS, Inc.
456. Atwood Avenue CVS, Inc.
457. Auburn AL CVS, Inc.
458. Auburn Clinton Stores,Inc.
459. Auburn CVS, Inc.
460. Auburn Glen CVS, Inc.
461. Auburn Mall (Me.) CVS, Inc.
462. Auburn PharmaCare Pharmacy, Inc.
463. Augusta Belair CVS, Inc.
464. Augusta Dr CVS, L.L.C.
465. AUSHC Holdings, Inc.
466. Austell Road CVS, Inc.
467. Austin Drug Co., Inc.
468. Austin Drugs of East Meadow, Inc.
469. Austin Drugs of Hicksville, Inc.
470. Austin Drugs of Lawrence, Inc.
471. Austin Drugs of Syosset, Inc.
472. Avenue 18 CVS, Inc.
473. Avenue of Americas CVS, L.L.C.
474. Avenue P Brooklyn CVS, Inc.
475. Aversboro Road CVS, Inc.
476. Avery Ranch CVS, L.L.C.
477. AV-Med of Louisiana, Inc.
478. Avon CVS, Inc.
479. Avon OH CVS, Inc.
480. Azalea Mall, L.L.C.
481. Azusa Avenue CVS, Inc.
482. Azusa CVS, L.P.
483. B.H. Krueger, Inc.
484. Back Bay CVS, Inc.

485. Badger Acquisition LLC
486. Badger Acquisition of Kentucky LLC
487. Badger Acquisition of Minnesota LLC
488. Badger Acquisition of Ohio LLC
489. Bailey Avenue CVS Store, Inc.
490. Baker Avenue CVS, Inc.
491. Ball Square CVS, Inc.
492. Ballantyne Commons CVS, Inc.
493. Ballston Spa CVS, L.L.C.
494. Baltimore Avenue CVS, Inc.
495. Baltimore Belair CVS, Inc.
496. Baltimore CVS, Inc.
497. Bangor Route 512 CVS, Inc.
498. Bangor, Penna., CVS, Inc.
499. Banner Health and Aetna Health Insurance Company
500. Banner Health and Aetna Health Insurance Holding Company LLC
501. Banner Health and Aetna Health Plan Inc.
502. Barberton CVS, Inc.
503. Barker Houston CVS, L.P.
504. Barkley CVS, Inc.
505. Barnstable Retailer, Inc.
506. Barrington CVS, Inc.
507. Bartlett CVS, L.L.C.
508. Baseline 35th CVS, L.L.C.
509. Baseline Phoenix CVS, L.L.C.
510. Bass Fort Worth CVS, L.P.
511. Baton Rouge Perkins CVS, Inc.
512. Battleground Avenue CVS, L.L.C.
513. Baumel Eisner Neuromedical Institute, L.L.C.
514. Bay City Clinton Stores, Inc.
515. Bay Village CVS, Inc.
516. Bayamon Oeste Chess King, Inc.
517. Bayonne CVS, Inc.
518. Bayou La Batre CVS, Inc.
519. Beach Anaheim CVS, L.P.
520. Beach Buena Park CVS, L.P.
521. Beach Lincoln CVS, L.L.C.

522. Beacon Retailer, Inc.
523. Bear Merger Subsidiary, LLC
524. Bearss Avenue CVS, Inc.
525. Beaumont TX CVS, L.L.C.
526. Beauty Holdings, L.L.C.
527. Bedford Great Road CVS, Inc.
528. Bedford Retailer, Inc.
529. Bedford TX CVS, L.P.
530. Beechnut CVS, L.P.
531. Beechnut Gessner CVS, L.P.
532. Beechnut Houston CVS, L.P.
533. Bel Air CVS, Inc.
534. Bel Air Maryland CVS, Inc.
535. Belchertown CVS, Inc.
536. Bell Plaza CVS, Inc.
537. Bell Square CVS, Inc.
538. Bellaire Cook CVS, L.P.
539. Bellaire Ft. Worth CVS, L.P.
540. Belleville CVS, Inc.
541. Bellevue CVS, Inc.
542. Bellingham CVS, Inc.
543. Bellport CVS, Inc.
544. Belmont Ave. CVS, Inc.
545. Belmont Chicago CVS, L.L.C.
546. Belpre CVS, Inc.
547. Beltsville CVS, Inc.
548. Beltway 8 CVS, L.P.
549. Benchmark Physicians, Inc.
550. Benignus Houston CVS, L.P.
551. Bennington CVS, Inc.
552. Bensalem CVS, Inc.
553. Bentana Technologies, Inc.
554. Bergen Mall (N.J.) CVS, Inc.
555. Bergen Ridgefield CVS, Inc.
556. Berkeley PharmaCare Pharmacy, L.L.C.
557. Berlin CVS, Inc.
558. Bernville PA CVS, Inc.
559. Berwick Market CVS, Inc.
560. Berwyn PA CVS, Inc.
561. Beryl Street CVS, Inc.
562. Best Care LTC Acquisition Company LLC

F-8

563. Bethany Glendale CVS, L.L.C.
564. Bethel Church Road CVS, Inc.
565. Bethel Clinic Family Health Plan Corporation
566. Bethel CVS, Inc.
567. Bethel Drive CVS, Inc.
568. Bethel OH CVS, L.L.C.
569. Bethesda CVS, Inc.
570. Bethesda Peoples, Inc.
571. Bethlehem Broad St. CVS, Inc.
572. Bethlehem Plaza CVS, Inc.
573. Bethlehem West Fourth CVS, Inc.
574. Beverly Cove CVS, Inc.
575. Beverly CVS, Inc.
576. Big B Drugs, Inc.
577. Big B Express, Inc.
578. Big B, Inc.
579. Billerica CVS, Inc.
580. Binghamton Clinton Stores, Inc.
581. Birmingham AL CVS, Inc.
582. Bissonnet Houston CVS, L.P.
583. Black Rock Turnpike CVS, Inc.
584. Blackstone CVS, Inc.
585. Blackstone Insurance Group, Inc.
586. Blaine MN CVS, L.L.C.
587. Blakeslee CVS, Inc.
588. Blalock & Hammerly CVS, L.P.
589. Bloomfield Avenue CVS, Inc.
590. Bloomfield CVS, Inc.
591. Bloomingdale Brandon CVS, L.L.C.
592. Bloomington CVS, L.L.C.
593. Bloomsburg CVS, Inc.
594. BLS Properties, L.L.C.
595. Blue Hill Avenue CVS, Inc.
596. Blue Ridge CVS, L.L.C.
597. Blue Ridge Road CVS, Inc.
598. Bluegrass Pharmacy of Lexington, LLC
599. Boca Raton CVS, Inc.
600. Bolingbrook IL CVS, L.L.C.
601. Bonita Beach CVS, L.L.C.
602. Borden Pharmacy, Inc.

603. Bordentown CVS, Inc.
604. Borough of Hatboro CVS, Inc.
605. Boston Chelmsford CVS, Inc.
606. Boston Hanover CVS, Inc.
607. Boston Jamaica Plain CVS, Inc.
608. Boston Saratoga CVS, Inc.
609. Boston Washington CVS, Inc.
610. Boston, Ma., CVS, Inc.
611. Boston-Milk St. CVS, Inc.
612. Bourbonaise CVS, L.L.C.
613. Bourne MA CVS, Inc.
614. Bowling Green CVS, L.L.C.
615. Bowman Street CVS, Inc.
616. Boyertown CVS, Inc.
617. Boynton Beach CVS, Inc.
618. BPC Equity, Inc.
619. BPC Equity, LLC
620. BPNY Acquisition Corp
621. Bradenton CVS, L.L.C.
622. Bradenton SR 70 CVS, L.L.C.
623. Bradley NEC CVS, L.L.C.
624. Braintree CVS, Inc.
625. Braintree Washington CVS, Inc.
626. Brandon CVS, Inc.
627. Branford CVS, Inc.
628. Branhaven CVS, Inc.
629. Braselton CVS, Inc.
630. Brea Mall CVS, Inc.
631. Bremner Boulevard CVS, Inc.
632. Brewster CVS, L.L.C.
633. Briarwood CVS, Inc.
634. Brick New Jersey CVS, Inc.
635. Bridge Campus CVS, L.L.C.
636. Bridge Street CVS, L.L.C.
637. Bridgeport Avenue CVS, Inc.
638. Bridgeport Boston Ave. CVS, Inc.
639. Bridgeport-Merritt CVS, Inc.
640. Bridgeview CVS, L.L.C.
641. Bridgewater Commons CVS, Inc.
642. Bridgewater Main Street CVS, Inc.
643. Bridgewater Store Corporation
644. Brighton Market St. CVS, Inc.
645. Bristol Bay CVS, Inc.

646. Bristol CVS, Inc.
647. Bristol Farmington CVS, Inc.
648. Bristol North Main CVS, Inc.
649. Bristol Plaza CVS, Inc.
650. Brittain Road CVS, Inc.
651. Brittany Square CVS, Inc.
652. Broadheadsville CVS, Inc.
653. Broadspire National Services, Inc.
654. Broadway Fairlawn CVS, L.L.C.
655. Broadway Hewlett CVS, L.L.C.
656. Broadway Houston CVS, L.P.
657. Broadway Lawrence CVS, L.L.C.
658. Broadway Maricopa CVS, L.L.C.
659. Broadway Minneapolis CVS, L.L.C.
660. Broadway New York CVS, Inc.
661. Broadway Palm Beach CVS, L.L.C.
662. Brockton Belmont CVS, Inc.
663. Brockton Carey Hill CVS, Inc.
664. Brockton Crescent CVS, Inc.
665. Brockton CVS, Inc.
666. Brockton Hayward CVS, Inc.
667. Brockton Oak CVS, Inc.
668. Brockton Pleasant CVS, Inc.
669. Brockton West Plaza CVS, Inc.
670. Bronx Bainbridge CVS, L.L.C.
671. Bronx River CVS, Inc.
672. Brookfield CVS, Inc.
673. Brookfield IL CVS, L.L.C.
674. Brookhaven Hilltop CVS, Inc.
675. Brookline CVS, Inc.
676. Brookline Village CVS, Inc.
677. Brooklyn 9th Street CVS, Inc.
678. Brooklyn Bass CVS, L.L.C.
679. Brooklyn Commons CVS, Inc.
680. Brooklyn NY CVS, L.L.C.
681. Brooklyn Park MN CVS, L.L.C.
682. Brooklyn Pennsylvania CVS, Inc.
683. Brooklyn Rockaway CVS, Inc.
684. Brooks Drug of Ipswich, Inc.
685. Brooks Drug, Inc.
686. Broomall CVS, Inc.
687. Brown Recker CVS, L.L.C.

688. Brown Street CVS, Inc.
689. Browns Covington CVS, Inc.
690. Browns Mills CVS, L.L.C.
691. Brownstown Twp CVS, L.L.C.
692. Bruin Acquisition Co., Inc.
693. Brunswick (Me.) CVS, Inc.
694. Brunswick CVS, Inc.
695. Brunswick Square CVS, Inc.
696. Bryans Road CVS, Inc.
697. Bryans Road Peoples, Inc.
698. bswift LLC
699. bswift Resources LLC
700. Buckeye AZ CVS, L.L.C.
701. Buckland Hills CVS, Inc.
702. Bud's Price King, Inc.
703. Buffalo Grove CVS, L.L.C.
704. Buford Highway CVS, Inc.
705. Bunker Hill CVS, Inc.
706. Bunker Lake CVS, L.L.C.
707. Bupa Health Insurance (Thailand) Public Company Limited
708. Burlington Cambridge CVS, Inc.
709. Burlington Center (N.J.) CVS, Inc.
710. Burlington CVS, Inc.
711. Burnsville CVS, L.L.C.
712. Burnsville MN CVS, L.L.C.
713. Busch CVS, Inc.
714. Bush River CVS, Inc.
715. Busse CVS, L.L.C.
716. Bustleton Nursery CVS, Inc.
717. Bustleton Philadelphia CVS, Inc.
718. Butler Road CVS, Inc.
719. Byron Center CVS, L.L.C.
720. C Street CVS, Inc.
721. C Street Peoples, Inc.
722. Cactus 83rd CVS, L.L.C.
723. Cactus Las Vegas CVS, L.L.C.
724. Cactus Peoria CVS, L.L.C.
725. California CVS Pharmacy, L.L.C.
726. Cambria Heights CVS, L.L.C.
727. Cambridge Alewife CVS, Inc.
728. Cambridge Burlington CVS, Inc.
729. Cambridge CVS, Inc.

730. Cambridge Galleria CVS, Inc.
731. Cambridge Life Insurance Company
732. Cambridge Street CVS, Inc.
733. Camden NJ CVS, Inc.
734. Camillus Plaza CVS Store, Inc.
735. Camino Real CVS, Inc.
736. Camp Hill CVS, Inc.
737. Campbell Richardson CVS, L.P.
738. Campo's Medical Pharmacy, Inc.
739. Campo's Medical Pharmacy, LLC
740. Canal CVS, Inc.
741. Canal Place, LLC
742. Canal Salem CVS, Inc.
743. Canal Winchester CVS, Inc.
744. Canoga Park CVS, Inc.
745. Canopy Acquisition, LLC
746. Canton CVS, Inc.
747. Canton GA CVS, Inc.
748. Canton Highway CVS, Inc.
749. Cantonment FL CVS, L.L.C.
750. Cape Coral CVS, L.L.C.
751. Cape May CVS, Inc.
752. Capital Market CVS, Inc.
753. Capitol Heights CVS, L.L.C.
754. Capitol Home Infusion, Inc.
755. Care Pharmaceutical Services, LP
756. Care4, L.P.
757. CareCenter Pharmacy, L.L.C.
758. CareFlorida Health Plan, Inc.
759. Carefree Insurance Services, Inc.
760. Carelink Health Plans, Inc.
761. Caremark Advantage, Inc.
762. Caremark Advantage, L.L.C.
763. Caremark Arizona Mail Pharmacy Holding, LLC
764. Caremark Arizona Mail Pharmacy, LLC
765. Caremark Arizona Specialty Pharmacy Holding, L.L.C.
766. Caremark Arizona Specialty Pharmacy, L.L.C.
767. Caremark Atlanta Pharmacy, LLC
768. Caremark Aviation, L.L.C.
769. Caremark Baltimore Pharmacy, LLC
770. Caremark California Specialty Pharmacy Holding, L.L.C.
771. Caremark California Specialty Pharmacy, L.L.C.
772. Caremark CareCenter Pharmacy, L.L.C.
773. Caremark Chicago Pharmacy, LLC
774. Caremark Connecticut CareCenter Pharmacy Holding, LLC
775. Caremark Connecticut CareCenter Pharmacy, LLC
776. Caremark Dallas Pharmacy, LLC
777. Caremark Detroit Pharmacy, LLC
778. Caremark Florida Mail Pharmacy Holding, LLC
779. Caremark Florida Mail Pharmacy, LLC
780. Caremark Florida Speciality Pharmacy Holding, LLC
781. Caremark Florida Specialty Pharmacy, LLC
782. Caremark Fort Lauderdale Pharmacy, LLC
783. Caremark Georgia CareCenter Pharmacy Holding, LLC
784. Caremark Georgia CareCenter Pharmacy, LLC
785. Caremark Georgia Specialty Pharmacy Holding, LLC
786. Caremark Georgia Specialty Pharmacy, LLC
787. Caremark Global, Inc.
788. Caremark Hawaii Mail Pharmacy Holding, L.L.C.
789. Caremark Hawaii Mail Pharmacy, LLC
790. Caremark Hawaii Specialty Pharmacy Holding, LLC
791. Caremark Hawaii Specialty Pharmacy, LLC

792. Caremark Homecare, Inc.
793. Caremark Honolulu Pharmacy, LLC
794. Caremark Illinois CareCenter Pharmacy Holding I, LLC
795. Caremark Illinois CareCenter Pharmacy Holding II, LLC
796. Caremark Illinois CareCenter Pharmacy Holding, LLC
797. Caremark Illinois CareCenter Pharmacy I, LLC
798. Caremark Illinois CareCenter Pharmacy II, LLC
799. Caremark Illinois CareCenter Pharmacy, LLC
800. Caremark Illinois Mail Pharmacy Holding, LLC
801. Caremark Illinois Mail Pharmacy, LLC
802. Caremark Illinois Specialty Pharmacy Holding, LLC
803. Caremark Illinois Specialty Pharmacy, LLC
804. Caremark Indemnity, Ltd.
805. Caremark International, Inc.
806. Caremark International, L.L.C.
807. Caremark Iowa CareCenter Pharmacy Holding I, LLC
808. Caremark Iowa CareCenter Pharmacy Holding, LLC
809. Caremark Iowa CareCenter Pharmacy I, LLC
810. Caremark Iowa CareCenter Pharmacy, LLC
811. Caremark IPA, L.L.C.
812. Caremark Irving Resource Center Holding, LLC
813. Caremark Irving Resource Center, LLC
814. Caremark Kansas Specialty Pharmacy Holding, LLC
815. Caremark Kansas Specialty Pharmacy, LLC
816. Caremark Limited, LLC

817. Caremark Logistics Holding, LLC
818. Caremark Logistics, LLC
819. Caremark Louisiana Specialty Pharmacy Holding, LLC
820. Caremark Louisiana Specialty Pharmacy, LLC
821. Caremark Mail Pharmacy, LLC
822. Caremark Management Limited, LLC
823. Caremark Management, L.L.C.
824. Caremark Management, LP
825. Caremark Maryland CareCenter Pharmacy Holding, LLC
826. Caremark Maryland CareCenter Pharmacy, LLC
827. Caremark Maryland Specialty Pharmacy Holding, LLC
828. Caremark Maryland Specialty Pharmacy, LLC
829. Caremark Massachusetts Specialty Pharmacy Holding, LLC
830. Caremark Massachusetts Specialty Pharmacy, LLC
831. Caremark MergerSub, L.L.C.
832. Caremark Michigan Specialty Pharmacy Holding, LLC
833. Caremark Michigan Specialty Pharmacy, LLC
834. Caremark Minnesota Specialty Pharmacy Holding, LLC
835. Caremark Minnesota Specialty Pharmacy, LLC
836. Caremark Miramar Pharmacy, LLC
837. Caremark New Jersey CareCenter Pharmacy Holding, LLC
838. Caremark New Jersey CareCenter Pharmacy, LLC
839. Caremark New Jersey Specialty Pharmacy Holding, LLC
840. Caremark New Jersey Specialty Pharmacy, LLC

841. Caremark North Carolina CareCenter Pharmacy Holding, LLC
842. Caremark North Carolina CareCenter Pharmacy, LLC
843. Caremark North Carolina Specialty Pharmacy Holding LLC
844. Caremark North Carolina Specialty Pharmacy, LLC
845. Caremark Ohio CareCenter Pharmacy Holding, LLC
846. Caremark Ohio CareCenter Pharmacy, LLC
847. Caremark Ohio Specialty Pharmacy Holding, L.L.C.
848. Caremark Ohio Specialty Pharmacy, L.L.C.
849. Caremark Onsite Pharmacy, Inc.
850. Caremark Pennsylvania Specialty Pharmacy Holding, LLC
851. Caremark Pennsylvania Specialty Pharmacy, LLC
852. Caremark Pharmacy, L.L.C.
853. Caremark PhC, L.L.C.
854. Caremark Phoenix Pharmacy, LLC
855. Caremark Pittsburgh Pharmacy, LLC
856. Caremark Procurement Corporation
857. Caremark Procurement, L.L.C.
858. Caremark Puerto Rico Holding LLC
859. Caremark Puerto Rico L.L.C.
860. Caremark Puerto Rico Specialty Pharmacy Holding LLC
861. Caremark Puerto Rico Specialty Pharmacy L.L.C.
862. Caremark Puerto Rico, Inc.
863. Caremark Raleigh Pharmacy, LLC
864. Caremark Receivable, LLC
865. Caremark Redlands Pharmacy, L.L.C.
866. Caremark Repack, LLC
867. Caremark Resource Center General, LLC
868. Caremark Rx, Inc.
869. Caremark Rx, L.L.C.
870. Caremark San Antonio Pharmacy, LLC
871. Caremark San Antonio Resource Center Holding, LLC
872. Caremark San Antonio Resource Center, LLC
873. Caremark Specialty Pharmacy, LLC
874. Caremark Tampa Pharmacy, LLC
875. Caremark Tennessee CareCenter Pharmacy Holding, LLC
876. Caremark Tennessee CareCenter Pharmacy, LLC
877. Caremark Tennessee Specialty Pharmacy Holding, LLC
878. Caremark Tennessee Specialty Pharmacy, LLC
879. Caremark Texas Mail Pharmacy Holding, LLC
880. Caremark Texas Mail Pharmacy, LLC
881. Caremark Texas Specialty Pharmacy, LLC
882. Caremark Ulysses Holding Corp.
883. Caremark Washington Specialty Pharmacy Holding, LLC
884. Caremark Washington Specialty Pharmacy, LLC
885. Caremark, L.L.C.
886. Caremark, LP
887. CaremarkPCS
888. CaremarkPCS Alabama Mail Pharmacy Holding, LLC
889. CaremarkPCS Alabama Mail Pharmacy, LLC
890. CaremarkPCS Caribbean, Inc.
891. CaremarkPCS Health Systems, LLC
892. CaremarkPCS Health, LLC
893. CaremarkPCS Health, LP
894. CaremarkPCS Mail Pharmacy, LLC
895. CaremarkPCS Pennsylvania Mail Pharmacy Holding, LLC

896. CaremarkPCS Pennsylvania Mail Pharmacy, LLC
897. CaremarkPCS Texas Mail Pharmacy Holding, LLC
898. CaremarkPCS Texas Mail Pharmacy, LLC
899. CaremarkPCS, L.L.C.
900. Carney CVS, Inc.
901. Carol Stream IL CVS, L.L.C.
902. Carrabile, LLC
903. Carroll Denton CVS, L.P.
904. Carroll Street CVS, Inc.
905. Carrollton CVS, L.P.
906. Carson CA CVS, L.L.C.
907. Carver CVS, Inc.
908. Cary Tryon CVS, Inc.
909. Cascades CVS, Inc.
910. Cashmere St. Lucie CVS, L.L.C.
911. Cass Darien CVS, L.L.C.
912. Castor Avenue CVS, Inc.
913. Castro Street ProCare Pharmacy, Inc.
914. Catalpa Chicago CVS, L.L.C.
915. Cathedral City CVS, L.L.C.
916. Caton Farm Joliet CVS, L.L.C.
917. CC Advertising & Marketing, LLC
918. CCI Foreign Holdings, Sarl
919. CCI Foreign, Sarl
920. CCRx Holdings, LLC
921. CCRx of North Carolina Holdings, LLC
922. CCRx of North Carolina, LLC
923. Cedar Garwood CVS, L.L.C.
924. Cedar Park CVS, Inc.
925. Cedar Park Peoples, Inc.
926. Center City CVS, Inc.
927. Center Moriches CVS, Inc.
928. Center Pasadena CVS, L.P.
929. Center Plaza CVS, Inc.
930. Center Square CVS, Inc.
931. Centerville Falmouth St. CVS, Inc.
932. Central Ave SEC CVS, L.L.C.
933. Central City Mall CVS, Inc.
934. Central Rx Services, LLC
935. Central Square CVS, Inc.
936. Central St. Petersburg CVS, L.L.C.
937. Central Street CVS, Inc.
938. Centreville Road CVS, Inc.
939. CH Saluda SC 2008, LLC
940. Chandler AZ CVS, L.L.C.
941. Chandler Dobson CVS, L.L.C.
942. Chandler Gilbert CVS, L.L.C.
943. Chandler Heights CVS, L.L.C.
944. Chandler Kyrene CVS, L.L.C.
945. Chandler North CVS, L.L.C.
946. Chandler Street CVS, Inc.
947. Chandler Warner CVS, L.L.C.
948. Chanhassen CVS, L.L.C.
949. Chapman Avenue CVS, Inc.
950. Chappaqua CVS, L.L.C.
951. Charles Street Baltimore CVS, Inc.
952. Charles Street CVS, Inc.
953. Charleston Area Health Plan, Inc.
954. Charlie Acquisition Corporation
955. Charlott Street CVS, Inc.
956. Charlotte NC CVS, Inc.
957. Charlotte PUD, LLC
958. Charlton MA CVS, Inc.
959. Charlton PharmaCare Pharmacy, Inc.
960. Chatham CVS, Inc.
961. Chatham Main St. CVS, Inc.
962. Chatsworth CVS, L.L.C.
963. CHC Casualty Risk Retention Group, Inc.
964. CHCCares, Inc.
965. Cheektowaga-Como CVS, Inc.
966. Chelsea AL CVS, Inc.
967. Cheltenham CVS, Inc.
968. Cherry Hill C.K. Jeanery, Inc.
969. Cherry Tree Lane CVS, Inc.
970. Cheshire CVS, Inc.
971. Chester MD CVS, L.L.C.
972. Chester NY CVS, L.L.C.
973. Chesterfield CVS, Inc.
974. Chestnut Hill CVS, Inc.

975. Chestnut Montvale CVS, L.L.C.
976. Chestnut St. CVS, Inc.
977. Chestnut Street CVS, Inc.
978. Chicago CVS Store, L.L.C.
979. Chicago Heights IL CVS, L.L.C.
980. Chicago North Central CVS, L.L.C.
981. Chicago Pulaski CVS, L.L.C.
982. Chicago Ridge IL CVS, L.L.C.
983. Chicago West Irving Park CVS, L.L.C.
984. Chichester CVS, Inc.
985. Chick Springs CVS, Inc.
986. Chickering Benefit Planning Insurance Agency, Inc.
987. Chickering Claims Administrators, Inc.
988. Chicopee CVS, Inc.
989. Chicopee Exchange Street CVS, Inc.
990. Chicopee Memorial CVS, Inc.
991. Children's Hospital of Michigan Outpatient Pharmacy, Inc.
992. Chili CVS, Inc.
993. Chimney Rock CVS, L.P.
994. China Town CVS, Inc.
995. Chino Ave SEC CVS, L.L.C.
996. Chino Hills CVS, INc.
997. Choice Source Therapeutic of Houston, Texas, L.L.C.
998. Choice Source Therapeutic South, L.L.C.
999. Choice Source, L.L.C.
1000. CHP Acquisition Corp.
1001. CHP Acquisition, LLC
1002. Christiana CVS, Inc.
1003. Chula Vista CVS, Inc.
1004. Church Avenue CVS, Inc.
1005. Cicero Addison CVS, L.L.C.
1006. Cincinnati CVS, L.L.C.
1007. Cin-Dayton CVS, Inc.
1008. CIP Acquisition, LLC
1009. Circle Plaza CVS, Inc.
1010. Circle Tallahassee RE, L.L.C.

1011. Circulation, LLC
1012. City Line Avenue CVS, Inc.
1013. Claims Administration Corp.
1014. ClaimsPro Management Services, Inc.
1015. Clairmont Road CVS, Inc.
1016. Clairton Boulevard CVS, Inc.
1017. Claremont River CVS, Inc.
1018. Clarendon Blvd. CVS, Inc.
1019. Clarendon Boulevard CVS, Inc.
1020. Clark Chicago CVS, L.L.C.
1021. Clark CVS, Inc.
1022. Clarkston CVS, Inc.
1023. Clarksville MD CVS, L.L.C.
1024. Clayton CVS, Inc.
1025. Clearwater CVS, Inc.
1026. Clearwater Sunset CVS, Inc.
1027. Clementon Square CVS, Inc.
1028. Clermont CVS, L.L.C.
1029. Cleveland Lorain CVS, Inc.
1030. Cleveland Primary Care Associates, P.A., Inc.
1031. Cliffside Park CVS, L.L.C.
1032. Clifton CVS, Inc.
1033. Clint Moore Boca Raton CVS, L.L.C.
1034. Clinton Center CVS, Inc.
1035. Clinton Discount Stores, Inc.
1036. Clinton Post CVS, Inc.
1037. Cloppers Mill CVS, Inc.
1038. Cloppers Mill Peoples, inc.
1039. Clover CVS, L.L.C.
1040. Clyde Daytona CVS, L.L.C.
1041. CMBS Holdings, Inc.
1042. CMBS Holdings, Inc. II
1043. CMBS Holdings, L.L.C.
1044. Cochran CVS, L.L.C.
1045. Coconut Creek CVS, Inc.
1046. Cofinity, Inc.
1047. Cohasset CVS, Inc.
1048. Cohoes CVS, L.L.C.
1049. Coit Dallas CVS, L.P.
1050. Coit McDermott CVS, L.P.

1051. Colchester CT CVS, Inc.
1052. College Anaheim CVS, L.L.C.
1053. College Point CVS, Inc.
1054. College Street CVS, Inc.
1055. Collegeville CVS, Inc.
1056. Collings CVS, Inc.
1057. Colonial Place CVS, Inc.
1058. Colonie CVS, Inc.
1059. Columbia CVS, Inc.
1060. Columbus CVS, L.L.C.
1061. Columbus High Street CVS, Inc.
1062. Columbus New York CVS, Inc.
1063. Columbus Polaris CVS, Inc.
1064. Commack CVS, Inc.
1065. Commerce Palms Tampa CVS, L.L.C.
1066. Commercial CVS, Inc.
1067. Committed Provider Services, LLC
1068. COMMUNITY HEALTH CARE SOLUTIONS LLC
1069. Compass Health Services, LLC
1070. Compo Center CVS, Inc.
1071. Compscript, LLC
1072. Computer Development, Inc.
1073. Concord Crisco CVS, Inc.
1074. Concord Road CVS, Inc.
1075. Conewango CVS, Inc.
1076. Confident Care Health Plan, Inc.
1077. Congress Austin CVS TX, L.L.C.
1078. Connecticut Avenue CVS, Inc.
1079. Connecticut CVS Pharmacy, L.L.C.
1080. Conservco, Inc.
1081. Conshohocken CVS, Inc.
1082. Constitution Blvd. CVS, Inc.
1083. Consumer Health Interactive, L.L.C.
1084. Consumer Value Store of Bangor, Inc.
1085. Consumer Value Stores of Lowell, Inc.
1086. Consumer Value stores of Merrimack, Inc.
1087. Consumer Value Stores of Revere, Inc.
1088. Consumer Value Stores of Rhode Island, Inc.
1089. Consumer Value Stores of White City, Inc.
1090. Consumer Value Stores of Worcester, Inc.
1091. Continental Life Insurance Company of Brentwood, Tennessee
1092. Continuing Care Rx, LLC
1093. Conyers CVS, Inc.
1094. Coolidge Corner CVS, Inc.
1095. Coon Rapids MN CVS, L.L.C.
1096. Cooper City CVS, L.L.C.
1097. Coopersburg CVS, Inc.
1098. Copiaque CVS, Inc.
1099. Copley CVS, Inc.
1100. Coral Ridge CVS, L.L.C.
1101. Coram Alternate Site Services, Inc.
1102. Coram Clinical Trials, Inc.
1103. Coram Healthcare Corporation of Alabama
1104. Coram Healthcare Corporation of Florida
1105. Coram Healthcare Corporation of Greater D.C.
1106. Coram Healthcare Corporation of Greater New York
1107. Coram Healthcare Corporation of Indiana
1108. Coram Healthcare Corporation of Massachusetts
1109. Coram Healthcare Corporation of Mississippi
1110. Coram Healthcare Corporation of Nevada
1111. Coram Healthcare Corporation of North Texas
1112. Coram Healthcare Corporation of Northern California
1113. Coram Healthcare Corporation of Rhode Island

1114. Coram Healthcare Corporation of Southern California

1115. Coram Healthcare Corporation of Southern Florida

1116. Coram Healthcare Corporation of Utah

1117. Coram Healthcare/Carolina Home Therapeutics, LLC

1118. Coram LLC

1119. Coram Service Corporation

1120. Coram Specialty Infusion Services, Inc.

1121. CoramRx, LLC

1122. Corbin Avenue CVS, Inc.

1123. Corey Enterprises, Inc.

1124. Cornelius CVS, Inc.

1125. Corning Park Plaza CVS, Inc.

1126. Corona CVS, Inc.

1127. Corporate Benefit Strategies, Inc.

1128. Corporate Health Administrators, Inc.

1129. Corporate Health Insurance Company

1130. Cortez Bradenton CVS, L.L.C.

1131. Cottage Grove CVS, Inc.

1132. Cotuit CVS, Inc.

1133. County Line CVS, Inc.

1134. County Road CVS, L.L.C.

1135. Court Street CVS, L.L.C.

1136. Courtland Street CVS, Inc.

1137. Courtyards of Costa Mesa CVS, Inc.

1138. Coventry Consumer Advantage, Inc.

1139. Coventry CT CVS, Inc.

1140. Coventry Financial Management Services, Inc.

1141. Coventry Health and Life Insurance Company

1142. Coventry Health Care National Accounts, Inc.

1143. Coventry Health Care National Network, Inc.

1144. Coventry Health Care of Delaware, Inc.

1145. Coventry Health Care of Florida, Inc.

1146. Coventry Health Care of Georgia, Inc.

1147. Coventry Health Care of Illinois, Inc.

1148. Coventry Health Care of Iowa, Inc.

1149. Coventry Health Care of Kansas, Inc.

1150. Coventry Health Care of Louisiana, Inc.

1151. Coventry Health Care of Missouri, Inc.

1152. Coventry Health Care of Nebraska, Inc.

1153. Coventry Health Care of Pennsylvania, Inc.

1154. Coventry Health Care of Texas, Inc.

1155. Coventry Health Care of the Carolinas, Inc.

1156. Coventry Health Care of Virginia, Inc.

1157. Coventry Health Care of West Virginia, Inc.

1158. Coventry Health Care Workers Compensation, Inc.

1159. Coventry Health Care, Inc.

1160. Coventry Health of Michigan, Inc.

1161. Coventry Health Plan of Florida, Inc.

1162. Coventry Healthcare Management Corporation

1163. Coventry Independent Medical Exams of Texas, PA

1164. Coventry Lake CVS, Inc.

1165. Coventry Management Services, Inc.

1166. Coventry Merger Holdings, Inc.

1167. Coventry Merger Sub

1168. Coventry Prescription Management Services, Inc.

1169. Coventry Rehabilitation Services, Inc.
1170. Coventry Specialty Services, LLC
1171. Coventry Square CVS, Inc.
1172. Coventry Summit Health Plan, Inc.
1173. Coventry Transplant Network, Inc.
1174. CoventryCares of Michigan, Inc.
1175. Coviello Plaza CVS, Inc.
1176. Covina (Cal.) CVS, Inc.
1177. Covington CVS, Inc.
1178. Cox CVS, Inc.
1179. CP Acquisition Corp.
1180. CP Acquisition, LLC
1181. CP Red Springs NC 2008, LLC
1182. CP Services LLC
1183. CR 545 Davenport CVS, L.L.C.
1184. Crabapple CVS, Inc.
1185. Craig Road CVS, L.L.C.
1186. Cranberry CVS, Inc.
1187. Cranberry PA CVS, Inc.
1188. Cranberry Township CVS, Inc.
1189. Cranston Retailer, Inc.
1190. Cranston RI CVS, Inc.
1191. Cranston-Elmwood CVS, Inc.
1192. Cranston-Reservoir CVS, Inc.
1193. Cresco CVS, Inc.
1194. Cressona Mall CVS, Inc.
1195. Crest CVS, Inc.
1196. Crestwood KY CVS, Inc.
1197. Crismon Mesa CVS, L.L.C.
1198. Criterion Communications, Inc.
1199. Crofton MD CVS, L.L.C.
1200. Cromwell CT CVS, Inc.
1201. Cropsey Avenue CVS, L.L.C.
1202. Cross Keys Place CVS, Inc.
1203. Crossgates CVS Store, Inc.
1204. Crossroads Plaza CVS, Inc.
1205. Croton-On-Hudson CVS, L.L.C.
1206. Crowley TX CVS, L.P.
1207. Croydon CVS, Inc.
1208. Crystal Drive CVS, L.L.C.
1209. Crystal Lake CVS, L.L.C.
1210. Crystal Plaza CVS, Inc.,

1211. Crystal Waterford CVS, Inc.
1212. CSR, Inc.
1213. Cucamonga Foothill CVS, L.L.C.
1214. Culver City CVS, Inc.
1215. Cumberland Bear Hill CVS, Inc.
1216. Cumberland Church CVS, Inc.
1217. Cumberland Retailer, Inc.
1218. Cumming GA CVS, Inc.
1219. Cumru CVS, Inc.
1220. Curaflex Health Services
1221. Cuyahoga Oakwood CVS, Inc.
1222. CVS 1001 MA, L.L.C.
1223. CVS 10012 OK, L.L.C.
1224. CVS 10013 VA, L.L.C.
1225. CVS 10015 MA, L.L.C.
1226. CVS 10018 VA, L.L.C.
1227. CVS 10019 AR, L.L.C.
1228. CVS 10021 VA, L.L.C.
1229. CVS 10024 VA, L.L.C.
1230. CVS 10049 KY, L.L.C.
1231. CVS 10065 OK, L.L.C.
1232. CVS 10072 TN, L.L.C.
1233. CVS 10076 AL, L.L.C.
1234. CVS 10078 FL, L.L.C.
1235. CVS 10088 VA, L.L.C.
1236. CVS 10099 DE, L.L.C.
1237. CVS 10101 OK, L.L.C.
1238. CVS 10102 OK, L.L.C.
1239. CVS 10117 VA, L.L.C.
1240. CVS 10122 FL, L.L.C.
1241. CVS 10124 WV, L.L.C.
1242. CVS 10125 MA, L.L.C.
1243. CVS 10131 FL, L.L.C.
1244. CVS 10143 WI, L.L.C.
1245. CVS 10154 GA, L.L.C.
1246. CVS 10156 NC, L.L.C.
1247. CVS 10163 WI, L.L.C.
1248. CVS 10170 VA, L.L.C.
1249. CVS 10172 WI, L.L.C.
1250. CVS 10175 OK, L.L.C
1251. CVS 10196 MA, L.L.C.
1252. CVS 10201 MN, L.L.C.
1253. CVS 10202 VA, L.L.C.

1254. CVS 10205 KY, L.L.C.
1255. CVS 10206 AL, L.L.C.
1256. CVS 10208 AL, L.L.C.
1257. CVS 10209 OH, L.L.C.
1258. CVS 10213 OK, L.L.C.
1259. CVS 10214 OK, L.L.C.
1260. CVS 10238 DE, L.L.C.
1261. CVS 10242 NE, L.L.C.
1262. CVS 10243 NE, L.L.C.
1263. CVS 10246 OH, L.L.C.
1264. CVS 10248 OH, L.L.C.
1265. CVS 10251 VA, L.L.C.
1266. CVS 10252 MN, L.L.C.
1267. CVS 10255 AR, L.L.C.
1268. CVS 10272 OK, L.L.C.
1269. CVS 10273 OK, L.L.C.
1270. CVS 10274 OK, L.L.C.
1271. CVS 10275 OK, L.L.C.
1272. CVS 10279 KY, L.L.C.
1273. CVS 10286 VA, L.L.C.
1274. CVS 10293 NE, L.L.C.
1275. CVS 10320 VA, L.L.C.
1276. CVS 10326 OK, L.L.C.
1277. CVS 10346 FL, L.L.C.
1278. CVS 10357 GA, L.L.C.
1279. CVS 10358 GA, L.L.C.
1280. CVS 10372 OH, L.L.C.
1281. CVS 10374 OH, L.L.C.
1282. CVS 10376 DE, L.L.C.
1283. CVS 10396 MN, L.L.C.
1284. CVS 1040 FL, L.L.C.
1285. CVS 10408 AR, L.L.C.
1286. CVS 10409 AR, L.L.C.
1287. CVS 1041 MA, L.L.C.
1288. CVS 10410 NE, L.L.C.
1289. CVS 10411 WI, L.L.C.
1290. CVS 10416 AL, L.L.C.
1291. CVS 10419 WI, L.L.C.
1292. CVS 10422 VA, L.L.C.
1293. CVS 10430 AR, L.L.C.
1294. CVS 10431 AR, L.L.C.
1295. CVS 10432 AR, L.L.C.
1296. CVS 10437 OK, L.L.C.
1297. CVS 10441 NE, L.L.C.
1298. CVS 10453 VA, L.L.C.
1299. CVS 10454 VA, L.L.C.
1300. CVS 10457 OH, L.L.C.
1301. CVS 10501 MA, L.L.C.
1302. CVS 10504 FL, L.L.C.
1303. CVS 10515 TN, L.L.C.
1304. CVS 10518 AR, L.L.C.
1305. CVS 10519 AR, L.L.C.
1306. CVS 10520 OK, L.L.C.
1307. CVS 10533 WI, L.L.C.
1308. CVS 10534 AR, L.L.C.
1309. CVS 10539 AR, L.L.C.
1310. CVS 10549 WI, L.L.C.
1311. CVS 1055 FL, L.L.C.
1312. CVS 10560 OK, L.L.C.
1313. CVS 10561 OK, L.L.C.
1314. CVS 10563 VA, L.L.C.
1315. CVS 10566 WV, L.L.C.
1316. CVS 10586 VA, L.L.C.
1317. CVS 10589 GA, L.L.C.
1318. CVS 1063 CA, L.L.C.
1319. CVS 10644 FL, L.L.C.
1320. CVS 10645 TN, L.L.C.
1321. CVS 10666 AR, L.L.C.
1322. CVS 10678 AR, L.L.C.
1323. CVS 10683 KY, L.L.C.
1324. CVS 10684 VA, L.L.C.
1325. CVS 10746 VA, L.L.C.
1326. CVS 10756 MN, L.L.C.
1327. CVS 10768 VA, L.L.C.
1328. CVS 10769 VA, L.L.C.
1329. CVS 10770 VA, L.L.C.
1330. CVS 10771 MN, L.L.C.
1331. CVS 10772 WI, L.L.C.
1332. CVS 10779 AR, L.L.C.
1333. CVS 1078 IN, L.L.C.
1334. CVS 10781 CO, L.L.C.
1335. CVS 10782 CO, L.L.C.
1336. CVS 10783 CO, L.L.C.
1337. CVS 10784 CO, L.L.C.
1338. CVS 10785 CO, L.L.C.
1339. CVS 10787 SC, L.L.C.

1340.  CVS 10788 KY, L.L.C.
1341.  CVS 1079 GA, L.L.C.
1342.  CVS 10811 AL, L.L.C.
1343.  CVS 10812 KY, L.L.C.
1344.  CVS 10816 AR, L.L.C.
1345.  CVS 10830 CO, L.L.C.
1346.  CVS 10831 CO, L.L.C.
1347.  CVS 10836 MA, L.L.C.
1348.  CVS 10893 OH, L.L.C.
1349.  CVS 10898 AL, L.L.C.
1350.  CVS 10937 VA, L.L.C.
1351.  CVS 10949 TN, L.L.C.
1352.  CVS 10958 CO, L.L.C.
1353.  CVS 10967 VA, L.L.C.
1354.  CVS 10968 VA, L.L.C.
1355.  CVS 10975 AR, L.L.C.
1356.  CVS 10976 OK, L.L.C.
1357.  CVS 1099 LA, L.L.C.
1358.  CVS 10990 VA, L.L.C.
1359.  CVS 10992 VA, L.L.C.
1360.  CVS 10th Street, L.L.C.
1361.  CVS 11000 CO, L.L.C.
1362.  CVS 11001 CO, L.L.C.
1363.  CVS 11002 CO, L.L.C.
1364.  CVS 11016 AL, L.L.C.
1365.  CVS 11017 GA, L.L.C.
1366.  CVS 11019 KY, L.L.C.
1367.  CVS 11024 CO, L.L.C.
1368.  CVS 11056 VA, L.L.C.
1369.  CVS 11070 MN, L.L.C.
1370.  CVS 11083 VA, L.L.C.
1371.  CVS 11086 OH, L.L.C.
1372.  CVS 11089 KY, L.L.C.
1373.  CVS 11092 OK, L.L.C.
1374.  CVS 11093 AR, L.L.C.
1375.  CVS 11104 CO, L.L.C.
1376.  CVS 11105 CO, L.L.C.
1377.  CVS 11115 VA, L.L.C.
1378.  CVS 11138 CO, L.L.C.
1379.  CVS 1114 FL, L.L.C.
1380.  CVS 11155 OH, L.L.C.
1381.  CVS 11158 AR, L.L.C.
1382.  CVS 11179 VA, L.L.C.
1383.  CVS 1118 NY, L.L.C.
1384.  CVS 11233 VA, L.L.C.
1385.  CVS 1126 FL, L.L.C.
1386.  CVS 11288 MA, L.L.C.
1387.  CVS 113 FL, L.L.C.
1388.  CVS 1131 MA, L.L.C.
1389.  CVS 11337 CO, L.L.C.
1390.  CVS 1140 SC, L.L.C.
1391.  CVS 11450 SC LLC
1392.  CVS 115 W., L.L.C.
1393.  CVS 1150 MI, L.L.C.
1394.  CVS 1161 IL, L.L.C.
1395.  CVS 1172 IL, L.L.C.
1396.  CVS 1189 MA, L.L.C.
1397.  CVS 1194 SC, L.L.C.
1398.  CVS 12 VA, L.L.C.
1399.  CVS 1200 SC, L.L.C.
1400.  CVS 1218 NC, L.L.C.
1401.  CVS 1223 OH, L.L.C.
1402.  CVS 1246 NC, L.L.C.
1403.  CVS 1316 FL, L.L.C.
1404.  CVS 1359 GA, L.L.C.
1405.  CVS 1383 VA, L.L.C.
1406.  CVS 1420 GA, L.L.C.
1407.  CVS 1423 VA, L.L.C.
1408.  CVS 1427, L.L.C.
1409.  CVS 1428 WV, L.L.C.
1410.  CVS 1429 WV, L.L.C.
1411.  CVS 1435 MD, L.L.C.
1412.  CVS 1452 MD, L.L.C.
1413.  CVS 1461 MD, L.L.C.
1414.  CVS 1464 OH, L.L.C.
1415.  CVS 1481 MD, L.L.C.
1416.  CVS 1488 MD, L.L.C.
1417.  CVS 1501 MD, L.L.C.
1418.  CVS 1507 NV, L.L.C.
1419.  CVS 1515 MD, L.L.C.
1420.  CVS 1525 VA, L.L.C.
1421.  CVS 1534 VA, L.L.C.
1422.  CVS 1538 VA, L.L.C.
1423.  CVS 1547 VA, L.L.C.
1424.  CVS 1550 VA, L.L.C.
1425.  CVS 1553 VA, L.L.C.

1426. CVS 1556 VA, L.L.C.
1427. CVS 1557 VA, L.L.C.
1428. CVS 1561 VA, L.L.C.
1429. CVS 1589 MI, L.L.C.
1430. CVS 161 SC, L.L.C.
1431. CVS 1619 IL, L.L.C.
1432. CVS 1643 NC, L.L.C.
1433. CVS 1674 NC, L.L.C.
1434. CVS 1741 TN, L.L.C.
1435. CVS 1742 NC, L.L.C.
1436. CVS 1743 AZ, L.L.C.
1437. CVS 1748 MI, L.L.C.
1438. CVS 1752 NC, L.L.C.
1439. CVS 1756 OH, L.L.C.
1440. CVS 1758 MI, L.L.C.
1441. CVS 1769 FL, L.L.C.
1442. CVS 1777 AL, L.L.C.
1443. CVS 1782 NJ, L.L.C.
1444. CVS 1786 MA, L.L.C.
1445. CVS 1798 VA, L.L.C.
1446. CVS 180 SC, L.L.C.
1447. CVS 1803 MA, L.L.C.
1448. CVS 1815 FL, L.L.C.
1449. CVS 1836 VA, L.L.C.
1450. CVS 1844 MA, L.L.C.
1451. CVS 1867 MA, L.L.C.
1452. CVS 1874 MA, L.L.C.
1453. CVS 1933 LA, L.L.C.
1454. CVS 1944 NC, L.L.C.
1455. CVS 1978 VA, L.L.C.
1456. CVS 1979 VA, L.L.C.
1457. CVS 1991 VA, L.L.C.
1458. CVS 20 MA, L.L.C.
1459. CVS 2003 VA, L.L.C.
1460. CVS 2004 VA, L.L.C.
1461. CVS 2019 VA, L.L.C.
1462. CVS 2033 MD, L.L.C.
1463. CVS 2048 RI, L.L.C.
1464. CVS 205 SC, L.L.C.
1465. CVS 2065 RI, L.L.C.
1466. CVS 2105 GA, L.L.C.
1467. CVS 211 MI, L.L.C.
1468. CVS 2148 WV, L.L.C.
1469. CVS 2212 GA, L.L.C.
1470. CVS 2214 WI, L.L.C.
1471. CVS 2276 MN, L.L.C.
1472. CVS 2315 VA, L.L.C.
1473. CVS 232 NY, L.L.C.
1474. CVS 2386 TN, L.L.C.
1475. CVS 244 MD, L.L.C.
1476. CVS 2446 SC, L.L.C.
1477. CVS 2489 OK, L.L.C.
1478. CVS 249 First Avenue, L.L.C.
1479. CVS 2497 SC, L.L.C.
1480. CVS 2512 OK, L.L.C.
1481. CVS 2522 Baltimore, L.L.C.
1482. CVS 2538 NC, L.L.C.
1483. CVS 2544 GA, L.L.C.
1484. CVS 2544 Peachtree, L.L.C.
1485. CVS 2545 CT, L.L.C.
1486. CVS 2548 NC, L.L.C.
1487. CVS 2555 SC, L.L.C.
1488. CVS 2593 GA, L.L.C.
1489. CVS 264 NJ, L.L.C.
1490. CVS 266 LA, L.L.C.
1491. CVS 26th Street, L.L.C.
1492. CVS 2721 NY, L.L.C.
1493. CVS 2723 NJ, L.L.C.
1494. CVS 2731 Clearwater, L.L.C.
1495. CVS 2732 Hollywood, L.L.C.
1496. CVS 2747 FL, L.L.C.
1497. CVS 2758 Margate, L.L.C.
1498. CVS 2759 St. Petersburg, L.L.C.
1499. CVS 2760 Tampa, L.L.C.
1500. CVS 2767 Pinellas Park, L.L.C.
1501. CVS 2776 VA, L.L.C.
1502. CVS 2786 IL, L.L.C.
1503. CVS 2788 Buffalo Grove, L.L.C.
1504. CVS 2790 Evergreen, L.L.C.
1505. CVS 2797 Niles, L.L.C.
1506. CVS 2798 Chicago, L.L.C.
1507. CVS 2799 Mt. Prospect, L.L.C.
1508. CVS 2803 Tampa, L.L.C.
1509. CVS 2805 Lauderhill, L.L.C.
1510. CVS 2806 Orlando, L.L.C.
1511. CVS 2809 IL, L.L.C.

1512. CVS 2825 Brandon, L.L.C.
1513. CVS 2827 Hillside, L.L.C.
1514. CVS 2829 FL, L.L.C.
1515. CVS 2842 Palm Harbor, L.L.C.
1516. CVS 2844 Chicago, L.L.C.
1517. CVS 2846 Chicago, L.L.C.
1518. CVS 2863 Rolling Meadows, L.L.C.
1519. CVS 2868 Tinton Falls, L.L.C.
1520. CVS 2873 St. Petersburg, L.L.C.
1521. CVS 2874 Clearwater, L.L.C.
1522. CVS 2875 Tampa, L.L.C.
1523. CVS 2881 Randolph, L.L.C.
1524. CVS 2893 Miami, L.L.C.
1525. CVS 2895 Miami, L.L.C.
1526. CVS 2898 Tampa, L.L.C.
1527. CVS 28th and Eastern, Inc.
1528. CVS 2901 Waukegan, L.L.C.
1529. CVS 2903 Downers Grove, L.L.C.
1530. CVS 2904 FL, L.L.C.
1531. CVS 2935 IL, L.L.C.
1532. CVS 2936 Joliet, L.L.C.
1533. CVS 2942 Chicago, L.L.C.
1534. CVS 2948 Henderson, L.L.C.
1535. CVS 2949 East Hanover, L.L.C.
1536. CVS 2964 Maineville, L.L.C.
1537. CVS 2966 FL, L.L.C.
1538. CVS 2972 Philadelphia, L.L.C.
1539. CVS 2974 MD, L.L.C.
1540. CVS 2976 General, Inc.
1541. CVS 2977 General, Inc.
1542. CVS 2979 General, Inc.
1543. CVS 2986 Lincoln Drive, L.L.C.
1544. CVS 2987 Lincoln Park, L.L.C.
1545. CVS 2987 NJ, L.L.C.
1546. CVS 2988 General, Inc.
1547. CVS 2989 Las Vegas, L.L.C.
1548. CVS 2990 Las Vegas, L.L.C.
1549. CVS 2991 General, Inc.
1550. CVS 3005 General, Inc.
1551. CVS 3006 General, Inc.
1552. CVS 3007 General, Inc.
1553. CVS 301 MA, L.L.C.

1554. CVS 3010 Setauket, L.L.C.
1555. CVS 3038 DE, L.L.C.
1556. CVS 304 FL, L.L.C.
1557. CVS 3042 DE, L.L.C.
1558. CVS 3048 VA, L.L.C.
1559. CVS 3052 VA, L.L.C.
1560. CVS 3082 GA, L.L.C.
1561. CVS 3086 GA, L.L.C.
1562. CVS 3088 OH, L.L.C.
1563. CVS 3114 FL, L.L.C.
1564. CVS 3121 FL, L.L.C.
1565. CVS 3126 FL, L.L.C.
1566. CVS 3134 General, Inc.
1567. CVS 3136 North Arlington, L.L.C.
1568. CVS 3140 Torresdale, L.L.C.
1569. CVS 3143 Chandler, L.L.C.
1570. CVS 316 MA, L.L.C.
1571. CVS 3163 IL, L.L.C.
1572. CVS 3163 Oak Park, L.L.C.
1573. CVS 317 NC, L.L.C.
1574. CVS 3172 Las Vegas, L.L.C.
1575. CVS 3173 General, Inc.
1576. CVS 3176 General, Inc.
1577. CVS 3177 General, Inc.
1578. CVS 3178 General, Inc.
1579. CVS 3180 General, Inc.
1580. CVS 3181 General, Inc.
1581. CVS 3186 WV, L.L.C.
1582. CVS 3190 General, Inc.
1583. CVS 31st Street Astoria, L.L.C.
1584. CVS 320 Fifth Avenue, L.L.C.
1585. CVS 320 NJ, L.L.C.
1586. CVS 3200 General, Inc.
1587. CVS 3205 MN, L.L.C.
1588. CVS 3207 General, Inc.
1589. CVS 3210 Las Vegas, L.L.C.
1590. CVS 3226 FL, L.L.C.
1591. CVS 3227 FL, L.L.C.
1592. CVS 3231 DE, L.L.C.
1593. CVS 3231 FL, L.L.C.
1594. CVS 3232 NC, L.L.C.
1595. CVS 3245 FL, L.L.C.
1596. CVS 3249 FL, L.L.C.

1597. CVS 3250 FL, L.L.C.
1598. CVS 3257 FL, L.L.C.
1599. CVS 326 RI, L.L.C.
1600. CVS 3264 Phoenix, L.L.C.
1601. CVS 3268 Gilbert, L.L.C.
1602. CVS 3269 FL, L.L.C.
1603. CVS 3271 FL, L.L.C.
1604. CVS 3274 FL, L.L.C.
1605. CVS 3285 FL, L.L.C.
1606. CVS 3292 General, Inc.
1607. CVS 3295 General, Inc.
1608. CVS 3301 OH, L.L.C.
1609. CVS 3318 FL, L.L.C.
1610. CVS 3320 OH, L.L.C.
1611. CVS 3321 OH, L.L.C.
1612. CVS 3336 VA, L.L.C.
1613. CVS 3338 OH, L.L.C.
1614. CVS 3340 OH, L.L.C.
1615. CVS 3343 OH, L.L.C.
1616. CVS 3346 OH, L.L.C.
1617. CVS 3348 GA, L.L.C.
1618. CVS 3350 MN, L.L.C.
1619. CVS 3353 OH, L.L.C.
1620. CVS 3356 OH, L.L.C.
1621. CVS 3380 SC, L.L.C.
1622. CVS 3381 OH, L.L.C.
1623. CVS 3395 FL, L.L.C.
1624. CVS 3396 VA, L.L.C.
1625. CVS 3397 VA, L.L.C.
1626. CVS 3407 OH, L.L.C.
1627. CVS 3416 OH, L.L.C.
1628. CVS 3418 FL, L.L.C.
1629. CVS 3432 OH, L.L.C.
1630. CVS 3435 NC, L.L.C.
1631. CVS 3436 Mesa, L.L.C.
1632. CVS 3452 OH, L.L.C.
1633. CVS 3457 OH, L.L.C.
1634. CVS 3460 VA, L.L.C.
1635. CVS 3468 OH, L.L.C.
1636. CVS 3471 OH, L.L.C.
1637. CVS 3472 OH, L.L.C.
1638. CVS 3474 OH, L.L.C.
1639. CVS 3475 WV, L.L.C.
1640. CVS 3492 Orlando, L.L.C.
1641. CVS 3502 VA, L.L.C.
1642. CVS 3503 VA, L.L.C.
1643. CVS 3515 VA, L.L.C.
1644. CVS 3519 FL, L.L.C.
1645. CVS 352 MD, L.L.C.
1646. CVS 3521 VA, L.L.C.
1647. CVS 3527 NC, L.L.C.
1648. CVS 3537 SC, L.L.C.
1649. CVS 3543 SC, L.L.C.
1650. CVS 3558 NV, L.L.C.
1651. CVS 3560 SC, L.L.C.
1652. CVS 3563 NC, L.L.C.
1653. CVS 3569 NC, L.L.C.
1654. CVS 3574 NC, L.L.C.
1655. CVS 3591 FL, L.L.C.
1656. CVS 3593 NC, L.L.C.
1657. CVS 3597 SC, L.L.C.
1658. CVS 3617 Forks Township, L.L.C.
1659. CVS 3625 AZ, L.L.C.
1660. CVS 3625 Phoenix, L.L.C.
1661. CVS 3643 NC, L.L.C.
1662. CVS 3652 FL, L.L.C.
1663. CVS 3661 FL, L.L.C.
1664. CVS 3663 FL, L.L.C.
1665. CVS 3667 FL, L.L.C.
1666. CVS 3671 FL, L.L.C.
1667. CVS 3693 General, Inc.
1668. CVS 3699 General, Inc.
1669. CVS 3701 General, Inc.
1670. CVS 3702 General, Inc.
1671. CVS 3707 General, Inc.
1672. CVS 3708 General, Inc.
1673. CVS 3711 NC, L.L.C.
1674. CVS 3718 General, Inc.
1675. CVS 3722 FL, L.L.C.
1676. CVS 3724 General, Inc.
1677. CVS 3728 TN, L.L.C.
1678. CVS 373 MA, L.L.C.
1679. CVS 3743 TN, L.L.C.
1680. CVS 3745 Peoria, L.L.C.
1681. CVS 3749 AZ, L.L.C.
1682. CVS 3749 Goodyear, L.L.C.

1683. CVS 3753 FL, L.L.C.
1684. CVS 3755 St. Petersburg, L.L.C.
1685. CVS 3760 GA, L.L.C.
1686. CVS 3762 TN, L.L.C.
1687. CVS 3766 Dacula, L.L.C.
1688. CVS 3767 GA, L.L.C.
1689. CVS 3769, L.L.C.
1690. CVS 3771 GA, L.L.C.
1691. CVS 3778 GA, L.L.C.
1692. CVS 3791 TN, L.L.C.
1693. CVS 3805 SC, L.L.C.
1694. CVS 3818 FL, L.L.C.
1695. CVS 3821 SC, L.L.C.
1696. CVS 3831 NC, L.L.C.
1697. CVS 3833 NC, L.L.C.
1698. CVS 3850 SC, L.L.C.
1699. CVS 386 TN, L.L.C.
1700. CVS 3861 SC, L.L.C.
1701. CVS 3863 SC, L.L.C.
1702. CVS 3869 SC, L.L.C.
1703. CVS 3874 GA, L.L.C.
1704. CVS 3892 SC, L.L.C.
1705. CVS 3893 VA, L.L.C.
1706. CVS 3895 NC, L.L.C.
1707. CVS 3897 General, Inc.
1708. CVS 3900 General, Inc.
1709. CVS 3919 FL, L.L.C.
1710. CVS 3921 FL, L.L.C.
1711. CVS 3922 VA, L.L.C.
1712. CVS 3923 FL, L.L.C.
1713. CVS 3949 VA, L.L.C.
1714. CVS 3965 AZ, L.L.C.
1715. CVS 3965 Chandler, L.L.C.
1716. CVS 3967 AZ, L.L.C.
1717. CVS 397 RI, L.L.C.
1718. CVS 3973 NC, L.L.C.
1719. CVS 3980 OH, L.L.C.
1720. CVS 3987 NC, L.L.C.
1721. CVS 3988 NC, L.L.C.
1722. CVS 4005 FL, L.L.C.
1723. CVS 4009 FL, L.L.C.
1724. CVS 4015 FL, L.L.C.
1725. CVS 4016 MA, L.L.C.
1726. CVS 4025 FL, L.L.C.
1727. CVS 4073 MA, L.L.C.
1728. CVS 4083 Largo, L.L.C.
1729. CVS 4099 FL, L.L.C.
1730. CVS 410 FL, L.L.C.
1731. CVS 4110 TN, L.L.C.
1732. CVS 4135 NC, L.L.C.
1733. CVS 4139 FL, L.L.C.
1734. CVS 4143 MA, L.L.C.
1735. CVS 4146 FL, L.L.C.
1736. CVS 4153 SC, L.L.C.
1737. CVS 4155 FL, L.L.C.
1738. CVS 4164 GA, L.L.C.
1739. CVS 4175 VA, L.L.C.
1740. CVS 4176 NC, L.L.C.
1741. CVS 4178 GA, L.L.C.
1742. CVS 4194 VA, L.L.C.
1743. CVS 4203 GA, L.L.C.
1744. CVS 4206 GA, L.L.C.
1745. CVS 421 FL, L.L.C.
1746. CVS 4220 MD, L.L.C.
1747. CVS 4225 MD, L.L.C.
1748. CVS 4226 FL, L.L.C.
1749. CVS 4237 VA, L.L.C.
1750. CVS 4240 TN, L.L.C.
1751. CVS 4244 WV, L.L.C.
1752. CVS 4251 GA, L.L.C.
1753. CVS 4255 GA, L.L.C.
1754. CVS 4262 IL, L.L.C.
1755. CVS 4269 Geneva, L.L.C.
1756. CVS 427 NC, L.L.C.
1757. CVS 4272 General, Inc.
1758. CVS 4278 General, Inc.
1759. CVS 4284 NC, L.L.C.
1760. CVS 4285 VA, L.L.C.
1761. CVS 4290 NC, L.L.C.
1762. CVS 4292 VA, L.L.C.
1763. CVS 4293 NC, L.L.C.
1764. CVS 4297 NC, L.L.C.
1765. CVS 4298 NC, L.L.C.
1766. CVS 4300 OH, L.L.C.
1767. CVS 4307 General, Inc.
1768. CVS 433 MA, L.L.C.

1769. CVS 4331 OH, L.L.C.
1770. CVS 4335 VA, L.L.C.
1771. CVS 4337 GA, L.L.C.
1772. CVS 4363 VA, L.L.C.
1773. CVS 4365 TN, L.L.C.
1774. CVS 4366 OH, L.L.C.
1775. CVS 4371 MD, L.L.C.
1776. CVS 4374 NC, L.L.C.
1777. CVS 4379 NC, L.L.C.
1778. CVS 4380 WI, L.L.C.
1779. CVS 4383 General, Inc.
1780. CVS 4397 General, Inc.
1781. CVS 4404 GA, L.L.C.
1782. CVS 4415 FL, L.L.C.
1783. CVS 4419 WV, L.L.C.
1784. CVS 4421 TN, L.L.C.
1785. CVS 4424 GA, L.L.C.
1786. CVS 4427 General, Inc.
1787. CVS 4428 TN, L.L.C.
1788. CVS 4444 NC, L.L.C.
1789. CVS 4456 General, Inc.
1790. CVS 4458 FL, L.L.C.
1791. CVS 447 MA, L.L.C.
1792. CVS 4474 General, Inc.
1793. CVS 4480 FL, L.L.C.
1794. CVS 4485 FL, L.L.C.
1795. CVS 449 MA, L.L.C.
1796. CVS 4506 GA, L.L.C.
1797. CVS 4514 GA, L.L.C.
1798. CVS 4519 MS, L.L.C.
1799. CVS 452 MD, L.L.C.
1800. CVS 4523 SC, L.L.C.
1801. CVS 4532 GA, L.L.C.
1802. CVS 4533 TN, L.L.C.
1803. CVS 4534 GA, L.L.C.
1804. CVS 4536 MS, L.L.C.
1805. CVS 4540 GA, L.L.C.
1806. CVS 4544 RI, L.L.C.
1807. CVS 4545 GA, L.L.C.
1808. CVS 4551 OH, L.L.C.
1809. CVS 4556 GA, L.L.C.
1810. CVS 4564 GA, L.L.C.
1811. CVS 4565 GA, L.L.C.

1812. CVS 4567 GA, L.L.C.
1813. CVS 4569 GA, L.L.C.
1814. CVS 4571 GA, L.L.C.
1815. CVS 4572 OH, L.L.C.
1816. CVS 4573 MN, L.L.C.
1817. CVS 4576 GA, L.L.C.
1818. CVS 4578 MN, L.L.C.
1819. CVS 4579 GA, L.L.C.
1820. CVS 4582 GA, L.L.C.
1821. CVS 4583 GA, L.L.C.
1822. CVS 4589 GA, L.L.C.
1823. CVS 4593 GA, L.L.C.
1824. CVS 4600 GA, L.L.C.
1825. CVS 4603 GA, L.L.C.
1826. CVS 4605 OH, L.L.C.
1827. CVS 4620 NC, L.L.C.
1828. CVS 4628 SC, L.L.C.
1829. CVS 4629 FL, L.L.C.
1830. CVS 4631 MI, L.L.C.
1831. CVS 4639 FL, L.L.C.
1832. CVS 4668 GA, L.L.C.
1833. CVS 4669 GA, L.L.C.
1834. CVS 467 AL, L.L.C.
1835. CVS 4672 GA, L.L.C.
1836. CVS 4678 GA, L.L.C.
1837. CVS 4695 GA, L.L.C.
1838. CVS 47 MS, L.L.C.
1839. CVS 4706 General, Inc.
1840. CVS 4721 GA, L.L.C.
1841. CVS 4738 FL, L.L.C.
1842. CVS 4765 GA, L.L.C.
1843. CVS 4767 AL, L.L.C.
1844. CVS 4769 FL, L.L.C.
1845. CVS 4769 SC, L.L.C.
1846. CVS 4772 East Vincent, L.L.C.
1847. CVS 4773 Gilbertsville, L.L.C.
1848. CVS 4777 General, Inc.
1849. CVS 4778 IL, L.L.C.
1850. CVS 4784 NV, L.L.C
1851. CVS 4785 FL, L.L.C.
1852. CVS 4794 General, Inc.
1853. CVS 4795 AZ, L.L.C.
1854. CVS 4797 FL, L.L.C.

1855.  CVS 4803 OH, L.L.C.
1856.  CVS 4807 OH, L.L.C.
1857.  CVS 4811 OH, L.L.C.
1858.  CVS 4822 AL, L.L.C.
1859.  CVS 4823 AL, L.L.C.
1860.  CVS 4826 AL, L.L.C.
1861.  CVS 4832 AL, L.L.C.
1862.  CVS 4833 AL, L.L.C.
1863.  CVS 4834 AL, L.L.C.
1864.  CVS 4838 AL, L.L.C.
1865.  CVS 4840 AL, L.L.C.
1866.  CVS 4842 AL, L.L.C.
1867.  CVS 4843 AL, L.L.C.
1868.  CVS 4846 NC, L.L.C.
1869.  CVS 4847 AL, L.L.C.
1870.  CVS 4853 AL, L.L.C.
1871.  CVS 4854 AL, L.L.C.
1872.  CVS 4855 AL, L.L.C.
1873.  CVS 4858 AL, L.L.C.
1874.  CVS 4861 AL, L.L.C.
1875.  CVS 4863 AL, L.L.C.
1876.  CVS 4866 AL, L.L.C.
1877.  CVS 4882 AL, L.L.C.
1878.  CVS 4888 AL, L.L.C.
1879.  CVS 4889 AL, L.L.C.
1880.  CVS 4893 AL, L.L.C.
1881.  CVS 4896 OK, L.L.C.
1882.  CVS 4900 AL, L.L.C.
1883.  CVS 4902 AL, L.L.C.
1884.  CVS 4905 AL, L.L.C.
1885.  CVS 4921 DE, L.L.C.
1886.  CVS 4925 AL, L.L.C.
1887.  CVS 4931 AL, L.L.C.
1888.  CVS 4936 AL, L.L.C.
1889.  CVS 4938 AL, L.L.C.
1890.  CVS 4941 AL, L.L.C.
1891.  CVS 4944 AL, L.L.C.
1892.  CVS 4946 AL, L.L.C.
1893.  CVS 4947 AL, L.L.C.
1894.  CVS 4948 AL, L.L.C.
1895.  CVS 4960 AL, L.L.C.
1896.  CVS 4976 AL, L.L.C.
1897.  CVS 4977 IL, L.L.C.

1898.  CVS 4978 IL, L.L.C.
1899.  CVS 4981 IL, L.L.C.
1900.  CVS 4981 MA, L.L.C.
1901.  CVS 4982 IN, L.L.C.
1902.  CVS 4983 General, Inc.
1903.  CVS 4985 General, Inc.
1904.  CVS 4987 FL, L.L.C.
1905.  CVS 4989 FL, L.L.C.
1906.  CVS 4990 TN, L.L.C.
1907.  CVS 4992 TN, L.L.C.
1908.  CVS 4993 FL, L.L.C.
1909.  CVS 4993 MS, L.L.C.
1910.  CVS 4994 Miami, L.L.C.
1911.  CVS 4995 IL, L.L.C.
1912.  CVS 4996 WI, L.L.C.
1913.  CVS 4997 FL, L.L.C.
1914.  CVS 4998 Melbourne, L.L.C.
1915.  CVS 4999 Suntree, L.L.C.
1916.  CVS 5004 FL, L.L.C.
1917.  CVS 5006 FL, L.L.C.
1918.  CVS 5012 CA, L.L.C.
1919.  CVS 5018 TN, L.L.C.
1920.  CVS 5021 VA, L.L.C.
1921.  CVS 5029 AZ, L.L.C.
1922.  CVS 5041 FL, L.L.C.
1923.  CVS 5044 SC, L.L.C.
1924.  CVS 506 NJ, L.L.C.
1925.  CVS 5060 OH, L.L.C.
1926.  CVS 5089 NY, L.L.C.
1927.  CVS 5111 FL, L.L.C.
1928.  CVS 5112 FL, L.L.C.
1929.  CVS 5113 NV, L.L.C.
1930.  CVS 5116 FL, L.L.C.
1931.  CVS 5122 FL, L.L.C.
1932.  CVS 5127 FL, L.L.C.
1933.  CVS 5128 NJ, L.L.C.
1934.  CVS 5131 AZ, L.L.C.
1935.  CVS 5144 NV, L.L.C.
1936.  CVS 5146 FL, L.L.C.
1937.  CVS 516 VA, L.L.C.
1938.  CVS 5165 FL, L.L.C.
1939.  CVS 5168 MS, L.L.C.
1940.  CVS 5172 FL, L.L.C.

F-26

1941.  CVS 5177 FL, L.L.C.
1942.  CVS 5180 FL, L.L.C.
1943.  CVS 5182 FL, L.L.C.
1944.  CVS 5206 IN, L.L.C.
1945.  CVS 5213 IL, L.L.C.
1946.  CVS 5225 General, Inc.
1947.  CVS 5255 General, Inc.
1948.  CVS 5258 General, Inc.
1949.  CVS 5259 General, Inc.
1950.  CVS 5260 General, Inc.
1951.  CVS 5267 General, Inc.
1952.  CVS 5269 General, Inc.
1953.  CVS 5271 KS, L.L.C.
1954.  CVS 5273 General, Inc.
1955.  CVS 5278 LA, L.L.C.
1956.  CVS 5282 LA, L.L.C.
1957.  CVS 5286 NV, L.L.C.
1958.  CVS 5294 LA, L.L.C.
1959.  CVS 530 NY, L.L.C.
1960.  CVS 5306 LA, L.L.C.
1961.  CVS 5320 General, Inc.
1962.  CVS 5323 LA, L.L.C.
1963.  CVS 5325 LA, L.L.C.
1964.  CVS 5328 General, Inc.
1965.  CVS 5339 General, Inc.
1966.  CVS 5346 General, Inc.
1967.  CVS 5347 General, Inc.
1968.  CVS 5352 GA, L.L.C.
1969.  CVS 5353 GA, L.L.C.
1970.  CVS 5354 LA, L.L.C.
1971.  CVS 5355 GA, L.L.C.
1972.  CVS 5356 GA, L.L.C.
1973.  CVS 5374 LA, L.L.C.
1974.  CVS 5375 FL, L.L.C.
1975.  CVS 5379 NC, L.L.C.
1976.  CVS 5382 IL, L.L.C.
1977.  CVS 5384 NC, L.L.C.
1978.  CVS 5388 General, Inc.
1979.  CVS 5396 LA, L.L.C.
1980.  CVS 540 Amsterdam Avenue, L.L.C.
1981.  CVS 5413 AL, L.L.C.
1982.  CVS 5418 GA, L.L.C.

1983.  CVS 5419 SC, L.L.C.
1984.  CVS 5420 NC, L.L.C.
1985.  CVS 5425 OH, L.L.C.
1986.  CVS 5426 OH, L.L.C.
1987.  CVS 5432 LA, L.L.C.
1988.  CVS 5439 FL, L.L.C.
1989.  CVS 5444 GA, L.L.C.
1990.  CVS 5444 General, Inc.
1991.  CVS 5448 FL, L.L.C.
1992.  CVS 5457 OH, L.L.C.
1993.  CVS 5458 OH, L.L.C.
1994.  CVS 5460 MD, L.L.C.
1995.  CVS 5461 NJ, L.L.C.
1996.  CVS 5466 FL, L.L.C.
1997.  CVS 5466 IL, L.L.C.
1998.  CVS 5467 IL, L.L.C.
1999.  CVS 5467 VA, L.L.C.
2000.  CVS 5468 FL, L.L.C.
2001.  CVS 5469 LA, L.L.C.
2002.  CVS 5472 MN, L.L.C.
2003.  CVS 5476 SC, L.L.C.
2004.  CVS 5477 AZ, L.L.C.
2005.  CVS 5488 FL, L.L.C.
2006.  CVS 5492 MN, L.L.C.
2007.  CVS 5501 VA, L.L.C.
2008.  CVS 5507 VA, L.L.C.
2009.  CVS 5523 GA, L.L.C.
2010.  CVS 5535 WI, L.L.C.
2011.  CVS 5536 SC, L.L.C.
2012.  CVS 5537 NC, L.L.C.
2013.  CVS 5542 SC, L.L.C.
2014.  CVS 5544 LA, L.L.C.
2015.  CVS 5545 NC, L.L.C.
2016.  CVS 5548 SC, L.L.C.
2017.  CVS 5552 SC, L.L.C.
2018.  CVS 5554 LA, L.L.C.
2019.  CVS 5555 SC, L.L.C.
2020.  CVS 5565 NC, L.L.C.
2021.  CVS 5568 NC, L.L.C.
2022.  CVS 5575 SC, L.L.C.
2023.  CVS 5577 NC, L.L.C.
2024.  CVS 5582 VA, L.L.C.
2025.  CVS 5585 NC, L.L.C.

2026. CVS 5586 NC, L.L.C.
2027. CVS 5589 FL, L.L.C.
2028. CVS 5592 NC, L.L.C.
2029. CVS 5594 NC, L.L.C.
2030. CVS 5595 NC, L.L.C.
2031. CVS 5598 SC, L.L.C.
2032. CVS 5599 LA, L.L.C.
2033. CVS 56 FL, L.L.C.
2034. CVS 5604 MS, L.L.C.
2035. CVS 5606 GA, L.L.C.
2036. CVS 5608 GA, L.L.C.
2037. CVS 5612 LA, L.L.C.
2038. CVS 5613 GA, L.L.C.
2039. CVS 5616 MN, L.L.C.
2040. CVS 5617 LA, L.L.C.
2041. CVS 5618 GA, L.L.C.
2042. CVS 5622 GA, L.L.C.
2043. CVS 5625 MO, L.L.C.
2044. CVS 5626 GA, L.L.C.
2045. CVS 5631 GA, L.L.C.
2046. CVS 5657 General, Inc.
2047. CVS 5660 FL, L.L.C.
2048. CVS 5662 General, Inc.
2049. CVS 5666 OH, L.L.C.
2050. CVS 5667 General, Inc.
2051. CVS 5668 TN, L.L.C.
2052. CVS 5669 General, Inc.
2053. CVS 5670 General, Inc.
2054. CVS 5674 FL, L.L.C.
2055. CVS 5676 General, Inc.
2056. CVS 5677 IL, L.L.C.
2057. CVS 5680 GA, L.L.C.
2058. CVS 5683 GA, L.L.C.
2059. CVS 5684 GA, L.L.C.
2060. CVS 5685 General, Inc.
2061. CVS 5689 General, Inc.
2062. CVS 5690 General, Inc.
2063. CVS 5694 TN, L.L.C.
2064. CVS 5695 General, Inc.
2065. CVS 5696 General, Inc.
2066. CVS 5702 General, Inc.
2067. CVS 5704 GA, L.L.C.
2068. CVS 5718 General, Inc.
2069. CVS 5729 VA, L.L.C.
2070. CVS 5736 VA, L.L.C.
2071. CVS 5740 MS, L.L.C.
2072. CVS 5750 VA, L.L.C.
2073. CVS 5758 IL, L.L.C.
2074. CVS 5767 NJ, L.L.C.
2075. CVS 5769 IL, L.L.C.
2076. CVS 5774 IL, L.L.C.
2077. CVS 5777 MS, L.L.C.
2078. CVS 5779 AZ, L.L.C.
2079. CVS 5781 IN, L.L.C.
2080. CVS 5782 FL, L.L.C.
2081. CVS 5783 IL, L.L.C.
2082. CVS 5784 FL, L.L.C.
2083. CVS 5785 FL, L.L.C.
2084. CVS 5786 FL, L.L.C.
2085. CVS 5790 VA, L.L.C.
2086. CVS 5791 AZ, L.L.C.
2087. CVS 5792 NV, L.L.C.
2088. CVS 5793 AZ, L.L.C.
2089. CVS 5794 AZ, L.L.C.
2090. CVS 5797 IL, L.L.C.
2091. CVS 5799 General, Inc.
2092. CVS 5800 General, Inc.
2093. CVS 5801 MS, L.L.C.
2094. CVS 5802 VA, L.L.C.
2095. CVS 5804 General, Inc.
2096. CVS 5805 General, Inc.
2097. CVS 5807 General, Inc.
2098. CVS 5811 NV, L.L.C.
2099. CVS 5812 AZ, L.L.C.
2100. CVS 5814 AZ, L.L.C.
2101. CVS 5815 FL, L.L.C.
2102. CVS 5816 FL, L.L.C.
2103. CVS 582 MA, L.L.C.
2104. CVS 5821 FL, L.L.C.
2105. CVS 5822 IL, L.L.C.
2106. CVS 5828 CA, L.L.C.
2107. CVS 5829 IL, L.L.C.
2108. CVS 5831 NJ, L.L.C.
2109. CVS 5832 FL, L.L.C.
2110. CVS 5833 General, Inc.
2111. CVS 5835 MS, L.L.C.

2112. CVS 5838 General, Inc.
2113. CVS 5839 General, Inc.
2114. CVS 5840 General, Inc.
2115. CVS 5843 General, Inc.
2116. CVS 5844 General, Inc.
2117. CVS 5849 AZ, L.L.C.
2118. CVS 585 AL, L.L.C.
2119. CVS 5850 MS, L.L.C.
2120. CVS 5851 IL, L.L.C.
2121. CVS 5852 FL, L.L.C.
2122. CVS 5853 FL, L.L.C.
2123. CVS 5854 FL, L.L.C.
2124. CVS 5856 FL, L.L.C.
2125. CVS 5856 MA, L.L.C.
2126. CVS 5857 FL, L.L.C.
2127. CVS 5859 FL, L.L.C.
2128. CVS 5864 FL, L.L.C.
2129. CVS 5867 NJ, L.L.C.
2130. CVS 5869 General, Inc.
2131. CVS 5870 MS, L.L.C.
2132. CVS 5872 NJ, L.L.C.
2133. CVS 5875 MD, L.L.C.
2134. CVS 5877 General, Inc.
2135. CVS 5878 MS, L.L.C.
2136. CVS 5880 General, Inc.
2137. CVS 5881 General, Inc.
2138. CVS 5882 General, Inc.
2139. CVS 5883 MS, L.L.C.
2140. CVS 5884 General, Inc.
2141. CVS 5886 NC, L.L.C.
2142. CVS 5887 General, Inc.
2143. CVS 5889 CA, L.L.C.
2144. CVS 5890 AZ, L.L.C.
2145. CVS 5891 AZ, L.L.C.
2146. CVS 5892 AZ, L.L.C.
2147. CVS 5893 AZ, L.L.C.
2148. CVS 5894 General, Inc.
2149. CVS 5895 General, Inc.
2150. CVS 5896 General, Inc.
2151. CVS 5897 FL, L.L.C.
2152. CVS 5899 FL, L.L.C.
2153. CVS 590 RI, L.L.C.
2154. CVS 5901 FL, L.L.C.

2155. CVS 5906 General, Inc.
2156. CVS 5907 General, Inc.
2157. CVS 5909 MD, L.L.C.
2158. CVS 5910 General, Inc.
2159. CVS 5912 FL, L.L.C.
2160. CVS 5914 IL, L.L.C.
2161. CVS 5915 IL, L.L.C.
2162. CVS 5917 FL, L.L.C.
2163. CVS 5919 FL, L.L.C.
2164. CVS 5928 VA, L.L.C.
2165. CVS 5929 FL, L.L.C.
2166. CVS 5930 FL, L.L.C.
2167. CVS 5931 AZ, L.L.C.
2168. CVS 5934 AZ, L.L.C.
2169. CVS 5940 NV, L.L.C.
2170. CVS 5942 NV, L.L.C.
2171. CVS 5961 WV, L.L.C.
2172. CVS 5962 General, Inc.
2173. CVS 5963 General, Inc.
2174. CVS 5964 General, Inc.
2175. CVS 5965 General, Inc.
2176. CVS 5966 General, Inc.
2177. CVS 5968 General, Inc.
2178. CVS 5969 General, Inc.
2179. CVS 5970 General, Inc.
2180. CVS 5971 General, Inc.
2181. CVS 5972 General, Inc.
2182. CVS 5975 FL, L.L.C.
2183. CVS 5976 General, Inc.
2184. CVS 5977 General, Inc.
2185. CVS 5979 IL, L.L.C.
2186. CVS 5981 General, Inc.
2187. CVS 5982 General, Inc.
2188. CVS 5986 VA, L.L.C.
2189. CVS 6000 General, Inc.
2190. CVS 6001 General, Inc.
2191. CVS 6002 General, Inc.
2192. CVS 6004 OK, L.L.C.
2193. CVS 6005 General, Inc.
2194. CVS 6007 FL, L.L.C.
2195. CVS 6009 OK, L.L.C.
2196. CVS 6012 GA, L.L.C.
2197. CVS 6013 AL, L.L.C.

2198. CVS 6017 AL, L.L.C.
2199. CVS 6019 FL, L.L.C.
2200. CVS 6022 OK, L.L.C.
2201. CVS 6024 OK, L.L.C.
2202. CVS 6044 TN, L.L.C.
2203. CVS 6073 NJ, L.L.C.
2204. CVS 6075 NJ, L.L.C.
2205. CVS 6089 OH, L.L.C.
2206. CVS 6098 Wilmington OH, L.L.C.
2207. CVS 6098, L.L.C.
2208. CVS 6105 OH, L.L.C.
2209. CVS 6116 KY, L.L.C.
2210. CVS 612 MA, L.L.C.
2211. CVS 6135 NJ, L.L.C.
2212. CVS 6137 OH, L.L.C.
2213. CVS 6139 OH, L.L.C.
2214. CVS 6142 OK, L.L.C.
2215. CVS 6146 VA, L.L.C.
2216. CVS 6153 OH, L.L.C.
2217. CVS 6155 OH, L.L.C.
2218. CVS 6164 OH, L.L.C.
2219. CVS 6171 OH, L.L.C.
2220. CVS 620 ME, L.L.C.
2221. CVS 6201 MN, L.L.C.
2222. CVS 6222 OK, L.L.C.
2223. CVS 6224 OK, L.L.C..
2224. CVS 6230 OK, L.L.C.
2225. CVS 6233 OK, L.L.C.
2226. CVS 6237 OH, L.L.C.
2227. CVS 6244 KY, L.L.C.
2228. CVS 6267 TN, L.L.C.
2229. CVS 6268 OH, L.L.C.
2230. CVS 6271 OH, L.L.C.
2231. CVS 6283 VA, L.L.C.
2232. CVS 6296 VA, L.L.C.
2233. CVS 6304 TN, L.L.C.
2234. CVS 6305 WV, L.L.C.
2235. CVS 6306 WV, L.L.C.
2236. CVS 6307 WV, L.L.C.
2237. CVS 6312 WV, L.L.C.
2238. CVS 632 MA, L.L.C.
2239. CVS 6322 VA, L.L.C.
2240. CVS 6329 VA, L.L.C.

2241. CVS 6335 KY, L.L.C.
2242. CVS 6337 KY, L.L.C.
2243. CVS 6339 KY, L.L.C.
2244. CVS 6342 KY, L.L.C.
2245. CVS 6346 KY, L.L.C.
2246. CVS 6348 KY, L.L.C.
2247. CVS 6349 OH, L.L.C.
2248. CVS 6350 WV, L.L.C.
2249. CVS 6363 TN, L.L.C.
2250. CVS 6384 KY, L.L.C.
2251. CVS 6386 IL, L.L.C.
2252. CVS 6388 IL, L.L.C.
2253. CVS 6395 TN, L.L.C.
2254. CVS 6400 TN, L.L.C.
2255. CVS 6403 VA, L.L.C.
2256. CVS 6413 TN, L.L.C.
2257. CVS 6415 TN, L.L.C.
2258. CVS 6423, L.L.C.
2259. CVS 6429 TN, L.L.C.
2260. CVS 6433, L.L.C.
2261. CVS 646 FL, L.L.C.
2262. CVS 6487 IN, L.L.C.
2263. CVS 6495 IN, L.L.C.
2264. CVS 6497 IL, L.L.C.
2265. CVS 6507 MN, L.L.C.
2266. CVS 6517 IN, L.L.C.
2267. CVS 652 FL, L.L.C.
2268. CVS 6525 IN, L.L.C.
2269. CVS 657 MA, L.L.C.
2270. CVS 6572 IN. II, L.L.C.
2271. CVS 6572 IN., L.L.C.
2272. CVS 6585 IN, L.L.C.
2273. CVS 6608 New Palestine, L.L.C.
2274. CVS 6610 IN, L.L.C.
2275. CVS 6628 TN, L.L.C.
2276. CVS 6633 NC, L.L.C.
2277. CVS 6652 IN, L.L.C.
2278. CVS 6670 IN, L.L.C.
2279. CVS 6677 IN, L.L.C.
2280. CVS 6686 MN, L.L.C.
2281. CVS 6687 IN, L.L.C.
2282. CVS 6691 MN, L.L.C.
2283. CVS 6701 IL, L.L.C.

2284. CVS 6702 IL, L.L.C.
2285. CVS 6717 NV, L.L.C.
2286. CVS 6722 IN, L.L.C.
2287. CVS 6726 General, Inc.
2288. CVS 6732 FL, L.L.C.
2289. CVS 6733 General, Inc.
2290. CVS 6734 General, Inc.
2291. CVS 6737 General, Inc.
2292. CVS 6744 General, Inc.
2293. CVS 6746 General, Inc.
2294. CVS 6747 General, Inc.
2295. CVS 6753 FL, L.L.C.
2296. CVS 6760 NJ, L.L.C.
2297. CVS 6766 VA, L.L.C.
2298. CVS 6769 NC, L.L.C.
2299. CVS 6780 IN, L.L.C.
2300. CVS 6789 IL, L.L.C.
2301. CVS 6796 MA, L.L.C.
2302. CVS 6801 FL, L.L.C.
2303. CVS 6810 MN, L.L.C.
2304. CVS 6812 OH, L.L.C.
2305. CVS 6816 General, Inc.
2306. CVS 6824 General, Inc.
2307. CVS 6834 General, Inc.
2308. CVS 684 IN, L.L.C.
2309. CVS 6843 FL, L.L.C.
2310. CVS 6852 VA, L.L.C.
2311. CVS 6853 FL, L.L.C.
2312. CVS 6855 FL, L.L.C.
2313. CVS 6858 MD, L.L.C.
2314. CVS 6860 FL, L.L.C.
2315. CVS 6861 GA, L.L.C.
2316. CVS 6867 NV, L.L.C.
2317. CVS 6869 DE, L.L.C.
2318. CVS 6872 NJ, L.L.C.
2319. CVS 6874 IN, L.L.C.
2320. CVS 6880 IN, L.L.C.
2321. CVS 6920 General, Inc.
2322. CVS 693 MA, L.L.C.
2323. CVS 6940 KY, L.L.C.
2324. CVS 6941 KY, L.L.C.
2325. CVS 6972 FL, L.L.C.
2326. CVS 6988 NC, L.L.C.

2327. CVS 6996 OH, L.L.C.
2328. CVS 7008 NC, L.L.C.
2329. CVS 7036, L.L.C.
2330. CVS 7044 General, Inc.
2331. CVS 7047, L.L.C.
2332. CVS 7053 NC, L.L.C.
2333. CVS 7057 NC, L.L.C.
2334. CVS 706 MA, L.L.C.
2335. CVS 7062 NC, L.L.C.
2336. CVS 7063 AL, L.L.C.
2337. CVS 7065 MS, L.L.C.
2338. CVS 7068 GA, L.L.C.
2339. CVS 7070 IL, L.L.C.
2340. CVS 7070 MS, L.L.C.
2341. CVS 7077 AL, L.L.C.
2342. CVS 7082 VA, L.L.C.
2343. CVS 709 FL, L.L.C.
2344. CVS 7092 General, Inc.
2345. CVS 7094 General, Inc.
2346. CVS 7097 OH, L.L.C.
2347. CVS 7098 WV, L.L.C.
2348. CVS 7105 NJ, L.L.C.
2349. CVS 7109 MA, L.L.C.
2350. CVS 7118 General, Inc.
2351. CVS 7119 General, Inc.
2352. CVS 7120 General, Inc.
2353. CVS 7121 OH, L.L.C.
2354. CVS 7124 WV, L.L.C.
2355. CVS 7125 IL, L.L.C.
2356. CVS 7127 FL, L.L.C.
2357. CVS 7129 FL, L.L.C.
2358. CVS 7130 FL, L.L.C.
2359. CVS 7133 FL, L.L.C.
2360. CVS 7134 IL, L.L.C.
2361. CVS 7142 IL, L.L.C.
2362. CVS 7144 TN, L.L.C.
2363. CVS 7147 General, Inc.
2364. CVS 7148 General, Inc.
2365. CVS 7148 NC, L.L.C.
2366. CVS 7149 General, Inc.
2367. CVS 7151 General, Inc.
2368. CVS 7153 General, Inc.
2369. CVS 7154 General, Inc.

2370.  CVS 7155 AL, L.L.C.
2371.  CVS 7156 General, Inc.
2372.  CVS 7157 NC, L.L.C.
2373.  CVS 7161 General, Inc.
2374.  CVS 7162 General, Inc.
2375.  CVS 7163 NC, L.L.C.
2376.  CVS 7164 General, Inc.
2377.  CVS 7166 IL, L.L.C.
2378.  CVS 7167 IL, L.L.C.
2379.  CVS 7170 IL, L.L.C.
2380.  CVS 7173 FL, L.L.C.
2381.  CVS 7174 FL, L.L.C.
2382.  CVS 7178 FL, L.L.C.
2383.  CVS 7179 AL, L.L.C.
2384.  CVS 7180 AL, L.L.C.
2385.  CVS 7190 NJ, L.L.C.
2386.  CVS 7196 General, Inc.
2387.  CVS 7198 General, Inc.
2388.  CVS 7200, L.L.C.
2389.  CVS 7214 GA, L.L.C.
2390.  CVS 7215 AL, L.L.C.
2391.  CVS 7217 AL, L.L.C.
2392.  CVS 7222 General, Inc.
2393.  CVS 7223 GA, L.L.C.
2394.  CVS 7225 FL, L.L.C.
2395.  CVS 7242 MD, L.L.C.
2396.  CVS 7251 NV, L.L.C.
2397.  CVS 7252 NV, L.L.C.
2398.  CVS 7256 General, Inc.
2399.  CVS 7261 WI, L.L.C.
2400.  CVS 727 FL, L.L.C.
2401.  CVS 7318 SC, L.L.C.
2402.  CVS 7324 NC, L.L.C.
2403.  CVS 7325 NC, L.L.C.
2404.  CVS 7328 NC, L.L.C.
2405.  CVS 7331 NC, L.L.C.
2406.  CVS 7332, L.L.C.
2407.  CVS 7344 NC, L.L.C.
2408.  CVS 7350 NC, L.L.C.
2409.  CVS 7351 SC, L.L.C.
2410.  CVS 7354 NC, L.L.C.
2411.  CVS 7381 NC, L.L.C.
2412.  CVS 7382 NC, L.L.C.

2413.  CVS 7388 SC, L.L.C.
2414.  CVS 7397 SC, L.L.C.
2415.  CVS 74 VA, L.L.C
2416.  CVS 7420 NC, L.L.C.
2417.  CVS 7500 NC, L.L.C.
2418.  CVS 75004 NC, L.L.C.
2419.  CVS 75005 NJ, L.L.C.
2420.  CVS 75006 GA, L.L.C.
2421.  CVS 7501 GA, L.L.C.
2422.  CVS 75012 SC, L.L.C.
2423.  CVS 75014 MI, L.L.C.
2424.  CVS 75015 MI, L.L.C.
2425.  CVS 75020 GA, L.L.C.
2426.  CVS 75021 GA, L.L.C.
2427.  CVS 75023 GA, L.L.C.
2428.  CVS 75024 AL, L.L.C.
2429.  CVS 75029 LA, L.L.C.
2430.  CVS 7503 VA, L.L.C.
2431.  CVS 75030 LA, L.L.C.
2432.  CVS 75031 GA, L.L.C.
2433.  CVS 7504 GA, L.L.C.
2434.  CVS 75087 GA, L.L.C.
2435.  CVS 7510 VA, L.L.C.
2436.  CVS 75121 SC, L.L.C.
2437.  CVS 75122 NC, L.L.C.
2438.  CVS 75124 MI, L.L.C.
2439.  CVS 75127 NC, L.L.C.
2440.  CVS 75128 FL, L.L.C.
2441.  CVS 75129 FL, L.L.C.
2442.  CVS 75135 VA, L.L.C.
2443.  CVS 75136 VA, L.L.C.
2444.  CVS 75137 MD, L.L.C.
2445.  CVS 75139 NJ, L.L.C.
2446.  CVS 75144 RI, L.L.C.
2447.  CVS 75147 VA, L.L.C.
2448.  CVS 75148 VA, L.L.C.
2449.  CVS 75149 WV, L.L.C.
2450.  CVS 75151 OH, L.L.C.
2451.  CVS 75156 NV, L.L.C.
2452.  CVS 75157 MI, L.L.C.
2453.  CVS 75159 NC, L.L.C.
2454.  CVS 75160 SC, L.L.C.
2455.  CVS 75161 AZ, L.L.C.

2456. CVS 75162 AZ, L.L.C.
2457. CVS 75163 GA, L.L.C.
2458. CVS 75164 FL, L.L.C.
2459. CVS 75165 GA, L.L.C.
2460. CVS 75177 FL, L.L.C.
2461. CVS 7518 VA, L.L.C.
2462. CVS 75180 FL, L.L.C.
2463. CVS 75181 AL, L.L.C.
2464. CVS 75182 GA, L.L.C.
2465. CVS 75183 GA, L.L.C.
2466. CVS 75184 FL, L.L.C.
2467. CVS 7519 MN, L.L.C.
2468. CVS 75191 NJ, L.L.C.
2469. CVS 75195 FL, L.L.C.
2470. CVS 75196 FL, L.L.C.
2471. CVS 75197 NC, L.L.C.
2472. CVS 75198 FL, L.L.C.
2473. CVS 75199 MI, L.L.C.
2474. CVS 75207 NJ, L.L.C.
2475. CVS 75208 TN, L.L.C.
2476. CVS 75215 SC, L.L.C.
2477. CVS 75216 NV, L.L.C.
2478. CVS 75219 MI, L.L.C.
2479. CVS 75229 AL, L.L.C.
2480. CVS 75230 OK, L.L.C.
2481. CVS 75232 OK, L.L.C.
2482. CVS 75235 RI, L.L.C.
2483. CVS 75236 NC, L.L.C.
2484. CVS 75239 NJ, L.L.C.
2485. CVS 7524 NC, L.L.C.
2486. CVS 75241 FL, L.L.C.
2487. CVS 75249 FL, L.L.C.
2488. CVS 75254 GA, L.L.C.
2489. CVS 75255 GA, L.L.C.
2490. CVS 75257 NJ, L.L.C.
2491. CVS 75260 VA, L.L.C.
2492. CVS 75262 TN, L.L.C.
2493. CVS 75269 MI, L.L.C.
2494. CVS 75275 TN, L.L.C.
2495. CVS 75280 NC, L.L.C.
2496. CVS 75282 GA, L.L.C.
2497. CVS 75283 GA, L.L.C.
2498. CVS 75284 GA, L.L.C.

2499. CVS 75286 GA, L.L.C.
2500. CVS 75293 FL, L.L.C.
2501. CVS 75294 FL, L.L.C.
2502. CVS 75296 FL, L.L.C.
2503. CVS 75297 VA, L.L.C.
2504. CVS 753 NY, L.L.C.
2505. CVS 75306 SC, L.L.C.
2506. CVS 75307 KS, L.L.C.
2507. CVS 75308 VA, L.L.C.
2508. CVS 75311 VA, L.L.C.
2509. CVS 75312 VA, L.L.C.
2510. CVS 75315 VA, L.L.C.
2511. CVS 75322 FL, L.L.C.
2512. CVS 75324 FL, L.L.C.
2513. CVS 75325 FL, L.L.C.
2514. CVS 75329 NJ, L.L.C.
2515. CVS 75330 MA, L.L.C.
2516. CVS 75334 FL, L.L.C.
2517. CVS 75335 FL, L.L.C.
2518. CVS 75348 NJ, L.L.C.
2519. CVS 75349 SC, L.L.C.
2520. CVS 75351 GA, L.L.C.
2521. CVS 75358 SC, L.L.C.
2522. CVS 75359 NC, L.L.C.
2523. CVS 75362 FL, L.L.C.
2524. CVS 75363 GA, L.L.C.
2525. CVS 75364 FL, L.L.C.
2526. CVS 75365 GA, L.L.C.
2527. CVS 75370 GA, L.L.C.
2528. CVS 75374 NJ, L.L.C.
2529. CVS 75377 NC, L.L.C.
2530. CVS 75378 NC, L.L.C.
2531. CVS 75379 GA, L.L.C.
2532. CVS 75380 GA, L.L.C.
2533. CVS 75381 FL, L.L.C.
2534. CVS 75389 RI, L.L.C.
2535. CVS 75390 NC, L.L.C.
2536. CVS 75391 NC, L.L.C.
2537. CVS 75393 DE, L.L.C.
2538. CVS 75395 FL, L.L.C.
2539. CVS 75405 DE, L.L.C.
2540. CVS 75408 FL, L.L.C.
2541. CVS 75412 MN, L.L.C.

| | |
|---|---|
| 2542. CVS 75414 TN, L.L.C. | 2585. CVS 75555 VA, L.L.C. |
| 2543. CVS 75415 NJ, L.L.C. | 2586. CVS 75558 FL, L.L.C. |
| 2544. CVS 75416 KY, L.L.C. | 2587. CVS 75560 NJ, L.L.C. |
| 2545. CVS 75433 GA, L.L.C. | 2588. CVS 75561 NJ, L.L.C. |
| 2546. CVS 75441 GA, L.L.C. | 2589. CVS 75562 VA, L.L.C. |
| 2547. CVS 75444 NV, L.L.C. | 2590. CVS 75563 MD, L.L.C. |
| 2548. CVS 75445 SC, L.L.C. | 2591. CVS 75565 VA, L.L.C. |
| 2549. CVS 75448 MA, L.L.C. | 2592. CVS 75566 RI, L.L.C. |
| 2550. CVS 75451 MI, L.L.C. | 2593. CVS 75567 WI, L.L.C. |
| 2551. CVS 75452 MI, L.L.C. | 2594. CVS 75568 VA, L.L.C. |
| 2552. CVS 75453 MI, L.L.C. | 2595. CVS 75569 GA, L.L.C. |
| 2553. CVS 75458 FL, L.L.C. | 2596. CVS 7557 VA, L.L.C. |
| 2554. CVS 7546 NC L.L.C. | 2597. CVS 75570 SC, L.L.C. |
| 2555. CVS 75461 AL, L.L.C. | 2598. CVS 75571 NC, L.L.C. |
| 2556. CVS 75462 FL, L.L.C. | 2599. CVS 75572 NC, L.L.C. |
| 2557. CVS 75466 NC, L.L.C. | 2600. CVS 7558 VA, L.L.C. |
| 2558. CVS 75467 MA, L.L.C. | 2601. CVS 75580 FL, L.L.C. |
| 2559. CVS 75468 TN, L.L.C. | 2602. CVS 75581 DE, L.L.C. |
| 2560. CVS 75479 FL, L.L.C. | 2603. CVS 75583 MA, L.L.C. |
| 2561. CVS 7548 NC, L.L.C. | 2604. CVS 75584 MA, L.L.C. |
| 2562. CVS 75480 FL, L.L.C. | 2605. CVS 75586 RI, L.L.C. |
| 2563. CVS 75482 FL, L.L.C. | 2606. CVS 75589 KY, L.L.C. |
| 2564. CVS 75485 NC, L.L.C. | 2607. CVS 7559 Glen Raven, L.L.C. |
| 2565. CVS 75486 KS, L.L.C. | 2608. CVS 75590 MN, L.L.C. |
| 2566. CVS 7549 MI, L.L.C. | 2609. CVS 75591 NC, L.L.C. |
| 2567. CVS 75491 WV, L.L.C. | 2610. CVS 7561 VA, L.L.C. |
| 2568. CVS 75494 MN, L.L.C. | 2611. CVS 75613 FL, L.L.C. |
| 2569. CVS 75498 DE, L.L.C. | 2612. CVS 75615 FL, L.L.C. |
| 2570. CVS 75499 DE, L.L.C. | 2613. CVS 75616 FL, L.L.C. |
| 2571. CVS 75502 VA, L.L.C. | 2614. CVS 75618 MI, L.L.C. |
| 2572. CVS 75503 GA, L.L.C. | 2615. CVS 75619 NJ, L.L.C. |
| 2573. CVS 75507 NC, L.L.C. | 2616. CVS 75620 FL, L.L.C. |
| 2574. CVS 75508 MA, L.L.C. | 2617. CVS 75622 FL, L.L.C. |
| 2575. CVS 75514 NV, L.L.C. | 2618. CVS 75623 FL, L.L.C. |
| 2576. CVS 75530 FL, L.L.C. | 2619. CVS 75626 GA, L.L.C. |
| 2577. CVS 75531 FL, L.L.C. | 2620. CVS 75636 NV, L.L.C. |
| 2578. CVS 75535 FL, L.L.C. | 2621. CVS 75642 VA, L.L.C. |
| 2579. CVS 75536 GA, L.L.C. | 2622. CVS 7565 VA, L.L.C. |
| 2580. CVS 75545 NV, L.L.C. | 2623. CVS 75651 SC, L.L.C. |
| 2581. CVS 75549 VA, L.L.C. | 2624. CVS 75659 OK, L.L.C. |
| 2582. CVS 7555 NC, L.L.C. | 2625. CVS 7566 NC, L.L.C. |
| 2583. CVS 75550 VA, L.L.C. | 2626. CVS 75660 OK, L.L.C. |
| 2584. CVS 75552 VA, L.L.C. | 2627. CVS 75667 VA, L.L.C. |

2628. CVS 75668 VA, L.L.C.
2629. CVS 75669 MA, L.L.C.
2630. CVS 75674 FL, L.L.C.
2631. CVS 75676 KY, L.L.C.
2632. CVS 75677 MN, L.L.C.
2633. CVS 75679 SC, L.L.C.
2634. CVS 7568 SC, L.L.C.
2635. CVS 75691 VA, L.L.C.
2636. CVS 75692 VA, L.L.C.
2637. CVS 75705 FL, L.L.C.
2638. CVS 75707 FL, L.L.C.
2639. CVS 75711 VA, L.L.C.
2640. CVS 75712 RI, L.L.C.
2641. CVS 75718 OH, L.L.C.
2642. CVS 75719 MN, L.L.C.
2643. CVS 7572 NC, L.L.C.
2644. CVS 75721 FL, L.L.C.
2645. CVS 7573 NC, L.L.C.
2646. CVS 75730 OK, L.L.C.
2647. CVS 75733 NV, L.L.C.
2648. CVS 75738 RI, L.L.C.
2649. CVS 75740 NJ, L.L.C.
2650. CVS 75743 NJ, L.L.C.
2651. CVS 75747 MN, L.L.C.
2652. CVS 75750 NC, L.L.C.
2653. CVS 75762 VA, L.L.C.
2654. CVS 75766 FL, L.L.C.
2655. CVS 75767 TN, L.L.C.
2656. CVS 75768 TN, L.L.C.
2657. CVS 7577 VA, L.L.C.
2658. CVS 75770 NC, L.L.C.
2659. CVS 75771 NC, L.L.C.
2660. CVS 75773 MA, L.L.C.
2661. CVS 75774 MA, L.L.C.
2662. CVS 75781 OK, L.L.C.
2663. CVS 75782 OK, L.L.C.
2664. CVS 75795 DE, L.L.C.
2665. CVS 75796 DE, L.L.C.
2666. CVS 75799 NJ, L.L.C.
2667. CVS 7581 VA, L.L.C.
2668. CVS 75816 FL, L.L.C.
2669. CVS 75821 MN, L.L.C.
2670. CVS 75849 NC, L.L.C.

2671. CVS 75851 TN, L.L.C.
2672. CVS 75852 TN, L.L.C.
2673. CVS 75866 MA, L.L.C.
2674. CVS 75867 RI, L.L.C.
2675. CVS 75870 FL, L.L.C.
2676. CVS 75883 FL, L.L.C.
2677. CVS 75884 VA, L.L.C.
2678. CVS 7589 VA, L.L.C.
2679. CVS 75896 MA, L.L.C.
2680. CVS 75905 NJ, L.L.C.
2681. CVS 75907 DE, L.L.C.
2682. CVS 75915 OK, L.L.C.
2683. CVS 7592 VA, L.L.C.
2684. CVS 75921 OK, L.L.C.
2685. CVS 75924 FL, L.L.C.
2686. CVS 75930 VA, L.L.C.
2687. CVS 75931 VA, L.L.C.
2688. CVS 75935 NV, L.L.C.
2689. CVS 75945 WI, L.L.C.
2690. CVS 75946 VA, L.L.C.
2691. CVS 75947 GA, L.L.C.
2692. CVS 75948 NC, L.L.C.
2693. CVS 75952 WI, L.L.C.
2694. CVS 75955 OK, L.L.C.
2695. CVS 75958 MN, L.L.C.
2696. CVS 75959 MN, L.L.C.
2697. CVS 75961 SC, L.L.C.
2698. CVS 7597 NC, L.L.C.
2699. CVS 75975 FL, L.L.C.
2700. CVS 75977 MN, L.L.C.
2701. CVS 75978 FL, L.L.C.
2702. CVS 75979 OH, L.L.C.
2703. CVS 75980 OH, L.L.C.
2704. CVS 75981 OH, L.L.C.
2705. CVS 75988 MN, L.L.C.
2706. CVS 75989 VA, L.L.C.
2707. CVS 75990 VA, L.L.C.
2708. CVS 75995 DE, L.L.C.
2709. CVS 7604 WV, L.L.C.
2710. CVS 7648 KY, L.L.C.
2711. CVS 7666 GA, L.L.C.
2712. CVS 7671 AL, L.L.C.
2713. CVS 770 FL, L.L.C.

2714.  CVS 7701, L.L.C.
2715.  CVS 7706 GA, L.L.C.
2716.  CVS 7712 GA, L.L.C.
2717.  CVS 7714 TN, L.L.C.
2718.  CVS 7736 GA, L.L.C.
2719.  CVS 7738 TN, L.L.C.
2720.  CVS 7755 GA, L.L.C.
2721.  CVS 7758 GA, L.L.C.
2722.  CVS 7763 TN, L.L.C.
2723.  CVS 7771 TN, L.L.C.
2724.  CVS 7782 GA, L.L.C.
2725.  CVS 7843 VA, L.L.C.
2726.  CVS 7856 NJ, L.L.C.
2727.  CVS 7882 NC, L.L.C.
2728.  CVS 7885 GA, L.L.C.
2729.  CVS 7888 GA, L.L.C.
2730.  CVS 7927 GA, L.L.C.
2731.  CVS 7936 MA, L.L.C.
2732.  CVS 7973 FL, L.L.C.
2733.  CVS 7974 GA, L.L.C.
2734.  CVS 7980 FL, L.L.C.
2735.  CVS 7997 OH, L.L.C.
2736.  CVS 8002 MI, L.L.C.
2737.  CVS 8003 MI, L.L.C.
2738.  CVS 8009 MI, L.L.C.
2739.  CVS 8013 MI, L.L.C.
2740.  CVS 8034 MI, L.L.C.
2741.  CVS 8038 MI, L.L.C.
2742.  CVS 8039, L.L.C.
2743.  CVS 8044 MI, L.L.C.
2744.  CVS 8049 MI, L.L.C.
2745.  CVS 8059 MI, L.L.C.
2746.  CVS 8067 MI, L.L.C.
2747.  CVS 8071 MI, L.L.C.
2748.  CVS 8073 MI, L.L.C.
2749.  CVS 8078 MI, L.L.C.
2750.  CVS 8086 MI, L.L.C.
2751.  CVS 8088 MI, L.L.C.
2752.  CVS 8091 MI, L.L.C.
2753.  CVS 810 MA, L.L.C.
2754.  CVS 8103 MI, L.L.C.
2755.  CVS 8112 MI, L.L.C.
2756.  CVS 8121 MI, L.L.C.

2757.  CVS 8123 MI, L.L.C.
2758.  CVS 8129 MI, L.L.C.
2759.  CVS 8131 MI, L.L.C.
2760.  CVS 8133 MI, L.L.C.
2761.  CVS 8141 MI, L.L.C.
2762.  CVS 8165 MI, L.L.C.
2763.  CVS 8190 MI, L.L.C.
2764.  CVS 8191 MI, L.L.C.
2765.  CVS 8207 MI, L.L.C.
2766.  CVS 824 NJ, L.L.C.
2767.  CVS 8246 MI, L.L.C.
2768.  CVS 8271 MI, L.L.C.
2769.  CVS 8271 Warren, L.L.C.
2770.  CVS 8272 MI, L.L.C.
2771.  CVS 8281 MD, L.L.C.
2772.  CVS 8283 MI, L.L.C.
2773.  CVS 8299 MI, L.L.C.
2774.  CVS 8301 MI, L.L.C.
2775.  CVS 8302 MI, L.L.C.
2776.  CVS 8303 TN, L.L.C.
2777.  CVS 8304 MI, L.L.C.
2778.  CVS 8306 MI, L.L.C.
2779.  CVS 8308 MI, L.L.C.
2780.  CVS 8320 RI, L.L.C.
2781.  CVS 8395 GA, L.L.C.
2782.  CVS 8399 MI, L.L.C.
2783.  CVS 8415 FL, L.L.C.
2784.  CVS 8415 NE, L.L.C.
2785.  CVS 8417 NC, L.L.C.
2786.  CVS 8418 GA, L.L.C.
2787.  CVS 8422 GA, L.L.C.
2788.  CVS 8423 OH, L.L.C.
2789.  CVS 8432 GA, L.L.C.
2790.  CVS 8441 MA, L.L.C.
2791.  CVS 8446 FL, L.L.C.
2792.  CVS 8549 MI, L.L.C.
2793.  CVS 8615 NE, L.L.C.
2794.  CVS 862 NJ, L.L.C.
2795.  CVS 863 NH, L.L.C.
2796.  CVS 866 FL, L.L.C.
2797.  CVS 8774 WI, L.L.C.
2798.  CVS 8776 WI, L.L.C.
2799.  CVS 8813 NV, L.L.C.

2800. CVS 8902 FL, L.L.C.
2801. CVS 8905 KY, L.L.C.
2802. CVS 8907 GA, L.L.C.
2803. CVS 8909 NC, L.L.C.
2804. CVS 8932 OH, L.L.C.
2805. CVS 8934 GA, L.L.C.
2806. CVS 8935 NC, L.L.C.
2807. CVS 8954 MS, L.L.C.
2808. CVS 8955 MS, L.L.C.
2809. CVS 8956 MS, L.L.C.
2810. CVS 8975 SC, L.L.C.
2811. CVS 8986 OK, L.L.C.
2812. CVS 8992 MS, L.L.C.
2813. CVS 8993 MS, L.L.C.
2814. CVS 8994 MS, L.L.C.
2815. CVS 8th Avenue, L.L.C.
2816. CVS 920 MA, L.L.C.
2817. CVS 921 IL, L.L.C.
2818. CVS 927 MI, L.L.C.
2819. CVS 932 FL, L.L.C.
2820. CVS 962 GA, L.L.C.
2821. CVS 9674 CA, LLC
2822. CVS 976 FL, L.L.C.
2823. CVS 9898 OH, L.L.C.
2824. CVS Accountable Care Organization Inc.
2825. CVS Adelphi, L.L.C.
2826. CVS Ahearn Pharmacy, L.L.C.
2827. CVS Ahearn Plaza Pharmacy, L.L.C.
2828. CVS AL Distribution, Inc.
2829. CVS AL Distribution, L.L.C.
2830. CVS Albany Central Avenue, L.L.C.
2831. CVS Albany, L.L.C.
2832. CVS Albertson, L.L.C.
2833. CVS Alhambra, L.P.
2834. CVS Allerton Avenue, L.L.C.
2835. CVS Alpharetta GA, Inc.
2836. CVS Amherst Road, L.L.C.
2837. CVS Amityville, L.L.C.
2838. CVS Amsterdam Avenue, L.L.C.
2839. CVS Anaheim CA, L.L.C.

2840. CVS AOC Corporation
2841. CVS AOC Services, L.L.C.
2842. CVS Arcadia, L.P.
2843. CVS Arclight, Inc.
2844. CVS Ardsley, L.L.C.
2845. CVS Arlington Heights, L.L.C.
2846. CVS Arnot Mall, L.L.C.
2847. CVS Atlanta GA, Inc.
2848. CVS Atlantic Avenue, L.L.C.
2849. CVS Atlantic Highlands, L.L.C.
2850. CVS Auburn Mall ME, L.L.C.
2851. CVS Auburndale, L.L.C.
2852. CVS Aurora, L.L.C.
2853. CVS Austin Drugs of Great Neck, L.L.C.
2854. CVS Austin Drugs of Merrick, L.L.C.
2855. CVS Austin Drugs of Plainview, L.L.C.
2856. CVS Avon Store, L.L.C.
2857. CVS Baldwin Merrick Road, L.L.C.
2858. CVS Baltimore Fayette, Inc.
2859. CVS Bath Congress, L.L.C.
2860. CVS Bay City 8207 MI, L.L.C.
2861. CVS Bay Shore, S.L.C.
2862. CVS Bayberry Bensalem, Inc.
2863. CVS Bayport, L.L.C.
2864. CVS Bayside Queens, L.L.C.
2865. CVS BDI, Inc.
2866. CVS Beauty Participações Ltda
2867. CVS Bell Boulevard, L.L.C.
2868. CVS Bellerose, L.L.C.
2869. CVS Bellmore Avenue, L.L.C.
2870. CVS Bensenville, L.L.C.
2871. CVS Benson NC, Inc.
2872. CVS Bergenfield, L.L.C.
2873. CVS Bergenline, L.L.C.
2874. CVS Bethesda Lawrenceville, Inc.
2875. CVS Bethesda, L.L.C.
2876. CVS Bethpage Broadway, L.L.C.
2877. CVS Big Apple, L.L.C.
2878. CVS Binghamton, L.L.C.
2879. CVS Black Horse, L.L.C.

2880. CVS Blasdell Drug, L.L.C.
2881. CVS Bleecker Street, L.L.C.
2882. CVS Bloomfield NJ, L.L.C.
2883. CVS Bohemia, L.L.C.
2884. CVS Bridgewater, L.L.C.
2885. CVS Brighton Lac DeVille, L.L.C.
2886. CVS Broadway Chicago, L.L.C.
2887. CVS Broadway Massapequa, L.L.C.
2888. CVS Bronx White Plains, L.L.C.
2889. CVS Bronx, L.L.C.
2890. CVS Bronxville Retailer, L.L.C.
2891. CVS Brooklyn 86th Street, L.L.C.
2892. CVS Brooklyn Eighteenth Avenue, L.L.C.
2893. CVS Brooklyn Kings Highway, L.L.C.
2894. CVS Brooklyn Store, L.L.C.
2895. CVS Brownsville, L.L.C.
2896. CVS Budd Lake, L.L.C.
2897. CVS Buena Park, L.P.
2898. CVS Buffalo Downtown, L.L.C.
2899. CVS Buffalo Spectrum Store, L.L.C.
2900. CVS Burnt Hills, L.L.C.
2901. CVS Cabot Holdings Inc.
2902. CVS Caldwell Cleveland, L.L.C.
2903. CVS Canfield OH, Inc.
2904. CVS Cape Elizabeth, L.L.C.
2905. CVS Card, Inc.
2906. CVS Care Concierge, LLC
2907. CVS Caremark Advanced Technology Pharmacy, L.L.C.
2908. CVS Caremark Charitable Trust, Inc.
2909. CVS Caremark Charity Classic, Inc.
2910. CVS Caremark Employee Relief Fund
2911. CVS Caremark Indemnity Ltd.
2912. CVS Caremark NI IT Operations Center Ltd.
2913. CVS Caremark Part D Services, L.L.C.
2914. CVS Caremark TN SUTA, LLC
2915. CVS Carmel Road Charlotte, Inc.
2916. CVS Carson, L.P.
2917. CVS Cedar Creek Commons, L.L.C.
2918. CVS Cedar Grove, L.L.C.
2919. CVS Cedar Lane, Inc.
2920. CVS Center, Inc.
2921. CVS Central Charlotte, Inc.
2922. CVS Central Islip, L.L.C.
2923. CVS Champlain Centre, L.L.C.
2924. CVS Charitable Trust, Inc
2925. CVS Charity Classic, Inc.
2926. CVS Charlotte, Inc.
2927. CVS Chatham Main Street, L.L.C.
2928. CVS Chenango Centre, L.L.C.
2929. CVS Cherry Hill, L.L.C.
2930. CVS Christopher Street, L.L.C.
2931. CVS Clairidge, L.L.C.
2932. CVS Clifton Crescent, L.L.C.
2933. CVS Closter Dock, L.L.C.
2934. CVS Clyde Park, Inc.
2935. CVS Cold Spring Road, L.L.C.
2936. CVS Columbia Turnpike, L.L.C.
2937. CVS Columbus OH, Inc.
2938. CVS Columbus Place, L.L.C.
2939. CVS Commerce Street, L.L.C.
2940. CVS Community Care, Inc.
2941. CVS Community Pharmacy Center For Excellence, Inc.
2942. CVS Corporation Foundation Program
2943. CVS Cortland, L.L.C.
2944. CVS Court St., L.L.C.
2945. CVS Cross County Store, L.L.C.
2946. CVS Crystal Derry, L.L.C.
2947. CVS Crystal Run, L.L.C.
2948. CVS Cuthbert Boulevard, L.L.C.
2949. CVS Danbury Padanaram, Inc.
2950. CVS Data, Inc.
2951. CVS Deer Park, L.L.C.
2952. CVS Dekalb Norristown, Inc.
2953. CVS Delmar Drug, L.L.C.

2954. CVS Detroit 8275, L.L.C.
2955. CVS Detroit Grand River, Inc.
2956. CVS Dix Hills, L.L.C.
2957. CVS Doubletree, L.L.C.
2958. CVS Douglaston, L.L.C.
2959. CVS Downey, L.P.
2960. CVS Dunkirk Marketplace, L.L.C.
2961. CVS Dunkirk Store, L.L.C.
2962. CVS Durham 7042, L.L.C.
2963. CVS Durham, Inc.
2964. CVS Eagle Rock, L.L.C.
2965. CVS East 149th Street, L.L.C.
2966. CVS East 21st Street, L.L.C.
2967. CVS East 23rd Street, L.L.C.
2968. CVS East 86th, L.L.C.
2969. CVS East Aurora, L.L.C.
2970. CVS East Main Street, L.L.C.
2971. CVS East Rockaway, L.L.C.
2972. CVS East Windsor 3161, L.L.C.
2973. CVS Eastchester Plaza, L.L.C.
2974. CVS Edwardsville IL, L.L.C.
2975. CVS EGL 103rd Jacksonville FL, L.L.C.
2976. CVS EGL 1076 TX, L.L.C.
2977. CVS EGL 107th Miami FL, L.L.C.
2978. CVS EGL 107th Southwest FL, L.L.C.
2979. CVS EGL 109th Summerfield FL, L.L.C.
2980. CVS EGL 111th Kansas City MO, Inc.
2981. CVS EGL 112th Miami FL, L.L.C.
2982. CVS EGL 115th Avondale AZ, L.L.C.
2983. CVS EGL 119th Northwest FL, L.L.C.
2984. CVS EGL 119th Oklahoma, Inc.
2985. CVS EGL 11th Huntsville TX, L.P.
2986. CVS EGL 11th Lake Wales FL, L.L.C.
2987. CVS EGL 122nd MacArthur OK, Inc.
2988. CVS EGL 128 FL, L.L.C.

2989. CVS EGL 128th Miami FL, L.L.C.
2990. CVS EGL 12th Phoenix AZ, L.L.C.
2991. CVS EGL 1313 TX, L.L.C.
2992. CVS EGL 1326 LA, L.L.C.
2993. CVS EGL 1331 TX, L.L.C.
2994. CVS EGL 1336 AL, L.L.C.
2995. CVS EGL 136th Fort Lauderdale FL, L.L.C.
2996. CVS EGL 136th Miami FL, L.L.C.
2997. CVS EGL 13th Gainesville FL, L.L.C.
2998. CVS EGL 13th Northwest FL, L.L.C.
2999. CVS EGL 13th Saint Cloud FL, L.L.C.
3000. CVS EGL 1460 FL, L.L.C.
3001. CVS EGL 1462 TX, L.L.C.
3002. CVS EGL 14th Bradenton FL, L.L.C.
3003. CVS EGL 14th Leesburg FL, L.L.C.
3004. CVS EGL 150 TX, L.L.C.
3005. CVS EGL 1512 LA, L.L.C.
3006. CVS EGL 152nd Miami FL, L.L.C.
3007. CVS EGL 152nd Southwest FL, L.L.C.
3008. CVS EGL 1580 TX, L.L.C.
3009. CVS EGL 15th Immokalee FL, L.L.C.
3010. CVS EGL 15th Oklahoma City OK, Inc.
3011. CVS EGL 15th Panama City FL, L.L.C.
3012. CVS EGL 1620 TX, L.L.C.
3013. CVS EGL 1634 TX, L.L.C.
3014. CVS EGL 1635 FL, L.L.C.
3015. CVS EGL 163rd North Miami FL, L.L.C.
3016. CVS EGL 1644 FL, L.L.C.
3017. CVS EGL 1647 LA, L.L.C.
3018. CVS EGL 164th May OK, Inc.
3019. CVS EGL 1651 TX, L.L.C.
3020. CVS EGL 1652 LA, L.L.C.

3021. CVS EGL 1655 FL, L.L.C.
3022. CVS EGL 1660 FL, L.L.C.
3023. CVS EGL 16th Baseline AZ, L.L.C.
3024. CVS EGL 16th Northwest FL, L.L.C.
3025. CVS EGL 1722 FL, L.L.C.
3026. CVS EGL 1723 FL, L.L.C.
3027. CVS EGL 1724 FL, L.L.C.
3028. CVS EGL 1725 FL, L.L.C.
3029. CVS EGL 1726 FL, L.L.C.
3030. CVS EGL 1728 OK, L.L.C.
3031. CVS EGL 1729 FL, L.L.C.
3032. CVS EGL 173 TX, L.L.C.
3033. CVS EGL 1730 FL, L.L.C.
3034. CVS EGL 1732 AL, L.L.C.
3035. CVS EGL 1734 LA, L.L.C.
3036. CVS EGL 1736 FL, L.L.C.
3037. CVS EGL 1738 FL, L.L.C.
3038. CVS EGL 1739 FL, L.L.C.
3039. CVS EGL 1749 FL, L.L.C.
3040. CVS EGL 1765 TX, L.L.C.
3041. CVS EGL 1766 TX, L.L.C.
3042. CVS EGL 1779 FL, L.L.C.
3043. CVS EGL 1783 TX, L.L.C.
3044. CVS EGL 1793 TX, L.L.C.
3045. CVS EGL 1794 LA, L.L.C.
3046. CVS EGL 17th Southeast FL, L.L.C.
3047. CVS EGL 1827 TX, L.L.C.
3048. CVS EGL 183rd Opa Locka FL, L.L.C.
3049. CVS EGL 185th Northeast FL, L.L.C.
3050. CVS EGL 186th Hialeah FL, L.L.C.
3051. CVS EGL 18th Monroe LA, Inc.
3052. CVS EGL 19 Pinellas FL, L.L.C.
3053. CVS EGL 192 MO, L.L.C.
3054. CVS EGL 19th Happy Valley AZ, L.L.C.
3055. CVS EGL 19th Memphis TX, L.P.
3056. CVS EGL 19th North FL, L.L.C.
3057. CVS EGL 1st Humbel TX, L.P.
3058. CVS EGL 1st Kaplan LA, Inc.
3059. CVS EGL 1st Lake City FL, L.L.C.
3060. CVS EGL 1st Sanford FL, L.L.C.
3061. CVS EGL 1st Wadsworth CO CVS, L.L.C.
3062. CVS EGL 200 Ocala FL, L.L.C.
3063. CVS EGL 20th Vero Beach FL, L.L.C.
3064. CVS EGL 21st Covington LA, Inc.
3065. CVS EGL 222 LA, L.L.C.
3066. CVS EGL 22nd Southwest FL, L.L.C.
3067. CVS EGL 2366 FL, L.L.C.
3068. CVS EGL 23rd Independence MO, Inc.
3069. CVS EGL 23rd Northwest OK, Inc.
3070. CVS EGL 23rd Oklahoma, Inc.
3071. CVS EGL 23rd Panama City FL, L.L.C.
3072. CVS EGL 248th Miami FL, L.L.C.
3073. CVS EGL 24th Indian AZ, L.L.C.
3074. CVS EGL 25th Gulfport MS, Inc.
3075. CVS EGL 267 FL, L.L.C.
3076. CVS EGL 26th Fort Lauderdale FL, L.L.C.
3077. CVS EGL 27th Miami FL, L.L.C.
3078. CVS EGL 284 FL, L.L.C.
3079. CVS EGL 29th Hialeah FL, L.L.C.
3080. CVS EGL 2nd Delray Beach FL, L.L.C.
3081. CVS EGL 301 Dade City FL, L.L.C.
3082. CVS EGL 312 Augustine FL, L.L.C.
3083. CVS EGL 3278 FL, L.L.C.
3084. CVS EGL 328 FL, L.L.C.
3085. CVS EGL 34 OK, L.L.C.
3086. CVS EGL 34th Lubbock TX, L.P.
3087. CVS EGL 34th Ocala FL, L.L.C.
3088. CVS EGL 34th St Petersburg FL, L.L.C.
3089. CVS EGL 35 N Austin TX, L.P.
3090. CVS EGL 358 FL, L.L.C.

F-40

3091. CVS EGL 35th Evans CO CVS, L.L.C.
3092. CVS EGL 3624 FL, L.L.C.
3093. CVS EGL 3637 FL, L.L.C.
3094. CVS EGL 3669 TX, L.L.C.
3095. CVS EGL 37th St Petersburg FL, L.L.C.
3096. CVS EGL 384 TX, L.L.C.
3097. CVS EGL 3rd Jacksonville Beach FL, L.L.C.
3098. CVS EGL 3rd New Smyrna Beach FL, L.L.C.
3099. CVS EGL 3rd Saint Pete FL, L.L.C.
3100. CVS EGL 403 FL, L.L.C.
3101. CVS EGL 405 FL, L.L.C.
3102. CVS EGL 408 FL, L.L.C.
3103. CVS EGL 40th Miami FL, L.L.C.
3104. CVS EGL 40th Northwest FL, L.L.C.
3105. CVS EGL 40th Street FL, L.L.C.
3106. CVS EGL 41 Sarasota FL, L.L.C.
3107. CVS EGL 41st Miami FL, L.L.C.
3108. CVS EGL 42nd Miami FL, L.L.C.
3109. CVS EGL 430 FL, L.L.C.
3110. CVS EGL 439 AL, L.L.C.
3111. CVS EGL 43rd Northwest FL, L.L.C.
3112. CVS EGL 441 Lake Worth FL, L.L.C.
3113. CVS EGL 441 Ocala FL, L.L.C.
3114. CVS EGL 46 Loop TX, L.P.
3115. CVS EGL 475 AL, L.L.C.
3116. CVS EGL 486 FL, L.L.C.
3117. CVS EGL 49th Hialeah FL, L.L.C.
3118. CVS EGL 49th Pinellas Park FL, L.L.C.
3119. CVS EGL 49th Saint Petersburg FL, L.L.C.
3120. CVS EGL 4th Chickasha OK, Inc.
3121. CVS EGL 4th Oklahoma City OK, Inc.
3122. CVS EGL 4th Pueblo CO CVS, L.L.C.
3123. CVS EGL 4th Saint Petersburg FL, L.L.C.
3124. CVS EGL 504 FL, L.L.C.
3125. CVS EGL 50th Lubbock TX, L.P.
3126. CVS EGL 537 FL, L.L.C.
3127. CVS EGL 53rd Bradenton FL, L.L.C.
3128. CVS EGL 54 New Port Richey FL, L.L.C.
3129. CVS EGL 546 MS, L.L.C.
3130. CVS EGL 54th Saint Petersburg FL, L.L.C.
3131. CVS EGL 5624 MO, L.L.C.
3132. CVS EGL 568 LA, L.L.C.
3133. CVS EGL 571 FL, L.L.C.
3134. CVS EGL 59th Glendale AZ, L.L.C.
3135. CVS EGL 5th Boca Raton FL, L.L.C.
3136. CVS EGL 5th Miami Beach FL, L.L.C.
3137. CVS EGL 60th Hialeah FL, L.L.C.
3138. CVS EGL 61st Galveston TX, L.P.
3139. CVS EGL 63rd Kansas City MO, Inc.
3140. CVS EGL 64 Bradenton FL, L.L.C.
3141. CVS EGL 66th Northwest FL, L.L.C.
3142. CVS EGL 66th Saint Petersburg FL, L.L.C.
3143. CVS EGL 66th Street North FL, L.L.C.
3144. CVS EGL 67th Hialeah FL, L.L.C.
3145. CVS EGL 68th Thomas AZ, L.L.C.
3146. CVS EGL 68th West Hialeah FL, L.L.C.
3147. CVS EGL 6th Panama City FL, L.L.C.
3148. CVS EGL 6th South FL, L.L.C.
3149. CVS EGL 6th Winter Haven FL, L.L.C.
3150. CVS EGL 756 TX, L.L.C.
3151. CVS EGL 75th Bethany AZ, L.L.C.

3152. CVS EGL 75th Gainesville FL, L.L.C.
3153. CVS EGL 75th Houston TX, L.P.
3154. CVS EGL 7894 FL, L.L.C.
3155. CVS EGL 78th Seminole FL, L.L.C.
3156. CVS EGL 7927 FL, L.L.C.
3157. CVS EGL 7958 FL, L.L.C.
3158. CVS EGL 7th Miami FL, L.L.C.
3159. CVS EGL 82nd Lubbock TX, L.P.
3160. CVS EGL 8383 FL, L.L.C.
3161. CVS EGL 83rd Glendale AZ, L.L.C.
3162. CVS EGL 88th Miami FL, L.L.C.
3163. CVS EGL 88th Street FL, L.L.C.
3164. CVS EGL 8th Ave Hialeah FL, L.L.C.
3165. CVS EGL 8th Miami FL, L.L.C.
3166. CVS EGL 8th Palmetto FL, L.L.C.
3167. CVS EGL 8th Southwest FL, L.L.C.
3168. CVS EGL 8th Street FL, L.L.C.
3169. CVS EGL 90 West FL, L.L.C.
3170. CVS EGL 908 FL, L.L.C.
3171. CVS EGL 951 Naples FL, L.L.C.
3172. CVS EGL 97th Miami FL, L.L.C.
3173. CVS EGL 98th Lubbock TX, L.P.
3174. CVS EGL 99th Phoenix AZ, L.L.C.
3175. CVS EGL 9th Naples FL, L.L.C.
3176. CVS EGL 9th North FL, L.L.C.
3177. CVS EGL 9th Pensacola FL, L.L.C.
3178. CVS EGL 9th Saint Petersburg FL, L.L.C.
3179. CVS EGL Abshier Belleview FL, L.L.C.
3180. CVS EGL Academy Seagull NM, L.L.C.
3181. CVS EGL Admiral New Iberia LA, Inc.
3182. CVS EGL Airline Baton Rouge LA, Inc.
3183. CVS EGL Airline Corpus Christi TX, L.P.
3184. CVS EGL Airline Destrehan LA, Inc.
3185. CVS EGL Airline Drive TX, L.P.
3186. CVS EGL Airline Gonzales LA, Inc.
3187. CVS EGL Airline La Place LA, Inc.
3188. CVS EGL Airline Metairie LA, Inc.
3189. CVS EGL Airport Austin TX, L.P.
3190. CVS EGL Airport Naples FL, L.L.C.
3191. CVS EGL Alabama Properties, Inc.
3192. CVS EGL Alafaya Orlando FL, L.L.C.
3193. CVS EGL Alameda Denver CO CVS, L.L.C.
3194. CVS EGL Alameda Parkway CO CVS, L.L.C.
3195. CVS EGL Aldine Mail TX, L.P.
3196. CVS EGL Aldine Westfield Spring TX, L.P.
3197. CVS EGL Alexander Plant City FL, L.L.C.
3198. CVS EGL Alma Chandler AZ, L.L.C.
3199. CVS EGL Aloma Winter FL, L.L.C.
3200. CVS EGL Alpha Dallas TX, L.P.
3201. CVS EGL Altamonte Springs FL, L.L.C.
3202. CVS EGL Alton Miami Beach FL, L.L.C.
3203. CVS EGL Andrews Fort Lauderdale FL, L.L.C.
3204. CVS EGL Angleton TX, L.P.
3205. CVS EGL Antoine Houston TX, L.P.
3206. CVS EGL Apalachee Tallahassee FL, L.L.C.
3207. CVS EGL Apalachicola FL, L.L.C.
3208. CVS EGL Apollo Beach FL, L.L.C.
3209. CVS EGL Apopka Vineland FL, L.L.C.

3210. CVS EGL Archer Gainesville FL, L.L.C.

3211. CVS EGL Arlington Jacksonville FL, L.L.C.

3212. CVS EGL Armenia Tampa FL, L.L.C.

3213. CVS EGL Atlantic Beach FL, L.L.C.

3214. CVS EGL Atlantic Boulevard FL, L.L.C.

3215. CVS EGL Atlantic Cocoa Beach FL, L.L.C.

3216. CVS EGL Atlantic Daytona FL, L.L.C.

3217. CVS EGL Atlantic FL, L.L.C.

3218. CVS EGL Atlantic Jacksonville FL, L.L.C.

3219. CVS EGL Atlantic Neptune Beach FL, L.L.C.

3220. CVS EGL Augustine Road FL, L.L.C.

3221. CVS EGL Austin Harry TX, L.P.

3222. CVS EGL Avenida Lady Lake FL, L.L.C.

3223. CVS EGL Aventura FL, L.L.C.

3224. CVS EGL Avenue A TX, L.P.

3225. CVS EGL Avenue J Galveston TX, L.P.

3226. CVS EGL Avondale Dysart AZ, L.L.C.

3227. CVS EGL Ayers Corpus Christi TX, L.P.

3228. CVS EGL Ayers TX, L.P.

3229. CVS EGL Azalea AL, Inc.

3230. CVS EGL Bandera Road TX, L.P.

3231. CVS EGL Bandera San Antonio TX, L.P.

3232. CVS EGL Barataria Marrero LA, Inc.

3233. CVS EGL Barker Cypress TX, L.P.

3234. CVS EGL Barksdale LA, Inc.

3235. CVS EGL Barrow Abilene TX, L.P.

3236. CVS EGL Barry Road MO, Inc.

3237. CVS EGL Bartow FL, L.L.C.

3238. CVS EGL Bartram Park FL, L.L.C.

3239. CVS EGL Baseline Gilbert AZ, L.L.C.

3240. CVS EGL Baseline Tempe AZ, L.L.C.

3241. CVS EGL Baton Rouge LA, Inc.

3242. CVS EGL Bay Area TX, L.P.

3243. CVS EGL Bay City TX, L.P.

3244. CVS EGL Bay Clearwater FL, L.L.C.

3245. CVS EGL Bay Largo FL, L.L.C.

3246. CVS EGL Bay Meadows FL, L.L.C.

3247. CVS EGL Bay St. Louis MS, Inc.

3248. CVS EGL Bayport Seabrook TX, L.P.

3249. CVS EGL Bayshore Dunedin FL, L.L.C.

3250. CVS EGL Beach Boulevard FL, L.L.C.

3251. CVS EGL Beaumont TX, L.P.

3252. CVS EGL Bee Caves TX, L.P.

3253. CVS EGL Bee Ridge Sarasota FL, L.L.C.

3254. CVS EGL Belcher Clearwater FL, L.L.C.

3255. CVS EGL Belcher Largo FL, L.L.C.

3256. CVS EGL Bell Amarillo TX, L.P.

3257. CVS EGL Bell Glendale AZ, L.L.C.

3258. CVS EGL Bell Houston TX, L.P.

3259. CVS EGL Bell Surprise AZ, L.L.C.

3260. CVS EGL Bellaire Blvd TX, L.P.

3261. CVS EGL Belle Glade FL, L.L.C.

3262. CVS EGL Belle Palm Coast FL, L.L.C.

3263. CVS EGL Belleview Littleton CO CVS, L.L.C.

3264. CVS EGL Belleview Plaquemine LA, Inc.

3265. CVS EGL Belt Saint Joseph MO, Inc.

3266. CVS EGL Beltline Garland TX, L.P.

3267. CVS EGL Belville Daytona FL, L.L.C.

3268. CVS EGL Beneva Road FL, L.L.C.

3269. CVS EGL Biscayne Boulevard, L.L.C.

3270. CVS EGL Biscayne FL, L.L.C.

3271. CVS EGL Biscayne Miami FL, L.L.C.

3272. CVS EGL Bissonnet Houston TX, L.P.

3273. CVS EGL Bissonnet Kirkwood TX, L.P.

3274. CVS EGL Blanco Road TX, L.P.

3275. CVS EGL Blanding Jacksonville FL, L.L.C.

3276. CVS EGL Blanding Middleburg FL, L.L.C.

3277. CVS EGL Blanding Orange Park FL, L.L.C.

3278. CVS EGL Blichton Ocala FL, L.L.C.

3279. CVS EGL Bloomingdale Valrico FL, L.L.C.

3280. CVS EGL Blossom Orlando FL, L.L.C.

3281. CVS EGL Bogalusa LA, Inc.

3282. CVS EGL Boggy Creek FL, L.L.C.

3283. CVS EGL Bolton Alexandria LA, Inc.

3284. CVS EGL Bonham Paris TX, L.P.

3285. CVS EGL Bossier City LA, Inc.

3286. CVS EGL Boulevard Rayne LA, Inc.

3287. CVS EGL Boyette Riverview, L.L.C.

3288. CVS EGL Bradenton FL, L.L.C.

3289. CVS EGL Brair Forest TX, L.P.

3290. CVS EGL Brandon FL, L.L.C.

3291. CVS EGL Brenham TX, L.P.

3292. CVS EGL Brevard Arcadia FL, L.L.C.

3293. CVS EGL Briar Drive KS, Inc.

3294. CVS EGL Briarcliff Austin TX, L.P.

3295. CVS EGL Bridge Hobe Sound FL, L.L.C.

3296. CVS EGL Britt Jensen FL, L.L.C.

3297. CVS EGL Broadmoor MS, Inc.

3298. CVS EGL Broadway Garland TX, L.P.

3299. CVS EGL Broadway Gladewater TX, L.P.

3300. CVS EGL Broadway Tampa, L.L.C.

3301. CVS EGL Broadway Tempe AZ, L.L.C.

3302. CVS EGL Broadway Tucson AZ, L.L.C.

3303. CVS EGL Broadway Tyler TX, L.P.

3304. CVS EGL Brookside MO, Inc.

3305. CVS EGL Brooksville FL, L.L.C.

3306. CVS EGL Broomfield CO CVS, L.L.C.

3307. CVS EGL Broward Lauderdale FL, L.L.C.

3308. CVS EGL Brown Arlington TX, L.P.

3309. CVS EGL Brunswick FL, L.L.C.

3310. CVS EGL Bryan Dairy Seminole FL, L.L.C.

3311. CVS EGL Bryan TX, L.P.

3312. CVS EGL Bryant Irvin Fort Worth TX, L.P.

3313. CVS EGL Buckingham Richardson TX, L.P.

3314. CVS EGL Buckner Dallas TX, L.P.

3315. CVS EGL Buffalo Gap Abilene TX, L.P.

3316. CVS EGL Bullard Parkway FL, L.L.C.

3317. CVS EGL Burleigh Tavares FL, L.L.C.

3318. CVS EGL Burnett Austin TX, L.P.

3319. CVS EGL Camelback Phoenix AZ, L.L.C.

3320. CVS EGL Cameron Lafayette LA, Inc.

3321. CVS EGL Cameron Scott LA, Inc.

3322. CVS EGL Camino Boca Raton FL, L.L.C.

3323. CVS EGL Camino Real TX, L.P.

3324. CVS EGL Camp Bowie Fort Worth TX, L.P.

3325. CVS EGL Camp Bowie TX, L.P.

3326. CVS EGL Camp Clarke TX, L.P.

3327. CVS EGL Camp Lowell AZ, L.L.C.

3328. CVS EGL Camp TX, L.P.

3329. CVS EGL Campbell Dallas TX, L.P.

3330. CVS EGL Canal New Orleans LA, Inc.

3331. CVS EGL Canal Thibodaux LA, Inc.

3332. CVS EGL Candelaria NM, L.L.C.

3333. CVS EGL Canoe St. Cloud FL, L.L.C.

3334. CVS EGL Cape Coral Pkwy FL, L.L.C.

3335. CVS EGL Capital Circle FL, L.L.C.

3336. CVS EGL Capital Tallahassee FL, L.L.C.

3337. CVS EGL Carefree Cave Creek AZ, L.L.C.

3338. CVS EGL Caroline Milton FL, L.L.C.

3339. CVS EGL Carrier Grand Prairie TX, L.P.

3340. CVS EGL Carrollton New Orleans LA, Inc.

3341. CVS EGL Carrollwood Tampa FL, L.L.C.

3342. CVS EGL Cartwright Mesquite TX, L.P.

3343. CVS EGL Cartwright Missouri City TX, L.P.

3344. CVS EGL Cedar Breaks TX, L.P.

3345. CVS EGL Cedar Park TX, L.P.

3346. CVS EGL Cedar Ridge TX, L.P.

3347. CVS EGL Centennial CO CVS, L.L.C.

3348. CVS EGL Central Avenue NM, L.L.C.

3349. CVS EGL Central Bedford TX, L.P.

3350. CVS EGL Central Florida, L.L.C.

3351. CVS EGL Central McKinney TX, L.P.

3352. CVS EGL Central Parkway FL, L.L.C.

3353. CVS EGL Central Petersburg FL, L.L.C.

3354. CVS EGL Centre Hereford TX, L.P.

3355. CVS EGL Cerrillos NM, L.L.C.

3356. CVS EGL Chalmette LA, Inc.

3357. CVS EGL Chambers Denver CO CVS, L.L.C.

3358. CVS EGL Champion Forest TX, L.P.

3359. CVS EGL Chandler Phoenix AZ, L.L.C.

3360. CVS EGL Charity Abbeville LA, Inc.

3361. CVS EGL Chateau Kenner LA, Inc.

3362. CVS EGL Cheney Titusville FL, L.L.C.

3363. CVS EGL Chipley FL, L.L.C.

3364. CVS EGL Choctaw OK, Inc.

3365. CVS EGL Church Livingston TX, L.P.

3366. CVS EGL Cinco Ranch TX, L.P.

3367. CVS EGL Clark Road, L.L.C.

3368. CVS EGL Clark Sarasota FL, L.L.C.

3369. CVS EGL Classen Oklahoma City OK, Inc.

3370. CVS EGL Clearlake Cocoa FL, L.L.C.

3371. CVS EGL Clearwater FL, L.L.C.

3372. CVS EGL Clearwater Largo FL, L.L.C.

3373. CVS EGL Cleburne TX, L.P.

3374. CVS EGL Clermont FL, L.L.C.

3375. CVS EGL Cleveland Avenue, L.L.C.

3376. CVS EGL Cleveland Fort Myers FL, L.L.C.

3377. CVS EGL Clint Moore Boca Raton FL, L.L.C.

3378. CVS EGL Clubview Levelland TX, L.P.

3379. CVS EGL Clute TX, L.P.

3380. CVS EGL Coalton Broomfield CO CVS, L.L.C.

3381. CVS EGL Cockrell Hill TX, L.P.

3382. CVS EGL Coit Plano TX, L.P.

3383. CVS EGL Coit Richardson TX, L.P.

3384. CVS EGL Colfax Denver CO CVS, L.L.C.

3385. CVS EGL Colfax Lakewood CO CVS, L.L.C.

3386. CVS EGL College Beaumont TX, L.P.

3387. CVS EGL College Collins CO CVS, L.L.C.

3388. CVS EGL College Hills San Angelo TX, L.P.

3389. CVS EGL College Park Conroe TX, L.P.

3390. CVS EGL Colleyville TX, L.P.

3391. CVS EGL Collins Avenue FL, L.L.C.

3392. CVS EGL Collins North Miami FL, L.L.C.

3393. CVS EGL Colonial Golden FL, L.L.C.

3394. CVS EGL Colonial Myers FL, L.L.C.

3395. CVS EGL Colonial Orlando FL, L.L.C.

3396. CVS EGL Colonial Winter Garden FL, L.L.C.

3397. CVS EGL Colorado Springs CO CVS, L.L.C.

3398. CVS EGL Commerce Ardmore OK, Inc.

3399. CVS EGL Commercial 18th FL, L.L.C.

3400. CVS EGL Commercial Lauderdale FL, L.L.C.

3401. CVS EGL Congress Austin TX, L.P.

3402. CVS EGL Congress Boynton Beach FL, L.L.C.

3403. CVS EGL Congress Lake Worth FL, L.L.C.

3404. CVS EGL Congress Street TX, L.P.

3405. CVS EGL Coors Boulevard NM, L.L.C.

3406. CVS EGL Coral Miami FL, L.L.C.

3407. CVS EGL Corpus Christi TX, L.P.

3408. CVS EGL Cortez Boulevard FL, L.L.C.

3409. CVS EGL Cortez Bradenton FL, L.L.C.

3410. CVS EGL Cortez FL, L.L.C.

3411. CVS EGL Cottage Mobile AL, Inc.

3412. CVS EGL Countryway Tampa FL, L.L.C.

3413. CVS EGL County Dunedin FL, L.L.C.

3414. CVS EGL County Line Ridgeland MS, Inc.

3415. CVS EGL County Orange Park FL, L.L.C.

3416. CVS EGL Courtenay Merritt FL, L.L.C.

3417. CVS EGL Covington LA, Inc.

3418. CVS EGL Crandon Key Biscayne FL, L.L.C.

3419. CVS EGL Crawfordville FL, L.L.C.

3420. CVS EGL Cresswell Opelousas LA, Inc.

3421. CVS EGL Crockett Palestine TX, L.P.

3422. CVS EGL Cross Timbers TX, L.P.

3423. CVS EGL Crowley TX, L.P.

3424. CVS EGL Crown Bonita Springs FL, L.L.C.

3425. CVS EGL Culebra San Antonio TX, L.P.

3426. CVS EGL Cullen Pearland TX, L.P.

3427. CVS EGL Curry Ford Orlando FL, L.L.C.

3428. CVS EGL Curry Ford Road FL, L.L.C.

3429. CVS EGL Custer Frisco TX, L.P.

3430. CVS EGL Cypress Gardens FL, L.L.C.

3431. CVS EGL Cypress North TX, L.P.

3432. CVS EGL Cypress Poinciana FL, L.L.C.

3433. CVS EGL Cypress West Monroe LA, Inc.

3434. CVS EGL Cypress Winter Haven FL, L.L.C.

3435. CVS EGL Dale Mabry Tampa FL, L.L.C.

3436. CVS EGL Dania Beach FL, L.L.C.

3437. CVS EGL Daniels Fort Myers, L.L.C.

3438. CVS EGL Daphne AL, Inc.

3439. CVS EGL Davenport FL, L.L.C.

3440. CVS EGL Davie Lauderdale FL, L.L.C.

3441. CVS EGL Davis N Richland Hills TX, L.P.

3442. CVS EGL Davis Pensacola FL, L.L.C.

3443. CVS EGL Daytona FL, L.L.C.

3444. CVS EGL De Land FL, L.L.C.

3445. CVS EGL De Zavala San Antonio TX, L.P.

3446. CVS EGL Decatur FL, L.L.C.

3447. CVS EGL Decker Baytown TX, L.P.

3448. CVS EGL Deerfield Beach FL, L.L.C.

3449. CVS EGL Denham Springs LA, Inc.

3450. CVS EGL Denton Fort Worth TX, L.P.

3451. CVS EGL Desoto TX, L.P.

3452. CVS EGL Dickinson TX, L.P.

3453. CVS EGL Dixie Highway FL, L.L.C.

3454. CVS EGL Dixie Homestead FL, L.L.C.

3455. CVS EGL Dixie Lake Worth FL, L.L.C.

3456. CVS EGL Dixie Miami FL, L.L.C.

3457. CVS EGL Dixie South FL, L.L.C.

3458. CVS EGL Dixie West FL, L.L.C.

3459. CVS EGL Dixie West Palm FL, L.L.C.

3460. CVS EGL Dorado Craig TX, L.P.

3461. CVS EGL Dowlen TX, L.P.

3462. CVS EGL Downing Denver CO CVS, L.L.C.

3463. CVS EGL Drake Fort Collins CO CVS, L.L.C.

3464. CVS EGL Dry Creek Aurora CO CVS, L.L.C.

3465. CVS EGL Duck Creek TX, L.P.

3466. CVS EGL Dulles Road TX, L.P.

3467. CVS EGL Dunlap Phoenix AZ, L.L.C.

3468. CVS EGL Dunn Jacksonville FL, L.L.C.

3469. CVS EGL Dunnellon FL, L.L.C.

3470. CVS EGL Duval Key West FL, L.L.C.

3471. CVS EGL Dysart Goodyear AZ, L.L.C.

3472. CVS EGL E 20th Houston TX, L.P.

3473. CVS EGL E Amarillo TX, L.P.

3474. CVS EGL E Arapaho Richardson TX, L.P.
3475. CVS EGL E Arkansas Arlington TX, L.P.
3476. CVS EGL E Belt Line Cedar Hill TX, L.P.
3477. CVS EGL E Broadway Sweetwater TX, L.P.
3478. CVS EGL E Commerce Brownwood TX, L.P.
3479. CVS EGL E End North Marshall TX, L.P.
3480. CVS EGL E Irving TX, L.P.
3481. CVS EGL E Lancaster Fort Worth TX, L.P.
3482. CVS EGL E Loop 304 Crockett TX, L.P.
3483. CVS EGL E Lufkin TX, L.P.
3484. CVS EGL E Main Allen TX, L.P.
3485. CVS EGL E Main Grand Prairie TX, L.P.
3486. CVS EGL E Main Whitehouse TX, L.P.
3487. CVS EGL E Mockingbird Dallas TX, L.P.
3488. CVS EGL E Northwest Dallas TX, L.P.
3489. CVS EGL E Pipeline Bedford TX, L.P.
3490. CVS EGL E Riverside Austin TX, L.P.
3491. CVS EGL E Southlake TX, L.P.
3492. CVS EGL E Tidwell Houston TX, L.P.
3493. CVS EGL E Tyler Athens TX, L.P.
3494. CVS EGL E US Hwy 287 Midlothian TX, L.P.
3495. CVS EGL Eagle Nest Hialeah FL, L.L.C.
3496. CVS EGL East Atlantic FL, L.L.C.
3497. CVS EGL East Camelback AZ, L.L.C.

3498. CVS EGL East Colonial Drive FL, L.L.C.
3499. CVS EGL East Danforth OK, Inc.
3500. CVS EGL East Fowler FL, L.L.C.
3501. CVS EGL East Hinson FL, L.L.C.
3502. CVS EGL East Jester Houston TX, L.P.
3503. CVS EGL East Lake FL, L.L.C.
3504. CVS EGL East Oak FL, L.L.C.
3505. CVS EGL East Palatka FL, L.L.C.
3506. CVS EGL East Park Arlington TX, L.P.
3507. CVS EGL East Pass Gulfport MS, Inc.
3508. CVS EGL Eastex Beaumont TX, L.P.
3509. CVS EGL Edgewater Orlando FL, L.L.C.
3510. CVS EGL Edmond OK, Inc.
3511. CVS EGL Ehrlich Tampa FL, L.L.C.
3512. CVS EGL Eiland Zephyrhills FL, L.L.C.
3513. CVS EGL Eisenhower Loveland CO, L.L.C.
3514. CVS EGL El Salido TX, L.P.
3515. CVS EGL Elam Balch Springs TX, L.P.
3516. CVS EGL Eldridge Houston TX, L.P.
3517. CVS EGL Eldridge Road TX, L.P.
3518. CVS EGL Elkcam Deltona FL, L.L.C.
3519. CVS EGL Elliot Arizona AZ, L.L.C.
3520. CVS EGL Ellison Drive NM, L.L.C.
3521. CVS EGL Emerson Palm Bay FL, L.L.C.
3522. CVS EGL Erie Ellenton FL, L.L.C.
3523. CVS EGL Estero Fort Myers FL, L.L.C.
3524. CVS EGL Everhart TX, L.P.

3525. CVS EGL Fairfield Pensacola FL, L.L.C.
3526. CVS EGL Fay Cocoa FL, L.L.C.
3527. CVS EGL Federal Boynton FL, L.L.C.
3528. CVS EGL Federal Broward FL, L.L.C.
3529. CVS EGL Federal Deerfield FL, L.L.C.
3530. CVS EGL Federal Delray Beach FL, L.L.C.
3531. CVS EGL Federal Denver CO CVS, L.L.C.
3532. CVS EGL Federal Fort Pierce FL, L.L.C.
3533. CVS EGL Federal Hollywood FL, L.L.C.
3534. CVS EGL Federal Pompano FL, L.L.C.
3535. CVS EGL Federal Stuart FL, L.L.C.
3536. CVS EGL Ferguson Dallas TX, L.P.
3537. CVS EGL Ferguson Road TX, L.P.
3538. CVS EGL Ferris Waxahachie TX, L.P.
3539. CVS EGL Fielder Arlington TX, L.P.
3540. CVS EGL First Bradenton FL, L.L.C.
3541. CVS EGL FL Wright AZ, L.L.C.
3542. CVS EGL Flagler Miami FL, L.L.C.
3543. CVS EGL Flamingo Hollywood FL, L.L.C.
3544. CVS EGL Flamingo South FL, L.L.C.
3545. CVS EGL Florabranch FL, L.L.C.
3546. CVS EGL Florence Casa AZ, L.L.C.
3547. CVS EGL Florida Baton Rouge LA, Inc.
3548. CVS EGL Florida Lakeland FL, L.L.C.
3549. CVS EGL Florida Tampa FL, L.L.C.
3550. CVS EGL Florida, L.L.C.
3551. CVS EGL Flowood MS, Inc.
3552. CVS EGL Fm 1821 Mineral Wells TX, L.P.
3553. CVS EGL FM 1960 E Humble TX, L.P.
3554. CVS EGL FM 1960 Road TX, L.P.
3555. CVS EGL FM 2100 Crosby TX, L.P.
3556. CVS EGL Fm 3009 Schertz TX, L.P.
3557. CVS EGL FM 407 Lewisville TX, L.P.
3558. CVS EGL FM 528 TX, L.P.
3559. CVS EGL FM 529 Houston TX, L.P.
3560. CVS EGL FM Round TX, L.P.
3561. CVS EGL FM West TX, L.P.
3562. CVS EGL Foley AL, Inc.
3563. CVS EGL Fondren Houston TX, L.P.
3564. CVS EGL Ford Orlando FL, L.L.C.
3565. CVS EGL Forest Dallas TX, L.P.
3566. CVS EGL Forest Hill Blvd FL, L.L.C.
3567. CVS EGL Forest Hill Fort Worth TX, L.P.
3568. CVS EGL Forest Hill Palm FL, L.L.C.
3569. CVS EGL Forest Lane TX, L.P.
3570. CVS EGL Forest MS, Inc.
3571. CVS EGL Forest Spring TX, L.P.
3572. CVS EGL Forney TX, L.P.
3573. CVS EGL Fort Walton Beach FL, L.L.C.
3574. CVS EGL Fountain Hills AZ, L.L.C.
3575. CVS EGL Fountain Murray CO CVS, L.L.C.
3576. CVS EGL Fowler Tampa FL, L.L.C.

F-49

3577. CVS EGL Frankford Dallas TX, L.P.
3578. CVS EGL Freeport TX, L.P.
3579. CVS EGL Friendswood TX, L.P.
3580. CVS EGL Fruitville Sarasota FL, L.L.C.
3581. CVS EGL Fry Katy TX, L.P.
3582. CVS EGL Fry Little York TX, L.P.
3583. CVS EGL Fuqua Houston TX, L.P.
3584. CVS EGL Fuqua Street TX, L.P.
3585. CVS EGL Gainesville FL, L.L.C.
3586. CVS EGL Garden Titusville FL, L.L.C.
3587. CVS EGL Garland Dallas TX, L.P.
3588. CVS EGL Garland TX, L.P.
3589. CVS EGL Garth Baytown TX, L.P.
3590. CVS EGL Gattis School Round Rock TX, L.P.
3591. CVS EGL Gause Boulevard LA, Inc.
3592. CVS EGL Gause Slidell LA, Inc.
3593. CVS EGL Gears Houston TX, L.P.
3594. CVS EGL General Meyer LA, Inc.
3595. CVS EGL Georgetown TX, L.P.
3596. CVS EGL Georgia Amarillo TX, L.P.
3597. CVS EGL Georgia Bogalusa LA, Inc.
3598. CVS EGL Gessner Houston TX, L.P.
3599. CVS EGL Gibsonton Riverview FL, L.L.C.
3600. CVS EGL Glages Boca Raton FL, L.L.C.
3601. CVS EGL Glenbrook Clermont FL, L.L.C.
3602. CVS EGL Gloria Clewiston FL, L.L.C.
3603. CVS EGL Golden Naples FL, L.L.C.
3604. CVS EGL Golf Links AZ, L.L.C.
3605. CVS EGL Government Baton Rouge LA, Inc.
3606. CVS EGL Granada Ormond Beach FL, L.L.C.
3607. CVS EGL Granbury TX, L.P.
3608. CVS EGL Grand Caillou Houma LA, Inc.
3609. CVS EGL Grand Prairie TX, L.P.
3610. CVS EGL Grandview MO, Inc.
3611. CVS EGL Grapevine N Richland Hills TX, L.P.
3612. CVS EGL Greeley CO CVS, L.L.C.
3613. CVS EGL Green Cove Springs FL, L.L.C.
3614. CVS EGL Green Oaks TX, L.P.
3615. CVS EGL Greenville Ste 140 Dallas TX, L.P.
3616. CVS EGL Greenwell Baton Rouge LA, Inc.
3617. CVS EGL Greenwell Springs LA, Inc.
3618. CVS EGL Greenwood MS, Inc.
3619. CVS EGL Griffin Cooper FL, L.L.C.
3620. CVS EGL Grogans Mill Spring TX, L.P.
3621. CVS EGL Guadalupe Austin TX, L.P.
3622. CVS EGL Guadalupe Street TX, L.P.
3623. CVS EGL Gulf Beach Pensacola FL, L.L.C.
3624. CVS EGL Gulf Boulevard FL, L.L.C.
3625. CVS EGL Gulf Breeze Pkwy FL, L.L.C.
3626. CVS EGL Gulf Indian Rocks FL, L.L.C.
3627. CVS EGL Gulfbreeze Parkway FL, L.L.C.
3628. CVS EGL Gulfport Boulevard FL, L.L.C.
3629. CVS EGL Gulfshores AL, Inc.
3630. CVS EGL Gunn Highway FL, L.L.C.

3631. CVS EGL Gunn Tampa FL, L.L.C.
3632. CVS EGL Haily Pueblo CO CVS, L.L.C.
3633. CVS EGL Hall Johnson Grapevine TX, L.P.
3634. CVS EGL Hammerly Houston TX, L.P.
3635. CVS EGL Hammock Miami FL, L.L.C.
3636. CVS EGL Hammond LA, Inc.
3637. CVS EGL Hampden Aurora CO CVS, L.L.C.
3638. CVS EGL Hancock Bridge FL, L.L.C.
3639. CVS EGL Hancock Clermont FL, L.L.C.
3640. CVS EGL Happy Valley AZ, L.L.C.
3641. CVS EGL Harding Miami FL, L.L.C.
3642. CVS EGL Hardy Hattiesburg MS, Inc.
3643. CVS EGL Harris Red Oak TX, L.P.
3644. CVS EGL Harvey LA, Inc.
3645. CVS EGL Hawthorne FL, L.L.C.
3646. CVS EGL Hebron Carrollton TX, L.P.
3647. CVS EGL Hedgecoxe Plano TX, L.P.
3648. CVS EGL Henderson Boulevard FL, L.L.C.
3649. CVS EGL Henderson Tampa FL, L.L.C.
3650. CVS EGL Hialeah Drive FL, L.L.C.
3651. CVS EGL Hiawassee Orlando FL, L.L.C.
3652. CVS EGL Hickory Creek TX, L.P.
3653. CVS EGL High Springs FL, L.L.C.
3654. CVS EGL Highland Madison MS, Inc.
3655. CVS EGL Highland Road LA, Inc.
3656. CVS EGL Highway 77 TX, L.P.
3657. CVS EGL Hillsboro Coconut FL, L.L.C.
3658. CVS EGL Hillsborough Charlotte FL, L.L.C.
3659. CVS EGL Hillsborough FL, L.L.C.
3660. CVS EGL Hillsborough Tampa FL, L.L.C.
3661. CVS EGL Himes Tampa FL, L.L.C.
3662. CVS EGL Hollywood Blvd FL, L.L.C.
3663. CVS EGL Hollywood FL, L.L.C.
3664. CVS EGL Hollywood Shreveport LA, Inc.
3665. CVS EGL Holzwarth TX, L.P.
3666. CVS EGL Horizon Rockwall TX, L.P.
3667. CVS EGL Houston 6 South TX, L.P.
3668. CVS EGL Houston North, L.P.
3669. CVS EGL Houston Street TX, L.P.
3670. CVS EGL Houston TX, L.P.
3671. CVS EGL Howard Tampa FL, L.L.C.
3672. CVS EGL Hudson FL, L.L.C.
3673. CVS EGL Huebner Road TX, L.P.
3674. CVS EGL Huebner San Antonio TX, L.P.
3675. CVS EGL Hunters Creek Orlando FL, L.L.C.
3676. CVS EGL Hwy 1 Donaldsonville LA, Inc.
3677. CVS EGL Hwy 1 Fort Pierce FL, L.L.C.
3678. CVS EGL Hwy 1 Lucie FL, L.L.C.
3679. CVS EGL Hwy 1 Palm Beach FL, L.L.C.
3680. CVS EGL Hwy 1 Raceland LA, Inc.
3681. CVS EGL Hwy 1 Rockledge FL, L.L.C.
3682. CVS EGL Hwy 1 Vero Beach FL, L.L.C.

3683. CVS EGL Hwy 152 Mustang OK, Inc.

3684. CVS EGL Hwy 17 Casselberry FL, L.L.C.

3685. CVS EGL Hwy 171 Lake Charles LA, Inc.

3686. CVS EGL Hwy 181 Floresville TX, L.P.

3687. CVS EGL Hwy 19 Clearwater FL, L.L.C.

3688. CVS EGL Hwy 19 Crystal River FL, L.L.C.

3689. CVS EGL Hwy 19 Eustis FL, L.L.C.

3690. CVS EGL Hwy 19 Meridian MS, Inc.

3691. CVS EGL Hwy 19 North FL, L.L.C.

3692. CVS EGL Hwy 19 Port Richey FL, L.L.C.

3693. CVS EGL Hwy 190 Mandeville LA, Inc.

3694. CVS EGL Hwy 20 Interlachen FL, L.L.C.

3695. CVS EGL Hwy 20 Niceville FL, L.L.C.

3696. CVS EGL Hwy 24 Independence MO, Inc.

3697. CVS EGL Hwy 27 Haines City FL, L.L.C.

3698. CVS EGL Hwy 27 Sebring FL, L.L.C.

3699. CVS EGL Hwy 271 Gilmer TX, L.P.

3700. CVS EGL Hwy 28 Pineville LA, Inc.

3701. CVS EGL Hwy 281 San Antonio TX, L.P.

3702. CVS EGL Hwy 377 Fort Worth TX, L.P.

3703. CVS EGL Hwy 40 Silver Springs FL, L.L.C.

3704. CVS EGL Hwy 441 Alachua FL, L.L.C.

3705. CVS EGL Hwy 441 Mount Dora FL, L.L.C.

3706. CVS EGL Hwy 49 Gulfport MS, Inc.

3707. CVS EGL Hwy 524 Cocoa FL, L.L.C.

3708. CVS EGL Hwy 59 N Bowie TX, L.P.

3709. CVS EGL Hwy 6 North TX, L.P.

3710. CVS EGL Hwy 6 Sugar Land TX, L.P.

3711. CVS EGL Hwy 7 Lauderdale FL, L.L.C.

3712. CVS EGL Hwy 70 Bradenton FL, L.L.C.

3713. CVS EGL Hwy 84 Slaton TX, L.P.

3714. CVS EGL Hwy 90 Milton FL, L.L.C.

3715. CVS EGL Hwy 90 Morgan City LA, Inc.

3716. CVS EGL Hwy 92 Lakeland FL, L.L.C.

3717. CVS EGL Hwy 98 Destin FL, L.L.C.

3718. CVS EGL Hwy 98 Lakeland FL, L.L.C.

3719. CVS EGL Hwy 98 Panama FL, L.L.C.

3720. CVS EGL Hwy A1A Palm FL, L.L.C.

3721. CVS EGL Hwy Lake Placid FL, L.L.C.

3722. CVS EGL Hymeadow Austin TX, L.P.

3723. CVS EGL Imperial Bonita FL, L.L.C.

3724. CVS EGL Ina Tucson AZ, L.L.C.

3725. CVS EGL Independence Plano TX, L.P.

3726. CVS EGL Independence Shawnee OK, Inc.

3727. CVS EGL Independence TX, L.P.

3728. CVS EGL Indian Scottsdale AZ, L.L.C.

3729. CVS EGL Indian Trace FL, L.L.C.

3730. CVS EGL Indiana Arvada CO CVS, L.L.C.

3731. CVS EGL Indiantown Jupiter FL, L.L.C.

3732. CVS EGL International Drive FL, L.L.C.

3733. CVS EGL International Mary FL, L.L.C.

3734. CVS EGL International Orlando FL, L.L.C.

3735. CVS EGL Irlo Kissimmee FL, L.L.C.

3736. CVS EGL Irving TX, L.P.

3737. CVS EGL Irvington Houston TX, L.P.

3738. CVS EGL Irvington Tucson AZ, L.L.C.

3739. CVS EGL Ives Dairy Miami FL, L.L.C.

3740. CVS EGL Jacksboro Fort Worth TX, L.P.

3741. CVS EGL Jacksboro Wichita Falls TX, L.P.

3742. CVS EGL Jackson Alexandria LA, Inc.

3743. CVS EGL Jackson MS, Inc.

3744. CVS EGL Jacksonville FL, L.L.C.

3745. CVS EGL Jasper FL, L.L.C.

3746. CVS EGL Jefferson Baton Rouge LA, Inc.

3747. CVS EGL Jensen Beach FL, L.L.C.

3748. CVS EGL Jester Austin TX, L.P.

3749. CVS EGL Jog Boynton Beach FL, L.L.C.

3750. CVS EGL Jog Greenacres FL, L.L.C.

3751. CVS EGL Jog Lake Worth FL, L.L.C.

3752. CVS EGL John Young Orlando FL, L.L.C.

3753. CVS EGL Johnson Mission KS, Inc.

3754. CVS EGL Johnston Lafayette LA, Inc.

3755. CVS EGL Jones Houston TX, L.P.

3756. CVS EGL Jones Maltsberger San Antonio TX, L.P.

3757. CVS EGL Jones Road TX, L.P.

3758. CVS EGL Juan Tabo NM, L.L.C.

3759. CVS EGL Juno Beach FL, L.L.C.

3760. CVS EGL Jupiter Plano TX, L.P.

3761. CVS EGL Kaliste Lafayette LA, Inc.

3762. CVS EGL Kansas City KS, Inc.

3763. CVS EGL Kathleen Road FL, L.L.C.

3764. CVS EGL Katy TX, L.P.

3765. CVS EGL Kaufman TX, L.P.

3766. CVS EGL Kenner LA, Inc.

3767. CVS EGL Keystone Heights FL, L.L.C.

3768. CVS EGL King Seguin TX, L.P.

3769. CVS EGL Kings Pierce FL, L.L.C.

3770. CVS EGL Kingsland TX, L.P.

3771. CVS EGL Kingwood Humble TX, L.P.

3772. CVS EGL Kingwood TX, L.P.

3773. CVS EGL Kipling Coal Mine CO CVS, L.L.C.

3774. CVS EGL Kipling Littleton CO CVS, L.L.C.

3775. CVS EGL Kirby Houston TX, L.P.

3776. CVS EGL Kirkman FL, L.L.C.

3777. CVS EGL Kissimmee FL, L.L.C.

3778. CVS EGL Kosciusko MS, Inc.

3779. CVS EGL Kuykendahl TX, L.P.

3780. CVS EGL La Canada Oro AZ, L.L.C.

3781. CVS EGL Lafayette LA, Inc.

3782. CVS EGL Lake Austin TX, L.P.

3783. CVS EGL Lake Butler FL, L.L.C.

3784. CVS EGL Lake North Palm FL, L.L.C.
3785. CVS EGL Lake Pickett FL, L.L.C.
3786. CVS EGL Lake Taylor TX, L.P.
3787. CVS EGL Lake Underhill FL, L.L.C.
3788. CVS EGL Lake Weir Ocala FL, L.L.C.
3789. CVS EGL Lake Worth FL, L.L.C.
3790. CVS EGL Lake Worth Fort Worth TX, L.P.
3791. CVS EGL Lake Worth Road FL, L.L.C.
3792. CVS EGL Lakeland FL, L.L.C.
3793. CVS EGL Lakeland Highlands FL, L.L.C.
3794. CVS EGL Lakewood CO CVS, L.L.C.
3795. CVS EGL Lamar Paris TX, L.P.
3796. CVS EGL Land O Lakes FL, L.L.C.
3797. CVS EGL Lantana FL, L.L.C.
3798. CVS EGL Lantana Lake Worth FL, L.L.C.
3799. CVS EGL Lauderdale FL, L.L.C.
3800. CVS EGL Laurel MS, Inc.
3801. CVS EGL Lavon Garland TX, L.P.
3802. CVS EGL Lawton OK, Inc.
3803. CVS EGL Leavenworth KS, Inc.
3804. CVS EGL Lebanon Frisco TX, L.P.
3805. CVS EGL Lecanto Beverly FL, L.L.C.
3806. CVS EGL Lee Lawton OK, Inc.
3807. CVS EGL Lee Lehigh Acres FL, L.L.C.
3808. CVS EGL Lee Orlando FL, L.L.C.
3809. CVS EGL Lees Summit MO, Inc.
3810. CVS EGL Leesburg FL, L.L.C.
3811. CVS EGL Lemmon Dallas TX, L.P.
3812. CVS EGL Lenexa KS, Inc.
3813. CVS EGL Leopard TX, L.P.
3814. CVS EGL Lewis New Iberia LA, Inc.
3815. CVS EGL Lexington Missouri City TX, L.P.
3816. CVS EGL Lexington Sugar Land TX, L.P.
3817. CVS EGL Liberty MO, Inc.
3818. CVS EGL Lindsay Gilbert AZ, L.L.C.
3819. CVS EGL Linebaugh Tampa FL, L.L.C.
3820. CVS EGL Little Elm TX, L.P.
3821. CVS EGL Little Hudson FL, L.L.C.
3822. CVS EGL Lomans Ford TX, L.P.
3823. CVS EGL Long Beach MS, Inc.
3824. CVS EGL Long Point Houston TX, L.P.
3825. CVS EGL Longboat Key FL, L.L.C.
3826. CVS EGL Longmont CO CVS, L.L.C.
3827. CVS EGL Longwood FL, L.L.C.
3828. CVS EGL Loop Alvin TX, L.P.
3829. CVS EGL Losoya San Antonio TX, L.P.
3830. CVS EGL Louetta Houston TX, L.P.
3831. CVS EGL Louetta Spring TX, L.P.
3832. CVS EGL Louisiana Properties, Inc.
3833. CVS EGL Lovers Lane TX, L.P.
3834. CVS EGL Lowell Boulevard CO CVS, L.L.C.
3835. CVS EGL Lubbock Lamesa TX, L.P.
3836. CVS EGL Lubbock TX, L.P.
3837. CVS EGL Lumsden Brandon, L.L.C.
3838. CVS EGL Lumsden Road FL, L.L.C.
3839. CVS EGL Mabank TX, L.P.
3840. CVS EGL Macarthur OK, Inc.
3841. CVS EGL Macclenney FL, L.L.C.
3842. CVS EGL Macdill Tampa FL, L.L.C.

3843. CVS EGL Madison Tampa FL, L.L.C.
3844. CVS EGL Magee MS, Inc.
3845. CVS EGL Magnolia FL, L.L.C.
3846. CVS EGL Main Apopka FL, L.L.C.
3847. CVS EGL Main Avon Park FL, L.L.C.
3848. CVS EGL Main Baker LA, Inc.
3849. CVS EGL Main Bushnell FL, L.L.C.
3850. CVS EGL Main Dallas TX, L.P.
3851. CVS EGL Main FL, L.L.C.
3852. CVS EGL Main Franklin LA, Inc.
3853. CVS EGL Main Gainesville FL, L.L.C.
3854. CVS EGL Main Galliano LA, Inc.
3855. CVS EGL Main Inverness FL, L.L.C.
3856. CVS EGL Main Kansas City MO, Inc.
3857. CVS EGL Main Kerrville TX, L.P.
3858. CVS EGL Main Lewisville TX, L.P.
3859. CVS EGL Main Liberty TX, L.P.
3860. CVS EGL Main Martinville LA, Inc.
3861. CVS EGL Main Mesa AZ, L.L.C.
3862. CVS EGL Main Norman OK, Inc.
3863. CVS EGL Main Opelousas LA, Inc.
3864. CVS EGL Main Street TX, L.P.
3865. CVS EGL Main The Colony TX, L.P.
3866. CVS EGL Main Wildwood FL, L.L.C.
3867. CVS EGL Main Windsor CO CVS, L.L.C.
3868. CVS EGL Main Winnfield LA, Inc.
3869. CVS EGL Malabar Palm Bay FL, L.L.C.
3870. CVS EGL Manatee Beach FL, L.L.C.
3871. CVS EGL Manatee Bradenton FL, L.L.C.
3872. CVS EGL Mandalay Ave FL, L.L.C.
3873. CVS EGL Mansfield Fort Worth TX, L.P.
3874. CVS EGL Mansfield Shreveport LA, Inc.
3875. CVS EGL Mansfield TX, L.P.
3876. CVS EGL Maplewood Sulphur LA, Inc.
3877. CVS EGL Marco Island FL, L.L.C.
3878. CVS EGL Margate FL, L.L.C.
3879. CVS EGL Margate Pompano FL, L.L.C.
3880. CVS EGL Marianna FL, L.L.C.
3881. CVS EGL Maricamp Ocala FL, L.L.C.
3882. CVS EGL Market Street TX, L.P.
3883. CVS EGL Market Stuart FL, L.L.C.
3884. CVS EGL Marsh Lane TX, L.P.
3885. CVS EGL Marshall Howard TX, L.P.
3886. CVS EGL Martin Downs FL, L.L.C.
3887. CVS EGL Martin Greenville MS, Inc.
3888. CVS EGL Martin Luther King OK, Inc.
3889. CVS EGL Marty Street KS, Inc.
3890. CVS EGL Mary Esther FL, L.L.C.
3891. CVS EGL Mason Cypress TX, L.P.
3892. CVS EGL Mass Port Richey FL, L.L.C.
3893. CVS EGL Matlock Arlington TX, L.P.
3894. CVS EGL May Oklahoma, Inc.
3895. CVS EGL McCall Englewood FL, L.L.C.
3896. CVS EGL McCart Fort Worth TX, L.P.
3897. CVS EGL McComb MS, Inc.
3898. CVS EGL McDermott Plano TX, L.P.

3899. CVS EGL McDowell Mesa AZ, L.L.C.
3900. CVS EGL McKellips Mesa AZ, L.L.C.
3901. CVS EGL McMullen Booth FL, L.L.C.
3902. CVS EGL Meadowbrook Fort TX, L.P.
3903. CVS EGL Medical San Antonio TX, L.P.
3904. CVS EGL Meeting Place FL, L.L.C.
3905. CVS EGL Memorial Drive TX, L.P.
3906. CVS EGL Memorial Lakeland FL, L.L.C.
3907. CVS EGL Menaul Eubank NM, L.L.C.
3908. CVS EGL Merritt Island FL, L.L.C.
3909. CVS EGL Mesa AZ, L.L.C.
3910. CVS EGL Mesa Houston TX, L.P.
3911. CVS EGL Mesquite TX, L.P.
3912. CVS EGL Metairie Road LA, Inc.
3913. CVS EGL Metcalf KS, Inc.
3914. CVS EGL Meyer Street TX, L.P.
3915. CVS EGL Miami 56th FL, L.L.C.
3916. CVS EGL Miami Beach FL, L.L.C.
3917. CVS EGL Miami Dix FL, L.L.C.
3918. CVS EGL Miami FL, L.L.C.
3919. CVS EGL Military Delray FL, L.L.C.
3920. CVS EGL Military Flores TX, L.P.
3921. CVS EGL Military Palm Beach FL, L.L.C.
3922. CVS EGL Military Pineville LA, Inc.
3923. CVS EGL Military Trail Jupiter FL, L.L.C.
3924. CVS EGL Military West Palm Beach FL, L.L.C.
3925. CVS EGL Mills Miami FL, L.L.C.
3926. CVS EGL Milwaukee TX, L.P.
3927. CVS EGL Minden LA, Inc.

3928. CVS EGL Miramar Dykes FL, L.L.C.
3929. CVS EGL Miramar FL, L.L.C.
3930. CVS EGL Miramar Hollywood FL, L.L.C.
3931. CVS EGL Miramar Indialantic FL, L.L.C.
3932. CVS EGL Miramar Parkway FL, L.L.C.
3933. CVS EGL Miromar Estero FL, L.L.C.
3934. CVS EGL Mississippi Aurora CO CVS, L.L.C.
3935. CVS EGL Mississippi Properties, Inc.
3936. CVS EGL Missouri Ave FL, L.L.C.
3937. CVS EGL Missouri Properties, Inc.
3938. CVS EGL Mizner Boca FL, L.L.C.
3939. CVS EGL Mobile Highway FL, L.L.C.
3940. CVS EGL Mobile Pensacola FL, L.L.C.
3941. CVS EGL Monroe Tallahassee FL, L.L.C.
3942. CVS EGL Montgomery FL, L.L.C.
3943. CVS EGL Montgomery NM, L.L.C.
3944. CVS EGL Monument Saint Joe FL, L.L.C.
3945. CVS EGL Moore OK, Inc.
3946. CVS EGL Moreau Marksville LA, Inc.
3947. CVS EGL Moss Lafayette LA, Inc.
3948. CVS EGL Municipal Drive FL, L.L.C.
3949. CVS EGL Mur Len Olathe KS, Inc.
3950. CVS EGL Murphy TX, L.P.
3951. CVS EGL N 18th Waco TX, L.P.
3952. CVS EGL N Beach Fort Worth TX, L.P.
3953. CVS EGL N Bluegrove Lancaster TX, L.P.
3954. CVS EGL N Carrier Grand Prairie TX, L.P.

3955. CVS EGL N Central Dallas TX, L.P.

3956. CVS EGL N Denton Tap Coppell TX, L.P.

3957. CVS EGL N Frazier Conroe TX, L.P.

3958. CVS EGL N Galloway Mesquite TX, L.P.

3959. CVS EGL N Greer Pittsburg TX, L.P.

3960. CVS EGL N I 35 Denton TX, L.P.

3961. CVS EGL N Industrial Bedford TX, L.P.

3962. CVS EGL N Josey Carrollton TX, L.P.

3963. CVS EGL N Judge Ely Abilene TX, L.P.

3964. CVS EGL N Lamar Austin TX, L.P.

3965. CVS EGL N Macarthur Irving TX, L.P.

3966. CVS EGL N Main Pearland TX, L.P.

3967. CVS EGL N Main Vidor TX, L.P.

3968. CVS EGL N Mccoy New Boston TX, L.P.

3969. CVS EGL N Nacogdoches TX, L.P.

3970. CVS EGL N New Waco TX, L.P.

3971. CVS EGL N Richmond Wharton TX, L.P.

3972. CVS EGL N Saint Marys Beeville TX, L.P.

3973. CVS EGL N Story Irving TX, L.P.

3974. CVS EGL N Tarrant N Richland Hills TX, L.P.

3975. CVS EGL N Walnut Creek Mansfield TX, L.P.

3976. CVS EGL N Willis Abilene TX, L.P.

3977. CVS EGL Nacogdoches San Antonio TX, L.P.

3978. CVS EGL Nall Avenue KS, Inc.

3979. CVS EGL Naples FL, L.L.C.

3980. CVS EGL Narcoosee Road FL, L.L.C.

3981. CVS EGL Nasa Houston TX, L.P.

3982. CVS EGL Natchez MS, Inc.

3983. CVS EGL Navarre FL, L.L.C.

3984. CVS EGL Nebraska Tampa FL, L.L.C.

3985. CVS EGL Nederland TX, L.P.

3986. CVS EGL New Boston Texarkana TX, L.P.

3987. CVS EGL New Braunfels TX, L.P.

3988. CVS EGL New Cedar TX, L.P.

3989. CVS EGL New Orleans LA, Inc.

3990. CVS EGL New Tampa FL, L.L.C.

3991. CVS EGL New Territory Sugar Land TX, L.P.

3992. CVS EGL Newberry Road FL, L.L.C.

3993. CVS EGL Newhaven FL, L.L.C.

3994. CVS EGL Niceville FL, L.L.C.

3995. CVS EGL Nine Mile FL, L.L.C.

3996. CVS EGL Ninth Galveston TX, L.P.

3997. CVS EGL Noble Williston FL, L.L.C.

3998. CVS EGL Nogalitos TX, L.P.

3999. CVS EGL Nomans FL, L.L.C.

4000. CVS EGL Norman OK, Inc.

4001. CVS EGL Normandy FL, L.L.C.

4002. CVS EGL Normandy Jacksonville FL, L.L.C.

4003. CVS EGL North 16th AZ, L.L.C.

4004. CVS EGL North 16th Street TX, L.P.

4005. CVS EGL North Belton MO, Inc.

4006. CVS EGL North Braunfels TX, L.P.

4007. CVS EGL North Cleveland FL, L.L.C.

4008. CVS EGL North Congress FL, L.L.C.

4009. CVS EGL North Dale Tampa FL, L.L.C.

4010. CVS EGL North Davis MS, Inc.

4011. CVS EGL North Federal FL, L.L.C.

4012. CVS EGL North Florida FL, L.L.C.

4013. CVS EGL North Freeway TX, L.P.

4014. CVS EGL North Highland FL, L.L.C.

4015. CVS EGL North Homestead FL, L.L.C.

4016. CVS EGL North Josey Lane TX, L.P.

4017. CVS EGL North Lauderdale FL, L.L.C.

4018. CVS EGL North Market LA, Inc.

4019. CVS EGL North May OK, Inc.

4020. CVS EGL North Miami Beach FL, L.L.C.

4021. CVS EGL North Military Trail FL, L.L.C.

4022. CVS EGL North Nova FL, L.L.C.

4023. CVS EGL North Ocean FL, L.L.C.

4024. CVS EGL North Pensacola FL, L.L.C.

4025. CVS EGL North Rockwell OK, Inc.

4026. CVS EGL North Santa Fe OK, Inc.

4027. CVS EGL North Vero FL, L.L.C.

4028. CVS EGL North Wickham Road FL, L.L.C.

4029. CVS EGL Northeast Ocean FL, L.L.C.

4030. CVS EGL Northern Glendale AZ, L.L.C.

4031. CVS EGL Northpark Humble TX, L.P.

4032. CVS EGL Northwest Freeway TX, L.P.

4033. CVS EGL Northwest Houston TX, L.P.

4034. CVS EGL Nova Daytona Beach FL, L.L.C.

4035. CVS EGL Nova Ormond Beach FL, L.L.C.

4036. CVS EGL NW Loop 436 Carthage TX, L.P.

4037. CVS EGL Oak Kansas City MO, Inc.

4038. CVS EGL Oak Lawn Dallas TX, L.P.

4039. CVS EGL Oak Traffic Kansas City MO, Inc.

4040. CVS EGL Oakhurst Seminole FL, L.L.C.

4041. CVS EGL Oakland Lauderdale FL, L.L.C.

4042. CVS EGL Oakland Park Boulevard FL, L.L.C.

4043. CVS EGL Oakland Park West FL, L.L.C.

4044. CVS EGL Ocala Southwest FL, L.L.C.

4045. CVS EGL Ocean Springs MS, Inc.

4046. CVS EGL Ocoee FL, L.L.C.

4047. CVS EGL Ohio Live Oak FL, L.L.C.

4048. CVS EGL Ohio Lynn Haven FL, L.L.C.

4049. CVS EGL Okeechobee Boulevard FL, L.L.C.

4050. CVS EGL Okeechobee West Palm FL, L.L.C.

4051. CVS EGL Oklahoma City 44 Southwest, Inc.

4052. CVS EGL Oklahoma Properties, Inc.

4053. CVS EGL Olathe KS, Inc.

4054. CVS EGL Old Cutler Miami FL, L.L.C.

4055. CVS EGL Old Quincy Tallahassee FL, L.L.C.

4056. CVS EGL Old Westeimer TX, L.P.

4057. CVS EGL Opa Locka FL, L.L.C.

4058. CVS EGL Orange Blossom Orlando FL, L.L.C.

4059. CVS EGL Orange Blossom Trail FL, L.L.C.

4060. CVS EGL Orange Kissimmee FL, L.L.C.

4061. CVS EGL Orange Orlando FL, L.L.C.

4062. CVS EGL Orange Park FL, L.L.C.

4063. CVS EGL Orange TX, L.P.

4064. CVS EGL Orlando Sanford FL, L.L.C.

4065. CVS EGL Orlando Winter Park FL, L.L.C.

4066. CVS EGL Oro Valley AZ, L.L.C.

4067. CVS EGL Osceola Kissimmee FL, L.L.C.

4068. CVS EGL Oslo Vero FL, L.L.C.

4069. CVS EGL Osprey FL, L.L.C.

4070. CVS EGL Osuna Road NM, L.L.C.

4071. CVS EGL Overland Park KS, Inc.

4072. CVS EGL Overseas Big Pine Key FL, L.L.C.

4073. CVS EGL Overseas Islamorada FL, L.L.C.

4074. CVS EGL Overseas Key Largo FL, L.L.C.

4075. CVS EGL Overseas Marathon FL, L.L.C.

4076. CVS EGL Overseas Tavernier FL, L.L.C.

4077. CVS EGL Oviedo FL, L.L.C.

4078. CVS EGL Oxford FL, L.L.C.

4079. CVS EGL Oyster Creek Lake Jackson TX, L.P.

4080. CVS EGL Palafox Pensacola FL, L.L.C.

4081. CVS EGL Palatka FL, L.L.C.

4082. CVS EGL Palm 19th North FL, L.L.C.

4083. CVS EGL Palm Avenue FL, L.L.C.

4084. CVS EGL Palm Bay FL, L.L.C.

4085. CVS EGL Palm Beach Boulevard FL, L.L.C.

4086. CVS EGL Palm Beach Fort Myers FL, L.L.C.

4087. CVS EGL Palm Coast FL, L.L.C.

4088. CVS EGL Palm Ridge Sanibel FL, L.L.C.

4089. CVS EGL Panama City FL, L.L.C.

4090. CVS EGL Panther Creek TX, L.P.

4091. CVS EGL Park Houma LA, Inc.

4092. CVS EGL Parker Centennial CO CVS, L.L.C.

4093. CVS EGL Parker Denver CO CVS, L.L.C.

4094. CVS EGL Parkway Spring TX, L.P.

4095. CVS EGL Parkwood TX, L.P.

4096. CVS EGL Parmer Cedar TX, L.P.

4097. CVS EGL Parmer Harris TX, L.P.

4098. CVS EGL Parrott Okeechobee FL, L.L.C.

4099. CVS EGL Pascagoula MS, Inc.

4100. CVS EGL Paseo Del Norte NM, L.L.C.

4101. CVS EGL Pat Booker Universal City TX, L.P.

4102. CVS EGL Paul Maillard Luling LA, Inc.

4103. CVS EGL Pearl Boulder CO CVS, L.L.C.

4104. CVS EGL Pearl MS, Inc.

4105. CVS EGL Perdido Pensacola FL, L.L.C.

4106. CVS EGL Perkins Baton Rouge LA, Inc.

4107. CVS EGL Pflugerville TX, L.P.

4108. CVS EGL PGA Boulevard FL, L.L.C.

4109. CVS EGL Phenix City AL, Inc.

4110. CVS EGL Phoenix McDowell AZ, L.L.C.

4111. CVS EGL Picayune MS, Inc.

4112. CVS EGL Pine Island FL, L.L.C.

4113. CVS EGL Pine Naples FL, L.L.C.

4114. CVS EGL Pine Ocala FL, L.L.C.

4115. CVS EGL Pinellas Park FL, L.L.C.

4116. CVS EGL Pines Boulevard FL, L.L.C.

4117. CVS EGL Pines Hollywood FL, L.L.C.

4118.   CVS EGL Pines Shreveport LA, Inc.

4119.   CVS EGL Pinhook Lafayette LA, Inc.

4120.   CVS EGL Pioneer Arlington TX, L.P.

4121.   CVS EGL Pipers Glen FL, L.L.C.

4122.   CVS EGL Plank Baton Rouge LA, Inc.

4123.   CVS EGL Plant City FL, L.L.C.

4124.   CVS EGL Platte City MO, Inc.

4125.   CVS EGL Plaza Tampa FL, L.L.C.

4126.   CVS EGL Pleasant Valley Garland TX, L.P.

4127.   CVS EGL Poinciana Destin FL, L.L.C.

4128.   CVS EGL Pointe Fort Myers FL, L.L.C.

4129.   CVS EGL Polk Houston TX, L.P.

4130.   CVS EGL Pompano Beach FL, L.L.C.

4131.   CVS EGL Ponchatoula LA, Inc.

4132.   CVS EGL Pontchartrain Slidell LA, Inc.

4133.   CVS EGL Port Arthur TX, L.P.

4134.   CVS EGL Port Lavaca TX, L.P.

4135.   CVS EGL Port Neches TX, L.P.

4136.   CVS EGL Port Richey FL, L.L.C.

4137.   CVS EGL Port Saint Lucie FL, L.L.C.

4138.   CVS EGL Port Southwest FL, L.L.C.

4139.   CVS EGL Porter TX, L.P.

4140.   CVS EGL Post Oak TX, L.P.

4141.   CVS EGL Potranco San Antonio TX, L.P.

4142.   CVS EGL Power German AZ, L.L.C.

4143.   CVS EGL Powers Stetson CO CVS, L.L.C.

4144.   CVS EGL Prairie Village KS, Inc.

4145.   CVS EGL Precinct Hurst TX, L.P.

4146.   CVS EGL Preston Forrest TX, L.P.

4147.   CVS EGL Preston Frisco TX, L.P.

4148.   CVS EGL Preston Road TX, L.P.

4149.   CVS EGL Prima Vista FL, L.L.C.

4150.   CVS EGL Providence Deltona FL, L.L.C.

4151.   CVS EGL Prytania New Orleans LA, Inc.

4152.   CVS EGL Public Lafayette CO CVS, L.L.C.

4153.   CVS EGL Quail Roost Miami FL, L.L.C.

4154.   CVS EGL Quebec Denver CO CVS, L.L.C.

4155.   CVS EGL Queenston TX, L.P.

4156.   CVS EGL Quincy Avenue MO, Inc.

4157.   CVS EGL Quincy FL, L.L.C.

4158.   CVS EGL Quincy Tallahassee FL, L.L.C.

4159.   CVS EGL Racetrack Walton FL, L.L.C.

4160.   CVS EGL Rattlesnake Hammock FL, L.L.C.

4161.   CVS EGL Rattlesnake Naples FL, L.L.C.

4162.   CVS EGL Ray McQueen AZ, L.L.C.

4163.   CVS EGL Rayford Spring TX, L.P.

4164.   CVS EGL Red Bluff Pasadena TX, L.P.

4165.   CVS EGL Red Bug FL, L.L.C.

4166.   CVS EGL Red Bug Oviedo FL, L.L.C.

4167.   CVS EGL Reno Mustang OK, Inc.

4168.   CVS EGL Research TX, L.P.

4169.   CVS EGL Richardson Henderson TX, L.P.

4170.   CVS EGL Richey FL, L.L.C.

4171.   CVS EGL Richland MS, Inc.

4172.   CVS EGL Richmond Hill FL, L.L.C.

4173.   CVS EGL Ridge New Port Richey FL, L.L.C.

4174. CVS EGL Ridgewood Beach FL, L.L.C.

4175. CVS EGL Ridgewood Edgewater FL, L.L.C.

4176. CVS EGL Riggs Chandler AZ, L.L.C.

4177. CVS EGL River Oaks Fort Worth TX, L.P.

4178. CVS EGL Riverview FL, L.L.C.

4179. CVS EGL Robertsdale AL, Inc.

4180. CVS EGL Robinson Norman OK, Inc.

4181. CVS EGL Robstown TX, L.P.

4182. CVS EGL Rock Prairie College Station TX, L.P.

4183. CVS EGL Rockwall TX, L.P.

4184. CVS EGL Rockwell Oklahoma City OK, Inc.

4185. CVS EGL Rogero Jacksonville FL, L.L.C.

4186. CVS EGL Roosevelt FL, L.L.C.

4187. CVS EGL Roosevelt Key West FL, L.L.C.

4188. CVS EGL Rosemont Goodyear AZ, L.L.C.

4189. CVS EGL Rosenburg TX, L.P.

4190. CVS EGL Ross Dallas TX, L.P.

4191. CVS EGL Round Rock TX, L.P.

4192. CVS EGL Rowlett TX, L.P.

4193. CVS EGL Royal Palm Beach FL, L.L.C.

4194. CVS EGL Rufe Snow Keller TX, L.P.

4195. CVS EGL Sadler Fernandina Beach FL, L.L.C.

4196. CVS EGL Saginaw TX, L.P.

4197. CVS EGL Saint Andrews Boca Raton FL, L.L.C.

4198. CVS EGL Saint Augustine FL, L.L.C.

4199. CVS EGL Saint James FL, L.L.C.

4200. CVS EGL Sam Houston LA, Inc.

4201. CVS EGL Sample Pompano Beach FL, L.L.C.

4202. CVS EGL Samuell Dallas TX, L.P.

4203. CVS EGL San Bernardino NM, L.L.C.

4204. CVS EGL San Carlos FL, L.L.C.

4205. CVS EGL San Jose FL, L.L.C.

4206. CVS EGL San Marcos TX, L.P.

4207. CVS EGL San Pedro Avenue TX, L.P.

4208. CVS EGL Sandalfoot Boca Raton FL, L.L.C.

4209. CVS EGL Sandlake Orlando FL, L.L.C.

4210. CVS EGL Sanford FL, L.L.C.

4211. CVS EGL Santa Barbara Cape Coral FL, L.L.C.

4212. CVS EGL Santa Edmond OK, Inc.

4213. CVS EGL Santa Fe OK, Inc.

4214. CVS EGL Sarafruit FL, L.L.C.

4215. CVS EGL Sarasota FL, L.L.C.

4216. CVS EGL Satellite Beach FL, L.L.C.

4217. CVS EGL Sawgrass Ponte Vedra FL, L.L.C.

4218. CVS EGL Scarsdale Houston TX, L.P.

4219. CVS EGL Schillinger Mobile AL, Inc.

4220. CVS EGL Scott Street TX, L.P.

4221. CVS EGL Scottsdale AZ, L.L.C.

4222. CVS EGL Scottsdale Paradise AZ, L.L.C.

4223. CVS EGL Seagoville TX, L.P.

4224. CVS EGL Sebastian FL, L.L.C.

4225. CVS EGL Sebring FL, L.L.C.

4226. CVS EGL Security CO CVS, L.L.C.

4227. CVS EGL Seffner FL, L.L.C.

4228. CVS EGL Seminole Largo FL, L.L.C.

4229. CVS EGL Semmes AL, Inc.

4230. CVS EGL Semoran Winter Park FL, L.L.C.
4231. CVS EGL Seven Springs FL, L.L.C.
4232. CVS EGL Severn Metairie LA, Inc.
4233. CVS EGL Shartel Oklahoma, Inc.
4234. CVS EGL Shaver Pasadena TX, L.P.
4235. CVS EGL Shawnee KS, Inc.
4236. CVS EGL Shea Phoenix AZ, L.L.C.
4237. CVS EGL Sheldon Channelview TX, L.P.
4238. CVS EGL Sheridan Hollywood FL, L.L.C.
4239. CVS EGL Sheridan Pembroke FL, L.L.C.
4240. CVS EGL Sherwood Forest LA, Inc.
4241. CVS EGL Shreveport LA, Inc.
4242. CVS EGL Silsbee TX, L.P.
4243. CVS EGL Silver Springs FL, L.L.C.
4244. CVS EGL Silver Star Orlando FL, L.L.C.
4245. CVS EGL Simon Franklin LA, Inc.
4246. CVS EGL Skillman TX, L.P.
4247. CVS EGL Skyline Tucson AZ, L.L.C.
4248. CVS EGL Snider Plaza TX, L.P.
4249. CVS EGL Snow Mid Cities TX, L.P.
4250. CVS EGL Socrum Loop FL, L.L.C.
4251. CVS EGL South 270 League City TX, L.P.
4252. CVS EGL South 78 Wylie TX, L.P.
4253. CVS EGL South Alameda TX, L.P.
4254. CVS EGL South Boynton FL, L.L.C.
4255. CVS EGL South Bryant OK, Inc.
4256. CVS EGL South Cleveland FL, L.L.C.
4257. CVS EGL South Congress FL, L.L.C.

4258. CVS EGL South Conway FL, L.L.C.
4259. CVS EGL South Deerfield FL, L.L.C.
4260. CVS EGL South Dixie FL, L.L.C.
4261. CVS EGL South East 44th OK, Inc.
4262. CVS EGL South Fort Worth TX, L.P.
4263. CVS EGL South Hampton TX, L.P.
4264. CVS EGL South Hiawassee FL, L.L.C.
4265. CVS EGL South Jefferson TX, L.P.
4266. CVS EGL South Main Houston TX, L.P.
4267. CVS EGL South Mason Katy TX, L.P.
4268. CVS EGL South Miami FL, L.L.C.
4269. CVS EGL South Military FL, L.L.C.
4270. CVS EGL South Monroe FL, L.L.C.
4271. CVS EGL South Orange Orlando FL, L.L.C.
4272. CVS EGL South Ridgewood FL, L.L.C.
4273. CVS EGL South Staples TX, L.P.
4274. CVS EGL South Storey TX, L.P.
4275. CVS EGL South Volusia FL, L.L.C.
4276. CVS EGL South Washington TX, L.P.
4277. CVS EGL South Woodland FL, L.L.C.
4278. CVS EGL Southeast Maricamp FL, L.L.C.
4279. CVS EGL Southern Boulevard FL, L.L.C.
4280. CVS EGL Southern Mesa AZ, L.L.C.
4281. CVS EGL Southern, L.L.C.
4282. CVS EGL Southside Jacksonville FL, L.L.C.

F-62

4283. CVS EGL Southwest 88th FL, L.L.C.

4284. CVS EGL Southwest FL, L.L.C.

4285. CVS EGL Southwest Sugar Land TX, L.P.

4286. CVS EGL Southwest Wichita Falls TX, L.P.

4287. CVS EGL Speedway Tucson AZ, L.L.C.

4288. CVS EGL Spencer Highway TX, L.P.

4289. CVS EGL Spencer Pasadena TX, L.P.

4290. CVS EGL Spirit Lake FL, L.L.C.

4291. CVS EGL Spring Champion TX, L.P.

4292. CVS EGL Spring FL, L.L.C.

4293. CVS EGL Spring Hill AL, Inc.

4294. CVS EGL Spring Hill Drive FL, L.L.C.

4295. CVS EGL Spring Hill FL, L.L.C.

4296. CVS EGL SR 13 Jacksonville FL, L.L.C.

4297. CVS EGL St. Cloud FL, L.L.C.

4298. CVS EGL St. Pete Sarasota FL, L.L.C.

4299. CVS EGL Stapley Mesa AZ, L.L.C.

4300. CVS EGL Staring Baton Rouge LA, Inc.

4301. CVS EGL Starkey Seminole FL, L.L.C.

4302. CVS EGL State Altamonte FL, L.L.C.

4303. CVS EGL State Augustine FL, L.L.C.

4304. CVS EGL State Callahan FL, L.L.C.

4305. CVS EGL State Clearwater FL, L.L.C.

4306. CVS EGL State Hollywood FL, L.L.C.

4307. CVS EGL State Jackson MS, Inc.

4308. CVS EGL State Lauderdale FL, L.L.C.

4309. CVS EGL State Line Kansas City MO, Inc.

4310. CVS EGL State Line Road MO, Inc.

4311. CVS EGL State Longwood FL, L.L.C.

4312. CVS EGL State Road 7 FL, L.L.C.

4313. CVS EGL State Valrico FL, L.L.C.

4314. CVS EGL Sterlington Monroe LA, Inc.

4315. CVS EGL Stewart Azle TX, L.P.

4316. CVS EGL Stirling Lauderdale FL, L.L.C.

4317. CVS EGL Stock Island FL, L.L.C.

4318. CVS EGL Stone Kilgore TX, L.P.

4319. CVS EGL Strand Naples FL, L.L.C.

4320. CVS EGL Stribling Brandon MS, Inc.

4321. CVS EGL Stuart FL, L.L.C.

4322. CVS EGL Sulphur Springs TX, L.P.

4323. CVS EGL Summerlin FL, L.L.C.

4324. CVS EGL Sun City FL, L.L.C.

4325. CVS EGL Suncoast FL, L.L.C.

4326. CVS EGL Suncrest Jackson MS, Inc.

4327. CVS EGL Sunrise Commercial FL, L.L.C.

4328. CVS EGL Sunrise Lauderdale FL, L.L.C.

4329. CVS EGL Sunset Drive FL, L.L.C.

4330. CVS EGL Sunset Miami FL, L.L.C.

4331. CVS EGL SW Green Arlington TX, L.P.

4332. CVS EGL SW Wilshire Burleson TX, L.P.

4333. CVS EGL Sycamore School TX, L.P.

4334. CVS EGL Taft Street FL, L.L.C.

4335. CVS EGL Tamiami Bonita Springs FL, L.L.C.

4336. CVS EGL Tamiami Fort Myers FL, L.L.C.

4337. CVS EGL Tamiami Naples FL, L.L.C.

4338. CVS EGL Tamiami Nokomis FL, L.L.C.

4339. CVS EGL Tamiami North Port FL, L.L.C.

4340. CVS EGL Tamiami Port Charlotte FL, L.L.C.

4341. CVS EGL Tamiami Punta Gorda FL, L.L.C.

4342. CVS EGL Tamiami Sarasota FL, L.L.C.

4343. CVS EGL Tamiami Venice FL, L.L.C.

4344. CVS EGL Tampa Jenkins FL, L.L.C.

4345. CVS EGL Tampa Oldsmar FL, L.L.C.

4346. CVS EGL Tampa St. Pete FL, L.L.C.

4347. CVS EGL Tarpon Springs FL, L.L.C.

4348. CVS EGL Tarrant Beach TX, L.P.

4349. CVS EGL Tate Cove Ville Platte LA, Inc.

4350. CVS EGL Tatum Phoenix AZ, L.L.C.

4351. CVS EGL Teel Frisco TX, L.P.

4352. CVS EGL Telephone HoustonTX, L.P.

4353. CVS EGL Temple Starke FL, L.L.C.

4354. CVS EGL Tenaha Center TX, L.P.

4355. CVS EGL Tennessee FL, L.L.C.

4356. CVS EGL Tequesta FL, L.L.C.

4357. CVS EGL Texas Alice TX, L.P.

4358. CVS EGL Texas College Station TX, L.P.

4359. CVS EGL Texas Properties, Inc.

4360. CVS EGL Texoma Sherman TX, L.P.

4361. CVS EGL Thomasville FL, L.L.C.

4362. CVS EGL Thomasville Road FL, L.L.C.

4363. CVS EGL Thomasville Tallahassee FL, L.L.C.

4364. CVS EGL Thompson Nursery FL, L.L.C.

4365. CVS EGL Thompson Peak AZ, L.L.C.

4366. CVS EGL Thornton CO CVS, L.L.C.

4367. CVS EGL Thornton Temple TX, L.P.

4368. CVS EGL Thunderbird Peoria AZ, L.L.C.

4369. CVS EGL Thunderbird Sun City AZ, L.L.C.

4370. CVS EGL Tidwell Houston TX, L.P.

4371. CVS EGL Timberline Collins CO CVS, L.L.C.

4372. CVS EGL Tomball TX, L.P.

4373. CVS EGL Tower Denver CO CVS, L.L.C.

4374. CVS EGL Town FL, L.L.C.

4375. CVS EGL Trade Canton TX, L.P.

4376. CVS EGL Trail Fort Myers FL, L.L.C.

4377. CVS EGL Trail Lake TX, L.P.

4378. CVS EGL Trail Naples FL, L.L.C.

4379. CVS EGL Truman Key West FL, L.L.C.

4380. CVS EGL Tulip FL, L.L.C.

4381. CVS EGL Tuttle Sarasota FL, L.L.C.

4382. CVS EGL Twin Hills Dallas TX, L.P.

4383. CVS EGL Tyler TX, L.P.

4384. CVS EGL Tyndall Panama City FL, L.L.C.

4385. CVS EGL Ulmerton Largo FL, L.L.C.

4386. CVS EGL Ulmerton Road FL, L.L.C.

4387. CVS EGL Underhill Orlando FL, L.L.C.

4388. CVS EGL Union Hills AZ, L.L.C.

4389. CVS EGL University Blvd Orlando FL, L.L.C.

4390. CVS EGL University Bradenton FL, L.L.C.

4391. CVS EGL University Denton TX, L.P.

4392. CVS EGL University Fort Lauderdale FL, L.L.C.

4393. CVS EGL University Hollywood FL, L.L.C.

4394. CVS EGL University Pompano FL, L.L.C.

4395. CVS EGL University Winter Park FL, L.L.C.

4396. CVS EGL US Hwy 19 Holiday FL, L.L.C.

4397. CVS EGL Uvalde Houston TX, L.P.

4398. CVS EGL Val Vista AZ, L.L.C.

4399. CVS EGL Valley Mills TX, L.P.

4400. CVS EGL Vandament Yukon OK, Inc.

4401. CVS EGL Vanderbilt Beach FL, L.L.C.

4402. CVS EGL Vegas Verdes NM, L.L.C.

4403. CVS EGL Venice Bypass FL, L.L.C.

4404. CVS EGL Venice FL, L.L.C.

4405. CVS EGL Veterans Metairie LA, Inc.

4406. CVS EGL Viera Melbourne FL, L.L.C.

4407. CVS EGL Village West Palm FL, L.L.C.

4408. CVS EGL Vine Kissimmee FL, L.L.C.

4409. CVS EGL Vineland Kissimmee FL, L.L.C.

4410. CVS EGL Vivion Kansas City MO, Inc.

4411. CVS EGL Voss Houston TX, L.P.

4412. CVS EGL W 20 Arlington TX, L.P.

4413. CVS EGL W 4th Cameron TX, L.P.

4414. CVS EGL W 7th Corsicana TX, L.P.

4415. CVS EGL W Adams Temple TX, L.P.

4416. CVS EGL W Beauregard TX, L.P.

4417. CVS EGL W Bell Fort TX, L.P.

4418. CVS EGL W Berry Fort Worth TX, L.P.

4419. CVS EGL W Camp Wisdom TX, L.P.

4420. CVS EGL W Davis Conroe TX, L.P.

4421. CVS EGL W Frank Lufkin TX, L.P.

4422. CVS EGL W Gentry Tyler TX, L.P.

4423. CVS EGL W Illinois Dallas TX, L.P.

4424. CVS EGL W Lamar Arlington TX, L.P.

4425. CVS EGL W Little York Houston TX, L.P.

4426. CVS EGL W Loop Longview TX, L.P.

4427. CVS EGL W Main League City TX, L.P.

4428. CVS EGL W Marshall Longview TX, L.P.

4429. CVS EGL W Moore Terrell TX, L.P.

4430. CVS EGL W Northwest Grapevine TX, L.P.

4431. CVS EGL W Park Row TX, L.P.

4432. CVS EGL W Parker TX, L.P.

4433. CVS EGL W Pioneer TX, L.P.

4434. CVS EGL W San Antonio TX, L.P.

4435. CVS EGL W Walker TX, L.P.

4436. CVS EGL W Walnut Garland TX, L.P.
4437. CVS EGL W Washington TX, L.P.
4438. CVS EGL Wabasso FL, L.L.C.
4439. CVS EGL Wadsworth CO CVS, L.L.C.
4440. CVS EGL Walker Houston TX, L.P.
4441. CVS EGL Walker LA, Inc.
4442. CVS EGL Waller TX, L.P.
4443. CVS EGL Walsingham Largo FL, L.L.C.
4444. CVS EGL Walzem San Antonio TX, L.P.
4445. CVS EGL Warner Gilbert AZ, L.L.C.
4446. CVS EGL Washington Franklinton LA, Inc.
4447. CVS EGL Washington Houston TX, L.P.
4448. CVS EGL Washington Miami FL, L.L.C.
4449. CVS EGL Washington TX, L.P.
4450. CVS EGL Weatherford TX, L.P.
4451. CVS EGL Webster TX, L.P.
4452. CVS EGL Wellington Forest FL, L.L.C.
4453. CVS EGL Wemore Tucson AZ, L.L.C.
4454. CVS EGL Wesley Chapel FL, L.L.C.
4455. CVS EGL Wesley Greenville TX, L.P.
4456. CVS EGL West Anderson TX, L.P.
4457. CVS EGL West Arkansas TX, L.P.
4458. CVS EGL West Avenue TX, L.P.
4459. CVS EGL West Bellfort TX, L.P.
4460. CVS EGL West Britton OK, Inc.
4461. CVS EGL West Broward FL, L.L.C.
4462. CVS EGL West Campbell TX, L.P.
4463. CVS EGL West Colonial FL, L.L.C.

4464. CVS EGL West Columbia TX, L.P.
4465. CVS EGL West Davie Boulevard FL, L.L.C.
4466. CVS EGL West Ennis TX, L.P.
4467. CVS EGL West Esplanade LA, Inc.
4468. CVS EGL West FM 1960 TX, L.P.
4469. CVS EGL West Houston TX, L.P.
4470. CVS EGL West Jefferson TX, L.P.
4471. CVS EGL West Lantana FL, L.L.C.
4472. CVS EGL West Park Avenue LA, Inc.
4473. CVS EGL West Pensacola FL, L.L.C.
4474. CVS EGL West River Tucson AZ, L.L.C.
4475. CVS EGL West Rochelle TX, L.P.
4476. CVS EGL West Sample FL, L.L.C.
4477. CVS EGL West Slaughter TX, L.P.
4478. CVS EGL West Sunrise FL, L.L.C.
4479. CVS EGL West Tampa FL, L.L.C.
4480. CVS EGL West Union Hills AZ, L.L.C.
4481. CVS EGL West University FL, L.L.C.
4482. CVS EGL West Waters FL, L.L.C.
4483. CVS EGL Western Center TX, L.P.
4484. CVS EGL Western Oklahoma City OK, Inc.
4485. CVS EGL Westhampton Springs FL, L.L.C.
4486. CVS EGL Westheimer Houston TX, L.P.
4487. CVS EGL Westheimer Road TX, L.P.
4488. CVS EGL Westheimer Suite K TX, L.P.
4489. CVS EGL Westheimer TX, L.P.
4490. CVS EGL Weston Road FL, L.L.C.
4491. CVS EGL Westwego LA, Inc.
4492. CVS EGL Wheatridge CO CVS, L.L.C.
4493. CVS EGL Wheeler Jasper TX, L.P.

4494. CVS EGL White Settlement TX, L.P.
4495. CVS EGL Wichita Falls TX, L.P.
4496. CVS EGL Wickham Melbourne FL, L.L.C.
4497. CVS EGL Wildcat Portland TX, L.P.
4498. CVS EGL Wiles Coral Springs FL, L.L.C.
4499. CVS EGL Wiles Road FL, L.L.C.
4500. CVS EGL William Cannon TX, L.P.
4501. CVS EGL Wills Point TX, L.P.
4502. CVS EGL Windermere Orlando FL, L.L.C.
4503. CVS EGL Winter Garden Vineland FL, L.L.C.
4504. CVS EGL Winter Springs FL, L.L.C.
4505. CVS EGL Woodforest TX, L.P.
4506. CVS EGL Woodland De Land FL, L.L.C.
4507. CVS EGL Woodmen CO CVS, L.L.C.
4508. CVS EGL Woodway TX, L.P.
4509. CVS EGL Wurzbach TX, L.P.
4510. CVS EGL Wynnewood TX, L.P.
4511. CVS EGL Yale Houston TX, L.P.
4512. CVS EGL Yamato Boca Raton FL, L.L.C.
4513. CVS EGL Yamato Road FL, L.L.C.
4514. CVS EGL Young Chiefland FL, L.L.C.
4515. CVS EGL Youree Shreveport LA, Inc.
4516. CVS EGL Zavala TX, L.P.
4517. CVS EGL Zephyrhills FL, L.L.C.
4518. CVS EGL, L.L.C.
4519. CVS Ellicott City MD, L.L.C.
4520. CVS Ellwood City 5710, L.L.C.
4521. CVS Elmont, L.L.C.
4522. CVS Elmsford, L.L.C.
4523. CVS Elmwood Park, L.L.C.

4524. CVS Empire Clinton Store, L.L.C.
4525. CVS Endicott, L.L.C.
4526. CVS ETB Holding Company, L.L.C.
4527. CVS Fairlawn, L.L.C.
4528. CVS Fairport, L.L.C.
4529. CVS Falls Road MD, L.L.C.
4530. CVS Falmouth KY, L.L.C.
4531. CVS Farmington Hills, Inc.
4532. CVS Farmingville Store, L.L.C.
4533. CVS Flint Twp., Inc.
4534. CVS Floral Park, L.L.C.
4535. CVS Flower City, L.L.C.
4536. CVS Foreign, Inc.
4537. CVS Fort Lee, L.L.C.
4538. CVS Foundation
4539. CVS Franklin MN, L.L.C.
4540. CVS Franklin NJ, Inc.
4541. CVS Franklin Square, L.L.C.
4542. CVS Franklin Township, L.L.C.
4543. CVS Fraser, Inc.
4544. CVS Freehold, L.L.C.
4545. CVS Fresh Meadows, L.L.C.
4546. CVS Fuller Leonard, Inc.
4547. CVS Galleria Poughkeepsie, L.L.C.
4548. CVS Garson Culver, L.L.C.
4549. CVS Gate City, L.L.C.
4550. CVS Gerritsen Beach, L.L.C.
4551. CVS Gilbert 3272, L.L.C.
4552. CVS Gilford, L.L.C.
4553. CVS Glen Cove, L.L.C.
4554. CVS Glen Rock, L.L.C.
4555. CVS Glendora, L.P.
4556. CVS Glenmont Plaza, L.L.C.
4557. CVS Gloucester Broadway, L.L.C.
4558. CVS Grand Bay 4782, L.L.C.
4559. CVS Great Neck, L.L.C.
4560. CVS Greece, L.L.C.
4561. CVS Green Acres, L.L.C.
4562. CVS Green Mount, L.L.C.
4563. CVS Greensboro, L.L.C.
4564. CVS Guilderland, L.L.C.
4565. CVS Gulf, Inc.

4566. CVS Haddonfield, L.L.C.
4567. CVS Hamburg Center Store, L.L.C.
4568. CVS Hamilton Township, L.L.C.
4569. CVS Hampton Bays, L.L.C.
4570. CVS Harris Boulevard Charlotte, Inc.
4571. CVS Hartland 8295, L.L.C.
4572. CVS Haverstraw, L.L.C.
4573. CVS Health Applications, LLC
4574. CVS Health Centers, L.L.C.
4575. CVS Health Charity Classic, Inc.
4576. CVS Health Clinical Trial Services LLC
4577. CVS Health Employee Relief Fund
4578. CVS Health Growth Equity, LLC
4579. CVS Health Solutions LLC
4580. CVS Health Ventures Fund GP, LLC
4581. CVS Health Ventures Fund, LP
4582. CVS Health Ventures Management, LLC
4583. CVS Healthcare Practices of California
4584. CVS Healthcare Practices of New Jersey LLC
4585. CVS Healthcare Practices PLLC
4586. CVS Heather Croft, L.L.C.
4587. CVS Henrietta Store, L.L.C.
4588. CVS Henrietta, L.L.C.
4589. CVS Hertel Ave, L.L.C.
4590. CVS Hilliard OH, Inc.
4591. CVS Hillside Ave., L.L.C.
4592. CVS Hoboken, L.L.C.
4593. CVS Holbrook, L.L.C.
4594. CVS Howell 8046, L.L.C.
4595. CVS Hudson Clinton Store, L.L.C.
4596. CVS Huntersville, Inc.
4597. CVS Huntington Beach, L.P.
4598. CVS Huntington, L.L.C.
4599. CVS IN Distribution, Inc.
4600. CVS Indiana, L.L.C.
4601. CVS Indianapolis Distribution, L.L.C.

4602. CVS International, Inc.
4603. CVS International, L.L.C.
4604. CVS Inwood Burnside, L.L.C.
4605. CVS Irondequoit, L.L.C.
4606. CVS Islip Terrace, L.L.C.
4607. CVS Ithaca Clinton Store, L.L.C.
4608. CVS Ithaca, L.L.C.
4609. CVS Jackson NJ, L.L.C.
4610. CVS Jefferson Yorktown, L.L.C.
4611. CVS Jericho, L.L.C.
4612. CVS Jerusalem Avenue, L.L.C.
4613. CVS Jerusalem North Bellmore, L.L.C.
4614. CVS Joe Miller, L.L.C.
4615. CVS Johnson City, L.L.C.
4616. CVS Kalamazoo, Inc.
4617. CVS Keene, L.L.C.
4618. CVS Kenmore Fairfield, L.L.C.
4619. CVS Kenmore Village, L.L.C.
4620. CVS Kensington Amherst, L.L.C.
4621. CVS Kensington, L.L.C.
4622. CVS Kidney Care Advanced Technologies LLC
4623. CVS Kidney Care Health Services LLC
4624. CVS Kidney Care Home Dialysis LLC
4625. CVS Kidney Care, LLC
4626. CVS La Puente, L.P.
4627. CVS Laconia, L.L.C.
4628. CVS Lagrange 4540, L.L.C.
4629. CVS Lake Norwood, Inc.
4630. CVS Lakewood, L.P.
4631. CVS Lansdowne 3142, L.L.C.
4632. CVS Larchmont, L.L.C.
4633. CVS Laurel River, L.L.C.
4634. CVS Lawrenceville Texas, L.L.C.
4635. CVS Leonia N.J., Inc.
4636. CVS Levittown Store, L.L.C.
4637. CVS Lewiston Center Street, L.L.C.
4638. CVS Lewiston, L.L.C.
4639. CVS Lexington Ave., L.L.C.
4640. CVS LF Hamlin, L.L.C.

4641. CVS Lindenhurst, L.L.C.
4642. CVS Lockport Clinton Store, L.L.C.
4643. CVS Logan 3454, L.L.C.
4644. CVS Lombard 2791, L.L.C.
4645. CVS Long Beach Carson, L.P.
4646. CVS Long Island Store, L.L.C.
4647. CVS Long Pond Road, L.L.C.
4648. CVS Lyell Clinton Paine, L.L.C.
4649. CVS M Street Washington DC, L.L.C.
4650. CVS Mack Drug of New York, L.L.C.
4651. CVS MaComb & Mile, Inc.
4652. CVS Mahopac Store, L.L.C.
4653. CVS Mallard Creek Charlotte, Inc.
4654. CVS Mamaroneck Ferndale, L.L.C.
4655. CVS Mamaroneck Finast, L.L.C.
4656. CVS Mamaroneck Harbor Store, L.L.C.
4657. CVS Mamaroneck Post Road, L.L.C.
4658. CVS Mammoth Road, L.L.C.
4659. CVS Managed Care, Inc.
4660. CVS Management Support, LLC
4661. CVS Manalapan NJ, Inc.
4662. CVS Manasquan, L.L.C.
4663. CVS Manchester Elm, L.L.C.
4664. CVS Manchester NH, L.L.C.
4665. CVS Manor Road, L.L.C.
4666. CVS Mansfield, L.P.
4667. CVS Margate Ventnor, L.L.C.
4668. CVS Marietta Piedmont, Inc.
4669. CVS Mayfly Corp.
4670. CVS Mays Landing, L.L.C.
4671. CVS ME Holding Company, L.L.C.
4672. CVS Mechanicville, L.L.C.
4673. CVS Medford NJ, L.L.C.
4674. CVS Medford, L.L.C.
4675. CVS Media Exchange LLC
4676. CVS Medical Practices (KS) LLC
4677. CVS Merchants Clinton Paine, L.L.C.
4678. CVS Merchantville Maple, L.L.C.
4679. CVS Meriden East Main, Inc.
4680. CVS Meridian, Inc.
4681. CVS Merrick Road, L.L.C.
4682. CVS Merrick, L.L.C.
4683. CVS Merrimack Main Street, L.L.C.
4684. CVS Metro Village, L.L.C.
4685. CVS MI Distribution, Inc.
4686. CVS Michigan, L.L.C.
4687. CVS Middle Country, L.L.C.
4688. CVS Midland Park, L.L.C.
4689. CVS Midlothian, L.L.C.
4690. CVS Mill Creek, L.L.C.
4691. CVS Mineola, L.L.C.
4692. CVS MN Holding Company, L.L.C.
4693. CVS Mobile Airport, Inc.
4694. CVS Montclair NJ, Inc.
4695. CVS Montgomery 6094, L.L.C.
4696. CVS Morse, Inc.
4697. CVS Morton Village, L.L.C.
4698. CVS Mount Laurel, L.L.C.
4699. CVS Mt. Hope Clinton Paine, L.L.C.
4700. CVS Mt. Kisco, L.L.C.
4701. CVS Mt. Read Street, L.L.C.
4702. CVS Murrells, Inc.
4703. CVS Mystic CT, Inc.
4704. CVS Nassau Street, L.L.C.
4705. CVS Nations Ford Charlotte, Inc.
4706. CVS NC Distribution, Inc.
4707. CVS Neptune Avenue, L.L.C.
4708. CVS Nesconset, L.L.C.
4709. CVS New Baltimore, Inc.
4710. CVS New Hyde Park, L.L.C.
4711. CVS New Milford, L.L.C.
4712. CVS New Rochelle, L.L.C.
4713. CVS New Scotland, L.L.C.
4714. CVS New York, Inc.
4715. CVS Newburgh Mall, L.L.C.
4716. CVS Newport City, L.L.C.
4717. CVS North Arlington, L.L.C.
4718. CVS North Babylon, L.L.C.
4719. CVS North Bellmore, L.L.C.

4720. CVS North Conway, L.L.C.
4721. CVS North Park Store, L.L.C.
4722. CVS North Portland, L.L.C.
4723. CVS North Wildwood, L.L.C.
4724. CVS Northport, L.L.C.
4725. CVS Northtown Plaza, L.L.C.
4726. CVS Norwell Washington, Inc.
4727. CVS Norwood Bergen, L.L.C.
4728. CVS Novi Distribution, L.L.C.
4729. CVS Nutley, L.L.C.
4730. CVS NV Holding Company, L.L.C.
4731. CVS O.P., L.L.C.
4732. CVS Oakdale, L.L.C.
4733. CVS Ocean Haven, L.L.C.
4734. CVS Ocean Simpson, L.L.C.
4735. CVS Oceanside, L.L.C.
4736. CVS Odenton, L.L.C.
4737. CVS of Concord NH, L.L.C.
4738. CVS of Concord, Mass., Inc.
4739. CVS of DC and VA, Inc.
4740. CVS of Emmaus, Inc.
4741. CVS of Lands Downe, Inc.
4742. CVS of Madison, Conn., Inc.
4743. CVS of Maryland, Inc.
4744. CVS of N. Carolina, Inc.
4745. CVS of North Kingstown, Inc.
4746. CVS of Pennsylvania, Inc.
4747. CVS of Rutland, Vermont, Inc.
4748. CVS of Sandwich, Inc.
4749. CVS of Stroudsburg, Inc.
4750. CVS of Swarthmore, Inc.
4751. CVS of Virginia, Inc.
4752. CVS of Waterville, Maine, L.L.C.
4753. CVS of West Virginia, Inc.
4754. CVS OH Holding Company, L.L.C.
4755. CVS Old Bridge, L.L.C.
4756. CVS Olean Clinton Store, L.L.C.
4757. CVS Oneonta Clinton Store, L.L.C.
4758. CVS Onondaga County, L.L.C.
4759. CVS Orange Avenue, Inc.
4760. CVS Orangeburg Drug Store, L.L.C.
4761. CVS Orlando FL Distribution, L.L.C.
4762. CVS Ossining, L.L.C.
4763. CVS Owl Drug, L.L.C.
4764. CVS Oyster Bay, L.L.C.
4765. CVS Ozone Park, L.L.C.
4766. CVS PA Distribution, Inc.
4767. CVS PA Distribution, L.L.C.
4768. CVS Pace FL, L.L.C.
4769. CVS Paige Colony, L.P.
4770. CVS Palisades Center, L.L.C.
4771. CVS Park Ave Rochester, L.L.C.
4772. CVS Passaic Inc.
4773. CVS Payne Avenue, L.L.C.
4774. CVS Peachtree City, Inc.
4775. CVS Peachtree Suwanee, Inc.
4776. CVS Pearl River, L.L.C.
4777. CVS Pearland Parkway, L.P.
4778. CVS Pembroke Pines 2849, L.L.C.
4779. CVS Penfield Clinton Paine, L.L.C.
4780. CVS Pharmacy Limited of Illinois, Inc.
4781. CVS Pharmacy Overseas Online, LLC
4782. CVS Pine Tree, L.L.C.
4783. CVS Plaistow, L.L.C.
4784. CVS Point Pleasant Beach, L.L.C.
4785. CVS Polifly Road, L.L.C.
4786. CVS Port Jefferson, L.L.C.
4787. CVS Portion Road, L.L.C.
4788. CVS Portland Forest, L.L.C.
4789. CVS Portland-Congress St., L.L.C.
4790. CVS Portsmouth Islington, L.L.C.
4791. CVS Post Avenue, L.L.C.
4792. CVS PR Center, Inc.
4793. CVS PR Holding Company, L.L.C.
4794. CVS Preakness Center, L.L.C.
4795. CVS Prescription Center, Inc.
4796. CVS Presidents Square, L.L.C.
4797. CVS Princeton, L.L.C.
4798. CVS Prospect Avenue, L.L.C.
4799. CVS Pyramid Utica, L.L.C.
4800. CVS Queens Boulevard, L.L.C.

F-70

4801. CVS Queensbury, L.L.C.
4802. CVS Ralph Avenue, L.L.C.
4803. CVS Ramapo Valley Road, L.L.C.
4804. CVS Ramapo, L.L.C.
4805. CVS Ramsey, L.L.C.
4806. CVS Raritan NJ, Inc.
4807. CVS RCI, LLC
4808. CVS Reading PA 3242, L.L.C.
4809. CVS Rego Park, L.L.C.
4810. CVS Reseda, L.P.
4811. CVS Revco D.S., Inc.
4812. CVS Rhode Island, Inc.
4813. CVS Richmond Atlee, Inc.
4814. CVS Richmond Hill, L.L.C.
4815. CVS Richmond Main, Inc.
4816. CVS Ridgecrest Plaza, L.L.C.
4817. CVS Ridgefield Park, L.L.C.
4818. CVS Ridgewood, L.L.C.
4819. CVS Riverside Drive, L.L.C.
4820. CVS Robinson Street, L.L.C.
4821. CVS Rochester NH, L.L.C.
4822. CVS Rochester Road, L.L.C.
4823. CVS Rockaway, L.L.C.
4824. CVS Rockville Center, L.L.C.
4825. CVS Rocky Point Village, L.L.C.
4826. CVS Romeo Plank, Inc.
4827. CVS Ronkonkoma, L.L.C.
4828. CVS Roosevelt Field, L.L.C.
4829. CVS Roselle, L.L.C.
4830. CVS Rotterdam Square, L.L.C.
4831. CVS Route 24, L.L.C.
4832. CVS Route 302, L.L.C.
4833. CVS Royal Ridge, L.L.C.
4834. CVS RS 107 Avon AZ, L.L.C.
4835. CVS RS 16th Ave AZ, L.L.C.
4836. CVS RS 19th Ave. AZ, L.L.C.
4837. CVS RS 35 Thunder AZ, L.L.C.
4838. CVS RS 4th Ave. Yuma AZ, L.L.C.
4839. CVS RS 7th Ave AZ, L.L.C.
4840. CVS RS 7th St. Phoenix AZ, L.L.C.
4841. CVS RS Alma School Rd AZ, L.L.C.
4842. CVS RS Anthem Way AZ, L.L.C.

4843. CVS RS Apache Junction AZ, L.L.C.
4844. CVS RS Arizona, L.L.C.
4845. CVS RS Baseline Rd AZ, L.L.C.
4846. CVS RS Bell Rd AZ, L.L.C.
4847. CVS RS Bell Rd. Glendale AZ, L.L.C.
4848. CVS RS Broadway Blvd. AZ, L.L.C.
4849. CVS RS Broadway Rd Tempe AZ, L.L.C.
4850. CVS RS Brown Rd AZ, L.L.C.
4851. CVS RS Bullhead City AZ, L.L.C.
4852. CVS RS Casa Grande AZ, L.L.C.
4853. CVS RS Chandler McQueen AZ, L.L.C.
4854. CVS RS Chandler Ray AZ, L.L.C.
4855. CVS RS Cotton Casa AZ, L.L.C.
4856. CVS RS Cottonwood AZ, L.L.C.
4857. CVS RS E Southern Ave AZ, L.L.C.
4858. CVS RS E. Baseline Mesa AZ, L.L.C.
4859. CVS RS E. Bell Rd Phoenix AZ, L.L.C.
4860. CVS RS E. Santa Fe Hwy 66 AZ, L.L.C.
4861. CVS RS E. University Dr Mesa AZ, L.L.C.
4862. CVS RS Elliot Rd AZ, L.L.C.
4863. CVS RS Elliott Gilbert AZ, L.L.C.
4864. CVS RS Finney Flat AZ, L.L.C.
4865. CVS RS Frank Lloyd Wright Blvd AZ, L.L.C.
4866. CVS RS Gilbert E. Eliot Rd. AZ, L.L.C.
4867. CVS RS Gilbert Mesa AZ, L.L.C.
4868. CVS RS Glen 19 AZ, L.L.C.
4869. CVS RS Golf Links Tucson AZ, L.L.C.
4870. CVS RS Grant Tucson AZ, L.L.C.
4871. CVS RS Green Valley AZ, L.L.C.

4872. CVS RS Guadalupe Gilbert AZ, L.L.C.
4873. CVS RS Higley Mesa AZ, L.L.C.
4874. CVS RS Ina Rd. AZ, L.L.C.
4875. CVS RS Indian School Phoenix AZ, L.L.C.
4876. CVS RS La Canada Tucson AZ, L.L.C.
4877. CVS RS Lindsay Rd AZ, L.L.C.
4878. CVS RS Lone Cava AZ, L.L.C.
4879. CVS RS Mesa N. Brown Rd AZ, L.L.C.
4880. CVS RS Mesa University AZ, L.L.C.
4881. CVS RS Miller Scottsdale AZ, L.L.C.
4882. CVS RS N Alvernon Way AZ, L.L.C.
4883. CVS RS N. 12th St. Phoenix AZ, L.L.C.
4884. CVS RS N. Tatum Blvd. AZ, L.L.C.
4885. CVS RS Oracle Rd AZ, L.L.C.
4886. CVS RS Palisades Blvd. AZ, L.L.C.
4887. CVS RS Peoria Union AZ, L.L.C.
4888. CVS RS Phoenix Bell AZ, L.L.C.
4889. CVS RS Phoenix Central AZ, L.L.C.
4890. CVS RS Phoenix Indian AZ, L.L.C.
4891. CVS RS Phoenix Peoria AZ, L.L.C.
4892. CVS RS Phoenix Union Hills Dr. AZ, L.L.C.
4893. CVS RS Pima Rd. AZ, L.L.C.
4894. CVS RS Prescott AZ, L.L.C.
4895. CVS RS Riverside Parker AZ, L.L.C.
4896. CVS RS S. Central Ave. AZ, L.L.C.
4897. CVS RS S. Dobson Mesa AZ, L.L.C.
4898. CVS RS Scottsdale FLW AZ, L.L.C.
4899. CVS RS Scottsdale Rd AZ, L.L.C.
4900. CVS RS Sierra Vista AZ, L.L.C.
4901. CVS RS Silver Tuc AZ, L.L.C.
4902. CVS RS Sun City West AZ, L.L.C.
4903. CVS RS Sunrise Dr AZ, L.L.C.
4904. CVS RS Sunrise Surprise AZ, L.L.C.
4905. CVS RS Sunrise Tucson AZ, L.L.C.
4906. CVS RS Tanque Verde AZ, L.L.C.
4907. CVS RS Tatum Blvd AZ, L.L.C.
4908. CVS RS Thomas Rd AZ, L.L.C.
4909. CVS RS Thomas Scottsdale AZ, L.L.C.
4910. CVS RS W. Glendale Rd. AZ, L.L.C.
4911. CVS RS W. Peoria Ave AZ, L.L.C.
4912. CVS RS W. Southern AJ AZ, L.L.C.
4913. CVS RS W. Valencia Rd. AZ, L.L.C.
4914. CVS RS West Indian AZ, L.L.C.
4915. CVS RS Wickenburg Way AZ, L.L.C.
4916. CVS RS Yuma AZ, L.L.C.
4917. CVS Rt. 199 Williamsburg, Inc.
4918. CVS Rx Services, Inc.
4919. CVS Rye Route 1, L.L.C.
4920. CVS Rye Store, L.L.C.
4921. CVS Safir Sourcing UK, Ltd
4922. CVS Safir Sourcing, LLC
4923. CVS Salem Stateline, L.L.C.
4924. CVS Salmon Run, L.L.C.
4925. CVS San Dimas, L.P.
4926. CVS San Jacinto CA, L.L.C.
4927. CVS Santa Ana, L.P.
4928. CVS Saratoga Springs, L.L.C.
4929. CVS Saugerties Store, L.L.C.
4930. CVS Saunders Settlement Pharmacy, L.L.C.
4931. CVS Sayville, L.L.C.
4932. CVS SC Distribution, Inc.
4933. CVS SC Distribution, L.L.C.
4934. CVS Scarsdale Centre, L.L.C.
4935. CVS Scarsdale Store, L.L.C.
4936. CVS Schalks Crossing, L.L.C.

4937. CVS Schoolhouse, L.L.C.
4938. CVS Sea Cliff, L.L.C.
4939. CVS Seabrook, L.L.C.
4940. CVS Second Avenue NY, L.L.C.
4941. CVS Selden Store, L.L.C.
4942. CVS Seneca Mall, Inc.
4943. CVS Seneca Street, L.L.C.
4944. CVS Setauket, L.L.C.
4945. CVS Sharon Amity Charlotte, Inc.
4946. CVS Shaw Holdings Inc.
4947. CVS Sheepshead Bay, L.L.C.
4948. CVS Sheridan Harlem Store, L.L.C.
4949. CVS Sheridan Hollywood, L.L.C.
4950. CVS Ship Bottom, L.L.C.
4951. CVS Silver Spring, Inc.
4952. CVS Sixth Avenue NY, L.L.C.
4953. CVS Skippack, Inc.
4954. CVS Solomons MD, L.L.C.
4955. CVS South Albany Store, L.L.C.
4956. CVS South Canal Chicago, L.L.C.
4957. CVS South Farmingdale, L.L.C.
4958. CVS South Ogden, L.L.C.
4959. CVS South Salina Street, L.L.C.
4960. CVS South Schenectady Store, L.L.C.
4961. CVS Southwest Blvd, Inc.
4962. CVS SP 5897 FL, L.L.C.
4963. CVS Sparta, L.L.C.
4964. CVS State Capital, L.L.C.
4965. CVS State NY Store, L.L.C.
4966. CVS State Street, L.L.C.
4967. CVS Staten Island, L.L.C.
4968. CVS Stelton Road, L.L.C.
4969. CVS Stony Point, L.L.C.
4970. CVS Strategic Resources Private Limited
4971. CVS Stratford Barnum, Inc.
4972. CVS Stratford Nichols, Inc.
4973. CVS Stratham, L.L.C.
4974. CVS Suffern Store, L.L.C.
4975. CVS Sunrise Highway, L.L.C.
4976. CVS Surplus 8049 MI, L.L.C.
4977. CVS Syracuse Downtown, L.L.C.

4978. CVS Tampa 2802, L.L.C.
4979. CVS Tampa 3650, L.L.C.
4980. CVS Tarrytown Store, L.L.C.
4981. CVS Teaneck, L.L.C.
4982. CVS Tenafly Town, L.L.C.
4983. CVS Terry Road, L.L.C.
4984. CVS Thompsons Station, Inc.
4985. CVS Thornwood Columbus Avenue, L.L.C.
4986. CVS Thornwood Park, L.L.C.
4987. CVS TN Distribution, Inc.
4988. CVS TN Distribution, L.L.C.
4989. CVS Toms River, L.L.C.
4990. CVS Torrance CA, L.L.C.
4991. CVS Towson MD, L.L.C.
4992. CVS Transportation, Inc.
4993. CVS Transportation, L.L.C.
4994. CVS Trenton MI, L.L.C.
4995. CVS Trousdale Nashville, Inc.
4996. CVS Troy Fifth Street, L.L.C.
4997. CVS Troy Mall Store, L.L.C.
4998. CVS TX Holding Company, L.L.C.
4999. CVS Union, L.L.C.
5000. CVS University of Buffalo, L.L.C.
5001. CVS Upper Montclair, L.L.C.
5002. CVS Upper Valley Drug, L.L.C.
5003. CVS VA Distribution, Inc.
5004. CVS Valley Stream, L.L.C.
5005. CVS Van Nuys, L.P.
5006. CVS Vanguard, Inc.
5007. CVS Ventnor Dorset, L.L.C.
5008. CVS Vero FL Distribution, L.L.C.
5009. CVS Victory Boulevard, L.P.
5010. CVS Wading River, L.L.C.
5011. CVS Wallace Building, L.L.C.
5012. CVS Wanaque, L.L.C.
5013. CVS Wantagh Ave, L.L.C.
5014. CVS Warren, Inc.
5015. CVS Washington 6448, L.L.C.
5016. CVS Washington Avenue, L.L.C.
5017. CVS Washington Township, L.L.C.
5018. CVS Washington Wisconsin DC, L.L.C.

F-73

5019. CVS Washington, Inc.
5020. CVS Waterville Valley, L.L.C.
5021. CVS Waxhaw NC, L.L.C.
5022. CVS Wayne Turnpike, L.L.C.
5023. CVS Webster, L.L.C.
5024. CVS West Babylon, L.L.C.
5025. CVS West Gate, L.L.C.
5026. CVS West Haven, Inc.
5027. CVS West Hempstead, L.L.C.
5028. CVS West Islip, L.L.C.
5029. CVS West Orange, L.L.C.
5030. CVS West Park Avenue, L.L.C.
5031. CVS West Side Store, L.L.C.
5032. CVS Westbrook Maine, L.L.C.
5033. CVS Westchester Square, L.L.C.
5034. CVS Westchester Store, L.L.C.
5035. CVS Western Avenue, L.L.C.
5036. CVS Westwood LA, L.P.
5037. CVS Weyman Avenue, L.L.C.
5038. CVS Weymouth 1853, L.L.C.
5039. CVS White Plains Road, L.L.C.
5040. CVS Whittier, L.P.
5041. CVS Wilbraham MA, Inc.
5042. CVS Williamstown, L.L.C.
5043. CVS Williamsville Store, L.L.C.
5044. CVS Williston Park, L.L.C.
5045. CVS Wilton, L.L.C.
5046. CVS Wisconsin Avenue DC, L.L.C.
5047. CVS Wisteria Drive, L.L.C.
5048. CVS Woodbridge Main Street, L.L.C.
5049. CVS Woodbury Mullica, L.L.C.
5050. CVS Woodward, Inc.
5051. CVS WWRE, Inc.
5052. CVS Wyckoff, L.L.C.
5053. CVS Wynantskill, L.L.C.
5054. CVS Yonkers Broadway, L.L.C.
5055. CVS Yonkers, L.L.C.
5056. CVS Yorktown Heights Store, Inc.
5057. CVS Yorkville, L.L.C.
5058. CVS.com OTC, L.L.C.
5059. CVS/pharmacy Charitable Trust, Inc.
5060. CVS-SHC Kidney Care Home Dialysis of Austin LLC
5061. CVS-SHC Kidney Care Home Dialysis of Los Angeles LLC
5062. CVS-SHC Kidney Care Home Dialysis of Philadelphia LLC
5063. CVS-SHC Renal Holdings LLC
5064. Cypress California CVS, Inc.
5065. Cypress Jones CVS, L.P.
5066. Cypress Naples CVS, L.L.C.
5067. Cypresswood Houston CVS, L.P.
5068. D&R Pharmaceutical Services, LLC
5069. D.A.W., LLC
5070. Dacula CVS, Inc.
5071. Dairy Ashford CVS, L.P.
5072. Dale City VA CVS, Inc.
5073. Dale Mabry CVS, Inc.
5074. Dallas GA CVS, Inc.
5075. Dallas PharmaCare Pharmacy, L.L.C.
5076. Dallas ProCare Pharmacy, Inc.
5077. Dallas Waugh CVS, L.P.
5078. Damen Chicago CVS, L.L.C.
5079. Dan Ridge CVS, Inc.
5080. Danbury Central CVS, Inc.
5081. Danbury CVS, Inc.
5082. Danbury Fair CVS, Inc.
5083. Danbury MRC, Inc.
5084. Danbury South Main CVS, Inc.
5085. Danvers Plaza CVS, Inc.
5086. Darien CVS, Inc.
5087. Dartmouth Retailer, Inc.
5088. Davenport FL CVS, L.L.C.
5089. Davison CVS, Inc.
5090. DBD Nocigs 2019-1 LLC
5091. DBD Nocigs 2019-15 LLC
5092. DBD Nocigs 2019-16 LLC
5093. DBD Nocigs 2019-2 LLC
5094. DBD Nocigs 2019-21 LLC
5095. DBD Nocigs 2019-22 LLC
5096. DBD Nocigs 2019-23 LLC
5097. DBD Nocigs 2019-24 LLC
5098. DBD Nocigs 2019-25 LLC

5099. DBD Nocigs 2019-29 LLC
5100. DBD Nocigs 2019-41 LLC
5101. DBD Nocigs 2019-42 LLC
5102. DBD Nocigs 2019-43 LLC
5103. DBD Nocigs 2019-44 LLC
5104. DBD Nocigs 2019-45 LLC
5105. DBD Nocigs 2019-5 LLC
5106. DBD Nocigs 2019-7 LLC
5107. DBD Nocigs 2019-8 LLC
5108. De Soto CVS, L.P.
5109. Decatur CVS, Inc.
5110. Dedham CVS, Inc.
5111. Dedham High Street CVS, Inc.
5112. Deer Park Avenue CVS, Inc.
5113. Del Amo CVS, Inc.
5114. Del Prado CVS, L.L.C.
5115. Delaware CVS Pharmacy, L.L.C.
5116. Delaware Physicians Care - Medicare, Incorporated
5117. Delaware Physicians Care, Incorporated
5118. Delco Apothecary, Inc.
5119. Delran CVS, Inc.
5120. Delta Health HMO, Inc.
5121. Delta Risk Management, L.L.C.
5122. Deltona CVS, L.L.C.
5123. Denver PharmaCare Pharmacy, L.L.C.
5124. Denville CVS, Inc.
5125. Depew Broadway CVS, Inc.
5126. Depew CVS, Inc.
5127. Depot St. CVS, Inc.
5128. Deptford CVS, Inc.
5129. Derby Center CVS, Inc.
5130. Derry Street CVS, Inc.
5131. Des Plaines CVS, L.L.C.
5132. Desert Buffalo CVS, L.L.C.
5133. Desert Eastern CVS, L.L.C.
5134. Desert Inn CVS, L.L.C.
5135. Destin FL CVS, L.L.C.
5136. Detroit CVS, Inc.
5137. Detroit Greenfield CVS, Inc.
5138. Dexter Plaza CVS, Inc.

5139. DG Danville KY LLC
5140. DG Wesley Chapel FL LLC
5141. Diamond Bar CVS, Inc.
5142. Digital eHealth, LLC
5143. Digital Enterprise Realty, L.L.C.
5144. District of Columbia CVS Pharmacy, L.L.C.
5145. Division CVS, L.L.C.
5146. Dobbs Ferry CVS, Inc.
5147. Donlon Distributing, Inc.
5148. Dorchester Lower Mills CVS, Inc.
5149. Dothan CVS, Inc.
5150. Doubleday Ballston CVS, L.L.C.
5151. Douglassville PA CVS, Inc.
5152. Douglasville CVS, Inc.
5153. Dover Delaware CVS, Inc.
5154. Dover NJ CVS, L.L.C.
5155. Dover Randolph CVS, L.L.C.
5156. Dowagiac Clinton Stores, Inc.
5157. Downers Grove CVS, L.L.C.
5158. Downingtown CVS, Inc.
5159. Downtown Miami CVS, L.L.C.
5160. Doylestown CVS, Inc.
5161. Dragon Acquisition Company
5162. Drexel Hill CVS, Inc.
5163. Driftwood Shopping Center CVS, Inc.
5164. Drogaria Onofre Ltda.
5165. Drug World, Inc.
5166. Drugs For Less, Inc.
5167. Drumhill CVS, Inc.
5168. Duarte CVS, Inc.
5169. Dudley Street CVS, Inc.
5170. Duke Street CVS, Inc.
5171. Duluth CVS, Inc.
5172. Duncan SC CVS, Inc.
5173. Dundee Elgin CVS, L.L.C.
5174. Dunedin CVS, L.L.C.
5175. Dunellen CVS, Inc.
5176. Dunkirk Marketplace CVS, Inc.
5177. Dunkirk Marketplace Peoples, Inc.
5178. Dunlap Phoenix CVS, L.L.C.
5179. Dunlop Farms CVS, Inc.

5180. Dupont Circle CVS Realty, Inc.
5181. Durham NC CVS, Inc.
5182. Dyckman Street CVS, L.L.C.
5183. Dynamite Phoenix CVS, L.L.C.
5184. E. Arrow Hwy CVS, L.L.C.
5185. E. T. B., Inc.
5186. e.BENEFITS, INC.
5187. Eagan MN CVS, L.L.C.
5188. Eagle Valley CVS, Inc.
5189. Eagles Landing CVS, Inc.
5190. East 161st Street CVS, Inc.
5191. East Avenue CVS, Inc.
5192. East Bay Drive CVS, Inc.
5193. East Boston CVS, Inc.
5194. East Bradford Plaza CVS, Inc.
5195. East Bridgewater CVS, Inc.
5196. East Brunswick CVS, Inc.
5197. East Flatbush CVS, L.L.C.
5198. East Greenwich CVS, Inc.
5199. East Hampton CVS, Inc.
5200. East Hanover CVS, Inc.
5201. East Hartford CVS, Inc.
5202. East Hartford-Main Street CVS, Inc.
5203. East Haven Main Street CVS, Inc.
5204. East Haverhill Retailer, Inc.
5205. East Hills CVS, Inc.
5206. East Longmeadow CVS, Inc.
5207. East Main Bridgeport CVS, Inc.
5208. East Main St. at Westborough CVS, Inc.
5209. East Market CVS, Inc.
5210. East Market Street CVS, L.L.C.
5211. East Northport CVS, L.L.C.
5212. East Providence CVS, Inc.
5213. East Putnam Avenue CVS, Inc.
5214. East Side CVS, Inc.
5215. East Wareham CVS, Inc.
5216. East Windsor CVS, L.L.C.
5217. Eastampton Township CVS, Inc.
5218. Eastern Avenue CVS, Inc.
5219. Eastfield CVS, Inc.
5220. Eastland CVS, Inc.

5221. Easton Ave. CVS, Inc.
5222. Easton CVS, Inc.
5223. Easton Maryland CVS, Inc.
5224. Easton Nazareth CVS, Inc.
5225. Easton Sullivan CVS, Inc.
5226. Easton Washington Street CVS, Inc.
5227. Easton, Mass. CVS, Inc.
5228. Eatontown CVS, Inc.
5229. Echo Merger Sub, Inc.
5230. Echo Merger Sub, LLC
5231. Eckerd Corporation (for assets / pharmacies acquired by CVS)
5232. Eckerd Corporation of Florida, Inc.
5233. Eckerd Drug Company (for assets / pharmacies acquired by CVS)
5234. Eckerd Drug Company of Florida, Inc.
5235. Eckerd Drug Company of Texas, Inc. (for assets / pharmacies acquired by CVS)
5236. Eckerd Drugs of Florida, Inc. (for assets / pharmacies acquired by CVS)
5237. Eckerd Drugs of Georgia, Inc. (for assets / pharmacies acquired by CVS)
5238. Eckerd Drugs of Louisiana, Inc. (for assets / pharmacies acquired by CVS)
5239. Eckerd Drugs of Mississippi, Inc. (for assets / pharmacies acquired by CVS)
5240. Eckerd Drugs of North Carolina, Inc. (for assets/pharmacies acquired by CVS)
5241. Eckerd Drugs of South Carolina, Inc. (for assets / pharmacies acquired by CVS)
5242. Eckerd Drugs of Texas, Inc. (for assets / pharmacies acquired by CVS)
5243. Eckerd Drugs, Inc. (for assets / pharmacies acquired by CVS)

F-76

5244. Eckerd Drugsmarts, Inc. (for assets / pharmacies acquired by CVS)
5245. Eddystone CVS, Inc.
5246. Edgewater CVS, Inc.
5247. Edgewater NJ CVS, L.L.C.
5248. Edgewater Orlando CVS, L.L.C.
5249. Edgewood CVS, Inc.
5250. Edison Wooding CVS, Inc.
5251. Efmile, Inc.
5252. Egg Harbor NJ CVS, L.L.C.
5253. Egypt Audubon CVS, Inc.
5254. eHealth Solutions, Inc.
5255. Eighth New York CVS, L.L.C.
5256. El Camino Houston CVS, L.P.
5257. Electric Avenue CVS, Inc.
5258. Eleventh Street CVS, Inc.
5259. Elgin CVS, L.L.C.
5260. Eliot CVS, Inc.
5261. Elizabeth Westfield Avenue CVS, Inc.
5262. Elkhorn Las Vegas CVS, L.L.C.
5263. Elkhorn NV CVS, L.L.C.
5264. Ellicott City CVS, Inc.
5265. Elliot Tempe CVS, L.L.C.
5266. Ellwood City CVS, L.L.C.
5267. Elmhurst CVS, L.L.C.
5268. Elmora CVS, Inc.
5269. Emerald Square CVS, Inc.
5270. Emmaus Avenue CVS, Inc.
5271. Emmaus, Pennsylvania, CVS, Inc.
5272. Employee Assistance Services, LLC
5273. Enfield CVS, Inc.
5274. Enfield Elm CVS, Inc.
5275. Enfield Phoenix CVS, Inc.
5276. Engleside Plaza CVS, Inc.
5277. Engleside Plaza Peoples, Inc.
5278. Englewood Cliffs CVS, Inc.
5279. Englewood CVS, Inc.
5280. Enloe Drugs LLC
5281. Ennis TX CVS, L.P.
5282. Enterprise Patient Safety Organization, LLC
5283. Erdenheim Saints CVS, Inc.

5284. Eric C. Marshall, M.D. P.C.
5285. Erie CVS, Inc.
5286. Escalante Solutions, LLC
5287. Essence, Inc.
5288. Essex Eastern CVS, Inc.
5289. Essex Martin CVS, Inc.
5290. Essex St. (Salem) CVS, Inc.
5291. Estero Coconut CVS, L.L.C.
5292. Estero Three Oaks CVS, L.L.C.
5293. Estroff Pharmacy Incorporated
5294. ETHIX Care, Inc.
5295. ETHIX Midlands, Inc.
5296. ETHIX Northwest Public Services, Inc.
5297. ETHIX Northwest, Inc.
5298. Euclid Square CVS, Inc.
5299. Evanston IL CVS, L.L.C.
5300. Everett MA CVS, Inc.
5301. Evergreen City CVS, L.L.C.
5302. Evergreen Pharmaceutical of California, Inc.
5303. Evergreen Pharmaceutical of California, LLC
5304. Evergreen Pharmaceutical, LLC
5305. Evergreen Plaza CVS, Inc.
5306. Evesboro CVS, Inc.
5307. Evesham NJ CVS, L.L.C.
5308. Ewing NJ CVS, L.L.C.
5309. Exchange Place CVS, Inc.
5310. Exeter Square CVS, Inc.
5311. Express Pharmacy Services of FL, L.L.C.
5312. Express Pharmacy Services of MO, L.L.C.
5313. Express Pharmacy Services of PA, L.L.C.
5314. Fairfax CVS, Inc.
5315. Fairfax Main Street CVS, Inc.
5316. Fairfax Mall CVS, Inc.
5317. Fairfax Peoples, Inc.
5318. Fairfax Route 29 CVS, Inc.
5319. Fairfield CVS, Inc.
5320. Fairfield Plaza CVS, Inc.

5321.  Fairfield Rt. 1 CVS, Inc.
5322.  Fairhaven CVS, Inc.
5323.  Fairlane CVS, Inc.
5324.  Fairlane Village Mall CVS, Inc.
5325.  Fairmont Pasadena CVS, L.P.
5326.  Fairmount CVS Store, Inc.
5327.  Fairview CVS, Inc.
5328.  Fairview Township CVS, Inc.
5329.  Fall River Retailer, Inc.
5330.  Fall River-President CVS, Inc.
5331.  Fallbrook Houston CVS, L.P.
5332.  Falls Church CVS, Inc.
5333.  Falls of Neuse CVS, Inc.
5334.  Falls Road CVS, Inc.
5335.  Falmouth CVS, Inc.
5336.  Falmouth Ferry CVS, Inc.
5337.  Falmouth Mall CVS, Inc.
5338.  Falmouth Plaza CVS, Inc.
5339.  Family Health Plan (FHP), Inc.
5340.  Family Health Plan Corporation
5341.  Farmingdale CVS, Inc.
5342.  Farmington Ave. CVS, Inc.
5343.  Farmington CVS, Inc.
5344.  Farmington Holdings, Inc.
5345.  Farmington Plaza CVS, Inc.
5346.  Farmingville CVS Store, Inc.
5347.  Fashion Square CVS, Inc.
5348.  FDG C41 AR Texarkana LLC
5349.  FEASIBLE ALTERNATIVES LIMITED
5350.  Feasterville CVS, Inc.
5351.  Federal Highway ProCare Pharmacy, Inc.
5352.  Fenton Avenue CVS, L.L.C.
5353.  Ferrara & Orlando Nurse Practictioners-Family Health P.C.
5354.  Ferrara Nurse Practitioner-Family Health, P.C.
5355.  FHP Health Plan, Inc.
5356.  Fifth Avenue Chess King, Inc.
5357.  Fingerlakes CVS Store, Inc.
5358.  Firestone Blvd CVS, L.L.C.

5359.  First Avenue ProCare Pharmacy, L.L.C.
5360.  First Choice of the Midwest LLC
5361.  First Choice of the Midwest, Inc.
5362.  First Colony CVS, L.P.
5363.  First Financial Planner Services, Inc.
5364.  First Health Group Corp.
5365.  First Health Life & Health Insurance Company
5366.  First Health Strategies, Inc.
5367.  First Script Network Services, Inc.
5368.  Fish Lake Maple Grove CVS, L.L.C.
5369.  Fishkill CVS, Inc.
5370.  Fitchburg PharmaCare Pharmacy, Inc.
5371.  Fitchburg Retailer, Inc.
5372.  Flagler 87th Miami CVS, L.L.C.
5373.  Flagstone Church, LLC
5374.  Flamingo Jones NV CVS, L.L.C.
5375.  Flamingo Road CVS, L.L.C.
5376.  Flatbush Avenue CVS, Inc.
5377.  Flatbush Brooklyn CVS, L.L.C.
5378.  Flatlands CVS, L.L.C.
5379.  Flatwoods CVS, Inc.
5380.  Fleetwood CVS Store, Inc.
5381.  Flemington CVS, L.L.C.
5382.  Flemington NJ CVS, L.L.C.
5383.  Flora Midwest, L.L.C.
5384.  Floral Jericho CVS, L.L.C.
5385.  Florence CVS, Inc.
5386.  Florence NJ CVS, Inc.
5387.  Florham Park CVS, Inc.
5388.  Florida Collaborative for Health Care Quality, LLC
5389.  Florida CVS Pharmacy, L.L.C.
5390.  Florida Health Plan Administrators, LLC
5391.  Flower Mound CVS, L.P.
5392.  Flushing CVS, Inc.
5393.  FM 1960 Houston CVS, L.P.
5394.  FM 359 TX CVS, L.L.C.

5395.  FM 518 League City CVS, L.P.
5396.  FM 529 Houston CVS, L.P.
5397.  FOCUS Healthcare Management Associates, Inc.
5398.  FOCUS HealthCare Management, Inc.
5399.  Folsom CVS, Inc.
5400.  Fontana Sierra CVS, L.L.C.
5401.  Foothill La Verne CVS, Inc.
5402.  Foothill Ranch CVS, Inc.
5403.  Forbes Avenue CVS, Inc.
5404.  Forest Drive CVS, Inc.
5405.  Forest Hill MD CVS, L.L.C.
5406.  Forest Hills CVS, Inc.
5407.  Forest Hills NY CVS, L.L.C.
5408.  Forest Hills Peoples, Inc.
5409.  Forest Lane Dallas CVS, L.P.
5410.  Forest Park CVS, Inc.
5411.  Forest Park IL CVS, L.L.C.
5412.  Forks Township CVS, Inc.
5413.  Formerly Broad Axe CVS, Inc.
5414.  Formerly Peoples Drug Stores, Inc
5415.  Fort Foote CVS, Inc.
5416.  Fort Lee Palisades CVS, Inc.
5417.  Fort Mill SC CVS, Inc.
5418.  Fort Pierce CVS, L.L.C.
5419.  Fort Worth ProCare Pharmacy, Inc.
5420.  Foster Nagle CVS, L.L.C.
5421.  Foster Street CVS, Inc.
5422.  Foundation Health Plan of San Bernardino, Incorporated
5423.  Foundation Health, A Florida Health Plan, Inc.
5424.  Foundation Health, An Alabama Health Plan, Inc.
5425.  Fowler Tampa CVS, Inc.
5426.  Fox Run CVS, Inc.
5427.  Foxboro CVS, Inc.
5428.  Foxon East Haven CVS, Inc.
5429.  FPS of Connecticut, Inc.
5430.  Fracisquito Sunset CVS, Inc.
5431.  Framingham Concord CVS, Inc.
5432.  Framingham CVS, Inc.

5433.  Framingham Water St. CVS, Inc.
5434.  Framingham Worcester CVS, Inc.
5435.  Franconia Road CVS, Inc.
5436.  Frankford Avenue CVS, Inc.
5437.  Frankfort CVS, Inc.
5438.  Franklin Avenue CVS, Inc.
5439.  Franklin Central CVS, Inc.
5440.  Franklin Mahwah CVS, L.L.C.
5441.  Franklin Retailer, Inc.
5442.  Franklin TN CVS, Inc.
5443.  Franklin W. Central St. CVS, Inc.
5444.  Fraser Garfield CVS, L.L.C.
5445.  Frederick CVS, Inc.
5446.  Freehold NJ CVS, L.L.C.
5447.  Freeport Long Beach CVS, L.L.C.
5448.  Fridley MN CVS, L.L.C.
5449.  Friendly Hills Healthcare Network, Inc.
5450.  Fries Mill CVS, Inc.
5451.  Front Street CVS, Inc.
5452.  Frontier Community Health Plans, Inc.
5453.  Ft. Lauderdale CVS, Inc.
5454.  Ft. Myers CVS, L.L.C.
5455.  Fullerton CVS, Inc.
5456.  Futrix Inc.
5457.  Futrix Limited
5458.  G Street CVS, Inc.
5459.  Gahanna OH CVS, Inc.
5460.  Gainesville CVS, Inc.
5461.  Gainesville FL CVS, L.L.C.
5462.  Gaithersburg Mall CVS, Inc.
5463.  Gaithersburg, MD Bob's, Inc.
5464.  Gallivan CVS, Inc.
5465.  Galloway CVS, Inc.
5466.  Gandy CVS, Inc.
5467.  Garden City CVS, Inc.
5468.  Garden Grove CVS, Inc.
5469.  Garden State HMO
5470.  Gardner CVS, Inc.
5471.  Garfield Beach CVS, L.L.C.
5472.  Garfield CVS, Inc.
5473.  Garland CVS, L.P.

5474. Garson Culver CVS, Inc.
5475. Garth Baytown CVS, L.P.
5476. Garwood Chestnut CVS, Inc.
5477. Gastonia CVS, Inc.
5478. Gate City CVS, Inc.
5479. Gatti  LTC Services, Inc.
5480. Generation Health, L.L.C.
5481. Genesis Health Services Corp.
5482. Genesis Health Ventures, Inc.
5483. Geneva Carol CVS, L.L.C.
5484. Geneva Clinton Stores, Inc.
5485. Geneva Woods Health Services, LLC
5486. Geneva Woods LTC Pharmacy, LLC
5487. Geneva Woods Management, LLC
5488. Geneva Woods Pharmacy Alaska, LLC
5489. Geneva Woods Pharmacy Washington, LLC
5490. Geneva Woods Pharmacy Wyoming, LLC
5491. Geneva Woods Pharmacy, Inc.
5492. Geneva Woods Pharmacy, LLC
5493. Geneva Woods Retail Pharmacy, LLC
5494. Genito Midlothian CVS, Inc.
5495. GenPlus Managed Care, Inc.
5496. George Safran, M.D., P.C.
5497. Georgetown CVS, Inc.
5498. Georgetown OH CVS, L.L.C.
5499. Georgia CVS Pharmacy, L.L.C.
5500. Georgia Health System, Inc.
5501. German Dobson CVS, L.L.C.
5502. Germantown Avenue CVS, Inc.
5503. Germantown MD CVS, L.L.C.
5504. Gessner Philippine Houston CVS, L.P.
5505. Gibbsboro NJ CVS, L.L.C.
5506. Gilbert AZ CVS, L.L.C.
5507. Gilbert Guadalupe CVS, L.L.C.
5508. Gilbert Warner CVS, L.L.C.
5509. Gilbertsville CVS, Inc.

5510. Girard Avenue ProCare Pharmacy, Inc.
5511. Gladiolus Ft. Myers CVS, L.L.C.
5512. Glastonbury CVS, Inc.
5513. Glebe Road CVS, Inc.
5514. Glebe Road Peoples, Inc.
5515. Glen Allen CVS, Inc.
5516. Glen Burnie MD CVS, L.L.C.
5517. Glen Ellyn IL CVS, L.L.C.
5518. Glen Oaks CVS, L.L.C.
5519. Glendale Avenue CVS, L.P.
5520. Glendale CVS, L.L.C.
5521. Glendale Galleria CVS, Inc.
5522. Glendale Heights CVS, L.L.C.
5523. Glendale NY CVS, L.L.C.
5524. Glendora Foothill CVS, Inc.
5525. Glenriddle CVS, Inc.
5526. Glenview CVS, L.L.C.
5527. Glenwood Avenue CVS, Inc.
5528. Global Claim Services, L.C.
5529. Gloucester Downtown CVS, Inc.
5530. Gloucester Retailer, Inc.
5531. Gloucester-Erial CVS, Inc.
5532. Godfrey Avenue CVS, Inc.
5533. Godshall Franconia CVS, Inc.
5534. Gold Star Blvd. PharmaCare Pharmacy, Inc.
5535. Golden West CVS, Inc.
5536. Goldenrod CVS, Inc.
5537. Goodhealth Worldwide (Americas) Limited
5538. Goodhealth Worldwide (Asia Pacific) Limited
5539. Goodhealth Worldwide (Asia Pacific) Ltd.
5540. Goodhealth Worldwide (Asia) Limited
5541. Goodhealth Worldwide (Bermuda) Limited
5542. Goodhealth Worldwide (Europe) Limited
5543. Goodhealth Worldwide (Global) Limited

5544. Goodhealth Worldwide (Middle East) LLC
5545. Goodhealth Worldwide (Shanghai) Limited
5546. Goodhealth Worldwide Administrators Inc.
5547. Goodhealth Worldwide Limited
5548. Goodhealth Worldwide Management FZ-LLC
5549. Goodlette Naples CVS, L.L.C.
5550. Goodwin Park CVS, Inc.
5551. Goodyear CVS, LLC
5552. Gordon's Corner CVS, Inc.
5553. Goshen Village CVS, Inc.
5554. Governors Boulevard CVS, Inc.
5555. Grafton CVS, Inc.
5556. Grafton Street CVS, Inc.
5557. Graham Charlotte CVS, Inc.
5558. Granby CVS, Inc.
5559. Grand Baldwin CVS, Inc.
5560. Grand Bay CVS, Inc.
5561. Grand Covina CVS, Inc.
5562. Grand Prairie CVS, L.P.
5563. Grand River CVS, Inc.
5564. Grand Schaefer CVS, Inc.
5565. Grand St. Paul CVS, L.L.C.
5566. Grand Street CVS, L.L.C.
5567. Grandview Healthcare, Inc.
5568. Grandview Healthcare, LLC
5569. Grandview Pharmacy, Inc.
5570. Grandview Pharmacy, LLC
5571. Granite Run CVS, Inc.
5572. Granite Street CVS, Inc.
5573. Grapevine CVS, L.P.
5574. Gratiot CVS, Inc.
5575. Gray Houston CVS, L.P.
5576. Gray's Southgate, Inc.
5577. Grayson GA CVS, Inc.
5578. Great Valley CVS, Inc.
5579. Greece Clinton Paine, Inc.
5580. Greece CVS, Inc.
5581. Greece Towne CVS, Inc.
5582. Green Hills Plaza CVS, Inc.

5583. Greenacres CVS, Inc.
5584. Greenbelt CVS, Inc.
5585. Greenbelt-Cherrywood CVS, Inc.
5586. Greenbriar Houston CVS, L.P.
5587. Greencastle PA CVS, Inc.
5588. Greendale Mall CVS, Inc.
5589. Greenfield Federal CVS, Inc.
5590. Greenfield-Cherry Rum CVS, Inc.
5591. Greenlawn CVS, Inc.
5592. Greensboro GA CVS, Inc.
5593. Greenville CVS, Inc.
5594. Greenway Surprise CVS, L.L.C.
5595. Greenwich 99 CVS, Inc.
5596. Greenwich CVS, Inc.
5597. Greenwood Lake CVS, L.L.C.
5598. Grosse Pointe Realty, L.L.C.
5599. Groton CVS, Inc.
5600. Group Dental Service of Maryland, Inc.
5601. Group Dental Service, Inc.
5602. Group Dental Services, Inc.
5603. Group Health Plan of Delaware, LLC
5604. Group Health Plan, Inc.
5605. Grove City CVS, Inc.
5606. Guilford CVS, Inc.
5607. Gun Hill Road CVS, L.L.C.
5608. Gurnee CVS, L.L.C.
5609. Gwinnett CVS, Inc.
5610. GWL (UK) Limited
5611. H.M.S.S., Inc.
5612. Hackensack CVS, L.L.C.
5613. Haddon Heights CVS, L.L.C.
5614. Hadley CVS, Inc.
5615. Hallandale FL CVS, L.L.C.
5616. Haltom City CVS, L.P.
5617. Hamburg Clinton Stores, Inc.
5618. Hamburg Turnpike CVS, Inc.
5619. Hamden Plaza CVS, Inc.
5620. Hamden Retailer, Inc.
5621. Hamden Whitney CVS, Inc.
5622. Hamilton CVS, Inc.
5623. Hamilton CVS, L.L.C.

5624. Hamilton Klockner CVS, Inc.
5625. Hamilton Parkway CVS, L.L.C.
5626. Hamilton Plaza CVS, Inc.
5627. Hamlin CVS, Inc.
5628. Hanover CVS, L.L.C.
5629. Hanover Mass. CVS, Inc.
5630. Hanover Park CVS, L.L.C.
5631. Hanover Shaw Plaza CVS, Inc.
5632. Hanover-Pembroke CVS, Inc.
5633. Hanson CVS, Inc.
5634. Harbor Mall CVS, Inc.
5635. Harbor Santa Ana CVS, L.P.
5636. Harborside CVS, Inc.
5637. Harbour Place CVS, Inc.
5638. Hard Columbus CVS, L.L.C.
5639. Hardscrabble CVS, Inc.
5640. Harlem Chicago CVS, L.L.C.
5641. Harleysville PA CVS, Inc.
5642. Harmon Las Vegas CVS, L.L.C.
5643. Harrisburg CVS, Inc.
5644. Harrisburg NC CVS, Inc.
5645. Harrison Bridge Road CVS, Inc.
5646. Harrison East Orange CVS, Inc.
5647. Harrison Township CVS, Inc.
5648. Hartford Blue Hills CVS, Inc.
5649. Hartford Main Street CVS, Inc.
5650. Harvard Square CVS, Inc.
5651. Harwich CVS, Inc.
5652. Harwichport Main Street CVS, Inc.
5653. Hatfield PA CVS, Inc.
5654. Haverford and City Line CVS, Inc.
5655. Haverford Avenue CVS, Inc.
5656. Haverhill CVS, Inc.
5657. Haverhill Lowell CVS, Inc.
5658. Havertown CVS, Inc.
5659. Haw Creek Circle CVS, Inc.
5660. Hawaiian Gardens CVS, Inc.
5661. Hawley CVS, Inc.
5662. Hawthorne CVS, Inc.
5663. Haymarket VA CVS, Inc.
5664. Hazel Crest CVS, L.L.C.
5665. Hazlet CVS, Inc.
5666. Hazleton CVS, Inc.

5667. Hazleton Plaza CVS Inc.
5668. HCP Acquisition Sub, LLC
5669. Heacock Moreno CVS, L.L.C.
5670. Health America Corporation of Pennsylvania, Inc.
5671. Health and Human Resource Center
5672. Health and Human Resource Center Medical Group, Inc.
5673. Health and Human Resource Center, Inc.
5674. Health Care Management Co. Ltd.
5675. Health Care USA of Tennessee, Inc
5676. Health Cost Consultants, Inc.
5677. Health Data & Management Solutions, Inc.
5678. Health Integration Strategies, L.P.
5679. Health Integration, Inc.
5680. Health Maintenance Organization of New Jersey, Inc.
5681. Health Mart, Inc.
5682. Health Re, Inc.
5683. Healthagen International Limited
5684. Healthagen LLC
5685. HealthAmerica Pennsylvania, Inc.
5686. HealthAssurance Financial Services, Inc.
5687. HealthAssurance Pennsylvania, Inc.
5688. HealthCare America Plans, Inc.
5689. HealthCare USA of Missouri L.L.C.
5690. HealthInfusion, Inc.
5691. Healthmart, Inc.
5692. Healthmaster
5693. HealthPASS, Inc.
5694. HealthPlus, Inc.
5695. HealthWays of New York, Inc.
5696. Heartland Healthcare Services, LLC
5697. Heartland Pharmacy of Illinois LLC
5698. Heartland Pharmacy of Maryland, LLC
5699. Heartland Pharmacy of PA, LLC
5700. Heartland Repack Services LLC
5701. Hebron CT CVS, Inc.
5702. Hebron Parkway CVS, L.P.

5703.  Hedges Pond CVS, Inc.
5704.  Hellertown CVS, Inc.
5705.  Hempstead Avenue CVS, Inc.
5706.  Hempstead NY CVS, L.L.C.
5707.  Henderson CVS, L.L.C.
5708.  Henderson Horizon CVS, L.L.C.
5709.  Henderson Road CVS, Inc.
5710.  Hennepin Avenue CVS, L.L.C.
5711.  Henry Philadelphia CVS, Inc.
5712.  Henry Street CVS, L.L.C.
5713.  Henrydale CVS, Inc.
5714.  Hermosa Beach CVS, Inc.
5715.  Hewlett CVS, Inc.
5716.  HHPF, Inc.
5717.  HHRC, Inc.
5718.  Hialeah CVS, L.L.C.
5719.  Hialeah West 49th CVS, L.L.C.
5720.  Hick Hwy CVS, Inc.
5721.  Hickory CVS, Inc.
5722.  Hickory Hills IL CVS, L.L.C.
5723.  High House Road CVS, Inc.
5724.  High Ridge Road CVS, Inc.
5725.  High Street CVS, Inc.
5726.  Highland Avenue CVS, Inc.
5727.  Highland Center CVS, Inc.
5728.  Highland Cheshire CVS, Inc.
5729.  Highland Leasing Corporation
5730.  Highland Market CVS, Inc.
5731.  Highland Park CVS, L.L.C.
5732.  Highlander Plaza CVS, Inc.
5733.  Highway 14 SC CVS, Inc.
5734.  Highway 17 Mt. Pleasant CVS, Inc.
5735.  Highway 19 Palm Harbor CVS, L.L.C.
5736.  Highway 92 CVS, Inc.
5737.  Highway 98 CVS, Inc.
5738.  Highway Charlotte CVS, Inc.
5739.  Highway Stockbridge CVS, Inc.
5740.  Hillcrest Frisco CVS, L.P.
5741.  Hillcroft Houston CVS, L.P.
5742.  Hilliard Darby CVS, Inc.
5743.  Hilliard Park Mill CVS, Inc.
5744.  Hillsboro Road CVS, L.L.C.

5745.  Hillsborough Avenue CVS, L.L.C.
5746.  Hillsborough CVS, Inc.
5747.  Hillside Amarillo TX CVS, L.L.C.
5748.  Hillside Avenue CVS, L.L.C.
5749.  Hillside CVS, Inc.
5750.  Hillside IL CVS, L.L.C.
5751.  Hilltop Air Corporation
5752.  Hilltown PA CVS, Inc.
5753.  Hingham CVS, Inc.
5754.  HIP Health Plan of Florida, Inc.
5755.  HMIS, Inc.
5756.  HMO Of Greater New York, Inc.
5757.  HMO of Iowa, Inc.
5758.  HMO of New Jersey, Inc.
5759.  HMS Colorado, Inc.
5760.  HMS Healthcare, Inc.
5761.  Hoadley Rd CVS, Inc.
5762.  Hokes Bluff CVS, Inc.
5763.  Holbrook CVS, Inc.
5764.  Holcomb CVS, Inc.
5765.  Holden Common CVS, Inc.
5766.  Holden PharmaCare Pharmacy, Inc.
5767.  Holiday CVS, L.L.C.
5768.  Holiday Hwy 19 CVS, L.L.C.
5769.  Holliston CVS, Inc.
5770.  Holly Springs CVS, Inc.
5771.  Holyoke CVS, Inc.
5772.  Holyoke Mall CVS, Inc.
5773.  Holyoke South Street CVS, Inc.
5774.  Home Care Pharmacy, LLC
5775.  Home Pharmacy Services, LLC
5776.  Homestead 312th FL CVS, L.L.C.
5777.  Homestead CVS, L.L.C.
5778.  Homeward Pharmacy, LLC
5779.  Hook Drugs, Inc. of Michigan
5780.  Hooker Avenue CVS, Inc.
5781.  Hookset CVS, Inc.
5782.  Hook-SupeRx Funding Corp.
5783.  Hook-SupeRx, Inc.
5784.  Hook-SupeRx, L.L.C.
5785.  Hooper Road CVS, Inc.
5786.  Hope Mills CVS, Inc.
5787.  Hopewell CVS, Inc.

5788.  Hopkins CVS, L.L.C.
5789.  Horatio Orlando CVS, Inc.
5790.  Horizon Behavioral Services, LLC
5791.  Horsham CVS, Inc.
5792.  Hospital CVS, Inc.
5793.  Hospitality Holdings, Inc.
5794.  Houston Main Elgin CVS, L.P.
5795.  Houston ProCare Pharmacy, Inc.
5796.  Houston TX CVS, L.P.
5797.  Howell CVS, L.L.C.
5798.  Hubbard Sylmar CVS, L.P.
5799.  Hudson CVS, Inc.
5800.  Hudson N.H. CVS, Inc.
5801.  Huffmeister CVS, L.P.
5802.  Humble CVS, L.P.
5803.  Hunt Valley CVS, Inc.
5804.  Huntersville NC CVS, Inc.
5805.  Hunting Park CVS, Inc.
5806.  Huntingdon Valley CVS, Inc.
5807.  Huntington Beach CVS, Inc.
5808.  Huntington Center CVS, Inc.
5809.  Huntington CVS, Inc.
5810.  Huntington Drive CVS, Inc.
5811.  Huntington Station CVS, Inc.
5812.  Huntington WV CVS, Inc.
5813.  Huntsville AL CVS, Inc.
5814.  Huntsville Moores Mill CVS, Inc.
5815.  Huntsville Whitesburg CVS, Inc.
5816.  Hurley MS CVS, Inc.
5817.  Hurricane WV CVS, Inc.
5818.  Hurst CVS, L.P.
5819.  Hwy 544 MB CVS, Inc.
5820.  Hyannis CVS, Inc.
5821.  Hyannis Main Street CVS, Inc.
5822.  Hyattsville CVS, Inc.
5823.  Hyde Park Avenue CVS, Inc.
5824.  Hytree Pharmacy, Inc.
5825.  I.g.G. of America, Inc.
5826.  I.g.G. of America, LLC
5827.  Idaho CVS Pharmacy, L.L.C.
5828.  IHS Acquisition XXX, Inc.
5829.  IlliniCare Health Plan, Inc.
5830.  Imperial CVS, Inc.

5831.  Independence MI CVS, L.L.C.
5832.  Independence Plano CVS, L.P.
5833.  Independent Investments, Inc.
5834.  Indian 59th Phoenix CVS, L.L.C.
5835.  Indian Health Organisation Private Limited
5836.  Indian School Phoenix CVS, L.L.C.
5837.  Indian Trail CVS, Inc.
5838.  Indiana CVS, Inc.
5839.  Informed Health, LLC.
5840.  Ingleside CVS, Inc.
5841.  Inland Health Plan
5842.  Inman Edison CVS, L.L.C.
5843.  Inner Loop Georgetown CVS, L.L.C.
5844.  Innovation Health Holdings, LLC
5845.  Innovation Health Insurance Company
5846.  Innovation Health Plan, Inc.
5847.  Innovative Worldwide Distributors (HK) Limited
5848.  Institutional Health Care Services LP
5849.  Institutional Health Care Services, LLC
5850.  Integrated Pharmacy Solutions, Inc.
5851.  InterGlobal Holdco Limited
5852.  InterGlobal Insurance Company Limited
5853.  InterGlobal Japan Corporation Limted
5854.  InterGlobal Limited
5855.  Interlock Pharmacy Systems, LLC
5856.  Iowa CVS Pharmacy, L.L.C.
5857.  Ironbound CVS Urban Renewal, L.L.C.
5858.  Irvine CA CVS, L.P.
5859.  Irving CVS, L.P.
5860.  Irving Park CVS, L.L.C.
5861.  Irving Streamwood CVS, L.L.C.
5862.  Irving Street CVS, Inc.
5863.  Island Avenue CVS, Inc.
5864.  Islington CVS, Inc.

F-84

5865.   Ithaca CVS Store, Inc.
5866.   iTriage, LLC
5867.   Ives Dairy Miami CVS, L.L.C.
5868.   Ivyland CVS, Inc.
5869.   Ivyland PA CVS, Inc.
5870.   J.F.K. Street CVS, Inc.
5871.   Jacksboro Highway CVS, L.P.
5872.   Jackson Heights CVS, L.L.C.
5873.   Jackson NJ CVS, Inc.
5874.   Jackson North West CVS, Inc.
5875.   Jackson Square CVS, Inc.
5876.   Jacksonville CVS, L.L.C.
5877.   Jaguar Merger Subsidiary, Inc.
5878.   Jamaica CVS, L.L.C.
5879.   Jamaica Plain CVS, Inc.
5880.   Jamesburg CVS, L.L.C.
5881.   JEC Facilities Funding II, Inc.
5882.   JEC Funding, Inc.
5883.   JEC Funding, LLC
5884.   Jefferson CVS, Inc
5885.   Jefferson Havens Corner CVS, Inc.
5886.   Jefferson Woodbridge CVS, Inc.
5887.   Jenkintown CVS, Inc.
5888.   Jennersville CVS, Inc.
5889.   Jericho Huntington CVS, L.L.C.
5890.   Jericho Turnpike CVS, Inc.
5891.   Jersey Shore PA CVS, Inc.
5892.   Jessup Deptford CVS, L.L.C.
5893.   Jewel Ventures Fund GP, LLC
5894.   Jewel Ventures Fund, LP
5895.   Jewel Ventures Management, LLC
5896.   JHC Acquisition LLC
5897.   JOCUS LIMITED
5898.   Jog Boynton Beach CVS, L.L.C.
5899.   Jog Road CVS, L.L.C.
5900.   Johnson Hollywood CVS, Inc.
5901.   Johnston Centre CVS, Inc.
5902.   Joliet CVS, L.L.C.
5903.   Jones Hill CVS, Inc.
5904.   Jonesboro CVS, Inc.
5905.   Josey Carrollton CVS, L.P.
5906.   Joy Lake Rd. CVS, Inc.
5907.   JRT Investment, Inc.

5908.   Jumpers Hole CVS, Inc.
5909.   K HOME THERAPEUTICS, INC.
5910.   K Street CVS, Inc.
5911.   K Street Peoples, Inc.
5912.   Kankakee IL CVS, L.L.C.
5913.   Kannapolis CVS, Inc.
5914.   Kansas CVS Pharmacy, L.L.C.
5915.   Kearny CVS, Inc.
5916.   Kedzie 59th CVS, L.L.C.
5917.   Keene Key CVS, Inc.
5918.   Keller CVS, L.P.
5919.   Kendall Miami CVS, L.L.C.
5920.   Kenmore Retailer, Inc.
5921.   Kenmore Village CVS, Inc.
5922.   Kennedy Tampa CVS, L.L.C.
5923.   Kennesaw CVS, Inc.
5924.   Kennesaw Due West CVS, Inc.
5925.   Kennett Square CVS, Inc.
5926.   Kensington CVS, Inc.
5927.   Kentucky CVS Pharmacy, L.L.C.
5928.   Kentwood CVS, Inc.
5929.   Kern Home Health Resources d/b/a
        Coram Healthcare
5930.   Key Biscayne CVS, Inc.
5931.   Keyser CVS, L.L.C.
5932.   Keystone Street CVS, Inc.
5933.   Kildeer CVS, L.L.C.
5934.   Kimberly J. Henderson, M.D., P.C.
5935.   Kimberton Nutt CVS, Inc.
5936.   King Cherry CVS, Inc.
5937.   King Drug Company
5938.   King of Prussia CVS, Inc.
5939.   King Street CVS, Inc.
5940.   Kings Crossing CVS, Inc.
5941.   Kings Grant CVS, Inc.
5942.   Kings Highway CVS, Inc.
5943.   Kingsbury Square CVS, Inc.
5944.   Kingsland Katy CVS, L.P.
5945.   Kingston Emporium CVS, Inc.
5946.   Kingston Market CVS, Inc.
5947.   Kingston Road CVS, Inc.
5948.   Kingsway Plaza CVS, Inc.
5949.   Kingwood CVS, L.P.

5950. Kirby Houston CVS, L.P.
5951. Kirby Pearland CVS, L.P.
5952. Kisco East Main CVS, L.L.C.
5953. Kissimmee CVS, Inc.
5954. Knox Abbott Road CVS, Inc.
5955. Knoxville Emory CVS, Inc.
5956. Kostner Chicago CVS, L.L.C.
5957. Kraemer CA CVS, L.L.C.
5958. Krocks Road CVS, Inc.
5959. L Street CVS, Inc.
5960. L.F. Hamlin, Inc.
5961. La Cienega LA CVS, L.P.
5962. La Cienega Square CVS, Inc.
5963. La Mirada CVS, Inc.
5964. La Palma CVS, Inc.
5965. La Quinta CVS, L.L.C.
5966. Ladera Ranch CA CVS, L.P.
5967. Lafayette CVS, Inc.
5968. LaGrange CVS, L.L.C.
5969. Laguna Hills CVS, Inc.
5970. Laguna Niguel CVS, Inc.
5971. Lahser CVS, Inc.
5972. Lake Charles Ryan CVS, Inc.
5973. Lake Danbury CVS, Inc.
5974. Lake Forest CVS, Inc.
5975. Lake Forest CVS, L.L.C.
5976. Lake Grove CVS, Inc.
5977. Lake in the Hills CVS, L.L.C.
5978. Lake Mead Civic CVS, L.L.C.
5979. Lake Mead Las Vegas CVS, L.L.C.
5980. Lake Pleasant Peoria CVS, L.L.C.
5981. Lake Street CVS, Inc.
5982. Lake Worth Greenacres CVS, L.L.C.
5983. Lakeview Ave. CVS, Inc.
5984. Lakeview Plaza CVS, Inc.
5985. Lakeview Square CVS, Inc.
5986. Lakeville MN CVS, L.L.C.
5987. Lakeway TX CVS, L.L.C.
5988. Lakewood CA CVS, L.L.C.
5989. Lakewood Square CVS, Inc.
5990. Lambertville NJ CVS, L.L.C.
5991. Lancaster 10th CVS, L.L.C.

5992. Lancaster CVS, Inc.
5993. Landis Avenue CVS, Inc.
5994. Landisville CVS, Inc.
5995. Landmark Center CVS, Inc.
5996. Landstar Orlando CVS, L.L.C.
5997. Lanesborough Berkshire Mall CVS, Inc.
5998. Langsam Health Services, LLC
5999. Langsam Medical Products, Inc.
6000. Lansdowne Avenue CVS, Inc.
6001. Lansing CVS, Inc.
6002. LaPalma Anaheim CVS, Inc.
6003. Largo ProCare Pharmacy, Inc.
6004. Las Vegas NV CVS, L.L.C.
6005. Las Vegas Riviera CVS, L.L.C.
6006. Laurel MD CVS, L.L.C.
6007. Laurens Road CVS, Inc.
6008. Lavista Road CVS, Inc.
6009. Lawndale CA CVS, L.L.C.
6010. Lawndale CVS, Inc.
6011. Lawrence Broadway CVS, Inc.
6012. Lawrence Chicago CVS, L.L.C.
6013. Lawrenceville CVS, Inc.
6014. LCPS Acquisition LLC
6015. LDG Property Company, Inc.
6016. LDG Property Company, LLC
6017. Leading Benefit Solutions, LLC
6018. League City CVS, L.P.
6019. Ledgewood NJ CVS, L.L.C.
6020. Lee Highway CVS, Inc.
6021. Lee Highway Peoples, Inc.
6022. Lee Vista Orlando CVS, L.L.C.
6023. Lehigh Street CVS, Inc.
6024. Lehigh Valley CVS, Inc.
6025. Lemec CVS, L.L.C.
6026. Lemmon Dallas CVS, L.P.
6027. Lemont CVS, L.L.C.
6028. Lenox Avenue CVS, L.L.C.
6029. Leominster CVS, Inc.
6030. Leominster Lancaster CVS, Inc.
6031. Leominster Main Street CVS, Inc.
6032. Leominster PharmaCare Pharmacy, Inc.

6033. Levittown PA CVS, Inc.
6034. Lewisville CVS, L.P.
6035. Lexington CVS, Inc.
6036. Lexington Sugar CVS, L.P.
6037. LHS Acquisition Sub, LLC
6038. Liberty Little Ferry CVS, L.L.C.
6039. Liberty Park CVS, Inc.
6040. Liberty Road CVS, Inc.
6041. Liberty Street CVS, Inc.
6042. Library Road CVS, Inc.
6043. Lighthouse Point CVS, L.L.C.
6044. Lilburn CVS, Inc.
6045. Lilburn Harmony Grove CVS, Inc.
6046. Lima PA CVS, Inc.
6047. Limerick CVS, Inc.
6048. Lincoln Corona CVS, Inc.
6049. Lincoln CVS, Inc.
6050. Lincoln Drive (Phil) CVS, Inc.
6051. Lincoln Harbor CVS, Inc.
6052. Lincoln Park CVS, L.L.C.
6053. Lincoln Street CVS, Inc.
6054. Lindbergh CVS, Inc.
6055. Linden Retailer, Inc.
6056. Linden Street CVS, Inc.
6057. Linden Wellesley CVS, Inc.
6058. Lindenhurst CVS, L.L.C.
6059. Linwood CVS, Inc.
6060. Lionville CVS, Inc.
6061. Litchfield Park CVS, L.L.C.
6062. Litchfield Rt. 202 CVS, Inc.
6063. Little York CVS, L.P.
6064. Littleton Road CVS, Inc.
6065. Livingston CVS, Inc.
6066. Livonia 6 Mile CVS, Inc.
6067. Lobdell Goodwood CVS, Inc.
6068. Lobos Acquisition, LLC
6069. Lockport Clinton Stores, Inc.
6070. Lockport CVS, L.L.C.
6071. Locust Philadelphia CVS, Inc.
6072. Lodi CVS, Inc.
6073. Loehmann's Plaza CVS, Inc.
6074. Lombard CVS, L.L.C.
6075. Lombard-Light Streets CVS, Inc.

6076. Lo-Med Prescription Services, LLC
6077. Lomita CVS, Inc.
6078. Lone Oak KY CVS, Inc.
6079. Lone Star Health Plan, Inc.
6080. Lonestar Holding Co.
6081. Long Beach Boulevard CVS, L.P.
6082. Long Beach CVS, Inc.
6083. Long Hill Road CVS, Inc.
6084. Long Island CVS Store, Inc.
6085. Long Shoals Road CVS, Inc.
6086. Longmeadow Massachusetts CVS, Inc.
6087. Longmeadow Street CVS, Inc.
6088. Longs Drug Stores California, Inc.
6089. Longs Drug Stores California, L.L.C.
6090. Longs Drug Stores Corporation
6091. Longs Drug Stores, Inc.
6092. Longs Drug Stores, L.L.C.
6093. Long-Term Care Pharmacy Alliance, LLC
6094. Longwood Avenue CVS, Inc.
6095. Longwood CVS, Inc.
6096. Looch Hwy. CVS, Inc.
6097. Loop 610 Westheimer CVS, L.P.
6098. Loris SC CVS, Inc.
6099. Los Alamitos CVS, L.P.
6100. Los Angeles ProCare Pharmacy, Inc.
6101. Louetta Elderidge CVS, L.P.
6102. Louisiana CVS Pharmacy, L.L.C.
6103. Louisville CVS, Inc.
6104. Lowell Bridge CVS, Inc.
6105. Lowell Discounter, Inc.
6106. Lowell Merrimack CVS, Inc.
6107. Lowell Retailer, Inc.
6108. Lower Azusa Rd CVS, L.L.C.
6109. Lower Buckeye Phoenix CVS, L.L.C.
6110. Lower Buckley Avondale CVS, L.L.C.
6111. Lower Makefield CVS, Inc.
6112. Loyalty Life Insurance Company

6113.   Ludlow Acquisition Corp.
6114.   Ludlow CVS, Inc.
6115.   Luettgens Limited
6116.   LV Boulevard CVS, L.L.C.
6117.   Lyell Clinton Paine, Inc.
6118.   Lynn Boston Street CVS, Inc.
6119.   Lynngate-Massachusetts CVS, Inc.
6120.   Lynnway Lynn CVS, Inc.
6121.   Lyon Twp CVS, L.L.C.
6122.   M Street CVS, Inc.
6123.   M Street Peoples, Inc.
6124.   M Street Washington CVS, Inc.
6125.   Mableton GA CVS, Inc.
6126.   Mableton Parkway CVS, Inc.
6127.   MacArthur Boulevard CVS, Inc.
6128.   Macedon Clinton Stores, Inc.
6129.   Mack Drug Co. of New Jersey, Inc.
6130.   Mack Drug Co. of New York, Inc.
6131.   Mack Drug Co. of Pittsfield, Inc.
6132.   Macomb Township CVS, L.L.C.
6133.   Madera Royale CVS, Inc.
6134.   Madison Centre CVS, Inc.
6135.   Madison Chicago CVS, L.L.C.
6136.   Madison CVS, Inc.
6137.   Madison Heights John R CVS, Inc.
6138.   Magnolia Anaheim CVS, L.P.
6139.   Magnum Health Plan, Inc.
6140.   Main Alden CVS, Inc.
6141.   Main Annapolis CVS, L.L.C.
6142.   Main Devon Bartlett CVS, L.L.C.
6143.   Main Harvard CVS, Inc.
6144.   Main Houston CVS, L.P.
6145.   Main Jefferson CVS, L.L.C.
6146.   Main McKinney CVS, L.P.
6147.   Main Montgomery CVS, L.L.C.
6148.   Main Street Athol CVS, Inc.
6149.   Main Street North CVS, Inc.
6150.   Main Street Pharmacy, L.L.C.
6151.   Main Vineland CVS, L.L.C.
6152.   Main Wayland CVS, Inc.
6153.   Maine CVS Pharmacy, L.L.C.
6154.   Maine Retailer, Inc.
6155.   Maine-Bangor CVS, Inc.

6156.   Maineville CVS, Inc.
6157.   Malaga CVS, Inc.
6158.   Malden Broadway CVS, Inc.
6159.   Malden Square CVS, Inc.
6160.   Male Wind Gap CVS, Inc.
6161.   Mall of New Hampshire CVS, Inc.
6162.   Managed Care Coordinators, Inc.
6163.   Managed HealthCare, Inc.
6164.   Managed Healthcare, LLC
6165.   Management & Network Services, Inc.
6166.   Management and Network Services, L.L.C.
6167.   Manalapan CVS, Inc.
6168.   Manassas CVS, Inc.
6169.   Manatee Bradenton CVS, L.L.C.
6170.   Manayunk Plaza CVS, Inc.
6171.   Manchester (N.H.) CVS, Inc.
6172.   Manchester CVS, Inc.
6173.   Manchester North Main CVS, Inc.
6174.   Manhattan CVS, Inc.
6175.   Manomet Route 3a CVS, Inc.
6176.   Manor Road CVS, Inc.
6177.   Mansfield CVS, Inc.
6178.   Mansfield Shopping Center CVS, Inc.
6179.   Manton Avenue CVS, Inc.
6180.   Mantua NJ CVS, L.L.C.
6181.   Manville CVS, Inc.
6182.   Maple Avenue CVS, Inc.
6183.   Maple Avenue NJ CVS, Inc.
6184.   Maple Glen CVS, Inc.
6185.   Maple Grove MN CVS, L.L.C.
6186.   Maplewood CVS, L.L.C.
6187.   Marblehead CVS, Inc.
6188.   Margate CVS, Inc.
6189.   Marguerite Parkway CVS, Inc.
6190.   Maricopa CVS, L.L.C.
6191.   Marietta CVS, Inc.
6192.   Marietta Piedmont CVS, Inc.
6193.   Mark Steven CVS, Inc.
6194.   Market Street CVS, Inc.
6195.   Marlboro CVS, Inc.

6196. Marlboro Village Center CVS, Inc.
6197. Marlborough Mall CVS, Inc.
6198. Marley Station CVS, Inc.
6199. Marlton Crossing CVS, Inc.
6200. Marsh Carrollton CVS, L.P.
6201. Marshalls of Citrus Heights, CA., Inc.
6202. Marshalls of Skokie IL, Inc.
6203. MARSHALLS OF TEMPE, AZ., INC.
6204. Marshfield Ocean CVS, Inc.
6205. Marshfield Webster CVS, Inc.
6206. Martin Health Services, Inc.
6207. Martin Health Services, LLC
6208. Mary Street CVS, Inc.
6209. Maryland CVS Pharmacy, L.L.C.
6210. Maryland Parkway CVS, L.L.C.
6211. Maryland St. Paul CVS, L.L.C.
6212. Mashpee CVS, Inc.
6213. Mason CVS, Inc.
6214. Maspeth NY CVS, L.L.C.
6215. Mass. Ave. and Alwife Brook CVS, Inc.
6216. Mass. Ave. CVS, Inc.
6217. Massachusetts Avenue CVS, L.L.C.
6218. Massachusetts CVS Pharmacy, Inc.
6219. Massachusetts CVS Pharmacy, L.L.C.
6220. Massapequa CVS, Inc.
6221. Mattapan MA CVS, Inc.
6222. Matthews CVS, Inc.
6223. Mattituck CVS, L.L.C.
6224. Mattydale Clinton Stores, Inc.
6225. MaxiCare/HealthAmerica Pennsylvania, Inc.
6226. Maxwell & Tennyson, Inc.
6227. May Street PharmaCare Pharmacy, Inc.
6228. Mayfield Collins CVS, L.P.
6229. Mayfield CVS, Inc.
6230. Maynard CVS, Inc.
6231. MC Diagnostic of Connecticut, P.C.
6232. MC RETAIL CORP.

6233. McCalla CVS, Inc.
6234. McDowell Phoenix CVS, L.L.C.
6235. McKeesport CVS, Inc.
6236. McKinney CVS, L.P.
6237. McNab Tamarac CVS, L.L.C.
6238. McNair Farms CVS, Inc.
6239. Mead Clinton Paine, Inc.
6240. Meadow Glen CVS, Inc.
6241. Meadowbrook Newark CVS, Inc.
6242. Meadville Clinton Stores, Inc.
6243. Med Southwest, Inc.
6244. Med World Acquisition Corp.
6245. Med World Acquisition, LLC
6246. Medco Discount Prescription Center, Inc.
6247. Medfield CVS, Inc.
6248. Medford Downtown CVS, Inc.
6249. Medford High CVS, Inc.
6250. Medford Retailer, Inc.
6251. Medford-Malden CVS, Inc.
6252. Media 452 CVS, Inc.
6253. Media CVS, Inc.
6254. Medical Arts Health Care, Inc.
6255. Medical Arts Health Care, LLC
6256. Medical Arts Pharmacy, Inc.
6257. Medical Center Pharmacies, Inc.
6258. Medical Examinations of New York, P.C.
6259. Medicare Drug Stores, Inc.
6260. Medicity LLC
6261. Medicity, Inc.
6262. Medisav, Inc.
6263. MedPartners Acquisition
6264. MedPartners Aviation, Inc.
6265. MedPartners Physician Services, Inc.
6266. MedPartners Professional Management Corporation
6267. MedPartners, Inc.
6268. MedPartners/Mullikin, Inc.
6269. MedPartners/Talbert Medical Management Corporation
6270. Medway CVS, Inc.

6271. Meeting House Road CVS, Inc.
6272. Melrose CVS, Inc.
6273. Melrose Park CVS, L.L.C.
6274. Melville Equipment Leasing Corp.
6275. Melville Realty Company, Inc.
6276. Melville Realty Management Corporation
6277. MemberHealth LLC
6278. Menifee Meadows Office Park Association
6279. Menlo Park CVS, Inc.
6280. Mental Health Associates, Inc.
6281. Mental Health Associates, Inc. of Lousiana, Inc.
6282. Mental Health Network of New York IPA, Inc.
6283. Merchant Plaza CVS, Inc.
6284. Merger LLC D, L.L.C.
6285. Meridan West Main CVS, Inc.
6286. Meriden CVS, Inc.
6287. Meriden Parkade CVS, Inc.
6288. Meriden Road CVS, Inc.
6289. Meridianville CVS, Inc.
6290. Meritain Health Group, Inc.
6291. Meritain Health, Inc.
6292. Merlen Drug CVS, Inc.
6293. Merrick CVS, Inc.
6294. Merrill University CVS, L.L.C.
6295. Merrimack Street CVS, Inc.
6296. Merritt Island CVS, L.L.C.
6297. Merwin IV & Specialty Pharmacy, LLC
6298. Merwin Long Term Care, Inc.
6299. Merwin Long Term Care, LLC
6300. Merwin Rx-Compounding Pharmacy, LLC
6301. Mesa Brown CVS, L.L.C.
6302. Mesquite CVS, L.P.
6303. Methuen Broadway CVS, Inc.
6304. Methuen CVS, Inc.
6305. Methuen Haverhill CVS, Inc.
6306. Methuen Swan CVS, Inc.
6307. MetraComp, Inc.

6308. Metro Boston CVS, Inc.
6309. MHHP Acquisition Company LLC
6310. MHNet Life and Health Insurance Company
6311. MHNet of Florida, Inc.
6312. MHNet Specialty Services, LLC
6313. Miami 147th CVS, L.L.C.
6314. Miami 2nd Avenue CVS, Inc.
6315. Miami 8th CVS, L.L.C.
6316. Miami Flagler CVS, Inc.
6317. Michigan Chicago CVS, L.L.C.
6318. Michigan CVS, Inc.
6319. Mid Cities Boulevard CVS, L.P.
6320. Middle River CVS, Inc.
6321. Middle Smithfield Township CVS, Inc.
6322. Middleboro CVS, Inc.
6323. Middlesex Lowell CVS, Inc.
6324. Middlesex-Mass. CVS, Inc.
6325. Middletown CVS, Inc.
6326. Middletown Township CVS, Inc.
6327. Middletown Washington CVS, Inc.
6328. Midland Clinton Stores, Inc.
6329. Midland Retailer, Inc.
6330. Midport Port St. Lucie CVS, L.L.C.
6331. Milford Broad St. CVS, Inc.
6332. Milford CVS, Inc.
6333. Milford PharmaCare Pharmacy, Inc.
6334. Milford Plaza CVS, Inc.
6335. Milford Square CVS, Inc.
6336. Military Trail CVS, Inc.
6337. Millbourne CVS, Inc.
6338. Millbury CVS, Inc.
6339. Millbury PharmaCare Pharmacy, Inc.
6340. Millcreek CVS, Inc.
6341. Miller Place CVS, L.L.C.
6342. Millis CVS, Inc.
6343. Mills Ave SEC CVS, L.L.C.
6344. Millville CVS, Inc.
6345. Milton Market Place CVS, Inc.
6346. Milwaukee Chicago CVS, L.L.C.
6347. Mineola Jericho CVS, Inc.

6348. Mineral Spring Ave. CVS, Inc.
6349. Minnesota CVS Pharmacy, L.L.C.
6350. Minor Health Enterprise Co, Ltd.
6351. Mint Hill CVS, Inc.
6352. Minute Clinic Diagnostic of North Carolina, P.C.
6353. MinuteClinic Diagnostic Medical Group of California, Inc.
6354. MinuteClinic Diagnostic Medical Group of Orange County, Inc.
6355. MinuteClinic Diagnostic Medical Group of San Diego, Inc.
6356. MinuteClinic Diagnostic of Alabama, L.L.C.
6357. MinuteClinic Diagnostic of Arizona, LLC
6358. MinuteClinic Diagnostic of Arkansas, LLC
6359. MinuteClinic Diagnostic of Colorado LLC
6360. MinuteClinic Diagnostic of Connecticut, LLC
6361. MinuteClinic Diagnostic of Florida, LLC
6362. MinuteClinic Diagnostic of Georgia, LLC
6363. MinuteClinic Diagnostic of Hawaii, L.L.C.
6364. MinuteClinic Diagnostic of Illinois, LLC
6365. MinuteClinic Diagnostic of Kansas, P.A.
6366. MinuteClinic Diagnostic of Kentucky, L.L.C.
6367. MinuteClinic Diagnostic of Louisiana, L.L.C.
6368. MinuteClinic Diagnostic of Maine, L.L.C.
6369. MinuteClinic Diagnostic of Maryland, LLC
6370. MinuteClinic Diagnostic of Massachusetts, LLC
6371. MinuteClinic Diagnostic of Michigan, P.C.
6372. MinuteClinic Diagnostic of Minnesota, P.A.
6373. MinuteClinic Diagnostic of Nebraska, L.L.C.
6374. MinuteClinic Diagnostic of New Hampshire, L.L.C.
6375. MinuteClinic Diagnostic of New Jersey, LLC
6376. MinuteClinic Diagnostic of New Mexico, L.L.C.
6377. MinuteClinic Diagnostic of Ohio, LLC
6378. MinuteClinic Diagnostic of Oklahoma, LLC
6379. MinuteClinic Diagnostic of Oregon, LLC
6380. MinuteClinic Diagnostic of Pennsylvania, LLC
6381. MinuteClinic Diagnostic of Rhode Island, LLC
6382. MinuteClinic Diagnostic of South Carolina, L.L.C.
6383. MinuteClinic Diagnostic of Tennessee, P.C.
6384. MinuteClinic Diagnostic of Texas, LLC
6385. MinuteClinic Diagnostic of Utah, L.L.C.
6386. MinuteClinic Diagnostic of Virginia, LLC
6387. MinuteClinic Diagnostic of Washington, LLC
6388. MinuteClinic Diagnostic of Washington, PLLC
6389. MinuteClinic Diagnostic of Wisconsin, L.L.C.
6390. MinuteClinic Diagnostic, P.A.
6391. MinuteClinic Diagnostics of Indiana, LLC
6392. MinuteClinic Online Diagnostic Services, LLC

F-91

6393. MinuteClinic Online Virtual Care California, P.C.
6394. MinuteClinic Physician Practice of Texas
6395. MinuteClinic Telehealth Services of Texas Association
6396. MinuteClinic Telehealth Services, LLC
6397. MinuteClinic Video Virtual Care California, P.C.
6398. MinuteClinic Video Virtual Care North, LLC
6399. MinuteClinic Video Virtual Care of Kansas, LLC
6400. MinuteClinic Video Virtual Care of NC, PC
6401. MinuteClinic Video Virtual Care of Nevada, PLLC
6402. MinuteClinic Video Virtual Care of Wisconsin, S.C.
6403. MinuteClinic Video Virtual Care, P.C.
6404. MinuteClinic Video Virtual Care, PLLC
6405. MinuteClinic, L.L.C.
6406. MinuteClinic, LLC
6407. Miramar CVS, Inc.
6408. Mission Hills CVS, Inc.
6409. Mission Tremont CVS, Inc.
6410. Mission Valley CVS, Inc.
6411. Mission Viejo CVS, Inc.
6412. Mississippi CVS Pharmacy, L.L.C.
6413. Missouri Care, Incorporated
6414. Missouri City CVS, L.P.
6415. Missouri CVS Pharmacy, L.L.C.
6416. MLK Tampa CVS, L.L.C.
6417. Mobile AL CVS, Inc.
6418. Mogadore CVS, Inc.
6419. Mohawk Avenue CVS Store, Inc.
6420. Mohegan Lake CVS, L.L.C.
6421. Mokena CVS, L.L.C.
6422. Monroe CVS, Inc.
6423. Monroe NJ CVS, L.L.C.

6424. Monroe NY CVS, L.L.C.
6425. Monroe Prospect CVS, Inc.
6426. Montana CVS Pharmacy, L.L.C.
6427. Montclair CVS, Inc.
6428. Montebello CVS, Inc.
6429. Montevallo AL CVS, Inc.
6430. Montgomery AL CVS, Inc.
6431. Montgomery Sq. CVS, Inc.
6432. Montrose Chicago CVS, L.L.C.
6433. Montrose Houston CVS, L.P.
6434. Montvale Center CVS, Inc.
6435. Montvale Woburn CVS, Inc.
6436. Moorestown Mall CVS, Inc.
6437. Moorestown NJ Bob's, Inc.
6438. Moorestown West Main CVS, Inc.
6439. Moorpark CVS, Inc.
6440. Morewood Drive CVS, Inc.
6441. Morris Daytona CVS, L.L.C.
6442. Morrisville CVS, Inc.
6443. Morrow CVS, Inc.
6444. Morton Fry CVS, L.P.
6445. Mounds View MN CVS, L.L.C.
6446. Mount Carmel Plaza CVS, Inc.
6447. Mount Dora CVS, L.L.C.
6448. Mountain Avenue CVS, Inc.
6449. Mountain Brook CVS, Inc.
6450. Mountain Grove Investment Group LLC
6451. Mountain Medical Affiliates, Inc.
6452. Mountain Middlesex CVS, Inc.
6453. Movietown Plaza CVS, Inc.
6454. MP Receivables Company
6455. MRC Henderson Devco, Inc.
6456. MRC Manchester Devco, Inc.
6457. MRC Staten Island Devco, Inc.
6458. MRC Westbury Devco, Inc.
6459. MRC Woodlands Devco, Inc.
6460. Mt. Holly CVS, Inc.
6461. Mt. Joy CVS, Inc.
6462. Mt. Morris CVS, Inc.
6463. Mt. Pleasant CVS, Inc.
6464. Mt. Prospect CVS, L.L.C.
6465. Mundelein CVS, L.L.C.

6466. Murray CVS, Inc.
6467. Myrtle Beach CVS, Inc.
6468. N. Bayshore CVS, L.L.C.
6469. N. Sepulveda CVS, L.L.C.
6470. Nahatan Street CVS, Inc.
6471. Nanes Houston CVS, L.P.
6472. Nanuet Retailer, Inc.
6473. Naperville CVS, L.L.C.
6474. Naples CVS, L.L.C.
6475. Naples US 41 CVS, L.L.C.
6476. Nashua CVS, Inc.
6477. Nashua Hollis CVS, Inc.
6478. Nashville CVS, L.L.C.
6479. Natick Mall CVS, Inc.
6480. Natick Retailer, Inc.
6481. Natick Routes 9 and 27 CVS, Inc.
6482. National Motor Club Life & Accident Insurance Company
6483. Naugatuck Bridge St. CVS, Inc.
6484. Naugatuck CVS, Inc.
6485. Navarro Discount Pharmacies No. 1, Inc. (for assets / pharmacies acquired by CVS)
6486. Navarro Discount Pharmacies No. 1, LLC (for assets / pharmacies acquired by CVS)
6487. Navarro Discount Pharmacies No. 10, Inc. (for assets / pharmacies acquired by CVS)
6488. Navarro Discount Pharmacies No. 10, LLC (for assets / pharmacies acquired by CVS)
6489. Navarro Discount Pharmacies No. 11, Inc. (for assets / pharmacies acquired by CVS)
6490. Navarro Discount Pharmacies No. 11, LLC (for assets / pharmacies acquired by CVS)
6491. Navarro Discount Pharmacies No. 12, Inc. (for assets / pharmacies acquired by CVS)

6492. Navarro Discount Pharmacies No. 12, LLC (for assets / pharmacies acquired by CVS)
6493. Navarro Discount Pharmacies No. 13, Inc. (for assets / pharmacies acquired by CVS)
6494. Navarro Discount Pharmacies No. 13, LLC (for assets / pharmacies acquired by CVS)
6495. Navarro Discount Pharmacies No. 14, Inc. (for assets / pharmacies acquired by CVS)
6496. Navarro Discount Pharmacies No. 14, LLC (for assets / pharmacies acquired by CVS)
6497. Navarro Discount Pharmacies No. 15, Inc. (for assets / pharmacies acquired by CVS)
6498. Navarro Discount Pharmacies No. 15, LLC (for assets / pharmacies acquired by CVS)
6499. Navarro Discount Pharmacies No. 16, Inc. (for assets / pharmacies acquired by CVS)
6500. Navarro Discount Pharmacies No. 16, LLC (for assets / pharmacies acquired by CVS)
6501. Navarro Discount Pharmacies No. 17, Inc. (for assets / pharmacies acquired by CVS)
6502. Navarro Discount Pharmacies No. 17, LLC (for assets / pharmacies acquired by CVS)
6503. Navarro Discount Pharmacies No. 18, Inc. (for assets / pharmacies acquired by CVS)
6504. Navarro Discount Pharmacies No. 18, LLC (for assets / pharmacies acquired by CVS)
6505. Navarro Discount Pharmacies No. 19, Inc. (for assets / pharmacies acquired by CVS)

6506. Navarro Discount Pharmacies No. 19, LLC (for assets / pharmacies acquired by CVS)

6507. Navarro Discount Pharmacies No. 2, Inc. (for assets / pharmacies acquired by CVS)

6508. Navarro Discount Pharmacies No. 2, LLC (for assets / pharmacies acquired by CVS)

6509. Navarro Discount Pharmacies No. 20, Inc. (for assets / pharmacies acquired by CVS)

6510. Navarro Discount Pharmacies No. 20, LLC (for assets / pharmacies acquired by CVS)

6511. Navarro Discount Pharmacies No. 21, Inc. (for assets / pharmacies acquired by CVS)

6512. Navarro Discount Pharmacies No. 21, LLC (for assets / pharmacies acquired by CVS)

6513. Navarro Discount Pharmacies No. 22, Inc. (for assets / pharmacies acquired by CVS)

6514. Navarro Discount Pharmacies No. 22, LLC (for assets / pharmacies acquired by CVS)

6515. Navarro Discount Pharmacies No. 23, Inc. (for assets / pharmacies acquired by CVS)

6516. Navarro Discount Pharmacies No. 23, LLC (for assets / pharmacies acquired by CVS)

6517. Navarro Discount Pharmacies No. 24, Inc. (for assets / pharmacies acquired by CVS)

6518. Navarro Discount Pharmacies No. 24, LLC (for assets / pharmacies acquired by CVS)

6519. Navarro Discount Pharmacies No. 25, Inc.  (for assets / pharmacies acquired by CVS)

6520. Navarro Discount Pharmacies No. 25, LLC (for assets / pharmacies acquired by CVS)

6521. Navarro Discount Pharmacies No. 26, Inc. (for assets / pharmacies acquired by CVS)

6522. Navarro Discount Pharmacies No. 26, LLC (for assets / pharmacies acquired by CVS)

6523. Navarro Discount Pharmacies No. 27, Inc. (for assets / pharmacies acquired by CVS)

6524. Navarro Discount Pharmacies No. 27, LLC (for assets / pharmacies acquired by CVS)

6525. Navarro Discount Pharmacies No. 28, Inc. (for assets / pharmacies acquired by CVS)

6526. Navarro Discount Pharmacies No. 28, LLC (for assets / pharmacies acquired by CVS)

6527. Navarro Discount Pharmacies No. 29, Inc. (for assets / pharmacies acquired by CVS)

6528. Navarro Discount Pharmacies No. 29, LLC (for assets / pharmacies acquired by CVS)

6529. Navarro Discount Pharmacies No. 3, Inc. (for assets / pharmacies acquired by CVS)

6530. Navarro Discount Pharmacies No. 3, LLC (for assets / pharmacies acquired by CVS)

6531. Navarro Discount Pharmacies No. 30, Inc. (for assets / pharmacies acquired by CVS)

6532. Navarro Discount Pharmacies No. 30, LLC (for assets / pharmacies acquired by CVS)

6533. Navarro Discount Pharmacies No. 31, Inc. (for assets / pharmacies acquired by CVS)

6534. Navarro Discount Pharmacies No. 31, LLC (for assets / pharmacies acquired by CVS)

6535. Navarro Discount Pharmacies No. 32, Inc. (for assets / pharmacies acquired by CVS)

6536. Navarro Discount Pharmacies No. 32, LLC (for assets / pharmacies acquired by CVS)

6537. Navarro Discount Pharmacies No. 33, Inc. (for assets / pharmacies acquired by CVS)

6538. Navarro Discount Pharmacies No. 33, LLC (for assets / pharmacies acquired by CVS)

6539. Navarro Discount Pharmacies No. 34, Inc. (for assets / pharmacies acquired by CVS)

6540. Navarro Discount Pharmacies No. 34, LLC (for assets / pharmacies acquired by CVS)

6541. Navarro Discount Pharmacies No. 35, Inc. (for assets / pharmacies acquired by CVS)

6542. Navarro Discount Pharmacies No. 35, LLC (for assets / pharmacies acquired by CVS)

6543. Navarro Discount Pharmacies No. 36, Inc. (for assets / pharmacies acquired by CVS)

6544. Navarro Discount Pharmacies No. 36, LLC (for assets / pharmacies acquired by CVS)

6545. Navarro Discount Pharmacies No. 37, Inc. (for assets / pharmacies acquired by CVS)

6546. Navarro Discount Pharmacies No. 37, LLC (for assets / pharmacies acquired by CVS)

6547. Navarro Discount Pharmacies No. 38, Inc. (for assets / pharmacies acquired by CVS)

6548. Navarro Discount Pharmacies No. 38, LLC (for assets / pharmacies acquired by CVS)

6549. Navarro Discount Pharmacies No. 4, Inc. (for assets / pharmacies acquired by CVS)

6550. Navarro Discount Pharmacies No. 4, LLC (for assets / pharmacies acquired by CVS)

6551. Navarro Discount Pharmacies No. 5, Inc. (for assets / pharmacies acquired by CVS)

6552. Navarro Discount Pharmacies No. 5, LLC (for assets / pharmacies acquired by CVS)

6553. Navarro Discount Pharmacies No. 6, Inc. (for assets / pharmacies acquired by CVS)

6554. Navarro Discount Pharmacies No. 6, LLC (for assets / pharmacies acquired by CVS)

6555. Navarro Discount Pharmacies No. 7, Inc. (for assets / pharmacies acquired by CVS)

6556. Navarro Discount Pharmacies No. 7, LLC (for assets / pharmacies acquired by CVS)

6557. Navarro Discount Pharmacies No. 8, Inc. (for assets / pharmacies acquired by CVS)

6558. Navarro Discount Pharmacies No. 8, LLC (for assets / pharmacies acquired by CVS)

6559. Navarro Discount Pharmacies No. 9, Inc. (for assets / pharmacies acquired by CVS)

6560. Navarro Discount Pharmacies No. 9, LLC (for assets / pharmacies acquired by CVS)

6561. Navarro Discount Pharmacies, Inc. (for assets / pharmacies acquired by CVS)

6562. Navarro Discount Pharmacies, LLC (for assets / pharmacies acquired by CVS)
6563. NCS Healthcare of Illinois, LLC
6564. NCS Healthcare of Indiana LLC
6565. NCS Healthcare of Indiana, Inc.
6566. NCS Healthcare of Iowa, LLC
6567. NCS Healthcare of Kansas, LLC
6568. NCS Healthcare of Kentucky, Inc.
6569. NCS Healthcare of Kentucky, LLC
6570. NCS Healthcare of Montana, Inc.
6571. NCS Healthcare of Montana, LLC
6572. NCS Healthcare of New Hampshire, Inc.
6573. NCS Healthcare of New Mexico, Inc.
6574. NCS Healthcare of New Mexico, LLC
6575. NCS Healthcare of Ohio, LLC
6576. NCS Healthcare of South Carolina, Inc.
6577. NCS Healthcare of South Carolina, LLC
6578. NCS Healthcare of Tennessee, Inc.
6579. NCS Healthcare of Tennessee, LLC
6580. NCS Healthcare of Washington, Inc.
6581. NCS Healthcare of Wisconsin, LLC
6582. NCS Healthcare, LLC
6583. NCS Services, Inc.
6584. NCSC Acquisition Sub, LLC
6585. NCSH Acquisition Sub, LLC
6586. Nebraska CVS Pharmacy, L.L.C.
6587. NEC Long Beach CVS, L.L.C.
6588. NEC Main CVS, Inc.
6589. NEC Montgomery CVS, L.L.C.
6590. NEC Washington CVS, L.L.C.
6591. Neck Burlington CVS, Inc.
6592. Needham Center CVS, Inc.
6593. Needham CVS, Inc.
6594. Needham St.-Newton CVS, Inc.
6595. NeighborCare Holdings, Inc.
6596. NeighborCare of Indiana, LLC

6597. NeighborCare of New Hampshire, L.L.C.
6598. NeighborCare of Virginia, LLC
6599. NeighborCare Pharmacies, LLC
6600. NeighborCare Pharmacy of Virginia, LLC
6601. NeighborCare Pharmacy Services, Inc.
6602. NeighborCare Pharmacy Services, LLC
6603. NeighborCare Repackaging, Inc.
6604. NeighborCare Services Corporation
6605. NeighborCare, Inc.
6606. NeighborCare-TCI, LLC
6607. Nelson Lake Charles CVS, Inc.
6608. Neshaminy PA CVS, Inc.
6609. Nevada CVS Pharmacy, L.L.C.
6610. Nevada Street CVS, Inc.
6611. New Albany CVS, Inc.
6612. New Britain CVS, Inc.
6613. New Britain Township CVS, Inc.
6614. New Brunswick CVS, Inc.
6615. New Canaan CVS, Inc.
6616. New City CVS, L.L.C.
6617. New Garden CVS, Inc.
6618. New Haven Crown CVS, Inc.
6619. New Haven Melbourne CVS, L.L.C.
6620. New Hope MN CVS, L.L.C.
6621. New Hope Street CVS, Inc.
6622. New Jersey Avenue CVS, L.L.C.
6623. New Jersey CVS Pharmacy, L.L.C.
6624. New Lenox CVS, L.L.C.
6625. New London Ocean Avenue CVS, Inc.
6626. New London Retailer, Inc.
6627. New London Turnpike CVS, Inc.
6628. New Orleans LA CVS, Inc.
6629. New Port Richey CVS, L.L.C.
6630. New Providence CVS, Inc.
6631. New Windsor CVS, Inc.
6632. New York CVS Pharmacy, L.L.C.
6633. New York First Avenue CVS, Inc.

6634. New York Life and Health Insurance Company
6635. New York Life/Sanus Health Plan, Inc.
6636. NEW YORNYHT ACQUISITION, INC.
6637. Newark Delaware CVS, Inc.
6638. Newark East Main CVS, Inc.
6639. Newark Ohio CVS, Inc.
6640. Newark ProCare Pharmacy, Inc.
6641. Newbury Street CVS, Inc.
6642. Newburyport CVS, Inc.
6643. Newington Avenue CVS, Inc.
6644. Newington Cedar CVS, Inc.
6645. Newington CVS, Inc.
6646. Newman Ave. CVS, Inc.
6647. Newnan CVS, Inc.
6648. Newnan Fayetteville CVS, Inc.
6649. Newport CVS, Inc.
6650. Newton Center St. CVS, Inc.
6651. Newton Watertown CVS, Inc.
6652. Newtonville CVS, Inc.
6653. Newtown CVS, Inc.
6654. NH Acquisition Sub, LLC
6655. Niagara Re, Inc.
6656. Nicollet Richfield CVS, L.L.C.
6657. Nihan & Martin LLC
6658. Niles Clinton Stores, Inc.
6659. Niles CVS, Inc.
6660. Niles CVS, L.L.C.
6661. Niles IL CVS, L.L.C.
6662. Niskayuna CVS Store, Inc.
6663. NIV Acquisition, LLC
6664. No. Dartmouth State Rd. CVS, Inc.
6665. Nockamixon CVS, Inc.
6666. Norfolk CVS, Inc.
6667. Norristown CVS, Inc.
6668. North Adams CVS, Inc.
6669. North American Health Plan, Inc.
6670. North Andover CVS, Inc.
6671. North Attleboro CVS, Inc.
6672. North Aurora CVS, L.L.C.
6673. North Boston Pharmacy, Inc.

6674. North Brunswick CVS, L.L.C.
6675. North Carolina Acquisition Corp.
6676. North Carolina CVS Pharmacy, L.L.C.
6677. North Charleston SC CVS, Inc.
6678. North Fort Myers CVS, L.L.C.
6679. North Grace Lombard CVS, L.L.C.
6680. North Haven CVS, Inc.
6681. North Kent CVS, Inc.
6682. North Las Vegas CVS, L.L.C.
6683. North Lindenhurst CVS, Inc.
6684. North Miami ProCare Pharmacy, Inc.
6685. North Naples CVS, L.L.C.
6686. North New Rochelle CVS, L.L.C.
6687. North Olmstead OH CVS, Inc.
6688. North Reading CVS, Inc.
6689. North Shore Pharmacy Services LLC
6690. North Syracuse CVS Store, Inc.
6691. North Towne Sq. CVS, Inc.
6692. Northampton (Mass.) CVS, Inc.
6693. Northampton Main Street CVS, Inc.
6694. Northborough CVS, Inc.
6695. Northbrook IL CVS, L.L.C.
6696. Northeast Philadelphia CVS, Inc.
6697. Northern Jackson Heights CVS, L.L.C.
6698. Northlake Palm Beach CVS, L.L.C.
6699. Northland CVS, Inc.
6700. Northridge Nordhoff CVS, Inc.
6701. Northville Sheldon CVS, L.L.C.
6702. Northville Township CVS, Inc.
6703. Northwest Highway CVS, L.L.C.
6704. Northwest K Street CVS, Inc.
6705. Northwest M Street CVS, L.L.C.
6706. Norton CVS, Inc.
6707. Norton Mansfield St. CVS, Inc.
6708. Norton Primary (Americas) Limited
6709. Norwalk Broad Street CVS, Inc.
6710. Norwalk Square CVS, Inc.
6711. Norwich Main Street CVS, Inc.
6712. Norwood Avenue CVS, L.L.C.

6713. Norwood CVS, Inc.
6714. Nostrand Brooklyn CVS, L.L.C.
6715. Nostrand CVS, L.L.C.
6716. Notre Dame CVS, Inc.
6717. Nottingham PA CVS, Inc.
6718. Novo Innovations, LLC
6719. NovoLogix, Inc.
6720. NovoLogix, LLC
6721. NS Acquisition Sub, LLC
6722. NSPS Acquisition Sub, LLC
6723. Nutmeg CVS, L.L.C.
6724. Nutmeg Life Insurance Company
6725. NWC 63rd Chicago CVS, L.L.C.
6726. NWC 80th Minneapolis CVS, L.L.C.
6727. NWC CVS, Inc
6728. NWC Frank Lloyd Wright CVS, L.L.C.
6729. NWC Northdale CVS, L.L.C.
6730. NWC Rte. 59 CVS, L.L.C.
6731. NY Lexington CVS, L.L.C.
6732. Nyack CVS, L.L.C.
6733. NYLCare Dental Plans of the Southwest, Inc.
6734. NYLCare Health Plans Northwest, Inc.
6735. NYLCare Health Plans of Connecticut, Inc.
6736. NYLCare Health Plans of Maine, Inc.
6737. NYLCare Health Plans of New Jersey, Inc.
6738. NYLCare Health Plans of New York, Inc.
6739. NYLCare Health Plans of Pennsylvania, Inc.
6740. NYLCare Health Plans of the Mid-Atlantic, Inc.
6741. NYLCare Health Plans of the Midwest, Inc.
6742. NYLCare Health Plans, Inc.
6743. NYLCare Health Plans, LLC
6744. NYLCare of New England, Inc.

6745. NYLCare of Texas, Inc.
6746. NYLCare Plus, Inc.
6747. NYLCare Preferred Services, Inc.
6748. Oak Lane CVS, Inc.
6749. Oak Park CVS, L.L.C.
6750. Oak Ridge CVS, L.L.C.
6751. Oak Ridge NC CVS, Inc.
6752. Oak Ridge Orlando CVS, L.L.C.
6753. Oaklawn Ave., Cranston CVS, Inc.
6754. Oaklyn CVS, Inc.
6755. Oakton Niles CVS, L.L.C.
6756. Oakwood CVS, Inc.
6757. Ocala CVS, L.L.C.
6758. Ocean Acquisition Sub, L.L.C.
6759. Ocean City MD CVS, L.L.C.
6760. Ocean County CVS, Inc.
6761. Ocean View Plaza CVS, Inc.
6762. Ocoee FL CVS, L.L.C.
6763. OCR Services Corporation
6764. OCR Services, LLC
6765. OCR-RA Acquisition, LLC
6766. Odd Lot Parent Corporation
6767. Odd Lot Trading, Inc.
6768. Oger Park CVS, L.L.C.
6769. Ohio CVS Pharmacy, L.L.C.
6770. Ohio CVS Stores, L.L.C.
6771. Ohio Primary Care Associates, P.C.
6772. Oklahoma CVS Pharmacy, L.L.C.
6773. Olathe 119th CVS, Inc.
6774. Olathe Ridgeview CVS, Inc.
6775. Old Buncombe Road CVS, Inc.
6776. Old Country CVS, Inc.
6777. Old Cutler Miami CVS, L.L.C.
6778. Old Greenwich CVS, Inc.
6779. Old Hickory CVS, Inc.
6780. Old Maple CVS, Inc.
6781. Old National CVS, Inc.
6782. Old Richmond Sugar Land CVS, L.P.
6783. Old Saybrook CVS, Inc.
6784. Old Tappan CVS, Inc.
6785. Old Winter Orlando CVS, L.L.C.
6786. Olean Center CVS Store, Inc.

6787. Olean Clinton Stores, Inc.
6788. Olive Glendale CVS, L.L.C.
6789. Olympia Fields CVS, L.L.C.
6790. Olympia Way CVS, L.L.C.
6791. Omaha Financial Life Insurance Company
6792. Omnicare Air Transport Services, Inc.
6793. Omnicare Canadian Holdings, Inc.
6794. Omnicare Distribution Center LLC
6795. Omnicare ESC LLC
6796. Omnicare Foundation
6797. Omnicare Headquarters LLC
6798. OmniCare Health Plan, Inc.
6799. Omnicare Holding Company
6800. Omnicare Indiana Partnership Holding Company LLC
6801. Omnicare Management Company
6802. Omnicare of Nevada, LLC
6803. Omnicare of New York, LLC
6804. Omnicare Pharmacies of Pennsylvania East LLC
6805. Omnicare Pharmacies of Pennsylvania West LLC
6806. Omnicare Pharmacies of The Great Plains Holding Company
6807. Omnicare Pharmacies of the Great Plains Holding Company, LLC
6808. Omnicare Pharmacy and Supply Services LLC
6809. Omnicare Pharmacy of Florida, LLC
6810. Omnicare Pharmacy of Florida, LP
6811. Omnicare Pharmacy of Maine LLC
6812. Omnicare Pharmacy of Nebraska, LLC
6813. Omnicare Pharmacy of North Carolina, LLC
6814. Omnicare Pharmacy of Pueblo, LLC
6815. Omnicare Pharmacy of Tennessee, LLC
6816. Omnicare Pharmacy of Texas 1, LP

6817. Omnicare Pharmacy of Texas 2, LP
6818. Omnicare Pharmacy of the Midwest, LLC
6819. Omnicare Property Management, LLC
6820. Omnicare Purchasing Company General Partner, Inc.
6821. Omnicare Purchasing Company Limited Partner, Inc.
6822. Omnicare Purchasing Company LP
6823. Omnicare Resources, LLC
6824. Omnicare SCG, INC.
6825. Omnicare Senior Health Outcomes, LLC
6826. Omnicare, Inc.
6827. Omnicare, LLC
6828. One Liberty Plaza Holdings, Inc.
6829. Oneonta Clinton Stores, Inc.
6830. Onondaga County CVS, Inc.
6831. Ontario CVS, Inc.
6832. OPGP Acquisition Sub, LLC
6833. OPM Acquisition Sub, LLC
6834. OPSS Acquisition Sub, LLC
6835. Orange Blossom CVS, Inc.
6836. Orange Central CVS, Inc.
6837. Orange City CVS, L.L.C.
6838. Orange Coast CVS, Inc.
6839. Orange CVS, Inc.
6840. Orange Winter Park CVS, L.L.C.
6841. Orange-Derby CVS, Inc.
6842. Orangethorpe CVS, L.L.C.
6843. Oregon Avenue CVS, Inc.
6844. Oregon CVS Pharmacy, L.L.C.
6845. Orland Hills CVS, L.L.C.
6846. Orland Park CVS, L.L.C.
6847. Orleans CVS, Inc.
6848. Orleans West Rd. CVS, Inc.
6849. Ormond Beach CVS, L.L.C.
6850. Owings Mills CVS, Inc.
6851. Oxford Casselberry CVS, L.L.C.
6852. Oxford CVS, Inc.
6853. Oxford Valley CVS, Inc.
6854. Oxford Valley, PA Bob's, Inc.

6855. Oyster Bay Kay-Bee Toy, Inc.
6856. P Street CVS, Inc.
6857. PA CVS, Inc.
6858. Pacific Coast Lomita CVS, L.L.C.
6859. Pacific Long Beach CVS, L.P.
6860. PacifiCare of Utah, Inc.
6861. Palm Ave CVS, L.L.C.
6862. Palm Beach CVS, Inc.
6863. Palm Beach Gardens CVS, L.L.C.
6864. Palm Beach Military CVS, L.L.C.
6865. Palm Harbor CVS, Inc.
6866. Palmdale Rancho CVS, L.L.C.
6867. Palmer Thorndike CVS, Inc.
6868. Palos Heights CVS, L.L.C.
6869. Pamplona Saúde e Beleza LTDA
6870. Panorama City CVS, L.P.
6871. Panorama CVS Store, Inc.
6872. Panorama CVS, Inc.
6873. Paoli, PA., CVS, Inc.
6874. Paramus Park CVS, Inc.
6875. Parekh MinuteClinic of Nevada,
       P.C.
6876. Paris CVS, Inc.
6877. Park Avenue South CVS, Inc.
6878. Park Boulevard CVS, Inc.
6879. Park Charlotte CVS, Inc.
6880. Park City CVS, Inc.
6881. Park City Retailer, Inc.
6882. Park Los Rios Plano CVS, L.L.C.
6883. Park Place CVS, Inc.
6884. Park Plaza CVS, Inc.
6885. Park Street CVS, Inc.
6886. Parker Plano CVS, L.P.
6887. Parker Street CVS, Inc.
6888. Parkersburg CVS, Inc.
6889. Parkhill CVS, Inc.
6890. Parkwin Bald CVS, L.L.C.
6891. Parkwood Circle CVS, Inc.
6892. Parmer Dessau CVS, L.L.C.
6893. Parsonage CVS, Inc.
6894. Part D Holding Company, L.L.C.
6895. Part D Management Services, LLC

6896. PARTNERS Health Plan of
       California
6897. PARTNERS Health Plan of Florida,
       Inc.
6898. PARTNERS Health Plan of
       Louisiana, Inc.
6899. PARTNERS Health Plan of
       Northern Ohio, Inc.
6900. PARTNERS Health Plan of
       Southern California
6901. PARTNERS Health Plan of
       Southern New England, Inc.
6902. PARTNERS Joint Acquisition
       Company, Inc.
6903. Pasadena CVS, Inc.
6904. Pasadena CVS, L.P.
6905. Pasadena Foothill CVS, L.L.C.
6906. Passyunk Ave. (Phila.) CVS, Inc.
6907. Pataskala CVS, L.L.C.
6908. Paterson CVS, Inc.
6909. Patriot Square CVS, Inc.
6910. Paulsboro CVS, Inc.
6911. Pavilion Boulevard CVS, Inc.
6912. Pawtucket CVS, Inc.
6913. Pawtucket Plaza CVS, Inc.
6914. Pawtucket Retailer, Inc.
6915. Paxton Square CVS, Inc.
6916. PayFlex Holdings, Inc.
6917. PayFlex Systems USA, Inc.
6918. PCS Mail Services of Birmingham,
       Inc.
6919. PE Holdings, LLC
6920. Peabody Lowell CVS, Inc.
6921. Peabody Lynnfield CVS, Inc.
6922. Peachtree CVS, Inc.
6923. Pearland CVS, L.P.
6924. Pecos Gilbert CVS, L.L.C.
6925. Pelham Manor CVS, Inc.
6926. Pembroke Center St. CVS, Inc.
6927. Pembroke Pines CVS, Inc.
6928. Penn - Daw CVS, Inc.
6929. Penn - Daw Peoples, Inc.
6930. Penn Group Health Plan, Inc.

6931. Penn-Can CVS Store, Inc.
6932. Pennsauken CVS, Inc.
6933. Pennsburg CVS, Inc.
6934. Pennsylvania Ave. CVS, Inc.
6935. Pennsylvania Ave. Peoples, Inc.
6936. Pennsylvania Avenue CVS, Inc.
6937. Pennsylvania Avenue ProCare, Inc.
6938. Pennsylvania Binghamton CVS, L.L.C.
6939. Pennsylvania CVS Pharmacy, L.L.C.
6940. Pennsylvania Life Insurance Company
6941. Pennsylvania LIfe, Health & Accident Insurance Company
6942. Pennsylvania-HealthCare USA, Inc.
6943. Peoples Drug Stores
6944. Peoples Drug Stores, Inc.
6945. Peoples Drug Stores, Incorporated
6946. Peoples of East Moline, Inc.
6947. Peoples Prescription Center, Inc.,
6948. Peoples Service Drug
6949. Peoples Service Drug Stores
6950. Peoples Service Drug Stores, Inc.
6951. Peoria AZ CVS, L.L.C.
6952. Peppertree Plaza CVS, Inc.
6953. Pequannock CVS, Inc.
6954. Performax, Inc.
6955. Perry Hall CVS, L.L.C.
6956. Perry Highway CVS, Inc.
6957. Pershing Drive CVS, Inc.
6958. PersonalCare Insurance of Illinois, Inc.
6959. Pfafftown CVS, Inc.
6960. Pharm Plus Acquisition, Inc.
6961. PharmaCare Captive RE, Ltd.
6962. PharmaCare Direct, L.L.C.
6963. PharmaCare Government Services, Inc.
6964. PharmaCare Healthcare Distributors, L.L.C.
6965. PharmaCare Holding Corporation

6966. Pharmacare Management Services, L.L.C.
6967. PharmaCare Pharmacy LA, L.L.C.
6968. PharmaCare Pharmacy, Inc.
6969. PharmaCare Pharmacy, L.L.C.
6970. PharmaCare Puerto Rico Specialty Pharmacy Holding, L.L.C.
6971. PharmaCare Puerto Rico Specialty Pharmacy, L.L.C.
6972. PharmaCare Specialty Healthcare Distributors, L.L.C.
6973. PharmaCare Support Services, L.L.C.
6974. PharmaCon Corp.
6975. Pharmacy Advisory Company
6976. Pharmacy Associates of Glens Falls, Inc.
6977. Pharmacy Associates of Glens Falls, LLC
6978. Pharmacy Consultants, LLC
6979. Pharmacy Holding #1, LLC
6980. Pharmacy Holding #2, LLC
6981. Pharmasource Healthcare, Inc.
6982. Pharm-Corp of Maine LLC
6983. Pharmed Holdings, Inc.
6984. Pharmed Holdings, LLC
6985. Pharmore Drugs, LLC
6986. Pharmore, Inc.
6987. Pharmore, LLC
6988. Pheasant Nashua CVS, Inc.
6989. PHG Aces Acquisition, LLC
6990. PHG Acquisition Corp.
6991. PHG Mystery Acquisition, LLC
6992. Phila Sun CVS, Inc.
6993. Philadelphia Broad CVS, Inc.
6994. Philadelphia Foxchase CVS, Inc.
6995. Philadelphia Frankford CVS, Inc.
6996. Philadelphia Gallery CVS, Inc.
6997. Philadelphia Harbison CVS, Inc.
6998. Philadelphia PA CVS, Inc.
6999. Philadelphia ProCare, Inc.
7000. Philadelphia Roosevelt CVS, Inc.
7001. Philadelphia South Street CVS, Inc.

7002. Philadelphia, PA Bob's, Inc.
7003. Phillips CVS, Inc.
7004. Phillipsburg CVS, Inc.
7005. Philly Broad Street CVS, Inc.
7006. Phoenix Data Center Hosting Services LLC
7007. Phoenix Data Solutions LLC
7008. Phoenix Glendale CVS, L.L.C.
7009. Phoenixville PA CVS, Inc.
7010. PHPSNE Parent Corporation
7011. Physician Choice Health Plan
7012. Physicians Health Plan of Delaware, LTD.
7013. Physicians Health Plan of Florida, Inc.
7014. Physicians Hospital Management Corporation
7015. Pico Rivera CVS, Inc.
7016. Pigeon Forge TN CVS, Inc.
7017. Pinal County AZ CVS, L.L.C.
7018. Pine Ocala CVS, L.L.C.
7019. Pinecrest CVS, Inc.
7020. Pinellas Park CVS, Inc.
7021. Pinnacle Peak Peoria CVS, L.L.C.
7022. Pio Nono Avenue CVS, Inc.
7023. Pioneer Parkway CVS, L.P.
7024. Piper Glen CVS, Inc.
7025. Pittsburgh Fifth Avenue CVS, Inc.
7026. Pittsfield CVS, Inc.
7027. Pittsfield Retailer, Inc.
7028. Pittston CVS, Inc.
7029. Placentia CVS, Inc.
7030. Plain CVS, Inc.
7031. Plainfield CVS, Inc.
7032. Plainfield Distribution Center, Inc.
7033. Plainfield IL CVS, L.L.C.
7034. Plainfield-Seventh St. CVS, Inc.
7035. Plainview TX CVS, L.L.C.
7036. Plainville East CVS, Inc.
7037. Plano CVS, L.P.
7038. Plantation CVS, L.L.C.
7039. Plantation Street PharmaCare Pharmacy, Inc.

7040. Plaza Boulevard CVS, Inc.
7041. Plaza Retailer, Inc.
7042. Pleasant Fall River CVS, Inc.
7043. Pleasant Ridge CVS, L.P.
7044. Pleasant Street CVS, Inc.
7045. Pleasantville CVS, L.L.C.
7046. Plumstead CVS, Inc.
7047. Plymouth CVS, Inc.
7048. Plymouth Meeting CVS, Inc.
7049. Plymouth MN CVS, L.L.C.
7050. Plymouth Route 44 CVS, Inc.
7051. PMRP Acquisition Company, LLC
7052. Poinciana FL CVS, L.L.C.
7053. Port Chester CVS, L.L.C.
7054. Port Huron Clinton Discount Stores, Inc.
7055. Port Huron CVS, Inc.
7056. Port Orange Realty Services, L.L.C.
7057. Port Richmond CVS, Inc.
7058. Port Washington CVS, Inc.
7059. Portage CVS, Inc.
7060. Porter Square CVS, Inc.
7061. Porters Pass CVS, Inc.
7062. Portsmouth CVS, Inc.
7063. Post Office Square CVS, Inc.
7064. Pottstown High Street CVS, Inc.
7065. Poughkeepsie CVS, L.L.C.
7066. Powell OH CVS, Inc.
7067. PP Acquisition Company, LLC
7068. PPOM, L.L.C.
7069. Prairieville LA CVS, Inc.
7070. Precision Benefit Services, Inc.
7071. President-Quincy CVS, Inc.
7072. Preston Beltline CVS, L.P.
7073. Preston Center CVS, L.P.
7074. Preston Plano CVS, L.P.
7075. Primary Healthcare Asia Limited
7076. Primary Holdings, Inc.
7077. Primary Investments, Inc
7078. Prime Net, Inc.
7079. Prince George's Health Services Foundation Plan, Inc.
7080. Princeton NJ CVS, L.L.C.

7081. Principal Health Care of Delaware, Inc.

7082. Principal Health Care of Georgia, Inc.

7083. Principal Health Care of Iowa, Inc.

7084. Principal Health Care of Kansas City, Inc

7085. Principal Health Care of Louisiana, Inc.

7086. Principal Health Care of Nebraska, Inc.

7087. Principal Health Care of Pennsylvania, Inc.

7088. PRN Pharmaceutical Services, LP

7089. ProCare 3159 General, Inc.

7090. ProCare 4268 Yankee, L.L.C.

7091. ProCare 8th Manhattan, L.L.C.

7092. ProCare 9th Avenue, L.L.C.

7093. ProCare Ave. Pharmacy, L.L.C.

7094. ProCare Boston Pharmacy, Inc.

7095. ProCare DC Pharmacy, Inc.

7096. ProCare Manhattan Pharmacy, L.L.C.

7097. ProCare Meridian Miami, L.L.C.

7098. ProCare N.Y. Pharmacy, Inc.

7099. ProCare Pharmacy 18th Street, Inc.

7100. ProCare Pharmacy A, L.L.C.

7101. ProCare Pharmacy Avenue 1st-483, L.L.C.

7102. ProCare Pharmacy Direct, L.L.C.

7103. ProCare Pharmacy Dryden, L.P.

7104. ProCare Pharmacy East Colonial, Inc.

7105. ProCare Pharmacy Fairfax, Inc.

7106. ProCare Pharmacy Garden Grove, Inc.

7107. ProCare Pharmacy Glendale Boulevard, Inc.

7108. ProCare Pharmacy Limited of Illinois, Inc.

7109. ProCare Pharmacy Miami 54, Inc.

7110. ProCare Pharmacy Monument Street, L.L.C.

7111. ProCare Pharmacy North Orange, Inc.

7112. ProCare Pharmacy of Berkeley, Inc.

7113. ProCare Pharmacy of Broad Street, Inc.

7114. ProCare Pharmacy of Brookline Avenue, Inc.

7115. ProCare Pharmacy of Casselberry, Inc.

7116. ProCare Pharmacy of Chicago, L.L.C.

7117. ProCare Pharmacy of East Morehead, Inc.

7118. ProCare Pharmacy of Glendale, Inc.

7119. ProCare Pharmacy of Kansas City, Inc.

7120. ProCare Pharmacy of Portland, L.L.C.

7121. ProCare Pharmacy of San Antonio, Inc.

7122. ProCare Pharmacy of San Diego, Inc.

7123. ProCare Pharmacy of San Francisco, Inc.

7124. ProCare Pharmacy of Tampa, Inc.

7125. ProCare Pharmacy of West Hollywood, Inc.

7126. ProCare Pharmacy Orange Orlando, Inc.

7127. ProCare Pharmacy Palo Alto, Inc.

7128. ProCare Pharmacy Phoenix, L.L.C.

7129. ProCare Pharmacy Rancho Lane, L.L.C.

7130. ProCare Pharmacy Santa Monica, Inc.

7131. ProCare Pharmacy Sherman Oaks, Inc.

7132. ProCare Pharmacy South Orange, Inc.

7133. ProCare Pharmacy Spruce Street, Inc.

7134. ProCare Pharmacy West Columbia, Inc.

7135. ProCare Pharmacy West Copeland, Inc.
7136. ProCare Pharmacy, L.L.C.
7137. Proctorville CVS, Inc.
7138. Prodigy Health Group Holdings, Inc.
7139. Prodigy Health Group, Inc.
7140. Professional Pharmacy Services, Inc.
7141. Professional Risk Management, Inc.
7142. Prospect CVS, Inc.
7143. Prospect Park CVS, Inc.
7144. Providence Charlotte CVS, Inc.
7145. Providence Place CVS, Inc.
7146. Providence Road CVS, Inc.
7147. Providence Street CVS, Inc.
7148. Providence Thayer Street CVS, Inc.
7149. Providence-Wayland CVS, Inc.
7150. Provider Networks of America, Inc.
7151. Prudential Center for Health Care Research Foundation, Inc.
7152. Prudential Dental Maintenance Organization, Inc.
7153. Prudential Health Care Plan of California, Inc.
7154. Prudential Health Care Plan of Connecticut, Inc.
7155. Prudential Health Care Plan of New York, Inc.
7156. Prudential Health Care Plan, Inc.
7157. Prudential Health Plan of Georgia, Inc.
7158. PSI Arkansas Acquisition, LLC
7159. PT Aetna Management Consulting
7160. PT Asuransi Aetna Asia
7161. PT. Aetna Global Benefits Indonesia
7162. PT. Goodhealth Indonesia
7163. Puente Hills CVS, Inc.
7164. Puerto Rico CVS Pharmacy, L.L.C.
7165. Punta Gorda CVS, L.L.C.
7166. Putnam Pike CVS, Inc.
7167. Quaker Bridge CVS, Inc.

7168. Quakertown CVS, Inc.
7169. Quality Choice Health Plan
7170. Queen Anne Plaza CVS, Inc.
7171. Queen Anne Road CVS, L.L.C.
7172. Queen City AZ CVS, L.L.C.
7173. Queen Creek CVS, L.L.C.
7174. Queens Forest Hills CVS, L.L.C.
7175. Queens Plaza CVS, Inc.
7176. Quention Road CVS, Inc.
7177. Quincy Adams CVS, Inc.
7178. Quincy CVS, Inc.
7179. Quincy Hancock CVS, Inc.
7180. Quincy Parcel Holding Corp.
7181. Quincy Shore Drive CVS, Inc.
7182. R Parks CVS, Inc.
7183. Race Street CVS, Inc.
7184. Race Track Tampa CVS, L.L.C.
7185. Raceway CVS, Inc.
7186. Raleigh CVS, Inc.
7187. Raleigh Millbrook CVS, Inc.
7188. Ralphs Circle CVS, Inc.
7189. Ralph's Corner CVS, Inc.
7190. Ramona Blvd CVS, L.L.C.
7191. Rancho Niguel CVS, Inc.
7192. Randallstown CVS, Inc.
7193. Randolph CVS, Inc.
7194. Randolph Hills CVS, Inc.
7195. Ravenna CVS, Inc.
7196. Ray McClintock CVS, L.L.C.
7197. Rayford Spring CVS, L.P.
7198. Raynham Broadway CVS, Inc.
7199. Raynham CVS, Inc.
7200. Raynham Plaza CVS, Inc.
7201. Rea & Derick, Inc.
7202. Reading CVS, Inc.
7203. Reading, Penna., CVS, Inc.
7204. Recker Mesa CVS, L.L.C.
7205. Red Oak Houston CVS, L.P.
7206. Red Oak Lane CVS, Inc.
7207. Red Oak Sourcing, LLC
7208. Redondo Beach CVS, Inc.
7209. Reed Street CVS, Inc.
7210. Reedy Creek CVS, Inc.

7211. Regency Park Port Richey CVS, L.L.C.
7212. Rehoboth Beach CVS, Inc.
7213. Reidville Drive CVS, Inc.
7214. Renaisance CVS, Inc.
7215. Reseda Northridge CVS, L.P.
7216. Resources for Living, LLC
7217. Reston Plaza America CVS, Inc.
7218. Retail Acquisitions Today, L.L.C.
7219. Retrac, Inc.
7220. Revco D.S., Inc.
7221. Revco Discount Drug Centers, Inc. (MI)
7222. Revco Discount Drug Centers, Inc. (OH)
7223. Revco Drug Stores, Inc.
7224. Revco Golf Charities Foundation
7225. Revco Home Health Care Centers, Inc.
7226. Revco Mail Service Pharmacy, Inc.
7227. Revir CVS, L.L.C.
7228. Reynoldsburg CVS, Inc.
7229. Rhode Island CVS Pharmacy, L.L.C.
7230. Rhode Island Home Therapeutics, Inc.
7231. Rice Mine Tuscaloosa CVS, Inc.
7232. Richards Investment Company
7233. Richardson CVS, L.P.
7234. Richboro Market CVS, Inc.
7235. Richland Hills CVS, L.P.
7236. Richmond CVS, Inc.
7237. Richmond Heights Acquisition Corp.
7238. Richmond Highway 6 CVS, L.P.
7239. Richmond Highway CVS, Inc.
7240. Richmond Houston CVS, L.P.
7241. Richmond Kirby CVS, L.P.
7242. Richmond Montrose CVS, L.P.
7243. Richmond Peoples, Inc.
7244. Richmond RI CVS, Inc.
7245. Richmond Sage CVS, L.P.
7246. Richmond Woodman CVS, Inc.

7247. Richton Park IL CVS, L.L.C.
7248. Ridgefield CT CVS, Inc.
7249. Ridgefield Grove CVS, Inc.
7250. Ridgeley CVS, Inc.
7251. Ridley Acres CVS, Inc.
7252. Ridley CVS, Inc.
7253. Ringgold GA CVS, Inc.
7254. Ringwood NJ CVS, L.L.C.
7255. Rising Sun CVS, Inc.
7256. Risinger Ft. Worth CVS, L.P.
7257. River Edge CVS, Inc.
7258. River Forest CVS, L.L.C.
7259. River Road CVS, Inc.
7260. River View Marketplace CVS, Inc.
7261. Riverdale IL CVS, L.L.C.
7262. Riverside Arlington CVS, INc.
7263. Riverside Danville CVS, Inc.
7264. Riverton NJ CVS, L.L.C.
7265. Riverview FL CVS, L.L.C.
7266. Riverwatch CVS, Inc.
7267. Robbinsdale MN CVS, L.L.C.
7268. Robbinsville CVS, Inc.
7269. Robert St. Paul CVS, L.L.C.
7270. Robious CVS, Inc.
7271. Rochelle Park CVS, L.L.C.
7272. Rochester Main St. CVS Store, Inc.
7273. Rochester N.H. CVS, Inc.
7274. Rockaway (N.J.) CVS, Inc.
7275. Rockingham CVS, L.L.C.
7276. Rockingham Park CVS, Inc.
7277. Rockland CVS, Inc.
7278. Rockledge FL CVS, L.L.C.
7279. Rockville CVS, Inc.
7280. Rockville MD CVS, L.L.C.
7281. Rockville Pike CVS, Inc.
7282. Rockville Pike Peoples, Inc.
7283. Rocky Hill Cromwell CVS, Inc.
7284. Rocky Hill CVS, Inc.
7285. Roeschen's Healthcare LLC
7286. Rolling Manassas CVS, Inc.
7287. Rolling Meadows CVS, L.L.C.
7288. Roosevelt CVS, L.L.C.
7289. Roosevelt Field CVS, Inc.

7290.  Roosevelt Plaza CVS, Inc.
7291.  Roper Mountain Road CVS, Inc.
7292.  Rosa Narg CVS, Inc.
7293.  Rosecrans Avenue CVS, Inc.
7294.  Rosecrans Hawthorne CVS, L.P.
7295.  Rosedale NY CVS, L.L.C.
7296.  Roselle IL CVS, L.L.C.
7297.  Rosemont PA CVS, Inc.
7298.  Rosenberg CVS, L.P.
7299.  Roslindale CVS, Inc.
7300.  Roslindale MA CVS, Inc.
7301.  Roslyn CVS, L.L.C.
7302.  Ross Haskell CVS, L.P.
7303.  Ross Park CVS, Inc.
7304.  Roswell CVS, Inc.
7305.  Roswell Rivermont Station CVS, Inc.
7306.  Round Lake CVS, L.L.C.
7307.  Round Rock 79 CVS, L.L.C.
7308.  Route 202 Whitpain CVS, Inc.
7309.  Route 23 CVS, Inc.
7310.  Route 27 CVS, Inc.
7311.  Route 59 CVS, L.L.C.
7312.  Route 83 Glastonbury CVS, Inc.
7313.  Route 83 Palos Heights CVS, L.L.C.
7314.  Route 88 CVS, Inc.
7315.  Rowlett TX CVS, L.L.C.
7316.  Rowley CVS, Inc.
7317.  Roxborough CVS, Inc.
7318.  Royal Dallas CVS, L.P.
7319.  Royal Oak CVS, Inc.
7320.  Royersford CVS, Inc.
7321.  Rte 52 IL CVS, L.L.C.
7322.  Runnemede CVS, Inc.
7323.  Russell Ft. Apache CVS, L.L.C.
7324.  Rutherford CVS, Inc.
7325.  Rx Connections, Inc.
7326.  Rx Innovations 4439, L.L.C.
7327.  RxAmerica LLC
7328.  RXC Acquisition Company
7329.  RxHub, L.L.C.
7330.  S. Dartmouth CVS, Inc.

7331.  S. Fair Oaks Ave CVS, L.L.C..
7332.  S. Houston Lake Rd. CVS, Inc.
7333.  S. Main St. CVS, Inc.
7334.  S. Western Avenue CVS, Inc.
7335.  SABH of Arizona, Incorporated
7336.  SABH of Maricopa County, Incorporated
7337.  Saddle Brook CVS, Inc.
7338.  Sagamore Ridge CVS, Inc.
7339.  Sagev CVS, L.L.C.
7340.  Saginaw CVS, L.P.
7341.  Saginaw Lansing CVS, Inc.
7342.  Saguaro Health Plan, Inc.
7343.  Salem Lynnfield CVS, Inc.
7344.  Salem Mall CVS, Inc.
7345.  Salem Mass. CVS, Inc.
7346.  Salem Pond CVS, Inc.
7347.  Salem VA CVS, Inc.
7348.  Sam Furr Road CVS, Inc.
7349.  Samoset Avenue CVS, Inc.
7350.  San Antonio CareCenter Pharmacy, LLC
7351.  San Carlos Ft. Myers CVS, L.L.C.
7352.  San Clemente CVS, L.L.C.
7353.  San Jose Jacksonville CVS, L.L.C.
7354.  Sand Pharmacy St Albans 06306 LLC
7355.  Sandusky CVS, Inc.
7356.  Sandwich CVS, Inc.
7357.  Sandy Plains CVS, Inc.
7358.  Sandy Springs CVS, Inc.
7359.  Sanford River CVS, Inc.
7360.  Santa Ana CVS, Inc.
7361.  Santa Marguerita CVS, L.P.
7362.  Santa Monica CVS, L.P.
7363.  Sanus Corp. Health Systems
7364.  Sanus Dental Plan of N.J., Inc.
7365.  Sanus Dental Plan of Texas, Inc.
7366.  Sanus Health Plan of Illinois, Inc.
7367.  Sanus Health Plan of Pennsylvania, Inc.
7368.  Sanus of Maine, Inc.

7369. Sanus of New York and New Jersey, Inc.
7370. SANUS of New York, Inc.
7371. Sanus Preferred Providers West, Inc.
7372. Saugus CVS, Inc.
7373. Saugus Walnut CVS, Inc.
7374. Sayre CVS, Inc.
7375. SCAFFALE 03 PARTICIPAÇÕES LTDA.,
7376. Schaller Anderson Acquisition, Incorporated
7377. Schaller Anderson Behavioral Health of Maryland, Incorporated
7378. Schaller Anderson Behavioral Health of Tennessee, Incorporated
7379. Schaller Anderson Behavioral Health of Texas, L.L.C.
7380. Schaller Anderson Behavioral Health of Texas, L.P.
7381. Schaller Anderson Behavioral Health, Incorporated
7382. Schaller Anderson Health Plans, LLC
7383. Schaller Anderson Healthcare, L.L.C.
7384. Schaller Anderson Medical Administrators, Incorporated
7385. Schaller Anderson Network of Arizona, L.L.C.
7386. Schaller Anderson of Arizona, L.L.C.
7387. Schaller Anderson of California, L.L.C.
7388. Schaller Anderson of Delaware, Incorporated
7389. Schaller Anderson of Kansas, L.L.C.
7390. Schaller Anderson of Maryland, L.L.C.
7391. Schaller Anderson of Missouri, L.L.C.
7392. Schaller Anderson of Oklahoma, LLC
7393. Schaller Anderson of Tennessee, LLC
7394. Schaller Anderson of Texas Management, L.L.C.
7395. Schaller Anderson of Texas, L.P.
7396. Schaller Anderson, Incorporated
7397. Schaller Anderson, LLC
7398. Schaumburg CVS, L.L.C.
7399. Schmidt Video Virtual Care of Nevada, PLLC
7400. Schnecksville CVS, Inc.
7401. Schoolcraft Detroit CVS, Inc.
7402. Schwab Road CVS, Inc.
7403. Scituate CVS, Inc.
7404. Scotch Plains CVS, Inc.
7405. Scott Houston CVS, L.P.
7406. Scottsboro AL CVS, Inc.
7407. Scottsdale CVS, L.L.C.
7408. SCP 2003C-31 LLC
7409. SCP 2003C-40 LLC
7410. SCP 2003D-66 LLC
7411. SCP 2003D-8 LLC
7412. SCP 2004E-062 LLC
7413. SCP 2005-C21-013 LLC
7414. SCP 2005-C21-074 LLC
7415. SCP 2005C-C20-016 LLC
7416. SCP 2007-C27-013 LLC
7417. SCP 2007-C27-015 LLC
7418. SCP 2007-C27-017 LLC
7419. SCP 2007-C27-025 LLC
7420. SCP 2007-C27-061 LLC
7421. SCP 2007-C27-066 LLC
7422. SCP 2007-C27-084 LLC
7423. SCP 2007-C27-096, L.L.C.
7424. SCP 2007-C27-540 LLC
7425. SCP 2007-C27-546 LLC
7426. SCP 2009-C32-502 LLC
7427. SCP 2009-C32-504 LLC
7428. SCP 2009-C32-513 LLC
7429. SCP 2009-C32-518 LLC
7430. Scranton Davis CVS, Inc.

7431. Scranton Main CVS, Inc.
7432. Scrip World, LLC
7433. Sea Isle City CVS, Inc.
7434. Seaboard Service System, Ltd.
7435. Seaford NY CVS, L.L.C.
7436. Sears Town Mall CVS, Inc.
7437. Seaside Heights CVS, L.L.C.
7438. Seaville NJ CVS, L.L.C.
7439. SEC CVS, Inc.
7440. SEC Lincoln CVS, L.L.C.
7441. SEC Route 14 CVS, L.L.C.
7442. SEC State CVS, L.L.C.
7443. SEC University MN CVS, L.L.C.
7444. Secaucus Seven CVS, Inc.
7445. Sedalia NC CVS, Inc.
7446. Sedwick Durham CVS, L.L.C.
7447. Seekonk Mall CVS, Inc.
7448. Seminole CVS, Inc.
7449. Senip CVS, L.L.C.
7450. Setauket CVS, Inc.
7451. Seven Corners, VA Bob's, Inc.
7452. Seventh Street CVS, INc.
7453. Severn CVS, Inc.
7454. Seymour CVS, Inc.
7455. Shallowford Road CVS, Inc.
7456. Shamokin CVS, Inc.
7457. Sharon CVS, Inc.
7458. Sharon Hill CVS, Inc.
7459. Sheffield Avenue CVS, L.L.C.
7460. Shelby Township CVS, Inc.
7461. Shelbyville Main CVS, Inc.
7462. SHELFCO (NO. 967) LIMITED
7463. Shepherd Houston CVS, L.P.
7464. Sheridan Cooper CVS, L.L.C.
7465. Ship Bottom NJ CVS, L.L.C.
7466. Shirley CVS, L.L.C.
7467. Shoemakerville CVS, Inc.
7468. Shoppers Village CVS, Inc.
7469. Shoppers World CVS, Inc.
7470. Shopperstown CVS, Inc.
7471. Shore Pharmaceutical Providers, LLC
7472. Shorewood CVS, L.L.C.

7473. Showalter CVS, Inc.
7474. Shrewsbury Retailer, Inc.
7475. SHS NewHMO, Inc.
7476. Sibley Chicago CVS, L.L.C.
7477. Sicklerville Road CVS, Inc.
7478. Sillington Road CVS, Inc.
7479. Silver Hill CVS, Inc.
7480. Silverbrook CVS, Inc.
7481. SilverScript Insurance Company
7482. SilverScript, Inc.
7483. SilverScript, L.L.C.
7484. Silverton CVS, Inc.
7485. Simi Valley CVS, Inc.
7486. Simsbury CVS, Inc.
7487. Sisson Road CVS, Inc.
7488. Skillman Mockingbird CVS, L.P.
7489. Skokie CVS, L.L.C.
7490. Sky Acquisition LLC
7491. Skyport Owner's Association
7492. Sloans Lake Holding Corporation
7493. Sloans Lake Managed Care, Inc.
7494. Sloan's Lake Management Corp.
7495. Smith Northampton CVS, Inc.
7496. Smith Palatine CVS, L.L.C.
7497. Smith Providence CVS, Inc.
7498. Smithville CVS, Inc.
7499. Smyrna Concord Road CVS, Inc.
7500. Smyrna CVS, Inc.
7501. Snellville CVS, Inc.
7502. Snellville GA CVS, Inc.
7503. Snow Road CVS, Inc.
7504. Socastee SC CVS, Inc.
7505. Solomon Office Associates, L.L.C.
7506. Solomons CVS, Inc.
7507. Somerdale CVS, Inc.
7508. Somers Point CVS, Inc.
7509. Somerset CVS, Inc.
7510. Somerville MA CVS, Inc.
7511. Somerville, MA Bob's, Inc.
7512. Sopco, Inc.
7513. Souderton CVS, Inc.
7514. Sourcing Co, LLC
7515. South Attleboro CVS, Inc.

7516. South Boston CVS, Inc.
7517. South Bristol Street CVS, Inc.
7518. South Brook CVS, Inc.
7519. South Brunswick CVS, Inc.
7520. South Carolina CVS Pharmacy, L.L.C.
7521. South Carolina CVS, Inc.
7522. South Dixie CVS, L.L.C.
7523. South Hills CVS Store, Inc.
7524. South Lincoln Newtown CVS, Inc.
7525. South Lyon CVS, Inc.
7526. South Mall CVS, Inc.
7527. South Merrimack CVS, Inc.
7528. South Nashua CVS, Inc.
7529. South Philadelphia CVS, Inc.
7530. South Plainfield CVS, Inc.
7531. South Post Oak CVS, L.P.
7532. South Providence CVS, Inc.
7533. South Sandwich Store Corporation
7534. South Shore League City CVS, L.P.
7535. South Shore Retailer, Inc.
7536. South Street CVS, Inc.
7537. South Wabash CVS, L.L.C.
7538. South Windsor CVS, Inc.
7539. South Yarmouth CVS, Inc.
7540. Southbridge Saga CVS, Inc.
7541. Southbury CVS, Inc.
7542. Southeast Pharmacy Consultants, Inc.
7543. Southern Buckeye CVS, L.L.C.
7544. Southern Greenfield CVS, L.L.C.
7545. Southern Health Services, Inc.
7546. Southern Tempe CVS, L.L.C.
7547. Southington Main Street CVS, Inc.
7548. Southington Queen CVS, Inc.
7549. Southlake CVS, L.P.
7550. Southmore CVS, L.P.
7551. Southport NC CVS, Inc.
7552. Southwest Health Plan, Inc.
7553. Sparkleberry Lane CVS, Inc.
7554. Spatium, LLC
7555. Specialized Pharmacy Services, LLC
7556. Specialty Carts, LLC
7557. Specialty Services Holding LLC
7558. Speedwell CVS Urban Renewal, L.L.C.
7559. Speen Street CVS, Inc.
7560. Spencer Hwy CVS, L.P.
7561. Spencer Main CVS, Inc.
7562. Spencer PharmaCare Pharmacy, Inc.
7563. Spinnaker Bidco Limited
7564. Spinnaker Topco Limited
7565. Spring CVS, L.P.
7566. Spring Cypresswood CVS, L.P.
7567. Spring Falvel TX CVS, L.L.C.
7568. Spring Valley Houston CVS, L.P.
7569. Spring Valley Richardson CVS, L.P.
7570. Springfield Avenue CVS, Inc.
7571. Springfield CVS, Inc.
7572. Springfield Gardens CVS, L.L.C.
7573. Springfield IL CVS, L.L.C.
7574. Springfield NJ CVS, L.L.C.
7575. Springfield PA CVS, Inc.
7576. Springfield Post Road CVS, Inc.
7577. Springfield Sparns CVS, Inc.
7578. Springfield St. James CVS, Inc.
7579. Springhouse PA CVS, Inc.
7580. Sproul Broomall CVS, Inc.
7581. Spruce Street CVS, Inc.
7582. Square One CVS, Inc.
7583. SR 436 CVS, L.L.C.
7584. St. Aug Tuscan, L.L.C.
7585. St. Aug Watson, L.L.C.
7586. St. Charles CVS, L.L.C.
7587. St. Clair CVS, Inc.
7588. St. Cloud CVS, L.L.C.
7589. St. George's Avenue CVS, Inc.
7590. St. Louis Park CVS, L.L.C.
7591. St. Louis PharmaCare Pharmacy, Inc.
7592. St. Mary's CVS, Inc.
7593. St. Paul MN CVS, L.L.C.
7594. St. Petersburg CVS, Inc.

7595.   Stamford CVS, Inc.
7596.   Stamford Hope Street CVS, Inc.
7597.   Stamford Ridgeway CVS, Inc.
7598.   Stamford Town Center CVS, Inc.
7599.   Standard Drug Company
7600.   State College CVS, Inc.
7601.   State Park Road CVS, Inc.
7602.   State St. CVS Store, Inc.
7603.   State Street CVS, L.L.C.
7604.   Staten Island New York CVS, Inc.
7605.   Station Avenue CVS, Inc.
7606.   Steeplegate CVS, Inc.
7607.   Stenton Avenue CVS, Inc.
7608.   Stephens City VA CVS, Inc.
7609.   Stephenville TX CVS, L.L.C.
7610.   Sterling Healthcare Services, Inc.
7611.   Sterling Healthcare Services, LLC
7612.   Sterling Heights CVS, Inc.
7613.   Sterrettania Road CVS, Inc.
7614.   Steubner-Airline CVS, L.P.
7615.   Stockbridge CVS, Inc.
7616.   Stokes Road CVS, Inc.
7617.   Stone Mountain CVS, Inc.
7618.   Stoneham CVS, Inc.
7619.   Stony Island Chicago CVS, L.L.C.
7620.   Stoughton CVS, Inc.
7621.   Strategic Resource Company
7622.   Streamwood CVS, L.L.C.
7623.   Stroudsburg Mall CVS, Inc.
7624.   Structured Benefits Inc.
7625.   Sturbridge PharmaCare Pharmacy, Inc.
7626.   Sublett Matlock CVS, L.P.
7627.   Suburban Medical Services, LLC
7628.   Sudbury CVS, Inc.
7629.   Sudbury Wayside CVS, Inc.
7630.   Suffield Agawam CVS, Inc.
7631.   Suffield CVS, Inc.
7632.   Sugar Land CVS, L.P.
7633.   Sugarloaf Parkway CVS, Inc.
7634.   Summer St. CVS, Inc.
7635.   Summit Health Plan, Inc
7636.   Sumner Belmont CVS, Inc.

7637.   Sun City AZ CVS, L.L.C.
7638.   Sun Lakes CVS, L.L.C.
7639.   Sun Pharmacy, Limited Liability Company
7640.   Sunderland Road CVS, Inc.
7641.   Sunlake Land CVS, L.L.C.
7642.   Sunnyside NY CVS, L.L.C.
7643.   Sunrise FL CVS, L.L.C.
7644.   Sunset Crossing CVS, Inc.
7645.   Sunset Henderson CVS, L.L.C.
7646.   Superior Care Pharmacy, Inc.
7647.   Superior Care Pharmacy, LLC
7648.   Superior Township CVS, L.L.C.
7649.   SureScripts LLC
7650.   SureScripts-RxHub, LLC
7651.   Surfside CVS, Inc.
7652.   Surprise CVS, L.L.C.
7653.   Sutter Health and Aetna Administrative Services LLC
7654.   Sutter Health and Aetna Insurance Company
7655.   Sutter Health and Aetna Insurance Holding Company LLC
7656.   Suwanee CVS, Inc.
7657.   Swamp New Britain CVS, Inc.
7658.   Swampscott Retailer, Inc.
7659.   Swansea CVS, Inc.
7660.   Swansea IL CVS, L.L.C.
7661.   Swatara Square CVS, Inc.
7662.   SWC Camelback CVS, L.L.C.
7663.   SWC CVS, Inc.
7664.   SWC M-59 CVS, L.L.C.
7665.   SWC Moulton Pkwy CVS, L.L.C.
7666.   SWC Progress Boulevard CVS, L.L.C.
7667.   SWC Union Hills Drive CVS, L.L.C.
7668.   Sylmar Square CVS, Inc.
7669.   Synergy Merger, LLC
7670.   Syracuse Genesee St. CVS Store, Inc.
7671.   Systran Networks, Inc.
7672.   T2 Medical, Inc.

7673.   Tabernacle CVS, Inc.
7674.   Taconic Park CVS Store, Inc.
7675.   Taft Street CVS, Inc.
7676.   Taft University CVS, Inc.
7677.   Takoma Park CVS, Inc.
7678.   Tamaqua CVS, Inc.
7679.   Tampa Lynn CVS, Inc.
7680.   Tanker Six, LLC
7681.   Tanner Houston CVS, L.P.
7682.   Tannersville CVS, Inc.
7683.   Tara Boulevard CVS, Inc.
7684.   Tarzana CVS, Inc.
7685.   Taunton County CVS, Inc.
7686.   Taunton Retailer, Inc.
7687.   TCPI Acquisition Corp.
7688.   TCPI Acquisition, LLC
7689.   TDI Managed Care Services, Inc.
7690.   Teasley Denton CVS, L.P.
7691.   Telegraph CVS, Inc.
7692.   Tennessee CVS Pharmacy, L.L.C.
7693.   Terrace Oaks Houston CVS, L.P.
7694.   Terrence D. Morton, Jr., MD, P.C.
7695.   Tewksbury - Oaks, CVS., Inc.
7696.   Tewksbury CVS, Inc.
7697.   Texas Health + Aetna Health Insurance Company
7698.   Texas Health + Aetna Health Insurance Holding Company LLC
7699.   Texas Health + Aetna Health Plan Inc.
7700.   Texas Health Network, Inc.
7701.   Texas Road CVS, Inc.
7702.   The Associated Products Company
7703.   The City CVS, Inc.
7704.   The ETHIX Corporation
7705.   The Jeskey Clinic, LLC
7706.   The Lane Drug Company
7707.   The Mall of Orange CVS, Inc.
7708.   The New Group Health Plan, Inc.
7709.   The Vasquez Group Inc.
7710.   TheraCom, L.L.C.
7711.   Third Avenue N.Y. CVS, Inc.
7712.   Third Lake CVS, L.L.C.

7713.   Third Party Claims Management, Inc.
7714.   Thomas 24th Phoenix CVS, L.L.C.
7715.   Thomas 43rd Phoenix CVS, L.L.C.
7716.   Thomas Avondale CVS, L.L.C.
7717.   Thomas E. Emma CVS Store, L.L.C.
7718.   Thomas Phoenix CVS, L.L.C.
7719.   Thomaston CVS, Inc.
7720.   Thornbury CVS, Inc.
7721.   Thorndale PA CVS, Inc.
7722.   Thousand Oaks CVS, Inc.
7723.   Three Forks Apothecary, LLC
7724.   Thunderbird Phoenix CVS, L.L.C.
7725.   Thundermist Aviation, Inc.
7726.   Thundermist Services, LLC
7727.   Tianjin An Hai Tai Hua Medical Information Technology Co., Ltd
7728.   Tinley Park CVS, L.L.C.
7729.   Tinton Falls CVS, Inc.
7730.   Titus Avenue CVS, Inc.
7731.   Titusville CVS, L.L.C.
7732.   Tiverton CVS, Inc.
7733.   Tolland CVS, Inc.
7734.   Tomball CVS, L.P.
7735.   Tonawanda CVS, Inc.
7736.   Toombs Avenue CVS, L.L.C.
7737.   Topanga Canyon CVS, Inc.
7738.   Torrance Blvd CVS, L.L.C.
7739.   Torrance Western CVS, Inc.
7740.   Torresdale CVS, Inc.
7741.   Torrington Main Street CVS, Inc.
7742.   Totowa CVS, Inc.
7743.   Totowa Union CVS, Inc.
7744.   Towamencin CVS, Inc.
7745.   Towanda CVS, Inc.
7746.   Tower CVS, Inc.
7747.   Town Center CVS, Inc.
7748.   Town Center Orlando CVS, L.L.C.
7749.   Town Plaza CVS, Inc.
7750.   Towne Centre CVS, L.L.C.
7751.   Towne Lake Parkway CVS, Inc.
7752.   Township Line CVS, Inc.

7753. Towson CVS, Inc.
7754. Trappe CVS, Inc.
7755. Tree Merger Sub, Inc.
7756. Tremont Avenue Bronx CVS, L.L.C.
7757. Tremont Boston CVS, Inc.
7758. Tremont CVS, Inc.
7759. Trenton CVS, Inc.
7760. Trevose Hospitality, Inc.
7761. Trumbull CVS, Inc.
7762. Trumbull Four, Inc.
7763. Trumbull One, Inc.
7764. Tucker CVS, Inc.
7765. Tucson AZ CVS, L.L.C.
7766. Turnpike Augusta CVS, Inc.
7767. Turnpike Street CVS, Inc.
7768. Tuscaloosa CVS, Inc.
7769. Twain MergerSub Corp.
7770. Twain MergerSub, L.L.C.
7771. Twenty Third Fairmount CVS, Inc.
7772. Twinsburg Claims, Inc.
7773. Twinsurance Limited
7774. Tyler Mall CVS, Inc.
7775. Tyler TX CVS, L.P.
7776. Tyrone CVS, Inc.
7777. U. S. Health Insurance Company
7778. U.S. Health Aviation Corp.
7779. U.S. Health Information Systems, Inc.
7780. U.S. Health Insurance Company
7781. U.S. Healthcare Advantage, Inc.
7782. U.S. Healthcare Advantage, LLC
7783. U.S. Healthcare Dental Plan Inc.
7784. U.S. Healthcare Dental Plan, Inc.
7785. U.S. Healthcare Financial Services, LLC
7786. U.S. Healthcare Holdings, LLC
7787. U.S. Healthcare of Georgia, Inc.
7788. U.S. Healthcare of New Hampshire, Inc
7789. U.S. Healthcare of the Carolinas, Inc.
7790. U.S. Healthcare of Washington Inc.
7791. U.S. Healthcare Properties, Inc.
7792. U.S. Healthcare, Inc.
7793. U.S. Healthcare, Inc. (Michigan)
7794. U.S. Managed Care, Inc.
7795. U.S. PatriotCare, Inc.
7796. U.S. Phoenix Corporation
7797. U.S. Quality Algorithms, Inc.
7798. UAC Holding, Inc.
7799. UC Acquisition Corp.
7800. UC Acquisition, LLC
7801. Ulster CVS Store, Inc.
7802. Uni-Care Health Services of Maine, Inc.
7803. Uni-Care Health Services of Maine, LLC
7804. Union Boulevard CVS, Inc.
7805. Union City CVS, Inc.
7806. Union Lehigh CVS, Inc.
7807. Union St. CVS, Inc.
7808. Uniontown CVS, Inc.
7809. United PharmaCare Services, L.P.
7810. United PM Services General, Inc.
7811. United PM Services Limited, Inc.
7812. United States Health Care System, Inc.
7813. United States Health Care Systems of Pennsylvania, Inc.
7814. United States Health Care Systems, Inc.
7815. United States Home Health Care Systems, Inc.
7816. United States Physicians Care Systems, Inc.
7817. Universal American Corp.
7818. University CVS, Inc.
7819. University Drive-Amherst CVS, Inc.
7820. University Mesa CVS, L.L.C.
7821. University St. Paul CVS, L.L.C.
7822. University Tamarac CVS, L.L.C.
7823. University-Wheaton CVS, Inc.
7824. University-Wheaton Peoples, Inc.
7825. Upper Darby CVS, Inc.

7826.  Upper Gwynedd CVS, Inc.
7827.  Upper Hembree CVS, Inc.
7828.  Upper Uwchlan CVS, Inc.
7829.  US 19 Port Richey CVS, L.L.C.
7830.  US Bioservices Corporation
7831.  USHC Management Services Corporation
7832.  Utah CVS Pharmacy, L.L.C.
7833.  Uvalde Houston CVS, L.P.
7834.  Uxbridge CVS, Inc.
7835.  V Memorial Houston CVS, L.P.
7836.  Val Mesa Pharmacy, Inc.
7837.  Valley Road CVS, Inc.
7838.  Valley Verde NV CVS, L.L.C.
7839.  Value Health Care Services LLC
7840.  Van Buren Goodyear CVS, L.L.C.
7841.  Van Houten CVS, Inc.
7842.  Van Nuys Boulevard CVS, Inc.
7843.  Vanoak Plaza CVS, Inc.
7844.  VAPS Acquisition Company, LLC
7845.  Vassar Poughkeepsie CVS, L.L.C.
7846.  Vaughn Montgomery CVS, Inc.
7847.  Vaughn Road CVS, Inc.
7848.  Velmeir Euclid Co., L.L.C.
7849.  Venice FL CVS, L.L.C.
7850.  Vermont CVS Pharmacy, L.L.C.
7851.  Vernon CVS, Inc.
7852.  Vestal Ave. CVS Store, Inc.
7853.  VHCS Acquisition Sub, LLC
7854.  Victor Valley CVS, Inc.
7855.  Victory Van Nuys CVS, L.P.
7856.  Village Chestnut Hill CVS, Inc.
7857.  Village Grove CVS, Inc.
7858.  Village Plaza CVS, Inc.
7859.  Villanova Street CVS, L.P.
7860.  Vine & Taft CVS, Inc.
7861.  Vineland CVS, Inc.
7862.  Vinings Jubilee CVS, Inc.
7863.  Virginia CVS Pharmacy, L.L.C.
7864.  Virginia Mason Health Plan, Inc.
7865.  Virtual Acute General Medical PLLC
7866.  Virtual Behavioral Health PLLC

7867.  Virtual Primary Care PLLC
7868.  Vista Health of South Florida, Inc.
7869.  Vista Healthplan, Inc.
7870.  Vital Care Infusions, Inc.
7871.  VivaHealth, Incorporated
7872.  Voorhees CVS, L.L.C.
7873.  Vultee Street CVS, Inc.
7874.  W. Imperial Hwy CVS, L.L.C.
7875.  W. Mifflin CVS, Inc.
7876.  W. Ponce DeLeon CVS, Inc.
7877.  W. Redondo Beach Blvd CVS, L.L.C.
7878.  W. Springfield Elm CVS, Inc.
7879.  Wade Hampton Blvd. CVS, Inc.
7880.  Wadsworth CVS, Inc.
7881.  Wadsworth High Street CVS, Inc.
7882.  Wagaraw Road CVS, Inc.
7883.  Wake Forest CVS, Inc.
7884.  Wakefield CVS, Inc.
7885.  Wakefield Mass. CVS, Inc.
7886.  Waldorf MD CVS, L.L.C.
7887.  Walkertown NC CVS, Inc.
7888.  Wal-Lex CVS, Inc.
7889.  Wallingford Acquisition, Inc.
7890.  Wallingford CVS, Inc.
7891.  Walmsley Blvd. Peoples, Inc.
7892.  Walnut Garland CVS, L.P.
7893.  Walnut Hill CVS, L.P.
7894.  Walnut Hill Irving CVS, L.L.C.
7895.  Walnut Hill Plaza CVS, Inc.
7896.  Walnut Street CVS, Inc.
7897.  Walpole CVS, Inc.
7898.  Walpole Main Street CVS, Inc.
7899.  Walpole Plaza CVS, Inc.
7900.  Walters Houston CVS, L.P.
7901.  Waltham CVS, Inc.
7902.  Waltham-Moody CVS, Inc.
7903.  Wappingers Falls CVS, L.L.C.
7904.  Ware CVS, Inc.
7905.  Wareham CVS, Inc.
7906.  Waretown CVS, L.L.C.
7907.  Warm Springs Rainbow CVS, L.L.C.

7908. Warm Springs Road CVS, L.L.C.
7909. Warminster CVS, Inc.
7910. Warminster, PA Bob's, Inc.
7911. Warner Higley Gilbert CVS, L.L.C.
7912. Warner Huntington CVS, L.P.
7913. Warner McQueen CVS, L.L.C.
7914. Warren Avenue CVS, Inc.
7915. Warren CVS, L.L.C.
7916. Warren R.I. CVS, Inc.
7917. Warrenville IL CVS, L.L.C.
7918. Warwick Centerville CVS, Inc.
7919. Warwick City Hall CVS, Inc.
7920. Warwick Main CVS, L.L.C.
7921. Warwick Neck CVS, Inc.
7922. Warwick NY CVS, L.L.C.
7923. Warwick Retailer, Inc.
7924. Warwick Shaw Plaza CVS, Inc.
7925. Warwick West Shore CVS, Inc.
7926. Washington Chicago CVS, L.L.C.
7927. Washington Connecticut CVS, Inc.
7928. Washington CVS Pharmacy, L.L.C.
7929. Washington E Street CVS, Inc.
7930. Washington Easton CVS, Inc.
7931. Washington GA CVS, L.L.C.
7932. Washington Lamb CVS, L.L.C.
7933. Washington Retailer, Inc.
7934. Washington Square CVS, Inc.
7935. Washington Wisconsin CVS, Inc.
7936. Water Street Fitchburg CVS, Inc.
7937. Waterbury Chase CVS, Inc.
7938. Waterbury West Main CVS, Inc.
7939. Waterbury Westwood CVS, Inc.
7940. Waterbury Wolcott CVS, Inc.
7941. Waterford Boston Post CVS, Inc.
7942. Watertower Plaza CVS, Inc.
7943. Watertown Main Street CVS, Inc.
7944. Waterville CVS, Inc.
7945. Waterville Valley CVS, Inc.
7946. Waterway Drive CVS, Inc.
7947. Waukegan CVS, L.L.C.
7948. Waverly Pharmacy, LLC
7949. Waverly TN CVS, Inc.
7950. Wayland CVS, Inc.

7951. Wayne Avenue CVS, Inc.
7952. Wayne CVS, Inc.
7953. Weber Medical Systems LLC
7954. Webster Avenue CVS, Inc.
7955. Webster Main St. CVS, Inc.
7956. Webster PharmaCare Pharmacy, Inc.
7957. Webster TX CVS, L.P.
7958. Weddington NC CVS, Inc.
7959. Weir CanyonSerrano CVS, Inc.
7960. Wellesley CVS, Inc.
7961. Wellpartner, Inc.
7962. Wellpartner, LLC
7963. WellPath of South Carolina, Inc.
7964. WellPath Select Holding Company, Inc.
7965. WellPath Select, Inc.
7966. Wesley Chapel CVS, L.L.C.
7967. West 14th Street CVS, L.L.C.
7968. West 235th Bronx CVS, L.L.C.
7969. West 42nd Street CVS, L.L.C.
7970. West Aspetuck CVS, Inc.
7971. West Avenue CVS, Inc.
7972. West Bancroft Toledo CVS, Inc.
7973. West Boylston CVS, Inc.
7974. West Bridgewater CVS, Inc.
7975. West Broad Street CVS, Inc.
7976. West Broad Street Peoples, Inc.
7977. West Broadway CVS, Inc.
7978. West Calhoun CVS, Inc.
7979. West Central Toledo CVS, Inc.
7980. West Chelten Avenue CVS, Inc.
7981. West Chester Pike CVS, Inc.
7982. West College Ave CVS, Inc.
7983. West Covina CVS, Inc.
7984. West Hartford Boulevard CVS, Inc.
7985. West Hartford CVS, Inc.
7986. West Hartford Route 4 CVS, Inc.
7987. West Hubbard CVS, L.L.C.
7988. West Hunter Street CVS, L.L.C.
7989. West Jackson CVS, L.L.C.
7990. West Lemon CVS, Inc.
7991. West Main Freehold CVS, Inc.

7992. West Main Street CVS, Inc.
7993. West Miller CVS, Inc.
7994. West Newton Retailer, Inc.
7995. West Peabody CVS, Inc.
7996. West Pike Street CVS, L.L.C.
7997. West Roxbury CVS, Inc.
7998. West Springfield CVS, Inc.
7999. West Virginia CVS Pharmacy, L.L.C.
8000. West Warwick CVS, Inc.
8001. West Warwick Main Street CVS, Inc.
8002. West Warwick Providence CVS, Inc.
8003. Westampton CVS, Inc.
8004. Westboro CVS, Inc.
8005. Westboro PharmaCare Pharmacy, Inc.
8006. Westborough Computer Drive CVS, Inc.
8007. Western Chic CVS, L.L.C.
8008. Western CVS, L.L.C.
8009. Western Reserve Health Plan, Inc.
8010. Western Reserve Individual Practice Association, Inc.
8011. Westfield Franklin CVS, Inc.
8012. Westfield Little River CVS, Inc.
8013. Westfield Shops CVS, Inc.
8014. Westford CVS, Inc.
8015. Westhaven Services Co., LLC
8016. Westheimer Fondren CVS, L.P.
8017. Westheimer Houston CVS, L.P.
8018. Westland CVS, Inc.
8019. Westland MI CVS, L.L.C.
8020. Westminster Mall CVS, Inc.
8021. Westmont CVS, L.L.C.
8022. Weston Blatt CVS, L.L.C.
8023. Westwood CVS, Inc.
8024. Westwood Washington CVS, Inc.
8025. Wethersfield CVS, Inc.
8026. Weymouth Retailer, Inc.
8027. Whalley Avenue CVS, Inc.
8028. Whalon Street CVS, Inc.
8029. Wheaton CVS, L.L.C.
8030. White Bear Lake CVS, L.L.C.
8031. White Cross Stores Inc.,  No. 14
8032. White Lake CVS, Inc.
8033. White Plains Eastchester CVS, Inc.
8034. White Plains Lexington CVS, Inc.
8035. White Plains Retailer, Inc.
8036. Whitehall CVS, Inc.
8037. Whitestone CVS, L.L.C.
8038. Whitinsville CVS, Inc.
8039. Whitman Plaza CVS, Inc.
8040. Whitmore Lake CVS, Inc.
8041. Whitpain CVS, Inc.
8042. Whittier Blvd CVS, L.L.C.
8043. Whittier Colima CVS, Inc.
8044. Wilcrest Houston CVS, L.P.
8045. Wiles Road CVS, L.L.C.
8046. Williamsbridge Bronx CVS, L.L.C.
8047. Williamsburg CVS, Inc.
8048. Williamson Drug Company, Incorporated
8049. Williamson Drug Company, LLC
8050. Willimantic Main Street CVS, Inc.
8051. Willingboro CVS, Inc.
8052. Willow Grove CVS, Inc.
8053. Willow Hoboken CVS, Inc.
8054. Wilmer Road CVS, L.L.C.
8055. Wilmington CVS, L.L.C.
8056. Wilmington Plaza CVS, Inc.
8057. Wilmore Washington CVS, L.L.C.
8058. Wilson Blvd. CVS, Inc.
8059. Wilson Boulevard CVS, Inc.
8060. Wilton CT CVS, Inc.
8061. Winchester CVS, Inc.
8062. Winchester Huntsville CVS, Inc.
8063. Winchester VA CVS, Inc.
8064. Wind Gap CVS, Inc.
8065. Windsor Broad Street CVS, Inc.
8066. Windsor CVS, Inc.
8067. Windward Plaza CVS, Inc.
8068. Winfield CVS, L.L.C.
8069. Winsted CVS, Inc.
8070. Winter Park CVS, Inc.

8071. Winthrop CVS, Inc.
8072. Wisconsin Avenue CVS, Inc.
8073. Wisconsin CVS Pharmacy, L.L.C.
8074. Wise Avenue CVS, Inc.
8075. Wissahickon Payment Administrators, Inc.
8076. Wisteria Drive Peoples, Inc.
8077. Woburn Centre CVS, Inc.
8078. Woburn Mall CVS, Inc.
8079. Wollaston Quincy CVS, Inc.
8080. Woodbridge CVS, Inc.
8081. Woodbury MN CVS, L.L.C.
8082. Woodbury/Red Bank CVS, Inc.
8083. Woodhaven CVS, Inc.
8084. Woodlawn Avenue CVS, Inc.
8085. Woodlawn Chicago CVS, L.L.C.
8086. Woodridge CVS, L.L.C.
8087. Woodruff Realty Associates, L.L.C.
8088. Woodruff Road CVS, Inc.
8089. Woodside CVS, L.L.C.
8090. Woodside NY CVS, L.L.C.
8091. Woodstock CVS, Inc.
8092. Woodstock CVS, L.L.C.
8093. Woodville CVS, Inc.
8094. Woodward Detroit CVS, L.L.C.
8095. Woodward Manalapan CVS, LL.C.
8096. Woodward Royal Oak CVS, L.L.C.
8097. Woolwich CVS, L.L.C.
8098. Woonsocket CVS, Inc.
8099. Woonsocket Prescription Center, Incorporated
8100. Worcester - Food Village CVS, Inc.
8101. Worcester Center CVS, Inc.
8102. Worcester Park CVS, Inc.
8103. Worcester PharmaCare Pharmacy, Inc.
8104. Worcester-June St. CVS, Inc.
8105. Worcester-Lincoln Plaza CVS, Inc.
8106. Worcester-Stafford CVS, Inc.
8107. Worcester-Tatnuck Square CVS, Inc.
8108. Work & Family Benefits, Inc.
8109. Workers Comp Advantage, Inc.
8110. WP Smart Holdings, LLC
8111. Wrightstown CVS, Inc.
8112. Wrightwood Chicago CVS, L.L.C.
8113. Wylie CVS, L.P.
8114. Wyoming MI CVS, Inc.
8115. Yale Houston CVS, L.P.
8116. Yardley CVS, Inc.
8117. Yarmouth CVS, Inc.
8118. Yeadon (Pa.) CVS, Inc.
8119. Yonkers Bronx River CVS, L.L.C.
8120. Yonkers Central Park CVS, Inc.
8121. Yorba Linda CVS, Inc.
8122. York Mall CVS, Inc.
8123. York Road CVS, Inc.
8124. Ypsilanti Township CVS, L.L.C.
8125. Zephyrhills CVS, L.L.C.
8126. Zieglersville PA CVS, Inc.
8127. Zinc Health Services, LLC
8128. Zinc Health Ventures, LLC
8129. Zion IL CVS, L.L.C.
8130. ZS Acquisition Company, LLC

**EXHIBIT G**

**Exhibit G-1:  Settlement Payment Schedule[1]**

| Payment Year | Due Date | Attorney Fee Fund | Taft VIII (Opioid Remediation) | Total |
|---|---|---|---|---|
| 1 | 30 Days after Effective Date | $3,539,543.77 | $8,058,949.82 | $11,598,493.59 |
| 2 | One-Year Anniversary of Effective Date | $3,218,917.84 | $6,425,003.14 | $9,643,920.98 |
| 3 | Two-Year Anniversary of Effective Date | $3,631,267.54 | $12,839,825.63 | $16,471,093.17 |
| 4 | Three-Year Anniversary of Effective Date | $3,631,267.54 | $12,839,825.63 | $16,471,093.17 |
| 5 | Four-Year Anniversary of Effective Date | $3,631,267.54 | $12,839,825.63 | $16,471,093.17 |
| 6 | Five-Year Anniversary of Effective Date | $0.00 | $12,839,825.63 | $12,839,825.63 |
| 7 | Six-Year Anniversary of Effective Date | $0.00 | $12,198,343.40 | $12,198,343.40 |
| 8 | Seven-Year Anniversary of Effective Date | $0.00 | $11,556,861.14 | $11,556,861.14 |
| 9 | Eight-Year Anniversary of Effective Date | $0.00 | $11,546,680.52 | $11,546,680.52 |
| 10 | Nine-Year Anniversary of Effective Date | $0.00 | $11,546,680.52 | $11,546,680.52 |
| **Totals** | | **$17,652,264.24** | **$112,691,821.03** | **$130,344,085.27** |

[1] Each of the amounts in this Exhibit G-1 is a maximum amount and is subject to the reductions described in Section IV.E of the Agreement.

**Exhibit G-2:  Allocation between TAFT VIII and Attorney Fee Fund[2]**

| Payment Year | Attorney Fee Fund[3] | TAFT VIII | Total |
|---|---|---|---|
| 1 | $380,847.87 | $7,678,101.95 | $8,058,949.82 |
| 2 | $346,349.16 | $6,078,653.98 | $6,425,003.14 |
| 3 | $390,717.17 | $12,449,108.46 | $12,839,825.63 |
| 4 | $390,717.17 | $12,449,108.46 | $12,839,825.63 |
| 5 | $390,717.17 | $12,449,108.46 | $12,839,825.63 |
| 6 | | $12,839,825.63 | $12,839,825.63 |
| 7 | | $12,198,343.40 | $12,198,343.40 |
| 8 | | $11,556,861.14 | $11,556,861.14 |
| 9 | | $11,546,680.52 | $11,546,680.52 |
| 10 | | $11,546,680.52 | $11,546,680.52 |
| **Totals** | **$1,899,348.55** | **$110,792,472.52** | **$112,691,821.03** |

[2] Each of the amounts in this Exhibit G-2 is a maximum amount and is subject to the reductions described in Section IV.E of the Agreement.

[3] Any of the amounts in this "Attorney Fee Fund" column that are not used for the attorneys' fees and litigation costs of Participating Tribes shall be reallocated to TAFT VIII to be spent exclusively on Opioid Remediation.