**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Conejos County et al v. Purdue Pharma L.P. et al* (1:18-op-45740)<br><br>*The City of Miami v. Purdue Pharma L.P. et al* (1:18-op-45664)<br><br>*City of Newark, New Jersey v. Purdue Pharma L.P. et al* (1:18-op-45761)<br><br>*The City of Charleston, West Virginia v. Rite Aid of Maryland, Inc. et al* (1:18-op-45224)<br><br>*The Braxton County Commission, West Virginia v. Cardinal Health, Inc. et al* (1:18-op-45313)<br><br>*The Nicholas County Commission v. AmerisourceBergen Drug Corporation et al* (1:18-op-45314)<br><br>*The Calhoun County Commission, West Virginia v. AmerisourceBergen Drug Corporation, et al* (1:18-op-45312)<br><br>*The Town of Eleanor, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45387)<br><br>*City of Hurricane, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45293)<br><br>*The City of Winfield, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45294) | MDL No. 2804<br><br>Case No. 1:17-md-02804<br><br>Judge Dan Aaron Polster |

*The Town of Fort Gay, West Virginia v. Rite Aid of Maryland, Inc. et al* (1:18-op-45225)

*The Town of Glenville, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45384)

*The Town of Granville, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45320)

*The City of Logan v. AmerisourceBergen Drug Corporation et al* (1:18-op-45317)

*The City of Parkersburg, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45315)

*The Town of Quinwood, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45324)

*The Town of Rainelle, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45322)

*The Town of Rupert, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45323)

*The City of Saint Albans, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45269)

*The City of Summersville v. AmerisourceBergen Drug Corporation et al* (1:18-op-45316)

*The Town of Sutton, West Virginia v. Cardinal Health, Inc., et al* (1:18-op-45318)

*The City of Smithers, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45319)

*City of Bluefield, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45659)

*The City of Dunbar, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45546)

*The City of Milton, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-45321)

*Dakota County v. Purdue Pharma L.P. et al* (1:18-op-46112)

*The City of Princeton, West Virginia v. AmerisourceBergen Drug Corporation* (1:18-op-46054)

*The City of Buckhannon, West Virginia v. McKesson Corporation et al* (1:18-op-46085)

*The Gilmer County Commission v. Cardinal Health, Inc. et al* (1:18-op-46131)

*The Town of Clendenin, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-46127)

*The City of Montgomery, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-46128)

*The Town of Sophia, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-46129)

*The Town of Whitesville, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-46130)

*County of Santa Clara, California et al v. CVS Health Corporation* (1:22-op-45030)

*City of Lakewood, CO et al v. Purdue Pharma L.P. et al* (1:18-op-45800)

*City of Providence, Rhode Island v. AmerisourceBergen Drug Corporation* (1:18-op-46080)

*Montgomery County Board of County Commissioners et al v. Purdue Pharma L.P. et al* (1:18-op-46080)

*Montgomery County Board of County Commissioners et al v. Cardinal Health, Inc. et al* (1:18-op-46326)

*Town of Gauley Bridge, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-46278*)*

*City of Fall River v. Purdue Pharma L.P. et al* (1:18-op-46285)

*City of Kenova, West Virginia v. AmerisourceBergen Drug Corporation et al* (1:18-op-46346)

*City of Quincy v. Purdue Pharma, LP et al* (l:19-op-45008)

*City of Clearwater in the County of Pinellas v. Purdue Pharma L.P et al* (1:19-op-45009)

*County of Tuscarawas, Ohio et al v. Purdue Pharma L.P. et al* (1:19-op-45098)

*County of Bay, Michigan v. Purdue Pharma L.P. et al* (1:19-op-45228)

*Sarasota County, Florida v. Purdue Pharma L.P. et al* (1:19-op-45339)

*Township of Brick v. Purdue Pharma, Inc., et al (*1:19-op-45924)

*Town of Andover v. Teva Pharmaceuticals USA Inc et al* (1:19-op-45996)

4

*Howard County, Maryland v. Teva Pharmaceuticals USA, Inc., et al* (1:19-op-46169)

*The County of Fayette, Ohio et al v. Purdue Pharma L.P. (*1:20-op-45065)

*City of Sarasota v. Walgreen Co. et al* (1:22-op-45021)

*City of Palmetto v. Walgreen Co. et al (*1:22-op-45022)

## **NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that Lisa M. Saltzburg hereby withdraws as counsel of record for Plaintiffs in the above-captioned matters. All other Motley Rice LLC counsel of record, including Linda J. Singer, Anne McGinness Kearse and John D. Hurst of Motley Rice LLC will continue to represent the Plaintiffs in the above-captioned matters in which they have appeared.

Dated: July 11, 2023            s/ *Lisa M. Saltzburg*
                                Lisa M. Saltzburg
                                MOTLEY RICE LLC
                                28 Bridgeside Blvd.
                                Mt. Pleasant, SC 29464
                                Telephone: 843-216-9000
                                Fax: 843-216-9450
                                Email: lsaltzburg@motleyrice.com

                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 11th day of July 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

                                            */s/ Lisa Saltzburg*
                                            Lisa Saltzburg