# Appendix A

| Tribe | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Akiak Native Community | Alaska | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46309-DAP |
| Apache Tribe of Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:19-op-46119-DAP |
| Asa'carsarmiut Tribe | Alaska | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46309-DAP |
| Confederated Tribes and Bands of the Yakama Nation | Washington | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:18-op-46202-DAP |
| Consolidated Tribal Health Project, Inc. | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45919-DAP |
| Feather River Tribal Health, Inc. | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:19-op-45334-DAP |
| Keweenaw Bay Indian Community, Michigan | Michigan | /s/ Cooper Elliott | Cooper Elliott | NDOH | 1:20-op-45150-DAP |
| Mi'kmaq Nation (also listed as Aroostook Band of Micmacs) | Maine | /s/ Levin Papantonio | Levin Papantonio Consortium | NDOH | 1:19-op-45349-DAP |
| Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada | Nevada | /s/ Lockridge Grindal Nauen | Lockridge Grindal Nauen | NDOH | 1:19-op-45650-DAP |
| Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana | Montana | /s/ Lockridge Grindal Nauen | Lockridge Grindal Nauen | NDOH | 1:19-op-45010-DAP |
| Northwestern Band of the Shoshone Nation | Utah | /s/ Porteous, Hainkel and Johnson, LLP | Porteous, Hainkel and Johnson, LLP | NDOH | 1:20-op-45032-DAP |
| Red Lake Band of Chippewa Indians, Minnesota | Minnesota | /s/ Levin Papantonio | Levin Papantonio Consortium | NDOH | 1:18-op-45959-DAP |
| Riverside San Bernardino County Indian Health Inc. | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:19-op-45025-DAP |
| Sac & Fox Nation, Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:19-op-46012-DAP |
| Tunica-Biloxi Indian Tribe | Louisiana | /s/ Laborde Earles Law Firm | Laborde Earles Law Firm | NDOH | 1:18-op-45996-DAP |