1

```
1     IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT,
               IN AND FOR LEON COUNTY, FLORIDA
2

3   OFFICE OF THE ATTORNEY GENERAL,
    DEPARTMENT OF LEGAL AFFAIRS,
4   STATE OF FLORIDA,

5        Plaintiff,                    Case No.:  2022-CA-000541

6   vs.

7   SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT
    d/b/a Sarasota Memorial Healthcare System, Inc.,
8   LEE MEMORIAL HEALTH SYSTEM d/b/a Lee Health,
    NORTH BROWARD HOSPITAL DISTRICT d/b/a Broward Health,
9   HALIFAX HOSPITAL MEDICAL CENTER d/b/a Halifax Health,
    WEST VOLUSIA HOSPITAL AUTHORITY,
10  SCHOOL BOARD OF MIAMI-DADE COUNTY, and
    PUTNAM COUNTY SCHOOL BOARD,
11
         Defendants.
12  _____/

13

14                TRANSCRIPT OF PROCEEDINGS

15          Held Before the HONORABLE JOHN C. COOPER

16
                DATE:      April 6, 2023
17
                TIME:      10:23 a.m. - 10:45 p.m.
18
                PLACE:    Via Zoom Video Conference
19
                This cause came on to be heard at the time and
20  place aforesaid, when and where the following
    proceedings were stenographically reported by:
21

22                   Deborah Alff, RPR

23            For the Record Reporting, Inc.
              1500 Mahan Drive, Suite 140
24            Tallahassee, Florida  32803

25
```

```
                                                                      2

 1    APPEARANCES OF COUNSEL (Via Zoom video-conference):

 2   On behalf of the PLAINTIFF:

 3        GREGORY SCOTT SLEMP, ESQUIRE
          NICHOLAS D. NIEMIEC, ESQUIRE
 4        Office of the Attorney General
          The Capitol, PL-01
 5        Tallahassee, Florida  32399-1050
          Phone:  850-414-3300
 6        E-mail:  Greg.Slemp@myflorida.com;
                   Nicholas.Niemiec@myflorida.com
 7
     On behalf of the DEFENDANT SARASOTA MEMORIAL HEALTHCARE
 8   SYSTEM, INC.:

 9        DAVID APPLEMAN WALLACE, ESQUIRE
          MORGAN R. BENTLEY, ESQUIRE
10        Bentley Goodrich Kison, P.A.
          783 South Orange Avenue, Suite 300
11        Sarasota, Florida  34236-4702
          Phone:  941-556-9030
12        E-mail:  Dwallace@bgk.law; mbentley@bgk.law

13   On behalf of the DEFENDANT LEE HEALTH:

14        TIMOTHY MAZE HARTLEY, ESQUIRE
          Hartley Law Offices, PLC
15        12 Southeast 7th Street, Suite 610
          Fort Lauderdale, Florida  33301-3432
16        Phone:  954-357-9973
          E-mail:  Hartley@hartleylaw.net
17
     On behalf of the DEFENDANT BROWARD HEALTH:
18
          STEPHEN K. VARNELL, ESQUIRE
19        Gray Robinson, P.A.
          301 South Bronough Street, Suite 600
20        Tallahassee, Florida  32301-1724
          Phone:  850-577-9090
21        E-mail:  Stephen.varnell@gray-robinson.com

22   On behalf of the DEFENDANT HALIFAX HEALTH:

23        BARRY SCOTT RICHARD, ESQUIRE
          Greenberg Traurig, P.A.
24        101 East College Avenue
          Tallahassee, Florida  32301-7742
25        Phone:  850-222-6891
```

3

1                    APPEARANCES (Continued)

2   On behalf of the DEFENDANT SCHOOL BOARD OF MIAMI-DADE
    COUNTY:
3
         DEREK K. MOUNTFORD, ESQUIRE
4        JOSEPH W. JACQUOT, ESQUIRE
         Gunster Yoakley & Stewart, P.A.
5        One Independent Drive, Suite 2300
         Jacksonville, Florida  32202-5050
6        Phone:  904-350-7179
         E-mail:  Dmountford@gunster.com; jjacquot@gunster.com
7
    On behalf of the DEFENDANT MEMORIAL HEALTHCARE SYSTEM:
8        FRANK P. RAINER, ESQUIRE
         Memorial Healthcare System
9        Office of the General Counsel
         3111 Stirling Road
10       Fort Lauderdale, Florida  33312-6566
         Phone:  954-265-5933
11       E-mail:  Frainer@mhs.net

12  On behalf of the DEFENDANT PUTNAM COUNTY SCHOOL BOARD:

13       WAYNE HOGAN, ESQUIRE
         Terrell Hogan Yegelwel, P.A.
14       233 East Bay Street, Suite 804
         Jacksonville, Florida  32202-3451
15       Phone:  904-722-2228
         E-mail:  Hogan@terrellhogan.com

16

17

18

19

20

21

22

23

24

25

15

1      very quickly by an appellate court.

2           Therefore I'm granting the State's motion for

3      summary judgment for the reasons stated by the

4      State in its argument and in the motion; denying, I

5      think it's Halifax, Mr. Richard's motion for

6      summary judgment for the same reasons as I granted

7      the State's motion; and the other motions, motion

8      to dismiss or counterclaim, I think those are

9      subsumed into the ruling on the summary judgment.

10     So therefore I'm granting the summary judgment.

11     This needs to get up to the First District right

12     away to get a more detailed determination.

13          It seems to me, the circumstances of this

14     case, this multi-state, statewide settlement,

15     whether one thinks that it's good or bad, you know

16     that's not my place to say, but I don't see how you

17     could have a settlement such as this if they

18     were -- if multiple governmental entities were

19     allowed to separately litigate.  You would have no

20     settlement.  It would be a group of people

21     litigating for years on this.  I don't think that's

22     what's contemplated in the -- in this process.

23          I think the State and the AG, in this case

24     the Attorney General had authority to proceed as it

25     did, and I find that.