#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF OHIO
#### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:18-op-46136-DAP<br><br>Case No. 1:19-op-45913-DAP<br><br>Case No. 1:21-op-45092-DAP<br><br>Case No. 1:22-op-45025-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**SETTLED DEFENDANTS' NOTICE OF CONSENT TO STAY OF MOTION
TO DISMISS CLAIMS FILED BY NON-PARTICIPATING FLORIDA SUBDIVISIONS
AS RELEASED BY THE ATTORNEY GENERAL PURSUANT TO SETTLEMENT**

On June 15, 2023, Settled Defendants filed a Motion to Dismiss the above-captioned four cases brought by Florida subdivision plaintiffs, on the ground that their claims were released by the Florida Attorney General pursuant to the Janssen and Distributor Global Settlements.  (Doc. No. 5071.)  On July 14, 2023, Plaintiffs Sarasota County Public Hospital District and Lee Memorial Health System filed an opposition to the Motion, arguing in part that the cases had been stayed by stipulation of the parties.  (Doc. No. 5116.)

On July 17, 2023, the Court entered a minute order extending the stay pending resolution of the related appeal pending in Florida state court:  "Stipulated Order [non-document] extending stay. Settled Defendants' motion to dismiss (doc. [5071]) will remain pending until the Florida Attorney General's declaratory relief action is resolved on appeal. The parties shall notify the Court of the final outcome of the Florida Attorney General's state court action."

Thereafter, also on July 17, 2023, Plaintiffs School Board of Miami-Dade County and Putnam County School Board filed an opposition to the Motion, asking this Court to stay resolution of the Motion or alternatively to transfer their cases to federal court in Florida "to help decide whether to defer ruling or decide the issue on the merits." (Doc. No. 5118, at 16.) While Settled Defendants interpret the Court's July 17 Order as staying the Motion with respect to all plaintiffs, including the School Boards, for the avoidance of doubt and clarity of the record, Settled Defendants do not oppose the School Boards' request for a stay of the Motion to Dismiss. Because the School Boards only seek transfer to Florida federal court if a stay is not granted, their request for transfer will be mooted by a stay; but in any event Settled Defendants oppose such a transfer, which is unnecessary and contrary to the objectives of consolidating this litigation in the MDL.[1]

Dated: July 18, 2023

Respectfully submitted,

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
Anne R. Bohnet
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com

*Counsel for AmerisourceBergen Corporation*

---

[1] Were the Court to consider the School Boards' request for transfer, Settled Defendants respectfully request the opportunity to submit briefing setting forth the grounds to oppose transfer.

/s/ Enu A. Mainigi
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
(202) 434-5000 / tel.
(202) 434-5029/ fax
emainigi@wc.com

*Attorneys for Defendant Cardinal Health, Inc.*
/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
Timothy  C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com

*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 18, 2023, the Settled Defendants' Notice of Consent to Stay of Motion To Dismiss Claims Filed By Non-Participating Florida Subdivisions As Released By The Attorney General Pursuant To Settlement was served on all counsel of record via the CM/ECF system.

/s/ *Robert A. Nicholas*
Robert A. Nicholas