# IN THE UNITED STATES DISTRICT OHIO
# FOR THE NORTHERN DISTRICT OF OHIO

**IN RE: NATIONAL PRESCRIPTION** :

**OPIATE LITIGATION** :

:                          MDL No. 2804

Hon. Judge Dan A. Polster

This document relates to :

***Kentucky River District Health
Department v. Actavis LLC et al,* 1:19-OP-
45050-DAP**

---

## [PROPOSED] ORDER GRANTING UCB, INC.'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS

Pending before the Court is UCB, Inc.'s *Motion for Leave to File Motion to Dismiss* (the "Motion"). Finding good cause for the relief requested therein, the Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

**Date:**

_____
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**