UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Appendix A* | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO CVS SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants CVS Health Corporation and CVS Pharmacy, Inc. (collectively and together with the Released Entities, "CVS"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the CVS Settlement Agreement, which is dated December 9, 2022, and binding on the Dismissing Plaintiffs and CVS, and which has an Effective Date of June 23, 2023 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against CVS, including any entity identified on the attached Appendix C, are hereby voluntarily **DISMISSED**

---

[1] The Released Entities are each and every entity that is a "Released Entity" as set forth in Section I.KKK and Exhibit J of the CVS Settlement Agreement, dated as of December 9, 2022, a copy of which is attached as Appendix B. They include, but are not limited to, the entities listed on Appendix C, also attached hereto. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or CVS subsequently identify any Released Entity that should have been included on Appendix C and is a defendant in an action brought by a Dismissing Plaintiff, they will inform the Clerk of the Court.

**WITH PREJUDICE**, with each party to bear its own costs.  The Court shall retain jurisdiction with respect to the CVS Settlement Agreement to the extent provided under that Agreement.[2]

Dated: July 21, 2023

Agreed as to form and substance:

                                      Respectfully submitted,

                                      */s/Jayne Conroy*
                                      Jayne Conroy
                                      SIMMONS HANLY CONROY
                                      112 Madison Avenue, 7th Floor
                                      New York, NY 10016
                                      (212) 784-6400
                                      (212) 213-5949 (fax)
                                      jconroy@simmonsfirm.com

                                      */s/Joseph F. Rice*
                                      Joseph F. Rice
                                      MOTLEY RICE LLC
                                      28 Bridgeside Blvd.
                                      Mt. Pleasant, SC 29464
                                      (843) 216-9000
                                      (843) 216-9290 (Fax)
                                      jrice@motleyrice.com

                                      */s/Paul T. Farrell, Jr.*
                                      Paul T. Farrell, Jr., Esq.
                                      FARRELL & FULLER LLC
                                      1311 Ponce de Leone Ave., Suite 202
                                      San Juan, PR  00907
                                      (304)654-8281
                                      paul@farrellfuller.com

                                      *Plaintiffs' Co-Lead Counsel*

---

[2] To the extent any Plaintiff Subdivision is inadvertently included on Appendix A, the Court retains jurisdiction to hear those disputes. In advance of raising any such issue with the Court, the Plaintiff Subdivision must meet and confer with defense counsel and Plaintiffs' Liaison Counsel.

                                                              */s/Peter H. Weinberger*
                                                              Peter H. Weinberger (0022076)
                                                              SPANGENBERG SHIBLEY &LIBER
                                                              1001 Lakeside Avenue East, Suite 1700
                                                              Cleveland, OH 44114
                                                             (216) 696-3232
                                                             (216) 696-3924 (Fax)
                                                             pweinberger@spanglaw.com

                                                             *Plaintiffs' Liaison Counsel*

**CVS**

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Graeme W. Bush
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: gbush@zuckerman.com
E-mail: phynes@zuckerman.com

*Counsel for CVS Health Corporation and CVS Pharmacy, Inc.*


SO ORDERED this 24th day of July, 2023.

  *s/ Dan Aaron Polster*
Hon. Dan Aaron Polster
United States District Judge

3