UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND [PROPOSED] ORDER
DISMISSING WITH PREJUDICE CLAIMS
<u>PURSUANT TO TEVA GLOBAL OPIOID SETTLEMENT AGREEMENT</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, the "Dismissing Plaintiffs") and the Teva Defendants[1] that, pursuant to the election of each Dismissing Plaintiff to participate in the Teva Global Opioid Settlement Agreement (the "Teva Settlement Agreement"), which is dated February 8, 2023, and is binding on the Dismissing Plaintiffs and the Teva Defendants, and which has an Effective Date of August 7, 2023 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Teva Defendant, including any entity identified on the attached Appendix C, are hereby voluntarily **DISMISSED WITH**

---

[1] The Teva Defendants are each and every "Released Entity" as set forth in Section I and Exhibit J of the Teva Settlement Agreement, dated as of February 8, 2023, a copy of which is attached as Appendix B. Appendix C, also attached hereto, represents a good faith effort by the Teva Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Teva Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

**PREJUDICE**, with each party to bear its own costs.  The Court shall retain jurisdiction with respect to the Teva Settlement Agreement to the extent provided under that Agreement.[2]

Dated: July 24, 2023

Agreed as to form and substance:

                                      Respectfully submitted,

                                      */s/Jayne Conroy*
                                      Jayne Conroy
                                      SIMMONS HANLY CONROY
                                      112 Madison Avenue, 7th Floor
                                      New York, NY 10016
                                      (212) 784-6400
                                      (212) 213-5949 (fax)
                                      jconroy@simmonsfirm.com

                                      */s/Joseph F. Rice*
                                      Joseph F. Rice
                                      MOTLEY RICE LLC
                                      28 Bridgeside Blvd.
                                      Mt. Pleasant, SC 29464
                                      (843) 216-9000
                                      (843) 216-9290 (Fax)
                                      jrice@motleyrice.com

                                      */s/Paul T. Farrell, Jr.*
                                      Paul T. Farrell, Jr., Esq.
                                      FARRELL & FULLER LLC
                                      1311 Ponce de Leone Ave., Suite 202
                                      San Juan, PR  00907
                                      (304)654-8281
                                      paul@farrellfuller.com

                                      *Plaintiffs' Co-Lead Counsel*

---

[2] To the extent any Plaintiff Subdivision is inadvertently included on Appendix A, the Court retains jurisdiction to hear those disputes. In advance of raising any such issue with the Court, the Plaintiff Subdivision must meet and confer with defense counsel and Plaintiffs' Liaison Counsel.

                                       */s/Peter H. Weinberger*
                                       Peter H. Weinberger (0022076)
                                       SPANGENBERG SHIBLEY &LIBER
                                       1001 Lakeside Avenue East, Suite 1700
                                       Cleveland, OH 44114
                                       (216) 696-3232
                                       (216) 696-3924 (Fax)
                                       pweinberger@spanglaw.com

                                       *Plaintiffs' Liaison Counsel*

**TEVA**

*/s/ Eric W. Sitarchuk*
Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com
(215) 963-5000

*Attorneys for Teva*


SO ORDERED this __ day of _____, 2023.

_____

Hon. Dan Aaron Polster
United States District Judge

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

/s/Peter H. Weinberger
Peter H. Weinberger