# APPENDIX B

# TEVA GLOBAL OPIOID SETTLEMENT AGREEMENT

I.     **Definitions** ................................................................................................... 2

II.     **Participation by States and Condition to Preliminary Agreement** ............................. 18

III.     **Cessation of Litigation Activities** ....................................................... 18

IV.     **Injunctive Relief** .................................................................................. 19

V.     **Release** ................................................................................................. 19

VI.     **Monetary Relief Overview and Maximum Payments** ................................. 24

VII.     **Annual Payments to Settlement Fund** ................................................... 25

VIII.     **Allocation and Use of Settlement Funds** ............................................... 36

IX.     **Settlement Product** .............................................................................. 43

X.     **Participation by Subdivisions and Special Districts** ................................. 45

XI.     **Condition to Effectiveness of Agreement and Filing of Consent Judgment** ............ 49

XII.     **Potential Payment Adjustments** ............................................................ 50

XIII.     **Additional Restitution Amount** .............................................................. 51

XIV.     **Plaintiffs' Attorneys' Fees and Costs** ..................................................... 51

XV.     **Enforcement and Dispute Resolution** ..................................................... 51

XVI.     **Miscellaneous** ...................................................................................... 58

*Februray 8, 2023*

## TEVA GLOBAL OPIOID SETTLEMENT AGREEMENT

Whereas, the Settling States, Participating Subdivisions, Participating Special Districts, and Teva (as those terms are defined below) share a common desire to resolve disputes between them relating to opioid medications according to the terms set out in this agreement dated as of November 22, 2022 (the "*Agreement*");

Whereas, the Parties, Participating Subdivisions, and Participating Special Districts agree and understand that upon satisfaction of the conditions set forth in Sections II and XI, this Agreement will be binding on the Settling States, Teva, Participating Subdivisions, and Participating Special Districts;

Whereas, the Parties, Participating Subdivisions, and Participating Special Districts agree and understand that this Agreement will then be filed as part of Consent Judgments in the respective courts of each of the Settling States, pursuant to the terms set forth in Section III;

Whereas, the Parties, Participating Subdivisions, and Participating Special Districts agree and understand that they shall at all times act in good faith to implement and execute their obligations under this Agreement and shall not act in any way to purposefully frustrate the right of any party to receive the benefits due under the Agreement;

Whereas, it is recognized that Naloxone Hydrochloride Nasal Spray is a medication that counteracts the life-threatening effects of opioid overdose and significantly reduces opioid-overdose mortality;

Whereas, the Parties, Participating Subdivisions, and Participating Special Districts to this Agreement now desire to avoid further expense and proceedings and to settle their disputes under the terms and conditions of this Agreement as set forth below;

NOW, THEREFORE, IT IS HEREBY AGREED by and between the Parties, Participating Subdivisions, and Participating Special Districts by and through their respective counsel, as follows:

<h3 align="center">I. <u>Definitions</u></h3>

Unless otherwise specified, the following definitions apply:

1. "*Abatement Accounts Fund*" means a component of the Settlement Fund described in subsection VIII.F.

2. "*Actavis Generic Entities*" means Actavis LLC (f/k/a Actavis Inc.), Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis Pharma, Inc. (f/k/a Watson Pharma, Inc.), Actavis Kadian LLC, Actavis Laboratories UT, Inc. (f/k/a Watson Laboratories, Inc. - Utah), Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Laboratories FL, Inc. (f/k/a Watson Laboratories, Inc. - Florida), Actavis South Atlantic LLC, Warner Chilcott Company LLC, and Watson Laboratories, Inc.

2

3. "*Additional Restitution Amount*" means the amount available to Settling States listed in Exhibit M-3 of $28,669,762.00.

4. "*Agreement*" means this Teva Global Opioid Agreement, inclusive of all exhibits.

5. "*Alleged Harms*" means the alleged past, present, and future financial or societal and related expenditures arising out of the alleged misuse and abuse of opioid products, non-exclusive examples of which are described in the documents listed on Exhibit A, that have allegedly arisen as a result of the physical and bodily injuries sustained by individuals suffering from opioid-related addiction, abuse, death, and other related diseases and disorders, and that have allegedly been caused by Teva.

6. "*Allergan*" means Allergan Finance, LLC (f/k/a Actavis, Inc., which, in turn, was f/k/a/ Watson Pharmaceuticals, Inc.) and Allergan Limited (f/k/a Allergan plc, which, in turn, was f/k/a Actavis plc).

7. "*Allergan Global Opioid Settlement Agreement*" means the settlement agreement between and among States, Participating Subdivisions, Participating Special Districts, and Allergan to resolve opioid-related Claims against Allergan and other released entities (as defined therein).

8. "*Allocation Statute*" means a state law that governs allocation, distribution, and/or use of some or all of the Settlement Fund amounts allocated to that State and/or its Subdivisions and/or its Special Districts. In addition to modifying the allocation, as set forth in subsection VIII.E.2, an Allocation Statute may, without limitation, contain a Statutory Trust, further restrict expenditure of funds, form an advisory committee, establish oversight and reporting requirements, or address other default provisions and other matters related to the funds. An Allocation Statute is not required to address all three (3) types of funds comprising the Settlement Fund or all default provisions.

9. "*Annual Payment*" means the total amount of the Net Abatement Amount payable into the Settlement Fund by Teva on each Payment Date (including the Initial Year Payment), as calculated by the Settlement Fund Administrator pursuant to subsection VII.B.4 or agreed to pursuant to subsection VII.B.5, which shall not exceed the maximum payment for any given year as set forth in Exhibit M-1. This term does not include the Additional Restitution Amount, the Settlement Product Cash Conversion Amount, or amounts paid pursuant to Section XIV.

10. "*Appropriate Official*" means the official defined in subsection XVI.F.3.

11. "*Attorney Fee and Cost Payment*" means the total amount of the Global Settlement Attorney Fee Amount payable by Teva on the Payment Date of each year into the (1) Attorney Fee and Cost Fund, described in Exhibit R, (2) the State Cost Fund described in Exhibit S, and (3) the State Outside Counsel Fee Fund described in

Exhibit T, for attorneys' fees, expenses, and costs of the Settling States, and Participating Subdivisions.

12. "*Attorney Fee and Cost Fund*" means an account consisting of $331,295,027.54 to pay attorneys' fees and costs of Litigating Subdivisions that become Participating Subdivisions and the MDL Expense Fund amounts pursuant to the agreement on attorneys' fees and costs attached as Exhibit R.

13. "*Bar*" means either (1) a ruling by the highest court of the State, or the intermediate court of appeals when not subject to further review by the highest court of the State in a State with a single intermediate court of appeals, setting forth the general principle that no Subdivisions or Special Districts in the State may maintain Released Claims against Released Entities, whether on the ground of the Agreement (or the release in it) or otherwise; (2) a law barring Subdivisions and Special Districts in the State from maintaining or asserting Released Claims against Released Entities (either through a direct bar or through a grant of authority to release claims and that authority is exercised in full); or (3) a Settlement Class Resolution in the State with full force and effect. For the avoidance of doubt, a law or ruling that is conditioned or predicated upon payment by a Released Entity (apart from payments by Teva incurred under the Agreement) shall not constitute a Bar.

14. "*Base Payment*" means the payments made pursuant to subsection VII.D.

15. "*Case-Specific Resolution*" means either (1) a law barring specified Subdivisions or Special Districts from maintaining Released Claims against Released Entities (either through a direct Bar or through a grant of authority to release claims and that authority is exercised in full) or (2) a ruling by a court of competent jurisdiction over a particular Subdivision or Special District that has the legal effect of barring the Subdivision or Special District from maintaining any Released Claims at issue against Released Entities, whether on the ground of the Agreement (or the release in it) or otherwise. For the avoidance of doubt, a law, ruling, or release that is conditioned or predicated upon a post-Effective Date payment by a Released Entity (apart from payments by Teva incurred under the Agreement or injunctive relief obligations incurred by it) shall not constitute a Case-Specific Resolution.

16. "*Claim*" means any past, present or future cause of action, claim for relief, cross-claim or counterclaim, theory of liability, demand, derivative claim, request, assessment, charge, covenant, damage, debt, lien, loss, fine, penalty, restitution, reimbursement, disgorgement, expenses, judgment, right, obligation, dispute, suit, contract, controversy, agreement, parens patriae claim, promise, performance, warranty, omission, or grievance of any nature whatsoever, whether legal, equitable, statutory, regulatory or administrative, whether arising under federal, state or local common law, statute, regulation, guidance, ordinance or principles of equity, whether filed or unfiled, whether asserted or unasserted, whether known or unknown, whether accrued or unaccrued, whether foreseen, unforeseen or unforeseeable, whether discovered or undiscovered, whether suspected or unsuspected, whether fixed or contingent, and whether existing or hereafter arising,

4

in all such cases, including but not limited to any request for declaratory, injunctive, or equitable relief, compensatory, punitive, or statutory damages, absolute liability, strict liability, restitution, subrogation, contribution, indemnity, apportionment, disgorgement, reimbursement, attorney fees, expert fees, consultant fees, fines, penalties, expenses, costs or any other legal, equitable, civil, administrative, or regulatory remedy whatsoever. Claim does not include any individuals' personal injury or wrongful death cause of action.

17. "*Claim Over*" means a Claim asserted by a Non-Released Entity against a Released Entity on the basis of contribution, indemnity, or other claim-over on any theory relating to a Non-Party Covered Conduct Claim asserted by a Releasor.

18. "*Compensatory Restitution Amount*" means the aggregate amount of payments by Teva hereunder other than amounts paid as attorneys' fees and costs or identified pursuant to subsection VIII.C as being used to pay attorneys' fees and investigation costs or litigation costs, plus the actual aggregate cost of Settlement Product provided to the Settling States by Teva.

19. "*Consent Judgment*" means a state-specific consent judgment, the general terms of which shall be agreed by the Settling States and Teva prior to the Reference Date and shall include (1) approval of this Agreement and (2) the release set forth in Section V, including the full and final resolution of any Released Claims that the Settling State has brought against Released Entities.

20. "*Court*" means the respective court for each Settling State to which the Agreement and the Consent Judgment are presented for approval and/or entry as to that Settling State, or the Northern District of Ohio for purposes of administering the Attorney Fee and Cost Fund and any related fee and cost agreements.

21. "*Covered Conduct*" means any actual or alleged act, failure to act, negligence, statement, error, omission, breach of any duty, conduct, event, transaction, agreement, service, work, misstatement, misleading statement, or other activity of any kind whatsoever from the beginning of time through the Reference Date of this Agreement (and any past, present, or future consequence of any such act, failure to act, negligence, statement, error, omission, breach of duty, conduct, event, transaction, agreement, service, work, misstatement, misleading statement, or other activity) arising from or relating in any way to (a) the availability, discovery, research, development, manufacture, packaging, repackaging, marketing, promotion, advertising, labeling, relabeling, recall, withdrawal, distribution, delivery, monitoring, reporting, supply, sale, prescribing, dispensing, physical security, warehousing, use or abuse of, or operating procedures relating to, any Product, or any system, plan, policy, procedure, or advocacy relating to any Product or class of Products, including, but not limited to, any unbranded or branded promotion, marketing, or advertising, unbranded information, patient support or assistance, educational programs, consultancy, research, or other programs, campaigns, lobbying, or grants, sponsorships, charitable donations, or other funding relating to any Product or class of Products; (b) the characteristics,

5

*Februray 8, 2023*

properties, risks, or benefits of any Product or class of Products; (c) the monitoring, reporting, disclosure, non-monitoring, non-reporting, or non-disclosure to federal, state, or other regulators of orders for any Product or class of Products; (d) the selective breeding, harvesting, extracting, purifying, exporting, importing, applying for quota for, procuring quota for, handling, promoting, manufacturing, processing, packaging, supplying, distributing, converting, or selling of, or otherwise engaging in any activity relating to, precursor or component Products, including but not limited to natural, synthetic, semi-synthetic, or chemical raw materials, starting materials, finished active pharmaceutical ingredients, drug substances, or any related intermediate Products; or (e) diversion control programs or suspicious order monitoring related to any Product.  The foregoing is not intended to apply to claims alleging contamination of products.

22.    "*Covered Special District*" means a Special District that is (1) a school district with K-12 student enrollment of at least 25,000 or 0.12% of a State's population, whichever is greater; (2) a fire district that covers a population of 25,000, or 0.20% of a State's population if a State's population is greater than 18 million (though, if a fire district's population is not easily calculable from state data sources and agreed to between the State and Teva, it is calculated by dividing the population of the county or counties a fire district serves by the number of fire districts in the county or counties); or (3) a healthcare district or hospital district with at least 125 hospital beds in one or more hospitals rendering services in that district.

23.    "*Designated State*" means New York.

24.    "*Effective Date*" means the date sixty (60) days after the Reference Date.

25.    "*Eligible State*" means a State that is not a Prior Settling State and is thus eligible to participate in this Agreement and become a Settling State.

26.    "*Enforcement Committee*" means a committee consisting of representatives of the Settling States and of the Participating Subdivisions. Exhibit B contains the organizational bylaws of the Enforcement Committee. Notice pursuant to subsection XVI.P shall be provided when there are changes in membership or contact information.

27.    "*Exhibit G Participant*" means a Participating Subdivision or Participating Special District that appears in Exhibit G at the relevant point in time. Nothing about the use of the term Exhibit G Participant changes the ability to amend the list of entities listed on Exhibit G pursuant to this Agreement.

28.    "*Force Majeure Event*" means any event reasonably beyond the control of Teva that prevents Teva from manufacturing or distributing Settlement Product, including wars, hostilities, revolution, riots, civil commotion, national emergency, unavailability of supplies, epidemics, fire, flood, earthquake, force of nature, explosion, terrorist act, embargo, or any act of God, or any law, regulation, ordinance, or other act or order of any court or governmental authority.

*Februray 8, 2023*

29. "*Global Settlement Abatement Amount*" means the total abatement amount of $3,611,561,762.00. (This figure does not reflect the application of the Prior Settlements Credit or potential offsets. It also does not include amounts paid to the Additional Restitution Amount, which may be used for abatement.)

30. "*Global Settlement Amount*" means $4,246,567,371.76 and consists of the Global Settlement Abatement Amount, the Global Settlement Attorney Fee Amount, the Additional Restitution Amount, and the Settlement Product Cash Conversion Amount.

31. "*Global Settlement Attorney Fee Amount*" means $366,335,847.76, which consists of the Attorney Fee and Cost Fund, the State Outside Counsel Fee Fund, and the State Cost Fund.

32. "*Implementation Administrator*" means the vendor agreed to by the Parties and retained by Teva and Allergan to provide notice pursuant to subsection X.A and to manage the initial joinder period for Subdivisions and Special Districts, including the issuance and receipt of Settlement Participation Forms.

33. "*Implementation Costs*" means the costs for the Implementation Administrator, which shall be paid for pursuant to subsection VI.C.

34. "*Incentive A*" means the incentive payment described in subsection VII.E.5.

35. "*Incentive B*" means the incentive payment described in subsection VII.E.6.

36. "*Incentive C*" means the incentive payment described in subsection VII.E.7.

37. "*Incentive D*" means the incentive payment described in subsection VII.E.8.

38. "*Incentive Payment*" means the payments made pursuant to subsection VII.E.

39. "*Initial Participating Special District*" means a Special District that meets the requirements set forth in subsection X.L.

40. "*Initial Participating Subdivision*" means a Subdivision that meets the requirements set forth in subsection X.D.

41. "*Initial Participation Date*" means the date ninety (90) days after the Preliminary Agreement Date, unless it is extended by written agreement of Teva and the Enforcement Committee.

42. "*Initial Year Payment*" means the first Annual Payment of the Net Abatement Amount payable into the Settlement Fund by Teva on the Payment Date as calculated by the Settlement Fund Administrator pursuant to subsection VII.B.4 or agreed to pursuant to subsection VII.B.5, which shall not exceed the maximum payment for the Initial Year Payment as set forth in Exhibit M-1.

7

43.     *"Injunctive Relief Terms"* means the terms described in Section IV and set forth in Exhibit P.

44.      *"Later Litigating Special District"* means a Special District (or Special District official asserting the right of or for the Special District to recover for Alleged Harms to the Special District and/or the people thereof) that is not a Litigating Special District and that files a lawsuit bringing a Released Claim against a Released Entity, or that adds such a Claim to a pre-existing lawsuit, after the Preliminary Agreement Date. It may also include a Litigating Special District whose Claims were resolved by a Bar or Case-Specific Resolution, which is later revoked following the execution date of this Agreement, when such Litigating Special District takes any affirmative step in its lawsuit other than seeking a stay, removal or dismissal with prejudice.

45.     *"Later Litigating Subdivision"* means a Subdivision (or Subdivision official asserting the right of or for the Subdivision to recover for Alleged Harms to the Subdivision and/or the people thereof) that is not a Litigating Subdivision and that files a lawsuit bringing a Released Claim against a Released Entity, or that adds such a Claim to a pre-existing lawsuit, after the Preliminary Agreement Date. It may also include a Litigating Subdivision whose Claims were resolved by a Bar or Case-Specific Resolution, which is later revoked following the execution date of this Agreement, when such Litigating Subdivision takes any affirmative step in its lawsuit other than seeking a stay, removal, or dismissal with prejudice.

46.     *"Later Participating Special District"* means a Participating Special District that meets the requirements of subsection X.M but is not an Initial Participating Special District.

47.     *"Later Participating Subdivision"* means a Participating Subdivision that meets the requirements of subsection X.E but is not an Initial Participating Subdivision.

48.     *"Litigating Special District"* means a Special District (or Special District official asserting the right of or for the Special District to recover for Alleged Harms to the Special District and/or the people thereof) that brought any Released Claims against any Released Entities on or before the Preliminary Agreement Date that were not separately resolved prior to that date. Exhibit C includes an agreed list of the Litigating Special Districts. Exhibit C will be updated (including with any corrections) periodically, and a final version of Exhibit C will be attached hereto as of the Effective Date.

49.      *"Litigating Subdivision"* means a Subdivision (or Subdivision official asserting the right of or for the Subdivision to recover for Alleged Harms to the Subdivision and/or the people thereof) that brought any Released Claims against any Released Entities on or before the Preliminary Agreement Date that were not separately resolved prior to that date. A Prior Settling Subdivision shall not be considered a Litigating Subdivision. Exhibit C includes an agreed list of the Litigating Subdivisions. Exhibit C will be updated (including with any corrections)

*Februray 8, 2023*

periodically, and a final version of Exhibit C will be attached hereto as of the Effective Date.

50. "*National Arbitration Panel*" means the panel described in subsection XV.G.4.

51. "*National Disputes*" means the disputes described in subsection XV.G.4.a.

52. "*Net Abatement Amount*" means $2,945,529,111.00, which is the Global Settlement Abatement Amount adjusted for the Prior Settlements Credit pursuant to subsection VII.C.2.

53. "*Non-Litigating Covered Special District*" means a Covered Special District that is not a Litigating Special District.

54. "*Non-Litigating Special District*" means a Special District that is neither a Litigating Special District nor a Later Litigating Special District.

55. "*Non-Litigating Subdivision*" means a Subdivision that is not (1) a Litigating Subdivision, (2) a Later Litigating Subdivision, or (3) a Prior Settling Subdivision.

56. "*Non-Participating Special District*" means a Special District that is not a Participating Special District.

57. "*Non-Participating Subdivision*" means a Subdivision that is not a Participating Subdivision. For the avoidance of doubt, Non-Participating Subdivision also includes Prior Settling Subdivisions.

58. "*Non-Party Covered Conduct Claim*" means a Claim against any Non-Released Entity involving, arising out of, or related to Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity).

59. "*Non-Party Settlement*" means a settlement by any Releasor that settles any Non-Party Covered Conduct Claim and includes a release of any Non-Released Entity.

60. "*Non-Released Entity*" means an entity that is not a Released Entity.

61. "*Non-Settling State*" means a State that is an Eligible State but not a Settling State.

62. "*Opioid Remediation*" means care, treatment, and other programs and expenditures (including reimbursement for past such programs or expenditures except where this Agreement restricts the use of funds solely to future Opioid Remediation) designed to (1) address the misuse and abuse of opioid products, (2) treat or mitigate opioid use or related disorders, or (3) mitigate other alleged effects of the opioid abuse crisis, including on those injured as a result of the opioid abuse crisis. Exhibit E provides a non-exhaustive list of expenditures that qualify as being paid for Opioid Remediation. Qualifying expenditures may include reasonable related administrative expenses.

9

*Februray 8, 2023*

63. "*Participating Special District*" means a Special District that signs the Settlement Participation Form annexed hereto as Exhibit K and meets the requirements for becoming a Participating Special District under Section X. Participating Special Districts include both Initial Participating Special Districts and Later Participating Special Districts.

64. "*Participating Subdivision*" means a Subdivision that signs a Settlement Participation Form annexed hereto as Exhibit K and meets requirements for becoming a Participating Subdivision under Section X. Participating Subdivisions include both Initial Participating Subdivisions and Later Participating Subdivisions.

65. "*Parties*" means Teva and the Settling States (each, a "*Party*").

66. "*Payment Date*" means the date on which Teva makes its Annual Payments (including its Initial Year Payment), Additional Restitution Payments, Settlement Product Cash Conversion Amount, and Attorney Fee and Cost Payments, pursuant to Section VII and XIII and Exhibit M. The first Payment Date is thirty (30) days after the Effective Date. The second Payment Date is July 15, 2024. The Payment Date is July 15 in all subsequent years.

67. "*Payment Year*" means the calendar year during which the applicable Annual Payment is due pursuant to subsection VII.B. Payment Year 1 is 2023, Payment Year 2 is 2024 and so forth. References to payment "for a Payment Year" mean the Annual Payment due that year. References to eligibility "for a Payment Year" mean eligibility in connection with the Annual Payment due during that year.

68. "*Preliminary Agreement Date*" means the date on which Teva gives notice to the Settling States and MDL Plaintiffs' Executive Committee of its determination that a sufficient number of States have agreed to be Settling States to proceed with notice pursuant to subsection X.A. This date shall be no more than fourteen (14) days after the end of the notice period to States (as set forth in subsection II.A) unless it is extended by written agreement of Teva and the Enforcement Committee.

69. "*Primary Subdivision*" means a Subdivision that has a population of 30,000 or more. A list of Primary Subdivisions in each State is provided in Exhibit I, and such list shall be updated if any Primary Subdivision is inadvertently missed or included.

70. *"Prior Settlements Credit"* means the credit of $666,032,651.00, reflecting that the allocations for Prior Settling States and Prior Settling Subdivisions for Claims related to the Covered Conduct against Teva and/or other Released Entities were or will be separately settled. The credit is applied pursuant to subsection VI.A.1.

10

71.    *"Prior Settling State"* means Florida, Louisiana, Rhode Island, Texas, and West Virginia and all Subdivisions and Special Districts within those States, and Oklahoma,[1] whose Claims were released as part of those States' settlements

72.    *"Prior Settling Subdivision"* means the City and County of San Francisco, California, Cuyahoga County, Ohio, and Summit County, Ohio.

73.    "*Product*" means any chemical substance, whether used for medicinal or non-medicinal purposes, and whether natural, synthetic, or semi-synthetic, or any finished pharmaceutical product made from or with such substance, that is an opioid or opiate, as well as any product containing any such substance. It also includes: 1) the following when used in combination with opioids or opiates: benzodiazepine, carisoprodol, zolpidem, or gabapentin; and 2) a combination or "cocktail" of any stimulant or other chemical substance prescribed, sold, bought, or dispensed to be used together that includes opioids or opiates. For the avoidance of doubt, "*Product*" does not include benzodiazepine, carisoprodol, zolpidem, or gabapentin when not used in combination with opioids or opiates. "*Product*" includes but is not limited to any substance consisting of or containing buprenorphine, codeine, fentanyl, hydrocodone, hydromorphone, meperidine, methadone, morphine, naloxone, naltrexone, oxycodone, oxymorphone, pentazocine, propoxyphene, tapentadol, tramadol, opium, heroin, carfentanil, any variant of these substances, or any similar substance. "*Product*" also includes any natural, synthetic, semi-synthetic or chemical raw materials, starting materials, finished active pharmaceutical ingredients, drug substances, and any related intermediate products used or created in the manufacturing process for any of the substances described in the preceding sentence.

74.    "*Reference Date*" means the date on which Teva is to inform the Settling States and MDL Plaintiffs' Executive Committee of its determination whether there is sufficient resolution of Claims and potential Claims at the Subdivision level to go forward with the settlement. The Reference Date shall be no later than thirty (30) days after the Initial Participation Date, unless it is extended by written agreement of Teva and the Enforcement Committee.

75.    "*Released Claims*" means any and all Claims that directly or indirectly are based on, arise out of, or in any way relate to or concern the Covered Conduct occurring prior to the Reference Date. Without limiting the foregoing, "Released Claims" include any Claims that have been asserted against the Released Entities by any Settling State or any of its Litigating Subdivisions or Litigating Special Districts in any federal, state or local action or proceeding (whether judicial, arbitral, or administrative) based on, relating to, in whole or in part, the Covered Conduct, or any such Claims that could be or could have been asserted now or in the future in those actions or in any comparable action or proceeding brought by a State, any of

---

[1] Claims of Oklahoma Subdivisions and Special Districts were not released as part of Teva's settlement with Oklahoma and therefore have the opportunity to participate.  Terms related to Oklahoma Subdivisions and Special Districts are to be addressed in Exhibit H, which shall be prepared by Teva and presented to the Oklahoma Subdivisions and Special Districts during the notice period to States.

*Februray 8, 2023*

its Subdivisions or Special Districts, or any Releasors (whether or not such State, Subdivision, Special District, or Releasor has brought such action or proceeding). Released Claims also include all Claims against Released Entities asserted in any proceeding to be dismissed pursuant to the Agreement, whether or not such claims relate to Covered Conduct. "Released Claims" shall be interpreted broadly. This Agreement does not release Claims by private individuals. Claims by private individuals shall be treated in accordance with applicable law. Released Claims is also used herein to describe Claims brought by a Later Litigating Subdivision or other non-party Subdivision or Special District that would have been Released Claims if they had been brought by a Releasor against a Released Entity.

76. "*Released Entities*" means Teva; and (1) all of Teva's respective past and present direct or indirect parents, subsidiaries, divisions, affiliates, joint ventures (but excluding joint venture partners), predecessors, successors and assigns; (2) Teva's insurers (solely in their role as insurers with respect to the Released Claims); and (3) Teva's past and present officers, directors, members, shareholders (solely in their capacity as shareholders of the foregoing entities), partners, trustees, employees, agents and attorneys (for actions that occurred during and related to their work for, or employment with, Teva). Any person or entity described in clauses (2)-(3) shall be a Released Entity solely in the capacity described in such clause.  A list of all of the indirect parents, subsidiaries, affiliates and joint ventures released pursuant to clause (1) is attached as Exhibit J.  For the avoidance of doubt, any entity acquired, or joint venture entered into, by Teva after the Reference Date is not a Released Entity, regardless of whether they are listed on Exhibit J.

77. "*Releasors*" means (1) each Settling State; (2) each Participating Subdivision; (3) each Participating Special District; and (4) without limitation and to the maximum extent of the power of each Settling State's Attorney General and/or Participating Subdivision and Participating Special District to release Claims, (a) the Settling State's, Participating Subdivision's, and Participating Special District's departments, agencies, divisions, boards, commissions, Subdivisions, districts, instrumentalities of any kind and attorneys, including its Attorney General, and any person in their official capacity whether elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, (b) any public entities, public instrumentalities, public educational institutions, unincorporated districts, fire districts, irrigation districts, water districts, emergency services districts, school districts, healthcare districts, hospital districts, Sheriffs and law enforcement districts, library districts, coroner's offices, and public transportation authorities, and other Special Districts in a Settling State, including those with the regulatory authority to enforce state and federal controlled substances acts or the authority to bring Claims related to Covered Conduct seeking money (including abatement (or remediation and/or restitution)) or revoke a pharmaceutical distribution license, and (c) any person or entity acting in a parens patriae, sovereign, quasi-sovereign, private attorney general, qui tam, taxpayer, or other capacity seeking relief, including but not limited to, fines, penalties, or punitive damages, on behalf of or generally applicable to the general public with respect to a Settling State or a Subdivision or Special District in a Settling State,

12

whether or not any of them participate in the Agreement. "Releasors" does not include persons acting in an individual capacity, regardless of the type of relief sought. The inclusion of a specific reference to a type of entity in this definition shall not be construed as meaning that the entity is not a Subdivision. In addition to being a Releasor as provided herein, Participating Subdivisions and Participating Special Districts shall also provide a Settlement Participation Form providing for a release to the fullest extent of the Participating Subdivision's and Participating Special District's authority, which is attached as Exhibit K. Each Settling State's Attorney General represents that he or she has or has obtained (or will obtain no later than the Effective Date) the authority set forth in the Representation and Warranty subsection of Section V.

78.    "*Revocation Event*" means with respect to a Bar, Settlement Class Resolution, or Case-Specific Resolution, a legislative amendment or a revocation, rescission, reversal, overruling, or interpretation that in any way limits the effect of such Bar, Settlement Class Resolution, or Case-Specific Resolution on Released Claims or any other action or event that otherwise deprives the Bar, Settlement Class Resolution or Case-Specific Resolution of force or effect in any material respect.

79.    "*Settlement Class Resolution*" means a class action resolution in a court of competent jurisdiction in a Settling State with respect to a class of Subdivisions and Special Districts in that State that (1) conforms with that Settling State's statutes, case law, and/or rules of procedure regarding class actions; (2) is approved and entered as an order of a court of competent jurisdiction in that State and has become final as defined in "State-Specific Finality"; (3) is binding on all Non-Participating Subdivisions and Non-Participating Special Districts in that State (other than opt outs as permitted under the next sentence); (4) provides that all such Non-Participating Subdivisions or Non-Participating Special Districts may not bring Released Claims against Released Entities, whether on the ground of the Agreement (or the releases herein) or otherwise; and (5) does not impose any costs or obligations on Teva other than those provided for in the Agreement, or contain any provision inconsistent with any provision of the Agreement. If applicable state law requires that opt-out rights be afforded to members of the class, a class action resolution otherwise meeting the foregoing requirements shall qualify as a Settlement Class Resolution unless Subdivisions collectively representing more than 1% of the total population of all of that State's Subdivisions listed in Exhibit G opt out. In seeking certification of any Settlement Class, the applicable State and Participating Subdivisions shall make clear that certification is sought solely for settlement purposes and shall have no applicability beyond approval of the settlement for which certification is sought. Nothing in this Agreement constitutes an admission by any Party that class certification would be appropriate for litigation purposes in any case.

80.    "*Settlement Fund*" means the interest-bearing fund established under the Agreement into which Annual Payments by Teva are made pursuant to Section VII. The Settlement Fund comprises the Abatement Accounts Fund, State Fund, and Subdivision Fund.

*Februray 8, 2023*

81. "*Settlement Fund Administrator*" means the entity that determines the Annual Payments (including calculating Incentive Payments pursuant to Section VI and any amounts subject to offset pursuant to Sections VII.C and XII), and administers and distributes amounts into the Settlement Fund.  It shall also administer and distribute the Additional Restitution Amount pursuant to Section XIII.  The duties of the Settlement Fund Administrator shall be governed by this Agreement. Prior to the Initial Participation Date, the Parties shall agree to selection and removal processes for and a detailed description of the Settlement Fund Administrator's duties all of which shall be appended to the Agreement as Exhibit L.

82. "*Settlement Fund Administrator Costs*" means any costs and fees associated with or arising out of the duties of the Settlement Fund Administrator with regard to Teva and Allergan's payments to the Settlement Fund as described in Exhibit L and elsewhere in this Agreement, including those arising from the use of a bank or other financial institution to receive and disburse payments.

83. "*Settlement Fund Escrow*" means the interest-bearing escrow fund established pursuant to this Agreement to hold disputed payments made under this Agreement.

84. "*Settlement Participation Form*" means the form attached as Exhibit K that Participating Subdivisions and Participating Special Districts must execute and provide to Teva and the Implementation Administrator or Settlement Fund Administrator, and which shall (1) make such Participating Subdivisions and Participating Special Districts signatories to this Agreement, (2) include a full and complete release of any and all of such Participating Subdivisions' and Participating Special Districts' Claims and (3) require prompt cessation of litigation activity as set forth in Section III, and request for dismissal with prejudice of any Released Claims that have been filed against Released Entities by any such Participating Subdivisions or Participating Special Districts within fourteen (14) business days after the Reference Date.

85. "*Settlement Payment Schedule*" means the schedule of payments attached to this Agreement as Exhibit M. Actual payment amounts are subject to adjustments consistent with this Agreement.

86. "*Settlement Product*" means finished good kits (two (2) devices per kit) of "Naloxone Hydrochloride Nasal Spray" (4 mg strength) that is listed in Teva's then-current generics catalog, which can be viewed at www.tevagenerics.com, and is provided to the Settling State as part of the settlement, at no cost as set forth in Section IX and Exhibit D.

87. "*Settlement Product Cash Conversion Amount*" means the resulting dollar amount from when a Settling State has elected to convert all or a portion of its Settlement Product allocation into a cash payment pursuant to Section IX and Exhibit D. The aggregate, maximum amount that could be paid from the conversion of Settlement Product into cash is $240,000,000.00.

*Februray 8, 2023*

88.   "*Settlement Product Election Form*" means the form a Settling State uses to submit its election of the Settling State's allocation of Settlement Product or cash conversion of Settlement Product pursuant to Section IX and Exhibit D.

89.   "*Settling State*" means any Eligible State that has entered into this Agreement.

90.   "*Special District*" means (1) formal and legally recognized sub-entities of a State recognized by the U.S. Census Bureau[2] and those listed on Exhibit C, and (2) any person, official, or entity thereof acting in an official capacity. Special Districts do not include sub-entities of a State that provide general governance for a defined area that would qualify as a Subdivision. Entities that include any of the following words or phrases in its name shall not be considered a Special District: mosquito, pest, insect, spray, vector, animal, air quality, air pollution, clean air, coastal water, tuberculosis, and sanitary.

91.   "*State*" means any state of the United States of America, the District of Columbia, American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, and the U.S. Virgin Islands. Additionally, the use of non-capitalized "state" to describe something (e.g., "state court") shall also be read to include parallel entities in commonwealths, territories, and the District of Columbia (e.g., "territorial court").

92.   "*State Allocation Percentage*" means the allocation percentages for Eligible States as set forth in Exhibit F-2, which have been adjusted from the State Global Allocation Percentages to account for the Prior Settlements Credit.

93.   "*State Cost Fund*" means the fund totaling $6,371,058.22 and described in Exhibit S.

94.   "*State Global Allocation Percentage*" means the allocation percentages for all States as set forth in Exhibit F-1, which represents allocations before the Prior Settlements Credit is applied.

95.   "*State Fund*" means a component of the Settlement Fund described in subsection VIII.D.

96.   "*State Outside Counsel Fee Fund*" means the fund totaling $28,669,762.00 and described in Exhibit T.

97.   "*State-Specific Finality*" means, with respect to the Settling State in question:

a.   the Agreement and the Consent Judgment have been approved and entered by the Court as to Teva, including the release of all Released Claims against Released Entities as provided in this Agreement;

---

[2] All such entities are found on the "Special District," "School District," and "DEP School District" tabs of the Census Bureau's 2017 Government Units Listing spreadsheet available at https://www2.census.gov/programs-surveys/gus/datasets/2017/govt_units_2017.ZIP.

*Februray 8, 2023*

    b.    for all lawsuits brought by the Settling State against Released Entities for Released Claims, either previously filed or filed as part of the entry of the Consent Judgment, the Court has stated in the Consent Judgment or otherwise entered an order finding that all Released Claims against Released Entities asserted in the lawsuit have been resolved by agreement; and

    c.    (1) the time for appeal or to seek review of or permission to appeal from the approval and entry as described in subsection (a) hereof and entry of such order described in subsection (b) hereof has expired; or (2) in the event of an appeal, the appeal has been dismissed or denied, or the approval and entry described in (a) hereof and the order described in subsection (b) hereof have been affirmed in all material respects (to the extent challenged in the appeal) by the court of last resort to which such appeal has been taken and such dismissal or affirmance has become no longer subject to further appeal (including, without limitation, review by the United States Supreme Court).

98. "*State-Subdivision Agreement*" means an agreement that a Settling State reaches with the Subdivisions in that State regarding the allocation, distribution, and/or use of funds allocated to that State and to Exhibit G Participants in that State. A State-Subdivision Agreement shall be effective if approved pursuant to the provisions of Exhibit O or if adopted by statute. Preexisting agreements addressing funds other than those allocated pursuant to this Agreement shall qualify if the approval requirements of Exhibit O are met. A State and its Subdivisions may revise, supplement, or refine a State-Subdivision Agreement if approved pursuant to the provisions of Exhibit O or if adopted by statute.

99. "*Statewide Payment Amount*" means the amount from an Annual Payment to be paid to a Settling State, its separate types of funds (if applicable), and its Exhibit G Participants.

100. "*Statutory Trust*" means a trust fund established by state law to receive funds allocated to a State's Abatement Accounts Fund and restrict their expenditure to Opioid Remediation purposes subject to reasonable administrative expenses. A State may give a Statutory Trust authority to allocate one or more of the three Settlement Funds, but this is not required.

101. "*Subdivision*" means (1) a formal and legally recognized sub-entity of a State that provides general governance for a defined area, such as a municipality, county, parish, city, town, incorporated township, village, borough, or any other entities that provide municipal-type government within a State, and (2) any person, official, or entity thereof acting in an official capacity on behalf of the Subdivision (including, without limitation, district attorneys, county attorneys, city attorneys, Sheriffs, and any other official, employee, or representative). Unless otherwise specified, "Subdivision" includes all functional counties and parishes and other functional levels of sub-entities of a State that provide general governance for a defined area. Historic, non-functioning sub-entities of a State (such as Connecticut

*Februray 8, 2023*

counties) are not Subdivisions, unless the entity has filed a lawsuit that includes a Released Claim against a Released Entity in a direct, parens patriae, or any other capacity. For purposes of this Agreement, the term Subdivision does not include Special Districts.

102. "*Subdivision and Special District Allocation Percentage*" means for Subdivisions and Special Districts in a Settling State that are eligible to receive an allocation from the Subdivision Fund pursuant to subsection VIII.D or subsection VIII.E, the percentage as set forth in Exhibit G. The aggregate Subdivision and Special District Allocation Percentage of all Subdivisions and Special Districts receiving a Subdivision and Special District Allocation Percentage in each State shall equal 100%. Immediately upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by subsection VIII.E.3 (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by subsection VIII.E.3) that addresses allocation from the Subdivision Fund, whether before or after the Initial Participation Date, Exhibit G will automatically be amended to reflect the allocation from the Subdivision Fund pursuant to the State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by subsection VIII.E.3. The Subdivision and Special District Allocation Percentages contained in Exhibit G may not change once notice is distributed pursuant to subsection X.A, except upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by subsection VIII.E.3 (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by subsection VIII.E.3) that addresses allocation from the Subdivision Fund. For the avoidance of doubt, no Subdivision or Special District not listed on Exhibit G shall receive an allocation from the Subdivision Fund and no provision of this Agreement shall be interpreted to create such an entitlement.

103. "*Subdivision Fund*" means a component of the Settlement Fund described in subsection VIII.D.

104. "*Teva*" means (i) Teva Pharmaceutical Industries Ltd. and (ii) all of its respective past and present direct or indirect parents, subsidiaries, divisions, affiliates, joint ventures, predecessors, successors, assigns, including but not limited to Teva Pharmaceuticals USA, Inc., the Actavis Generic Entities, and Anda Inc.

105. "*Threshold Motion*" means a motion to dismiss or equivalent dispositive motion made at the outset of litigation under applicable procedure. A Threshold Motion must include as potential grounds for dismissal, any applicable Bar or the relevant release by a Settling State, Participating Subdivision, or Participating Special District provided under this Agreement and, where appropriate under applicable law, any applicable limitations defense.

17

*Februray 8, 2023*

## II.    Participation by States and Condition to Preliminary Agreement

A.    *Notice to States*. On November 22, 2022, this Agreement shall be distributed to all Eligible States. The Eligible States' Attorneys General shall then have a period of thirty (30) days to decide whether to become Settling States. Eligible States will decide whether to become Settling States for both this Agreement and the Allergan Global Opioid Settlement Agreement, or decline participation in both settlements. If a State is only an Eligible State with respect to one of the Agreements, the State need only decide whether to become a Settling State with respect to the Agreement for which it is an Eligible State. States that determine to become Settling States shall so notify the Enforcement Committee and Teva within thirty (30) days after November 22, 2022, and shall further commit to obtaining any necessary additional State releases prior to the Effective Date. This notice period for States may be extended by written agreement of Teva and the Enforcement Committee.

B.    *Ineligible States.* Non-Settling States and Prior Settling States shall not be eligible for any payments or have any rights in connection with this Agreement, except for Subdivisions and Special Districts within Oklahoma as specified in Exhibit H.

C.    *Condition to Preliminary Agreement*. Following the notice period to Eligible States set forth in subsection II.A above, Teva shall determine on or before the Preliminary Agreement Date whether, in its sole discretion enough States have agreed to become Settling States to proceed with notice to Subdivisions as set forth in Section X below. The determination to proceed shall be in the sole discretion of Teva and may be based on any criteria or factors deemed relevant by Teva. If Teva determines that this condition has been satisfied, and that notice to the Subdivisions should proceed, it will so notify the Settling States by providing notice to the Enforcement Committee on the Preliminary Agreement Date. If Teva determines that this condition has not been satisfied, it will notify the Settling States by providing notice to the Enforcement Committee, and this Agreement will have no further effect and all releases and other commitments or obligations contained herein will be void other than Teva's funding of Implementation Costs incurred to date. The Preliminary Agreement Date may be extended by written agreement of Teva and the Enforcement Committee.

D.    *Later Joinder by States*. After the Preliminary Agreement Date, an Eligible State may only become a Settling State with the consent of Teva, in its sole discretion. If a State becomes a Settling State more than thirty (30) days after the Preliminary Agreement Date, the Subdivisions and Special Districts in that State that become Participating Subdivisions and Participating Special Districts within ninety (90) days of the State becoming a Settling State shall be considered Initial Participating Subdivisions or Initial Participating Special Districts.

## III.    Cessation of Litigation Activities

A.    Following the Preliminary Agreement Date, if Teva has determined to proceed with notice pursuant to subsection X.A, all Litigating States that intend to become Settling States and that are engaged in or have engaged in discovery and/or substantive motion practice ("*Active Litigation*") against a Released Entity shall make reasonable efforts to

18

*Februray 8, 2023*

immediately cease litigation activity (e.g., written and document discovery, depositions, expert disclosures, and motion practice) against Teva, where feasible, or to minimize litigation activity by means of agreed deadline extensions and agreed postponement of depositions, document productions, and motion practice. Teva shall cooperate in such efforts. The obligations under this subsection do not extend past the Reference Date if Teva determines it is not going forward with the Agreement. This subsection III.A does not apply to Litigating States with a trial date within six (6) months of the Preliminary Agreement Date, though such Litigating States and Teva shall engage in good faith discussions regarding the potential cessation of litigation activity.

B.      Following the execution of the Settlement Participation Form, attached as Exhibit K, indicating its intention to participate in the global settlement, a Litigating Subdivision or Litigating Special District shall take reasonable steps to immediately cease all litigation activity (e.g., written and document discovery, depositions, expert disclosures, and motion practice) against Teva, where feasible, or minimize litigation activity by means of an agreed upon temporary "stay" of litigation and/or deadline extensions or postponement of litigation activity including depositions, document productions, and motion practice, unless the Litigating Subdivision or Litigating Special District reasonably concludes that it would be prejudiced by doing so. Teva shall cooperate in such efforts. The obligations under this subsection do not extend past the Reference Date if Teva determines it is not going forward with the settlement. This paragraph III.B does not apply to Litigating Subdivisions and Litigating Special Districts with a trial date within six (6) months of the Preliminary Agreement Date, though such Litigating Subdivisions and Litigating Special Districts and Teva shall engage in good faith discussions regarding the potential cessation of litigation activity.

C.      Following the Reference Date, the Settling States shall endeavor to file Consent Judgments (the contents of which must be agreed upon with Teva) within thirty (30) days of the Reference Date. Participating Subdivisions and Participating Special Districts, as applicable, shall request dismissal of their actions with prejudice within fourteen (14) days of the Reference Date.  The Settling States, Participating Subdivisions, and Participating Special Districts shall use best efforts to get Consent Judgments or orders of dismissal with prejudice, as applicable, entered promptly after filing.

## IV.      Injunctive Relief

A.      *Entry of Injunctive Relief*. As part of the Consent Judgment, the Parties agree to the Injunctive Relief Terms attached as Exhibit P.

## V.      Release

A.      *Scope*. As of the Effective Date, the Released Entities will be released and forever discharged from all of the Releasors' Released Claims. Each Settling State (for itself and its Releasors) and Participating Subdivision (for itself and its Releasors), and Participating Special District (for itself and its Releasors) will, on or before the Effective Date, absolutely, unconditionally, and irrevocably covenant not to bring, file, or claim, or to cause, assist in bringing, or permit to be brought, filed, or claimed, or to otherwise seek to

19

establish liability for any Released Claims against any Released Entity in any forum whatsoever. The releases provided for in the Agreement are intended to be broad and shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to Released Claims and extend to the full extent of the power of each Settling State and its Attorney General to release Claims. The Release shall be a complete bar to any Released Claim.

**B.** *Claim Over and Non-Party Settlement.*

1. *Statement of Intent.* It is the intent of the Parties that:

   a. Released Entities should not seek contribution or indemnification (other than pursuant to an insurance contract) from other parties for their payment obligations under this Agreement;

   b. the payments made under this Agreement shall be the sole payments made by the Released Entities to the Releasors involving, arising out of, or related to Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity);

   c. Claims by Releasors against non-Parties should not result in additional payments by Released Entities, whether through contribution, indemnification or any other means; and

   d. the Settlement meets the requirements of the Uniform Contribution Among Joint Tortfeasors Act and any similar state law or doctrine that reduces or discharges a released party's liability to any other parties. Any amounts payable by Teva pursuant to this Agreement, including but not limited to the Net Abatement Amount and any attorneys' fees, shall not be reduced or otherwise affected by any obligation by Teva to pay any contractual indemnity or agreed-to contribution amount to Allergan.

   The provisions of this subsection V.B are intended to be implemented consistent with these principles. This Agreement and the releases and dismissals provided for herein are made in good faith.

2. *Contribution/Indemnity Prohibited.* No Released Entity shall seek to recover for amounts paid under this Agreement based on indemnification, contribution, or any other theory from a manufacturer, pharmacy, hospital, pharmacy benefit manager, health insurer, third-party vendor, trade association, distributor, or health care practitioner, provided that a Released Entity shall be relieved of this prohibition with respect to any entity that asserts a Claim Over against it. For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.

3. *Non-Party Settlement.* To the extent that, on or after the Reference Date, any Releasor enters into a Non-Party Settlement, including in any bankruptcy case or

*Februray 8, 2023*

through any plan of reorganization (whether individually or as a class of creditors), the Releasor will include (or in the case of a Non-Party Settlement made in connection with a bankruptcy case, will cause the debtor to include), unless prohibited from doing so under applicable law, in the Non-Party Settlement a prohibition on contribution or indemnity of any kind substantially equivalent to that required from Teva in subsection V.B.2, or a release from such Non-Released Entity in favor of the Released Entities (in a form equivalent to the releases contained in this Agreement) of any Claim Over. However, and notwithstanding the foregoing, this provision shall not preclude Allergan from seeking indemnification under its agreement with Teva.  The obligation to obtain the prohibition and/or release required by this subsection is a material term of this Agreement.

4.   *Claim Over*. In the event that any Releasor obtains a judgment with respect to Non-Party Covered Conduct against a Non-Released Entity that does not contain a prohibition like that in subsection V.B.3, or any Releasor files a Non-Party Covered Conduct Claim against a Non-Released Entity in bankruptcy or a Releasor is prevented for any reason from obtaining a prohibition/release in a Non-Party Settlement as provided in subsection V.B.3, and such Non-Released Entity asserts a Claim Over against a Released Entity, that Releasor and Teva shall take the following actions to ensure that the Released Entities do not pay more with respect to Covered Conduct to Releasors or to Non-Released Entities than the amounts owed under this Agreement by Teva:

a.   Teva shall notify that Releasor of the Claim-Over within sixty (60) days of the assertion of the Claim-Over or sixty (60) days of the Effective Date of this Agreement, whichever is later;

b.   Teva and that Releasor shall meet and confer concerning the means to hold Released Entities harmless and ensure that it is not required to pay more with respect to Covered Conduct than the amounts owed by Teva under this Agreement;

c.   That Releasor and Teva shall take steps sufficient and permissible under the law of the State of the Releasor to hold Released Entities harmless from the Claim-Over and ensure Released Entities are not required to pay more with respect to Covered Conduct than the amounts owed by Teva under this Agreement. Such steps may include, where permissible:

(i)   Filing of motions to dismiss or such other appropriate motion by Teva or Released Entities, and supported by Releasors, in response to any Claim filed in litigation or arbitration;

(ii)   Reduction of that Releasor's Claim and any judgment it has obtained or may obtain against such Non-Released Entity by whatever amount or percentage is necessary to extinguish such Claim-Over under applicable law, up to the amount that Releasor has obtained,

21

may obtain, or has authority to control from such Non-Released Entity;

(iii) Placement into escrow of funds paid by the Non-Released Entities such that those funds are available to satisfy the Claim-Over;

(iv) Return of monies paid by Teva to that Releasor under this Agreement to permit satisfaction of a judgment against or settlement with the Non-Released Entity to satisfy the Claim-Over;

(v) Payment of monies to Teva by that Releasor to ensure it is held harmless from such Claim-Over, up to the amount that Releasor has obtained, may obtain, or has authority to control from such Non-Released Entity;

(vi) Credit to Teva under this Agreement to reduce the overall amounts to be paid under the Agreement such that it is held harmless from the Claim-Over; and

(vii) Such other actions as that Releasor and Teva may devise to hold Teva harmless from the Claim Over.

d. The actions of that Releasor and Teva taken pursuant to paragraph (c) must, in combination, ensure Teva is not required to pay more with respect to Covered Conduct than the amounts owed by Teva under this Agreement.

e. In the event of any dispute over the sufficiency of the actions taken pursuant to paragraph (c), that Releasor and Teva may seek review by the National Arbitration Panel, provided that, if the Parties agree, such dispute may be heard by the state Court where the relevant Consent Judgment was filed. The National Arbitration Panel shall have authority to require Releasors to implement a remedy that includes one or more of the actions specified in paragraph (c) sufficient to hold Released Entities fully harmless. In the event that the panel's actions do not result in Released Entities being held fully harmless, Teva shall have a Claim for breach of this Agreement by Releasors, with the remedy being payment of sufficient funds to hold Teva harmless from the Claim Over. For the avoidance of doubt, the prior sentence does not limit or eliminate any other remedy that Teva may have.

5. To the extent that the Claim Over is based on a contractual indemnity, the obligations under subsection V.B.4 shall extend solely to a Non-Party Covered Conduct Claim against a pharmacy, clinic, hospital or other purchaser or dispenser of Products, a manufacturer that sold Products, a consultant, and/or a pharmacy benefit manager or other third-party payor. Teva shall notify the Settling States, to the extent permitted by applicable law, in the event that any of these types of Non-Released Entities asserts a Claim-Over arising out of contractual indemnity against it.

22

*Februray 8, 2023*

**C.**    *General Release.* In connection with the releases provided for in the Agreement, each Settling State (for itself and its Releasors), Participating Subdivision and Participating Special District expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

> **General Release; extent.** A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

A Releasor may thereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Settling State (for itself and its Releasors), Participating Subdivision and Participating Special District hereby expressly waives and fully, finally, and forever settles, releases, and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date but which Releasors do not know or suspect to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and which, if known, would materially affect the Settling States' decision to enter into the Agreement, the Participating Subdivisions' decision to participate in the Agreement, or the Participating Special District's decision to participate in the Agreement.

**D.**    *Res Judicata.* Nothing in the Agreement shall be deemed to reduce the scope of the res judicata or claim preclusive effect that the settlement memorialized in the Agreement, and/or any Consent Judgment or other judgment entered on the Agreement, gives rise to under applicable law.

**E.**    *Representation and Warranty.* The signatories hereto on behalf of their respective Settling States, its Participating Subdivisions, and its Participating Special Districts expressly represent and warrant that they will obtain on or before the Effective Date (or have obtained) the authority to settle and release, to the maximum extent of the State's power, all Released Claims of (1) their respective Settling States; (2) any of the respective Settling State's past and present executive departments, state agencies, divisions, boards, commissions and instrumentalities with the regulatory authority to enforce state and federal controlled substances acts; (3) any of their respective Settling State's past and present executive departments, agencies, divisions, boards, commissions and instrumentalities that have the authority to bring Claims related to Covered Conduct seeking money (including abatement and/or remediation) or revocation of a pharmaceutical distribution license; (4) any Participating Subdivisions; and (5) any Participating Special District. For the purposes of clause (3) above, executive departments, agencies, divisions, boards, commissions, and instrumentalities are those that are under the executive authority or direct control of the State's Governor. Also, for the purposes of clause (3), a release from a State's Governor is sufficient to demonstrate that the appropriate releases have been obtained.

23

*Februray 8, 2023*

F.    *Effectiveness*. The releases set forth in the Agreement shall not be impacted in any way by any dispute that exists, has existed, or may later exist between or among the Releasors. Nor shall such releases be impacted in any way by any current or future law, regulation, ordinance, or court or agency order limiting, seizing, or controlling the distribution or use of the Settlement Fund or any portion thereof, or by the enactment of future laws, or by any seizure of the Settlement Fund or any portion thereof.

G.    *Cooperation*. Releasors (i) will not encourage any person or entity to bring or maintain any Released Claim against any Released Entity and (ii) will reasonably cooperate with and not oppose any effort by a Released Entity to secure the prompt dismissal of any and all Released Claims.

H.    *Non-Released Claims.* Notwithstanding the foregoing or anything in the definition of Released Claims, the Agreement does not waive, release or limit any criminal liability, Claims for any outstanding liability under any tax or securities law, Claims against parties who are not Released Entities, Claims by private individuals, Claims for Medicaid rebates, Claims asserted, or that could be asserted, by any State or Subdivision, related to the causes of action in *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, in the United States District court for the District of Pennsylvania, MDL No. 2724, and any related action (such excluded claims include, but are not limited to, all antitrust claims and any claims related to any non-opioid generic drugs), and any claims arising under the Agreement for enforcement of the Agreement.

## VI.    <u>Monetary Relief Overview and Maximum Payments</u>

A.    Excluding Teva's share of Implementation Costs and Settlement Fund Administrator Costs, there are four main categories of monetary payments:

1.    *Annual Payments to the Settlement Fund*. These payments are generally addressed in Section VII.  The maximum amount Teva shall pay in Annual Payments to the Settlement Fund is the Net Abatement Amount of $2,945,529,111.00, which reflects the application of the Prior Settlements Credit to the Global Settlement Abatement Amount. Annual Payments will be made over thirteen (13) years on the Payment Dates. The actual amount paid will depend on, among other things, the level of participation of Eligible States, their Subdivisions, and their Special Districts.

2.    *Cash Conversion of Settlement Product*. These potential monetary payments are generally addressed in Section IX.  The maximum monetary amount Teva shall pay for the cash conversion of Settlement Product is $240,000,000.00. Payments for cash conversion of Settlement Product will be made over twelve (12) years on the Payment Dates. The actual amount paid will depend on, among other things, the level of participation of Eligible States and the number of Settling States opting for cash conversion.

3.    *Additional Restitution Amount*. These payments are generally addressed in Section XIII.  The maximum amount Teva shall pay for the Additional Restitution Amount

24

*Februray 8, 2023*

is $28,669,762.00. Payments for the Additional Restitution Amount will be made over six (6) years on the Payment Dates. The actual amount paid will depend on the number of Eligible States listed in Exhibit F-2 that become Settling States.

4.      *Attorney Fee and Cost Payments*. These payments are generally addressed in Section XIV and Exhibits M, R, S and T. They consist of payments for the State Outside Counsel Fee Fund, the State Cost Fund, and the Attorney Fee and Cost Fund. These payments will be made over six (6) years on the Payment Dates. The maximum amount Teva shall pay into these funds is the Global Settlement Attorney Fee Amount of $366,335,847.76.

**B.**      The aggregate maximum amount Teva shall pay for these for these payment categories is $3,580,534,720.76. This figure does not include costs related to injunctive relief and document disclosure addressed in Exhibits P and V, Implementation Costs and Settlement Fund Administrator Costs addressed in this Agreement, or WAC value of Settlement Product.

**C.**      *Settlement Fund Administrator and Implementation Costs*. If this Agreement becomes effective, Teva shall be responsible for one-third of the Implementation Costs. The full amount of the Implementation Costs shall be jointly advanced by Teva and Allergan. If this Agreement becomes effective, then Teva shall deduct from Teva's Initial Year Payment the difference between the excess amount it advanced for Implementation Costs and its one-third obligation for such costs. Settlement Fund Administrator Costs shall be paid out of interest accrued on the Settlement Fund. Should such interest prove insufficient to fully cover the costs, the remaining cost amounts shall be paid one-third by Teva, one-third by Allergan and one-third from the Settlement Fund through the disbursement of Teva's final Annual Payment.

## VII.      Annual Payments to Settlement Fund

**A.      Structure of Payments to Settlement Fund**

1.      All payments under this Section VII shall be made into the Settlement Fund, except that where specified, they shall be made into the Settlement Fund Escrow. The Settlement Fund shall be allocated and used only as specified in Section VIII.

2.      Teva shall pay into the Settlement Fund the Net Abatement Amount consisting of $2,945,529,111.00 minus: (1) any offsets specified in subsection VII.C below; (2) any unearned Incentive Payments under subsection VII.E below; and (3) any adjustments under Section XII below.

3.      The payments to the Settlement Fund shall be divided into Base Payments and Incentive Payments as provided in subsections VII.D and VII.E below and set out in Exhibit M-1.

*Februray 8, 2023*

**B.**     **Settlement Fund Payment Process**

1.     Except as otherwise provided in this Agreement, Teva shall make one Initial Year Payment (the first Annual Payment) and twelve (12) additional Annual Payments of equal installments of the Net Abatement Amount (after all applicable offsets) into the Settlement Fund. The Settlement Payment Schedule is set forth in Exhibit M. Annual Payments shall be made on the Payment Date, provided that the necessary wire instructions and W-9 form for the Settlement Fund are provided to Teva at least twenty-one (21) days before the relevant payment is due. If there is a delay in making a payment because wire instructions and/or a W-9 form were not provided at least twenty-one (21) days in advance of the Payment Date, then the Annual Payment will be made within twenty-one (21) days of both the wire instructions and W-9 form being provided.

2.     The Initial Year Payment shall consist of only Base Payments (after all applicable offsets). The other twelve (12) Annual Payments shall each consist of Base Payments (after all applicable offsets) and Incentive Payments (after all applicable offsets). The amount of the Initial Year Payment and each other Annual Payment, payable by Teva shall not exceed the maximum amounts allocated to each Payment Year in Exhibit M.

3.     To determine each Annual Payment for Payment Year 2 forward, the Settlement Fund Administrator shall use the data in its records sixty (60) days prior to the Payment Date for each payment. Prior to the Effective Date, the Parties will include an exhibit to the Agreement setting forth in detail the process for the Settlement Fund Administrator obtaining relevant data and for distributing funds to Settling States and Exhibit G Participants consistent with the terms of this Agreement as quickly as practical.

4.     The Settlement Fund Administrator shall determine the Annual Payment and the Statewide Payment Amount for each Settling State, consistent with the provisions in Exhibit L, by:

   a.     determining, for each Settling State, the amount of Base Payments and Incentive Payments to which the State is entitled by applying the criteria in this Section;

   b.     applying any reductions or offsets required by Sections VII and XII; and

   c.     determining the total amount owed by Teva to all Settling States and Exhibit G Participants.

5.     If, no later than fifty (50) days prior to the Payment Date for each payment for Payment Year 2 forward, Teva and the Enforcement Committee inform the Settlement Fund Administrator that they agree on the amount of the Annual Payment and the Statewide Payment Amount for each Settling State, Teva shall pay the agreed-upon Annual Payment amount on the Payment Date and the Settlement

*Februray 8, 2023*

Fund Administrator shall treat those amounts as the determination described in subsection VII.B.4. If the Settlement Fund Administrator is not so informed, it shall give notice to Teva, the Settling States, and the Enforcement Committee of the amount of the Annual Payment, and the Statewide Payment Amount for each Settling State, following the determination described in subsection VII.B.4, and the following timeline shall apply:

a.   Within twenty-one (21) days of the notice provided by the Settlement Fund Administrator, Teva, any Settling State or the Enforcement Committee may dispute, in writing, the calculation of the Annual Payment, or the Statewide Payment Amount for a Settling State. Such disputing party must provide a written notice of dispute to the Settlement Fund Administrator, the Enforcement Committee, any affected Settling State, and Teva identifying the nature of the dispute, the amount of money that is disputed, and the Settling State(s) affected.

b.   Within twenty-one (21) days of the sending of a written notice of dispute, any affected party may submit a response, in writing, to the Settlement Fund Administrator, the Enforcement Committee, any affected Settling State, and Teva identifying the basis for disagreement with the notice of dispute.

c.   If no response is filed, the Settlement Fund Administrator shall adjust the amount calculated consistent with the written notice of dispute, and Teva shall pay the adjusted amount as the Annual Payment on the Payment Date. If a written response to the written notice of dispute is timely sent to the Settlement Fund Administrator, the Settlement Fund Administrator shall notify Teva of the preliminary amount to be paid, which shall be the greater of the amount originally calculated by the Settlement Fund Administrator or the amount that would be consistent with the notice of dispute, *provided*, *however* that in no circumstances shall the preliminary amount to be paid be higher than the maximum amount of Base Payments and Incentive Payments for that payment as set forth in Exhibit M. For the avoidance of doubt, a transfer of payments from the Settlement Fund Escrow for other Payment Years does not count toward determining whether the amount to be paid is higher than the maximum amount of Base Payments and Incentive Payments for that payment as set forth in Exhibit M.

d.   The Settlement Fund Administrator shall place any disputed amount of the preliminary amount paid by Teva into the Settlement Fund Escrow and shall disburse any undisputed amount to each Settling State and its Exhibit G Participants.

6.   If a Settling State informs the Settlement Fund Administrator that it and its Exhibit G Participants have reached consensus on the amount of its Statewide Payment Amount, determined pursuant to subsections VII.B.3 or VII.B.4, to be distributed to the Settling State, among its separate types of funds (if applicable), and among its Exhibit G Participants, the Settlement Administrator shall disburse the Statewide

27

Payment Amount pursuant to the consensus distribution amounts provided by the Settling State. For a Settling States that does not so notify the Settlement Fund Administrator, the Settlement Fund Administrator shall allocate the Settling State's Statewide Payment Amount, pursuant to Section VII, among the separate types of funds for the Settling State (if applicable), and among its Exhibit G Participants using the following procedures:

a. As soon as possible for each payment and following the determination described in subsections VII.B.3 and VII.B.4, the Settlement Fund Administrator shall give notice to the relevant Settling States and their Exhibit G Participants of the amount to be received by each Settling State, the amount to be received by the separate types of funds for each Settling State (if applicable), and the amount to be received by each Settling State's Exhibit G Participants.

b. Within twenty-one (21) days of the notice provided by the Settlement Fund Administrator, any Settling State or Exhibit G Participant may dispute, in writing, the calculation of the amount to be received by a Settling State and/or its Exhibit G Participants. A dispute will be deemed invalid and disregarded if it challenges the allocations adopted by a State-Subdivision Agreement approved pursuant to the provisions of Exhibit O or by statute. Such disputing party must provide a written notice of dispute to the Settlement Fund Administrator, any affected Settling State, and any affected Exhibit G Participant identifying the nature of the dispute, the amount of money that is disputed, and the Settling State(s) affected.

c. Within twenty-one (21) days of the sending of a written notice of dispute, any affected Settling State or any affected Exhibit G Participant may submit a response, in writing, to the Settlement Fund Administrator, any affected Settling State and any affected Exhibit G Participant identifying the basis for disagreement with the notice of dispute.

d. If no response is filed, the Settlement Fund Administrator shall adjust the amount calculated consistent with the written notice of dispute.

e. The Settlement Fund Administrator shall place any disputed amount into the Settlement Fund Escrow and shall disburse any undisputed amount to the Settling State and its Exhibit G Participants.

7. Disputes described in this subsection (other than those for which no response is filed under subsections VII.B.5.c or VII.B.6.d) shall be resolved in accordance with the terms of Section XV.

8. The Settlement Fund Administrator may combine the disbursements of Annual Payments with disbursement of funds under other comparable opioid settlements. In determining when disbursements for each Annual Payment will be made, the

28

Settlement Fund Administrator may take into account the timeline for the availability of disbursements under other comparable opioid settlements.

9. For the avoidance of doubt, Subdivisions and Special Districts not listed on Exhibit G shall not receive an allocation from the Subdivision Fund.

**C.** **Offsets to Annual Payments to the Settlement Fund for Non-Settling States**

1. An offset equal to the Net Abatement Amount of $2,945,529,111.00 times the State Allocation Percentage assigned to each Non-Settling State in Exhibit F-2 shall be deducted from the total amount to be paid by Teva to the Settlement Fund.

2. Non-Settling States shall not be eligible for any payments or have any rights in connection with this Agreement. Accordingly, the stated maximum dollar amounts of the Annual Payments specified in Exhibit M are reduced by the aggregate State Allocation Percentage of Non-Settling States as set forth in Exhibit F-2.

**D.** **Base Payments**

1. Teva shall make Base Payments into the Settlement Fund in an amount equal to 45% of the Net Abatement Amount of $2,945,529,111.00 minus any offsets for Non-Settling States specified in subsection VII.C.1. The maximum total for Base Payments is $1,325,488,100.00. The Base Payments will be paid in accordance with the Settlement Payment Schedule specified by Exhibit M-1, subject to potential offsets for Non-Settling States as provided in subsection VII.C.1.

2. The Base Payments will be allocated by Settling State proportionate to each Settling State's State Allocation Percentage in Exhibit F-2, adjusted for any Non-Settling State.

**E.** **Incentive Abatement Payments**

1. Teva shall make potential Incentive Payments totaling up to a maximum of 55% of the Net Abatement Amount of $2,945,529,111.00 for all Settling States with the actual amount depending on whether and the extent to which the criteria set forth below are met in each Settling State. The maximum total for Incentive Payments is $1,620,041,011.00.

2. The maximum total Incentive Payment for any Settling State shall be no more than the maximum total for Incentive Payments listed in subsection VII.E.1 times the Settling State's State Allocation Percentage specified in Exhibit F-2. Incentive Payments are state-specific, with each Settling State receiving an Incentive Payment based on the incentives for which it is eligible for that year under the criteria set forth below and any offset specified in Section XII.

3. The Incentive Payments shall be divided among four (4) categories, referred to as Incentives A–D.  Incentives A–C will be due in installments over the twelve (12) Payment Years beginning with Payment Year 2, and Incentive D will be due in

29

installments over ten (10) years beginning with Payment Year 4, as shown on Exhibit M-1. The total amount of Incentive Payments in an Annual Payment shall be the sum of the Incentive Payments for which individual Settling States are eligible for that Payment Year under the criteria set forth below. The Incentive Payments shall be made with respect to a specific Settling State based on its eligibility for that Payment Year under the criteria set forth below.

4.     The maximum amount available for Incentive Payments, $1,620,041,011.00, is divided into two pools. The maximum amount of Incentive Payments for Incentives A-C shall be $1,413,853,973.00, which is 48% of the maximum Net Abatement Amount. A Settling State may be eligible for its full allocable share of this payment by either achieving Incentive A or by fully earning both Incentives B and C. The maximum amount of Incentive Payments for Incentive D shall be $206,187,038.00, which is 7% of the maximum Net Abatement Amount. (These figures represent maximum payments prior to being adjusted for any offsets and assumes every State is a Settling State and will satisfy the requirements specified below to earn its maximum incentive amount. The Incentive Payments will be paid in accordance with the payment schedule in Exhibit M-1, subject to potential deductions as provided herein.) A Settling State qualifies to receive Incentive Payments in addition to Base Payments if it meets the incentive eligibility requirements specified below. Settling States may qualify for Incentive Payments in four ways. If a Settling State qualifies for Incentive A, it will become entitled to receive the maximum payment allocable to the State for Incentives A-C as stated in subsection VII.E.5. If a Settling State does not qualify for Incentive A, it can alternatively qualify for Incentive B and/or Incentive C. A Settling State can qualify for Incentive D regardless of whether it qualifies for another Incentive Payment.

5.     *Incentive A: Full Participation or Fully Released Claims of Litigating Subdivisions, Litigating Special Districts, Non-Litigating Subdivisions with Population Greater Than 10,000, and Non-Litigating Covered Special Districts.*

   a.     A Settling State's total potential Incentive A payment allocation is $1,413,853,973.00 times the percentage allocation assigned that Settling State in Exhibit F-2.

   b.     A State qualifies for Incentive A by: (1) complete participation in the form of releases consistent with Section V above from all Litigating Subdivisions, Litigating Special Districts, and Subdivisions with a population of 10,000 or more, and Non-Litigating Covered Special Districts; (2) a Bar; or (3) a combination of approaches in clauses (1)-(2) that achieves the same level of resolution of Subdivision and Special District Claims (e.g., a law barring future litigation combined with full joinder by Litigating Subdivisions and Litigating Special Districts). For purposes of Incentive A, a Subdivision or Special District is considered a "Litigating Subdivision" or "Litigating Special District" if it has brought Released Claims against Released Entities on or before the Reference Date; all other Subdivisions and Special Districts are considered "Non-

*Februray 8, 2023*

Litigating." For purposes of Incentive A, Non-Litigating Covered Special Districts shall not include a Special District with any of the following words or phrases in its name: mosquito, pest, insect, spray, vector, animal, air quality, air pollution, clean air, coastal water, tuberculosis, and sanitary.

c.     If a Settling State qualifies for Incentive A after receiving an Incentive Payment under Incentives B or C, described below, the Settling State's payments under Incentive A will equal the remainder of its total potential Incentive A payments less any payments previously received under Incentives B or C. A Settling State that receives all of its total potential Incentive A payment allocation shall not receive additional Incentive Payments under Incentives B or C.

d.     A Settling State that is not eligible for Incentive A as of two (2) years after the Effective Date shall not be eligible for Incentive A for that Payment Year or any subsequent Payment Years.

6.     *Incentive B: Early Participation or Released Claims by Litigating Subdivisions and Litigating Special Districts.*

a.     If a Settling State does not qualify for Incentive A, it may still qualify to receive up to 60% of its total potential Incentive A payment allocation under Incentive B.

b.     A Settling State can qualify for an Incentive B payment if Litigating Subdivisions and Litigating Special Districts collectively representing at least 75% of the Settling State's litigating population are either Participating Subdivisions, Participating Special Districts, or have their claims resolved through Case-Specific Resolutions.

(i)     A Settling State's litigating population is the sum of the population of all Litigating Subdivisions and Litigating Special Districts. A Settling State's litigating population shall include all Litigating Subdivisions and Litigating Special Districts whose populations overlap in whole or in part with other Litigating Subdivisions and Litigating Special Districts, for instance in the case of a Litigating Special District, city, or township contained within a county.

(ii)    For example, if School District A is a Litigating Special District in City B with a population of 1, City B is itself a Litigating Subdivision with a population of 8, and City B is located within County C, and County C is a Litigating Subdivision with a population 10, then each of their individual populations shall be added together (i.e., 1 + 8 +10) to determine the total litigating population (i.e., 19).

c.     The following time periods apply to Incentive B payments:

31

(i)    <u>Period 1</u>: Zero to two hundred ten (210) days after the Effective Date.

(ii)    <u>Period 2</u>: Two hundred eleven (211) days to one year after the Effective Date.

(iii)    <u>Period 3</u>: One year and one day to two years after the Effective Date.

d.    <u>Within Period 1</u>: If Litigating Subdivisions and Litigating Special Districts collectively representing at least 75% of a Settling State's litigating population are Participating Subdivisions or Participating Special Districts, or have their Claims resolved through Case-Specific Resolutions during Period 1, then a sliding scale will determine the share of the funds available under Incentive B, with a maximum of 60% of the Settling State's total potential Incentive Payment allocation available. Under that sliding scale, if Litigating Subdivisions and Litigating Special Districts collectively representing 75% of a Settling State's litigating population become Participating Subdivisions or Participating Special Districts, or achieve Case-Specific Resolution status by the end of Period 1, a Settling State will receive 50% of the total amount available to it under Incentive B. If more Litigating Subdivisions and Litigating Special Districts become Participating Subdivisions or Participating Special Districts, or achieve Case-Specific Resolution status, the Settling State shall receive an increased percentage of the total amount available to it under Incentive B as shown in the table below.

| Participation or Case-Specific Resolution Levels (As percentage of litigating population) | Incentive B Award (As percentage of total amount available to Settling State for Incentive B) |
|---|---|
| 75% | 50% |
| 76% | 52% |
| 77% | 54% |
| 78% | 56% |
| 79% | 58% |
| 80% | 60% |
| 85% | 70% |
| 90% | 80% |
| 95% | 90% |
| 100% | 100% |

e.    <u>Within Period 2</u>: If a Settling State did not qualify for an Incentive B payment in Period 1 but Litigating Subdivisions and Litigating Special Districts collectively representing at least 75% of the Settling State's litigating population become Participating Subdivisions or Participating Special Districts, or achieve Case-Specific Resolution status by the end of

*Februray 8, 2023*

Period 2, then the Settling State qualifies for 75% of the Incentive B payment it would have qualified for in Period 1.

f.  <u>Within Period 3</u>: If a Settling State did not qualify for an Incentive B payment in Periods 1 or 2, but Litigating Subdivisions and Litigating Special Districts collectively representing at least 75% of the Settling State's litigating population become Participating Subdivisions or Participating Special Districts, or achieve Case-Specific Resolution status by the end of Period 3, then the Settling State qualifies for 50% of the Incentive B payment it would have qualified for in Period 1.

g.  A Settling State that receives the Incentive B payment for Periods 1 and/or 2 can receive additional payments if it secures participation from additional Litigating Subdivisions and/or Litigating Special Districts (or Case-Specific Resolutions of their Claims) during Periods 2 and/or 3. Those additional payments would equal 75% (for additional participation or Case-Specific Resolutions during Period 2) and 50% (for additional participation or Case-Specific Resolutions during Period 3) of the amount by which the increased litigating population levels would have increased the Settling State's Incentive B payment if they had been achieved in Period 1.

h.  The percentage of the available Incentive B amount for which a Settling State is eligible by the end of Period 3 shall cap its eligibility for that Payment Year and all subsequent Payment Years. If Litigating Subdivisions and Litigating Special Districts that have become Participating Subdivisions or Participating Special Districts, or achieved Case-Specific Resolution status collectively represent less than 75% of a Settling State's litigating population by the end of Period 3, the Settling State shall not receive any Incentive B payment.

i.  If there are no Litigating Subdivisions or Litigating Special Districts in a Settling State, and that Settling State is otherwise eligible for Incentive B, that Settling State will receive its full allocable share of Incentive B.

j.  Incentives earned under Incentive B shall accrue after each of Periods 1, 2, and 3. Calculations to increase Incentive Payments in later periods based on additional joinder shall not reduce any amount already vested at the end of a prior period.

7.  *Incentive C: Participation or Release of Claims by Primary Subdivisions*

a.  If a Settling State does not qualify for Incentive A, it may still qualify to receive up to 40% of its total potential Incentive A payment allocation under Incentive C, which has two parts.

b.  <u>Part 1</u>: Under Incentive C, Part 1, a Settling State can receive up to 75% of its Incentive C allocation. A Settling State can qualify for a payment under

Incentive C, Part 1 only if Primary Subdivisions (whether Litigating Primary Subdivisions or Non-Litigating Primary Subdivisions as of the Reference Date) collectively representing at least 60% of the Settling State's Primary Subdivision population become Participating Subdivisions or achieve Case-Specific Resolution status.

    (i)    A Settling State's Primary Subdivision population is the sum of the population of all Primary Subdivisions (whether Litigating Primary Subdivisions or Non-Litigating Primary Subdivisions as of the Reference Date). A Settling State's Primary Subdivision population shall include all Primary Subdivisions whose populations overlap in whole or in part with other Primary Subdivisions, for instance in the case of a Primary Subdivision that is a city contained within a Primary Subdivision that is a county.  Because Primary Subdivisions include Subdivisions whose populations overlap in whole or in part with other Subdivisions, the Settling State's Primary Subdivision population may be greater than the Settling State's total population. (Special Districts are not relevant for purposes of Incentive C calculations.)

    (ii)    For example, if City A is a Primary Subdivision with a population of 1 within County B, and County B is a Primary Subdivision with a population of 10, then each of their individual populations shall be added together (i.e., 1+10) to determine the total Primary Subdivision population (i.e., 11).

c.    A sliding scale will determine the share of the funds available under Incentive C, Part 1 to Settling States meeting the minimum 60% threshold. Under that sliding scale, if a Settling State secures participation or Case-Specific Resolutions from Primary Subdivisions representing 60% of its total Primary Subdivision population, it will receive 40% of the total amount potentially available to it under Incentive C, Part 1. If a Settling State secures participation or Case-Specific Resolutions from Primary Subdivisions representing more than 60% of its Primary Subdivision population, the Settling State shall be entitled to receive a higher percentage of the total amount potentially available to it under Incentive C, Part 1, on the scale shown in the table below. If there are no Primary Subdivisions, and that Settling State is otherwise eligible for Incentive C, that Settling State will receive its full allocable share of Incentive C, Part 1.

34

| Participation or Case-Specific Resolution Levels (As percentage of total Primary Subdivision population) | Incentive C, Part 1 Award (As percentage of total amount available to Settling State for Incentive C, Part 1) |
|---|---|
| 60% | 40% |
| 70% | 45% |
| 80% | 50% |
| 85% | 55% |
| 90% | 60% |
| 91% | 65% |
| 92% | 70% |
| 93% | 80% |
| 94% | 90% |
| 95% | 100% |

    d.    <u>Part 2</u>: If a Settling State qualifies to receive an incentive under Incentive C, Part 1, the Settling State can also qualify to receive an additional incentive amount equal to 25% of its total potential Incentive C allocation by securing 100% participation of the ten (10) largest Subdivisions by population in the Settling State. (Special Districts are not relevant for purposes of this calculation.) If a Settling State does not qualify for any amount under Incentive C, Part 1, it cannot qualify for Incentive C, Part 2.

    e.    Incentives earned under Incentive C shall accrue on an annual basis up to three years after the Effective Date. At one, two, and three years after the Effective Date, the Settlement Fund Administrator will conduct a lookback to assess which Subdivisions had agreed to participate or had their Claim resolved through a Case-Specific Resolution that year. Based on the lookback, the Settlement Fund Administrator will calculate the incentives accrued under Incentive C for the year. The percentage of the available Incentive C amount, for both Part 1 and Part 2, for which a Settling State is eligible three years after the Effective Date shall cap its eligibility for that Payment Year and all subsequent Payment Years.

8.    *Incentive D:  No Qualifying Lawsuits Surviving Threshold Motions at Two Look-Back Dates.*

    a.    A Settling State's total potential Incentive D payment allocation is $206,187,038.00 times the percentage allocation assigned that Settling State in Exhibit F-2.

    b.    If, at any time within five and one-half (5.5) years of the Preliminary Agreement Date, any Subdivision or Special District within a Settling State files litigation pursuing Released Claims against any Released Entity (a "*Qualifying Lawsuit*"), then Teva shall, within thirty (30) days of Teva or any Released Entity being served or otherwise informed of the prosecution

35

*Februray 8, 2023*

of such Released Claims, provide notice to the Settling State in which such Released Claims are being pursued and shall give the relevant Settling State a reasonable opportunity to extinguish the Released Claims without any payment or any other obligations being imposed upon any Released Entities (apart from the Global Settlement Amount payable by Teva under the Agreement or the Injunctive Relief Terms incurred by it). The relevant Settling State and Teva shall confer and use reasonable efforts to promptly resolve a Qualifying Lawsuit so that it is dismissed with prejudice. Nothing in this subsection creates an obligation for a Settling State to make a monetary payment or incur any other obligation to an entity filing a Qualifying Lawsuit.

c.  Part 1: Under Incentive D, Part 1, a Settling State shall receive 50% of its total potential Incentive D payment allocation if, at two years after the Effective Date (the "*First Look-Back Date*"), there are no pending Released Claims from a Qualifying Lawsuit that survived a Threshold Motion within the Settling State against any Released Entities.

(i)  After the First Look-Back Date, a Settling State can become re-eligible for Incentive Payment D, Part 1 if the lawsuit that survived a Threshold Motion is dismissed pursuant to a later motion on grounds included in the Threshold Motion, in which case the Settling State shall become eligible for Incentive Payment D less any litigation fees and cost incurred by the Released Entity in the interim, except that if the dismissal motion occurs after the completion of opening statements in such action, the Settling State shall not be eligible for Incentive Payment D.

d.  Part 2: Under Incentive D, Part 2, a Settling State shall receive 50% of its total potential Incentive D payment allocation if, at five and one-half (5.5) years after the Preliminary Agreement Date (the "*Second Look-Back Date*"), there are no pending Released Claims from a Qualifying Lawsuit that survived a Threshold Motion within the Settling State against any Released Entities.

## VIII.  Allocation and Use of Settlement Funds

A.  *Components of Settlement Fund*. The Settlement Fund shall be comprised of an Abatement Accounts Fund, a State Fund, and a Subdivision Fund for each Settling State. The payments under Section VI into the Settlement Fund shall be initially allocated among those three (3) sub-funds and distributed and used as provided below or as provided for by a State-Subdivision Agreement (or other State-specific allocation of funds). Unless otherwise specified herein, payments placed into the Settlement Fund do not revert back to Teva.

B.  *Use of Settlement Payments*. It is the intent of the Parties that the payments disbursed from the Settlement Fund to Settling States and Exhibit G Participants be for Opioid Remediation, subject to limited exceptions that must be documented in accordance with

36

subsection VIII.C. In no event may less than 85% of Teva's payments pursuant to subsection VI.A.1–4 over the entirety of all Payment Years (but not any single Payment Year) be spent on Opioid Remediation.

**C.**  While disfavored by the Parties, a Settling State or Exhibit G Participant may use monies from the Settlement Fund (that have not been restricted by this Agreement solely to future Opioid Remediation) for purposes that do not qualify as Opioid Remediation. If, at any time, a Settling State or Exhibit G Participant uses any monies from the Settlement Fund for a purpose that does not qualify as Opioid Remediation, such Settling State or Exhibit G Participant shall identify such amounts and report to the Settlement Fund Administrator and Teva how such funds were used, including if used to pay attorneys' fees, investigation costs, litigation costs, or costs related to the operation and enforcement of this Agreement. It is the intent of the Parties that the reporting under this subsection VIII.C shall be available to the public. For the avoidance of doubt, (a) any amounts not identified under this subsection VIII.C as used to pay attorneys' fees, investigation costs, or litigation costs shall be included in the "Compensatory Restitution Amount" for purposes of subsection VIII.G and (b) Participating Subdivisions not listed on Exhibit G or Participating Special Districts that receive monies from the Settlement Fund indirectly may only use such monies from the Settlement Fund for purposes that qualify as Opioid Remediation.

**D.**  *Allocation of Settlement Fund.* The allocation of the Settlement Fund allows for different approaches to be taken in different states, such as through a State-Subdivision Agreement. Given the uniqueness of States and their Subdivisions, Settling States and Participating Subdivisions are encouraged to enter into State-Subdivision Agreements in order to direct the allocation of their portion of the Settlement Fund. As set out below, the Settlement Fund Administrator will make an initial allocation to three (3) state-level sub-funds. The Settlement Fund Administrator will then, for each Settling State and its Exhibit G Participants, apply the terms of this Agreement and any relevant State-Subdivision Agreement, Statutory Trust, Allocation Statute, or voluntary redistribution of funds as set out below before disbursing the funds.

   1.  <u>Base Payments</u>. The Settlement Fund Administrator will allocate Base Payments under subsection VII.D among the Settling States in proportion to their respective State Allocation Percentages. Base Payments for each Settling State will then be allocated 15% to its State Fund, 70% to its Abatement Accounts Fund, and 15% to its Subdivision Fund. Amounts may be reallocated and will be distributed as provided in subsection VIII.E.

   2.  <u>Incentive Payments</u>. The Settlement Fund Administrator will treat Incentive Payments under subsection VII.E on a State-specific basis. Incentive payments for which a Settling State is eligible under subsection VII.E will be allocated 15% to its State Fund, 70% to its Abatement Accounts Fund, and 15% to its Subdivision Fund. Amounts may be reallocated and will be distributed as provided in subsection VIII.E.

   3.  <u>Application of Adjustments</u>. If any offset under Section XII applies with respect to a Settling State, the offset shall be applied proportionally to all amounts that would

37

otherwise be apportioned and distributed to the State Fund, the Abatement Accounts Fund, and the Subdivision Fund for that State.

4.  <u>Settlement Fund Administrator</u>. Prior to the Initial Participation Date, Teva and the Enforcement Committee will agree to a detailed mechanism consistent with the foregoing for the Settlement Fund Administrator to follow in allocating, apportioning, and distributing payments, which shall be appended hereto as Exhibit L.

**E.**  *Settlement Fund Reallocation and Distribution*. As set forth below, within a particular Settling State's account, amounts contained in the Settlement Fund sub-funds may be reallocated and distributed per a State-Subdivision Agreement or other means. If the apportionment of amounts is not addressed and controlled under subsections VIII.E.1–2, then the default provisions of subsection VIII.E.4 apply. It is not necessary that a State-Subdivision Agreement or other means of allocating funds pursuant to subsections VIII.E.1–2 address all of the Settlement Fund sub-funds. For example, a Statutory Trust might only address disbursements from a Settling State's Abatement Accounts Fund.

1.  <u>Distribution by State-Subdivision Agreement</u>. If a Settling State has a State-Subdivision Agreement, amounts apportioned to that State's State Fund, Abatement Accounts Fund, and Subdivision Fund under subsection VIII.D shall be reallocated and distributed as provided by that agreement. Any State-Subdivision Agreement entered into or amended after July 26, 2022 shall be applied only if it requires: (1) that all amounts be used for Opioid Remediation except as allowed by subsection VIII.C, and (2) that at least 70% of amounts be used solely for future Opioid Remediation (references to "future Opioid Remediation" include amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms). For a State-Subdivision Agreement to be applied to the relevant portion of an Annual Payment, notice must be provided to Teva and the Settlement Fund Administrator at least ten (10) days prior to the Settlement Administrator's disbursement of such portion to a Settling State and its Participating Subdivisions and Special Districts.

2.  <u>Distribution by Allocation Statute</u>. If a Settling State has an Allocation Statute and/or a Statutory Trust that addresses allocation or distribution of amounts apportioned to such State's State Fund, Abatement Accounts Fund, and/or Subdivision Fund and that, to the extent any or all such sub-funds are addressed, requires (1) all amounts to be used for Opioid Remediation except as allowed by subsection VIII.C, and (2) at least 70% of all amounts to be used solely for future Opioid Remediation, then, to the extent allocation or distribution is addressed, the amounts apportioned to that State's State Fund, Abatement Accounts Fund, and Subdivision Fund under subsection VIII.D shall be allocated and distributed as addressed and provided by the applicable Allocation Statute or Statutory Trust. For the avoidance of doubt, an Allocation Statute or Statutory Trust need not address all three (3) sub-funds that comprise the Settlement Fund, and if the applicable Allocation Statute or Statutory Trust does not address distribution of all or some of

38

these three (3) sub-funds, the applicable Allocation Statute or Statutory Trust does not replace the default provisions in subsection VIII.E.4 of any such unaddressed fund. For example, if an Allocation Statute or Statutory Trust that meets the requirements of this subsection VIII.E only addresses funds restricted to abatement, then the default provisions in this Agreement concerning allocation among the three (3) sub-funds comprising the Settlement Fund and the distribution of the State Fund and Subdivision Fund for that State would still apply, while the distribution of the applicable State's Abatement Accounts Fund would be governed by the qualifying Allocation Statute or Statutory Trust.

3.   Voluntary Redistribution. A Settling State may choose to reallocate all or a portion of its State Fund to its Abatement Accounts Fund. An Exhibit G Participant may choose to reallocate all or a portion of its allocation from the Subdivision Fund to the State's Abatement Accounts Fund or to another Participating Subdivision or Participating Special District. The Settlement Fund Administrator is not required to honor voluntary redistribution for which notice is provided to it less than sixty (60) days prior to the Payment Date.

4.   Distribution in the Absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust. If subsections VIII.E.1–2 do not apply, and subject to any voluntary redistribution pursuant to subsection VIII.E.3, amounts apportioned to that State's State Fund, Abatement Accounts Fund, and Subdivision Fund under subsection VII.D shall be distributed as follows:

a.   Amounts apportioned to that State's State Fund shall be distributed to that State.

b.   Amounts apportioned to that State's Abatement Accounts Fund shall be distributed consistent with subsection VIII.F. Each Settling State shall submit to the Settlement Fund Administrator a designation of a lead state agency or other entity to serve as the single point of contact for that Settling State's funding requests from the Abatement Accounts Fund and other communications with the Settlement Fund Administrator. The designation of an individual entity is for administrative purposes only and such designation shall not limit funding to such entity or even require that such entity receive funds from this Agreement. The designated entity shall be the only entity authorized to request funds from the Settlement Fund Administrator to be disbursed from that Settling State's Abatement Accounts Fund. If a Settling State has established a Statutory Trust, then that Settling State's single point of contact may direct the Settlement Fund Administrator to release the State's Abatement Accounts Fund to the Statutory Trust.

c.   Amounts apportioned to that State's Subdivision Fund shall be distributed to Participating Subdivisions in that State listed on Exhibit G per the Subdivision Allocation Percentage listed in Exhibit G. Subsection X.I shall

39

*Februray 8, 2023*

govern amounts that would otherwise be distributed to Non-Participating Subdivisions listed in Exhibit G.

d. Special Districts shall not be allocated funds from the Subdivision Fund, except through a voluntary redistribution allowed by subsection VIII.E.3. A Settling State may allocate funds from its State Fund or Abatement Accounts Fund for Special Districts.

5. <u>Restrictions on Distribution</u>. No amounts may be distributed from the Subdivision Fund contrary to Section X, *i.e.*, no amounts may be distributed directly to Non-Participating Subdivisions or to Later Participating Subdivisions in excess of what is permissible under subsection X.E. Amounts allocated to the Subdivision Fund that cannot be distributed by virtue of the preceding sentence shall be distributed into the sub-account in the Abatement Accounts Fund for the Settling State in which the Subdivision is located, unless those payments are redirected elsewhere by a State-Subdivision Agreement described in subsection VIII.E.1 or by an Allocation Statute or a Statutory Trust described in subsection VIII.E.2.

**F.** *Provisions Regarding Abatement Accounts Fund.*

1. <u>State-Subdivision Agreement, Allocation Statute, and Statutory Trust Fund Provisions</u>. A State-Subdivision Agreement, Allocation Statute, or Statutory Trust may govern the operation and use of amounts in that State's Abatement Accounts Fund so long as it complies with the requirements of subsections VIII.E.1 or VIII.E.2 as applicable, and all direct payments to Subdivisions comply with subsections X.E–H.

2. <u>Absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust</u>. In the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust that addresses distribution, the Abatement Accounts Fund will be used solely for future Opioid Remediation and the following shall apply with respect to a Settling State:

a. *Regional Remediation.*

(i) At least 50% of distributions for remediation from a State's Abatement Accounts Fund shall be annually allocated and tracked to the regional level. A Settling State may allow the Advisory Committee established pursuant to subsection VIII.F.2.d to define its regions and assign regional allocations percentages. Otherwise, a Settling State shall (1) define its initial regions, which shall consist of one (1) or more Subdivisions and which shall be designated by the State agency with primary responsibility for substance abuse disorder services employing, to the maximum extent practical, existing regions established in that State for opioid abuse treatment or other public health purposes; and (2) assign initial regional allocation percentages to the regions based on the Subdivision

*Februray 8, 2023*

Allocation Percentages in Exhibit G and an assumption that all Subdivisions listed on Exhibit G will become Participating Subdivisions.

(ii)      This minimum regional expenditure percentage is calculated on the Settling State's initial Abatement Accounts Fund allocation and does not include any additional amounts a Settling State has directed to its Abatement Accounts Fund from its State Fund, or any other amounts directed to the fund. A Settling State may dedicate more than 50% of its Abatement Accounts Fund to the regional expenditure and may annually adjust the percentage of its Abatement Accounts Fund dedicated to regional expenditures as long as the percentage remains above the minimum amount.

(iii)      The Settling State (1) has the authority to adjust the definition of the regions, and (2) may annually revise the percentages allocated to each region to reflect the number of Subdivisions in each region that are Non-Participating Subdivisions.

b.      *Subdivision Block Grants*. Certain Subdivisions listed on Exhibit G shall be eligible to receive regional allocation funds in the form of a block grant for future Opioid Remediation. A Participating Subdivision listed on Exhibit G eligible for block grants is a county or parish (or in the case of States that do not have counties or parishes that function as political subdivisions, a city) that (1) does not contain a Litigating Subdivision or a Later Litigating Subdivision for which it has the authority to end the litigation through a release, Bar, or other action; (2) either (i) has a population of 400,000 or more or (ii) in the case of California has a population of 750,000 or more; and (3) has funded or otherwise managed an established health care or treatment infrastructure (e.g., health department or similar agency). Each Subdivision listed on Exhibit G eligible to receive block grants shall be assigned its own region.

c.      *Small States*. Notwithstanding the provisions of subsection VIII.F.2.a, Settling States with populations under four (4) million that do not have existing regions described in subsection VIII.F.2.a shall not be required to establish regions. However, such a Settling State that contains one (1) or more Subdivisions listed on Exhibit G eligible for block grants under subsection VIII.F.2.b shall be divided regionally so that each block-grant eligible Subdivision listed on Exhibit G is a region and the remainder of the State is a region.

d.      *Advisory Committee*. The Settling State shall designate an Opioid Settlement Remediation Advisory Committee (the "*Advisory Committee*") to provide input and recommendations regarding remediation spending from that Settling State's Abatement Accounts Fund. A Settling State may elect to use an existing advisory committee or similar entity (created outside

41

of a State-Subdivision Agreement or Allocation Statute); *provided, however*, the Advisory Committee or similar entity shall meet the following requirements:

  (i)  Written guidelines that establish the formation and composition of the Advisory Committee, terms of service for members, contingency for removal or resignation of members, a schedule of meetings, and any other administrative details;

  (ii)  Composition that includes at least an equal number of local representatives as state representatives;

  (iii)  A process for receiving input from Subdivisions and other communities regarding how the opioid crisis is affecting their communities, their abatement needs, and proposals for abatement strategies and responses; and

  (iv)  A process by which Advisory Committee recommendations for expenditures for Opioid Remediation will be made to and considered by the appropriate state agencies.

 3. <u>Abatement Accounts Fund Reporting</u>. The Settlement Fund Administrator shall track and assist in the report of remediation disbursements as agreed to among the Parties.

**G.** *Nature of Payment.* Teva, the Settling States, the Participating Subdivisions, and the Participating Special Districts, acknowledge and agree that notwithstanding anything to the contrary in this Agreement, including, but not limited to, the scope of the Released Claims:

 1. Teva has entered into this Agreement to avoid the delay, expense, inconvenience, and uncertainty of further litigation;

 2. The Settling States, the Participating Subdivisions, and the Participating Special Districts sought compensatory restitution (within the meaning of 26 U.S.C. § 162(f)(2)(A)) as damages for the Alleged Harms allegedly suffered by the Settling States, Participating Subdivisions and Participating Special Districts;

 3. By executing this Agreement the Settling States, the Participating Subdivisions, and the Participating Special Districts certify that: (a) the Compensatory Restitution Amount is no greater than the amount, in the aggregate, of the Alleged Harms allegedly suffered by the Settling States, Participating Subdivisions and Participating Special Districts; and (b) the portion of the Compensatory Restitution Amount received by each Settling State, Participating Subdivision or Participating Special Districts is no greater than the amount of the Alleged Harms allegedly suffered by such Settling State, Participating Subdivision or Participating Special Districts;

*Februray 8, 2023*

4.    The payment of the Compensatory Restitution Amount by Teva constitutes, and is paid for, compensatory restitution (within the meaning of 26 U.S.C. § 162(f)(2)(A)) for alleged damage or harm (as compensation for alleged damage or harm arising out of alleged bodily injury) allegedly caused by Teva;

5.    The Compensatory Restitution Amount is being paid as compensatory restitution (within the meaning of 26 U.S.C. § 162(f)(2)(A)) in order to restore, in whole or in part, the Settling States, Participating Subdivisions and Participating Special Districts to the same position or condition that they would be in had the Settling States, Participating Subdivisions and Participating Special Districts not suffered the Alleged Harms;

6.    No portion of the Compensatory Restitution Amount represents reimbursement to any Settling State, Participating Subdivision, Participating Special District, or other person or entity for the costs of any investigation or litigation. The entire Compensatory Restitution Amount is properly characterized as described in subsection VIII.G. No portion of the Compensatory Restitution Amount constitutes disgorgement or is properly characterized as the payment of statutory or other fines, penalties, punitive damages, other punitive assessments, or attorneys' fees; and

7.    The Designated State, on behalf of all Settling States, Participating Subdivisions, and Participating Special Districts (the "Form 1098-F Filer") shall complete and file Form 1098-F with the Internal Revenue Service on or before February 28 (March 31 if filed electronically) of the year following the calendar year in which the order entering this Agreement becomes binding. On the Form 1098-F, the Form 1098-F Filer shall identify the entire Compensatory Restitution Amount received by the Form 1098-F Filer as remediation/restitution, including the provision of Settlement Product set out in Section IX below. The Form 1098-F Filer shall also, on or before January 31 of the year following the calendar year in which the order entering this Agreement becomes binding, furnish Copy B of such Form 1098-F (or an acceptable substitute statement) to Teva.

## IX.    Settlement Product

A.    The Settlement Product is Naloxone Hydrochloride Nasal Spray (generic Narcan®), a medication that counteracts the life-threatening effects of opioid overdose and significantly reduces opioid-overdose mortality.

B.    For the purposes of this Agreement, Teva has agreed to provide the Settling States Settlement Product valued at $1,200,000,000, which equals 9,600,000 kits of Settlement Product, valued at a fixed WAC of $125 per kit, allocated in accordance with the allocation percentage as reflected in Exhibit D-1. Teva shall cover the cost of the Settlement Product distribution set forth in this Agreement. For the avoidance of doubt, Participating Subdivisions and Participating Special Districts are not eligible to make a Settlement Product election pursuant to this Agreement.

43

**C.**     Consistent with the Settlement Product Election Form contained in Exhibit D, each Settling State shall have the discretion to convert any portion of the Settlement Product allocated to the Settling State into a cash value equaling twenty percent (20%) of the WAC value of the Settling State's allocated Settlement Product in the following years: 2023, 2025, 2027, 2029, and 2031. The State's election shall apply and remain in place for each following year until the next election date.

**D.**     Within thirty (30) days of the Effective Date, each Settling State shall notify Teva and the Settlement Fund Administrator of its Settlement Product election by submitting the Settlement Product Election Form reflected in Exhibit D.

**E.**     Settling States that do not make a Settlement Product Election within 30 days of the Effective Date shall be deemed to have elected to receive the full Settlement Product Cash Conversion Amount for the first two-year period, allocated in accordance with the State Allocation Percentage as reflected in Exhibit D-1.  Commencing within thirty (30) days of the Effective Date, the Settling States that have submitted a Settlement Product Election Form may place periodic orders for Settlement Product consistent with Section IX and Exhibit D.

**F.**     By or before January 1, 2025, 2027, 2029 and 2031, each Settling State may submit a new or updated Settlement Product Election Form, which will be effective beginning with the Forecast submitted on the same date for the following calendar year. Settling States that do not submit a new or updated Settlement Product Election Form will be deemed to have made no changes to their most recent Settlement Product Election Form.

**G.**     As is reflected in Exhibit D and the Settlement Product Election Form contained therein, Settling States may elect to convert all or a percentage of their allocation of Settlement Product into a Settlement Product Cash Conversion Amount, in the manner and method described in Exhibit D.

**H.**     Teva will make Settlement Product Cash Conversion Amount payments to Settling States that have elected to receive a full or partial Settlement Product Cash Conversion beginning with its second Annual Payment in accordance with the Settlement Payment Schedule as set forth in Exhibit M-2.

**I.**     The Parties understand that the provision of Settlement Product constitutes compensatory restitution within the meaning of 26 U.S.C. § 162(f)(2)(A) and that the receipt of Settlement Product must be reported on IRS Form 1098-F consistent with subsection VIII.G.7 above.

**J.**     In addition to offering Naloxone Hydrochloride Nasal Spray per this Section IX and Exhibit D, Teva, at its sole discretion, may also offer Settling States different versions or greater amounts of Settlement Product or different products that can be accepted by the Settling State in lieu of its full allotment of the Settlement Product or Settlement Product Cash Conversion Amount. Distribution and other terms related to such substitute product shall be set out in Teva's offer. Nothing in this subsection IX.J changes the terms of this Agreement regarding the provision of Settlement Product or the calculation or availability of the Settlement Product Cash Conversion Amount. With regard to the annual product

44

*Februray 8, 2023*

delivery schedule, to the extent that the Settling State's needs for each drug varies from year to year, such that the Settling State needs a reasonably lesser quantity one year to be offset by a reasonably greater quantity the next year, Teva will use reasonable commercial efforts to be flexible in meeting that variation in demand.

**K.**     In the event of a Force Majeure Event, Teva shall promptly provide written notice to the Settling States. Teva and the States shall meet and confer within seven (7) days of such written notice to establish a commercially reasonable plan to resolve any inability to supply as quickly as reasonably possible, it being understood that, unless otherwise agreed to by the Parties, it is Teva's obligation to use reasonable efforts which are consistent with accepted industry practices to resume performance as soon as practicable under the circumstances.

## X.     Participation by Subdivisions and Special Districts

**A.**     *Notice.* No later than fifteen (15) days after the Preliminary Agreement Date, the Settling States, with the cooperation of Teva, shall send individual written notice (which may be delivered via e-mail or other electronic means) of the opportunity to participate in this Agreement and the requirements of participation to all Subdivisions and Special Districts in the Settling State that are (1) Litigating Subdivisions or Litigating Special Districts, or (2) Non-Litigating Subdivisions listed in Exhibit G.[3] To the extent a Non-Litigating Special District is entitled to an allocation for a direct payment through its inclusion in Exhibit G pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution, the Settling States shall also send individual written notice (which may be delivered via e-mail or other electronic means) of the opportunity to participate in this Agreement and the requirements of participation to such Special Districts. Unless otherwise agreed by the Parties, the version of Exhibit G used for notice shall be the one in place as of the Preliminary Agreement Date. Teva's share of costs of the written notice shall be paid by Teva as part of the Implementation Costs. Notice (which may be delivered via e-mail or other electronic means) shall also be provided simultaneously to counsel of record for Litigating Subdivisions, Litigating Special Districts, and known counsel for Non-Litigating Subdivisions listed on Exhibit G and Non-Litigating Special Districts listed on Exhibit G. The notice will include that the deadline for becoming an Initial Participating Subdivision or Initial Participating Special District is the Initial Participation Date. Nothing contained herein shall preclude a Settling State from providing further notice to or otherwise contacting any of its Subdivisions or Special Districts about becoming a Participating Subdivision or Participating Special District, including beginning any of the activities described in this paragraph prior to the Preliminary Agreement Date.

**B.**     *Requirements for Becoming a Participating Subdivision: Non-Litigating Subdivisions.* A Non-Litigating Subdivision in a Settling State may become a Participating Subdivision by

---

[3] Because Teva has settled with Oklahoma, but not with Oklahoma Subdivisions and Special Districts, Teva shall send individual written notice of the opportunity to participate in this Agreement and the requirements of participation to all Oklahoma Subdivisions and Special Districts.  For purposes of this Section X, references to a "Subdivision in a Settling State" or "Special District in a Settling State" shall include Subdivisions and Special Districts in Oklahoma.

*Februray 8, 2023*

returning an executed Settlement Participation Form to the Implementation Administrator or Settlement Fund Administrator (which may be executed and returned by electronic means established by the Implementation Administrator or Settlement Fund Administrator) specifying (1) that the Subdivision agrees to the terms of this Agreement pertaining to Subdivisions, (2) that the Subdivision releases all Released Claims against all Released Entities, (3) that the Subdivision agrees to use monies it receives, if any, from the Settlement Fund pursuant to the applicable requirements of Section VIII, and (4) that the Subdivision submits to the jurisdiction of the Court where the Consent Judgment is filed for purposes limited to that Court's role under the Agreement. The required Settlement Participation Form is attached as Exhibit K. A Non-Litigating Subdivision will decide whether to become a Participating Subdivision for both this Agreement and the Allergan Global Opioid Settlement Agreement, or neither.

C.    *Requirements for Becoming a Participating Subdivision: Litigating Subdivisions/Later Litigating Subdivisions*. A Litigating Subdivision or Later Litigating Subdivision in a Settling State may become a Participating Subdivision by returning an executed Settlement Participation Form to the Implementation Administrator or Settlement Fund Administrator (which may be executed and returned by electronic means established by the Implementation Administrator or Settlement Fund Administrator) that, in addition to the requirements set out in subsection X.B for Non-Litigating Subdivisions, commits it to promptly dismissal its legal action. The required Settlement Participation Form is attached as Exhibit K. A Litigating Subdivision or Later Litigating Subdivision will decide whether to become a Participating Subdivision for both this Agreement and the Allergan Global Opioid Settlement Agreement, or neither. Except for trials begun before the Initial Participation Date, a Litigating Subdivision or a Later Litigating Subdivision may not become a Participating Subdivision after the completion of opening statements in a trial of a legal action it brought that includes a Released Claim against a Released Entity.

D.    *Initial Participating Subdivisions.* A Subdivision qualifies as an Initial Participating Subdivision if it meets the applicable requirements for becoming a Participating Subdivision set forth in subsections X.B or X.C by the Initial Participation Date. Provided however, all Subdivision Settlement Participation Forms shall be held by the Implementation Administrator until Teva provides the notice in subsection XI.B that it intends to proceed with the settlement, at which time the obligations created by such forms become effective. If Teva determines not to proceed, all Settlement Participation Forms shall be returned to Counsel for Litigating Subdivisions or to the Subdivisions not represented by counsel or destroyed to the extent that such destruction is not prohibited by then existing document preservation obligations.

E.    *Later Participating Subdivisions.* A Subdivision that is not an Initial Participating Subdivision may become a Later Participating Subdivision by meeting the applicable requirements for becoming a Participating Subdivision after the Initial Participation Date and agreeing to be subject to the terms of a State-Subdivision Agreement (if any) or any other structure adopted or applicable pursuant to subsections VIII.E or VIII.F. The following provisions govern what a Later Participating Subdivision can receive (but do not apply to Initial Participating Subdivisions):

*Februray 8, 2023*

1.  A Later Participating Subdivision shall not receive any share of any Base or Incentive Payments paid to the Subdivision Fund that were due before it became a Participating Subdivision.

2.  A Later Participating Subdivision that becomes a Participating Subdivision after Initial Participation Date but before June 15, 2023 shall receive 75% of the share of the Initial Year Payment that it would have received had it become an Initial Participating Subdivision (unless the Later Participating Subdivision is subject to subsections X.E.3 or X.E.4 below). A Later Participating Subdivision that becomes a Participating Subdivision after June 15, 2023 shall receive no share of the Initial Year Payment.

3.  A Later Participating Subdivision that, after the Initial Participation Date, maintains a lawsuit for a Released Claim(s) against a Released Entity and has judgment entered against it on every such Claim before it became a Participating Subdivision (other than a consensual dismissal with prejudice) shall receive 50% of the share of future Base Payments or Incentive Payments that it would have received had it become a Later Participating Subdivision prior to such judgment; *provided, however*, that if the Subdivision appeals the judgment and the judgment is affirmed with finality before the Subdivision becomes a Participating Subdivision, the Subdivision shall not receive any share of any Base Payments or Incentive Payments.

4.  A Later Participating Subdivision that becomes a Participating Subdivision while a Bar or Case-Specific Resolution involving a different Subdivision exists in its State shall receive 25% of the share of future Base Payments or Incentive Payments that it would have received had it become a Later Participating Subdivision without such Bar or Case-Specific Resolution.

**F.**  *No Increase in Payments*. Amounts to be received by Later Participating Subdivisions or Later Participating Special Districts shall not increase the payments due from Teva.

**G.**  *Ineligible Subdivisions and Special Districts*. Except for Subdivisions and Special Districts in Oklahoma, prior Settling Subdivisions, and Subdivisions and Special Districts in Non-Settling States or Prior Settling States are not eligible to be Participating Subdivisions or Participating Special Districts.

**H.**  *Non-Participating Subdivisions and Non-Participating Special Districts*. Non-Participating Subdivisions and Non-Participating Special Districts shall not directly receive any portion of any Base Payments or Incentive Payments, including from the State Fund and direct distributions from the Abatement Accounts Fund; however, a Settling State may choose to fund future Opioid Remediation that indirectly benefits Non-Participating Subdivisions and Non-Participating Special Districts.

**I.**  *Unpaid Allocations to Later Participating and Non-Participating Subdivisions*. Any Base Payments and Incentive Payments allocated pursuant to subsection VIII.E to a Later Participating or Non-Participating Subdivision or a Later Participating or Non-

*Februray 8, 2023*

Participating Special District that cannot be paid pursuant to Section X, will be allocated to the Abatement Accounts Fund for the Settling State in which the Subdivision is located, unless those payments are redirected elsewhere by a State-Subdivision Agreement or by a Statutory Trust.

J.     *Requirements for Becoming a Participating Special District: Non-Litigating Special Districts.* A Non-Litigating Special District in a Settling State may become a Participating Special District by returning an executed Settlement Participation Form to the Implementation Administrator or Settlement Fund Administrator (which may be executed and returned by electronic means established by the Implementation Administrator or Settlement Fund Administrator) specifying (1) that the Special District agrees to the terms of this Agreement pertaining to Special Districts, (2) that the Special District releases all Released Claims against all Released Entities, (3) that the Special District agrees to use monies it receives, if any, from the Settlement Fund pursuant to the applicable requirements of Section VIII, and (4) that the Special District submits to the jurisdiction of the Court where the Consent Judgment is filed for purposes limited to that Court's role under the Agreement. The required Settlement Participation Form is attached as Exhibit K.  A Non-Litigating Special District will decide whether to become a Participating Special District for both this Agreement and the Allergan Global Opioid Settlement Agreement, or neither.

K.     *Requirements for Becoming a Participating Special District: Litigating Special Districts/Later Litigating Special Districts.* A Litigating Special District or Later Litigating Special District in a Settling State may become a Participating Special District by returning an executed Settlement Participation Form to the Implementation Administrator or Settlement Fund Administrator (which may be executed and returned by electronic means established by the Implementation Administrator or Settlement Fund Administrator) that, in addition to the requirements set out in subsection X.J for Non-Litigating Special Districts, commits it to promptly dismiss its legal action. The required Settlement Participation Form is attached as Exhibit K. A Litigating Special District or a Later Litigating Special District will decide whether to become a Participating Special District for both this Agreement and the Allergan Global Opioid Settlement Agreement, or neither. Except for trials begun before the Initial Participation Date, a Litigating Special District or a Later Litigating Special District may not become a Participating Special District after the completion of opening statements in a trial of a legal action it brought that includes a Released Claim against a Released Entity.

L.     *Initial Participating Special Districts.* A Special District qualifies as an Initial Participating Special District if it meets the applicable requirements for becoming a Participating Special District set forth in subsections X.J or X.K by the Initial Participation Date. Provided however, all Special District Settlement Participation Forms shall be held by the Implementation Administrator until Teva provides the notice in subsection XI.B that it intends to proceed with the settlement, at which time the obligations created by such forms become effective.

M.     *Later Participating Special Districts.* A Special District that is not an Initial Participating Special District may become a Later Participating Special District by meeting the applicable requirements for becoming a Participating Special District after the Initial

48

*Februray 8, 2023*

Participation Date and agreeing to be subject to the terms of a State-Subdivision Agreement (if any) or any other structure adopted or applicable pursuant to subsections VIII.E or VIII.F. or any agreement reached by the applicable Settling State with Initial Participating Special Districts. The following provisions govern what a Later Participating Special District can receive (but do not apply to Initial Participating Special Districts):

1. Except for the Initial Year Payment, a Later Participating Special District shall not receive any share of any Base or Incentive Payments paid to the Subdivision Fund that were due before it became a Participating Special District.

2. A Later Participating Special District that becomes a Participating Special District after Initial Participation Date but before June 15, 2023 shall receive 75% of the share of the Initial Year Payment that it would have received had it become an Initial Participating Special District (unless the Later Participating Special District is subject to subsections X.M.3 or X.M.4 below). A Later Participating Special District that becomes a Participating Special District after June 15, 2023 shall receive no share of the Initial Year Payment.

3. A Later Participating Special District that, after the Initial Participation Date, maintains a lawsuit for a Released Claim(s) against a Released Entity and has judgment entered against it on every such Claim before it became a Participating Special District (other than a consensual dismissal with prejudice) shall receive 50% of the share of future Base Payments or Incentive Payments that it would have received had it become a Later Participating Special District prior to such judgment; *provided, however*, that if the Special District appeals the judgment and the judgment is affirmed with finality before the Special District becomes a Participating Special District, the Special District shall not receive any share of any Base Payments or Incentive Payments.

4. A Later Participating Special District that becomes a Participating Special District while a Bar or Case-Specific Resolution involving a different Special District exists in its State shall receive 25% of the share of future Base Payments or Incentive Payments that it would have received had it become a Later Participating Special District without such Bar or Case-Specific Resolution.

### XI. Condition to Effectiveness of Agreement and Filing of Consent Judgment

A. *Determination to Proceed With Settlement.* Teva will determine on or before the Reference Date whether there has been a sufficient resolution of the Claims of the Litigating Subdivisions and Litigating Special Districts in the Settling States (through participation under Section X, Case-Specific Resolution(s), and Bar(s)) to proceed with this Agreement. The determination shall be in the sole discretion of Teva, in good faith, and may be based on any criteria or factors deemed relevant by Teva.

B. *Notice by Teva.* On or before the Reference Date, Teva shall inform the Settling States and MDL Plaintiffs' Executive Committee of its determination pursuant to subsection XI.A. If Teva determines to proceed, the Parties will proceed to file the Consent Judgments. If Teva

*Februray 8, 2023*

determines not to proceed, this Agreement will have no further effect and all releases (including those given by Participating Subdivisions and Special Districts) and other commitments or obligations contained herein will be void and Settlement Participation Forms shall be returned to the Subdivision or Special District or destroyed to the extent not prohibited by then existing legal obligations or document holds.

### XII.  Potential Payment Adjustments

A.  *Settlement Class Resolution Opt Outs.* If a Settling State is eligible for Incentive A on the basis of a Settlement Class Resolution, and a Primary Subdivision that opted out of the Settlement Class Resolution maintains a lawsuit asserting a Released Claim against a Released Entity, the following shall apply:  If the lawsuit asserting a Released Claim either survives a Threshold Motion or has an unresolved Threshold Motion fewer than sixty (60) days prior to the scheduled start of a trial involving a Released Claim, and is resolved with finality on terms requiring payment by the Released Entity, Teva shall receive a dollar-for-dollar offset for the amount paid against its obligation to make remaining Incentive A payments that would be apportioned to that State or Participating Subdivisions listed on Exhibit G.

B.  *Revoked Bar, Settlement Class Resolution, or Case-Specific Resolution.*

    1.  If Teva made a payment as a result of the existence of a Bar, Settlement Class Resolution, or Case-Specific Resolution in a Settling State, and that Bar, Settlement Class Resolution, or Case-Specific Resolution is subject to a Revocation Event, Teva shall receive a dollar-for-dollar offset against its obligation to make remaining payments that would be apportioned to that State and its Exhibit G Participants. This offset will be calculated as the dollar amount difference between (1) the total amount of Incentive Payments paid by Teva during the time the Bar, Settlement Class Resolution, or Case-Specific Resolution subject to the Revocation Event was in effect, and (2) the total amount of Incentive Payments that would have been due from Teva during that time without the Bar, Settlement Class Resolution, or Case-Specific Resolution subject to the Revocation Event being in effect. The amount of Incentive Payments that would have been due, referenced in (2) above, will be calculated based on considering any Subdivision or Special District that provides a release within one hundred eighty (180) days after the Revocation Event as having been a Participating Subdivision or Participating Special District (in addition to all other Participating Subdivisions and Participating Special Districts) during the time that the Bar, Settlement Class Resolution, or Case-Specific Resolution subject to the Revocation Event was in effect. If a Revocation Event causes a Settling State to no longer qualify for one or both parts of Incentive D, the Settling State and its Exhibit G participants shall return to Teva all relevant payments made under Incentive D through offsets as set forth above.

    2.  Notwithstanding anything to the contrary in paragraph 1 above, if a Bar or Case-Specific Resolution is reinstated by the Settling State, either through the same or different means as the initial Bar or Case-Specific Resolution, Teva's right to an offset is extinguished and any amounts withheld to offset amounts paid on account

50

of the revoked, rescinded, reversed, or overruled Bar or Case-Specific Resolution shall be returned to the Settling State, less and except any Incentive Payments that would have been paid during the period in which the Bar or Case-Specific Resolution was revoked, rescinded, reversed, or overruled.

### XIII.   Additional Restitution Amount

*Additional Restitution Amount*. Teva shall pay an Additional Restitution Amount to each Settling State listed in Exhibit N in the amount and on the schedule set forth in Exhibit M-3.  The maximum Additional Restitution Amount of $28,669,762.00 shall be reduced by the allocation set forth on Exhibit F-2 for any Non-Settling States listed on Exhibit N. The Settlement Fund Administrator shall allocate such funds among and within the Settling States listed in Exhibit N at the same time as its allocation of Annual Payments pursuant to subsection VII.B.

Additional Restitution Amount funds shall not be subject to allocation as provided in Sections VIII.D through VIII.F

### XIV.   Plaintiffs' Attorneys' Fees and Costs

Attorneys' fees and costs are addressed in the following exhibits and are incorporated herein by reference:

1.  The State Outside Counsel Fee Fund is addressed in Exhibit T.

2.  The State Cost Fund is addressed in Exhibit S.

3.  The Attorney Fee and Cost Fund is addressed and the Agreement on Attorneys' Fees, Expenses and Costs is set forth in Exhibit R.

### XV.   Enforcement and Dispute Resolution

A.  *Enforceability*. The terms of the Agreement and Consent Judgment applicable to or in a Settling State will be enforceable solely by that Settling State and Teva. Settling States or Participating Subdivisions shall not have enforcement rights with respect either to the terms of this Agreement that apply only to or in other States or to any Consent Judgment entered into by another Settling State. Participating Subdivisions shall not have enforcement rights against Teva with respect to the Agreement or any Consent Judgment except as to payments that would be allocated to the Subdivision Fund or Abatement Accounts Fund pursuant to Section VII; *provided, however*, that each Settling State shall allow Participating Subdivisions in that State to notify it of any perceived violations of the Agreement or Consent Judgment.

B.  *Consent to Jurisdiction and Service of Process*. Teva consents to the jurisdiction of the Court in which the Consent Judgment is filed, and any appellate court thereof, limited to resolution of disputes identified in subsection XV.G.2; for a civil action for any appropriate relief to enforce compliance with the Parties' Agreement for Injunctive Relief pursuant to Exhibit P, subsection K.5 herein; and for any proceedings for or related to the enforcement or collection of any payments on the Consent Judgment for resolution in the Court in which

51

*Februray 8, 2023*

the Consent Judgment is filed.  Teva further agrees any service of process or notice required for such action or proceeding may be effectuated on Teva through delivery of all required papers by hand or by a nationally recognized private courier on Teva's representatives identified in subsection XVI.P herein. To be clear, for the purposes of this Agreement only, Teva consents to personal jurisdiction before such courts, and will not contend service must be effectuated through personal service of the Hague Convention process.

C.   *Specific Terms Dispute Resolution.*

1.   Any dispute that is addressed by the provisions set forth in the Injunctive Relief Terms in Exhibit P shall be resolved as provided therein and pursuant to subsection XV.E.3 herein.

2.   In the event Teva believes the 85% threshold established in subsection VIII.B is not being satisfied, any Party may request that Teva and the Enforcement Committee meet and confer regarding the use of funds under subsection VIII.B. The completion of such meet-and-confer process is a precondition to further action regarding any such dispute. Further action concerning subsection VIII.B shall: (i) be limited to Teva seeking to reduce its Annual Payments by no more than 5% of the difference between the actual amount of Opioid Remediation and the 85% threshold established in subsection VIII.B; (ii) only reduce Annual Payments to those Settling States and its Participating Subdivisions that are below the 85% threshold established in subsection VIII.B; and (iii) not reduce Annual Payments restricted to future Opioid Remediation.

D.   *State-Subdivision Enforcement.*

1.   A Participating Subdivision shall not have enforcement rights against a Settling State in which it is located with respect to the Agreement or any Consent Judgment except: (1) as provided for in a State-Subdivision Agreement, Allocation Statute, or Statutory Trust with respect to intrastate allocation; or (2) in the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust, as to allegations that: (a) the Settling State's use of Abatement Accounts Fund monies were not used for uses similar to or in the nature of those uses contained in Exhibit E; or (b) a Settling State failed to pay funds directly from the Abatement Accounts Fund to a Participating Subdivision eligible to receive a block grant pursuant to subsection VIII.F.2.b.

2.   A Settling State shall have enforcement rights against a Participating Subdivision located in its territory: (1) as provided for in a State-Subdivision Agreement, Allocation Statute, or Statutory Trust; or (2) in the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust, as to allegations that the uses of Abatement Accounts Fund monies by Participating Subdivisions listed on Exhibit G were not for uses similar to or in the nature of those uses contained in Exhibit E.

*Februray 8, 2023*

3.   As between Settling States and Participating Subdivisions, the above rights are contractual in nature and nothing herein is intended to limit, restrict, change, or alter any other existing rights under law.

**E.**   *Enforcement Committee Actions to Enforce Agreement.*

1.   The Parties agree that in the event of any failure by Teva to make any required payments under this Agreement, the Enforcement Committee, on its own or through its designee such as a Settling State or Participating Subdivision acting by its authorization and on its behalf, shall have the ability and right to file an action or proceeding in any New York state court, or federal court of the United States of America, sitting in New York, for or related to the enforcement or collection of such payments.

2.   If any National Dispute involving a Settling State, Participating Subdivision, and/or Teva is pending before a National Arbitration Panel concerning a given year's payment to all Settling States, any action or proceeding pursuant to this subsection XV.E shall be stayed as to any disputed amounts only, but may proceed as to any and all undisputed amounts.  In the event there is a dispute between the Parties as to the disputed amounts at issue, the Enforcement Committee or any party to that dispute may seek an expedited determination from the National Arbitration Panel for that proceeding as to the disputed and undisputed amounts.

3.   The Parties further agree that in the event of Teva's breach of the Parties' Agreement for Injunctive Relief (Exhibit P attached hereto), the Enforcement Committee, on its own or through its designee such as a Settling State or Participating Subdivision acting by its authorization and on its behalf, shall have the ability and right to file a civil action pursuant to Exhibit P, subection K.5, in any New York state court, or federal court of the United States of America, sitting in New York, seeking any appropriate relief to enforce compliance with such Agreement for Injunctive Relief.

4.   Teva consents to the jurisdiction of the New York state court, or federal court of the United States of America, sitting in New York, and any appellate court from any thereof, in which any action or proceeding is initiated pursuant to this subsection XV.E, and for enforcement or collection of any related judgment entered by such court.  Teva further agrees any service of process or notice required for such action or proceeding, including for any action or proceeding for enforcement or collection of any judgment entered thereon, may be effectuated on Teva through delivery of all required papers by hand or by a nationally recognized private courier on Teva's representatives identified in subsection XVI.P herein.  For the purposes of this Agreement only, Teva consents to personal jurisdiction before such courts and will not contend service must be effectuated through personal service or the Hague Convention process.

5.   The enforcement rights under this subsection XV.E are in addition to, and not in lieu of, any other enforcement and collection rights of the Parties herein, including

*Februray 8, 2023*

but not limited to enforcement rights as to payments as allowed by subsection XV.A.

F.  *Subdivision Payment Enforcement.* A Participating Subdivision shall have the same right as a Settling State pursuant to subsection XV.G.4.a.iv to seek resolution of any failure by Teva to make its required Base Payments and/or Incentive Payments in a Payment Year.

G.  *Other Dispute Resolution Terms.*

1.  Except as provided in subsection XV.C, the parties to a dispute shall promptly meet and confer in good faith to resolve any dispute. If the parties cannot resolve the dispute informally, and unless otherwise agreed in writing, they shall follow the remaining provisions of this subsection XV.G to resolve the dispute.

2.  Except as provided in subsections XV.C and XV.G.4, disputes not resolved informally shall be resolved in either the Court that entered the relevant Consent Judgment or, if no Consent Judgment was entered, a state or territorial court with jurisdiction located wherever the seat of state government is located. State court proceedings shall be governed by the rules and procedures of the forum. For the avoidance of doubt, disputes to be resolved in state court include, but are not limited to, the following:

   a.  disputes concerning whether expenditures qualify for Opioid Remediation;

   b.  disputes between a Settling State and Participating Subdivisions located in such Settling State as provided by subsection XV.D, except to the extent the State-Subdivision Agreement provides for other dispute resolution mechanisms. For the avoidance of doubt, disputes between a Settling State and any Participating Subdivision shall not be considered National Disputes;

   c.  whether this Agreement and relevant Consent Judgment are binding under state law;

   d.  the extent of the Attorney General's or other participating entity's authority under state law, including the extent of the authority to release Claims;

   e.  whether the requirements of a Bar, a Case-Specific Resolution, State-Specific Finality, Later Litigating Subdivision, Litigating Subdivision, or a Threshold Motion have been met; and

   f.  all other disputes not specifically identified in subsections XV.C and XV.G.4.

3.  Any Party may request that the National Arbitration Panel provide an interpretation of any provision of the settlement that is relevant to the state court determination, and the National Arbitration Panel shall make reasonable best efforts to supply such interpretation within the earlier of thirty (30) days or the time period required by

54

the state court proceedings. Any Party may submit that interpretation to the state court to the extent permitted by, and for such weight provided by, the state court's rules and procedures. If requested by a Party, the National Arbitration Panel shall request that its interpretation be accepted in the form of an amicus curiae brief, and any attorneys' fees and costs for preparing any such filing shall be paid for by the requesting Party.

4.  National Disputes involving a Settling State, Participating Subdivision, and/or Teva shall be resolved by a National Arbitration Panel.

   a.  "*National Disputes*" are disputes that are exceptions to subsection XV.G.2's presumption of resolution in state courts because they involve issues of interpretation of Agreement terms applicable to all Settling States without reference to a particular State's law. Disputes between a State and any Participating Subdivisions shall not be considered National Disputes. National Disputes are limited to the following:

      (i)  the amount of offset and/or credit attributable to Non-Settling States;

      (ii)  issues involving the scope and definition of "Product";

      (iii)  interpretation and application of the terms "Covered Conduct" and "Released Entities";

      (iv)  disputes over a given year's Annual Payment or the payment of the Additional Restitution Amount to all Settling States (for the avoidance of doubt, disputes between a Settling State and Teva over the amounts owed to only that State shall not be considered National Disputes);

      (v)  questions regarding the performance and/or removal of the Settlement Fund Administrator;

      (vi)  disputes involving liability of successor entities;

      (vii)  disputes that require a determination of sufficient Subdivision and Special District participation to qualify for Incentives A, B, C, or D,;

      (viii)  disputes that require interpretation of Agreement terms (i) that concretely affect four (4) or more Settling States; and (ii) do not turn on unique definitions and interpretations under State law; and

      (ix)  any dispute subject to resolution under subsection XV.G.2 but for which all parties to the dispute agree to arbitration before the National Arbitration Panel under the provisions of this subsection XV.G.4.

*Februray 8, 2023*

b.     The "*National Arbitration Panel*" shall be comprised of three (3) neutral arbitrators. One (1) arbitrator shall be chosen by Teva, one (1) arbitrator shall be chosen by the Enforcement Committee with due input from Participating Subdivisions, and the third arbitrator shall be agreed upon by the first two (2) arbitrators. The membership of the National Arbitration Panel is intended to remain constant throughout the term of this Agreement, but in the event that replacements are required, the retiring arbitrator shall be replaced by the party that selected him/her.

     (i)     The National Arbitration Panel shall make reasonable best efforts to decide all matters within one hundred eighty (180) days of filing, and in no event shall it take longer than one (1) year.

     (ii)     The National Arbitration Panel shall conduct all proceedings in a reasonably streamlined process consistent with an opportunity for the parties to be heard. Issues shall be resolved without the need for live witnesses where feasible, and with a presumption in favor of remote participation to minimize the burdens on the parties.

     (iii)     To the extent allowed under state law, a Settling State, Participating Subdivision, and (at any party's request) the National Arbitration Panel may certify to an appropriate state court any question of state law. The National Arbitration Panel shall be bound by a final state court determination of such a certified question. The time period for the arbitration shall be tolled during the course of the certification process.

     (iv)     The arbitrators will give due deference to any authoritative interpretation of state law, including any declaratory judgment or similar relief obtained by a Settling State, Participating Subdivision, or Teva on a state law issue.

     (v)     The decisions of the National Arbitration Panel shall be binding on Settling States, Participating Subdivisions, Teva, and the Settlement Fund Administrator. In any proceeding before the National Arbitration Panel involving a dispute between a Settling State and Teva whose resolution could prejudice the rights of a Participating Subdivision(s) or Participating Special District(s) in that Settling State, such Participating Subdivision(s) or Participating Special District(s) shall be allowed to file a statement of view in the proceeding.

c.     Nothing herein shall be construed so as to limit or otherwise restrict a State from seeking injunctive or other equitable relief in state court to protect the health, safety, or welfare of its citizens.

*Februray 8, 2023*

     d.    Each party shall bear its own costs in any arbitration or court proceeding arising under this subsection XV.G. The costs for the arbitrators on the National Arbitration Panel shall be divided and paid equally by the disputing sides for each individual dispute, *e.g.*, a dispute between Teva and Settling States/Participating Subdivisions shall be split 50% by Teva and 50% by the Settling States/Participating Subdivisions that are parties to the dispute; a dispute between a Settling State and a Participating Subdivision shall be split 50% by the Settling State and 50% by any Participating Subdivisions that are party to the dispute.

5.    Prior to initiating an action to enforce pursuant to this subsection XV.G, the complaining party must:

     a.    Provide written notice to the Enforcement Committee of its complaint, including the provision of the Consent Judgment and/or Agreement that the practice appears to violate, as well as the basis for its interpretation of the disputed provision. The Enforcement Committee shall establish a reasonable process and timeline for obtaining additional information from the involved parties; *provided, however*, that the date the Enforcement Committee establishes for obtaining additional information from the parties shall not be more than forty-five (45) days following the notice.  The Enforcement Committee may advise the involved parties of its views on the complaint and/or seek to resolve the complaint informally.

     b.    Wait to commence any enforcement action until thirty (30) days after the date that the Enforcement Committee establishes for obtaining additional information from the involved parties.

6.    If the parties to a dispute cannot agree on the proper forum for resolution of the dispute under the provisions of subsections XV.G.2 or XV.G.4, a committee comprising the Enforcement Committee and sufficient representatives of Teva such that the members of the Enforcement Committee have a majority of one (1) member will determine the forum where the dispute will be initiated within twenty-eight (28) days of receiving notification of the dispute relating to the proper forum. The forum identified by such committee shall be the sole forum for determining where the dispute shall be heard, and the committee's identification of such forum shall not be entitled to deference by the forum selected.

**H.**    *No Effect*. Nothing in this Agreement shall be interpreted to limit the Settling State's Civil Investigative Demand ("CID") or investigative subpoena authority, to the extent such authority exists under applicable state law and the CID or investigative subpoena is issued pursuant to such authority, and Teva reserves all of its rights in connection with a CID or investigative subpoena issued pursuant to such authority.

*Februray 8, 2023*

# XVI.  **Miscellaneous**

A.   *No Admission.* Teva does not admit liability or wrongdoing. Neither this Agreement nor the Consent Judgments shall be considered, construed, or represented to be (1) an admission, concession, or evidence of liability or wrongdoing or (2) a waiver or any limitation of any defense otherwise available to Teva.

B.   *Population of Subdivisions.* The population figures for Subdivisions shall be the published U.S. Census Bureau's population estimates for July 1, 2019, released May 2020. These population figures shall remain unchanged during the term of this Agreement.

C.   *Population of Special Districts.* For any purpose in this Agreement in which the population of a Special District is used, other than the use of "Covered Special District": (a) School Districts' population will be measured by the number of students enrolled who are eligible under the Individuals with Disabilities Education Act ("*IDEA*") or Section 504 of the Rehabilitation Act of 1973; (b) Health Districts' and Hospital Districts' population will be measured at 25% of discharges; and (c) all other Special Districts' (including Fire Districts' and Library Districts') population will be measured at 10% of the population served.

D.   *Population Associated with Sheriffs.* For any purpose in this Agreement in which the population associated with a lawsuit by a sheriff is used, the population will be measured at 20% of the capacity of the jail(s) operated by the sheriff.

E.   *Most-Favored-Nation Provision.*

1.   If Teva enters into any settlement agreement with any Non-Settling State after November 23, 2022 that resolves Claims similar in scope to the Claims released by a Settling State under this Agreement on overall payment terms that are more favorable to such Non-Settling State on a net present value basis (calculated with a 7% discount rate) on overall payment terms the Non-Settling State would have received under this Agreement based on the same level of participation, then the Settling States, individually or collectively, may elect to seek review, pursuant to Section XVI.E.3, of the overall payment terms of this Agreement and the Non-Settling State agreement so that the Settling State(s) may obtain, with respect to Teva, overall payment terms at least as favorable as those obtained by such Non-Settling State.  "*Overall payment terms*" refers to consideration of all payment terms of the two agreements, taken together, including, but not limited to the amount of payments, the timing of payments, and conditions or contingencies on payments.

2.   For any settlement with a Non-Settling State involving Released Claims, Teva shall provide the Enforcement Committee with a copy of the settlement agreement or relevant Consent Judgment within thirty (30) calendar days of the consummation of such settlement.  The Enforcement Committee will promptly distribute such copy to all Settling States.

*Februray 8, 2023*

3.   In the event that the one or more Settling State(s) believes that the overall payment terms of an agreement by Teva with a Non-Settling State are more favorable to the Non-Settling State, when compared based on the totality of the considerations set forth in Section XVI.E.1, the Settling State(s) and Teva shall engage in the following process:

    a.   The Settling State(s) shall provide notice, within sixty (60) calendar days of the date on which a settlement agreement or Consent Judgment is provided to the Enforcement Committee, to Teva of its intent to seek revision of this Agreement to provide payment terms that are, on an overall basis, as favorable as those obtained by the Non-Settling State. Such notice shall be confidential and not disclosed publicly to the extent allowed by law and shall state, in detail, the basis for the Settling State's belief that it is entitled to a revision of the Agreement.

    b.   Teva shall, within thirty (30) calendar days, provide a response to the Settling State(s), explaining its position, in detail, as to whether the Settling State(s) is entitled to more favorable overall payment terms than those provided for in this Agreement.

    c.   In the event the Settling State(s) and Teva do not reach agreement as to the application of Section XVI.E.1, the Settling State(s) may petition the National Arbitration Panel to seek a ruling from the Panel as to the applicability of Section XVI.E.1, provided that the Settling State(s) may seek such review only if at least five (5) Settling States co-sign the petition. The Panel shall consider submissions and argument by the parties pursuant to the procedures set forth in Section XV.G.4.

    d.   The Settling State(s) and Teva shall be bound by the determination of the National Arbitration Panel.

4.   This Section XVI.E does not apply to, and there is no ability of any Settling State to seek or obtain revision of this Agreement based on, any Non-Settling State agreement with Teva that is entered into: (a) either the earlier of (i) after the close of expert discovery or (ii) after a date ninety (90) calendar days prior to the scheduled start date of a trial between Teva and the Non-Settling State or any severed or bifurcated portion thereof, provided that, where, in order to complete a settlement, a Non-Settling State and Teva jointly request an adjournment of the scheduled start date of a trial within ninety (90) days of that date, this exception will apply as if the trial date had not been adjourned; (b) with a Non-Settling State that previously litigated to judgment a case related to opioids against any manufacturer, distributor, or pharmacy; or, (c) the earlier of: (i) after a Non-Settling State has obtained any court order or judicial determination that grants judgment (in whole or in part) against Teva in the Non-Settling State's case; (ii) after a sanctions ruling against Teva in the Non-Settling State's case against Teva; or, (iii) after any ruling has issued in the Non-Settling State's case against any manufacturer, distributor, or pharmacy on the issue of joint and several liability.

*Februray 8, 2023*

The National Arbitration Panel shall have no power to review agreements that satisfy any of the conditions described in this paragraph.

5. This Section does not apply to, and there is no ability of any Settling State to seek or obtain revision of this Agreement based on, any agreement between Teva and (a) federally-recognized tribe(s), (b) Non-Participating Subdivisions or (3) Non-Participating Special Districts.  This Section XVI.E will not apply to any agreement entered into more than six (6) months after the Reference Date.

**F.** *Tax Reporting and Cooperation.*

1. Upon request by Teva, the Settling States, Participating Subdivisions, and Participating Special Districts agree to perform such further acts and to execute and deliver such further documents as may be reasonably necessary for Teva to establish the statements set forth in subsection VIII.G to the satisfaction of their tax advisors, their independent financial auditors, the Internal Revenue Service, or any other governmental authority, including as contemplated by Treasury Regulations Section 1.162-21(b)(3)(ii) and any subsequently proposed or finalized relevant regulations or administrative guidance.

2. Without limiting the generality of subsection XVI.F, each Settling State, Participating Subdivision, and Participating Special District shall cooperate in good faith with Teva with respect to any tax claim, dispute, investigation, audit, examination, contest, litigation, or other proceeding relating to this Agreement.

3. The Designated State, on behalf of all Settling States, Participating Subdivisions, and Participating Special Districts, shall designate one of its officers or employees to act as the "appropriate official" within the meaning of Treasury Regulations Section 1.6050X-1(f)(1)(ii)(B) (the "Appropriate Official").

4. Neither Teva nor the Settling States, Participating Subdivisions, and Participating Special Districts make any warranty or representation to any Settling jurisdiction or Releasor as to the tax consequences of the payment of the Compensatory Restitution Amount (or any portion thereof).

**G.** *No Third-Party Beneficiaries.* Except as expressly provided in this Agreement, no portion of this Agreement shall provide any rights to, or be enforceable by, any person or entity that is not a Settling State or Released Entity. No Settling State may assign or otherwise convey any right to enforce any provision of this Agreement.

**H.** *Calculation.* Any figure or percentage referred to in this Agreement shall be carried to seven decimal places.

**I.** *Construction.* None of the Parties and no Participating Subdivision shall be considered to be the drafter of this Agreement or of any of its provisions for the purpose of any statute, case law, or rule of interpretation or construction that would or might cause any provision to be construed against the drafter of this Agreement. The headings of the provisions of

60

this Agreement are not binding and are for reference only and do not limit, expand, or otherwise affect the contents or meaning of this Agreement.

**J.**     *Cooperation*. Each Party and each Participating Subdivision agrees to use its best efforts and to cooperate with the other Parties and Participating Subdivisions to cause this Agreement and the Consent Judgments to become effective, to obtain all necessary approvals, consents and authorizations, if any, and to execute all documents and to take such other action as may be appropriate in connection herewith. Consistent with the foregoing, each Party and each Participating Subdivision agrees that it will not directly or indirectly assist or encourage any challenge to this Agreement or any Consent Judgment by any other person, and will support the integrity and enforcement of the terms of this Agreement and the Consent Judgments.

**K.**     *Entire Agreement*. This Agreement, its exhibits and any other attachments, including the attorneys' fees and cost agreement in Exhibit R, embodies the entire agreement and understanding between and among the Parties and Participating Subdivisions relating to the subject matter hereof and supersedes (1) all prior agreements and understandings relating to such subject matter, whether written or oral and (2) all purportedly contemporaneous oral agreements and understandings relating to such subject matter.

**L.**     *Execution*. This Agreement may be executed in counterparts and by different signatories on separate counterparts, each of which shall be deemed an original, but all of which shall together be one and the same Agreement. One or more counterparts of this Agreement may be delivered by facsimile or electronic transmission with the intent that it or they shall constitute an original counterpart hereof. One or more counterparts of this Agreement may be signed by electronic signature.

**M.**     *Good Faith and Voluntary Entry*. Each Party warrants and represents that it negotiated the terms of this Agreement in good faith. Each of the Parties and signatories to this Agreement warrants and represents that it freely and voluntarily entered into this Agreement without any degree of duress or compulsion. The Parties state that no promise of any kind or nature whatsoever (other than the written terms of this Agreement) was made to them to induce them to enter into this Agreement.

**N.**     *No Prevailing Party.* The Parties each agree that they are not the prevailing party in this action, for purposes of any Claim for fees, costs, or expenses as prevailing parties arising under common law or under the terms of any statute, because the Parties have reached a good faith settlement. The Parties each further waive any right to challenge or contest the validity of this Agreement on any ground, including, without limitation, that any term is unconstitutional or is preempted by, or in conflict with, any current or future law.

**O.**     *Non-Admissibility.* The settlement negotiations resulting in this Agreement have been undertaken by the Parties and by certain representatives of the Participating Subdivisions in good faith and for settlement purposes only, and no evidence of negotiations or discussions underlying this Agreement shall be offered or received in evidence in any action or proceeding for any purpose. This Agreement shall not be offered or received in evidence in any action or proceeding for any purpose other than in an action or proceeding

61

*Februray 8, 2023*

arising under or relating to this Agreement or in any litigation or arbitration concerning Teva's right to coverage under an insurance contract.

**P.**    *Notices.* All notices or other communications under this Agreement shall be in writing (including but not limited to electronic communications) and shall be given to the recipients indicated below:

1.    For the Attorney(s) General:

Josh Stein, Attorney General
North Carolina Department of Justice
Attn: Daniel Mosteller
PO Box 629
Raleigh, NC 27602
Dmosteller@ncdoj.gov

Tom Miller, Attorney General
Office of the Attorney General of Iowa
Attn: Nathan Blake
1305 E. Walnut St.
Des Moines, IA 50319
Nathan.Blake@ag.iowa.gov

Jonathan Skrmetti, Attorney General
Office of the Tennessee Attorney General
Attn: Michael Leftwich
P.O. Box 20207
Nashville, TN, 37202-0207
Michael.Leftwich@ag.tn.gov

2.    For the Plaintiffs' Executive Committee:

Paul F. Farrell
Farrell Law
P.O. Box 1180
Huntington, WV 25714-1180
paul@farrellfuller.com

Jayne Conroy
Simmons Hanly Conroy LLC
112 Madison Avenue, 7th Floor
New York, NY 10016-7416
JConroy@simmonsfirm.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.

*Februray 8, 2023*

Mount Pleasant, SC 29464
jrice@motleyrice.com

Peter Mougey
Levin Papantonio Rafferty
316 South Baylen St.
Pensacola, FL 32502
pmougey@levinlaw.com

Paul J. Geller
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road
Boca Raton, FL 33432
PGeller@rgrdlaw.com

Steven Skikos
Skikos, Crawford, Skikos & Joseph, LLC
One Sansom Street, Suite 2830
San Francisco, CA 94104
sskikos@skikos.com

3.      For Teva:

Eric W. Sitarchuk
Rebecca J. Hillyer
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Eric.sitarchuck@morganlewis.com
Rebecca.hillyer@morganlewis.com

Frank Cavanagh
Director and Counsel - Government Investigations and Litigation
Teva Pharmaceuticals
400 Interpace Pkwy
Parsippany, NJ 07054
frank.cavanagh@tevapharm.com

Any Party or the Plaintiffs' Executive Committee may change or add the contact information of the persons designated to receive notice on its behalf by notice given (effective upon the giving of such notice) as provided in this subsection.

**Q.**    *No Waiver*. The waiver of any rights conferred hereunder shall be effective only if made by written instrument executed by the waiving Party or Parties. The waiver by any Party of any breach of this Agreement shall not be deemed to be or construed as a waiver of any other breach, whether prior, subsequent, or contemporaneous, nor shall such waiver be deemed to be or construed as a waiver by any other Party.

*Februray 8, 2023*

**R.**    *Preservation of Privilege.* Nothing contained in this Agreement or any Consent Judgment, and no act required to be performed pursuant to this Agreement or any Consent Judgment, is intended to constitute, cause, or effect any waiver (in whole or in part) of any attorney-client privilege, work product protection, or common interest/joint defense privilege, and each Party agrees that it shall not make or cause to be made in any forum any assertion to the contrary.

**S.**    *Successors.*

1.    This Agreement shall be binding upon, and inure to the benefit of, Teva and its respective successors and assigns.

2.    Teva shall not sell the majority of its voting stock or substantially all its assets without obtaining the acquiror's agreement that it will constitute a successor with respect to Teva's obligations under this Agreement.

3.    Teva shall not in one (1) transaction, or a series of related transactions, sell, or transfer assets (other than sales or transfers of inventories, or sales or transfers to an entity owed directly or indirectly by Teva) having a fair market value equal to twenty-five percent (25%) or more of the consolidated assets of Teva where the sale or transfer transaction is announced after the Reference Date, is not for fair consideration, and would foreseeably and unreasonably jeopardize Teva's ability to make the payments under this Agreement that are due on or before the third Payment Date following the close of a sale or transfer transaction. The above restriction shall not apply if Teva obtains the acquiror's agreement that it will be either a guarantor of or successor to the percentage of Teva's remaining Payment Obligations under this Agreement equal to the percentage of Teva's consolidated assets being sold or transferred in such transaction. Percentages under this section shall be determined in accordance with the United States generally accepted accounting principles and as of the date of Teva's most recent publicly filed consolidated balance sheet prior to the date of entry into the sale or transfer agreement at issue. This subsection XVI.S.3 shall be enforceable solely by the Enforcement Committee, and any objection under this subsection XVI.S.3 not raised within twenty (20) calendar days from the date that Teva transmits notice of the transaction to the Enforcement Committee is waived. Any dispute under this subsection XVI.S.3 shall be a National Dispute as described in subsection XV.E and must be raised exclusively with the National Arbitration Panel as described therein within twenty (20) calendar days of the announcement, and the sole remedy shall be an order enjoining the transaction.

**T.**    *Modification, Amendment, Alteration.* After the Reference Date, any modification, amendment, or alteration of this Agreement by the Parties shall be binding only if evidenced in writing signed by Teva along with the signatures of at least thirty-seven (37) of those then-serving Attorneys General of the Settling States along with a representation from each Attorney General that either: (1) the advisory committee or similar entity established or recognized by that Settling State (either pursuant to subsection VIII.F.2, by a State-Subdivision Agreement, or by statute) voted in favor of the modification,

64

amendment, or alteration of this Agreement including at least one Participating Subdivision-appointed member; or (2) in States without any advisory committee, that 50.1% of the Participating Subdivisions by population expressed approval of the modification, amendment, or alteration of this Agreement in writing. Provided, however, in the event the modification, amendment, or alteration relates to injunctive relief, interstate allocation between the Settling States, intrastate allocation in a particular Settling State, or fees or costs of Settling States and Participating Subdivisions, then every Settling State and each Participating Subdivision affected by that modification, amendment, or alteration must assent in writing. Provided further that, in the event the modification, amendment, or alteration relates to injunctive relief, then such amendment, modification, or alteration of injunctive relief against Teva will not be effective unless and until any Consent Judgment is modified by a court of competent jurisdiction, except as otherwise provided by the Injunctive Terms.

**U.** *Termination.*

1. Unless otherwise agreed to by Teva and the Settling State in question, this Agreement and all of its terms (except subsection XVI.O and any other non-admissibility provisions, which shall continue in full force and effect) shall be canceled and terminated with respect to the Settling State, and the Agreement and all orders issued by the courts in the Settling State pursuant to the Agreement shall become null and void and of no effect if one or more of the following conditions applies:

    a. A Consent Judgment approving this Agreement without modification of any of the Agreement's terms has not been entered as to the Settling State by a court of competent jurisdiction on or before one hundred eighty (180) days after the Effective Date; or

    b. This Agreement or the Consent Judgment as to that Settling State has been disapproved by a court of competent jurisdiction to which it was presented for approval and/or entry (or, in the event of an appeal from or review of a decision of such a court to approve this Agreement and the Consent Judgment, by the court hearing such appeal or conducting such review), and the time to appeal from such disapproval has expired, or, in the event of an appeal from such disapproval, the appeal has been dismissed or the disapproval has been affirmed by the court of last resort to which such appeal has been taken and such dismissal or disapproval has become no longer subject to further appeal (including, without limitation, review by the United States Supreme Court).

2. If this Agreement is terminated with respect to a Settling State and its Participating Subdivisions for whatever reason pursuant to subsection XVI.U.1, then:

    a. An applicable statute of limitation or any similar time requirement (excluding any statute of repose) shall be tolled from the date the Settling State signed this Agreement until the later of the time permitted by

*Februray 8, 2023*

applicable law or for one year from the date of such termination, with the effect that Teva and the Settling State in question shall be in the same position with respect to the statute of limitation as they were at the time the Settling State filed its action; and

b.     Teva and the Settling State and its Participating Subdivisions in question shall jointly move the relevant court of competent jurisdiction for an order reinstating the actions and Claims dismissed pursuant to the terms of this Agreement governing dismissal, with the effect that Teva and the Settling State and its Participating Subdivisions in question shall be in the same position with respect to those actions and Claims as they were at the time the action or Claim was stayed or dismissed.

3.     Unless Teva and the Enforcement Committee agree otherwise, this Agreement, with the exception of the Injunctive Relief Terms that have their own provisions on duration, shall terminate as to all Parties as of the Payment Date for Payment Year 13, *provided* that Teva has performed its payment obligations under the Agreement as of that date. Notwithstanding any other provision in this Agreement, all releases under this Agreement will remain effective despite any termination under this paragraph.

**V.**     *Waiver*. Teva, for good and valuable consideration the receipt of which is acknowledged, hereby (a) waives, foregoes and relinquishes all rights to utilize and/or seek relief under any of the following laws of the State of Texas for the restructuring of any of its business affairs: Tex. Bus. Orgs. Code § 10.003 (Contents of Plan of Merger: More Than One Successor) or any other statute of Subchapter A of Chapter 10 of Tex. Bus. Orgs. Code to the extent such statute relates to multi-successor mergers (and/or any other similar laws or statutes in any other state or territory); Tex. Bus. Orgs. Code §§ 11.01–11.414 (Winding Up and Termination of Domestic Entity); or Tex. Bus. & Com. Code §§ 23.01–23.33 (Assignments for the Benefit of Creditors) (collectively, the "Texas Statutes"), and (b) agrees, warrants and represents that it will not file, request or petition for relief under the Texas Statutes, in each case until such time as all of Teva's obligations incurred hereunder are satisfied in full.  The foregoing waiver and relinquishment includes, without limitation, until such time as all of Teva's obligations hereunder are satisfied in full, Teva's rights to execute a divisional merger or equivalent transaction or restructuring that in each case has the intent or foreseeable effect of (i) separating material assets from material liabilities and (ii) assigning or allocating all or a substantial portion of those liabilities to any subsidiary or affiliate that files for relief under chapter 11 of the Bankruptcy Code, or pursuant to which such subsidiary or affiliate that files for relief under chapter 11 of the Bankruptcy Code would be assuming or retaining all or a substantial portion of those liabilities.

**W.**     *Affirmative Representation of Solvency.* Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. hereby warrant and represent that, as of the date of the execution of this Agreement, it is not insolvent as such term is defined and interpreted under 11 U.S.C. §§101 et seq. ("Code") including, without limitation, Code §§ 547 and 548.

*Februray 8, 2023*

**X.**     *Governing Law.* Except (1) as otherwise provided in the Agreement or (2) as necessary, in the sole judgment of the National Arbitration Panel, to promote uniformity of interpretation for matters within the scope of the National Arbitration Panel's authority, this Agreement shall be governed by and interpreted in accordance with the respective laws of the Settling State, without regard to the conflict of law rules of such Settling State, that is seeking to enforce the Agreement against Teva or against which Teva is seeking enforcement. Notwithstanding any other provision in this subsection on governing law, any disputes relating to the Settlement Fund Escrow shall be governed by and interpreted in accordance with the law of the state where the escrow agent has its primary place of business.

67

## Teva Global Settlement Exhibits

**Exhibit A  Alleged Harms** ................................................................................................. A-1

**Exhibit B  Enforcement Committee Organizational Bylaws** ............................................. B-1

**Exhibit C  Litigating Subdivisions and Special District List** ........................................... C-1

**Exhibit D  Settling States Plan for Acceptance and Delivery of Settlement Product** ......... D-1

**Exhibit E  List of Opioid Remediation Uses** ................................................................... E1

**Exhibit F-1  "State Global Allocation Percentages"** ......................................................... F-1

**Exhibit F-2  "State Allocation Percentages"** ................................................................... F-3

**Exhibit G  Subdivisions and Special Districts Eligible to Receive Direct Allocations**
        **from the Subdivision Fund and Subdivision Fund Allocation Percentages** ...... G-1

**Exhibit H  Participation by Oklahoma Subdivisions and Special Districts** ....................... H-1

**Exhibit I  Primary Subdivisions and Subdivisions with Population Over 10,000** ............... I-1

**Exhibit J  Teva's Subsidiaries, Affiliates, and Joint Ventures** ......................................... J-1

**Exhibit K  Subdivision and Special District Settlement Participation Form** ..................... K-1

**Exhibit L  Settlement Fund Administrator** ...................................................................... L-1

**Exhibit M  Settlement Payment Schedule** ....................................................................... M-1

**Exhibit N  Additional Restitution Amount Allocation** ...................................................... N-1

**Exhibit O  Adoption of a State-Subdivision Agreement** ................................................... O-1

**Exhibit P  Teva Injunctive Term Sheet** ........................................................................... P-1

**Exhibit Q  Anda Injunctive Relief** ................................................................................... Q-1

**Exhibit R  Agreement on Attorneys' Fees, Expenses and Costs** ........................................ R-1

**Exhibit S  Agreement on the State Outside Counsel Fee Fund**
        **for Manufacturer Settlements** .................................................................... S-1

**Exhibit T  Agreement on the State Cost Fund Administration** ........................................... T-1

**Exhibit A**
**Alleged Harms**

The following export reports that were filed in connection with the case captioned *In re National Prescription Opiate Litigation*, No. 1-17-md-02804 (S.D. Ohio):

1. Expert report of Professor David Cutler, dated March 25, 2019.

2. Expert report of Dr. Jeffrey B. Liebman, dated March 25, 2019.

3. Expert report of Professor Thomas McGuire regarding damages to Bellwethers, dated March 25, 2019.

4. Report of Professor Thomas McGuire regarding public nuisance, dated March 25, 2019.

**Exhibit B**
**Enforcement Committee Organizational Bylaws**

**ARTICLE I**

These bylaws constitute the code of rules adopted by the Settling States and Participating Subdivisions for the creation of an Enforcement Committee (the "Committee") to exist and operate during the term of the Agreement in connection with Teva and shall control the regulation and management of the Committee's affairs.

**ARTICLE II**
**Purpose**

The Committee is organized for the sole purpose of evaluating and taking such action as deemed reasonable, necessary, and appropriate by the members of the Committee on the matters delegated to the Committee under that certain Settlement Agreement between the Settling States and Teva dated November 22, 2022.

**ARTICLE III**
**Members of the Committee**

**(1)    Number of Members**

The Committee will consist of thirteen (13) members (the "Members"). Upon majority resolution of the Committee, the number of Members may be increased or decreased from time to time, but in no event shall a decrease have the effect of decreasing the total number of Members to less than seven Members.

**(2)    Initial Members**

The Committee initially will consist of eight (8) Settling State Members and five (5) Participating Subdivision Members; two (2) of the Participating Subdivisions shall be counties; two (2) shall be municipalities, and the fifth Participating Subdivision Member may be either a county or a municipality. The initial Settling State Members are representatives from: California, Illinois, Iowa, New York, North Carolina, Ohio, Tennessee and Virginia. The initial Participating Subdivision Members are: [•]. Until the date fifteen (15) months from the Effective Date contained in the Settlement Agreement, the Participating Subdivisions may designate their outside counsel to serve as their representative. After the date fifteen (15) months from the Effective Date, an employee or official of the Participating Subdivision must be designated as the representative of the Participating Subdivision.

**(3)    Term of Members**

The term of office for Members of the Committee will be until the end of the term of the Settlement Agreement, thirteen (13) years, unless and until a Member withdraws or resigns from the Committee.

**(4)**      **Resignation**

Any Member may resign at any time by delivering written notice to the Chairperson of the Committee. Such resignation shall take effect upon receipt or, if later, at the time specified in the notice.

**(5)**      **Removal**

(a) Any Member may be removed without cause, at any time, by a majority of the entire Committee, at a Regular or Special Meeting called for that purpose. Any Member under consideration of removal must first be notified about the consideration by written notice at least five days prior to the meeting at which the vote takes place.

(b)  In the event that any Member is not a Settling State or a Participating Subdivision or the Member subsequently becomes a Later Litigating Subdivision, the Member shall be removed immediately without notice or vote of the Committee.

**(6)**      **Vacancies**

In the event of a vacancy, the Members of the same type (Settling State or Participating Subdivision) shall select another Settling State or Participating Subdivision to fill that Member's position.

**(7)**      **Compensation**

Members shall not receive any salaries or other compensation for their services, but, by resolution of the Committee, may be reimbursed for any actual expenses incurred in the performance of their duties for the Committee, as long as a majority of disinterested Members approve the reimbursement. Any reimbursement shall be sought from the Settlement Fund Administrator.

**ARTICLE IV**
**Conflicts of Interest and Code of Ethics**

If a Member, agent, or employee of the Committee has a conflict of interest, he or she may not participate in a vote, discussion, or decision about the matter. Each Member shall follow any applicable state or local law with respect to conflicts, gifts, and ethics.

**ARTICLE V**
**Committee Meetings**

**(1)**      **Place of Meetings**

Meetings of the Committee will be held at any place that the Chairperson may designate, including by telephonic or electronic means.

**(2)**      **Regular Meetings**

Regular meetings of the Committee shall be held as deemed necessary by the Chairperson or any three members.

B-2

**(3)     Notice of Meetings**

Written notice of the date, time, place and subject of each meeting must be provided to the Members at least 72 hours before the scheduled time of the meeting, except when there is an emergency or urgent public necessity.

**(4)     Quorum**

A majority of the incumbent Members (not counting vacancies) shall constitute a quorum for the purposes of convening a meeting or conducting business.

**(5)     Voting and Proxy**

When it is necessary to vote on any matter before the Committee, Members may vote by electronic means as provided in these Bylaws. Proxy voting is permitted. In order for a matter to pass, the matter must have a majority vote of Members present and must have at least one vote from a Settling State Member and a Participating Subdivision Member. In the event that there is a Quorum, but no Settling State or Participating Subdivision Member is present, then a matter may pass with a simple majority vote.

**(6)     Minutes**

The Committee shall prepare and keep minutes. The minutes must state the subject of each deliberation and indicate each vote, order, decision, or other action taken.

## ARTICLE VI

### Officers

**(1)     Roster of Officers**

The Committee shall have a Chairperson, a Vice Chairperson, and a Secretary. The Committee may have at its discretion, such other officers as may be appointed by the Members of the Committee. One person may hold two or more offices, except those serving as Chairperson.

**(2)     Election and Removal of Officers**

All officers shall serve two-year terms. The election shall be conducted at the first meeting of the fiscal year. Officers shall remain in office until their successors have been selected. Officers may serve consecutive terms without limit. The election of officers shall be by majority vote of the Members of the Committee attending the meeting.

**(3)     Vacancies**

If a vacancy occurs during the term of office for any elected officer, the Members of the Committee shall elect a new officer to fill the remainder of the term as soon as practical, by majority vote of Members present.

(4)     **Chairperson**

The Chairperson will supervise and control the affairs of the Committee and shall exercise such supervisory powers as may be given him/her by the Members of the Committee. The Chairperson will perform all duties incident to such office and such other duties as may be provided in these bylaws or as may be prescribed from time to time by the Committee. The Chairperson shall preside at all meetings and shall exercise parliamentary control in accordance with Robert's Rules of Order.

(5)     **Vice Chairperson**

The Vice Chairperson shall act in place of the Chairperson in the event of the Chairperson's absence, inability, or refusal to act, and shall exercise and discharge such other duties as may be required by the Committee. The Vice Chairperson shall serve as the parliamentarian and interpret any ambiguities of the bylaws.

(6)     **Secretary**

The Secretary will keep and maintain all records related to the Committee and take minutes of all meetings.

(7)     **Records**

All elected officers and committee chairpersons shall relinquish their records to the Chairperson immediately upon the completion of their term of office or completion of a project.

(8)     **Resignation**

An officer may resign the office while not resigning membership from the Committee, by submitting a letter to the Chairperson. Vacancies occurring in any office shall be appointed for the remainder of the term.

## ARTICLE VII
## Duties

(1)     **Prior to the Reference Date**
The Committee shall be responsible for any additional negotiations with Teva, including, but not limited to, negotiating extensions of any periods created by the Settlement Agreement.

(2)     **After the Effective Date**
The Committee shall establish procedures for the receipt of notices that a dispute exists concerning the Agreement and review of such disputes, pursuant to Section XV of the Agreement. Members may engage with Teva, Settling States, and Participating Subdivisions attempting to resolve any dispute without further action by the Committee. The Committee may request additional information from Teva, Settling States, and Participating Subdivisions to the extent the Committee believes such information is necessary to understand, resolve, or provide advice related to a dispute. The Committee

shall endeavor to provide advice relative to the dispute no later than 60 days after receipt of notice.

### ARTICLE VIII
### Rules of Procedure

The proceedings and business of the Committee shall be governed by Robert's Rules of Order unless otherwise waived by the Committee.

### ARTICLE IX
### Operations

**(1)    Records**

The Committee will keep correct and complete records and will also keep minutes of the proceedings of the Committee meetings and Committees. The Committee will keep such records at its principal place of business at a place designated by the Chairperson.

All elected officers and committee chairpersons shall relinquish their records to the Chairperson, immediately upon the completion of their term of office.

**(2)    Inspection of Books and Records**

The minutes of a meeting are public records and shall be available for public inspection and copying on request to the Committee's Chairperson or the Chairperson's designee.

**(3)    Amendments**

The bylaws may be amended at any time by a vote of a majority of Members present and must have at least one vote from a Settling State Member and a Participating Subdivision Member. In the event that there is a Quorum, but no Settling State or Participating Subdivision Member is present, then a matter may pass with a simple majority vote.

**Exhibit C**
**Litigating Subdivisions and Special District List**

1. Abbeville (AL), City of, Alabama
2. Alabaster (AL), City of, Alabama
3. Albertville (AL), City of, Alabama
4. Alexander (AL), City of, Alabama
5. Anniston (AL), City of, Alabama
6. Arab (AL), City of, Alabama
7. Argo (AL), City of, Alabama
8. Ashland (AL), City of, Alabama
9. Ashville (AL), City of, Alabama
10. Athens (AL), City of, Alabama
11. Attalla (AL), City of, Alabama
12. Attentus Moulton, LLC d/b/a Lawrence Medical Center Lawrence (AL), Alabama
13. Auburn (AL), City of, Alabama
14. Autauga (AL), County of, Alabama
15. Baldwin (AL), County of, Alabama
16. Barbour (AL), County of, Alabama
17. Bay Minette (AL), City of, Alabama
18. Berry (AL), Town of, Alabama
19. Bessemer (AL), City of, Alabama
20. Bibb (AL), County of, Alabama
21. Bibb County Healthcare Authority (AL), Alabama
22. Birmingham (AL), City of, Alabama
23. Blount (AL), County of, Alabama
24. Boaz (AL), City of, Alabama
25. Brent (AL), City of, Alabama
26. Brewton (AL), City of, Alabama
27. Bridgeport (AL), City of, Alabama
28. Brookwood (AL), City of, Alabama
29. Brundidge (AL), City of, Alabama
30. Bullock (AL), County of, Alabama
31. Butler (AL), County of, Alabama
32. Butler (AL), Town of, Alabama
33. Calera (AL), City of, Alabama
34. Calhoun (AL), County of, Alabama
35. Camp Hill (AL), Town of, Alabama
36. Carbon Hill (AL), City of, Alabama
37. Cedar Bluff (AL), Town of, Alabama
38. Center Point (AL), City of, Alabama
39. Centre (AL), City of, Alabama
40. Centreville (AL), City of, Alabama
41. Chambers (AL), County of, Alabama
42. Cherokee (AL), County of, Alabama
43. Cherokee (AL), Town of, Alabama
44. Chickasaw (AL), City of, Alabama
45. Childersburg (AL), City of, Alabama
46. Chilton, AL (AL), County of, Alabama
47. Choctaw (AL), County of, Alabama
48. Clanton (AL), City of, Alabama
49. Clarke (AL), County of, Alabama
50. Clay (AL), County of, Alabama
51. Cleburne (AL), County of, Alabama
52. Cleveland (AL), Town of, Alabama
53. Coffee (AL), County of, Alabama
54. Colbert (AL), County of, Alabama
55. Conecuh (AL), County of, Alabama
56. Coosa (AL), County of, Alabama
57. Cordova (AL), City of, Alabama
58. Covington (AL), County of, Alabama
59. Crenshaw (AL), County of, Alabama
60. Cullman (AL), City of, Alabama
61. Cullman (AL), County of, Alabama
62. Cullman County Health Care Authority (AL), Alabama
63. Dadeville (AL), City of, Alabama
64. Dale (AL), County of, Alabama
65. Dale County Healthcare Authority (AL), Alabama
66. Daleville (AL), City of, Alabama
67. Dallas (AL), County of, Alabama
68. Daphne (AL), City of, Alabama
69. Dauphin Island (AL), Town of, Alabama
70. Decatur (AL), City of, Alabama
71. DeKalb (AL), County of, Alabama
72. Demopolis (AL), City of, Alabama

73. Dora (AL), City of, Alabama
74. Dothan (AL), City of, Alabama
75. Double Springs (AL), Town of, Alabama
76. Douglas (AL), Town of, Alabama
77. East Brewton (AL), City of, Alabama
78. Elmore (AL), County of, Alabama
79. Enterprise (AL), City of, Alabama
80. Escambia (AL), County of, Alabama
81. Etowah (AL), County of, Alabama
82. Etowah (AL), County of (Sheriff), Alabama
83. Eufaula (AL), City of, Alabama
84. Evergreen (AL), City of, Alabama
85. Fairfield (AL), City of, Alabama
86. Fairhope (AL), City of, Alabama
87. Faunsdale (AL), Town of, Alabama
88. Fayette (AL), City of, Alabama
89. Fayette (AL), County of, Alabama
90. Fayette (AL), County of (Sheriff), Alabama
91. Florence (AL), City of, Alabama
92. Foley (AL), City of, Alabama
93. Fort Deposit (AL), Town of, Alabama
94. Fort Payne (AL), City of, Alabama
95. Franklin (AL), County of, Alabama
96. Fultondale (AL), City of, Alabama
97. Gadsden (AL), City of, Alabama
98. Geneva (AL), City of, Alabama
99. Geneva (AL), County of, Alabama
100. Geneva County Healthcare Authority (AL), Alabama
101. Georgiana (AL), City of, Alabama
102. Geraldine (AL), Town of, Alabama
103. Gilbertown (AL), Town of, Alabama
104. Grant (AL), Town of, Alabama
105. Graysville (AL), City of, Alabama
106. Greene (AL), County of, Alabama
107. Greene County Hospital Board (AL), Alabama
108. Greensboro (AL), City of, Alabama
109. Greenville (AL), City of, Alabama
110. Guin (AL), City of, Alabama
111. Guntersville (AL), City of, Alabama
112. Gurley (AL), Town of, Alabama
113. Hale (AL), County of, Alabama
114. Haleyville (AL), City of, Alabama
115. Hamilton (AL), City of, Alabama
116. Hammondville (AL), Town of, Alabama
117. Hartselle (AL), City of, Alabama
118. Headland (AL), City of, Alabama
119. Henagar (AL), City of, Alabama
120. Henry (AL), County of, Alabama
121. HH Health System - Athens Limestone, LLC d/b/a Athens Limestone Hospital (AL), Alabama
122. HH Health System - Morgan, LLC d/b/a Decatur Morgan Hospital - Decatur and Decatur Morgan Hospital - Parkway (AL), Alabama
123. HH Health System - Shoals, LLC d/b/a Helen Keller Hospital and Red Bay Hospital (AL), Alabama
124. Homewood (AL), City of, Alabama
125. Hoover (AL), City of, Alabama
126. Houston (AL), County of, Alabama
127. Hueytown (AL), City of, Alabama
128. Huntsville (AL), City of, Alabama
129. Irondale (AL), City of, Alabama
130. J. Paul Jones Hospital (AL), Alabama
131. Jackson (AL), County of, Alabama
132. Jackson County Health Care Authority (AL), Alabama
133. Jacksonville (AL), City of, Alabama
134. Jasper (AL), City of, Alabama
135. Jefferson (AL), County of, Alabama
136. Jefferson (AL), County of (Sheriff), Alabama
137. Killen (AL), City of, Alabama
138. Lamar (AL), County of, Alabama
139. Lamar (AL), County of (Sheriff), Alabama
140. Lanett (AL), City of, Alabama
141. Lauderdale (AL), County of, Alabama
142. Lawrence (AL), County of, Alabama
143. Leeds (AL), City of, Alabama
144. Leesburg (AL), City of, Alabama
145. Leighton (AL), Town of, Alabama

146. Level Plains (AL), City of, Alabama
147. Limestone (AL), County of, Alabama
148. Lincoln (AL), City of, Alabama
149. Linden (AL), City of, Alabama
150. Locust Fork (AL), Town of, Alabama
151. Louisville (AL), City of, Alabama
152. Lowndes (AL), County of, Alabama
153. Loxley (AL), Town of, Alabama
154. Luverne (AL), City of, Alabama
155. Macon (AL), County of, Alabama
156. Madison (AL), City of, Alabama
157. Madison (AL), County of, Alabama
158. Marengo (AL), County of, Alabama
159. Marion (AL), City of, Alabama
160. Marion (AL), County of, Alabama
161. Marshall (AL), County of, Alabama
162. Marshall County Health Care Authority, (AL), County of, Alabama
163. McKenzie (AL), Town of, Alabama
164. Medical West Hospital Authority, d/b/a Medical West (AL), Alabama
165. Midfield (AL), City of, Alabama
166. Millbrook (AL), City of, Alabama
167. Mobile (AL), City of, Alabama
168. Mobile (AL), County of, Alabama
169. Mobile County Board of Health and Family Oriented Primary Health Care Clinic (AL), Alabama
170. Mobile County Emergency Medical Services System Rescue Squad (AL), Alabama
171. Monroe (AL), County of, Alabama
172. Monroeville (AL), City of, Alabama
173. Montgomery (AL), City of, Alabama
174. Montgomery (AL), County of, Alabama
175. Moody (AL), City of, Alabama
176. Morgan (AL), County of, Alabama
177. Moulton (AL), City of, Alabama
178. Mountain Brook (AL), City of, Alabama
179. Munford (AL), Town of, Alabama
180. Muscle Shoals (AL), City of, Alabama
181. Nauvoo (AL), City of, Alabama
182. New Hope (AL), City of, Alabama
183. Northport, AL, (AL), City of, Alabama
184. Oakman (AL), City of, Alabama
185. Oakman (AL), Town of, Alabama
186. Oneonta (AL), City of, Alabama
187. Opelika (AL), City of, Alabama
188. Opp (AL), City of, Alabama
189. Orange Beach (AL), City of, Alabama
190. Oxford (AL), City of, Alabama
191. Ozark (AL), City of, Alabama
192. Parrish (AL), City of, Alabama
193. Pell City (AL), City of, Alabama
194. Perry (AL), County of, Alabama
195. Phenix (AL), City of, Alabama
196. Pickens (AL), County of, Alabama
197. Piedmont (AL), City of, Alabama
198. Pike (AL), County of, Alabama
199. Pleasant Grove (AL), City of, Alabama
200. Powell (AL), Town of, Alabama
201. Prattville (AL), City of, Alabama
202. Priceville (AL), Town of, Alabama
203. Prichard (AL), City of, Alabama
204. Ragland (AL), City of, Alabama
205. Rainbow City (AL), City of, Alabama
206. Rainsville (AL), City of, Alabama
207. Randolph (AL), County of, Alabama
208. Red Bay (AL), City of, Alabama
209. Roanoke (AL), City of, Alabama
210. Robertsdale (AL), City of, Alabama
211. Rockford (AL), Town of, Alabama
212. Russell (AL), County of, Alabama
213. Russellville (AL), City of, Alabama
214. Saint Clair (AL), County of, Alabama
215. Saraland (AL), City of, Alabama
216. Satsuma (AL), City of, Alabama
217. Scottsboro (AL), City of, Alabama
218. Semmes (AL), City of, Alabama
219. Selma (AL), City of, Alabama
220. Sheffield (AL), City of, Alabama
221. Shelby (AL), County of, Alabama
222. Sipsey (AL), City of, Alabama

223. Slocomb (AL), City of, Alabama
224. Spanish Fort (AL), City of, Alabama
225. Springville (AL), City of, Alabama
226. Summerdale (AL), Town of, Alabama
227. Sumiton (AL), City of, Alabama
228. Sumter (AL), County of, Alabama
229. Sweet Water (AL), Town of, Alabama
230. Sylacauga (AL), City of, Alabama
231. Sylacauga Health Care Authority (AL), Alabama
232. Talladega (AL), City of, Alabama
233. Talladega (AL), County of, Alabama
234. Tallapoosa (AL), County of, Alabama
235. The DCH Health Care Authority, d/b/a DCH Regional Medical Center (AL), Alabama
236. The Health Care Authority of Clarke d/b/a Grove Hill Memorial Hospital (AL), County of, Alabama
237. The Health Care Authority of Morgan - City of Decatur (AL), County of, Alabama
238. The Health Care Authority of the City of Huntsville d/b/a HH Health System (AL), Alabama
239. The Health Care Authority of the City of Huntsville d/b/a Huntsville Hospital (AL), Alabama
240. The Health Care Authority of the City of Huntsville d/b/a Huntsville Hospital for Women and Children (AL), Alabama
241. The Health Care Authority of the City of Huntsville d/b/a Madison Hospital (AL), Alabama
242. The Healthcare Authority for Baptist Health, d/b/a Baptist Medical Center East (AL), Alabama
243. Thomasville (AL), City of, Alabama
244. Tombigbee HealthCare Authority (AL), Alabama
245. Troy (AL), City of, Alabama
246. Trussville (AL), City of, Alabama
247. Tuscaloosa (AL), City of, Alabama
248. Tuscaloosa (AL), County of, Alabama
249. Tuscumbia (AL), City of, Alabama

250. Tuskegee (AL), City of, Alabama
251. Union Springs (AL), City of, Alabama
252. Uniontown (AL), City of, Alabama
253. Vance (AL), Town of, Alabama
254. Vernon (AL), City of, Alabama
255. Vestavia Hills (AL), City of, Alabama
256. Walker (AL), County of, Alabama
257. Washington (AL), County of, Alabama
258. Weaver (AL), City of, Alabama
259. West Blocton (AL), Town of, Alabama
260. Wetumpka (AL), City of, Alabama
261. Wilcox (AL), County of, Alabama
262. Winfield (AL), City of, Alabama
263. Woodville (AL), Town of, Alabama
264. Yellow Bluff (AL), Town of, Alabama
265. Apache (AZ), County of, Arizona
266. Bullhead (AZ), City of, Arizona
267. Cochise (AZ), County of, Arizona
268. Glendale (AZ), City of, Arizona
269. Kingman (AZ), City of, Arizona
270. La Paz (AZ), County of, Arizona
271. Maricopa (AZ), County of, Arizona
272. Mohave (AZ), County of, Arizona
273. Navajo (AZ), County of, Arizona
274. Phoenix (AZ), City of, Arizona
275. Pima (AZ), County of, Arizona
276. Pinal (AZ), County of, Arizona
277. Prescott (AZ), City of, Arizona
278. Surprise (AZ), City of, Arizona
279. Tucson (AZ), City of, Arizona
280. Yuma (AZ), County of, Arizona
281. Adona (AR), City of, Arkansas
282. Alexander (AR), City of, Arkansas
283. Alicia (AR), City of, Arkansas
284. Allport (AR), City of, Arkansas
285. Alma (AR), City of, Arkansas
286. Almyra (AR) City of, Arkansas
287. Alpena (AR), City of, Arkansas
288. Altheimer (AR), City of, Arkansas
289. Altus (AR), City of, Arkansas
290. Amagon (AR), City of, Arkansas

C-4

291. Amity (AR), City of, Arkansas
292. Anthonyville (AR), City of, Arkansas
293. Antoine (AR), City of, Arkansas
294. Arkadelphia (AR), City of, Arkansas
295. Arkansas (AR), County of, Arkansas
296. Arkansas City (AR), City of, Arkansas
297. Ash Flat (AR), City of, Arkansas
298. Ashdown (AR), City of, Arkansas
299. Ashley (AR), County of, Arkansas
300. Atkins (AR), City of, Arkansas
301. Aubrey (AR), City of, Arkansas
302. Augusta (AR), City of, Arkansas
303. Austin (AR), City of, Arkansas
304. Avoca (AR), City of, Arkansas
305. Bald Knob (AR), City of, Arkansas
306. Banks (AR), City of, Arkansas
307. Barling (AR), City of, Arkansas
308. Bassett (AR), City of, Arkansas
309. Batesville (AR), City of, Arkansas
310. Bauxite (AR), City of, Arkansas
311. Baxter (AR), County of, Arkansas
312. Bay (AR), City of, Arkansas
313. Bearden (AR), City of, Arkansas
314. Beaver (AR), City of, Arkansas
315. Beebe (AR), City of, Arkansas
316. Beedeville (AR), City of, Arkansas
317. Bella Vista (AR), City of, Arkansas
318. Bellefonte (AR), City of, Arkansas
319. Belleville (AR), City of, Arkansas
320. Ben Lomond (AR), City of, Arkansas
321. Benton (AR), City of, Arkansas
322. Benton (AR), County of, Arkansas
323. Bentonville (AR), City of, Arkansas
324. Bergman (AR), City of, Arkansas
325. Berryville (AR), City of, Arkansas
326. Big Flat (AR), City of, Arkansas
327. Bigelow (AR), City of, Arkansas
328. Biggers (AR), City of, Arkansas
329. Birdsong (AR), City of, Arkansas
330. Black Oak (AR), City of, Arkansas
331. Black Rock (AR), City of, Arkansas
332. Black Springs (AR), City of, Arkansas
333. Blevins (AR), City of, Arkansas
334. Blue Eye (AR), City of, Arkansas
335. Blue Mountain (AR), City of, Arkansas
336. Bluff City (AR), City of, Arkansas
337. Blytheville (AR), City of, Arkansas
338. Bodcaw (AR), City of, Arkansas
339. Bonanza (AR), City of, Arkansas
340. Bono (AR), City of, Arkansas
341. Boone (AR), County of, Arkansas
342. Booneville (AR), City of, Arkansas
343. Bradford (AR), City of, Arkansas
344. Bradley (AR), City of, Arkansas
345. Bradley (AR), County of, Arkansas
346. Branch (AR), City of, Arkansas
347. Briarcliff (AR), City of, Arkansas
348. Brinkley (AR), City of, Arkansas
349. Brookland (AR), City of, Arkansas
350. Bryant (AR), City of, Arkansas
351. Buckner (AR), City of, Arkansas
352. Bull Shoals (AR), City of, Arkansas
353. Burdette (AR), City of, Arkansas
354. Cabot (AR), City of, Arkansas
355. Caddo Valley (AR), City of, Arkansas
356. Caldwell (AR), City of, Arkansas
357. Cale (AR), City of, Arkansas
358. Calhoun (AR), County of, Arkansas
359. Calico Rock (AR), City of, Arkansas
360. Calion (AR), City of, Arkansas
361. Camden (AR), City of, Arkansas
362. Cammack Village (AR), City of, Arkansas
363. Campbell Station (AR), City of, Arkansas
364. Caraway (AR), City of, Arkansas
365. Carlisle (AR), City of, Arkansas
366. Carroll (AR), County of, Arkansas
367. Carthage (AR), City of, Arkansas
368. Casa (AR), City of, Arkansas
369. Cash (AR), City of, Arkansas
370. Caulksville (AR), City of, Arkansas
371. Cave City (AR), City of, Arkansas
372. Cave Springs (AR), City of, Arkansas

C-5

373. Cedarville (AR), City of, Arkansas
374. Centerton (AR), City of, Arkansas
375. Central City (AR), City of, Arkansas
376. Charleston (AR), City of, Arkansas
377. Cherokee Village (AR), City of, Arkansas
378. Cherry Valley (AR), City of, Arkansas
379. Chester (AR), City of, Arkansas
380. Chicot (AR), County of, Arkansas
381. Chidester (AR), City of, Arkansas
382. Clarendon (AR), City of, Arkansas
383. Clark (AR), County of, Arkansas
384. Clarkedale (AR), City of, Arkansas
385. Clarksville (AR), City of, Arkansas
386. Clay (AR), County of, Arkansas
387. Cleburne (AR), County of, Arkansas
388. Cleveland (AR), County of, Arkansas
389. Clinton (AR), City of, Arkansas
390. Coal Hill (AR), City of, Arkansas
391. Colt (AR), City of, Arkansas
392. Columbia (AR), County of, Arkansas
393. Concord (AR), City of, Arkansas
394. Conway (AR), City of, Arkansas
395. Conway (AR), County of, Arkansas
396. Corinth (AR), City of, Arkansas
397. Corning (AR), City of, Arkansas
398. Cotter (AR), City of, Arkansas
399. Cotton Plant (AR), City of, Arkansas
400. Cove (AR), City of, Arkansas
401. Coy (AR), City of, Arkansas
402. Craighead (AR), County of, Arkansas
403. Crawford (AR), County of, Arkansas
404. Crawfordsville (AR), City of, Arkansas
405. Crittenden (AR), County of, Arkansas
406. Cross (AR), County of, Arkansas
407. Crossett (AR), City of, Arkansas
408. Cushman (AR), City of, Arkansas
409. Daisy (AR), City of, Arkansas
410. Dallas (AR), County of, Arkansas
411. Damascus (AR), City of, Arkansas
412. Danville (AR), City of, Arkansas
413. Dardanelle (AR), City of, Arkansas

414. Datto (AR), City of, Arkansas
415. De Queen (AR), City of, Arkansas
416. De Valls Bluff (AR), City of, Arkansas
417. Decatur (AR), City of, Arkansas
418. Delaplaine (AR), City of, Arkansas
419. Delight (AR), City of, Arkansas
420. Dell (AR), City of, Arkansas
421. Denning (AR), City of, Arkansas
422. Dermott (AR), City of, Arkansas
423. Des Arc (AR), City of, Arkansas
424. Desha (AR), County of, Arkansas
425. DeWitt (AR), City of, Arkansas
426. Diamond City (AR), City of, Arkansas
427. Diaz (AR), City of, Arkansas
428. Dierks (AR), City of, Arkansas
429. Donaldson (AR), City of, Arkansas
430. Dover (AR), City of, Arkansas
431. Drew County (AR), Arkansas
432. Dumas (AR), City of, Arkansas
433. Dyer (AR), City of, Arkansas
434. Dyess (AR), City of, Arkansas
435. Earle (AR), City of, Arkansas
436. East Camden (AR), City of, Arkansas
437. Edmondson (AR), City of, Arkansas
438. Egypt (AR), City of, Arkansas
439. El Dorado (AR), City of, Arkansas
440. Elaine (AR), City of, Arkansas
441. Elkins (AR), City of, Arkansas
442. Elm Springs (AR), City of, Arkansas
443. Emerson (AR), City of, Arkansas
444. Emmet (AR), City of, Arkansas
445. England (AR), City of, Arkansas
446. Enola (AR), City of, Arkansas
447. Etowah (AR), City of, Arkansas
448. Eudora (AR), City of, Arkansas
449. Eureka Springs (AR), City of, Arkansas
450. Evening Shade (AR), City of, Arkansas
451. Everton (AR), City of, Arkansas
452. Fairfield Bay (AR), City of, Arkansas
453. Fargo (AR), City of, Arkansas
454. Farmington (AR), City of, Arkansas

455. Faulkner (AR), County of, Arkansas
456. Fayetteville (AR), City of, Arkansas
457. Felsenthal (AR), City of, Arkansas
458. Fifty-Six (AR), City of, Arkansas
459. Fisher (AR), City of, Arkansas
460. Flippin (AR), City of, Arkansas
461. Fordyce (AR), City of, Arkansas
462. Foreman (AR), City of, Arkansas
463. Forrest City (AR), City of, Arkansas
464. Fort Smith (AR), City of, Arkansas
465. Fouke (AR), City of, Arkansas
466. Fountain Hill (AR), City of, Arkansas
467. Fountain Lake (AR), City of, Arkansas
468. Fourche (AR), City of, Arkansas
469. Franklin (AR), City of, Arkansas
470. Franklin (AR), County of, Arkansas
471. Fredonia (Biscoe) (AR), City of, Arkansas
472. Friendship (AR), City of, Arkansas
473. Fulton (AR), City of, Arkansas
474. Fulton (AR), County of, Arkansas
475. Garfield (AR), City of, Arkansas
476. Garland (AR), City of, Arkansas
477. Garland (AR), County of, Arkansas
478. Garner (AR), City of, Arkansas
479. Gassville (AR), City of, Arkansas
480. Gateway (AR), City of, Arkansas
481. Gentry (AR), City of, Arkansas
482. Georgetown (AR), City of, Arkansas
483. Gilbert (AR), City of, Arkansas
484. Gillett (AR), City of, Arkansas
485. Gillham (AR), City of, Arkansas
486. Gilmore (AR), City of, Arkansas
487. Glenwood (AR), City of, Arkansas
488. Goshen (AR), City of, Arkansas
489. Gosnell (AR), City of, Arkansas
490. Gould (AR), City of, Arkansas
491. Grady (AR), City of, Arkansas
492. Grannis (AR), City of, Arkansas
493. Grant (AR), County of, Arkansas
494. Gravette (AR), City of, Arkansas
495. Green Forest (AR), City of, Arkansas

496. Greenbrier (AR), City of, Arkansas
497. Greene (AR), County of, Arkansas
498. Greenland (AR), City of, Arkansas
499. Greenway (AR), City of, Arkansas
500. Greenwood (AR), City of, Arkansas
501. Greers Ferry (AR), City of, Arkansas
502. Griffithville (AR), City of, Arkansas
503. Grubbs (AR), City of, Arkansas
504. Guion (AR), City of, Arkansas
505. Gum Springs (AR), City of, Arkansas
506. Gurdon (AR), City of, Arkansas
507. Guy (AR), City of, Arkansas
508. Hackett (AR), City of, Arkansas
509. Hamburg (AR), City of, Arkansas
510. Hampton (AR), City of, Arkansas
511. Hardy (AR), City of, Arkansas
512. Harrell (AR), City of, Arkansas
513. Harrisburg (AR), City of, Arkansas
514. Harrison (AR), City of, Arkansas
515. Hartford (AR), City of, Arkansas
516. Hartman (AR), City of, Arkansas
517. Haskell (AR), City of, Arkansas
518. Hatfield (AR), City of, Arkansas
519. Havana (AR), City of, Arkansas
520. Haynes (AR), City of, Arkansas
521. Hazen (AR), City of, Arkansas
522. Heber Springs (AR), City of, Arkansas
523. Hector (AR), City of, Arkansas
524. Helena-West Helena (AR), City of, Arkansas
525. Hempstead (AR), County of, Arkansas
526. Hermitage (AR), City of, Arkansas
527. Hickory Ridge (AR), City of, Arkansas
528. Higden (AR), City of, Arkansas
529. Higginson (AR), City of, Arkansas
530. Highfill (AR), City of, Arkansas
531. Highland (AR), City of, Arkansas
532. Hindsville (AR), City of, Arkansas
533. Holiday Island (AR), City of, Arkansas
534. Holland (AR), City of, Arkansas
535. Holly Grove (AR), City of, Arkansas

536. Hope (AR), City of, Arkansas
537. Horatio (AR), City of, Arkansas
538. Horseshoe Bend (AR), City of, Arkansas
539. Horseshoe Lake (AR), City of, Arkansas
540. Hot Spring (AR), County of, Arkansas
541. Hot Springs (AR), City of, Arkansas
542. Houston (AR), City of, Arkansas
543. Howard (AR), County of, Arkansas
544. Hoxie (AR), City of, Arkansas
545. Hughes (AR), City of, Arkansas
546. Humnoke (AR), City of, Arkansas
547. Humphrey (AR), City of, Arkansas
548. Hunter (AR), City of, Arkansas
549. Huntington (AR), City of, Arkansas
550. Huntsville (AR), City of, Arkansas
551. Huttig (AR), City of, Arkansas
552. Imboden (AR), City of, Arkansas
553. Independence (AR), County of, Arkansas
554. Izard (AR), County of, Arkansas
555. Jackson (AR), County of, Arkansas
556. Jacksonport (AR), City of, Arkansas
557. Jacksonville (AR), City of, Arkansas
558. Jacksonville (AR), City of, Arkansas
559. Jasper (AR), City of, Arkansas
560. Jefferson (AR), County of, Arkansas
561. Jennette (AR), City of, Arkansas
562. Jericho (AR), City of, Arkansas
563. Jerome (AR), City of, Arkansas
564. Johnson (AR), City of, Arkansas
565. Johnson (AR), County of, Arkansas
566. Joiner (AR), City of, Arkansas
567. Jonesboro (AR), City of, Arkansas
568. Judsonia (AR), City of, Arkansas
569. Junction City (AR), City of, Arkansas
570. Keiser (AR), City of, Arkansas
571. Kensett (AR), City of, Arkansas
572. Keo (AR), City of, Arkansas
573. Kibler (AR), City of, Arkansas
574. Kingsland (AR), City of, Arkansas
575. Knobel (AR), City of, Arkansas
576. Knoxville (AR), City of, Arkansas

577. Lafayette (AR), County of, Arkansas
578. Lafe (AR), City of, Arkansas
579. LaGrange (AR), City of, Arkansas
580. Lake City (AR), City of, Arkansas
581. Lake View (AR), City of, Arkansas
582. Lake Village (AR), City of, Arkansas
583. Lakeview (AR), City of, Arkansas
584. Lamar (AR), City of, Arkansas
585. Lavaca (AR), City of, Arkansas
586. Lawrence (AR), County of, Arkansas
587. Leachville (AR), City of, Arkansas
588. Lead Hill (AR), City of, Arkansas
589. Lee (AR), County of, Arkansas
590. Leola (AR), City of, Arkansas
591. Lepanto (AR), City of, Arkansas
592. Leslie (AR), City of, Arkansas
593. Letona (AR), City of, Arkansas
594. Lewisville (AR), City of, Arkansas
595. Lexa (AR), City of, Arkansas
596. Lincoln (AR), City of, Arkansas
597. Lincoln (AR), County of, Arkansas
598. Little Flock (AR), City of, Arkansas
599. Little River (AR), County of, Arkansas
600. Little Rock (AR), City of, Arkansas
601. Lockesburg (AR), City of, Arkansas
602. Logan (AR), County of, Arkansas
603. London (AR), City of, Arkansas
604. Lonoke (AR), City of, Arkansas
605. Lonoke (AR), County of, Arkansas
606. Lonsdale (AR), City of, Arkansas
607. Louann (AR), City of, Arkansas
608. Lowell (AR), City of, Arkansas
609. Luxora (AR), City of, Arkansas
610. Lynn (AR), City of, Arkansas
611. Madison (AR), City of, Arkansas
612. Madison (AR), County of, Arkansas
613. Magazine (AR), City of, Arkansas
614. Magness (AR), City of, Arkansas
615. Magnolia (AR), City of, Arkansas
616. Malvern (AR), City of, Arkansas
617. Mammoth Spring (AR), City of, Arkansas

618. Manila (AR), City of, Arkansas
619. Mansfield (AR), City of, Arkansas
620. Marianna (AR), City of, Arkansas
621. Marie (AR), City of, Arkansas
622. Marion (AR), City of, Arkansas
623. Marion (AR), County of, Arkansas
624. Marked Tree (AR), City of, Arkansas
625. Marmaduke (AR), City of, Arkansas
626. Marshall (AR), City of, Arkansas
627. Marvell (AR), City of, Arkansas
628. Maumelle (AR), City of, Arkansas
629. Mayflower (AR), City of, Arkansas
630. Maynard (AR), City of, Arkansas
631. McCaskill (AR), City of, Arkansas
632. McCrory (AR), City of, Arkansas
633. McDougal (AR), City of, Arkansas
634. McGehee (AR), City of, Arkansas
635. McNab (AR), City of, Arkansas
636. McNeil (AR), City of, Arkansas
637. McRae (AR), City of, Arkansas
638. Melbourne (AR), City of, Arkansas
639. Mena (AR), City of, Arkansas
640. Menifee (AR), City of, Arkansas
641. Midland (AR), City of, Arkansas
642. Midway (AR), City of, Arkansas
643. Miller (AR), County of, Arkansas
644. Mineral Springs (AR), City of, Arkansas
645. Minturn (AR), City of, Arkansas
646. Mississippi (AR), County of, Arkansas
647. Mitchellville (AR), City of, Arkansas
648. Monette (AR), City of, Arkansas
649. Monroe (AR), County of, Arkansas
650. Monroe County Healthcare Authority (AL), Alabama
651. Montgomery (AR), County of, Arkansas
652. Monticello (AR), City of, Arkansas
653. Montrose (AR), City of, Arkansas
654. Moorefield (AR), City of, Arkansas
655. Moro (AR), City of, Arkansas
656. Morrilton (AR), City of, Arkansas
657. Morrison Bluff (AR), City of, Arkansas
658. Mount Ida (AR), City of, Arkansas
659. Mount Pleasant (AR), City of, Arkansas
660. Mount Vernon (AR), City of, Arkansas
661. Mountain Home (AR), City of, Arkansas
662. Mountain Pine (AR), City of, Arkansas
663. Mountain View (AR), City of, Arkansas
664. Mountainburg (AR), City of, Arkansas
665. Mulberry (AR), City of, Arkansas
666. Murfreesboro (AR), City of, Arkansas
667. Nashville (AR), City of, Arkansas
668. Nevada (AR), County of, Arkansas
669. Newark (AR), City of, Arkansas
670. Newport (AR), City of, Arkansas
671. Newton (AR), County of, Arkansas
672. Nimmons (AR), City of, Arkansas
673. Norfork (AR), City of, Arkansas
674. Norman (AR), City of, Arkansas
675. Norphlet (AR), City of, Arkansas
676. North Little Rock (AR), City of, Arkansas
677. Oak Grove (AR), City of, Arkansas
678. Oak Grove Heights (AR), City of, Arkansas
679. Oakhaven (AR), City of, Arkansas
680. Oden (AR), City of, Arkansas
681. Ogden (AR), City of, Arkansas
682. Oil Trough (AR), City of, Arkansas
683. O'Kean (AR), City of, Arkansas
684. Okolona (AR), City of, Arkansas
685. Ola (AR), City of, Arkansas
686. Omaha (AR), City of, Arkansas
687. Oppelo (AR), City of, Arkansas
688. Osceola (AR), City of, Arkansas
689. Ouachita (AR), County of, Arkansas
690. Oxford (AR), City of, Arkansas
691. Ozan (AR), City of, Arkansas
692. Ozark (AR), City of, Arkansas
693. Palestine (AR), City of, Arkansas
694. Pangburn (AR), City of, Arkansas
695. Paragould (AR), City of, Arkansas
696. Paris (AR), City of, Arkansas
697. Parkdale (AR), City of, Arkansas
698. Parkin (AR), City of, Arkansas

699. Patmos (AR), City of, Arkansas
700. Patterson (AR), City of, Arkansas
701. Pea Ridge (AR), City of, Arkansas
702. Peach Orchard (AR), City of, Arkansas
703. Perla (AR), City of, Arkansas
704. Perry (AR), City of, Arkansas
705. Perrytown (AR), City of, Arkansas
706. Perry (AR), County of, Arkansas
707. Perryville (AR), City of, Arkansas
708. Phillips (AR), County of, Arkansas
709. Piggott (AR), City of, Arkansas
710. Pike (AR), County of, Arkansas
711. Pindall (AR), City of, Arkansas
712. Pine Bluff (AR), City of, Arkansas
713. Pineville (AR), City of, Arkansas
714. Plainview (AR), City of, Arkansas
715. Pleasant Plains (AR), City of, Arkansas
716. Plumerville (AR), City of, Arkansas
717. Pocahontas (AR), City of, Arkansas
718. Poinsett (AR), County of, Arkansas
719. Polk (AR), County of, Arkansas
720. Pollard (AR), City of, Arkansas
721. Pope (AR), County of, Arkansas
722. Portia (AR), City of, Arkansas
723. Portland (AR), City of, Arkansas
724. Pottsville (AR), City of, Arkansas
725. Powhatan (AR), City of, Arkansas
726. Poyen (AR), City of, Arkansas
727. Prairie (AR), County of, Arkansas
728. Prairie Grove (AR), City of, Arkansas
729. Prattsville (AR), City of, Arkansas
730. Prescott (AR), City of, Arkansas
731. Pulaski (AR), County of, Arkansas
732. Pyatt (AR), City of, Arkansas
733. Quitman (AR), City of, Arkansas
734. Randolph (AR), County of, Arkansas
735. Ratcliff (AR), City of, Arkansas
736. Ravenden (AR), City of, Arkansas
737. Ravenden Springs (AR), City of, Arkansas
738. Rector (AR), City of, Arkansas
739. Redfield (AR), City of, Arkansas
740. Reed (AR), City of, Arkansas
741. Reyno (AR), City of, Arkansas
742. Rison (AR), City of, Arkansas
743. Rockport (AR), City of, Arkansas
744. Roe (AR), City of, Arkansas
745. Rogers (AR), City of, Arkansas
746. Rondo (AR), City of, Arkansas
747. Rose Bud (AR), City of, Arkansas
748. Rosston (AR), City of, Arkansas
749. Rudy (AR), City of, Arkansas
750. Russell (AR), City of, Arkansas
751. Russellville (AR), City of, Arkansas
752. Salem (AR), City of, Arkansas
753. Salesville (AR), City of, Arkansas
754. Saline (AR), County of, Arkansas
755. Scott (AR), County of, Arkansas
756. Scranton (AR), City of, Arkansas
757. Searcy (AR), City of, Arkansas
758. Searcy (AR), County of, Arkansas
759. Sebastian (AR), County of, Arkansas
760. Sedgwick (AR), City of, Arkansas
761. Sevier (AR), County of, Arkansas
762. Shannon Hills (AR), City of, Arkansas
763. Sharp (AR), County of, Arkansas
764. Sheridan (AR), City of, Arkansas
765. Sherrill (AR), City of, Arkansas
766. Sherwood (AR), City of, Arkansas
767. Shirley (AR), City of, Arkansas
768. Sidney (AR), City of, Arkansas
769. Siloam Springs (AR), City of, Arkansas
770. Smackover (AR), City of, Arkansas
771. Smithville (AR), City of, Arkansas
772. South Lead Hill (AR), City of, Arkansas
773. Southside (AR), City of, Arkansas
774. Sparkman (AR), City of, Arkansas
775. Spring (AR), City of, Arkansas
776. Springdale (AR), City of, Arkansas
777. St. Charles (AR), City of, Arkansas
778. St. Francis (AR), City of, Arkansas
779. St. Francis (AR), County of, Arkansas
780. St. Joe (AR), City of, Arkansas

781. St. Paul (AR), City of, Arkansas
782. Stamps (AR), City of, Arkansas
783. Star City (AR), City of, Arkansas
784. Stephens (AR), City of, Arkansas
785. Stone (AR), County of, Arkansas
786. Strawberry (AR), City of, Arkansas
787. Strong (AR), City of, Arkansas
788. Stuttgart (AR), City of, Arkansas
789. Subiaco (AR), City of, Arkansas
790. Success (AR), City of, Arkansas
791. Sulphur Rock (AR), City of, Arkansas
792. Sulphur Springs (AR), City of, Arkansas
793. Summit (AR), City of, Arkansas
794. Sunset (AR), City of, Arkansas
795. Swifton (AR), City of, Arkansas
796. Taylor (AR), City of, Arkansas
797. Texarkana (AR), City of, Arkansas
798. Thornton (AR), City of, Arkansas
799. Tillar (AR), City of, Arkansas
800. Tinsman (AR), City of, Arkansas
801. Tollette (AR), City of, Arkansas
802. Tontitown (AR), City of, Arkansas
803. Traskwood (AR), City of, Arkansas
804. Trumann (AR), City of, Arkansas
805. Tuckerman (AR), City of, Arkansas
806. Tull (AR), City of, Arkansas
807. Tupelo (AR), City of, Arkansas
808. Turrell (AR), City of, Arkansas
809. Twin Groves (AR), City of, Arkansas
810. Tyronza (AR), City of, Arkansas
811. Ulm (AR), City of, Arkansas
812. Union (AR), County of, Arkansas
813. Valley Springs (AR), City of, Arkansas
814. Van Buren (AR), City of, Arkansas
815. Van Buren (AR), County of, Arkansas
816. Vandervoort (AR), City of, Arkansas
817. Victoria (AR), City of, Arkansas
818. Vilonia (AR), City of, Arkansas
819. Viola (AR), City of, Arkansas
820. Wabbaseka (AR), City of, Arkansas
821. Waldenburg (AR), City of, Arkansas
822. Waldo (AR), City of, Arkansas
823. Waldron (AR), City of, Arkansas
824. Walnut Ridge (AR), City of, Arkansas
825. Ward (AR), City of, Arkansas
826. Warren (AR), City of, Arkansas
827. Washington (AR), City of, Arkansas
828. Washington (AR), County of, Arkansas
829. Watson (AR), City of, Arkansas
830. Weiner (AR), City of, Arkansas
831. Weldon (AR), City of, Arkansas
832. West Fork (AR), City of, Arkansas
833. West Memphis (AR), City of, Arkansas
834. West Point (AR), City of, Arkansas
835. Western Grove (AR), City of, Arkansas
836. Wheatley (AR), City of, Arkansas
837. Whelen Springs (AR), City of, Arkansas
838. White (AR), County of, Arkansas
839. White Hall (AR), City of, Arkansas
840. Wickes (AR), City of, Arkansas
841. Widener (AR), City of, Arkansas
842. Wiederkehr Village (AR), City of, Arkansas
843. Williford (AR), City of, Arkansas
844. Willisville (AR), City of, Arkansas
845. Wilmar (AR), City of, Arkansas
846. Wilmot (AR), City of, Arkansas
847. Wilson (AR), City of, Arkansas
848. Wilton (AR), City of, Arkansas
849. Winchester (AR), City of, Arkansas
850. Winslow (AR), City of, Arkansas
851. Winthrop (AR), City of, Arkansas
852. Woodruff (AR), County of, Arkansas
853. Wooster (AR), City of, Arkansas
854. Wrightsville (AR), City of, Arkansas
855. Wynne (AR), City of, Arkansas
856. Yellville (AR), City of, Arkansas
857. Zinc (AR), City of, Arkansas
858. Yell (AR), County of, Arkansas
859. Alameda (CA), County of, California
860. Amador (CA), County of, California
861. Anaheim (CA), City of, California

862. Butte (CA), County of, California

863. Calaveras (CA), County of, California

864. Central California Alliance for Health (CA), California

865. Chico (CA), City of, California

866. Chula Vista (CA), City of, California

867. Clearlake (CA), City of, California

868. Commission on Medical Care, d/b/a Partnership HealthPlan of California (CA), California

869. Contra Costa (CA), County of, California

870. Costa Mesa (CA), City of, California

871. Del Norte (CA), County of, California

872. Downey Unified School District (CA), California

873. Dublin (CA), City of, California

874. El Dorado (CA), County of, California

875. El Monte (CA), City of, California

876. Elk Grove Unified School District (CA), California

877. Encinitas (CA), City of, California

878. Eureka (CA), City of, California

879. Fresno (CA), County of, California

880. Fullerton (CA), City of, California

881. Glenn (CA), County of, California

882. Health Plan of San Joaquin (CA), California

883. Humboldt (CA), County of, California

884. Huntington Beach (CA), City of, California

885. Imperial (CA), County of, California

886. Inland Empire Health Plan (CA), California

887. Inyo (CA), County of, California

888. Irvine (CA), City of, California

889. Kern (CA), County of, California

890. Kern High School District (CA), California

891. La Habra (CA), City of, California

892. La Mesa (CA), City of, California

893. Laguna Beach (CA), City of, California

894. Lakeport (CA), City of, California

895. Lassen (CA), County of, California

896. Local Initiative Health Care Authority for Los Angeles County (CA), California

897. Los Angeles (CA), City of, California

898. Los Angeles (CA), County of, California

899. Madera (CA), County of, California

900. Marin (CA), County of, California

901. Mariposa (CA), County of, California

902. Mendocino (CA), County of, California

903. Merced (CA), County of, California

904. Modoc (CA), County of, California

905. Mono (CA), County of, California

906. Monterey (CA), County of, California

907. Montezuma Fire Protection District (CA), California

908. Murrieta (CA), City of, California

909. Napa (CA), County of, California

910. Nevada (CA), County of, California

911. Oakland (CA), City of, California

912. Orange (CA), County of, California

913. Oxnard (CA), City of, California

914. Placentia (CA), City of, California

915. Placer (CA), County of, California

916. Plumas (CA), County of, California

917. Riverside (CA), County of, California

918. Sacramento (CA), City of, California

919. Sacramento (CA), County of, California

920. San Benito (CA), County of, California

921. San Bernardino (CA), County of, California

922. San Clemente (CA), City of, California

923. San Diego (CA), City of, California

924. San Diego (CA), County of, California

925. San Joaquin (CA), County of, California

926. San Jose (CA), City of, California

927. San Luis Obispo (CA), County of, California

928. San Mateo (CA), County of, California

929. Santa Ana (CA), City of, California

930. Santa Barbara (CA), County of, California

931. Santa Barbara San Luis Obispo Regional Health Authority, d/b/a CenCal Health (CA), California

932. Santa Clara (CA), County of, California

933. Santa Cruz (CA), County of, California

934. Shasta (CA), County of, California

C-12

935. Siskiyou (CA), County of, California
936. Sonoma (CA), County of, California
937. Stockton (CA), City of, California
938. Sutter (CA), County of, California
939. Tehama (CA), County of, California
940. Trinity (CA), County of, California
941. Tulare (CA), County of, California
942. Tuolumne (CA), County of, California
943. Ventura (CA), County of, California
944. Ventura County Medi-Cal Managed Care Commission d/b/a Gold Coast Health Plan (CA), California
945. Westminster (CA), City of, California
946. Yolo (CA), County of, California
947. Yuba (CA), County of, California
948. Adams (CO), County of, Colorado
949. Alamosa (CO), City of, Colorado
950. Alamosa (CO), County of, Colorado
951. Arapahoe (CO), County of, Colorado
952. Aurora (CO), City of, Colorado
953. Black Hawk (CO), City of, Colorado
954. Boulder (CO), County of, Colorado
955. Brighton (CO), City of, Colorado
956. Broomfield (City and) (CO), County of, Colorado
957. Chaffee (CO), County of, Colorado
958. Commerce City (CO), City of, Colorado
959. Conejos (CO), County of, Colorado
960. Crowley (CO), County of, Colorado
961. Denver (CO), City and County of, Colorado
962. Federal Heights (CO), City of, Colorado
963. Fremont (CO), County of, Colorado
964. Greeley (CO), City of, Colorado
965. Hudson (CO), Town of, Colorado
966. Huerfano (CO), County of, Colorado
967. Jefferson, (CO), County of, Colorado
968. Lakewood (CO), City of, Colorado
969. Larimer (CO), County of, Colorado
970. Las Animas (CO), County of, Colorado
971. Mesa (CO), County of, Colorado
972. Mesa County Valley School District 51 (CO), Colorado

973. Northglenn (CO), City of, Colorado
974. Otero (CO), County of, Colorado
975. Pueblo (CO), County of, Colorado
976. Sheridan (CO), City of, Colorado
977. Teller (CO), County of, Colorado
978. Thornton (CO), City of, Colorado
979. Westminster (CO), City of, Colorado
980. Wheat Ridge (CO), City of, Colorado
981. Ansonia (CT), City of, Connecticut
982. Beacon Falls (CT), Town of, Connecticut
983. Berlin (CT), Town of, Connecticut
984. Bethlehem (CT), Town of, Connecticut
985. Bridgeport (CT), City of, Connecticut
986. Bristol (CT), City of, Connecticut
987. Coventry (CT), Town of, Connecticut
988. Danbury (CT), City of, Connecticut
989. Derby (CT), City of, Connecticut
990. East Hartford (CT), Town of, Connecticut
991. Enfield (CT), Town of, Connecticut
992. Fairfield (CT), Town of, Connecticut
993. Middlebury (CT), Town of, Connecticut
994. Middletown (CT), City of, Connecticut
995. Milford (CT), City of, Connecticut
996. Monroe (CT), Town of, Connecticut
997. Naugatuck (CT), Borough of, Connecticut
998. New Britain (CT), City of, Connecticut
999. New Haven (CT), City of, Connecticut
1000. New London (CT), City of, Connecticut
1001. New Milford (CT), Town of, Connecticut
1002. Newtown (CT), Town of, Connecticut
1003. North Haven (CT), Town of, Connecticut
1004. Norwalk (CT), City of, Connecticut
1005. Norwich (CT), City of, Connecticut
1006. Oxford (CT), Town of, Connecticut
1007. Prospect (CT), Town of, Connecticut
1008. Roxbury (CT), Town of, Connecticut
1009. Seymour (CT), Town of, Connecticut
1010. Shelton (CT), City of, Connecticut
1011. Southbury (CT), Town of, Connecticut
1012. Southington (CT), Town of, Connecticut
1013. Stratford (CT), Town of, Connecticut

1014. Thomaston (CT), Town of, Connecticut

1015. Tolland (CT), Town of, Connecticut

1016. Torrington (CT), City of, Connecticut

1017. Wallingford (CT), Town of, Connecticut

1018. Waterbury (CT), City of, Connecticut

1019. West Haven (CT), City of, Connecticut

1020. Wethersfield (CT), Town of, Connecticut

1021. Windham (CT), Town of, Connecticut

1022. Wolcott (CT), Town of, Connecticut

1023. Woodbury (CT), Town of, Connecticut

1024. Dover (DE), City of, Delaware

1025. Kent (DE), County of, Delaware

1026. Seaford (DE), City of, Delaware

1027. Sussex (DE), County of, Delaware

1028. Adel (GA), City of, Georgia

1029. Advantage Behavioral Health Systems (GA), Georgia

1030. Albany (GA), City of, Georgia

1031. Albany Area Community Service Board d/b/a Aspire Behavioral Health & Developmental Disability Services (GA), Georgia

1032. Alma (GA), City of, Georgia

1033. Appling (GA), County of, Georgia

1034. Appling d/b/a Appling Health Care System (GA), County of, Georgia

1035. Appling (GA), County of (Sheriff), Georgia

1036. Arlington (GA), City of, Georgia

1037. Athens-Clarke (GA), County of, Georgia

1038. Atkinson (GA), County of, Georgia

1039. Atlanta (GA), City of, Georgia

1040. Augusta (GA), Georgia

1041. Bacon (GA), County of, Georgia

1042. Bacon, GA, Hospital Foundation Inc. d/b/a Bacon Hospital and Health System (GA), County of, Georgia

1043. Bainbridge (GA), City of, Georgia

1044. Baldwin, GA (Sheriff) (GA), County of, Georgia

1045. Banks (GA), County of, Georgia

1046. Bartow (GA), County of, Georgia

1047. Ben Hill (GA), County of, Georgia

1048. Berrien (GA), County of, Georgia

1049. Bibb (GA), County of (Sheriff), Georgia

1050. Bibb County School District (GA), Georgia

1051. Blackshear (GA), City of, Georgia

1052. Blakely (GA), City of, Georgia

1053. Brantley (GA), County of, Georgia

1054. Brooks (GA), County of, Georgia

1055. Brunswick (GA), City of, Georgia

1056. Bulloch (GA), County of, Georgia

1057. Burke (GA), County of, Georgia

1058. Butts (GA), County of, Georgia

1059. Camden (GA), County of, Georgia

1060. Candler (GA), County of, Georgia

1061. Candler County Health Authority (GA), Georgia

1062. Carroll (GA), County of, Georgia

1063. Cartersville (GA), City of, Georgia

1064. Catoosa (GA), County of, Georgia

1065. Charlton (GA), County of, Georgia

1066. Chatham (GA), County of, Georgia

1067. Chatham County Hospital Authority (GA), Georgia

1068. Chattooga (GA), County of, Georgia

1069. Cherokee (GA), County of, Georgia

1070. Clay (GA), County of, Georgia

1071. Clayton (GA), County of, Georgia

1072. Clayton Community MH/SA/DS Service Board (GA), Georgia

1073. Clinch (GA), County of, Georgia

1074. Clinch County Hospital Authority (GA), Georgia

1075. Cobb (GA), County of, Georgia

1076. Cobb County Community Service Board (GA) Georgia

1077. Coffee (GA), County of (Sheriff), Georgia

1078. Columbia (GA), County of, Georgia

1079. Columbus (GA), City of, Georgia

1080. Community Mental Health Center of East Central Georgia d/b/a Serenity Behavioral Health Systems (GA), Georgia

1081. Community Service Board of Middle Georgia (GA), Georgia

1082. Cook (GA), County of, Georgia

1083. Crawford (GA), County of (Sheriff), Georgia

1084. Crisp (GA), County of, Georgia

1085. Crisp (GA), County of (Sheriff), Georgia

1086. Dade (GA), County of, Georgia

1087. Damascus (GA), City of, Georgia

1088. Dawson (GA), City of, Georgia

1089. Dawson (GA), County of, Georgia

1090. Decatur (GA), County of, Georgia

1091. DeKalb (GA), County of, Georgia

1092. Demorest (GA), City of, Georgia

1093. Dodge County Hospital Authority (GA), Georgia

1094. Dooly (GA), County of, Georgia

1095. Doraville (GA), City of, Georgia

1096. Dougherty (GA), County of, Georgia

1097. Dunwoody (GA), City of, Georgia

1098. Early (GA), County of, Georgia

1099. Echols (GA), County of, Georgia

1100. Effingham (GA), County of, Georgia

1101. Elbert (GA), County of, Georgia

1102. Emanuel (GA), County of, Georgia

1103. Evans (GA), County of, Georgia

1104. Evans Memorial Hospital Inc. (GA), Georgia

1105. Fannin (GA), County of, Georgia

1106. Fayette (GA), County of, Georgia

1107. Fitzgerald (GA), City of, Georgia

1108. Floyd (GA), County of, Georgia

1109. Forsyth (GA), County of, Georgia

1110. Fulton (GA), County of, Georgia

1111. Gainesville (GA), City of, Georgia

1112. Gateway Community Service Board (GA), Georgia

1113. Georgia Mountains Community Services d/b/a Avita Community Partners. GA (GA), Georgia

1114. Georgia Pines Community Service Board (GA), Georgia

1115. Glascock (GA), County of, Georgia

1116. Glynn, GA (GA), County of, Georgia

1117. Glynn, GA (GA), County of (Sheriff), Georgia

1118. Grady (GA), County of, Georgia

1119. Greene (GA), County of, Georgia

1120. Gwinnett (GA), County of, Georgia

1121. Habersham (GA), County of, Georgia

1122. Habersham County Medical Center (GA), Georgia

1123. Hall (GA), County of, Georgia

1124. Hancock (GA), County of, Georgia

1125. Harris (GA), County of (Sheriff), Georgia

1126. Heard (GA), County of, Georgia

1127. Henry (GA), County of, Georgia

1128. Highland Rivers Community Service Board d/b/a Highland Rivers Health (GA), Georgia

1129. Hospital Authority of Bainbridge and Decatur County (GA), Georgia

1130. Hospital Authority of Baxley (GA), Georgia

1131. Hospital Authority of Bleckley (GA), County of, Georgia

1132. Hospital Authority of Valdosta and Lowndes County (GA), Georgia

1133. Hospital Authority of Wayne County (GA), Georgia

1134. Houston (GA), County of, Georgia

1135. Houston (GA), County of (Sheriff), Georgia

1136. Irwin (GA), County of, Georgia

1137. Jackson (GA), County of, Georgia

1138. Jasper (GA), County of, Georgia

1139. Jeff Davis (GA), County of, Georgia

1140. Jeff Davis (GA), County of (Sheriff), Georgia

1141. Jefferson (GA), County of, Georgia

1142. Johnson (GA), County of, Georgia

1143. Jones, GA (GA), County of, Georgia

1144. Jones, GA (GA), County of (Sheriff), Georgia

1145. Lakeland (GA), City of, Georgia

1146. Lanier (GA), County of, Georgia

1147. Laurens (GA), County of, Georgia

1148. Laurens (GA), County of (Sheriff), Georgia

1149. Lee (GA), County of, Georgia

C-15

1150. Liberty (GA), County of, Georgia
1151. Lincoln (GA), County of, Georgia
1152. Long (GA), County of, Georgia
1153. Lookout Mountain Community Service Board (GA), Georgia
1154. Lowndes (GA), County of, Georgia
1155. Lumpkin (GA), County of, Georgia
1156. Macon (GA), County of, Georgia
1157. Macon Bibb (GA), County of, Georgia
1158. Madison (GA), County of, Georgia
1159. McDuffie (GA), County of, Georgia
1160. McIntosh (GA), County of, Georgia
1161. Meriwether (GA), County of, Georgia
1162. Meriwether (GA), County of (Sheriff), Georgia
1163. Middle Flint Area Community Service Board d/b/a Middle Flint Behavioral HealthCare (GA), Georgia
1164. Milledgeville (GA), City of, Georgia
1165. Monroe (GA), County of, Georgia
1166. Montgomery (GA), County of, Georgia
1167. Murray (GA), County of (Sheriff), Georgia
1168. Nashville (GA), City of, Georgia
1169. New Horizons Community Service Board (GA), Georgia
1170. Newton (GA), County of, Georgia
1171. Oconee (GA), County of, Georgia
1172. Oconee (GA), County of (Sheriff), Georgia
1173. Oglethorpe (GA), County of, Georgia
1174. Peach (GA), County of, Georgia
1175. Peach (GA), County of (Sheriff), Georgia
1176. Pierce (GA), County of, Georgia
1177. Pierce (GA), County of (Sheriff), Georgia
1178. Pike (GA), County of, Georgia
1179. Pineland Behavioral Health and Developmental Disabilities CSB (GA), Georgia
1180. Polk (GA), County of, Georgia
1181. Pooler (GA), City of, Georgia
1182. Pulaski (GA), County of, Georgia
1183. Rabun (GA), County of, Georgia
1184. Randolph (GA), County of, Georgia
1185. Richmond Hill (GA), City of, Georgia
1186. River Edge Behavioral Health (GA), Georgia
1187. Rockdale (GA), County of, Georgia
1188. Rome (GA), City of, Georgia
1189. Sandy Springs (GA), City of, Georgia
1190. Satilla Community Services d/b/a Unison Behavioral Health (GA), Georgia
1191. Savannah (GA), City of, Georgia
1192. Schley (GA), County of, Georgia
1193. Screven (GA), County of, Georgia
1194. Screven (GA), County of (Sheriff), Georgia
1195. Seminole (GA), County of, Georgia
1196. Spalding (GA), County of, Georgia
1197. Springfield (GA), City of, Georgia
1198. Stephens (GA), County of, Georgia
1199. Sumter (GA), County of, Georgia
1200. Taliaferro (GA), County of, Georgia
1201. Tattnall (GA), County of, Georgia
1202. Telfair (GA), County of (Sheriff), Georgia
1203. Tift (GA), County of, Georgia
1204. Tifton (GA), City of, Georgia
1205. Toombs (GA), County of, Georgia
1206. Towns (GA), County of, Georgia
1207. Troup (GA), County of, Georgia
1208. Twiggs (GA), County of, Georgia
1209. Union (GA), County of, Georgia
1210. Walton (GA), County of, Georgia
1211. Ware (GA), County of, Georgia
1212. Warren (GA), County of, Georgia
1213. Warwick (GA), City of, Georgia
1214. Washington (GA), County of, Georgia
1215. Wayne (GA), County of, Georgia
1216. Wayne (GA), County of (Sheriff), Georgia
1217. Whitfield (GA), County of, Georgia
1218. Wilcox (GA), County of, Georgia
1219. Wilkes (GA), County of, Georgia
1220. Wilkinson (GA), County of, Georgia
1221. Woodbury (GA), City of, Georgia
1222. Worth (GA), County of, Georgia
1223. Hawai'i (HI), County of, Hawaii

1224. Kaua'i (HI), County of, Hawaii
1225. Ada (ID), County of, Idaho
1226. Adams (ID), County of, Idaho
1227. Bannock (ID), County of, Idaho
1228. Bingham (ID), County of, Idaho
1229. Blaine (ID), County of, Idaho
1230. Boise (ID), City of, Idaho
1231. Boise (ID), County of, Idaho
1232. Bonneville (ID), County of, Idaho
1233. Camas (ID), County of, Idaho
1234. Canyon (ID), County of, Idaho
1235. Caribou (ID), County of, Idaho
1236. Cassia (ID), County of, Idaho
1237. Chubbuck (ID), City of, Idaho
1238. Elmore (ID), County of, Idaho
1239. Gooding (ID), County of, Idaho
1240. Latah (ID), County of, Idaho
1241. Minidoka (ID), County of, Idaho
1242. Owyhee (ID), County of, Idaho
1243. Payette (ID), County of, Idaho
1244. Pocatello (ID), City of, Idaho
1245. Preston (ID), City of, Idaho
1246. Twin Falls (ID), City of, Idaho
1247. Twin Falls (ID), County of, Idaho
1248. Addison (IL), Village of, Illinois
1249. Alexander (IL), County of, Illinois
1250. Anna (IL), City of, Illinois
1251. Anna Hospital Corporation d/b/a Union County Hospital (IL), Illinois
1252. Bedford Park (IL), Village of, Illinois
1253. Bellwood (IL), Village of, Illinois
1254. Bensenville (Village (IL), Illinois
1255. Benton (IL), City of, Illinois
1256. Berkeley (IL), Village of, Illinois
1257. Berwyn (IL), City of, Illinois
1258. Board of Education of East Aurora, School District 131 (IL), Illinois
1259. Board of Education of Joliet High School, District 204 (IL), Township of, Illinois
1260. Board of Education of Thornton Fractional High Schools, District 215 (IL), Township of, Illinois
1261. Board of Education of Thornton Public School District 205 (IL), Illinois
1262. Bolingbrook (IL), Village of, Illinois
1263. Bond (IL), County of, Illinois
1264. Boone (IL), County of, Illinois
1265. Bridgeview (IL), Village of, Illinois
1266. Broadview (IL), Village of, Illinois
1267. Burbank (IL), City of, Illinois
1268. Bureau (IL), County of, Illinois
1269. Calhoun (IL), County of, Illinois
1270. Carbondale (IL), City of, Illinois
1271. Champaign (IL), County of, Illinois
1272. Chicago (IL), City of, Illinois
1273. Chicago Heights (IL), City of, Illinois
1274. Chicago Ridge (IL), Village of, Illinois
1275. Chicago Board of Education District No. 299 (IL), Illinois
1276. Christian (IL), County of, Illinois
1277. Coles (IL), County of, Illinois
1278. Cook (IL), County of, Illinois
1279. Countryside (IL), City of, Illinois
1280. Dekalb (IL), County of, Illinois
1281. Dolton (IL), Village of, Illinois
1282. DuPage (IL), County of, Illinois
1283. Edwards (IL), County of, Illinois
1284. Effingham (IL), County of, Illinois
1285. Evergreen Park (IL), Village of, Illinois
1286. Forest Park (IL), Village of, Illinois
1287. Franklin (IL), County of, Illinois
1288. Franklin Park (IL), Village of, Illinois
1289. Gallatin (IL), County of, Illinois
1290. Granite City (IL), City of, Illinois
1291. Hamilton (IL), County of, Illinois
1292. Hardin (IL), County of, Illinois
1293. Harrisburg (IL), City of, Illinois
1294. Harvey (IL), City of, Illinois
1295. Harwood Heights (IL), Village of, Illinois
1296. Henry (IL), County of, Illinois
1297. Herrin (IL), City of, Illinois
1298. Hillside (IL), Village of, Illinois
1299. Hodgkins (IL), Village of, Illinois

1300. Hoffman Estates (IL), Village of, Illinois
1301. Jasper (IL), County of, Illinois
1302. Jefferson (IL), County of, Illinois
1303. Jersey (IL), County of, Illinois
1304. Johnson (IL), County of, Illinois
1305. Kane (IL), County of, Illinois
1306. Kankakee (IL), City of, Illinois
1307. Kankakee (IL), County of, Illinois
1308. Kendall (IL), County of, Illinois
1309. La Grange Park (IL), Village of, Illinois
1310. Lake (IL), County of, Illinois
1311. Lake (IL), County of (Sheriff), Illinois
1312. LaSalle (IL), County of, Illinois
1313. Lawrence (IL), County of, Illinois
1314. Lee (IL), County of, Illinois
1315. Livingston (IL), County of, Illinois
1316. Lyons (IL), Township of, Illinois
1317. Lyons (IL), Village of, Illinois
1318. Macon (IL), County of, Illinois
1319. Macoupin (IL), County of, Illinois
1320. Marion (IL), City of, Illinois
1321. Marion (IL), County of, Illinois
1322. Massac (IL), County of, Illinois
1323. Massac Memorial, LLC d/b/a Massac Memorial Hospital (IL), Illinois
1324. Maywood (IL), Village of, Illinois
1325. McCook (IL), Village of, Illinois
1326. McHenry (IL), County of, Illinois
1327. McLean (IL), County of, Illinois
1328. Melrose Park (IL), Village of, Illinois
1329. Merrionette Park (IL), Village of, Illinois
1330. Metropolis (IL), City of, Illinois
1331. North Riverside (IL), Village of, Illinois
1332. Northlake (IL), City of, Illinois
1333. Oak Lawn (IL), Village of, Illinois
1334. Oak Park (IL), Village of, Illinois
1335. Orland Park (IL), Village of, Illinois
1336. Orland Park Fire Protection District (IL), Illinois
1337. Palos Heights (IL), City of, Illinois
1338. Palos Hills (IL), City of, Illinois
1339. Pekin (IL), City of, Illinois
1340. Peoria (IL), City of, Illinois
1341. Piatt (IL), County of, Illinois
1342. Posen (IL), Village of, Illinois
1343. Princeton (IL), City of, Illinois
1344. Pulaski (IL), County of, Illinois
1345. River Forest (IL), Village of, Illinois
1346. River Grove (IL), Village of, Illinois
1347. Riverside (IL), Village of, Illinois
1348. Rockford (IL), City of, Illinois
1349. Saint Clair, IL (IL), County of, Illinois
1350. Saline (IL), County of, Illinois
1351. Sangamon (IL), County of, Illinois
1352. Schiller Park (IL), Village of, Illinois
1353. Schuyler (IL), County of, Illinois
1354. Sesser (IL), City of, Illinois
1355. Shelby (IL), County of, Illinois
1356. Stone Park (IL), Village of, Illinois
1357. Streator (IL), City of, Illinois
1358. Summit (IL), Village of, Illinois
1359. Tinley Park (IL), Village of, Illinois
1360. Union (IL), County of, Illinois
1361. Wabash (IL), County of, Illinois
1362. Washington (IL), County of, Illinois
1363. Waukegan Community Unit School District (IL), Illinois
1364. West Frankfort (IL), City of, Illinois
1365. White (IL), County of, Illinois
1366. Will (IL), County of, Illinois
1367. Williamson (IL), County of, Illinois
1368. Winnebago (IL), County of, Illinois
1369. Alexandria (IN), City of, Indiana
1370. Allen (IN), County of, Indiana
1371. Atlanta (IN), Town of, Indiana
1372. Austin (IN), City of, Indiana
1373. Beech Grove (IN), City of, Indiana
1374. Benton (IN), County of, Indiana
1375. Blackford (IN), County of, Indiana
1376. Bloomington (IN), City of, Indiana
1377. Brownstown (IN), Town of, Indiana
1378. Chandler (IN), Town of, Indiana

1379. Connersville (IN), City of, Indiana
1380. Danville (IN), Town of, Indiana
1381. Delaware (IN), County of, Indiana
1382. Elwood (IN), City of, Indiana
1383. Evansville (IN), City of, Indiana
1384. Fayette (IN), County of, Indiana
1385. Fishers (IN), City of, Indiana
1386. Fort Wayne (IN), City of, Indiana
1387. Fort Wayne Community Schools (IN), Indiana
1388. Franklin (IN), City of, Indiana
1389. Franklin (IN), County of, Indiana
1390. Gary (IN), City of, Indiana
1391. Greenwood (IN), City of, Indiana
1392. Hammond (IN), City of, Indiana
1393. Harrison (IN), County of, Indiana
1394. Hartford (IN), City of, Indiana
1395. Howard (IN), County of, Indiana
1396. Huntington (IN), City of, Indiana
1397. Indianapolis (IN), City of, Indiana
1398. Jackson (IN), County of, Indiana
1399. Jasper (IN), City of, Indiana
1400. Jay (IN), County of, Indiana
1401. Jeffersonville (IN), City of, Indiana
1402. Jennings (IN), County of, Indiana
1403. Kokomo (IN), City of, Indiana
1404. Lafayette (IN), City of, Indiana
1405. Lake (IN), County of, Indiana
1406. Laporte (IN), County of, Indiana
1407. Lawrence (IN), City of, Indiana
1408. Lawrence (IN), County of, Indiana
1409. Logansport (IN), City of, Indiana
1410. Madison (IN), City of, Indiana
1411. Madison (IN), County of, Indiana
1412. Marion (IN), County of, Indiana
1413. Marshall (IN), County of, Indiana
1414. Martinsville (IN), City of, Indiana
1415. Mishawaka (IN), City of, Indiana
1416. Monroe (IN), County of, Indiana
1417. Montpelier (IN), City of, Indiana
1418. Mooresville (IN), Town of, Indiana
1419. Morgan (IN), County of, Indiana
1420. Muncie (IN), City of, Indiana
1421. New Albany (IN), City of, Indiana
1422. New Castle (IN), City of, Indiana
1423. Noblesville (IN), City of, Indiana
1424. Orange (IN), County of, Indiana
1425. Pendleton (IN), Town of, Indiana
1426. Penn-Harris-Madison School Corporation (IN), Indiana
1427. Peru (IN), City of, Indiana
1428. Plainfield (IN), Town of, Indiana
1429. Porter (IN), County of, Indiana
1430. Portland (IN), City of, Indiana
1431. Pulaski (IN), County of, Indiana
1432. Richmond (IN), City of, Indiana
1433. Ripley (IN), County of, Indiana
1434. School City of Mishawaka (IN), Indiana
1435. Scott (IN), County of, Indiana
1436. Saint Joseph (IN), County of, Indiana
1437. Seymour (IN), City of, Indiana
1438. Shelbyville (IN), City of, Indiana
1439. Sheridan (IN), Town of, Indiana
1440. Smith-Green Community Schools (IN), Indiana
1441. South Bend (IN), City of, Indiana
1442. South Bend Community School Corporation (IN), Indiana
1443. Starke (IN), County of, Indiana
1444. Terre Haute (IN), City of, Indiana
1445. Tippecanoe (IN), County of, Indiana
1446. Upland (IN), Town of, Indiana
1447. Vanderburgh (IN), County of, Indiana
1448. Vigo (IN), County of, Indiana
1449. West Lafayette (IN), City of, Indiana
1450. Westfield (IN), City of, Indiana
1451. Zionsville (IN), Town of, Indiana
1452. Adair (IA), County of, Iowa
1453. Adams (IA), County of, Iowa
1454. Allamakee (IA), County of, Iowa
1455. Appanoose (IA), County of, Iowa
1456. Audubon (IA), County of, Iowa
1457. Benton (IA), County of, Iowa

1458. Black Hawk (IA), County of, Iowa
1459. Bremer (IA), County of, Iowa
1460. Buchanan (IA), County of, Iowa
1461. Buena Vista (IA), County of, Iowa
1462. Calhoun (IA), County of, Iowa
1463. Carroll (IA), County of, Iowa
1464. Cedar (IA), County of, Iowa
1465. Cerro Gordo (IA), County of, Iowa
1466. Cherokee (IA), County of, Iowa
1467. Chickasaw (IA), County of, Iowa
1468. Clay (IA), County of, Iowa
1469. Clayton (IA), County of, Iowa
1470. Clinton (IA), County of, Iowa
1471. Dallas (IA), County of, Iowa
1472. Delaware (IA), County of, Iowa
1473. Des Moines (IA), County of, Iowa
1474. Emmet (IA), County of, Iowa
1475. Fayette (IA), County of, Iowa
1476. Fremont (IA), County of, Iowa
1477. Hamilton (IA), County of, Iowa
1478. Hancock (IA), County of, Iowa
1479. Hardin (IA), County of, Iowa
1480. Harrison (IA), County of, Iowa
1481. Henry (IA), County of, Iowa
1482. Howard (IA), County of, Iowa
1483. Humboldt (IA), County of, Iowa
1484. Ida (IA), County of, Iowa
1485. Jasper (IA), County of, Iowa
1486. Johnson (IA), County of, Iowa
1487. Jones (IA), County of, Iowa
1488. Keokuk (IA), County of, Iowa
1489. Lee (IA), County of, Iowa
1490. Lyon (IA), County of, Iowa
1491. Madison (IA), County of, Iowa
1492. Mahaska (IA), County of, Iowa
1493. Marion (IA), County of, Iowa
1494. Mills (IA), County of, Iowa
1495. Mitchell (IA), County of, Iowa
1496. Monroe (IA), County of, Iowa
1497. Montgomery (IA), County of, Iowa
1498. Muscatine (IA), County of, Iowa

1499. O'Brien (IA), County of, Iowa
1500. Osceola (IA), County of, Iowa
1501. Plymouth (IA), County of, Iowa
1502. Pocahontas (IA), County of, Iowa
1503. Polk (IA), County of, Iowa
1504. Pottawattamie (IA), County of, Iowa
1505. Poweshiek (IA), County of, Iowa
1506. Sac (IA), County of, Iowa
1507. Scott (IA), County of, Iowa
1508. Shelby (IA), County of, Iowa
1509. Sioux (IA), County of, Iowa
1510. Tama (IA), County of, Iowa
1511. Taylor (IA), County of, Iowa
1512. Union (IA), County of, Iowa
1513. Webster (IA), County of, Iowa
1514. Winnebago (IA), County of, Iowa
1515. Winneshiek (IA), County of, Iowa
1516. Worth (IA), County of, Iowa
1517. Wright (IA), County of, Iowa
1518. Allen (KS), County of, Kansas
1519. Barber (KS), County of, Kansas
1520. Bourbon (KS), County of, Kansas
1521. Cherokee (KS), County of, Kansas
1522. Cowley (KS), County of, Kansas
1523. Crawford (KS), County of, Kansas
1524. Dickinson (KS), County of, Kansas
1525. Elk (KS), County of, Kansas
1526. Elkhart (KS), City of, Kansas
1527. Finney (KS), County of, Kansas
1528. Ford (KS), County of, Kansas
1529. Grant (KS), County of, Kansas
1530. Greenwood (KS), County of, Kansas
1531. Harvey (KS), County of, Kansas
1532. Johnson (KS), County of, Kansas
1533. Leavenworth (KS), County of, Kansas
1534. Manter (KS), City of, Kansas
1535. Meade (KS), County of, Kansas
1536. Montgomery (KS), County of, Kansas
1537. Morton (KS), County of, Kansas
1538. Neosho (KS), County of, Kansas
1539. Overland Park (KS), City of, Kansas

1540. Pratt (KS), County of, Kansas

1541. Reno (KS), County of, Kansas

1542. Sedgwick, KS, Commission (KS), County of, Kansas

1543. Seward (KS), County of, Kansas

1544. Shawnee (KS), County of, Kansas

1545. Stanton (KS), County of, Kansas

1546. Ulysses (KS), City of, Kansas

1547. Wabaunsee (KS), County of, Kansas

1548. Wichita (KS), City of, Kansas

1549. Wyandotte County/Kansas City (KS), Unified Government of, Kansas

1550. Adair (KY), County of (Fiscal Court), Kentucky

1551. Allen (KY), County of (Fiscal Court), Kentucky

1552. Anderson (KY), County of (Fiscal Court), Kentucky

1553. Ballard (KY), County of, Kentucky

1554. Bath (KY), County of (Fiscal Court), Kentucky

1555. Bell (KY), County of (Fiscal Court), Kentucky

1556. Bellefonte (KY), City of, Kentucky

1557. Benham (KY), City of, Kentucky

1558. Board of Education of Breathitt Public Schools (KY), County of, Kentucky

1559. Board of Education of Bullitt Public Schools (KY), County of, Kentucky

1560. Board of Education of Estill Public Schools (KY), County of, Kentucky

1561. Board of Education of Fayette Public Schools. (KY), County of, Kentucky

1562. Board of Education of Harrison Public Schools (KY), County of, Kentucky

1563. Board of Education of Hart Public Schools (KY), County of, Kentucky

1564. Board of Education of Jefferson Public Schools (KY), County of, Kentucky

1565. Board of Education of Johnson Public School District ((KY), County of, Kentucky

1566. Board of Education of LaRue Public Schools (KY), County of, Kentucky

1567. Board of Education of Lawrence Public Schools (KY), County of, Kentucky

1568. Board of Education of Martin Public Schools (KY), County of, Kentucky

1569. Board of Education of Menifee Public Schools (KY), County of, Kentucky

1570. Board of Education of Owsley Public Schools (KY), County of, Kentucky

1571. Board of Education of Wolfe Public Schools (KY), County of, Kentucky

1572. Boone (KY), County of (Fiscal Court), Kentucky

1573. Bourbon (KY), County of (Fiscal Court), Kentucky

1574. Boyd (KY), County of, Kentucky

1575. Boyle (KY), County of (Fiscal Court), Kentucky

1576. Bracken (KY), County of (Fiscal Court), Kentucky

1577. Breathitt (KY), County of (Fiscal Court), Kentucky

1578. Breckinridge (KY), County of (Fiscal Court), Kentucky

1579. Buckhorn (KY), City of, Kentucky

1580. Bullitt (KY), County of (Fiscal Court), Kentucky

1581. Caldwell (KY), County of (Fiscal Court), Kentucky

1582. Calloway (KY), County of, Kentucky

1583. Campbell (KY), County of (Fiscal Court), Kentucky

1584. Campbellsville (KY), City of, Kentucky

1585. Carlisle (KY), County of (Fiscal Court), Kentucky

1586. Carter (KY), County of (Fiscal Court), Kentucky

1587. Casey (KY), County of (Fiscal Court), Kentucky

1588. Christian (KY), County of (Fiscal Court), Kentucky

1589. Clark (KY), County of (Fiscal Court), Kentucky

1590. Clay (KY), County of (Fiscal Court), Kentucky

1591. Clinton (KY), County of (Fiscal Court), Kentucky

1592. Columbia (KY), City of, Kentucky

1593. Covington (KY), City of, Kentucky

1594. Cumberland (KY), County of (Fiscal Court), Kentucky

1595. Daviess (KY), County of (Fiscal Court), Kentucky

1596. Edmonson (KY), County of (Fiscal Court), Kentucky

1597. Elliott (KY), County of (Fiscal Court), Kentucky

1598. Estill (KY), County of, Kentucky

1599. Estill Emergency Medical Services (KY), County of, Kentucky

1600. Fleming (KY), County of (Fiscal Court), Kentucky

1601. Florence (KY), City of, Kentucky

1602. Floyd (KY), County of, Kentucky

1603. Franklin (KY), County of (Fiscal Court), Kentucky

1604. Fulton (KY), County of (Fiscal Court), Kentucky

1605. Gallatin (KY), County of (Fiscal Court), Kentucky

1606. Garrard (KY), County of (Fiscal Court), Kentucky

1607. Grant (KY), County of (Fiscal Court), Kentucky

1608. Grayson (KY), City of, Kentucky

1609. Green (KY), County of (Fiscal Court), Kentucky

1610. Greenup (KY), City of, Kentucky

1611. Greenup (KY), County of, Kentucky

1612. Hancock (KY), County of (Fiscal Court), Kentucky

1613. Hardin (KY), County of (Fiscal Court), Kentucky

1614. Hardin Memorial Hospital (KY, Kentucky

1615. Harlan (KY), City of, Kentucky

1616. Harlan (KY), County of (Fiscal Court), Kentucky

1617. Harrison (KY), County of (Fiscal Court), Kentucky

1618. Hart (KY), County of (Fiscal Court), Kentucky

1619. Henderson (KY), City of, Kentucky

1620. Henderson (KY), County of (Fiscal Court), Kentucky

1621. Henry (KY), County of (Fiscal Court), Kentucky

1622. Hickman (KY), County of (Fiscal Court), Kentucky

1623. Hillview (KY), City of, Kentucky

1624. Hopkins (KY), County of (Fiscal Court), Kentucky

1625. Hyden (KY), City of, Kentucky

1626. Inez (KY), City of, Kentucky

1627. Jamestown (KY), City of, Kentucky

1628. Jenkins (KY), City of, Kentucky

1629. Jessamine (KY), County of (Fiscal Court), Kentucky

1630. Kenton (KY), County of (Discal Court), Kentucky

1631. Kentucky River District Health Department (KY), Kentucky

1632. Knott (KY), County of, Kentucky

1633. Knox (KY), County of (Fiscal Court), Kentucky

1634. LaRue (KY), County of (Fiscal Court), Kentucky

1635. Laurel (KY), County of, Kentucky

1636. Lawrence (KY), County of, Kentucky

1637. Lee (KY), County of (Fiscal Court), Kentucky

1638. Leslie (KY), County of (Fiscal Court), Kentucky

1639. Letcher (KY), County of (Fiscal Court), Kentucky

1640. Lewis (KY), County of (Fiscal Court), Kentucky

1641. Lexington-Fayette, KY Urban Government (KY), County of, Kentucky

1642. Lincoln (KY), County of (Fiscal Court), Kentucky

1643. Logan (KY), County of (Fiscal Court), Kentucky

1644. London (KY), City of, Kentucky

1645.  Louisville-Jefferson (KY), County of, Kentucky

1646.  Loyall (KY), City of, Kentucky

1647.  Lynch (KY), City of, Kentucky

1648.  Madison (KY), County of (Fiscal Court), Kentucky

1649.  Manchester (KY), City of, Kentucky

1650.  Marshall (KY), County of (Fiscal Court), Kentucky

1651.  Martin (KY), County of (Fiscal Court), Kentucky

1652.  Mason (KY), County of (Fiscal Court), Kentucky

1653.  McCracken (KY), County of, Kentucky

1654.  McLean (KY), County of (Fiscal Court), Kentucky

1655.  Meade (KY), County of (Fiscal Court), Kentucky

1656.  Mercer (KY), County of (Fiscal Court), Kentucky

1657.  Monroe (KY), County of (Fiscal Court), Kentucky

1658.  Montgomery (KY), County of (Fiscal Court), Kentucky

1659.  Morehead (KY), City of, Kentucky

1660.  Morgan (KY), County of (Fiscal Court), Kentucky

1661.  Morganfield (KY), City of, Kentucky

1662.  Mt. Washington (KY), City of, Kentucky

1663.  Muhlenberg (KY), County of (Fiscal Court), Kentucky

1664.  Murray (KY), City of, Kentucky

1665.  Nicholas (KY), County of (Fiscal Court), Kentucky

1666.  Ohio (KY), County of (Fiscal Court), Kentucky

1667.  Oldham (KY), County of (Fiscal Court), Kentucky

1668.  Owen (KY), County of (Fiscal Court), Kentucky

1669.  Owensboro (KY), City of, Kentucky

1670.  Owsley (KY), County of (Fiscal Court), Kentucky

1671.  Paducah (KY), City of, Kentucky

1672.  Paintsville (KY), City of, Kentucky

1673.  Pendleton (KY), County of (Fiscal Court), Kentucky

1674.  Perry (KY), County of, Kentucky

1675.  Pike (KY), County of, Kentucky

1676.  Pineville (KY), City of, Kentucky

1677.  Pippa Passes (KY), City of, Kentucky

1678.  Powell (KY), County of (Fiscal Court), Kentucky

1679.  Prestonsburg (KY), City of, Kentucky

1680.  Pulaski (KY), County of, Kentucky

1681.  Rowan (KY), County of (Fiscal Court), Kentucky

1682.  Russel Springs (KY), City of, Kentucky

1683.  Russell (Fiscal Court) (KY), County of, Kentucky

1684.  Russell (KY), City of, Kentucky

1685.  Scott (KY), County of (Fiscal Court), Kentucky

1686.  Shelby (KY), County of (Fiscal Court), Kentucky

1687.  Shepherdsville (KY), City of, Kentucky

1688.  South Shore (KY), City of, Kentucky

1689.  Spencer (KY), County of (Fiscal Court), Kentucky

1690.  Taylor (KY), County of (Fiscal Court), Kentucky

1691.  Todd (KY), County of (Fiscal Court), Kentucky

1692.  Union (KY), County of (Fiscal Court), Kentucky

1693.  Vanceburg (KY), City of, Kentucky

1694.  Warfield (KY), City of, Kentucky

1695.  Warren (KY), County of, Kentucky

1696.  Wayne, KY Fiscal Court (KY), County of, Kentucky

1697.  Webster (KY), County of (Fiscal Court), Kentucky

1698.  West Liberty (KY), City of, Kentucky

1699.  Whitesburg (KY), City of, Kentucky

1700.  Whitley (KY), County of (Fiscal Court), Kentucky

1701.  Winchester (KY), City of, Kentucky

1702. Wolfe (KY), County of (Fiscal Court), Kentucky

1703. Woodford (KY), County of (Fiscal Court), Kentucky

1704. Worthington (KY), City of, Kentucky

1705. Androscoggin (ME), County of, Maine

1706. Aroostook (ME), County of, Maine

1707. Auburn (ME), City of, Maine

1708. Augusta (ME), City of, Maine

1709. Bangor (ME), City of, Maine

1710. Biddeford (ME), City of, Maine

1711. Board of Education of Bangor School Department (ME), Maine

1712. Board of Education of Cape Elizabeth School Department (ME), Maine

1713. Board of Education of Ellsworth School Department (ME), Maine

1714. Board of Education of Maine Regional School Unit ("RSU") 9 (ME), Maine

1715. Board of Education of Maine RSU 10 (ME), Maine

1716. Board of Education of Maine RSU 13 (ME), Maine

1717. Board of Education of Maine RSU 25 (ME), Maine

1718. Board of Education of Maine RSU 26 (ME), Maine

1719. Board of Education of Maine RSU 29 (ME), Maine

1720. Board of Education of Maine RSU 34 (ME), Maine

1721. Board of Education of Maine RSU 40 (ME), Maine

1722. Board of Education of Maine RSU 50 (ME), Maine

1723. Board of Education of Maine RSU 57 (ME), Maine

1724. Board of Education of Maine RSU 60 (ME), Maine

1725. Board of Education of Maine RSU 71 (ME), Maine

1726. Board of Education of Maine SAD 6 (ME), Maine

1727. Board of Education of Maine School Administrative District ("SAD") 11 (ME), Maine

1728. Board of Education of Maine SAD 15 (ME), Maine

1729. Board of Education of Maine SAD 28/Five Town Central School District (ME), Maine

1730. Board of Education of Maine SAD 35 (ME), Maine

1731. Board of Education of Maine SAD 44 (ME), Maine

1732. Board of Education of Maine SAD 53 (ME), Maine

1733. Board of Education of Maine SAD 55 (ME), Maine

1734. Board of Education of Maine SAD 61 (ME), Maine

1735. Board of Education of Maine SAD 72 (ME), Maine

1736. Board of Education of Portland School Department (ME), Maine

1737. Board of Education of Scarborough School Department (ME), Maine

1738. Board of Education of South Portland School Department (ME), Maine

1739. Board of Education of St. George Municipal School District (ME), Maine

1740. Board of Education of Waterville School Department (ME), Maine

1741. Calais (ME), City of, Maine

1742. Cumberland (ME), County of, Maine

1743. Kennebec (ME), County of, Maine

1744. Knox (ME), County of, Maine

1745. Lewiston (ME), City of, Maine

1746. Lincoln (ME), County of, Maine

1747. Penobscot (ME), County of, Maine

1748. Portland (ME), City of, Maine

1749. Rockland (ME), City of, Maine

1750. Saco (ME), City of, Maine

1751. Sagadahoc (ME), County of, Maine

1752. Sanford (ME), City of, Maine

1753. Somerset (ME), County of, Maine

1754. Waldo (ME), County of, Maine

1755. Washington (ME), County of, Maine

1756. Waterville (ME), City of, Maine
1757. York (ME), County of, Maine
1758. Aberdeen (MD), City of, Maryland
1759. Allegany (MD), County of, Maryland
1760. Annapolis (MD), City of, Maryland
1761. Anne Arundel (MD), County of, Maryland
1762. Baltimore (MD), County of, Maryland
1763. Baltimore (MD), City of, Maryland
1764. Baltimore City Board of School Commissioners (MD), Maryland
1765. Bel Air (MD), City of, Maryland
1766. Berlin (MD), City of, Maryland
1767. Bowie (MD), City of, Maryland
1768. Calvert (MD), County of, Maryland
1769. Cambridge (MD), City of, Maryland
1770. Caroline (MD), County of, Maryland
1771. Carroll (MD), County of, Maryland
1772. Cecil (MD), County of, Maryland
1773. Charles (MD), County of, Maryland
1774. Charlestown (MD), City of, Maryland
1775. Cottage City (MD), Town of, Maryland
1776. Cumberland (MD), City of, Maryland
1777. Dorchester (MD), County of, Maryland
1778. Forest Heights (MD), Town of, Maryland
1779. Frederick (MD), City of, Maryland
1780. Frederick (MD), County of, Maryland
1781. Frostburg (MD), City of, Maryland
1782. Garrett (MD), County of, Maryland
1783. Grantsville (MD), City of, Maryland
1784. Hagerstown (MD), City of, Maryland
1785. Harford (MD), County of, Maryland
1786. Havre De Grace (MD), City of, Maryland
1787. Howard (MD), County of, Maryland
1788. Laurel (MD), City of, Maryland
1789. Montgomery (MD), County of, Maryland
1790. Mountain Lake Park (MD), City of, Maryland
1791. North Brentwood (MD), Town of, Maryland
1792. North East (MD), City of, Maryland
1793. Oakland (MD), City of, Maryland
1794. Perryville (MD), City of, Maryland
1795. Prince George's (MD), County of, Maryland
1796. Rockville (MD), City of (Mayor and Common Council), Maryland
1797. Saint Mary's (MD), County of, Maryland
1798. Seat Pleasant (MD), City of, Maryland
1799. Somerset (MD), County of, Maryland
1800. Talbot (MD), County of, Maryland
1801. Upper Marlboro (MD), Town of, Maryland
1802. Vienna (MD), City of, Maryland
1803. Washington (MD), County of, Maryland
1804. Westminster (MD), City of, (Mayor and Common Council) (MD), Maryland
1805. Wicomico (MD), County of, Maryland
1806. Acushnet (MA), Town of, Massachusetts
1807. Agawam (MA), Town of, Massachusetts
1808. Amesbury (MA), City of, Massachusetts
1809. Andover (MA), Town of, Massachusetts
1810. Aquinnah (MA), Town of, Massachusetts
1811. Athol (MA), Town of, Massachusetts
1812. Auburn (MA), Town of, Massachusetts
1813. Ayer (MA), Town of, Massachusetts
1814. Barnstable (MA), Town of, Massachusetts
1815. Belchertown (MA), Town of, Massachusetts
1816. Beverly (MA), City of, Massachusetts
1817. Billerica (MA), Town of, Massachusetts
1818. Boston (MA), City of, Massachusetts
1819. Boston Housing Authority (MA), Massachusetts
1820. Boston Public Health Commission (MA), Massachusetts
1821. Braintree (MA), Town of, Massachusetts
1822. Brewster (MA), Town of, Massachusetts
1823. Bridgewater (MA), Town of, Massachusetts
1824. Brockton (MA), City of, Massachusetts
1825. Brookline (MA), Town of, Massachusetts
1826. Cambridge (MA), City of, Massachusetts
1827. Canton (MA), Town of, Massachusetts
1828. Carver (MA), Town of, Massachusetts
1829. Charlton (MA), Town of, Massachusetts
1830. Chelmsford (MA), Town of, Massachusetts

1831. Chelsea (MA), City of, Massachusetts

1832. Chicopee (MA), City of, Massachusetts

1833. Clarksburg (MA), Town of, Massachusetts

1834. Clinton (MA), Town of, Massachusetts

1835. Danvers (MA), Town of, Massachusetts

1836. Dedham (MA), Town of, Massachusetts

1837. Dennis (MA), Town of, Massachusetts

1838. Douglas (MA), Town of, Massachusetts

1839. Dudley (MA), Town of, Massachusetts

1840. East Bridgewater (MA), Town of, Massachusetts

1841. Eastham (MA), Town of, Massachusetts

1842. Easthampton (MA), City of, Massachusetts

1843. Easton (MA), Town of, Massachusetts

1844. Everett (MA), City of, Massachusetts

1845. Fairhaven (MA), Town of, Massachusetts

1846. Fall River (MA), City of, Massachusetts

1847. Falmouth (MA), Town of, Massachusetts

1848. Fitchburg (MA), City of, Massachusetts

1849. Framingham (MA), City of, Massachusetts

1850. Freetown (MA), Town of, Massachusetts

1851. Georgetown (MA), Town of, Massachusetts

1852. Gloucester (MA), City of, Massachusetts

1853. Grafton (MA), Town of, Massachusetts

1854. Greenfield (MA), City of, Massachusetts

1855. Hanson (MA), Town of, Massachusetts

1856. Haverhill (MA), City of, Massachusetts

1857. Holliston (MA), Town of, Massachusetts

1858. Holyoke (MA), City of, Massachusetts

1859. Hopedale (MA), Town of, Massachusetts

1860. Hull (MA), Town of, Massachusetts

1861. Kingston (MA), Town of, Massachusetts

1862. Lakeville (MA), Town of, Massachusetts

1863. Leicester (MA), Town of, Massachusetts

1864. Leominster (MA), City of, Massachusetts

1865. Leverett (MA), Town of, Massachusetts

1866. Longmeadow (MA), Town of, Massachusetts

1867. Lowell (MA), City of, Massachusetts

1868. Ludlow (MA), Town of, Massachusetts

1869. Lunenberg (MA), Town of, Massachusetts

1870. Lynn (MA), City of, Massachusetts

1871. Lynnfield (MA), Town of, Massachusetts

1872. Malden (MA), City of, Massachusetts

1873. Marblehead (MA), Town of, Massachusetts

1874. Marshfield (MA), Town of, Massachusetts

1875. Mashpee (MA), Town of, Massachusetts

1876. Mattapoisett (MA), Town of, Massachusetts

1877. Medford (MA), City of, Massachusetts

1878. Melrose (MA), City of, Massachusetts

1879. Methuen (MA), City of, Massachusetts

1880. Middleborough (MA), Town of, Massachusetts

1881. Milford (MA), Town of, Massachusetts

1882. Millbury (MA), Town of, Massachusetts

1883. Millis (MA), Town of, Massachusetts

1884. Nantucket (MA), Town of, Massachusetts

1885. Natick (MA), Town of, Massachusetts

1886. New Bedford (MA), City of, Massachusetts

1887. Newburyport (MA), City of, Massachusetts

1888. North Adams (MA), City of, Massachusetts

1889. North Andover (MA), Town of, Massachusetts

1890. North Attleborough (MA), Town of, Massachusetts

1891. North Reading (MA), Town of, Massachusetts

1892. Northampton (MA), City of, Massachusetts

1893. Northbridge (MA), Town of, Massachusetts

1894. Norton (MA), Town of, Massachusetts

1895. Norwell (MA), Town of, Massachusetts

1896. Norwood (MA), Town of, Massachusetts

1897. Orange (MA), Town of, Massachusetts

1898. Oxford (MA), Town of, Massachusetts

1899. Palmer (MA), Town of, Massachusetts

1900. Peabody (MA), City of, Massachusetts

1901. Pembroke (MA), Town of, Massachusetts

1902. Pittsfield (MA), City of, Massachusetts

1903. Plainville (MA), Town of, Massachusetts

1904. Plymouth (MA), Town of, Massachusetts

1905. Provincetown (MA), Town of, Massachusetts

1906. Quincy (MA), City of, Massachusetts
1907. Randolph (MA), Town of, Massachusetts
1908. Rehoboth (MA), Town of, Massachusetts
1909. Revere (MA), City of, Massachusetts
1910. Rockland (MA), Town of, Massachusetts
1911. Salem (MA), City of, Massachusetts
1912. Salisbury (MA), Town of, Massachusetts
1913. Sandwich (MA), Town of, Massachusetts
1914. Scituate (MA), Town of, Massachusetts
1915. Seekonk (MA), Town of, Massachusetts
1916. Sheffield (MA), Town of, Massachusetts
1917. Shirley (MA), Town of, Massachusetts
1918. Somerset (MA), Town of, Massachusetts
1919. Somerville (MA), City of, Massachusetts
1920. South Hadley (MA), Town of, Massachusetts
1921. Southbridge (MA), Town of, Massachusetts
1922. Spencer (MA), Town of, Massachusetts
1923. Springfield (MA), City of, Massachusetts
1924. Stoneham (MA), Town of, Massachusetts
1925. Stoughton (MA), Town of, Massachusetts
1926. Sturbridge (MA), Town of, Massachusetts
1927. Sudbury (MA), Town of, Massachusetts
1928. Sutton (MA), Town of, Massachusetts
1929. Swampscott (MA), Town of, Massachusetts
1930. Templeton (MA), Town of, Massachusetts
1931. Tewksbury (MA), Town of, Massachusetts
1932. Truro (MA), Town of, Massachusetts
1933. Tyngsborough (MA), Town of, Massachusetts
1934. Upton (MA), Town of, Massachusetts
1935. Wakefield (MA), Town of, Massachusetts
1936. Walpole (MA), Town of, Massachusetts
1937. Ware (MA), Town of, Massachusetts
1938. Warren (MA), Town of, Massachusetts
1939. Watertown (MA), Town of, Massachusetts
1940. Wellfleet (MA), Town of, Massachusetts
1941. West Boylston (MA), Town of, Massachusetts
1942. West Bridgewater (MA), Town of, Massachusetts
1943. West Springfield (MA), Town of, Massachusetts
1944. West Tisbury (MA), Town of, Massachusetts
1945. Westborough (MA), Town of, Massachusetts
1946. Westford (MA), Town of, Massachusetts
1947. Weymouth (MA), Town of, Massachusetts
1948. Williamsburg (MA), Town of, Massachusetts
1949. Wilmington (MA), Town of, Massachusetts
1950. Winchendon (MA), Town of, Massachusetts
1951. Winthrop (MA), Town of, Massachusetts
1952. Woburn (MA), City of, Massachusetts
1953. Worcester (MA), City of, Massachusetts
1954. Alcona (MI), County of, Michigan
1955. Alger (MI), County of, Michigan
1956. Alpena (MI), County of, Michigan
1957. Antrim (MI), County of, Michigan
1958. Arenac (MI), County of, Michigan
1959. Baraga (MI), County of, Michigan
1960. Bay (MI), County of, Michigan
1961. Benzie (MI), County of, Michigan
1962. Berrien (MI), County of, Michigan
1963. Branch (MI), County of, Michigan
1964. Calhoun (MI), County of, Michigan
1965. Canton (MI), Charter Township of, Michigan
1966. Cass (MI), County of, Michigan
1967. Charlevoix (MI), County of, Michigan
1968. Cheboygan, (MI), County of, Michigan
1969. Chippewa (MI), County of, Michigan
1970. Clinton (MI), County of, Michigan
1971. Clinton (MI), Charter Township of, Michigan
1972. Crawford (MI), County of, Michigan
1973. Delta (MI), County of, Michigan
1974. Detroit (MI), City of, Michigan
1975. Detroit Wayne Mental Health Authority (MI), Michigan
1976. Dickinson (MI), County of, Michigan
1977. East Lansing (MI), City of, Michigan

1978. Eaton (MI), County of, Michigan

1979. Escanaba (MI), City of, Michigan

1980. Flint (MI), City of, Michigan

1981. Genesee (MI), County of, Michigan

1982. Grand Rapids (MI), City of, Michigan

1983. Grand Traverse (MI), County of, Michigan

1984. Gratiot (MI), County of, Michigan

1985. Harrison (MI), Township of, Michigan

1986. Hillsdale (MI), County of, Michigan

1987. Houghton (MI), County of, Michigan

1988. Huron (MI), Charter Township of, Michigan

1989. Ingham (MI), County of, Michigan

1990. Ionia (MI), County of, Michigan

1991. Iosco (MI), County of, Michigan

1992. Iron (MI), County of, Michigan

1993. Iron Mountain (MI), City of, Michigan

1994. Isabella (MI), County of, Michigan

1995. Jackson (MI), City of, Michigan

1996. Kalamazoo (MI), County of, Michigan

1997. Kent (MI), County of, Michigan

1998. Lake (MI), County of, Michigan

1999. Lansing (MI), City of, Michigan

2000. Leelanau (MI), County of, Michigan

2001. Lenawee (MI), County of, Michigan

2002. Livingston (MI), County of, Michigan

2003. Livonia (MI), City of, Michigan

2004. Luce (MI), County of, Michigan

2005. Macomb (MI), County of, Michigan

2006. Manistee (MI), County of, Michigan

2007. Marquette (MI), County of, Michigan

2008. Mason (MI), County of, Michigan

2009. Monroe (MI), County of, Michigan

2010. Montcalm (MI), County of, Michigan

2011. Montmorency (MI), County of, Michigan

2012. Muskegon (MI), County of, Michigan

2013. Newaygo (MI), County of, Michigan

2014. Northville (MI), Charter Township of, Michigan

2015. Oakland (MI), County of, Michigan

2016. Oceana (MI), County of, Michigan

2017. Ogemaw (MI), County of, Michigan

2018. Ontonagon (MI), County of, Michigan

2019. Osceola (MI), County of, Michigan

2020. Otsego (MI), County of, Michigan

2021. Pittsfield (MI), Township of, Michigan

2022. Pontiac (MI), City of, Michigan

2023. Presque Isle (MI), County of, Michigan

2024. Romulus (MI), City of, Michigan

2025. Roscommon (MI), County of, Michigan

2026. Saginaw (MI), County of, Michigan

2027. Saint Clair (MI), County of, Michigan

2028. Sanilac (MI), County of, Michigan

2029. Sault Sainte Marie (MI), City of, Michigan

2030. Shiawassee (MI), County of, Michigan

2031. Sterling Heights (MI), City of, Michigan

2032. Traverse (MI), City of, Michigan

2033. Tuscola (MI), County of, Michigan

2034. Van Buren (MI), Charter Township of, Michigan

2035. Warren (MI), City of, Michigan

2036. Washtenaw (MI), County of, Michigan

2037. Wayne (MI), City of, Michigan

2038. Wayne (MI), County of, Michigan

2039. Westland (MI), City of, Michigan

2040. Wexford (MI), County of, Michigan

2041. Anoka (MN), County of, Minnesota

2042. Beltrami (MN), County of, Minnesota

2043. Big Stone (MN), County of, Minnesota

2044. Board of Education of Minnetonka School District No. 276 (ME), Maine

2045. Carlton (MN), County of, Minnesota

2046. Carver (MN), County of, Minnesota

2047. Coon Rapids (MN), City of, Minnesota

2048. Dakota (MN), County of, Minnesota

2049. Douglas (MN), County of, Minnesota

2050. Duluth (MN), City of, Minnesota

2051. Freeborn (MN), County of, Minnesota

2052. Hennepin (MN), County of, Minnesota

2053. Itasca (MN), County of, Minnesota

2054. McLeod (MN), County of, Minnesota

2055. Meeker (MN), County of, Minnesota

2056. Minneapolis (MN), Minnesota
2057. Minnesota Prairie Health Alliance (MN), Minnesota
2058. Morrison (MN), County of, Minnesota
2059. Mower (MN), County of, Minnesota
2060. North Saint Paul (MN), City of, Minnesota
2061. Olmsted (MN), County of, Minnesota
2062. Pine (MN), County of, Minnesota
2063. Proctor (MN), City of, Minnesota
2064. Ramsey (MN), County of, Minnesota
2065. Rochester (MN), City of, Minnesota
2066. Roseau (MN), County of, Minnesota
2067. Saint Louis (MN), County of, Minnesota
2068. Saint Paul (MN), City of, Minnesota
2069. Sibley (MN), County of, Minnesota
2070. Steele (MN), County of, Minnesota
2071. Waseca (MN), County, Minnesota
2072. Washington (MN), County of, Minnesota
2073. Winona (MN), County of, Minnesota
2074. Wright (MN), County of, Minnesota
2075. Yellow Medicine (MN), County of, Minnesota
2076. Adams (MS), County of, Mississippi
2077. Amite (MS), County of, Mississippi
2078. Amory (MS), City of, Mississippi
2079. Arcola (MS), Town of, Mississippi
2080. Attala (MS), County of, Mississippi
2081. Benton (MS), County of, Mississippi
2082. Bolivar (MS), County of, Mississippi
2083. Brookhaven (MS), City of, Mississippi
2084. Caledonia (MS), Town of, Mississippi
2085. Carroll (MS), County of, Mississippi
2086. Charleston (MS), City of, Mississippi
2087. Chickasaw (MS), County of, Mississippi
2088. Claiborne (MS), County of, Mississippi
2089. Clarke (MS), County of, Mississippi
2090. Clarksdale (MS), City of, Mississippi
2091. Cleveland (MS), City of, Mississippi
2092. Columbia (MS), City of, Mississippi
2093. Columbus (MS), City of, Mississippi
2094. Covington (MS), County of, Mississippi

2095. Desoto (MS), County of, Mississippi
2096. Diamondhead (MS), City of, Mississippi
2097. Forrest (MS), County of, Mississippi
2098. Franklin (MS), County of, Mississippi
2099. Gautier (MS), City of, Mississippi
2100. George (MS), County of, Mississippi
2101. Greene (MS), County of, Mississippi
2102. Greenwood (MS), City of, Mississippi
2103. Grenada (MS), City of, Mississippi
2104. Grenada (MS), County of, Mississippi
2105. Gulfport (MS), City of, Mississippi
2106. Hancock (MS), County of, Mississippi
2107. Harrison (MS), County of, Mississippi
2108. Hattiesburg (MS), City of, Mississippi
2109. Hinds (MS), County of, Mississippi
2110. Holly Springs (MS), City of, Mississippi
2111. Holmes (MS), County of, Mississippi
2112. Humphreys (MS), County of, Mississippi
2113. Indianola (MS), City of, Mississippi
2114. Issaquena (MS), County of, Mississippi
2115. Itawamba (MS), County of, Mississippi
2116. Iuka (MS), City of, Mississippi
2117. Jackson (MS), City of, Mississippi
2118. Jackson (MS), County of, Mississippi
2119. Jefferson (MS), County of, Mississippi
2120. Jefferson Davis (MS), County of, Mississippi
2121. Jones (MS), County of, Mississippi
2122. Jonestown (MS), City of, Mississippi
2123. Kemper (MS), County of, Mississippi
2124. Kosciusko (MS), City of, Mississippi
2125. Lafayette (MS), County of, Mississippi
2126. Lauderdale (MS), County of, Mississippi
2127. Laurel (MS), City of, Mississippi
2128. Lawrence (MS), County of, Mississippi
2129. Leakesville (MS), Town of, Mississippi
2130. Lee (MS), County of, Mississippi
2131. Leflore (MS), County of, Mississippi
2132. Lincoln (MS), County of, Mississippi
2133. Long Beach (MS), City of, Mississippi
2134. Lumberton (MS), City of, Mississippi

2135.   Madison (MS), County of, Mississippi

2136.   Marion (MS), County of, Mississippi

2137.   Marshall (MS), County of, Mississippi

2138.   McLain (MS), Town of, Mississippi

2139.   Memorial Hospital at Gulfport (MS), Mississippi

2140.   Meridian (MS), City of, Mississippi

2141.   Monroe (MS), County of, Mississippi

2142.   Morton (MS), City of, Mississippi

2143.   Moss Point (MS), City of, Mississippi

2144.   Mound Bayou (MS), City of, Mississippi

2145.   Neshoba (MS), County of, Mississippi

2146.   Nettleton (MS), City of, Mississippi

2147.   New Albany (MS), City of, Mississippi

2148.   Ocean Springs (MS), City of, Mississippi

2149.   Panola (MS), County of, Mississippi

2150.   Pascagoula (MS), City of, Mississippi

2151.   Pearl River (MS), County of, Mississippi

2152.   Pearl River Hospital & Nursing Home (MS), County of, Mississippi

2153.   Perry (MS), County of, Mississippi

2154.   Philadelphia (MS), City of, Mississippi

2155.   Prentiss (MS), County of, Mississippi

2156.   Quitman (MS), City of, Mississippi

2157.   Scott (MS), County of, Mississippi

2158.   Shannon (MS), City of, Mississippi

2159.   Sharkey-Issaquena Community Hospital (MS), Mississippi

2160.   Shubuta (MS), Town of, Mississippi

2161.   South Central Regional Medical Center (MS), Mississippi

2162.   Southwest Mississippi Regional Medical Center (MS), Mississippi

2163.   Starkville (MS), City of, Mississippi

2164.   Stone (MS), County of, Mississippi

2165.   Summit (MS), Town of, Mississippi

2166.   Sunflower (MS), County of, Mississippi

2167.   Tallahatchie (MS), County of, Mississippi

2168.   Tate (MS), County of, Mississippi

2169.   Tippah (MS), County of, Mississippi

2170.   Tishomingo (MS), County of, Mississippi

2171.   Tunica (MS), County of, Mississippi

2172.   Tupelo (MS), City of, Mississippi

2173.   Union (MS), County of, Mississippi

2174.   Verona (MS), City of, Mississippi

2175.   Vicksburg (MS), City of, Mississippi

2176.   Walthall (MS), County of, Mississippi

2177.   Washington (MS), County of, Mississippi

2178.   Wayne (MS), County of, Mississippi

2179.   Waynesboro (MS), City of, Mississippi

2180.   Webb (MS), City of, Mississippi

2181.   Wiggins (MS), City of, Mississippi

2182.   Yalobusha (MS), County of, Mississippi

2183.   Adair (MO), County of, Missouri

2184.   Andrew (MO), County of, Missouri

2185.   Atchison (MO), County of, Missouri

2186.   Audrain (MO), County of, Missouri

2187.   Barry (MO), County of, Missouri

2188.   Barton (MO), County of, Missouri

2189.   Boone (MO), County of, Missouri

2190.   Buchanan (MO), County of, Missouri

2191.   Butler (MO), County of, Missouri

2192.   Callaway (MO), County of, Missouri

2193.   Camden (MO), County of, Missouri

2194.   Cape Girardeau (MO), County of, Missouri

2195.   Cass (MO), County of, Missouri

2196.   Chariton (MO), County of, Missouri

2197.   Christian (MO), County of, Missouri

2198.   Citizens Memorial Hospital District d/b/a Citizens Memorial Hospital (MO), Missouri

2199.   Clinton (MO), County of, Missouri

2200.   Cole (MO), County of, Missouri

2201.   Crawford (MO), County of, Missouri

2202.   Dade (MO), County of, Missouri

2203.   Dekalb (MO), County of, Missouri

2204.   Dent (MO), County of, Missouri

2205.   Douglas (MO), County of, Missouri

2206.   Dunklin (MO), County of, Missouri

2207.   Franklin (MO), County of, Missouri

2208.   Gasconade (MO), County of, Missouri

2209.   Greene (MO), County of, Missouri

2210.   Greene (MO), County of, Missouri

2211. Grundy (MO), County of, Missouri

2212. Harrisonville (MO), City of, Missouri

2213. Henry (MO), County of, Missouri

2214. Hickory (MO), County of, Missouri

2215. Howell (MO), County of, Missouri

2216. Independence (MO), City of, Missouri

2217. Iron (MO), County of, Missouri

2218. Jackson (MO), County of, Missouri

2219. Jasper (MO), County of, Missouri

2220. Jasper (MO), County of, Missouri

2221. Jefferson (MO), County of, Missouri

2222. Johnson (MO), County of, Missouri

2223. Joplin (MO), City of, Missouri

2224. Kansas City (MO), City of, Missouri

2225. Kinloch Fire Protection District of Saint Louis (MO), Missouri

2226. Knox (MO), County of, Missouri

2227. Lafayette (MO), County of, Missouri

2228. Lawrence (MO), County of, Missouri

2229. Lewis (MO), County of, Missouri

2230. Lincoln (MO), County of, Missouri

2231. Livingston (MO), County of, Missouri

2232. Madison (MO), County of, Missouri

2233. Maries (MO), County of, Missouri

2234. McDonald (MO), County of, Missouri

2235. Miller (MO), County of, Missouri

2236. Moniteau (MO), County of, Missouri

2237. Montgomery (MO), County of, Missouri

2238. Morgan (MO), County of, Missouri

2239. New Madrid (MO), County of, Missouri

2240. Nodaway (MO), County of, Missouri

2241. Northeast Ambulance and Fire Protection District Of Saint Louis (MO), Missouri

2242. Osage (MO), County of, Missouri

2243. Ozark (MO), County of, Missouri

2244. Pemiscot (MO), County of, Missouri

2245. Perry (MO), County of, Missouri

2246. Pettis (MO), County of, Missouri

2247. Phelps (MO), County of, Missouri

2248. Pike (MO), County of, Missouri

2249. Polk (MO), County of, Missouri

2250. Pulaski (MO), County of, Missouri

2251. Ralls (MO), County of, Missouri

2252. Randolph (MO), County of, Missouri

2253. Ray (MO), County of, Missouri

2254. Reynolds (MO), County of, Missouri

2255. Ripley (MO), County of, Missouri

2256. Saint Charles (MO), County of, Missouri

2257. Saint Clair (MO), County of, Missouri

2258. Saint Francois (MO), County of, Missouri

2259. Saint Joseph (MO), City of, Missouri

2260. Saint Louis (MO), City of, Missouri

2261. Saint Louis (MO), County of, Missouri

2262. Schuyler (MO), County of, Missouri

2263. Scott (MO), County of, Missouri

2264. Sedalia, Pettis County (MO), City of, Missouri

2265. Shannon (MO), County of, Missouri

2266. Shelby (MO), County of, Missouri

2267. Springfield (MO), City of, Missouri

2268. Ste Genevieve (MO), County of, Missouri

2269. Stone (MO), County of, Missouri

2270. Taney (MO), County of, Missouri

2271. Texas (MO), County of, Missouri

2272. Vernon (MO), County of, Missouri

2273. Warren (MO), County of, Missouri

2274. Washington (MO), County of, Missouri

2275. Webster (MO), County of, Missouri

2276. Worth (MO), County of, Missouri

2277. Wright (MO), County of, Missouri

2278. Anaconda-Deer Lodge (MT), County of, Montana

2279. Cascade (MT), County of, Montana

2280. Gallatin (MT), County of, Montana

2281. Great Falls (MT), City of, Montana

2282. Lake (MT), County of, Montana

2283. Missoula (MT), City of, Montana

2284. Missoula (MT), County of, Montana

2285. Douglas (NE), County of, Nebraska

2286. Keith (NE), County of, Nebraska

2287. Knox (NE), County of, Nebraska

2288. Lincoln (NE), County of, Nebraska

2289.  Sarpy (NE), County of, Nebraska

2290.  South Sioux (NE), City of, Nebraska

2291.  Boulder (NV), City of, Nevada

2292.  Carson City (NV), Nevada

2293.  Central Lyon Fire Protection District (NV), County of, Nevada

2294.  Churchill (NV), County of, Nevada

2295.  Clark (NV), County of, Nevada

2296.  Douglas (NV), County of, Nevada

2297.  Ely (NV), City of, Nevada

2298.  Esmeralda (NV), County of, Nevada

2299.  Fernley (NV), City of, Nevada

2300.  Henderson (NV), City of, Nevada

2301.  Humboldt (NV), County of, Nevada

2302.  Las Vegas (NV), City of, Nevada

2303.  Lincoln (NV), County of, Nevada

2304.  Lyon (NV), County of, Nevada

2305.  Mesquite (NV), City of, Nevada

2306.  Mineral (NV), County of, Nevada

2307.  North Las Vegas (NV), City of, Nevada

2308.  North Lyon County Fire Protection District (NV) Nevada

2309.  Nye (NV), County of, Nevada

2310.  Reno (NV), City of, Nevada

2311.  Sparks (NV), City of, Nevada

2312.  Washoe (NV), County of, Nevada

2313.  West Wendover (NV), City of, Nevada

2314.  White Pine (NV), County of, Nevada

2315.  Belknap (NH), County of, New Hampshire

2316.  Belmont (NH), City of, New Hampshire

2317.  Berlin (NH), City of, New Hampshire

2318.  Board of Education of Goshen School District (NH), New Hampshire

2319.  Board of Education of Kearsarge RSU-School Administrative Unit 65 (NH), New Hampshire

2320.  Board of Education of Lebanon School District (NH), New Hampshire

2321.  Board of Education of Pittsfield School District (NH), New Hampshire

2322.  Board of Education of Tamworth School District (NH), New Hampshire

2323.  Carroll (NH), County of, New Hampshire

2324.  Chesire (NH), County of, New Hampshire

2325.  Claremont (NH), City of, New Hampshire

2326.  Concord (NH), City of, New Hampshire

2327.  Coos (NH), County of, New Hampshire

2328.  Derry (NH), Town of, New Hampshire

2329.  Dover (NH), City of, New Hampshire

2330.  Franklin (NH), City of, New Hampshire

2331.  Grafton (NH), County of, New Hampshire

2332.  Hillsborough (NH), County of, New Hampshire

2333.  Keene, HN (NH), City of, New Hampshire

2334.  Laconia (NH), City of, New Hampshire

2335.  Londonderry (NH), Town of, New Hampshire

2336.  Manchester (NH), City of, New Hampshire

2337.  Merrimack (NH), County of, New Hampshire

2338.  Nashua (NH), City of, New Hampshire

2339.  Rochester (NH), City of, New Hampshire

2340.  Rockingham (NH), County of, New Hampshire

2341.  Strafford (NH), County of, New Hampshire

2342.  Sullivan (NH), County of, New Hampshire

2343.  Atlantic (NJ), County of, New Jersey

2344.  Barnegat (NJ), Township of, New Jersey

2345.  Bayonne (NJ), City of, New Jersey

2346.  Bergen (NJ), County of, New Jersey

2347.  Bloomfield (NJ), Township of, New Jersey

2348.  Brick (NJ), Township of, New Jersey

2349.  Burlington (NJ), County of, New Jersey

2350.  Camden (NJ), County of, New Jersey

2351.  Cape May (NJ), County of, New Jersey

2352.  Clifton (NJ), City of, New Jersey

2353.  Clinton (NJ), Town of, New Jersey

2354.  Cumberland (NJ), County of, New Jersey

2355.  Elizabeth (NJ), City of, New Jersey

2356.  Essex (NJ), County of, New Jersey

2357.  Hudson (NJ), County of, New Jersey

2358.  Hunterdon (County) (NJ), New Jersey

2359.  Irvington (NJ), Township of, New Jersey

2360.  Jersey City (NJ), City of, New Jersey

2361.  Monmouth (NJ), County of, New Jersey

2362. Newark (NJ), City of, New Jersey

2363. Ocean (NJ), County of, New Jersey

2364. Paramus (NJ), Borough of, New Jersey

2365. Passaic (NJ), County of, New Jersey

2366. Paterson (NJ), City of, New Jersey

2367. Ridgefield (NJ), Borough of, New Jersey

2368. Saddle Brook (NJ), Township of,
New Jersey

2369. Sussex (NJ), County of, New Jersey

2370. Teaneck (NJ), Township of, New Jersey

2371. Trenton (NJ), City of, New Jersey

2372. Union (NJ), County of, New Jersey

2373. Alamogordo (NM), City of, New Mexico

2374. Albuquerque (NM), City of, New Mexico

2375. Bernalillo (NM), County of, New Mexico

2376. Catron (NM), County of, New Mexico

2377. Cibola (NM), County of, New Mexico

2378. Colfax (NM), County of, New Mexico

2379. Curry (NM), County of, New Mexico

2380. Dona Ana (NM), County of, New Mexico

2381. Eddy (NM), County of, New Mexico

2382. Espanola (NM), City of, New Mexico

2383. Grant (NM), County of, New Mexico

2384. Hidalgo, NM, Commission (NM), County
of, New Mexico

2385. Hobbs (NM), City of, New Mexico

2386. Las Cruces (NM), City of, New Mexico

2387. Lea (NM), County of, New Mexico

2388. Lincoln (NM), County of, New Mexico

2389. Luna, NM, Commission (NM), County of,
New Mexico

2390. McKinley (NM), County of, New Mexico

2391. Mora (NM), County of, New Mexico

2392. Otero (NM), County of, New Mexico

2393. Rio Arriba (NM), County of, New Mexico

2394. Roosevelt (NM), County of, New Mexico

2395. San Juan (NM), County of, New Mexico

2396. San Miguel, NM, Commission (NM),
County of, New Mexico

2397. Sandoval (NM), County of, New Mexico

2398. Santa Fe (NM), City of, New Mexico

2399. Santa Fe (NM), County of, New Mexico

2400. Sierra (NM), County of, New Mexico

2401. Socorro (NM), County of, New Mexico

2402. Taos (NM), County of, New Mexico

2403. Torrance (NM), County of, New Mexico

2404. Union (NM), County of, New Mexico

2405. Valencia (NM), County of, New Mexico

2406. Albany (NY), City of, New York

2407. Albany (NY), County of, New York

2408. Allegany (NY), County of, New York

2409. Amherst (NY), Town of, New York

2410. Amityville (NY), Village of, New York

2411. Amsterdam (NY), City of, New York

2412. Auburn (NY), City of, New York

2413. Babylon (NY), Town of, New York

2414. Babylon (NY), Village of, New York

2415. Bellmore Fire District (NY), New York

2416. Bellport (NY), Village of, New York

2417. Board of Education of Rochester City
School District (NY), New York

2418. Brookhaven (NY), Town of, New York

2419. Broome (NY), County of, New York

2420. Buffalo (NY), City of, New York

2421. Cattaraugus (NY), County of, New York

2422. Cayuga (NY), County of, New York

2423. Centereach Fire District (NY), New York

2424. Centerport Fire District (NY), New York

2425. Chautauqua (NY), County of, New York

2426. Cheektowaga (NY), County of, New York

2427. Chemung (NY), County of, New York

2428. Chenango (NY), County of, New York

2429. Clarkstown (NY), Town of, New York

2430. Clinton (NY), County of, New York

2431. Columbia (NY), County of, New York

2432. Cortland (NY), County of, New York

2433. Dutchess (NY), County of, New York

2434. East Hampton Village (NY), New York

2435. East Rockaway (NY), Incorporated Village
of, New York

2436. Erie (NY), County of, New York

2437. Essex (NY), County of, New York

2438. Farmingdale (NY), Incorporated Village of,
New York

C-33

2439. Floral Park (NY), Incorporated Village of, New York

2440. Franklin (NY), County of, New York

2441. Fulton (NY), County of, New York

2442. Garden City (NY), Incorporated Village of, New York

2443. Genesee (NY), County of, New York

2444. Geneva (NY), City of, New York

2445. Great Neck (NY), Village of, New York

2446. Greene (NY), County of, New York

2447. Greenport (NY), Village of, New York

2448. Hamilton (NY), County of, New York

2449. Hauppauge Fire District (NY), New York

2450. Haverstraw (NY), Town of, New York

2451. Hempstead (NY), Town of, New York

2452. Hempstead (NY), Village of, New York

2453. Herkimer (NY), County of, New York

2454. Herkimer (NY), Village of, New York

2455. Hicksville Water District (NY), New York

2456. Huntington (NY), Town of, New York

2457. Island Park (Incorporated Village) (NY), New York

2458. Island Park (NY), Village of, New York

2459. Islandia (Incorporated Village) (NY), New York

2460. Islip (NY), Town of, New York

2461. Islip Terrace Fire District (NY), New York

2462. Ithaca (NY), City of, New York

2463. Jefferson (NY), County of, New York

2464. Kingston (NY), City of, New York

2465. Lackawanna (NY), City of, New York

2466. Lake Grove (Incorporated Village) (NY), New York

2467. Lake Grove (NY), Village of, New York

2468. Lancaster (NY), Town of, New York

2469. Lawrence (Incorporated Village) (NY), New York

2470. Levittown Fire District (NY), New York

2471. Lewis (NY), County of, New York

2472. Lindenhurst (Incorporated Village) (NY), New York

2473. Livingston (NY), County of, New York

2474. Lloyd Harbor (Incorporated Village) (NY), New York

2475. Long Beach (NY), City of, New York

2476. Lynbrook (Village) (NY), New York

2477. Madison (NY), County of, New York

2478. Massapequa Park (NY), Incorporated Village of, New York

2479. Melville Fire District (NY), New York

2480. Merrick Library (NY), New York

2481. Mill Neck (NY), Incorporated Village of, New York

2482. Miller Place Fire District (NY), New York

2483. Millerton (NY), Village of, New York

2484. Monroe (NY), County of, New York

2485. Montgomery (NY), County of, New York

2486. Mount Sinai Fire District (NY), New York

2487. Mount Vernon (NY), City of, New York

2488. Nassau (NY), County of, New York

2489. Nesconset Fire District (NY), New York

2490. New Hyde Park (Incorporated Village) (NY), New York

2491. New York (NY), City of, New York

2492. Niagara (NY), County of, New York

2493. Nissequoge (NY) Incorporated Village of, New York

2494. North Hempstead (NY), Town of, New York

2495. North Merrick Fire District (NY), New York

2496. North Patchogue Fire District (NY), New York

2497. Northport (NY), Incorporated Village of, New York

2498. Ogdensburg (NY), City of, New York

2499. Old Westbury (NY), Incorporated Village of, New York

2500. Oneida (NY), County of, New York

2501. Onondaga (NY), County of, New York

2502. Ontario (NY), County of, New York

2503. Orange (NY), County of, New York

2504. Orangetown (NY), Town of, New York

2505. Orleans (NY), County of, New York

2506. Oswego (NY), County of, New York

2507. Otsego (NY), County of, New York

2508. Oyster Bay (NY), Town of, New York

2509. Patchogue (Incorporated Village) (NY), New York

2510. Plainview – Old Bethpage Public Library (NY), New York

2511. Plattsburgh (NY), City of, New York

2512. Poquott (NY) Incorporated Village of, New York

2513. Port Washington North (NY), Village of, New York

2514. Port Washington Water District (NY), New York

2515. Poughkeepsie (NY), City of, New York

2516. Poughkeepsie (NY), Town of, New York

2517. Putman (NY), County of, New York

2518. Ramapo (NY), Town of, New York

2519. Rensselaer (NY), County of, New York

2520. Ridge Fire District (NY), New York

2521. Riverhead (NY), Town of, New York

2522. Rochester (NY), City of, New York

2523. Rockland (NY), County of, New York

2524. Rockville Centre Public Library (NY), New York

2525. Rome (NY), City of, New York

2526. Rosalyn Water District (NY), New York

2527. Saint James Fire District (NY), New York

2528. Saint Lawrence (NY), County of, New York

2529. Saltaire (NY), Village of, New York

2530. Saratoga (NY), County of, New York

2531. Saratoga Springs (NY), City of, New York

2532. Schenectady (NY), City of, New York

2533. Schenectady (NY), County of, New York

2534. Schoharie (NY), County of, New York

2535. Schuyler (NY), County of, New York

2536. Seneca (NY), County of, New York

2537. Smithtown (NY), Town of, New York

2538. Smithtown Fire District (NY), New York

2539. South Farmindale Fire District (NY), New York

2540. Southampton (NY), Town of, New York

2541. Southold (NY), Town of, New York

2542. Southwestern Central School District (NY), New York

2543. Steuben (NY), County of, New York

2544. Stewart Manor (NY), Village of, New York

2545. Stony Brook Fire District (NY), New York

2546. Stony Point (NY), Town of, New York

2547. Suffern (NY), Village of, New York

2548. Suffolk (NY), County of, New York

2549. Sullivan (NY), County of, New York

2550. Syracuse (NY), City of, New York

2551. The Branch (NY), Village of, New York

2552. Tioga (NY), County of, New York

2553. Tompkins (NY), County of, New York

2554. Tonawanda (NY), Town of, New York

2555. Troy (NY), City of, New York

2556. Ulster (NY), County of, New York

2557. Uniondale Fire District (NY), New York

2558. Utica (NY), City of, New York

2559. Valley Stream (NY), Village of, New York

2560. Wappinger (NY), Town of, New York

2561. Wappinger Falls (NY), Town of, New York

2562. Wappingers Falls (NY), Village of, New York

2563. Warren (NY), County of, New York

2564. Washington (NY), County of, New York

2565. West Hampton Dunes (NY) Incorporated Village, New York

2566. West Haverstraw (NY), Village of, New York

2567. West Hempstead Public Library (NY), New York

2568. Westbury (NY), Incorporated Village of, New York

2569. Westbury (NY), Village of, New York

2570. Westchester (NY), County of, New York

2571. Wyoming (NY), County of, New York

2572. Yates (NY), County of, New York

2573. Yonkers (NY), City of, New York

2574. Alamance (NC), County of, North Carolina

2575. Alexander (NC), County of, North Carolina

2576. Alleghany (NC), County of, North Carolina

2577. Anson (NC), County of, North Carolina

2578.  Ashe (NC), County of, North Carolina
2579.  Beaufort (NC), County of, North Carolina
2580.  Bertie (NC), County of, North Carolina
2581.  Bladen (NC), County of, North Carolina
2582.  Brunswick (NC), County of, North Carolina
2583.  Buncombe (NC), County of, North Carolina
2584.  Burke (NC), County of, North Carolina
2585.  Cabarrus (NC), County of, North Carolina
2586.  Caldwell (NC), County of, North Carolina
2587.  Camden (NC), County of, North Carolina
2588.  Canton (NC), City of, North Carolina
2589.  Carteret (NC), County of, North Carolina
2590.  Caswell (NC), County of, North Carolina
2591.  Catawba (NC), County of, North Carolina
2592.  Chatham (NC), County of, North Carolina
2593.  Cherokee (NC), County of, North Carolina
2594.  Chowan (NC), County of, North Carolina
2595.  Cleveland (NC), County of, North Carolina
2596.  Columbus (NC), County of, North Carolina
2597.  Craven (NC), County of, North Carolina
2598.  Cumberland (NC), County of, North Carolina
2599.  Currituck (NC), County of, North Carolina
2600.  Dare (NC), County of, North Carolina
2601.  Davidson (NC), County of, North Carolina
2602.  Davie (NC), County of, North Carolina
2603.  Duplin (NC), County of, North Carolina
2604.  Durham (NC), County of, North Carolina
2605.  Fayetteville (NC), City of, North Carolina
2606.  Forsyth (NC), County of, North Carolina
2607.  Franklin (NC), County of, North Carolina
2608.  Gaston (NC), County of, North Carolina
2609.  Granville (NC), County of, North Carolina
2610.  Greene (NC), County of, North Carolina
2611.  Greensboro (NC), City of, North Carolina
2612.  Guilford (NC), County of, North Carolina
2613.  Halifax (NC), County of, North Carolina
2614.  Haywood (NC), County of, North Carolina
2615.  Henderson (NC), City of, North Carolina
2616.  Hickory (NC), City of, North Carolina

2617.  Iredell (NC), County of, North Carolina
2618.  Jacksonville (NC), City of, North Carolina
2619.  Jones (NC), County of, North Carolina
2620.  Lee (NC), County of, North Carolina
2621.  Lenoir (NC), County of, North Carolina
2622.  Lincoln (NC), County of, North Carolina
2623.  Madison (NC), County of, North Carolina
2624.  Martin (NC), County of, North Carolina
2625.  McDowell (NC), County of, North Carolina
2626.  Mecklenburg (NC), County of, North Carolina
2627.  Mitchell (NC), County of, North Carolina
2628.  Moore (NC), County of, North Carolina
2629.  New Hanover (NC), County of, North Carolina
2630.  Onslow (NC), County of, North Carolina
2631.  Orange (NC), County of, North Carolina
2632.  Pamlico (NC), County of, North Carolina
2633.  Pasquotank (NC), County of, North Carolina
2634.  Person (NC), County of, North Carolina
2635.  Pitt (NC), County of, North Carolina
2636.  Polk (NC), County of, North Carolina
2637.  Randolph (NC), County of, North Carolina
2638.  Richmond (NC), County of, North Carolina
2639.  Robeson (NC), County of, North Carolina
2640.  Rockingham (NC), County of, North Carolina
2641.  Rowan (NC), County of, North Carolina
2642.  Rutherford (NC), County of, North Carolina
2643.  Sampson (NC), County of, North Carolina
2644.  Scotland (NC), County of, North Carolina
2645.  Stokes (NC), County of, North Carolina
2646.  Surry (NC), County of, North Carolina
2647.  Tyrrell (NC), County of, North Carolina
2648.  Vance (NC), County of, North Carolina
2649.  Warren (NC), County of, North Carolina
2650.  Washington (NC), County of, North Carolina
2651.  Watauga (NC), County of, North Carolina
2652.  Wayne (NC), County of, North Carolina

C-36

2653. Wilkes (NC), County of, North Carolina
2654. Wilmington (NC), City of, North Carolina
2655. Winston-Salem (NC), City of, North Carolina
2656. Yadkin (NC), County of, North Carolina
2657. Yancey (NC), County of, North Carolina
2658. Barnes (ND), County of, North Dakota
2659. Benson (ND), County of, North Dakota
2660. Bismarck (ND), City of, North Dakota
2661. Burleigh (ND), County of, North Dakota
2662. Cass (ND), County of, North Dakota
2663. Devils Lake (ND), City of, North Dakota
2664. Dickey (ND), County of, North Dakota
2665. Dunn (ND), County of, North Dakota
2666. Eddy (ND), County of, North Dakota
2667. Fargo (ND), City of, North Dakota
2668. Foster (ND), County of, North Dakota
2669. Grand Forks (ND), City of, North Dakota
2670. Grand Forks (ND), County of, North Dakota
2671. Lamoure (ND), County of, North Dakota
2672. Lisbon (ND), City of, North Dakota
2673. McKenzie (ND), County of, North Dakota
2674. McLean (ND), County of, North Dakota
2675. Mercer (ND), County of, North Dakota
2676. Mountrail (ND), County of, North Dakota
2677. Pembina (ND), County of, North Dakota
2678. Pierce (ND), County of, North Dakota
2679. Ramsey (ND), County of, North Dakota
2680. Ransom (ND), County of, North Dakota
2681. Richland (ND), County of, North Dakota
2682. Rolette (ND), County of, North Dakota
2683. Sargent (ND), County of, North Dakota
2684. Stark (ND), County of, North Dakota
2685. Towner (ND), County of, North Dakota
2686. Walsh (ND), County of, North Dakota
2687. Ward (ND), County of, North Dakota
2688. Wells (ND), County of, North Dakota
2689. Williams (ND), County of, North Dakota
2690. Adams (OH), County of, Ohio
2691. Akron (OH), City of, Ohio
2692. Allen (OH), County of, Ohio
2693. Alliance (OH), City of, Ohio
2694. Ashland (OH), City of, Ohio
2695. Ashland (OH), County of, Ohio
2696. Ashtabula (OH), County of, Ohio
2697. Athens (OH), County of, Ohio
2698. Auglaize (OH), County of, Ohio
2699. Aurora (OH), City of, Ohio
2700. Barberton (OH), City of, Ohio
2701. Belmont (OH), County of, Ohio
2702. Board of Education of Boardman Local Schools (OH), Ohio
2703. Board of Education of Liberty Local Schools (OH), Ohio
2704. Boston (OH), Township of, Ohio
2705. Boston Heights (OH), Village of, Ohio
2706. Broadview Heights (OH), City of, Ohio
2707. Brooklyn Heights (OH), Village of, Ohio
2708. Brown (OH), County of, Ohio
2709. Brunswick (OH), City of, Ohio
2710. Butler (OH), County of, Ohio
2711. Canton (OH), City of, Ohio
2712. Carroll (OH), County of, Ohio
2713. Champaign (OH), County of, Ohio
2714. Cincinnati (OH), City of, Ohio
2715. Clermont, OH, Commission (OH), County of, Ohio
2716. Cleveland (OH), City of, Ohio
2717. Clinton (OH), County of, Ohio
2718. Clinton (OH), Village of, Ohio
2719. Columbiana (OH), County of, Ohio
2720. Columbus (OH), City of, Ohio
2721. Copley (OH), Township of, Ohio
2722. Coshocton, OH, Commission (OH), County of, Ohio
2723. Coventry (OH), Township of, Ohio
2724. Crawford (OH), County of, Ohio
2725. Cuyahoga Falls (OH), City of, Ohio
2726. Darke (OH), County of, Ohio
2727. Dayton (OH), City of, Ohio
2728. Delaware (OH), County of, Ohio
2729. East Cleveland (OH), City of, Ohio

2730. Elyria (OH), City of, Ohio
2731. Erie (OH), County of, Ohio
2732. Euclid (OH), City of, Ohio
2733. Fairfield (OH), City of, Ohio
2734. Fairfield (OH), County of, Ohio
2735. Fairlawn (OH), City of, Ohio
2736. Fayette (OH), County of, Ohio
2737. Findlay (OH), City of, Ohio
2738. Fostoria (OH), City of, Ohio
2739. Franklin (OH), County of, Ohio
2740. Fulton (OH), County of, Ohio
2741. Gallia (OH), County of, Ohio
2742. Garfield Heights (OH), City of, Ohio
2743. Geauga (OH), County of, Ohio
2744. Green (OH), City of, Ohio
2745. Guernsey (OH), County of, Ohio
2746. Hamilton (OH), City of, Ohio
2747. Hamilton (OH), County of, Ohio
2748. Hancock (OH), County of, Ohio
2749. Harrison (OH), County of, Ohio
2750. Hocking (OH), County of, Ohio
2751. Huron (OH), City of, Ohio
2752. Huron (OH), County of, Ohio
2753. Ironton (OH), City of, Ohio
2754. Jackson (OH), County of, Ohio
2755. Jefferson (OH), County of, Ohio
2756. Kent (OH), City of, Ohio
2757. Knox (OH), County of, Ohio
2758. Lake (OH), County of, Ohio
2759. Lakemore (OH), Village of, Ohio
2760. Lakewood (OH), City of, Ohio
2761. Lawrence (OH), County of, Ohio
2762. Lebanon (OH), City of, Ohio
2763. Lexington (OH), Village of, Ohio
2764. Licking (OH), County of, Ohio
2765. Lima (OH), City of, Ohio
2766. Logan (OH), County of, Ohio
2767. Lorain (OH), City of, Ohio
2768. Lorain (OH), County of, Ohio
2769. Lucas (OH), County of, Ohio

2770. Lucas County Children Services Board of Trustees (OH), Ohio
2771. Lyndhurst (OH), City of, Ohio
2772. Macedonia (OH), City of, Ohio
2773. Mansfield (OH), City of, Ohio
2774. Marietta (OH), City of, Ohio
2775. Marion (OH), County of, Ohio
2776. Massillon (OH), City of, Ohio
2777. Mayfield Heights (OH), City of, Ohio
2778. Medina (OH), County of, Ohio
2779. Meigs (OH), County of, Ohio
2780. Mental Health & Recovery Services Board of Allen, Auglaize, and Hardin Counties (OH), Ohio
2781. Mental Health & Recovery Services Board of Lucas County (OH), Ohio
2782. Mercer (OH), County of, Ohio
2783. Miami (OH), County of, Ohio
2784. Middletown (OH), City of, Ohio
2785. Mogadore (OH), Village of, Ohio
2786. Monroe (OH), County of, Ohio
2787. Montgomery, (OH), County of, Ohio
2788. Morrow (OH), County of, Ohio
2789. Munroe Falls (OH), City of, Ohio
2790. Muskingham (OH), County of, Ohio
2791. New Franklin (OH), City of, Ohio
2792. Newburgh Heights (OH), Village of, Ohio
2793. Noble (OH), County of, Ohio
2794. North Olmsted (OH), City of, Ohio
2795. North Ridgeville (OH), City of, Ohio
2796. North Royalton (OH), City of, Ohio
2797. Norton (OH), City of, Ohio
2798. Norwalk (OH), City of, Ohio
2799. Olmsted Falls (OH), City of, Ohio
2800. Ottawa (OH), County of, Ohio
2801. Painesville (OH), Township of, Ohio
2802. Parma (OH), City of, Ohio
2803. Parma Heights (OH), City of, Ohio
2804. Peninsula (OH), Village of, Ohio
2805. Perry (OH), County of, Ohio
2806. Pike (OH), County of, Ohio
2807. Portage (OH), County of, Ohio

2808. Portsmouth (OH), City of, Ohio
2809. Ravenna (OH), City of, Ohio
2810. Richfield (OH), Village of, Ohio
2811. Richland County Children's Services (OH), Ohio
2812. Ross (OH), County of, Ohio
2813. Saint Marys (OH), City of, Ohio
2814. Sandusky (OH), City of, Ohio
2815. Sandusky (OH), County of, Ohio
2816. Scioto (OH), County of, Ohio
2817. Seneca (OH), County of, Ohio
2818. Seven Hills (OH), City of, Ohio
2819. Shelby (OH), County of, Ohio
2820. Silver Lake (OH), Village of, Ohio
2821. Springfield (OH), Township of, Ohio
2822. Stark (OH), County of, Ohio
2823. Stow (OH), City of, Ohio
2824. Strongsville (OH), City of, Ohio
2825. Tallmadge (OH), City of, Ohio
2826. Toledo (OH), City of, Ohio
2827. Trumbull (OH), County of, Ohio
2828. Tuscarawas (OH), County of, Ohio
2829. Valley Fire District (OH), Ohio
2830. Van Wert (OH), City of, Ohio
2831. Van Wert (OH), County of, Ohio
2832. Vinton (OH), County of, Ohio
2833. Warren (OH), City of, Ohio
2834. Warrensville Heights (OH), City of, Ohio
2835. Washington (OH), County of, Ohio
2836. Wayne (OH), County of, Ohio
2837. Wickliffe (OH), City of, Ohio
2838. Williams (OH), County of, Ohio
2839. Wyandot (OH), County of, Ohio
2840. Youngstown (OH), City of, Ohio
2841. Ada (OK), City of, Oklahoma
2842. Altus (OK), City of, Oklahoma
2843. Anadarko (OK), City of, Oklahoma
2844. Atoka (OK), County of, Oklahoma
2845. Beckham (OK), County of, Oklahoma
2846. Bethany (OK), City of, Oklahoma
2847. Broken Arrow (OK), City of, Oklahoma

2848. Burns Flat (OK), City of, Oklahoma
2849. Caddo (OK), County of, Oklahoma
2850. Choctaw (OK), County of, Oklahoma
2851. Cimarron (OK), County of, Oklahoma
2852. Cleveland (OK), County of, Oklahoma
2853. Coal (OK), County of, Oklahoma
2854. Comanche (OK), County of, Oklahoma
2855. Craig (OK), County of, Oklahoma
2856. Creek (OK), County of, Oklahoma
2857. Custer (OK), County of, Oklahoma
2858. Delaware (OK), County of, Oklahoma
2859. Dewey (OK), County of, Oklahoma
2860. Edmond (OK), City of, Oklahoma
2861. El Reno (OK), City of, California
2862. Elk City (OK), City of, Oklahoma
2863. Enid (OK), City of, Oklahoma
2864. Fort Cobb (OK), City of, Oklahoma
2865. Garvin (OK), County of, Oklahoma
2866. Grady (OK), County of, Oklahoma
2867. Greer (OK), County of, Oklahoma
2868. Guthrie (OK), City of, Oklahoma
2869. Harmon (OK), County of, Oklahoma
2870. Harper (OK), County of, Oklahoma
2871. Haskell (OK), County of, Oklahoma
2872. Hughes (OK), County of, Oklahoma
2873. Jackson (OK), County of, Oklahoma
2874. Jefferson (OK) County of, Oklahoma
2875. Jenks (OK), City of, Oklahoma
2876. Johnston, (OK), Oklahoma
2877. Kay (OK), County of, Oklahoma
2878. Kiowa (OK), County of, Oklahoma
2879. Latimer (OK), County of, Oklahoma
2880. Lawton (OK), City of, Oklahoma
2881. Le Flore (OK), County of, Oklahoma
2882. Lincoln (OK), County of, Oklahoma
2883. Logan (OK), County of, Oklahoma
2884. Love (OK), County of, Oklahoma
2885. Major (OK), County of, Oklahoma
2886. Mayes (OK), County of, Oklahoma
2887. McClain (OK), County of, Oklahoma
2888. McCurtain (OK), County of, Oklahoma

2889. Midwest City (OK), City of, Oklahoma

2890. Muskogee (OK), City of, Oklahoma

2891. Muskogee (OK), County of, Oklahoma

2892. Mustang (OK), City of, Oklahoma

2893. Noble (OK), County of, Oklahoma

2894. Nowata (OK), County of, Oklahoma

2895. Okfuskee (OK), County of, Oklahoma

2896. Oklahoma City (OK), City of, Oklahoma

2897. Oklahoma (OK), County of, Oklahoma

2898. Okmulgee (OK), County of, Oklahoma

2899. Osage (OK), County of, Oklahoma

2900. Ottawa (OK), County of, Oklahoma

2901. Owasso (OK), City of, Oklahoma

2902. Pawnee (OK), County of, Oklahoma

2903. Payne (OK), County of, Oklahoma

2904. Pittsburg (OK), County of, Oklahoma

2905. Ponca City (OK), City of, Oklahoma

2906. Pottawatomie (OK), County of, Oklahoma

2907. Roger Mills (OK), County of, Oklahoma

2908. Rogers (OK), County of, Oklahoma

2909. Seminole (OK), City of, Oklahoma

2910. Seminole (OK), County of, Oklahoma

2911. Shawnee (OK), City of, Oklahoma

2912. Stephens (OK), County of, Oklahoma

2913. Stillwater (OK), City of, Oklahoma

2914. Texas (OK), County of, Oklahoma

2915. Tillman (OK), County of, Oklahoma

2916. Tulsa (OK), City of, Oklahoma

2917. Tulsa (OK), County of, Oklahoma

2918. Washington (OK), County of, Oklahoma

2919. Woods (OK), County of, Oklahoma

2920. Woodward (OK), County of, Oklahoma

2921. Yukon (OK), City of, Oklahoma

2922. Clackamas (OR), County of, Oregon

2923. Clatsop (OR), County of, Oregon

2924. Columbia (OR), County of, Oregon

2925. Coos (OR), County of, Oregon

2926. Curry (OR), County of, Oregon

2927. Jackson (OR), County of, Oregon

2928. Josephine (OR), County of, Oregon

2929. Lane (OR), County of, Oregon

2930. Multnomah (OR), County of, Oregon

2931. Portland (OR), City of, Oregon

2932. Washington (OR), County of, Oregon

2933. Yamhill (OR), County of, Oregon

2934. Adams (PA), County of, Pennsylvania

2935. Aliquippa (PA), City of, Pennsylvania

2936. Allegheny (PA), County of, Pennsylvania

2937. Allentown (PA), City of, Pennsylvania

2938. Armstrong (PA), County of, Pennsylvania

2939. Beaver (PA), County of, Pennsylvania

2940. Bedford (PA), County of, Pennsylvania

2941. Bensalem (PA), Township of, Pennsylvania

2942. Berks (PA), County of (DA), Pennsylvania

2943. Bradford (PA), County of, Pennsylvania

2944. Bristol (PA), Township of, Pennsylvania

2945. Bucks (PA), County of, Pennsylvania

2946. Cambria (PA), County of, Pennsylvania

2947. Carbon (PA), County of, Pennsylvania

2948. Chester (PA), County of, Pennsylvania

2949. Chester (PA), County of (DA), Pennsylvania

2950. Clarion (PA), County of, Pennsylvania

2951. Clearfield (PA), County of (DA), Pennsylvania

2952. Clearfield (PA), County of, Pennsylvania

2953. Clinton (PA), County of, Pennsylvania

2954. Coatesville (PA), City of, Pennsylvania

2955. Columbia (PA), County of, Pennsylvania

2956. Cumberland (PA), County of, Pennsylvania

2957. Dauphin (PA), County of, Pennsylvania

2958. Dauphin (PA), County of (DA), Pennsylvania

2959. Delaware (PA), County of, Pennsylvania

2960. Delaware (PA), County of (DA), Pennsylvania

2961. Edwardsville (PA), Borough of, Pennsylvania

2962. Erie (PA), County of, Pennsylvania

2963. Exeter (PA), Borough of, Pennsylvania

2964. Fairview (PA), Township of, Pennsylvania

2965. Fayette (PA), County of, Pennsylvania

2966. Forty Fort (PA), Borough of, Pennsylvania

2967.  Franklin (PA), County of, Pennsylvania

2968.  Greene (PA), County of, Pennsylvania

2969.  Hanover (PA), Township of, Pennsylvania

2970.  Hazleton (PA), City of, Pennsylvania

2971.  Huntingdon (PA), County of, Pennsylvania

2972.  Indiana (PA), County of, Pennsylvania

2973.  Kingston (PA), Borough of, Pennsylvania

2974.  Lackawanna (PA), County of, Pennsylvania

2975.  Lawrence (PA), County of, Pennsylvania

2976.  Lehigh (PA), County of, Pennsylvania

2977.  Lock Haven (PA), City of, Pennsylvania

2978.  Lower Makefield (PA), Township of, Pennsylvania

2979.  Lower Southampton (PA), Pennsylvania

2980.  Luzerne (PA), County of, Pennsylvania

2981.  Lycoming (PA), County of, Pennsylvania

2982.  Mahoning (PA), Township of, Pennsylvania

2983.  Mercer (PA), County of, Pennsylvania

2984.  Middletown (PA), Township of, Pennsylvania

2985.  Monroe (PA), County of, Pennsylvania

2986.  Morrisville (PA), Borough of, Pennsylvania

2987.  Nanticoke (PA), City of, Pennsylvania

2988.  New Castle (PA), City of, Pennsylvania

2989.  Newtown (PA), Township of, Pennsylvania

2990.  Norristown (PA), Municipality of, Pennsylvania

2991.  Northampton (PA), County of, Pennsylvania

2992.  Northumberland (PA), County of, Pennsylvania

2993.  Philadelphia (PA), City of, Pennsylvania

2994.  Pike (PA), County of, Pennsylvania

2995.  Pittsburgh (PA), City of, Pennsylvania

2996.  Plains (PA), Township of, Pennsylvania

2997.  Schuylkill (PA), County of, Pennsylvania

2998.  Sugar Notch Borough (PA), Pennsylvania

2999.  Tioga (PA), County of, Pennsylvania

3000.  Union (PA), Township of, Pennsylvania

3001.  Wampum (PA), Borough of, Pennsylvania

3002.  Warminster (PA), Township of, Pennsylvania

3003.  Warrington (PA), Township of, Pennsylvania

3004.  Washington (PA), County of, Pennsylvania

3005.  West Norriton (PA), Township of, Pennsylvania

3006.  West Pittston (PA), Pennsylvania

3007.  Westmoreland (PA), County of, Pennsylvania

3008.  Westmoreland (PA), County of (DA), Pennsylvania

3009.  Wilkes-Barre (PA), City of, Pennsylvania

3010.  Wilkes-Barre (PA), Township of, Pennsylvania

3011.  Wright (PA), Township of, Pennsylvania

3012.  Wyoming (PA), County of, Pennsylvania

3013.  Wyoming (PA), Borough of, Pennsylvania

3014.  York (PA), County of, Pennsylvania

3015.  Adjuntas (PR), Municipality of, Puerto Rico

3016.  Arroyo (PR), Municipality of, Puerto Rico

3017.  Barceloneta (PR), Municipality of, Puerto Rico

3018.  Bayamon (PR), Municipality of, Puerto Rico

3019.  Caguas (PR), Municipality of, Puerto Rico

3020.  Canovanas (PR), Municipality of, Puerto Rico

3021.  Catano (PR), Municipality of, Puerto Rico

3022.  Cayey (PR), Municipality of, Puerto Rico

3023.  Ceiba (PR), Municipality of, Puerto Rico

3024.  Cidra (PR), Municipality of, Puerto Rico

3025.  Coamo (PR), Municipality of, Puerto Rico

3026.  Guayanilla (PR), Municipality of, Puerto Rico

3027.  Isla De Vieques (PR), Municipality of, Puerto Rico

3028.  Juncos (PR), Municipality of, Puerto Rico

3029.  Loiza (PR), Municipality of, Puerto Rico

3030.  Rio Grande (PR), City of, Puerto Rico

3031.  Sabana Grande (PR), Municipality of, Puerto Rico

3032.  San Juan (PR), Municipality of, Puerto Rico

3033.  Vega Alta (PR), Municipality of, Puerto Rico

3034.  Villalba (PR), Municipality of, Puerto Rico

3035.  Yabucoa (PR), Municipality of, Puerto Rico

3036.  Abbeville (SC), County of, South Carolina

3037.  Aiken (SC), County of, South Carolina

3038.  Allendale (SC), County of, South Carolina

3039.  Anderson (SC), County of, South Carolina

3040.  Bamberg (SC), County of, South Carolina

3041.  Barnwell (SC), County of, South Carolina

3042.  Beaufort (SC), County of, South Carolina

3043.  Berkeley (SC), County of, South Carolina

3044.  Calhoun (SC), County of, South Carolina

3045.  Charleston (SC), City of, South Carolina

3046.  Charleston (SC), County of, South Carolina

3047.  Cherokee (SC), County of, South Carolina

3048.  Chester (SC), City of, South Carolina

3049.  Chester (SC), County of, South Carolina

3050.  Chesterfield (SC), County of, South Carolina

3051.  Clarendon (SC), County of, South Carolina

3052.  Colleton (SC), County of, South Carolina

3053.  Columbia (SC), City of, South Carolina

3054.  Dillon (SC), County of, South Carolina

3055.  Dorchester (SC), County of, South Carolina

3056.  Edgefield (SC), County of, South Carolina

3057.  Fairfield (SC), County of, South Carolina

3058.  Florence (SC), County of, South Carolina

3059.  Georgetown (SC), City of, South Carolina

3060.  Georgetown (SC), County of, South Carolina

3061.  Greenville (SC), County of, South Carolina

3062.  Greenwood (SC), County of, South Carolina

3063.  Hampton (SC), County of, South Carolina

3064.  Horry (SC), County of, South Carolina

3065.  Jasper (SC), County of, South Carolina

3066.  Kershaw (SC), County of, South Carolina

3067.  Kershaw County Hospital Board a/k/a Kershawhealth d/b/a Health Service District of Kershaw (SC), South Carolina

3068.  Lancaster (SC), County of, South Carolina

3069.  Laurens (SC), County of, South Carolina

3070.  Lee (SC), County of, South Carolina

3071.  Lexington (SC), County of, South Carolina

3072.  Marion (SC), County of, South Carolina

3073.  Marlboro (SC), County of, South Carolina

3074.  McCormick (SC), County of, South Carolina

3075.  Mount Pleasant (SC), Town of, South Carolina

3076.  Myrtle Beach (SC), City of, South Carolina

3077.  Newberry (SC), County of, South Carolina

3078.  North Charleston (SC), City of, South Carolina

3079.  Oconee (SC), County of, South Carolina

3080.  Orangeburg (SC), City of, South Carolina

3081.  Orangeburg (SC), County of, South Carolina

3082.  Pickens (SC), County of, South Carolina

3083.  Richland (SC), County of, South Carolina

3084.  Saluda (SC), County of, South Carolina

3085.  Spartanburg (SC), County of, South Carolina

3086.  Summerville (SC), Town of, South Carolina

3087.  Sumter (SC), County of, South Carolina

3088.  Union (SC), County of, South Carolina

3089.  Williamsburg (SC), County of, South Carolina

3090.  York (SC), County of, South Carolina

3091.  Pennington (SD), County of, South Dakota

3092.  Alexandria (TN), Town of, Tennessee

3093.  Algood (TN), City of, Tennessee

3094.  Anderson (TN), County of, Tennessee

3095.  Arlington (TN), Town of, Tennessee

3096.  Auburntown (TN), Town of, Tennessee

3097.  Baxter (TN), Town of, Tennessee

3098.  Bedford (TN), County of, Tennessee

3099.  Bledsoe (TN), County of, Tennessee

3100.  Blount (TN), County of, Tennessee

3101. Bradley (TN), County of, Tennessee
3102. Campbell (TN), County of, Tennessee
3103. Cannon (TN), County of, Tennessee
3104. Celina (TN), City of, Tennessee
3105. Centertown (TN), Town of, Tennessee
3106. Centerville (TN), Town of, Tennessee
3107. Claiborne (TN), County of, Tennessee
3108. Clarksville (TN), City of, Tennessee
3109. Clay (TN), County of, Tennessee
3110. Clifton (TN), City of, Tennessee
3111. Cocke (TN), County of, Tennessee
3112. Columbia (TN), City of, Tennessee
3113. Cookeville (TN), City of, Tennessee
3114. Cornersville (TN), Town of, Tennessee
3115. Crockett (TN), County of, Tennessee
3116. Crossville (TN), City of, Tennessee
3117. Cumberland (TN), County of, Tennessee
3118. Dandridge (TN), Town of, Tennessee
3119. Decatur (TN), County of, Tennessee
3120. Decatur (TN), Town of, Tennessee
3121. Dekalb (TN), County of, Tennessee
3122. Eagleville (TN), City of, Tennessee
3123. Fayetteville (TN), City of, Tennessee
3124. Fentress (TN), County of, Tennessee
3125. Forge (TN), City of, Tennessee
3126. Franklin (TN), County of, Tennessee
3127. Gatlinburg (TN), City of, Tennessee
3128. Germantown (TN), City of, Tennessee
3129. Giles (TN), County of, Tennessee
3130. Grainger (TN), County of, Tennessee
3131. Greene (TN), County of, Tennessee
3132. Grundy (TN), County of, Tennessee
3133. Hamblen County Board of Education, individually (TN), Tennessee
3134. Hamilton (TN), County of, Tennessee
3135. Hancock (TN), County of, Tennessee
3136. Hancock County Board of Education (TN) Tennessee
3137. Hawkins (TN), County of, Tennessee
3138. Haywood (TN), County of, Tennessee
3139. Henderson (TN), County of, Tennessee

3140. Jefferson (TN), County of, Tennessee
3141. Johnson (TN), County of, Tennessee
3142. Knox (TN), County of, Tennessee
3143. Knoxville (TN), City of, Tennessee
3144. La Vergene (TN), Tennessee
3145. Lauderdale (TN), County of, Tennessee
3146. Lewisburg (TN), City of, Tennessee
3147. Lexington (TN), Tennessee
3148. Loudon (TN), County of, Tennessee
3149. Madison (TN), County of, Tennessee
3150. Marion (TN), County of, Tennessee
3151. Marshall (TN), County of, Tennessee
3152. Maryville (TN), City of, Tennessee
3153. McMinn (TN), County of, Tennessee
3154. Meigs (TN), County of, Tennessee
3155. Memphis (TN), City of, Tennessee
3156. Millington (TN), City of, Tennessee
3157. Monroe (TN), County of, Tennessee
3158. Montgomery (TN), County of, Tennessee
3159. Moore (TN), County of, Tennessee
3160. Morgan (TN), County of, Tennessee
3161. Mount Pleasant (TN), City of, Tennessee
3162. Murfreesboro (TN), City of, Tennessee
3163. Nashville and Davidson (TN), City of, County of, Tennessee
3164. Obion (TN), County of, Tennessee
3165. Overton (TN), County of, Tennessee
3166. Pickett (TN), County of, Tennessee
3167. Pigeon (TN), City of, Tennessee
3168. Pigeon Forge (TN), City of, Tennessee
3169. Polk (TN), County of, Tennessee
3170. Putnam (TN), County of, Tennessee
3171. Rhea (TN), County of, Tennessee
3172. Ripley (TN), City of, Tennessee
3173. Roane (TN), County of, Tennessee
3174. Rutherford (TN), County of, Tennessee
3175. Rutledge (TN), Town of, Tennessee
3176. Scott (TN), County of, Tennessee
3177. Sequatchie (TN), County of, Tennessee
3178. Sevier (TN), County of, Tennessee
3179. Shelby (TN), County of, Tennessee

3180. Shelbyville (TN), City of, Tennessee
3181. Smith (TN), County of, Tennessee
3182. Smithville (TN), City of, Tennessee
3183. Sparta (TN), City of, Tennessee
3184. Spencer (TN), City of, Tennessee
3185. Spring Hill (TN), City of, Tennessee
3186. Sumner (TN), County of, Tennessee
3187. Union (TN), County of, Tennessee
3188. Van Buren (TN), County of, Tennessee
3189. Warren (TN), County of, Tennessee
3190. Wartrace (TN), Town of, Tennessee
3191. Washington (TN), County of, Tennessee
3192. Wayne (TN), County of, Tennessee
3193. White (TN), County of, Tennessee
3194. Williamson (TN), County of, Tennessee
3195. Beaver (UT), County of, Utah
3196. Cache (UT), County of, Utah
3197. Carbon (UT), County of, Utah
3198. Daggett (UT), County of, Utah
3199. Davis (UT), County of, Utah
3200. Duchesne (UT), County of, Utah
3201. Emery (UT), County of, Utah
3202. Garfield (UT), County of, Utah
3203. Grand (UT), County of, Utah
3204. Iron (UT), County of, Utah
3205. Juab (UT), County of, Utah
3206. Kane (UT), County of, Utah
3207. Millard (UT), County of, Utah
3208. Piute (UT), County of, Utah
3209. Rich (UT), County of, Utah
3210. Salt Lake (UT), County of, Utah
3211. San Juan (UT), County of, Utah
3212. Sanpete (UT), County of, Utah
3213. Sevier (UT), County of, Utah
3214. Summit (UT), County of, Utah
3215. Tooele (UT), County of, Utah
3216. Tri-County Health Department (UT), Utah
3217. Uintah (UT), County of, Utah
3218. Utah (UT), County of, Utah
3219. Wasatch (UT), County of, Utah
3220. Washington (UT), County of, Utah

3221. Wayne (UT), County of, Utah
3222. Weber (UT), County of, Utah
3223. Bennington (VT), Town of, Vermont
3224. Brattleboro (VT), Town of, Vermont
3225. Saint Albans (VT), City of, Vermont
3226. Sharon (VT), Town of, Vermont
3227. Accomack (VA), County of, Virginia
3228. Alexandria (VA), City of, Virginia
3229. Alleghany (VA), County of, Virginia
3230. Amherst (VA), County of, Virginia
3231. Arlington (VA), County of, Virginia
3232. Bland (VA), County of, Virginia
3233. Botetourt (VA), County of, Virginia
3234. Bristol (VA), City of, Virginia
3235. Buchanan (VA), County of, Virginia
3236. Buena Vista (VA), City of, Virginia
3237. Carroll (VA), County of, Virginia
3238. Charlotte (VA), County of, Virginia
3239. Chesapeake (VA), City of, Virginia
3240. Chesapeake Hospital Corporation (VA), Virginia
3241. Chesterfield (VA), County of, Virginia
3242. Covington (VA), City of, Virginia
3243. Culpeper (VA), County of, Virginia
3244. Cumberland (VA), County of, Virginia
3245. Danville (VA), City of, Virginia
3246. Dickenson (VA), County of, Virginia
3247. Dinwiddie (VA), County of, Virginia
3248. Emporia (VA), City of, Virginia
3249. Fairfax (VA), City of, Virginia
3250. Fairfax (VA), County of, Virginia
3251. Fauquier (VA), County of, Virginia
3252. Floyd (VA), County of, Virginia
3253. Franklin (VA), County of, Virginia
3254. Frederick (VA), County of, Virginia
3255. Fredericksburg (VA), City of, Virginia
3256. Galax (VA), City of, Virginia
3257. Giles (VA), County of, Virginia
3258. Goochland (VA), County of, Virginia
3259. Grayson (VA), County of, Virginia
3260. Greensville (VA), County of, Virginia

3261. Halifax (VA), County of, Virginia

3262. Henrico (VA), County of, Virginia

3263. Henry (VA), County of, Virginia

3264. Hopewell (VA), City of, Virginia

3265. Isle of Wight (VA), County of, Virginia

3266. King and Queen (VA), County of, Virginia

3267. Lee (VA), County of, Virginia

3268. Lexington (VA), City of, Virginia

3269. Loudoun (VA), County of, Virginia

3270. Louisa (VA), County of, Virginia

3271. Madison (VA), County of, Virginia

3272. Martinsville (VA), City of, Virginia

3273. Mecklenburg (VA), County of, Virginia

3274. Montgomery (VA), County of, Virginia

3275. Norfolk (VA), City of, Virginia

3276. Northampton (VA), County of, Virginia

3277. Northumberland (VA), County of, Virginia

3278. Norton (VA), City of, Virginia

3279. Page (VA), County of, Virginia

3280. Patrick (VA), County of, Virginia

3281. Pittsylvania (VA), County of, Virginia

3282. Portsmouth (VA), City of, Virginia

3283. Prince George (VA), County of, Virginia

3284. Prince William (VA), County of, Virginia

3285. Pulaski (VA), County of, Virginia

3286. Radford (VA), City of, Virginia

3287. Richlands (VA), Town of, Virginia

3288. Richmond (VA), City of, Virginia

3289. Richmond (VA), County of, Virginia

3290. Roanoke (VA), City of, Virginia

3291. Roanoke (VA), County of, Virginia

3292. Rockbridge (VA), County of, Virginia

3293. Russell, VA (1) (VA), County of, Virginia

3294. Salem (VA), City of, Virginia

3295. Scott (VA), County of, Virginia

3296. Shenandoah (VA), County of, Virginia

3297. Smyth (VA), County of, Virginia

3298. Stafford (VA), County of, Virginia

3299. Tazewell (VA), County of, Virginia

3300. Virginia Beach (VA), City of, Virginia

3301. Virginia Beach (VA), City of (Sheriff), Virginia

3302. Warren (VA), County of, Virginia

3303. Washington (VA), County of, Virginia

3304. Waynesboro (VA), City of, Virginia

3305. Westmoreland (VA), County of, Virginia

3306. Winchester (VA), City of, Virginia

3307. Wise (VA), County of, West Virginia

3308. Wythe (VA), County of, Virginia

3309. Anacortes (WA), City of, Washington

3310. Bainbridge Island (WA), City of, Washington

3311. Burlington (WA), City of, Washington

3312. Chelan (WA), County of, Washington

3313. Clallam (WA), County of, Washington

3314. Clark (WA), County of, Washington

3315. Everett (WA), City of, Washington

3316. Franklin (WA), County of, Washington

3317. Island (WA), County of, Washington

3318. Jefferson (WA), County of, Washington

3319. Kent (WA), City of, Washington

3320. King (WA), County of, Washington

3321. Kirkland (WA), City of, Washington

3322. Kitsap (WA), County of, Washington

3323. Kittitas (WA), County of, Washington

3324. La Conner School District (WA), Washington

3325. Lakewood (WA), City of, Washington

3326. Lewis (WA), County of, Washington

3327. Lincoln (WA), County of, Washington

3328. Mount Vernon (WA), City of, Washington

3329. Mount Vernon School District (WA), Washington

3330. Olympia (WA), City of, Washington

3331. Pierce (WA), County of, Washington

3332. San Juan (WA), County of, Washington

3333. Seattle (WA), City of, Washington

3334. Sedro-Wooley (WA), City of, Washington

3335. Sedro-Wooley School District (WA), Washington

3336. Skagit (WA), County of, Washington

3337. Snohomish (WA), County of, Washington

3338. Spokane (WA), City of, Washington

3339. Spokane (WA), County of, Washington

3340. Tacoma (WA), City of, Washington

3341. Thurston (WA), County of, Washington

3342. Vancouver (WA), City of, Washington

3343. Walla Walla (WA), County of, Washington

3344. Whatcom (WA), County of, Washington

3345. Whitman (WA), County of, Washington

3346. Adams (WI), County of, Wisconsin

3347. Ashland (WI), County of, Wisconsin

3348. Barron (WI), County of, Wisconsin

3349. Bayfield (WI), County of, Wisconsin

3350. Brown (WI), County of, Wisconsin

3351. Buffalo (WI), County of, Wisconsin

3352. Burnett (WI), County of, Wisconsin

3353. Calumet (WI), County of, Wisconsin

3354. Chippewa (WI), County of, Wisconsin

3355. Clark (WI), County of, Wisconsin

3356. Columbia (WI), County of, Wisconsin

3357. Crawford (WI), County of, Wisconsin

3358. Cudahy (WI), City of, Wisconsin

3359. Dane (WI), County of, Wisconsin

3360. Dodge (WI), County of, Wisconsin

3361. Door (WI), County of, Wisconsin

3362. Douglas (WI), County of, Wisconsin

3363. Dunn (WI), County of, Wisconsin

3364. Eau Claire (WI), County of, Wisconsin

3365. Florence (WI), County of, Wisconsin

3366. Fond du Lac (WI), County of, Wisconsin

3367. Forest (WI), County of, Wisconsin

3368. Franklin (WI), City of, Wisconsin

3369. Grant (WI), County of, Wisconsin

3370. Green (WI), County of, Wisconsin

3371. Green Lake (WI), County of, Wisconsin

3372. Greenfield (WI), City of, Wisconsin

3373. Iowa (WI), County of, Wisconsin

3374. Iron (WI), County of, Wisconsin

3375. Jackson (WI), County of, Wisconsin

3376. Jefferson (WI), County of, Wisconsin

3377. Juneau (WI), County of, Wisconsin

3378. Kenosha (WI), City of, Wisconsin

3379. Kenosha (WI), County of, Wisconsin

3380. Kewaunee (WI), County of, Wisconsin

3381. La Crosse (WI), County of, Wisconsin

3382. Lafayette (WI), County of, Wisconsin

3383. Langlade (WI), County of, Wisconsin

3384. Lincoln (WI), County of, Wisconsin

3385. Manitowoc (WI), County of, Wisconsin

3386. Marathon (WI), County of, Wisconsin

3387. Marinette (WI), City of, Wisconsin

3388. Marinette (WI), County of, Wisconsin

3389. Marquette (WI), County of, Wisconsin

3390. Menominee (WI), County of, Wisconsin

3391. Milwaukee (WI), City of, Wisconsin

3392. Milwaukee (WI), County of, Wisconsin

3393. Monroe (WI), County of, Wisconsin

3394. Mount Pleasant (WI), Village of, Wisconsin

3395. Oak Creek (WI), City of, Wisconsin

3396. Oconto (WI), County of, Wisconsin

3397. Oneida (WI), County of, Wisconsin

3398. Outagamie (WI), County of, Wisconsin

3399. Ozaukee (WI), County of, Wisconsin

3400. Pepin (WI), County of, Wisconsin

3401. Pierce (WI), County of, Wisconsin

3402. Pleasant Prairie (WI), Village of, Wisconsin

3403. Portage (WI), County of, Wisconsin

3404. Price (WI), County of, Wisconsin

3405. Racine (WI), County of, Wisconsin

3406. Richland (WI), County of, Wisconsin

3407. Rock (WI), County of, Wisconsin

3408. Rusk (WI), County of, Wisconsin

3409. Saint Croix (WI), County of, Wisconsin

3410. Sauk (WI), County of, Wisconsin

3411. Sawyer (WI), County of, Wisconsin

3412. Shawano (WI), County of, Wisconsin

3413. Sheboygan (WI), County of, Wisconsin

3414. South Milwaukee (WI), City of, Wisconsin

3415. Sturtevant (WI), Village of, Wisconsin

3416. Superior (WI), City of, Wisconsin

3417. Taylor (WI), County of, Wisconsin

3418. Trempealeau (WI), County of, Wisconsin

3419. Union Grove (WI), Village of, Wisconsin

3420. Vernon (WI), County of, Wisconsin

3421. Vilas (WI), County of, Wisconsin

3422. Walworth (WI), County of, Wisconsin

3423. Washburn (WI), County of, Wisconsin

3424. Washington (WI), County of, Wisconsin

3425. Waukesha (WI), County of, Wisconsin

3426. Waupaca (WI), County of, Wisconsin

3427. Waushara (WI), County of, Wisconsin

3428. Wauwatosa (WI), City of, Wisconsin

3429. West Allis (WI), City of, Wisconsin

3430. Winnebago (WI), County of, Wisconsin

3431. Wood (WI), County of, Wisconsin

3432. Yorkville (WI), Village of, Wisconsin

3433. Carbon (WY), County of, Wyoming

3434. Casper (WY), Wyoming

3435. Cheyenne (WY), Wyoming

3436. Green River (WY), City of, Wyoming

3437. Riverton (WY), City of, Wyoming

3438. Rock Springs (WY), Wyoming

3439. Sweetwater (WY), County of, Wyoming

**Exhibit D**
**Settling States Plan for Acceptance and Delivery of Settlement Product**

1.  **Completion of the Settlement Product Election Form**

Within thirty (30) days of the Effective Date and on or before January 1 in each of the calendar years 2025, 2027, 2029 and 2031 (each, an "Election Year"), before placing any orders for Settlement Product for the two (2) calendar years immediately following the Election Year ("Two-Year Term"), each Settling State must execute and return to the Settlement Fund Administrator the Settlement Product Election Form as set forth below in this Exhibit D if it elects to receive, consistent with the Settlement Product Election Form, all or any portion of the Settlement Product allocated to the Settling State as reflected in Schedule D-1 ("Product Election Amount"). The Two-Year Terms are: (1) 2024-2025; (2) 2026-2027; (3) 2028-2029; (4) 2030-2031; and (5) 2032-2033.

2.  **Settlement Product Allocation**

Schedule D-I (attached hereto) sets forth the maximum annual quantity of Settlement Product ("Maximum Annual Quantity") and maximum 10-year total quantity of Settlement Product ("Maximum Total Quantity") for each Settling State. The Parties agree that the total WAC value of the Settlement Product to be provided to a Settling State under this Agreement is set forth next to the Settling State's name on Schedule D-I, and that for purposes of this Agreement the WAC value per kit of Settlement Product is $125.

For each calendar year during the applicable Two-Year Term, the difference in quantity of Settlement Product between the Settling State's Maximum Annual Quantity and the annual Product Election Amount will be converted (the "Converted Quantity") into a cash value equaling twenty percent (20%) of the WAC value of the Converted Quantity.

A Settling State shall not request in its annual Forecast quantities of Settlement Product that exceed the Product Election Amount for the applicable period. The quantities of Settlement Product set forth in a Settling State's four (4) quarterly Purchase Orders per calendar year shall not exceed the quantities set forth in the Settling State's Forecast.

3.  **Calculation and Payment of Cash Conversion Amount**

A Settling State that elects to receive Settlement Product Cash Conversion Amount in any Two-Year Term will receive a Settlement Product Cash Conversion Amount in each year of that Two-Year Term in proportion to 8.33% (i.e. 1/12) of the State's total Settlement Product Cash Conversion Amount. The remaining Settlement Product Cash Conversion Amount owed to the State for that Two-Year Term will be paid out in two equal installments of 1.67% of the State's total Settlement Product Cash Conversion Amount in Payment Years 12 and 13 as reflected in Exhibit M-2.

For example, assume State X is allocated $60 million in Settlement Product at WAC, which would convert to $12 million in Settlement Product Cash Conversion (based on the 20% conversion rate). Therefore, State X would receive $6 million in Settlement Product at WAC annually over 10 years

or $1 million in Settlement Product Cash Conversion annually over 12 years if it elected full Settlement Product Cash Conversion in Year 1.  However, if State X elects to convert to cash for a given Two-Year Term, it would receive: (i) $999,600 (i.e., 8.33% of $12 million) in each calendar year of that Two-Year Term, and (ii) $200,400 (i.e., 1.67% of $12 million) in Payment Years 12 and 13, for a total Settlement Product Cash Conversion of $2.4 million.

### 4. Forecast, Orders, Purchase Order Fulfillment, Distribution & Delivery

**Forecast to TEVA USA**

Within one hundred and twenty (120) days of the Effective Date, and each January 1 thereafter, each Settling State that elects to order Settlement Product shall provide Teva USA a written forecast of the estimated quantities of Settlement Product that the Settling State anticipates ordering from Teva USA for delivery during the immediately following calendar year (each, a "Forecast").

**Orders to TEVA USA**

The Office of the Attorney General, or a state office, agency, officer or official designated by the Office of the Attorney General, on behalf of each Settling State, shall have the right to place periodic purchase orders setting forth the quantity of the Settlement Product to be delivered and the Settling State's desired delivery date (each, a "Purchase Order") based on annual Forecasts submitted by the Settling State.  Not less than six (6) months prior to its desired first delivery date, the Settling State will issue its first Purchase Order.  Thereafter, the Settling State shall place periodic Purchase Orders not to exceed four (4) quarterly Purchase Orders per calendar year to Teva USA for fulfillment of Settlement Product over a period of ten (10) calendar years commencing six (6) months after the Settling State submits its first Forecast and ending on December 31, 2033.

Each Purchase Order from the Settling State shall be in writing and directed to Teva USA's affiliate Anda, Inc., 2915 Weston Road, Weston, FL 33331, Attention: Patrick Cochrane, patrick.cochrane@andanet.com and Anthony Mihelich, anthony.mihelich@andanet.com.  If the Settling State has any questions regarding the Settlement Product, the Settling State will contact Anda Customer and Sales Support, Attention: Elizabeth Shefferman at elizabeth.shefferman@andanet.com or (954) 217-4500 x76806 ("Anda Customer and Sales Support").  The Settling State shall designate, in each Purchase Order, up to five (5) delivery locations within the Settling State that will receive the Settlement Product on behalf of the Settling State ("Delivery Locations").

**Fulfillment of Purchase Orders by TEVA USA**

Purchase Orders submitted to Teva USA on behalf of a Settling State pursuant to this Agreement shall in all respects be processed and filled by Teva USA as though such Purchase Orders had been submitted by Teva USA's regular paying customers, except to the extent inconsistent with the terms of this Agreement.

The delivery date of Settlement Product for the Settling State's first Purchase Order shall be no earlier than the later of (a) six (6) months after the Settling State submits its first Forecast and (b)

January 1, 2024.  For a Settling State's first Purchase Order, Teva USA will use its good faith efforts to ship the order directly to the Delivery Locations within six (6) months of Teva USA's receipt of the Purchase Order, at no cost to the Settling State.  For all Purchase Orders received after the first Purchase Order, Teva USA will use its good faith efforts to deliver Settlement Product within ninety (90) days of Teva USA's receipt of the applicable Purchase Order for Settlement Product.

Teva USA shall respond to the Settling State's Purchase Order request within seven (7) calendar days confirming the order.  Teva will use commercially reasonable efforts to fulfil the orders but will have the right to allocate the quantities forecasted by the Settling State evenly on a calendar quarter basis during such calendar year.  For each Purchase Order received, Teva USA shall provide the Settling State with estimated delivery dates for receipt of the Settlement Product. Teva USA will use good faith efforts to deliver Settlement Product with at least thirteen (13) months remaining shelf life.

Teva USA will have the right to reject any Purchase Order that would result in quantities of Settlement Product being ordered during a calendar year in excess of the annual Forecast for that calendar year.  In the event the Settling State desires to order less than the amount set forth in its Forecast, it shall notify Teva USA in writing of any changes to the Settling State's Forecast promptly after the changes are known by the Settling State.  The Settling State shall use its good faith efforts to ensure the accuracy of its Forecasts and to monitor its inventory levels of Settlement Product to ensure that it does not order Settlement Product in excess of its requirements thereby increasing available Settlement Product for patients in need and mitigating the possibility of expired Settlement Product in the Settling State's inventory.  In the event a Settling State does not order the quantities of Settlement Product set forth in its Forecast in a given calendar year, it will not be permitted to order any shortfall during any subsequent calendar year.

For purposes of this Agreement, the term "Force Majeure Event" means any event reasonably beyond the control of Teva, including wars, hostilities, revolution, riots, civil commotion, national emergency, unavailability of supplies, epidemics, fire, flood, earthquake, force of nature, explosion, terrorist act, embargo, or any act of God, or any law, proclamation, regulation, ordinance, or other act or order of any court or governmental authority. In the event of a Force Majeure Event or other inability to supply any order made by a Settling State for Settlement Product, Teva USA shall promptly provide written notice to the Settling State. Teva USA and the Settling State shall meet and confer within seven (7) days of such written notice to establish a commercially reasonable plan to resolve any inability to supply as quickly as reasonably possible.

**Summary of Election, Forecast and Purchase Order Process**

| Two-Year Term | Settlement Product Election Form for Two-Year Term Due By | Annual Forecast Due By | Purchase Orders (PO) |
|---|---|---|---|
| 2024 | Within 30 days of Effective Date | Within 120 days of Effective Date | May be made 4x/year, once a quarter.  PO must be submitted at least 90 days *before* desired delivery date, except first order must be submitted at least 6 months beforehand |
| 2025 | | January 1, 2024 | |
| 2026 | January 1, 2025 | January 1, 2025 | |
| 2027 | | January 1, 2026 | |
| 2028 | January 1, 2027 | January 1, 2027 | |
| 2029 | | January 1, 2028 | |
| 2030 | January 1, 2029 | January 1, 2029 | |
| 2031 | | January 1, 2030 | |
| 2032 | January 1, 2031 | January 1, 2031 | |
| 2033 | | January 1, 2032 | |

## 5.  Delivery to State-Designated Facility

Delivery of the Settlement Product shall occur no more than five (5) business days after the shipment date. Should delivery within this deadline not occur, Teva USA agrees to notify the Settling State in writing and to work in good faith to resolve shipping or delivery issues that may arise.

Shipping shall occur in the same manner that Teva USA regularly ships this Settlement Product and any damages to the Settlement Product or other shipping damages or liability arising prior to receipt of the Settlement Product by the Settling State shall be fully the responsibility of Teva USA. Should damage to Settlement Product occur during shipping, Teva USA agrees to re-ship the amount damaged promptly and at no cost to the Settling State.

The Settling State shall ensure that the Delivery Locations (i) have appropriate storage accommodations and (ii) comply with all applicable state and federal laws surrounding receipt of the Settlement Product. The Settling State reserves the right to designate different Delivery Locations within its state during the pendency of this Agreement at its discretion.

Should the Settling State determine that alternate Delivery Locations will receive the Settlement

Product during the pendency of this Agreement, the Settling State shall notify Teva USA and its affiliate Anda, Inc. in writing through the Purchase Order.

The Settling State shall inspect the Settlement Product within ten (10) business days upon arrival at the Delivery Locations. If the Settling State identifies damages to the Settlement Product during the inspection, the Settling State will notify Anda Customer and Sales Support and Teva USA agrees to work in good faith to replace the damaged Settlement Product promptly. If the Settling State identifies a shortage in the shipment of Settlement Product during the inspection, the Settling State will notify Anda Customer and Sales Support and Teva USA agrees to work in good faith to ship the missing Settlement Product promptly. The Settling State will ship any damaged Settlement Product in accordance with Anda Customer and Sales Support's instructions. The Settling State will destroy and dispose of expired or otherwise unusable Settlement Product in accordance with all applicable laws, rules and regulations.

Delivery of the Settlement Product is complete when Teva USA delivers all units of a particular order to a Delivery Location and when both parties or their designees sign an invoice confirming the amount of units of Settlement Product received by the Settling State.

### 6. Distribution by State

The Settling State may distribute the Settlement Product throughout its state at its sole discretion. The time, place, and manner of any distribution of the Settlement Product by the Settling State will be determined solely by the Settling State. The Settling State will comply with any state or federal laws regarding the distribution of the Settlement Product.

The Settling State retains the right to alter its distribution plan according to the Settling State's needs, including the right to store the Settlement Product at a state facility for any length of time. The Settling State may distribute the Settlement Product as it deems best to address the opioid-related public health crisis in its state, and alteration of distribution to recipients shall be at the sole discretion of the Settling State without regard to the preferences or recommendations of Teva USA.

**Schedule D-I**

**Maximum Settlement Product Quantity**

| State | Exhibit D-1 Allocation Percentages | Maximum Annual Quantity | Total Maximum Quantity | Total WAC Value |
|---|---|---|---|---|
| Alabama | 1.9398529714% | 18,623 | 186,226 | $23,278,235.66 |
| Alaska | 0.2775222702% | 2,664 | 26,642 | $3,330,267.24 |
| American Samoa | 0.0208128407% | 200 | 1,998 | $249,754.09 |
| Arizona | 2.8876527444% | 27,721 | 277,215 | $34,651,832.93 |
| Arkansas | 1.1331536145% | 10,878 | 108,783 | $13,597,843.37 |
| California | 11.7946460861% | 113,229 | 1,132,286 | $141,535,753.03 |
| Colorado | 2.0197920596% | 19,390 | 193,900 | $24,237,504.72 |
| Connecticut | 1.5726901178% | 15,098 | 150,978 | $18,872,281.41 |
| Delaware | 0.5373074251% | 5,158 | 51,582 | $6,447,689.10 |
| District of Columbia | 0.2187714966% | 2,100 | 21,002 | $2,625,257.96 |
| Georgia | 3.3892042020% | 32,536 | 325,364 | $40,670,450.42 |
| Guam | 0.0583909225% | 561 | 5,606 | $700,691.07 |
| Hawaii | 0.3946266154% | 3,788 | 37,884 | $4,735,519.38 |
| Idaho | 0.5979384226% | 5,740 | 57,402 | $7,175,261.07 |
| Illinois | 4.0433257336% | 38,816 | 388,159 | $48,519,908.80 |
| Indiana | 2.6947430310% | 25,870 | 258,695 | $32,336,916.37 |
| Iowa | 0.9018471346% | 8,658 | 86,577 | $10,822,165.62 |
| Kansas | 0.9530870676% | 9,150 | 91,496 | $11,437,044.81 |
| Kentucky | 2.4266429216% | 23,296 | 232,958 | $29,119,715.06 |
| Maine | 0.6434183438% | 6,177 | 61,768 | $7,721,020.13 |
| Maryland | 2.5655492811% | 24,629 | 246,293 | $30,786,591.37 |
| Massachusetts | 2.8001102479% | 26,881 | 268,811 | $33,601,322.97 |
| Michigan | 4.1353271673% | 39,699 | 396,991 | $49,623,926.01 |
| Minnesota | 1.5768831621% | 15,138 | 151,381 | $18,922,597.95 |
| Mississippi | 1.0483295400% | 10,064 | 100,640 | $12,579,954.48 |
| Missouri | 2.4379633673% | 23,404 | 234,044 | $29,255,560.41 |
| Montana | 0.3799177128% | 3,647 | 36,472 | $4,559,012.55 |
| N. Mariana Islands | 0.0203068690% | 195 | 1,949 | $243,682.43 |
| Nebraska | 0.5070720106% | 4,868 | 48,679 | $6,084,864.13 |
| Nevada | 1.4608054311% | 14,024 | 140,237 | $17,529,665.17 |
| New Hampshire | 0.7031751667% | 6,750 | 67,505 | $8,438,102.00 |
| New Jersey | 3.3490028797% | 32,150 | 321,504 | $40,188,034.56 |
| New Mexico | 0.9711484745% | 9,323 | 93,230 | $11,653,781.69 |

| | | | | |
|---|---|---|---|---|
| **New York** | 6.5522740824% | 62,902 | 629,018 | $78,627,288.99 |
| **North Carolina** | 3.9508421618% | 37,928 | 379,281 | $47,410,105.94 |
| **North Dakota** | 0.2066740057% | 1,984 | 19,841 | $2,480,088.07 |
| **Ohio** | 5.2957897365% | 50,840 | 508,396 | $63,549,476.84 |
| **Oklahoma** | 0.3711236081% | 3,563 | 35,628 | $4,453,483.30 |
| **Oregon** | 1.6703354774% | 16,035 | 160,352 | $20,044,025.73 |
| **Pennsylvania** | 5.5772341422% | 53,541 | 535,414 | $66,926,809.71 |
| **Puerto Rico** | 0.8631853526% | 8,287 | 82,866 | $10,358,224.23 |
| **South Carolina** | 1.8711051410% | 17,963 | 179,626 | $22,453,261.69 |
| **South Dakota** | 0.2409305541% | 2,313 | 23,129 | $2,891,166.65 |
| **Tennessee** | 3.2675757180% | 31,369 | 313,687 | $39,210,908.62 |
| **Utah** | 1.3938458743% | 13,381 | 133,809 | $16,726,150.49 |
| **Vermont** | 0.3093439854% | 2,970 | 29,697 | $3,712,127.82 |
| **Virgin Islands** | 0.0383716780% | 368 | 3,684 | $460,460.14 |
| **Virginia** | 2.7715922068% | 26,607 | 266,073 | $33,259,106.48 |
| **Washington** | 2.8187420775% | 27,060 | 270,599 | $33,824,904.93 |
| **Wisconsin** | 2.1372468586% | 20,518 | 205,176 | $25,646,962.30 |
| **Wyoming** | 0.2027700082% | 1,947 | 19,466 | $2,433,240.10 |
| **Total** | | 960,000 | 9,600,000 | $1,200,000,000.00 |

**<u>Settlement Product Election Form</u>**

| | |
|---|---|
| State | |
| Attorney General | |
| Address: | |
| City, State, Zip: | |
| Phone: | |
| Email: | |
| Election Year | 2023    2025    2027    2029    2031 |

As of the date the Settling State submits this Settlement Product Election Form, the Settling State identified above, acting through the undersigned Attorney General, or other state office, agency, officer or official designated by the Attorney General hereby elects to receive during each calendar year of the applicable Two-Year Term:

_____% of the Settling State's Maximum Annual Quantity as Settlement Product (Product Election Amount)

_____% of the Settling State's Maximum Annual Quantity converted to a cash value (Converted Quantity)

**<u>100 % Total</u>**

The cash value of Settlement Product is equal to twenty percent (20%) of the WAC value of the Settling State's Converted Quantity. This Settlement Election Form shall be applicable to the Two-Year Term immediately following the Election Year, as specified in Section IX of the Agreement.

I have all necessary power and authorization to execute this Settlement Product Election Form on behalf of the Settling State.

Signature:    _____

Name:         _____

Title:           _____

Date:          _____

D-8

**Exhibit E**
**List of Opioid Remediation Uses**

**Schedule A**
**Core Strategies**

Settling States and Exhibit G Participants may choose from among the abatement strategies listed in Schedule B. However, priority may be given to the following core abatement strategies ("*Core Strategies*").[1]

A.  **NALOXONE OR OTHER FDA-APPROVED DRUG TO REVERSE OPIOID OVERDOSES**

    1.  Expand training for first responders, schools, community support groups and families; and

    2.  Increase distribution to individuals who are uninsured or whose insurance does not cover the needed service.

B.  **MEDICATION-ASSISTED TREATMENT ("*MAT*") DISTRIBUTION AND OTHER OPIOID-RELATED TREATMENT**

1.  Increase distribution of MAT to individuals who are uninsured or whose insurance does not cover the needed service;

2.  Provide education to school-based and youth-focused programs that discourage or prevent misuse;

3.  Provide MAT education and awareness training to healthcare providers, EMTs, law enforcement, and other first responders; and

4.  Provide treatment and recovery support services such as residential and inpatient treatment, intensive outpatient treatment, outpatient therapy or counseling, and recovery housing that allow or integrate medication and with other support services.

---

[1] As used in this Schedule A, words like "expand," "fund," "provide" or the like shall not indicate a preference for new or existing programs.

### C.    PREGNANT & POSTPARTUM WOMEN

1. Expand Screening, Brief Intervention, and Referral to Treatment ("*SBIRT*") services to non-Medicaid eligible or uninsured pregnant women;

2. Expand comprehensive evidence-based treatment and recovery services, including MAT, for women with co-occurring Opioid Use Disorder ("*OUD*") and other Substance Use Disorder ("*SUD*")/Mental Health disorders for uninsured individuals for up to 12 months postpartum; and

3. Provide comprehensive wrap-around services to individuals with OUD, including housing, transportation, job placement/training, and childcare.

### D.    EXPANDING TREATMENT FOR NEONATAL ABSTINENCE SYNDROME ("*NAS*")

1. Expand comprehensive evidence-based and recovery support for NAS babies;

2. Expand services for better continuum of care with infant-need dyad; and

3. Expand long-term treatment and services for medical monitoring of NAS babies and their families.

### E.    EXPANSION OF WARM HAND-OFF PROGRAMS AND RECOVERY SERVICES

1. Expand services such as navigators and on-call teams to begin MAT in hospital emergency departments;

2. Expand warm hand-off services to transition to recovery services;

3. Broaden scope of recovery services to include co-occurring SUD or mental health conditions;

4. Provide comprehensive wrap-around services to individuals in recovery, including housing, transportation, job placement/training, and childcare; and

5. Hire additional social workers or other behavioral health workers to facilitate expansions above.

**F.    TREATMENT FOR INCARCERATED POPULATION**

1.    Provide evidence-based treatment and recovery support, including MAT for persons with OUD and co-occurring SUD/MH disorders within and transitioning out of the criminal justice system; and

2.    Increase funding for jails to provide treatment to inmates with OUD.

**G.    PREVENTION PROGRAMS**

1.    Funding for media campaigns to prevent opioid use (similar to the FDA's "Real Cost" campaign to prevent youth from misusing tobacco);

2.    Funding for evidence-based prevention programs in schools;

3.    Funding for medical provider education and outreach regarding best prescribing practices for opioids consistent with CDC guidelines, including providers at hospitals (academic detailing);

4.    Funding for community drug disposal programs; and

5.    Funding and training for first responders to participate in pre-arrest diversion programs, post-overdose response teams, or similar strategies that connect at-risk individuals to behavioral health services and supports.

**H.    EXPANDING SYRINGE SERVICE PROGRAMS**

1.    Provide comprehensive syringe services programs with more wrap-around services, including linkage to OUD treatment, access to sterile syringes and linkage to care and treatment of infectious diseases.

**I.    EVIDENCE-BASED DATA COLLECTION AND RESEARCH ANALYZING THE EFFECTIVENESS OF THE ABATEMENT STRATEGIES WITHIN THE STATE**

E-3

**Schedule B**
**Approved Uses**

Support treatment of Opioid Use Disorder (OUD) and any co-occurring Substance Use Disorder or Mental Health (SUD/MH) conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

| PART ONE:  TREATMENT |
|---|

### A.  TREAT OPIOID USE DISORDER (OUD)

Support treatment of Opioid Use Disorder ("*OUD*") and any co-occurring Substance Use Disorder or Mental Health ("*SUD/MH*") conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:[2]

1. Expand availability of treatment for OUD and any co-occurring SUD/MH conditions, including all forms of Medication-Assisted Treatment ("*MAT*") approved by the U.S. Food and Drug Administration.

2. Support and reimburse evidence-based services that adhere to the American Society of Addiction Medicine ("*ASAM*") continuum of care for OUD and any co-occurring SUD/MH conditions.

3. Expand telehealth to increase access to treatment for OUD and any co-occurring SUD/MH conditions, including MAT, as well as counseling, psychiatric support, and other treatment and recovery support services.

4. Improve oversight of Opioid Treatment Programs ("*OTPs*") to assure evidence-based or evidence-informed practices such as adequate methadone dosing and low threshold approaches to treatment.

5. Support mobile intervention, treatment, and recovery services, offered by qualified professionals and service providers, such as peer recovery coaches, for persons with OUD and any co-occurring SUD/MH conditions and for persons who have experienced an opioid overdose.

6. Provide treatment of trauma for individuals with OUD (*e.g.*, violence, sexual assault, human trafficking, or adverse childhood experiences) and family members (*e.g.*, surviving family members after an overdose or overdose fatality), and training of health care personnel to identify and address such trauma.

---

[2] As used in this Schedule B, words like "expand," "fund," "provide" or the like shall not indicate a preference for new or existing programs.

7. Support evidence-based withdrawal management services for people with OUD and any co-occurring mental health conditions.

8. Provide training on MAT for health care providers, first responders, students, or other supporting professionals, such as peer recovery coaches or recovery outreach specialists, including telementoring to assist community-based providers in rural or underserved areas.

9. Support workforce development for addiction professionals who work with persons with OUD and any co-occurring SUD/MH conditions.

10. Offer fellowships for addiction medicine specialists for direct patient care, instructors, and clinical research for treatments.

11. Offer scholarships and supports for behavioral health practitioners or workers involved in addressing OUD and any co-occurring SUD/MH or mental health conditions, including, but not limited to, training, scholarships, fellowships, loan repayment programs, or other incentives for providers to work in rural or underserved areas.

12. Provide funding and training for clinicians to obtain a waiver under the federal Drug Addiction Treatment Act of 2000 ("*DATA 2000*") to prescribe MAT for OUD, and provide technical assistance and professional support to clinicians who have obtained a DATA 2000 waiver.

13. Disseminate web-based training curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service–Opioids web-based training curriculum and motivational interviewing.

14. Develop and disseminate new curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service for Medication–Assisted Treatment.

**B. <u>SUPPORT PEOPLE IN TREATMENT AND RECOVERY</u>**

Support people in recovery from OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the programs or strategies that:

1. Provide comprehensive wrap-around services to individuals with OUD and any co-occurring SUD/MH conditions, including housing, transportation, education, job placement, job training, or childcare.

2. Provide the full continuum of care of treatment and recovery services for OUD and any co-occurring SUD/MH conditions, including supportive housing, peer support services and counseling, community navigators, case management, and connections to community-based services.

3. Provide counseling, peer-support, recovery case management and residential treatment with access to medications for those who need it to persons with OUD and any co-occurring SUD/MH conditions.

4. Provide access to housing for people with OUD and any co-occurring SUD/MH conditions, including supportive housing, recovery housing, housing assistance programs, training for housing providers, or recovery housing programs that allow or integrate FDA-approved mediation with other support services.

5. Provide community support services, including social and legal services, to assist in deinstitutionalizing persons with OUD and any co-occurring SUD/MH conditions.

6. Support or expand peer-recovery centers, which may include support groups, social events, computer access, or other services for persons with OUD and any co-occurring SUD/MH conditions.

7. Provide or support transportation to treatment or recovery programs or services for persons with OUD and any co-occurring SUD/MH conditions.

8. Provide employment training or educational services for persons in treatment for or recovery from OUD and any co-occurring SUD/MH conditions.

9. Identify successful recovery programs such as physician, pilot, and college recovery programs, and provide support and technical assistance to increase the number and capacity of high-quality programs to help those in recovery.

10. Engage non-profits, faith-based communities, and community coalitions to support people in treatment and recovery and to support family members in their efforts to support the person with OUD in the family.

11. Provide training and development of procedures for government staff to appropriately interact and provide social and other services to individuals with or in recovery from OUD, including reducing stigma.

12. Support stigma reduction efforts regarding treatment and support for persons with OUD, including reducing the stigma on effective treatment.

13. Create or support culturally appropriate services and programs for persons with OUD and any co-occurring SUD/MH conditions, including new Americans.

14. Create and/or support recovery high schools.

15. Hire or train behavioral health workers to provide or expand any of the services or supports listed above.

C. **CONNECT PEOPLE WHO NEED HELP TO THE HELP THEY NEED (CONNECTIONS TO CARE)**

Provide connections to care for people who have—or are at risk of developing—OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1. Ensure that health care providers are screening for OUD and other risk factors and know how to appropriately counsel and treat (or refer if necessary) a patient for OUD treatment.

2. Fund SBIRT programs to reduce the transition from use to disorders, including SBIRT services to pregnant women who are uninsured or not eligible for Medicaid.

3. Provide training and long-term implementation of SBIRT in key systems (health, schools, colleges, criminal justice, and probation), with a focus on youth and young adults when transition from misuse to opioid disorder is common.

4. Purchase automated versions of SBIRT and support ongoing costs of the technology.

5. Expand services such as navigators and on-call teams to begin MAT in hospital emergency departments.

6. Provide training for emergency room personnel treating opioid overdose patients on post-discharge planning, including community referrals for MAT, recovery case management or support services.

7. Support hospital programs that transition persons with OUD and any co-occurring SUD/MH conditions, or persons who have experienced an opioid overdose, into clinically appropriate follow-up care through a bridge clinic or similar approach.

8. Support crisis stabilization centers that serve as an alternative to hospital emergency departments for persons with OUD and any co-occurring SUD/MH conditions or persons that have experienced an opioid overdose.

9. Support the work of Emergency Medical Systems, including peer support specialists, to connect individuals to treatment or other appropriate services following an opioid overdose or other opioid-related adverse event.

10. Provide funding for peer support specialists or recovery coaches in emergency departments, detox facilities, recovery centers, recovery housing, or similar settings; offer services, supports, or connections to care to persons with OUD and any co-occurring SUD/MH conditions or to persons who have experienced an opioid overdose.

11. Expand warm hand-off services to transition to recovery services.

12. Create or support school-based contacts that parents can engage with to seek immediate treatment services for their child; and support prevention, intervention, treatment, and recovery programs focused on young people.

13. Develop and support best practices on addressing OUD in the workplace.

14. Support assistance programs for health care providers with OUD.

15. Engage non-profits and the faith community as a system to support outreach for treatment.

16. Support centralized call centers that provide information and connections to appropriate services and supports for persons with OUD and any co-occurring SUD/MH conditions.

**D.  <u>ADDRESS THE NEEDS OF CRIMINAL JUSTICE-INVOLVED PERSONS</u>**

Address the needs of persons with OUD and any co-occurring SUD/MH conditions who are involved in, are at risk of becoming involved in, or are transitioning out of the criminal justice system through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1. Support pre-arrest or pre-arraignment diversion and deflection strategies for persons with OUD and any co-occurring SUD/MH conditions, including established strategies such as:

    1. Self-referral strategies such as the Angel Programs or the Police Assisted Addiction Recovery Initiative ("*PAARI*");

    2. Active outreach strategies such as the Drug Abuse Response Team ("*DART*") model;

    3. "Naloxone Plus" strategies, which work to ensure that individuals who have received naloxone to reverse the effects of an overdose are then linked to treatment programs or other appropriate services;

    4. Officer prevention strategies, such as the Law Enforcement Assisted Diversion ("*LEAD*") model;

    5. Officer intervention strategies such as the Leon County, Florida Adult Civil Citation Network or the Chicago Westside Narcotics Diversion to Treatment Initiative; or

    6. Co-responder and/or alternative responder models to address OUD-related 911 calls with greater SUD expertise.

E-8

2.  Support pre-trial services that connect individuals with OUD and any co-occurring SUD/MH conditions to evidence-informed treatment, including MAT, and related services.

3.  Support treatment and recovery courts that provide evidence-based options for persons with OUD and any co-occurring SUD/MH conditions.

4.  Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any co-occurring SUD/MH conditions who are incarcerated in jail or prison.

5.  Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any co-occurring SUD/MH conditions who are leaving jail or prison or have recently left jail or prison, are on probation or parole, are under community corrections supervision, or are in re-entry programs or facilities.

6.  Support critical time interventions ("*CTI*"), particularly for individuals living with dual-diagnosis OUD/serious mental illness, and services for individuals who face immediate risks and service needs and risks upon release from correctional settings.

7.  Provide training on best practices for addressing the needs of criminal justice-involved persons with OUD and any co-occurring SUD/MH conditions to law enforcement, correctional, or judicial personnel or to providers of treatment, recovery, harm reduction, case management, or other services offered in connection with any of the strategies described in this section.

**E.  ADDRESS THE NEEDS OF PREGNANT OR PARENTING WOMEN AND THEIR FAMILIES, INCLUDING BABIES WITH NEONATAL ABSTINENCE SYNDROME**

Address the needs of pregnant or parenting women with OUD and any co-occurring SUD/MH conditions, and the needs of their families, including babies with neonatal abstinence syndrome ("*NAS*"), through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1.  Support evidence-based or evidence-informed treatment, including MAT, recovery services and supports, and prevention services for pregnant women—or women who could become pregnant—who have OUD and any co-occurring SUD/MH conditions, and other measures to educate and provide support to families affected by Neonatal Abstinence Syndrome.

2.  Expand comprehensive evidence-based treatment and recovery services, including MAT, for uninsured women with OUD and any co-occurring SUD/MH conditions for up to 12 months postpartum.

3. Provide training for obstetricians or other healthcare personnel who work with pregnant women and their families regarding treatment of OUD and any co-occurring SUD/MH conditions.

4. Expand comprehensive evidence-based treatment and recovery support for NAS babies; expand services for better continuum of care with infant-need dyad; and expand long-term treatment and services for medical monitoring of NAS babies and their families.

5. Provide training to health care providers who work with pregnant or parenting women on best practices for compliance with federal requirements that children born with NAS get referred to appropriate services and receive a plan of safe care.

6. Provide child and family supports for parenting women with OUD and any co-occurring SUD/MH conditions.

7. Provide enhanced family support and child care services for parents with OUD and any co-occurring SUD/MH conditions.

8. Provide enhanced support for children and family members suffering trauma as a result of addiction in the family; and offer trauma-informed behavioral health treatment for adverse childhood events.

9. Offer home-based wrap-around services to persons with OUD and any co-occurring SUD/MH conditions, including, but not limited to, parent skills training.

10. Provide support for Children's Services—Fund additional positions and services, including supportive housing and other residential services, relating to children being removed from the home and/or placed in foster care due to custodial opioid use.

---

| PART TWO:  PREVENTION |
| --- |

**F.  PREVENT OVER-PRESCRIBING AND ENSURE APPROPRIATE PRESCRIBING AND DISPENSING OF OPIOIDS**

Support efforts to prevent over-prescribing and ensure appropriate prescribing and dispensing of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Funding medical provider education and outreach regarding best prescribing practices for opioids consistent with the Guidelines for Prescribing Opioids for Chronic Pain from the U.S. Centers for Disease Control and Prevention, including providers at hospitals (academic detailing).

2. Training for health care providers regarding safe and responsible opioid prescribing, dosing, and tapering patients off opioids.

3. Continuing Medical Education (CME) on appropriate prescribing of opioids.

4. Providing Support for non-opioid pain treatment alternatives, including training providers to offer or refer to multi-modal, evidence-informed treatment of pain.

5. Supporting enhancements or improvements to Prescription Drug Monitoring Programs ("*PDMPs*"), including, but not limited to, improvements that:

    1. Increase the number of prescribers using PDMPs;

    2. Improve point-of-care decision-making by increasing the quantity, quality, or format of data available to prescribers using PDMPs, by improving the interface that prescribers use to access PDMP data, or both; or

    3. Enable states to use PDMP data in support of surveillance or intervention strategies, including MAT referrals and follow-up for individuals identified within PDMP data as likely to experience OUD in a manner that complies with all relevant privacy and security laws and rules.

6. Ensuring PDMPs incorporate available overdose/naloxone deployment data, including the United States Department of Transportation's Emergency Medical Technician overdose database in a manner that complies with all relevant privacy and security laws and rules.

7. Increasing electronic prescribing to prevent diversion or forgery.

8. Educating dispensers on appropriate opioid dispensing.

## G. <u>PREVENT MISUSE OF OPIOIDS</u>

Support efforts to discourage or prevent misuse of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Funding media campaigns to prevent opioid misuse.

2. Corrective advertising or affirmative public education campaigns based on evidence.

3. Public education relating to drug disposal.

4. Drug take-back disposal or destruction programs.

5. Funding community anti-drug coalitions that engage in drug prevention efforts.

6. Supporting community coalitions in implementing evidence-informed prevention, such as reduced social access and physical access, stigma reduction—including staffing, educational campaigns, support for people in treatment or recovery, or training of coalitions in evidence-informed implementation, including the Strategic Prevention Framework developed by the U.S. Substance Abuse and Mental Health Services Administration ("*SAMHSA*").

7. Engaging non-profits and faith-based communities as systems to support prevention.

8. Funding evidence-based prevention programs in schools or evidence-informed school and community education programs and campaigns for students, families, school employees, school athletic programs, parent-teacher and student associations, and others.

9. School-based or youth-focused programs or strategies that have demonstrated effectiveness in preventing drug misuse and seem likely to be effective in preventing the uptake and use of opioids.

10. Create or support community-based education or intervention services for families, youth, and adolescents at risk for OUD and any co-occurring SUD/MH conditions.

11. Support evidence-informed programs or curricula to address mental health needs of young people who may be at risk of misusing opioids or other drugs, including emotional modulation and resilience skills.

12. Support greater access to mental health services and supports for young people, including services and supports provided by school nurses, behavioral health workers or other school staff, to address mental health needs in young people that (when not properly addressed) increase the risk of opioid or another drug misuse.

## H. PREVENT OVERDOSE DEATHS AND OTHER HARMS (HARM REDUCTION)

Support efforts to prevent or reduce overdose deaths or other opioid-related harms through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Increased availability and distribution of naloxone and other drugs that treat overdoses for first responders, overdose patients, individuals with OUD and their friends and family members, schools, community navigators and outreach workers, persons being released from jail or prison, or other members of the general public.

2. Public health entities providing free naloxone to anyone in the community.

3. Training and education regarding naloxone and other drugs that treat overdoses for first responders, overdose patients, patients taking opioids, families, schools, community support groups, and other members of the general public.

4. Enabling school nurses and other school staff to respond to opioid overdoses, and provide them with naloxone, training, and support.

5. Expanding, improving, or developing data tracking software and applications for overdoses/naloxone revivals.

6. Public education relating to emergency responses to overdoses.

7. Public education relating to immunity and Good Samaritan laws.

8. Educating first responders regarding the existence and operation of immunity and Good Samaritan laws.

9. Syringe service programs and other evidence-informed programs to reduce harms associated with intravenous drug use, including supplies, staffing, space, peer support services, referrals to treatment, fentanyl checking, connections to care, and the full range of harm reduction and treatment services provided by these programs.

10. Expanding access to testing and treatment for infectious diseases such as HIV and Hepatitis C resulting from intravenous opioid use.

11. Supporting mobile units that offer or provide referrals to harm reduction services, treatment, recovery supports, health care, or other appropriate services to persons that use opioids or persons with OUD and any co-occurring SUD/MH conditions.

12. Providing training in harm reduction strategies to health care providers, students, peer recovery coaches, recovery outreach specialists, or other professionals that provide care to persons who use opioids or persons with OUD and any co-occurring SUD/MH conditions.

13. Supporting screening for fentanyl in routine clinical toxicology testing.

---

**PART THREE:  OTHER STRATEGIES**

---

### I.  **FIRST RESPONDERS**

In addition to items in section C, D and H relating to first responders, support the following:

1. Education of law enforcement or other first responders regarding appropriate practices and precautions when dealing with fentanyl or other drugs.

2. Provision of wellness and support services for first responders and others who experience secondary trauma associated with opioid-related emergency events.

### J.  **LEADERSHIP, PLANNING AND COORDINATION**

Support efforts to provide leadership, planning, coordination, facilitations, training and technical assistance to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, the following:

1. Statewide, regional, local or community regional planning to identify root causes of addiction and overdose, goals for reducing harms related to the opioid epidemic, and areas and populations with the greatest needs for treatment intervention services, and

to support training and technical assistance and other strategies to abate the opioid epidemic described in this opioid abatement strategy list.

2. A dashboard to (a) share reports, recommendations, or plans to spend opioid settlement funds; (b) to show how opioid settlement funds have been spent; (c) to report program or strategy outcomes; or (d) to track, share or visualize key opioid- or health-related indicators and supports as identified through collaborative statewide, regional, local or community processes.

3. Invest in infrastructure or staffing at government or not-for-profit agencies to support collaborative, cross-system coordination with the purpose of preventing overprescribing, opioid misuse, or opioid overdoses, treating those with OUD and any co-occurring SUD/MH conditions, supporting them in treatment or recovery, connecting them to care, or implementing other strategies to abate the opioid epidemic described in this opioid abatement strategy list.

4. Provide resources to staff government oversight and management of opioid abatement programs.

## K. TRAINING

In addition to the training referred to throughout this document, support training to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, those that:

1. Provide funding for staff training or networking programs and services to improve the capability of government, community, and not-for-profit entities to abate the opioid crisis.

2. Support infrastructure and staffing for collaborative cross-system coordination to prevent opioid misuse, prevent overdoses, and treat those with OUD and any co-occurring SUD/MH conditions, or implement other strategies to abate the opioid epidemic described in this opioid abatement strategy list (*e.g.*, health care, primary care, pharmacies, PDMPs, etc.).

## L. RESEARCH

Support opioid abatement research that may include, but is not limited to, the following:

1. Monitoring, surveillance, data collection and evaluation of programs and strategies described in this opioid abatement strategy list.

2. Research non-opioid treatment of chronic pain.

3. Research on improved service delivery for modalities such as SBIRT that demonstrate promising but mixed results in populations vulnerable to opioid use disorders.

4. Research on novel harm reduction and prevention efforts such as the provision of fentanyl test strips.

5. Research on innovative supply-side enforcement efforts such as improved detection of mail-based delivery of synthetic opioids.

6. Expanded research on swift/certain/fair models to reduce and deter opioid misuse within criminal justice populations that build upon promising approaches used to address other substances (*e.g.*, Hawaii HOPE and Dakota 24/7).

7. Epidemiological surveillance of OUD-related behaviors in critical populations, including individuals entering the criminal justice system, including, but not limited to approaches modeled on the Arrestee Drug Abuse Monitoring ("ADAM") system.

8. Qualitative and quantitative research regarding public health risks and harm reduction opportunities within illicit drug markets, including surveys of market participants who sell or distribute illicit opioids.

9. Geospatial analysis of access barriers to MAT and their association with treatment engagement and treatment outcomes.

**Exhibit F-1**
**"State Global Allocation Percentages"**

| | |
|---|---|
| **Alabama** | 1.5958653635% |
| **Alaska** | 0.2283101787% |
| **American Samoa** | 0.0171221696% |
| **Arizona** | 2.3755949882% |
| **Arkansas** | 0.9322152924% |
| **California** | 9.9213830698% |
| **Colorado** | 1.6616291219% |
| **Connecticut** | 1.2938102647% |
| **Delaware** | 0.4420285052% |
| **District of Columbia** | 0.1799774824% |
| **Florida** | 7.0259134409% |
| **Georgia** | 2.7882080114% |
| **Guam** | 0.0480366565% |
| **Hawaii** | 0.3246488040% |
| **Idaho** | 0.4919080117% |
| **Illinois** | 3.3263363702% |
| **Indiana** | 2.2168933059% |
| **Iowa** | 0.7419256132% |
| **Kansas** | 0.7840793410% |
| **Kentucky** | 1.9963344879% |
| **Louisiana** | 1.4650905059% |
| **Maine** | 0.5293231313% |
| **Maryland** | 2.1106090494% |
| **Massachusetts** | 2.3035761083% |
| **Michigan** | 3.4020234989% |
| **Minnesota** | 1.2972597706% |
| **Mississippi** | 0.8624327860% |
| **Missouri** | 2.0056475170% |
| **Montana** | 0.3125481816% |
| **N. Mariana Islands** | 0.0167059202% |
| **Nebraska** | 0.4171546352% |
| **Nevada** | 1.2017657135% |
| **New Hampshire** | 0.5784834777% |
| **New Jersey** | 2.7551354545% |
| **New Mexico** | 0.7989379794% |
| **New York** | 5.3903813405% |
| **North Carolina** | 3.2502525994% |

| | |
|---|---|
| **North Dakota** | 0.1700251989% |
| **Ohio** | 4.3567051408% |
| **Oklahoma** | 1.5322312508% |
| **Oregon** | 1.3741405009% |
| **Pennsylvania** | 4.5882419559% |
| **Puerto Rico** | 0.7101195950% |
| **Rhode Island** | 0.4465429178% |
| **South Carolina** | 1.5393083548% |
| **South Dakota** | 0.1982071487% |
| **Tennessee** | 2.6881474977% |
| **Texas** | 6.2932157196% |
| **Utah** | 1.1466798699% |
| **Vermont** | 0.2544890561% |
| **Virgin Islands** | 0.0315673573% |
| **Virginia** | 2.2801150757% |
| **Washington** | 2.3189040182% |
| **West Virginia** | 1.0567416533% |
| **Wisconsin** | 1.7582560561% |
| **Wyoming** | 0.1668134842% |

**Exhibit F-2**
**"State Allocation Percentages"**

| | |
|---|---|
| **Alabama** | 1.9398529714% |
| **Alaska** | 0.2775222702% |
| **American Samoa** | 0.0208128407% |
| **Arizona** | 2.8876527444% |
| **Arkansas** | 1.1331536145% |
| California | 11.7946460861% |
| **Colorado** | 2.0197920596% |
| **Connecticut** | 1.5726901178% |
| **Delaware** | 0.5373074251% |
| **District of Columbia** | 0.2187714966% |
| **Georgia** | 3.3892042020% |
| **Guam** | 0.0583909225% |
| **Hawaii** | 0.3946266154% |
| **Idaho** | 0.5979384226% |
| **Illinois** | 4.0433257336% |
| **Indiana** | 2.6947430310% |
| **Iowa** | 0.9018471346% |
| **Kansas** | 0.9530870676% |
| **Kentucky** | 2.4266429216% |
| **Maine** | 0.6434183438% |
| **Maryland** | 2.5655492811% |
| **Massachusetts** | 2.8001102479% |
| **Michigan** | 4.1353271673% |
| **Minnesota** | 1.5768831621% |
| **Mississippi** | 1.0483295400% |
| **Missouri** | 2.4379633673% |
| **Montana** | 0.3799177128% |
| **N. Mariana Islands** | 0.0203068690% |
| **Nebraska** | 0.5070720106% |
| **Nevada** | 1.4608054311% |
| **New Hampshire** | 0.7031751667% |
| **New Jersey** | 3.3490028797% |
| **New Mexico** | 0.9711484745% |
| **New York** | 6.5522740824% |
| **North Carolina** | 3.9508421618% |
| **North Dakota** | 0.2066740057% |
| **Ohio** | 5.2957897365% |

| | |
|---|---|
| **Oklahoma** | 0.3711236081% |
| **Oregon** | 1.6703354774% |
| **Pennsylvania** | 5.5772341422% |
| **Puerto Rico** | 0.8631853526% |
| **South Carolina** | 1.8711051410% |
| **South Dakota** | 0.2409305541% |
| **Tennessee** | 3.2675757180% |
| **Utah** | 1.3938458743% |
| **Vermont** | 0.3093439854% |
| **Virgin Islands** | 0.0383716780% |
| **Virginia** | 2.7715922068% |
| **Washington** | 2.8187420775% |
| **Wisconsin** | 2.1372468586% |
| **Wyoming** | 0.2027700082% |

<u>**EXHIBIT G**</u>

<u>**Subdivisions Eligible to Receive Direct Allocations from the Subdivision Fund and Default Subdivision Fund Allocation Percentages**</u>

The Subdivisions and Special Districts set forth on this Exhibit G are eligible to receive direct allocations from the Subdivision Fund, if such Subdivisions and Special Districts are otherwise eligible to receive such funds under this Agreement. By default, the Subdivisions and Special Districts set forth on this Exhibit G shall include all Subdivisions and Special Districts set forth on Exhibit G of the national opioid settlement agreement dated July 21, 2021 with Janssen Pharmaceuticals, Inc., et al., including all amendments up to the Preliminary Agreement Date of this Agreement. A State may elect to add any additional Subdivisions and Special Districts to this Exhibit G at any time prior to the Initial Participation Date.

Immediately upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by subsection VIII.E.3 (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by subsection VIII.E.3) that addresses allocation from the Subdivision Fund, whether before or after the Initial Participation Date, this Exhibit G will automatically be amended to reflect the allocation from the Subdivision Fund pursuant to the State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by subsection VIII.E.3.

For the avoidance of doubt, inclusion on this Exhibit G shall not create any claim for any amount of the Settlement Fund, and no such amounts shall be allocated or distributed to any Subdivision or Special District included herein if such Subdivision or Special District does not otherwise meet all requirements to receive any such funds pursuant to the Agreement.

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL1 | Abbeville City, Alabama | 0.05373276788371% |
| AL2 | Alabaster City, Alabama | 0.50906155914420% |
| AL3 | Albertville City, Alabama | 0.30073173498551% |
| AL4 | Alexander City, Alabama | 0.31021586588805% |
| AL5 | Anniston City, Alabama | 0.80101152336447% |
| AL6 | Arab City, Alabama | 0.19249341507944% |
| AL7 | Argo Town, Alabama | 0.02394095067075% |
| AL8 | Ashland Town, Alabama | 0.03903714157458% |
| AL9 | Ashville City, Alabama | 0.01799180180480% |
| AL10 | Athens City, Alabama | 0.34982234331958% |
| AL11 | Attalla City, Alabama | 0.16452490218524% |
| AL12 | Auburn City, Alabama | 0.49379760320342% |
| AL13 | Autauga County, Alabama | 0.25196509791885% |
| AL14 | Baldwin County, Alabama | 1.47023732753838% |
| AL15 | Barbour County, Alabama | 0.07277031699064% |
| AL235 | Bay Minette City, Alabama | 0.12614031368064% |
| AL16 | Berry Town, Alabama | 0.02060389726110% |
| AL17 | Bessemer City, Alabama | 0.58643322270761% |
| AL18 | Bibb County, Alabama | 0.32904730429155% |
| AL19 | Birmingham City, Alabama | 4.18442675390468% |
| AL20 | Blount County, Alabama | 0.74378299576171% |
| AL21 | Boaz City, Alabama | 0.16593254403002% |
| AL22 | Brent City, Alabama | 0.06233303941215% |
| AL236 | Brewton City, Alabama | 0.22130588319049% |
| AL23 | Bridgeport City, Alabama | 0.00151300231408% |
| AL24 | Brookwood Town, Alabama | 0.00696629136887% |
| AL25 | Brundidge City, Alabama | 0.01089862331296% |
| AL26 | Bullock County, Alabama | 0.06418709145492% |
| AL27 | Butler County, Alabama | 0.05373624201937% |
| AL28 | Butler Town, Alabama | 0.08203304449913% |
| AL29 | Calera City, Alabama | 0.24319709382201% |
| AL30 | Calhoun County, Alabama | 0.73004532177506% |
| AL31 | Camp Hill Town, Alabama | 0.00607441256105% |
| AL32 | Carbon Hill City, Alabama | 0.09325758719295% |
| AL33 | Cedar Bluff Town, Alabama | 0.05726177540570% |
| AL34 | Center Point City, Alabama | 0.01073160505284% |
| AL35 | Centre City, Alabama | 0.14450358825257% |
| AL36 | Centreville City, Alabama | 0.02291656767950% |
| AL37 | Chambers County, Alabama | 0.42645541213545% |
| AL39 | Cherokee County, Alabama | 0.30474566041478% |
| AL40 | Cherokee Town, Alabama | 0.00837480986470% |
| AL41 | Chickasaw City, Alabama | 0.08065098877772% |
| AL237 | Childersburg City, Alabama | 0.09673766459870% |
| AL42 | Chilton County, Alabama | 0.65834253848868% |
| AL43 | Choctaw County, Alabama | 0.12575403525127% |
| AL44 | Clanton City, Alabama | 0.16879497206515% |
| AL45 | Clarke County, Alabama | 0.24012462668797% |
| AL46 | Clay County, Alabama | 0.16558350703617% |
| AL47 | Cleburne County, Alabama | 0.20515352257755% |

G-2

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL48 | Cleveland Town, Alabama | 0.01274799988344% |
| AL49 | Coffee County, Alabama | 0.31178909707642% |
| AL50 | Colbert County, Alabama | 0.31838531182613% |
| AL238 | Columbiana City, Alabama | 0.05006719760858% |
| AL51 | Conecuh County, Alabama | 0.15445396734178% |
| AL52 | Coosa County, Alabama | 0.12178647492221% |
| AL53 | Cordova City, Alabama | 0.09563175305939% |
| AL54 | Covington County, Alabama | 0.45692575726444% |
| AL55 | Crenshaw County, Alabama | 0.14376470128801% |
| AL56 | Cullman City, Alabama | 0.53795721169973% |
| AL57 | Cullman County, Alabama | 0.89679454743357% |
| AL58 | Dadeville City, Alabama | 0.02418310117309% |
| AL59 | Dale County, Alabama | 0.24320907471975% |
| AL60 | Daleville City, Alabama | 0.07752611649176% |
| AL61 | Dallas County, Alabama | 0.20683597829357% |
| AL62 | Daphne City, Alabama | 0.32129647516618% |
| AL63 | Dauphin Island Town, Alabama | 0.04612275489251% |
| AL64 | De Kalb County, Alabama | 0.40059258260517% |
| AL65 | Decatur City, Alabama | 1.88368966680214% |
| AL66 | Demopolis City, Alabama | 0.14633737991542% |
| AL67 | Dora City, Alabama | 0.09240281996643% |
| AL68 | Dothan City, Alabama | 1.09030734534639% |
| AL69 | Double Springs Town, Alabama | 0.08025220905367% |
| AL70 | Douglas Town, Alabama | 0.00097275798472% |
| AL239 | East Brewton City, Alabama | 0.02656781932074% |
| AL71 | Elmore County, Alabama | 0.55644997087924% |
| AL72 | Enterprise City, Alabama | 0.33245406769430% |
| AL73 | Escambia County, Alabama | 0.65163401499834% |
| AL74 | Etowah County, Alabama | 1.02826912043695% |
| AL75 | Eufaula City, Alabama | 0.21259346526420% |
| AL76 | Evergreen City, Alabama | 0.04145059439568% |
| AL77 | Fairfield City, Alabama | 0.11699106378085% |
| AL78 | Fairhope City, Alabama | 0.22328055592462% |
| AL79 | Faunsdale Town, Alabama | 0.00027565805375% |
| AL80 | Fayette City, Alabama | 0.07882554063416% |
| AL81 | Fayette County, Alabama | 0.13876915395782% |
| AL82 | Florence City, Alabama | 0.89173419286246% |
| AL83 | Foley City, Alabama | 0.34393082614331% |
| AL84 | Fort Deposit Town, Alabama | 0.00516071488254% |
| AL85 | Fort Payne City, Alabama | 0.58210250156216% |
| AL86 | Franklin County, Alabama | 0.28807497174883% |
| AL87 | Fultondale City, Alabama | 0.09530547652440% |
| AL88 | Gadsden City, Alabama | 0.83652189774753% |
| AL90 | Geneva City, Alabama | 0.06639031036577% |
| AL91 | Geneva County, Alabama | 0.22068995465343% |
| AL92 | Georgiana Town, Alabama | 0.01833389052733% |
| AL93 | Geraldine Town, Alabama | 0.01101187364176% |
| AL94 | Gilbertown, Alabama | 0.00201561558522% |
| AL95 | Grant Town, Alabama | 0.01702349201247% |

G-3

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL96 | Graysville City, Alabama | 0.03683772148497% |
| AL97 | Greene County, Alabama | 0.07053609060731% |
| AL98 | Greensboro City, Alabama | 0.02495617752877% |
| AL99 | Greenville City, Alabama | 0.17114173446901% |
| AL100 | Guin City, Alabama | 0.02535375501618% |
| AL101 | Gulf Shores City, Alabama | 0.48785192847313% |
| AL102 | Guntersville City, Alabama | 0.25418471345127% |
| AL103 | Gurley Town, Alabama | 0.00751669835675% |
| AL104 | Hale County, Alabama | 0.13189455379552% |
| AL105 | Haleyville City, Alabama | 0.14259976191105% |
| AL106 | Hamilton City, Alabama | 0.09032285168011% |
| AL107 | Hammondville Town, Alabama | 0.00490310934680% |
| AL108 | Hartselle City, Alabama | 0.06358502699195% |
| AL109 | Headland City, Alabama | 0.06278880055472% |
| AL110 | Helena City, Alabama | 0.13940462856652% |
| AL111 | Henagar City, Alabama | 0.03432173295908% |
| AL112 | Henry County, Alabama | 0.08134656178648% |
| AL113 | Homewood City, Alabama | 0.40003759755067% |
| AL114 | Hoover City, Alabama | 1.41830120728766% |
| AL115 | Houston County, Alabama | 0.55870611353893% |
| AL116 | Hueytown City, Alabama | 0.19444760015375% |
| AL117 | Huntsville City, Alabama | 3.18917672789720% |
| AL118 | Irondale City, Alabama | 0.17364096921920% |
| AL119 | Jackson County, Alabama | 0.15808077015917% |
| AL120 | Jacksonville City, Alabama | 0.25009708439633% |
| AL121 | Jasper City, Alabama | 1.40982301753567% |
| AL122 | Jefferson County, Alabama | 5.50780373047089% |
| AL123 | Killen Town, Alabama | 0.01833161772830% |
| AL124 | Lamar County, Alabama | 0.16280419850840% |
| AL125 | Lanett City, Alabama | 0.12800105424627% |
| AL126 | Lauderdale County, Alabama | 0.47859088932963% |
| AL127 | Lawrence County, Alabama | 0.45357831391636% |
| AL129 | Leeds City, Alabama | 0.14992359703585% |
| AL130 | Leesburg Town, Alabama | 0.01918722915732% |
| AL131 | Leighton Town, Alabama | 0.00564699646923% |
| AL132 | Level Plains Town, Alabama | 0.00350595484612% |
| AL133 | Limestone County, Alabama | 0.58188759217962% |
| AL134 | Lincoln City, Alabama | 0.18466226627409% |
| AL135 | Linden City, Alabama | 0.01718012033418% |
| AL136 | Locust Fork Town, Alabama | 0.00390814286871% |
| AL137 | Louisville Town, Alabama | 0.00463180207977% |
| AL138 | Lowndes County, Alabama | 0.06941452922326% |
| AL240 | Loxley Town, Alabama | 0.04113340905681% |
| AL139 | Luverne City, Alabama | 0.01532252921863% |
| AL140 | Macon County, Alabama | 0.13647706860490% |
| AL141 | Madison City, Alabama | 0.47088048355844% |
| AL142 | Madison County, Alabama | 1.31238390221929% |
| AL143 | Marengo County, Alabama | 0.04980089049941% |
| AL144 | Marion City, Alabama | 0.02355243191090% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL145 | Marion County, Alabama | 0.22296850061784% |
| AL146 | Marshall County, Alabama | 0.74162828487587% |
| AL147 | McKenzie Town, Alabama | 0.00440552870209% |
| AL148 | Midfield City, Alabama | 0.00038923306812% |
| AL149 | Millbrook City, Alabama | 0.24754158163587% |
| AL150 | Mobile City, Alabama | 3.22757190115156% |
| AL151 | Mobile City, Alabama | 2.76021701591658% |
| AL152 | Monroe County, Alabama | 0.18825776187055% |
| AL153 | Monroeville City, Alabama | 0.10619523592115% |
| AL154 | Montgomery City, Alabama | 1.77726471583620% |
| AL155 | Montgomery County, Alabama | 0.98033322388421% |
| AL156 | Moody City, Alabama | 0.03620711715990% |
| AL157 | Morgan County, Alabama | 0.31373818458719% |
| AL158 | Moulton City, Alabama | 0.13546080275305% |
| AL159 | Mountain Brook City, Alabama | 0.35653362663731% |
| AL160 | Munford Town, Alabama | 0.02417891272917% |
| AL161 | Muscle Shoals City, Alabama | 0.26828019094231% |
| AL162 | Nauvoo Town, Alabama | 0.01870510354600% |
| AL163 | New Hope City, Alabama | 0.01307908176496% |
| AL164 | Northport City, Alabama | 0.42416628142128% |
| AL165 | Oakman Town, Alabama | 0.04189836827309% |
| AL166 | Oneonta City, Alabama | 0.27040610221760% |
| AL167 | Opelika City, Alabama | 0.53658372677752% |
| AL168 | Opp City, Alabama | 0.09265286030826% |
| AL169 | Orange Beach City, Alabama | 0.29416707967375% |
| AL170 | Oxford City, Alabama | 0.35237875519965% |
| AL171 | Ozark City, Alabama | 0.29499421617778% |
| AL172 | Parrish Town, Alabama | 0.11686245582433% |
| AL173 | Pelham City, Alabama | 0.68738196181712% |
| AL174 | Pell City, Alabama | 0.44443071991301% |
| AL175 | Perry County, Alabama | 0.05087894401632% |
| AL176 | Phenix City, Alabama | 0.62594382078864% |
| AL177 | Pickens County, Alabama | 0.28661898422184% |
| AL178 | Piedmont City, Alabama | 0.14348703018370% |
| AL179 | Pike County, Alabama | 0.02971580831969% |
| AL181 | Pleasant Grove City, Alabama | 0.05168400190121% |
| AL182 | Powell Town, Alabama | 0.00530497268382% |
| AL183 | Prattville City, Alabama | 0.60331346344410% |
| AL184 | Priceville Town, Alabama | 0.01217687795583% |
| AL185 | Prichard City, Alabama | 0.11003827933194% |
| AL186 | Ragland Town, Alabama | 0.01519801230036% |
| AL187 | Rainbow City, Alabama | 0.13460113275434% |
| AL188 | Rainsville City, Alabama | 0.18816655769234% |
| AL189 | Randolph County, Alabama | 0.17748105799125% |
| AL190 | Red Bay City, Alabama | 0.06274639661854% |
| AL241 | Roanoke City, Alabama | 0.10908084650639% |
| AL191 | Robertsdale City, Alabama | 0.08564458709446% |
| AL192 | Rockford Town, Alabama | 0.00588596505293% |
| AL193 | Russell County, Alabama | 0.17037596353878% |

G-5

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL194 | Russellville City, Alabama | 0.31690084937415% |
| AL195 | Saraland City, Alabama | 0.24847953332688% |
| AL196 | Satsuma City, Alabama | 0.06260301546832% |
| AL197 | Scottsboro City, Alabama | 0.66355520306333% |
| AL198 | Selma City, Alabama | 0.26395099581907% |
| AL271 | Semmes City, Alabama | 0.04200467033057% |
| AL199 | Sheffield City, Alabama | 0.16093939937308% |
| AL200 | Shelby County, Alabama | 1.63752907032528% |
| AL201 | Sipsey Town, Alabama | 0.03758758282199% |
| AL202 | Slocomb City, Alabama | 0.04424009805052% |
| AL203 | Spanish Fort City, Alabama | 0.02939683721014% |
| AL204 | Springville City, Alabama | 0.05781214992503% |
| AL205 | St Clair County, Alabama | 1.03787114437202% |
| AL206 | Sumiton City, Alabama | 0.23258714845438% |
| AL242 | Summerdale Town, Alabama | 0.02450324115071% |
| AL207 | Sumter County, Alabama | 0.11813782076557% |
| AL208 | Sweet Water Town, Alabama | 0.00030000947192% |
| AL209 | Sylacauga City, Alabama | 0.23084021018303% |
| AL210 | Talladega City, Alabama | 0.22820288665750% |
| AL211 | Talladega County, Alabama | 0.51585677368324% |
| AL212 | Tallapoosa County, Alabama | 0.19470098477700% |
| AL213 | Tarrant City, Alabama | 0.09199699544540% |
| AL214 | Thomasville City, Alabama | 0.08852500271049% |
| AL215 | Troy City, Alabama | 0.32823721378024% |
| AL216 | Trussville City, Alabama | 0.24448154995938% |
| AL217 | Tuscaloosa City, Alabama | 1.95122494838196% |
| AL218 | Tuscaloosa County, Alabama | 1.01248511560961% |
| AL219 | Tuscumbia City, Alabama | 0.08432211027618% |
| AL220 | Tuskegee City, Alabama | 0.09179124219610% |
| AL221 | Union Springs City, Alabama | 0.04230906305776% |
| AL222 | Uniontown, Alabama | 0.01814515080219% |
| AL223 | Vance Town, Alabama | 0.00962932999198% |
| AL224 | Vernon City, Alabama | 0.03170902060019% |
| AL225 | Vestavia Hills City, Alabama | 0.30835957321481% |
| AL226 | Walker County, Alabama | 1.46359656592768% |
| AL227 | Washington County, Alabama | 0.16134379525758% |
| AL228 | Weaver City, Alabama | 0.04227639968885% |
| AL229 | West Blocton Town, Alabama | 0.04044773805810% |
| AL243 | Wetumpka City, Alabama | 0.16601095559654% |
| AL230 | Wilcox County, Alabama | 0.08791066513276% |
| AL231 | Winfield City, Alabama | 0.19023873350485% |
| AL233 | Woodville Town, Alabama | 0.00046128079736% |
| AL234 | Yellow Bluff Town, Alabama | 0.00293074188026% |
| AL243 | Attentus Mouton, LLC d/b/a Lawrence Medical Center (Lawrence County Health Care Authority), Alabama | 0.14143420563150% |

G-6

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL244 | Bibb County Healthcare Authority d/b/a Bibb Medical Center, Alabama | 0.52488215603592% |
| AL245 | Cullman Regional Medical Center, Inc. (Healthcare Authority of Cullman County), Alabama | 0.43745923357493% |
| AL246 | Dale County Healthcare Authority d/b/a Dale Medical Center, Alabama | 0.29945201925755% |
| AL247 | DCH Health Care Authority (Tuscaloosa) d/b/a DCH Regional Medical Center and Northport Medical Center, Alabama | 2.03896534839883% |
| AL248 | Decatur Morgan Hospital-Parkway (Health Care Authority of the City of Huntsville), Alabama | 0.39470005890361% |
| AL249 | Escambia County Health Care Authority d/b/a D.W. McMillan Memorial Hospital and Atmore Community Hospital, Alabama | 0.15477293845133% |
| AL250 | Geneva County Health Care Authority d/b/a Wiregrass Medical Center, Alabama | 0.48787124726488% |
| AL251 | Greene County Health System, Alabama | 0.30954587690265% |
| AL252 | Health Care Authority of Clarke County d/b/a Grove Hill Memorial Hospital, Alabama | 0.10093886866801% |
| AL253 | Health Care Authority of the City of Huntsville d/b/a Huntsville Hospital, Alabama | 3.03261217443931% |
| AL254 | Healthcare Authority for Baptist Health, an affiliate of UAB Health System d/b/a Baptist Medical Center East (Montgomery), Alabama | 0.61909178627386% |
| AL255 | Healthcare Authority for Baptist Health, an affiliate of UAB Health System d/b/a Baptist Medical Center South (Montgomery), Alabama | 1.30211153244469% |
| AL256 | Healthcare Authority for Baptist Health, an affiliate of UAB Health System d/b/a Prattville Baptist Hospital, Alabama | 0.18505460879230% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL257 | HH Health System-Athens Limestone, LLC d/b/a Athens Limestone Hospital (Healthcare Authority of the City of Huntsville), Alabama | 0.21708503564384% |
| AL258 | HH Health System-Morgan, LLC d/b/a Decatur Morgan Hospital Decatur, Alabama | 1.08542517821921% |
| AL259 | HH Health Systems-Shoals LLC d/b/a Hellen Keller Hospital (Healthcare Authority of the City of Huntsville), Alabama | 0.56573675758889% |
| AL260 | HH Health Systems-Shoals, LLC d/b/a Red Bay Hospital (Healthcare Authority of the City of Huntsville), Alabama | 0.08222918705539% |
| AL261 | Jackson County Healthcare Authority, Alabama | 0.31247087184822% |
| AL262 | Jefferson County Board of Health, Alabama | 3.08543617986526% |
| AL263 | Lakeland Community Hospital HCA Winston County, Alabama | 0.19514849890595% |
| AL264 | Marshall County Health Care Authority, Alabama | 0.29602506041199% |
| AL265 | Marshall County Health Care Authority, Alabama | 0.64138762006979% |
| AL266 | Medical West Hospital Authority (UAB), Alabama | 0.83442806540712% |
| AL267 | Mobile County Board of Health, Alabama | 1.93445993855628% |
| AL268 | Monroe County Health Care Authority d/b/a Monroe County Hospital, Alabama | 0.16486682856498% |
| AL269 | Sylacauga Health Care Authority d/b/a Coosa Valley Medical Center, Alabama | 0.47777735715122% |
| AL270 | Tombigbee Health Care Authority d/b/a Brian W. Whitfield Memorial Hospital, Alabama | 0.20524238901961% |

G-8

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AK1 | Anchorage Municipality, Alaska | 47.6578000000% |
| AK2 | Fairbanks City, Alaska | 5.1226000000% |
| AK3 | Fairbanks North Star Borough, Alaska | 10.9627000000% |
| AK4 | Juneau City and Borough, Alaska | 5.2324000000% |
| AK5 | Kenai Peninsula Borough, Alaska | 9.4922000000% |
| AK6 | Ketchikan Gateway Borough, Alaska | 2.2406000000% |
| AK7 | Kodiak Island Borough, Alaska | 2.1839000000% |
| AK8 | Matanuska-Susitna Borough, Alaska | 15.4726000000% |
| AK9 | Wasilla City, Alaska | 1.6351000000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AZ1 | Apache County, Arizona | 0.3907470000% |
| AZ2 | Apache Junction City, Arizona | 0.2201340000% |
| AZ3 | Avondale City, Arizona | 0.5677140000% |
| AZ4 | Benson City, Arizona | 0.0652960000% |
| AZ5 | Bisbee City, Arizona | 0.0643685000% |
| AZ6 | Buckeye City, Arizona | 0.2664780000% |
| AZ7 | Bullhead City, Arizona | 0.6416380000% |
| AZ8 | Camp Verde Town, Arizona | 0.0416227000% |
| AZ9 | Carefree Town, Arizona | 0.0231720000% |
| AZ10 | Casa Grande City, Arizona | 0.2125144000% |
| AZ11 | Cave Creek Town, Arizona | 0.0347580000% |
| AZ12 | Chandler City, Arizona | 1.6567980000% |
| AZ13 | Chino Valley Town, Arizona | 0.0291788000% |
| AZ14 | Clarkdale Town, Arizona | 0.0308952000% |
| AZ15 | Clifton Town, Arizona | 0.0102870000% |
| AZ16 | Cochise County, Arizona | 1.1773685000% |
| AZ17 | Coconino County, Arizona | 1.2011808000% |
| AZ18 | Colorado City Town, Arizona | 0.0298778000% |
| AZ19 | Coolidge City, Arizona | 0.0644448000% |
| AZ20 | Cottonwood City, Arizona | 0.2098299000% |
| AZ21 | Dewey-Humboldt Town, Arizona | 0.0660814000% |
| AZ22 | Douglas City, Arizona | 0.1565620000% |
| AZ23 | Duncan Town, Arizona | 0.0002520000% |
| AZ24 | Eagar Town, Arizona | 0.1425540000% |
| AZ25 | El Mirage City, Arizona | 0.2259270000% |
| AZ26 | Eloy City, Arizona | 1.3418328000% |
| AZ27 | Flagstaff City, Arizona | 0.3114360000% |
| AZ28 | Florence Town, Arizona | 0.0456484000% |
| AZ29 | Fountain Hills Town, Arizona | 0.0984810000% |
| AZ30 | Fredonia Town, Arizona | 0.0052328000% |
| AZ31 | Gila Bend Town, Arizona | 0.0173790000% |
| AZ32 | Gila County, Arizona | 0.7780446000% |
| AZ33 | Gilbert Town, Arizona | 0.9906030000% |
| AZ34 | Glendale City, Arizona | 1.5235590000% |
| AZ35 | Globe City, Arizona | 0.1168266000% |
| AZ36 | Goodyear City, Arizona | 0.4402680000% |
| AZ37 | Graham County, Arizona | 0.4476494000% |
| AZ38 | Greenlee County, Arizona | 0.0794610000% |
| AZ39 | Guadalupe Town, Arizona | 0.0000000000% |
| AZ40 | Hayden Town, Arizona | 0.0263802000% |
| AZ41 | Holbrook City, Arizona | 0.0575625000% |
| AZ42 | Huachuca City Town, Arizona | 0.0168805000% |
| AZ43 | Jerome Town, Arizona | 0.0012873000% |
| AZ44 | Kearny Town, Arizona | 0.0107408000% |
| AZ45 | Kingman City, Arizona | 0.4853918000% |
| AZ46 | La Paz County, Arizona | 0.2670171000% |
| AZ47 | Lake Havasu City, Arizona | 0.6793526000% |
| AZ48 | Litchfield Park City, Arizona | 0.0231720000% |
| AZ49 | Mammoth Town, Arizona | 0.0061376000% |

G-10

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AZ50 | Marana Town, Arizona | 0.3841282000% |
| AZ51 | Maricopa City, Arizona | 0.1047228000% |
| AZ52 | Maricopa County, Arizona | 29.8513290000% |
| AZ53 | Mesa City, Arizona | 3.5105580000% |
| AZ54 | Miami Town, Arizona | 0.0309482000% |
| AZ55 | Mohave County, Arizona | 3.0617398000% |
| AZ56 | Navajo County, Arizona | 1.0789515000% |
| AZ57 | Nogales City, Arizona | 0.0834350000% |
| AZ58 | Oro Valley Town, Arizona | 0.3207284000% |
| AZ59 | Page City, Arizona | 0.0575608000% |
| AZ60 | Paradise Valley Town, Arizona | 0.1969620000% |
| AZ61 | Parker Town, Arizona | 0.0156219000% |
| AZ62 | Patagonia Town, Arizona | 0.0024790000% |
| AZ63 | Payson Town, Arizona | 0.1846614000% |
| AZ64 | Peoria City, Arizona | 0.8747430000% |
| AZ65 | Phoenix City, Arizona | 12.3275040000% |
| AZ66 | Pima County, Arizona | 13.4612693000% |
| AZ67 | Pima Town, Arizona | 0.0159618000% |
| AZ68 | Pinal County, Arizona | 2.0334636000% |
| AZ69 | Pinetop-Lakeside Town, Arizona | 0.0729125000% |
| AZ70 | Prescott City, Arizona | 0.5917289000% |
| AZ71 | Prescott Valley Town, Arizona | 0.3471419000% |
| AZ72 | Quartzsite Town, Arizona | 0.0183911000% |
| AZ73 | Queen Creek Town, Arizona | 0.0637230000% |
| AZ74 | Safford City, Arizona | 0.1929077000% |
| AZ75 | Sahuarita Town, Arizona | 0.1510407000% |
| AZ76 | San Luis City, Arizona | 0.0963840000% |
| AZ77 | Santa Cruz County, Arizona | 0.2840860000% |
| AZ78 | Scottsdale City, Arizona | 2.3114070000% |
| AZ79 | Sedona City, Arizona | 0.0690392000% |
| AZ80 | Show Low City, Arizona | 0.1441365000% |
| AZ81 | Sierra Vista City, Arizona | 0.3084865000% |
| AZ82 | Snowflake Town, Arizona | 0.0451290000% |
| AZ83 | Somerton City, Arizona | 0.0449792000% |
| AZ84 | South Tucson City, Arizona | 0.0578057000% |
| AZ85 | Springerville Town, Arizona | 0.0740370000% |
| AZ86 | St. Johns City, Arizona | 0.0826620000% |
| AZ87 | Star Valley Town, Arizona | 0.0039970000% |
| AZ88 | Superior Town, Arizona | 0.0168784000% |
| AZ89 | Surprise City, Arizona | 0.5677140000% |
| AZ90 | Taylor Town, Arizona | 0.0411380000% |
| AZ91 | Tempe City, Arizona | 1.8943110000% |
| AZ92 | Thatcher Town, Arizona | 0.0624092000% |
| AZ93 | Tolleson City, Arizona | 0.1564110000% |
| AZ94 | Tombstone City, Arizona | 0.0215180000% |
| AZ95 | Tucson City, Arizona | 4.2720277000% |
| AZ96 | Tusayan Town, Arizona | 0.0113096000% |
| AZ97 | Wellton Town, Arizona | 0.0122488000% |
| AZ98 | Wickenburg Town, Arizona | 0.0579300000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| AZ99 | Willcox City, Arizona | 0.0443345000% |
| AZ100 | Williams City, Arizona | 0.0324096000% |
| AZ101 | Winkelman Town, Arizona | 0.0011420000% |
| AZ102 | Winslow City, Arizona | 0.0950165000% |
| AZ103 | Yavapai County, Arizona | 2.9740921000% |
| AZ104 | Youngtown, Arizona | 0.0289650000% |
| AZ105 | Yuma City, Arizona | 0.5285056000% |
| AZ106 | Yuma County, Arizona | 1.3258824000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR1 | Adona City, Arkansas | 0.0020790506% |
| AR2 | Alexander City, Arkansas | 0.0103476018% |
| AR3 | Alicia City, Arkansas | 0.0002309579% |
| AR4 | Allport Town, Arkansas | 0.0026587350% |
| AR5 | Alma City, Arkansas | 0.1875236673% |
| AR6 | Almyra Town, Arkansas | 0.0010881066% |
| AR7 | Alpena Town, Arkansas | 0.0141319347% |
| AR8 | Altheimer City, Arkansas | 0.0071081808% |
| AR9 | Altus City, Arkansas | 0.0161149675% |
| AR10 | Amagon Town, Arkansas | 0.0016587759% |
| AR11 | Amity City, Arkansas | 0.0105947297% |
| AR12 | Anthonyville Town, Arkansas | 0.0010978372% |
| AR13 | Antoine Town, Arkansas | 0.0010576270% |
| AR14 | Arkadelphia City, Arkansas | 0.2710593166% |
| AR15 | Arkansas City, Arkansas | 0.0026365550% |
| AR16 | Arkansas County, Arkansas | 0.2272004928% |
| AR17 | Ash Flat City, Arkansas | 0.0560964456% |
| AR18 | Ashdown City, Arkansas | 0.0210645360% |
| AR19 | Ashley County, Arkansas | 0.3024558569% |
| AR20 | Atkins City, Arkansas | 0.0507540769% |
| AR21 | Aubrey Town, Arkansas | 0.0021166850% |
| AR22 | Augusta City, Arkansas | 0.0134645321% |
| AR23 | Austin City, Arkansas | 0.0201747613% |
| AR24 | Avoca Town, Arkansas | 0.0030227727% |
| AR25 | Bald Knob City, Arkansas | 0.1048227005% |
| AR26 | Banks Town, Arkansas | 0.0006822846% |
| AR27 | Barling City, Arkansas | 0.1588678563% |
| AR28 | Bassett Town, Arkansas | 0.0011499243% |
| AR29 | Batesville City, Arkansas | 0.1318965785% |
| AR30 | Bauxite Town, Arkansas | 0.0049816222% |
| AR31 | Baxter County, Arkansas | 0.8690235470% |
| AR32 | Bay City, Arkansas | 0.0250493472% |
| AR33 | Bearden City, Arkansas | 0.0161101022% |
| AR34 | Beaver Town, Arkansas | 0.0051365958% |
| AR35 | Beebe City, Arkansas | 0.2412092213% |
| AR36 | Beedeville Town, Arkansas | 0.0018030172% |
| AR37 | Bella Vista City, Arkansas | 0.5136648745% |
| AR38 | Bellefonte Town, Arkansas | 0.0008435545% |
| AR39 | Belleville City, Arkansas | 0.0050880860% |
| AR40 | Ben Lomond Town, Arkansas | 0.0012499489% |
| AR41 | Benton City, Arkansas | 1.3762616667% |
| AR42 | Benton County, Arkansas | 1.9493524156% |
| AR43 | Bentonville City, Arkansas | 1.3212148347% |
| AR44 | Bergman Town, Arkansas | 0.0080191338% |
| AR45 | Berryville City, Arkansas | 0.1767673815% |
| AR47 | Big Flat Town, Arkansas | 0.0005552148% |
| AR48 | Bigelow Town, Arkansas | 0.0028351731% |
| AR49 | Biggers Town, Arkansas | 0.0002571446% |
| AR50 | Birdsong Town, Arkansas | 0.0001210597% |

G-13

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR51 | Black Oak Town, Arkansas | 0.0003079439% |
| AR52 | Black Rock City, Arkansas | 0.0020552966% |
| AR53 | Black Springs Town, Arkansas | 0.0007714338% |
| AR54 | Blevins City, Arkansas | 0.0042289340% |
| AR55 | Blue Eye Town, Arkansas | 0.0007084713% |
| AR56 | Blue Mountain Town, Arkansas | 0.0023457827% |
| AR57 | Bluff City Town, Arkansas | 0.0001956131% |
| AR58 | Blytheville City, Arkansas | 0.3444881956% |
| AR59 | Bodcaw Town, Arkansas | 0.0004892473% |
| AR60 | Bonanza City, Arkansas | 0.0271534397% |
| AR61 | Bono City, Arkansas | 0.0166311169% |
| AR62 | Boone County, Arkansas | 0.6844345049% |
| AR63 | Booneville, Arkansas | 0.2395670446% |
| AR64 | Bradford City, Arkansas | 0.0196136795% |
| AR65 | Bradley City, Arkansas | 0.0127167093% |
| AR66 | Bradley County, Arkansas | 0.0903557767% |
| AR67 | Branch City, Arkansas | 0.0001595527% |
| AR68 | Briarcliff City, Arkansas | 0.0001841653% |
| AR69 | Brinkley City, Arkansas | 0.0788794288% |
| AR70 | Brookland City, Arkansas | 0.0336729211% |
| AR71 | Bryant City, Arkansas | 1.0536173112% |
| AR72 | Buckner City, Arkansas | 0.0065180504% |
| AR73 | Bull Shoals City, Arkansas | 0.0692543217% |
| AR74 | Burdette Town, Arkansas | 0.0001210597% |
| AR75 | Cabot City, Arkansas | 0.9626014299% |
| AR76 | Caddo Valley Town, Arkansas | 0.0447599031% |
| AR77 | Caldwell Town, Arkansas | 0.0042239256% |
| AR78 | Cale Town, Arkansas | 0.0007827384% |
| AR79 | Calhoun County, Arkansas | 0.1397959405% |
| AR80 | Calico Rock City, Arkansas | 0.0024459503% |
| AR81 | Calion City, Arkansas | 0.0029361993% |
| AR82 | Camden City, Arkansas | 0.4098542963% |
| AR83 | Cammack Village City, Arkansas | 0.0112054660% |
| AR84 | Campbell Station City, Arkansas | 0.0043090681% |
| AR85 | Caraway City, Arkansas | 0.0225855098% |
| AR86 | Carlisle City, Arkansas | 0.1468534652% |
| AR87 | Carroll County, Arkansas | 0.5928260605% |
| AR88 | Carthage City, Arkansas | 0.0016610654% |
| AR89 | Casa Town, Arkansas | 0.0015121018% |
| AR90 | Cash Town, Arkansas | 0.0012319187% |
| AR91 | Caulksville Town, Arkansas | 0.0006928738% |
| AR92 | Cave City, Arkansas | 0.0850463202% |
| AR93 | Cave Springs City, Arkansas | 0.0320796835% |
| AR94 | Cedarville City, Arkansas | 0.0178802072% |
| AR95 | Centerton City, Arkansas | 0.1131077079% |
| AR96 | Central City Town, Arkansas | 0.0174268772% |
| AR97 | Charleston City, Arkansas | 0.0410054775% |
| AR98 | Cherokee Village City, Arkansas | 0.2125413902% |
| AR99 | Cherry Valley City, Arkansas | 0.0081466329% |

G-14

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR100 | Chester Town, Arkansas | 0.0004361585% |
| AR101 | Chicot County, Arkansas | 0.2832352637% |
| AR102 | Chidester City, Arkansas | 0.0007419559% |
| AR103 | Clarendon City, Arkansas | 0.0270484068% |
| AR104 | Clark County, Arkansas | 0.3342708117% |
| AR105 | Clarksville City, Arkansas | 0.2458837581% |
| AR106 | Clay County, Arkansas | 0.0479674136% |
| AR107 | Cleburne County, Arkansas | 0.3503158049% |
| AR108 | Cleveland County, Arkansas | 0.1143679597% |
| AR109 | Clinton City, Arkansas | 0.0824034689% |
| AR110 | Coal Hill City, Arkansas | 0.1328713526% |
| AR111 | Colt City, Arkansas | 0.0085205444% |
| AR112 | Columbia County, Arkansas | 0.0671663991% |
| AR113 | Concord Town, Arkansas | 0.0150785188% |
| AR114 | Conway City, Arkansas | 2.0922743015% |
| AR115 | Conway County, Arkansas | 0.5138971203% |
| AR116 | Corning City, Arkansas | 0.0191809554% |
| AR117 | Cotter City, Arkansas | 0.0233925747% |
| AR118 | Cotton Plant City, Arkansas | 0.0024986099% |
| AR119 | Cove Town, Arkansas | 0.0001777260% |
| AR120 | Coy Town, Arkansas | 0.0078196572% |
| AR121 | Craighead County, Arkansas | 0.9265189050% |
| AR122 | Crawford County, Arkansas | 0.9565887967% |
| AR123 | Crawfordsville Town, Arkansas | 0.0037229444% |
| AR124 | Crittenden County, Arkansas | 0.4864689351% |
| AR125 | Cross County, Arkansas | 0.3114968436% |
| AR126 | Crossett City, Arkansas | 0.2482926464% |
| AR127 | Cushman City, Arkansas | 0.0031235127% |
| AR128 | Daisy Town, Arkansas | 0.0019036142% |
| AR129 | Dallas County, Arkansas | 0.1170103816% |
| AR130 | Damascus Town, Arkansas | 0.0328833141% |
| AR131 | Danville City, Arkansas | 0.0554598088% |
| AR132 | Dardanelle City, Arkansas | 0.1270318663% |
| AR133 | Datto Town, Arkansas | 0.0002041989% |
| AR134 | De Queen City, Arkansas | 0.1825177187% |
| AR135 | De Valls Bluff City, Arkansas | 0.0153369512% |
| AR136 | Decatur City, Arkansas | 0.0461206088% |
| AR137 | Delaplaine Town, Arkansas | 0.0012409338% |
| AR138 | Delight City, Arkansas | 0.0019036142% |
| AR139 | Dell Town, Arkansas | 0.0049627334% |
| AR140 | Denning Town, Arkansas | 0.0066893371% |
| AR141 | Dermott City, Arkansas | 0.0098811069% |
| AR142 | Des Arc City, Arkansas | 0.0461902968% |
| AR143 | Desha County, Arkansas | 0.1880442527% |
| AR144 | Dewitt City, Arkansas | 0.0561472449% |
| AR145 | Diamond City, Arkansas | 0.0067481498% |
| AR146 | Diaz City, Arkansas | 0.0144799456% |
| AR147 | Dierks City, Arkansas | 0.0109843817% |
| AR148 | Donaldson Town, Arkansas | 0.0097288521% |

G-15

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR149 | Dover City, Arkansas | 0.0357561215% |
| AR150 | Drew County, Arkansas | 0.4314342663% |
| AR151 | Dumas City, Arkansas | 0.0345209116% |
| AR152 | Dyer City, Arkansas | 0.0039248537% |
| AR153 | Dyess Town, Arkansas | 0.0004842389% |
| AR154 | Earle City, Arkansas | 0.0169920066% |
| AR155 | East Camden Town, Arkansas | 0.0077825952% |
| AR156 | Edmondson Town, Arkansas | 0.0080664988% |
| AR157 | Egypt Town, Arkansas | 0.0007186312% |
| AR158 | El Dorado City, Arkansas | 0.7549722601% |
| AR159 | Elaine City, Arkansas | 0.0061272536% |
| AR160 | Elkins City, Arkansas | 0.0584820092% |
| AR161 | Elm Springs City, Arkansas | 0.0169270407% |
| AR162 | Emerson Town, Arkansas | 0.0007712907% |
| AR163 | Emmet City, Arkansas | 0.0006732695% |
| AR164 | England City, Arkansas | 0.1277733929% |
| AR165 | Enola Town, Arkansas | 0.0166283981% |
| AR166 | Etowah Town, Arkansas | 0.0016945500% |
| AR167 | Eudora City, Arkansas | 0.0090127967% |
| AR168 | Eureka Springs City, Arkansas | 0.3891361972% |
| AR169 | Evening Shade City, Arkansas | 0.0112877465% |
| AR170 | Everton Town, Arkansas | 0.0023825585% |
| AR171 | Fairfield Bay City, Arkansas | 0.0994183710% |
| AR172 | Fargo Town, Arkansas | 0.0003540210% |
| AR173 | Farmington City, Arkansas | 0.0908450240% |
| AR174 | Faulkner County, Arkansas | 1.0072116540% |
| AR175 | Fayetteville City, Arkansas | 2.1103658624% |
| AR176 | Felsenthal Town, Arkansas | 0.0017181610% |
| AR177 | Fifty-Six City, Arkansas | 0.0004614866% |
| AR178 | Fisher City, Arkansas | 0.0019605666% |
| AR179 | Flippin City, Arkansas | 0.0956901320% |
| AR180 | Fordyce City, Arkansas | 0.0545063561% |
| AR181 | Foreman City, Arkansas | 0.0020583016% |
| AR182 | Forrest City, Arkansas | 0.2961090931% |
| AR183 | Fort Smith City, Arkansas | 3.8434930088% |
| AR184 | Fouke City, Arkansas | 0.0054372418% |
| AR185 | Fountain Hill Town, Arkansas | 0.0007150537% |
| AR186 | Fountain Lake Town, Arkansas | 0.0028270166% |
| AR187 | Fourche Town, Arkansas | 0.0009659021% |
| AR188 | Franklin County, Arkansas | 0.5981687154% |
| AR189 | Franklin Town, Arkansas | 0.0147063245% |
| AR190 | Fredonia (Biscoe) Town, Arkansas | 0.0078030580% |
| AR191 | Friendship Town, Arkansas | 0.0051302995% |
| AR192 | Fulton County, Arkansas | 0.4958178657% |
| AR193 | Fulton Town, Arkansas | 0.0066352466% |
| AR194 | Garfield Town, Arkansas | 0.0074476060% |
| AR195 | Garland County, Arkansas | 1.7334588443% |
| AR196 | Garland Town, Arkansas | 0.0002891982% |
| AR197 | Garner Town, Arkansas | 0.0077934705% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR198 | Gassville City, Arkansas | 0.0727563250% |
| AR199 | Gateway Town, Arkansas | 0.0062878080% |
| AR200 | Gentry City, Arkansas | 0.0904861377% |
| AR201 | Georgetown, Arkansas | 0.0040265954% |
| AR202 | Gilbert Town, Arkansas | 0.0024831554% |
| AR203 | Gillett City, Arkansas | 0.0114616089% |
| AR204 | Gillham Town, Arkansas | 0.0013801668% |
| AR205 | Gilmore City, Arkansas | 0.0000954454% |
| AR206 | Glenwood City, Arkansas | 0.0480021861% |
| AR207 | Goshen Town, Arkansas | 0.0031660124% |
| AR208 | Gosnell City, Arkansas | 0.0272347186% |
| AR209 | Gould City, Arkansas | 0.0171248002% |
| AR210 | Grady City, Arkansas | 0.0313103962% |
| AR211 | Grannis City, Arkansas | 0.0009242610% |
| AR212 | Grant County, Arkansas | 0.2664481715% |
| AR213 | Gravette City, Arkansas | 0.0803454535% |
| AR214 | Green Forest City, Arkansas | 0.1176088116% |
| AR215 | Greenbrier City, Arkansas | 0.0720066419% |
| AR216 | Greene County, Arkansas | 0.5298528213% |
| AR217 | Greenland City, Arkansas | 0.0237445924% |
| AR218 | Greenway City, Arkansas | 0.0004757962% |
| AR219 | Greenwood City, Arkansas | 0.2310067194% |
| AR220 | Greers Ferry City, Arkansas | 0.0499860774% |
| AR221 | Griffithville Town, Arkansas | 0.0045461792% |
| AR222 | Grubbs City, Arkansas | 0.0056885194% |
| AR223 | Guion Town, Arkansas | 0.0188333737% |
| AR224 | Gum Springs Town, Arkansas | 0.0030512489% |
| AR225 | Gurdon City, Arkansas | 0.0633258293% |
| AR226 | Guy City, Arkansas | 0.0155481618% |
| AR227 | Hackett City, Arkansas | 0.0171567108% |
| AR228 | Hamburg City, Arkansas | 0.0524650830% |
| AR229 | Hampton City, Arkansas | 0.0149258347% |
| AR230 | Hardy City, Arkansas | 0.0225704847% |
| AR231 | Harrell Town, Arkansas | 0.0015608978% |
| AR232 | Harrisburg City, Arkansas | 0.0610374284% |
| AR233 | Harrison City, Arkansas | 0.7509041666% |
| AR234 | Hartford City, Arkansas | 0.0079703379% |
| AR235 | Hartman City, Arkansas | 0.0041808536% |
| AR236 | Haskell City, Arkansas | 0.0719017520% |
| AR237 | Hatfield Town, Arkansas | 0.0003119506% |
| AR238 | Havana City, Arkansas | 0.0028832535% |
| AR239 | Haynes Town, Arkansas | 0.0021807923% |
| AR240 | Hazen City, Arkansas | 0.0648458015% |
| AR241 | Heber Springs City, Arkansas | 0.3767547633% |
| AR242 | Hector Town, Arkansas | 0.0046732490% |
| AR243 | Helena-West Helena City, Arkansas | 0.1739214762% |
| AR244 | Hempstead County, Arkansas | 0.2734659153% |
| AR245 | Hermitage City, Arkansas | 0.0121839606% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR246 | Hickory Ridge City, Arkansas | 0.0037770349% |
| AR247 | Higden Town, Arkansas | 0.0085654767% |
| AR248 | Higginson Town, Arkansas | 0.0151972889% |
| AR249 | Highfill Town, Arkansas | 0.0156011076% |
| AR250 | Highland City, Arkansas | 0.0298718460% |
| AR251 | Hindsville Town, Arkansas | 0.0033816590% |
| AR252 | Holland City, Arkansas | 0.0148864831% |
| AR253 | Holly Grove City, Arkansas | 0.0044608936% |
| AR254 | Hope City, Arkansas | 0.2248866206% |
| AR255 | Horatio City, Arkansas | 0.0029417800% |
| AR256 | Horseshoe Bend City, Arkansas | 0.1112109623% |
| AR257 | Horseshoe Lake Town, Arkansas | 0.0014319677% |
| AR258 | Hot Spring County, Arkansas | 0.4782149797% |
| AR259 | Hot Springs City, Arkansas | 3.5617977507% |
| AR260 | Houston Town, Arkansas | 0.0052922849% |
| AR261 | Howard County, Arkansas | 0.1730249760% |
| AR262 | Hoxie City, Arkansas | 0.0120318489% |
| AR263 | Hughes City, Arkansas | 0.0113608689% |
| AR264 | Humnoke City, Arkansas | 0.0148176536% |
| AR265 | Humphrey City, Arkansas | 0.0142685920% |
| AR266 | Hunter Town, Arkansas | 0.0001735762% |
| AR267 | Huntington City, Arkansas | 0.0062142563% |
| AR268 | Huntsville City, Arkansas | 0.0854508543% |
| AR269 | Huttig City, Arkansas | 0.0090756161% |
| AR270 | Imboden Town, Arkansas | 0.0007621325% |
| AR271 | Independence County, Arkansas | 1.0893020276% |
| AR272 | Izard County, Arkansas | 0.5513048629% |
| AR273 | Jackson County, Arkansas | 0.1817241049% |
| AR274 | Jacksonport Town, Arkansas | 0.0050680525% |
| AR275 | Jacksonville City, Arkansas | 2.6389305280% |
| AR276 | Jasper City, Arkansas | 0.0070526594% |
| AR277 | Jefferson County, Arkansas | 0.5992841535% |
| AR278 | Jennette Town, Arkansas | 0.0012409338% |
| AR279 | Jericho Town, Arkansas | 0.0009641849% |
| AR281 | Johnson City, Arkansas | 0.1307711237% |
| AR282 | Johnson County, Arkansas | 0.3316687844% |
| AR283 | Joiner City, Arkansas | 0.0294738943% |
| AR284 | Jonesboro City, Arkansas | 2.1740597362% |
| AR285 | Judsonia City, Arkansas | 0.0470208295% |
| AR286 | Junction City, Arkansas | 0.0041819983% |
| AR287 | Keiser City, Arkansas | 0.0065363668% |
| AR288 | Kensett City, Arkansas | 0.0362397881% |
| AR289 | Kibler City, Arkansas | 0.0431741065% |
| AR290 | Kingsland City, Arkansas | 0.0062036672% |
| AR291 | Knobel City, Arkansas | 0.0009218283% |
| AR292 | Knoxville Town, Arkansas | 0.0058832739% |
| AR293 | Lafayette County, Arkansas | 0.0910619584% |
| AR294 | Lafe Town, Arkansas | 0.0028363178% |
| AR295 | Lagrange Town, Arkansas | 0.0008239503% |

G-18

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR296 | Lake City, Arkansas | 0.0259733220% |
| AR297 | Lake View City, Arkansas | 0.0047133160% |
| AR298 | Lake Village City, Arkansas | 0.0224886334% |
| AR299 | Lakeview City, Arkansas | 0.0193402219% |
| AR300 | Lamar City, Arkansas | 0.1021685446% |
| AR301 | Lavaca City, Arkansas | 0.0302604964% |
| AR302 | Lawrence County, Arkansas | 0.4807663922% |
| AR303 | Leachville City, Arkansas | 0.0232401768% |
| AR304 | Lead Hill Town, Arkansas | 0.0069168607% |
| AR305 | Lee County, Arkansas | 0.0989039387% |
| AR306 | Leola Town, Arkansas | 0.0013687190% |
| AR307 | Lepanto City, Arkansas | 0.0682260295% |
| AR308 | Leslie City, Arkansas | 0.0254444370% |
| AR309 | Lewisville City, Arkansas | 0.0166148039% |
| AR310 | Lincoln City, Arkansas | 0.0464338472% |
| AR311 | Lincoln County, Arkansas | 0.1387881111% |
| AR312 | Little Flock City, Arkansas | 0.0530723850% |
| AR313 | Little River County, Arkansas | 0.3040825791% |
| AR314 | Little Rock City, Arkansas | 6.7135694892% |
| AR315 | Lockesburg City, Arkansas | 0.0062672021% |
| AR316 | Logan County, Arkansas | 0.5058103018% |
| AR317 | London City, Arkansas | 0.0142372538% |
| AR318 | Lonoke City, Arkansas | 0.2452247983% |
| AR319 | Lonoke County, Arkansas | 0.5819398431% |
| AR320 | Louann Town, Arkansas | 0.0002119261% |
| AR321 | Luxora City, Arkansas | 0.0119226662% |
| AR322 | Lynn Town, Arkansas | 0.0001385175% |
| AR323 | Madison City, Arkansas | 0.0058260353% |
| AR324 | Madison County, Arkansas | 0.3196927018% |
| AR325 | Magazine City, Arkansas | 0.0318730520% |
| AR326 | Magness Town, Arkansas | 0.0014179443% |
| AR327 | Magnolia City, Arkansas | 0.5824169272% |
| AR328 | Malvern City, Arkansas | 0.3835695961% |
| AR329 | Mammoth Spring City, Arkansas | 0.0072408314% |
| AR330 | Manila City, Arkansas | 0.0409124647% |
| AR331 | Mansfield City, Arkansas | 0.0007997669% |
| AR332 | Marianna City, Arkansas | 0.0846648246% |
| AR333 | Marie Town, Arkansas | 0.0009849339% |
| AR334 | Marion City, Arkansas | 0.1126915829% |
| AR335 | Marion County, Arkansas | 0.3952336867% |
| AR336 | Marked Tree City, Arkansas | 0.0992021520% |
| AR337 | Marmaduke City, Arkansas | 0.0391761304% |
| AR338 | Marvell City, Arkansas | 0.0610375715% |
| AR339 | Maumelle City, Arkansas | 0.2572012688% |
| AR340 | Mayflower City, Arkansas | 0.0608694329% |
| AR341 | Maynard Town, Arkansas | 0.0013140561% |
| AR342 | McCaskill Town, Arkansas | 0.0012894435% |
| AR343 | McCrory City, Arkansas | 0.0147483949% |
| AR344 | McDougal Town, Arkansas | 0.0001189133% |

G-19

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR345 | McGehee City, Arkansas | 0.0429993856% |
| AR346 | McNab Town, Arkansas | 0.0009151028% |
| AR347 | Mcrae City, Arkansas | 0.0307843730% |
| AR348 | Melbourne City, Arkansas | 0.0687295865% |
| AR349 | Mena City, Arkansas | 0.7716866592% |
| AR350 | Menifee Town, Arkansas | 0.0106144770% |
| AR351 | Midland Town, Arkansas | 0.0002701664% |
| AR352 | Miller County, Arkansas | 0.3769094507% |
| AR353 | Mineral Springs City, Arkansas | 0.0133569235% |
| AR354 | Minturn Town, Arkansas | 0.0002323889% |
| AR355 | Mississippi County, Arkansas | 0.4561503415% |
| AR356 | Mitchellville City, Arkansas | 0.0000190318% |
| AR357 | Monette City, Arkansas | 0.0230987974% |
| AR358 | Monroe County, Arkansas | 0.0751267203% |
| AR359 | Montgomery County, Arkansas | 0.2264091685% |
| AR360 | Monticello City, Arkansas | 0.0526747196% |
| AR361 | Montrose City, Arkansas | 0.0059883068% |
| AR362 | Moorefield Town, Arkansas | 0.0009616092% |
| AR363 | Moro Town, Arkansas | 0.0019858947% |
| AR364 | Morrilton City, Arkansas | 0.2597150469% |
| AR365 | Morrison Bluff Town, Arkansas | 0.0001732900% |
| AR366 | Mount Ida City, Arkansas | 0.0133550632% |
| AR367 | Mount Pleasant Town, Arkansas | 0.0122294653% |
| AR368 | Mount Vernon Town, Arkansas | 0.0071675659% |
| AR369 | Mountain Home City, Arkansas | 0.8447100025% |
| AR370 | Mountain Pine City, Arkansas | 0.0111311989% |
| AR371 | Mountainburg City, Arkansas | 0.0505877986% |
| AR372 | Mulberry City, Arkansas | 0.0839496278% |
| AR373 | Murfreesboro City, Arkansas | 0.0401878235% |
| AR374 | Nashville City, Arkansas | 0.1174004630% |
| AR375 | Nevada County, Arkansas | 0.1042972498% |
| AR376 | Newark City, Arkansas | 0.0743959259% |
| AR377 | Newport City, Arkansas | 0.2957024125% |
| AR378 | Newton County, Arkansas | 0.2538955941% |
| AR379 | Norfork City, Arkansas | 0.0071735760% |
| AR380 | Norman Town, Arkansas | 0.0054255078% |
| AR381 | Norphlet City, Arkansas | 0.0199309247% |
| AR382 | North Little Rock City, Arkansas | 1.6145764729% |
| AR383 | Oak Grove Heights Town, Arkansas | 0.0108133813% |
| AR384 | Oak Grove Town, Arkansas | 0.0031881924% |
| AR385 | Oakhaven Town, Arkansas | 0.0008458440% |
| AR386 | Oden Town, Arkansas | 0.0002086349% |
| AR387 | Ogden City, Arkansas | 0.0000829960% |
| AR388 | Oil Trough Town, Arkansas | 0.0018456600% |
| AR389 | O'Kean Town, Arkansas | 0.0001714297% |
| AR390 | Okolona Town, Arkansas | 0.0019046158% |
| AR391 | Ola City, Arkansas | 0.0262882776% |
| AR392 | Omaha Town, Arkansas | 0.0030405167% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR393 | Oppelo City, Arkansas | 0.0090335457% |
| AR394 | Osceola City, Arkansas | 0.2492878833% |
| AR395 | Ouachita County, Arkansas | 0.2913601460% |
| AR396 | Oxford City, Arkansas | 0.0264156336% |
| AR397 | Ozan Town, Arkansas | 0.0011369025% |
| AR398 | Ozark City, Arkansas | 0.1131238778% |
| AR399 | Palestine City, Arkansas | 0.0190803585% |
| AR400 | Pangburn City, Arkansas | 0.0157168727% |
| AR401 | Paragould City, Arkansas | 1.0056390223% |
| AR402 | Paris City, Arkansas | 0.1616167421% |
| AR403 | Parkdale City, Arkansas | 0.0007150537% |
| AR404 | Parkin City, Arkansas | 0.0145157198% |
| AR405 | Patmos Town, Arkansas | 0.0012638292% |
| AR406 | Patterson City, Arkansas | 0.0019780244% |
| AR407 | Pea Ridge City, Arkansas | 0.1099874863% |
| AR408 | Peach Orchard City, Arkansas | 0.0002743162% |
| AR409 | Perla Town, Arkansas | 0.0015089537% |
| AR410 | Perry County, Arkansas | 0.2411764522% |
| AR411 | Perry Town, Arkansas | 0.0054813155% |
| AR412 | Perrytown, Arkansas | 0.0014218079% |
| AR413 | Perryville City, Arkansas | 0.0413931262% |
| AR414 | Phillips County, Arkansas | 0.3245121955% |
| AR415 | Piggott City, Arkansas | 0.3895380125% |
| AR416 | Pike County, Arkansas | 0.3481536152% |
| AR417 | Pindall Town, Arkansas | 0.0030350790% |
| AR418 | Pine Bluff City, Arkansas | 0.9840818047% |
| AR419 | Pineville Town, Arkansas | 0.0022012551% |
| AR420 | Plainview City, Arkansas | 0.0125505741% |
| AR421 | Pleasant Plains Town, Arkansas | 0.0024498139% |
| AR422 | Plumerville City, Arkansas | 0.0292462276% |
| AR423 | Pocahontas City, Arkansas | 0.4671181241% |
| AR424 | Poinsett County, Arkansas | 0.4009911787% |
| AR425 | Polk County, Arkansas | 0.0691418478% |
| AR426 | Pollard City, Arkansas | 0.0004521853% |
| AR427 | Pope County, Arkansas | 0.8568421621% |
| AR428 | Portia Town, Arkansas | 0.0009455824% |
| AR429 | Portland City, Arkansas | 0.0081334680% |
| AR430 | Pottsville City, Arkansas | 0.0356473681% |
| AR431 | Powhatan Town, Arkansas | 0.0001556891% |
| AR432 | Poyen Town, Arkansas | 0.0022812461% |
| AR433 | Prairie County, Arkansas | 0.0903177130% |
| AR434 | Prairie Grove City, Arkansas | 0.0877670159% |
| AR435 | Prattsville Town, Arkansas | 0.0011406231% |
| AR436 | Prescott City, Arkansas | 0.0925564594% |
| AR437 | Pulaski County, Arkansas | 2.3536109191% |
| AR438 | Pyatt Town, Arkansas | 0.0061435666% |
| AR439 | Quitman City, Arkansas | 0.0720876345% |
| AR440 | Randolph County, Arkansas | 0.0533049170% |
| AR441 | Ratcliff City, Arkansas | 0.0038192484% |

G-21

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR442 | Ravenden Springs Town, Arkansas | 0.0001143342% |
| AR443 | Ravenden Town, Arkansas | 0.0021246984% |
| AR444 | Rector City, Arkansas | 0.0056501695% |
| AR445 | Redfield City, Arkansas | 0.0199888788% |
| AR446 | Reed Town, Arkansas | 0.0009294125% |
| AR447 | Reyno City, Arkansas | 0.0001714297% |
| AR448 | Rison City, Arkansas | 0.0266158258% |
| AR449 | Rockport City, Arkansas | 0.0466258829% |
| AR450 | Roe Town, Arkansas | 0.0006297682% |
| AR451 | Rogers City, Arkansas | 1.7409808606% |
| AR452 | Rondo Town, Arkansas | 0.0001282146% |
| AR453 | Rose Bud Town, Arkansas | 0.0201332633% |
| AR454 | Rosston Town, Arkansas | 0.0012719857% |
| AR455 | Rudy Town, Arkansas | 0.0043610122% |
| AR456 | Russell Town, Arkansas | 0.0072738867% |
| AR457 | Russellville City, Arkansas | 0.9171601007% |
| AR458 | Salem City, Arkansas | 0.0044962385% |
| AR459 | Salesville City, Arkansas | 0.0064404921% |
| AR460 | Saline County, Arkansas | 1.0800200662% |
| AR461 | Scott County, Arkansas | 0.3380405487% |
| AR462 | Scranton City, Arkansas | 0.0072753177% |
| AR463 | Searcy City, Arkansas | 0.9880873649% |
| AR464 | Searcy County, Arkansas | 0.2116252857% |
| AR465 | Sebastian County, Arkansas | 2.1934833834% |
| AR466 | Sedgwick Town, Arkansas | 0.0005311746% |
| AR467 | Sevier County, Arkansas | 0.2613059949% |
| AR468 | Shannon Hills City, Arkansas | 0.0498163648% |
| AR469 | Sharp County, Arkansas | 0.2811885530% |
| AR470 | Sheridan City, Arkansas | 0.2276671308% |
| AR471 | Sherrill Town, Arkansas | 0.0025761682% |
| AR472 | Sherwood City, Arkansas | 0.4241829888% |
| AR473 | Shirley Town, Arkansas | 0.0009145304% |
| AR474 | Sidney Town, Arkansas | 0.0035774152% |
| AR475 | Siloam Springs City, Arkansas | 0.7477783644% |
| AR476 | Smackover City, Arkansas | 0.0008007686% |
| AR477 | Smithville Town, Arkansas | 0.0001624146% |
| AR478 | South Lead Hill Town, Arkansas | 0.0018313504% |
| AR479 | Sparkman City, Arkansas | 0.0035065824% |
| AR480 | Springdale City, Arkansas | 2.0136786333% |
| AR481 | Springtown, Arkansas | 0.0002924895% |
| AR482 | St Francis County, Arkansas | 0.2044215163% |
| AR483 | St. Charles Town, Arkansas | 0.0024664131% |
| AR484 | St. Francis City, Arkansas | 0.0007137659% |
| AR485 | St. Joe Town, Arkansas | 0.0076757020% |
| AR486 | St. Paul Town, Arkansas | 0.0041619648% |
| AR487 | Stamps City, Arkansas | 0.0180207281% |
| AR488 | Star City, Arkansas | 0.0564865270% |
| AR489 | Stephens City, Arkansas | 0.0116586529% |

G-22

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR490 | Stone County, Arkansas | 0.2837768844% |
| AR491 | Strawberry Town, Arkansas | 0.0006928738% |
| AR492 | Strong City, Arkansas | 0.0029361993% |
| AR493 | Stuttgart City, Arkansas | 0.2203815101% |
| AR494 | Subiaco Town, Arkansas | 0.0109146937% |
| AR495 | Success Town, Arkansas | 0.0001784415% |
| AR496 | Sulphur Rock Town, Arkansas | 0.0032654646% |
| AR497 | Sulphur Springs City, Arkansas | 0.0120908047% |
| AR498 | Summit City, Arkansas | 0.0074467474% |
| AR499 | Sunset Town, Arkansas | 0.0016041130% |
| AR500 | Swifton City, Arkansas | 0.0178930859% |
| AR501 | Taylor City, Arkansas | 0.0014103602% |
| AR502 | Texarkana City, Arkansas | 0.7683955804% |
| AR503 | Thornton City, Arkansas | 0.0022437548% |
| AR504 | Tillar City, Arkansas | 0.0003265465% |
| AR505 | Tinsman Town, Arkansas | 0.0003150987% |
| AR506 | Tollette Town, Arkansas | 0.0032731918% |
| AR507 | Tontitown City, Arkansas | 0.0610355681% |
| AR508 | Traskwood City, Arkansas | 0.0177678764% |
| AR509 | Trumann City, Arkansas | 0.2319945153% |
| AR510 | Tuckerman City, Arkansas | 0.0405439909% |
| AR511 | Tull Town, Arkansas | 0.0030797252% |
| AR512 | Tupelo Town, Arkansas | 0.0005171511% |
| AR513 | Turrell City, Arkansas | 0.0090687475% |
| AR514 | Twin Groves Town, Arkansas | 0.0156102657% |
| AR515 | Tyronza City, Arkansas | 0.0382955139% |
| AR516 | Ulm Town, Arkansas | 0.0000897216% |
| AR517 | Union County, Arkansas | 0.4520045466% |
| AR518 | Valley Springs Town, Arkansas | 0.0032716177% |
| AR519 | Van Buren City, Arkansas | 1.7649031789% |
| AR520 | Van Buren County, Arkansas | 0.3641848711% |
| AR521 | Vandervoort Town, Arkansas | 0.0000659675% |
| AR522 | Victoria Town, Arkansas | 0.0005446257% |
| AR523 | Vilonia City, Arkansas | 0.1035441323% |
| AR524 | Viola Town, Arkansas | 0.0032700437% |
| AR525 | Wabbaseka Town, Arkansas | 0.0082530968% |
| AR526 | Waldenburg Town, Arkansas | 0.0023526513% |
| AR527 | Waldo City, Arkansas | 0.0028426141% |
| AR528 | Waldron City, Arkansas | 0.1501465474% |
| AR529 | Walnut Ridge City, Arkansas | 0.0315460763% |
| AR530 | Ward City, Arkansas | 0.1482609634% |
| AR531 | Warren City, Arkansas | 0.1331456688% |
| AR532 | Washington City, Arkansas | 0.0014218079% |
| AR533 | Washington County, Arkansas | 2.0141562897% |
| AR534 | Watson City, Arkansas | 0.0000569524% |
| AR535 | Weiner City, Arkansas | 0.0115016760% |
| AR536 | Weldon Town, Arkansas | 0.0015514534% |
| AR537 | West Fork City, Arkansas | 0.0278779379% |
| AR538 | West Memphis City, Arkansas | 0.6402086383% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR539 | West Point Town, Arkansas | 0.0031173596% |
| AR540 | Western Grove Town, Arkansas | 0.0057204300% |
| AR541 | Wheatley City, Arkansas | 0.0050976735% |
| AR542 | Whelen Springs Town, Arkansas | 0.0002381128% |
| AR543 | White County, Arkansas | 0.9979591705% |
| AR544 | White Hall City, Arkansas | 0.0551959387% |
| AR545 | Wickes Town, Arkansas | 0.0001422380% |
| AR546 | Widener Town, Arkansas | 0.0014565804% |
| AR547 | Wiederkehr Village City, Arkansas | 0.0015955272% |
| AR548 | Williford Town, Arkansas | 0.0025041906% |
| AR549 | Willisville Town, Arkansas | 0.0003913692% |
| AR550 | Wilmar City, Arkansas | 0.0018078825% |
| AR551 | Wilmot City, Arkansas | 0.0171605744% |
| AR552 | Wilson City, Arkansas | 0.0038733390% |
| AR553 | Wilton City, Arkansas | 0.0002323889% |
| AR554 | Winchester Town, Arkansas | 0.0011094280% |
| AR555 | Winslow City, Arkansas | 0.0059329284% |
| AR556 | Winthrop City, Arkansas | 0.0004315794% |
| AR557 | Woodruff County, Arkansas | 0.2136270641% |
| AR558 | Wooster Town, Arkansas | 0.0052930004% |
| AR559 | Wrightsville City, Arkansas | 0.0089014675% |
| AR560 | Wynne City, Arkansas | 0.1541190523% |
| AR561 | Yell County, Arkansas | 0.5032933325% |
| AR562 | Yellville City, Arkansas | 0.0268081476% |
| AR563 | Zinc Town, Arkansas | 0.0018493375% |
| AR564 | Keo Town, Arkansas | 0.0137063654% |
| AR565 | Letona Town, Arkansas | 0.0096119422% |
| AR567 | Lexa Town, Arkansas | 0.0073056542% |
| AR568 | Lonsdale Town, Arkansas | 0.0009432928% |
| AR569 | Lowell City, Arkansas | 0.2449366017% |
| AR570 | Marshall City, Arkansas | 0.0391797079% |
| AR571 | McNeil City, Arkansas | 0.0006390694% |
| AR572 | Mountain View City, Arkansas | 0.1444262605% |
| AR573 | Nimmons Town, Arkansas | 0.0001405209% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA1 | Adelanto City, California | |
| CA2 | Agoura Hills City, California | |
| CA3 | Alameda City, California | |
| CA4 | Alameda County, California | |
| CA5 | Albany City, California | |
| CA6 | Alhambra City, California | |
| CA7 | Aliso Viejo City, California | |
| CA9 | Amador County, California | |
| CA10 | American Canyon City, California | |
| CA11 | Anaheim City, California | |
| CA12 | Anderson City, California | |
| CA13 | Antioch City, California | |
| CA14 | Apple Valley Town, California | |
| CA15 | Arcadia City, California | |
| CA16 | Arcata City, California | |
| CA17 | Arroyo Grande City, California | |
| CA18 | Artesia City, California | |
| CA19 | Arvin City, California | |
| CA20 | Atascadero City, California | |
| CA21 | Atwater City, California | |
| CA22 | Auburn City, California | |
| CA23 | Avenal City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA24 | Azusa City, California | |
| CA25 | Bakersfield City, California | |
| CA26 | Baldwin Park City, California | |
| CA27 | Banning City, California | |
| CA28 | Barstow City, California | |
| CA29 | Beaumont City, California | |
| CA30 | Bell City, California | |
| CA31 | Bell Gardens City, California | |
| CA32 | Bellflower City, California | |
| CA33 | Belmont City, California | |
| CA34 | Benicia City, California | |
| CA35 | Berkeley City, California | |
| CA36 | Beverly Hills City, California | |
| CA37 | Blythe City, California | |
| CA38 | Brawley City, California | |
| CA39 | Brea City, California | |
| CA40 | Brentwood City, California | |
| CA41 | Buena Park City, California | |
| CA42 | Burbank City, California | |
| CA43 | Burlingame City, California | |
| CA44 | Butte County, California | |
| CA45 | Calabasas City, California | |
| CA46 | Calaveras County, California | |
| CA47 | Calexico City, California | |
| CA48 | California City, California | |

G-25

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA49 | Camarillo City, California | |
| CA50 | Campbell City, California | |
| CA51 | Canyon Lake City, California | |
| CA52 | Capitola City, California | |
| CA53 | Carlsbad City, California | |
| CA54 | Carpinteria City, California | |
| CA55 | Carson City, California | |
| CA56 | Cathedral City, California | |
| CA57 | Ceres City, California | |
| CA58 | Cerritos City, California | |
| CA59 | Chico City, California | |
| CA60 | Chino City, California | |
| CA61 | Chino Hills City, California | |
| CA62 | Chowchilla City, California | |
| CA63 | Chula Vista City, California | |
| CA64 | Citrus Heights City, California | |
| CA65 | Claremont City, California | |
| CA66 | Clayton City, California | |
| CA67 | Clearlake City, California | |
| CA68 | Clovis City, California | |
| CA69 | Coachella City, California | |
| CA70 | Coalinga City, California | |
| CA71 | Colton City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA72 | Colusa County, California | |
| CA73 | Commerce City, California | |
| CA74 | Compton City, California | |
| CA75 | Concord City, California | |
| CA76 | Contra Costa County, California | |
| CA77 | Corcoran City, California | |
| CA78 | Corona City, California | |
| CA79 | Coronado City, California | |
| CA80 | Costa Mesa City, California | |
| CA81 | Covina City, California | |
| CA82 | Cudahy City, California | |
| CA83 | Culver City, California | |
| CA84 | Cupertino City, California | |
| CA85 | Cypress City, California | |
| CA86 | Daly City, California | |
| CA87 | Dana Point City, California | |
| CA88 | Danville Town, California | |
| CA89 | Davis City, California | |
| CA90 | Del Norte County, California | |
| CA91 | Delano City, California | |
| CA92 | Desert Hot Springs City, California | |
| CA93 | Diamond Bar City, California | |
| CA94 | Dinuba City, California | |
| CA95 | Dixon City, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA96 | Downey City, California | |
| CA97 | Duarte City, California | |
| CA98 | Dublin City, California | |
| CA99 | East Palo Alto City, California | |
| CA100 | Eastvale City, California | |
| CA101 | El Cajon City, California | |
| CA102 | El Centro City, California | |
| CA103 | El Cerrito City, California | |
| CA104 | El Dorado County, California | |
| CA105 | El Monte City, California | |
| CA106 | El Paso De Robles (Paso Robles) City, California | |
| CA107 | El Segundo City, California | |
| CA108 | Elk Grove City, California | |
| CA109 | Emeryville City, California | |
| CA110 | Encinitas City, California | |
| CA111 | Escondido City, California | |
| CA112 | Eureka City, California | |
| CA113 | Exeter City, California | |
| CA114 | Fairfield City, California | |
| CA115 | Farmersville City, California | |
| CA116 | Fillmore City, California | Allocations in California |
| CA117 | Folsom City, California | will be made in |
| CA118 | Fontana City, California | accordance with the |
| CA119 | Fortuna City, California | California State- |
| CA120 | Foster City, California | Subdivision Agreement. |
| CA121 | Fountain Valley City, California | |
| CA122 | Fremont City, California | |
| CA123 | Fresno City, California | |
| CA124 | Fresno County, California | |
| CA125 | Fullerton City, California | |
| CA126 | Galt City, California | |
| CA127 | Garden Grove City, California | |
| CA128 | Gardena City, California | |
| CA129 | Gilroy City, California | |
| CA130 | Glendale City, California | |
| CA131 | Glendora City, California | |
| CA132 | Glenn County, California | |
| CA133 | Goleta City, California | |
| CA134 | Grand Terrace City, California | |
| CA135 | Grass Valley City, California | |
| CA136 | Greenfield City, California | |
| CA137 | Grover Beach City, California | |
| CA138 | Half Moon Bay City, California | |
| CA139 | Hanford City, California | |
| CA140 | Hawaiian Gardens City, California | |
| CA141 | Hawthorne City, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA142 | Hayward City, California | |
| CA143 | Healdsburg City, California | |
| CA144 | Hemet City, California | |
| CA145 | Hercules City, California | |
| CA146 | Hermosa Beach City, California | |
| CA147 | Hesperia City, California | |
| CA148 | Highland City, California | |
| CA149 | Hillsborough Town, California | |
| CA150 | Hollister City, California | |
| CA151 | Humboldt County, California | |
| CA152 | Huntington Beach City, California | |
| CA153 | Huntington Park City, California | |
| CA154 | Imperial Beach City, California | |
| CA155 | Imperial City, California | |
| CA156 | Imperial County, California | |
| CA157 | Indio City, California | |
| CA158 | Inglewood City, California | |
| CA159 | Inyo County, California | |
| CA160 | Irvine City, California | |
| CA161 | Jurupa Valley City, California | |
| CA162 | Kerman City, California | |
| CA163 | Kern County, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA164 | King City, California | |
| CA165 | Kings County, California | |
| CA166 | Kingsburg City, California | |
| CA167 | La Cañada Flintridge City, California | |
| CA168 | La Habra City, California | |
| CA169 | La Mesa City, California | |
| CA170 | La Mirada City, California | |
| CA171 | La Palma City, California | |
| CA172 | La Puente City, California | |
| CA173 | La Quinta City, California | |
| CA174 | La Verne City, California | |
| CA175 | Lafayette City, California | |
| CA176 | Laguna Beach City, California | |
| CA177 | Laguna Hills City, California | |
| CA178 | Laguna Niguel City, California | |
| CA179 | Laguna Woods City, California | |
| CA180 | Lake County, California | |
| CA181 | Lake Elsinore City, California | |
| CA182 | Lake Forest City, California | |
| CA183 | Lakeport City, California | |
| CA184 | Lakewood City, California | |
| CA185 | Lancaster City, California | |
| CA186 | Larkspur City, California | |
| CA187 | Lassen County, California | |
| CA188 | Lathrop City, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA189 | Lawndale City, California | |
| CA190 | Lemon Grove City, California | |
| CA191 | Lemoore City, California | |
| CA192 | Lincoln City, California | |
| CA193 | Lindsay City, California | |
| CA194 | Livermore City, California | |
| CA195 | Livingston City, California | |
| CA196 | Lodi City, California | |
| CA197 | Loma Linda City, California | |
| CA198 | Lomita City, California | |
| CA199 | Lompoc City, California | |
| CA200 | Long Beach City, California | |
| CA201 | Los Alamitos City, California | |
| CA202 | Los Altos City, California | |
| CA203 | Los Angeles City, California | |
| CA204 | Los Angeles County, California | |
| CA205 | Los Banos City, California | |
| CA206 | Los Gatos Town, California | |
| CA207 | Lynwood City, California | |
| CA208 | Madera City, California | |
| CA209 | Madera County, California | |
| CA210 | Malibu City, California | Allocations in California |
| CA211 | Manhattan Beach City, California | will be made in |
| CA212 | Manteca City, California | accordance with the |
| CA213 | Marin County, California | California State- |
| CA214 | Marina City, California | Subdivision Agreement. |
| CA215 | Mariposa County, California | |
| CA216 | Martinez City, California | |
| CA217 | Marysville City, California | |
| CA218 | Maywood City, California | |
| CA219 | McFarland City, California | |
| CA220 | Mendocino County, California | |
| CA221 | Mendota City, California | |
| CA222 | Menifee City, California | |
| CA223 | Menlo Park City, California | |
| CA224 | Merced City, California | |
| CA225 | Merced County, California | |
| CA226 | Mill Valley City, California | |
| CA227 | Millbrae City, California | |
| CA228 | Milpitas City, California | |
| CA229 | Mission Viejo City, California | |
| CA230 | Modesto City, California | |
| CA231 | Modoc County, California | |
| CA232 | Mono County, California | |
| CA233 | Monrovia City, California | |
| CA234 | Montclair City, California | |
| CA235 | Montebello City, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA236 | Monterey City, California | |
| CA237 | Monterey County, California | |
| CA238 | Monterey Park City, California | |
| CA239 | Moorpark City, California | |
| CA240 | Moraga Town, California | |
| CA241 | Moreno Valley City, California | |
| CA242 | Morgan Hill City, California | |
| CA243 | Morro Bay City, California | |
| CA244 | Mountain View City, California | |
| CA245 | Murrieta City, California | |
| CA246 | Napa City, California | |
| CA247 | Napa County, California | |
| CA248 | National City, California | |
| CA249 | Nevada County, California | |
| CA250 | Newark City, California | |
| CA251 | Newman City, California | |
| CA252 | Newport Beach City, California | |
| CA253 | Norco City, California | |
| CA254 | Norwalk City, California | |
| CA255 | Novato City, California | |
| CA256 | Oakdale City, California | |
| CA257 | Oakland City, California | |
| CA258 | Oakley City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA259 | Oceanside City, California | |
| CA260 | Ontario City, California | |
| CA261 | Orange City, California | |
| CA262 | Orange County, California | |
| CA263 | Orange Cove City, California | |
| CA264 | Orinda City, California | |
| CA265 | Oroville City, California | |
| CA266 | Oxnard City, California | |
| CA267 | Pacific Grove City, California | |
| CA268 | Pacifica City, California | |
| CA269 | Palm Desert City, California | |
| CA270 | Palm Springs City, California | |
| CA271 | Palmdale City, California | |
| CA272 | Palo Alto City, California | |
| CA273 | Palos Verdes Estates City, California | |
| CA274 | Paramount City, California | |
| CA275 | Parlier City, California | |
| CA276 | Pasadena City, California | |
| CA277 | Patterson City, California | |
| CA278 | Perris City, California | |
| CA279 | Petaluma City, California | |
| CA280 | Pico Rivera City, California | |
| CA281 | Piedmont City, California | |
| CA282 | Pinole City, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA283 | Pittsburg City, California | |
| CA284 | Placentia City, California | |
| CA285 | Placer County, California | |
| CA286 | Placerville City, California | |
| CA287 | Pleasant Hill City, California | |
| CA288 | Pleasanton City, California | |
| CA289 | Plumas County, California | |
| CA290 | Pomona City, California | |
| CA291 | Port Hueneme City, California | |
| CA292 | Porterville City, California | |
| CA293 | Poway City, California | |
| CA294 | Rancho Cordova City, California | |
| CA295 | Rancho Cucamonga City, California | |
| CA296 | Rancho Mirage City, California | |
| CA297 | Rancho Palos Verdes City, California | |
| CA298 | Rancho Santa Margarita City, California | |
| CA299 | Red Bluff City, California | |
| CA300 | Redding City, California | |
| CA301 | Redlands City, California | |
| CA302 | Redondo Beach City, California | |
| CA303 | Redwood City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA304 | Reedley City, California | |
| CA305 | Rialto City, California | |
| CA306 | Richmond City, California | |
| CA307 | Ridgecrest City, California | |
| CA308 | Ripon City, California | |
| CA309 | Riverbank City, California | |
| CA310 | Riverside City, California | |
| CA311 | Riverside County, California | |
| CA312 | Rocklin City, California | |
| CA313 | Rohnert Park City, California | |
| CA314 | Rosemead City, California | |
| CA315 | Roseville City, California | |
| CA316 | Sacramento City, California | |
| CA317 | Sacramento County, California | |
| CA318 | Salinas City, California | |
| CA319 | San Anselmo Town, California | |
| CA320 | San Benito County, California | |
| CA321 | San Bernardino City, California | |
| CA322 | San Bernardino County, California | |
| CA323 | San Bruno City, California | |
| CA324 | San Buenaventura (Ventura) City, California | |
| CA325 | San Carlos City, California | |
| CA326 | San Clemente City, California | |
| CA327 | San Diego City, California | |
| CA328 | San Diego County, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA329 | San Dimas City, California | |
| CA330 | San Fernando City, California | |
| CA331 | San Francisco City, California | |
| CA332 | San Gabriel City, California | |
| CA333 | San Jacinto City, California | |
| CA334 | San Joaquin County, California | |
| CA335 | San Jose City, California | |
| CA336 | San Juan Capistrano City, California | |
| CA337 | San Leandro City, California | |
| CA338 | San Luis Obispo City, California | |
| CA339 | San Luis Obispo County, California | |
| CA340 | San Marcos City, California | |
| CA341 | San Marino City, California | |
| CA342 | San Mateo City, California | |
| CA343 | San Mateo County, California | |
| CA344 | San Pablo City, California | |
| CA345 | San Rafael City, California | |
| CA346 | San Ramon City, California | |
| CA347 | Sanger City, California | |
| CA348 | Santa Ana City, California | |
| CA349 | Santa Barbara City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA350 | Santa Barbara County, California | |
| CA351 | Santa Clara City, California | |
| CA352 | Santa Clara County, California | |
| CA353 | Santa Clarita City, California | |
| CA354 | Santa Cruz City, California | |
| CA355 | Santa Cruz County, California | |
| CA356 | Santa Fe Springs City, California | |
| CA357 | Santa Maria City, California | |
| CA358 | Santa Monica City, California | |
| CA359 | Santa Paula City, California | |
| CA360 | Santa Rosa City, California | |
| CA361 | Santee City, California | |
| CA362 | Saratoga City, California | |
| CA363 | Scotts Valley City, California | |
| CA364 | Seal Beach City, California | |
| CA365 | Seaside City, California | |
| CA366 | Selma City, California | |
| CA367 | Shafter City, California | |
| CA368 | Shasta County, California | |
| CA369 | Shasta Lake City, California | |
| CA371 | Sierra Madre City, California | |
| CA372 | Signal Hill City, California | |
| CA373 | Simi Valley City, California | |
| CA374 | Siskiyou County, California | |
| CA375 | Solana Beach City, California | |
| CA376 | Solano County, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA377 | Soledad City, California | |
| CA378 | Sonoma City, California | |
| CA379 | Sonoma County, California | |
| CA380 | South El Monte City, California | |
| CA381 | South Gate City, California | |
| CA382 | South Lake Tahoe City, California | |
| CA383 | South Pasadena City, California | |
| CA384 | South San Francisco City, California | |
| CA385 | Stanislaus County, California | |
| CA386 | Stanton City, California | |
| CA387 | Stockton City, California | |
| CA388 | Suisun City, California | |
| CA389 | Sunnyvale City, California | |
| CA390 | Susanville City, California | |
| CA391 | Sutter County, California | |
| CA392 | Tehachapi City, California | |
| CA393 | Tehama County, California | |
| CA394 | Temecula City, California | |
| CA395 | Temple City, California | |
| CA396 | Thousand Oaks City, California | |
| CA397 | Torrance City, California | |
| CA398 | Tracy City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA399 | Trinity County, California | |
| CA400 | Truckee Town, California | |
| CA401 | Tulare City, California | |
| CA402 | Tulare County, California | |
| CA403 | Tuolumne County, California | |
| CA404 | Turlock City, California | |
| CA405 | Tustin City, California | |
| CA406 | Twentynine Palms City, California | |
| CA407 | Ukiah City, California | |
| CA408 | Union City, California | |
| CA409 | Upland City, California | |
| CA410 | Vacaville City, California | |
| CA411 | Vallejo City, California | |
| CA412 | Ventura County, California | |
| CA413 | Victorville City, California | |
| CA414 | Visalia City, California | |
| CA415 | Vista City, California | |
| CA416 | Walnut City, California | |
| CA417 | Walnut Creek City, California | |
| CA418 | Wasco City, California | |
| CA419 | Watsonville City, California | |
| CA420 | West Covina City, California | |
| CA421 | West Hollywood City, California | |
| CA422 | West Sacramento City, California | |
| CA423 | Westminster City, California | |

G-33

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA424 | Whittier City, California | |
| CA425 | Wildomar City, California | |
| CA426 | Windsor Town, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA427 | Woodland City, California | |
| CA428 | Yolo County, California | |
| CA429 | Yorba Linda City, California | |
| CA430 | Yuba City, California | |
| CA431 | Yuba County, California | |
| CA432 | Yucaipa City, California | |
| CA433 | Yucca Valley Town, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO1 | Adams County, Colorado | |
| CO2 | Alamosa City, Colorado | |
| CO3 | Alamosa County, Colorado | |
| CO4 | Arapahoe County, Colorado | |
| CO5 | Archuleta County, Colorado | |
| CO6 | Arvada City, Colorado | |
| CO7 | Aurora City, Colorado | |
| CO8 | Baca County, Colorado | |
| CO9 | Bent County, Colorado | |
| CO10 | Black Hawk City, Colorado | |
| CO11 | Boulder City, Colorado | |
| CO12 | Boulder County, Colorado | |
| CO13 | Brighton City, Colorado | |
| CO14 | Broomfield City, Colorado | |
| CO15 | Cañon City, Colorado | |
| CO16 | Castle Pines City, Colorado | |
| CO17 | Castle Rock Town, Colorado | |
| CO18 | Centennial City, Colorado | |
| CO19 | Chaffee County, Colorado | |
| CO20 | Cheyenne County, Colorado | |
| CO21 | Clear Creek County, Colorado | |
| CO22 | Colorado Springs City, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO23 | Commerce City, Colorado | |
| CO24 | Conejos County, Colorado | |
| CO25 | Costilla County, Colorado | |
| CO26 | Crowley County, Colorado | |
| CO27 | Custer County, Colorado | |
| CO28 | Delta County, Colorado | |
| CO29 | Denver City, Colorado | |
| CO30 | Dolores County, Colorado | |
| CO31 | Douglas County, Colorado | |
| CO32 | Durango City, Colorado | |
| CO33 | Eagle County, Colorado | |
| CO34 | El Paso County, Colorado | |
| CO35 | Elbert County, Colorado | |
| CO36 | Englewood City, Colorado | |
| CO37 | Erie Town, Colorado | |
| CO38 | Evans City, Colorado | |
| CO39 | Federal Heights City, Colorado | |
| CO40 | Firestone Town, Colorado | |
| CO41 | Fort Collins City, Colorado | |
| CO42 | Fort Morgan City, Colorado | |
| CO43 | Fountain City, Colorado | |
| CO44 | Frederick Town, Colorado | |
| CO45 | Fremont County, Colorado | |
| CO46 | Fruita City, Colorado | |
| CO47 | Garfield County, Colorado | |
| CO48 | Gilpin County, Colorado | |
| CO49 | Golden City, Colorado | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO50 | Grand County, Colorado | |
| CO51 | Grand Junction City, Colorado | |
| CO52 | Greeley City, Colorado | |
| CO53 | Greenwood Village City, Colorado | |
| CO54 | Gunnison County, Colorado | |
| CO55 | Hinsdale County, Colorado | |
| CO56 | Hudson Town, Colorado | |
| CO57 | Huerfano County, Colorado | |
| CO58 | Jackson County, Colorado | |
| CO59 | Jefferson County, Colorado | |
| CO60 | Johnstown, Colorado | |
| CO61 | Kiowa County, Colorado | |
| CO62 | Kit Carson County, Colorado | |
| CO63 | La Plata County, Colorado | |
| CO64 | Lafayette City, Colorado | |
| CO65 | Lake County, Colorado | |
| CO66 | Lakewood City, Colorado | |
| CO67 | Larimer County, Colorado | |
| CO68 | Las Animas County, Colorado | |
| CO69 | Lincoln County, Colorado | |
| CO70 | Littleton City, Colorado | |
| CO71 | Logan County, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO72 | Lone Tree City, Colorado | |
| CO73 | Longmont City, Colorado | |
| CO74 | Louisville City, Colorado | |
| CO75 | Loveland City, Colorado | |
| CO76 | Mesa County, Colorado | |
| CO77 | Mineral County, Colorado | |
| CO78 | Moffat County, Colorado | |
| CO79 | Montezuma County, Colorado | |
| CO80 | Montrose City, Colorado | |
| CO81 | Montrose County, Colorado | |
| CO82 | Morgan County, Colorado | |
| CO83 | Northglenn City, Colorado | |
| CO84 | Otero County, Colorado | |
| CO85 | Ouray County, Colorado | |
| CO86 | Park County, Colorado | |
| CO87 | Parker Town, Colorado | |
| CO88 | Phillips County, Colorado | |
| CO89 | Pitkin County, Colorado | |
| CO90 | Prowers County, Colorado | |
| CO91 | Pueblo City, Colorado | |
| CO92 | Pueblo County, Colorado | |
| CO93 | Rio Blanco County, Colorado | |
| CO94 | Rio Grande County, Colorado | |
| CO95 | Routt County, Colorado | |
| CO96 | Saguache County, Colorado | |
| CO97 | San Juan County, Colorado | |
| CO98 | San Miguel County, Colorado | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO99 | Sedgwick County, Colorado | |
| CO100 | Sheridan City, Colorado | |
| CO101 | Steamboat Springs City, Colorado | |
| CO102 | Sterling City, Colorado | |
| CO103 | Summit County, Colorado | |
| CO104 | Superior Town, Colorado | |
| CO105 | Teller County, Colorado | |
| CO106 | Thornton City, Colorado | |
| CO107 | Washington County, Colorado | |
| CO108 | Weld County, Colorado | |
| CO109 | Wellington Town, Colorado | |
| CO110 | Westminster City, Colorado | |
| CO111 | Wheat Ridge City, Colorado | |
| CO112 | Windsor Town, Colorado | |
| CO113 | Yuma County, Colorado | |
| CO114 | Aguilar Town, Colorado | |
| CO115 | Akron Town, Colorado | |
| CO116 | Alma Town, Colorado | |
| CO117 | Antonito Town, Colorado | |
| CO118 | Arriba Town, Colorado | |
| CO119 | Aspen City, Colorado | |
| CO120 | Ault Town, Colorado | |
| CO121 | Avon Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO122 | Basalt Town, Colorado | |
| CO123 | Bayfield Town, Colorado | |
| CO124 | Bennett Town, Colorado | |
| CO125 | Berthoud Town, Colorado | |
| CO126 | Bethune Town, Colorado | |
| CO127 | Blanca Town, Colorado | |
| CO128 | Blue River Town, Colorado | |
| CO129 | Boone Town, Colorado | |
| CO130 | Bow Mar Town, Colorado | |
| CO131 | Branson Town, Colorado | |
| CO132 | Breckenridge Town, Colorado | |
| CO133 | Brookside Town, Colorado | |
| CO134 | Brush City, Colorado | |
| CO135 | Buena Vista Town, Colorado | |
| CO136 | Burlington City, Colorado | |
| CO137 | Calhan Town, Colorado | |
| CO138 | Campo Town, Colorado | |
| CO139 | Carbondale Town, Colorado | |
| CO140 | Cedaredge Town, Colorado | |
| CO141 | Center Town, Colorado | |
| CO142 | Central City, Colorado | |
| CO143 | Cheraw Town, Colorado | |
| CO144 | Cherry Hills Village City, Colorado | |
| CO145 | Cheyenne Wells Town, Colorado | |
| CO146 | City Of Creede Town, Colorado | |

G-37

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO147 | Coal Creek Town, Colorado | |
| CO148 | Cokedale Town, Colorado | |
| CO149 | Collbran Town, Colorado | |
| CO150 | Columbine Valley Town, Colorado | |
| CO151 | Cortez City, Colorado | |
| CO152 | Craig City, Colorado | |
| CO153 | Crawford Town, Colorado | |
| CO154 | Crested Butte Town, Colorado | |
| CO155 | Crestone Town, Colorado | |
| CO156 | Cripple Creek City, Colorado | |
| CO157 | Crook Town, Colorado | |
| CO158 | Crowley Town, Colorado | |
| CO159 | Dacono City, Colorado | |
| CO160 | De Beque Town, Colorado | |
| CO161 | Deer Trail Town, Colorado | |
| CO162 | Del Norte Town, Colorado | |
| CO163 | Delta City, Colorado | |
| CO164 | Dillon Town, Colorado | |
| CO165 | Dinosaur Town, Colorado | |
| CO166 | Dolores Town, Colorado | |
| CO167 | Dove Creek Town, Colorado | |
| CO168 | Eads Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO169 | Eagle Town, Colorado | |
| CO170 | Eaton Town, Colorado | |
| CO171 | Eckley Town, Colorado | |
| CO172 | Edgewater City, Colorado | |
| CO173 | Elizabeth Town, Colorado | |
| CO174 | Empire Town, Colorado | |
| CO175 | Estes Park Town, Colorado | |
| CO176 | Fairplay Town, Colorado | |
| CO177 | Flagler Town, Colorado | |
| CO178 | Fleming Town, Colorado | |
| CO179 | Florence City, Colorado | |
| CO180 | Fort Lupton City, Colorado | |
| CO181 | Fowler Town, Colorado | |
| CO182 | Foxfield Town, Colorado | |
| CO183 | Fraser Town, Colorado | |
| CO184 | Frisco Town, Colorado | |
| CO185 | Garden City Town, Colorado | |
| CO186 | Genoa Town, Colorado | |
| CO187 | Georgetown Town, Colorado | |
| CO188 | Gilcrest Town, Colorado | |
| CO189 | Glendale City, Colorado | |
| CO190 | Glenwood Springs City, Colorado | |
| CO191 | Granada Town, Colorado | |
| CO192 | Granby Town, Colorado | |
| CO193 | Grand Lake Town, Colorado | |
| CO194 | Green Mountain Falls Town, Colorado | |

G-38

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO195 | Grover Town, Colorado | |
| CO196 | Gunnison City, Colorado | |
| CO197 | Gypsum Town, Colorado | |
| CO198 | Hartman Town, Colorado | |
| CO199 | Haswell Town, Colorado | |
| CO200 | Haxtun Town, Colorado | |
| CO201 | Hayden Town, Colorado | |
| CO202 | Hillrose Town, Colorado | |
| CO203 | Holly Town, Colorado | |
| CO204 | Holyoke City, Colorado | |
| CO205 | Hooper Town, Colorado | |
| CO206 | Hot Sulphur Springs Town, Colorado | |
| CO207 | Hotchkiss Town, Colorado | |
| CO208 | Hugo Town, Colorado | |
| CO209 | Idaho Springs City, Colorado | |
| CO210 | Ignacio Town, Colorado | |
| CO211 | Iliff Town, Colorado | |
| CO212 | Jamestown Town, Colorado | |
| CO213 | Julesburg Town, Colorado | |
| CO214 | Keenesburg Town, Colorado | |
| CO215 | Kersey Town, Colorado | |
| CO216 | Kim Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO217 | Kiowa Town, Colorado | |
| CO218 | Kit Carson Town, Colorado | |
| CO219 | Kremmling Town, Colorado | |
| CO220 | La Jara Town, Colorado | |
| CO221 | La Junta City, Colorado | |
| CO222 | La Salle Town, Colorado | |
| CO223 | La Veta Town, Colorado | |
| CO224 | Lake City Town, Colorado | |
| CO225 | Lakeside Town, Colorado | |
| CO226 | Lamar City, Colorado | |
| CO227 | Larkspur Town, Colorado | |
| CO228 | Las Animas City, Colorado | |
| CO229 | Leadville City, Colorado | |
| CO230 | Limon Town, Colorado | |
| CO231 | Lochbuie Town, Colorado | |
| CO232 | Log Lane Village Town, Colorado | |
| CO233 | Lyons Town, Colorado | |
| CO234 | Manassa Town, Colorado | |
| CO235 | Mancos Town, Colorado | |
| CO236 | Manitou Springs City, Colorado | |
| CO237 | Manzanola Town, Colorado | |
| CO238 | Marble Town, Colorado | |
| CO239 | Mead Town, Colorado | |
| CO240 | Meeker Town, Colorado | |
| CO241 | Merino Town, Colorado | |
| CO242 | Milliken Town, Colorado | |

G-39

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO243 | Minturn Town, Colorado | |
| CO244 | Moffat Town, Colorado | |
| CO245 | Monte Vista City, Colorado | |
| CO246 | Montezuma Town, Colorado | |
| CO247 | Monument Town, Colorado | |
| CO248 | Morrison Town, Colorado | |
| CO249 | Mount Crested Butte Town, Colorado | |
| CO250 | Mountain View Town, Colorado | |
| CO251 | Mountain Village Town, Colorado | |
| CO252 | Naturita Town, Colorado | |
| CO253 | Nederland Town, Colorado | |
| CO254 | New Castle Town, Colorado | |
| CO255 | Norwood Town, Colorado | |
| CO256 | Nucla Town, Colorado | |
| CO257 | Nunn Town, Colorado | |
| CO258 | Oak Creek Town, Colorado | |
| CO259 | Olathe Town, Colorado | |
| CO260 | Olney Springs Town, Colorado | |
| CO261 | Ophir Town, Colorado | |
| CO262 | Orchard City Town, Colorado | |
| CO263 | Ordway Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO264 | Otis Town, Colorado | |
| CO265 | Ouray City, Colorado | |
| CO266 | Ovid Town, Colorado | |
| CO267 | Pagosa Springs Town, Colorado | |
| CO268 | Palisade Town, Colorado | |
| CO269 | Palmer Lake Town, Colorado | |
| CO270 | Paoli Town, Colorado | |
| CO271 | Paonia Town, Colorado | |
| CO272 | Parachute Town, Colorado | |
| CO273 | Peetz Town, Colorado | |
| CO274 | Pierce Town, Colorado | |
| CO275 | Pitkin Town, Colorado | |
| CO276 | Platteville Town, Colorado | |
| CO277 | Poncha Springs Town, Colorado | |
| CO278 | Pritchett Town, Colorado | |
| CO279 | Ramah Town, Colorado | |
| CO280 | Rangely Town, Colorado | |
| CO281 | Raymer (New Raymer) Town, Colorado | |
| CO282 | Red Cliff Town, Colorado | |
| CO283 | Rico Town, Colorado | |
| CO284 | Ridgway Town, Colorado | |
| CO285 | Rifle City, Colorado | |
| CO286 | Rockvale Town, Colorado | |
| CO287 | Rocky Ford City, Colorado | |
| CO288 | Romeo Town, Colorado | |
| CO289 | Rye Town, Colorado | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO290 | Saguache Town, Colorado | |
| CO291 | Salida City, Colorado | |
| CO292 | San Luis Town, Colorado | |
| CO293 | Sanford Town, Colorado | |
| CO294 | Sawpit Town, Colorado | |
| CO295 | Sedgwick Town, Colorado | |
| CO296 | Seibert Town, Colorado | |
| CO297 | Severance Town, Colorado | |
| CO298 | Sheridan Lake Town, Colorado | |
| CO299 | Silt Town, Colorado | |
| CO300 | Silver Cliff Town, Colorado | |
| CO301 | Silver Plume Town, Colorado | |
| CO302 | Silverthorne Town, Colorado | |
| CO303 | Silverton Town, Colorado | |
| CO304 | Simla Town, Colorado | |
| CO305 | Snowmass Village Town, Colorado | |
| CO306 | South Fork Town, Colorado | |
| CO307 | Springfield Town, Colorado | |
| CO308 | Starkville Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO309 | Stratton Town, Colorado | |
| CO310 | Sugar City Town, Colorado | |
| CO311 | Swink Town, Colorado | |
| CO312 | Telluride Town, Colorado | |
| CO313 | Timnath Town, Colorado | |
| CO314 | Trinidad City, Colorado | |
| CO315 | Two Buttes Town, Colorado | |
| CO316 | Vail Town, Colorado | |
| CO317 | Victor City, Colorado | |
| CO318 | Vilas Town, Colorado | |
| CO319 | Vona Town, Colorado | |
| CO320 | Walden Town, Colorado | |
| CO321 | Walsenburg City, Colorado | |
| CO322 | Walsh Town, Colorado | |
| CO323 | Ward Town, Colorado | |
| CO324 | Westcliffe Town, Colorado | |
| CO325 | Wiggins Town, Colorado | |
| CO326 | Wiley Town, Colorado | |
| CO327 | Williamsburg Town, Colorado | |
| CO328 | Winter Park Town, Colorado | |
| CO329 | Woodland Park City, Colorado | |
| CO330 | Wray City, Colorado | |
| CO331 | Yampa Town, Colorado | |
| CO332 | Yuma City, Colorado | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT1 | Andover Town, Connecticut | 0.0513214640% |
| CT2 | Ansonia City, Connecticut | 0.5316052437% |
| CT3 | Ashford Town, Connecticut | 0.1096965130% |
| CT4 | Avon Town, Connecticut | 0.5494886534% |
| CT5 | Barkhamsted Town, Connecticut | 0.0620629520% |
| CT6 | Beacon Falls Town, Connecticut | 0.1953947308% |
| CT7 | Berlin Town, Connecticut | 0.5215629385% |
| CT8 | Bethany Town, Connecticut | 0.1039156068% |
| CT9 | Bethel Town, Connecticut | 0.3522422145% |
| CT10 | Bethlehem Town, Connecticut | 0.0078647202% |
| CT11 | Bloomfield Town, Connecticut | 0.4888368136% |
| CT12 | Bolton Town, Connecticut | 0.1520831395% |
| CT13 | Bozrah Town, Connecticut | 0.0582057867% |
| CT14 | Branford Town, Connecticut | 0.8903816954% |
| CT15 | Bridgeport City, Connecticut | 3.2580743095% |
| CT16 | Bridgewater Town, Connecticut | 0.0118125935% |
| CT17 | Bristol City, Connecticut | 1.3355768908% |
| CT18 | Brookfield Town, Connecticut | 0.3087903124% |
| CT19 | Brooklyn Town, Connecticut | 0.1880661562% |
| CT20 | Burlington Town, Connecticut | 0.2348761319% |
| CT21 | Canaan Town, Connecticut | 0.0343343640% |
| CT22 | Canterbury Town, Connecticut | 0.1354310071% |
| CT23 | Canton Town, Connecticut | 0.2669011966% |
| CT24 | Chaplin Town, Connecticut | 0.0523959290% |
| CT25 | Cheshire Town, Connecticut | 0.9783113499% |
| CT26 | Chester Town, Connecticut | 0.0772387574% |
| CT27 | Clinton Town, Connecticut | 0.5348726093% |
| CT28 | Colchester Town, Connecticut | 0.6134395770% |
| CT29 | Colebrook Town, Connecticut | 0.0296870114% |
| CT30 | Columbia Town, Connecticut | 0.1005666237% |
| CT31 | Cornwall Town, Connecticut | 0.0486027928% |
| CT32 | Coventry Town, Connecticut | 0.3460011479% |
| CT33 | Cromwell Town, Connecticut | 0.4750451453% |
| CT34 | Danbury City, Connecticut | 1.1556465907% |
| CT35 | Darien Town, Connecticut | 0.6429649345% |
| CT36 | Deep River Town, Connecticut | 0.0924563595% |
| CT37 | Derby City, Connecticut | 0.3503125449% |
| CT38 | Durham Town, Connecticut | 0.0079309232% |
| CT39 | East Granby Town, Connecticut | 0.1455975170% |
| CT40 | East Haddam Town, Connecticut | 0.3145696377% |
| CT41 | East Hampton Town, Connecticut | 0.4637546663% |
| CT42 | East Hartford Town, Connecticut | 1.2645454069% |
| CT43 | East Haven Town, Connecticut | 0.8590923735% |
| CT44 | East Lyme Town, Connecticut | 0.6375826296% |
| CT45 | East Windsor Town, Connecticut | 0.2419743793% |
| CT46 | Eastford Town, Connecticut | 0.0446651958% |
| CT47 | Easton Town, Connecticut | 0.1354961231% |
| CT48 | Ellington Town, Connecticut | 0.4010047839% |
| CT49 | Enfield Town, Connecticut | 0.9173431190% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT50 | Essex Town, Connecticut | 0.1431870357% |
| CT51 | Fairfield Town, Connecticut | 1.4212308415% |
| CT52 | Farmington Town, Connecticut | 0.6572091547% |
| CT53 | Franklin Town, Connecticut | 0.0446032416% |
| CT54 | Glastonbury Town, Connecticut | 1.0420644550% |
| CT55 | Goshen Town, Connecticut | 0.0030464255% |
| CT56 | Granby Town, Connecticut | 0.2928405247% |
| CT57 | Greenwich Town, Connecticut | 1.5644702467% |
| CT58 | Griswold Town, Connecticut | 0.3865570141% |
| CT59 | Groton Town, Connecticut | 1.4033874500% |
| CT60 | Guilford Town, Connecticut | 0.8399392493% |
| CT61 | Haddam Town, Connecticut | 0.0151716553% |
| CT62 | Hamden Town, Connecticut | 1.7724359413% |
| CT63 | Hampton Town, Connecticut | 0.0429454985% |
| CT64 | Hartford City, Connecticut | 5.3268549899% |
| CT65 | Hartland Town, Connecticut | 0.0359782738% |
| CT66 | Harwinton Town, Connecticut | 0.0126363764% |
| CT67 | Hebron Town, Connecticut | 0.1593443254% |
| CT68 | Kent Town, Connecticut | 0.0835899976% |
| CT69 | Killingly Town, Connecticut | 0.6116898413% |
| CT70 | Killingworth Town, Connecticut | 0.2652963170% |
| CT71 | Lebanon Town, Connecticut | 0.2746607824% |
| CT72 | Ledyard Town, Connecticut | 0.5514380850% |
| CT73 | Lisbon Town, Connecticut | 0.1156355161% |
| CT74 | Litchfield Town, Connecticut | 0.3481982974% |
| CT75 | Lyme Town, Connecticut | 0.0023141411% |
| CT76 | Madison Town, Connecticut | 0.7594223560% |
| CT77 | Manchester Town, Connecticut | 1.3929765818% |
| CT78 | Mansfield Town, Connecticut | 0.3058754037% |
| CT79 | Marlborough Town, Connecticut | 0.0766010346% |
| CT80 | Meriden City, Connecticut | 1.8508778149% |
| CT81 | Middlebury Town, Connecticut | 0.0276033951% |
| CT82 | Middlefield Town, Connecticut | 0.0075627554% |
| CT83 | Middletown City, Connecticut | 1.5343128975% |
| CT84 | Milford City, Connecticut | 1.8215679630% |
| CT85 | Monroe Town, Connecticut | 0.4307375445% |
| CT86 | Montville Town, Connecticut | 0.5806185940% |
| CT87 | Morris Town, Connecticut | 0.0099785725% |
| CT88 | Naugatuck Borough, Connecticut | 1.0644527326% |
| CT89 | New Britain City, Connecticut | 1.5740557511% |
| CT90 | New Canaan Town, Connecticut | 0.6136187204% |
| CT91 | New Fairfield Town, Connecticut | 0.2962030448% |
| CT92 | New Hartford Town, Connecticut | 0.1323482193% |
| CT93 | New Haven City, Connecticut | 5.8061427601% |
| CT94 | New London City, Connecticut | 1.0536729060% |
| CT95 | New Milford Town, Connecticut | 1.0565475001% |
| CT96 | Newington Town, Connecticut | 0.7132456565% |
| CT97 | Newtown, Connecticut | 0.5964476353% |
| CT98 | Norfolk Town, Connecticut | 0.0442819100% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT99 | North Branford Town, Connecticut | 0.4795791623% |
| CT100 | North Canaan Town, Connecticut | 0.0913148022% |
| CT101 | North Haven Town, Connecticut | 0.7922543069% |
| CT102 | North Stonington Town, Connecticut | 0.1803885830% |
| CT103 | Norwalk City, Connecticut | 1.5918210823% |
| CT104 | Norwich City, Connecticut | 1.1639182124% |
| CT105 | Old Lyme Town, Connecticut | 0.0247921386% |
| CT106 | Old Saybrook Town, Connecticut | 0.4181170767% |
| CT107 | Orange Town, Connecticut | 0.3683598812% |
| CT108 | Oxford Town, Connecticut | 0.3955127994% |
| CT109 | Plainfield Town, Connecticut | 0.5352043161% |
| CT110 | Plainville Town, Connecticut | 0.3937549612% |
| CT111 | Plymouth Town, Connecticut | 0.4213382978% |
| CT112 | Pomfret Town, Connecticut | 0.1174722050% |
| CT113 | Portland Town, Connecticut | 0.3205523149% |
| CT114 | Preston Town, Connecticut | 0.1319895374% |
| CT115 | Prospect Town, Connecticut | 0.3056173107% |
| CT116 | Putnam Town, Connecticut | 0.2953254103% |
| CT117 | Redding Town, Connecticut | 0.1726435223% |
| CT118 | Ridgefield Town, Connecticut | 0.6645173744% |
| CT119 | Rocky Hill Town, Connecticut | 0.3929175425% |
| CT120 | Roxbury Town, Connecticut | 0.0037924445% |
| CT121 | Salem Town, Connecticut | 0.1075219911% |
| CT122 | Salisbury Town, Connecticut | 0.1052257347% |
| CT123 | Scotland Town, Connecticut | 0.0395212218% |
| CT124 | Seymour Town, Connecticut | 0.5301171581% |
| CT125 | Sharon Town, Connecticut | 0.0761294123% |
| CT126 | Shelton City, Connecticut | 0.5601099879% |
| CT127 | Sherman Town, Connecticut | 0.0494382353% |
| CT128 | Simsbury Town, Connecticut | 0.6988446241% |
| CT129 | Somers Town, Connecticut | 0.2491740063% |
| CT130 | South Windsor Town, Connecticut | 0.7310935932% |
| CT131 | Southbury Town, Connecticut | 0.0581965974% |
| CT132 | Southington Town, Connecticut | 0.9683065927% |
| CT133 | Sprague Town, Connecticut | 0.0874709763% |
| CT134 | Stafford Town, Connecticut | 0.3388202949% |
| CT135 | Stamford City, Connecticut | 2.9070395589% |
| CT136 | Sterling Town, Connecticut | 0.0949826467% |
| CT137 | Stonington Town, Connecticut | 0.5576891315% |
| CT138 | Stratford Town, Connecticut | 0.9155695700% |
| CT139 | Suffield Town, Connecticut | 0.3402792315% |
| CT140 | Thomaston Town, Connecticut | 0.2664061562% |
| CT141 | Thompson Town, Connecticut | 0.2673479187% |
| CT142 | Tolland Town, Connecticut | 0.4342020371% |
| CT143 | Torrington City, Connecticut | 1.3652460176% |
| CT144 | Trumbull Town, Connecticut | 0.7617744403% |
| CT145 | Union Town, Connecticut | 0.0153941764% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT146 | Vernon Town, Connecticut | 0.7027162157% |
| CT147 | Voluntown, Connecticut | 0.0733181557% |
| CT148 | Wallingford Town, Connecticut | 1.5350353996% |
| CT149 | Warren Town, Connecticut | 0.0489758024% |
| CT150 | Washington Town, Connecticut | 0.1553517897% |
| CT151 | Waterbury City, Connecticut | 4.6192219654% |
| CT152 | Waterford Town, Connecticut | 0.7608802056% |
| CT153 | Watertown, Connecticut | 0.6868118808% |
| CT154 | West Hartford Town, Connecticut | 1.6216697477% |
| CT155 | West Haven City, Connecticut | 1.4026972589% |
| CT156 | Westbrook Town, Connecticut | 0.2586999280% |
| CT157 | Weston Town, Connecticut | 0.3664201329% |
| CT158 | Westport Town, Connecticut | 0.8921084083% |
| CT159 | Wethersfield Town, Connecticut | 0.6208707168% |
| CT160 | Willington Town, Connecticut | 0.0975268185% |
| CT161 | Wilton Town, Connecticut | 0.6378099925% |
| CT162 | Winchester Town, Connecticut | 0.3760305376% |
| CT163 | Windham Town, Connecticut | 1.0108949901% |
| CT164 | Windsor Locks Town, Connecticut | 0.3174167624% |
| CT165 | Windsor Town, Connecticut | 0.7548324123% |
| CT166 | Wolcott Town, Connecticut | 0.5443693820% |
| CT167 | Woodbridge Town, Connecticut | 0.2435300513% |
| CT168 | Woodbury Town, Connecticut | 0.3411988605% |
| CT169 | Woodmont Borough, Connecticut | 0.0173159412% |
| CT170 | Woodstock Town, Connecticut | 0.1817110623% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| DE1 | Dover City, Delaware | 25.00000000% ($1.00) |
| DE2 | Kent County, Delaware | 25.00000000% ($1.00) |
| DE3 | Middletown, Delaware | 0.0000000000% |
| DE4 | Milford City, Delaware | 0.0000000000% |
| DE5 | New Castle County, Delaware | 0.0000000000% |
| DE6 | Newark City, Delaware | 0.0000000000% |
| DE7 | Seaford City, Delaware | 25.00000000% ($1.00) |
| DE8 | Smyrna Town, Delaware | 0.0000000000% |
| DE9 | Sussex County, Delaware | 25.00000000% ($1.00) |
| DE10 | Wilmington City, Delaware | 0.0000000000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA1 | Acworth City, Georgia | 0.1010066057% |
| GA2 | Adel City, Georgia | 0.0545649432% |
| GA3 | Albany City, Georgia | 0.3157843012% |
| GA4 | Alma City, Georgia | 0.0720108615% |
| GA5 | Alpharetta City, Georgia | 0.2110377863% |
| GA6 | Americus City, Georgia | 0.0651732444% |
| GA7 | Appling County, Georgia | 0.1891925647% |
| GA8 | Arlington City, Georgia | 0.0057755147% |
| GA9 | Athens-Clarke County Unified Government, Georgia | 1.3856330305% |
| GA10 | Atkinson County, Georgia | 0.0986720780% |
| GA11 | Atlanta City, Georgia | 2.9922320659% |
| GA12 | Augusta-Richmond County Consolidated Government, Georgia | 2.7761021713% |
| GA13 | Bacon County, Georgia | 0.1326313298% |
| GA14 | Bainbridge City, Georgia | 0.0569861790% |
| GA15 | Baker County, Georgia | 0.0138992540% |
| GA16 | Baldwin County, Georgia | 0.2940093402% |
| GA17 | Banks County, Georgia | 0.2108287241% |
| GA18 | Barrow County, Georgia | 0.7562315570% |
| GA19 | Bartow County, Georgia | 1.0945235112% |
| GA20 | Ben Hill County, Georgia | 0.0834031458% |
| GA21 | Berrien County, Georgia | 0.1225733642% |
| GA22 | Blackshear City, Georgia | 0.0349161927% |
| GA23 | Blakely City, Georgia | 0.0158441397% |
| GA24 | Bleckley County, Georgia | 0.1430561858% |
| GA25 | Brantley County, Georgia | 0.2875410777% |
| GA26 | Braselton Town, Georgia | 0.0371467624% |
| GA27 | Brookhaven City, Georgia | 0.0913450445% |
| GA28 | Brooks County, Georgia | 0.1455943886% |
| GA29 | Brunswick City, Georgia | 0.1020085339% |
| GA30 | Bryan County, Georgia | 0.2289883650% |
| GA31 | Buford City, Georgia | 0.0023586547% |
| GA32 | Bulloch County, Georgia | 0.4088475182% |
| GA33 | Burke County, Georgia | 0.1875413288% |
| GA34 | Butts County, Georgia | 0.3178860983% |
| GA35 | Calhoun City, Georgia | 0.1780085402% |
| GA36 | Calhoun County, Georgia | 0.0360783561% |
| GA37 | Camden County, Georgia | 0.3387009665% |
| GA38 | Candler County, Georgia | 0.0990882539% |
| GA39 | Canton City, Georgia | 0.1378274535% |
| GA40 | Carroll County, Georgia | 1.4108548814% |
| GA41 | Carrollton City, Georgia | 0.4395018339% |
| GA42 | Cartersville City, Georgia | 0.2991406477% |
| GA43 | Catoosa County, Georgia | 1.0548339612% |
| GA44 | Chamblee City, Georgia | 0.0537051979% |
| GA45 | Charlton County, Georgia | 0.1046313818% |
| GA46 | Chatham County, Georgia | 1.4544033708% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA47 | Chattooga County, Georgia | 0.3317513109% |
| GA48 | Cherokee County, Georgia | 2.1190683851% |
| GA49 | Clarkston City, Georgia | 0.0175253481% |
| GA50 | Clay County, Georgia | 0.0274637104% |
| GA51 | Clayton County, Georgia | 1.6728881377% |
| GA52 | Clinch County, Georgia | 0.0617206810% |
| GA53 | Cobb County, Georgia | 5.8580801967% |
| GA54 | Coffee County, Georgia | 0.4164755944% |
| GA55 | College Park City, Georgia | 0.1805996391% |
| GA56 | Colquitt County, Georgia | 0.2578612394% |
| GA57 | Columbia County, Georgia | 1.2905730633% |
| GA58 | Columbus City, Georgia | 1.8227140298% |
| GA59 | Conyers City, Georgia | 0.1202231912% |
| GA60 | Cook County, Georgia | 0.0973405674% |
| GA61 | Cordele City, Georgia | 0.0583989534% |
| GA62 | Covington City, Georgia | 0.1969084378% |
| GA63 | Coweta County, Georgia | 0.9767276305% |
| GA64 | Crawford County, Georgia | 0.1282569558% |
| GA65 | Crisp County, Georgia | 0.1296658905% |
| GA66 | Cusseta-Chattahoochee County Unified Government, Georgia | 0.0695538650% |
| GA67 | Dade County, Georgia | 0.1799465490% |
| GA68 | Dallas City, Georgia | 0.0916776643% |
| GA69 | Dalton City, Georgia | 0.3628092518% |
| GA70 | Damascus City, Georgia | 0.0005040301% |
| GA71 | Dawson City, Georgia | 0.0138696254% |
| GA72 | Dawson County, Georgia | 0.3192782415% |
| GA73 | Decatur City, Georgia | 0.1040340531% |
| GA74 | Decatur County, Georgia | 0.1633371087% |
| GA75 | Dekalb County, Georgia | 4.0579602979% |
| GA76 | Demorest City, Georgia | 0.0233539880% |
| GA77 | Dodge County, Georgia | 0.3228398634% |
| GA78 | Dooly County, Georgia | 0.0758970226% |
| GA79 | Doraville City, Georgia | 0.0619484258% |
| GA80 | Dougherty County, Georgia | 0.4519146718% |
| GA81 | Douglas City, Georgia | 0.2364366638% |
| GA82 | Douglas County, Georgia | 1.2411219485% |
| GA83 | Douglasville City, Georgia | 0.2313289102% |
| GA84 | Dublin City, Georgia | 0.1598683843% |
| GA85 | Duluth City, Georgia | 0.1174400509% |
| GA86 | Dunwoody City, Georgia | 0.0823645400% |
| GA87 | Early County, Georgia | 0.0433467628% |
| GA88 | East Point City, Georgia | 0.2308433908% |
| GA89 | Echols County, Georgia | 0.0262187359% |
| GA90 | Effingham County, Georgia | 0.4370293068% |
| GA91 | Elbert County, Georgia | 0.2655117233% |
| GA92 | Emanuel County, Georgia | 0.2278497555% |
| GA93 | Evans County, Georgia | 0.1156959749% |
| GA94 | Fairburn City, Georgia | 0.0542552469% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA95 | Fannin County, Georgia | 0.5651805280% |
| GA96 | Fayette County, Georgia | 0.6527012475% |
| GA97 | Fayetteville City, Georgia | 0.1201203794% |
| GA98 | Fitzgerald City, Georgia | 0.0569093853% |
| GA99 | Floyd County, Georgia | 0.9887350092% |
| GA100 | Forest Park City, Georgia | 0.1455200592% |
| GA101 | Forsyth County, Georgia | 1.7110664570% |
| GA102 | Franklin County, Georgia | 0.5550296650% |
| GA103 | Fulton County, Georgia | 3.2792330120% |
| GA104 | Gainesville City, Georgia | 0.3640437388% |
| GA105 | Georgetown-Quitman County Unified Government, Georgia | 0.0176595651% |
| GA106 | Gilmer County, Georgia | 0.4239021158% |
| GA107 | Glascock County, Georgia | 0.0283662653% |
| GA108 | Glynn County, Georgia | 0.7968809706% |
| GA109 | Gordon County, Georgia | 0.4175279543% |
| GA110 | Grady County, Georgia | 0.1716497947% |
| GA111 | Greene County, Georgia | 0.1737385827% |
| GA112 | Griffin City, Georgia | 0.2287480123% |
| GA113 | Grovetown City, Georgia | 0.0632622854% |
| GA114 | Gwinnett County, Georgia | 4.8912732775% |
| GA115 | Habersham County, Georgia | 0.4635124652% |
| GA116 | Hall County, Georgia | 1.5772937095% |
| GA117 | Hancock County, Georgia | 0.0536800967% |
| GA118 | Haralson County, Georgia | 1.0934912667% |
| GA119 | Harris County, Georgia | 0.2037540782% |
| GA120 | Hart County, Georgia | 0.2935398099% |
| GA121 | Heard County, Georgia | 0.1232058232% |
| GA122 | Henry County, Georgia | 1.9715208583% |
| GA123 | Hinesville City, Georgia | 0.2572364025% |
| GA124 | Holly Springs City, Georgia | 0.0823108417% |
| GA125 | Houston County, Georgia | 0.8378076437% |
| GA126 | Irwin County, Georgia | 0.0610553841% |
| GA127 | Jackson County, Georgia | 0.9201220386% |
| GA128 | Jasper County, Georgia | 0.1152245534% |
| GA129 | Jeff Davis County, Georgia | 0.3659791686% |
| GA130 | Jefferson City, Georgia | 0.0881783943% |
| GA131 | Jefferson County, Georgia | 0.1517559349% |
| GA132 | Jenkins County, Georgia | 0.0808740550% |
| GA133 | Johns Creek City, Georgia | 0.1877697040% |
| GA134 | Johnson County, Georgia | 0.0876584323% |
| GA135 | Jones County, Georgia | 0.2773521617% |
| GA136 | Kennesaw City, Georgia | 0.1446191663% |
| GA137 | Kingsland City, Georgia | 0.1313198199% |
| GA138 | Lagrange City, Georgia | 0.2069622772% |
| GA139 | Lakeland City, Georgia | 0.0155232109% |
| GA140 | Lamar County, Georgia | 0.2083015245% |
| GA141 | Lanier County, Georgia | 0.0574613256% |
| GA142 | Laurens County, Georgia | 0.5249834521% |

G-49

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA143 | Lawrenceville City, Georgia | 0.1647173317% |
| GA144 | Lee County, Georgia | 0.2162850866% |
| GA145 | Liberty County, Georgia | 0.2931642086% |
| GA146 | Lilburn City, Georgia | 0.0538355752% |
| GA147 | Lincoln County, Georgia | 0.1000487479% |
| GA148 | Loganville City, Georgia | 0.1468681321% |
| GA149 | Long County, Georgia | 0.1216766548% |
| GA150 | Lowndes County, Georgia | 0.6253829866% |
| GA151 | Lumpkin County, Georgia | 0.3139555802% |
| GA152 | Macon County, Georgia | 0.1110857755% |
| GA153 | Macon-Bibb County Unified Government, Georgia | 2.0265214623% |
| GA154 | Madison County, Georgia | 0.5114434091% |
| GA155 | Marietta City, Georgia | 0.7354006996% |
| GA156 | Marion County, Georgia | 0.0615218771% |
| GA157 | McDonough City, Georgia | 0.0803644086% |
| GA158 | McDuffie County, Georgia | 0.2216409869% |
| GA159 | McIntosh County, Georgia | 0.1678759014% |
| GA160 | Meriwether County, Georgia | 0.2015834534% |
| GA161 | Milledgeville City, Georgia | 0.1343842887% |
| GA162 | Miller County, Georgia | 0.0562389307% |
| GA163 | Milton City, Georgia | 0.0765630644% |
| GA164 | Mitchell County, Georgia | 0.1842864232% |
| GA165 | Monroe City, Georgia | 0.1616058698% |
| GA166 | Monroe County, Georgia | 0.2463868890% |
| GA167 | Montgomery County, Georgia | 0.0685440855% |
| GA168 | Morgan County, Georgia | 0.1807932852% |
| GA169 | Moultrie City, Georgia | 0.1150272968% |
| GA170 | Murray County, Georgia | 0.5636808736% |
| GA171 | Nashville City, Georgia | 0.0288042758% |
| GA172 | Newnan City, Georgia | 0.2037973462% |
| GA173 | Newton County, Georgia | 0.6206699754% |
| GA174 | Norcross City, Georgia | 0.0762036242% |
| GA175 | Oconee County, Georgia | 0.2721000475% |
| GA176 | Oglethorpe County, Georgia | 0.1461658711% |
| GA177 | Paulding County, Georgia | 1.7495211188% |
| GA178 | Peach County, Georgia | 0.2319656673% |
| GA179 | Peachtree City, Georgia | 0.2219833492% |
| GA180 | Peachtree Corners City, Georgia | 0.2099400952% |
| GA181 | Perry City, Georgia | 0.0954580908% |
| GA182 | Pickens County, Georgia | 0.3905362384% |
| GA183 | Pierce County, Georgia | 0.2012068205% |
| GA184 | Pike County, Georgia | 0.1072270653% |
| GA185 | Polk County, Georgia | 0.7130941429% |
| GA186 | Pooler City, Georgia | 0.0516303360% |
| GA187 | Powder Springs City, Georgia | 0.0633430906% |
| GA188 | Pulaski County, Georgia | 0.1671565625% |
| GA189 | Putnam County, Georgia | 0.2061208707% |
| GA190 | Rabun County, Georgia | 0.3170130000% |

G-50

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA191 | Randolph County, Georgia | 0.0382245100% |
| GA192 | Richmond Hill City, Georgia | 0.0716382402% |
| GA193 | Riverdale City, Georgia | 0.0684460876% |
| GA194 | Rockdale County, Georgia | 0.7947696030% |
| GA195 | Rome City, Georgia | 0.3719383578% |
| GA196 | Roswell City, Georgia | 0.2174642134% |
| GA197 | Sandy Springs City, Georgia | 0.2590143480% |
| GA198 | Savannah City, Georgia | 1.1246685243% |
| GA199 | Schley County, Georgia | 0.0238356678% |
| GA200 | Screven County, Georgia | 0.1132053955% |
| GA201 | Seminole County, Georgia | 0.0804817769% |
| GA202 | Smyrna City, Georgia | 0.2661908888% |
| GA203 | Snellville City, Georgia | 0.0758688840% |
| GA204 | Spalding County, Georgia | 0.5900646014% |
| GA205 | Springfield City, Georgia | 0.0124802329% |
| GA206 | St. Marys City, Georgia | 0.0962803562% |
| GA207 | Statesboro City, Georgia | 0.1844690660% |
| GA208 | Stephens County, Georgia | 0.7520555284% |
| GA209 | Stewart County, Georgia | 0.0419742764% |
| GA210 | Stockbridge City, Georgia | 0.0302698888% |
| GA211 | Sugar Hill City, Georgia | 0.0106058369% |
| GA212 | Sumter County, Georgia | 0.1314426325% |
| GA213 | Suwanee City, Georgia | 0.0700562332% |
| GA214 | Talbot County, Georgia | 0.0410357316% |
| GA215 | Taliaferro County, Georgia | 0.0068637499% |
| GA216 | Tattnall County, Georgia | 0.2930768128% |
| GA217 | Taylor County, Georgia | 0.0819435502% |
| GA218 | Telfair County, Georgia | 0.1855378735% |
| GA219 | Terrell County, Georgia | 0.0334710962% |
| GA220 | Thomas County, Georgia | 0.2077911904% |
| GA221 | Thomasville City, Georgia | 0.1281973547% |
| GA222 | Tift County, Georgia | 0.2088288220% |
| GA223 | Tifton City, Georgia | 0.1416502311% |
| GA224 | Toombs County, Georgia | 0.2423104056% |
| GA225 | Towns County, Georgia | 0.2454408368% |
| GA226 | Treutlen County, Georgia | 0.0571447522% |
| GA227 | Troup County, Georgia | 0.4334095739% |
| GA228 | Tucker City, Georgia | 0.0615225648% |
| GA229 | Turner County, Georgia | 0.0490657711% |
| GA230 | Twiggs County, Georgia | 0.0640416265% |
| GA231 | Union City, Georgia | 0.1531538090% |
| GA232 | Union County, Georgia | 0.2949759089% |
| GA233 | Upson County, Georgia | 0.3355566667% |
| GA234 | Valdosta City, Georgia | 0.2598246932% |
| GA235 | Vidalia City, Georgia | 0.1252530050% |
| GA236 | Villa Rica City, Georgia | 0.1397113628% |
| GA237 | Walker County, Georgia | 0.8453605309% |
| GA238 | Walton County, Georgia | 0.8194381956% |
| GA239 | Ware County, Georgia | 0.5170078559% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA240 | Warner Robins City, Georgia | 0.3969845574% |
| GA241 | Warren County, Georgia | 0.0447828045% |
| GA242 | Warwick City, Georgia | 0.0103298381% |
| GA243 | Washington County, Georgia | 0.1959988913% |
| GA244 | Waycross City, Georgia | 0.1358274367% |
| GA245 | Wayne County, Georgia | 0.6609347902% |
| GA246 | Webster County Unified Government, Georgia | 0.0143656323% |
| GA247 | Wheeler County, Georgia | 0.0675300652% |
| GA248 | White County, Georgia | 0.3873386988% |
| GA249 | Whitfield County, Georgia | 0.7644288806% |
| GA250 | Wilcox County, Georgia | 0.0828696590% |
| GA251 | Wilkes County, Georgia | 0.0976306068% |
| GA252 | Wilkinson County, Georgia | 0.0847297279% |
| GA253 | Winder City, Georgia | 0.2007720766% |
| GA254 | Woodbury City, Georgia | 0.0085236394% |
| GA255 | Woodstock City, Georgia | 0.1942956763% |
| GA256 | Worth County, Georgia | 0.1491832321% |
| GA257 | Rincon town, Georgia | 0.0275488139% |
| GA258 | South Fulton City, Georgia | 0.2561412300% |
| GA259 | Stonecrest City, Georgia | 0.0904388800% |
| GA260 | Ashburn City, Georgia | 0.0207294209% |
| GA261 | Chatsworth City, Georgia | 0.1226056863% |
| GA262 | Dawsonville City, Georgia | 0.0022440946% |
| GA263 | Helen City, Georgia | 0.0478552392% |
| GA264 | Jackson City, Georgia | 0.0568159148% |
| GA265 | Ringgold City, Georgia | 0.0585728853% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| HI1 | Hawaii County, Hawaii | 18.2671692501% |
| HI2 | Kalawao, Hawaii | 0.0034501514% |
| HI3 | Kauai County, Hawaii | 5.7006273580% |
| HI4 | Maui County, Hawaii | 13.9979969296% |
| HI5 | City and County of Honolulu, Hawaii | 62.0307563109% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ID1 | Ada County, Idaho | 13.2776278333% |
| ID2 | Adams County, Idaho | 0.1446831902% |
| ID3 | Ammon City, Idaho | 0.0812916024% |
| ID4 | Bannock County, Idaho | 3.0595589832% |
| ID5 | Bear Lake County, Idaho | 0.6082712041% |
| ID6 | Benewah County, Idaho | 0.6526829809% |
| ID7 | Bingham County, Idaho | 1.6421270812% |
| ID8 | Blackfoot City, Idaho | 0.6283857401% |
| ID9 | Blaine County, Idaho | 0.9137717551% |
| ID10 | Boise City, Idaho | 12.7586409110% |
| ID11 | Boise County, Idaho | 0.3309644652% |
| ID12 | Bonner County, Idaho | 2.5987361786% |
| ID13 | Bonneville County, Idaho | 3.7761253875% |
| ID14 | Boundary County, Idaho | 0.8788284447% |
| ID15 | Burley City, Idaho | 0.4485975363% |
| ID16 | Butte County, Idaho | 0.1839745518% |
| ID17 | Caldwell City, Idaho | 1.1958553249% |
| ID18 | Camas County, Idaho | 0.0422073443% |
| ID19 | Canyon County, Idaho | 5.0120113688% |
| ID20 | Caribou County, Idaho | 0.4396183832% |
| ID21 | Cassia County, Idaho | 0.7270235866% |
| ID22 | Chubbuck City, Idaho | 0.4841935447% |
| ID23 | Clark County, Idaho | 0.0420924425% |
| ID24 | Clearwater County, Idaho | 0.4890418390% |
| ID25 | Coeur D'Alene City, Idaho | 2.7593778237% |
| ID26 | Custer County, Idaho | 0.2133243878% |
| ID27 | Eagle City, Idaho | 0.1711876661% |
| ID28 | Elmore County, Idaho | 0.8899512165% |
| ID29 | Franklin County, Idaho | 0.5753624958% |
| ID30 | Fremont County, Idaho | 0.5716071696% |
| ID31 | Garden City, Idaho | 0.5582782838% |
| ID32 | Gem County, Idaho | 1.3784025725% |
| ID33 | Gooding County, Idaho | 0.6966472013% |
| ID34 | Hayden City, Idaho | 0.0047132146% |
| ID35 | Idaho County, Idaho | 0.8474305547% |
| ID36 | Idaho Falls City, Idaho | 3.8875027578% |
| ID37 | Jefferson County, Idaho | 0.9842670749% |
| ID38 | Jerome City, Idaho | 0.4169017424% |
| ID39 | Jerome County, Idaho | 0.6223444291% |
| ID40 | Kootenai County, Idaho | 5.6394798565% |
| ID41 | Kuna City, Idaho | 0.1849461724% |
| ID42 | Latah County, Idaho | 1.2943861166% |
| ID43 | Lemhi County, Idaho | 0.4880814284% |
| ID44 | Lewis County, Idaho | 0.2882543555% |
| ID45 | Lewiston City, Idaho | 2.0176549375% |
| ID46 | Lincoln County, Idaho | 0.1930184422% |
| ID47 | Madison County, Idaho | 1.2748404845% |
| ID48 | Meridian City, Idaho | 2.4045650754% |
| ID49 | Minidoka County, Idaho | 0.9140620922% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ID50 | Moscow City, Idaho | 0.6590552650% |
| ID51 | Mountain Home City, Idaho | 0.5706694591% |
| ID52 | Nampa City, Idaho | 3.3274647954% |
| ID53 | Nez Perce County, Idaho | 1.2765833482% |
| ID54 | Oneida County, Idaho | 0.2371656647% |
| ID55 | Owyhee County, Idaho | 0.5554298409% |
| ID56 | Payette County, Idaho | 1.2750728102% |
| ID57 | Pocatello City, Idaho | 2.9494898116% |
| ID58 | Post Falls City, Idaho | 0.6781328826% |
| ID59 | Power County, Idaho | 0.3505171035% |
| ID60 | Preston City, Idaho | 0.1496220047% |
| ID61 | Rexburg City, Idaho | 0.1336231941% |
| ID62 | Shoshone County, Idaho | 1.2841091340% |
| ID63 | Star City, Idaho | 0.0001322772% |
| ID64 | Teton County, Idaho | 0.4258195211% |
| ID65 | Twin Falls City, Idaho | 1.8245765222% |
| ID66 | Twin Falls County, Idaho | 3.3104301873% |
| ID67 | Valley County, Idaho | 0.8074710814% |
| ID68 | Washington County, Idaho | 0.4917358652% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL1 | Adams County, Illinois | |
| IL3 | Addison Village, Illinois | |
| IL4 | Alexander County, Illinois | |
| IL6 | Algonquin Village, Illinois | |
| IL10 | Anna City, Illinois | |
| IL13 | Arlington Heights Village, Illinois | |
| IL14 | Aurora City, Illinois | |
| IL19 | Bartlett Village, Illinois | |
| IL22 | Bedford Park Village, Illinois | |
| IL23 | Belleville City, Illinois | |
| IL24 | Bellwood Village, Illinois | |
| IL27 | Bensenville Village, Illinois | |
| IL28 | Benton City, Illinois | |
| IL30 | Berkeley Village, Illinois | |
| IL31 | Berwyn City, Illinois | |
| IL37 | Bloomington City, Illinois | |
| IL39 | Bolingbrook Village, Illinois | |
| IL40 | Bond County, Illinois | |
| IL41 | Boone County, Illinois | |
| IL46 | Bridgeview Village, Illinois | |
| IL47 | Broadview Village, Illinois | |
| IL49 | Brown County, Illinois | Allocations in Illinois |
| IL51 | Buffalo Grove Village, Illinois | will be made in |
| IL52 | Burbank City, Illinois | accordance with the |
| IL53 | Bureau County, Illinois | Illinois Opioid Allocation |
| IL56 | Calhoun County, Illinois | Agreement. |
| IL57 | Calumet City, Illinois | |
| IL63 | Carbondale City, Illinois | |
| IL65 | Carol Stream Village, Illinois | |
| IL66 | Carpentersville Village, Illinois | |
| IL67 | Carroll County, Illinois | |
| IL70 | Cass County, Illinois | |
| IL75 | Champaign City, Illinois | |
| IL76 | Champaign County, Illinois | |
| IL84 | Chicago City, Illinois | |
| IL85 | Chicago Heights City, Illinois | |
| IL86 | Chicago Ridge Village, Illinois | |
| IL87 | Christian County, Illinois | |
| IL88 | Clark County, Illinois | |
| IL89 | Clay County, Illinois | |
| IL90 | Clinton County, Illinois | |
| IL91 | Coles County, Illinois | |
| IL96 | Cook County, Illinois | |
| IL99 | Countryside City, Illinois | |
| IL100 | Crawford County, Illinois | |
| IL104 | Crystal Lake City, Illinois | |
| IL106 | Cumberland County, Illinois | |

G-56

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL107 | Danville City, Illinois | |
| IL110 | De Witt County, Illinois | |
| IL111 | Decatur City, Illinois | |
| IL114 | Dekalb City, Illinois | |
| IL115 | Dekalb County, Illinois | |
| IL117 | Des Plaines City, Illinois | |
| IL120 | Dolton Village, Illinois | |
| IL122 | Douglas County, Illinois | |
| IL125 | Downers Grove Village, Illinois | |
| IL127 | Dupage County, Illinois | |
| IL131 | Edgar County, Illinois | |
| IL132 | Edwards County, Illinois | |
| IL136 | Effingham County, Illinois | |
| IL138 | Elgin City, Illinois | |
| IL141 | Elk Grove Village, Illinois | |
| IL142 | Elmhurst City, Illinois | |
| IL144 | Evanston City, Illinois | |
| IL145 | Evergreen Park Village, Illinois | |
| IL147 | Fayette County, Illinois | |
| IL150 | Ford County, Illinois | |
| IL151 | Forest Park Village, Illinois | |
| IL155 | Franklin County, Illinois | Allocations in Illinois |
| IL156 | Franklin Park Village, Illinois | will be made in |
| IL160 | Fulton County, Illinois | accordance with the |
| IL162 | Galesburg City, Illinois | Illinois Opioid Allocation |
| IL163 | Gallatin County, Illinois | Agreement. |
| IL168 | Glendale Heights Village, Illinois | |
| IL169 | Glenview Village, Illinois | |
| IL174 | Granite City, Illinois | |
| IL177 | Greene County, Illinois | |
| IL180 | Grundy County, Illinois | |
| IL181 | Gurnee Village, Illinois | |
| IL182 | Hamilton County, Illinois | |
| IL183 | Hancock County, Illinois | |
| IL184 | Hanover Park Village, Illinois | |
| IL186 | Hardin County, Illinois | |
| IL188 | Harrisburg City, Illinois | |
| IL190 | Harvey City, Illinois | |
| IL191 | Harwood Heights Village, Illinois | |
| IL193 | Henderson County, Illinois | |
| IL194 | Henry County, Illinois | |
| IL195 | Herrin City, Illinois | |
| IL199 | Hillside Village, Illinois | |
| IL201 | Hodgkins Village, Illinois | |
| IL202 | Hoffman Estates Village, Illinois | |
| IL206 | Iroquois County, Illinois | |
| IL207 | Jackson County, Illinois | |

G-57

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| IL210 | Jasper County, Illinois | |
| IL211 | Jefferson County, Illinois | |
| IL212 | Jersey County, Illinois | |
| IL213 | Jo Daviess County, Illinois | |
| IL214 | Johnson County, Illinois | |
| IL215 | Joliet City, Illinois | |
| IL218 | Kane County, Illinois | |
| IL219 | Kankakee City, Illinois | |
| IL220 | Kankakee County, Illinois | |
| IL222 | Kendall County, Illinois | |
| IL224 | Knox County, Illinois | |
| IL225 | La Grange Park Village, Illinois | |
| IL227 | Lake County, Illinois | |
| IL233 | Lasalle County, Illinois | |
| IL234 | Lawrence County, Illinois | |
| IL235 | Lee County, Illinois | |
| IL247 | Livingston County, Illinois | |
| IL250 | Logan County, Illinois | |
| IL251 | Lombard Village, Illinois | |
| IL254 | Lyons Township, Illinois | |
| IL255 | Lyons Village, Illinois | |
| IL259 | Macon County, Illinois | Allocations in Illinois |
| IL260 | Macoupin County, Illinois | will be made in |
| IL261 | Madison County, Illinois | accordance with the |
| IL266 | Marion City, Illinois | Illinois Opioid Allocation |
| IL267 | Marion County, Illinois | Agreement. |
| IL269 | Marshall County, Illinois | |
| IL270 | Mason County, Illinois | |
| IL271 | Massac County, Illinois | |
| IL275 | Maywood Village, Illinois | |
| IL276 | McCook Village, Illinois | |
| IL277 | McDonough County, Illinois | |
| IL279 | McHenry County, Illinois | |
| IL281 | McLean County, Illinois | |
| IL283 | Melrose Park Village, Illinois | |
| IL284 | Menard County, Illinois | |
| IL285 | Mercer County, Illinois | |
| IL286 | Merrionette Park Village, Illinois | |
| IL287 | Metropolis City, Illinois | |
| IL292 | Moline City, Illinois | |
| IL295 | Monroe County, Illinois | |
| IL296 | Montgomery County, Illinois | |
| IL299 | Morgan County, Illinois | |
| IL304 | Moultrie County, Illinois | |
| IL305 | Mount Prospect Village, Illinois | |
| IL307 | Mundelein Village, Illinois | |
| IL309 | Naperville City, Illinois | |

G-58

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL317 | Normal Town, Illinois | |
| IL322 | North Riverside Village, Illinois | |
| IL323 | Northbrook Village, Illinois | |
| IL325 | Northlake City, Illinois | |
| IL329 | Oak Lawn Village, Illinois | |
| IL331 | Oak Park Village, Illinois | |
| IL333 | Ogle County, Illinois | |
| IL334 | Orland Park Village, Illinois | |
| IL337 | Oswego Village, Illinois | |
| IL341 | Palatine Village, Illinois | |
| IL342 | Palos Heights City, Illinois | |
| IL343 | Palos Hills City, Illinois | |
| IL346 | Park Ridge City, Illinois | |
| IL347 | Pekin City, Illinois | |
| IL350 | Peoria City, Illinois | |
| IL351 | Peoria County, Illinois | |
| IL352 | Perry County, Illinois | |
| IL354 | Piatt County, Illinois | |
| IL355 | Pike County, Illinois | |
| IL356 | Plainfield Village, Illinois | |
| IL360 | Pope County, Illinois | |
| IL361 | Posen Village, Illinois | Allocations in Illinois will be made in accordance with the Illinois Opioid Allocation Agreement. |
| IL362 | Princeton City, Illinois | |
| IL365 | Pulaski County, Illinois | |
| IL366 | Putnam County, Illinois | |
| IL367 | Quincy City, Illinois | |
| IL369 | Randolph County, Illinois | |
| IL373 | Richland County, Illinois | |
| IL376 | River Forest Village, Illinois | |
| IL377 | River Grove Village, Illinois | |
| IL380 | Riverside Village, Illinois | |
| IL381 | Rock Island City, Illinois | |
| IL382 | Rock Island County, Illinois | |
| IL384 | Rockford City, Illinois | |
| IL388 | Romeoville Village, Illinois | |
| IL395 | Saline County, Illinois | |
| IL396 | Sangamon County, Illinois | |
| IL399 | Schaumburg Village, Illinois | |
| IL400 | Schiller Park Village, Illinois | |
| IL401 | Schuyler County, Illinois | |
| IL402 | Scott County, Illinois | |
| IL403 | Sesser City, Illinois | |
| IL404 | Shelby County, Illinois | |
| IL408 | Skokie Village, Illinois | |
| IL413 | Springfield City, Illinois | |
| IL414 | St Clair County, Illinois | |
| IL415 | St. Charles City, Illinois | |

G-59

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL416 | Stark County, Illinois | |
| IL417 | Stephenson County, Illinois | |
| IL421 | Stone Park Village, Illinois | |
| IL422 | Streamwood Village, Illinois | |
| IL423 | Streator City, Illinois | |
| IL425 | Summit Village, Illinois | |
| IL431 | Tazewell County, Illinois | |
| IL433 | Tinley Park Village, Illinois | |
| IL436 | Union County, Illinois | |
| IL437 | Urbana City, Illinois | |
| IL438 | Vermilion County, Illinois | |
| IL441 | Wabash County, Illinois | Allocations in Illinois |
| IL442 | Warren County, Illinois | will be made in |
| IL446 | Washington County, Illinois | accordance with the |
| IL451 | Waukegan City, Illinois | Illinois Opioid Allocation |
| IL453 | Wayne County, Illinois | Agreement. |
| IL456 | West Frankfort City, Illinois | |
| IL461 | Wheaton City, Illinois | |
| IL463 | Wheeling Village, Illinois | |
| IL464 | White County, Illinois | |
| IL465 | Whiteside County, Illinois | |
| IL466 | Will County, Illinois | |
| IL467 | Williamson County, Illinois | |
| IL470 | Winnebago County, Illinois | |
| IL475 | Woodford County, Illinois | |
| IL476 | Woodridge Village, Illinois | |
| IL485 | Cicero Town, Illinois | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN1 | Adams County, Indiana | 0.3093066943% |
| IN2 | Advance Town, Indiana | 0.0005697863% |
| IN3 | Akron Town, Indiana | 0.0003285254% |
| IN4 | Alamo Town, Indiana | 0.0005749195% |
| IN5 | Albany Town, Indiana | 0.0256968486% |
| IN6 | Albion Town, Indiana | 0.0216621457% |
| IN7 | Alexandria City, Indiana | 0.1062420448% |
| IN8 | Alfordsville Town, Indiana | 0.0001539963% |
| IN9 | Allen County, Indiana | 1.5529191846% |
| IN10 | Alton Town, Indiana | 0.0000307993% |
| IN11 | Altona Town, Indiana | 0.0012473700% |
| IN12 | Ambia Town, Indiana | 0.0006519177% |
| IN13 | Amboy Town, Indiana | 0.0004825217% |
| IN14 | Amo Town, Indiana | 0.0005749195% |
| IN15 | Anderson City, Indiana | 1.3828918739% |
| IN16 | Andrews Town, Indiana | 0.0060520544% |
| IN17 | Angola City, Indiana | 0.0947539211% |
| IN18 | Arcadia Town, Indiana | 0.0063138481% |
| IN19 | Argos Town, Indiana | 0.0167907295% |
| IN20 | Ashley Town, Indiana | 0.0062368500% |
| IN21 | Atlanta Town, Indiana | 0.0011652386% |
| IN22 | Attica City, Indiana | 0.0207587007% |
| IN23 | Auburn City, Indiana | 0.1472615249% |
| IN24 | Aurora City, Indiana | 0.0094399730% |
| IN25 | Austin City, Indiana | 0.0232277747% |
| IN26 | Avilla Town, Indiana | 0.0199579200% |
| IN27 | Avon Town, Indiana | 0.0164108720% |
| IN28 | Bainbridge Town, Indiana | 0.0014783644% |
| IN29 | Bargersville Town, Indiana | 0.0121041089% |
| IN30 | Bartholomew County, Indiana | 1.1839235258% |
| IN31 | Batesville City, Indiana | 0.1547046792% |
| IN32 | Battle Ground Town, Indiana | 0.0136286722% |
| IN33 | Bedford City, Indiana | 0.3269803359% |
| IN34 | Beech Grove City, Indiana | 0.0544736232% |
| IN35 | Benton County, Indiana | 0.0744315432% |
| IN36 | Berne City, Indiana | 0.0028078658% |
| IN37 | Bethany Town, Indiana | 0.0002720601% |
| IN38 | Beverly Shores Town, Indiana | 0.0154458285% |
| IN39 | Bicknell City, Indiana | 0.0013295014% |
| IN40 | Birdseye Town, Indiana | 0.0029464625% |
| IN41 | Blackford County, Indiana | 0.2715365360% |
| IN42 | Bloomfield Town, Indiana | 0.0042862302% |
| IN43 | Bloomingdale Town, Indiana | 0.0026025374% |
| IN44 | Bloomington City, Indiana | 0.8390231543% |
| IN45 | Blountsville Town, Indiana | 0.0002566605% |
| IN46 | Bluffton City, Indiana | 0.1002977878% |
| IN47 | Boone County, Indiana | 0.6762798684% |
| IN48 | Boonville City, Indiana | 0.1007854427% |
| IN49 | Borden Town, Indiana | 0.0017504246% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN50 | Boston Town, Indiana | 0.0005697863% |
| IN51 | Boswell Town, Indiana | 0.0021097493% |
| IN52 | Bourbon Town, Indiana | 0.0173040505% |
| IN53 | Brazil City, Indiana | 0.0626816258% |
| IN54 | Bremen Town, Indiana | 0.0529387935% |
| IN55 | Bristol Town, Indiana | 0.0158462189% |
| IN56 | Brook Town, Indiana | 0.0037369768% |
| IN57 | Brooklyn Town, Indiana | 0.0065705086% |
| IN58 | Brooksburg Town, Indiana | 0.0009547770% |
| IN59 | Brookston Town, Indiana | 0.0116677860% |
| IN60 | Brookville Town, Indiana | 0.0538935705% |
| IN61 | Brown County, Indiana | 0.1879165471% |
| IN62 | Brownsburg Town, Indiana | 0.1125918254% |
| IN63 | Brownstown, Indiana | 0.0033622525% |
| IN64 | Bruceville Town, Indiana | 0.0002412609% |
| IN65 | Bryant Town, Indiana | 0.0003747243% |
| IN66 | Bunker Hill Town, Indiana | 0.0010985069% |
| IN67 | Burket Town, Indiana | 0.0011139065% |
| IN68 | Burlington Town, Indiana | 0.0063805799% |
| IN69 | Burnettsville Town, Indiana | 0.0004619889% |
| IN70 | Burns Harbor Town, Indiana | 0.0397977762% |
| IN71 | Butler City, Indiana | 0.0239156248% |
| IN72 | Cadiz Town, Indiana | 0.0002823265% |
| IN73 | Cambridge City Town, Indiana | 0.0241517525% |
| IN74 | Camden Town, Indiana | 0.0064216456% |
| IN75 | Campbellsburg Town, Indiana | 0.0081874698% |
| IN76 | Cannelburg Town, Indiana | 0.0002258612% |
| IN77 | Cannelton City, Indiana | 0.0018325559% |
| IN78 | Carbon Town, Indiana | 0.0026846688% |
| IN79 | Carlisle Town, Indiana | 0.0017658242% |
| IN80 | Carmel City, Indiana | 0.3676250917% |
| IN81 | Carroll County, Indiana | 0.1629794136% |
| IN82 | Carthage Town, Indiana | 0.0013141017% |
| IN83 | Cass County, Indiana | 0.3389612478% |
| IN84 | Cayuga Town, Indiana | 0.0078486779% |
| IN85 | Cedar Grove Town, Indiana | 0.0004055236% |
| IN86 | Cedar Lake Town, Indiana | 0.0511678360% |
| IN87 | Center Point Town, Indiana | 0.0016374940% |
| IN88 | Centerville Town, Indiana | 0.0350752231% |
| IN89 | Chalmers Town, Indiana | 0.0006827169% |
| IN90 | Chandler Town, Indiana | 0.0347518309% |
| IN91 | Charlestown City, Indiana | 0.0146039821% |
| IN92 | Chesterfield Town, Indiana | 0.0379036217% |
| IN93 | Chesterton Town, Indiana | 0.2160003384% |
| IN94 | Chrisney Town, Indiana | 0.0032339222% |
| IN95 | Churubusco Town, Indiana | 0.0000564653% |
| IN96 | Cicero Town, Indiana | 0.0173297165% |
| IN97 | Clark County, Indiana | 1.9376070659% |
| IN98 | Clarks Hill Town, Indiana | 0.0040603690% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN99 | Clarksville Town, Indiana | 0.1071762890% |
| IN100 | Clay City Town, Indiana | 0.0057697279% |
| IN101 | Clay County, Indiana | 0.2954521608% |
| IN102 | Claypool Town, Indiana | 0.0024690740% |
| IN103 | Clayton Town, Indiana | 0.0006981165% |
| IN104 | Clear Lake Town, Indiana | 0.0019762858% |
| IN105 | Clifford Town, Indiana | 0.0002309944% |
| IN106 | Clinton City, Indiana | 0.0336584572% |
| IN107 | Clinton County, Indiana | 0.2744214000% |
| IN108 | Cloverdale Town, Indiana | 0.0050202793% |
| IN109 | Coatesville Town, Indiana | 0.0007494486% |
| IN110 | Colfax Town, Indiana | 0.0046147557% |
| IN111 | Columbia City, Indiana | 0.0886402681% |
| IN112 | Columbus City, Indiana | 0.0764283618% |
| IN113 | Connersville City, Indiana | 0.4636161164% |
| IN114 | Converse Town, Indiana | 0.0045736900% |
| IN115 | Corunna Town, Indiana | 0.0016374940% |
| IN116 | Corydon Town, Indiana | 0.0069811654% |
| IN117 | Country Club Heights Town, Indiana | 0.0012217040% |
| IN118 | Covington City, Indiana | 0.0257122483% |
| IN119 | Crandall Town, Indiana | 0.0000153996% |
| IN120 | Crane Town, Indiana | 0.0015656290% |
| IN121 | Crawford County, Indiana | 0.1338946464% |
| IN122 | Crawfordsville City, Indiana | 0.2738413473% |
| IN123 | Cromwell Town, Indiana | 0.0034546502% |
| IN124 | Crothersville Town, Indiana | 0.0018222895% |
| IN125 | Crown Point City, Indiana | 0.1246189362% |
| IN126 | Culver Town, Indiana | 0.0289821030% |
| IN127 | Cynthiana Town, Indiana | 0.0032749879% |
| IN128 | Dale Town, Indiana | 0.0059750563% |
| IN129 | Daleville Town, Indiana | 0.0199784528% |
| IN130 | Dana Town, Indiana | 0.0050510785% |
| IN131 | Danville Town, Indiana | 0.0039474384% |
| IN132 | Darlington Town, Indiana | 0.0074790868% |
| IN133 | Darmstadt Town, Indiana | 0.0109491367% |
| IN134 | Daviess County, Indiana | 0.3758998260% |
| IN135 | Dayton Town, Indiana | 0.0114727241% |
| IN136 | DeKalb County, Indiana | 0.2773473296% |
| IN137 | De Motte Town, Indiana | 0.0070940960% |
| IN138 | Dearborn County, Indiana | 0.9577234994% |
| IN139 | Decatur City, Indiana | 0.0090909147% |
| IN140 | Decatur County, Indiana | 0.3533239690% |
| IN141 | Decker Town, Indiana | 0.0001231970% |
| IN142 | Delaware County, Indiana | 1.2035734533% |
| IN143 | Delphi City, Indiana | 0.0177249737% |
| IN144 | Denver Town, Indiana | 0.0006005856% |
| IN145 | Dillsboro Town, Indiana | 0.0060007223% |
| IN146 | Dublin Town, Indiana | 0.0051588759% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| IN147 | Dubois County, Indiana | 0.2728968366% |
| IN148 | Dugger Town, Indiana | 0.0023407437% |
| IN149 | Dune Acres Town, Indiana | 0.0046917538% |
| IN150 | Dunkirk City, Indiana | 0.0079872746% |
| IN151 | Dunreith Town, Indiana | 0.0003387919% |
| IN152 | Dupont Town, Indiana | 0.0039782377% |
| IN153 | Dyer Town, Indiana | 0.0533186510% |
| IN154 | Earl Park Town, Indiana | 0.0009188446% |
| IN155 | East Chicago City, Indiana | 0.4621018195% |
| IN156 | East Germantown, Indiana | 0.0015861619% |
| IN157 | Eaton Town, Indiana | 0.0166418664% |
| IN158 | Economy Town, Indiana | 0.0007648483% |
| IN159 | Edgewood Town, Indiana | 0.0243673473% |
| IN160 | Edinburgh Town, Indiana | 0.0198963215% |
| IN161 | Edwardsport Town, Indiana | 0.0001488631% |
| IN162 | Elberfeld Town, Indiana | 0.0031569241% |
| IN163 | Elizabeth Town, Indiana | 0.0000153996% |
| IN164 | Elizabethtown, Indiana | 0.0005133210% |
| IN165 | Elkhart City, Indiana | 0.5425802839% |
| IN166 | Elkhart County, Indiana | 1.1662652839% |
| IN167 | Ellettsville Town, Indiana | 0.0677889032% |
| IN168 | Elnora Town, Indiana | 0.0013551674% |
| IN169 | Elwood City, Indiana | 0.2112777853% |
| IN170 | English Town, Indiana | 0.0003747243% |
| IN171 | Etna Green Town, Indiana | 0.0033725189% |
| IN172 | Evansville City, Indiana | 1.9321196646% |
| IN173 | Fairland Town, Indiana | 0.0005133210% |
| IN174 | Fairmount Town, Indiana | 0.0104409489% |
| IN175 | Fairview Park Town, Indiana | 0.0093373088% |
| IN176 | Farmersburg Town, Indiana | 0.0039731044% |
| IN177 | Farmland Town, Indiana | 0.0182074954% |
| IN178 | Fayette County, Indiana | 0.2945127834% |
| IN179 | Ferdinand Town, Indiana | 0.0189415444% |
| IN180 | Fillmore Town, Indiana | 0.0010420416% |
| IN181 | Fishers City, Indiana | 0.1521842732% |
| IN182 | Flora Town, Indiana | 0.0175966435% |
| IN183 | Floyd County, Indiana | 1.5760956272% |
| IN184 | Fort Branch Town, Indiana | 0.0073250905% |
| IN185 | Fort Wayne City, Indiana | 2.7340040454% |
| IN186 | Fortville Town, Indiana | 0.0152712994% |
| IN187 | Fountain City Town, Indiana | 0.0045993560% |
| IN188 | Fountain County, Indiana | 0.1640779205% |
| IN189 | Fowler Town, Indiana | 0.0093886409% |
| IN190 | Fowlerton Town, Indiana | 0.0022688788% |
| IN191 | Francesville Town, Indiana | 0.0011498390% |
| IN192 | Francisco Town, Indiana | 0.0027668001% |
| IN193 | Frankfort City, Indiana | 0.1520302769% |
| IN194 | Franklin City, Indiana | 0.1074072834% |
| IN195 | Franklin County, Indiana | 0.2948618417% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN196 | Frankton Town, Indiana | 0.0115548554% |
| IN197 | Fremont Town, Indiana | 0.0201427156% |
| IN198 | French Lick Town, Indiana | 0.0211642243% |
| IN199 | Fulton County, Indiana | 0.2359941908% |
| IN200 | Fulton Town, Indiana | 0.0002925930% |
| IN201 | Galveston Town, Indiana | 0.0012730360% |
| IN202 | Garrett City, Indiana | 0.0387249353% |
| IN203 | Gary City, Indiana | 0.7295266544% |
| IN204 | Gas City, Indiana | 0.0544736232% |
| IN205 | Gaston Town, Indiana | 0.0083209332% |
| IN206 | Geneva Town, Indiana | 0.0008367132% |
| IN207 | Gentryville Town, Indiana | 0.0017966235% |
| IN208 | Georgetown, Indiana | 0.0044864254% |
| IN209 | Gibson County, Indiana | 0.2588523744% |
| IN210 | Glenwood Town, Indiana | 0.0027103348% |
| IN211 | Goodland Town, Indiana | 0.0046532885% |
| IN212 | Goshen City, Indiana | 0.2386377939% |
| IN213 | Gosport Town, Indiana | 0.0097736316% |
| IN214 | Grabill Town, Indiana | 0.0057543283% |
| IN215 | Grandview Town, Indiana | 0.0048406169% |
| IN216 | Grant County, Indiana | 0.7449878825% |
| IN217 | Greencastle City, Indiana | 0.0286279115% |
| IN218 | Greendale City, Indiana | 0.0136543383% |
| IN219 | Greene County, Indiana | 0.4315540875% |
| IN220 | Greenfield City, Indiana | 0.0612889274% |
| IN221 | Greens Fork Town, Indiana | 0.0017504246% |
| IN222 | Greensboro Town, Indiana | 0.0002720601% |
| IN223 | Greensburg City, Indiana | 0.0195369968% |
| IN224 | Greentown, Indiana | 0.0017452914% |
| IN225 | Greenville Town, Indiana | 0.0009291110% |
| IN226 | Greenwood City, Indiana | 0.1803758618% |
| IN227 | Griffin Town, Indiana | 0.0010112423% |
| IN228 | Griffith Town, Indiana | 0.0696165923% |
| IN229 | Hagerstown, Indiana | 0.0234433695% |
| IN230 | Hamilton County, Indiana | 2.0269762499% |
| IN231 | Hamilton Town, Indiana | 0.0034341174% |
| IN232 | Hamlet Town, Indiana | 0.0188234806% |
| IN233 | Hammond City, Indiana | 1.0770244302% |
| IN234 | Hancock County, Indiana | 0.8954422640% |
| IN235 | Hanover Town, Indiana | 0.0079667417% |
| IN236 | Hardinsburg Town, Indiana | 0.0034649167% |
| IN237 | Harmony Town, Indiana | 0.0043529620% |
| IN238 | Harrison County, Indiana | 0.5610033742% |
| IN239 | Hartford City, Indiana | 0.1033058488% |
| IN240 | Hartsville Town, Indiana | 0.0003849907% |
| IN241 | Haubstadt Town, Indiana | 0.0066783060% |
| IN242 | Hazleton Town, Indiana | 0.0014937641% |
| IN243 | Hebron Town, Indiana | 0.0722037301% |
| IN244 | Hendricks County, Indiana | 1.5700846384% |

G-65

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN245 | Henry County, Indiana | 1.1653207733% |
| IN246 | Highland Town, Indiana | 0.0864997196% |
| IN247 | Hillsboro Town, Indiana | 0.0040501026% |
| IN248 | Hobart City, Indiana | 0.1594631648% |
| IN249 | Holland Town, Indiana | 0.0044453598% |
| IN250 | Holton Town, Indiana | 0.0060058556% |
| IN251 | Hope Town, Indiana | 0.0036805115% |
| IN252 | Howard County, Indiana | 1.8693507742% |
| IN253 | Hudson Town, Indiana | 0.0029669953% |
| IN254 | Huntertown, Indiana | 0.0415225347% |
| IN255 | Huntingburg City, Indiana | 0.0455829037% |
| IN256 | Huntington City, Indiana | 0.2487142849% |
| IN257 | Huntington County, Indiana | 0.2617013059% |
| IN258 | Hymera Town, Indiana | 0.0020173515% |
| IN259 | Indian Village Town, Indiana | 0.0006005856% |
| IN260 | Indianapolis City, Indiana | 15.8348539612% |
| IN261 | Ingalls Town, Indiana | 0.0015194301% |
| IN262 | Jackson County, Indiana | 0.7183516565% |
| IN263 | Jamestown, Indiana | 0.0010471748% |
| IN264 | Jasonville City, Indiana | 0.0039628380% |
| IN265 | Jasper City, Indiana | 0.0892100544% |
| IN266 | Jasper County, Indiana | 0.4269598647% |
| IN267 | Jay County, Indiana | 0.3117552354% |
| IN268 | Jefferson County, Indiana | 0.3577898616% |
| IN269 | Jeffersonville City, Indiana | 0.1772754031% |
| IN270 | Jennings County, Indiana | 0.4175198917% |
| IN271 | Johnson County, Indiana | 1.7413644524% |
| IN272 | Jonesboro City, Indiana | 0.0065499758% |
| IN273 | Jonesville Town, Indiana | 0.0001847956% |
| IN274 | Kempton Town, Indiana | 0.0027462673% |
| IN275 | Kendallville City, Indiana | 0.0955393022% |
| IN276 | Kennard Town, Indiana | 0.0009034449% |
| IN277 | Kentland Town, Indiana | 0.0053796040% |
| IN278 | Kewanna Town, Indiana | 0.0005389870% |
| IN279 | Kingman Town, Indiana | 0.0037934421% |
| IN280 | Kingsbury Town, Indiana | 0.0012935689% |
| IN281 | Kingsford Heights Town, Indiana | 0.0045942228% |
| IN282 | Kirklin Town, Indiana | 0.0053282719% |
| IN283 | Knightstown, Indiana | 0.0036856447% |
| IN284 | Knightsville Town, Indiana | 0.0053026058% |
| IN285 | Knox City, Indiana | 0.0998614649% |
| IN286 | Knox County, Indiana | 0.5298755895% |
| IN287 | Kokomo City, Indiana | 0.2824600066% |
| IN288 | Kosciusko County, Indiana | 0.4936351277% |
| IN289 | Kouts Town, Indiana | 0.0383502110% |
| IN290 | La Crosse Town, Indiana | 0.0028283986% |
| IN291 | La Fontaine Town, Indiana | 0.0017555578% |
| IN292 | La Paz Town, Indiana | 0.0034187178% |
| IN293 | La Porte City, Indiana | 0.1637904607% |

G-66

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN294 | La Porte County, Indiana | 0.7761413333% |
| IN295 | Laconia Town, Indiana | 0.0000051332% |
| IN296 | Ladoga Town, Indiana | 0.0108156732% |
| IN297 | Lafayette City, Indiana | 1.0122433215% |
| IN298 | Lagrange County, Indiana | 0.2088446438% |
| IN299 | Lagrange Town, Indiana | 0.0232996396% |
| IN300 | Lagro Town, Indiana | 0.0008264468% |
| IN301 | Lake County, Indiana | 1.8344141478% |
| IN302 | Lake Station City, Indiana | 0.0738514905% |
| IN303 | Lakeville Town, Indiana | 0.0035470480% |
| IN304 | Lanesville Town, Indiana | 0.0000513321% |
| IN305 | Lapel Town, Indiana | 0.0216570125% |
| IN306 | Larwill Town, Indiana | 0.0024998732% |
| IN307 | Laurel Town, Indiana | 0.0013295014% |
| IN308 | Lawrence City, Indiana | 0.1413634668% |
| IN309 | Lawrence County, Indiana | 0.4144758982% |
| IN310 | Lawrenceburg City, Indiana | 0.0397721101% |
| IN311 | Leavenworth Town, Indiana | 0.0001385967% |
| IN312 | Lebanon City, Indiana | 0.0221087349% |
| IN313 | Leesburg Town, Indiana | 0.0032236558% |
| IN314 | Leo-Cedarville Town, Indiana | 0.0196037285% |
| IN315 | Lewisville Town, Indiana | 0.0006981165% |
| IN316 | Liberty Town, Indiana | 0.0173399830% |
| IN317 | Ligonier City, Indiana | 0.0407012211% |
| IN318 | Linden Town, Indiana | 0.0066885725% |
| IN319 | Linton City, Indiana | 0.0214516841% |
| IN320 | Little York Town, Indiana | 0.0026795356% |
| IN321 | Livonia Town, Indiana | 0.0017966235% |
| IN322 | Lizton Town, Indiana | 0.0006827169% |
| IN323 | Logansport City, Indiana | 0.0184076906% |
| IN324 | Long Beach Town, Indiana | 0.0039115059% |
| IN325 | Loogootee City, Indiana | 0.0178533039% |
| IN326 | Losantville Town, Indiana | 0.0065191765% |
| IN327 | Lowell Town, Indiana | 0.0413531388% |
| IN328 | Lynn Town, Indiana | 0.0149633068% |
| IN329 | Lynnville Town, Indiana | 0.0045377575% |
| IN330 | Lyons Town, Indiana | 0.0016426272% |
| IN331 | Mackey Town, Indiana | 0.0006159852% |
| IN332 | Macy Town, Indiana | 0.0002617937% |
| IN333 | Madison City, Indiana | 0.1309584504% |
| IN334 | Madison County, Indiana | 1.3792626945% |
| IN335 | Marengo Town, Indiana | 0.0004825217% |
| IN336 | Marion City, Indiana | 0.7936558454% |
| IN337 | Markle Town, Indiana | 0.0068887677% |
| IN338 | Markleville Town, Indiana | 0.0080540063% |
| IN339 | Marshall County, Indiana | 0.2679792216% |
| IN340 | Marshall Town, Indiana | 0.0025409389% |
| IN341 | Martin County, Indiana | 0.0865151193% |
| IN342 | Martinsville City, Indiana | 0.0794004904% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN343 | Matthews Town, Indiana | 0.0050818778% |
| IN344 | Mauckport Town, Indiana | 0.0000051332% |
| IN345 | McCordsville Town, Indiana | 0.0170833225% |
| IN346 | Mecca Town, Indiana | 0.0025460721% |
| IN347 | Medaryville Town, Indiana | 0.0008110472% |
| IN348 | Medora Town, Indiana | 0.0008007807% |
| IN349 | Mellott Town, Indiana | 0.0014732312% |
| IN350 | Mentone Town, Indiana | 0.0056311312% |
| IN351 | Merom Town, Indiana | 0.0005903191% |
| IN352 | Merrillville Town, Indiana | 0.1076947432% |
| IN353 | Miami County, Indiana | 0.2157180118% |
| IN354 | Michiana Shores Town, Indiana | 0.0016066947% |
| IN355 | Michigan City, Indiana | 0.5192652447% |
| IN356 | Michigantown, Indiana | 0.0030593931% |
| IN357 | Middlebury Town, Indiana | 0.0186335519% |
| IN358 | Middletown, Indiana | 0.0039063727% |
| IN359 | Milan Town, Indiana | 0.0291463657% |
| IN360 | Milford Town, Indiana | 0.0156562901% |
| IN361 | Millersburg Town, Indiana | 0.0043940277% |
| IN362 | Millhousen Town, Indiana | 0.0001693959% |
| IN363 | Milltown, Indiana | 0.0004773885% |
| IN364 | Milton Town, Indiana | 0.0000564653% |
| IN365 | Mishawaka City, Indiana | 0.5537912143% |
| IN366 | Mitchell City, Indiana | 0.0424721785% |
| IN367 | Modoc Town, Indiana | 0.0044453598% |
| IN368 | Monon Town, Indiana | 0.0132898804% |
| IN369 | Monroe City Town, Indiana | 0.0002669269% |
| IN370 | Monroe County, Indiana | 1.1604288242% |
| IN371 | Monroe Town, Indiana | 0.0007597151% |
| IN372 | Monroeville Town, Indiana | 0.0067501710% |
| IN373 | Monrovia Town, Indiana | 0.0058929249% |
| IN374 | Monterey Town, Indiana | 0.0002874598% |
| IN375 | Montezuma Town, Indiana | 0.0078948768% |
| IN376 | Montgomery County, Indiana | 0.3881322652% |
| IN377 | Montgomery Town, Indiana | 0.0003028594% |
| IN378 | Monticello City, Indiana | 0.0859504662% |
| IN379 | Montpelier City, Indiana | 0.0238026942% |
| IN380 | Mooreland Town, Indiana | 0.0007083830% |
| IN381 | Moores Hill Town, Indiana | 0.0009804431% |
| IN382 | Mooresville Town, Indiana | 0.0679534323% |
| IN383 | Morgan County, Indiana | 1.1892004656% |
| IN384 | Morgantown, Indiana | 0.0033263200% |
| IN385 | Morocco Town, Indiana | 0.0043324291% |
| IN386 | Morristown, Indiana | 0.0014218991% |
| IN387 | Mount Auburn Town, Indiana | 0.0004568557% |
| IN388 | Mount Ayr Town, Indiana | 0.0004619889% |
| IN389 | Mount Carmel Town, Indiana | 0.0002207280% |
| IN390 | Mount Etna Town, Indiana | 0.0009496438% |
| IN391 | Mount Summit Town, Indiana | 0.0006724505% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN392 | Mount Vernon City, Indiana | 0.0528001968% |
| IN393 | Mulberry Town, Indiana | 0.0102048212% |
| IN394 | Muncie City, Indiana | 1.1426730513% |
| IN395 | Munster Town, Indiana | 0.1401776953% |
| IN396 | Napoleon Town, Indiana | 0.0029207964% |
| IN397 | Nappanee City, Indiana | 0.0750937273% |
| IN398 | Nashville Town, Indiana | 0.0122940377% |
| IN399 | New Albany City, Indiana | 0.1005493151% |
| IN400 | New Amsterdam Town, Indiana | 0.0000000000% |
| IN401 | New Carlisle Town, Indiana | 0.0260048412% |
| IN402 | New Castle City, Indiana | 0.0525435363% |
| IN403 | New Chicago Town, Indiana | 0.0302397394% |
| IN404 | New Harmony Town, Indiana | 0.0046404217% |
| IN405 | New Haven City, Indiana | 0.1210256893% |
| IN406 | New Market Town, Indiana | 0.0055849323% |
| IN407 | New Middletown, Indiana | 0.0000102664% |
| IN408 | New Palestine Town, Indiana | 0.0039269056% |
| IN409 | New Pekin Town, Indiana | 0.0237000300% |
| IN410 | New Point Town, Indiana | 0.0004311896% |
| IN411 | New Richmond Town, Indiana | 0.0029464625% |
| IN412 | New Ross Town, Indiana | 0.0030542599% |
| IN413 | New Whiteland Town, Indiana | 0.0149735732% |
| IN414 | Newberry Town, Indiana | 0.0004311896% |
| IN415 | Newburgh Town, Indiana | 0.0335968586% |
| IN416 | Newport Town, Indiana | 0.0042554310% |
| IN417 | Newton County, Indiana | 0.1317386983% |
| IN418 | Newtown, Indiana | 0.0019352201% |
| IN419 | Noble County, Indiana | 0.3308610426% |
| IN420 | Noblesville City, Indiana | 0.1813255057% |
| IN421 | North Judson Town, Indiana | 0.0550690756% |
| IN422 | North Liberty Town, Indiana | 0.0258405785% |
| IN423 | North Manchester Town, Indiana | 0.0190904075% |
| IN424 | North Salem Town, Indiana | 0.0007289158% |
| IN425 | North Vernon City, Indiana | 0.1513680928% |
| IN426 | North Webster Town, Indiana | 0.0116061875% |
| IN427 | Oakland City, Indiana | 0.0117550506% |
| IN428 | Oaktown, Indiana | 0.0003028594% |
| IN429 | Odon Town, Indiana | 0.0001129306% |
| IN430 | Ogden Dunes Town, Indiana | 0.0007545819% |
| IN431 | Ohio County, Indiana | 0.0605102780% |
| IN432 | Oldenburg Town, Indiana | 0.0017555578% |
| IN433 | Onward Town, Indiana | 0.0000205328% |
| IN434 | Oolitic Town, Indiana | 0.0059288574% |
| IN435 | Orange County, Indiana | 0.1597198253% |
| IN436 | Orestes Town, Indiana | 0.0064113791% |
| IN437 | Orland Town, Indiana | 0.0025255393% |
| IN438 | Orleans Town, Indiana | 0.0250859967% |
| IN439 | Osceola Town, Indiana | 0.0333607310% |
| IN440 | Osgood Town, Indiana | 0.0249576664% |

G-69

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN441 | Ossian Town, Indiana | 0.0269134194% |
| IN442 | Otterbein Town, Indiana | 0.0047636188% |
| IN443 | Owen County, Indiana | 0.2265234186% |
| IN444 | Owensville Town, Indiana | 0.0056362644% |
| IN445 | Oxford Town, Indiana | 0.0039166391% |
| IN446 | Palmyra Town, Indiana | 0.0000821314% |
| IN447 | Paoli Town, Indiana | 0.0428417696% |
| IN448 | Paragon Town, Indiana | 0.0022226799% |
| IN449 | Parke County, Indiana | 0.1418203225% |
| IN450 | Parker City Town, Indiana | 0.0194291994% |
| IN451 | Patoka Town, Indiana | 0.0042605642% |
| IN452 | Patriot Town, Indiana | 0.0022740120% |
| IN453 | Pendleton Town, Indiana | 0.0746163388% |
| IN454 | Pennville Town, Indiana | 0.0010009759% |
| IN455 | Perry County, Indiana | 0.2167651867% |
| IN456 | Perrysville Town, Indiana | 0.0037934421% |
| IN457 | Peru City, Indiana | 0.1826036749% |
| IN458 | Petersburg City, Indiana | 0.0103588175% |
| IN459 | Pierceton Town, Indiana | 0.0102869526% |
| IN460 | Pike County, Indiana | 0.1238284218% |
| IN461 | Pine Village Town, Indiana | 0.0008880453% |
| IN462 | Pittsboro Town, Indiana | 0.0022842784% |
| IN463 | Plainfield Town, Indiana | 0.1021046776% |
| IN464 | Plainville Town, Indiana | 0.0007186494% |
| IN465 | Plymouth City, Indiana | 0.1356142717% |
| IN466 | Poneto Town, Indiana | 0.0011087733% |
| IN467 | Portage City, Indiana | 0.4894412953% |
| IN468 | Porter County, Indiana | 1.1076491603% |
| IN469 | Porter Town, Indiana | 0.1634722017% |
| IN470 | Portland City, Indiana | 0.0123299701% |
| IN471 | Posey County, Indiana | 0.1942714610% |
| IN472 | Poseyville Town, Indiana | 0.0044658926% |
| IN473 | Pottawattamie Park Town, Indiana | 0.0012319704% |
| IN474 | Princes Lakes Town, Indiana | 0.0039063727% |
| IN475 | Princeton City, Indiana | 0.0453005772% |
| IN476 | Pulaski County, Indiana | 0.1885530652% |
| IN477 | Putnam County, Indiana | 0.4476056348% |
| IN478 | Randolph County, Indiana | 0.1948463805% |
| IN479 | Redkey Town, Indiana | 0.0011601054% |
| IN480 | Remington Town, Indiana | 0.0024228751% |
| IN481 | Rensselaer City, Indiana | 0.0101278231% |
| IN482 | Reynolds Town, Indiana | 0.0007083830% |
| IN483 | Richland Town, Indiana | 0.0026898020% |
| IN484 | Richmond City, Indiana | 0.6900830697% |
| IN485 | Ridgeville Town, Indiana | 0.0178943696% |
| IN486 | Riley Town, Indiana | 0.0014629648% |
| IN487 | Ripley County, Indiana | 0.2963915383% |
| IN488 | Rising Sun City, Indiana | 0.0356090769% |
| IN489 | River Forest Town, Indiana | 0.0003439251% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN490 | Roachdale Town, Indiana | 0.0017760906% |
| IN491 | Roann Town, Indiana | 0.0009599102% |
| IN492 | Roanoke Town, Indiana | 0.0123402365% |
| IN493 | Rochester City, Indiana | 0.0090652486% |
| IN494 | Rockport City, Indiana | 0.0104768814% |
| IN495 | Rockville Town, Indiana | 0.0245162104% |
| IN496 | Rome City Town, Indiana | 0.0125096325% |
| IN497 | Rosedale Town, Indiana | 0.0056105984% |
| IN498 | Roseland Town, Indiana | 0.0028283986% |
| IN499 | Rossville Town, Indiana | 0.0134079442% |
| IN500 | Royal Center Town, Indiana | 0.0001796623% |
| IN501 | Rush County, Indiana | 0.2195011875% |
| IN502 | Rushville City, Indiana | 0.0154047628% |
| IN503 | Russellville Town, Indiana | 0.0006929833% |
| IN504 | Russiaville Town, Indiana | 0.0008059140% |
| IN505 | Salamonia Town, Indiana | 0.0002258612% |
| IN506 | Salem City, Indiana | 0.0949284502% |
| IN507 | Saltillo Town, Indiana | 0.0012833025% |
| IN508 | Sandborn Town, Indiana | 0.0002053284% |
| IN509 | Santa Claus Town, Indiana | 0.0075252857% |
| IN510 | Saratoga Town, Indiana | 0.0045018251% |
| IN511 | Schererville Town, Indiana | 0.1304861951% |
| IN512 | Schneider Town, Indiana | 0.0009342442% |
| IN513 | Scott County, Indiana | 1.2220735416% |
| IN514 | Scottsburg City, Indiana | 0.0625019635% |
| IN515 | Seelyville Town, Indiana | 0.0082952672% |
| IN516 | Sellersburg Town, Indiana | 0.0135722069% |
| IN517 | Selma Town, Indiana | 0.0080899388% |
| IN518 | Seymour City, Indiana | 0.0450541831% |
| IN519 | Shadeland Town, Indiana | 0.0129356889% |
| IN520 | Shamrock Lakes Town, Indiana | 0.0030901923% |
| IN521 | Sharpsville Town, Indiana | 0.0050818778% |
| IN522 | Shelburn Town, Indiana | 0.0044402265% |
| IN523 | Shelby County, Indiana | 0.0450541831% |
| IN524 | Shelbyville City, Indiana | 0.5457372080% |
| IN525 | Sheridan Town, Indiana | 0.0121657074% |
| IN526 | Shipshewana Town, Indiana | 0.0047174199% |
| IN527 | Shirley Town, Indiana | 0.0011806383% |
| IN528 | Shoals Town, Indiana | 0.0066988389% |
| IN529 | Sidney Town, Indiana | 0.0004773885% |
| IN530 | Silver Lake Town, Indiana | 0.0053128722% |
| IN531 | Somerville Town, Indiana | 0.0016939593% |
| IN532 | South Bend City, Indiana | 1.3582319336% |
| IN533 | South Whitley Town, Indiana | 0.0000564653% |
| IN534 | Southport City, Indiana | 0.0003490583% |
| IN535 | Speedway Town, Indiana | 0.0716390770% |
| IN536 | Spencer County, Indiana | 0.1563113739% |
| IN537 | Spencer Town, Indiana | 0.0335301269% |
| IN538 | Spiceland Town, Indiana | 0.0016836928% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN539 | Spring Grove Town, Indiana | 0.0014167659% |
| IN540 | Spring Lake Town, Indiana | 0.0003079926% |
| IN541 | Springport Town, Indiana | 0.0002771933% |
| IN542 | Spurgeon Town, Indiana | 0.0006827169% |
| IN543 | St. Joseph County, Indiana | 1.3360462005% |
| IN544 | St. Joe Town, Indiana | 0.0029823949% |
| IN545 | St. John Town, Indiana | 0.0653868274% |
| IN546 | St. Leon Town, Indiana | 0.0011190398% |
| IN547 | St. Paul Town, Indiana | 0.0016220943% |
| IN548 | Starke County, Indiana | 0.5754687596% |
| IN549 | State Line City Town, Indiana | 0.0005800527% |
| IN550 | Staunton Town, Indiana | 0.0035419148% |
| IN551 | Steuben County, Indiana | 0.2289052280% |
| IN552 | Stilesville Town, Indiana | 0.0004517225% |
| IN553 | Stinesville Town, Indiana | 0.0014321656% |
| IN554 | Straughn Town, Indiana | 0.0004260564% |
| IN555 | Sullivan City, Indiana | 0.0150608378% |
| IN556 | Sullivan County, Indiana | 0.4997071150% |
| IN557 | Sulphur Springs Town, Indiana | 0.0007494486% |
| IN558 | Summitville Town, Indiana | 0.0154098960% |
| IN559 | Sunman Town, Indiana | 0.0161336786% |
| IN560 | Swayzee Town, Indiana | 0.0084954623% |
| IN561 | Sweetser Town, Indiana | 0.0043786280% |
| IN562 | Switz City Town, Indiana | 0.0006570509% |
| IN563 | Switzerland County, Indiana | 0.1390381227% |
| IN564 | Syracuse Town, Indiana | 0.0288332399% |
| IN565 | Tell City, Indiana | 0.0071351617% |
| IN566 | Tennyson Town, Indiana | 0.0014372988% |
| IN567 | Terre Haute City, Indiana | 1.0172687340% |
| IN568 | Thorntown, Indiana | 0.0019968186% |
| IN569 | Tippecanoe County, Indiana | 0.9836513425% |
| IN570 | Tipton City, Indiana | 0.0756840464% |
| IN571 | Tipton County, Indiana | 0.1461219523% |
| IN572 | Topeka Town, Indiana | 0.0102510201% |
| IN573 | Town of Pines Town, Indiana | 0.0177506398% |
| IN574 | Trafalgar Town, Indiana | 0.0034751831% |
| IN575 | Trail Creek Town, Indiana | 0.0070068315% |
| IN576 | Troy Town, Indiana | 0.0003695911% |
| IN577 | Ulen Town, Indiana | 0.0001385967% |
| IN578 | Union City, Indiana | 0.0467276095% |
| IN579 | Union County, Indiana | 0.0788666365% |
| IN580 | Uniondale Town, Indiana | 0.0020532840% |
| IN581 | Universal Town, Indiana | 0.0029823949% |
| IN582 | Upland Town, Indiana | 0.0132693475% |
| IN583 | Utica Town, Indiana | 0.0015553626% |
| IN584 | Valparaiso City, Indiana | 0.4508549566% |
| IN585 | Van Buren Town, Indiana | 0.0074585540% |
| IN586 | Vanderburgh County, Indiana | 1.8730004864% |
| IN587 | Veedersburg Town, Indiana | 0.0174477804% |

G-72

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN588 | Vera Cruz Town, Indiana | 0.0005287206% |
| IN589 | Vermillion County, Indiana | 0.1479237090% |
| IN590 | Vernon Town, Indiana | 0.0044556262% |
| IN591 | Versailles Town, Indiana | 0.0325753499% |
| IN592 | Vevay Town, Indiana | 0.0222627312% |
| IN593 | Vigo County, Indiana | 0.7949340146% |
| IN594 | Vincennes City, Indiana | 0.0141984585% |
| IN595 | Wabash City, Indiana | 0.0616549838% |
| IN596 | Wabash County, Indiana | 0.5254353629% |
| IN597 | Wakarusa Town, Indiana | 0.0133566121% |
| IN598 | Walkerton Town, Indiana | 0.0293414277% |
| IN599 | Wallace Town, Indiana | 0.0007443154% |
| IN600 | Walton Town, Indiana | 0.0010215088% |
| IN601 | Wanatah Town, Indiana | 0.0034289842% |
| IN602 | Warren County, Indiana | 0.0576818794% |
| IN603 | Warren Town, Indiana | 0.0076587491% |
| IN604 | Warrick County, Indiana | 0.3991430003% |
| IN605 | Warsaw City, Indiana | 0.2580772597% |
| IN606 | Washington City, Indiana | 0.0149581736% |
| IN607 | Washington County, Indiana | 0.3404396122% |
| IN608 | Waterloo Town, Indiana | 0.0127970922% |
| IN609 | Waveland Town, Indiana | 0.0037215772% |
| IN610 | Wayne County, Indiana | 0.7657876490% |
| IN611 | Waynetown, Indiana | 0.0084133310% |
| IN612 | Wells County, Indiana | 0.2019866754% |
| IN613 | West Baden Springs Town, Indiana | 0.0054822681% |
| IN614 | West College Corner Town, Indiana | 0.0065345762% |
| IN615 | West Harrison Town, Indiana | 0.0004773885% |
| IN616 | West Lafayette City, Indiana | 0.2612290506% |
| IN617 | West Lebanon Town, Indiana | 0.0029772617% |
| IN618 | West Terre Haute Town, Indiana | 0.0180175667% |
| IN619 | Westfield City, Indiana | 0.1106874046% |
| IN620 | Westport Town, Indiana | 0.0022021470% |
| IN621 | Westville Town, Indiana | 0.0405164256% |
| IN622 | Wheatfield Town, Indiana | 0.0014064995% |
| IN623 | Wheatland Town, Indiana | 0.0002361277% |
| IN624 | White County, Indiana | 0.2045738132% |
| IN625 | Whiteland Town, Indiana | 0.0126892948% |
| IN626 | Whitestown, Indiana | 0.0075560849% |
| IN627 | Whitewater Town, Indiana | 0.0002977262% |
| IN628 | Whiting City, Indiana | 0.0746933369% |
| IN629 | Whitley County, Indiana | 0.3073920070% |
| IN630 | Wilkinson Town, Indiana | 0.0006365180% |
| IN631 | Williamsport Town, Indiana | 0.0094553726% |
| IN632 | Winamac Town, Indiana | 0.0021559481% |
| IN633 | Winchester City, Indiana | 0.0715004804% |
| IN634 | Windfall City Town, Indiana | 0.0058877917% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN635 | Winfield Town, Indiana | 0.0246548070% |
| IN636 | Wingate Town, Indiana | 0.0023253441% |
| IN637 | Winona Lake Town, Indiana | 0.0964016815% |
| IN638 | Winslow Town, Indiana | 0.0028489315% |
| IN639 | Wolcott Town, Indiana | 0.0013397678% |
| IN640 | Wolcottville Town, Indiana | 0.0086494586% |
| IN641 | Woodburn City, Indiana | 0.0082131358% |
| IN642 | Woodlawn Heights Town, Indiana | 0.0012217040% |
| IN643 | Worthington Town, Indiana | 0.0026128038% |
| IN644 | Yeoman Town, Indiana | 0.0014578316% |
| IN645 | Yorktown, Indiana | 0.0901956307% |
| IN646 | Zanesville Town, Indiana | 0.0025922710% |
| IN647 | Zionsville Town, Indiana | 0.0375853627% |
| IN648 | Cumberland Town, Indiana | 0.0148247101% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IA1 | Adair County, Iowa | 0.2556895492% |
| IA2 | Adams County, Iowa | 0.1116738610% |
| IA3 | Allamakee County, Iowa | 0.4458620571% |
| IA7 | Appanoose County, Iowa | 0.5319573473% |
| IA8 | Audubon County, Iowa | 0.1208090649% |
| IA9 | Benton County, Iowa | 0.5190077951% |
| IA11 | Black Hawk County, Iowa | 3.3423948145% |
| IA13 | Boone County, Iowa | 0.8229376316% |
| IA14 | Bremer County, Iowa | 0.7313291658% |
| IA15 | Buchanan County, Iowa | 0.3770114677% |
| IA16 | Buena Vista County, Iowa | 0.3269761930% |
| IA18 | Butler County, Iowa | 0.2707546223% |
| IA19 | Calhoun County, Iowa | 0.1889544807% |
| IA20 | Carroll County, Iowa | 0.6033080977% |
| IA21 | Cass County, Iowa | 0.3356626501% |
| IA22 | Cedar County, Iowa | 0.3655363695% |
| IA25 | Cerro Gordo County, Iowa | 1.6302973365% |
| IA26 | Cherokee County, Iowa | 0.2378358349% |
| IA27 | Chickasaw County, Iowa | 0.2431246372% |
| IA28 | Clarke County, Iowa | 0.3046029568% |
| IA29 | Clay County, Iowa | 0.2957241797% |
| IA30 | Clayton County, Iowa | 0.4574012621% |
| IA32 | Clinton County, Iowa | 1.4586196098% |
| IA36 | Crawford County, Iowa | 0.3305341145% |
| IA37 | Dallas County, Iowa | 1.4775951912% |
| IA39 | Davis County, Iowa | 0.1538560657% |
| IA40 | Decatur County, Iowa | 0.2531573348% |
| IA41 | Delaware County, Iowa | 0.3021348491% |
| IA43 | Des Moines County, Iowa | 1.5679856298% |
| IA44 | Dickinson County, Iowa | 0.3322329419% |
| IA46 | Dubuque County, Iowa | 2.7454332795% |
| IA47 | Emmet County, Iowa | 0.1753318082% |
| IA49 | Fayette County, Iowa | 0.5284635324% |
| IA50 | Floyd County, Iowa | 0.3285468070% |
| IA53 | Franklin County, Iowa | 0.2107187034% |
| IA54 | Fremont County, Iowa | 0.2047888342% |
| IA55 | Greene County, Iowa | 0.3578435662% |
| IA57 | Grundy County, Iowa | 0.3230977380% |
| IA58 | Guthrie County, Iowa | 0.2308482053% |
| IA59 | Hamilton County, Iowa | 0.3501828163% |
| IA60 | Hancock County, Iowa | 0.1901084012% |
| IA61 | Hardin County, Iowa | 0.4491314985% |
| IA62 | Harrison County, Iowa | 0.6178282639% |
| IA63 | Henry County, Iowa | 0.4451248302% |
| IA64 | Howard County, Iowa | 0.1714212999% |
| IA65 | Humboldt County, Iowa | 0.1929611491% |
| IA66 | Ida County, Iowa | 0.1680556985% |
| IA69 | Iowa County, Iowa | 0.2658504602% |
| IA70 | Jackson County, Iowa | 0.5490417812% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IA71 | Jasper County, Iowa | 1.6780568235% |
| IA72 | Jefferson County, Iowa | 0.5728253647% |
| IA73 | Johnson County, Iowa | 3.8223936863% |
| IA75 | Jones County, Iowa | 0.3884865660% |
| IA77 | Keokuk County, Iowa | 0.1980255779% |
| IA78 | Kossuth County, Iowa | 0.3482275621% |
| IA80 | Lee County, Iowa | 1.4586837165% |
| IA81 | Linn County, Iowa | 7.3285811041% |
| IA82 | Louisa County, Iowa | 0.3358870235% |
| IA83 | Lucas County, Iowa | 0.3300533143% |
| IA84 | Lyon County, Iowa | 0.1619335092% |
| IA85 | Madison County, Iowa | 0.4031349456% |
| IA86 | Mahaska County, Iowa | 0.7161999860% |
| IA88 | Marion County, Iowa | 1.1788259436% |
| IA89 | Marshall County, Iowa | 1.0363488161% |
| IA92 | Mills County, Iowa | 0.4947113580% |
| IA93 | Mitchell County, Iowa | 0.1894673343% |
| IA94 | Monona County, Iowa | 0.4457658971% |
| IA95 | Monroe County, Iowa | 0.2157510788% |
| IA96 | Montgomery County, Iowa | 0.5308995868% |
| IA98 | Muscatine County, Iowa | 1.0607414131% |
| IA102 | O Brien County, Iowa | 0.2348228203% |
| IA103 | Osceola County, Iowa | 0.1453939821% |
| IA106 | Page County, Iowa | 0.5824093155% |
| IA107 | Palo Alto County, Iowa | 0.1666132978% |
| IA110 | Plymouth County, Iowa | 0.4452850969% |
| IA111 | Pocahontas County, Iowa | 0.1165780231% |
| IA112 | Polk County, Iowa | 22.8108926250% |
| IA113 | Pottawattamie County, Iowa | 3.6145597841% |
| IA114 | Poweshiek County, Iowa | 0.4747100695% |
| IA115 | Ringgold County, Iowa | 0.1195910378% |
| IA116 | Sac County, Iowa | 0.2200782807% |
| IA117 | Scott County, Iowa | 8.8614042123% |
| IA118 | Shelby County, Iowa | 0.2859158555% |
| IA120 | Sioux County, Iowa | 0.4096738283% |
| IA123 | Story County, Iowa | 2.1665177789% |
| IA124 | Tama County, Iowa | 0.3449901740% |
| IA125 | Taylor County, Iowa | 0.1784409829% |
| IA126 | Union County, Iowa | 0.4629785445% |
| IA128 | Van Buren County, Iowa | 0.1525418785% |
| IA129 | Wapello County, Iowa | 1.0026607483% |
| IA130 | Warren County, Iowa | 1.3316563022% |
| IA131 | Washington County, Iowa | 0.5543626368% |
| IA135 | Wayne County, Iowa | 0.2440541843% |
| IA136 | Webster County, Iowa | 1.5957758817% |
| IA138 | Winnebago County, Iowa | 0.2340535400% |
| IA139 | Winneshiek County, Iowa | 0.3674595703% |
| IA140 | Woodbury County, Iowa | 2.5662230163% |
| IA141 | Worth County, Iowa | 0.2345663935% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IA142 | Wright County, Iowa | 0.2810437467% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS1 | Allen County, Kansas | 0.2469590982% |
| KS2 | Anderson County, Kansas | 0.1033070846% |
| KS3 | Andover City, Kansas | 0.2965259109% |
| KS4 | Arkansas City, Kansas | 0.2517607353% |
| KS5 | Atchison City, Kansas | 0.2261465530% |
| KS6 | Atchison County, Kansas | 0.2081347289% |
| KS7 | Barber County, Kansas | 0.0868011735% |
| KS8 | Barton County, Kansas | 0.3334574382% |
| KS9 | Bourbon County, Kansas | 0.2875114592% |
| KS10 | Brown County, Kansas | 0.1232303153% |
| KS11 | Butler County, Kansas | 0.8706438812% |
| KS12 | Chase County, Kansas | 0.0336082678% |
| KS14 | Cherokee County, Kansas | 0.3919995171% |
| KS17 | Clay County, Kansas | 0.1042947986% |
| KS19 | Coffey County, Kansas | 0.1060232980% |
| KS20 | Comanche County, Kansas | 0.0219636398% |
| KS21 | Cowley County, Kansas | 0.6897088195% |
| KS22 | Crawford County, Kansas | 0.7714110714% |
| KS24 | Derby City, Kansas | 0.5453586914% |
| KS25 | Dickinson County, Kansas | 0.3638160245% |
| KS26 | Dodge City, Kansas | 0.5788024418% |
| KS28 | Douglas County, Kansas | 1.5924288685% |
| KS29 | Edwards County, Kansas | 0.0357396506% |
| KS30 | El Dorado City, Kansas | 0.2788280508% |
| KS31 | Elk County, Kansas | 0.0499335801% |
| KS32 | Elkhart City, Kansas | 0.0460427074% |
| KS33 | Ellis County, Kansas | 0.3726150991% |
| KS34 | Ellsworth County, Kansas | 0.0784192915% |
| KS35 | Emporia City, Kansas | 0.5314129512% |
| KS37 | Finney County, Kansas | 0.7153826866% |
| KS38 | Ford County, Kansas | 0.6591551252% |
| KS39 | Franklin County, Kansas | 0.3340422689% |
| KS40 | Garden City, Kansas | 0.5639674708% |
| KS41 | Gardner City, Kansas | 0.4851729540% |
| KS42 | Geary County, Kansas | 0.4187127502% |
| KS43 | Gove County, Kansas | 0.0340631361% |
| KS44 | Graham County, Kansas | 0.0310480092% |
| KS45 | Grant County, Kansas | 0.1409572980% |
| KS47 | Great Bend City, Kansas | 0.3231811438% |
| KS48 | Greeley County Unified Government, Kansas | 0.0155434990% |
| KS49 | Greenwood County, Kansas | 0.1168768440% |
| KS50 | Hamilton County, Kansas | 0.0315158737% |
| KS51 | Harper County, Kansas | 0.0693479184% |
| KS52 | Harvey County, Kansas | 0.6829965673% |
| KS53 | Haskell County, Kansas | 0.0509842361% |
| KS54 | Hays City, Kansas | 0.4517508922% |
| KS55 | Haysville City, Kansas | 0.2470109420% |
| KS57 | Hutchinson City, Kansas | 0.8720750695% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS58 | Jackson County, Kansas | 0.1711734320% |
| KS59 | Jefferson County, Kansas | 0.2473443746% |
| KS61 | Johnson County, Kansas | 12.0944030669% |
| KS62 | Junction City, Kansas | 0.4741551685% |
| KS63 | Kansas City, Kansas | 4.4060498188% |
| KS64 | Kearny County, Kansas | 0.0486709060% |
| KS65 | Kingman County, Kansas | 0.0906357539% |
| KS66 | Kiowa County, Kansas | 0.0319187570% |
| KS67 | Labette County, Kansas | 0.2545442897% |
| KS69 | Lansing City, Kansas | 0.2592649750% |
| KS70 | Lawrence City, Kansas | 2.1351947685% |
| KS71 | Leavenworth City, Kansas | 0.7793565010% |
| KS72 | Leavenworth County, Kansas | 1.6381480759% |
| KS73 | Leawood City, Kansas | 0.7519204801% |
| KS74 | Lenexa City, Kansas | 1.2179424409% |
| KS75 | Liberal City, Kansas | 0.4082002757% |
| KS78 | Logan County, Kansas | 0.0355057183% |
| KS79 | Lyon County, Kansas | 0.4294606379% |
| KS80 | Manhattan City, Kansas | 1.1916559134% |
| KS81 | Manter City, Kansas | 0.0039724166% |
| KS83 | Marshall County, Kansas | 0.1254396755% |
| KS84 | McPherson City, Kansas | 0.2822331538% |
| KS85 | McPherson County, Kansas | 0.3697169383% |
| KS86 | Meade County, Kansas | 0.0802482625% |
| KS87 | Merriam City, Kansas | 0.2413502294% |
| KS88 | Miami County, Kansas | 0.4462127868% |
| KS90 | Montgomery County, Kansas | 0.6274462063% |
| KS92 | Morton County, Kansas | 0.0505510276% |
| KS94 | Neosho County, Kansas | 0.3172684471% |
| KS95 | Ness County, Kansas | 0.0359735829% |
| KS96 | Newton City, Kansas | 0.4065302570% |
| KS98 | Olathe City, Kansas | 3.0725090086% |
| KS99 | Osage County, Kansas | 0.2049506509% |
| KS101 | Ottawa City, Kansas | 0.2675066256% |
| KS103 | Overland Park City, Kansas | 5.2622788811% |
| KS104 | Pawnee County, Kansas | 0.0827340421% |
| KS105 | Phillips County, Kansas | 0.0673335017% |
| KS106 | Pittsburg City, Kansas | 0.4330770471% |
| KS107 | Pottawatomie County, Kansas | 0.3212929608% |
| KS108 | Prairie Village City, Kansas | 0.4839800835% |
| KS109 | Pratt County, Kansas | 0.1817885063% |
| KS110 | Rawlins County, Kansas | 0.0326335501% |
| KS111 | Reno County, Kansas | 1.2307721233% |
| KS112 | Republic County, Kansas | 0.0589509291% |
| KS113 | Rice County, Kansas | 0.1216707669% |
| KS114 | Riley County, Kansas | 0.9513505103% |
| KS117 | Russell County, Kansas | 0.0884263937% |
| KS118 | Salina City, Kansas | 1.0036161498% |
| KS119 | Saline County, Kansas | 0.7008350540% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS120 | Scott County, Kansas | 0.0622519732% |
| KS121 | Sedgwick County, Kansas | 10.3553321948% |
| KS122 | Seward County, Kansas | 0.4190277852% |
| KS123 | Shawnee City, Kansas | 1.4379077560% |
| KS124 | Shawnee County, Kansas | 3.5054886950% |
| KS125 | Sheridan County, Kansas | 0.0327505162% |
| KS126 | Sherman County, Kansas | 0.0750792587% |
| KS127 | Smith County, Kansas | 0.0460586624% |
| KS130 | Stanton County, Kansas | 0.0392178776% |
| KS131 | Stevens County, Kansas | 0.0700237227% |
| KS132 | Sumner County, Kansas | 0.2934290296% |
| KS133 | Thomas County, Kansas | 0.1000970142% |
| KS134 | Topeka City, Kansas | 2.7014829146% |
| KS135 | Trego County, Kansas | 0.0358436205% |
| KS136 | Ulysses City, Kansas | 0.1478592097% |
| KS137 | Wabaunsee County, Kansas | 0.1375513777% |
| KS138 | Wallace County, Kansas | 0.0199622194% |
| KS139 | Washington County, Kansas | 0.0705305759% |
| KS140 | Wichita City, Kansas | 10.4437497448% |
| KS141 | Wichita County, Kansas | 0.0269541947% |
| KS142 | Wilson County, Kansas | 0.1086745303% |
| KS143 | Winfield City, Kansas | 0.2560767576% |
| KS145 | Abilene City, Kansas | 0.1327990164% |
| KS146 | Anthony City, Kansas | 0.0440711418% |
| KS147 | Augusta City, Kansas | 0.2017035526% |
| KS148 | Baxter Springs City, Kansas | 0.0844335409% |
| KS149 | Bel Aire City, Kansas | 0.1836803642% |
| KS150 | Belleville City, Kansas | 0.0399286280% |
| KS151 | Beloit City, Kansas | 0.0772980066% |
| KS152 | Bentley City, Kansas | 0.0111696053% |
| KS153 | Benton City, Kansas | 0.0187605992% |
| KS154 | Bonner Springs City, Kansas | 0.1727710215% |
| KS155 | Burlingame City, Kansas | 0.0191726818% |
| KS156 | Burrton City, Kansas | 0.0185220252% |
| KS157 | Caney City, Kansas | 0.0422493033% |
| KS158 | Chanute City, Kansas | 0.1950017894% |
| KS159 | Cheney City, Kansas | 0.0471292279% |
| KS160 | Coffeyville City, Kansas | 0.1988623520% |
| KS161 | Colby City, Kansas | 0.1152746647% |
| KS162 | Concordia City, Kansas | 0.1064040461% |
| KS163 | Edwardsville City, Kansas | 0.0976201818% |
| KS164 | Ellsworth City, Kansas | 0.0636559061% |
| KS165 | Enterprise City, Kansas | 0.0167652523% |
| KS166 | Eudora City, Kansas | 0.1386549260% |
| KS167 | Fairway City, Kansas | 0.0859513397% |
| KS168 | Fall River City, Kansas | 0.0030797747% |
| KS169 | Fort Scott City, Kansas | 0.1658740613% |
| KS170 | Galena City, Kansas | 0.0612484766% |
| KS171 | Garden Plain City, Kansas | 0.0197799613% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS172 | Garnett City, Kansas | 0.0706613091% |
| KS173 | Goddard City, Kansas | 0.1076186052% |
| KS174 | Halstead City, Kansas | 0.0439843876% |
| KS175 | Harper City, Kansas | 0.0280433004% |
| KS176 | Herington City, Kansas | 0.0485823611% |
| KS177 | Hiawatha City, Kansas | 0.0670393205% |
| KS178 | Highland City, Kansas | 0.0213849143% |
| KS179 | Hillsboro City, Kansas | 0.0599037863% |
| KS180 | Hoisington City, Kansas | 0.0531803345% |
| KS181 | Hugoton City, Kansas | 0.0797705018% |
| KS182 | Humboldt City, Kansas | 0.0385622491% |
| KS183 | Independence City, Kansas | 0.1827043793% |
| KS184 | Iola City, Kansas | 0.1141685485% |
| KS185 | Johnson City City, Kansas | 0.0286505799% |
| KS186 | Kechi City, Kansas | 0.0457411605% |
| KS187 | Kingman City, Kansas | 0.0599688519% |
| KS188 | Leoti City, Kansas | 0.0307977467% |
| KS189 | Lincoln Center City, Kansas | 0.0257876908% |
| KS190 | Longton City, Kansas | 0.0066366975% |
| KS191 | Maize City, Kansas | 0.1142336141% |
| KS192 | Marysville City, Kansas | 0.0705094892% |
| KS193 | Meade City, Kansas | 0.0329449136% |
| KS194 | Medicine Lodge City, Kansas | 0.0391261515% |
| KS195 | Mission City, Kansas | 0.2141310941% |
| KS196 | Mission Hills City, Kansas | 0.0766256614% |
| KS197 | Moundridge City, Kansas | 0.0403623991% |
| KS198 | Mount Hope City, Kansas | 0.0174809746% |
| KS199 | Neodesha City, Kansas | 0.0479533930% |
| KS200 | North Newton City, Kansas | 0.0382152322% |
| KS201 | Norton City, Kansas | 0.0587542929% |
| KS202 | Oakley City, Kansas | 0.0440277647% |
| KS203 | Osawatomie City, Kansas | 0.0915907637% |
| KS204 | Park City City, Kansas | 0.1722721848% |
| KS205 | Parsons City, Kansas | 0.2052387869% |
| KS206 | Phillipsburg City, Kansas | 0.0524863008% |
| KS207 | Pleasanton City, Kansas | 0.0251153456% |
| KS208 | Pratt City, Kansas | 0.1401731248% |
| KS209 | Rantoul City, Kansas | 0.0040557596% |
| KS210 | Roeland Park City, Kansas | 0.1442722615% |
| KS211 | Russell City, Kansas | 0.0950609324% |
| KS212 | Sabetha City, Kansas | 0.0553491899% |
| KS213 | Satanta City, Kansas | 0.0243128691% |
| KS214 | Scott City, Kansas | 0.0810284379% |
| KS215 | Sedgwick City, Kansas | 0.0359379341% |
| KS216 | Spring Hill City, Kansas | 0.1707106089% |
| KS217 | Sterling City, Kansas | 0.0471942936% |
| KS218 | Sublette City, Kansas | 0.0287156456% |
| KS219 | Syracuse City, Kansas | 0.0353740316% |
| KS220 | Tonganoxie City, Kansas | 0.1234078725% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS221 | Tribune City, Kansas | 0.0157025131% |
| KS222 | Valley Falls City, Kansas | 0.0249852143% |
| KS223 | Wakeeney City, Kansas | 0.0376947069% |
| KS224 | Wamego City, Kansas | 0.1023265980% |
| KS225 | Washington City, Kansas | 0.0230983101% |
| KS226 | Weir City, Kansas | 0.0137505433% |
| KS227 | Wellington City, Kansas | 0.1637485830% |
| KS228 | Westwood City, Kansas | 0.0356126057% |
| KS229 | Wilson City, Kansas | 0.0154639390% |
| KS230 | Wyandotte County, Kansas | 3.2916925050% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY1 | Adair County, Kentucky | 0.2072149972% |
| KY2 | Allen County, Kentucky | 0.3652932746% |
| KY3 | Anderson County, Kentucky | 0.3621159370% |
| KY4 | Ashland City, Kentucky | 0.9834499202% |
| KY5 | Ballard County, Kentucky | 0.1275818571% |
| KY6 | Bardstown City, Kentucky | 0.2352870373% |
| KY7 | Barren County, Kentucky | 0.3122030586% |
| KY8 | Bath County, Kentucky | 0.1600781328% |
| KY9 | Bell County, Kentucky | 0.6418579913% |
| KY12 | Berea City, Kentucky | 0.1673960319% |
| KY13 | Boone County, Kentucky | 2.0430819725% |
| KY14 | Bourbon County, Kentucky | 0.2554835051% |
| KY15 | Bowling Green City, Kentucky | 0.6707865957% |
| KY16 | Boyd County, Kentucky | 0.8927787584% |
| KY17 | Boyle County, Kentucky | 0.3790292999% |
| KY18 | Bracken County, Kentucky | 0.1275577166% |
| KY19 | Breathitt County, Kentucky | 0.5390554414% |
| KY20 | Breckinridge County, Kentucky | 0.3244963382% |
| KY22 | Bullitt County, Kentucky | 1.0630204077% |
| KY23 | Butler County, Kentucky | 0.1624898322% |
| KY24 | Caldwell County, Kentucky | 0.1441008473% |
| KY25 | Calloway County, Kentucky | 0.0270405279% |
| KY26 | Campbell County, Kentucky | 1.0519698931% |
| KY27 | Campbellsville City, Kentucky | 0.2769609681% |
| KY28 | Carlisle County, Kentucky | 0.0604084438% |
| KY29 | Carroll County, Kentucky | 0.2541479356% |
| KY30 | Carter County, Kentucky | 0.6015849596% |
| KY31 | Casey County, Kentucky | 0.2668572392% |
| KY32 | Christian County, Kentucky | 0.4386166388% |
| KY33 | Clark County, Kentucky | 0.6110238861% |
| KY34 | Clay County, Kentucky | 0.7834161044% |
| KY35 | Clinton County, Kentucky | 0.3920884376% |
| KY36 | Columbia City, Kentucky | 0.0941274300% |
| KY37 | Covington City, Kentucky | 1.7146827203% |
| KY38 | Crittenden County, Kentucky | 0.2010231527% |
| KY39 | Cumberland County, Kentucky | 0.1857249004% |
| KY40 | Danville City, Kentucky | 0.2799464970% |
| KY41 | Daviess County, Kentucky | 1.1263935276% |
| KY42 | Edmonson County, Kentucky | 0.1884368528% |
| KY44 | Elliott County, Kentucky | 0.1458221479% |
| KY45 | Erlanger City, Kentucky | 0.3397777298% |
| KY46 | Estill County, Kentucky | 0.4049309515% |
| KY47 | Fleming County, Kentucky | 0.1823914480% |
| KY48 | Florence City, Kentucky | 0.7389020512% |
| KY49 | Floyd County, Kentucky | 1.9179322449% |
| KY50 | Fort Thomas City, Kentucky | 0.3651296923% |
| KY51 | Frankfort City, Kentucky | 0.4254271088% |
| KY52 | Franklin County, Kentucky | 0.4438483122% |
| KY53 | Fulton County, Kentucky | 0.1040009320% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY54 | Gallatin County, Kentucky | 0.2347861459% |
| KY55 | Garrard County, Kentucky | 0.3127117464% |
| KY56 | Georgetown City, Kentucky | 0.2129888920% |
| KY57 | Glasgow City, Kentucky | 0.4100978120% |
| KY58 | Grant County, Kentucky | 0.5343736918% |
| KY59 | Graves County, Kentucky | 0.2447866907% |
| KY60 | Grayson City, Kentucky | 0.1405700912% |
| KY61 | Grayson County, Kentucky | 0.4371371187% |
| KY62 | Green County, Kentucky | 0.1363993307% |
| KY64 | Greenup County, Kentucky | 0.6872346204% |
| KY65 | Hancock County, Kentucky | 0.1001482246% |
| KY66 | Hardin County, Kentucky | 1.6677965130% |
| KY68 | Harlan County, Kentucky | 0.9236857078% |
| KY69 | Harrison County, Kentucky | 0.2078604027% |
| KY70 | Hart County, Kentucky | 0.2333469695% |
| KY71 | Henderson City, Kentucky | 0.5644511762% |
| KY72 | Henderson County, Kentucky | 0.3796057595% |
| KY73 | Henry County, Kentucky | 0.2263086115% |
| KY74 | Hickman County, Kentucky | 0.0533625713% |
| KY76 | Hopkins County, Kentucky | 0.5493362318% |
| KY77 | Hopkinsville City, Kentucky | 0.5662686160% |
| KY79 | Independence City, Kentucky | 0.1255237640% |
| KY81 | Jackson County, Kentucky | 0.1930879337% |
| KY83 | Jefferson County, Kentucky | 14.4939132925% |
| KY84 | Jeffersontown City, Kentucky | 0.1981991396% |
| KY85 | Jenkins City, Kentucky | 0.0688654541% |
| KY86 | Jessamine County, Kentucky | 0.6407795601% |
| KY87 | Johnson County, Kentucky | 0.6400798620% |
| KY88 | Kenton County, Kentucky | 2.5731398261% |
| KY89 | Knott County, Kentucky | 0.4910894879% |
| KY90 | Knox County, Kentucky | 0.8060755114% |
| KY91 | Larue County, Kentucky | 0.1917133825% |
| KY92 | Laurel County, Kentucky | 0.9215642107% |
| KY93 | Lawrence County, Kentucky | 0.4474957316% |
| KY94 | Lawrenceburg City, Kentucky | 0.0804801232% |
| KY95 | Lee County, Kentucky | 0.2235931366% |
| KY96 | Leslie County, Kentucky | 0.5525464926% |
| KY97 | Letcher County, Kentucky | 0.6327552468% |
| KY98 | Lewis County, Kentucky | 0.2492484050% |
| KY99 | Lexington-Fayette Urban County, Kentucky | 6.2597070666% |
| KY100 | Lincoln County, Kentucky | 0.4109182594% |
| KY101 | Livingston County, Kentucky | 0.2056037847% |
| KY102 | Logan County, Kentucky | 0.3022584972% |
| KY103 | London City, Kentucky | 0.1961505806% |
| KY106 | Lyndon City, Kentucky | 0.0748780766% |
| KY107 | Lyon County, Kentucky | 0.1367346673% |
| KY108 | Madison County, Kentucky | 1.1073052673% |
| KY109 | Madisonville City, Kentucky | 0.3927355489% |

G-84

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY110 | Magoffin County, Kentucky | 0.3084779576% |
| KY111 | Manchester City, Kentucky | 0.1800397241% |
| KY112 | Marion County, Kentucky | 0.2018769929% |
| KY113 | Marshall County, Kentucky | 0.6110803392% |
| KY114 | Martin County, Kentucky | 0.4692913886% |
| KY115 | Mason County, Kentucky | 0.1741746215% |
| KY116 | McCracken County, Kentucky | 0.3377504933% |
| KY117 | McCreary County, Kentucky | 0.3011869230% |
| KY118 | McLean County, Kentucky | 0.1433881867% |
| KY119 | Meade County, Kentucky | 0.3762152436% |
| KY120 | Menifee County, Kentucky | 0.1152561711% |
| KY121 | Mercer County, Kentucky | 0.2841928256% |
| KY122 | Metcalfe County, Kentucky | 0.1167070889% |
| KY123 | Monroe County, Kentucky | 0.2890192303% |
| KY124 | Montgomery County, Kentucky | 0.5746052526% |
| KY125 | Morehead City, Kentucky | 0.1176937487% |
| KY126 | Morgan County, Kentucky | 0.0505889526% |
| KY127 | Morganfield City, Kentucky | 0.1082087956% |
| KY129 | Muhlenberg County, Kentucky | 0.5338036196% |
| KY130 | Murray City, Kentucky | 0.5765962314% |
| KY131 | Nelson County, Kentucky | 0.4816564321% |
| KY132 | Newport City, Kentucky | 0.7312996326% |
| KY133 | Nicholas County, Kentucky | 0.1324383199% |
| KY134 | Nicholasville City, Kentucky | 0.3723153354% |
| KY135 | Ohio County, Kentucky | 0.4467150643% |
| KY136 | Oldham County, Kentucky | 0.7333447161% |
| KY137 | Owen County, Kentucky | 0.2198857418% |
| KY138 | Owensboro City, Kentucky | 0.5118319344% |
| KY139 | Owsley County, Kentucky | 0.1294761331% |
| KY140 | Paducah City, Kentucky | 1.1041080161% |
| KY141 | Paintsville City, Kentucky | 0.3642660363% |
| KY142 | Pendleton County, Kentucky | 0.3094900729% |
| KY143 | Perry County, Kentucky | 1.4848386091% |
| KY144 | Pike County, Kentucky | 1.9294441527% |
| KY145 | Pineville City, Kentucky | 0.0736606264% |
| KY147 | Powell County, Kentucky | 0.5788951657% |
| KY148 | Prestonsburg City, Kentucky | 0.4197933602% |
| KY149 | Pulaski County, Kentucky | 0.8723902940% |
| KY151 | Richmond City, Kentucky | 0.5069051167% |
| KY152 | Robertson County, Kentucky | 0.0346199801% |
| KY153 | Rockcastle County, Kentucky | 0.4380501830% |
| KY154 | Rowan County, Kentucky | 0.4245058255% |
| KY155 | Russell City, Kentucky | 0.1455248537% |
| KY156 | Russell County, Kentucky | 0.5599110288% |
| KY158 | Scott County, Kentucky | 0.6332443967% |
| KY159 | Shelby County, Kentucky | 0.5093783884% |
| KY160 | Shelbyville City, Kentucky | 0.1168374662% |
| KY161 | Shepherdsville City, Kentucky | 0.1717991328% |
| KY162 | Shively City, Kentucky | 0.1040826057% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY163 | Simpson County, Kentucky | 0.2049906448% |
| KY164 | Somerset City, Kentucky | 0.3108498299% |
| KY166 | Spencer County, Kentucky | 0.2447695951% |
| KY167 | St. Matthews City, Kentucky | 0.1131834246% |
| KY168 | Taylor County, Kentucky | 0.1908446071% |
| KY169 | Todd County, Kentucky | 0.1788746408% |
| KY170 | Trigg County, Kentucky | 0.2047738501% |
| KY171 | Trimble County, Kentucky | 0.1174427629% |
| KY172 | Union County, Kentucky | 0.2531192882% |
| KY175 | Warren County, Kentucky | 0.9893070387% |
| KY176 | Washington County, Kentucky | 0.1549834119% |
| KY177 | Wayne County, Kentucky | 0.3477965951% |
| KY178 | Webster County, Kentucky | 0.2371207742% |
| KY179 | West Liberty City, Kentucky | 0.1691975502% |
| KY181 | Whitley County, Kentucky | 1.5794132485% |
| KY182 | Winchester City, Kentucky | 0.4646999075% |
| KY183 | Wolfe County, Kentucky | 0.2600699609% |
| KY184 | Woodford County, Kentucky | 0.2675359435% |
| KY186 | Albany City, Kentucky | 0.1264298304% |
| KY187 | Alexandria City, Kentucky | 0.1080131826% |
| KY192 | Barbourville City, Kentucky | 0.0730470168% |
| KY193 | Beattyville City, Kentucky | 0.1448233239% |
| KY195 | Bellevue City, Kentucky | 0.0965704087% |
| KY205 | Carrollton City, Kentucky | 0.0887635005% |
| KY206 | Catlettsburg City, Kentucky | 0.1263485793% |
| KY207 | Cave City City, Kentucky | 0.0700133478% |
| KY208 | Central City City, Kentucky | 0.0844674819% |
| KY211 | Cold Spring City, Kentucky | 0.0750717640% |
| KY212 | Corbin City, Kentucky | 0.2036058550% |
| KY215 | Crittenden City, Kentucky | 0.1485297325% |
| KY216 | Cynthiana City, Kentucky | 0.2429917006% |
| KY218 | Dayton City, Kentucky | 0.1369669607% |
| KY220 | Dry Ridge City, Kentucky | 0.1124383105% |
| KY222 | Edgewood City, Kentucky | 0.0997328111% |
| KY228 | Flatwoods City, Kentucky | 0.0815134672% |
| KY230 | Flemingsburg City, Kentucky | 0.0974474500% |
| KY231 | Fort Mitchell City, Kentucky | 0.1045834032% |
| KY232 | Fort Wright City, Kentucky | 0.0888485558% |
| KY233 | Franklin City, Kentucky | 0.1059281781% |
| KY238 | Harrodsburg City, Kentucky | 0.1433328138% |
| KY240 | Hazard City, Kentucky | 0.2853655644% |
| KY242 | Highland Heights City, Kentucky | 0.1099203272% |
| KY247 | Irvine City, Kentucky | 0.0767877105% |
| KY252 | La Grange City, Kentucky | 0.0727992716% |
| KY255 | Lebanon City, Kentucky | 0.1122041854% |
| KY256 | Leitchfield City, Kentucky | 0.1135380642% |
| KY258 | Louisa City, Kentucky | 0.0866211036% |
| KY259 | Ludlow City, Kentucky | 0.0669617849% |
| KY261 | Martin City, Kentucky | 0.2943288201% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY262 | Mayfield City, Kentucky | 0.2929381596% |
| KY263 | Maysville City, Kentucky | 0.1796298526% |
| KY264 | Middlesborough City, Kentucky | 0.9627869870% |
| KY267 | Morgantown City, Kentucky | 0.1066840944% |
| KY268 | Mount Sterling City, Kentucky | 0.1357736978% |
| KY269 | Mount Vernon City, Kentucky | 0.1195254191% |
| KY275 | Owingsville City, Kentucky | 0.1120741368% |
| KY276 | Paris City, Kentucky | 0.1357848757% |
| KY278 | Pikeville City, Kentucky | 0.9232553122% |
| KY280 | Princeton City, Kentucky | 0.1044295429% |
| KY283 | Russellville City, Kentucky | 0.1019054071% |
| KY286 | Southgate City, Kentucky | 0.0952700635% |
| KY288 | Stanford City, Kentucky | 0.0735805495% |
| KY291 | Taylor Mill City, Kentucky | 0.1020398235% |
| KY294 | Union City, Kentucky | 0.1260059161% |
| KY295 | Versailles City, Kentucky | 0.1700135829% |
| KY297 | Walton City, Kentucky | 0.0725720505% |
| KY301 | Wilder City, Kentucky | 0.1271712342% |
| KY302 | Williamsburg City, Kentucky | 0.2511273232% |
| KY303 | Williamstown City, Kentucky | 0.1029710636% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| ME1 | Androscoggin County, Maine | 1.6799535986% |
| ME2 | Aroostook County, Maine | 4.0537116218% |
| ME3 | Auburn City, Maine | 2.6283332826% |
| ME4 | Augusta City, Maine | 3.6779545807% |
| ME5 | Bangor City, Maine | 5.2042873123% |
| ME6 | Biddeford City, Maine | 2.7393997300% |
| ME7 | Brunswick Town, Maine | 1.6113929261% |
| ME8 | Calais City, Maine | 0.8369049504% |
| ME9 | Cumberland County, Maine | 3.5025701951% |
| ME10 | Falmouth Town, Maine | 1.2353278939% |
| ME11 | Franklin County, Maine | 1.9717572454% |
| ME12 | Gorham Town, Maine | 1.4582940317% |
| ME13 | Hancock County, Maine | 3.8494340111% |
| ME14 | Kennebec County, Maine | 4.9959268385% |
| ME15 | Kennebunk Town, Maine | 0.2185679049% |
| ME16 | Knox County, Maine | 2.1010369789% |
| ME17 | Lewiston City, Maine | 4.3451006968% |
| ME18 | Lincoln County, Maine | 2.1621727981% |
| ME19 | Orono Town, Maine | 0.2094180830% |
| ME20 | Oxford County, Maine | 3.8454418782% |
| ME21 | Penobscot County, Maine | 6.7801027597% |
| ME22 | Piscataquis County, Maine | 1.2760851978% |
| ME23 | Portland City, Maine | 7.2016026249% |
| ME24 | Rockland City, Maine | 0.6184398003% |
| ME25 | Saco City, Maine | 0.4366518238% |
| ME26 | Sagadahoc County, Maine | 1.9708146889% |
| ME27 | Sanford City, Maine | 2.6908215844% |
| ME28 | Scarborough Town, Maine | 1.8363769930% |
| ME29 | Somerset County, Maine | 3.6977198467% |
| ME30 | South Portland City, Maine | 2.2275994495% |
| ME31 | Standish Town, Maine | 0.0664145731% |
| ME32 | Waldo County, Maine | 2.4723925078% |
| ME33 | Washington County, Maine | 2.6998574469% |
| ME34 | Waterville City, Maine | 2.8132809688% |
| ME35 | Wells Town, Maine | 0.2541311729% |
| ME36 | Westbrook City, Maine | 1.5416150467% |
| ME37 | Windham Town, Maine | 0.1935482073% |
| ME38 | York County, Maine | 6.7950503019% |
| ME39 | York Town, Maine | 2.1005084476% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MD1 | Aberdeen City, Maryland | 0.0372796529% |
| MD2 | Allegany County, Maryland | 1.6120411494% |
| MD3 | Annapolis City, Maryland | 0.2413230958% |
| MD4 | Anne Arundel County, Maryland | 9.5850095156% |
| MD5 | Baltimore City, Maryland | 20.9970334354% |
| MD6 | Baltimore County, Maryland | 17.7565394434% |
| MD7 | Bel Air Town, Maryland | 0.0322364280% |
| MD8 | Berlin Town, Maryland | 0.0109236186% |
| MD9 | Bowie City, Maryland | 0.0263270946% |
| MD10 | Calvert County, Maryland | 1.6948343688% |
| MD11 | Cambridge City, Maryland | 0.0196746185% |
| MD12 | Caroline County, Maryland | 0.5865017850% |
| MD13 | Carroll County, Maryland | 2.9605563001% |
| MD14 | Cecil County, Maryland | 3.7958577634% |
| MD15 | Charles County, Maryland | 1.9663409179% |
| MD16 | Charlestown, Maryland | 0.0013846587% |
| MD17 | College Park City, Maryland | 0.0050334845% |
| MD18 | Cottage City Town, Maryland | 0.0015972023% |
| MD19 | Cumberland City, Maryland | 0.1627132426% |
| MD20 | Dorchester County, Maryland | 0.3951913125% |
| MD21 | Easton Town, Maryland | 0.0630108370% |
| MD22 | Elkton Town, Maryland | 0.0884110160% |
| MD23 | Forest Heights Town, Maryland | 0.0014812182% |
| MD24 | Frederick City, Maryland | 0.1530889274% |
| MD25 | Frederick County, Maryland | 3.4957333212% |
| MD26 | Frostburg City, Maryland | 0.0194678741% |
| MD27 | Gaithersburg City, Maryland | 0.0243966914% |
| MD28 | Garrett County, Maryland | 0.3513434690% |
| MD29 | Grantsville Town, Maryland | 0.0002207076% |
| MD30 | Greenbelt City, Maryland | 0.0369938028% |
| MD31 | Hagerstown City, Maryland | 0.1829328174% |
| MD32 | Harford County, Maryland | 5.1958110720% |
| MD33 | Havre De Grace City, Maryland | 0.0458009931% |
| MD34 | Howard County, Maryland | 3.2487213744% |
| MD35 | Hyattsville City, Maryland | 0.0127377562% |
| MD36 | Kent County, Maryland | 0.4683852152% |
| MD37 | Laurel City, Maryland | 0.0300516480% |
| MD38 | Montgomery County, Maryland | 8.5574378958% |
| MD39 | Mountain Lake Park Town, Maryland | 0.0001004445% |
| MD40 | New Carrollton City, Maryland | 0.0062727689% |
| MD41 | North Brentwood Town, Maryland | 0.0000662686% |
| MD42 | North East Town, Maryland | 0.0183814522% |
| MD43 | Oakland Town, Maryland | 0.0011777453% |
| MD44 | Perryville Town, Maryland | 0.0184160785% |
| MD45 | Prince Georges County, Maryland | 7.1382650655% |
| MD46 | Queen Annes County, Maryland | 0.7381792535% |
| MD47 | Rockville City, Maryland | 0.0611045878% |
| MD48 | Salisbury City, Maryland | 0.1347806691% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MD49 | Seat Pleasant City, Maryland | 0.0040128808% |
| MD50 | Somerset County, Maryland | 0.3875128839% |
| MD51 | St Marys County, Maryland | 1.3684562511% |
| MD52 | Takoma Park City, Maryland | 0.0195596479% |
| MD53 | Talbot County, Maryland | 0.4896824850% |
| MD54 | Upper Marlboro Town, Maryland | 0.0009443695% |
| MD55 | Vienna Town, Maryland | 0.0001582676% |
| MD56 | Washington County, Maryland | 3.0474490505% |
| MD57 | Westminster City, Maryland | 0.0440087573% |
| MD58 | Wicomico County, Maryland | 1.6694422411% |
| MD59 | Worcester County, Maryland | 0.9876031064% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA1 | Abington Town, Massachusetts | 0.2400899791% |
| MA2 | Acton Town, Massachusetts | 0.1586479343% |
| MA3 | Acushnet Town, Massachusetts | 0.1547305792% |
| MA4 | Adams Town, Massachusetts | 0.0189731986% |
| MA5 | Agawam Town City, Massachusetts | 0.4341901730% |
| MA6 | Alford Town, Massachusetts | 0.0007449491% |
| MA7 | Amesbury Town City, Massachusetts | 0.2580959424% |
| MA8 | Amherst Town, Massachusetts | 0.3675897982% |
| MA9 | Andover Town, Massachusetts | 0.7102727131% |
| MA10 | Aquinnah Town, Massachusetts | 0.0049293930% |
| MA11 | Arlington Town, Massachusetts | 0.3350233330% |
| MA12 | Ashburnham Town, Massachusetts | 0.0140160133% |
| MA13 | Ashby Town, Massachusetts | 0.0069876989% |
| MA14 | Ashfield Town, Massachusetts | 0.0027296132% |
| MA15 | Ashland Town, Massachusetts | 0.1613930923% |
| MA16 | Athol Town, Massachusetts | 0.0359559233% |
| MA17 | Attleboro City, Massachusetts | 0.9357205930% |
| MA18 | Auburn Town, Massachusetts | 0.3036683195% |
| MA19 | Avon Town, Massachusetts | 0.0739889948% |
| MA20 | Ayer Town, Massachusetts | 0.0179210686% |
| MA21 | Barnstable County, Massachusetts | 0.0639482242% |
| MA22 | Barnstable Town City, Massachusetts | 0.8578313582% |
| MA23 | Barre Town, Massachusetts | 0.0096522017% |
| MA24 | Becket Town, Massachusetts | 0.0067279376% |
| MA25 | Bedford Town, Massachusetts | 0.1982937972% |
| MA26 | Belchertown, Massachusetts | 0.3492785905% |
| MA27 | Bellingham Town, Massachusetts | 0.1961076781% |
| MA28 | Belmont Town, Massachusetts | 0.2420315678% |
| MA29 | Berkley Town, Massachusetts | 0.1212759115% |
| MA30 | Berlin Town, Massachusetts | 0.0397753511% |
| MA31 | Bernardston Town, Massachusetts | 0.0040751589% |
| MA32 | Beverly City, Massachusetts | 0.4801566147% |
| MA33 | Billerica Town, Massachusetts | 0.3870913124% |
| MA34 | Blackstone Town, Massachusetts | 0.0221473318% |
| MA35 | Blandford Town, Massachusetts | 0.0009007116% |
| MA36 | Bolton Town, Massachusetts | 0.0110088433% |
| MA37 | Boston City, Massachusetts | 10.5767780349% |
| MA38 | Bourne Town, Massachusetts | 0.3783946742% |
| MA39 | Boxborough Town, Massachusetts | 0.0399298051% |
| MA40 | Boxford Town, Massachusetts | 0.0912309051% |
| MA41 | Boylston Town, Massachusetts | 0.0562367737% |
| MA42 | Braintree Town City, Massachusetts | 0.4457226214% |
| MA43 | Brewster Town, Massachusetts | 0.1284470083% |
| MA44 | Bridgewater Town, Massachusetts | 0.0570448443% |
| MA45 | Brimfield Town, Massachusetts | 0.0355644757% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA46 | Bristol County, Massachusetts | 0.1015083030% |
| MA47 | Brockton City, Massachusetts | 2.1170344615% |
| MA48 | Brookfield Town, Massachusetts | 0.0372953453% |
| MA49 | Brookline Town, Massachusetts | 0.8244968622% |
| MA50 | Buckland Town, Massachusetts | 0.0031396937% |
| MA51 | Burlington Town, Massachusetts | 0.3034752912% |
| MA52 | Cambridge City, Massachusetts | 4.3053779748% |
| MA53 | Canton Town, Massachusetts | 0.2909840866% |
| MA54 | Carlisle Town, Massachusetts | 0.0526144568% |
| MA55 | Carver Town, Massachusetts | 0.2179547901% |
| MA56 | Charlemont Town, Massachusetts | 0.0066765925% |
| MA57 | Charlton Town, Massachusetts | 0.0305379405% |
| MA58 | Chatham Town, Massachusetts | 0.1685335181% |
| MA59 | Chelmsford Town, Massachusetts | 0.3162632088% |
| MA60 | Chelsea City, Massachusetts | 0.5236031155% |
| MA61 | Cheshire Town, Massachusetts | 0.0015830626% |
| MA62 | Chester Town, Massachusetts | 0.0096828727% |
| MA63 | Chesterfield Town, Massachusetts | 0.0168042468% |
| MA64 | Chicopee City, Massachusetts | 0.8816952708% |
| MA65 | Chilmark Town, Massachusetts | 0.0062328576% |
| MA66 | Clarksburg Town, Massachusetts | 0.0303920178% |
| MA67 | Clinton Town, Massachusetts | 0.2371744557% |
| MA68 | Cohasset Town, Massachusetts | 0.1430861241% |
| MA69 | Colrain Town, Massachusetts | 0.0016018525% |
| MA70 | Concord Town, Massachusetts | 0.1749597704% |
| MA71 | Conway Town, Massachusetts | 0.0354590115% |
| MA72 | Cummington Town, Massachusetts | 0.0009757143% |
| MA73 | Dalton Town, Massachusetts | 0.0123034626% |
| MA74 | Danvers Town, Massachusetts | 0.4037368656% |
| MA75 | Dartmouth Town, Massachusetts | 0.5505881937% |
| MA76 | Dedham Town, Massachusetts | 0.3188835370% |
| MA77 | Deerfield Town, Massachusetts | 0.0872700035% |
| MA78 | Dennis Town, Massachusetts | 0.0970183530% |
| MA79 | Dighton Town, Massachusetts | 0.0228752705% |
| MA80 | Douglas Town, Massachusetts | 0.1659192613% |
| MA81 | Dover Town, Massachusetts | 0.0683428114% |
| MA82 | Dracut Town, Massachusetts | 0.2045887296% |
| MA83 | Dudley Town, Massachusetts | 0.0179390734% |
| MA84 | Dukes County, Massachusetts | 0.0054256244% |
| MA85 | Dunstable Town, Massachusetts | 0.0041607864% |
| MA86 | Duxbury Town, Massachusetts | 0.3742011756% |
| MA87 | East Bridgewater Town, Massachusetts | 0.2308047825% |
| MA88 | East Brookfield Town, Massachusetts | 0.0052365739% |
| MA89 | East Longmeadow Town, Massachusetts | 0.2715713403% |
| MA90 | Eastham Town, Massachusetts | 0.0786916528% |

G-92

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA91 | Easthampton Town City, Massachusetts | 0.2670463228% |
| MA92 | Easton Town, Massachusetts | 0.5676857515% |
| MA93 | Edgartown, Massachusetts | 0.0809809332% |
| MA94 | Egremont Town, Massachusetts | 0.0050750540% |
| MA95 | Erving Town, Massachusetts | 0.0513752128% |
| MA96 | Essex Town, Massachusetts | 0.0113333487% |
| MA97 | Everett City, Massachusetts | 0.4368228534% |
| MA98 | Fairhaven Town, Massachusetts | 0.3265362625% |
| MA99 | Fall River City, Massachusetts | 2.1055901006% |
| MA100 | Falmouth Town, Massachusetts | 0.6632841320% |
| MA101 | Fitchburg City, Massachusetts | 0.6913634212% |
| MA102 | Florida Town, Massachusetts | 0.0170875086% |
| MA103 | Foxborough Town, Massachusetts | 0.2588100112% |
| MA104 | Framingham Town, Massachusetts | 0.6902310022% |
| MA105 | Franklin Town City, Massachusetts | 0.4506715894% |
| MA106 | Freetown, Massachusetts | 0.0347111837% |
| MA107 | Gardner City, Massachusetts | 0.3080580392% |
| MA108 | Georgetown, Massachusetts | 0.1361143365% |
| MA109 | Gill Town, Massachusetts | 0.0032293514% |
| MA110 | Gloucester City, Massachusetts | 0.4219402015% |
| MA111 | Goshen Town, Massachusetts | 0.0020598761% |
| MA112 | Gosnold Town, Massachusetts | 0.0011645031% |
| MA113 | Grafton Town, Massachusetts | 0.2787903277% |
| MA114 | Granby Town, Massachusetts | 0.1421420753% |
| MA115 | Granville Town, Massachusetts | 0.0205788719% |
| MA116 | Great Barrington Town, Massachusetts | 0.0238735954% |
| MA117 | Greenfield Town City, Massachusetts | 0.4522917084% |
| MA118 | Groton Town, Massachusetts | 0.0112861907% |
| MA119 | Groveland Town, Massachusetts | 0.0109548289% |
| MA120 | Hadley Town, Massachusetts | 0.1036658447% |
| MA121 | Halifax Town, Massachusetts | 0.0744074497% |
| MA122 | Hamilton Town, Massachusetts | 0.0148754814% |
| MA123 | Hampden Town, Massachusetts | 0.0086441416% |
| MA124 | Hancock Town, Massachusetts | 0.0080083205% |
| MA125 | Hanover Town, Massachusetts | 0.2979987927% |
| MA126 | Hanson Town, Massachusetts | 0.0306151413% |
| MA127 | Hardwick Town, Massachusetts | 0.0046489576% |
| MA128 | Harvard Town, Massachusetts | 0.1646144358% |
| MA129 | Harwich Town, Massachusetts | 0.2864309104% |
| MA130 | Hatfield Town, Massachusetts | 0.0627393895% |
| MA131 | Haverhill City, Massachusetts | 0.8142937865% |
| MA132 | Hawley Town, Massachusetts | 0.0002691301% |
| MA133 | Heath Town, Massachusetts | 0.0011790011% |
| MA134 | Hingham Town, Massachusetts | 0.4828724626% |
| MA135 | Hinsdale Town, Massachusetts | 0.0037015067% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA136 | Holbrook Town, Massachusetts | 0.1222501079% |
| MA137 | Holden Town, Massachusetts | 0.0343745879% |
| MA138 | Holland Town, Massachusetts | 0.0238040885% |
| MA139 | Holliston Town, Massachusetts | 0.1672190621% |
| MA140 | Holyoke City, Massachusetts | 0.9664659552% |
| MA141 | Hopedale Town, Massachusetts | 0.1372305825% |
| MA142 | Hopkinton Town, Massachusetts | 0.2027514537% |
| MA143 | Hubbardston Town, Massachusetts | 0.0076647112% |
| MA144 | Hudson Town, Massachusetts | 0.1994512345% |
| MA145 | Hull Town, Massachusetts | 0.1954841045% |
| MA146 | Huntington Town, Massachusetts | 0.0026561285% |
| MA147 | Ipswich Town, Massachusetts | 0.2079635850% |
| MA148 | Kingston Town, Massachusetts | 0.1369378473% |
| MA149 | Lakeville Town, Massachusetts | 0.0202228058% |
| MA150 | Lancaster Town, Massachusetts | 0.0116656002% |
| MA151 | Lanesborough Town, Massachusetts | 0.0575248505% |
| MA152 | Lawrence City, Massachusetts | 1.4758837913% |
| MA153 | Lee Town, Massachusetts | 0.1519018348% |
| MA154 | Leicester Town, Massachusetts | 0.1926291380% |
| MA155 | Lenox Town, Massachusetts | 0.1609461124% |
| MA156 | Leominster City, Massachusetts | 0.7902530708% |
| MA157 | Leverett Town, Massachusetts | 0.0395342227% |
| MA158 | Lexington Town, Massachusetts | 0.5090924410% |
| MA159 | Leyden Town, Massachusetts | 0.0007689206% |
| MA160 | Lincoln Town, Massachusetts | 0.1099619285% |
| MA161 | Littleton Town, Massachusetts | 0.1043597104% |
| MA162 | Longmeadow Town, Massachusetts | 0.2992108201% |
| MA163 | Lowell City, Massachusetts | 1.0242474790% |
| MA164 | Ludlow Town, Massachusetts | 0.3042665608% |
| MA165 | Lunenburg Town, Massachusetts | 0.1916440550% |
| MA166 | Lynn City, Massachusetts | 1.5917595154% |
| MA167 | Lynnfield Town, Massachusetts | 0.2333154069% |
| MA168 | Malden City, Massachusetts | 0.4659742140% |
| MA169 | Manchester-By-The-Sea Town, Massachusetts | 0.0201100664% |
| MA170 | Mansfield Town, Massachusetts | 0.6816694002% |
| MA171 | Marblehead Town, Massachusetts | 0.3485912672% |
| MA172 | Marion Town, Massachusetts | 0.0698025620% |
| MA173 | Marlborough City, Massachusetts | 0.3668295136% |
| MA174 | Marshfield Town, Massachusetts | 0.4930551259% |
| MA175 | Mashpee Town, Massachusetts | 0.3459150927% |
| MA176 | Mattapoisett Town, Massachusetts | 0.0843720139% |
| MA177 | Maynard Town, Massachusetts | 0.1014940666% |
| MA178 | Medfield Town, Massachusetts | 0.2083772770% |
| MA179 | Medford City, Massachusetts | 0.3972200658% |
| MA180 | Medway Town, Massachusetts | 0.1940731867% |
| MA181 | Melrose City, Massachusetts | 0.2296395466% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA182 | Mendon Town, Massachusetts | 0.0164096065% |
| MA183 | Merrimac Town, Massachusetts | 0.0100336001% |
| MA184 | Methuen Town City, Massachusetts | 0.7149217230% |
| MA185 | Middleborough Town, Massachusetts | 0.3933419654% |
| MA186 | Middlefield Town, Massachusetts | 0.0003252381% |
| MA187 | Middleton Town, Massachusetts | 0.0917093411% |
| MA188 | Milford Town, Massachusetts | 0.5323916620% |
| MA189 | Millbury Town, Massachusetts | 0.2332340712% |
| MA190 | Millis Town, Massachusetts | 0.0999797258% |
| MA191 | Millville Town, Massachusetts | 0.0062130209% |
| MA192 | Milton Town, Massachusetts | 0.3520463069% |
| MA193 | Monroe Town, Massachusetts | 0.0001025332% |
| MA194 | Monson Town, Massachusetts | 0.1266258006% |
| MA195 | Montague Town, Massachusetts | 0.0291412591% |
| MA196 | Monterey Town, Massachusetts | 0.0042137017% |
| MA197 | Montgomery Town, Massachusetts | 0.0002324400% |
| MA198 | Mt Washington Town, Massachusetts | 0.0001746048% |
| MA199 | Nahant Town, Massachusetts | 0.0355497159% |
| MA200 | Nantucket Town, Massachusetts | 0.1102324194% |
| MA201 | Natick Town, Massachusetts | 0.3421702489% |
| MA202 | Needham Town, Massachusetts | 0.4914063771% |
| MA203 | New Ashford Town, Massachusetts | 0.0002677169% |
| MA204 | New Bedford City, Massachusetts | 2.3617391681% |
| MA205 | New Braintree Town, Massachusetts | 0.0013480056% |
| MA206 | New Marlborough Town, Massachusetts | 0.0032940955% |
| MA207 | New Salem Town, Massachusetts | 0.0024476600% |
| MA208 | Newbury Town, Massachusetts | 0.0135400372% |
| MA209 | Newburyport City, Massachusetts | 0.2905748435% |
| MA210 | Newton City, Massachusetts | 1.0088865481% |
| MA211 | Norfolk County, Massachusetts | 0.0563017795% |
| MA212 | Norfolk Town, Massachusetts | 0.0892988423% |
| MA213 | North Adams City, Massachusetts | 0.3428675166% |
| MA214 | North Andover Town, Massachusetts | 0.4494773051% |
| MA215 | North Attleborough Town, Massachusetts | 0.6369959028% |
| MA216 | North Brookfield Town, Massachusetts | 0.0698725924% |
| MA217 | North Reading Town, Massachusetts | 0.1664230820% |
| MA218 | Northampton City, Massachusetts | 0.5405649568% |
| MA219 | Northborough Town, Massachusetts | 0.2422641125% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA220 | Northbridge Town, Massachusetts | 0.2823159735% |
| MA221 | Northfield Town, Massachusetts | 0.0153010544% |
| MA222 | Norton Town, Massachusetts | 0.4563834066% |
| MA223 | Norwell Town, Massachusetts | 0.2753854817% |
| MA224 | Norwood Town, Massachusetts | 0.3412282413% |
| MA225 | Oak Bluffs Town, Massachusetts | 0.0769116887% |
| MA226 | Oakham Town, Massachusetts | 0.0026269230% |
| MA227 | Orange Town, Massachusetts | 0.1376712816% |
| MA228 | Orleans Town, Massachusetts | 0.0935051641% |
| MA229 | Otis Town, Massachusetts | 0.0035269019% |
| MA230 | Oxford Town, Massachusetts | 0.2336229019% |
| MA231 | Palmer Town City, Massachusetts | 0.1621757259% |
| MA232 | Paxton Town, Massachusetts | 0.0115100470% |
| MA233 | Peabody City, Massachusetts | 0.7162928627% |
| MA234 | Pelham Town, Massachusetts | 0.0235476246% |
| MA235 | Pembroke Town, Massachusetts | 0.3388218249% |
| MA236 | Pepperell Town, Massachusetts | 0.0102363113% |
| MA237 | Peru Town, Massachusetts | 0.0011523603% |
| MA238 | Petersham Town, Massachusetts | 0.0159775433% |
| MA239 | Phillipston Town, Massachusetts | 0.0039835646% |
| MA240 | Pittsfield City, Massachusetts | 1.1541979937% |
| MA241 | Plainfield Town, Massachusetts | 0.0004986914% |
| MA242 | Plainville Town, Massachusetts | 0.0738004154% |
| MA243 | Plymouth County, Massachusetts | 0.0008974666% |
| MA244 | Plymouth Town, Massachusetts | 1.0727134492% |
| MA245 | Plympton Town, Massachusetts | 0.0311939123% |
| MA246 | Princeton Town, Massachusetts | 0.0094015998% |
| MA247 | Provincetown, Massachusetts | 0.0895015011% |
| MA248 | Quincy City, Massachusetts | 1.0277365393% |
| MA249 | Randolph Town, Massachusetts | 0.3517891103% |
| MA250 | Raynham Town, Massachusetts | 0.0739771661% |
| MA251 | Reading Town, Massachusetts | 0.2463903024% |
| MA252 | Rehoboth Town, Massachusetts | 0.0342848256% |
| MA253 | Revere City, Massachusetts | 0.5754964378% |
| MA254 | Richmond Town, Massachusetts | 0.0346755405% |
| MA255 | Rochester Town, Massachusetts | 0.0656757963% |
| MA256 | Rockland Town, Massachusetts | 0.3048431858% |
| MA257 | Rockport Town, Massachusetts | 0.1188536886% |
| MA258 | Rowe Town, Massachusetts | 0.0242459391% |
| MA259 | Rowley Town, Massachusetts | 0.0134543050% |
| MA260 | Royalston Town, Massachusetts | 0.0020739031% |
| MA261 | Russell Town, Massachusetts | 0.0012348998% |
| MA262 | Rutland Town, Massachusetts | 0.0122272562% |
| MA263 | Salem City, Massachusetts | 0.6254547137% |
| MA264 | Salisbury Town, Massachusetts | 0.0319290215% |
| MA265 | Sandisfield Town, Massachusetts | 0.0020719142% |
| MA266 | Sandwich Town, Massachusetts | 0.4944903815% |
| MA267 | Saugus Town, Massachusetts | 0.3330802265% |
| MA268 | Savoy Town, Massachusetts | 0.0103246605% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA269 | Scituate Town, Massachusetts | 0.3938536371% |
| MA270 | Seekonk Town, Massachusetts | 0.3325159013% |
| MA271 | Sharon Town, Massachusetts | 0.3157804286% |
| MA272 | Sheffield Town, Massachusetts | 0.0066580643% |
| MA273 | Shelburne Town, Massachusetts | 0.0145706034% |
| MA274 | Sherborn Town, Massachusetts | 0.0361347676% |
| MA275 | Shirley Town, Massachusetts | 0.0049654026% |
| MA276 | Shrewsbury Town, Massachusetts | 0.6471205738% |
| MA277 | Shutesbury Town, Massachusetts | 0.0358178516% |
| MA278 | Somerset Town, Massachusetts | 0.2943717652% |
| MA279 | Somerville City, Massachusetts | 0.5538327759% |
| MA280 | South Hadley Town, Massachusetts | 0.3289508962% |
| MA281 | Southampton Town, Massachusetts | 0.0773861993% |
| MA282 | Southborough Town, Massachusetts | 0.2173688486% |
| MA283 | Southbridge Town City, Massachusetts | 0.2906114812% |
| MA284 | Southwick Town, Massachusetts | 0.0165255910% |
| MA285 | Spencer Town, Massachusetts | 0.0203153945% |
| MA286 | Springfield City, Massachusetts | 3.4410224370% |
| MA287 | Sterling Town, Massachusetts | 0.0196759620% |
| MA288 | Stockbridge Town, Massachusetts | 0.0092305018% |
| MA289 | Stoneham Town, Massachusetts | 0.1669780908% |
| MA290 | Stoughton Town, Massachusetts | 0.3118943726% |
| MA291 | Stow Town, Massachusetts | 0.0087733680% |
| MA292 | Sturbridge Town, Massachusetts | 0.1235688557% |
| MA293 | Sudbury Town, Massachusetts | 0.1950193814% |
| MA294 | Sunderland Town, Massachusetts | 0.0394445127% |
| MA295 | Sutton Town, Massachusetts | 0.1720631416% |
| MA296 | Swampscott Town, Massachusetts | 0.2802270489% |
| MA297 | Swansea Town, Massachusetts | 0.3127370397% |
| MA298 | Taunton City, Massachusetts | 1.3156698571% |
| MA299 | Templeton Town, Massachusetts | 0.0167725290% |
| MA300 | Tewksbury Town, Massachusetts | 0.2526508477% |
| MA301 | Tisbury Town, Massachusetts | 0.0665566713% |
| MA302 | Tolland Town, Massachusetts | 0.0005593530% |
| MA303 | Topsfield Town, Massachusetts | 0.0713350646% |
| MA304 | Townsend Town, Massachusetts | 0.0093843801% |
| MA305 | Truro Town, Massachusetts | 0.0604250384% |
| MA306 | Tyngsborough Town, Massachusetts | 0.1162396935% |
| MA307 | Tyringham Town, Massachusetts | 0.0012803829% |
| MA308 | Upton Town, Massachusetts | 0.0211017442% |
| MA309 | Uxbridge Town, Massachusetts | 0.2255606716% |
| MA310 | Wakefield Town, Massachusetts | 0.2116065761% |
| MA311 | Wales Town, Massachusetts | 0.0147604390% |
| MA312 | Walpole Town, Massachusetts | 0.3194149930% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA313 | Waltham City, Massachusetts | 0.5322671985% |
| MA314 | Ware Town, Massachusetts | 0.2035588439% |
| MA315 | Wareham Town, Massachusetts | 0.3595394490% |
| MA316 | Warren Town, Massachusetts | 0.0179304373% |
| MA317 | Warwick Town, Massachusetts | 0.0065997057% |
| MA318 | Washington Town, Massachusetts | 0.0004074112% |
| MA319 | Watertown Town City, Massachusetts | 0.2540965713% |
| MA320 | Wayland Town, Massachusetts | 0.2147389946% |
| MA321 | Webster Town, Massachusetts | 0.2405963644% |
| MA322 | Wellesley Town, Massachusetts | 0.4811483972% |
| MA323 | Wellfleet Town, Massachusetts | 0.0667808417% |
| MA324 | Wendell Town, Massachusetts | 0.0010508215% |
| MA325 | Wenham Town, Massachusetts | 0.0112119209% |
| MA326 | West Boylston Town, Massachusetts | 0.1222726663% |
| MA327 | West Bridgewater Town, Massachusetts | 0.1467598909% |
| MA328 | West Brookfield Town, Massachusetts | 0.0059191866% |
| MA329 | West Newbury Town, Massachusetts | 0.0086981560% |
| MA330 | West Springfield Town City, Massachusetts | 0.4627594653% |
| MA331 | West Stockbridge Town, Massachusetts | 0.0028401544% |
| MA332 | West Tisbury Town, Massachusetts | 0.0099183484% |
| MA333 | Westborough Town, Massachusetts | 0.5070384269% |
| MA334 | Westfield City, Massachusetts | 0.6538385669% |
| MA335 | Westford Town, Massachusetts | 0.2939962811% |
| MA336 | Westhampton Town, Massachusetts | 0.0199373981% |
| MA337 | Westminster Town, Massachusetts | 0.0226744436% |
| MA338 | Weston Town, Massachusetts | 0.2254658323% |
| MA339 | Westport Town, Massachusetts | 0.2811335179% |
| MA340 | Westwood Town, Massachusetts | 0.2903783084% |
| MA341 | Weymouth Town City, Massachusetts | 0.5656639786% |
| MA342 | Whately Town, Massachusetts | 0.0314223222% |
| MA343 | Whitman Town, Massachusetts | 0.0448742719% |
| MA344 | Wilbraham Town, Massachusetts | 0.0313150261% |
| MA345 | Williamsburg Town, Massachusetts | 0.0343998679% |
| MA346 | Williamstown, Massachusetts | 0.0783021941% |
| MA347 | Wilmington Town, Massachusetts | 0.2467559990% |
| MA348 | Winchendon Town, Massachusetts | 0.1830720373% |
| MA349 | Winchester Town, Massachusetts | 0.2570095300% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA350 | Windsor Town, Massachusetts | 0.0005238144% |
| MA351 | Winthrop Town City, Massachusetts | 0.1505890537% |
| MA352 | Woburn City, Massachusetts | 0.3503541163% |
| MA353 | Worcester City, Massachusetts | 3.7929503518% |
| MA354 | Worthington Town, Massachusetts | 0.0015069609% |
| MA355 | Wrentham Town, Massachusetts | 0.0961794021% |
| MA356 | Yarmouth Town, Massachusetts | 0.1308391883% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI1 | Ada Township, Michigan | 0.0042278554% |
| MI2 | Adrian City, Michigan | 0.0328126789% |
| MI3 | Alcona County, Michigan | 0.0934629817% |
| MI4 | Alger County, Michigan | 0.0879525875% |
| MI5 | Algoma Township, Michigan | 0.0016941585% |
| MI6 | Allegan County, Michigan | 0.4460242903% |
| MI7 | Allen Park City, Michigan | 0.0620457416% |
| MI8 | Allendale Charter Township, Michigan | 0.0044901249% |
| MI9 | Alpena County, Michigan | 0.3552566921% |
| MI10 | Alpine Charter Township, Michigan | 0.0014679355% |
| MI11 | Ann Arbor City, Michigan | 0.2674253148% |
| MI12 | Antrim County, Michigan | 0.2666725680% |
| MI13 | Antwerp Township, Michigan | 0.0007581775% |
| MI14 | Arenac County, Michigan | 0.1805504304% |
| MI15 | Auburn Hills City, Michigan | 0.0679438259% |
| MI16 | Bangor Charter Township, Michigan | 0.0063071908% |
| MI17 | Baraga County, Michigan | 0.0830045795% |
| MI18 | Barry County, Michigan | 0.2499588316% |
| MI19 | Bath Charter Township, Michigan | 0.0310575579% |
| MI20 | Battle Creek City, Michigan | 0.1976545014% |
| MI21 | Bay City, Michigan | 0.0662640083% |
| MI22 | Bay County, Michigan | 1.1889740912% |
| MI23 | Bedford Township, Michigan | 0.0238194433% |
| MI24 | Benton Charter Township, Michigan | 0.0523760917% |
| MI25 | Benzie County, Michigan | 0.1559708495% |
| MI26 | Berkley City, Michigan | 0.0207220905% |
| MI27 | Berrien County, Michigan | 1.4353008205% |
| MI28 | Beverly Hills Village, Michigan | 0.0265585450% |
| MI29 | Big Rapids City, Michigan | 0.0141485793% |
| MI30 | Birmingham City, Michigan | 0.0595211261% |
| MI278 | Blackman Charter Township, Michigan | 0.0000000000% |
| MI31 | Bloomfield Charter Township, Michigan | 0.1382971973% |
| MI32 | Branch County, Michigan | 0.3823019725% |
| MI33 | Brandon Charter Township, Michigan | 0.0172309269% |
| MI34 | Brighton Township, Michigan | 0.0005844508% |
| MI35 | Brownstown Charter Township, Michigan | 0.0597655290% |
| MI36 | Burton City, Michigan | 0.0191573337% |
| MI37 | Byron Township, Michigan | 0.0082898139% |
| MI38 | Cadillac City, Michigan | 0.0572782844% |
| MI39 | Caledonia Charter Township, Kent County, Michigan | 0.0026644035% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI40 | Calhoun County, Michigan | 1.7844560932% |
| MI41 | Cannon Township, Michigan | 0.0031972842% |
| MI42 | Canton Charter Township, Michigan | 0.2635380816% |
| MI43 | Cascade Charter Township, Michigan | 0.0117082940% |
| MI44 | Cass County, Michigan | 0.4127454052% |
| MI45 | Charlevoix County, Michigan | 0.2142857345% |
| MI46 | Cheboygan County, Michigan | 0.3054122146% |
| MI47 | Chesterfield Charter Township, Michigan | 0.1219762582% |
| MI48 | Chippewa County, Michigan | 0.2775926422% |
| MI49 | Clare County, Michigan | 0.2705014687% |
| MI50 | Clawson City, Michigan | 0.0134773906% |
| MI51 | Clinton Charter Township, Michigan | 0.6524315825% |
| MI52 | Clinton County, Michigan | 0.5402667258% |
| MI53 | Coldwater City, Michigan | 0.0074666730% |
| MI54 | Commerce Charter Township, Michigan | 0.0192121087% |
| MI55 | Comstock Charter Township, Michigan | 0.0081656838% |
| MI56 | Cooper Charter Township, Michigan | 0.0009266020% |
| MI57 | Crawford County, Michigan | 0.2886252314% |
| MI58 | Davison Township, Michigan | 0.0085451532% |
| MI59 | Dearborn City, Michigan | 0.2895118016% |
| MI60 | Dearborn Heights City, Michigan | 0.1017944247% |
| MI61 | Delhi Charter Township, Michigan | 0.0190090980% |
| MI62 | Delta Charter Township, Michigan | 0.0391807240% |
| MI63 | Delta County, Michigan | 0.2697501609% |
| MI64 | Detroit City, Michigan | 7.3863527308% |
| MI65 | Dewitt Charter Township, Michigan | 0.0355251274% |
| MI66 | Dickinson County, Michigan | 0.2772928270% |
| MI67 | East Bay Township, Michigan | 0.0014150822% |
| MI68 | East Grand Rapids City, Michigan | 0.0200332982% |
| MI69 | East Lansing City, Michigan | 0.1928772515% |
| MI70 | Eastpointe City, Michigan | 0.1620457585% |
| MI71 | Eaton County, Michigan | 1.0040379149% |
| MI72 | Egelston Township, Michigan | 0.0057198661% |
| MI73 | Emmet County, Michigan | 0.1751859110% |
| MI74 | Emmett Charter Township, Michigan | 0.0078634499% |
| MI75 | Escanaba City, Michigan | 0.0187485817% |
| MI76 | Farmington City, Michigan | 0.0212789632% |
| MI77 | Farmington Hills City, Michigan | 0.1595279696% |
| MI78 | Fenton Charter Township, Michigan | 0.0017899625% |

G-101

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI79 | Fenton City, Michigan | 0.0463367531% |
| MI80 | Ferndale City, Michigan | 0.0860957347% |
| MI81 | Flat Rock City, Michigan | 0.0165965372% |
| MI82 | Flint Charter Township, Michigan | 0.0247094958% |
| MI83 | Flint City, Michigan | 2.8492826162% |
| MI84 | Flushing Charter Township, Michigan | 0.0036163716% |
| MI85 | Fort Gratiot Charter Township, Michigan | 0.0091219411% |
| MI86 | Fraser City, Michigan | 0.0773787868% |
| MI87 | Frenchtown Charter Township, Michigan | 0.0472286300% |
| MI88 | Fruitport Charter Township, Michigan | 0.0124893804% |
| MI89 | Gaines Township, Kent County, Michigan | 0.0086869609% |
| MI90 | Garden City, Michigan | 0.0348032319% |
| MI91 | Garfield Charter Township, Michigan | 0.0003928875% |
| MI92 | Genesee Charter Township, Michigan | 0.0125078610% |
| MI93 | Genesee County, Michigan | 2.1444091585% |
| MI94 | Genoa Township, Michigan | 0.0000730563% |
| MI95 | Georgetown Charter Township, Michigan | 0.0069588066% |
| MI96 | Gladwin County, Michigan | 0.2077497604% |
| MI97 | Gogebic County, Michigan | 0.0721438406% |
| MI98 | Grand Blanc Charter Township, Michigan | 0.0202728576% |
| MI99 | Grand Haven Charter Township, Michigan | 0.0108943696% |
| MI100 | Grand Haven City, Michigan | 0.0335954698% |
| MI101 | Grand Rapids Charter Township, Michigan | 0.0036296214% |
| MI102 | Grand Rapids City, Michigan | 1.3440305744% |
| MI103 | Grand Traverse County, Michigan | 0.9563577517% |
| MI104 | Grandville City, Michigan | 0.0268602038% |
| MI105 | Gratiot County, Michigan | 0.3525171058% |
| MI106 | Green Oak Township, Michigan | 0.0310802595% |
| MI107 | Grosse Ile Township, Michigan | 0.0206969233% |
| MI108 | Grosse Pointe Park City, Michigan | 0.0273525288% |
| MI109 | Grosse Pointe Woods City, Michigan | 0.0194917954% |
| MI110 | Hamburg Township, Michigan | 0.0327814289% |
| MI111 | Hamtramck City, Michigan | 0.1045696825% |
| MI112 | Harper Woods City, Michigan | 0.0291877050% |
| MI113 | Harrison Charter Township, Michigan | 0.1197690060% |
| MI114 | Hartland Township, Michigan | 0.0002817888% |

G-102

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI115 | Hazel Park City, Michigan | 0.0425097355% |
| MI116 | Highland Charter Township, Michigan | 0.0169953269% |
| MI117 | Highland Park City, Michigan | 0.0226020911% |
| MI118 | Hillsdale County, Michigan | 0.4179676993% |
| MI119 | Holland Charter Township, Michigan | 0.0168424444% |
| MI120 | Holland City, Michigan | 0.0955964916% |
| MI121 | Holly Township, Michigan | 0.0023667091% |
| MI122 | Houghton County, Michigan | 0.2492719347% |
| MI123 | Huron Charter Township, Michigan | 0.0404726791% |
| MI124 | Huron County, Michigan | 0.1691383539% |
| MI125 | Independence Charter Township, Michigan | 0.0476500991% |
| MI126 | Ingham County, Michigan | 2.3910799665% |
| MI127 | Inkster City, Michigan | 0.0963789326% |
| MI128 | Ionia City, Michigan | 0.0259372614% |
| MI129 | Ionia County, Michigan | 0.5298085345% |
| MI130 | Iosco County, Michigan | 0.3597971837% |
| MI131 | Iron County, Michigan | 0.1234778574% |
| MI132 | Iron Mountain City, Michigan | 0.0102890396% |
| MI133 | Isabella County, Michigan | 0.6406627159% |
| MI134 | Jackson City, Michigan | 0.1975960490% |
| MI135 | Jackson County, Michigan | 0.6266962818% |
| MI136 | Kalamazoo Charter Township, Michigan | 0.0300335110% |
| MI137 | Kalamazoo City, Michigan | 0.2186435127% |
| MI138 | Kalamazoo County, Michigan | 2.1433241424% |
| MI139 | Kalkaska County, Michigan | 0.0950485976% |
| MI140 | Kent County, Michigan | 3.0032910409% |
| MI141 | Kentwood City, Michigan | 0.0821691991% |
| MI142 | Keweenaw County, Michigan | 0.0039070602% |
| MI143 | Lake County, Michigan | 0.0815750583% |
| MI144 | Lansing City, Michigan | 0.6157258774% |
| MI145 | Lapeer County, Michigan | 0.4570551035% |
| MI146 | Leelanau County, Michigan | 0.1385869050% |
| MI147 | Lenawee County, Michigan | 0.8823790089% |
| MI148 | Lenox Township, Michigan | 0.0064611477% |
| MI149 | Leoni Township, Michigan | 0.0052492697% |
| MI150 | Lincoln Charter Township, Michigan | 0.0103038346% |
| MI151 | Lincoln Park City, Michigan | 0.0917234908% |
| MI152 | Livingston County, Michigan | 1.4441655813% |
| MI153 | Livonia City, Michigan | 0.4479739512% |
| MI154 | Luce County, Michigan | 0.0715137120% |
| MI155 | Lyon Charter Township, Michigan | 0.0034804545% |
| MI156 | Mackinac County, Michigan | 0.0525087280% |
| MI157 | Macomb County, Michigan | 8.9600697690% |

G-103

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI158 | Macomb Township, Michigan | 0.0624612667% |
| MI159 | Madison Heights City, Michigan | 0.0833167256% |
| MI160 | Manistee County, Michigan | 0.3495467119% |
| MI161 | Marion Township, Livingston County, Michigan | 0.0001148028% |
| MI162 | Marquette City, Michigan | 0.0180973752% |
| MI163 | Marquette County, Michigan | 0.6035272233% |
| MI164 | Mason County, Michigan | 0.2785769407% |
| MI165 | Mecosta County, Michigan | 0.1917457546% |
| MI166 | Melvindale City, Michigan | 0.0300027854% |
| MI167 | Menominee County, Michigan | 0.0912256468% |
| MI168 | Meridian Charter Township, Michigan | 0.0408752583% |
| MI169 | Midland City, Michigan | 0.1745254871% |
| MI170 | Midland County, Michigan | 0.3108652798% |
| MI171 | Milford Charter Township, Michigan | 0.0037106999% |
| MI172 | Missaukee County, Michigan | 0.0578937210% |
| MI173 | Monitor Charter Township, Michigan | 0.0025502597% |
| MI174 | Monroe Charter Township, Michigan | 0.0069121111% |
| MI175 | Monroe City, Michigan | 0.1213473624% |
| MI176 | Monroe County, Michigan | 1.7767045087% |
| MI177 | Montcalm County, Michigan | 0.6957831869% |
| MI178 | Montmorency County, Michigan | 0.0985847841% |
| MI179 | Mount Clemens City, Michigan | 0.0290390165% |
| MI180 | Mount Morris Charter Township, Michigan | 0.0143743799% |
| MI181 | Mount Pleasant City, Michigan | 0.0206549613% |
| MI182 | Mundy Charter Township, Michigan | 0.0087055516% |
| MI183 | Muskegon Charter Township, Michigan | 0.0208333463% |
| MI184 | Muskegon City, Michigan | 0.1009248080% |
| MI185 | Muskegon County, Michigan | 1.9100367830% |
| MI186 | Muskegon Heights City, Michigan | 0.0288916451% |
| MI187 | New Baltimore City, Michigan | 0.0277364435% |
| MI188 | Newaygo County, Michigan | 0.5231811022% |
| MI189 | Niles City, Michigan | 0.0336753397% |
| MI190 | Niles Township, Michigan | 0.0124323128% |
| MI191 | Northville Charter Township, Michigan | 0.0937410207% |
| MI192 | Norton Shores City, Michigan | 0.0405173975% |
| MI193 | Novi City, Michigan | 0.0846232347% |
| MI194 | Oak Park City, Michigan | 0.0599120079% |
| MI195 | Oakland Charter Township, Michigan | 0.0158387451% |
| MI196 | Oakland County, Michigan | 6.0626269110% |

G-104

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI197 | Oceana County, Michigan | 0.2437641356% |
| MI198 | Oceola Township, Michigan | 0.0002087325% |
| MI199 | Ogemaw County, Michigan | 0.6231250992% |
| MI200 | Ontonagon County, Michigan | 0.0564870701% |
| MI201 | Orion Charter Township, Michigan | 0.0279774995% |
| MI202 | Osceola County, Michigan | 0.2155121164% |
| MI203 | Oscoda County, Michigan | 0.0566748663% |
| MI204 | Oshtemo Charter Township, Michigan | 0.0071811704% |
| MI205 | Otsego County, Michigan | 0.3179204956% |
| MI206 | Ottawa County, Michigan | 0.8561297014% |
| MI207 | Owosso City, Michigan | 0.0346613348% |
| MI208 | Oxford Charter Township, Michigan | 0.0127384634% |
| MI209 | Park Township, Ottawa County, Michigan | 0.0040071188% |
| MI210 | Pittsfield Charter Township, Michigan | 0.0274648128% |
| MI211 | Plainfield Charter Township, Michigan | 0.0085009554% |
| MI212 | Plymouth Charter Township, Michigan | 0.0357383127% |
| MI213 | Pontiac City, Michigan | 0.3248498872% |
| MI214 | Port Huron Charter Township, Michigan | 0.0083327500% |
| MI215 | Port Huron City, Michigan | 0.1504374166% |
| MI216 | Portage City, Michigan | 0.0567022991% |
| MI217 | Presque Isle County, Michigan | 0.1629846266% |
| MI218 | Redford Charter Township, Michigan | 0.1223763279% |
| MI219 | Riverview City, Michigan | 0.0278625766% |
| MI220 | Rochester City, Michigan | 0.0230459632% |
| MI221 | Rochester Hills City, Michigan | 0.0390185719% |
| MI222 | Romulus City, Michigan | 0.1043054243% |
| MI223 | Roscommon County, Michigan | 0.4301835283% |
| MI224 | Roseville City, Michigan | 0.2467127304% |
| MI225 | Royal Oak City, Michigan | 0.1498737243% |
| MI226 | Saginaw Charter Township, Michigan | 0.0399524841% |
| MI227 | Saginaw City, Michigan | 0.2486892685% |
| MI228 | Saginaw County, Michigan | 1.8697499899% |
| MI229 | Sanilac County, Michigan | 0.3884583961% |
| MI230 | Sault Ste. Marie City, Michigan | 0.1102861372% |
| MI231 | Schoolcraft County, Michigan | 0.0455825815% |
| MI232 | Scio Charter Township, Michigan | 0.0029747576% |
| MI233 | Shelby Charter Township, Michigan | 0.2924370238% |
| MI234 | Shiawassee County, Michigan | 0.8126038392% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI235 | South Lyon City, Michigan | 0.0149498906% |
| MI236 | Southfield City, Michigan | 0.2271237501% |
| MI237 | Southfield Township, Michigan | 0.0000642545% |
| MI238 | Southgate City, Michigan | 0.0512897499% |
| MI239 | Spring Lake Township, Michigan | 0.0060017466% |
| MI240 | Springfield Charter Township, Michigan | 0.0025808909% |
| MI241 | St Clair County, Michigan | 2.2355263751% |
| MI242 | St Joseph County, Michigan | 0.2462634133% |
| MI243 | St. Clair Shores City, Michigan | 0.1962330188% |
| MI244 | Sterling Heights City, Michigan | 1.0160154348% |
| MI245 | Sturgis City, Michigan | 0.0345993898% |
| MI246 | Summit Township, Jackson County, Michigan | 0.0084993840% |
| MI247 | Superior Charter Township, Michigan | 0.0069991428% |
| MI248 | Taylor City, Michigan | 0.2173451175% |
| MI249 | Texas Charter Township, Michigan | 0.0030056684% |
| MI250 | Thomas Township, Michigan | 0.0073384407% |
| MI251 | Traverse City, Michigan | 0.0694748526% |
| MI252 | Trenton City, Michigan | 0.0278175688% |
| MI253 | Troy City, Michigan | 0.1362571155% |
| MI254 | Tuscola County, Michigan | 0.4964108264% |
| MI255 | Tyrone Township, Livingston County, Michigan | 0.0055627194% |
| MI256 | Union Charter Township, Michigan | 0.0000295731% |
| MI257 | Van Buren Charter Township, Michigan | 0.0769291242% |
| MI258 | Van Buren County, Michigan | 0.4404295489% |
| MI259 | Vienna Charter Township, Genesee County, Michigan | 0.0049907472% |
| MI260 | Walker City, Michigan | 0.0333201255% |
| MI261 | Warren City, Michigan | 1.2684334598% |
| MI262 | Washington Township, Macomb County, Michigan | 0.0466960473% |
| MI263 | Washtenaw County, Michigan | 2.6615283392% |
| MI264 | Waterford Charter Township, Michigan | 0.1262119884% |
| MI265 | Wayne City, Michigan | 0.0938477408% |
| MI266 | Wayne County, Michigan | 11.4087490300% |
| MI267 | West Bloomfield Charter Township, Michigan | 0.1514104788% |
| MI268 | Westland City, Michigan | 0.3653115305% |
| MI269 | Wexford County, Michigan | 0.3345380363% |
| MI270 | White Lake Charter Township, Michigan | 0.0337978902% |
| MI271 | Wixom City, Michigan | 0.0213271541% |

G-106

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI272 | Woodhaven City, Michigan | 0.0330180645% |
| MI273 | Wyandotte City, Michigan | 0.0563902282% |
| MI274 | Wyoming City, Michigan | 0.1474722212% |
| MI275 | Ypsilanti Charter Township, Michigan | 0.0334144094% |
| MI276 | Ypsilanti City, Michigan | 0.0518771364% |
| MI277 | Zeeland Charter Township, Michigan | 0.0035509487% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MN1 | Aitkin County, Minnesota | 0.5760578506% |
| MN4 | Andover City, Minnesota | 0.1364919451% |
| MN6 | Anoka County, Minnesota | 5.0386504681% |
| MN7 | Apple Valley City, Minnesota | 0.2990817345% |
| MN10 | Becker County, Minnesota | 0.6619330684% |
| MN11 | Beltrami County, Minnesota | 0.7640787093% |
| MN13 | Benton County, Minnesota | 0.6440948102% |
| MN15 | Big Stone County, Minnesota | 0.1194868775% |
| MN16 | Blaine City, Minnesota | 0.4249516913% |
| MN17 | Bloomington City, Minnesota | 0.4900195550% |
| MN18 | Blue Earth County, Minnesota | 0.6635420705% |
| MN20 | Brooklyn Center City, Minnesota | 0.1413853902% |
| MN21 | Brooklyn Park City, Minnesota | 0.2804136235% |
| MN22 | Brown County, Minnesota | 0.3325325416% |
| MN24 | Burnsville City, Minnesota | 0.5135361297% |
| MN25 | Carlton County, Minnesota | 0.9839591749% |
| MN26 | Carver County, Minnesota | 1.1452829660% |
| MN27 | Cass County, Minnesota | 0.8895681513% |
| MN31 | Chippewa County, Minnesota | 0.2092611794% |
| MN32 | Chisago County, Minnesota | 0.9950193750% |
| MN33 | Clay County, Minnesota | 0.9428475282% |
| MN34 | Clearwater County, Minnesota | 0.1858592043% |
| MN37 | Cook County, Minnesota | 0.1074594960% |
| MN38 | Coon Rapids City, Minnesota | 0.5772642445% |
| MN39 | Cottage Grove City, Minnesota | 0.2810994719% |
| MN40 | Cottonwood County, Minnesota | 0.1739065270% |
| MN41 | Crow Wing County, Minnesota | 1.1394859175% |
| MN43 | Dakota County, Minnesota | 4.4207140603% |
| MN44 | Dodge County, Minnesota | 0.2213963258% |
| MN45 | Douglas County, Minnesota | 0.6021779472% |
| MN46 | Duluth City, Minnesota | 1.1502115380% |
| MN47 | Eagan City, Minnesota | 0.3657951576% |
| MN49 | Eden Prairie City, Minnesota | 0.2552171573% |
| MN50 | Edina City, Minnesota | 0.1973054822% |
| MN54 | Faribault County, Minnesota | 0.2169409335% |
| MN57 | Fillmore County, Minnesota | 0.2329591105% |
| MN59 | Freeborn County, Minnesota | 0.3507169824% |
| MN62 | Goodhue County, Minnesota | 0.5616542387% |
| MN64 | Grant County, Minnesota | 0.0764556498% |
| MN67 | Hennepin County, Minnesota | 19.0624622262% |
| MN70 | Houston County, Minnesota | 0.3099019273% |
| MN71 | Hubbard County, Minnesota | 0.4582368775% |
| MN74 | Inver Grove Heights City, Minnesota | 0.2193400520% |
| MN75 | Isanti County, Minnesota | 0.7712992708% |
| MN76 | Itasca County, Minnesota | 1.1406408131% |
| MN77 | Jackson County, Minnesota | 0.1408950444% |
| MN78 | Kanabec County, Minnesota | 0.3078966750% |
| MN79 | Kandiyohi County, Minnesota | 0.1581167542% |

G-108

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MN80 | Kittson County, Minnesota | 0.0812834506% |
| MN81 | Koochiching County, Minnesota | 0.2612581866% |
| MN82 | Lac Qui Parle County, Minnesota | 0.0985665133% |
| MN83 | Lake County, Minnesota | 0.1827750321% |
| MN84 | Lake of the Woods County, Minnesota | 0.1123105028% |
| MN85 | Lakeville City, Minnesota | 0.2822249627% |
| MN86 | Le Sueur County, Minnesota | 0.3225703347% |
| MN87 | Lincoln County, Minnesota | 0.1091919984% |
| MN90 | Lyon County, Minnesota | 0.2935118186% |
| MN91 | Mahnomen County, Minnesota | 0.1416417688% |
| MN92 | Mankato City, Minnesota | 0.3698584321% |
| MN93 | Maple Grove City, Minnesota | 0.1814019047% |
| MN94 | Maplewood City, Minnesota | 0.1875101678% |
| MN96 | Marshall County, Minnesota | 0.1296352091% |
| MN97 | Martin County, Minnesota | 0.2543064014% |
| MN98 | McLeod County, Minnesota | 0.1247104518% |
| MN99 | Meeker County, Minnesota | 0.3744031515% |
| MN101 | Mille Lacs County, Minnesota | 0.9301506696% |
| MN102 | Minneapolis City, Minnesota | 4.8777618689% |
| MN103 | Minnetonka City, Minnesota | 0.1967231071% |
| MN105 | Moorhead City, Minnesota | 0.4337377038% |
| MN106 | Morrison County, Minnesota | 0.7178981419% |
| MN108 | Mower County, Minnesota | 0.5801769149% |
| MN109 | Murray County, Minnesota | 0.1348775389% |
| MN113 | Nicollet County, Minnesota | 0.1572381053% |
| MN114 | Nobles County, Minnesota | 0.1562005112% |
| MN115 | Norman County, Minnesota | 0.1087596675% |
| MN118 | North St. Paul City, Minnesota | 0.0575844069% |
| MN121 | Olmsted County, Minnesota | 1.9236715095% |
| MN123 | Otter Tail County, Minnesota | 0.8336175419% |
| MN125 | Pennington County, Minnesota | 0.3082576395% |
| MN126 | Pine County, Minnesota | 0.5671222707% |
| MN127 | Pipestone County, Minnesota | 0.1535154503% |
| MN128 | Plymouth City, Minnesota | 0.1762541473% |
| MN129 | Polk County, Minnesota | 0.8654291474% |
| MN130 | Pope County, Minnesota | 0.1870129873% |
| MN132 | Proctor City, Minnesota | 0.0214374128% |
| MN134 | Ramsey County, Minnesota | 7.1081424150% |
| MN135 | Red Lake County, Minnesota | 0.0532649128% |
| MN137 | Redwood County, Minnesota | 0.2809842367% |
| MN138 | Renville County, Minnesota | 0.2706888807% |
| MN139 | Rice County, Minnesota | 0.2674764398% |
| MN140 | Richfield City, Minnesota | 0.2534018444% |
| MN142 | Rochester City, Minnesota | 0.7363082849% |
| MN143 | Rock County, Minnesota | 0.2043437336% |
| MN145 | Roseau County, Minnesota | 0.2517872793% |
| MN147 | Roseville City, Minnesota | 0.1721905549% |
| MN150 | Savage City, Minnesota | 0.1883576635% |

G-109

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MN151 | Scott County, Minnesota | 1.3274301646% |
| MN152 | Shakopee City, Minnesota | 0.2879873611% |
| MN153 | Sherburne County, Minnesota | 1.2543449472% |
| MN155 | Sibley County, Minnesota | 0.2393480708% |
| MN157 | St Louis County, Minnesota | 4.7407767170% |
| MN158 | St. Cloud City, Minnesota | 0.7330089009% |
| MN159 | St. Louis Park City, Minnesota | 0.1476314588% |
| MN161 | St. Paul City, Minnesota | 3.7475206798% |
| MN163 | Stearns County, Minnesota | 2.4158085321% |
| MN164 | Steele County, Minnesota | 0.3969975263% |
| MN165 | Stevens County, Minnesota | 0.1439474275% |
| MN167 | Swift County, Minnesota | 0.1344167568% |
| MN168 | Todd County, Minnesota | 0.4180908817% |
| MN169 | Traverse County, Minnesota | 0.0903964134% |
| MN172 | Wabasha County, Minnesota | 0.3103038997% |
| MN174 | Wadena County, Minnesota | 0.2644094337% |
| MN175 | Waseca County, Minnesota | 0.2857912156% |
| MN176 | Washington County, Minnesota | 3.0852862513% |
| MN177 | Watonwan County, Minnesota | 0.1475626356% |
| MN181 | Wilkin County, Minnesota | 0.0937962507% |
| MN184 | Winona County, Minnesota | 0.7755267356% |
| MN185 | Woodbury City, Minnesota | 0.4677270172% |
| MN187 | Wright County, Minnesota | 1.6985269385% |
| MN188 | Yellow Medicine County, Minnesota | 0.1742264836% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS1 | Adams County, Mississippi | 0.8956930256% |
| MS2 | Alcorn County, Mississippi | 0.0576362452% |
| MS3 | Amite County, Mississippi | 0.2746164929% |
| MS4 | Amory City, Mississippi | 0.2116793450% |
| MS5 | Arcola Town, Mississippi | 0.0010556367% |
| MS6 | Attala County, Mississippi | 0.4297756502% |
| MS7 | Bay St. Louis City, Mississippi | 0.0311287683% |
| MS8 | Benton County, Mississippi | 0.1960984974% |
| MS9 | Biloxi City, Mississippi | 0.6645430129% |
| MS10 | Bolivar County, Mississippi | 0.5038616841% |
| MS11 | Brandon City, Mississippi | 0.5570720591% |
| MS12 | Brookhaven City, Mississippi | 0.4683584117% |
| MS13 | Byram City, Mississippi | 0.0546025247% |
| MS14 | Caledonia Town, Mississippi | 0.0029950314% |
| MS15 | Calhoun County, Mississippi | 0.4153642017% |
| MS16 | Canton City, Mississippi | 0.3608383968% |
| MS17 | Carroll County, Mississippi | 0.2031873312% |
| MS18 | Charleston City, Mississippi | 0.0470339459% |
| MS19 | Chickasaw County, Mississippi | 0.5109289507% |
| MS21 | Claiborne County, Mississippi | 0.1646839236% |
| MS22 | Clarke County, Mississippi | 0.5114179153% |
| MS23 | Clarksdale City, Mississippi | 0.2773833408% |
| MS24 | Clay County, Mississippi | 0.1860006383% |
| MS25 | Cleveland City, Mississippi | 0.1374693414% |
| MS26 | Clinton City, Mississippi | 0.3236377422% |
| MS27 | Coahoma County, Mississippi | 0.4236538797% |
| MS28 | Columbia City, Mississippi | 0.1695070569% |
| MS29 | Columbus City, Mississippi | 0.7040334045% |
| MS30 | Copiah County, Mississippi | 0.7218083365% |
| MS31 | Corinth City, Mississippi | 1.5766265587% |
| MS32 | Covington County, Mississippi | 0.6154970684% |
| MS33 | Desoto County, Mississippi | 2.2451071357% |
| MS34 | Diamondhead City, Mississippi | 0.0001700675% |
| MS35 | D'Iberville City, Mississippi | 0.0448052883% |
| MS36 | Forrest County, Mississippi | 3.0519047573% |
| MS37 | Franklin County, Mississippi | 0.2573415560% |
| MS38 | Gautier City, Mississippi | 0.1317718341% |
| MS39 | George County, Mississippi | 1.0370803395% |
| MS40 | Greene County, Mississippi | 0.2945486312% |
| MS41 | Greenville City, Mississippi | 0.0840582768% |
| MS42 | Greenwood City, Mississippi | 0.5924200813% |
| MS43 | Grenada City, Mississippi | 0.0559331010% |
| MS44 | Grenada County, Mississippi | 0.5257141196% |
| MS45 | Gulfport City, Mississippi | 8.3397025495% |
| MS46 | Hancock County, Mississippi | 2.4053819819% |
| MS47 | Harrison County, Mississippi | 1.2833704733% |
| MS48 | Hattiesburg City, Mississippi | 0.3234604308% |
| MS49 | Hernando City, Mississippi | 0.4422243258% |
| MS50 | Hinds County, Mississippi | 2.0886225058% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS51 | Holly Springs City, Mississippi | 0.1628357363% |
| MS52 | Holmes County, Mississippi | 0.3324473362% |
| MS53 | Horn Lake City, Mississippi | 0.6520350689% |
| MS54 | Humphreys County, Mississippi | 0.1373820850% |
| MS55 | Indianola City, Mississippi | 0.0232047435% |
| MS56 | Issaquena County, Mississippi | 0.0175702913% |
| MS57 | Itawamba County, Mississippi | 1.0517575083% |
| MS58 | Iuka City, Mississippi | 0.2854580062% |
| MS59 | Jackson City, Mississippi | 2.6937777267% |
| MS60 | Jackson County, Mississippi | 7.6559251195% |
| MS61 | Jasper County, Mississippi | 0.3922495132% |
| MS62 | Jefferson County, Mississippi | 0.0985248779% |
| MS63 | Jefferson Davis County, Mississippi | 0.3514408929% |
| MS64 | Jones County, Mississippi | 2.2234728410% |
| MS65 | Jonestown, Mississippi | 0.0093341195% |
| MS66 | Kemper County, Mississippi | 0.2223493091% |
| MS67 | Kosciusko City, Mississippi | 0.0408594923% |
| MS68 | Lafayette County, Mississippi | 0.7049370835% |
| MS69 | Lamar County, Mississippi | 1.3105353358% |
| MS70 | Lauderdale County, Mississippi | 1.4707252306% |
| MS71 | Laurel City, Mississippi | 0.1485722943% |
| MS72 | Lawrence County, Mississippi | 0.3428558606% |
| MS73 | Leake County, Mississippi | 0.5798006796% |
| MS74 | Leakesville Town, Mississippi | 0.0098357610% |
| MS75 | Lee County, Mississippi | 1.4759031513% |
| MS76 | Leflore County, Mississippi | 0.1018315625% |
| MS77 | Lincoln County, Mississippi | 0.5740717271% |
| MS78 | Long Beach City, Mississippi | 0.1390600402% |
| MS79 | Lowndes County, Mississippi | 0.9390022250% |
| MS80 | Lumberton City, Mississippi | 0.0397836057% |
| MS81 | Madison City, Mississippi | 0.5726048335% |
| MS82 | Madison County, Mississippi | 1.0788558585% |
| MS83 | Marion County, Mississippi | 1.6274197695% |
| MS84 | Marshall County, Mississippi | 0.6280998419% |
| MS85 | McComb City, Mississippi | 1.1131798538% |
| MS86 | McLain Town, Mississippi | 0.0044584678% |
| MS87 | Meridian City, Mississippi | 1.1164172272% |
| MS88 | Monroe County, Mississippi | 0.8130759595% |
| MS90 | Morton City, Mississippi | 0.0606772097% |
| MS91 | Moss Point City, Mississippi | 0.0032841297% |
| MS92 | Mound Bayou City, Mississippi | 0.0140956794% |
| MS93 | Natchez City, Mississippi | 0.1092519702% |
| MS94 | Neshoba County, Mississippi | 1.0186206925% |
| MS95 | Nettleton City, Mississippi | 0.0307845175% |
| MS96 | New Albany City, Mississippi | 0.2729319523% |
| MS97 | Newton County, Mississippi | 0.5457847155% |
| MS98 | Noxubee County, Mississippi | 0.1848316685% |
| MS99 | Ocean Springs City, Mississippi | 0.1196690556% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS100 | Oktibbeha County, Mississippi | 0.7876142411% |
| MS101 | Olive Branch City, Mississippi | 1.0910656493% |
| MS102 | Oxford City, Mississippi | 0.6004720270% |
| MS103 | Panola County, Mississippi | 1.1256622795% |
| MS104 | Pascagoula City, Mississippi | 0.2495759096% |
| MS105 | Pearl City, Mississippi | 1.1956946818% |
| MS106 | Pearl River County, Mississippi | 3.0542096408% |
| MS107 | Perry County, Mississippi | 0.3691053552% |
| MS108 | Petal City, Mississippi | 0.0271880761% |
| MS109 | Philadelphia City, Mississippi | 0.1154094664% |
| MS110 | Picayune City, Mississippi | 0.5911117503% |
| MS111 | Pike County, Mississippi | 0.1094837756% |
| MS112 | Pontotoc County, Mississippi | 1.1485245831% |
| MS113 | Prentiss County, Mississippi | 0.7977710394% |
| MS114 | Quitman City, Mississippi | 0.0879535299% |
| MS115 | Quitman County, Mississippi | 0.2137706975% |
| MS116 | Rankin County, Mississippi | 3.4671179892% |
| MS117 | Ridgeland City, Mississippi | 0.7137364699% |
| MS118 | Scott County, Mississippi | 0.6318707959% |
| MS119 | Shannon Town, Mississippi | 0.0293681665% |
| MS121 | Shubuta Town, Mississippi | 0.0061495937% |
| MS122 | Simpson County, Mississippi | 0.9197186369% |
| MS123 | Smith County, Mississippi | 0.3871907879% |
| MS124 | Southaven City, Mississippi | 1.5563837550% |
| MS125 | Starkville City, Mississippi | 0.1006690780% |
| MS126 | Stone County, Mississippi | 0.5647624674% |
| MS127 | Summit Town, Mississippi | 0.0051138779% |
| MS128 | Sunflower County, Mississippi | 0.4655797100% |
| MS129 | Tallahatchie County, Mississippi | 0.2608094178% |
| MS130 | Tate County, Mississippi | 1.1559202957% |
| MS131 | Tippah County, Mississippi | 0.6673123304% |
| MS132 | Tishomingo County, Mississippi | 1.3186009463% |
| MS133 | Tunica County, Mississippi | 0.1788884264% |
| MS134 | Tupelo City, Mississippi | 1.4776375761% |
| MS135 | Union County, Mississippi | 0.4956551465% |
| MS136 | Verona City, Mississippi | 0.0613981442% |
| MS137 | Vicksburg City, Mississippi | 0.7338152977% |
| MS138 | Walthall County, Mississippi | 0.4949654924% |
| MS139 | Warren County, Mississippi | 0.5605232929% |
| MS140 | Washington County, Mississippi | 0.9202227479% |
| MS141 | Wayne County, Mississippi | 0.9416871398% |
| MS142 | Waynesboro City, Mississippi | 0.0134634829% |
| MS143 | Webb Town, Mississippi | 0.0120400527% |
| MS145 | West Point City, Mississippi | 0.2116459242% |
| MS146 | Wiggins City, Mississippi | 0.1726599728% |
| MS148 | Winston County, Mississippi | 0.5339853585% |
| MS149 | Yalobusha County, Mississippi | 0.2986570860% |
| MS150 | Yazoo City, Mississippi | 0.2540246640% |
| MS151 | Yazoo County, Mississippi | 0.4224067732% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO1 | Adair County, Missouri | |
| MO2 | Andrew County, Missouri | |
| MO3 | Arnold City, Missouri | |
| MO4 | Atchison County, Missouri | |
| MO5 | Audrain County, Missouri | |
| MO6 | Ballwin City, Missouri | |
| MO7 | Barry County, Missouri | |
| MO8 | Barton County, Missouri | |
| MO9 | Bates County, Missouri | |
| MO10 | Bellefontaine Neighbors City, Missouri | |
| MO11 | Belton City, Missouri | |
| MO12 | Benton County, Missouri | |
| MO13 | Blue Springs City, Missouri | |
| MO14 | Bolivar City, Missouri | |
| MO15 | Bollinger County, Missouri | |
| MO16 | Boone County, Missouri | |
| MO17 | Branson City, Missouri | Allocations in Missouri |
| MO18 | Bridgeton City, Missouri | will be made in |
| MO19 | Buchanan County, Missouri | accordance with the |
| MO20 | Butler County, Missouri | Memorandum of |
| MO21 | Caldwell County, Missouri | Understanding Between |
| MO22 | Callaway County, Missouri | the State of Missouri and |
| MO23 | Camden County, Missouri | its Political Subdivisions |
| MO24 | Cape Girardeau City, Missouri | on Proceeds Relating to |
| MO25 | Cape Girardeau County, Missouri | the Settlement of Opioid |
| MO26 | Carroll County, Missouri | Litigation and with the |
| MO27 | Carter County, Missouri | ancillary Memorandum |
| MO28 | Carthage City, Missouri | of Understanding |
| MO29 | Cass County, Missouri | Between the Litigating |
| MO30 | Cedar County, Missouri | Subdivisions of the State |
| MO31 | Chariton County, Missouri | of Missouri. |
| MO32 | Chesterfield City, Missouri | |
| MO33 | Christian County, Missouri | |
| MO34 | Clark County, Missouri | |
| MO35 | Clay County, Missouri | |
| MO36 | Clayton City, Missouri | |
| MO37 | Clinton County, Missouri | |
| MO38 | Cole County, Missouri | |
| MO39 | Columbia City, Missouri | |
| MO40 | Cooper County, Missouri | |
| MO41 | Crawford County, Missouri | |
| MO42 | Crestwood City, Missouri | |
| MO43 | Creve Coeur City, Missouri | |
| MO44 | Dade County, Missouri | |
| MO45 | Dallas County, Missouri | |
| MO46 | Dardenne Prairie City, Missouri | |
| MO47 | Daviess County, Missouri | |
| MO48 | De Kalb County, Missouri | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO49 | Dent County, Missouri | |
| MO50 | Douglas County, Missouri | |
| MO51 | Dunklin County, Missouri | |
| MO52 | Eureka City, Missouri | |
| MO53 | Excelsior Springs City, Missouri | |
| MO54 | Farmington City, Missouri | |
| MO55 | Ferguson City, Missouri | |
| MO56 | Festus City, Missouri | |
| MO57 | Florissant City, Missouri | |
| MO58 | Franklin County, Missouri | |
| MO59 | Fulton City, Missouri | |
| MO60 | Gasconade County, Missouri | |
| MO61 | Gentry County, Missouri | |
| MO62 | Gladstone City, Missouri | |
| MO63 | Grain Valley City, Missouri | |
| MO64 | Grandview City, Missouri | |
| MO65 | Greene County, Missouri | |
| MO66 | Grundy County, Missouri | Allocations in Missouri |
| MO67 | Hannibal City, Missouri | will be made in |
| MO68 | Harrison County, Missouri | accordance with the |
| MO69 | Harrisonville City, Missouri | Memorandum of |
| MO70 | Hazelwood City, Missouri | Understanding Between |
| MO71 | Henry County, Missouri | the State of Missouri and |
| MO72 | Hickory County, Missouri | its Political Subdivisions |
| MO73 | Holt County, Missouri | on Proceeds Relating to |
| MO74 | Howard County, Missouri | the Settlement of Opioid |
| MO75 | Howell County, Missouri | Litigation and with the |
| MO76 | Independence City, Missouri | ancillary Memorandum |
| MO77 | Iron County, Missouri | of Understanding |
| MO78 | Jackson City, Missouri | Between the Litigating |
| MO79 | Jackson County, Missouri | Subdivisions of the State |
| MO80 | Jasper County, Missouri | of Missouri. |
| MO81 | Jefferson City, Missouri | |
| MO82 | Jefferson County, Missouri | |
| MO83 | Jennings City, Missouri | |
| MO84 | Johnson County, Missouri | |
| MO85 | Joplin City, Missouri | |
| MO86 | Kansas City, Missouri | |
| MO87 | Kearney City, Missouri | |
| MO88 | Kennett City, Missouri | |
| MO89 | Kirksville City, Missouri | |
| MO90 | Kirkwood City, Missouri | |
| MO91 | Knox County, Missouri | |
| MO92 | Laclede County, Missouri | |
| MO93 | Lafayette County, Missouri | |
| MO94 | Lake St. Louis City, Missouri | |
| MO95 | Lawrence County, Missouri | |
| MO96 | Lebanon City, Missouri | |
| MO97 | Lee's Summit City, Missouri | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO98 | Lewis County, Missouri | |
| MO99 | Liberty City, Missouri | |
| MO100 | Lincoln County, Missouri | |
| MO101 | Linn County, Missouri | |
| MO102 | Livingston County, Missouri | |
| MO103 | Macon County, Missouri | |
| MO104 | Madison County, Missouri | |
| MO105 | Manchester City, Missouri | |
| MO106 | Maries County, Missouri | |
| MO107 | Marion County, Missouri | |
| MO108 | Marshall City, Missouri | |
| MO109 | Maryland Heights City, Missouri | |
| MO110 | Maryville City, Missouri | |
| MO111 | McDonald County, Missouri | |
| MO112 | Mercer County, Missouri | |
| MO113 | Mexico City, Missouri | |
| MO114 | Miller County, Missouri | |
| MO115 | Mississippi County, Missouri | Allocations in Missouri |
| MO116 | Moberly City, Missouri | will be made in |
| MO117 | Moniteau County, Missouri | accordance with the |
| MO118 | Monroe County, Missouri | Memorandum of |
| MO119 | Montgomery County, Missouri | Understanding Between |
| MO120 | Morgan County, Missouri | the State of Missouri and |
| MO121 | Neosho City, Missouri | its Political Subdivisions |
| MO122 | New Madrid County, Missouri | on Proceeds Relating to |
| MO123 | Newton County, Missouri | the Settlement of Opioid |
| MO124 | Nixa City, Missouri | Litigation and with the |
| MO125 | Nodaway County, Missouri | ancillary Memorandum |
| MO126 | O'Fallon City, Missouri | of Understanding |
| MO127 | Oregon County, Missouri | Between the Litigating |
| MO128 | Osage County, Missouri | Subdivisions of the State |
| MO129 | Overland City, Missouri | of Missouri. |
| MO130 | Ozark City, Missouri | |
| MO131 | Ozark County, Missouri | |
| MO132 | Pemiscot County, Missouri | |
| MO133 | Perry County, Missouri | |
| MO134 | Pettis County, Missouri | |
| MO135 | Phelps County, Missouri | |
| MO136 | Pike County, Missouri | |
| MO137 | Platte County, Missouri | |
| MO138 | Polk County, Missouri | |
| MO139 | Poplar Bluff City, Missouri | |
| MO140 | Pulaski County, Missouri | |
| MO141 | Putnam County, Missouri | |
| MO142 | Ralls County, Missouri | |
| MO143 | Randolph County, Missouri | |
| MO144 | Ray County, Missouri | |
| MO145 | Raymore City, Missouri | |
| MO146 | Raytown City, Missouri | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO147 | Republic City, Missouri | |
| MO148 | Reynolds County, Missouri | |
| MO149 | Ripley County, Missouri | |
| MO150 | Rolla City, Missouri | |
| MO151 | Saline County, Missouri | |
| MO152 | Schuyler County, Missouri | |
| MO153 | Scotland County, Missouri | |
| MO154 | Scott County, Missouri | |
| MO155 | Sedalia City, Missouri | |
| MO156 | Shannon County, Missouri | |
| MO157 | Shelby County, Missouri | |
| MO158 | Sikeston City, Missouri | |
| MO159 | Smithville City, Missouri | |
| MO160 | Springfield City, Missouri | |
| MO161 | St Charles County, Missouri | |
| MO162 | St Clair County, Missouri | |
| MO163 | St Francois County, Missouri | |
| MO164 | St Louis County, Missouri | Allocations in Missouri |
| MO165 | St. Ann City, Missouri | will be made in |
| MO166 | St. Charles City, Missouri | accordance with the |
| MO167 | St. Joseph City, Missouri | Memorandum of |
| MO168 | St. Louis City, Missouri | Understanding Between |
| MO169 | St. Peters City, Missouri | the State of Missouri and |
| MO170 | Ste Genevieve County, Missouri | its Political Subdivisions |
| MO171 | Stoddard County, Missouri | on Proceeds Relating to |
| MO172 | Stone County, Missouri | the Settlement of Opioid |
| MO173 | Sullivan County, Missouri | Litigation and with the |
| MO174 | Taney County, Missouri | ancillary Memorandum |
| MO175 | Texas County, Missouri | of Understanding |
| MO176 | Town and Country City, Missouri | Between the Litigating |
| MO177 | Troy City, Missouri | Subdivisions of the State |
| MO178 | Union City, Missouri | of Missouri. |
| MO179 | University City, Missouri | |
| MO180 | Vernon County, Missouri | |
| MO181 | Warren County, Missouri | |
| MO182 | Warrensburg City, Missouri | |
| MO183 | Washington City, Missouri | |
| MO184 | Washington County, Missouri | |
| MO185 | Wayne County, Missouri | |
| MO186 | Webb City, Missouri | |
| MO187 | Webster County, Missouri | |
| MO188 | Webster Groves City, Missouri | |
| MO189 | Wentzville City, Missouri | |
| MO190 | West Plains City, Missouri | |
| MO191 | Wildwood City, Missouri | |
| MO192 | Worth County, Missouri | |
| MO193 | Wright County, Missouri | |
| MO194 | Northeast Ambulance and Fire Protection District, Missouri | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO195 | Kinloch Fire Protection District, Missouri | Allocations in Missouri will be made in accordance with the Memorandum of Understanding Between the State of Missouri and its Political Subdivisions on Proceeds Relating to the Settlement of Opioid Litigation and with the ancillary Memorandum of Understanding Between the Litigating Subdivisions of the State of Missouri. |
| MO196 | Citizens Memorial Hospital District D/B/A Citizens Memorial Hospital, Missouri | |

G-118

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MT1 | Anaconda-Deer Lodge County, Montana | 1.4480190514% |
| MT2 | Beaverhead County, Montana | 0.6841480225% |
| MT3 | Big Horn County, Montana | 0.8504903609% |
| MT4 | Billings City, Montana | 9.1331142413% |
| MT5 | Blaine County, Montana | 0.3691094337% |
| MT6 | Bozeman City, Montana | 2.0161886507% |
| MT7 | Broadwater County, Montana | 0.4143251264% |
| MT8 | Butte-Silver Bow, Montana | 5.6101260434% |
| MT9 | Carbon County, Montana | 0.7105360522% |
| MT10 | Carter County, Montana | 0.0374679104% |
| MT11 | Cascade County, Montana | 3.8993050480% |
| MT12 | Chouteau County, Montana | 0.4053063424% |
| MT13 | Custer County, Montana | 1.5139056450% |
| MT14 | Daniels County, Montana | 0.1787602908% |
| MT15 | Dawson County, Montana | 0.7800682133% |
| MT16 | Fallon County, Montana | 0.1543582011% |
| MT17 | Fergus County, Montana | 0.8667027669% |
| MT18 | Flathead County, Montana | 8.0141785369% |
| MT19 | Gallatin County, Montana | 4.0205572717% |
| MT20 | Garfield County, Montana | 0.0398838599% |
| MT21 | Glacier County, Montana | 1.5230709367% |
| MT22 | Golden Valley County, Montana | 0.0264303648% |
| MT23 | Granite County, Montana | 0.1831398237% |
| MT24 | Great Falls City, Montana | 4.3577779784% |
| MT25 | Helena City, Montana | 1.7360655042% |
| MT26 | Hill County, Montana | 1.8438532922% |
| MT27 | Jefferson County, Montana | 0.7770843087% |
| MT28 | Judith Basin County, Montana | 0.0614804228% |
| MT29 | Kalispell County, Montana | 2.4735432710% |
| MT30 | Lake County, Montana | 3.6175099064% |
| MT31 | Lewis and Clark County, Montana | 4.9326712334% |
| MT32 | Liberty County, Montana | 0.1210395973% |
| MT33 | Lincoln County, Montana | 2.1915597624% |
| MT34 | Madison County, Montana | 0.5498047673% |
| MT35 | McCone County, Montana | 0.0823035394% |
| MT36 | Meagher County, Montana | 0.0912086373% |
| MT37 | Mineral County, Montana | 0.7546909914% |
| MT38 | Missoula City, Montana | 4.4312558575% |
| MT39 | Missoula County, Montana | 8.0272833629% |
| MT40 | Musselshell County, Montana | 0.3895510594% |
| MT41 | Park County, Montana | 2.0831835653% |
| MT42 | Petroleum County, Montana | 0.0144742922% |
| MT43 | Phillips County, Montana | 0.2085622347% |
| MT44 | Pondera County, Montana | 0.4003873948% |
| MT45 | Powder River County, Montana | 0.1504386452% |
| MT46 | Powell County, Montana | 0.8872723490% |
| MT47 | Prairie County, Montana | 0.0572069653% |
| MT48 | Ravalli County, Montana | 3.6906819270% |

G-119

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MT49 | Richland County, Montana | 0.7541525281% |
| MT50 | Roosevelt County, Montana | 0.8182976782% |
| MT51 | Rosebud County, Montana | 0.5641981949% |
| MT52 | Sanders County, Montana | 1.0679134558% |
| MT53 | Sheridan County, Montana | 0.2700355225% |
| MT54 | Stillwater County, Montana | 0.5055604014% |
| MT55 | Sweet Grass County, Montana | 0.2836540766% |
| MT56 | Teton County, Montana | 0.5735903832% |
| MT57 | Toole County, Montana | 0.3258040487% |
| MT58 | Treasure County, Montana | 0.0226554138% |
| MT59 | Valley County, Montana | 0.5598291268% |
| MT60 | Wheatland County, Montana | 0.0720998508% |
| MT61 | Wibaux County, Montana | 0.0630373047% |
| MT62 | Yellowstone County, Montana | 7.3090889550% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| NE1 | Adams County, Nebraska | 0.7130410264% |
| NE2 | Antelope County, Nebraska | 0.2406339800% |
| NE3 | Arthur County, Nebraska | 0.0110831278% |
| NE4 | Banner County, Nebraska | 0.0183674606% |
| NE5 | Beatrice City, Nebraska | 0.9248205382% |
| NE6 | Bellevue City, Nebraska | 2.4787880023% |
| NE7 | Blaine County, Nebraska | 0.0123640997% |
| NE8 | Boone County, Nebraska | 0.2533407507% |
| NE9 | Box Butte County, Nebraska | 0.7492533620% |
| NE10 | Boyd County, Nebraska | 0.0902847433% |
| NE11 | Brown County, Nebraska | 0.1375135354% |
| NE12 | Buffalo County, Nebraska | 0.9630320332% |
| NE13 | Burt County, Nebraska | 0.3365661770% |
| NE14 | Butler County, Nebraska | 0.2899805672% |
| NE15 | Cass County, Nebraska | 1.2356339344% |
| NE16 | Cedar County, Nebraska | 0.3502588009% |
| NE17 | Chase County, Nebraska | 0.1707898814% |
| NE18 | Cherry County, Nebraska | 0.3082161558% |
| NE19 | Cheyenne County, Nebraska | 0.7408263023% |
| NE20 | Clay County, Nebraska | 0.1772971991% |
| NE21 | Colfax County, Nebraska | 0.2670475913% |
| NE22 | Columbus City, Nebraska | 0.7291294061% |
| NE23 | Cuming County, Nebraska | 0.4019883978% |
| NE24 | Custer County, Nebraska | 0.4848137961% |
| NE25 | Dakota County, Nebraska | 0.3940917673% |
| NE26 | Dawes County, Nebraska | 0.6577293164% |
| NE27 | Dawson County, Nebraska | 0.7540316373% |
| NE28 | Deuel County, Nebraska | 0.1500055852% |
| NE29 | Dixon County, Nebraska | 0.2144571499% |
| NE30 | Dodge County, Nebraska | 1.8317996330% |
| NE31 | Douglas County, Nebraska | 14.9119111455% |
| NE32 | Dundy County, Nebraska | 0.1513630330% |
| NE33 | Fillmore County, Nebraska | 0.3541443667% |
| NE34 | Franklin County, Nebraska | 0.1630162987% |
| NE35 | Fremont City, Nebraska | 0.1476946393% |
| NE36 | Frontier County, Nebraska | 0.0732649260% |
| NE37 | Furnas County, Nebraska | 0.2315426581% |
| NE38 | Gage County, Nebraska | 0.5390651380% |
| NE39 | Garden County, Nebraska | 0.1132118364% |
| NE40 | Garfield County, Nebraska | 0.1104479177% |
| NE41 | Gosper County, Nebraska | 0.0528581072% |
| NE42 | Grand Island City, Nebraska | 1.5052861196% |
| NE43 | Grant County, Nebraska | 0.0167075406% |
| NE44 | Greeley County, Nebraska | 0.1006996872% |
| NE45 | Hall County, Nebraska | 1.3023214397% |
| NE46 | Hamilton County, Nebraska | 0.3285553228% |
| NE47 | Harlan County, Nebraska | 0.1831157431% |
| NE48 | Hastings City, Nebraska | 0.7738158635% |
| NE49 | Hayes County, Nebraska | 0.0464208924% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NE50 | Hitchcock County, Nebraska | 0.1428727336% |
| NE51 | Holt County, Nebraska | 0.4319086269% |
| NE52 | Hooker County, Nebraska | 0.0195391111% |
| NE53 | Howard County, Nebraska | 0.3117590505% |
| NE54 | Jefferson County, Nebraska | 0.4621587809% |
| NE55 | Johnson County, Nebraska | 0.3674281385% |
| NE56 | Kearney City, Nebraska | 1.3128662946% |
| NE57 | Kearney County, Nebraska | 0.3284087439% |
| NE58 | Keith County, Nebraska | 0.5586120928% |
| NE59 | Keya Paha County, Nebraska | 0.0207700795% |
| NE60 | Kimball County, Nebraska | 0.2074517582% |
| NE61 | Knox County, Nebraska | 0.4262180329% |
| NE62 | La Vista City, Nebraska | 0.6948539706% |
| NE63 | Lancaster County, Nebraska | 7.9530599340% |
| NE64 | Lexington City, Nebraska | 0.2672235840% |
| NE65 | Lincoln City, Nebraska | 8.9584993437% |
| NE66 | Lincoln County, Nebraska | 0.7588461895% |
| NE67 | Logan County, Nebraska | 0.0192253637% |
| NE68 | Loup County, Nebraska | 0.0163070224% |
| NE69 | Madison County, Nebraska | 1.0198085515% |
| NE70 | McPherson County, Nebraska | 0.0133651501% |
| NE71 | Merrick County, Nebraska | 0.5571149293% |
| NE72 | Morrill County, Nebraska | 0.2640807173% |
| NE73 | Nance County, Nebraska | 0.1820220392% |
| NE74 | Nemaha County, Nebraska | 0.5862140225% |
| NE75 | Norfolk City, Nebraska | 0.6855964607% |
| NE76 | North Platte City, Nebraska | 1.2668714124% |
| NE77 | Nuckolls County, Nebraska | 0.2606241030% |
| NE78 | Omaha City, Nebraska | 16.7836032733% |
| NE79 | Otoe County, Nebraska | 0.8114537890% |
| NE80 | Papillion City, Nebraska | 1.1943452635% |
| NE81 | Pawnee County, Nebraska | 0.2449303588% |
| NE82 | Perkins County, Nebraska | 0.0938742100% |
| NE83 | Phelps County, Nebraska | 0.4453164270% |
| NE84 | Pierce County, Nebraska | 0.2791606931% |
| NE85 | Platte County, Nebraska | 0.5054632790% |
| NE86 | Polk County, Nebraska | 0.2126035890% |
| NE87 | Red Willow County, Nebraska | 0.6782282985% |
| NE88 | Richardson County, Nebraska | 0.6780640713% |
| NE89 | Rock County, Nebraska | 0.0420632348% |
| NE90 | Saline County, Nebraska | 0.6431415318% |
| NE91 | Sarpy County, Nebraska | 4.1205096407% |
| NE92 | Saunders County, Nebraska | 0.9147340487% |
| NE93 | Scotts Bluff County, Nebraska | 1.8428925654% |
| NE94 | Scottsbluff City, Nebraska | 0.5159537183% |
| NE95 | Seward County, Nebraska | 0.7637450614% |
| NE96 | Sheridan County, Nebraska | 0.1814092513% |
| NE97 | Sherman County, Nebraska | 0.1198260243% |
| NE98 | Sioux County, Nebraska | 0.0355730752% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NE99 | South Sioux City, Nebraska | 0.4431368628% |
| NE100 | Stanton County, Nebraska | 0.2162062918% |
| NE101 | Thayer County, Nebraska | 0.2059575361% |
| NE102 | Thomas County, Nebraska | 0.0173570958% |
| NE103 | Thurston County, Nebraska | 0.2564159657% |
| NE104 | Valley County, Nebraska | 0.3103957199% |
| NE105 | Washington County, Nebraska | 0.7878555706% |
| NE106 | Wayne County, Nebraska | 0.3510034608% |
| NE107 | Webster County, Nebraska | 0.1652355715% |
| NE108 | Wheeler County, Nebraska | 0.0210156849% |
| NE109 | York County, Nebraska | 0.8321939645% |
| NE110 | Region 1 Behavioral Health Authority, Nebraska | 0.0000000000% |
| NE111 | Region II Human Services, Nebraska | 0.0000000000% |
| NE112 | Region 3 Behavioral Health Services, Nebraska | 0.0000000000% |
| NE113 | Region 4 Behavioral Health System, Nebraska | 0.0000000000% |
| NE114 | Region V Systems, Nebraska | 0.0000000000% |
| NE115 | Region 6 Behavioral Healthcare, Nebraska | 0.0000000000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NH3 | Belknap County, New Hampshire | 2.868905% |
| NH4 | Belmont Town, New Hampshire | 0.530951% |
| NH5 | Berlin City, New Hampshire | 0.684196% |
| NH6 | Carroll County, New Hampshire | 3.637455% |
| NH7 | Cheshire County, New Hampshire | 3.877305% |
| NH8 | Claremont City, New Hampshire | 0.940017% |
| NH9 | Concord City, New Hampshire | 3.191730% |
| NH11 | Coos County, New Hampshire | 1.585665% |
| NH12 | Derry Town, New Hampshire | 2.491200% |
| NH13 | Dover City, New Hampshire | 2.376792% |
| NH16 | Franklin City, New Hampshire | 0.634542% |
| NH18 | Grafton County, New Hampshire | 6.614598% |
| NH21 | Hillsborough County, New Hampshire | 15.676694% |
| NH24 | Keene City, New Hampshire | 1.673068% |
| NH25 | Laconia City, New Hampshire | 1.224729% |
| NH27 | Londonderry Town, New Hampshire | 1.874806% |
| NH28 | Manchester City, New Hampshire | 8.396484% |
| NH29 | Merrimack County, New Hampshire | 7.339228% |
| NH32 | Nashua City, New Hampshire | 6.629407% |
| NH36 | Rochester City, New Hampshire | 2.358716% |
| NH37 | Rockingham County, New Hampshire | 18.441209% |
| NH40 | Strafford County, New Hampshire | 4.766215% |
| NH41 | Sullivan County, New Hampshire | 2.186088% |

G-124

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ1 | Aberdeen Township, New Jersey | 0.0797396894% |
| NJ2 | Asbury Park City, New Jersey | 0.3916349671% |
| NJ3 | Atlantic City, New Jersey | 1.2847690915% |
| NJ4 | Atlantic County, New Jersey | 2.8915764045% |
| NJ5 | Barnegat Township, New Jersey | 0.1626638814% |
| NJ6 | Bayonne City, New Jersey | 0.8502340058% |
| NJ7 | Beachwood Borough, New Jersey | 0.0492329228% |
| NJ8 | Belleville Township, New Jersey | 0.0872090223% |
| NJ9 | Bellmawr Borough, New Jersey | 0.0640989992% |
| NJ10 | Bergen County, New Jersey | 4.9446361090% |
| NJ11 | Bergenfield Borough, New Jersey | 0.0618076073% |
| NJ12 | Berkeley Heights Township, New Jersey | 0.0272673062% |
| NJ13 | Berkeley Township, New Jersey | 0.2619731788% |
| NJ14 | Bernards Township, New Jersey | 0.0910577073% |
| NJ15 | Bloomfield Township, New Jersey | 0.1173874959% |
| NJ16 | Bordentown Township, New Jersey | 0.0545891482% |
| NJ17 | Bound Brook Borough, New Jersey | 0.0527105023% |
| NJ18 | Branchburg Township, New Jersey | 0.0561024563% |
| NJ19 | Brick Township, New Jersey | 0.5908193174% |
| NJ20 | Bridgeton City, New Jersey | 0.2079614154% |
| NJ21 | Bridgewater Township, New Jersey | 0.1828057629% |
| NJ22 | Burlington County, New Jersey | 4.4940916659% |
| NJ23 | Burlington Township, New Jersey | 0.1157900630% |
| NJ24 | Camden City, New Jersey | 1.6603828843% |
| NJ25 | Camden County, New Jersey | 6.8741218172% |
| NJ26 | Cape May County, New Jersey | 1.2842777540% |
| NJ27 | Carteret Borough, New Jersey | 0.1794847100% |
| NJ28 | Cedar Grove Township, New Jersey | 0.0187911021% |
| NJ29 | Chatham Township, New Jersey | 0.0498541051% |
| NJ30 | Cherry Hill Township, New Jersey | 0.3440044947% |
| NJ31 | Cinnaminson Township, New Jersey | 0.0701648926% |
| NJ32 | Clark Township, New Jersey | 0.0429898704% |
| NJ33 | Cliffside Park Borough, New Jersey | 0.1142449150% |
| NJ34 | Clifton City, New Jersey | 0.3535258812% |
| NJ35 | Clinton Town, New Jersey | 0.0294193343% |
| NJ36 | Clinton Township, New Jersey | 0.0799778554% |
| NJ37 | Collingswood Borough, New Jersey | 0.1128930571% |
| NJ38 | Cranford Township, New Jersey | 0.0684441330% |
| NJ39 | Cumberland County, New Jersey | 0.9862828059% |
| NJ40 | Delran Township, New Jersey | 0.0837486054% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ41 | Denville Township, New Jersey | 0.0795654377% |
| NJ42 | Deptford Township, New Jersey | 0.2200095463% |
| NJ43 | Dover Town, New Jersey | 0.1186530251% |
| NJ44 | Dumont Borough, New Jersey | 0.0403826120% |
| NJ45 | East Brunswick Township, New Jersey | 0.0972927881% |
| NJ46 | East Greenwich Township, New Jersey | 0.0212104162% |
| NJ47 | East Hanover Township, New Jersey | 0.0890156417% |
| NJ48 | East Orange City, New Jersey | 1.2844844553% |
| NJ49 | East Windsor Township, New Jersey | 0.0422463462% |
| NJ50 | Eatontown Borough, New Jersey | 0.0974794194% |
| NJ51 | Edgewater Borough, New Jersey | 0.0546948904% |
| NJ52 | Edison Township, New Jersey | 2.4018132631% |
| NJ53 | Egg Harbor Township, New Jersey | 0.1572891336% |
| NJ54 | Elizabeth City, New Jersey | 0.7646308101% |
| NJ55 | Elmwood Park Borough, New Jersey | 0.0462435391% |
| NJ56 | Englewood City, New Jersey | 0.6429812736% |
| NJ57 | Essex County, New Jersey | 1.4898498664% |
| NJ58 | Evesham Township, New Jersey | 0.1745115947% |
| NJ59 | Ewing Township, New Jersey | 0.0839796907% |
| NJ60 | Fair Lawn Borough, New Jersey | 0.0699332916% |
| NJ61 | Fairview Borough, New Jersey | 0.0347025484% |
| NJ62 | Florence Township, New Jersey | 0.0676007282% |
| NJ63 | Florham Park Borough, New Jersey | 0.0674975182% |
| NJ64 | Fort Lee Borough, New Jersey | 0.1848366682% |
| NJ65 | Franklin Lakes Borough, New Jersey | 0.0273076336% |
| NJ66 | Franklin Township, Gloucester County, New Jersey | 0.0870963870% |
| NJ67 | Franklin Township, Somerset County, New Jersey | 0.3236022203% |
| NJ68 | Freehold Borough, New Jersey | 0.0816675723% |
| NJ69 | Freehold Township, New Jersey | 0.1512818556% |
| NJ70 | Galloway Township, New Jersey | 0.0846515634% |
| NJ71 | Garfield City, New Jersey | 0.0989196224% |
| NJ72 | Glassboro Borough, New Jersey | 0.1948186777% |
| NJ73 | Glen Rock Borough, New Jersey | 0.0253178060% |
| NJ74 | Gloucester City, New Jersey | 0.1325275640% |
| NJ75 | Gloucester County, New Jersey | 4.7022029491% |
| NJ76 | Gloucester Township, New Jersey | 0.3259502581% |
| NJ77 | Guttenberg Town, New Jersey | 0.0382186733% |
| NJ78 | Hackensack City, New Jersey | 0.2554139785% |
| NJ79 | Haddon Township, New Jersey | 0.0831057121% |
| NJ80 | Haddonfield Borough, New Jersey | 0.0710479214% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ81 | Hamilton Township, Atlantic County, New Jersey | 0.0939608561% |
| NJ82 | Hamilton Township, Mercer County, New Jersey | 0.1394262176% |
| NJ83 | Hammonton Town, New Jersey | 0.0463451547% |
| NJ84 | Hanover Township, New Jersey | 0.0711651990% |
| NJ85 | Harrison Town, New Jersey | 0.2059190684% |
| NJ86 | Harrison Township, New Jersey | 0.0478487561% |
| NJ87 | Hasbrouck Heights Borough, New Jersey | 0.0360845581% |
| NJ88 | Hawthorne Borough, New Jersey | 0.0380122534% |
| NJ89 | Hazlet Township, New Jersey | 0.0810519234% |
| NJ90 | Highland Park Borough, New Jersey | 0.0606246554% |
| NJ91 | Hillsborough Township, New Jersey | 0.1405113053% |
| NJ92 | Hillsdale Borough, New Jersey | 0.0247027667% |
| NJ93 | Hillside Township, New Jersey | 0.1085603967% |
| NJ94 | Hoboken City, New Jersey | 0.1803633309% |
| NJ95 | Holmdel Township, New Jersey | 0.1058875828% |
| NJ96 | Hopatcong Borough, New Jersey | 0.0677558479% |
| NJ97 | Hopewell Township, Mercer County, New Jersey | 0.0275878151% |
| NJ98 | Howell Township, New Jersey | 0.2067529072% |
| NJ99 | Hudson County, New Jersey | 0.9363280231% |
| NJ100 | Hunterdon County, New Jersey | 0.8037645396% |
| NJ101 | Irvington Township, New Jersey | 0.9244040630% |
| NJ102 | Jackson Township, New Jersey | 0.2670097394% |
| NJ103 | Jefferson Township, New Jersey | 0.0866198206% |
| NJ104 | Jersey City, New Jersey | 0.9916102863% |
| NJ105 | Kearny Town, New Jersey | 0.1071857960% |
| NJ106 | Lacey Township, New Jersey | 0.1502291236% |
| NJ107 | Lakewood Township, New Jersey | 0.7730028665% |
| NJ108 | Lawrence Township, Mercer County, New Jersey | 0.0644503163% |
| NJ109 | Lincoln Park Borough, New Jersey | 0.0595261565% |
| NJ110 | Linden City, New Jersey | 0.2495261821% |
| NJ111 | Lindenwold Borough, New Jersey | 0.1004455914% |
| NJ112 | Little Egg Harbor Township, New Jersey | 0.1465902816% |
| NJ113 | Little Falls Township, New Jersey | 0.0348320180% |
| NJ114 | Little Ferry Borough, New Jersey | 0.0258966914% |
| NJ115 | Livingston Township, New Jersey | 0.0484285793% |
| NJ116 | Lodi Borough, New Jersey | 0.1078340351% |
| NJ117 | Long Branch City, New Jersey | 0.5243184480% |
| NJ118 | Lower Township, New Jersey | 0.0710329159% |
| NJ119 | Lumberton Township, New Jersey | 0.0461973502% |
| NJ120 | Lyndhurst Township, New Jersey | 0.0645354727% |
| NJ121 | Madison Borough, New Jersey | 0.1424930674% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ122 | Mahwah Township, New Jersey | 0.0610985020% |
| NJ123 | Manalapan Township, New Jersey | 0.1318410608% |
| NJ124 | Manchester Township, New Jersey | 0.2136801182% |
| NJ125 | Mantua Township, New Jersey | 0.0853984170% |
| NJ126 | Manville Borough, New Jersey | 0.0574532358% |
| NJ127 | Maple Shade Township, New Jersey | 0.1058088976% |
| NJ128 | Maplewood Township, New Jersey | 0.0589307182% |
| NJ129 | Marlboro Township, New Jersey | 0.1588151495% |
| NJ130 | Medford Township, New Jersey | 0.1130775783% |
| NJ131 | Mercer County, New Jersey | 1.1117204895% |
| NJ132 | Metuchen Borough, New Jersey | 0.0339468322% |
| NJ133 | Middle Township, New Jersey | 0.0695160908% |
| NJ134 | Middlesex Borough, New Jersey | 0.0317606196% |
| NJ135 | Middlesex County, New Jersey | 2.2387299770% |
| NJ136 | Middletown Township, New Jersey | 0.3292948041% |
| NJ137 | Millburn Township, New Jersey | 0.0627532842% |
| NJ138 | Millstone Township, New Jersey | 0.0066098909% |
| NJ139 | Millville City, New Jersey | 0.2397981412% |
| NJ140 | Monmouth County, New Jersey | 4.4617935668% |
| NJ141 | Monroe Township, Gloucester County, New Jersey | 0.2271632002% |
| NJ142 | Monroe Township, Middlesex County, New Jersey | 0.1024216796% |
| NJ143 | Montclair Township, New Jersey | 0.5843666564% |
| NJ144 | Montgomery Township, New Jersey | 0.0805666350% |
| NJ145 | Montville Township, New Jersey | 0.0902727303% |
| NJ146 | Moorestown Township, New Jersey | 0.1000871936% |
| NJ147 | Morris County, New Jersey | 2.3575766204% |
| NJ148 | Morris Township, New Jersey | 0.1125747053% |
| NJ149 | Morristown, New Jersey | 0.2369807115% |
| NJ150 | Mount Laurel Township, New Jersey | 0.1725831491% |
| NJ151 | Mount Olive Township, New Jersey | 0.1068809023% |
| NJ152 | Neptune Township, New Jersey | 0.2450351195% |
| NJ153 | New Brunswick City, New Jersey | 1.8327331194% |
| NJ154 | New Milford Borough, New Jersey | 0.0368443070% |
| NJ155 | New Providence Borough, New Jersey | 0.0258412178% |
| NJ156 | Newark City, New Jersey | 1.7760400546% |
| NJ157 | North Arlington Borough, New Jersey | 0.0408890956% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ158 | North Bergen Township, New Jersey | 0.1110635074% |
| NJ159 | North Brunswick Township, New Jersey | 0.1217197343% |
| NJ160 | North Plainfield Borough, New Jersey | 0.1454941742% |
| NJ161 | Nutley Township, New Jersey | 0.0574061090% |
| NJ162 | Oakland Borough, New Jersey | 0.0335231134% |
| NJ163 | Ocean City, New Jersey | 0.1910428164% |
| NJ164 | Ocean County, New Jersey | 4.9497293624% |
| NJ165 | Ocean Township, Monmouth County, New Jersey | 0.1387263032% |
| NJ166 | Old Bridge Township, New Jersey | 0.1263966779% |
| NJ167 | Orange City Township, New Jersey | 0.5609302630% |
| NJ168 | Palisades Park Borough, New Jersey | 0.0366345109% |
| NJ169 | Paramus Borough, New Jersey | 0.1129786355% |
| NJ170 | Parsippany-Troy Hills Township, New Jersey | 0.2342890939% |
| NJ171 | Passaic City, New Jersey | 0.4984612868% |
| NJ172 | Passaic County, New Jersey | 2.1805505203% |
| NJ173 | Paterson City, New Jersey | 0.9805526614% |
| NJ174 | Pemberton Township, New Jersey | 0.1182059071% |
| NJ175 | Pennsauken Township, New Jersey | 0.3221185950% |
| NJ176 | Pennsville Township, New Jersey | 0.0340920576% |
| NJ177 | Pequannock Township, New Jersey | 0.0769477223% |
| NJ178 | Perth Amboy City, New Jersey | 0.3436749356% |
| NJ179 | Phillipsburg Town, New Jersey | 0.1544595119% |
| NJ180 | Pine Hill Borough, New Jersey | 0.0482528270% |
| NJ181 | Piscataway Township, New Jersey | 0.1067019613% |
| NJ182 | Plainfield City, New Jersey | 0.3012229667% |
| NJ183 | Plainsboro Township, New Jersey | 0.0503298743% |
| NJ184 | Pleasantville City, New Jersey | 0.1421175070% |
| NJ185 | Point Pleasant Borough, New Jersey | 0.1109970141% |
| NJ186 | Pompton Lakes Borough, New Jersey | 0.0290573727% |
| NJ187 | Princeton, New Jersey | 0.0503970240% |
| NJ188 | Rahway City, New Jersey | 0.1444485698% |
| NJ189 | Ramsey Borough, New Jersey | 0.0402523452% |
| NJ190 | Randolph Township, New Jersey | 0.0853331898% |
| NJ191 | Raritan Township, New Jersey | 0.1071670391% |
| NJ192 | Readington Township, New Jersey | 0.0850076166% |
| NJ193 | Red Bank Borough, New Jersey | 0.1420636747% |
| NJ194 | Ridgefield Borough, New Jersey | 0.0201153405% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ195 | Ridgefield Park Village, New Jersey | 0.0392827532% |
| NJ196 | Ridgewood Village, New Jersey | 0.0849185213% |
| NJ197 | Ringwood Borough, New Jersey | 0.0309825545% |
| NJ198 | River Edge Borough, New Jersey | 0.0266057498% |
| NJ199 | Robbinsville Township, New Jersey | 0.0338593312% |
| NJ200 | Rockaway Township, New Jersey | 0.1290497970% |
| NJ201 | Roselle Borough, New Jersey | 0.0912325687% |
| NJ202 | Roselle Park Borough, New Jersey | 0.0316673040% |
| NJ203 | Roxbury Township, New Jersey | 0.1057717120% |
| NJ204 | Rutherford Borough, New Jersey | 0.0459830524% |
| NJ205 | Saddle Brook Township, New Jersey | 0.0390656888% |
| NJ206 | Salem County, New Jersey | 0.9344056735% |
| NJ207 | Sayreville Borough, New Jersey | 0.1477057086% |
| NJ208 | Scotch Plains Township, New Jersey | 0.0484433504% |
| NJ209 | Secaucus Town, New Jersey | 0.0516659295% |
| NJ210 | Somers Point City, New Jersey | 0.0439926621% |
| NJ211 | Somerset County, New Jersey | 1.4647125488% |
| NJ212 | Somerville Borough, New Jersey | 0.0756287358% |
| NJ213 | South Brunswick Township, New Jersey | 0.1037777110% |
| NJ214 | South Orange Village Township, New Jersey | 0.0488891085% |
| NJ215 | South Plainfield Borough, New Jersey | 0.0899775902% |
| NJ216 | South River Borough, New Jersey | 0.0421568288% |
| NJ217 | Southampton Township, New Jersey | 0.0127996268% |
| NJ218 | Sparta Township, New Jersey | 0.1069549921% |
| NJ219 | Springfield Township, Union County, New Jersey | 0.0573437423% |
| NJ220 | Stafford Township, New Jersey | 0.2155115906% |
| NJ221 | Summit City, New Jersey | 0.5428090174% |
| NJ222 | Sussex County, New Jersey | 1.2735318221% |
| NJ223 | Teaneck Township, New Jersey | 0.1723477966% |
| NJ224 | Tenafly Borough, New Jersey | 0.0450713724% |
| NJ225 | Tinton Falls Borough, New Jersey | 0.0881640307% |
| NJ226 | Toms River Township, New Jersey | 0.5620940829% |
| NJ227 | Totowa Borough, New Jersey | 0.0342545863% |
| NJ228 | Trenton City, New Jersey | 1.9352906929% |
| NJ229 | Union City, New Jersey | 0.9841875644% |
| NJ230 | Union County, New Jersey | 1.7400474523% |
| NJ231 | Union Township, Union County, New Jersey | 0.2247240506% |
| NJ232 | Upper Township, New Jersey | 0.0173930552% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ233 | Vernon Township, New Jersey | 0.0783616187% |
| NJ234 | Verona Township, New Jersey | 0.0234318917% |
| NJ235 | Vineland City, New Jersey | 0.5000169856% |
| NJ236 | Voorhees Township, New Jersey | 0.1406021825% |
| NJ237 | Waldwick Borough, New Jersey | 0.0421770394% |
| NJ238 | Wall Township, New Jersey | 0.1650847899% |
| NJ239 | Wallington Borough, New Jersey | 0.0235956865% |
| NJ240 | Wanaque Borough, New Jersey | 0.0311245257% |
| NJ241 | Wantage Township, New Jersey | 0.0091403397% |
| NJ242 | Warren County, New Jersey | 1.0382472049% |
| NJ243 | Warren Township, New Jersey | 0.0736326246% |
| NJ244 | Washington Township, Gloucester County, New Jersey | 0.2470375143% |
| NJ245 | Washington Township, Morris County, New Jersey | 0.0524274135% |
| NJ246 | Waterford Township, New Jersey | 0.0648566849% |
| NJ247 | Wayne Township, New Jersey | 0.1724444886% |
| NJ248 | Weehawken Township, New Jersey | 0.0282451513% |
| NJ249 | West Caldwell Township, New Jersey | 0.0246748189% |
| NJ250 | West Deptford Township, New Jersey | 0.1402059895% |
| NJ251 | West Milford Township, New Jersey | 0.0644752630% |
| NJ252 | West New York Town, New Jersey | 0.6157331463% |
| NJ253 | West Orange Township, New Jersey | 0.1051193933% |
| NJ254 | West Windsor Township, New Jersey | 0.0458605228% |
| NJ255 | Westfield Town, New Jersey | 0.0887745684% |
| NJ256 | Westwood Borough, New Jersey | 0.0348328152% |
| NJ257 | Willingboro Township, New Jersey | 0.2091808026% |
| NJ258 | Winslow Township, New Jersey | 0.1817978600% |
| NJ259 | Woodbridge Township, New Jersey | 0.3688029685% |
| NJ260 | Woodland Park Borough, New Jersey | 0.0292498655% |
| NJ261 | Woolwich Township, New Jersey | 0.0599291958% |
| NJ262 | Wyckoff Township, New Jersey | 0.0296665036% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NM1 | Alamogordo City, New Mexico | 0.9683526415% |
| NM2 | Albuquerque City, New Mexico | 22.7540246633% |
| NM3 | Artesia City, New Mexico | 0.0000000000% |
| NM4 | Bernalillo County, New Mexico | 18.6169292699% |
| NM5 | Bernalillo Town, New Mexico | 0.2863480762% |
| NM6 | Carlsbad City, New Mexico | 0.0000000000% |
| NM7 | Catron County, New Mexico | 0.1129940051% |
| NM8 | Chaves County, New Mexico | 2.5358877708% |
| NM9 | Cibola County, New Mexico | 0.7723148257% |
| NM10 | Clovis City, New Mexico | 0.0000000000% |
| NM11 | Colfax County, New Mexico | 0.7448541610% |
| NM12 | Curry County, New Mexico | 1.4056466248% |
| NM13 | De Baca County, New Mexico | 0.0650725663% |
| NM14 | Deming City, New Mexico | 0.2484870948% |
| NM15 | Dona Ana County, New Mexico | 4.1009817203% |
| NM16 | Eddy County, New Mexico | 2.5979985848% |
| NM17 | Española City, New Mexico | 1.0869232439% |
| NM18 | Farmington City, New Mexico | 1.4120396740% |
| NM19 | Gallup City, New Mexico | 0.7722895935% |
| NM20 | Grant County, New Mexico | 1.8057321396% |
| NM21 | Guadalupe County, New Mexico | 0.1869187026% |
| NM22 | Harding County, New Mexico | 0.0102668257% |
| NM23 | Hidalgo County, New Mexico | 0.1965507765% |
| NM24 | Hobbs City, New Mexico | 0.5477699843% |
| NM25 | Las Cruces City, New Mexico | 2.7789710876% |
| NM26 | Las Vegas City, New Mexico | 0.9509305850% |
| NM27 | Lea County, New Mexico | 1.3193643533% |
| NM28 | Lincoln County, New Mexico | 1.2208675842% |
| NM29 | Los Alamos County, New Mexico | 0.5915454490% |
| NM30 | Los Lunas Village, New Mexico | 1.0566950725% |
| NM31 | Lovington City, New Mexico | 0.1729179347% |
| NM32 | Luna County, New Mexico | 0.5889582326% |
| NM33 | McKinley County, New Mexico | 1.0214669791% |
| NM34 | Mora County, New Mexico | 0.1903934157% |
| NM35 | Otero County, New Mexico | 1.6062640137% |
| NM36 | Portales City, New Mexico | 0.2248670805% |
| NM37 | Quay County, New Mexico | 0.4733520608% |
| NM38 | Rio Arriba County, New Mexico | 3.5113726662% |
| NM39 | Rio Rancho City, New Mexico | 2.3456255907% |

G-132

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NM40 | Roosevelt County, New Mexico | 0.3148139409% |
| NM41 | Roswell City, New Mexico | 0.0000000000% |
| NM42 | San Juan County, New Mexico | 2.4064498445% |
| NM43 | San Miguel County, New Mexico | 0.7151901194% |
| NM44 | Sandoval County, New Mexico | 1.9253935060% |
| NM45 | Santa Fe City, New Mexico | 4.5408953413% |
| NM46 | Santa Fe County, New Mexico | 3.5143193357% |
| NM47 | Sierra County, New Mexico | 1.0308488455% |
| NM48 | Socorro County, New Mexico | 0.7363065077% |
| NM49 | Sunland Park City, New Mexico | 0.2012417097% |
| NM50 | Taos County, New Mexico | 1.7429125688% |
| NM51 | Torrance County, New Mexico | 0.7071523256% |
| NM52 | Union County, New Mexico | 0.1108929666% |
| NM53 | Valencia County, New Mexico | 2.7716079380% |

*revised January 14, 2023*

| | |
|---|---|
| NY1 | Albany City, New York |
| NY2 | Albany County, New York |
| NY3 | Allegany County, New York |
| NY4 | Broome County, New York |
| NY5 | Buffalo City, New York |
| NY6 | Cattaraugus County, New York |
| NY7 | Cayuga County, New York |
| NY8 | Chautauqua County, New York |
| NY9 | Chemung County, New York |
| NY10 | Chenango County, New York |
| NY11 | Clinton County, New York |
| NY12 | Columbia County, New York |
| NY13 | Cortland County, New York |
| NY14 | Delaware County, New York |
| NY15 | Dutchess County, New York |
| NY16 | Erie County, New York |
| NY17 | Essex County, New York |
| NY18 | Franklin County, New York |
| NY19 | Fulton County, New York |
| NY20 | Genesee County, New York |
| NY21 | Greene County, New York |
| NY22 | Hamilton County, New York |
| NY23 | Herkimer County, New York |
| NY24 | Jefferson County, New York |
| NY25 | Lewis County, New York |
| NY26 | Livingston County, New York |
| NY27 | Madison County, New York |
| NY28 | Monroe County, New York |
| NY29 | Montgomery County, New York |
| NY30 | Nassau County, New York |
| NY31 | New York City, New York |
| NY32 | Niagara County, New York |
| NY33 | Oneida County, New York |
| NY34 | Onondaga County, New York |
| NY35 | Ontario County, New York |
| NY36 | Orange County, New York |
| NY37 | Orleans County, New York |
| NY38 | Oswego County, New York |
| NY39 | Otsego County, New York |
| NY40 | Putnam County, New York |
| NY41 | Rensselaer County, New York |
| NY42 | Rochester City, New York |
| NY43 | Rockland County, New York |
| NY44 | Saratoga County, New York |
| NY45 | Schenectady County, New York |
| NY46 | Schoharie County, New York |
| NY47 | Schuyler County, New York |

Allocations in New York will be made in accordance with the New York Agreement.

G-134

*revised January 14, 2023*

| | |
|---|---|
| NY48 | Seneca County, New York |
| NY49 | St Lawrence County, New York |
| NY50 | Steuben County, New York |
| NY51 | Suffolk County, New York |
| NY52 | Sullivan County, New York |
| NY53 | Syracuse City, New York |
| NY54 | Tioga County, New York |
| NY55 | Tompkins County, New York |
| NY56 | Ulster County, New York |
| NY57 | Warren County, New York |
| NY58 | Washington County, New York |
| NY59 | Wayne County, New York |
| NY60 | Westchester County, New York |
| NY61 | Wyoming County, New York |
| NY62 | Yates County, New York |
| NY63 | Yonkers City, New York |
| NY64 | Geneva City, New York |
| NY65 | Herkimer Village, New York |
| NY66 | Lackawanna City, New York |
| NY67 | Rome City, New York |
| NY68 | Utica City, New York |
| NY69 | Plattsburgh City, New York |
| NY70 | Saratoga Springs City, New York |
| NY71 | Schenectady City, New York |
| NY72 | Troy City, New York |
| NY73 | Amherst Town, New York |
| NY74 | Amsterdam City, New York |
| NY75 | Auburn City, New York |
| NY76 | Cheektowaga Town, New York |
| NY77 | Ithaca City, New York |
| NY78 | Lancaster Town, New York |
| NY79 | Mount Vernon City, New York |
| NY80 | Ogdensburg City, New York |
| NY81 | Poughkeepsie City, New York |
| NY82 | Tonawanda Town, New York |

Allocations in New York will be made in accordance with the New York Agreement.

*revised January 14, 2023*

| NC1 | Alamance County, North Carolina | 1.3780289676% |
| NC2 | Alexander County, North Carolina | 0.5100078796% |
| NC3 | Alleghany County, North Carolina | 0.1490905989% |
| NC4 | Anson County, North Carolina | 0.1821929604% |
| NC5 | Ashe County, North Carolina | 0.3386391883% |
| NC6 | Asheville City, North Carolina | 0.2358147243% |
| NC7 | Avery County, North Carolina | 0.2659967669% |
| NC8 | Beaufort County, North Carolina | 0.4778884349% |
| NC9 | Bertie County, North Carolina | 0.1394685751% |
| NC10 | Bladen County, North Carolina | 0.4292178095% |
| NC11 | Brunswick County, North Carolina | 2.1132385076% |
| NC12 | Buncombe County, North Carolina | 2.5115878573% |
| NC13 | Burke County, North Carolina | 2.0901968270% |
| NC14 | Cabarrus County, North Carolina | 1.6695734466% |
| NC15 | Caldwell County, North Carolina | 1.2763011462% |
| NC16 | Camden County, North Carolina | 0.0730364004% |
| NC17 | Canton Town, North Carolina | 0.0114538232% |
| NC18 | Carteret County, North Carolina | 1.1284655939% |
| NC19 | Cary Town, North Carolina | 0.1441516454% |
| NC20 | Caswell County, North Carolina | 0.1729202375% |
| NC21 | Catawba County, North Carolina | 2.0726952227% |
| NC22 | Charlotte City, North Carolina | 1.2474838144% |
| NC23 | Chatham County, North Carolina | 0.4498143831% |
| NC24 | Cherokee County, North Carolina | 0.7827591529% |
| NC25 | Chowan County, North Carolina | 0.1137055961% |
| NC26 | Clay County, North Carolina | 0.2244299489% |
| NC27 | Cleveland County, North Carolina | 1.1199280277% |
| NC28 | Columbus County, North Carolina | 1.2209369390% |
| NC29 | Concord City, North Carolina | 0.2274558703% |
| NC30 | Craven County, North Carolina | 1.3368601902% |
| NC31 | Cumberland County, North Carolina | 2.6372996596% |
| NC32 | Currituck County, North Carolina | 0.1867785513% |
| NC33 | Dare County, North Carolina | 0.5331267313% |
| NC34 | Davidson County, North Carolina | 1.9402695304% |
| NC35 | Davie County, North Carolina | 0.5131475269% |
| NC36 | Duplin County, North Carolina | 0.3827851474% |
| NC37 | Durham City, North Carolina | 0.3804050267% |
| NC38 | Durham County, North Carolina | 1.7979943624% |
| NC39 | Edgecombe County, North Carolina | 0.4171019390% |
| NC40 | Fayetteville City, North Carolina | 0.3097690552% |
| NC41 | Forsyth County, North Carolina | 3.0684508095% |
| NC42 | Franklin County, North Carolina | 0.5005036433% |
| NC43 | Gaston County, North Carolina | 3.0981738869% |
| NC44 | Gastonia City, North Carolina | 0.2577638238% |
| NC45 | Gates County, North Carolina | 0.0795675166% |
| NC46 | Graham County, North Carolina | 0.1834845617% |
| NC47 | Granville County, North Carolina | 0.5901034093% |
| NC48 | Greene County, North Carolina | 0.1232748186% |
| NC49 | Greensboro City, North Carolina | 0.5273916964% |

G-136

| NC50 | Greenville City, North Carolina | 0.1626564747% |
| NC51 | Guilford County, North Carolina | 3.3750152311% |
| NC52 | Halifax County, North Carolina | 0.4531611740% |
| NC53 | Harnett County, North Carolina | 0.9889807722% |
| NC54 | Haywood County, North Carolina | 0.8033151101% |
| NC55 | Henderson City, North Carolina | 0.0322534788% |
| NC56 | Henderson County, North Carolina | 1.3815950870% |
| NC57 | Hertford County, North Carolina | 0.2068430501% |
| NC58 | Hickory City, North Carolina | 0.0948758357% |
| NC59 | High Point City, North Carolina | 0.2064287629% |
| NC60 | Hoke County, North Carolina | 0.3324858046% |
| NC61 | Hyde County, North Carolina | 0.0272373541% |
| NC62 | Iredell County, North Carolina | 2.1159313745% |
| NC63 | Jackson County, North Carolina | 0.5077577313% |
| NC64 | Jacksonville City, North Carolina | 0.0950098698% |
| NC65 | Johnston County, North Carolina | 1.2508874682% |
| NC66 | Jones County, North Carolina | 0.0879669870% |
| NC67 | Lee County, North Carolina | 0.6531156836% |
| NC68 | Lenoir County, North Carolina | 0.6042825926% |
| NC69 | Lincoln County, North Carolina | 0.9268336271% |
| NC70 | Macon County, North Carolina | 0.2377764961% |
| NC71 | Madison County, North Carolina | 0.2328822206% |
| NC72 | Martin County, North Carolina | 0.5875445765% |
| NC73 | McDowell County, North Carolina | 0.4667676661% |
| NC74 | Mecklenburg County, North Carolina | 5.0383012599% |
| NC75 | Mitchell County, North Carolina | 0.3093141516% |
| NC76 | Montgomery County, North Carolina | 0.2260505430% |
| NC77 | Moore County, North Carolina | 0.9717391128% |
| NC78 | Nash County, North Carolina | 0.8456536396% |
| NC79 | New Hanover County, North Carolina | 2.8972648920% |
| NC80 | Northampton County, North Carolina | 0.1209962389% |
| NC81 | Onslow County, North Carolina | 1.6440013647% |
| NC82 | Orange County, North Carolina | 1.0558394190% |
| NC83 | Pamlico County, North Carolina | 0.1199361510% |
| NC84 | Pasquotank County, North Carolina | 0.3748162108% |
| NC85 | Pender County, North Carolina | 0.5857493319% |
| NC86 | Perquimans County, North Carolina | 0.1118331803% |
| NC87 | Person County, North Carolina | 0.4030242967% |
| NC88 | Pitt County, North Carolina | 1.3690080664% |
| NC89 | Polk County, North Carolina | 0.2661429860% |
| NC90 | Raleigh City, North Carolina | 0.5667246127% |
| NC91 | Randolph County, North Carolina | 1.5254339862% |
| NC92 | Richmond County, North Carolina | 0.7491328400% |
| NC93 | Robeson County, North Carolina | 1.3597353436% |

| NC94 | Rockingham County, North Carolina | 1.3653688375% |
| NC95 | Rowan County, North Carolina | 2.3352192879% |
| NC96 | Rutherford County, North Carolina | 0.9289416180% |
| NC97 | Sampson County, North Carolina | 0.6195137405% |
| NC98 | Scotland County, North Carolina | 0.4491482742% |
| NC99 | Stanly County, North Carolina | 0.7249742086% |
| NC100 | Stokes County, North Carolina | 0.6239531124% |
| NC101 | Surry County, North Carolina | 1.4108267061% |
| NC102 | Swain County, North Carolina | 0.2811629286% |
| NC103 | Transylvania County, North Carolina | 0.4975955095% |
| NC104 | Tyrrell County, North Carolina | 0.0414409072% |
| NC105 | Union County, North Carolina | 1.4667026799% |
| NC106 | Vance County, North Carolina | 0.5362582553% |
| NC107 | Wake County, North Carolina | 4.9024556672% |
| NC108 | Warren County, North Carolina | 0.1063905835% |
| NC109 | Washington County, North Carolina | 0.0747707205% |
| NC110 | Watauga County, North Carolina | 0.4696757999% |
| NC111 | Wayne County, North Carolina | 0.9706993331% |
| NC112 | Wilkes County, North Carolina | 1.9971771606% |
| NC113 | Wilmington City, North Carolina | 0.1194974940% |
| NC114 | Wilson County, North Carolina | 0.6464708415% |
| NC115 | Winston-Salem City, North Carolina | 0.4944599238% |
| NC116 | Yadkin County, North Carolina | 0.5621471451% |
| NC117 | Yancey County, North Carolina | 0.3821149769% |

*revised January 14, 2023*

| ND1 | Adams County, North Dakota | 0.3266859369% |
|------|------|------|
| ND2 | Barnes County, North Dakota | 1.1596409120% |
| ND3 | Benson County, North Dakota | 0.8243618844% |
| ND4 | Billings County, North Dakota | 0.0531198558% |
| ND5 | Bismarck City, North Dakota | 7.8720018475% |
| ND6 | Bottineau County, North Dakota | 0.6564106964% |
| ND7 | Bowman County, North Dakota | 0.3537618912% |
| ND8 | Burke County, North Dakota | 0.1340272238% |
| ND9 | Burleigh County, North Dakota | 5.9258321732% |
| ND10 | Cass County, North Dakota | 9.2593207065% |
| ND11 | Cavalier County, North Dakota | 0.4775832577% |
| ND12 | Devils Lake City, North Dakota | 0.3622623619% |
| ND13 | Dickey County, North Dakota | 0.6064663883% |
| ND14 | Dickinson City, North Dakota | 1.0573324109% |
| ND15 | Divide County, North Dakota | 0.1925705034% |
| ND16 | Dunn County, North Dakota | 0.5017615248% |
| ND17 | Eddy County, North Dakota | 0.2227970127% |
| ND18 | Emmons County, North Dakota | 0.7218887252% |
| ND19 | Fargo City, North Dakota | 12.8639966005% |
| ND20 | Foster County, North Dakota | 0.3938546507% |
| ND21 | Golden Valley County, North Dakota | 0.2278631874% |
| ND22 | Grand Forks City, North Dakota | 7.1999971538% |
| ND23 | Grand Forks County, North Dakota | 5.4639296523% |
| ND24 | Grant County, North Dakota | 0.2093626818% |
| ND25 | Griggs County, North Dakota | 0.2073426807% |
| ND26 | Hettinger County, North Dakota | 0.2096684753% |
| ND27 | Jamestown City, North Dakota | 0.7024664288% |
| ND28 | Kidder County, North Dakota | 0.3074782839% |
| ND29 | La Moure County, North Dakota | 0.3036088203% |
| ND30 | Lisbon City, North Dakota | 0.1372424658% |
| ND31 | Logan County, North Dakota | 0.1641331799% |
| ND32 | Mandan City, North Dakota | 1.1262932510% |
| ND33 | McHenry County, North Dakota | 0.3973374621% |
| ND34 | McIntosh County, North Dakota | 0.2870077627% |
| ND35 | McKenzie County, North Dakota | 1.2312553926% |
| ND36 | McLean County, North Dakota | 1.1384661837% |
| ND37 | Mercer County, North Dakota | 1.1241071216% |
| ND38 | Minot City, North Dakota | 2.8909627339% |
| ND39 | Morton County, North Dakota | 2.6703636118% |
| ND40 | Mountrail County, North Dakota | 1.1142893867% |
| ND41 | Nelson County, North Dakota | 0.4740975060% |
| ND42 | Oliver County, North Dakota | 0.2228234756% |
| ND43 | Pembina County, North Dakota | 1.2530005434% |
| ND44 | Pierce County, North Dakota | 0.7284574044% |
| ND45 | Ramsey County, North Dakota | 1.2734343106% |
| ND46 | Ransom County, North Dakota | 0.6183673413% |
| ND47 | Renville County, North Dakota | 0.2860845016% |
| ND48 | Richland County, North Dakota | 2.4309493698% |
| ND49 | Rolette County, North Dakota | 1.8198034592% |

G-139

| | | |
|---|---|---|
| ND50 | Sargent County, North Dakota | 0.5773674924% |
| ND51 | Sheridan County, North Dakota | 0.0895886685% |
| ND52 | Sioux County, North Dakota | 0.6666209643% |
| ND53 | Slope County, North Dakota | 0.0470907257% |
| ND54 | Stark County, North Dakota | 3.3526741338% |
| ND55 | Steele County, North Dakota | 0.2434939387% |
| ND56 | Stutsman County, North Dakota | 1.9758860377% |
| ND57 | Towner County, North Dakota | 0.1807489391% |
| ND58 | Traill County, North Dakota | 1.0587643476% |
| ND59 | Walsh County, North Dakota | 2.0521094729% |
| ND60 | Ward County, North Dakota | 3.4849842097% |
| ND61 | Wells County, North Dakota | 0.4346604383% |
| ND62 | West Fargo City, North Dakota | 1.8417059171% |
| ND63 | Williams County, North Dakota | 2.3067369406% |
| ND64 | Williston City, North Dakota | 1.5016973817% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1 | Aberdeen Village, Ohio | 0.0087437716% |
| OH2 | Ada Village, Ohio | 0.0077636351% |
| OH3 | Adams County, Ohio | 0.3473544585% |
| OH4 | Adams Township, Champaign County, Ohio | 0.0001374611% |
| OH5 | Adams Township, Clinton County, Ohio | 0.0003122525% |
| OH6 | Adams Township, Darke County, Ohio | 0.0016731027% |
| OH7 | Adams Township, Monroe County, Ohio | 0.0000311703% |
| OH8 | Adams Township, Muskingum County, Ohio | 0.0001003092% |
| OH9 | Adams Township, Seneca County, Ohio | 0.0003810303% |
| OH10 | Adams Township, Washington County, Ohio | 0.0001169753% |
| OH11 | Adamsville Village, Ohio | 0.0000910884% |
| OH12 | Addyston Village, Ohio | 0.0025217854% |
| OH13 | Adelphi Village, Ohio | 0.0020068066% |
| OH14 | Adena Village, Ohio | 0.0003568983% |
| OH15 | Aid Township, Ohio | 0.0003303244% |
| OH16 | Akron City, Ohio | 0.8812077621% |
| OH17 | Albany Village, Ohio | 0.0019488925% |
| OH18 | Alexander Township, Ohio | 0.0001250626% |
| OH19 | Alexandria Village, Ohio | 0.0005560173% |
| OH20 | Alger Village, Ohio | 0.0005166462% |
| OH21 | Allen County, Ohio | 0.4092999560% |
| OH22 | Allen Township, Darke County, Ohio | 0.0006643202% |
| OH23 | Allen Township, Hancock County, Ohio | 0.0005903230% |
| OH24 | Allen Township, Ottawa County, Ohio | 0.0005976710% |
| OH25 | Allen Township, Union County, Ohio | 0.0028518922% |
| OH26 | Alliance City, Ohio | 0.0889490116% |
| OH27 | Amanda Township, Fairfield County, Ohio | 0.0018577114% |
| OH28 | Amanda Township, Hancock County, Ohio | 0.0001616361% |
| OH29 | Amanda Village, Ohio | 0.0005782400% |
| OH30 | Amberley Village, Ohio | 0.0192140009% |
| OH31 | Amboy Township, Ohio | 0.0017244001% |
| OH32 | Amelia Village, Ohio | 0.0138770427% |
| OH33 | American Township, Ohio | 0.0193901533% |
| OH34 | Ames Township, Ohio | 0.0004272973% |
| OH35 | Amesville Village, Ohio | 0.0000937970% |
| OH36 | Amherst City, Ohio | 0.0344767089% |
| OH37 | Amherst Township, Ohio | 0.0134400730% |
| OH38 | Amsterdam Village, Ohio | 0.0003984552% |

| OH39 | Anderson Township, Ohio | 0.0760877775% |
| OH40 | Andover Township, Ohio | 0.0010566751% |
| OH41 | Andover Village, Ohio | 0.0040505880% |
| OH42 | Anna Village, Ohio | 0.0028751504% |
| OH43 | Ansonia Village, Ohio | 0.0014885693% |
| OH44 | Antioch Village, Ohio | 0.0000311703% |
| OH45 | Antwerp Village, Ohio | 0.0009282725% |
| OH46 | Apple Creek Village, Ohio | 0.0004832518% |
| OH47 | Aquilla Village, Ohio | 0.0000095709% |
| OH48 | Arcadia Village, Ohio | 0.0000210830% |
| OH49 | Arcanum Village, Ohio | 0.0034200188% |
| OH50 | Archbold Village, Ohio | 0.0168893369% |
| OH51 | Arlington Heights Village, Ohio | 0.0024048815% |
| OH52 | Arlington Village, Ohio | 0.0017280808% |
| OH53 | Ashland City, Ohio | 0.0677959091% |
| OH54 | Ashland County, Ohio | 0.2064379332% |
| OH55 | Ashley Village, Ohio | 0.0012125812% |
| OH56 | Ashtabula City, Ohio | 0.0931048204% |
| OH57 | Ashtabula County, Ohio | 0.7429130666% |
| OH58 | Ashtabula Township, Ohio | 0.0174821031% |
| OH59 | Ashville Village, Ohio | 0.0024582550% |
| OH60 | Athalia Village, Ohio | 0.0000173855% |
| OH61 | Athens City, Ohio | 0.0700871751% |
| OH62 | Athens County, Ohio | 0.4584170235% |
| OH63 | Athens Township, Athens County, Ohio | 0.0025846274% |
| OH64 | Athens Township, Harrison County, Ohio | 0.0003148983% |
| OH65 | Attica Village, Ohio | 0.0007921419% |
| OH66 | Atwater Township, Ohio | 0.0004753019% |
| OH67 | Auburn Township, Crawford County, Ohio | 0.0007613308% |
| OH68 | Auburn Township, Geauga County, Ohio | 0.0067953249% |
| OH69 | Auburn Township, Tuscarawas County, Ohio | 0.0000098536% |
| OH70 | Auglaize County, Ohio | 0.1648586210% |
| OH71 | Auglaize Township, Allen County, Ohio | 0.0010226874% |
| OH72 | Auglaize Township, Paulding County, Ohio | 0.0000730923% |
| OH73 | Augusta Township, Ohio | 0.0004684152% |
| OH74 | Aurelius Township, Ohio | 0.0000083554% |
| OH75 | Aurora City, Ohio | 0.0294524674% |
| OH76 | Austinburg Township, Ohio | 0.0004813742% |
| OH77 | Austintown Township, Ohio | 0.0890063352% |
| OH78 | Avon City, Ohio | 0.0729757005% |
| OH79 | Avon Lake City, Ohio | 0.0663140992% |
| OH80 | Bailey Lakes Village, Ohio | 0.0000813388% |
| OH81 | Bainbridge Township, Ohio | 0.0406379571% |
| OH82 | Bainbridge Village, Ohio | 0.0022724133% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH83 | Bairdstown Village, Ohio | 0.0000612234% |
| OH84 | Ballville Township, Ohio | 0.0021521086% |
| OH85 | Baltic Village, Ohio | 0.0009410120% |
| OH86 | Baltimore Village, Ohio | 0.0031532207% |
| OH87 | Barberton City, Ohio | 0.1164193916% |
| OH88 | Barlow Township, Ohio | 0.0003258598% |
| OH89 | Barnesville Village, Ohio | 0.0106861443% |
| OH90 | Barnhill Village, Ohio | 0.0006601909% |
| OH91 | Bartlow Township, Ohio | 0.0001082864% |
| OH92 | Batavia Township, Ohio | 0.0000517157% |
| OH93 | Batavia Village, Ohio | 0.0047750818% |
| OH94 | Batesville Village, Ohio | 0.0000517432% |
| OH95 | Bath Township, Allen County, Ohio | 0.0088564730% |
| OH96 | Bath Township, Greene County, Ohio | 0.0001754181% |
| OH97 | Bath Township, Summit County, Ohio | 0.0489522386% |
| OH98 | Baughman Township, Ohio | 0.0001353105% |
| OH99 | Bay Township, Ohio | 0.0000549583% |
| OH100 | Bay View Village, Ohio | 0.0012986334% |
| OH101 | Bay Village City, Ohio | 0.0295102794% |
| OH102 | Bazetta Township, Ohio | 0.0331455317% |
| OH103 | Beach City Village, Ohio | 0.0006531299% |
| OH104 | Beachwood City, Ohio | 0.0573216138% |
| OH105 | Beallsville Village, Ohio | 0.0001580913% |
| OH106 | Bearfield Township, Ohio | 0.0005486478% |
| OH107 | Beaver Township, Mahoning County, Ohio | 0.0148139167% |
| OH108 | Beaver Township, Pike County, Ohio | 0.0003380168% |
| OH109 | Beaver Village, Ohio | 0.0001859093% |
| OH110 | Beavercreek City, Ohio | 0.0843658046% |
| OH111 | Beavercreek Township, Ohio | 0.1348759090% |
| OH112 | Beaverdam Village, Ohio | 0.0000749971% |
| OH113 | Bedford City, Ohio | 0.0429793572% |
| OH114 | Bedford Heights City, Ohio | 0.0386687782% |
| OH115 | Bedford Township, Ohio | 0.0000306151% |
| OH116 | Bellaire Village, Ohio | 0.0010264323% |
| OH117 | Bellbrook City, Ohio | 0.0237949542% |
| OH118 | Belle Center Village, Ohio | 0.0005231767% |
| OH119 | Belle Valley Village, Ohio | 0.0001073626% |
| OH120 | Bellefontaine City, Ohio | 0.0729400123% |
| OH121 | Bellevue City, Ohio | 0.0299834456% |
| OH122 | Bellville Village, Ohio | 0.0011239941% |
| OH123 | Belmont County, Ohio | 0.4904799617% |
| OH124 | Belmont Village, Ohio | 0.0011248573% |
| OH125 | Belmore Village, Ohio | 0.0002483511% |
| OH126 | Beloit Village, Ohio | 0.0037587550% |
| OH127 | Belpre City, Ohio | 0.0099429019% |
| OH128 | Belpre Township, Ohio | 0.0009358025% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH129 | Bennington Township, Licking County, Ohio | 0.0005560173% |
| OH130 | Bennington Township, Morrow County, Ohio | 0.0001476031% |
| OH131 | Bentleyville Village, Ohio | 0.0019992236% |
| OH132 | Benton Ridge Village, Ohio | 0.0000914068% |
| OH133 | Benton Township, Hocking County, Ohio | 0.0001089904% |
| OH134 | Benton Township, Ottawa County, Ohio | 0.0007968947% |
| OH135 | Benton Township, Paulding County, Ohio | 0.0002485139% |
| OH136 | Benton Township, Pike County, Ohio | 0.0003718185% |
| OH137 | Berea City, Ohio | 0.0293403849% |
| OH138 | Bergholz Village, Ohio | 0.0002390731% |
| OH139 | Berkey Village, Ohio | 0.0003639406% |
| OH140 | Berkshire Township, Ohio | 0.0000742397% |
| OH141 | Berlin Heights Village, Ohio | 0.0009142379% |
| OH142 | Berlin Township, Delaware County, Ohio | 0.0000164977% |
| OH143 | Berlin Township, Erie County, Ohio | 0.0001350579% |
| OH144 | Berlin Township, Holmes County, Ohio | 0.0000814306% |
| OH145 | Berlin Township, Mahoning County, Ohio | 0.0014985886% |
| OH146 | Bern Township, Ohio | 0.0001354845% |
| OH147 | Berne Township, Ohio | 0.0001629571% |
| OH148 | Bethel Township, Clark County, Ohio | 0.0138134025% |
| OH149 | Bethel Township, Monroe County, Ohio | 0.0000498724% |
| OH150 | Bethel Village, Ohio | 0.0057576798% |
| OH151 | Bethesda Village, Ohio | 0.0006889751% |
| OH152 | Bethlehem Township, Coshocton County, Ohio | 0.0000765378% |
| OH153 | Bethlehem Township, Stark County, Ohio | 0.0015140738% |
| OH154 | Bettsville Village, Ohio | 0.0009525757% |
| OH155 | Beverly Village, Ohio | 0.0019551589% |
| OH156 | Bexley City, Ohio | 0.0458668476% |
| OH157 | Big Island Township, Ohio | 0.0005578783% |
| OH158 | Black Creek Township, Ohio | 0.0001534027% |
| OH159 | Blakeslee Village, Ohio | 0.0000628635% |
| OH160 | Blanchard Township, Hancock County, Ohio | 0.0001475808% |
| OH161 | Blanchard Township, Putnam County, Ohio | 0.0006457128% |
| OH162 | Blanchester Village, Ohio | 0.0114641267% |
| OH163 | Blendon Township, Ohio | 0.0282639366% |

G-144

| | | |
|---|---|---|
| OH164 | Bloom Township, Fairfield County, Ohio | 0.0118551321% |
| OH165 | Bloom Township, Morgan County, Ohio | 0.0001713719% |
| OH166 | Bloom Township, Scioto County, Ohio | 0.0000852977% |
| OH167 | Bloom Township, Seneca County, Ohio | 0.0009926842% |
| OH168 | Bloomdale Village, Ohio | 0.0005693772% |
| OH169 | Bloomfield Township, Jackson County, Ohio | 0.0013260530% |
| OH170 | Bloomfield Township, Logan County, Ohio | 0.0000099754% |
| OH171 | Bloomingburg Village, Ohio | 0.0002078369% |
| OH172 | Bloomingdale Village, Ohio | 0.0002231349% |
| OH173 | Bloominggrove Township, Ohio | 0.0001784118% |
| OH174 | Bloomville Village, Ohio | 0.0004411930% |
| OH175 | Blue Ash City, Ohio | 0.0851895858% |
| OH176 | Blue Creek Township, Ohio | 0.0000767469% |
| OH177 | Blue Rock Township, Ohio | 0.0001103402% |
| OH178 | Bluffton Village, Ohio | 0.0052836661% |
| OH179 | Boardman Township, Ohio | 0.1408673271% |
| OH180 | Bokescreek Township, Ohio | 0.0013367015% |
| OH181 | Bolivar Village, Ohio | 0.0004434118% |
| OH182 | Boston Heights Village, Ohio | 0.0077201699% |
| OH183 | Boston Township, Ohio | 0.0003662503% |
| OH184 | Botkins Village, Ohio | 0.0019522626% |
| OH185 | Bowerston Village, Ohio | 0.0000572542% |
| OH186 | Bowersville Village, Ohio | 0.0000916319% |
| OH187 | Bowling Green City, Ohio | 0.0752741164% |
| OH188 | Bowling Green Township, Ohio | 0.0000370678% |
| OH189 | Braceville Township, Ohio | 0.0037680877% |
| OH190 | Bradford Village, Ohio | 0.0028661348% |
| OH191 | Bradner Village, Ohio | 0.0009183503% |
| OH192 | Brady Lake Village, Ohio | 0.0002559318% |
| OH193 | Brady Township, Ohio | 0.0005029083% |
| OH194 | Bratenahl Village, Ohio | 0.0051323943% |
| OH195 | Bratton Township, Ohio | 0.0000790580% |
| OH196 | Brecksville City, Ohio | 0.0241013127% |
| OH197 | Bremen Village, Ohio | 0.0006844200% |
| OH198 | Brewster Village, Ohio | 0.0058880648% |
| OH199 | Brice Village, Ohio | 0.0005574892% |
| OH200 | Bridgeport Village, Ohio | 0.0050477971% |
| OH201 | Bridgewater Township, Ohio | 0.0004164709% |
| OH202 | Brighton Township, Ohio | 0.0000194784% |
| OH203 | Brimfield Township, Ohio | 0.0111960000% |
| OH204 | Bristol Township, Morgan County, Ohio | 0.0001285289% |
| OH205 | Bristol Township, Trumbull County, Ohio | 0.0252513027% |
| OH206 | Broadview Heights City, Ohio | 0.0226789401% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH207 | Bronson Township, Ohio | 0.0009334281% |
| OH208 | Brook Park City, Ohio | 0.0389572037% |
| OH209 | Brookfield Township, Noble County, Ohio | 0.0000517432% |
| OH210 | Brookfield Township, Trumbull County, Ohio | 0.0346459468% |
| OH211 | Brooklyn City, Ohio | 0.0212407634% |
| OH212 | Brooklyn Heights Village, Ohio | 0.0100909430% |
| OH213 | Brookside Village, Ohio | 0.0001124857% |
| OH214 | Brookville City, Ohio | 0.0216648650% |
| OH215 | Broughton Village, Ohio | 0.0000073092% |
| OH216 | Brown County, Ohio | 0.4653422837% |
| OH217 | Brown Township, Carroll County, Ohio | 0.0009477238% |
| OH218 | Brown Township, Darke County, Ohio | 0.0007873425% |
| OH219 | Brown Township, Delaware County, Ohio | 0.0000082489% |
| OH220 | Brown Township, Franklin County, Ohio | 0.0003894787% |
| OH221 | Brown Township, Knox County, Ohio | 0.0039027192% |
| OH222 | Brown Township, Miami County, Ohio | 0.0006132702% |
| OH223 | Brown Township, Paulding County, Ohio | 0.0001315662% |
| OH224 | Brown Township, Vinton County, Ohio | 0.0000390135% |
| OH225 | Brunswick City, Ohio | 0.1197413086% |
| OH226 | Brunswick Hills Township, Ohio | 0.0200631640% |
| OH227 | Brush Creek Township, Jefferson County, Ohio | 0.0001275057% |
| OH228 | Brush Creek Township, Scioto County, Ohio | 0.0011088700% |
| OH229 | Brushcreek Township, Ohio | 0.0059850824% |
| OH230 | Bryan City, Ohio | 0.0285400457% |
| OH231 | Buchtel Village, Ohio | 0.0001849243% |
| OH232 | Buckeye Lake Village, Ohio | 0.0040562680% |
| OH233 | Buckland Village, Ohio | 0.0001068314% |
| OH234 | Bucks Township, Ohio | 0.0002857543% |
| OH235 | Bucyrus City, Ohio | 0.0467130847% |
| OH236 | Bucyrus Township, Ohio | 0.0002175231% |
| OH237 | Buffalo Township, Ohio | 0.0000689910% |
| OH238 | Burbank Village, Ohio | 0.0001559017% |
| OH239 | Burgoon Village, Ohio | 0.0001532454% |
| OH240 | Burkettsville Village, Ohio | 0.0000203512% |
| OH241 | Burlington Township, Ohio | 0.0012973736% |
| OH242 | Burton Township, Ohio | 0.0022682986% |
| OH243 | Burton Village, Ohio | 0.0036177927% |
| OH244 | Butler County, Ohio | 2.6887406714% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH245 | Butler Township, Columbiana County, Ohio | 0.0017704304% |
| OH246 | Butler Township, Darke County, Ohio | 0.0006643202% |
| OH247 | Butler Township, Mercer County, Ohio | 0.0021025197% |
| OH248 | Butler Township, Montgomery County, Ohio | 0.0308007959% |
| OH249 | Butler Township, Richland County, Ohio | 0.0003925059% |
| OH250 | Butler Village, Ohio | 0.0004817118% |
| OH251 | Butlerville Village, Ohio | 0.0001866800% |
| OH252 | Byesville Village, Ohio | 0.0018493145% |
| OH253 | Byrd Township, Ohio | 0.0018293707% |
| OH254 | Cadiz Township, Ohio | 0.0013359320% |
| OH255 | Cadiz Village, Ohio | 0.0042081859% |
| OH256 | Caesarscreek Township, Ohio | 0.0004643421% |
| OH257 | Cairo Village, Ohio | 0.0000409075% |
| OH258 | Caldwell Village, Ohio | 0.0017937650% |
| OH259 | Caledonia Village, Ohio | 0.0007098142% |
| OH260 | Cambridge City, Ohio | 0.0668200845% |
| OH261 | Cambridge Township, Ohio | 0.0000951853% |
| OH262 | Camden Township, Ohio | 0.0003116539% |
| OH263 | Camden Village, Ohio | 0.0031099397% |
| OH264 | Camp Creek Township, Ohio | 0.0001943597% |
| OH265 | Campbell City, Ohio | 0.0206854359% |
| OH266 | Canaan Township, Morrow County, Ohio | 0.0000885618% |
| OH267 | Canaan Township, Wayne County, Ohio | 0.0002435589% |
| OH268 | Canal Fulton City, Ohio | 0.0143391696% |
| OH269 | Canal Winchester City, Ohio | 0.0017001990% |
| OH270 | Canfield City, Ohio | 0.0340253310% |
| OH271 | Canfield Township, Ohio | 0.0024198521% |
| OH272 | Canton City, Ohio | 0.4906093929% |
| OH273 | Canton Township, Ohio | 0.0238293446% |
| OH274 | Cardington Village, Ohio | 0.0026450469% |
| OH275 | Carey Village, Ohio | 0.0048237347% |
| OH276 | Carlisle Township, Ohio | 0.0046455904% |
| OH277 | Carlisle Village, Ohio | 0.0081658806% |
| OH278 | Carroll County, Ohio | 0.1274960868% |
| OH279 | Carroll Township, Ohio | 0.0031394902% |
| OH280 | Carroll Village, Ohio | 0.0008718207% |
| OH281 | Carrollton Village, Ohio | 0.0061329714% |
| OH282 | Carryall Township, Ohio | 0.0000511646% |
| OH283 | Carthage Township, Ohio | 0.0002397033% |
| OH284 | Cass Township, Muskingum County, Ohio | 0.0002006185% |
| OH285 | Cass Township, Richland County, Ohio | 0.0007850118% |
| OH286 | Casstown Village, Ohio | 0.0005337723% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH287 | Castalia Village, Ohio | 0.0011427974% |
| OH288 | Castine Village, Ohio | 0.0005289957% |
| OH289 | Catawba Island Township, Ohio | 0.0060247984% |
| OH290 | Catawba Village, Ohio | 0.0002313575% |
| OH291 | Cecil Village, Ohio | 0.0000109638% |
| OH292 | Cedarville Township, Ohio | 0.0036837809% |
| OH293 | Cedarville Village, Ohio | 0.0036321873% |
| OH294 | Celina City, Ohio | 0.0165674940% |
| OH295 | Center Township, Carroll County, Ohio | 0.0001634007% |
| OH296 | Center Township, Columbiana County, Ohio | 0.0003327877% |
| OH297 | Center Township, Guernsey County, Ohio | 0.0001903706% |
| OH298 | Center Township, Mercer County, Ohio | 0.0004241134% |
| OH299 | Center Township, Monroe County, Ohio | 0.0005361288% |
| OH300 | Center Township, Morgan County, Ohio | 0.0000535537% |
| OH301 | Center Township, Noble County, Ohio | 0.0001724774% |
| OH302 | Center Township, Williams County, Ohio | 0.0005107662% |
| OH303 | Center Township, Wood County, Ohio | 0.0002510158% |
| OH304 | Centerburg Village, Ohio | 0.0041342364% |
| OH305 | Centerville City, Ohio | 0.0591550598% |
| OH306 | Centerville Village, Ohio | 0.0005060807% |
| OH307 | Cessna Township, Ohio | 0.0001110677% |
| OH308 | Chagrin Falls Township, Ohio | 0.0000039510% |
| OH309 | Chagrin Falls Village, Ohio | 0.0125168784% |
| OH310 | Champaign County, Ohio | 0.2269483026% |
| OH311 | Champion Township, Ohio | 0.0283714840% |
| OH312 | Chardon City, Ohio | 0.0479405386% |
| OH313 | Chardon Township, Ohio | 0.0039336317% |
| OH314 | Charlestown Township, Ohio | 0.0000121872% |
| OH315 | Chatfield Township, Ohio | 0.0008265878% |
| OH316 | Chatfield Village, Ohio | 0.0000870092% |
| OH317 | Chatham Township, Ohio | 0.0003778818% |
| OH318 | Chauncey Village, Ohio | 0.0000833751% |
| OH319 | Cherry Fork Village, Ohio | 0.0004264208% |
| OH320 | Cherry Valley Township, Ohio | 0.0004696334% |
| OH321 | Chesapeake Village, Ohio | 0.0021905725% |
| OH322 | Cheshire Township, Ohio | 0.0010496489% |
| OH323 | Cheshire Village, Ohio | 0.0001686936% |
| OH324 | Chester Township, Clinton County, Ohio | 0.0019181224% |
| OH325 | Chester Township, Geauga County, Ohio | 0.0252766944% |

| OH326 | Chester Township, Morrow County, Ohio | 0.0005136587% |
| OH327 | Chester Township, Wayne County, Ohio | 0.0004213956% |
| OH328 | Chesterhill Village, Ohio | 0.0000958805% |
| OH329 | Chesterville Village, Ohio | 0.0000531371% |
| OH330 | Cheviot City, Ohio | 0.0177109500% |
| OH331 | Chickasaw Village, Ohio | 0.0003251707% |
| OH332 | Chillicothe City, Ohio | 0.3116747707% |
| OH333 | Chilo Village, Ohio | 0.0001537865% |
| OH334 | Chippewa Lake Village, Ohio | 0.0005077787% |
| OH335 | Chippewa Township, Ohio | 0.0025863636% |
| OH336 | Christiansburg Village, Ohio | 0.0002537744% |
| OH337 | Cincinnati City, Ohio | 1.9225774768% |
| OH338 | Circleville City, Ohio | 0.3452050773% |
| OH339 | Circleville Township, Ohio | 0.0006412839% |
| OH340 | Claibourne Township, Ohio | 0.0000211028% |
| OH341 | Claridon Township, Ohio | 0.0025745668% |
| OH342 | Clarington Village, Ohio | 0.0000498724% |
| OH343 | Clark County, Ohio | 1.2151983585% |
| OH344 | Clark Township, Brown County, Ohio | 0.0053640868% |
| OH345 | Clark Township, Clinton County, Ohio | 0.0010928837% |
| OH346 | Clarksburg Village, Ohio | 0.0000295119% |
| OH347 | Clarksfield Township, Ohio | 0.0007412517% |
| OH348 | Clarksville Village, Ohio | 0.0004237712% |
| OH349 | Clay Center Village, Ohio | 0.0000618280% |
| OH350 | Clay Township, Auglaize County, Ohio | 0.0004451307% |
| OH351 | Clay Township, Highland County, Ohio | 0.0003613635% |
| OH352 | Clay Township, Montgomery County, Ohio | 0.0058148642% |
| OH353 | Clay Township, Muskingum County, Ohio | 0.0004012369% |
| OH354 | Clay Township, Ottawa County, Ohio | 0.0026311263% |
| OH355 | Clay Township, Scioto County, Ohio | 0.0064826249% |
| OH356 | Clay Township, Tuscarawas County, Ohio | 0.0000492680% |
| OH357 | Clayton City, Ohio | 0.0375148659% |
| OH358 | Clayton Township, Ohio | 0.0004303120% |
| OH359 | Clear Creek Township, Ohio | 0.0874295648% |
| OH360 | Clearcreek Township, Ohio | 0.0010918129% |
| OH361 | Clermont County, Ohio | 1.9148422650% |
| OH362 | Cleveland City, Ohio | 1.8006406770% |
| OH363 | Cleveland Heights City, Ohio | 0.0861404621% |
| OH364 | Cleves Village, Ohio | 0.0031981583% |
| OH365 | Clifton Village, Ohio | 0.0002996729% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH366 | Clinton County, Ohio | 0.4003299792% |
| OH367 | Clinton Township, Franklin County, Ohio | 0.0107832149% |
| OH368 | Clinton Township, Fulton County, Ohio | 0.0006481787% |
| OH369 | Clinton Township, Seneca County, Ohio | 0.0007420064% |
| OH370 | Clinton Township, Shelby County, Ohio | 0.0005501831% |
| OH371 | Clinton Township, Vinton County, Ohio | 0.0002860993% |
| OH372 | Clinton Township, Wayne County, Ohio | 0.0001933007% |
| OH373 | Clinton Village, Ohio | 0.0011373034% |
| OH374 | Cloverdale Village, Ohio | 0.0001986809% |
| OH375 | Clyde City, Ohio | 0.0219912947% |
| OH376 | Coal Grove Village, Ohio | 0.0050070228% |
| OH377 | Coal Township, Jackson County, Ohio | 0.0004972699% |
| OH378 | Coal Township, Perry County, Ohio | 0.0003550074% |
| OH379 | Coalton Village, Ohio | 0.0024310971% |
| OH380 | Coitsville Township, Ohio | 0.0048028536% |
| OH381 | Coldwater Village, Ohio | 0.0054593322% |
| OH382 | Colerain Township, Belmont County, Ohio | 0.0006046108% |
| OH383 | Colerain Township, Hamilton County, Ohio | 0.1398087860% |
| OH384 | College Corner Village, Ohio | 0.0022611881% |
| OH385 | College Township, Ohio | 0.0028608916% |
| OH386 | Columbia Township, Hamilton County, Ohio | 0.0091268592% |
| OH387 | Columbia Township, Lorain County, Ohio | 0.0044508068% |
| OH388 | Columbia Township, Meigs County, Ohio | 0.0000676625% |
| OH389 | Columbiana City, Ohio | 0.0212455929% |
| OH390 | Columbiana County, Ohio | 0.6832396894% |
| OH391 | Columbus City, Ohio | 4.0358741733% |
| OH392 | Columbus Grove Village, Ohio | 0.0013907661% |
| OH393 | Commercial Point Village, Ohio | 0.0008841945% |
| OH394 | Concord Township, Delaware County, Ohio | 0.0132064120% |
| OH395 | Concord Township, Fayette County, Ohio | 0.0003201811% |
| OH396 | Concord Township, Highland County, Ohio | 0.0000677557% |
| OH397 | Concord Township, Lake County, Ohio | 0.0329119594% |
| OH398 | Concord Township, Miami County, Ohio | 0.0048266640% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH399 | Concord Township, Ross County, Ohio | 0.0034233759% |
| OH400 | Conesville Village, Ohio | 0.0001949904% |
| OH401 | Congress Township, Morrow County, Ohio | 0.0000354247% |
| OH402 | Congress Township, Wayne County, Ohio | 0.0000386601% |
| OH403 | Congress Village, Ohio | 0.0001394121% |
| OH404 | Conneaut City, Ohio | 0.0500864015% |
| OH405 | Continental Village, Ohio | 0.0013742094% |
| OH406 | Convoy Village, Ohio | 0.0015735393% |
| OH407 | Coolville Village, Ohio | 0.0002918128% |
| OH408 | Copley Township, Ohio | 0.0644889601% |
| OH409 | Corning Village, Ohio | 0.0010865378% |
| OH410 | Cortland City, Ohio | 0.0349699000% |
| OH411 | Corwin Village, Ohio | 0.0004993129% |
| OH412 | Coshocton City, Ohio | 0.0177337984% |
| OH413 | Coshocton County, Ohio | 0.1889793769% |
| OH414 | Coventry Township, Ohio | 0.0112670146% |
| OH415 | Covington Village, Ohio | 0.0077226624% |
| OH416 | Craig Beach Village, Ohio | 0.0004176394% |
| OH417 | Cranberry Township, Ohio | 0.0001631423% |
| OH418 | Crane Township, Paulding County, Ohio | 0.0001169477% |
| OH419 | Crane Township, Wyandot County, Ohio | 0.0005667045% |
| OH420 | Crawford County, Ohio | 0.2595376809% |
| OH421 | Crawford Township, Coshocton County, Ohio | 0.0002372670% |
| OH422 | Crawford Township, Wyandot County, Ohio | 0.0001079437% |
| OH423 | Crestline Village, Ohio | 0.0166501207% |
| OH424 | Creston Village, Ohio | 0.0007596505% |
| OH425 | Cridersville Village, Ohio | 0.0045581388% |
| OH426 | Crooksville Village, Ohio | 0.0043353934% |
| OH427 | Crosby Township, Ohio | 0.0044757516% |
| OH428 | Cross Creek Township, Ohio | 0.0061202713% |
| OH429 | Crown City Village, Ohio | 0.0005435682% |
| OH430 | Cumberland Village, Ohio | 0.0007050617% |
| OH431 | Custar Village, Ohio | 0.0000244893% |
| OH432 | Cuyahoga Falls City, Ohio | 0.1811685822% |
| OH433 | Cuyahoga Heights Village, Ohio | 0.0193798260% |
| OH434 | Cygnet Village, Ohio | 0.0002510158% |
| OH435 | Cynthian Township, Ohio | 0.0000266218% |
| OH436 | Dallas Township, Ohio | 0.0001522662% |
| OH437 | Dalton Village, Ohio | 0.0011945985% |
| OH438 | Damascus Township, Ohio | 0.0007850761% |
| OH439 | Danbury Township, Ohio | 0.0038539475% |
| OH440 | Danville Village, Ohio | 0.0021828768% |
| OH441 | Darby Township, Madison County, Ohio | 0.0011346056% |

G-151

| OH442 | Darby Township, Union County, Ohio | 0.0004220559% |
| OH443 | Darbyville Village, Ohio | 0.0000242911% |
| OH444 | Darke County, Ohio | 0.2651621760% |
| OH445 | Dayton City, Ohio | 1.3353086202% |
| OH446 | De Graff Village, Ohio | 0.0013067754% |
| OH447 | Decatur Township, Lawrence County, Ohio | 0.0001043130% |
| OH448 | Decatur Township, Washington County, Ohio | 0.0001169753% |
| OH449 | Deer Park City, Ohio | 0.0107468140% |
| OH450 | Deercreek Township, Ohio | 0.0004275226% |
| OH451 | Deerfield Township, Portage County, Ohio | 0.0008693556% |
| OH452 | Deerfield Township, Ross County, Ohio | 0.0015346168% |
| OH453 | Deerfield Township, Warren County, Ohio | 0.1151454582% |
| OH454 | Deersville Village, Ohio | 0.0000209231% |
| OH455 | Defiance City, Ohio | 0.0658767007% |
| OH456 | Defiance County, Ohio | 0.1709704524% |
| OH457 | Defiance Township, Ohio | 0.0007172505% |
| OH458 | Delaware City, Ohio | 0.1151374756% |
| OH459 | Delaware County, Ohio | 0.4816174702% |
| OH460 | Delaware Township, Defiance County, Ohio | 0.0015007088% |
| OH461 | Delaware Township, Delaware County, Ohio | 0.0075064553% |
| OH462 | Delaware Township, Hancock County, Ohio | 0.0001335254% |
| OH463 | Delhi Township, Ohio | 0.0630446356% |
| OH464 | Dellroy Village, Ohio | 0.0002505477% |
| OH465 | Delphos City, Ohio | 0.0171051813% |
| OH466 | Delta Village, Ohio | 0.0085241620% |
| OH467 | Dennison Village, Ohio | 0.0062570335% |
| OH468 | Deshler Village, Ohio | 0.0009475056% |
| OH469 | Dexter City Village, Ohio | 0.0000689910% |
| OH470 | Dillonvale Village, Ohio | 0.0012431801% |
| OH471 | Dinsmore Township, Ohio | 0.0004170743% |
| OH472 | Dodson Township, Ohio | 0.0105924667% |
| OH473 | Donnelsville Village, Ohio | 0.0002721853% |
| OH474 | Dorset Township, Ohio | 0.0001174083% |
| OH475 | Dover City, Ohio | 0.0416708574% |
| OH476 | Dover Township, Athens County, Ohio | 0.0005002505% |
| OH477 | Dover Township, Tuscarawas County, Ohio | 0.0000886824% |
| OH478 | Dover Township, Union County, Ohio | 0.0005124965% |
| OH479 | Doylestown Village, Ohio | 0.0020721837% |
| OH480 | Dresden Village, Ohio | 0.0028086586% |

*revised January 14, 2023*

| OH481 | Dublin City, Ohio | 0.0949912950% |
| OH482 | Dublin Township, Ohio | 0.0004331371% |
| OH483 | Duchouquet Township, Ohio | 0.0010861190% |
| OH484 | Dunham Township, Ohio | 0.0004344797% |
| OH485 | Dunkirk Village, Ohio | 0.0005233559% |
| OH486 | Dupont Village, Ohio | 0.0006622696% |
| OH487 | Eagle Township, Brown County, Ohio | 0.0090538344% |
| OH488 | Eagle Township, Vinton County, Ohio | 0.0002210767% |
| OH489 | East Canton Village, Ohio | 0.0024838727% |
| OH490 | East Cleveland City, Ohio | 0.0558083674% |
| OH491 | East Liverpool City, Ohio | 0.0368861843% |
| OH492 | East Palestine Village, Ohio | 0.0165861370% |
| OH493 | East Sparta Village, Ohio | 0.0004354199% |
| OH494 | East Union Township, Ohio | 0.0003556733% |
| OH495 | Eastlake City, Ohio | 0.0700788770% |
| OH496 | Eaton City, Ohio | 0.0615604375% |
| OH497 | Eaton Township, Ohio | 0.0004480024% |
| OH498 | Eden Township, Licking County, Ohio | 0.0004448138% |
| OH499 | Eden Township, Seneca County, Ohio | 0.0001102982% |
| OH500 | Eden Township, Wyandot County, Ohio | 0.0000944507% |
| OH501 | Edgerton Village, Ohio | 0.0042354308% |
| OH502 | Edinburg Township, Ohio | 0.0011740363% |
| OH503 | Edison Village, Ohio | 0.0001948360% |
| OH504 | Edon Village, Ohio | 0.0013908558% |
| OH505 | Eldorado Village, Ohio | 0.0003273621% |
| OH506 | Elgin Village, Ohio | 0.0006619504% |
| OH507 | Elida Village, Ohio | 0.0011181382% |
| OH508 | Elizabeth Township, Lawrence County, Ohio | 0.0009562023% |
| OH509 | Elizabeth Township, Miami County, Ohio | 0.0000454274% |
| OH510 | Elk Township, Noble County, Ohio | 0.0000344955% |
| OH511 | Elk Township, Vinton County, Ohio | 0.0002600903% |
| OH512 | Elkrun Township, Ohio | 0.0004259682% |
| OH513 | Ellsworth Township, Ohio | 0.0001965362% |
| OH514 | Elmore Village, Ohio | 0.0016556174% |
| OH515 | Elmwood Place Village, Ohio | 0.0045008025% |
| OH516 | Elyria City, Ohio | 0.2638149975% |
| OH517 | Elyria Township, Ohio | 0.0007693955% |
| OH518 | Empire Village, Ohio | 0.0010041070% |
| OH519 | Englewood City, Ohio | 0.0628005329% |
| OH520 | Enon Village, Ohio | 0.0038378123% |
| OH521 | Erie County, Ohio | 0.4532438208% |
| OH522 | Erie Township, Ohio | 0.0006045408% |

*revised January 14, 2023*

| OH523 | Euclid City, Ohio | 0.0936790366% |
| OH524 | Evendale Village, Ohio | 0.0340357530% |
| OH525 | Fairborn City, Ohio | 0.1544298717% |
| OH526 | Fairfax Village, Ohio | 0.0079411190% |
| OH527 | Fairfield City, Ohio | 0.2893759753% |
| OH528 | Fairfield County, Ohio | 0.6244843622% |
| OH529 | Fairfield Township, Butler County, Ohio | 0.0801075425% |
| OH530 | Fairfield Township, Columbiana County, Ohio | 0.0024759402% |
| OH531 | Fairfield Township, Huron County, Ohio | 0.0006726173% |
| OH532 | Fairfield Township, Tuscarawas County, Ohio | 0.0004138510% |
| OH533 | Fairfield Township, Washington County, Ohio | 0.0000501323% |
| OH534 | Fairlawn City, Ohio | 0.0675346202% |
| OH535 | Fairport Harbor Village, Ohio | 0.0091069372% |
| OH536 | Fairview Park City, Ohio | 0.0218966352% |
| OH537 | Fairview Village, Ohio | 0.0000924858% |
| OH538 | Falls Township, Hocking County, Ohio | 0.0002873384% |
| OH539 | Falls Township, Muskingum County, Ohio | 0.0022068032% |
| OH540 | Farmer Township, Ohio | 0.0002869002% |
| OH541 | Farmersville Village, Ohio | 0.0013667928% |
| OH542 | Farmington Township, Ohio | 0.0015345154% |
| OH543 | Fayette County, Ohio | 0.2554820842% |
| OH544 | Fayette Township, Ohio | 0.0013386832% |
| OH545 | Fayette Village, Ohio | 0.0012352086% |
| OH546 | Fayetteville Village, Ohio | 0.0029455968% |
| OH547 | Fearing Township, Ohio | 0.0004177690% |
| OH548 | Felicity Village, Ohio | 0.0030684641% |
| OH549 | Findlay City, Ohio | 0.1162163280% |
| OH550 | Fitchville Township, Ohio | 0.0003431721% |
| OH551 | Flatrock Township, Ohio | 0.0001691974% |
| OH552 | Fletcher Village, Ohio | 0.0012151836% |
| OH553 | Florence Township, Erie County, Ohio | 0.0013194115% |
| OH554 | Florence Township, Williams County, Ohio | 0.0002671700% |
| OH555 | Florida Village, Ohio | 0.0015566164% |
| OH556 | Flushing Township, Ohio | 0.0005905501% |
| OH557 | Flushing Village, Ohio | 0.0004640036% |
| OH558 | Forest Park City, Ohio | 0.0861415180% |
| OH559 | Forest Village, Ohio | 0.0023324226% |
| OH560 | Fort Jennings Village, Ohio | 0.0004221969% |
| OH561 | Fort Loramie Village, Ohio | 0.0012778446% |
| OH562 | Fort Recovery Village, Ohio | 0.0009926059% |
| OH563 | Fostoria City, Ohio | 0.0512205361% |
| OH564 | Fowler Township, Ohio | 0.0047569976% |

G-154

| | | |
|---|---|---|
| OH565 | Frankfort Village, Ohio | 0.0079678326% |
| OH566 | Franklin City, Ohio | 0.0535002847% |
| OH567 | Franklin County, Ohio | 5.7883029997% |
| OH568 | Franklin Township, Adams County, Ohio | 0.0010014012% |
| OH569 | Franklin Township, Brown County, Ohio | 0.0023874837% |
| OH570 | Franklin Township, Clermont County, Ohio | 0.0034132353% |
| OH571 | Franklin Township, Columbiana County, Ohio | 0.0006123293% |
| OH572 | Franklin Township, Coshocton County, Ohio | 0.0002449208% |
| OH573 | Franklin Township, Darke County, Ohio | 0.0004797868% |
| OH574 | Franklin Township, Franklin County, Ohio | 0.0440874644% |
| OH575 | Franklin Township, Fulton County, Ohio | 0.0000733787% |
| OH576 | Franklin Township, Jackson County, Ohio | 0.0003038871% |
| OH577 | Franklin Township, Mercer County, Ohio | 0.0012091744% |
| OH578 | Franklin Township, Portage County, Ohio | 0.0001990581% |
| OH579 | Franklin Township, Richland County, Ohio | 0.0008563765% |
| OH580 | Franklin Township, Shelby County, Ohio | 0.0011802315% |
| OH581 | Franklin Township, Tuscarawas County, Ohio | 0.0031235899% |
| OH582 | Franklin Township, Warren County, Ohio | 0.0035372089% |
| OH583 | Frazeysburg Village, Ohio | 0.0003209896% |
| OH584 | Fredericksburg Village, Ohio | 0.0001198464% |
| OH585 | Fredericktown Village, Ohio | 0.0055729507% |
| OH586 | Freedom Township, Portage County, Ohio | 0.0004265530% |
| OH587 | Freedom Township, Wood County, Ohio | 0.0012305895% |
| OH588 | Freeport Township, Ohio | 0.0002576440% |
| OH589 | Freeport Village, Ohio | 0.0001049661% |
| OH590 | Fremont City, Ohio | 0.0724844646% |
| OH591 | Fulton County, Ohio | 0.1830065436% |
| OH592 | Fulton Village, Ohio | 0.0001234266% |
| OH593 | Fultonham Village, Ohio | 0.0000100309% |
| OH594 | Gahanna City, Ohio | 0.0724048588% |
| OH595 | Galena Village, Ohio | 0.0001402305% |
| OH596 | Galion City, Ohio | 0.0440049221% |
| OH597 | Gallia County, Ohio | 0.3272280412% |
| OH598 | Gallipolis Village, Ohio | 0.0421733929% |

G-155

| | | |
|---|---|---|
| OH599 | Gambier Village, Ohio | 0.0019348227% |
| OH600 | Gann Village, Ohio | 0.0000330739% |
| OH601 | Garfield Heights City, Ohio | 0.0512449222% |
| OH602 | Garrettsville Village, Ohio | 0.0040959299% |
| OH603 | Gasper Township, Ohio | 0.0060234621% |
| OH604 | Gates Mills Village, Ohio | 0.0065784730% |
| OH605 | Geauga County, Ohio | 0.4034987358% |
| OH606 | Geneva City, Ohio | 0.0306905423% |
| OH607 | Geneva Township, Ohio | 0.0015497902% |
| OH608 | Geneva-On-The-Lake Village, Ohio | 0.0052011898% |
| OH609 | Genoa Township, Ohio | 0.0490971668% |
| OH610 | Genoa Village, Ohio | 0.0023769444% |
| OH611 | Georgetown Village, Ohio | 0.0263243336% |
| OH612 | German Township, Auglaize County, Ohio | 0.0003115915% |
| OH613 | German Township, Clark County, Ohio | 0.0120986353% |
| OH614 | German Township, Fulton County, Ohio | 0.0012718979% |
| OH615 | German Township, Harrison County, Ohio | 0.0002671864% |
| OH616 | German Township, Montgomery County, Ohio | 0.0069298793% |
| OH617 | Germantown City, Ohio | 0.0166173231% |
| OH618 | Gettysburg Village, Ohio | 0.0016993673% |
| OH619 | Gibson Township, Ohio | 0.0000992606% |
| OH620 | Gibsonburg Village, Ohio | 0.0033999699% |
| OH621 | Gilboa Village, Ohio | 0.0001572890% |
| OH622 | Gilead Township, Ohio | 0.0002952061% |
| OH623 | Girard City, Ohio | 0.0699056997% |
| OH624 | Glandorf Village, Ohio | 0.0007698884% |
| OH625 | Glendale Village, Ohio | 0.0089682038% |
| OH626 | Glenford Village, Ohio | 0.0004004647% |
| OH627 | Glenmont Village, Ohio | 0.0000756142% |
| OH628 | Glenwillow Village, Ohio | 0.0043105790% |
| OH629 | Gloria Glens Park Village, Ohio | 0.0002361762% |
| OH630 | Glouster Village, Ohio | 0.0025846274% |
| OH631 | Gnadenhutten Village, Ohio | 0.0020889623% |
| OH632 | Golf Manor Village, Ohio | 0.0149804075% |
| OH633 | Good Hope Township, Ohio | 0.0000544952% |
| OH634 | Gordon Village, Ohio | 0.0000369067% |
| OH635 | Gorham Township, Ohio | 0.0003913532% |
| OH636 | Goshen Township, Auglaize County, Ohio | 0.0000178052% |
| OH637 | Goshen Township, Belmont County, Ohio | 0.0007592787% |
| OH638 | Goshen Township, Champaign County, Ohio | 0.0009305060% |
| OH639 | Goshen Township, Clermont County, Ohio | 0.0551461609% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH640 | Goshen Township, Hardin County, Ohio | 0.0002665626% |
| OH641 | Goshen Township, Mahoning County, Ohio | 0.0098390939% |
| OH642 | Goshen Township, Tuscarawas County, Ohio | 0.0000492680% |
| OH643 | Grafton Township, Ohio | 0.0022594905% |
| OH644 | Grafton Village, Ohio | 0.0066908189% |
| OH645 | Grand Prairie Township, Ohio | 0.0006880499% |
| OH646 | Grand Rapids Township, Ohio | 0.0003306061% |
| OH647 | Grand Rapids Village, Ohio | 0.0005020315% |
| OH648 | Grand River Village, Ohio | 0.0044444886% |
| OH649 | Grand Township, Ohio | 0.0000371919% |
| OH650 | Grandview Heights City, Ohio | 0.0363742583% |
| OH651 | Grandview Township, Ohio | 0.0005932320% |
| OH652 | Granger Township, Ohio | 0.0028459226% |
| OH653 | Granville Township, Licking County, Ohio | 0.0126030583% |
| OH654 | Granville Township, Mercer County, Ohio | 0.0015971931% |
| OH655 | Granville Village, Ohio | 0.0103882561% |
| OH656 | Gratiot Village, Ohio | 0.0002067581% |
| OH657 | Gratis Village, Ohio | 0.0064162966% |
| OH658 | Graysville Village, Ohio | 0.0000309746% |
| OH659 | Green Camp Township, Ohio | 0.0011901403% |
| OH660 | Green Camp Village, Ohio | 0.0002045554% |
| OH661 | Green City, Ohio | 0.0847580205% |
| OH662 | Green Creek Township, Ohio | 0.0006872280% |
| OH663 | Green Springs Village, Ohio | 0.0016423298% |
| OH664 | Green Township, Adams County, Ohio | 0.0000263527% |
| OH665 | Green Township, Brown County, Ohio | 0.0034727036% |
| OH666 | Green Township, Clark County, Ohio | 0.0007485095% |
| OH667 | Green Township, Clinton County, Ohio | 0.0001561262% |
| OH668 | Green Township, Fayette County, Ohio | 0.0001235787% |
| OH669 | Green Township, Gallia County, Ohio | 0.0009184428% |
| OH670 | Green Township, Hamilton County, Ohio | 0.0953852812% |
| OH671 | Green Township, Harrison County, Ohio | 0.0005725423% |
| OH672 | Green Township, Hocking County, Ohio | 0.0033142996% |
| OH673 | Green Township, Mahoning County, Ohio | 0.0033902496% |
| OH674 | Green Township, Monroe County, Ohio | 0.0000062341% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH675 | Green Township, Ross County, Ohio | 0.0105357346% |
| OH676 | Green Township, Scioto County, Ohio | 0.0218077775% |
| OH677 | Green Township, Shelby County, Ohio | 0.0000621174% |
| OH678 | Greene County, Ohio | 0.9063855073% |
| OH679 | Greene Township, Ohio | 0.0000341003% |
| OH680 | Greenfield Township, Fairfield County, Ohio | 0.0084982150% |
| OH681 | Greenfield Township, Huron County, Ohio | 0.0011256045% |
| OH682 | Greenfield Village, Ohio | 0.0148836578% |
| OH683 | Greenhills Village, Ohio | 0.0082250286% |
| OH684 | Greensburg Township, Ohio | 0.0001324539% |
| OH685 | Greenville City, Ohio | 0.0550893674% |
| OH686 | Greenville Township, Ohio | 0.0140737464% |
| OH687 | Greenwich Village, Ohio | 0.0017844949% |
| OH688 | Groton Township, Ohio | 0.0005921768% |
| OH689 | Grove City, Ohio | 0.0733060057% |
| OH690 | Groveport City, Ohio | 0.0125549613% |
| OH691 | Grover Hill Village, Ohio | 0.0001863854% |
| OH692 | Guernsey County, Ohio | 0.2910222727% |
| OH693 | Guilford Township, Ohio | 0.0060579183% |
| OH694 | Gustavus Township, Ohio | 0.0000511505% |
| OH695 | Guyan Township, Ohio | 0.0003561309% |
| OH696 | Hambden Township, Ohio | 0.0039432026% |
| OH697 | Hamden Village, Ohio | 0.0009493296% |
| OH698 | Hamer Township, Ohio | 0.0000451704% |
| OH699 | Hamersville Village, Ohio | 0.0007131445% |
| OH700 | Hamilton City, Ohio | 0.6764224012% |
| OH701 | Hamilton County, Ohio | 5.8561869769% |
| OH702 | Hamilton Township, Franklin County, Ohio | 0.0255910434% |
| OH703 | Hamilton Township, Jackson County, Ohio | 0.0005248960% |
| OH704 | Hamilton Township, Lawrence County, Ohio | 0.0009909733% |
| OH705 | Hamilton Township, Warren County, Ohio | 0.0450761424% |
| OH706 | Hamler Village, Ohio | 0.0004060738% |
| OH707 | Hancock County, Ohio | 0.2855617267% |
| OH708 | Hanging Rock Village, Ohio | 0.0019993320% |
| OH709 | Hanover Township, Butler County, Ohio | 0.0098235954% |
| OH710 | Hanover Township, Columbiana County, Ohio | 0.0013178391% |
| OH711 | Hanover Township, Licking County, Ohio | 0.0043184009% |
| OH712 | Hanover Village, Ohio | 0.0008062251% |
| OH713 | Hanoverton Village, Ohio | 0.0010440744% |

*revised January 14, 2023*

| OH714 | Harbor View Village, Ohio | 0.0001526700% |
| OH715 | Hardin County, Ohio | 0.2235793641% |
| OH716 | Harding Township, Ohio | 0.0000272955% |
| OH717 | Hardy Township, Ohio | 0.0013901375% |
| OH718 | Harlan Township, Ohio | 0.0030485156% |
| OH719 | Harlem Township, Ohio | 0.0049245646% |
| OH720 | Harmony Township, Clark County, Ohio | 0.0018916876% |
| OH721 | Harmony Township, Morrow County, Ohio | 0.0001180824% |
| OH722 | Harpersfield Township, Ohio | 0.0005048559% |
| OH723 | Harpster Village, Ohio | 0.0000822938% |
| OH724 | Harris Township, Ohio | 0.0004190567% |
| OH725 | Harrisburg Village, Ohio | 0.0002978367% |
| OH726 | Harrison City, Ohio | 0.0560804997% |
| OH727 | Harrison County, Ohio | 0.0770641930% |
| OH728 | Harrison Township, Champaign County, Ohio | 0.0001374611% |
| OH729 | Harrison Township, Gallia County, Ohio | 0.0002811560% |
| OH730 | Harrison Township, Hamilton County, Ohio | 0.0022712769% |
| OH731 | Harrison Township, Henry County, Ohio | 0.0000203037% |
| OH732 | Harrison Township, Knox County, Ohio | 0.0000165369% |
| OH733 | Harrison Township, Licking County, Ohio | 0.0003058095% |
| OH734 | Harrison Township, Vinton County, Ohio | 0.0000199508% |
| OH735 | Harrison Township, Montgomery County, Ohio | 0.0328749640% |
| OH736 | Harrison Township, Muskingum County, Ohio | 0.0004112679% |
| OH737 | Harrison Township, Paulding County, Ohio | 0.0000657831% |
| OH738 | Harrison Township, Perry County, Ohio | 0.0020762554% |
| OH739 | Harrison Township, Pickaway County, Ohio | 0.0068306454% |
| OH740 | Harrison Township, Preble County, Ohio | 0.0015877060% |
| OH741 | Harrison Township, Scioto County, Ohio | 0.0071650064% |
| OH742 | Harrison Township, Van Wert County, Ohio | 0.0001858511% |
| OH743 | Harrison Township, Vinton County, Ohio | 0.0005201806% |
| OH744 | Harrisville Township, Ohio | 0.0067192115% |
| OH745 | Harrisville Village, Ohio | 0.0000619645% |
| OH746 | Harrod Village, Ohio | 0.0000673593% |

G-159

| | | |
|---|---|---|
| OH747 | Harrison Township, Vinton County, Ohio | 0.0007413564% |
| OH748 | Hartford Township, Trumbull County, Ohio | 0.0014833648% |
| OH749 | Hartford Village, Ohio | 0.0002502078% |
| OH750 | Hartland Township, Ohio | 0.0000960882% |
| OH751 | Hartsgrove Township, Ohio | 0.0005870417% |
| OH752 | Hartville Village, Ohio | 0.0099058031% |
| OH753 | Harveysburg Village, Ohio | 0.0012100978% |
| OH754 | Haskins Village, Ohio | 0.0008938610% |
| OH755 | Haviland Village, Ohio | 0.0000511646% |
| OH756 | Hayesville Village, Ohio | 0.0000894727% |
| OH757 | Heath City, Ohio | 0.0429986695% |
| OH758 | Hebron Village, Ohio | 0.0150402674% |
| OH759 | Helena Village, Ohio | 0.0000542548% |
| OH760 | Hemlock Village, Ohio | 0.0003549573% |
| OH761 | Henrietta Township, Ohio | 0.0004674808% |
| OH762 | Henry County, Ohio | 0.1089766836% |
| OH763 | Hicksville Township, Ohio | 0.0002096578% |
| OH764 | Hicksville Village, Ohio | 0.0077242363% |
| OH765 | Higginsport Village, Ohio | 0.0015866304% |
| OH766 | Highland County, Ohio | 0.3882850462% |
| OH767 | Highland Heights City, Ohio | 0.0224853394% |
| OH768 | Highland Hills Village, Ohio | 0.0015764629% |
| OH769 | Highland Township, Defiance County, Ohio | 0.0027365866% |
| OH770 | Highland Township, Muskingum County, Ohio | 0.0001705257% |
| OH771 | Highland Village, Ohio | 0.0000677557% |
| OH772 | Hilliard City, Ohio | 0.0500136505% |
| OH773 | Hills and Dales Village, Ohio | 0.0006069453% |
| OH774 | Hillsboro City, Ohio | 0.0707143136% |
| OH775 | Hinckley Township, Ohio | 0.0165323306% |
| OH776 | Hiram Township, Ohio | 0.0008287315% |
| OH777 | Hiram Village, Ohio | 0.0032539898% |
| OH778 | Hocking County, Ohio | 0.2559590488% |
| OH779 | Holgate Village, Ohio | 0.0002774838% |
| OH780 | Holiday City Village, Ohio | 0.0000613051% |
| OH781 | Holland Village, Ohio | 0.0097536077% |
| OH782 | Hollansburg Village, Ohio | 0.0003567645% |
| OH783 | Holloway Village, Ohio | 0.0002671536% |
| OH784 | Holmes County, Ohio | 0.1337033098% |
| OH785 | Holmes Township, Ohio | 0.0003480370% |
| OH786 | Holmesville Village, Ohio | 0.0000436236% |
| OH787 | Homer Township, Medina County, Ohio | 0.0010864103% |
| OH788 | Homer Township, Morgan County, Ohio | 0.0001820827% |
| OH789 | Hopedale Village, Ohio | 0.0002767288% |
| OH790 | Hopewell Township, Licking County, Ohio | 0.0002502078% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH791 | Hopewell Township, Muskingum County, Ohio | 0.0007422883% |
| OH792 | Hopewell Township, Perry County, Ohio | 0.0012909360% |
| OH793 | Hopewell Township, Seneca County, Ohio | 0.0001303525% |
| OH794 | Howard Township, Ohio | 0.0000496108% |
| OH795 | Howland Township, Ohio | 0.0502639031% |
| OH796 | Hoytville Village, Ohio | 0.0002378935% |
| OH797 | Hubbard City, Ohio | 0.0289341396% |
| OH798 | Hubbard Township, Ohio | 0.0153110532% |
| OH799 | Huber Heights City, Ohio | 0.1252489167% |
| OH800 | Hudson City, Ohio | 0.0660214283% |
| OH801 | Hunting Valley Village, Ohio | 0.0076690112% |
| OH802 | Huntington Township, Brown County, Ohio | 0.0072244638% |
| OH803 | Huntington Township, Ross County, Ohio | 0.0066106570% |
| OH804 | Huntsburg Township, Ohio | 0.0006508198% |
| OH805 | Huntsville Village, Ohio | 0.0008479077% |
| OH806 | Huron City, Ohio | 0.0302737409% |
| OH807 | Huron County, Ohio | 0.3638859630% |
| OH808 | Huron Township, Ohio | 0.0007791800% |
| OH809 | Independence City, Ohio | 0.0311578609% |
| OH810 | Independence Township, Ohio | 0.0000751984% |
| OH811 | Irondale Village, Ohio | 0.0001593821% |
| OH812 | Ironton City, Ohio | 0.0888572696% |
| OH813 | Island Creek Township, Ohio | 0.0026616805% |
| OH814 | Israel Township, Ohio | 0.0004746750% |
| OH815 | Ithaca Village, Ohio | 0.0003813690% |
| OH816 | Jackson Center Village, Ohio | 0.0015263144% |
| OH817 | Jackson City, Ohio | 0.0556665988% |
| OH818 | Jackson County, Ohio | 0.4838159524% |
| OH819 | Jackson Township, Allen County, Ohio | 0.0004227108% |
| OH820 | Jackson Township, Ashland County, Ohio | 0.0000162678% |
| OH821 | Jackson Township, Auglaize County, Ohio | 0.0003115915% |
| OH822 | Jackson Township, Brown County, Ohio | 0.0004961005% |
| OH823 | Jackson Township, Clermont County, Ohio | 0.0014652778% |
| OH824 | Jackson Township, Coshocton County, Ohio | 0.0005510719% |
| OH825 | Jackson Township, Crawford County, Ohio | 0.0000108762% |
| OH826 | Jackson Township, Franklin County, Ohio | 0.0661350150% |
| OH827 | Jackson Township, Guernsey County, Ohio | 0.0010334405% |

| | | |
|---|---|---|
| OH828 | Jackson Township, Hardin County, Ohio | 0.0015327348% |
| OH829 | Jackson Township, Highland County, Ohio | 0.0000451704% |
| OH830 | Jackson Township, Jackson County, Ohio | 0.0001105044% |
| OH831 | Jackson Township, Mahoning County, Ohio | 0.0058960862% |
| OH832 | Jackson Township, Monroe County, Ohio | 0.0000561065% |
| OH833 | Jackson Township, Montgomery County, Ohio | 0.0086323757% |
| OH834 | Jackson Township, Muskingum County, Ohio | 0.0011435253% |
| OH835 | Jackson Township, Noble County, Ohio | 0.0001207342% |
| OH836 | Jackson Township, Monroe County, Ohio | 0.0001534939% |
| OH837 | Jackson Township, Pickaway County, Ohio | 0.0001894702% |
| OH838 | Jackson Township, Pike County, Ohio | 0.0004309715% |
| OH839 | Jackson Township, Richland County, Ohio | 0.0004638706% |
| OH840 | Jackson Township, Sandusky County, Ohio | 0.0004340387% |
| OH841 | Jackson Township, Seneca County, Ohio | 0.0004311659% |
| OH842 | Jackson Township, Shelby County, Ohio | 0.0013665838% |
| OH843 | Jackson Township, Stark County, Ohio | 0.1371869620% |
| OH844 | Jackson Township, Union County, Ohio | 0.0001416902% |
| OH845 | Jackson Township, Vinton County, Ohio | 0.0000910316% |
| OH846 | Jackson Township, Wood County, Ohio | 0.0001346914% |
| OH847 | Jackson Township, Wyandot County, Ohio | 0.0001214367% |
| OH848 | Jacksonburg Village, Ohio | 0.0002870780% |
| OH849 | Jacksonville Village, Ohio | 0.0008441727% |
| OH850 | Jamestown Village, Ohio | 0.0034877253% |
| OH851 | Jefferson County, Ohio | 0.6622324840% |
| OH852 | Jefferson Township, Adams County, Ohio | 0.0007642272% |
| OH853 | Jefferson Township, Brown County, Ohio | 0.0006821382% |
| OH854 | Jefferson Township, Clinton County, Ohio | 0.0014720474% |

G-162

| | | |
|---|---|---|
| OH855 | Jefferson Township, Coshocton County, Ohio | 0.0000612302% |
| OH856 | Jefferson Township, Crawford County, Ohio | 0.0004567985% |
| OH857 | Jefferson Township, Fayette County, Ohio | 0.0005898074% |
| OH858 | Jefferson Township, Franklin County, Ohio | 0.0261561693% |
| OH859 | Jefferson Township, Greene County, Ohio | 0.0000619123% |
| OH860 | Jefferson Township, Guernsey County, Ohio | 0.0000679895% |
| OH861 | Jefferson Township, Jackson County, Ohio | 0.0000828783% |
| OH862 | Jefferson Township, Knox County, Ohio | 0.0006284039% |
| OH863 | Jefferson Township, Logan County, Ohio | 0.0002493846% |
| OH864 | Jefferson Township, Madison County, Ohio | 0.0262668976% |
| OH865 | Jefferson Township, Montgomery County, Ohio | 0.0133322246% |
| OH866 | Jefferson Township, Muskingum County, Ohio | 0.0005015462% |
| OH867 | Jefferson Township, Noble County, Ohio | 0.0000172477% |
| OH868 | Jefferson Township, Preble County, Ohio | 0.0008020371% |
| OH869 | Jefferson Township, Richland County, Ohio | 0.0017662765% |
| OH870 | Jefferson Township, Ross County, Ohio | 0.0009148677% |
| OH871 | Jefferson Township, Scioto County, Ohio | 0.0036109358% |
| OH872 | Jefferson Township, Tuscarawas County, Ohio | 0.0008079949% |
| OH873 | Jefferson Township, Williams County, Ohio | 0.0002200224% |
| OH874 | Jefferson Village, Ohio | 0.0039566613% |
| OH875 | Jeffersonville Village, Ohio | 0.0000112344% |
| OH876 | Jenera Village, Ohio | 0.0001194701% |
| OH877 | Jennings Township, Ohio | 0.0002731862% |
| OH878 | Jerome Township, Ohio | 0.0044044550% |
| OH879 | Jeromesville Village, Ohio | 0.0003085668% |
| OH880 | Jerry City Village, Ohio | 0.0003417298% |
| OH881 | Jersey Township, Ohio | 0.0017699883% |
| OH882 | Jerusalem Township, Ohio | 0.0021563480% |
| OH883 | Jerusalem Village, Ohio | 0.0000311703% |
| OH884 | Jewett Village, Ohio | 0.0001813051% |
| OH885 | Johnson Township, Ohio | 0.0002326265% |
| OH886 | Johnston Township, Ohio | 0.0002216522% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH887 | Johnstown Village, Ohio | 0.0092206199% |
| OH888 | Junction City Village, Ohio | 0.0017212480% |
| OH889 | Kalida Village, Ohio | 0.0022682733% |
| OH890 | Kelleys Island Village, Ohio | 0.0028777715% |
| OH891 | Kent City, Ohio | 0.0513285414% |
| OH892 | Kenton City, Ohio | 0.0306658035% |
| OH893 | Kettering City, Ohio | 0.3384195127% |
| OH894 | Kettlersville Village, Ohio | 0.0000266218% |
| OH895 | Killbuck Township, Ohio | 0.0002093931% |
| OH896 | Killbuck Village, Ohio | 0.0010702314% |
| OH897 | Kingston Township, Ohio | 0.0000164977% |
| OH898 | Kingston Village, Ohio | 0.0076824625% |
| OH899 | Kingsville Township, Ohio | 0.0011036385% |
| OH900 | Kinsman Township, Ohio | 0.0020801208% |
| OH901 | Kipton Village, Ohio | 0.0000973918% |
| OH902 | Kirby Village, Ohio | 0.0000472254% |
| OH903 | Kirkersville Village, Ohio | 0.0005560173% |
| OH904 | Kirkwood Township, Ohio | 0.0000140607% |
| OH905 | Kirtland City, Ohio | 0.0223930205% |
| OH906 | Kirtland Hills Village, Ohio | 0.0096850050% |
| OH907 | Knox County, Ohio | 0.3115395206% |
| OH908 | Knox Township, Columbiana County, Ohio | 0.0005191487% |
| OH909 | Knox Township, Guernsey County, Ohio | 0.0002039685% |
| OH910 | Knox Township, Jefferson County, Ohio | 0.0010041070% |
| OH911 | Knox Township, Vinton County, Ohio | 0.0001170406% |
| OH912 | La Grange Township, Ohio | 0.0042170664% |
| OH913 | La Rue Village, Ohio | 0.0006694539% |
| OH914 | Lafayette Township, Ohio | 0.0073805047% |
| OH915 | Lafayette Village, Ohio | 0.0000886329% |
| OH916 | Lagrange Village, Ohio | 0.0054247251% |
| OH917 | Lake County, Ohio | 1.2794251773% |
| OH918 | Lake Township, Stark County, Ohio | 0.0367336076% |
| OH919 | Lake Township, Wood County, Ohio | 0.0141058613% |
| OH920 | Lakeline Village, Ohio | 0.0000947652% |
| OH921 | Lakemore Village, Ohio | 0.0083562888% |
| OH922 | Lakeview Village, Ohio | 0.0008279569% |
| OH923 | Lakewood City, Ohio | 0.1008106545% |
| OH924 | Lancaster City, Ohio | 0.1565040398% |
| OH925 | Latty Township, Ohio | 0.0000877108% |
| OH926 | Latty Village, Ohio | 0.0000219277% |
| OH927 | Laura Village, Ohio | 0.0001135686% |
| OH928 | Laurel Township, Ohio | 0.0001089904% |
| OH929 | Laurelville Village, Ohio | 0.0007183460% |
| OH930 | Lawrence County, Ohio | 0.5322395718% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH931 | Lawrence Township, Lawrence County, Ohio | 0.0093186258% |
| OH932 | Lawrence Township, Stark County, Ohio | 0.0140521883% |
| OH933 | Lawrence Township, Tuscarawas County, Ohio | 0.0052322595% |
| OH934 | Lawrence Township, Washington County, Ohio | 0.0000334215% |
| OH935 | Lebanon City, Ohio | 0.0873597515% |
| OH936 | Lebanon Township, Ohio | 0.0004736376% |
| OH937 | Lee Township, Athens County, Ohio | 0.0005836255% |
| OH938 | Lee Township, Carroll County, Ohio | 0.0000980404% |
| OH939 | Lee Township, Monroe County, Ohio | 0.0000872768% |
| OH940 | Leesburg Township, Ohio | 0.0001989692% |
| OH941 | Leesburg Village, Ohio | 0.0054882077% |
| OH942 | Leesville Village, Ohio | 0.0000217868% |
| OH943 | Leetonia Village, Ohio | 0.0074544436% |
| OH944 | Leipsic Village, Ohio | 0.0030629968% |
| OH945 | Lemon Township, Ohio | 0.0041524079% |
| OH946 | Lenox Township, Ohio | 0.0002582984% |
| OH947 | Leroy Township, Ohio | 0.0053731877% |
| OH948 | Letart Township, Ohio | 0.0005413001% |
| OH949 | Lewis Township, Ohio | 0.0039998104% |
| OH950 | Lewisburg Village, Ohio | 0.0132254277% |
| OH951 | Lewisville Village, Ohio | 0.0001745536% |
| OH952 | Lexington Township, Ohio | 0.0014349065% |
| OH953 | Lexington Village, Ohio | 0.0093220146% |
| OH954 | Liberty Center Village, Ohio | 0.0002842517% |
| OH955 | Liberty Township, Adams County, Ohio | 0.0005534059% |
| OH956 | Liberty Township, Butler County, Ohio | 0.1149425287% |
| OH957 | Liberty Township, Clinton County, Ohio | 0.0016058699% |
| OH958 | Liberty Township, Crawford County, Ohio | 0.0001413900% |
| OH959 | Liberty Township, Darke County, Ohio | 0.0010825959% |
| OH960 | Liberty Township, Delaware County, Ohio | 0.0446792482% |
| OH961 | Liberty Township, Guernsey County, Ohio | 0.0001631748% |
| OH962 | Liberty Township, Hancock County, Ohio | 0.0013703927% |
| OH963 | Liberty Township, Hardin County, Ohio | 0.0010773571% |
| OH964 | Liberty Township, Henry County, Ohio | 0.0006632539% |

G-165

| | | |
|---|---|---|
| OH965 | Liberty Township, Highland County, Ohio | 0.0016487208% |
| OH966 | Liberty Township, Jackson County, Ohio | 0.0018785750% |
| OH967 | Liberty Township, Knox County, Ohio | 0.0003803498% |
| OH968 | Liberty Township, Licking County, Ohio | 0.0000926695% |
| OH969 | Liberty Township, Logan County, Ohio | 0.0003591138% |
| OH970 | Liberty Township, Mercer County, Ohio | 0.0002526633% |
| OH971 | Liberty Township, Putnam County, Ohio | 0.0002235160% |
| OH972 | Liberty Township, Seneca County, Ohio | 0.0003409218% |
| OH973 | Liberty Township, Trumbull County, Ohio | 0.0688997396% |
| OH974 | Liberty Township, Union County, Ohio | 0.0017726349% |
| OH975 | Liberty Township, Wood County, Ohio | 0.0002142817% |
| OH976 | Lick Township, Ohio | 0.0000552522% |
| OH977 | Licking County, Ohio | 0.7119059883% |
| OH978 | Licking Township, Licking County, Ohio | 0.0031507646% |
| OH979 | Licking Township, Muskingum County, Ohio | 0.0012839582% |
| OH980 | Lima City, Ohio | 0.1727455397% |
| OH981 | Limaville Village, Ohio | 0.0003869608% |
| OH982 | Lincoln Heights Village, Ohio | 0.0083419326% |
| OH983 | Lincoln Township, Ohio | 0.0001771237% |
| OH984 | Lindsey Village, Ohio | 0.0006510581% |
| OH985 | Linndale Village, Ohio | 0.0028091858% |
| OH986 | Lisbon Village, Ohio | 0.0009584285% |
| OH987 | Litchfield Township, Ohio | 0.0019838797% |
| OH988 | Lithopolis Village, Ohio | 0.0014069809% |
| OH989 | Liverpool Township, Columbiana County, Ohio | 0.0053112911% |
| OH990 | Liverpool Township, Medina County, Ohio | 0.0054202427% |
| OH991 | Lockbourne Village, Ohio | 0.0000076368% |
| OH992 | Lockington Village, Ohio | 0.0000443696% |
| OH993 | Lockland Village, Ohio | 0.0146296956% |
| OH994 | Lodi Township, Ohio | 0.0003856097% |
| OH995 | Lodi Village, Ohio | 0.0068845348% |
| OH996 | Logan City, Ohio | 0.0081742815% |
| OH997 | Logan County, Ohio | 0.2671308245% |
| OH998 | Logan Township, Ohio | 0.0001602471% |
| OH999 | London City, Ohio | 0.0432082694% |
| OH1000 | Londonderry Township, Ohio | 0.0001223811% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1001 | Lorain City, Ohio | 0.2833225817% |
| OH1002 | Lorain County, Ohio | 1.3357776870% |
| OH1003 | Lordstown Village, Ohio | 0.0208012082% |
| OH1004 | Lore City Village, Ohio | 0.0001903706% |
| OH1005 | Lostcreek Township, Ohio | 0.0008063368% |
| OH1006 | Loudon Township, Carroll County, Ohio | 0.0003703748% |
| OH1007 | Loudon Township, Seneca County, Ohio | 0.0000802169% |
| OH1008 | Loudonville Village, Ohio | 0.0063961356% |
| OH1009 | Louisville City, Ohio | 0.0170110645% |
| OH1010 | Loveland City, Ohio | 0.0476149868% |
| OH1011 | Lowell Village, Ohio | 0.0000835538% |
| OH1012 | Lowellville Village, Ohio | 0.0039921417% |
| OH1013 | Lower Salem Village, Ohio | 0.0000220891% |
| OH1014 | Lucas County, Ohio | 3.1972089435% |
| OH1015 | Lucas Village, Ohio | 0.0007671706% |
| OH1016 | Luckey Village, Ohio | 0.0005693772% |
| OH1017 | Ludlow Falls Village, Ohio | 0.0002558525% |
| OH1018 | Ludlow Township, Ohio | 0.0000501323% |
| OH1019 | Lykens Township, Ohio | 0.0000217523% |
| OH1020 | Lynchburg Village, Ohio | 0.0028908592% |
| OH1021 | Lyndhurst City, Ohio | 0.0338761729% |
| OH1022 | Lynn Township, Ohio | 0.0000111068% |
| OH1023 | Lyons Village, Ohio | 0.0001442518% |
| OH1024 | Macedonia City, Ohio | 0.0527014847% |
| OH1025 | Macksburg Village, Ohio | 0.0000477742% |
| OH1026 | Mad River Township, Champaign County, Ohio | 0.0003806616% |
| OH1027 | Mad River Township, Clark County, Ohio | 0.0132962505% |
| OH1028 | Madeira City, Ohio | 0.0133187012% |
| OH1029 | Madison County, Ohio | 0.2562654482% |
| OH1030 | Madison Township, Butler County, Ohio | 0.0065436778% |
| OH1031 | Madison Township, Clark County, Ohio | 0.0028035083% |
| OH1032 | Madison Township, Columbiana County, Ohio | 0.0001863611% |
| OH1033 | Madison Township, Fayette County, Ohio | 0.0003651188% |
| OH1034 | Madison Township, Franklin County, Ohio | 0.0648596631% |
| OH1035 | Madison Township, Guernsey County, Ohio | 0.0001087832% |
| OH1036 | Madison Township, Hancock County, Ohio | 0.0001546084% |
| OH1037 | Madison Township, Highland County, Ohio | 0.0000451704% |
| OH1038 | Madison Township, Lake County, Ohio | 0.0185550292% |

*revised January 14, 2023*

| OH1039 | Madison Township, Licking County, Ohio | 0.0016124501% |
| OH1040 | Madison Township, Muskingum County, Ohio | 0.0000200618% |
| OH1041 | Madison Township, Pickaway County, Ohio | 0.0005781272% |
| OH1042 | Madison Township, Richland County, Ohio | 0.0162443911% |
| OH1043 | Madison Township, Sandusky County, Ohio | 0.0010398844% |
| OH1044 | Madison Township, Scioto County, Ohio | 0.0090415557% |
| OH1045 | Madison Township, Williams County, Ohio | 0.0001650168% |
| OH1046 | Madison Village, Ohio | 0.0069557668% |
| OH1047 | Magnetic Springs Village, Ohio | 0.0003286007% |
| OH1048 | Magnolia Village, Ohio | 0.0039121470% |
| OH1049 | Mahoning County, Ohio | 1.6000258367% |
| OH1050 | Maineville Village, Ohio | 0.0020362222% |
| OH1051 | Malaga Township, Ohio | 0.0000561065% |
| OH1052 | Malinta Village, Ohio | 0.0000609111% |
| OH1053 | Malta Village, Ohio | 0.0001392397% |
| OH1054 | Malvern Village, Ohio | 0.0005882424% |
| OH1055 | Manchester Township, Ohio | 0.0013966912% |
| OH1056 | Manchester Village, Ohio | 0.0025562084% |
| OH1057 | Mansfield City, Ohio | 0.2140405926% |
| OH1058 | Mantua Township, Ohio | 0.0000649985% |
| OH1059 | Mantua Village, Ohio | 0.0015884020% |
| OH1060 | Maple Heights City, Ohio | 0.0395380059% |
| OH1061 | Marble Cliff Village, Ohio | 0.0004658471% |
| OH1062 | Marblehead Village, Ohio | 0.0019235388% |
| OH1063 | Marengo Village, Ohio | 0.0002597814% |
| OH1064 | Margaretta Township, Ohio | 0.0078229674% |
| OH1065 | Mariemont Village, Ohio | 0.0153812210% |
| OH1066 | Marietta City, Ohio | 0.0852917164% |
| OH1067 | Marietta Township, Ohio | 0.0002088845% |
| OH1068 | Marion City, Ohio | 0.2496505326% |
| OH1069 | Marion County, Ohio | 0.3374233828% |
| OH1070 | Marion Township, Allen County, Ohio | 0.0001840837% |
| OH1071 | Marion Township, Clinton County, Ohio | 0.0020965523% |
| OH1072 | Marion Township, Fayette County, Ohio | 0.0007695582% |
| OH1073 | Marion Township, Hardin County, Ohio | 0.0006108726% |
| OH1074 | Marion Township, Henry County, Ohio | 0.0000947506% |
| OH1075 | Marion Township, Hocking County, Ohio | 0.0001634856% |

G-168

| OH1076 | Marion Township, Marion County, Ohio | 0.0526451142% |
| OH1077 | Marion Township, Mercer County, Ohio | 0.0015069562% |
| OH1078 | Marion Township, Pike County, Ohio | 0.0001943597% |
| OH1079 | Mark Township, Ohio | 0.0001324155% |
| OH1080 | Marlboro Township, Delaware County, Ohio | 0.0001979724% |
| OH1081 | Marlboro Township, Stark County, Ohio | 0.0048193068% |
| OH1082 | Marseilles Township, Ohio | 0.0000067465% |
| OH1083 | Marseilles Village, Ohio | 0.0000067465% |
| OH1084 | Marshall Township, Ohio | 0.0006323861% |
| OH1085 | Marshallville Village, Ohio | 0.0004600557% |
| OH1086 | Martins Ferry City, Ohio | 0.0347299689% |
| OH1087 | Martinsburg Village, Ohio | 0.0000165369% |
| OH1088 | Martinsville Village, Ohio | 0.0006022012% |
| OH1089 | Mary Ann Township, Ohio | 0.0009452294% |
| OH1090 | Marysville City, Ohio | 0.0386422342% |
| OH1091 | Mason City, Ohio | 0.1510527828% |
| OH1092 | Mason Township, Ohio | 0.0000347710% |
| OH1093 | Massie Township, Ohio | 0.0001279911% |
| OH1094 | Massillon City, Ohio | 0.1194930798% |
| OH1095 | Matamoras Village, Ohio | 0.0003175044% |
| OH1096 | Maumee City, Ohio | 0.0830057490% |
| OH1097 | Mayfield Heights City, Ohio | 0.0460098010% |
| OH1098 | Mayfield Village, Ohio | 0.0222206201% |
| OH1099 | McArthur Village, Ohio | 0.0034201873% |
| OH1100 | McClure Village, Ohio | 0.0000744469% |
| OH1101 | McComb Village, Ohio | 0.0019536880% |
| OH1102 | McConnelsville Village, Ohio | 0.0038344466% |
| OH1103 | McDonald Township, Ohio | 0.0004331642% |
| OH1104 | McDonald Village, Ohio | 0.0085762358% |
| OH1105 | McGuffey Village, Ohio | 0.0000111068% |
| OH1106 | McKean Township, Ohio | 0.0016773188% |
| OH1107 | McLean Township, Ohio | 0.0000088739% |
| OH1108 | Mead Township, Ohio | 0.0016310431% |
| OH1109 | Mecca Township, Ohio | 0.0015686157% |
| OH1110 | Mechanicsburg Village, Ohio | 0.0059742716% |
| OH1111 | Medina City, Ohio | 0.0850942672% |
| OH1112 | Medina County, Ohio | 0.7825696764% |
| OH1113 | Medina Township, Ohio | 0.0180792844% |
| OH1114 | Meigs County, Ohio | 0.1986571471% |
| OH1115 | Meigs Township, Ohio | 0.0019764498% |
| OH1116 | Meigsville Township, Ohio | 0.0000749752% |
| OH1117 | Melrose Village, Ohio | 0.0001123652% |
| OH1118 | Mendon Village, Ohio | 0.0000902369% |
| OH1119 | Mentor City, Ohio | 0.2495262895% |
| OH1120 | Mentor-On-The-Lake City, Ohio | 0.0195974466% |
| OH1121 | Mercer County, Ohio | 0.1655486085% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1122 | Mesopotamia Township, Ohio | 0.0029496795% |
| OH1123 | Metamora Village, Ohio | 0.0001589872% |
| OH1124 | Meyers Lake Village, Ohio | 0.0015027860% |
| OH1125 | Miami County, Ohio | 0.5778482109% |
| OH1126 | Miami Township, Clermont County, Ohio | 0.2187745945% |
| OH1127 | Miami Township, Greene County, Ohio | 0.0056649739% |
| OH1128 | Miami Township, Hamilton County, Ohio | 0.0222368033% |
| OH1129 | Miami Township, Logan County, Ohio | 0.0002394092% |
| OH1130 | Miami Township, Montgomery County, Ohio | 0.1354683508% |
| OH1131 | Miamisburg City, Ohio | 0.1660413479% |
| OH1132 | Middle Point Village, Ohio | 0.0010159860% |
| OH1133 | Middleburg Heights City, Ohio | 0.0377244809% |
| OH1134 | Middlebury Township, Ohio | 0.0002811281% |
| OH1135 | Middlefield Village, Ohio | 0.0110639374% |
| OH1136 | Middleport Village, Ohio | 0.0066985891% |
| OH1137 | Middleton Township, Columbiana County, Ohio | 0.0013311506% |
| OH1138 | Middleton Township, Wood County, Ohio | 0.0032264709% |
| OH1139 | Middletown City, Ohio | 0.5826547123% |
| OH1140 | Midland Village, Ohio | 0.0000223037% |
| OH1141 | Midvale Village, Ohio | 0.0004926798% |
| OH1142 | Midway Village, Ohio | 0.0006778443% |
| OH1143 | Mifflin Township, Ashland County, Ohio | 0.0003416231% |
| OH1144 | Mifflin Township, Franklin County, Ohio | 0.0915733216% |
| OH1145 | Mifflin Township, Pike County, Ohio | 0.0001267563% |
| OH1146 | Mifflin Township, Richland County, Ohio | 0.0080552911% |
| OH1147 | Mifflin Township, Wyandot County, Ohio | 0.0001214367% |
| OH1148 | Mifflin Village, Ohio | 0.0001545438% |
| OH1149 | Milan Township, Ohio | 0.0020258680% |
| OH1150 | Milan Village, Ohio | 0.0040820332% |
| OH1151 | Milford Center Village, Ohio | 0.0000633084% |
| OH1152 | Milford City, Ohio | 0.0751522099% |
| OH1153 | Milford Township, Butler County, Ohio | 0.0015672512% |
| OH1154 | Milford Township, Defiance County, Ohio | 0.0002979348% |
| OH1155 | Mill Creek Township, Coshocton County, Ohio | 0.0000229613% |
| OH1156 | Mill Creek Township, Williams County, Ohio | 0.0000628635% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1157 | Mill Township, Ohio | 0.0121593375% |
| OH1158 | Millbury Village, Ohio | 0.0009905091% |
| OH1159 | Millcreek Township, Ohio | 0.0000180881% |
| OH1160 | Milledgeville Village, Ohio | 0.0000257235% |
| OH1161 | Miller City Village, Ohio | 0.0000248351% |
| OH1162 | Miller Township, Ohio | 0.0008599212% |
| OH1163 | Millersburg Village, Ohio | 0.0018263731% |
| OH1164 | Millersport Village, Ohio | 0.0058664571% |
| OH1165 | Millville Village, Ohio | 0.0076100550% |
| OH1166 | Millwood Township, Ohio | 0.0000543916% |
| OH1167 | Milton Center Village, Ohio | 0.0000061223% |
| OH1168 | Milton Township, Ashland County, Ohio | 0.0000162678% |
| OH1169 | Milton Township, Mahoning County, Ohio | 0.0048642711% |
| OH1170 | Miltonsburg Village, Ohio | 0.0000172975% |
| OH1171 | Mineral City Village, Ohio | 0.0026506173% |
| OH1172 | Minerva Park Village, Ohio | 0.0030776456% |
| OH1173 | Minerva Village, Ohio | 0.0118214870% |
| OH1174 | Mingo Junction Village, Ohio | 0.0074909571% |
| OH1175 | Minster Village, Ohio | 0.0056442578% |
| OH1176 | Mississinawa Township, Ohio | 0.0003444623% |
| OH1177 | Mogadore Village, Ohio | 0.0107618198% |
| OH1178 | Monclova Township, Ohio | 0.0108181339% |
| OH1179 | Monday Creek Township, Ohio | 0.0000430312% |
| OH1180 | Monroe City, Ohio | 0.1198391105% |
| OH1181 | Monroe County, Ohio | 0.0768222745% |
| OH1182 | Monroe Township, Adams County, Ohio | 0.0016865705% |
| OH1183 | Monroe Township, Allen County, Ohio | 0.0002727166% |
| OH1184 | Monroe Township, Carroll County, Ohio | 0.0010130841% |
| OH1185 | Monroe Township, Clermont County, Ohio | 0.0034821896% |
| OH1186 | Monroe Township, Darke County, Ohio | 0.0006151113% |
| OH1187 | Monroe Township, Guernsey County, Ohio | 0.0001903706% |
| OH1188 | Monroe Township, Harrison County, Ohio | 0.0003530677% |
| OH1189 | Monroe Township, Knox County, Ohio | 0.0021828768% |
| OH1190 | Monroe Township, Licking County, Ohio | 0.0160503654% |
| OH1191 | Monroe Township, Logan County, Ohio | 0.0001895323% |
| OH1192 | Monroe Township, Muskingum County, Ohio | 0.0001203711% |
| OH1193 | Monroe Township, Perry County, Ohio | 0.0000753046% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1194 | Monroe Township, Pickaway County, Ohio | 0.0003740823% |
| OH1195 | Monroe Township, Preble County, Ohio | 0.0020296448% |
| OH1196 | Monroe Township, Putnam County, Ohio | 0.0007698884% |
| OH1197 | Monroe Township, Richland County, Ohio | 0.0011596765% |
| OH1198 | Monroeville Village, Ohio | 0.0057515643% |
| OH1199 | Monterey Township, Ohio | 0.0001158972% |
| OH1200 | Montezuma Village, Ohio | 0.0003248528% |
| OH1201 | Montgomery City, Ohio | 0.0491831661% |
| OH1202 | Montgomery County, Ohio | 5.1644746001% |
| OH1203 | Montgomery Township, Marion County, Ohio | 0.0007252418% |
| OH1204 | Montgomery Township, Wood County, Ohio | 0.0011448768% |
| OH1205 | Montpelier Village, Ohio | 0.0054141221% |
| OH1206 | Montville Township, Geauga County, Ohio | 0.0005742528% |
| OH1207 | Montville Township, Medina County, Ohio | 0.0202875314% |
| OH1208 | Moorefield Township, Ohio | 0.0090773788% |
| OH1209 | Moraine City, Ohio | 0.0890573422% |
| OH1210 | Moreland Hills Village, Ohio | 0.0034611065% |
| OH1211 | Morgan County, Ohio | 0.0873568346% |
| OH1212 | Morgan Township, Ashtabula County, Ohio | 0.0013032327% |
| OH1213 | Morgan Township, Butler County, Ohio | 0.0060266465% |
| OH1214 | Morgan Township, Gallia County, Ohio | 0.0004498495% |
| OH1215 | Morgan Township, Knox County, Ohio | 0.0013394926% |
| OH1216 | Morgan Township, Scioto County, Ohio | 0.0014216283% |
| OH1217 | Morral Village, Ohio | 0.0008926053% |
| OH1218 | Morris Township, Ohio | 0.0000330739% |
| OH1219 | Morristown Village, Ohio | 0.0004780643% |
| OH1220 | Morrow County, Ohio | 0.2192732037% |
| OH1221 | Morrow Village, Ohio | 0.0015475289% |
| OH1222 | Moscow Village, Ohio | 0.0010343137% |
| OH1223 | Moulton Township, Ohio | 0.0002403706% |
| OH1224 | Mount Blanchard Village, Ohio | 0.0000632489% |
| OH1225 | Mount Cory Village, Ohio | 0.0001194701% |
| OH1226 | Mount Eaton Village, Ohio | 0.0003286112% |
| OH1227 | Mount Gilead Village, Ohio | 0.0047705309% |
| OH1228 | Mount Healthy City, Ohio | 0.0150472097% |
| OH1229 | Mount Orab Village, Ohio | 0.0858253892% |
| OH1230 | Mount Pleasant Township, Ohio | 0.0009562924% |
| OH1231 | Mount Pleasant Village, Ohio | 0.0001593821% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1232 | Mount Sterling Village, Ohio | 0.0092167280% |
| OH1233 | Mount Vernon City, Ohio | 0.0916146794% |
| OH1234 | Mount Victory Village, Ohio | 0.0003726928% |
| OH1235 | Mowrystown Village, Ohio | 0.0099826658% |
| OH1236 | Munroe Falls City, Ohio | 0.0144765234% |
| OH1237 | Munson Township, Ohio | 0.0126431327% |
| OH1238 | Murray City Village, Ohio | 0.0003666041% |
| OH1239 | Muskingum County, Ohio | 0.5186890264% |
| OH1240 | Muskingum Township, Ohio | 0.0034591272% |
| OH1241 | Mutual Village, Ohio | 0.0000512624% |
| OH1242 | Napoleon City, Ohio | 0.0200262083% |
| OH1243 | Napoleon Township, Ohio | 0.0008595230% |
| OH1244 | Nashville Village, Ohio | 0.0001163295% |
| OH1245 | Navarre Village, Ohio | 0.0045125337% |
| OH1246 | Nellie Village, Ohio | 0.0000766034% |
| OH1247 | Nelsonville City, Ohio | 0.0153618582% |
| OH1248 | Nevada Village, Ohio | 0.0000539719% |
| OH1249 | Neville Village, Ohio | 0.0000172386% |
| OH1250 | New Albany City, Ohio | 0.0355984449% |
| OH1251 | New Alexandria Village, Ohio | 0.0001593821% |
| OH1252 | New Athens Village, Ohio | 0.0001049661% |
| OH1253 | New Bavaria Village, Ohio | 0.0001925555% |
| OH1254 | New Bloomington Village, Ohio | 0.0006286558% |
| OH1255 | New Boston Village, Ohio | 0.0217793450% |
| OH1256 | New Bremen Village, Ohio | 0.0076829566% |
| OH1257 | New Carlisle City, Ohio | 0.0121258538% |
| OH1258 | New Concord Village, Ohio | 0.0073426360% |
| OH1259 | New Franklin City, Ohio | 0.0293867642% |
| OH1260 | New Haven Township, Ohio | 0.0016334992% |
| OH1261 | New Holland Village, Ohio | 0.0001903085% |
| OH1262 | New Jasper Township, Ohio | 0.0016406755% |
| OH1263 | New Knoxville Village, Ohio | 0.0011840478% |
| OH1264 | New Lebanon Village, Ohio | 0.0058388430% |
| OH1265 | New Lexington Village, Ohio | 0.0129954223% |
| OH1266 | New London Township, Ohio | 0.0002882646% |
| OH1267 | New London Village, Ohio | 0.0030473682% |
| OH1268 | New Madison Village, Ohio | 0.0016608005% |
| OH1269 | New Market Township, Ohio | 0.0002484374% |
| OH1270 | New Miami Village, Ohio | 0.0024074272% |
| OH1271 | New Middletown Village, Ohio | 0.0007615778% |
| OH1272 | New Paris Village, Ohio | 0.0016204423% |
| OH1273 | New Philadelphia City, Ohio | 0.0774788253% |
| OH1274 | New Richmond Village, Ohio | 0.0330808011% |
| OH1275 | New Riegel Village, Ohio | 0.0002406507% |
| OH1276 | New Russia Township, Ohio | 0.0008375698% |
| OH1277 | New Straitsville Village, Ohio | 0.0021300444% |
| OH1278 | New Vienna Village, Ohio | 0.0009144537% |
| OH1279 | New Washington Village, Ohio | 0.0012290055% |
| OH1280 | New Waterford Village, Ohio | 0.0048586998% |
| OH1281 | New Weston Village, Ohio | 0.0000861156% |
| OH1282 | Newark City, Ohio | 0.1777772576% |

G-173

| | | |
|---|---|---|
| OH1283 | Newark Township, Ohio | 0.0018255901% |
| OH1284 | Newberry Township, Ohio | 0.0019874499% |
| OH1285 | Newburgh Heights Village, Ohio | 0.0042789708% |
| OH1286 | Newbury Township, Ohio | 0.0027755552% |
| OH1287 | Newcomerstown Village, Ohio | 0.0076759513% |
| OH1288 | Newton Falls Village, Ohio | 0.0365044154% |
| OH1289 | Newton Township, Licking County, Ohio | 0.0011027676% |
| OH1290 | Newton Township, Muskingum County, Ohio | 0.0020262466% |
| OH1291 | Newton Township, Pike County, Ohio | 0.0002281614% |
| OH1292 | Newton Township, Trumbull County, Ohio | 0.0026939270% |
| OH1293 | Newtonsville Village, Ohio | 0.0005516340% |
| OH1294 | Newtown Village, Ohio | 0.0057282940% |
| OH1295 | Ney Village, Ohio | 0.0000662077% |
| OH1296 | Nile Township, Ohio | 0.0052315920% |
| OH1297 | Niles City, Ohio | 0.1643806952% |
| OH1298 | Nimishillen Township, Ohio | 0.0122610291% |
| OH1299 | Noble County, Ohio | 0.0987433126% |
| OH1300 | Noble Township, Auglaize County, Ohio | 0.0000089026% |
| OH1301 | Noble Township, Defiance County, Ohio | 0.0003420733% |
| OH1302 | Noble Township, Noble County, Ohio | 0.0008278915% |
| OH1303 | North Baltimore Village, Ohio | 0.0034529973% |
| OH1304 | North Bend Village, Ohio | 0.0025608089% |
| OH1305 | North Bloomfield Township, Ohio | 0.0004132886% |
| OH1306 | North Canton City, Ohio | 0.0524878920% |
| OH1307 | North College Hill City, Ohio | 0.0194144077% |
| OH1308 | North Fairfield Village, Ohio | 0.0000686344% |
| OH1309 | North Hampton Village, Ohio | 0.0018236413% |
| OH1310 | North Kingsville Village, Ohio | 0.0058586766% |
| OH1311 | North Lewisburg Village, Ohio | 0.0040569220% |
| OH1312 | North Olmsted City, Ohio | 0.0399884238% |
| OH1313 | North Perry Village, Ohio | 0.0021416939% |
| OH1314 | North Randall Village, Ohio | 0.0010272691% |
| OH1315 | North Ridgeville City, Ohio | 0.1099748579% |
| OH1316 | North Robinson Village, Ohio | 0.0000652569% |
| OH1317 | North Royalton City, Ohio | 0.0490362937% |
| OH1318 | North Star Village, Ohio | 0.0006041028% |
| OH1319 | North Township, Ohio | 0.0006202542% |
| OH1320 | Northfield Center Township, Ohio | 0.0055419447% |
| OH1321 | Northfield Village, Ohio | 0.0204907382% |
| OH1322 | Northwest Township, Ohio | 0.0003378915% |
| OH1323 | Northwood City, Ohio | 0.0154037964% |
| OH1324 | Norton City, Ohio | 0.0374368018% |
| OH1325 | Norwalk City, Ohio | 0.0671930963% |
| OH1326 | Norwalk Township, Ohio | 0.0009746088% |

*revised January 14, 2023*

| OH1327 | Norwich Township, Franklin County, Ohio | 0.0881825657% |
| OH1328 | Norwich Township, Huron County, Ohio | 0.0005490754% |
| OH1329 | Norwich Village, Ohio | 0.0000776491% |
| OH1330 | Norwood City, Ohio | 0.1133550899% |
| OH1331 | Nottingham Township, Ohio | 0.0002290169% |
| OH1332 | Oak Harbor Village, Ohio | 0.0043210926% |
| OH1333 | Oak Hill Village, Ohio | 0.0009945397% |
| OH1334 | Oakwood City, Ohio | 0.0665292396% |
| OH1335 | Oakwood Village, Cuyahoga County, Ohio | 0.0160412015% |
| OH1336 | Oakwood Village, Paulding County, Ohio | 0.0006103209% |
| OH1337 | Oberlin City, Ohio | 0.0523286319% |
| OH1338 | Obetz Village, Ohio | 0.0012677151% |
| OH1339 | Octa Village, Ohio | 0.0000132032% |
| OH1340 | Ohio City Village, Ohio | 0.0013381279% |
| OH1341 | Ohio Township, Clermont County, Ohio | 0.0024995915% |
| OH1342 | Ohio Township, Monroe County, Ohio | 0.0002805325% |
| OH1343 | Old Washington Village, Ohio | 0.0016589439% |
| OH1344 | Olive Township, Meigs County, Ohio | 0.0005413001% |
| OH1345 | Olive Township, Noble County, Ohio | 0.0002069729% |
| OH1346 | Olmsted Falls City, Ohio | 0.0116318466% |
| OH1347 | Olmsted Township, Ohio | 0.0148163807% |
| OH1348 | Ontario City, Ohio | 0.0192773910% |
| OH1349 | Orange Township, Ashland County, Ohio | 0.0004880329% |
| OH1350 | Orange Township, Carroll County, Ohio | 0.0003703748% |
| OH1351 | Orange Township, Delaware County, Ohio | 0.0531556020% |
| OH1352 | Orange Township, Meigs County, Ohio | 0.0003383126% |
| OH1353 | Orange Township, Shelby County, Ohio | 0.0011891054% |
| OH1354 | Orange Village, Ohio | 0.0100237754% |
| OH1355 | Orangeville Village, Ohio | 0.0005285553% |
| OH1356 | Oregon City, Ohio | 0.0936692081% |
| OH1357 | Orrville City, Ohio | 0.0089614214% |
| OH1358 | Orwell Township, Ohio | 0.0004813742% |
| OH1359 | Orwell Village, Ohio | 0.0054712290% |
| OH1360 | Osgood Village, Ohio | 0.0000984178% |
| OH1361 | Osnaburg Township, Ohio | 0.0017515756% |
| OH1362 | Ostrander Village, Ohio | 0.0001237328% |
| OH1363 | Ottawa County, Ohio | 0.2393019717% |
| OH1364 | Ottawa Hills Village, Ohio | 0.0134021121% |

*revised January 14, 2023*

| OH1365 | Ottawa Village, Ohio | 0.0047352274% |
| OH1366 | Ottoville Village, Ohio | 0.0010927448% |
| OH1367 | Otway Village, Ohio | 0.0001137303% |
| OH1368 | Owensville Village, Ohio | 0.0008791667% |
| OH1369 | Oxford City, Ohio | 0.0794612533% |
| OH1370 | Oxford Township, Butler County, Ohio | 0.1101599888% |
| OH1371 | Oxford Township, Coshocton County, Ohio | 0.0002143057% |
| OH1372 | Oxford Township, Guernsey County, Ohio | 0.0001223811% |
| OH1373 | Oxford Township, Tuscarawas County, Ohio | 0.0000788288% |
| OH1374 | Painesville City, Ohio | 0.0828627046% |
| OH1375 | Painesville Township, Ohio | 0.0334236916% |
| OH1376 | Paint Township, Fayette County, Ohio | 0.0000280861% |
| OH1377 | Paint Township, Highland County, Ohio | 0.0002710226% |
| OH1378 | Paint Township, Holmes County, Ohio | 0.0004187862% |
| OH1379 | Paint Township, Madison County, Ohio | 0.0000155425% |
| OH1380 | Paint Township, Ross County, Ohio | 0.0003836542% |
| OH1381 | Paint Township, Wayne County, Ohio | 0.0001894347% |
| OH1382 | Palestine Village, Ohio | 0.0005121741% |
| OH1383 | Palmer Township, Ohio | 0.0000584877% |
| OH1384 | Palmyra Township, Ohio | 0.0008124819% |
| OH1385 | Pandora Village, Ohio | 0.0009188990% |
| OH1386 | Paris Township, Portage County, Ohio | 0.0001503091% |
| OH1387 | Paris Township, Stark County, Ohio | 0.0010390703% |
| OH1388 | Parkman Township, Ohio | 0.0008613792% |
| OH1389 | Parma City, Ohio | 0.1543116176% |
| OH1390 | Parma Heights City, Ohio | 0.0326118418% |
| OH1391 | Parral Village, Ohio | 0.0000098536% |
| OH1392 | Pataskala City, Ohio | 0.0174033408% |
| OH1393 | Patterson Village, Ohio | 0.0000841761% |
| OH1394 | Paulding County, Ohio | 0.0839721160% |
| OH1395 | Paulding Township, Ohio | 0.0001534939% |
| OH1396 | Paulding Village, Ohio | 0.0016847781% |
| OH1397 | Paxton Township, Ohio | 0.0010329152% |
| OH1398 | Payne Village, Ohio | 0.0005664655% |
| OH1399 | Pease Township, Ohio | 0.0005202465% |
| OH1400 | Pebble Township, Ohio | 0.0003464673% |
| OH1401 | Pee Pee Township, Ohio | 0.0015041749% |
| OH1402 | Peebles Village, Ohio | 0.0067989872% |
| OH1403 | Pemberville Village, Ohio | 0.0012856905% |

G-176

| | | |
|---|---|---|
| OH1404 | Peninsula Village, Ohio | 0.0050407601% |
| OH1405 | Penn Township, Ohio | 0.0001392397% |
| OH1406 | Pepper Pike City, Ohio | 0.0193758750% |
| OH1407 | Perkins Township, Ohio | 0.0512077107% |
| OH1408 | Perry County, Ohio | 0.2380485965% |
| OH1409 | Perry Township, Allen County, Ohio | 0.0045543679% |
| OH1410 | Perry Township, Brown County, Ohio | 0.0143559087% |
| OH1411 | Perry Township, Columbiana County, Ohio | 0.0048853229% |
| OH1412 | Perry Township, Fayette County, Ohio | 0.0003538844% |
| OH1413 | Perry Township, Franklin County, Ohio | 0.0091642053% |
| OH1414 | Perry Township, Lake County, Ohio | 0.0025586608% |
| OH1415 | Perry Township, Lawrence County, Ohio | 0.0009214313% |
| OH1416 | Perry Township, Licking County, Ohio | 0.0016309840% |
| OH1417 | Perry Township, Logan County, Ohio | 0.0026933538% |
| OH1418 | Perry Township, Monroe County, Ohio | 0.0000872768% |
| OH1419 | Perry Township, Muskingum County, Ohio | 0.0027986277% |
| OH1420 | Perry Township, Pickaway County, Ohio | 0.0000291493% |
| OH1421 | Perry Township, Pike County, Ohio | 0.0001267563% |
| OH1422 | Perry Township, Putnam County, Ohio | 0.0000082784% |
| OH1423 | Perry Township, Richland County, Ohio | 0.0004103471% |
| OH1424 | Perry Township, Stark County, Ohio | 0.0537347763% |
| OH1425 | Perry Township, Wood County, Ohio | 0.0001040797% |
| OH1426 | Perry Village, Ohio | 0.0054300469% |
| OH1427 | Perrysburg City, Ohio | 0.0576846462% |
| OH1428 | Perrysburg Township, Ohio | 0.0342177338% |
| OH1429 | Perrysville Village, Ohio | 0.0008459238% |
| OH1430 | Peru Township, Huron County, Ohio | 0.0000274538% |
| OH1431 | Peru Township, Morrow County, Ohio | 0.0000708495% |
| OH1432 | Phillipsburg Village, Ohio | 0.0041962937% |
| OH1433 | Philo Village, Ohio | 0.0010532470% |
| OH1434 | Pickaway County, Ohio | 0.0934088328% |
| OH1435 | Pickaway Township, Ohio | 0.0005441197% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1436 | Pickerington City, Ohio | 0.0350194279% |
| OH1437 | Pierce Township, Ohio | 0.0721778605% |
| OH1438 | Pierpont Township, Ohio | 0.0011858243% |
| OH1439 | Pike County, Ohio | 0.3072066041% |
| OH1440 | Pike Township, Brown County, Ohio | 0.0024184900% |
| OH1441 | Pike Township, Clark County, Ohio | 0.0026810249% |
| OH1442 | Pike Township, Perry County, Ohio | 0.0022268646% |
| OH1443 | Pike Township, Stark County, Ohio | 0.0021276201% |
| OH1444 | Piketon Village, Ohio | 0.0023999196% |
| OH1445 | Pioneer Village, Ohio | 0.0028760068% |
| OH1446 | Piqua City, Ohio | 0.0869480927% |
| OH1447 | Pitsburg Village, Ohio | 0.0005659024% |
| OH1448 | Pitt Township, Ohio | 0.0002833522% |
| OH1449 | Plain City Village, Ohio | 0.0102501421% |
| OH1450 | Plain Township, Franklin County, Ohio | 0.0388485937% |
| OH1451 | Plain Township, Stark County, Ohio | 0.0464019090% |
| OH1452 | Plain Township, Wayne County, Ohio | 0.0002976831% |
| OH1453 | Plain Township, Wood County, Ohio | 0.0002693828% |
| OH1454 | Plainfield Village, Ohio | 0.0000153076% |
| OH1455 | Pleasant City Village, Ohio | 0.0008654831% |
| OH1456 | Pleasant Hill Village, Ohio | 0.0002839214% |
| OH1457 | Pleasant Plain Village, Ohio | 0.0000116356% |
| OH1458 | Pleasant Township, Brown County, Ohio | 0.0012092450% |
| OH1459 | Pleasant Township, Clark County, Ohio | 0.0032390047% |
| OH1460 | Pleasant Township, Fairfield County, Ohio | 0.0068849393% |
| OH1461 | Pleasant Township, Franklin County, Ohio | 0.0137844922% |
| OH1462 | Pleasant Township, Hancock County, Ohio | 0.0002811062% |
| OH1463 | Pleasant Township, Henry County, Ohio | 0.0002233406% |
| OH1464 | Pleasant Township, Knox County, Ohio | 0.0045641970% |
| OH1465 | Pleasant Township, Marion County, Ohio | 0.0096326984% |
| OH1466 | Pleasant Township, Perry County, Ohio | 0.0001828826% |
| OH1467 | Pleasant Township, Seneca County, Ohio | 0.0003208676% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1468 | Pleasant Township, Van Wert County, Ohio | 0.0002849717% |
| OH1469 | Pleasantville Village, Ohio | 0.0000570350% |
| OH1470 | Plymouth Township, Ohio | 0.0017493844% |
| OH1471 | Plymouth Village, Ohio | 0.0065060016% |
| OH1472 | Poland Township, Ohio | 0.0148262002% |
| OH1473 | Poland Village, Ohio | 0.0061663235% |
| OH1474 | Polk Township, Ohio | 0.0010767393% |
| OH1475 | Polk Village, Ohio | 0.0000406694% |
| OH1476 | Pomeroy Village, Ohio | 0.0093881741% |
| OH1477 | Port Clinton City, Ohio | 0.0145364578% |
| OH1478 | Port Jefferson Village, Ohio | 0.0003105872% |
| OH1479 | Port Washington Village, Ohio | 0.0003251687% |
| OH1480 | Port William Village, Ohio | 0.0010928837% |
| OH1481 | Portage County, Ohio | 0.9187073360% |
| OH1482 | Portage Township, Hancock County, Ohio | 0.0001686637% |
| OH1483 | Portage Township, Ottawa County, Ohio | 0.0000480885% |
| OH1484 | Portage Township, Wood County, Ohio | 0.0001408137% |
| OH1485 | Portage Village, Ohio | 0.0016040519% |
| OH1486 | Porter Township, Delaware County, Ohio | 0.0036954857% |
| OH1487 | Porter Township, Scioto County, Ohio | 0.0395496982% |
| OH1488 | Portsmouth City, Ohio | 0.2233662325% |
| OH1489 | Potsdam Village, Ohio | 0.0000227137% |
| OH1490 | Powell City, Ohio | 0.0184361841% |
| OH1491 | Powhatan Point Village, Ohio | 0.0016591645% |
| OH1492 | Prairie Township, Franklin County, Ohio | 0.0344574120% |
| OH1493 | Prairie Township, Holmes County, Ohio | 0.0003867956% |
| OH1494 | Preble County, Ohio | 0.3067055248% |
| OH1495 | Proctorville Village, Ohio | 0.0018254771% |
| OH1496 | Prospect Village, Ohio | 0.0011157566% |
| OH1497 | Providence Township, Ohio | 0.0026476678% |
| OH1498 | Pulaski Township, Ohio | 0.0002907439% |
| OH1499 | Pultney Township, Ohio | 0.0018560145% |
| OH1500 | Pusheta Township, Ohio | 0.0002670784% |
| OH1501 | Put In Bay Township, Ohio | 0.0034623699% |
| OH1502 | Put-In-Bay Village, Ohio | 0.0040050827% |
| OH1503 | Putnam County, Ohio | 0.1372967601% |
| OH1504 | Quaker City Village, Ohio | 0.0004351328% |
| OH1505 | Quincy Village, Ohio | 0.0003391631% |
| OH1506 | Raccoon Township, Ohio | 0.0003561309% |
| OH1507 | Racine Village, Ohio | 0.0010826003% |
| OH1508 | Radnor Township, Ohio | 0.0001814747% |
| OH1509 | Randolph Township, Ohio | 0.0013730943% |
| OH1510 | Range Township, Ohio | 0.0007149570% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1511 | Rarden Township, Ohio | 0.0020471447% |
| OH1512 | Rarden Village, Ohio | 0.0005117862% |
| OH1513 | Ravenna City, Ohio | 0.0218557620% |
| OH1514 | Ravenna Township, Ohio | 0.0059636168% |
| OH1515 | Rawson Village, Ohio | 0.0001405531% |
| OH1516 | Rayland Village, Ohio | 0.0003984552% |
| OH1517 | Reading City, Ohio | 0.0457344992% |
| OH1518 | Reading Township, Ohio | 0.0019364040% |
| OH1519 | Recovery Township, Ohio | 0.0000812132% |
| OH1520 | Reily Township, Ohio | 0.0012764211% |
| OH1521 | Reminderville Village, Ohio | 0.0151415568% |
| OH1522 | Rendville Village, Ohio | 0.0001828826% |
| OH1523 | Republic Village, Ohio | 0.0011130095% |
| OH1524 | Reynoldsburg City, Ohio | 0.0697130845% |
| OH1525 | Rice Township, Ohio | 0.0003978688% |
| OH1526 | Richfield Township, Henry County, Ohio | 0.0023349246% |
| OH1527 | Richfield Township, Lucas County, Ohio | 0.0047039321% |
| OH1528 | Richfield Township, Summit County, Ohio | 0.0095996121% |
| OH1529 | Richfield Village, Ohio | 0.0399887454% |
| OH1530 | Richland County, Ohio | 0.7455113947% |
| OH1531 | Richland Township, Allen County, Ohio | 0.0002999883% |
| OH1532 | Richland Township, Belmont County, Ohio | 0.0026715361% |
| OH1533 | Richland Township, Clinton County, Ohio | 0.0005798975% |
| OH1534 | Richland Township, Darke County, Ohio | 0.0002952534% |
| OH1535 | Richland Township, Fairfield County, Ohio | 0.0003503579% |
| OH1536 | Richland Township, Holmes County, Ohio | 0.0001483201% |
| OH1537 | Richland Township, Wyandot County, Ohio | 0.0001079437% |
| OH1538 | Richmond Heights City, Ohio | 0.0218650269% |
| OH1539 | Richmond Township, Ashtabula County, Ohio | 0.0003170025% |
| OH1540 | Richmond Township, Huron County, Ohio | 0.0015099572% |
| OH1541 | Richmond Village, Ohio | 0.0007609773% |
| OH1542 | Richwood Village, Ohio | 0.0014048433% |
| OH1543 | Ridgefield Township, Ohio | 0.0003431721% |
| OH1544 | Ridgeville Township, Ohio | 0.0002165727% |
| OH1545 | Ridgeway Village, Ohio | 0.0003864298% |
| OH1546 | Riley Township, Ohio | 0.0007202182% |
| OH1547 | Rio Grande Village, Ohio | 0.0014432672% |
| OH1548 | Ripley Township, Holmes County, Ohio | 0.0000348988% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1549 | Ripley Township, Huron County, Ohio | 0.0000137269% |
| OH1550 | Ripley Village, Ohio | 0.0111932679% |
| OH1551 | Risingsun Village, Ohio | 0.0004530528% |
| OH1552 | Rittman City, Ohio | 0.0059649971% |
| OH1553 | Riverlea Village, Ohio | 0.0001680104% |
| OH1554 | Riverside City, Ohio | 0.0817797700% |
| OH1555 | Roaming Shores Village, Ohio | 0.0034987688% |
| OH1556 | Rochester Township, Ohio | 0.0013537465% |
| OH1557 | Rochester Village, Ohio | 0.0000194784% |
| OH1558 | Rock Creek Village, Ohio | 0.0002113350% |
| OH1559 | Rockford Village, Ohio | 0.0018408327% |
| OH1560 | Rocky Ridge Village, Ohio | 0.0002129632% |
| OH1561 | Rocky River City, Ohio | 0.0503638414% |
| OH1562 | Rogers Village, Ohio | 0.0005457718% |
| OH1563 | Rome Township, Ashtabula County, Ohio | 0.0014206410% |
| OH1564 | Rome Township, Athens County, Ohio | 0.0002813909% |
| OH1565 | Rome Township, Lawrence County, Ohio | 0.0010605153% |
| OH1566 | Rome Village, Ohio | 0.0002586036% |
| OH1567 | Rootstown Township, Ohio | 0.0026527533% |
| OH1568 | Rose Township, Ohio | 0.0004793086% |
| OH1569 | Roseville Village, Ohio | 0.0016522526% |
| OH1570 | Ross County, Ohio | 1.0109583321% |
| OH1571 | Ross Township, Butler County, Ohio | 0.0261747113% |
| OH1572 | Ross Township, Greene County, Ohio | 0.0002579678% |
| OH1573 | Ross Township, Jefferson County, Ohio | 0.0004940844% |
| OH1574 | Rossburg Village, Ohio | 0.0000984178% |
| OH1575 | Rossford City, Ohio | 0.0126977241% |
| OH1576 | Roswell Village, Ohio | 0.0002759007% |
| OH1577 | Roundhead Township, Ohio | 0.0002332423% |
| OH1578 | Royalton Township, Ohio | 0.0009661532% |
| OH1579 | Rumley Township, Ohio | 0.0006297965% |
| OH1580 | Rush Creek Township, Ohio | 0.0026562014% |
| OH1581 | Rush Township, Scioto County, Ohio | 0.0047482384% |
| OH1582 | Rush Township, Tuscarawas County, Ohio | 0.0000689752% |
| OH1583 | Rushcreek Township, Ohio | 0.0004189662% |
| OH1584 | Rushsylvania Village, Ohio | 0.0000099754% |
| OH1585 | Rushville Village, Ohio | 0.0000244436% |
| OH1586 | Russell Township, Ohio | 0.0185770784% |
| OH1587 | Russells Point Village, Ohio | 0.0022943385% |
| OH1588 | Russellville Village, Ohio | 0.0057671685% |
| OH1589 | Russia Village, Ohio | 0.0003460829% |
| OH1590 | Rutland Village, Ohio | 0.0004567220% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1591 | Sabina Village, Ohio | 0.0072933257% |
| OH1592 | Sagamore Hills Township, Ohio | 0.0226207726% |
| OH1593 | Salem City, Ohio | 0.0383095249% |
| OH1594 | Salem Township, Auglaize County, Ohio | 0.0001157340% |
| OH1595 | Salem Township, Champaign County, Ohio | 0.0003806616% |
| OH1596 | Salem Township, Columbiana County, Ohio | 0.0009051824% |
| OH1597 | Salem Township, Muskingum County, Ohio | 0.0003912060% |
| OH1598 | Salem Township, Ottawa County, Ohio | 0.0007213271% |
| OH1599 | Salem Township, Shelby County, Ohio | 0.0010648705% |
| OH1600 | Salem Township, Tuscarawas County, Ohio | 0.0026407637% |
| OH1601 | Salem Township, Warren County, Ohio | 0.0074583911% |
| OH1602 | Salem Township, Washington County, Ohio | 0.0005013228% |
| OH1603 | Salesville Village, Ohio | 0.0000679895% |
| OH1604 | Salineville Village, Ohio | 0.0034609917% |
| OH1605 | Salisbury Township, Ohio | 0.0003552282% |
| OH1606 | Salt Creek Township, Hocking County, Ohio | 0.0001833021% |
| OH1607 | Salt Creek Township, Holmes County, Ohio | 0.0000465318% |
| OH1608 | Salt Creek Township, Wayne County, Ohio | 0.0001391765% |
| OH1609 | Salt Lick Township, Ohio | 0.0000430312% |
| OH1610 | Salt Rock Township, Ohio | 0.0007066458% |
| OH1611 | Saltcreek Township, Ohio | 0.0003935151% |
| OH1612 | Sandusky City, Ohio | 0.1261336610% |
| OH1613 | Sandusky County, Ohio | 0.3072903644% |
| OH1614 | Sandusky Township, Crawford County, Ohio | 0.0000108762% |
| OH1615 | Sandusky Township, Sandusky County, Ohio | 0.0015100930% |
| OH1616 | Sandy Township, Stark County, Ohio | 0.0049479536% |
| OH1617 | Sandy Township, Tuscarawas County, Ohio | 0.0006897517% |
| OH1618 | Sarahsville Village, Ohio | 0.0000689910% |
| OH1619 | Sardinia Village, Ohio | 0.0044028921% |
| OH1620 | Savannah Village, Ohio | 0.0002294615% |
| OH1621 | Saybrook Township, Ohio | 0.0161906113% |
| OH1622 | Scio Village, Ohio | 0.0001526779% |
| OH1623 | Scioto County, Ohio | 0.9401796346% |
| OH1624 | Scioto Township, Delaware County, Ohio | 0.0019714756% |

G-182

| | | |
|---|---|---|
| OH1625 | Scioto Township, Pickaway County, Ohio | 0.0062913839% |
| OH1626 | Scioto Township, Pike County, Ohio | 0.0002619631% |
| OH1627 | Scioto Township, Ross County, Ohio | 0.0146969071% |
| OH1628 | Scipio Township, Meigs County, Ohio | 0.0004736376% |
| OH1629 | Scipio Township, Seneca County, Ohio | 0.0005615183% |
| OH1630 | Scott Township, Marion County, Ohio | 0.0001301716% |
| OH1631 | Scott Township, Sandusky County, Ohio | 0.0009313747% |
| OH1632 | Scott Village, Ohio | 0.0006416289% |
| OH1633 | Seal Township, Ohio | 0.0013351665% |
| OH1634 | Seaman Village, Ohio | 0.0025035030% |
| OH1635 | Sebring Village, Ohio | 0.0078737318% |
| OH1636 | Seneca County, Ohio | 0.2801274556% |
| OH1637 | Seneca Township, Monroe County, Ohio | 0.0000124681% |
| OH1638 | Seneca Township, Noble County, Ohio | 0.0000172477% |
| OH1639 | Senecaville Village, Ohio | 0.0007886782% |
| OH1640 | Seven Hills City, Ohio | 0.0208535620% |
| OH1641 | Seven Mile Village, Ohio | 0.0013087356% |
| OH1642 | Seville Village, Ohio | 0.0055383307% |
| OH1643 | Shadyside Village, Ohio | 0.0078177582% |
| OH1644 | Shaker Heights City, Ohio | 0.1048407101% |
| OH1645 | Shalersville Township, Ohio | 0.0000934354% |
| OH1646 | Sharon Township, Franklin County, Ohio | 0.0053763338% |
| OH1647 | Sharon Township, Medina County, Ohio | 0.0058099333% |
| OH1648 | Sharon Township, Richland County, Ohio | 0.0000802853% |
| OH1649 | Sharonville City, Ohio | 0.1284229161% |
| OH1650 | Shawnee Hills Village, Ohio | 0.0030520752% |
| OH1651 | Shawnee Township, Ohio | 0.0289829613% |
| OH1652 | Shawnee Village, Ohio | 0.0005916790% |
| OH1653 | Sheffield Lake City, Ohio | 0.0113266702% |
| OH1654 | Sheffield Township, Ashtabula County, Ohio | 0.0012562693% |
| OH1655 | Sheffield Township, Lorain County, Ohio | 0.0039054125% |
| OH1656 | Sheffield Village, Ohio | 0.0383431647% |
| OH1657 | Shelby City, Ohio | 0.0301426674% |
| OH1658 | Shelby County, Ohio | 0.2601922372% |
| OH1659 | Sherrodsville Village, Ohio | 0.0010675510% |
| OH1660 | Sherwood Village, Ohio | 0.0012358778% |
| OH1661 | Shiloh Village, Ohio | 0.0001516500% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1662 | Shreve Village, Ohio | 0.0012061965% |
| OH1663 | Sidney City, Ohio | 0.0768126600% |
| OH1664 | Silver Lake Village, Ohio | 0.0087129009% |
| OH1665 | Silverton Village, Ohio | 0.0117488480% |
| OH1666 | Sinking Spring Village, Ohio | 0.0018697801% |
| OH1667 | Smith Township, Belmont County, Ohio | 0.0011670394% |
| OH1668 | Smith Township, Mahoning County, Ohio | 0.0056258490% |
| OH1669 | Smithfield Township, Ohio | 0.0003028259% |
| OH1670 | Smithfield Village, Ohio | 0.0021516579% |
| OH1671 | Smithville Village, Ohio | 0.0012448566% |
| OH1672 | Solon City, Ohio | 0.0575665779% |
| OH1673 | Somerford Township, Ohio | 0.0018806477% |
| OH1674 | Somers Township, Ohio | 0.0009493500% |
| OH1675 | Somerset Village, Ohio | 0.0013447250% |
| OH1676 | Somerville Village, Ohio | 0.0001615723% |
| OH1677 | South Amherst Village, Ohio | 0.0020257501% |
| OH1678 | South Bloomfield Township, Ohio | 0.0004782339% |
| OH1679 | South Bloomfield Village, Ohio | 0.0012874261% |
| OH1680 | South Charleston Village, Ohio | 0.0026810249% |
| OH1681 | South Euclid City, Ohio | 0.0416202012% |
| OH1682 | South Lebanon Village, Ohio | 0.0058643200% |
| OH1683 | South Point Village, Ohio | 0.0061370801% |
| OH1684 | South Russell Village, Ohio | 0.0067283287% |
| OH1685 | South Salem Village, Ohio | 0.0005572426% |
| OH1686 | South Solon Village, Ohio | 0.0007460421% |
| OH1687 | South Vienna Village, Ohio | 0.0009118207% |
| OH1688 | South Webster Village, Ohio | 0.0024736332% |
| OH1689 | South Zanesville Village, Ohio | 0.0015547932% |
| OH1690 | Southington Township, Ohio | 0.0014492645% |
| OH1691 | Sparta Village, Ohio | 0.0000770825% |
| OH1692 | Spencer Township, Allen County, Ohio | 0.0001636300% |
| OH1693 | Spencer Township, Guernsey County, Ohio | 0.0001631748% |
| OH1694 | Spencer Township, Lucas County, Ohio | 0.0024565990% |
| OH1695 | Spencer Township, Medina County, Ohio | 0.0000708528% |
| OH1696 | Spencer Village, Ohio | 0.0016178066% |
| OH1697 | Spencerville Village, Ohio | 0.0025294469% |
| OH1698 | Sprigg Township, Ohio | 0.0001054107% |
| OH1699 | Spring Valley Township, Ohio | 0.0070786377% |
| OH1700 | Spring Valley Village, Ohio | 0.0001444620% |
| OH1701 | Springboro City, Ohio | 0.0299889938% |
| OH1702 | Springdale City, Ohio | 0.0692154947% |
| OH1703 | Springfield City, Ohio | 0.4735887613% |
| OH1704 | Springfield Township, Clark County, Ohio | 0.0105063514% |

| | | |
|---|---|---|
| OH1705 | Springfield Township, Gallia County, Ohio | 0.0009746740% |
| OH1706 | Springfield Township, Hamilton County, Ohio | 0.1053972703% |
| OH1707 | Springfield Township, Jefferson County, Ohio | 0.0002231349% |
| OH1708 | Springfield Township, Lucas County, Ohio | 0.0432543386% |
| OH1709 | Springfield Township, Mahoning County, Ohio | 0.0039675747% |
| OH1710 | Springfield Township, Richland County, Ohio | 0.0177162881% |
| OH1711 | Springfield Township, Ross County, Ohio | 0.0053121351% |
| OH1712 | Springfield Township, Summit County, Ohio | 0.0469667767% |
| OH1713 | Springfield Township, Williams County, Ohio | 0.0004950504% |
| OH1714 | St Albans Township, Ohio | 0.0043369348% |
| OH1715 | St Clair Township, Butler County, Ohio | 0.0005493458% |
| OH1716 | St Clair Township, Columbiana County, Ohio | 0.0167991211% |
| OH1717 | St Marys Township, Ohio | 0.0002136628% |
| OH1718 | St. Bernard Village, Ohio | 0.0379854367% |
| OH1719 | St. Clairsville City, Ohio | 0.0187569954% |
| OH1720 | St. Henry Village, Ohio | 0.0014076956% |
| OH1721 | St. Louisville Village, Ohio | 0.0003799451% |
| OH1722 | St. Marys City, Ohio | 0.0281144576% |
| OH1723 | St. Paris Village, Ohio | 0.0038066155% |
| OH1724 | Stafford Village, Ohio | 0.0000249362% |
| OH1725 | Stark County, Ohio | 1.5315796664% |
| OH1726 | Starr Township, Ohio | 0.0001436692% |
| OH1727 | Staunton Township, Ohio | 0.0003747763% |
| OH1728 | Sterling Township, Ohio | 0.0043408795% |
| OH1729 | Steubenville City, Ohio | 0.1367338744% |
| OH1730 | Steubenville Township, Ohio | 0.0000318764% |
| OH1731 | Stock Township, Harrison County, Ohio | 0.0003339830% |
| OH1732 | Stock Township, Noble County, Ohio | 0.0000344955% |
| OH1733 | Stockport Village, Ohio | 0.0002249256% |
| OH1734 | Stokes Township, Logan County, Ohio | 0.0047782092% |
| OH1735 | Stokes Township, Madison County, Ohio | 0.0007615846% |
| OH1736 | Stone Creek Village, Ohio | 0.0001379503% |
| OH1737 | Stonelick Township, Ohio | 0.0184280231% |
| OH1738 | Stoutsville Village, Ohio | 0.0000733307% |
| OH1739 | Stow City, Ohio | 0.1475892163% |
| OH1740 | Strasburg Village, Ohio | 0.0032911011% |

*revised January 14, 2023*

| OH1741 | Stratton Village, Ohio | 0.0014981914% |
| OH1742 | Streetsboro City, Ohio | 0.0206045399% |
| OH1743 | Strongsville City, Ohio | 0.0739396664% |
| OH1744 | Struthers City, Ohio | 0.0252671862% |
| OH1745 | Stryker Village, Ohio | 0.0016737417% |
| OH1746 | Suffield Township, Ohio | 0.0026771277% |
| OH1747 | Sugar Bush Knolls Village, Ohio | 0.0000982645% |
| OH1748 | Sugar Creek Township, Allen County, Ohio | 0.0002727166% |
| OH1749 | Sugar Creek Township, Putnam County, Ohio | 0.0001655674% |
| OH1750 | Sugar Creek Township, Wayne County, Ohio | 0.0003634054% |
| OH1751 | Sugar Grove Village, Ohio | 0.0001955486% |
| OH1752 | Sugarcreek Township, Ohio | 0.0470017417% |
| OH1753 | Sugarcreek Village, Ohio | 0.0027688605% |
| OH1754 | Sullivan Township, Ohio | 0.0017162492% |
| OH1755 | Summerfield Village, Ohio | 0.0001212800% |
| OH1756 | Summit Township, Ohio | 0.0000062341% |
| OH1757 | Summitville Village, Ohio | 0.0004792142% |
| OH1758 | Sunbury Village, Ohio | 0.0082323543% |
| OH1759 | Sunfish Township, Ohio | 0.0000676034% |
| OH1760 | Swan Creek Township, Ohio | 0.0048429959% |
| OH1761 | Swanton Township, Ohio | 0.0015012549% |
| OH1762 | Swanton Village, Ohio | 0.0072434936% |
| OH1763 | Switzerland Township, Ohio | 0.0001807876% |
| OH1764 | Sycamore Township, Hamilton County, Ohio | 0.0584269292% |
| OH1765 | Sycamore Township, Wyandot County, Ohio | 0.0002766058% |
| OH1766 | Sycamore Village, Ohio | 0.0012008738% |
| OH1767 | Sylvania City, Ohio | 0.0526622027% |
| OH1768 | Sylvania Township, Ohio | 0.1247952267% |
| OH1769 | Symmes Township, Hamilton County, Ohio | 0.0305202839% |
| OH1770 | Symmes Township, Lawrence County, Ohio | 0.0000521565% |
| OH1771 | Syracuse Village, Ohio | 0.0005413001% |
| OH1772 | Tallmadge City, Ohio | 0.0580737905% |
| OH1773 | Tarlton Village, Ohio | 0.0002242634% |
| OH1774 | Tate Township, Ohio | 0.0267197716% |
| OH1775 | Taylor Creek Township, Ohio | 0.0001110677% |
| OH1776 | Terrace Park Village, Ohio | 0.0056698421% |
| OH1777 | Texas Township, Ohio | 0.0002936562% |
| OH1778 | The Village of Indian Hill City, Ohio | 0.0264202950% |
| OH1779 | Thompson Township, Delaware County, Ohio | 0.0002474656% |
| OH1780 | Thompson Township, Geauga County, Ohio | 0.0022491568% |
| OH1781 | Thorn Township, Ohio | 0.0007422882% |

| | | |
|---|---|---|
| OH1782 | Thornville Village, Ohio | 0.0006131946% |
| OH1783 | Thurston Village, Ohio | 0.0013688400% |
| OH1784 | Tiffin City, Ohio | 0.0703803061% |
| OH1785 | Tiffin Township, Ohio | 0.0005075927% |
| OH1786 | Tiltonsville Village, Ohio | 0.0016575735% |
| OH1787 | Timberlake Village, Ohio | 0.0023312243% |
| OH1788 | Tipp City, Ohio | 0.0376479790% |
| OH1789 | Tiro Village, Ohio | 0.0000326285% |
| OH1790 | Toledo City, Ohio | 1.0197706186% |
| OH1791 | Tontogany Village, Ohio | 0.0001897924% |
| OH1792 | Toronto City, Ohio | 0.0279077997% |
| OH1793 | Townsend Township, Huron County, Ohio | 0.0006177098% |
| OH1794 | Townsend Township, Sandusky County, Ohio | 0.0000271274% |
| OH1795 | Tremont City Village, Ohio | 0.0006396354% |
| OH1796 | Trenton City, Ohio | 0.0416371797% |
| OH1797 | Trenton Township, Ohio | 0.0000577420% |
| OH1798 | Trimble Township, Ohio | 0.0023032365% |
| OH1799 | Trimble Village, Ohio | 0.0004320101% |
| OH1800 | Trotwood City, Ohio | 0.0811683100% |
| OH1801 | Troy City, Ohio | 0.0899917302% |
| OH1802 | Troy Township, Ashland County, Ohio | 0.0002358826% |
| OH1803 | Troy Township, Athens County, Ohio | 0.0008754383% |
| OH1804 | Troy Township, Geauga County, Ohio | 0.0026032794% |
| OH1805 | Troy Township, Richland County, Ohio | 0.0034790294% |
| OH1806 | Troy Township, Wood County, Ohio | 0.0027734180% |
| OH1807 | Trumbull County, Ohio | 2.0203599712% |
| OH1808 | Trumbull Township, Ohio | 0.0006457459% |
| OH1809 | Truro Township, Ohio | 0.0493339720% |
| OH1810 | Tully Township, Ohio | 0.0007929647% |
| OH1811 | Turtle Creek Township, Ohio | 0.0003372090% |
| OH1812 | Turtlecreek Township, Ohio | 0.0071325956% |
| OH1813 | Tuscarawas County, Ohio | 0.3721703206% |
| OH1814 | Tuscarawas Township, Ohio | 0.0020979323% |
| OH1815 | Tuscarawas Village, Ohio | 0.0003842902% |
| OH1816 | Twin Township, Darke County, Ohio | 0.0003813690% |
| OH1817 | Twin Township, Ross County, Ohio | 0.0052531114% |
| OH1818 | Twinsburg City, Ohio | 0.0833508485% |
| OH1819 | Tymochtee Township, Ohio | 0.0003170847% |
| OH1820 | Uhrichsville City, Ohio | 0.0101787647% |
| OH1821 | Union City Village, Ohio | 0.0076150778% |
| OH1822 | Union City, Ohio | 0.0198982889% |
| OH1823 | Union County, Ohio | 0.3002174205% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1824 | Union Township, Auglaize County, Ohio | 0.0001691497% |
| OH1825 | Union Township, Carroll County, Ohio | 0.0000762536% |
| OH1826 | Union Township, Champaign County, Ohio | 0.0000211479% |
| OH1827 | Union Township, Clermont County, Ohio | 0.3185341547% |
| OH1828 | Union Township, Clinton County, Ohio | 0.0085869431% |
| OH1829 | Union Township, Fayette County, Ohio | 0.0014043033% |
| OH1830 | Union Township, Highland County, Ohio | 0.0112248527% |
| OH1831 | Union Township, Lawrence County, Ohio | 0.0011822137% |
| OH1832 | Union Township, Licking County, Ohio | 0.0076823054% |
| OH1833 | Union Township, Logan County, Ohio | 0.0001197046% |
| OH1834 | Union Township, Mercer County, Ohio | 0.0004692319% |
| OH1835 | Union Township, Miami County, Ohio | 0.0038499743% |
| OH1836 | Union Township, Muskingum County, Ohio | 0.0003209896% |
| OH1837 | Union Township, Pike County, Ohio | 0.0001098555% |
| OH1838 | Union Township, Ross County, Ohio | 0.0119227921% |
| OH1839 | Union Township, Tuscarawas County, Ohio | 0.0002167791% |
| OH1840 | Union Township, Union County, Ohio | 0.0002502189% |
| OH1841 | Union Township, Van Wert County, Ohio | 0.0002973617% |
| OH1842 | Union Township, Warren County, Ohio | 0.0079936267% |
| OH1843 | Unionville Center Village, Ohio | 0.0001475046% |
| OH1844 | Uniopolis Village, Ohio | 0.0002492732% |
| OH1845 | Unity Township, Ohio | 0.0000798690% |
| OH1846 | University Heights City, Ohio | 0.0306916388% |
| OH1847 | Upper Arlington City, Ohio | 0.1198448950% |
| OH1848 | Upper Sandusky City, Ohio | 0.0108550896% |
| OH1849 | Upper Township, Ohio | 0.0007475763% |
| OH1850 | Urbana City, Ohio | 0.0575116162% |
| OH1851 | Urbancrest Village, Ohio | 0.0003346577% |
| OH1852 | Utica Village, Ohio | 0.0044986588% |
| OH1853 | Valley Hi Village, Ohio | 0.0001316045% |
| OH1854 | Valley Township, Guernsey County, Ohio | 0.0005439160% |

*revised January 14, 2023*

| OH1855 | Valley Township, Scioto County, Ohio | 0.0018196842% |
|---|---|---|
| OH1856 | Valley View Village, Ohio | 0.0158831601% |
| OH1857 | Valleyview Village, Ohio | 0.0016037359% |
| OH1858 | Van Buren Township, Darke County, Ohio | 0.0003444623% |
| OH1859 | Van Buren Township, Putnam County, Ohio | 0.0002317943% |
| OH1860 | Van Buren Township, Shelby County, Ohio | 0.0003904525% |
| OH1861 | Van Buren Village, Ohio | 0.0001188906% |
| OH1862 | Van Wert City, Ohio | 0.0528808311% |
| OH1863 | Van Wert County, Ohio | 0.1122540604% |
| OH1864 | Vandalia City, Ohio | 0.0967305650% |
| OH1865 | Vanlue Village, Ohio | 0.0001114793% |
| OH1866 | Venedocia Village, Ohio | 0.0000371702% |
| OH1867 | Venice Township, Ohio | 0.0000100271% |
| OH1868 | Vermilion City, Ohio | 0.0432196320% |
| OH1869 | Vermilion Township, Ohio | 0.0012778552% |
| OH1870 | Vermillion Township, Ohio | 0.0004880329% |
| OH1871 | Vernon Township, Crawford County, Ohio | 0.0000108762% |
| OH1872 | Vernon Township, Scioto County, Ohio | 0.0038952614% |
| OH1873 | Vernon Township, Trumbull County, Ohio | 0.0006308563% |
| OH1874 | Verona Village, Ohio | 0.0012373333% |
| OH1875 | Versailles Village, Ohio | 0.0100017096% |
| OH1876 | Vienna Township, Ohio | 0.0042113922% |
| OH1877 | Vinton County, Ohio | 0.1090168446% |
| OH1878 | Vinton Township, Ohio | 0.0001170406% |
| OH1879 | Vinton Village, Ohio | 0.0005060807% |
| OH1880 | Violet Township, Ohio | 0.0621844457% |
| OH1881 | Virginia Township, Ohio | 0.0000841915% |
| OH1882 | Wabash Township, Ohio | 0.0000492089% |
| OH1883 | Wadsworth City, Ohio | 0.0760959559% |
| OH1884 | Waite Hill Village, Ohio | 0.0053068521% |
| OH1885 | Wakeman Village, Ohio | 0.0018119487% |
| OH1886 | Walbridge Village, Ohio | 0.0029019871% |
| OH1887 | Waldo Township, Ohio | 0.0000743838% |
| OH1888 | Waldo Village, Ohio | 0.0004160980% |
| OH1889 | Walnut Township, Fairfield County, Ohio | 0.0087100593% |
| OH1890 | Walnut Township, Gallia County, Ohio | 0.0001499498% |
| OH1891 | Walton Hills Village, Ohio | 0.0099526568% |
| OH1892 | Wapakoneta City, Ohio | 0.0275268850% |
| OH1893 | Ward Township, Ohio | 0.0001486233% |
| OH1894 | Warren City, Ohio | 0.3520178232% |
| OH1895 | Warren County, Ohio | 1.0504230532% |

G-189

| | | |
|---|---|---|
| OH1896 | Warren Township, Belmont County, Ohio | 0.0000984250% |
| OH1897 | Warren Township, Jefferson County, Ohio | 0.0004303316% |
| OH1898 | Warren Township, Trumbull County, Ohio | 0.0001534515% |
| OH1899 | Warren Township, Tuscarawas County, Ohio | 0.0002069255% |
| OH1900 | Warren Township, Washington County, Ohio | 0.0008773149% |
| OH1901 | Warrensville Heights City, Ohio | 0.0361164097% |
| OH1902 | Warsaw Village, Ohio | 0.0003911414% |
| OH1903 | Warwick Township, Ohio | 0.0008474093% |
| OH1904 | Washington County, Ohio | 0.3325608246% |
| OH1905 | Washington Court House City, Ohio | 0.0376016242% |
| OH1906 | Washington Township, Auglaize County, Ohio | 0.0023680955% |
| OH1907 | Washington Township, Belmont County, Ohio | 0.0000843643% |
| OH1908 | Washington Township, Brown County, Ohio | 0.0011782387% |
| OH1909 | Washington Township, Carroll County, Ohio | 0.0002178675% |
| OH1910 | Washington Township, Clermont County, Ohio | 0.0305984481% |
| OH1911 | Washington Township, Clinton County, Ohio | 0.0029440948% |
| OH1912 | Washington Township, Columbiana County, Ohio | 0.0006256408% |
| OH1913 | Washington Township, Coshocton County, Ohio | 0.0000841915% |
| OH1914 | Washington Township, Darke County, Ohio | 0.0003198579% |
| OH1915 | Washington Township, Defiance County, Ohio | 0.0003531079% |
| OH1916 | Washington Township, Franklin County, Ohio | 0.1225330619% |
| OH1917 | Washington Township, Guernsey County, Ohio | 0.0000951853% |
| OH1918 | Washington Township, Hancock County, Ohio | 0.0008925122% |
| OH1919 | Washington Township, Harrison County, Ohio | 0.0003339830% |
| OH1920 | Washington Township, Henry County, Ohio | 0.0002571801% |
| OH1921 | Washington Township, Highland County, Ohio | 0.0004065339% |
| OH1922 | Washington Township, Hocking County, Ohio | 0.0002427514% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1923 | Washington Township, Holmes County, Ohio | 0.0000261741% |
| OH1924 | Washington Township, Jackson County, Ohio | 0.0003315132% |
| OH1925 | Washington Township, Lawrence County, Ohio | 0.0000695420% |
| OH1926 | Washington Township, Licking County, Ohio | 0.0008154920% |
| OH1927 | Washington Township, Logan County, Ohio | 0.0017756185% |
| OH1928 | Washington Township, Lucas County, Ohio | 0.0071150384% |
| OH1929 | Washington Township, Mercer County, Ohio | 0.0001173080% |
| OH1930 | Washington Township, Miami County, Ohio | 0.0009766897% |
| OH1931 | Washington Township, Monroe County, Ohio | 0.0000062341% |
| OH1932 | Washington Township, Montgomery County, Ohio | 0.1316317394% |
| OH1933 | Washington Township, Morrow County, Ohio | 0.0002420690% |
| OH1934 | Washington Township, Muskingum County, Ohio | 0.0014845767% |
| OH1935 | Washington Township, Paulding County, Ohio | 0.0000402008% |
| OH1936 | Washington Township, Pickaway County, Ohio | 0.0003983733% |
| OH1937 | Washington Township, Preble County, Ohio | 0.0006874604% |
| OH1938 | Washington Township, Richland County, Ohio | 0.0012132000% |
| OH1939 | Washington Township, Sandusky County, Ohio | 0.0006510581% |
| OH1940 | Washington Township, Scioto County, Ohio | 0.0113445935% |
| OH1941 | Washington Township, Shelby County, Ohio | 0.0000798653% |
| OH1942 | Washington Township, Stark County, Ohio | 0.0006531299% |
| OH1943 | Washington Township, Wood County, Ohio | 0.0002265264% |
| OH1944 | Washingtonville Village, Ohio | 0.0014015930% |
| OH1945 | Waterford Township, Ohio | 0.0050048725% |
| OH1946 | Waterloo Township, Ohio | 0.0006670006% |
| OH1947 | Watertown Township, Ohio | 0.0001503968% |
| OH1948 | Waterville City, Ohio | 0.0124831621% |
| OH1949 | Waterville Township, Ohio | 0.0015558460% |
| OH1950 | Wauseon City, Ohio | 0.0277126990% |
| OH1951 | Waverly Village, Ohio | 0.0077490360% |
| OH1952 | Wayne County, Ohio | 0.2257675097% |

*revised January 14, 2023*

| OH1953 | Wayne Lakes Village, Ohio | 0.0075166600% |
| OH1954 | Wayne Township, Adams County, Ohio | 0.0012649279% |
| OH1955 | Wayne Township, Ashtabula County, Ohio | 0.0005165967% |
| OH1956 | Wayne Township, Auglaize County, Ohio | 0.0004273255% |
| OH1957 | Wayne Township, Belmont County, Ohio | 0.0000562429% |
| OH1958 | Wayne Township, Butler County, Ohio | 0.0007432325% |
| OH1959 | Wayne Township, Champaign County, Ohio | 0.0014909244% |
| OH1960 | Wayne Township, Clermont County, Ohio | 0.0020513889% |
| OH1961 | Wayne Township, Clinton County, Ohio | 0.0002007337% |
| OH1962 | Wayne Township, Columbiana County, Ohio | 0.0005990178% |
| OH1963 | Wayne Township, Darke County, Ohio | 0.0000369067% |
| OH1964 | Wayne Township, Fayette County, Ohio | 0.0001404303% |
| OH1965 | Wayne Township, Jefferson County, Ohio | 0.0021038433% |
| OH1966 | Wayne Township, Monroe County, Ohio | 0.0000062341% |
| OH1967 | Wayne Township, Muskingum County, Ohio | 0.0001404329% |
| OH1968 | Wayne Township, Noble County, Ohio | 0.0000862387% |
| OH1969 | Wayne Township, Pickaway County, Ohio | 0.0000437239% |
| OH1970 | Wayne Township, Tuscarawas County, Ohio | 0.0003941438% |
| OH1971 | Wayne Township, Warren County, Ohio | 0.0038164622% |
| OH1972 | Wayne Village, Ohio | 0.0008081483% |
| OH1973 | Waynesburg Village, Ohio | 0.0012073007% |
| OH1974 | Waynesfield Village, Ohio | 0.0007567223% |
| OH1975 | Waynesville Village, Ohio | 0.0046309511% |
| OH1976 | Weathersfield Township, Ohio | 0.0249955502% |
| OH1977 | Weller Township, Ohio | 0.0004460294% |
| OH1978 | Wellington Village, Ohio | 0.0164981765% |
| OH1979 | Wells Township, Ohio | 0.0100888848% |
| OH1980 | Wellston City, Ohio | 0.0406103723% |
| OH1981 | Wellsville Village, Ohio | 0.0125660620% |
| OH1982 | Wesley Township, Ohio | 0.0001253307% |
| OH1983 | West Alexandria Village, Ohio | 0.0099845432% |
| OH1984 | West Carrollton City, Ohio | 0.0603546931% |
| OH1985 | West Chester Township, Ohio | 0.3737167118% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OH1986 | West Elkton Village, Ohio | 0.0026843690% |
| OH1987 | West Farmington Village, Ohio | 0.0001875519% |
| OH1988 | West Jefferson Village, Ohio | 0.0159155640% |
| OH1989 | West Lafayette Village, Ohio | 0.0026252451% |
| OH1990 | West Leipsic Village, Ohio | 0.0002152376% |
| OH1991 | West Liberty Village, Ohio | 0.0035013600% |
| OH1992 | West Manchester Village, Ohio | 0.0025206880% |
| OH1993 | West Mansfield Village, Ohio | 0.0000798031% |
| OH1994 | West Millgrove Village, Ohio | 0.0001102020% |
| OH1995 | West Milton Village, Ohio | 0.0098350376% |
| OH1996 | West Rushville Village, Ohio | 0.0001070525% |
| OH1997 | West Salem Village, Ohio | 0.0004987159% |
| OH1998 | West Township, Ohio | 0.0005857063% |
| OH1999 | West Union Village, Ohio | 0.0111998820% |
| OH2000 | West Unity Village, Ohio | 0.0014694352% |
| OH2001 | Westerville City, Ohio | 0.2122517954% |
| OH2002 | Westfield Center Village, Ohio | 0.0015469538% |
| OH2003 | Westfield Township, Ohio | 0.0022200558% |
| OH2004 | Westlake City, Ohio | 0.0470647273% |
| OH2005 | Westland Township, Ohio | 0.0000407937% |
| OH2006 | Weston Township, Ohio | 0.0001040797% |
| OH2007 | Weston Village, Ohio | 0.0009305950% |
| OH2008 | Wharton Village, Ohio | 0.0000269859% |
| OH2009 | Wheeling Township, Belmont County, Ohio | 0.0005343072% |
| OH2010 | Wheeling Township, Guernsey County, Ohio | 0.0000407937% |
| OH2011 | Whetstone Township, Ohio | 0.0003262846% |
| OH2012 | White Eyes Township, Ohio | 0.0001913444% |
| OH2013 | Whitehall City, Ohio | 0.0708163966% |
| OH2014 | Whitehouse Village, Ohio | 0.0191159792% |
| OH2015 | Whitewater Township, Ohio | 0.0072647461% |
| OH2016 | Wickliffe City, Ohio | 0.0543194216% |
| OH2017 | Wilkesville Township, Ohio | 0.0005461896% |
| OH2018 | Wilkesville Village, Ohio | 0.0001034151% |
| OH2019 | Willard City, Ohio | 0.0338504955% |
| OH2020 | Williams County, Ohio | 0.1507467614% |
| OH2021 | Williamsburg Township, Ohio | 0.0138253270% |
| OH2022 | Williamsburg Village, Ohio | 0.0064127452% |
| OH2023 | Williamsfield Township, Ohio | 0.0004696334% |
| OH2024 | Williamsport Village, Ohio | 0.0004226644% |
| OH2025 | Willoughby City, Ohio | 0.1356374532% |
| OH2026 | Willoughby Hills City, Ohio | 0.0528410843% |
| OH2027 | Willowick City, Ohio | 0.0540256495% |
| OH2028 | Wills Township, Ohio | 0.0001087832% |
| OH2029 | Willshire Village, Ohio | 0.0006690639% |
| OH2030 | Wilmington City, Ohio | 0.1278227818% |
| OH2031 | Wilmot Village, Ohio | 0.0024343932% |
| OH2032 | Wilson Township, Ohio | 0.0006914162% |
| OH2033 | Wilson Village, Ohio | 0.0001415832% |
| OH2034 | Winchester Village, Ohio | 0.0033994936% |

| | | |
|---|---|---|
| OH2035 | Windham Township, Ohio | 0.0001218723% |
| OH2036 | Windham Village, Ohio | 0.0030305573% |
| OH2037 | Windsor Township, Ashtabula County, Ohio | 0.0006340051% |
| OH2038 | Windsor Township, Lawrence County, Ohio | 0.0007128053% |
| OH2039 | Windsor Township, Morgan County, Ohio | 0.0004926943% |
| OH2040 | Wintersville Village, Ohio | 0.0169582518% |
| OH2041 | Wood County, Ohio | 0.6017873347% |
| OH2042 | Woodlawn Village, Ohio | 0.0240822158% |
| OH2043 | Woodmere Village, Ohio | 0.0007072352% |
| OH2044 | Woodsfield Village, Ohio | 0.0011221301% |
| OH2045 | Woodstock Village, Ohio | 0.0001517571% |
| OH2046 | Woodville Township, Ohio | 0.0019622167% |
| OH2047 | Woodville Village, Ohio | 0.0034270973% |
| OH2048 | Wooster City, Ohio | 0.4046402646% |
| OH2049 | Wooster Township, Ohio | 0.0017358405% |
| OH2050 | Worthington City, Ohio | 0.0819890902% |
| OH2051 | Worthington Township, Ohio | 0.0017573559% |
| OH2052 | Wren Village, Ohio | 0.0008301349% |
| OH2053 | Wyandot County, Ohio | 0.0959147354% |
| OH2054 | Wyoming City, Ohio | 0.0220280462% |
| OH2055 | Xenia City, Ohio | 0.1268376308% |
| OH2056 | Xenia Township, Ohio | 0.0075532986% |
| OH2057 | Yankee Lake Village, Ohio | 0.0000341003% |
| OH2058 | Yellow Creek Township, Ohio | 0.0010782320% |
| OH2059 | Yellow Springs Village, Ohio | 0.0142295064% |
| OH2060 | York Township, Athens County, Ohio | 0.0005523599% |
| OH2061 | York Township, Fulton County, Ohio | 0.0061882726% |
| OH2062 | York Township, Medina County, Ohio | 0.0023145263% |
| OH2063 | York Township, Sandusky County, Ohio | 0.0006239306% |
| OH2064 | York Township, Tuscarawas County, Ohio | 0.0007784341% |
| OH2065 | York Township, Van Wert County, Ohio | 0.0001115107% |
| OH2066 | Yorkshire Village, Ohio | 0.0007627380% |
| OH2067 | Yorkville Village, Ohio | 0.0011795516% |
| OH2068 | Youngstown City, Ohio | 0.5751891038% |
| OH2069 | Zaleski Village, Ohio | 0.0000780271% |
| OH2070 | Zane Township, Ohio | 0.0012568985% |
| OH2071 | Zanesfield Village, Ohio | 0.0001257699% |
| OH2072 | Zanesville City, Ohio | 0.1371277251% |
| OH2073 | Zoar Village, Ohio | 0.0002364863% |

*revised January 14, 2023*

| OK1 | Ada City, Oklahoma | 0.8751127538% |
| OK2 | Adair County, Oklahoma | 0.4266209709% |
| OK3 | Alfalfa County, Oklahoma | 0.0752358760% |
| OK4 | Altus City, Oklahoma | 0.0622184471% |
| OK5 | Anadarko City, Oklahoma | 0.2177062552% |
| OK6 | Ardmore City, Oklahoma | 0.8834203994% |
| OK7 | Atoka County, Oklahoma | 0.3570166411% |
| OK8 | Bartlesville City, Oklahoma | 0.7616370548% |
| OK9 | Beaver County, Oklahoma | 0.0784743727% |
| OK10 | Beckham County, Oklahoma | 0.2846460130% |
| OK11 | Bethany City, Oklahoma | 0.2482441625% |
| OK12 | Bixby City, Oklahoma | 0.2557077913% |
| OK13 | Blaine County, Oklahoma | 0.1909298641% |
| OK14 | Broken Arrow City, Oklahoma | 1.9405732012% |
| OK15 | Bryan County, Oklahoma | 0.5253079080% |
| OK16 | Burns Flat Town, Oklahoma | 0.0297825750% |
| OK17 | Caddo County, Oklahoma | 0.4845736458% |
| OK18 | Canadian County, Oklahoma | 0.5808839408% |
| OK19 | Carter County, Oklahoma | 1.0204659663% |
| OK20 | Cherokee County, Oklahoma | 0.0547155245% |
| OK21 | Chickasha City, Oklahoma | 0.1510124411% |
| OK22 | Choctaw City, Oklahoma | 0.0613538158% |
| OK23 | Choctaw County, Oklahoma | 0.4004199348% |
| OK24 | Cimarron County, Oklahoma | 0.0722904419% |
| OK25 | Claremore City, Oklahoma | 0.7190775254% |
| OK26 | Cleveland County, Oklahoma | 0.2725422694% |
| OK27 | Coal County, Oklahoma | 0.1610866236% |
| OK28 | Comanche County, Oklahoma | 2.0790341012% |
| OK29 | Cotton County, Oklahoma | 0.1077265239% |
| OK30 | Coweta City, Oklahoma | 0.3910652406% |
| OK31 | Craig County, Oklahoma | 0.2892248732% |
| OK32 | Creek County, Oklahoma | 1.2474865281% |
| OK33 | Custer County, Oklahoma | 0.4049880250% |
| OK34 | Del City, Oklahoma | 0.2643825434% |
| OK35 | Delaware County, Oklahoma | 0.8410533842% |
| OK36 | Dewey County, Oklahoma | 0.0676712782% |
| OK37 | Duncan City, Oklahoma | 0.8937861298% |
| OK38 | Durant City, Oklahoma | 0.7336303563% |
| OK39 | Edmond City, Oklahoma | 1.4615935748% |
| OK40 | El Reno City, Oklahoma | 0.2053992273% |
| OK41 | Elk City, Oklahoma | 0.3587477547% |
| OK42 | Ellis County, Oklahoma | 0.0583375351% |
| OK43 | Enid City, Oklahoma | 0.7392412881% |
| OK44 | Garfield County, Oklahoma | 0.2542221165% |
| OK45 | Garvin County, Oklahoma | 0.8411004189% |
| OK46 | Glenpool City, Oklahoma | 0.1608895657% |
| OK47 | Grady County, Oklahoma | 1.0545977812% |
| OK48 | Grant County, Oklahoma | 0.0405478903% |
| OK49 | Greer County, Oklahoma | 0.1583252054% |
| OK50 | Guthrie City, Oklahoma | 0.1856265512% |
| OK51 | Guymon City, Oklahoma | 0.0547591936% |

*revised January 14, 2023*

| | | |
|---|---|---|
| OK52 | Harmon County, Oklahoma | 0.0673861249% |
| OK53 | Harper County, Oklahoma | 0.0522026584% |
| OK54 | Haskell County, Oklahoma | 0.2531508354% |
| OK55 | Hughes County, Oklahoma | 0.2061436213% |
| OK56 | Jackson County, Oklahoma | 0.4801048418% |
| OK57 | Jefferson County, Oklahoma | 0.3090924602% |
| OK58 | Jenks City, Oklahoma | 0.1806228639% |
| OK59 | Johnston County, Oklahoma | 0.4472082986% |
| OK60 | Kay County, Oklahoma | 0.5067583031% |
| OK61 | Kingfisher County, Oklahoma | 0.2717757463% |
| OK62 | Kiowa County, Oklahoma | 0.2298382701% |
| OK63 | Latimer County, Oklahoma | 0.3148762172% |
| OK64 | Lawton City, Oklahoma | 0.3312681144% |
| OK65 | Le Flore County, Oklahoma | 1.4166392289% |
| OK66 | Lincoln County, Oklahoma | 0.6999457500% |
| OK67 | Logan County, Oklahoma | 0.5399784520% |
| OK68 | Love County, Oklahoma | 0.2288662752% |
| OK69 | Major County, Oklahoma | 0.0852741304% |
| OK70 | Marshall County, Oklahoma | 0.2609426135% |
| OK71 | Mayes County, Oklahoma | 1.2431623622% |
| OK72 | McAlester City, Oklahoma | 1.2318612380% |
| OK73 | McClain County, Oklahoma | 0.6643227071% |
| OK74 | McCurtain County, Oklahoma | 0.8951427325% |
| OK75 | McIntosh County, Oklahoma | 0.6473819592% |
| OK76 | Miami City, Oklahoma | 0.3080134381% |
| OK77 | Midwest City, Oklahoma | 1.3662006673% |
| OK78 | Moore City, Oklahoma | 0.2533704430% |
| OK79 | Murray County, Oklahoma | 0.5297956437% |
| OK80 | Muskogee City, Oklahoma | 2.5039385148% |
| OK81 | Muskogee County, Oklahoma | 0.1783839604% |
| OK82 | Mustang City, Oklahoma | 0.1655020823% |
| OK83 | Newcastle City, Oklahoma | 0.2606099206% |
| OK84 | Noble County, Oklahoma | 0.1688783176% |
| OK85 | Norman City, Oklahoma | 4.4189589851% |
| OK86 | Nowata County, Oklahoma | 0.1569775216% |
| OK87 | Okfuskee County, Oklahoma | 0.2609296558% |
| OK88 | Oklahoma City, Oklahoma | 14.3489114350% |
| OK89 | Oklahoma County, Oklahoma | 3.3422940072% |
| OK90 | Okmulgee City, Oklahoma | 0.5086746948% |
| OK91 | Okmulgee County, Oklahoma | 0.4742639531% |
| OK92 | Osage County, Oklahoma | 0.5896618496% |
| OK93 | Ottawa County, Oklahoma | 0.3159777890% |
| OK94 | Owasso City, Oklahoma | 0.7456266521% |
| OK95 | Pawnee County, Oklahoma | 0.6201145221% |
| OK96 | Payne County, Oklahoma | 0.6719554590% |
| OK97 | Pittsburg County, Oklahoma | 0.1253496540% |
| OK98 | Ponca City, Oklahoma | 0.4343605817% |
| OK99 | Pontotoc County, Oklahoma | 0.3451006157% |
| OK100 | Pottawatomie County, Oklahoma | 0.8536612997% |
| OK101 | Pushmataha County, Oklahoma | 0.3982344607% |
| OK102 | Roger Mills County, Oklahoma | 0.0439550052% |

*revised January 14, 2023*

| OK103 | Rogers County, Oklahoma | 1.2081401690% |
| OK104 | Sand Springs City, Oklahoma | 0.3849881687% |
| OK105 | Sapulpa City, Oklahoma | 1.1421081226% |
| OK106 | Seminole City, Oklahoma | 0.2214634802% |
| OK107 | Seminole County, Oklahoma | 0.4144393970% |
| OK108 | Sequoyah County, Oklahoma | 1.5345087624% |
| OK109 | Shawnee City, Oklahoma | 1.3614784311% |
| OK110 | Stephens County, Oklahoma | 0.8246887486% |
| OK111 | Stillwater City, Oklahoma | 0.8442351700% |
| OK112 | Tahlequah City, Oklahoma | 1.5329176592% |
| OK113 | Texas County, Oklahoma | 0.3711376613% |
| OK114 | Tillman County, Oklahoma | 0.1988848754% |
| OK115 | Tulsa City, Oklahoma | 11.8499277217% |
| OK116 | Tulsa County, Oklahoma | 5.3498014970% |
| OK117 | Wagoner County, Oklahoma | 0.8686244855% |
| OK118 | Warr Acres City, Oklahoma | 0.1616160377% |
| OK119 | Washington County, Oklahoma | 0.3936750370% |
| OK120 | Washita County, Oklahoma | 0.1931168527% |
| OK121 | Weatherford City, Oklahoma | 0.1872773945% |
| OK122 | Woods County, Oklahoma | 0.1975804400% |
| OK123 | Woodward City, Oklahoma | 0.2327716722% |
| OK124 | Woodward County, Oklahoma | 0.1781706634% |
| OK125 | Yukon City, Oklahoma | 0.3103071173% |

*revised January 14, 2023*

| OR1 | Albany City, Oregon | 1.1574421234% |
|---|---|---|
| OR2 | Ashland City, Oregon | 0.5725593238% |
| OR3 | Astoria City, Oregon | 0.1859283065% |
| OR4 | Baker County, Oregon | 0.4771636205% |
| OR5 | Beaverton City, Oregon | 0.9709676029% |
| OR6 | Bend City, Oregon | 0.9443519043% |
| OR7 | Benton County, Oregon | 1.0219885306% |
| OR8 | Canby City, Oregon | 0.1716812437% |
| OR9 | Central Point City, Oregon | 0.1718730043% |
| OR10 | Clackamas County, Oregon | 7.7713142577% |
| OR11 | Clatsop County, Oregon | 1.1423692099% |
| OR12 | Columbia County, Oregon | 1.0096699413% |
| OR13 | Coos Bay City, Oregon | 0.2538945929% |
| OR14 | Coos County, Oregon | 1.5633002470% |
| OR15 | Cornelius City, Oregon | 0.0949750265% |
| OR16 | Corvallis City, Oregon | 0.6633711425% |
| OR17 | Cottage Grove City, Oregon | 0.0910229575% |
| OR18 | Crook County, Oregon | 0.3513229911% |
| OR19 | Curry County, Oregon | 0.7612961295% |
| OR20 | Dallas City, Oregon | 0.1606964683% |
| OR21 | Deschutes County, Oregon | 2.2569753600% |
| OR22 | Douglas County, Oregon | 2.5689481047% |
| OR23 | Eugene City, Oregon | 2.7611039932% |
| OR24 | Forest Grove City, Oregon | 0.2522169415% |
| OR26 | Gladstone City, Oregon | 0.1181360032% |
| OR28 | Grants Pass City, Oregon | 0.8232581895% |
| OR29 | Gresham City, Oregon | 0.9831942718% |
| OR30 | Happy Valley City, Oregon | 0.0103506009% |
| OR32 | Hermiston City, Oregon | 0.1316304314% |
| OR33 | Hillsboro City, Oregon | 1.5083519364% |
| OR34 | Hood River County, Oregon | 0.3553687498% |
| OR35 | Independence City, Oregon | 0.0808970601% |
| OR36 | Jackson County, Oregon | 4.0769510640% |
| OR37 | Jefferson County, Oregon | 0.3674692915% |
| OR38 | Josephine County, Oregon | 1.6536523798% |
| OR39 | Keizer City, Oregon | 0.1916558451% |
| OR40 | Klamath County, Oregon | 1.2169628601% |
| OR41 | Klamath Falls City, Oregon | 0.3209275214% |
| OR42 | La Grande City, Oregon | 0.2715648669% |
| OR44 | Lake Oswego City, Oregon | 0.6934160342% |
| OR45 | Lane County, Oregon | 6.3326808234% |
| OR46 | Lebanon City, Oregon | 0.3269345282% |
| OR47 | Lincoln County, Oregon | 1.5190343268% |
| OR48 | Linn County, Oregon | 1.8185376689% |
| OR49 | Malheur County, Oregon | 0.5014027023% |
| OR50 | Marion County, Oregon | 4.1636475308% |
| OR51 | McMinnville City, Oregon | 0.4803592635% |
| OR52 | Medford City, Oregon | 1.5540758598% |
| OR53 | Milwaukie City, Oregon | 0.2113647118% |
| OR54 | Monmouth City, Oregon | 0.0706960930% |
| OR55 | Morrow County, Oregon | 0.1351544937% |

*revised January 14, 2023*

| OR56 | Multnomah County, Oregon | 13.9643815662% |
|------|--------------------------|----------------|
| OR57 | Newberg City, Oregon | 0.4093257361% |
| OR58 | Newport City, Oregon | 0.1908392623% |
| OR59 | Ontario City, Oregon | 0.1869780182% |
| OR60 | Oregon City, Oregon | 0.2765040475% |
| OR61 | Pendleton City, Oregon | 0.3521049458% |
| OR62 | Polk County, Oregon | 0.7074299681% |
| OR63 | Portland City, Oregon | 8.2736702858% |
| OR64 | Prineville City, Oregon | 0.0924861843% |
| OR65 | Redmond City, Oregon | 0.1550311086% |
| OR66 | Roseburg City, Oregon | 0.6370799877% |
| OR67 | Salem City, Oregon | 3.0438221421% |
| OR68 | Sandy City, Oregon | 0.0775015682% |
| OR70 | Sherwood City, Oregon | 0.1404204928% |
| OR71 | Silverton City, Oregon | 0.0775630731% |
| OR72 | Springfield City, Oregon | 1.1667234659% |
| OR73 | St. Helens City, Oregon | 0.1964453077% |
| OR74 | The Dalles City, Oregon | 0.1723418738% |
| OR75 | Tigard City, Oregon | 0.5049875956% |
| OR76 | Tillamook County, Oregon | 0.9001228870% |
| OR77 | Troutdale City, Oregon | 0.0899929610% |
| OR78 | Tualatin City, Oregon | 0.1551565618% |
| OR79 | Umatilla County, Oregon | 0.9738633884% |
| OR80 | Union County, Oregon | 0.4153841374% |
| OR82 | Wasco County, Oregon | 0.4116278731% |
| OR83 | Washington County, Oregon | 7.2167622210% |
| OR84 | West Linn City, Oregon | 0.1600504983% |
| OR86 | Wilsonville City, Oregon | 0.1383351396% |
| OR87 | Woodburn City, Oregon | 0.2069349266% |
| OR88 | Yamhill County, Oregon | 1.4120246444% |

*revised January 14, 2023*

| | | |
|---|---|---|
| PA2 | Adams County, Pennsylvania | |
| PA4 | Aliquippa City, Pennsylvania | |
| PA5 | Allegheny County, Pennsylvania | |
| PA6 | Allentown City, Pennsylvania | |
| PA10 | Armstrong County, Pennsylvania | |
| PA13 | Beaver County, Pennsylvania | |
| PA14 | Bedford County, Pennsylvania | |
| PA15 | Bensalem Township, Pennsylvania | |
| PA16 | Berks County, Pennsylvania | |
| PA20 | Blair County, Pennsylvania | |
| PA22 | Bradford County, Pennsylvania | |
| PA23 | Bristol Township, Pennsylvania | |
| PA25 | Bucks County, Pennsylvania | |
| PA27 | Butler County, Pennsylvania | |
| PA30 | Cambria County, Pennsylvania | |
| PA31 | Cameron County, Pennsylvania | |
| PA32 | Carbon County, Pennsylvania | |
| PA36 | Centre County, Pennsylvania | |
| PA40 | Chester County, Pennsylvania | |
| PA42 | Clarion County, Pennsylvania | |
| PA43 | Clearfield County, Pennsylvania | |
| PA44 | Clinton County, Pennsylvania | |
| PA46 | Coatesville City, Pennsylvania | Allocations in |
| PA49 | Columbia County, Pennsylvania | Pennsylvania will be |
| PA53 | Crawford County, Pennsylvania | made in accordance with |
| PA54 | Cumberland County, Pennsylvania | the Pennsylvania Trust |
| PA57 | Dauphin County, Pennsylvania | and Allocation Order. |
| PA58 | Delaware County, Pennsylvania | |
| PA76 | Edwardsville Borough, Pennsylvania | |
| PA79 | Elk County, Pennsylvania | |
| PA84 | Erie County, Pennsylvania | |
| PA85 | Exeter Borough, Pennsylvania | |
| PA90 | Fayette County, Pennsylvania | |
| PA92 | Forest County, Pennsylvania | |
| PA94 | Forty Fort Borough, Pennsylvania | |
| PA96 | Franklin County, Pennsylvania | |
| PA98 | Fulton County, Pennsylvania | |
| PA99 | Greene County, Pennsylvania | |
| PA107 | Hanover Township, Luzerne County, Pennsylvania | |
| PA114 | Hazleton City, Pennsylvania | |
| PA120 | Huntingdon County, Pennsylvania | |
| PA122 | Indiana County, Pennsylvania | |
| PA123 | Jefferson County, Pennsylvania | |
| PA126 | Juniata County, Pennsylvania | |
| PA127 | Kingston Borough, Pennsylvania | |
| PA128 | Lackawanna County, Pennsylvania | |
| PA130 | Lancaster County, Pennsylvania | |

*revised January 14, 2023*

| | | |
|---|---|---|
| PA134 | Lawrence County, Pennsylvania | |
| PA136 | Lebanon County, Pennsylvania | |
| PA137 | Lehigh County, Pennsylvania | |
| PA141 | Lock Haven City, Pennsylvania | |
| PA147 | Lower Makefield Township, Pennsylvania | |
| PA155 | Lower Southampton Township, Pennsylvania | |
| PA157 | Luzerne County, Pennsylvania | |
| PA158 | Lycoming County, Pennsylvania | |
| PA348 | Mahoning Township, Lawrence County, Pennsylvania | |
| PA164 | McKean County, Pennsylvania | |
| PA167 | Mercer County, Pennsylvania | |
| PA169 | Middletown Township, Bucks County, Pennsylvania | |
| PA171 | Mifflin County, Pennsylvania | |
| PA174 | Monroe County, Pennsylvania | |
| PA176 | Montgomery County, Pennsylvania | |
| PA178 | Montour County, Pennsylvania | |
| PA180 | Morrisville Borough, Pennsylvania | Allocations in Pennsylvania will be made in accordance with the Pennsylvania Trust and Allocation Order. |
| PA187 | Nanticoke City, Pennsylvania | |
| PA190 | New Castle City, Pennsylvania | |
| PA195 | Newtown Township, Bucks County, Pennsylvania | |
| PA197 | Norristown Borough, Pennsylvania | |
| PA205 | Northampton County, Pennsylvania | |
| PA207 | Northumberland County, Pennsylvania | |
| PA213 | Perry County, Pennsylvania | |
| PA215 | Philadelphia City, Pennsylvania | |
| PA217 | Pike County, Pennsylvania | |
| PA219 | Pittsburgh City, Pennsylvania | |
| PA220 | Plains Township, Pennsylvania | |
| PA225 | Potter County, Pennsylvania | |
| PA241 | Schuylkill County, Pennsylvania | |
| PA248 | Snyder County, Pennsylvania | |
| PA249 | Somerset County, Pennsylvania | |
| PA265 | Sugar Notch Borough, Pennsylvania | |
| PA266 | Sullivan County, Pennsylvania | |
| PA267 | Susquehanna County, Pennsylvania | |
| PA270 | Tioga County, Pennsylvania | |
| PA273 | Union County, Pennsylvania | |
| PA349 | Union Township, Lawrence County, Pennsylvania | Allocations in Pennsylvania will be made in accordance with |
| PA290 | Venango County, Pennsylvania | |

*revised January 14, 2023*

| | | |
|---|---|---|
| PA350 | Wampum Borough, Pennsylvania | the Pennsylvania Trust |
| PA291 | Warminster Township, Pennsylvania | and Allocation Order. |
| PA292 | Warren County, Pennsylvania | |
| PA293 | Warrington Township, Bucks County, Pennsylvania | |
| PA297 | Washington County, Pennsylvania | |
| PA299 | Wayne County, Pennsylvania | |
| PA310 | West Norriton Township, Pennsylvania | |
| PA311 | West Pittston Borough, Pennsylvania | |
| PA313 | Westmoreland County, Pennsylvania | |
| PA320 | Wilkes Barre Township, Pennsylvania | |
| PA321 | Wilkes-Barre City, Pennsylvania | |
| PA327 | Wright Township, Pennsylvania | |
| PA328 | Wyoming Borough, Pennsylvania | |
| PA329 | Wyoming County, Pennsylvania | |
| PA333 | York County, Pennsylvania | |
| PA335 | Fairview Township, Luzerne County, Pennsylvania | |
| PA336 | District Attorney of Allegheny County, Pennsylvania | |
| PA337 | District Attorney of Berks County, Pennsylvania | |
| PA338 | District Attorney of Bucks County, Pennsylvania | |
| PA339 | District Attorney of Chester County, Pennsylvania | |
| PA340 | District Attorney of Clearfield County, Pennsylvania | |
| PA341 | District Attorney of Dauphin County, Pennsylvania | |
| PA342 | District Attorney of Delaware County, Pennsylvania | |
| PA343 | District Attorney of Erie County, Pennsylvania | |
| PA344 | District Attorney of Lehigh County, Pennsylvania | |
| PA345 | District Attorney of Northampton County, Pennsylvania | |
| PA346 | District Attorney of Philadelphia County, Pennsylvania | |
| PA347 | District Attorney of Westmoreland County, Pennsylvania | Allocations in Pennsylvania will be |
| PA351 | Southeastern Pennsylvania Transportation Authority, Pennsylvania | made in accordance with the Pennsylvania Trust and Allocation Order. |

G-202

| | | |
|---|---|---|
| PR1 | Adjuntas, Puerto Rico | 0.4468461493% |
| PR2 | Aguada, Puerto Rico | 0.9238661758% |
| PR3 | Aguadilla, Puerto Rico | 1.6156167759% |
| PR4 | Aguas Buenas, Puerto Rico | 0.7490858028% |
| PR5 | Aibonito, Puerto Rico | 0.7959428477% |
| PR6 | Anasco, Puerto Rico | 0.5050154853% |
| PR7 | Arecibo, Puerto Rico | 1.3074850692% |
| PR8 | Arroyo, Puerto Rico | 2.0592191012% |
| PR9 | Barceloneta, Puerto Rico | 0.5768569406% |
| PR10 | Barranquitas, Puerto Rico | 0.7167107056% |
| PR11 | Bayamon, Puerto Rico | 5.7282390971% |
| PR12 | Cabo Rojo, Puerto Rico | 1.1570847420% |
| PR13 | Caguas, Puerto Rico | 4.7119895861% |
| PR14 | Camuy, Puerto Rico | 0.7759381807% |
| PR15 | Canovanas, Puerto Rico | 1.0721780377% |
| PR16 | Carolina, Puerto Rico | 4.3228006165% |
| PR17 | Catano, Puerto Rico | 0.7612066695% |
| PR18 | Cayey, Puerto Rico | 1.3596493469% |
| PR19 | Ceiba, Puerto Rico | 0.2896687707% |
| PR20 | Ciales, Puerto Rico | 0.4533215195% |
| PR21 | Cidra, Puerto Rico | 1.1671492158% |
| PR22 | Coamo, Puerto Rico | 0.9970822347% |
| PR23 | Comerio, Puerto Rico | 0.5268640655% |
| PR24 | Corozal, Puerto Rico | 0.8595048594% |
| PR25 | Culebra, Puerto Rico | 0.0380175870% |
| PR26 | Dorado, Puerto Rico | 0.8970759382% |
| PR27 | Fajardo, Puerto Rico | 1.1102770585% |
| PR28 | Florida, Puerto Rico | 0.2695408253% |
| PR29 | Guanica, Puerto Rico | 0.4269617539% |
| PR30 | Guayama, Puerto Rico | 1.3293151076% |
| PR31 | Guayanilla, Puerto Rico | 0.4886780984% |
| PR32 | Guaynabo, Puerto Rico | 2.3185934725% |
| PR33 | Gurabo, Puerto Rico | 0.9866291335% |
| PR34 | Hatillo, Puerto Rico | 1.0577790273% |
| PR35 | Hormigueros, Puerto Rico | 0.3963005262% |
| PR36 | Humacao, Puerto Rico | 1.8829438530% |
| PR37 | Isabela, Puerto Rico | 1.0062900243% |
| PR38 | Jayuya, Puerto Rico | 0.3757431113% |
| PR39 | Juana Diaz, Puerto Rico | 1.7179648597% |
| PR40 | Juncos, Puerto Rico | 0.9543672919% |
| PR41 | Lajas, Puerto Rico | 0.5633742491% |
| PR42 | Lares, Puerto Rico | 0.6852103333% |
| PR43 | Las Marias, Puerto Rico | 0.2285582941% |
| PR44 | Las Piedras, Puerto Rico | 0.8440153869% |
| PR45 | Loiza, Puerto Rico | 0.7971240145% |
| PR46 | Luquillo, Puerto Rico | 0.5035020683% |
| PR47 | Manati, Puerto Rico | 1.3858134207% |
| PR48 | Maricao, Puerto Rico | 0.1311593846% |
| PR49 | Maunabo, Puerto Rico | 0.2983734242% |
| PR50 | Mayaguez, Puerto Rico | 2.7384221211% |
| PR51 | Moca, Puerto Rico | 0.9400143856% |

*revised January 14, 2023*

| | | |
|---|---|---|
| PR52 | Morovis, Puerto Rico | 0.7678286207% |
| PR53 | Naguabo, Puerto Rico | 0.6776685553% |
| PR54 | Naranjito, Puerto Rico | 0.6713715879% |
| PR55 | Orocovis, Puerto Rico | 0.5209419444% |
| PR56 | Patillas, Puerto Rico | 0.4307397840% |
| PR57 | Penuelas, Puerto Rico | 0.5782731381% |
| PR58 | Ponce, Puerto Rico | 5.1762853836% |
| PR59 | Quebradillas, Puerto Rico | 0.6086201563% |
| PR60 | Rincon, Puerto Rico | 0.3607312171% |
| PR61 | Rio Grande, Puerto Rico | 1.2995118170% |
| PR62 | Sabana Grande, Puerto Rico | 0.5625075422% |
| PR63 | Salinas, Puerto Rico | 0.8069301551% |
| PR64 | San German, Puerto Rico | 0.9914753253% |
| PR65 | San Juan, Puerto Rico | 13.8003700360% |
| PR66 | San Lorenzo, Puerto Rico | 1.0322446251% |
| PR67 | San Sebastian, Puerto Rico | 0.9222442638% |
| PR68 | Santa Isabel, Puerto Rico | 0.5210354055% |
| PR69 | Toa Alta, Puerto Rico | 1.7552873773% |
| PR70 | Toa Baja, Puerto Rico | 2.1783919223% |
| PR71 | Trujillo Alto, Puerto Rico | 1.9136501824% |
| PR72 | Utuado, Puerto Rico | 0.7718304061% |
| PR73 | Vega Alta, Puerto Rico | 0.9338331796% |
| PR74 | Vega Baja, Puerto Rico | 1.6886509241% |
| PR75 | Vieques, Puerto Rico | 0.1979351524% |
| PR76 | Villalba, Puerto Rico | 0.5576736281% |
| PR77 | Yabucoa, Puerto Rico | 0.8842993409% |
| PR78 | Yauco, Puerto Rico | 1.1383015829% |

G-204

*revised January 14, 2023*

| | | |
|---|---|---|
| SC1 | Abbeville County, South Carolina | 0.3350059823% |
| SC2 | Aiken City, South Carolina | 0.7838026892% |
| SC3 | Aiken County, South Carolina | 2.5661670597% |
| SC4 | Allendale County, South Carolina | 0.1220441823% |
| SC5 | Anderson City, South Carolina | 1.1735303052% |
| SC6 | Anderson County, South Carolina | 3.3392231904% |
| SC7 | Bamberg County, South Carolina | 0.2705913372% |
| SC8 | Barnwell County, South Carolina | 0.4653224769% |
| SC9 | Beaufort City, South Carolina | 0.0769982478% |
| SC10 | Beaufort County, South Carolina | 2.3364418352% |
| SC11 | Berkeley County, South Carolina | 2.0961440294% |
| SC12 | Bluffton Town, South Carolina | 0.0481968917% |
| SC13 | Calhoun County, South Carolina | 0.1833260393% |
| SC14 | Cayce City, South Carolina | 0.2572136960% |
| SC15 | Charleston City, South Carolina | 2.3004340552% |
| SC16 | Charleston County, South Carolina | 3.8016438488% |
| SC17 | Cherokee County, South Carolina | 0.9440700745% |
| SC18 | Chester City, South Carolina | 0.1299573133% |
| SC19 | Chester County, South Carolina | 0.3947965211% |
| SC20 | Chesterfield County, South Carolina | 0.9443488664% |
| SC21 | Clarendon County, South Carolina | 0.5705383575% |
| SC22 | Clemson City, South Carolina | 0.3311616877% |
| SC23 | Colleton County, South Carolina | 0.8589365535% |
| SC24 | Columbia City, South Carolina | 2.3918060702% |
| SC25 | Conway City, South Carolina | 0.2894739402% |
| SC26 | Darlington County, South Carolina | 1.6906462867% |
| SC27 | Dillon County, South Carolina | 0.6608411417% |
| SC28 | Dorchester County, South Carolina | 1.6015765975% |
| SC29 | Easley City, South Carolina | 0.8565835771% |
| SC30 | Edgefield County, South Carolina | 0.3586097074% |
| SC31 | Fairfield County, South Carolina | 0.3536421891% |
| SC32 | Florence City, South Carolina | 1.0065336904% |
| SC33 | Florence County, South Carolina | 2.2059006272% |
| SC34 | Forest Acres City, South Carolina | 0.0995929056% |
| SC35 | Fort Mill Town, South Carolina | 0.1714974802% |
| SC36 | Fountain Inn City, South Carolina | 0.1975697094% |
| SC37 | Gaffney City, South Carolina | 0.2044353782% |
| SC38 | Georgetown City, South Carolina | 0.2626233562% |
| SC39 | Georgetown County, South Carolina | 1.1895098900% |
| SC40 | Goose Creek City, South Carolina | 0.5473575768% |
| SC41 | Greenville City, South Carolina | 2.2705648395% |
| SC42 | Greenville County, South Carolina | 7.1502328364% |
| SC43 | Greenwood City, South Carolina | 0.0308220618% |
| SC44 | Greenwood County, South Carolina | 1.3388944490% |
| SC45 | Greer City, South Carolina | 0.5590564672% |
| SC46 | Hampton County, South Carolina | 0.3450376919% |
| SC47 | Hanahan City, South Carolina | 0.2279684840% |

G-205

| SC48 | Hilton Head Island Town, South Carolina | 0.2323878458% |
| SC49 | Horry County, South Carolina | 5.2166718879% |
| SC50 | Irmo Town, South Carolina | 0.0942740906% |
| SC51 | James Island Town, South Carolina | 0.0461551887% |
| SC52 | Jasper County, South Carolina | 0.4278548317% |
| SC53 | Kershaw County, South Carolina | 1.0780892823% |
| SC54 | Lancaster County, South Carolina | 1.4809282603% |
| SC55 | Laurens County, South Carolina | 1.3598442946% |
| SC56 | Lee County, South Carolina | 0.2176621820% |
| SC57 | Lexington County, South Carolina | 4.4881391605% |
| SC58 | Lexington Town, South Carolina | 0.2342104062% |
| SC59 | Marion County, South Carolina | 0.6973242307% |
| SC60 | Marlboro County, South Carolina | 0.4878238042% |
| SC61 | Mauldin City, South Carolina | 0.4253253929% |
| SC62 | McCormick County, South Carolina | 0.1281623493% |
| SC63 | Moncks Corner Town, South Carolina | 0.1965426445% |
| SC64 | Mount Pleasant Town, South Carolina | 0.5750801889% |
| SC65 | Myrtle Beach City, South Carolina | 1.9068234068% |
| SC66 | Newberry City, South Carolina | 0.0344864657% |
| SC67 | Newberry County, South Carolina | 0.5656551710% |
| SC68 | North Augusta City, South Carolina | 0.5139678525% |
| SC69 | North Charleston City, South Carolina | 1.7751090959% |
| SC70 | North Myrtle Beach City, South Carolina | 0.6366313248% |
| SC71 | Oconee County, South Carolina | 2.8099515214% |
| SC72 | Orangeburg City, South Carolina | 0.0468940344% |
| SC73 | Orangeburg County, South Carolina | 1.4543982912% |
| SC74 | Pickens County, South Carolina | 2.8143347165% |
| SC75 | Port Royal Town, South Carolina | 0.0206098617% |
| SC76 | Richland County, South Carolina | 3.8816723839% |
| SC77 | Rock Hill City, South Carolina | 1.3120073555% |
| SC78 | Saluda County, South Carolina | 0.2604801809% |
| SC79 | Simpsonville City, South Carolina | 0.3497064495% |
| SC80 | Spartanburg City, South Carolina | 1.1890308958% |
| SC81 | Spartanburg County, South Carolina | 6.4084293395% |
| SC82 | Summerville Town, South Carolina | 0.6446011912% |
| SC83 | Sumter City, South Carolina | 0.5390642671% |
| SC84 | Sumter County, South Carolina | 0.9480995733% |
| SC85 | Tega Cay City, South Carolina | 0.0433365022% |
| SC86 | Union County, South Carolina | 0.6499524020% |

*revised January 14, 2023*

| SC87 | West Columbia City, South Carolina | 0.3943858322% |
| SC88 | Williamsburg County, South Carolina | 0.4931357629% |
| SC89 | York County, South Carolina | 2.5800878865% |

G-207

| | | |
|---|---|---|
| SD1 | Aberdeen City, South Dakota | 1.7806789284% |
| SD2 | Aurora County, South Dakota | 0.1283252150% |
| SD3 | Beadle County, South Dakota | 0.8743032704% |
| SD4 | Bennett County, South Dakota | 0.1895703332% |
| SD5 | Bon Homme County, South Dakota | 0.6047162426% |
| SD6 | Box Elder City, South Dakota | 0.2251076107% |
| SD7 | Brandon City, South Dakota | 0.4012895918% |
| SD8 | Brookings City, South Dakota | 2.4259611863% |
| SD9 | Brookings County, South Dakota | 0.2802421588% |
| SD10 | Brown County, South Dakota | 1.7764564315% |
| SD11 | Brule County, South Dakota | 0.8045710091% |
| SD12 | Buffalo County, South Dakota | 0.1823519926% |
| SD13 | Butte County, South Dakota | 0.8926544344% |
| SD14 | Campbell County, South Dakota | 0.0682419048% |
| SD15 | Charles Mix County, South Dakota | 0.8084433424% |
| SD16 | Clark County, South Dakota | 0.2550260601% |
| SD17 | Clay County, South Dakota | 0.4415194932% |
| SD18 | Codington County, South Dakota | 0.8721266365% |
| SD19 | Corson County, South Dakota | 0.3429322421% |
| SD20 | Custer County, South Dakota | 1.0868471426% |
| SD21 | Davison County, South Dakota | 0.6815458005% |
| SD22 | Day County, South Dakota | 0.3921680475% |
| SD23 | Deuel County, South Dakota | 0.4035008098% |
| SD24 | Dewey County, South Dakota | 0.3699996685% |
| SD25 | Douglas County, South Dakota | 0.2891518759% |
| SD26 | Edmunds County, South Dakota | 0.2529348056% |
| SD27 | Fall River County, South Dakota | 2.1968904590% |
| SD28 | Faulk County, South Dakota | 0.2772473959% |
| SD29 | Grant County, South Dakota | 0.6923230564% |
| SD30 | Gregory County, South Dakota | 0.5555128599% |
| SD31 | Haakon County, South Dakota | 0.1774497029% |
| SD32 | Hamlin County, South Dakota | 0.3340117176% |
| SD33 | Hand County, South Dakota | 0.2401311401% |
| SD34 | Hanson County, South Dakota | 0.1484271966% |
| SD35 | Harding County, South Dakota | 0.0620805393% |
| SD36 | Hughes County, South Dakota | 0.8137066032% |
| SD37 | Huron City, South Dakota | 0.8308959590% |
| SD38 | Hutchinson County, South Dakota | 0.5659237410% |
| SD39 | Hyde County, South Dakota | 0.0640529112% |
| SD40 | Jackson County, South Dakota | 0.1437421380% |
| SD41 | Jerauld County, South Dakota | 0.3258250234% |
| SD42 | Jones County, South Dakota | 0.0451732597% |
| SD43 | Kingsbury County, South Dakota | 0.3721763025% |
| SD44 | Lake County, South Dakota | 0.8273932428% |
| SD45 | Lawrence County, South Dakota | 2.3838237581% |
| SD46 | Lincoln County, South Dakota | 1.2611723923% |
| SD47 | Lyman County, South Dakota | 0.3239942300% |
| SD48 | Marshall County, South Dakota | 0.5625107271% |
| SD49 | McCook County, South Dakota | 0.3047773840% |

*revised January 14, 2023*

| | | |
|---|---|---|
| SD50 | McPherson County, South Dakota | 0.1613184030% |
| SD51 | Meade County, South Dakota | 3.2698326502% |
| SD52 | Mellette County, South Dakota | 0.1848247525% |
| SD53 | Miner County, South Dakota | 0.1616739703% |
| SD54 | Minnehaha County, South Dakota | 12.2243522517% |
| SD55 | Mitchell City, South Dakota | 1.5031732329% |
| SD56 | Moody County, South Dakota | 0.4743937985% |
| SD57 | Oglala Lakota County, South Dakota | 1.3919692864% |
| SD58 | Pennington County, South Dakota | 8.0611767283% |
| SD59 | Perkins County, South Dakota | 0.3755374403% |
| SD60 | Pierre City, South Dakota | 0.6216678331% |
| SD61 | Potter County, South Dakota | 0.1893444561% |
| SD62 | Rapid City, South Dakota | 6.9492723574% |
| SD63 | Roberts County, South Dakota | 0.9943780269% |
| SD64 | Sanborn County, South Dakota | 0.1141857404% |
| SD65 | Sioux Falls City, South Dakota | 21.6732660428% |
| SD66 | Spearfish City, South Dakota | 0.8208633410% |
| SD67 | Spink County, South Dakota | 0.7324773052% |
| SD68 | Stanley County, South Dakota | 0.1733882380% |
| SD69 | Sully County, South Dakota | 0.0632218131% |
| SD70 | Todd County, South Dakota | 1.0677859248% |
| SD71 | Tripp County, South Dakota | 0.6252580903% |
| SD72 | Turner County, South Dakota | 0.6536969906% |
| SD73 | Union County, South Dakota | 1.4531041680% |
| SD74 | Vermillion City, South Dakota | 0.5912781760% |
| SD75 | Walworth County, South Dakota | 0.5615110318% |
| SD76 | Watertown City, South Dakota | 1.6132964277% |
| SD77 | Yankton City, South Dakota | 1.2219897393% |
| SD78 | Yankton County, South Dakota | 1.4233435084% |
| SD79 | Ziebach County, South Dakota | 0.3085103004% |

*revised January 14, 2023*

| TN3 | Anderson County, Tennessee | 1.2063249026% |
| TN5 | Arlington Town, Tennessee | 0.0036566309% |
| TN8 | Bartlett City, Tennessee | 0.0730561566% |
| TN10 | Bedford County, Tennessee | 0.5762663555% |
| TN12 | Benton County, Tennessee | 0.5216680068% |
| TN13 | Bledsoe County, Tennessee | 0.1398580820% |
| TN14 | Blount County, Tennessee | 1.9196465581% |
| TN15 | Bradley County, Tennessee | 1.0430217552% |
| TN16 | Brentwood City, Tennessee | 0.0478208600% |
| TN17 | Bristol City, Tennessee | 0.5426871150% |
| TN19 | Campbell County, Tennessee | 1.5974370559% |
| TN20 | Cannon County, Tennessee | 0.3205453949% |
| TN21 | Carroll County, Tennessee | 0.4438060785% |
| TN22 | Carter County, Tennessee | 0.8435596891% |
| TN27 | Chattanooga City, Tennessee | 0.4981237028% |
| TN28 | Cheatham County, Tennessee | 0.8209998781% |
| TN29 | Chester County, Tennessee | 0.1751399118% |
| TN30 | Claiborne County, Tennessee | 1.1929412357% |
| TN31 | Clarksville City, Tennessee | 0.2296815192% |
| TN32 | Clay County, Tennessee | 0.3261509170% |
| TN33 | Cleveland City, Tennessee | 0.5531282252% |
| TN36 | Cocke County, Tennessee | 0.8746257470% |
| TN37 | Coffee County, Tennessee | 0.8953551698% |
| TN39 | Collierville Town, Tennessee | 0.0617375387% |
| TN41 | Columbia City, Tennessee | 0.0390894158% |
| TN42 | Cookeville City, Tennessee | 0.8404101920% |
| TN45 | Crockett County, Tennessee | 0.1232062476% |
| TN47 | Cumberland County, Tennessee | 0.8784847959% |
| TN48 | Dandridge Town, Tennessee | 0.0109089663% |
| TN49 | De Kalb County, Tennessee | 0.4478425886% |
| TN50 | Decatur County, Tennessee | 0.3607195939% |
| TN51 | Decatur Town, Tennessee | 0.0050599481% |
| TN53 | Dickson County, Tennessee | 0.8341347308% |
| TN56 | Dyer County, Tennessee | 0.4019088559% |
| TN64 | Fayette County, Tennessee | 0.3157083831% |
| TN66 | Fentress County, Tennessee | 0.5526714656% |
| TN67 | Franklin City, Tennessee | 0.1089989646% |
| TN68 | Franklin County, Tennessee | 0.6323371108% |
| TN69 | Gallatin City, Tennessee | 0.0760079674% |
| TN70 | Gatlinburg City, Tennessee | 0.0507819668% |
| TN71 | Germantown City, Tennessee | 0.0687501047% |
| TN72 | Gibson County, Tennessee | 0.4940695219% |
| TN73 | Giles County, Tennessee | 0.4604367666% |
| TN75 | Grainger County, Tennessee | 0.4671260668% |
| TN76 | Greene County, Tennessee | 1.2127967101% |
| TN78 | Grundy County, Tennessee | 0.3896858892% |
| TN79 | Hamblen County, Tennessee | 2.2614488604% |
| TN80 | Hamilton County, Tennessee | 4.2055530346% |
| TN81 | Hancock County, Tennessee | 0.2089065376% |
| TN82 | Hardeman County, Tennessee | 0.2150658408% |
| TN83 | Hardin County, Tennessee | 0.5683946644% |

*revised January 14, 2023*

| | | |
|---|---|---|
| TN84 | Hartsville/Trousdale County, Tennessee | 0.1139641522% |
| TN85 | Hawkins County, Tennessee | 1.0968095083% |
| TN86 | Haywood County, Tennessee | 0.1104263592% |
| TN87 | Henderson County, Tennessee | 0.2498867656% |
| TN88 | Hendersonville City, Tennessee | 0.1137407554% |
| TN89 | Henry County, Tennessee | 0.6661685991% |
| TN90 | Hickman County, Tennessee | 0.2804089244% |
| TN91 | Houston County, Tennessee | 0.1198735525% |
| TN92 | Humphreys County, Tennessee | 0.2441608982% |
| TN93 | Jackson City, Tennessee | 0.0431370644% |
| TN94 | Jackson County, Tennessee | 0.2780985367% |
| TN95 | Jefferson County, Tennessee | 0.8912247367% |
| TN96 | Johnson City, Tennessee | 1.0682855260% |
| TN97 | Johnson County, Tennessee | 0.2282065978% |
| TN98 | Kingsport City, Tennessee | 0.9871149359% |
| TN99 | Knox County, Tennessee | 9.1809198144% |
| TN100 | Knoxville City, Tennessee | 1.5417816888% |
| TN101 | La Vergne City, Tennessee | 0.0518950147% |
| TN102 | Lake County, Tennessee | 0.0671464632% |
| TN104 | Lauderdale County, Tennessee | 0.2733775153% |
| TN105 | Lawrence County, Tennessee | 0.6992850503% |
| TN107 | Lebanon City, Tennessee | 0.1110258247% |
| TN108 | Lewis County, Tennessee | 0.1528225920% |
| TN110 | Lexington City, Tennessee | 0.0796867496% |
| TN112 | Lincoln County, Tennessee | 0.4060784411% |
| TN115 | Loudon County, Tennessee | 0.8992484296% |
| TN116 | Lynchburg, Moore County Metropolitan Government, Tennessee | 0.0579106070% |
| TN118 | Macon County, Tennessee | 0.3091017000% |
| TN119 | Madison County, Tennessee | 0.8907256845% |
| TN121 | Marion County, Tennessee | 0.3637161259% |
| TN122 | Marshall County, Tennessee | 0.5422227344% |
| TN124 | Maryville City, Tennessee | 0.3223901040% |
| TN125 | Maury County, Tennessee | 1.0772540178% |
| TN126 | McMinn County, Tennessee | 0.9297273747% |
| TN128 | McNairy County, Tennessee | 0.4269884656% |
| TN129 | Meigs County, Tennessee | 0.2016450737% |
| TN130 | Memphis City, Tennessee | 4.9079216307% |
| TN131 | Millington City, Tennessee | 0.0212200583% |
| TN133 | Monroe County, Tennessee | 0.7506735593% |
| TN135 | Montgomery County, Tennessee | 1.6758545682% |
| TN136 | Morgan County, Tennessee | 0.5132562715% |
| TN138 | Morristown City, Tennessee | 0.3919462797% |
| TN139 | Mount Juliet City, Tennessee | 0.0577622481% |
| TN141 | Murfreesboro City, Tennessee | 0.7283549414% |
| TN142 | Nashville-Davidson Metropolitan Government, Tennessee | 8.9810236006% |
| TN145 | Oak Ridge City, Tennessee | 0.9598050011% |
| TN146 | Obion County, Tennessee | 0.3198033491% |

G-211

| TN147 | Overton County, Tennessee | 0.5461670803% |
| TN149 | Perry County, Tennessee | 0.0857864664% |
| TN151 | Pickett County, Tennessee | 0.1471132648% |
| TN152 | Pigeon Forge City, Tennessee | 0.0877322588% |
| TN154 | Polk County, Tennessee | 0.3220131560% |
| TN157 | Putnam County, Tennessee | 0.3930896023% |
| TN159 | Rhea County, Tennessee | 0.5404420504% |
| TN160 | Ripley City, Tennessee | 0.0190759934% |
| TN161 | Roane County, Tennessee | 1.6361535854% |
| TN162 | Robertson County, Tennessee | 0.9333043197% |
| TN163 | Rutherford County, Tennessee | 2.5756978154% |
| TN164 | Scott County, Tennessee | 0.5189341096% |
| TN165 | Sequatchie County, Tennessee | 0.2433974548% |
| TN166 | Sevier County, Tennessee | 1.4412782095% |
| TN168 | Shelby County, Tennessee | 3.5255489082% |
| TN170 | Smith County, Tennessee | 0.5711842980% |
| TN172 | Smyrna Town, Tennessee | 0.1314691656% |
| TN176 | Spring Hill City, Tennessee | 0.0244598773% |
| TN179 | Stewart County, Tennessee | 0.1459273147% |
| TN180 | Sullivan County, Tennessee | 1.4573397906% |
| TN181 | Sumner County, Tennessee | 1.7449087187% |
| TN182 | Tipton County, Tennessee | 0.6312749815% |
| TN184 | Unicoi County, Tennessee | 0.3464527663% |
| TN186 | Union County, Tennessee | 0.5606745148% |
| TN187 | Van Buren County, Tennessee | 0.0479172535% |
| TN189 | Warren County, Tennessee | 0.5719112694% |
| TN191 | Washington County, Tennessee | 1.1061046159% |
| TN192 | Wayne County, Tennessee | 0.2328717594% |
| TN194 | Weakley County, Tennessee | 0.3874777573% |
| TN195 | White County, Tennessee | 0.4162394991% |
| TN197 | Williamson County, Tennessee | 1.6843304984% |
| TN198 | Wilson County, Tennessee | 1.4019072760% |

G-212

*revised January 14, 2023*

| | | |
|---|---|---|
| UT3 | Beaver County, Utah | 0.2280000000% |
| UT6 | Box Elder County, Utah | 1.4640000000% |
| UT8 | Cache County, Utah | 2.6490000000% |
| UT9 | Carbon County, Utah | 2.7180000000% |
| UT16 | Daggett County, Utah | 0.0280000000% |
| UT17 | Davis County, Utah | 8.6950000000% |
| UT19 | Duchesne County, Utah | 0.6410000000% |
| UT21 | Emery County, Utah | 0.9380000000% |
| UT23 | Garfield County, Utah | 0.1470000000% |
| UT24 | Grand County, Utah | 0.3040000000% |
| UT31 | Iron County, Utah | 1.6220000000% |
| UT32 | Juab County, Utah | 0.3520000000% |
| UT33 | Kane County, Utah | 0.4390000000% |
| UT41 | Millard County, Utah | 0.3550000000% |
| UT42 | Morgan County, Utah | 0.2160000000% |
| UT50 | Piute County, Utah | 0.0220000000% |
| UT54 | Rich County, Utah | 0.0610000000% |
| UT58 | Salt Lake County, Utah | 42.2710000000% |
| UT59 | San Juan County, Utah | 0.2490000000% |
| UT61 | Sanpete County, Utah | 1.0130000000% |
| UT64 | Sevier County, Utah | 0.6610000000% |
| UT72 | Summit County, Utah | 0.9440000000% |
| UT76 | Tooele County, Utah | 2.2330000000% |
| UT77 | Uintah County, Utah | 0.8660000000% |
| UT78 | Utah County, Utah | 15.4260000000% |
| UT81 | Wasatch County, Utah | 0.6010000000% |
| UT83 | Washington County, Utah | 4.8650000000% |
| UT84 | Wayne County, Utah | 0.1090000000% |
| UT85 | Weber County, Utah | 9.8830000000% |

*revised January 14, 2023*

| VT1 | Addison County, Vermont | 0.7355948910% |
| VT2 | Albany Town, Vermont | 0.0345075405% |
| VT3 | Albany Village, Vermont | 0.0160668267% |
| VT4 | Alburgh Town, Vermont | 0.0606145322% |
| VT5 | Alburgh Village, Vermont | 0.0525580527% |
| VT6 | Andover Town, Vermont | 0.0012398034% |
| VT7 | Arlington Town, Vermont | 0.0885559202% |
| VT8 | Athens Town, Vermont | 0.0006484140% |
| VT9 | Bakersfield Town, Vermont | 0.0549127180% |
| VT10 | Baltimore Town, Vermont | 0.0024796068% |
| VT11 | Barnard Town, Vermont | 0.0830636232% |
| VT12 | Barnet Town, Vermont | 0.0471074029% |
| VT13 | Barre City, Vermont | 2.1256028600% |
| VT14 | Barre Town, Vermont | 1.3320832015% |
| VT15 | Barton Town, Vermont | 0.3252065150% |
| VT16 | Barton Village, Vermont | 0.0324162133% |
| VT17 | Bellows Falls Village, Vermont | 0.9422159742% |
| VT18 | Belvidere Town, Vermont | 0.0049931720% |
| VT19 | Bennington County, Vermont | 0.9901518348% |
| VT20 | Bennington Town, Vermont | 2.4851413569% |
| VT21 | Benson Town, Vermont | 0.0225970986% |
| VT22 | Berlin Town, Vermont | 0.5526473249% |
| VT23 | Bethel Town, Vermont | 0.0892626402% |
| VT24 | Bloomfield Town, Vermont | 0.0119245379% |
| VT25 | Bolton Town, Vermont | 0.1874031696% |
| VT26 | Bradford Town, Vermont | 0.7724442824% |
| VT27 | Braintree Town, Vermont | 0.0619908100% |
| VT28 | Brandon Town, Vermont | 0.5039156835% |
| VT29 | Brattleboro Town, Vermont | 2.8616648398% |
| VT30 | Bridgewater Town, Vermont | 0.2045592293% |
| VT31 | Bridport Town, Vermont | 0.0525426753% |
| VT32 | Brighton Town, Vermont | 0.1371312246% |
| VT33 | Bristol Town, Vermont | 0.4536168281% |
| VT34 | Brookfield Town, Vermont | 0.0181094589% |
| VT35 | Brookline Town, Vermont | 0.0142663887% |
| VT36 | Brownington Town, Vermont | 0.0209132726% |
| VT37 | Brunswick Town, Vermont | 0.0071549790% |
| VT38 | Burke Town, Vermont | 0.0035553845% |
| VT39 | Burlington City, Vermont | 10.6984139884% |
| VT40 | Cabot Town, Vermont | 0.0223388863% |
| VT41 | Calais Town, Vermont | 0.0461347819% |
| VT42 | Caledonia County, Vermont | 0.8505961058% |
| VT43 | Cambridge Town, Vermont | 0.0682410850% |
| VT44 | Cambridge Village, Vermont | 0.0012481328% |
| VT45 | Canaan Town, Vermont | 0.1359388349% |
| VT46 | Castleton Town, Vermont | 0.4255786906% |
| VT47 | Cavendish Town, Vermont | 0.0216955982% |
| VT48 | Charleston Town, Vermont | 0.0460098405% |
| VT49 | Charlotte Town, Vermont | 0.2587947007% |
| VT50 | Chelsea Town, Vermont | 0.0097511978% |
| VT51 | Chester Town, Vermont | 0.3719262791% |

*revised January 14, 2023*

| VT52 | Chittenden County, Vermont | 0.6721150355% |
| VT53 | Chittenden Town, Vermont | 0.0203372606% |
| VT54 | Clarendon Town, Vermont | 0.0632716198% |
| VT55 | Colchester Town, Vermont | 2.5489633597% |
| VT56 | Concord Town, Vermont | 0.0166940968% |
| VT57 | Corinth Town, Vermont | 0.0626872784% |
| VT58 | Cornwall Town, Vermont | 0.0577966224% |
| VT59 | Coventry Town, Vermont | 0.0376445314% |
| VT60 | Craftsbury Town, Vermont | 0.0501924950% |
| VT61 | Danby Town, Vermont | 0.0082858591% |
| VT62 | Danville Town, Vermont | 0.0302198071% |
| VT63 | Derby Center Village, Vermont | 0.0488117321% |
| VT64 | Derby Line Village, Vermont | 0.0549242511% |
| VT65 | Derby Town, Vermont | 0.5855806035% |
| VT66 | Dorset Town, Vermont | 0.0697288490% |
| VT67 | Dover Town, Vermont | 0.6426262960% |
| VT68 | Dummerston Town, Vermont | 0.0577133282% |
| VT69 | East Haven Town, Vermont | 0.0107321482% |
| VT70 | East Montpelier Town, Vermont | 0.1121807421% |
| VT71 | Eden Town, Vermont | 0.0299596726% |
| VT72 | Elmore Town, Vermont | 0.0195568572% |
| VT73 | Enosburg Falls Village, Vermont | 0.0515847910% |
| VT74 | Enosburgh Town, Vermont | 0.0873609676% |
| VT75 | Essex County, Vermont | 0.3791972294% |
| VT76 | Essex Junction Village, Vermont | 0.1451319610% |
| VT77 | Essex Town, Vermont | 1.8402135758% |
| VT78 | Fair Haven Town, Vermont | 0.3879168595% |
| VT79 | Fairfax Town, Vermont | 0.1256334098% |
| VT80 | Fairfield Town, Vermont | 0.0981770508% |
| VT81 | Fairlee Town, Vermont | 0.0592042959% |
| VT82 | Fayston Town, Vermont | 0.0053417265% |
| VT83 | Ferrisburgh Town, Vermont | 0.1296046250% |
| VT84 | Fletcher Town, Vermont | 0.0216321664% |
| VT85 | Franklin County, Vermont | 1.4110871894% |
| VT86 | Franklin Town, Vermont | 0.0432643327% |
| VT87 | Georgia Town, Vermont | 0.2512668196% |
| VT88 | Goshen Town, Vermont | 0.0148872515% |
| VT89 | Grafton Town, Vermont | 0.0220479971% |
| VT90 | Grand Isle County, Vermont | 0.4312958821% |
| VT91 | Grand Isle Town, Vermont | 0.1561992085% |
| VT92 | Granville Town, Vermont | 0.0131355086% |
| VT93 | Greensboro Town, Vermont | 0.2645567430% |
| VT94 | Groton Town, Vermont | 0.0719938128% |
| VT95 | Guildhall Town, Vermont | 0.0155017070% |
| VT96 | Guilford Town, Vermont | 0.0032420698% |
| VT97 | Halifax Town, Vermont | 0.0155632167% |
| VT98 | Hancock Town, Vermont | 0.0534179060% |
| VT99 | Hardwick Town, Vermont | 0.7839350493% |
| VT100 | Hartford Town, Vermont | 3.2053851113% |
| VT101 | Hartland Town, Vermont | 0.0483504099% |
| VT102 | Highgate Town, Vermont | 0.2362905072% |

G-215

*revised January 14, 2023*

| | | |
|---|---|---|
| VT103 | Hinesburg Town, Vermont | 0.2869757200% |
| VT104 | Holland Town, Vermont | 0.0010456636% |
| VT105 | Hubbardton Town, Vermont | 0.0632716198% |
| VT106 | Huntington Town, Vermont | 0.0422712086% |
| VT107 | Hyde Park Town, Vermont | 0.0374497510% |
| VT108 | Hyde Park Village, Vermont | 0.0025481644% |
| VT109 | Ira Town, Vermont | 0.0067788733% |
| VT110 | Irasburg Town, Vermont | 0.0909740173% |
| VT111 | Isle La Motte Town, Vermont | 0.0520666164% |
| VT112 | Jacksonville Village, Vermont | 0.0061977355% |
| VT113 | Jamaica Town, Vermont | 0.0259384809% |
| VT114 | Jay Town, Vermont | 0.0031369909% |
| VT115 | Jeffersonville Village, Vermont | 0.0039462269% |
| VT116 | Jericho Town, Vermont | 0.0422712086% |
| VT117 | Johnson Town, Vermont | 0.2812873611% |
| VT118 | Johnson Village, Vermont | 0.1616364031% |
| VT119 | Killington Town, Vermont | 0.2124125988% |
| VT120 | Kirby Town, Vermont | 0.0008886859% |
| VT121 | Lamoille County, Vermont | 1.1151624597% |
| VT122 | Landgrove Town, Vermont | 0.0125511672% |
| VT123 | Leicester Town, Vermont | 0.0481639588% |
| VT124 | Lincoln Town, Vermont | 0.0718080025% |
| VT125 | Londonderry Town, Vermont | 0.0382589870% |
| VT126 | Lowell Town, Vermont | 0.0481011678% |
| VT127 | Ludlow Town, Vermont | 0.7209171567% |
| VT128 | Ludlow Village, Vermont | 0.2940730337% |
| VT129 | Lunenburg Town, Vermont | 0.0965880521% |
| VT130 | Lyndon Town, Vermont | 0.4559618826% |
| VT131 | Lyndonville Village, Vermont | 0.0079994549% |
| VT132 | Maidstone Town, Vermont | 0.0214642963% |
| VT133 | Manchester Town, Vermont | 0.6972897719% |
| VT134 | Manchester Village, Vermont | 0.0076701221% |
| VT135 | Marlboro Town, Vermont | 0.0129695608% |
| VT136 | Marshfield Town, Vermont | 0.0174828296% |
| VT137 | Marshfield Village, Vermont | 0.0171445266% |
| VT138 | Mendon Town, Vermont | 0.0971672678% |
| VT139 | Middlebury Town, Vermont | 1.3520936922% |
| VT140 | Middlesex Town, Vermont | 0.0165114901% |
| VT141 | Middletown Springs Town, Vermont | 0.0587525845% |
| VT142 | Milton Town, Vermont | 0.9332579943% |
| VT143 | Monkton Town, Vermont | 0.0210170701% |
| VT144 | Montgomery Town, Vermont | 0.0432643327% |
| VT145 | Montpelier City, Vermont | 2.1358012840% |
| VT146 | Moretown, Vermont | 0.0140831413% |
| VT147 | Morgan Town, Vermont | 0.0271878951% |
| VT148 | Morristown, Vermont | 0.5887893556% |
| VT149 | Morrisville Village, Vermont | 0.2266450291% |
| VT150 | Mount Holly Town, Vermont | 0.0918947396% |
| VT151 | Mount Tabor Town, Vermont | 0.0241034437% |
| VT152 | New Haven Town, Vermont | 0.1313563678% |

G-216

| VT153 | Newbury Town, Vermont | 0.0536325490% |
|---|---|---|
| VT154 | Newbury Village, Vermont | 0.0020894051% |
| VT155 | Newfane Town, Vermont | 0.0603069840% |
| VT156 | Newfane Village, Vermont | 0.0032420698% |
| VT157 | Newport City, Vermont | 1.2443589426% |
| VT158 | Newport Town, Vermont | 0.5761696308% |
| VT159 | North Bennington Village, Vermont | 0.1073823506% |
| VT160 | North Hero Town, Vermont | 0.0916986776% |
| VT161 | North Troy Village, Vermont | 0.0345075405% |
| VT162 | Northfield Town, Vermont | 0.5366215046% |
| VT163 | Norton Town, Vermont | 0.0131169276% |
| VT164 | Norwich Town, Vermont | 0.4866039276% |
| VT165 | Old Bennington Village, Vermont | 0.0014256137% |
| VT166 | Orange County, Vermont | 0.5836866196% |
| VT167 | Orange Town, Vermont | 0.0271641883% |
| VT168 | Orleans County, Vermont | 0.4475510820% |
| VT169 | Orleans Village, Vermont | 0.1150249216% |
| VT170 | Orwell Town, Vermont | 0.0350284502% |
| VT171 | Panton Town, Vermont | 0.0402823974% |
| VT172 | Pawlet Town, Vermont | 0.0497138732% |
| VT173 | Peacham Town, Vermont | 0.0373299353% |
| VT174 | Perkinsville Village, Vermont | 0.0463135443% |
| VT175 | Peru Town, Vermont | 0.0034861862% |
| VT176 | Pittsfield Town, Vermont | 0.0090387113% |
| VT177 | Pittsford Town, Vermont | 0.2538406130% |
| VT178 | Plainfield Town, Vermont | 0.0684736682% |
| VT179 | Plymouth Town, Vermont | 0.0681866233% |
| VT180 | Pomfret Town, Vermont | 0.0750052216% |
| VT181 | Poultney Town, Vermont | 0.1634522185% |
| VT182 | Poultney Village, Vermont | 0.3218151562% |
| VT183 | Pownal Town, Vermont | 0.1568905511% |
| VT184 | Proctor Town, Vermont | 0.1581796903% |
| VT185 | Putney Town, Vermont | 0.1348803568% |
| VT186 | Randolph Town, Vermont | 1.0482675385% |
| VT187 | Reading Town, Vermont | 0.0006195813% |
| VT188 | Readsboro Town, Vermont | 0.0495075597% |
| VT189 | Richford Town, Vermont | 0.3377954850% |
| VT190 | Richmond Town, Vermont | 0.3085809759% |
| VT191 | Ripton Town, Vermont | 0.0402823974% |
| VT192 | Rochester Town, Vermont | 0.1090982129% |
| VT193 | Rockingham Town, Vermont | 0.4824558723% |
| VT194 | Roxbury Town, Vermont | 0.0082557450% |
| VT195 | Royalton Town, Vermont | 0.1989804344% |
| VT196 | Rutland City, Vermont | 6.2978142029% |
| VT197 | Rutland County, Vermont | 1.5426293676% |
| VT198 | Rutland Town, Vermont | 0.3201255637% |
| VT199 | Ryegate Town, Vermont | 0.0515514733% |
| VT200 | Salisbury Town, Vermont | 0.0271468887% |
| VT201 | Sandgate Town, Vermont | 0.0257994435% |
| VT202 | Saxtons River Village, Vermont | 0.0156375408% |

G-217

| VT203 | Searsburg Town, Vermont | 0.0118540581% |
| VT204 | Shaftsbury Town, Vermont | 0.0697288490% |
| VT205 | Sharon Town, Vermont | 0.1462910330% |
| VT206 | Sheffield Town, Vermont | 0.0302198071% |
| VT207 | Shelburne Town, Vermont | 0.7838991687% |
| VT208 | Sheldon Town, Vermont | 0.1372817951% |
| VT209 | Shoreham Town, Vermont | 0.0359043216% |
| VT210 | Shrewsbury Town, Vermont | 0.0323893028% |
| VT211 | South Burlington City, Vermont | 4.2811506559% |
| VT212 | South Hero Town, Vermont | 0.0559519744% |
| VT213 | Springfield Town, Vermont | 2.0400160607% |
| VT214 | St Albans Town, Vermont | 0.7155280165% |
| VT215 | St George Town, Vermont | 0.0117419312% |
| VT216 | St Johnsbury Town, Vermont | 1.7171904807% |
| VT217 | St. Albans City, Vermont | 3.9012902759% |
| VT218 | Stamford Town, Vermont | 0.0495075597% |
| VT219 | Stannard Town, Vermont | 0.0017773719% |
| VT220 | Starksboro Town, Vermont | 0.0070056900% |
| VT221 | Stockbridge Town, Vermont | 0.0737654182% |
| VT222 | Stowe Town, Vermont | 0.9395659345% |
| VT223 | Strafford Town, Vermont | 0.0821896740% |
| VT224 | Stratton Town, Vermont | 0.1614672516% |
| VT225 | Sudbury Town, Vermont | 0.0135583873% |
| VT226 | Sunderland Town, Vermont | 0.0341673154% |
| VT227 | Sutton Town, Vermont | 0.0364412494% |
| VT228 | Swanton Town, Vermont | 0.1297936389% |
| VT229 | Swanton Village, Vermont | 0.5715903674% |
| VT230 | Thetford Town, Vermont | 0.2618926073% |
| VT231 | Tinmouth Town, Vermont | 0.0120520422% |
| VT232 | Topsham Town, Vermont | 0.0592042959% |
| VT233 | Townshend Town, Vermont | 0.0596585701% |
| VT234 | Troy Town, Vermont | 0.0365988678% |
| VT235 | Underhill Town, Vermont | 0.0897092257% |
| VT236 | Vergennes City, Vermont | 1.4746932678% |
| VT237 | Vernon Town, Vermont | 0.3196917927% |
| VT238 | Vershire Town, Vermont | 0.0006964684% |
| VT239 | Victory Town, Vermont | 0.0095397585% |
| VT240 | Waitsfield Town, Vermont | 0.0485631307% |
| VT241 | Walden Town, Vermont | 0.0071107690% |
| VT242 | Wallingford Town, Vermont | 0.0165710775% |
| VT243 | Waltham Town, Vermont | 0.0201411987% |
| VT244 | Warren Town, Vermont | 0.0480774609% |
| VT245 | Washington County, Vermont | 0.9081281087% |
| VT246 | Washington Town, Vermont | 0.0529360806% |
| VT247 | Waterbury Town, Vermont | 0.4584350821% |
| VT248 | Waterford Town, Vermont | 0.0577729156% |
| VT249 | Waterville Town, Vermont | 0.0004158307% |
| VT250 | Weathersfield Town, Vermont | 0.1692264346% |
| VT251 | Wells River Village, Vermont | 0.1107474397% |
| VT252 | Wells Town, Vermont | 0.0444407043% |
| VT253 | West Burke Village, Vermont | 0.0017773719% |

*revised January 14, 2023*

| | | |
|---|---|---|
| VT254 | West Fairlee Town, Vermont | 0.0090547294% |
| VT255 | West Haven Town, Vermont | 0.0090387113% |
| VT256 | West Rutland Town, Vermont | 0.1212713522% |
| VT257 | West Windsor Town, Vermont | 0.0210760168% |
| VT258 | Westfield Town, Vermont | 0.0250965679% |
| VT259 | Westford Town, Vermont | 0.0657557117% |
| VT260 | Westminster Town, Vermont | 0.0752217867% |
| VT261 | Westminster Village, Vermont | 0.0079763888% |
| VT262 | Westmore Town, Vermont | 0.0365988678% |
| VT263 | Weston Town, Vermont | 0.0291344185% |
| VT264 | Weybridge Town, Vermont | 0.0245199151% |
| VT265 | Wheelock Town, Vermont | 0.0222203522% |
| VT266 | Whiting Town, Vermont | 0.0026269736% |
| VT267 | Whitingham Town, Vermont | 0.0901365894% |
| VT268 | Williston Town, Vermont | 1.4048183334% |
| VT269 | Wilmington Town, Vermont | 0.4344700351% |
| VT270 | Windham County, Vermont | 0.7048785219% |
| VT271 | Windham Town, Vermont | 0.0155632167% |
| VT272 | Windsor County, Vermont | 0.7909631647% |
| VT273 | Windsor Town, Vermont | 1.5118803214% |
| VT274 | Winhall Town, Vermont | 0.3772340472% |
| VT275 | Winooski City, Vermont | 1.3620774732% |
| VT276 | Wolcott Town, Vermont | 0.0337047118% |
| VT277 | Woodbury Town, Vermont | 0.0267099141% |
| VT278 | Woodford Town, Vermont | 0.0383512514% |
| VT279 | Woodstock Town, Vermont | 0.5151181240% |
| VT280 | Woodstock Village, Vermont | 0.3241960913% |
| VT281 | Worcester Town, Vermont | 0.0233102258% |

*revised January 14, 2023*

| VA1 | Accomack County, Virginia | 0.3480034800% |
| VA2 | Albemarle County, Virginia | 0.8630086301% |
| VA3 | Alexandria City, Virginia | 1.1620116201% |
| VA4 | Alleghany County, Virginia | 0.2130021300% |
| VA5 | Amelia County, Virginia | 0.1000010000% |
| VA6 | Amherst County, Virginia | 0.2990029900% |
| VA7 | Appomattox County, Virginia | 0.1330013300% |
| VA8 | Arlington County, Virginia | 1.3780137801% |
| VA9 | Augusta County, Virginia | 0.8350083501% |
| VA10 | Bath County, Virginia | 0.0370003700% |
| VA11 | Bedford County, Virginia | 0.7770077701% |
| VA12 | Bland County, Virginia | 0.1470014700% |
| VA13 | Botetourt County, Virginia | 0.3620036200% |
| VA14 | Bristol City, Virginia | 0.4340043400% |
| VA15 | Brunswick County, Virginia | 0.1070010700% |
| VA16 | Buchanan County, Virginia | 0.9290092901% |
| VA17 | Buckingham County, Virginia | 0.1270012700% |
| VA18 | Buena Vista City, Virginia | 0.0780007800% |
| VA19 | Campbell County, Virginia | 0.4560045600% |
| VA20 | Caroline County, Virginia | 0.3180031800% |
| VA21 | Carroll County, Virginia | 0.4400044000% |
| VA22 | Charles City County, Virginia | 0.0730007300% |
| VA23 | Charlotte County, Virginia | 0.1380013800% |
| VA24 | Charlottesville City, Virginia | 0.4630046300% |
| VA25 | Chesapeake City, Virginia | 2.9120291203% |
| VA26 | Chesterfield County, Virginia | 4.0880408804% |
| VA27 | Clarke County, Virginia | 0.1250012500% |
| VA28 | Colonial Heights City, Virginia | 0.2830028300% |
| VA29 | Covington City, Virginia | 0.1000010000% |
| VA30 | Craig County, Virginia | 0.0700007000% |
| VA31 | Culpeper County, Virginia | 0.7900079001% |
| VA32 | Cumberland County, Virginia | 0.1000010000% |
| VA33 | Danville City, Virginia | 0.6370063701% |
| VA34 | Dickenson County, Virginia | 0.9480094801% |
| VA35 | Dinwiddie County, Virginia | 0.1960019600% |
| VA36 | Emporia City, Virginia | 0.0500005000% |
| VA37 | Essex County, Virginia | 0.1010010100% |
| VA38 | Fairfax City, Virginia | 0.2690026900% |
| VA39 | Fairfax County, Virginia | 8.6720867209% |
| VA40 | Falls Church City, Virginia | 0.1020010200% |
| VA41 | Fauquier County, Virginia | 1.2100121001% |
| VA42 | Floyd County, Virginia | 0.1820018200% |
| VA43 | Fluvanna County, Virginia | 0.1940019400% |
| VA44 | Franklin City, Virginia | 0.0790007900% |
| VA45 | Franklin County, Virginia | 0.9540095401% |
| VA46 | Frederick County, Virginia | 1.2770127701% |
| VA47 | Fredericksburg City, Virginia | 0.5240052401% |
| VA48 | Galax City, Virginia | 0.1390013900% |
| VA49 | Giles County, Virginia | 0.4090040900% |
| VA50 | Gloucester County, Virginia | 0.4240042400% |
| VA51 | Goochland County, Virginia | 0.2250022500% |

G-220

*revised January 14, 2023*

| VA52 | Grayson County, Virginia | 0.2240022400% |
|------|--------------------------|---------------|
| VA53 | Greene County, Virginia | 0.1780017800% |
| VA54 | Greensville County, Virginia | 0.1240012400% |
| VA55 | Halifax County, Virginia | 0.3530035300% |
| VA56 | Hampton City, Virginia | 1.5380153802% |
| VA57 | Hanover County, Virginia | 1.0790107901% |
| VA58 | Harrisonburg City, Virginia | 0.5230052301% |
| VA59 | Henrico County, Virginia | 4.4730447304% |
| VA60 | Henry County, Virginia | 1.2200122001% |
| VA61 | Highland County, Virginia | 0.0230002300% |
| VA62 | Hopewell City, Virginia | 0.3440034400% |
| VA63 | Isle of Wight County, Virginia | 0.3560035600% |
| VA64 | James City County, Virginia | 0.6120061201% |
| VA65 | King and Queen County, Virginia | 0.0720007200% |
| VA66 | King George County, Virginia | 0.3060030600% |
| VA67 | King William County, Virginia | 0.1780017800% |
| VA68 | Lancaster County, Virginia | 0.1350013500% |
| VA69 | Lee County, Virginia | 0.5560055601% |
| VA70 | Lexington City, Virginia | 0.0930009300% |
| VA71 | Loudoun County, Virginia | 2.5670256703% |
| VA72 | Louisa County, Virginia | 0.4490044900% |
| VA73 | Lunenburg County, Virginia | 0.0880008800% |
| VA74 | Lynchburg City, Virginia | 0.8160081601% |
| VA75 | Madison County, Virginia | 0.1630016300% |
| VA76 | Manassas City, Virginia | 0.4520045200% |
| VA77 | Manassas Park City, Virginia | 0.0950009500% |
| VA78 | Martinsville City, Virginia | 0.4940049400% |
| VA79 | Mathews County, Virginia | 0.0880008800% |
| VA80 | Mecklenburg County, Virginia | 0.3440034400% |
| VA81 | Middlesex County, Virginia | 0.1080010800% |
| VA82 | Montgomery County, Virginia | 1.2050120501% |
| VA83 | Nelson County, Virginia | 0.1470014700% |
| VA84 | New Kent County, Virginia | 0.1560015600% |
| VA85 | Newport News City, Virginia | 2.0470204702% |
| VA86 | Norfolk City, Virginia | 3.3880338803% |
| VA87 | Northampton County, Virginia | 0.1220012200% |
| VA88 | Northumberland County, Virginia | 0.1290012900% |
| VA89 | Norton City, Virginia | 0.1100011000% |
| VA90 | Nottoway County, Virginia | 0.1330013300% |
| VA91 | Orange County, Virginia | 0.6380063801% |
| VA92 | Page County, Virginia | 0.4100041000% |
| VA93 | Patrick County, Virginia | 0.3290032900% |
| VA94 | Petersburg City, Virginia | 0.3950039500% |
| VA95 | Pittsylvania County, Virginia | 0.7500075001% |
| VA96 | Poquoson City, Virginia | 0.1860018600% |
| VA97 | Portsmouth City, Virginia | 1.9370193702% |
| VA98 | Powhatan County, Virginia | 0.2620026200% |
| VA99 | Prince Edward County, Virginia | 0.1900019000% |
| VA100 | Prince George County, Virginia | 0.3510035100% |
| VA101 | Prince William County, Virginia | 3.5560355604% |
| VA102 | Pulaski County, Virginia | 1.0610106101% |

*revised January 14, 2023*

| | | |
|---|---|---|
| VA103 | Radford City, Virginia | 0.2470024700% |
| VA104 | Rappahannock County, Virginia | 0.0910009100% |
| VA105 | Richmond City, Virginia | 4.2250422504% |
| VA106 | Richmond County, Virginia | 0.0840008400% |
| VA107 | Roanoke City, Virginia | 1.8590185902% |
| VA108 | Roanoke County, Virginia | 1.4980149801% |
| VA109 | Rockbridge County, Virginia | 0.2350023500% |
| VA110 | Rockingham County, Virginia | 0.6140061401% |
| VA111 | Russell County, Virginia | 1.0640106401% |
| VA112 | Salem City, Virginia | 0.7860078601% |
| VA113 | Scott County, Virginia | 0.4210042100% |
| VA114 | Shenandoah County, Virginia | 0.6600066001% |
| VA115 | Smyth County, Virginia | 0.5920059201% |
| VA116 | Southampton County, Virginia | 0.1370013700% |
| VA117 | Spotsylvania County, Virginia | 1.4170141701% |
| VA118 | Stafford County, Virginia | 1.4430144301% |
| VA119 | Staunton City, Virginia | 0.4400044000% |
| VA120 | Suffolk City, Virginia | 0.7100071001% |
| VA121 | Surry County, Virginia | 0.0580005800% |
| VA122 | Sussex County, Virginia | 0.0810008100% |
| VA123 | Tazewell County, Virginia | 1.6060160602% |
| VA124 | Virginia Beach City, Virginia | 4.8590485905% |
| VA125 | Warren County, Virginia | 0.7660076601% |
| VA126 | Washington County, Virginia | 0.9960099601% |
| VA127 | Waynesboro City, Virginia | 0.3630036300% |
| VA128 | Westmoreland County, Virginia | 0.2230022300% |
| VA129 | Williamsburg City, Virginia | 0.0860008600% |
| VA130 | Winchester City, Virginia | 0.6490064901% |
| VA131 | Wise County, Virginia | 1.7560175602% |
| VA132 | Wythe County, Virginia | 0.6420064201% |
| VA133 | York County, Virginia | 0.5610056101% |

*revised January 14, 2023*

| | | |
|---|---|---|
| WA1 | Aberdeen City, Washington | 0.2491525333% |
| WA2 | Adams County, Washington | 0.1638732475% |
| WA3 | Anacortes City, Washington | 0.1774962906% |
| WA4 | Arlington City, Washington | 0.2620524080% |
| WA5 | Asotin County, Washington | 0.4694498386% |
| WA6 | Auburn City, Washington | 0.3251297029% |
| WA7 | Bainbridge Island City, Washington | 0.1364686014% |
| WA8 | Battle Ground City, Washington | 0.1384729857% |
| WA9 | Bellevue City, Washington | 1.1300592573% |
| WA10 | Bellingham City, Washington | 0.8978614577% |
| WA11 | Benton County, Washington | 1.4848831892% |
| WA12 | Bonney Lake City, Washington | 0.1190773864% |
| WA13 | Bothell City, Washington | 0.4476161304% |
| WA14 | Bremerton City, Washington | 0.6193374389% |
| WA15 | Burien City, Washington | 0.0270962921% |
| WA16 | Burlington City, Washington | 0.1146861661% |
| WA17 | Camas City, Washington | 0.2691592724% |
| WA18 | Centralia City, Washington | 0.1909990353% |
| WA19 | Chelan County, Washington | 0.7434914485% |
| WA20 | Cheney City, Washington | 0.1238454349% |
| WA21 | Clallam County, Washington | 1.3076983401% |
| WA22 | Clark County, Washington | 4.5149775326% |
| WA23 | Columbia County, Washington | 0.0561699537% |
| WA24 | Covington City, Washington | 0.0118134406% |
| WA25 | Cowlitz County, Washington | 1.7226945990% |
| WA26 | Des Moines City, Washington | 0.1179764526% |
| WA27 | Douglas County, Washington | 0.3932175175% |
| WA28 | East Wenatchee City, Washington | 0.0799810865% |
| WA29 | Edgewood City, Washington | 0.0048016791% |
| WA30 | Edmonds City, Washington | 0.3058936009% |
| WA31 | Ellensburg City, Washington | 0.0955824915% |
| WA32 | Enumclaw City, Washington | 0.0537768326% |
| WA33 | Everett City, Washington | 1.9258363241% |
| WA34 | Federal Way City, Washington | 0.3061452240% |
| WA35 | Ferndale City, Washington | 0.0646101891% |
| WA36 | Ferry County, Washington | 0.1153487994% |
| WA37 | Fife City, Washington | 0.1955185481% |
| WA38 | Franklin County, Washington | 0.3361237144% |
| WA39 | Garfield County, Washington | 0.0321982209% |
| WA40 | Gig Harbor City, Washington | 0.0859963345% |
| WA41 | Grandview City, Washington | 0.0530606109% |
| WA42 | Grant County, Washington | 0.9932572167% |
| WA43 | Grays Harbor County, Washington | 0.9992429138% |
| WA44 | Island County, Washington | 0.6820422610% |
| WA45 | Issaquah City, Washington | 0.1876240107% |
| WA46 | Jefferson County, Washington | 0.4417137380% |
| WA47 | Kelso City, Washington | 0.1331145270% |
| WA48 | Kenmore City, Washington | 0.0204441024% |
| WA49 | Kennewick City, Washington | 0.5415650564% |
| WA50 | Kent City, Washington | 0.5377397676% |

G-223

| | | |
|---|---|---|
| WA51 | King County, Washington | 13.9743722662% |
| WA52 | Kirkland City, Washington | 0.5453525246% |
| WA53 | Kitsap County, Washington | 2.6294133668% |
| WA54 | Kittitas County, Washington | 0.3855704683% |
| WA55 | Klickitat County, Washington | 0.2211673457% |
| WA56 | Lacey City, Washington | 0.2348627221% |
| WA57 | Lake Forest Park City, Washington | 0.0525439124% |
| WA58 | Lake Stevens City, Washington | 0.1385202891% |
| WA59 | Lakewood City, Washington | 0.5253640894% |
| WA60 | Lewis County, Washington | 1.0777377479% |
| WA61 | Liberty Lake City, Washington | 0.0389636519% |
| WA62 | Lincoln County, Washington | 0.1712669645% |
| WA63 | Longview City, Washington | 0.6162736905% |
| WA64 | Lynden City, Washington | 0.0827115612% |
| WA65 | Lynnwood City, Washington | 0.7704629214% |
| WA66 | Maple Valley City, Washington | 0.0093761587% |
| WA67 | Marysville City, Washington | 0.3945067827% |
| WA68 | Mason County, Washington | 0.8089918012% |
| WA69 | Mercer Island City, Washington | 0.1751797481% |
| WA70 | Mill Creek City, Washington | 0.1227939546% |
| WA71 | Monroe City, Washington | 0.1771621898% |
| WA72 | Moses Lake City, Washington | 0.2078293909% |
| WA73 | Mount Vernon City, Washington | 0.2801063665% |
| WA74 | Mountlake Terrace City, Washington | 0.2108935805% |
| WA75 | Mukilteo City, Washington | 0.2561790702% |
| WA76 | Newcastle City, Washington | 0.0033117880% |
| WA77 | Oak Harbor City, Washington | 0.2511550431% |
| WA78 | Okanogan County, Washington | 0.6145043345% |
| WA79 | Olympia City, Washington | 0.6039423385% |
| WA80 | Pacific City, Washington | 0.4895416466% |
| WA81 | Pasco City, Washington | 0.4278056066% |
| WA82 | Pend Oreille County, Washington | 0.2566374940% |
| WA83 | Pierce County, Washington | 7.2310164020% |
| WA84 | Port Angeles City, Washington | 0.4598370527% |
| WA85 | Port Orchard City, Washington | 0.1009497162% |
| WA86 | Poulsbo City, Washington | 0.0773748246% |
| WA87 | Pullman City, Washington | 0.2214837491% |
| WA88 | Puyallup City, Washington | 0.3845704814% |
| WA89 | Redmond City, Washington | 0.4839486007% |
| WA90 | Renton City, Washington | 0.7652626920% |
| WA91 | Richland City, Washington | 0.4756779517% |
| WA92 | Sammamish City, Washington | 0.0224369090% |
| WA93 | San Juan County, Washington | 0.2101495171% |
| WA94 | Seatac City, Washington | 0.1481551278% |
| WA95 | Seattle City, Washington | 6.6032403816% |
| WA96 | Sedro-Woolley City, Washington | 0.0661146351% |
| WA97 | Shelton City, Washington | 0.1239179888% |
| WA98 | Shoreline City, Washington | 0.0435834501% |
| WA99 | Skagit County, Washington | 1.0526023961% |

*revised January 14, 2023*

| | | |
|---|---|---|
| WA100 | Skamania County, Washington | 0.1631931925% |
| WA101 | Snohomish City, Washington | 0.0861097964% |
| WA102 | Snohomish County, Washington | 6.9054415622% |
| WA103 | Snoqualmie City, Washington | 0.0649164481% |
| WA104 | Spokane City, Washington | 3.0872078287% |
| WA105 | Spokane County, Washington | 5.5623859292% |
| WA106 | Spokane Valley City, Washington | 0.0684217500% |
| WA107 | Stevens County, Washington | 0.7479240179% |
| WA108 | Sumner City, Washington | 0.1083157569% |
| WA109 | Sunnyside City, Washington | 0.1213478384% |
| WA110 | Tacoma City, Washington | 3.2816374617% |
| WA111 | Thurston County, Washington | 2.3258492094% |
| WA112 | Tukwila City, Washington | 0.3032205739% |
| WA113 | Tumwater City, Washington | 0.2065982350% |
| WA114 | University Place City, Washington | 0.0353733363% |
| WA115 | Vancouver City, Washington | 1.7306605325% |
| WA116 | Wahkiakum County, Washington | 0.0596582197% |
| WA117 | Walla Walla City, Washington | 0.3140768654% |
| WA118 | Walla Walla County, Washington | 0.5543870294% |
| WA119 | Washougal City, Washington | 0.1279328220% |
| WA120 | Wenatchee City, Washington | 0.2968333494% |
| WA121 | West Richland City, Washington | 0.0459360490% |
| WA122 | Whatcom County, Washington | 1.3452637306% |
| WA123 | Whitman County, Washington | 0.2626805837% |
| WA124 | Woodinville City, Washington | 0.0185516364% |
| WA125 | Yakima City, Washington | 0.6060410539% |
| WA126 | Yakima County, Washington | 1.9388392959% |

G-225

| | | |
|---|---|---|
| WI1 | Adams County, Wisconsin | 0.3270000000% |
| WI4 | Ashland County, Wisconsin | 0.2250000000% |
| WI7 | Barron County, Wisconsin | 0.4780000000% |
| WI8 | Bayfield County, Wisconsin | 0.1240000000% |
| WI13 | Brown County, Wisconsin | 2.9000000000% |
| WI15 | Buffalo County, Wisconsin | 0.1260000000% |
| WI17 | Burnett County, Wisconsin | 0.2240000000% |
| WI19 | Calumet County, Wisconsin | 0.3860000000% |
| WI21 | Chippewa County, Wisconsin | 0.6960000000% |
| WI23 | Clark County, Wisconsin | 0.2610000000% |
| WI24 | Columbia County, Wisconsin | 1.0760000000% |
| WI25 | Crawford County, Wisconsin | 0.1950000000% |
| WI26 | Cudahy City, Wisconsin | 0.0870000000% |
| WI27 | Dane County, Wisconsin | 8.2480000000% |
| WI30 | Dodge County, Wisconsin | 1.3020000000% |
| WI31 | Door County, Wisconsin | 0.2820000000% |
| WI32 | Douglas County, Wisconsin | 0.5540000000% |
| WI33 | Dunn County, Wisconsin | 0.4420000000% |
| WI35 | Eau Claire County, Wisconsin | 1.1770000000% |
| WI38 | Florence County, Wisconsin | 0.0530000000% |
| WI40 | Fond Du Lac County, Wisconsin | 1.1960000000% |
| WI41 | Forest County, Wisconsin | 0.1270000000% |
| WI43 | Franklin City, Wisconsin | 0.1550000000% |
| WI48 | Grant County, Wisconsin | 0.4980000000% |
| WI50 | Green County, Wisconsin | 0.4660000000% |
| WI51 | Green Lake County, Wisconsin | 0.2800000000% |
| WI53 | Greenfield City, Wisconsin | 0.1630000000% |
| WI61 | Iowa County, Wisconsin | 0.2790000000% |
| WI62 | Iron County, Wisconsin | 0.0610000000% |
| WI63 | Jackson County, Wisconsin | 0.2360000000% |
| WI65 | Jefferson County, Wisconsin | 1.0510000000% |
| WI66 | Juneau County, Wisconsin | 0.4380000000% |
| WI68 | Kenosha City, Wisconsin | 0.4840000000% |
| WI69 | Kenosha County, Wisconsin | 3.7120000000% |
| WI70 | Kewaunee County, Wisconsin | 0.1560000000% |
| WI72 | La Crosse County, Wisconsin | 1.6490000000% |
| WI73 | Lafayette County, Wisconsin | 0.1340000000% |
| WI74 | Langlade County, Wisconsin | 0.3120000000% |
| WI75 | Lincoln County, Wisconsin | 0.3500000000% |
| WI80 | Manitowoc County, Wisconsin | 1.4030000000% |
| WI81 | Marathon County, Wisconsin | 1.2590000000% |
| WI82 | Marinette City, Wisconsin | 0.0320000000% |
| WI83 | Marinette County, Wisconsin | 0.5030000000% |
| WI84 | Marquette County, Wisconsin | 0.2460000000% |
| WI87 | Menominee County, Wisconsin | 0.0800000000% |
| WI92 | Milwaukee City, Wisconsin | 7.8150000000% |
| WI93 | Milwaukee County, Wisconsin | 25.2210000000% |
| WI95 | Monroe County, Wisconsin | 0.6550000000% |
| WI96 | Mount Pleasant Village, Wisconsin | 0.1170000000% |
| WI100 | Oak Creek City, Wisconsin | 0.1660000000% |

G-226

*revised January 14, 2023*

| WI102 | Oconto County, Wisconsin | 0.3360000000% |
| WI104 | Oneida County, Wisconsin | 0.5260000000% |
| WI107 | Outagamie County, Wisconsin | 1.8360000000% |
| WI108 | Ozaukee County, Wisconsin | 1.0360000000% |
| WI109 | Pepin County, Wisconsin | 0.0550000000% |
| WI111 | Pierce County, Wisconsin | 0.3870000000% |
| WI113 | Pleasant Prairie Village, Wisconsin | 0.0590000000% |
| WI118 | Portage County, Wisconsin | 0.7290000000% |
| WI119 | Price County, Wisconsin | 0.1490000000% |
| WI121 | Racine County, Wisconsin | 3.2080000000% |
| WI123 | Richland County, Wisconsin | 0.2180000000% |
| WI125 | Rock County, Wisconsin | 2.9470000000% |
| WI126 | Rusk County, Wisconsin | 0.1590000000% |
| WI128 | Sauk County, Wisconsin | 1.2260000000% |
| WI129 | Sawyer County, Wisconsin | 0.2580000000% |
| WI130 | Shawano County, Wisconsin | 0.4180000000% |
| WI132 | Sheboygan County, Wisconsin | 1.4100000000% |
| WI134 | South Milwaukee City, Wisconsin | 0.0960000000% |
| WI135 | St Croix County, Wisconsin | 0.8290000000% |
| WI138 | Sturtevant Village, Wisconsin | 0.0180000000% |
| WI141 | Superior City, Wisconsin | 0.0890000000% |
| WI143 | Taylor County, Wisconsin | 0.1590000000% |
| WI145 | Trempealeau County, Wisconsin | 0.3200000000% |
| WI147 | Union Grove Village, Wisconsin | 0.0070000000% |
| WI148 | Vernon County, Wisconsin | 0.3220000000% |
| WI150 | Vilas County, Wisconsin | 0.4680000000% |
| WI151 | Walworth County, Wisconsin | 1.5730000000% |
| WI152 | Washburn County, Wisconsin | 0.1850000000% |
| WI153 | Washington County, Wisconsin | 1.9910000000% |
| WI156 | Waukesha County, Wisconsin | 6.0350000000% |
| WI158 | Waupaca County, Wisconsin | 0.6060000000% |
| WI161 | Waushara County, Wisconsin | 0.2310000000% |
| WI162 | Wauwatosa City, Wisconsin | 0.3090000000% |
| WI163 | West Allis City, Wisconsin | 0.3780000000% |
| WI168 | Winnebago County, Wisconsin | 2.1760000000% |
| WI170 | Wood County, Wisconsin | 0.8420000000% |
| WI171 | Yorkville Town, Wisconsin | 0.0020000000% |

G-227

| | | |
|---|---|---|
| WY1 | Albany County, Wyoming | 1.6329876137% |
| WY2 | Big Horn County, Wyoming | 3.0324432485% |
| WY3 | Campbell County, Wyoming | 4.4393335213% |
| WY4 | Carbon County, Wyoming | 3.6968556043% |
| WY5 | Casper City, Wyoming | 7.3503611059% |
| WY6 | Cheyenne City, Wyoming | 1.2286265328% |
| WY7 | Converse County, Wyoming | 1.8962432493% |
| WY8 | Crook County, Wyoming | 0.5448669885% |
| WY9 | Evanston City, Wyoming | 1.9702405199% |
| WY10 | Fremont County, Wyoming | 6.7374838437% |
| WY11 | Gillette City, Wyoming | 1.7410635670% |
| WY12 | Goshen County, Wyoming | 1.6361202905% |
| WY13 | Green River City, Wyoming | 0.6122218672% |
| WY14 | Hot Springs County, Wyoming | 0.8557309329% |
| WY15 | Jackson Town, Wyoming | 0.5598544963% |
| WY16 | Johnson County, Wyoming | 0.9322427236% |
| WY17 | Laramie City, Wyoming | 3.4181078811% |
| WY18 | Laramie County, Wyoming | 15.5855269922% |
| WY19 | Lincoln County, Wyoming | 3.1228011914% |
| WY20 | Natrona County, Wyoming | 7.9000169472% |
| WY21 | Niobrara County, Wyoming | 0.1540280861% |
| WY22 | Park County, Wyoming | 5.7964268009% |
| WY23 | Platte County, Wyoming | 1.7507027157% |
| WY24 | Riverton City, Wyoming | 1.2744483314% |
| WY25 | Rock Springs City, Wyoming | 1.5261479738% |
| WY26 | Sheridan City, Wyoming | 0.3405187102% |
| WY27 | Sheridan County, Wyoming | 3.9149494912% |
| WY28 | Sublette County, Wyoming | 0.7136740477% |
| WY29 | Sweetwater County, Wyoming | 7.6391306020% |
| WY30 | Teton County, Wyoming | 1.3290900349% |
| WY31 | Uinta County, Wyoming | 4.3911508108% |
| WY32 | Washakie County, Wyoming | 1.5007597928% |
| WY33 | Weston County, Wyoming | 0.7758434851% |

*revised January 14, 2023*

**Exhibit H**
**Participation by Oklahoma Subdivisions and Special Districts**

[To be handled directly between Oklahoma subdivisions and Teva.]

**Exhibit I**
**Primary Subdivisions and Subdivisions with Population Over 10,000[1]**

1. Alabaster City, Alabama
2. Albertville City, Alabama
3. Alexander City City, Alabama
4. Anniston City, Alabama
5. Athens City, Alabama
6. Barbour County, Alabama
7. Bessemer City, Alabama
8. Bibb County, Alabama
9. Bullock County, Alabama
10. Butler County, Alabama
11. Calera City, Alabama
12. Center Point City, Alabama
13. Chelsea City, Alabama
14. Cherokee County, Alabama
15. Choctaw County, Alabama
16. Clarke County, Alabama
17. Clay County, Alabama
18. Cleburne County, Alabama
19. Conecuh County, Alabama
20. Coosa County, Alabama
21. Crenshaw County, Alabama
22. Cullman City, Alabama
23. Daphne City, Alabama
24. Enterprise City, Alabama
25. Eufaula City, Alabama
26. Fairfield City, Alabama
27. Fairhope City, Alabama
28. Fayette County, Alabama
29. Foley City, Alabama
30. Fort Payne City, Alabama
31. Gardendale City, Alabama
32. Geneva County, Alabama
33. Gulf Shores City, Alabama
34. Hale County, Alabama
35. Hartselle City, Alabama
36. Helena City, Alabama
37. Henry County, Alabama
38. Homewood City, Alabama
39. Hueytown City, Alabama
40. Irondale City, Alabama
41. Jacksonville City, Alabama
42. Jasper City, Alabama
43. Lamar County, Alabama
44. Leeds City, Alabama
45. Macon County, Alabama
46. Marengo County, Alabama
47. Marion County, Alabama
48. Millbrook City, Alabama
49. Monroe County, Alabama
50. Moody City, Alabama
51. Mountain Brook City, Alabama
52. Muscle Shoals City, Alabama
53. Northport City, Alabama
54. Oxford City, Alabama
55. Ozark City, Alabama
56. Pelham City, Alabama
57. Pell City City, Alabama
58. Pickens County, Alabama
59. Pike Road town, Alabama
60. Prichard City, Alabama
61. Randolph County, Alabama
62. Saraland City, Alabama
63. Scottsboro City, Alabama
64. Selma City, Alabama
65. Sumter County, Alabama
66. Sylacauga City, Alabama
67. Talladega City, Alabama
68. Troy City, Alabama
69. Trussville City, Alabama
70. Washington County, Alabama
71. Wilcox County, Alabama
72. Winston County, Alabama
73. Auburn City, Alabama*
74. Autauga County, Alabama*
75. Baldwin County, Alabama*
76. Birmingham City, Alabama*
77. Blount County, Alabama*
78. Calhoun County, Alabama*
79. Chambers County, Alabama*
80. Chilton County, Alabama*
81. Coffee County, Alabama*
82. Colbert County, Alabama*
83. Covington County, Alabama*
84. Cullman County, Alabama*
85. Dale County, Alabama*
86. Dallas County, Alabama*
87. Decatur City, Alabama*
88. DeKalb County, Alabama*
89. Dothan City, Alabama*
90. Elmore County, Alabama*
91. Escambia County, Alabama*
92. Etowah County, Alabama*
93. Florence City, Alabama*
94. Franklin County, Alabama*
95. Gadsden City, Alabama*
96. Hoover City, Alabama*
97. Houston County, Alabama*
98. Huntsville City, Alabama*
99. Jackson County, Alabama*
100. Jefferson County, Alabama*
101. Lauderdale County, Alabama*
102. Lawrence County, Alabama*
103. Lee County, Alabama*
104. Limestone County, Alabama*
105. Madison City, Alabama*
106. Madison County, Alabama*

---

[1] Entities denoted with an asterisk (*) are Primary Subdivisions with population greater than 30,000. All other entities listed have population greater than 10,000 but less than 30,000.

107. Marshall County, Alabama*
108. Mobile City, Alabama*
109. Mobile County, Alabama*
110. Montgomery City, Alabama*
111. Montgomery County, Alabama*
112. Morgan County, Alabama*
113. Opelika City, Alabama*
114. Phenix City City, Alabama*
115. Pike County, Alabama*
116. Prattville City, Alabama*
117. Russell County, Alabama*
118. Shelby County, Alabama*
119. St. Clair County, Alabama*
120. Talladega County, Alabama*
121. Tallapoosa County, Alabama*
122. Tuscaloosa City, Alabama*
123. Tuscaloosa County, Alabama*
124. Vestavia Hills City, Alabama*
125. Walker County, Alabama*
126. Ketchikan Gateway Borough, Alaska
127. Kodiak Island Borough, Alaska
128. Wasilla City, Alaska
129. Anchorage municipality, Alaska*
130. Fairbanks City, Alaska*
131. Fairbanks North Star Borough, Alaska*
132. Juneau City and borough, Alaska*
133. Kenai Peninsula Borough, Alaska*
134. Matanuska-Susitna Borough, Alaska*

135. Camp Verde town, Arizona
136. Chino Valley town, Arizona
137. Coolidge City, Arizona
138. Cottonwood City, Arizona
139. Douglas City, Arizona
140. Eloy City, Arizona
141. Florence town, Arizona
142. Fountain Hills town, Arizona
143. La Paz County, Arizona
144. Nogales City, Arizona
145. Paradise Valley town, Arizona
146. Payson town, Arizona
147. Sedona City, Arizona
148. Show Low City, Arizona
149. Somerton City, Arizona
150. Apache County, Arizona*
151. Apache Junction City, Arizona*
152. Avondale City, Arizona*
153. Buckeye City, Arizona*
154. Bullhead City City, Arizona*
155. Casa Grande City, Arizona*
156. Chandler City, Arizona*
157. Cochise County, Arizona*
158. Coconino County, Arizona*
159. El Mirage City, Arizona*
160. Flagstaff City, Arizona*
161. Gila County, Arizona*
162. Gilbert town, Arizona*
163. Glendale City, Arizona*
164. Goodyear City, Arizona*
165. Graham County, Arizona*
166. Kingman City, Arizona*
167. Lake Havasu City City, Arizona*
168. Marana town, Arizona*
169. Maricopa City, Arizona*
170. Maricopa County, Arizona*
171. Mesa City, Arizona*

172. Mohave County, Arizona*
173. Navajo County, Arizona*
174. Oro Valley town, Arizona*
175. Peoria City, Arizona*
176. Phoenix City, Arizona*
177. Pima County, Arizona*
178. Pinal County, Arizona*
179. Prescott City, Arizona*
180. Prescott Valley town, Arizona*
181. Queen Creek town, Arizona*
182. Sahuarita town, Arizona*
183. San Luis City, Arizona*
184. Santa Cruz County, Arizona*
185. Scottsdale City, Arizona*
186. Sierra Vista City, Arizona*
187. Surprise City, Arizona*
188. Tempe City, Arizona*
189. Tucson City, Arizona*
190. Yavapai County, Arizona*
191. Yuma City, Arizona*
192. Yuma County, Arizona*
193. Arkadelphia City, Arkansas
194. Arkansas County, Arkansas
195. Ashley County, Arkansas
196. Batesville City, Arkansas
197. Bella Vista City, Arkansas
198. Blytheville City, Arkansas
199. Bradley County, Arkansas
200. Bryant City, Arkansas
201. Cabot City, Arkansas
202. Camden City, Arkansas
203. Carroll County, Arkansas
204. Centerton City, Arkansas
205. Chicot County, Arkansas
206. Clark County, Arkansas
207. Clay County, Arkansas
208. Cleburne County, Arkansas

209. Columbia County, Arkansas
210. Conway County, Arkansas
211. Cross County, Arkansas
212. Desha County, Arkansas
213. Drew County, Arkansas
214. El Dorado City, Arkansas
215. Forrest City City, Arkansas
216. Franklin County, Arkansas
217. Fulton County, Arkansas
218. Grant County, Arkansas
219. Harrison City, Arkansas
220. Helena-West Helena City, Arkansas
221. Hempstead County, Arkansas
222. Howard County, Arkansas
223. Izard County, Arkansas
224. Jackson County, Arkansas
225. Jacksonville City, Arkansas
226. Johnson County, Arkansas
227. Lawrence County, Arkansas
228. Lincoln County, Arkansas
229. Little River County, Arkansas
230. Logan County, Arkansas
231. Madison County, Arkansas
232. Magnolia City, Arkansas
233. Malvern City, Arkansas
234. Marion City, Arkansas
235. Marion County, Arkansas
236. Maumelle City, Arkansas
237. Mountain Home City, Arkansas
238. Ouachita County, Arkansas
239. Paragould City, Arkansas
240. Perry County, Arkansas
241. Phillips County, Arkansas
242. Pike County, Arkansas

243. Poinsett County, Arkansas
244. Polk County, Arkansas
245. Randolph County, Arkansas
246. Russellville City, Arkansas
247. Scott County, Arkansas
248. Searcy City, Arkansas
249. Sevier County, Arkansas
250. Sharp County, Arkansas
251. Siloam Springs City, Arkansas
252. St. Francis County, Arkansas
253. Stone County, Arkansas
254. Texarkana City, Arkansas
255. Van Buren City, Arkansas
256. Van Buren County, Arkansas
257. West Memphis City, Arkansas
258. Yell County, Arkansas
259. Baxter County, Arkansas*
260. Benton City, Arkansas*
261. Benton County, Arkansas*
262. Bentonville City, Arkansas*
263. Boone County, Arkansas*
264. Conway City, Arkansas*
265. Craighead County, Arkansas*
266. Crawford County, Arkansas*
267. Crittenden County, Arkansas*
268. Faulkner County, Arkansas*
269. Fayetteville City, Arkansas*
270. Fort Smith City, Arkansas*
271. Garland County, Arkansas*
272. Greene County, Arkansas*

273. Hot Spring County, Arkansas*
274. Hot Springs City, Arkansas*
275. Independence County, Arkansas*
276. Jefferson County, Arkansas*
277. Jonesboro City, Arkansas*
278. Little Rock City, Arkansas*
279. Lonoke County, Arkansas*
280. Miller County, Arkansas*
281. Mississippi County, Arkansas*
282. North Little Rock City, Arkansas*
283. Pine Bluff City, Arkansas*
284. Pope County, Arkansas*
285. Pulaski County, Arkansas*
286. Rogers City, Arkansas*
287. Saline County, Arkansas*
288. Sebastian County, Arkansas*
289. Sherwood City, Arkansas*
290. Springdale City, Arkansas*
291. Union County, Arkansas*
292. Washington County, Arkansas*
293. White County, Arkansas*
294. Agoura Hills City, California
295. Albany City, California
296. American Canyon City, California
297. Anderson City, California
298. Arcata City, California
299. Arroyo Grande City, California
300. Artesia City, California
301. Arvin City, California
302. Atwater City, California
303. Auburn City, California
304. Avenal City, California
305. Barstow City, California

306. Belmont City, California
307. Benicia City, California
308. Blythe City, California
309. Brawley City, California
310. Calabasas City, California
311. California City City, California
312. Canyon Lake City, California
313. Capitola City, California
314. Carpinteria City, California
315. Chowchilla City, California
316. Clayton City, California
317. Clearlake City, California
318. Coalinga City, California
319. Colusa County, California
320. Commerce City, California
321. Corcoran City, California
322. Coronado City, California
323. Cudahy City, California
324. Del Norte County, California
325. Desert Hot Springs City, California
326. Dinuba City, California
327. Dixon City, California
328. Duarte City, California
329. East Palo Alto City, California
330. El Cerrito City, California
331. El Segundo City, California
332. Emeryville City, California
333. Eureka City, California
334. Exeter City, California
335. Farmersville City, California
336. Fillmore City, California
337. Fortuna City, California
338. Galt City, California
339. Glenn County, California
340. Grand Terrace City, California
341. Grass Valley City, California
342. Greenfield City, California
343. Grover Beach City, California
344. Half Moon Bay City, California
345. Hawaiian Gardens City, California
346. Healdsburg City, California
347. Hercules City, California
348. Hermosa Beach City, California
349. Hillsborough town, California
350. Imperial Beach City, California
351. Imperial City, California
352. Inyo County, California
353. Kerman City, California
354. King City City, California
355. Kingsburg City, California
356. La Cañada Flintridge City, California
357. La Palma City, California
358. Lafayette City, California
359. Laguna Beach City, California
360. Laguna Woods City, California
361. Larkspur City, California
362. Lathrop City, California
363. Lemon Grove City, California
364. Lemoore City, California
365. Lindsay City, California
366. Livingston City, California
367. Loma Linda City, California
368. Lomita City, California
369. Los Alamitos City, California
370. Malibu City, California
371. Marina City, California
372. Mariposa County, California
373. Marysville City, California
374. Maywood City, California
375. McFarland City, California
376. Mendota City, California
377. Mill Valley City, California
378. Millbrae City, California
379. Mono County, California
380. Monterey City, California
381. Moraga town, California
382. Morro Bay City, California
383. Newman City, California
384. Norco City, California
385. Oakdale City, California
386. Orange Cove City, California
387. Orinda City, California
388. Oroville City, California
389. Pacific Grove City, California
390. Palos Verdes Estates City, California
391. Parlier City, California
392. Patterson City, California
393. Piedmont City, California
394. Pinole City, California
395. Placerville City, California
396. Plumas County, California
397. Port Hueneme City, California
398. Rancho Mirage City, California
399. Red Bluff City, California
400. Reedley City, California
401. Ridgecrest City, California
402. Ripon City, California
403. Riverbank City, California
404. San Anselmo town, California
405. San Fernando City, California
406. San Francisco Count, California*
407. San Marino City, California

I-4

408. Sanger City, California
409. Santa Fe Springs City, California
410. Santa Paula City, California
411. Scotts Valley City, California
412. Seal Beach City, California
413. Selma City, California
414. Shafter City, California
415. Shasta Lake City, California
416. Sierra Madre City, California
417. Signal Hill City, California
418. Solana Beach City, California
419. Soledad City, California
420. Sonoma City, California
421. South El Monte City, California
422. South Lake Tahoe City, California
423. South Pasadena City, California
424. Suisun City City, California
425. Susanville City, California
426. Tehachapi City, California
427. Trinity County, California
428. Truckee town, California
429. Twentynine Palms City, California
430. Ukiah City, California
431. Walnut City, California
432. Wasco City, California
433. Windsor town, California
434. Yucca Valley town, California
435. Adelanto City, California*
436. Alameda City, California*
437. Alameda County, California*

438. Alhambra City, California*
439. Aliso Viejo City, California*
440. Amador County, California*
441. Anaheim City, California*
442. Antioch City, California*
443. Apple Valley town, California*
444. Arcadia City, California*
445. Atascadero City, California*
446. Azusa City, California*
447. Bakersfield City, California*
448. Baldwin Park City, California*
449. Banning City, California*
450. Beaumont City, California*
451. Bell City, California*
452. Bell Gardens City, California*
453. Bellflower City, California*
454. Berkeley City, California*
455. Beverly Hills City, California*
456. Brea City, California*
457. Brentwood City, California*
458. Buena Park City, California*
459. Burbank City, California*
460. Burlingame City, California*
461. Butte County, California*
462. Calaveras County, California*
463. Calexico City, California*
464. Camarillo City, California*
465. Campbell City, California*
466. Carlsbad City, California*
467. Carson City, California*

468. Cathedral City City, California*
469. Ceres City, California*
470. Cerritos City, California*
471. Chico City, California*
472. Chino City, California*
473. Chino Hills City, California*
474. Chula Vista City, California*
475. Citrus Heights City, California*
476. Claremont City, California*
477. Clovis City, California*
478. Coachella City, California*
479. Colton City, California*
480. Compton City, California*
481. Concord City, California*
482. Contra Costa County, California*
483. Corona City, California*
484. Costa Mesa City, California*
485. Covina City, California*
486. Culver City City, California*
487. Cupertino City, California*
488. Cypress City, California*
489. Daly City City, California*
490. Dana Point City, California*
491. Danville town, California*
492. Davis City, California*
493. Delano City, California*
494. Diamond Bar City, California*
495. Downey City, California*
496. Dublin City, California*
497. Eastvale City, California*
498. El Cajon City, California*
499. El Centro City, California*
500. El Dorado County, California*

501. El Monte City, California*

502. Elk Grove City, California*

503. Encinitas City, California*

504. Escondido City, California*

505. Fairfield City, California*

506. Folsom City, California*

507. Fontana City, California*

508. Foster City City, California*

509. Fountain Valley City, California*

510. Fremont City, California*

511. Fresno City, California*

512. Fresno County, California*

513. Fullerton City, California*

514. Garden Grove City, California*

515. Gardena City, California*

516. Gilroy City, California*

517. Glendale City, California*

518. Glendora City, California*

519. Goleta City, California*

520. Hanford City, California*

521. Hawthorne City, California*

522. Hayward City, California*

523. Hemet City, California*

524. Hesperia City, California*

525. Highland City, California*

526. Hollister City, California*

527. Humboldt County, California*

528. Huntington Beach City, California*

529. Huntington Park City, California*

530. Imperial County, California*

531. Indio City, California*

532. Inglewood City, California*

533. Irvine City, California*

534. Jurupa Valley City, California*

535. Kern County, California*

536. Kings County, California*

537. La Habra City, California*

538. La Mesa City, California*

539. La Mirada City, California*

540. La Puente City, California*

541. La Quinta City, California*

542. La Verne City, California*

543. Laguna Hills City, California*

544. Laguna Niguel City, California*

545. Lake County, California*

546. Lake Elsinore City, California*

547. Lake Forest City, California*

548. Lakewood City, California*

549. Lancaster City, California*

550. Lassen County, California*

551. Lawndale City, California*

552. Lincoln City, California*

553. Livermore City, California*

554. Lodi City, California*

555. Lompoc City, California*

556. Long Beach City, California*

557. Los Altos City, California*

558. Los Angeles City, California*

559. Los Angeles County, California*

560. Los Banos City, California*

561. Los Gatos town, California*

562. Lynwood City, California*

563. Madera City, California*

564. Madera County, California*

565. Manhattan Beach City, California*

566. Manteca City, California*

567. Marin County, California*

568. Martinez City, California*

569. Mendocino County, California*

570. Menifee City, California*

571. Menlo Park City, California*

572. Merced City, California*

573. Merced County, California*

574. Milpitas City, California*

575. Mission Viejo City, California*

576. Modesto City, California*

577. Monrovia City, California*

578. Montclair City, California*

579. Montebello City, California*

580. Monterey County, California*

581. Monterey Park City, California*

582. Moorpark City, California*

583. Moreno Valley City, California*

584. Morgan Hill City, California*

585. Mountain View City, California*

586. Murrieta City, California*

587. Napa City, California*

588. Napa County, California*

589. National City City, California*

I-6

590. Nevada County, California*
591. Newark City, California*
592. Newport Beach City, California*
593. Norwalk City, California*
594. Novato City, California*
595. Oakland City, California*
596. Oakley City, California*
597. Oceanside City, California*
598. Ontario City, California*
599. Orange City, California*
600. Orange County, California*
601. Oxnard City, California*
602. Pacifica City, California*
603. Palm Desert City, California*
604. Palm Springs City, California*
605. Palmdale City, California*
606. Palo Alto City, California*
607. Paramount City, California*
608. Pasadena City, California*
609. Perris City, California*
610. Petaluma City, California*
611. Pico Rivera City, California*
612. Pittsburg City, California*
613. Placentia City, California*
614. Placer County, California*
615. Pleasant Hill City, California*
616. Pleasanton City, California*
617. Pomona City, California*
618. Porterville City, California*
619. Poway City, California*
620. Rancho Cordova City, California*

621. Rancho Cucamonga City, California*
622. Rancho Palos Verdes City, California*
623. Rancho Santa Margarita City, California*
624. Redding City, California*
625. Redlands City, California*
626. Redondo Beach City, California*
627. Redwood City City, California*
628. Rialto City, California*
629. Richmond City, California*
630. Riverside City, California*
631. Riverside County, California*
632. Rocklin City, California*
633. Rohnert Park City, California*
634. Rosemead City, California*
635. Roseville City, California*
636. Sacramento City, California*
637. Sacramento County, California*
638. Salinas City, California*
639. San Benito County, California*
640. San Bernardino City, California*
641. San Bernardino County, California*
642. San Bruno City, California*
643. San Carlos City, California*
644. San Clemente City, California*
645. San Diego City, California*
646. San Diego County, California*
647. San Dimas City, California*

648. San Gabriel City, California*
649. San Jacinto City, California*
650. San Joaquin County, California*
651. San Jose City, California*
652. San Juan Capistrano City, California*
653. San Leandro City, California*
654. San Luis Obispo City, California*
655. San Luis Obispo County, California*
656. San Marcos City, California*
657. San Mateo City, California*
658. San Mateo County, California*
659. San Pablo City, California*
660. San Rafael City, California*
661. San Ramon City, California*
662. Santa Ana City, California*
663. Santa Barbara City, California*
664. Santa Barbara County, California*
665. Santa Clara City, California*
666. Santa Clara County, California*
667. Santa Clarita City, California*
668. Santa Cruz City, California*
669. Santa Cruz County, California*
670. Santa Maria City, California*
671. Santa Monica City, California*
672. Santa Rosa City, California*
673. Santee City, California*

674. Saratoga City, California*
675. Seaside City, California*
676. Shasta County, California*
677. Simi Valley City, California*
678. Siskiyou County, California*
679. Solano County, California*
680. Sonoma County, California*
681. South Gate City, California*
682. South San Francisco City, California*
683. Stanislaus County, California*
684. Stanton City, California*
685. Stockton City, California*
686. Sunnyvale City, California*
687. Sutter County, California*
688. Tehama County, California*
689. Temecula City, California*
690. Temple City City, California*
691. Thousand Oaks City, California*
692. Torrance City, California*
693. Tracy City, California*
694. Tulare City, California*
695. Tulare County, California*
696. Tuolumne County, California*
697. Turlock City, California*
698. Tustin City, California*
699. Union City City, California*
700. Upland City, California*
701. Vacaville City, California*
702. Vallejo City, California*
703. Ventura County, California*
704. Victorville City, California*
705. Visalia City, California*
706. Vista City, California*
707. Walnut Creek City, California*
708. Watsonville City, California*
709. West Covina City, California*
710. West Hollywood City, California*
711. West Sacramento City, California*
712. Westminster City, California*
713. Whittier City, California*
714. Wildomar City, California*
715. Woodland City, California*
716. Yolo County, California*
717. Yorba Linda City, California*
718. Yuba City City, California*
719. Yuba County, California*
720. Yucaipa City, California*
721. Alamosa County, Colorado
722. Archuleta County, Colorado
723. Broomfield City / Broomfield County, Colorado*
724. Cañon City City, Colorado
725. Castle Pines City, Colorado
726. Chaffee County, Colorado
727. Denver City / Denver County, Colorado*
728. Durango City, Colorado
729. Elbert County, Colorado
730. Erie town, Colorado
731. Evans City, Colorado
732. Federal Heights City, Colorado
733. Firestone town, Colorado
734. Fort Morgan City, Colorado
735. Frederick town, Colorado
736. Fruita City, Colorado
737. Golden City, Colorado
738. Grand County, Colorado
739. Greenwood Village City, Colorado
740. Gunnison County, Colorado
741. Johnstown town, Colorado
742. Las Animas County, Colorado
743. Logan County, Colorado
744. Lone Tree City, Colorado
745. Louisville City, Colorado
746. Moffat County, Colorado
747. Montezuma County, Colorado
748. Montrose City, Colorado
749. Morgan County, Colorado
750. Otero County, Colorado
751. Park County, Colorado
752. Pitkin County, Colorado
753. Prowers County, Colorado
754. Rio Grande County, Colorado
755. Routt County, Colorado
756. Steamboat Springs City, Colorado
757. Sterling City, Colorado
758. Superior town, Colorado
759. Teller County, Colorado
760. Wellington town, Colorado
761. Yuma County, Colorado
762. Adams County, Colorado*
763. Arapahoe County, Colorado*
764. Arvada City, Colorado*
765. Aurora City, Colorado*
766. Boulder City, Colorado*
767. Boulder County, Colorado*
768. Brighton City, Colorado*

769. Castle Rock town, Colorado*
770. Centennial City, Colorado*
771. Colorado Springs City, Colorado*
772. Commerce City City, Colorado*
773. Delta County, Colorado*
774. Douglas County, Colorado*
775. Eagle County, Colorado*
776. El Paso County, Colorado*
777. Englewood City, Colorado*
778. Fort Collins City, Colorado*
779. Fountain City, Colorado*
780. Fremont County, Colorado*
781. Garfield County, Colorado*
782. Grand Junction City, Colorado*
783. Greeley City, Colorado*
784. Jefferson County, Colorado*
785. La Plata County, Colorado*
786. Lafayette City, Colorado*
787. Lakewood City, Colorado*
788. Larimer County, Colorado*
789. Littleton City, Colorado*
790. Longmont City, Colorado*
791. Loveland City, Colorado*
792. Mesa County, Colorado*
793. Montrose County, Colorado*
794. Northglenn City, Colorado*
795. Parker town, Colorado*
796. Pueblo City, Colorado*
797. Pueblo County, Colorado*
798. Summit County, Colorado*
799. Thornton City, Colorado*
800. Weld County, Colorado*
801. Westminster City, Colorado*
802. Wheat Ridge City, Colorado*
803. Windsor town, Colorado*
804. Ansonia City / Ansonia Town, Connecticut
805. Avon town, Connecticut
806. Berlin town, Connecticut
807. Bethel town, Connecticut
808. Bloomfield town, Connecticut
809. Branford town, Connecticut
810. Bridgeport Town / Bridgeport City, Connecticut*
811. Bristol City / Bristol Town, Connecticut*
812. Brookfield town, Connecticut
813. Canton town, Connecticut
814. Cheshire town, Connecticut
815. Clinton town, Connecticut
816. Colchester town, Connecticut
817. Coventry town, Connecticut
818. Cromwell town, Connecticut
819. Danbury City / Danbury Town, Connecticut*
820. Darien town, Connecticut
821. Derby City / Derby town, Connecticut
822. East Hampton town, Connecticut
823. East Haven town, Connecticut
824. East Lyme town, Connecticut
825. East Windsor town, Connecticut
826. Ellington town, Connecticut
827. Farmington town, Connecticut
828. Granby town, Connecticut
829. Griswold town, Connecticut
830. Guilford town, Connecticut
831. Hartford City / Hartford Town, Connecticut*
832. Killingly town, Connecticut
833. Ledyard town, Connecticut
834. Madison town, Connecticut
835. Mansfield town, Connecticut
836. Meriden City / Meriden Town, Connecticut*
837. Middletown City / Middletown Town, Connecticut*
838. Monroe town, Connecticut
839. Montville town, Connecticut
840. Naugatuck Borough / Naugatuck Town, Connecticut*
841. New Britain City / New Britain Town, Connecticut*
842. New Canaan town, Connecticut
843. New Fairfield town, Connecticut
844. New Haven Town / New Haven City, Connecticut*
845. New London City / New London Town, Connecticut
846. New Milford town, Connecticut
847. Newtown town, Connecticut
848. North Branford town, Connecticut
849. North Haven town, Connecticut
850. Norwalk City / Norwalk Town, Connecticut*

I-9

851. Norwich City / Norwich Town, Connecticut*

852. Old Saybrook town, Connecticut

853. Orange town, Connecticut

854. Oxford town, Connecticut

855. Plainfield town, Connecticut

856. Plainville town, Connecticut

857. Plymouth town, Connecticut

858. Ridgefield town, Connecticut

859. Rocky Hill town, Connecticut

860. Seymour town, Connecticut

861. Shelton City / Shelton Town, Connecticut*

862. Simsbury town, Connecticut

863. Somers town, Connecticut

864. South Windsor town, Connecticut

865. Southbury town, Connecticut

866. Stafford town, Connecticut

867. Stamford City / Stamford Town, Connecticut*

868. Stonington town, Connecticut

869. Suffield town, Connecticut

870. Tolland town, Connecticut

871. Torrington City / Torrington Town, Connecticut*

872. Vernon town, Connecticut

873. Waterbury City / Waterbury Town, Connecticut*

874. Waterford town, Connecticut

875. Watertown town, Connecticut

876. West Haven Town / West Haven City, Connecticut*

877. Weston town, Connecticut

878. Westport town, Connecticut

879. Wethersfield town, Connecticut

880. Wilton town, Connecticut

881. Winchester town, Connecticut

882. Windham town, Connecticut

883. Windsor Locks town, Connecticut

884. Windsor town, Connecticut

885. Wolcott town, Connecticut

886. East Hartford town, Connecticut*

887. Enfield town, Connecticut*

888. Fairfield town, Connecticut*

889. Glastonbury town, Connecticut*

890. Greenwich town, Connecticut*

891. Groton town, Connecticut*

892. Hamden town, Connecticut*

893. Manchester town, Connecticut*

894. Milford City, Connecticut*

895. Milford town, Connecticut*

896. Newington town, Connecticut*

897. Southington town, Connecticut*

898. Stratford town, Connecticut*

899. Trumbull town, Connecticut*

900. Wallingford town, Connecticut*

901. West Hartford town, Connecticut*

902. Middletown town, Delaware

903. Milford City, Delaware

904. Smyrna town, Delaware

905. Dover City, Delaware*

906. Kent County, Delaware*

907. New Castle County, Delaware*

908. Newark City, Delaware*

909. Sussex County, Delaware*

910. Wilmington City, Delaware*

911. Acworth City, Georgia

912. Americus City, Georgia

913. Appling County, Georgia

914. Bacon County, Georgia

915. Bainbridge City, Georgia

916. Banks County, Georgia

917. Ben Hill County, Georgia

918. Berrien County, Georgia

919. Bleckley County, Georgia

920. Brantley County, Georgia

921. Braselton town, Georgia

922. Brooks County, Georgia

923. Brunswick City, Georgia

924. Buford City, Georgia

925. Burke County, Georgia

926. Butts County, Georgia

927. Calhoun City, Georgia

928. Candler County, Georgia

929. Carrollton City, Georgia

930. Cartersville City, Georgia

931. Charlton County, Georgia

932. Chattooga County, Georgia

933. Clarkston City, Georgia

934. College Park City, Georgia

935. Columbus City / Muscogee County, Georgia*

936. Conyers City, Georgia

937. Cook County, Georgia

938. Cordele City, Georgia

939. Covington City, Georgia

940. Crawford County, Georgia

941. Crisp County, Georgia

942. Dade County, Georgia

943. Dallas City, Georgia

944. Dawson County, Georgia
945. Decatur City, Georgia
946. Decatur County, Georgia
947. Dodge County, Georgia
948. Dooly County, Georgia
949. Doraville City, Georgia
950. Douglas City, Georgia
951. Dublin City, Georgia
952. Duluth City, Georgia
953. Early County, Georgia
954. Elbert County, Georgia
955. Emanuel County, Georgia
956. Evans County, Georgia
957. Fairburn City, Georgia
958. Fannin County, Georgia
959. Fayetteville City, Georgia
960. Forest Park City, Georgia
961. Franklin County, Georgia
962. Grady County, Georgia
963. Greene County, Georgia
964. Griffin City, Georgia
965. Grovetown City, Georgia
966. Haralson County, Georgia
967. Hart County, Georgia
968. Heard County, Georgia
969. Holly Springs City, Georgia
970. Jasper County, Georgia
971. Jeff Davis County, Georgia
972. Jefferson City, Georgia
973. Jefferson County, Georgia
974. Jones County, Georgia
975. Kingsland City, Georgia
976. Lamar County, Georgia
977. Lanier County, Georgia
978. Lee County, Georgia
979. Lilburn City, Georgia
980. Loganville City, Georgia
981. Long County, Georgia
982. Macon County, Georgia
983. Madison County, Georgia
984. McDonough City, Georgia
985. McDuffie County, Georgia
986. McIntosh County, Georgia

987. Meriwether County, Georgia
988. Milledgeville City, Georgia
989. Mitchell County, Georgia
990. Monroe City, Georgia
991. Monroe County, Georgia
992. Morgan County, Georgia
993. Moultrie City, Georgia
994. Norcross City, Georgia
995. Oglethorpe County, Georgia
996. Peach County, Georgia
997. Perry City, Georgia
998. Pierce County, Georgia
999. Pike County, Georgia
1000. Pooler City, Georgia
1001. Powder Springs City, Georgia
1002. Pulaski County, Georgia
1003. Putnam County, Georgia
1004. Rabun County, Georgia
1005. Richmond Hill City, Georgia
1006. Rincon City, Georgia
1007. Riverdale City, Georgia
1008. Screven County, Georgia
1009. Snellville City, Georgia
1010. St. Marys City, Georgia
1011. Stephens County, Georgia
1012. Stockbridge City, Georgia
1013. Sugar Hill City, Georgia
1014. Sumter County, Georgia
1015. Suwanee City, Georgia
1016. Tattnall County, Georgia
1017. Telfair County, Georgia
1018. Thomasville City, Georgia
1019. Tifton City, Georgia
1020. Toombs County, Georgia
1021. Towns County, Georgia
1022. Union City City, Georgia
1023. Union County, Georgia
1024. Upson County, Georgia
1025. Vidalia City, Georgia
1026. Villa Rica City, Georgia

1027. Washington County, Georgia
1028. Waycross City, Georgia
1029. Wayne County, Georgia
1030. Winder City, Georgia
1031. Worth County, Georgia
1032. Albany City, Georgia*
1033. Alpharetta City, Georgia*
1034. Athens-Clarke County unified government, Georgia*
1035. Atlanta City, Georgia*
1036. Augusta-Richmond County consolidated government, Georgia*
1037. Baldwin County, Georgia*
1038. Barrow County, Georgia*
1039. Bartow County, Georgia*
1040. Brookhaven City, Georgia*
1041. Bryan County, Georgia*
1042. Bulloch County, Georgia*
1043. Camden County, Georgia*
1044. Canton City, Georgia*
1045. Carroll County, Georgia*
1046. Catoosa County, Georgia*
1047. Chamblee City, Georgia*
1048. Chatham County, Georgia*
1049. Cherokee County, Georgia*
1050. Clayton County, Georgia*
1051. Cobb County, Georgia*
1052. Coffee County, Georgia*
1053. Colquitt County, Georgia*
1054. Columbia County, Georgia*
1055. Coweta County, Georgia*

1056. Cusseta-Chattahoochee County unified government, Georgia
1057. Dalton City, Georgia*
1058. DeKalb County, Georgia*
1059. Dougherty County, Georgia*
1060. Douglas County, Georgia*
1061. Douglasville City, Georgia*
1062. Dunwoody City, Georgia*
1063. East Point City, Georgia*
1064. Effingham County, Georgia*
1065. Fayette County, Georgia*
1066. Floyd County, Georgia*
1067. Forsyth County, Georgia*
1068. Fulton County, Georgia*
1069. Gainesville City, Georgia*
1070. Gilmer County, Georgia*
1071. Glynn County, Georgia*
1072. Gordon County, Georgia*
1073. Gwinnett County, Georgia*
1074. Habersham County, Georgia*
1075. Hall County, Georgia*
1076. Harris County, Georgia*
1077. Henry County, Georgia*
1078. Hinesville City, Georgia*
1079. Houston County, Georgia*
1080. Jackson County, Georgia*
1081. Johns Creek City, Georgia*
1082. Kennesaw City, Georgia*
1083. LaGrange City, Georgia*

1084. Laurens County, Georgia*
1085. Lawrenceville City, Georgia*
1086. Liberty County, Georgia*
1087. Lowndes County, Georgia*
1088. Lumpkin County, Georgia*
1089. Macon-Bibb County, Georgia*
1090. Marietta City, Georgia*
1091. Milton City, Georgia*
1092. Murray County, Georgia*
1093. Newnan City, Georgia*
1094. Newton County, Georgia*
1095. Oconee County, Georgia*
1096. Paulding County, Georgia*
1097. Peachtree City City, Georgia*
1098. Peachtree Corners City, Georgia*
1099. Pickens County, Georgia*
1100. Polk County, Georgia*
1101. Rockdale County, Georgia*
1102. Rome City, Georgia*
1103. Roswell City, Georgia*
1104. Sandy Springs City, Georgia*
1105. Savannah City, Georgia*
1106. Smyrna City, Georgia*
1107. South Fulton City, Georgia*
1108. Spalding County, Georgia*
1109. Statesboro City, Georgia*
1110. Stonecrest City, Georgia*
1111. Thomas County, Georgia*
1112. Tift County, Georgia*
1113. Troup County, Georgia*
1114. Tucker City, Georgia*

1115. Valdosta City, Georgia*
1116. Walker County, Georgia*
1117. Walton County, Georgia*
1118. Ware County, Georgia*
1119. Warner Robins City, Georgia*
1120. White County, Georgia*
1121. Whitfield County, Georgia*
1122. Woodstock City, Georgia*
1123. Honolulu County / Honolulu City, Hawaii*
1124. Hawaii County, Hawaii*
1125. Kauai County, Hawaii*
1126. Maui County, Hawaii*
1127. Ammon City, Idaho
1128. Blackfoot City, Idaho
1129. Blaine County, Idaho
1130. Boundary County, Idaho
1131. Burley City, Idaho
1132. Cassia County, Idaho
1133. Chubbuck City, Idaho
1134. Eagle City, Idaho
1135. Elmore County, Idaho
1136. Franklin County, Idaho
1137. Fremont County, Idaho
1138. Garden City City, Idaho
1139. Gem County, Idaho
1140. Gooding County, Idaho
1141. Hayden City, Idaho
1142. Idaho County, Idaho
1143. Jefferson County, Idaho
1144. Jerome City, Idaho
1145. Jerome County, Idaho
1146. Kuna City, Idaho
1147. Minidoka County, Idaho
1148. Moscow City, Idaho
1149. Mountain Home City, Idaho
1150. Owyhee County, Idaho
1151. Payette County, Idaho
1152. Rexburg City, Idaho
1153. Shoshone County, Idaho
1154. Star City, Idaho
1155. Teton County, Idaho
1156. Valley County, Idaho
1157. Washington County, Idaho

1158. Ada County, Idaho*
1159. Bannock County, Idaho*
1160. Bingham County, Idaho*
1161. Boise City City, Idaho*
1162. Bonner County, Idaho*
1163. Bonneville County, Idaho*
1164. Caldwell City, Idaho*
1165. Canyon County, Idaho*
1166. Coeur d'Alene City, Idaho*
1167. Idaho Falls City, Idaho*
1168. Kootenai County, Idaho*
1169. Latah County, Idaho*
1170. Lewiston City, Idaho*
1171. Madison County, Idaho*
1172. Meridian City, Idaho*
1173. Nampa City, Idaho*
1174. Nez Perce County, Idaho*
1175. Pocatello City, Idaho*
1176. Post Falls City, Idaho*
1177. Twin Falls City, Idaho*
1178. Twin Falls County, Idaho*
1179. Alsip village, Illinois
1180. Alton City, Illinois
1181. Alton township, Illinois
1182. Antioch township, Illinois
1183. Antioch village, Illinois
1184. Aux Sable township, Illinois
1185. Barrington township, Illinois
1186. Barrington village, Illinois
1187. Batavia City, Illinois
1188. Beach Park village, Illinois
1189. Bellwood village, Illinois
1190. Belvidere City, Illinois
1191. Belvidere township, Illinois
1192. Bensenville village, Illinois
1193. Benton township, Illinois

1194. Blackberry township, Illinois
1195. Bloomingdale village, Illinois
1196. Blue Island City, Illinois
1197. Bond County, Illinois
1198. Bourbonnais village, Illinois
1199. Bradley village, Illinois
1200. Bridgeview village, Illinois
1201. Brookfield village, Illinois
1202. Bruce township, Illinois
1203. Burbank City, Illinois
1204. Burr Ridge village, Illinois
1205. Cahokia village, Illinois
1206. Calumet township, Illinois
1207. Campton Hills village, Illinois
1208. Campton township, Illinois
1209. Canton City, Illinois
1210. Canton township, Illinois
1211. Carbondale City, Illinois
1212. Carbondale township, Illinois
1213. Carroll County, Illinois
1214. Cary village, Illinois
1215. Cass County, Illinois
1216. Centralia City, Illinois
1217. Centralia township, Illinois
1218. Centreville township, Illinois
1219. Champaign township, Illinois
1220. Channahon township, Illinois
1221. Channahon village, Illinois
1222. Charleston City, Illinois
1223. Charleston township, Illinois
1224. Chatham village, Illinois
1225. Cherry Valley township, Illinois

1226. Chicago Heights City, Illinois
1227. Chicago Ridge village, Illinois
1228. Cicero Town / Cicero Township, Illinois*
1229. Clark County, Illinois
1230. Clay County, Illinois
1231. Collinsville City, Illinois
1232. Coloma township, Illinois
1233. Columbia City, Illinois
1234. Cortland township, Illinois
1235. Country Club Hills City, Illinois
1236. Crawford County, Illinois
1237. Crest Hill City, Illinois
1238. Crestwood village, Illinois
1239. Crete township, Illinois
1240. Cuba township, Illinois
1241. Cumberland County, Illinois
1242. Danville township, Illinois
1243. Darien City, Illinois
1244. De Witt County, Illinois
1245. Deerfield village, Illinois
1246. Dixon City, Illinois
1247. Dixon township, Illinois
1248. Dolton village, Illinois
1249. Dorr township, Illinois
1250. Douglas County, Illinois
1251. Douglas township, Illinois
1252. East Moline City, Illinois
1253. East Peoria City, Illinois
1254. East St. Louis City, Illinois
1255. East St. Louis township, Illinois
1256. Edgar County, Illinois
1257. Edwardsville City, Illinois
1258. Effingham City, Illinois
1259. Elmwood Park village, Illinois

1260. Evergreen Park village, Illinois
1261. Fairview Heights City, Illinois
1262. Fayette County, Illinois
1263. Flagg township, Illinois
1264. Fondulac township, Illinois
1265. Ford County, Illinois
1266. Forest Park village, Illinois
1267. Fox Lake village, Illinois
1268. Frankfort village, Illinois
1269. Franklin Park village, Illinois
1270. Freeport City, Illinois
1271. Freeport township, Illinois
1272. Geneva City, Illinois
1273. Geneva township, Illinois
1274. Glen Carbon village, Illinois
1275. Glen Ellyn village, Illinois
1276. Godfrey township, Illinois
1277. Godfrey village, Illinois
1278. Granite City City, Illinois
1279. Granite City township, Illinois
1280. Grant township, Illinois*
1281. Grayslake village, Illinois
1282. Greene County, Illinois
1283. Greenwood township, Illinois
1284. Groveland township, Illinois
1285. Hampton township, Illinois
1286. Hancock County, Illinois
1287. Harrisburg township, Illinois
1288. Harvey City, Illinois
1289. Hazel Crest village, Illinois
1290. Herrin City, Illinois

1291. Hickory Hills City, Illinois
1292. Hickory Point township, Illinois
1293. Highland Park City, Illinois
1294. Hinsdale village, Illinois
1295. Homer Glen village, Illinois
1296. Homewood village, Illinois
1297. Huntley village, Illinois
1298. Iroquois County, Illinois
1299. Jacksonville City, Illinois
1300. Jarvis township, Illinois
1301. Jersey County, Illinois
1302. Jo Daviess County, Illinois
1303. Johnson County, Illinois
1304. Justice village, Illinois
1305. Kankakee City, Illinois
1306. Kankakee township, Illinois
1307. Kewanee City, Illinois
1308. La Grange Park village, Illinois
1309. La Grange village, Illinois
1310. Lake Forest City, Illinois
1311. Lake in the Hills village, Illinois
1312. Lake Zurich village, Illinois
1313. Lansing village, Illinois
1314. LaSalle township, Illinois
1315. Lawrence County, Illinois
1316. Lemont township, Illinois
1317. Lemont village, Illinois
1318. Libertyville village, Illinois
1319. Limestone township, Illinois
1320. Lincoln City, Illinois
1321. Lincolnwood village, Illinois
1322. Lindenhurst village, Illinois

1323. Lisle village, Illinois
1324. Little Rock township, Illinois
1325. Lockport City, Illinois
1326. Logan County, Illinois
1327. Long Creek township, Illinois
1328. Loves Park City, Illinois
1329. Lyons village, Illinois
1330. Machesney Park village, Illinois
1331. Macomb City, Illinois
1332. Macomb City township, Illinois
1333. Mahomet township, Illinois
1334. Manhattan township, Illinois
1335. Manteno township, Illinois
1336. Marion City, Illinois
1337. Markham City, Illinois
1338. Marshall County, Illinois
1339. Mason County, Illinois
1340. Massac County, Illinois
1341. Matteson village, Illinois
1342. Mattoon City, Illinois
1343. Mattoon township, Illinois
1344. Maywood village, Illinois
1345. McDonough County, Illinois
1346. McHenry City, Illinois
1347. Medina township, Illinois
1348. Melrose Park village, Illinois
1349. Menard County, Illinois
1350. Mercer County, Illinois
1351. Midlothian village, Illinois
1352. Minooka village, Illinois
1353. Mokena village, Illinois
1354. Moline township, Illinois
1355. Monee township, Illinois
1356. Montgomery County, Illinois
1357. Montgomery village, Illinois

1358. Morris City, Illinois
1359. Morton Grove village, Illinois
1360. Morton township, Illinois
1361. Morton village, Illinois
1362. Moultrie County, Illinois
1363. Mount Vernon City, Illinois
1364. Mount Vernon township, Illinois
1365. Nameoki township, Illinois
1366. New Lenox village, Illinois
1367. Newell township, Illinois
1368. Niles village, Illinois
1369. Norridge village, Illinois
1370. North Aurora village, Illinois
1371. North Chicago City, Illinois
1372. Northlake City, Illinois
1373. Norwood Park township, Illinois
1374. Oak Forest City, Illinois
1375. O'Fallon City, Illinois
1376. O'Fallon township, Illinois
1377. Ottawa City, Illinois
1378. Ottawa township, Illinois
1379. Palos Heights City, Illinois
1380. Palos Hills City, Illinois
1381. Park Forest village, Illinois
1382. Pekin township, Illinois
1383. Perry County, Illinois
1384. Peru township, Illinois
1385. Piatt County, Illinois
1386. Pike County, Illinois
1387. Plano City, Illinois
1388. Pontiac City, Illinois
1389. Pontiac township, Illinois
1390. Prospect Heights City, Illinois
1391. Rantoul township, Illinois
1392. Rantoul village, Illinois
1393. Richland County, Illinois
1394. Richton Park village, Illinois
1395. River Forest township, Illinois
1396. River Forest village, Illinois
1397. Riverdale village, Illinois
1398. Riverside township, Illinois
1399. Rock Island township, Illinois
1400. Rockton township, Illinois
1401. Rolling Meadows City, Illinois
1402. Roscoe township, Illinois
1403. Roscoe village, Illinois
1404. Roselle village, Illinois
1405. Round Lake Beach village, Illinois
1406. Round Lake village, Illinois
1407. Rutland township, Illinois
1408. Saline County, Illinois
1409. Sauk Village village, Illinois
1410. Schiller Park village, Illinois
1411. Shelby County, Illinois
1412. Shiloh Valley township, Illinois
1413. Shiloh village, Illinois
1414. Shorewood village, Illinois
1415. South Elgin village, Illinois
1416. South Holland village, Illinois
1417. South Rock Island township, Illinois
1418. Sterling City, Illinois
1419. Sterling township, Illinois
1420. Streator City, Illinois
1421. Sugar Grove township, Illinois
1422. Summit village, Illinois
1423. Swansea village, Illinois
1424. Sycamore City, Illinois
1425. Sycamore township, Illinois
1426. Taylorville City, Illinois
1427. Taylorville township, Illinois
1428. Troy City, Illinois
1429. Union County, Illinois
1430. Vernon Hills village, Illinois
1431. Villa Park village, Illinois
1432. Wabash County, Illinois
1433. Warren County, Illinois
1434. Warrenville City, Illinois
1435. Washington City, Illinois
1436. Washington County, Illinois
1437. Washington township, Illinois*
1438. Waterloo City, Illinois
1439. Wauconda township, Illinois
1440. Wauconda village, Illinois
1441. Wayne County, Illinois
1442. West Chicago City, Illinois
1443. Westchester village, Illinois
1444. Western Springs village, Illinois
1445. Westmont village, Illinois
1446. White County, Illinois
1447. Wilmette village, Illinois
1448. Winnetka village, Illinois
1449. Wood Dale City, Illinois
1450. Wood River City, Illinois
1451. Woodside township, Illinois
1452. Woodstock City, Illinois
1453. Worth village, Illinois
1454. Yorkville City, Illinois

1455. Zion City, Illinois
1456. Zion township, Illinois
1457. Adams County, Illinois*
1458. Addison township, Illinois*
1459. Addison village, Illinois*
1460. Algonquin township, Illinois*
1461. Algonquin village, Illinois*
1462. Arlington Heights village, Illinois*
1463. Aurora City, Illinois*
1464. Aurora township, Illinois*
1465. Avon township, Illinois*
1466. Bartlett village, Illinois*
1467. Batavia township, Illinois*
1468. Belleville City, Illinois*
1469. Berwyn City, Illinois*
1470. Berwyn township, Illinois*
1471. Bloom township, Illinois*
1472. Bloomingdale township, Illinois*
1473. Bloomington City, Illinois*
1474. Bloomington City township, Illinois*
1475. Bolingbrook village, Illinois*
1476. Bolingbrook village, Illinois*
1477. Boone County, Illinois*
1478. Bourbonnais township, Illinois*
1479. Bremen township, Illinois*
1480. Bristol township, Illinois*
1481. Buffalo Grove village, Illinois*
1482. Bureau County, Illinois*
1483. Calumet City City, Illinois*
1484. Capital township, Illinois*

1485. Carol Stream village, Illinois*
1486. Carpentersville village, Illinois*
1487. Caseyville township, Illinois*
1488. Champaign City, Illinois*
1489. Champaign City township, Illinois*
1490. Champaign County, Illinois*
1491. Chicago City, Illinois*
1492. Christian County, Illinois*
1493. Clinton County, Illinois*
1494. Coles County, Illinois*
1495. Collinsville township, Illinois*
1496. Cook County, Illinois*
1497. Crystal Lake City, Illinois*
1498. Cunningham township, Illinois*
1499. Danville City, Illinois*
1500. Decatur City, Illinois*
1501. Decatur township, Illinois*
1502. DeKalb City, Illinois*
1503. DeKalb County, Illinois*
1504. DeKalb township, Illinois*
1505. Des Plaines City, Illinois*
1506. Downers Grove township, Illinois*
1507. Downers Grove village, Illinois*
1508. Du Page township, Illinois*
1509. Dundee township, Illinois*
1510. DuPage County, Illinois*
1511. Edwardsville township, Illinois*
1512. Effingham County, Illinois*
1513. Ela township, Illinois*
1514. Elgin City, Illinois*

1515. Elgin township, Illinois*
1516. Elk Grove township, Illinois*
1517. Elk Grove Village village, Illinois*
1518. Elmhurst City, Illinois*
1519. Evanston City, Illinois*
1520. Frankfort township, Illinois*
1521. Franklin County, Illinois*
1522. Fremont township, Illinois*
1523. Fulton County, Illinois*
1524. Galesburg City, Illinois*
1525. Galesburg City township, Illinois*
1526. Glendale Heights village, Illinois*
1527. Glenview village, Illinois*
1528. Grafton township, Illinois*
1529. Grundy County, Illinois*
1530. Gurnee village, Illinois*
1531. Hanover Park village, Illinois*
1532. Hanover township, Illinois*
1533. Harlem township, Illinois*
1534. Henry County, Illinois*
1535. Hoffman Estates village, Illinois*
1536. Homer township, Illinois*
1537. Jackson County, Illinois*
1538. Jefferson County, Illinois*
1539. Joliet City, Illinois*
1540. Joliet township, Illinois*
1541. Kane County, Illinois*
1542. Kankakee County, Illinois*
1543. Kendall County, Illinois*
1544. Knox County, Illinois*
1545. Lake County, Illinois*
1546. Lake Villa township, Illinois*

1547. LaSalle County, Illinois*
1548. Lee County, Illinois*
1549. Leyden township, Illinois*
1550. Libertyville township, Illinois*
1551. Lisle township, Illinois*
1552. Livingston County, Illinois*
1553. Lockport township, Illinois*
1554. Lombard village, Illinois*
1555. Lyons township, Illinois*
1556. Macon County, Illinois*
1557. Macoupin County, Illinois*
1558. Madison County, Illinois*
1559. Maine township, Illinois*
1560. Marion County, Illinois*
1561. McHenry County, Illinois*
1562. McHenry township, Illinois*
1563. McLean County, Illinois*
1564. Milton township, Illinois*
1565. Moline City, Illinois*
1566. Monroe County, Illinois*
1567. Moraine township, Illinois*
1568. Morgan County, Illinois*
1569. Mount Prospect village, Illinois*
1570. Mundelein village, Illinois*
1571. Naperville City, Illinois*
1572. Naperville township, Illinois*
1573. New Lenox township, Illinois*
1574. New Trier township, Illinois*
1575. Niles township, Illinois*
1576. Normal town, Illinois*

1577. Normal township, Illinois*
1578. Northbrook village, Illinois*
1579. Northfield township, Illinois*
1580. Nunda township, Illinois*
1581. Oak Lawn village, Illinois*
1582. Oak Park township, Illinois*
1583. Oak Park village, Illinois*
1584. Ogle County, Illinois*
1585. Orland Park village, Illinois*
1586. Orland Park village, Illinois*
1587. Orland township, Illinois*
1588. Oswego township, Illinois*
1589. Oswego village, Illinois*
1590. Palatine township, Illinois*
1591. Palatine village, Illinois*
1592. Palos township, Illinois*
1593. Park Ridge City, Illinois*
1594. Pekin City, Illinois*
1595. Peoria City, Illinois*
1596. Peoria City township, Illinois*
1597. Peoria County, Illinois*
1598. Plainfield township, Illinois*
1599. Plainfield village, Illinois*
1600. Proviso township, Illinois*
1601. Quincy City, Illinois*
1602. Quincy township, Illinois*
1603. Randolph County, Illinois*
1604. Rich township, Illinois*
1605. Rock Island City, Illinois*
1606. Rock Island County, Illinois*

1607. Rockford City, Illinois*
1608. Rockford township, Illinois*
1609. Romeoville village, Illinois*
1610. Sangamon County, Illinois*
1611. Schaumburg township, Illinois*
1612. Schaumburg village, Illinois*
1613. Shields township, Illinois*
1614. Skokie village, Illinois*
1615. South Moline township, Illinois*
1616. Springfield City, Illinois*
1617. St. Charles City, Illinois*
1618. St. Charles township, Illinois*
1619. St. Clair County, Illinois*
1620. St. Clair township, Illinois*
1621. Stephenson County, Illinois*
1622. Stickney township, Illinois*
1623. Streamwood village, Illinois*
1624. Tazewell County, Illinois*
1625. Thornton township, Illinois*
1626. Tinley Park village, Illinois*
1627. Tinley Park village, Illinois*
1628. Troy township, Illinois*
1629. Urbana City, Illinois*
1630. Vermilion County, Illinois*
1631. Vernon township, Illinois*
1632. Warren township, Illinois*
1633. Waukegan City, Illinois*
1634. Waukegan township, Illinois*

I-17

1635. Wayne township, Illinois*
1636. West Deerfield township, Illinois*
1637. Wheatland township, Illinois*
1638. Wheaton City, Illinois*
1639. Wheeling township, Illinois*
1640. Wheeling village, Illinois*
1641. Whiteside County, Illinois*
1642. Will County, Illinois*
1643. Williamson County, Illinois*
1644. Winfield township, Illinois*
1645. Winnebago County, Illinois*
1646. Wood River township, Illinois*
1647. Woodford County, Illinois*
1648. Woodridge village, Illinois*
1649. Worth township, Illinois*
1650. York township, Illinois*
1651. Addison township, Indiana
1652. Auburn City, Indiana
1653. Avon town, Indiana
1654. Bainbridge township, Indiana
1655. Baugo township, Indiana
1656. Bedford City, Indiana
1657. Beech Grove City, Indiana
1658. Blackford County, Indiana
1659. Bluffton City, Indiana
1660. Boon township, Indiana
1661. Brown County, Indiana
1662. Brown township, Indiana*
1663. Brownsburg town, Indiana
1664. Carroll County, Indiana
1665. Cedar Creek township, Indiana

1666. Cedar Lake town, Indiana
1667. Center township, Indiana*
1668. Centre township, Indiana
1669. Charlestown township, Indiana
1670. Chesterton town, Indiana
1671. Clarksville town, Indiana
1672. Clay County, Indiana
1673. Cleveland township, Indiana
1674. Columbia township, Indiana
1675. Connersville City, Indiana
1676. Connersville township, Indiana
1677. Coolspring township, Indiana
1678. Crawford County, Indiana
1679. Crawfordsville City, Indiana
1680. Danville town, Indiana
1681. Decatur County, Indiana
1682. Dyer town, Indiana
1683. East Chicago City, Indiana
1684. Eel township, Indiana
1685. Fall Creek township, Indiana*
1686. Fayette County, Indiana
1687. Fountain County, Indiana
1688. Frankfort City, Indiana
1689. Franklin City, Indiana
1690. Franklin County, Indiana
1691. Franklin township, Indiana*
1692. Fulton County, Indiana
1693. Georgetown township, Indiana
1694. Greencastle City, Indiana
1695. Greencastle township, Indiana
1696. Greenfield City, Indiana
1697. Greensburg City, Indiana

1698. Griffith town, Indiana
1699. Hanover township, Indiana
1700. Harris township, Indiana
1701. Harrison township, Indiana*
1702. Henry township, Indiana
1703. Highland town, Indiana
1704. Hobart City, Indiana
1705. Honey Creek township, Indiana
1706. Huntington City, Indiana
1707. Huntington township, Indiana
1708. Jackson township, Indiana*
1709. Jasper City, Indiana
1710. Jay County, Indiana
1711. Jefferson township, Indiana*
1712. Jennings County, Indiana
1713. Keener township, Indiana
1714. La Porte City, Indiana
1715. Lake Station City, Indiana
1716. Lawrenceburg township, Indiana
1717. Lebanon City, Indiana
1718. Logansport City, Indiana
1719. Lost Creek township, Indiana
1720. Madison City, Indiana
1721. Madison township, Indiana*
1722. Marion City, Indiana
1723. Marion County / Indianapolis city, Indiana*
1724. Marion Township, Indiana*
1725. Martin County, Indiana
1726. Martinsville City, Indiana
1727. Michigan township, Indiana
1728. Mill township, Indiana
1729. Munster town, Indiana
1730. New Castle City, Indiana

1731. New Haven City, Indiana
1732. Newton County, Indiana
1733. Noble township, Indiana
1734. Orange County, Indiana
1735. Osolo township, Indiana
1736. Owen County, Indiana
1737. Parke County, Indiana
1738. Patoka township, Indiana
1739. Perry County, Indiana
1740. Perry township, Indiana*
1741. Peru City, Indiana
1742. Peru township, Indiana
1743. Pigeon township, Indiana*
1744. Pike County, Indiana
1745. Pipe Creek township, Indiana
1746. Pleasant township, Indiana*
1747. Posey County, Indiana
1748. Pulaski County, Indiana
1749. Randolph County, Indiana
1750. Richland township, Indiana*
1751. Ripley County, Indiana
1752. Rush County, Indiana
1753. Schererville town, Indiana
1754. Scott County, Indiana
1755. Seymour City, Indiana
1756. Shawswick township, Indiana
1757. Shelbyville City, Indiana
1758. Silver Creek township, Indiana
1759. Speedway town, Indiana
1760. Spencer County, Indiana
1761. St. John town, Indiana
1762. Starke County, Indiana
1763. Sugar Creek township, Indiana
1764. Sullivan County, Indiana
1765. Switzerland County, Indiana
1766. Tipton County, Indiana
1767. Troy township, Indiana
1768. Union township, Indiana*

1769. Van Buren township, Indiana*
1770. Vermillion County, Indiana
1771. Vernon township, Indiana
1772. Vincennes City, Indiana
1773. Vincennes township, Indiana
1774. Warsaw City, Indiana
1775. Washington City, Indiana
1776. Washington County, Indiana
1777. Washington township, Indiana*
1778. Wayne township, Indiana*
1779. Wells County, Indiana
1780. Westchester township, Indiana
1781. White County, Indiana
1782. Winfield township, Indiana
1783. Yorktown town, Indiana
1784. Zionsville town, Indiana
1785. Aboite township, Indiana*
1786. Adams County, Indiana*
1787. Adams township, Indiana*
1788. Allen County, Indiana*
1789. Anderson City, Indiana*
1790. Anderson township, Indiana*
1791. Bartholomew County, Indiana*
1792. Bloomington City, Indiana*
1793. Bloomington township, Indiana*
1794. Boone County, Indiana*
1795. Calumet township, Indiana*
1796. Carmel City, Indiana*
1797. Cass County, Indiana*
1798. Clark County, Indiana*
1799. Clay township, Indiana*
1800. Clinton County, Indiana*
1801. Columbus City, Indiana*

1802. Columbus township, Indiana*
1803. Concord township, Indiana*
1804. Crown Point City, Indiana*
1805. Daviess County, Indiana*
1806. Dearborn County, Indiana*
1807. Decatur township, Indiana*
1808. DeKalb County, Indiana*
1809. Delaware County, Indiana*
1810. Delaware township, Indiana*
1811. Dubois County, Indiana*
1812. Elkhart City, Indiana*
1813. Elkhart County, Indiana*
1814. Elkhart township, Indiana*
1815. Evansville City, Indiana*
1816. Fairfield township, Indiana*
1817. Fishers City, Indiana*
1818. Floyd County, Indiana*
1819. Fort Wayne City, Indiana*
1820. Gary City, Indiana*
1821. Gibson County, Indiana*
1822. Goshen City, Indiana*
1823. Grant County, Indiana*
1824. Greene County, Indiana*
1825. Greenwood City, Indiana*
1826. Guilford township, Indiana*
1827. Hamilton County, Indiana*
1828. Hammond City, Indiana*
1829. Hancock County, Indiana*
1830. Harrison County, Indiana*
1831. Hendricks County, Indiana*

1832. Henry County, Indiana*
1833. Hobart township, Indiana*
1834. Howard County, Indiana*
1835. Huntington County, Indiana*
1836. Jackson County, Indiana*
1837. Jasper County, Indiana*
1838. Jefferson County, Indiana*
1839. Jeffersonville City, Indiana*
1840. Jeffersonville township, Indiana*
1841. Johnson County, Indiana*
1842. Knight township, Indiana*
1843. Knox County, Indiana*
1844. Kokomo City, Indiana*
1845. Kosciusko County, Indiana*
1846. Lafayette City, Indiana*
1847. LaGrange County, Indiana*
1848. Lake County, Indiana*
1849. LaPorte County, Indiana*
1850. Lawrence City, Indiana*
1851. Lawrence County, Indiana*
1852. Lawrence township, Indiana*
1853. Lincoln township, Indiana*
1854. Madison County, Indiana*
1855. Marshall County, Indiana*
1856. Merrillville town, Indiana*
1857. Miami County, Indiana*
1858. Michigan City City, Indiana*
1859. Mishawaka City, Indiana*
1860. Monroe County, Indiana*

1861. Montgomery County, Indiana*
1862. Morgan County, Indiana*
1863. Muncie City, Indiana*
1864. New Albany City, Indiana*
1865. New Albany township, Indiana*
1866. Noble County, Indiana*
1867. Noblesville City, Indiana*
1868. Noblesville township, Indiana*
1869. North township, Indiana*
1870. Ohio township, Indiana*
1871. Penn township, Indiana*
1872. Pike township, Indiana*
1873. Plainfield town, Indiana*
1874. Portage City, Indiana*
1875. Portage township, Indiana*
1876. Porter County, Indiana*
1877. Putnam County, Indiana*
1878. Richmond City, Indiana*
1879. Ross township, Indiana*
1880. Shelby County, Indiana*
1881. South Bend City, Indiana*
1882. St. John township, Indiana*
1883. St. Joseph County, Indiana*
1884. St. Joseph township, Indiana*
1885. Steuben County, Indiana*
1886. Terre Haute City, Indiana*
1887. Tippecanoe County, Indiana*
1888. Valparaiso City, Indiana*
1889. Vanderburgh County, Indiana*
1890. Vigo County, Indiana*

1891. Wabash County, Indiana*
1892. Wabash township, Indiana*
1893. Warren township, Indiana*
1894. Warrick County, Indiana*
1895. Wayne County, Indiana*
1896. Wea township, Indiana*
1897. West Lafayette City, Indiana*
1898. Westfield City, Indiana*
1899. White River township, Indiana*
1900. Whitley County, Indiana*
1901. Allamakee County, Iowa
1902. Altoona City, Iowa
1903. Appanoose County, Iowa
1904. Benton County, Iowa
1905. Boone City, Iowa
1906. Boone County, Iowa
1907. Bremer County, Iowa
1908. Buchanan County, Iowa
1909. Buena Vista County, Iowa
1910. Burlington City, Iowa
1911. Butler County, Iowa
1912. Carroll County, Iowa
1913. Cass County, Iowa
1914. Cedar County, Iowa
1915. Cherokee County, Iowa
1916. Chickasaw County, Iowa
1917. Clay County, Iowa
1918. Clayton County, Iowa
1919. Clinton City, Iowa
1920. Clive City, Iowa
1921. Coralville City, Iowa
1922. Crawford County, Iowa
1923. Delaware County, Iowa
1924. Dickinson County, Iowa
1925. Fairfield City, Iowa
1926. Fayette County, Iowa
1927. Floyd County, Iowa
1928. Fort Dodge City, Iowa
1929. Fort Madison City, Iowa
1930. Franklin County, Iowa
1931. Grimes City, Iowa
1932. Grundy County, Iowa

I-20

1933. Guthrie County, Iowa
1934. Hamilton County, Iowa
1935. Hancock County, Iowa
1936. Hardin County, Iowa
1937. Harrison County, Iowa
1938. Henry County, Iowa
1939. Indianola City, Iowa
1940. Iowa County, Iowa
1941. Jackson County, Iowa
1942. Jefferson County, Iowa
1943. Johnston City, Iowa
1944. Jones County, Iowa
1945. Keokuk City, Iowa
1946. Keokuk County, Iowa
1947. Kossuth County, Iowa
1948. Le Mars City, Iowa
1949. Louisa County, Iowa
1950. Lyon County, Iowa
1951. Madison County, Iowa
1952. Mahaska County, Iowa
1953. Marshalltown City, Iowa
1954. Mason City City, Iowa
1955. Mills County, Iowa
1956. Mitchell County, Iowa
1957. Muscatine City, Iowa
1958. Newton City, Iowa
1959. North Liberty City, Iowa
1960. Norwalk City, Iowa
1961. O'Brien County, Iowa
1962. Oskaloosa City, Iowa
1963. Ottumwa City, Iowa
1964. Page County, Iowa
1965. Pella City, Iowa
1966. Pleasant Hill City, Iowa
1967. Plymouth County, Iowa
1968. Poweshiek County, Iowa
1969. Shelby County, Iowa
1970. Spencer City, Iowa
1971. Storm Lake City, Iowa
1972. Tama County, Iowa
1973. Union County, Iowa
1974. Washington County, Iowa
1975. Waukee City, Iowa
1976. Waverly City, Iowa
1977. Winnebago County, Iowa
1978. Winneshiek County, Iowa
1979. Wright County, Iowa
1980. Ames City, Iowa*
1981. Ankeny City, Iowa*
1982. Bettendorf City, Iowa*
1983. Black Hawk County, Iowa*
1984. Cedar Falls City, Iowa*
1985. Cedar Rapids City, Iowa*
1986. Cerro Gordo County, Iowa*
1987. Clinton County, Iowa*
1988. Council Bluffs City, Iowa*
1989. Dallas County, Iowa*
1990. Davenport City, Iowa*
1991. Des Moines City, Iowa*
1992. Des Moines County, Iowa*
1993. Dubuque City, Iowa*
1994. Dubuque County, Iowa*
1995. Iowa City City, Iowa*
1996. Jasper County, Iowa*
1997. Johnson County, Iowa*
1998. Lee County, Iowa*
1999. Linn County, Iowa*
2000. Marion City, Iowa*
2001. Marion County, Iowa*
2002. Marshall County, Iowa*
2003. Muscatine County, Iowa*
2004. Polk County, Iowa*
2005. Pottawattamie County, Iowa*
2006. Scott County, Iowa*
2007. Sioux City City, Iowa*
2008. Sioux County, Iowa*
2009. Story County, Iowa*
2010. Urbandale City, Iowa*
2011. Wapello County, Iowa*
2012. Warren County, Iowa*
2013. Waterloo City, Iowa*
2014. Webster County, Iowa*
2015. West Des Moines City, Iowa*
2016. Woodbury County, Iowa*
2017. Allen County, Kansas
2018. Andover City, Kansas
2019. Arkansas City City, Kansas
2020. Atchison City, Kansas
2021. Atchison County, Kansas
2022. Barton County, Kansas
2023. Bourbon County, Kansas
2024. Bruno township, Kansas
2025. Cherokee County, Kansas
2026. Derby City, Kansas
2027. Dickinson County, Kansas
2028. Dodge City City, Kansas
2029. El Dorado City, Kansas
2030. Ellis County, Kansas
2031. Emporia City, Kansas
2032. Fairmount township, Kansas
2033. Franklin County, Kansas
2034. Garden City City, Kansas
2035. Gardner City, Kansas
2036. Great Bend City, Kansas
2037. Hays City, Kansas
2038. Haysville City, Kansas
2039. Jackson County, Kansas
2040. Jefferson County, Kansas
2041. Junction City City, Kansas
2042. Labette County, Kansas
2043. Lansing City, Kansas
2044. Liberal City, Kansas
2045. Madison township, Kansas
2046. Marion County, Kansas
2047. McPherson City, Kansas
2048. McPherson County, Kansas
2049. Merriam City, Kansas
2050. Nemaha County, Kansas
2051. Neosho County, Kansas
2052. Newton City, Kansas
2053. Osage County, Kansas
2054. Ottawa City, Kansas
2055. Pittsburg City, Kansas
2056. Pottawatomie County, Kansas
2057. Prairie Village City, Kansas
2058. Riverside township, Kansas

2059. Rockford township, Kansas
2060. Seward County, Kansas
2061. Soldier township, Kansas
2062. Sumner County, Kansas
2063. Winfield City, Kansas
2064. Butler County, Kansas*
2065. Cowley County, Kansas*
2066. Crawford County, Kansas*
2067. Douglas County, Kansas*
2068. Finney County, Kansas*
2069. Ford County, Kansas*
2070. Geary County, Kansas*
2071. Harvey County, Kansas*
2072. Hutchinson City, Kansas*
2073. Johnson County, Kansas*
2074. Lawrence City, Kansas*
2075. Leavenworth City, Kansas*
2076. Leavenworth County, Kansas*
2077. Leawood City, Kansas*
2078. Lenexa City, Kansas*
2079. Lyon County, Kansas*
2080. Manhattan City, Kansas*
2081. Miami County, Kansas*
2082. Montgomery County, Kansas*
2083. Olathe City, Kansas*
2084. Overland Park City, Kansas*
2085. Reno County, Kansas*
2086. Riley County, Kansas*
2087. Salina City, Kansas*
2088. Saline County, Kansas*
2089. Sedgwick County, Kansas*
2090. Shawnee City, Kansas*
2091. Shawnee County, Kansas*
2092. Topeka City, Kansas*
2093. Wichita City, Kansas*
2094. Adair County, Kentucky
2095. Allen County, Kentucky

2096. Anderson County, Kentucky
2097. Ashland City, Kentucky
2098. Bardstown City, Kentucky
2099. Bath County, Kentucky
2100. Bell County, Kentucky
2101. Berea City, Kentucky
2102. Bourbon County, Kentucky
2103. Breathitt County, Kentucky
2104. Breckinridge County, Kentucky
2105. Butler County, Kentucky
2106. Caldwell County, Kentucky
2107. Campbellsville City, Kentucky
2108. Carroll County, Kentucky
2109. Carter County, Kentucky
2110. Casey County, Kentucky
2111. Clay County, Kentucky
2112. Clinton County, Kentucky
2113. Danville City, Kentucky
2114. Edmonson County, Kentucky
2115. Erlanger City, Kentucky
2116. Estill County, Kentucky
2117. Fleming County, Kentucky
2118. Fort Thomas City, Kentucky
2119. Frankfort City, Kentucky
2120. Garrard County, Kentucky
2121. Glasgow City, Kentucky
2122. Grant County, Kentucky
2123. Grayson County, Kentucky
2124. Green County, Kentucky
2125. Harlan County, Kentucky
2126. Harrison County, Kentucky
2127. Hart County, Kentucky
2128. Henderson City, Kentucky

2129. Henry County, Kentucky
2130. Independence City, Kentucky
2131. Jackson County, Kentucky
2132. Jeffersontown City, Kentucky
2133. Johnson County, Kentucky
2134. Knott County, Kentucky
2135. Larue County, Kentucky
2136. Lawrence County, Kentucky
2137. Lawrenceburg City, Kentucky
2138. Letcher County, Kentucky
2139. Lewis County, Kentucky
2140. Lincoln County, Kentucky
2141. Logan County, Kentucky
2142. Lyndon City, Kentucky
2143. Madisonville City, Kentucky
2144. Magoffin County, Kentucky
2145. Marion County, Kentucky
2146. Martin County, Kentucky
2147. Mason County, Kentucky
2148. McCreary County, Kentucky
2149. Meade County, Kentucky
2150. Mercer County, Kentucky
2151. Metcalfe County, Kentucky
2152. Monroe County, Kentucky
2153. Montgomery County, Kentucky
2154. Morgan County, Kentucky
2155. Mount Washington City, Kentucky
2156. Murray City, Kentucky
2157. Newport City, Kentucky

I-22

2158. Ohio County, Kentucky
2159. Owen County, Kentucky
2160. Paducah City, Kentucky
2161. Pendleton County, Kentucky
2162. Perry County, Kentucky
2163. Powell County, Kentucky
2164. Radcliff City, Kentucky
2165. Rockcastle County, Kentucky
2166. Rowan County, Kentucky
2167. Russell County, Kentucky
2168. Shelbyville City, Kentucky
2169. Shepherdsville City, Kentucky
2170. Shively City, Kentucky
2171. Simpson County, Kentucky
2172. Somerset City, Kentucky
2173. Spencer County, Kentucky
2174. St. Matthews City, Kentucky
2175. Taylor County, Kentucky
2176. Todd County, Kentucky
2177. Trigg County, Kentucky
2178. Union County, Kentucky
2179. Washington County, Kentucky
2180. Wayne County, Kentucky
2181. Webster County, Kentucky
2182. Winchester City, Kentucky
2183. Woodford County, Kentucky
2184. Barren County, Kentucky*
2185. Boone County, Kentucky*
2186. Bowling Green City, Kentucky*
2187. Boyd County, Kentucky*

2188. Boyle County, Kentucky*
2189. Bullitt County, Kentucky*
2190. Calloway County, Kentucky*
2191. Campbell County, Kentucky*
2192. Christian County, Kentucky*
2193. Clark County, Kentucky*
2194. Covington City, Kentucky*
2195. Daviess County, Kentucky*
2196. Elizabethtown City, Kentucky*
2197. Florence City, Kentucky*
2198. Floyd County, Kentucky*
2199. Franklin County, Kentucky*
2200. Georgetown City, Kentucky*
2201. Graves County, Kentucky*
2202. Greenup County, Kentucky*
2203. Hardin County, Kentucky*
2204. Henderson County, Kentucky*
2205. Hopkins County, Kentucky*
2206. Hopkinsville City, Kentucky*
2207. Jessamine County, Kentucky*
2208. Kenton County, Kentucky*
2209. Knox County, Kentucky*
2210. Laurel County, Kentucky*
2211. Lexington-Fayette urban county, Kentucky*
2212. Louisville/Jefferson County metro government, Kentucky*

2213. Madison County, Kentucky*
2214. Marshall County, Kentucky*
2215. McCracken County, Kentucky*
2216. Muhlenberg County, Kentucky*
2217. Nelson County, Kentucky*
2218. Nicholasville City, Kentucky*
2219. Oldham County, Kentucky*
2220. Owensboro City, Kentucky*
2221. Pike County, Kentucky*
2222. Pulaski County, Kentucky*
2223. Richmond City, Kentucky*
2224. Scott County, Kentucky*
2225. Shelby County, Kentucky*
2226. Warren County, Kentucky*
2227. Whitley County, Kentucky*
2228. Auburn City, Maine
2229. Augusta City, Maine
2230. Biddeford City, Maine
2231. Brunswick town, Maine
2232. Falmouth town, Maine
2233. Gorham town, Maine
2234. Kennebunk town, Maine
2235. Orono town, Maine
2236. Piscataquis County, Maine
2237. Saco City, Maine
2238. Sanford City, Maine
2239. Scarborough town, Maine
2240. South Portland City, Maine
2241. Standish town, Maine
2242. Waterville City, Maine
2243. Wells town, Maine
2244. Westbrook City, Maine
2245. Windham town, Maine
2246. York town, Maine

2247. Androscoggin County, Maine*

2248. Aroostook County, Maine*

2249. Bangor City, Maine*

2250. Cumberland County, Maine*

2251. Franklin County, Maine*

2252. Hancock County, Maine*

2253. Kennebec County, Maine*

2254. Knox County, Maine*

2255. Lewiston City, Maine*

2256. Lincoln County, Maine*

2257. Oxford County, Maine*

2258. Penobscot County, Maine*

2259. Portland City, Maine*

2260. Sagadahoc County, Maine*

2261. Somerset County, Maine*

2262. Waldo County, Maine*

2263. Washington County, Maine*

2264. York County, Maine*

2265. Aberdeen City, Maryland

2266. Bel Air town, Maryland

2267. Cambridge City, Maryland

2268. Cumberland City, Maryland

2269. Easton town, Maryland

2270. Elkton town, Maryland

2271. Garrett County, Maryland

2272. Greenbelt City, Maryland

2273. Havre de Grace City, Maryland

2274. Hyattsville City, Maryland

2275. Kent County, Maryland

2276. Laurel City, Maryland

2277. New Carrollton City, Maryland

2278. Somerset County, Maryland

2279. Takoma Park City, Maryland

2280. Westminster City, Maryland

2281. Allegany County, Maryland*

2282. Annapolis City, Maryland*

2283. Anne Arundel County, Maryland*

2284. Baltimore City, Maryland*

2285. Baltimore County, Maryland*

2286. Bowie City, Maryland*

2287. Calvert County, Maryland*

2288. Caroline County, Maryland*

2289. Carroll County, Maryland*

2290. Cecil County, Maryland*

2291. Charles County, Maryland*

2292. College Park City, Maryland*

2293. Dorchester County, Maryland*

2294. Frederick City, Maryland*

2295. Frederick County, Maryland*

2296. Gaithersburg City, Maryland*

2297. Hagerstown City, Maryland*

2298. Harford County, Maryland*

2299. Howard County, Maryland*

2300. Montgomery County, Maryland*

2301. Prince George's County, Maryland*

2302. Queen Anne's County, Maryland*

2303. Rockville City, Maryland*

2304. Salisbury City, Maryland*

2305. St. Mary's County, Maryland*

2306. Talbot County, Maryland*

2307. Washington County, Maryland*

2308. Wicomico County, Maryland*

2309. Worcester County, Maryland*

2310. Abington town, Massachusetts

2311. Acton town, Massachusetts

2312. Acushnet town, Massachusetts

2313. Agawam Town City, Massachusetts

2314. Amesbury Town City, Massachusetts

2315. Ashland town, Massachusetts

2316. Athol town, Massachusetts

2317. Auburn town, Massachusetts

2318. Bedford town, Massachusetts

2319. Belchertown town, Massachusetts

2320. Bellingham town, Massachusetts

2321. Belmont town, Massachusetts

2322. Bourne town, Massachusetts

2323. Bridgewater Town City, Massachusetts

2324. Burlington town, Massachusetts

2325. Canton town, Massachusetts

2326. Carver town, Massachusetts

2327. Charlton town, Massachusetts

2328. Clinton town, Massachusetts

2329. Concord town, Massachusetts

2330. Danvers town, Massachusetts
2331. Dedham town, Massachusetts
2332. Dennis town, Massachusetts
2333. Dudley town, Massachusetts
2334. Dukes County, Massachusetts
2335. Duxbury town, Massachusetts
2336. East Bridgewater town, Massachusetts
2337. East Longmeadow town, Massachusetts
2338. Easthampton Town City, Massachusetts
2339. Easton town, Massachusetts
2340. Fairhaven town, Massachusetts
2341. Foxborough town, Massachusetts
2342. Gardner City, Massachusetts
2343. Grafton town, Massachusetts
2344. Greenfield Town City, Massachusetts
2345. Groton town, Massachusetts
2346. Hanover town, Massachusetts
2347. Hanson town, Massachusetts
2348. Harwich town, Massachusetts
2349. Hingham town, Massachusetts
2350. Holbrook town, Massachusetts
2351. Holden town, Massachusetts
2352. Holliston town, Massachusetts
2353. Hopkinton town, Massachusetts
2354. Hudson town, Massachusetts
2355. Hull town, Massachusetts
2356. Ipswich town, Massachusetts
2357. Kingston town, Massachusetts
2358. Lakeville town, Massachusetts
2359. Leicester town, Massachusetts
2360. Littleton town, Massachusetts
2361. Longmeadow town, Massachusetts
2362. Ludlow town, Massachusetts
2363. Lunenburg town, Massachusetts
2364. Lynnfield town, Massachusetts
2365. Mansfield town, Massachusetts
2366. Marblehead town, Massachusetts
2367. Marshfield town, Massachusetts
2368. Mashpee town, Massachusetts
2369. Maynard town, Massachusetts
2370. Medfield town, Massachusetts
2371. Medway town, Massachusetts
2372. Melrose City, Massachusetts
2373. Middleborough town, Massachusetts
2374. Middleton town, Massachusetts
2375. Milford town, Massachusetts
2376. Millbury town, Massachusetts
2377. Milton town, Massachusetts
2378. Nantucket Town / Nantucket County, Massachusetts
2379. Newburyport City, Massachusetts
2380. Norfolk town, Massachusetts
2381. North Adams City, Massachusetts
2382. North Attleborough town, Massachusetts
2383. North Reading town, Massachusetts
2384. Northampton City, Massachusetts
2385. Northborough town, Massachusetts
2386. Northbridge town, Massachusetts
2387. Norton town, Massachusetts
2388. Norwell town, Massachusetts
2389. Norwood town, Massachusetts
2390. Oxford town, Massachusetts
2391. Palmer Town City, Massachusetts
2392. Pembroke town, Massachusetts
2393. Pepperell town, Massachusetts
2394. Raynham town, Massachusetts
2395. Reading town, Massachusetts
2396. Rehoboth town, Massachusetts
2397. Rockland town, Massachusetts
2398. Sandwich town, Massachusetts
2399. Saugus town, Massachusetts
2400. Scituate town, Massachusetts
2401. Seekonk town, Massachusetts
2402. Sharon town, Massachusetts
2403. Somerset town, Massachusetts
2404. South Hadley town, Massachusetts

2405. Southborough town, Massachusetts

2406. Southbridge Town City, Massachusetts

2407. Spencer town, Massachusetts

2408. Stoneham town, Massachusetts

2409. Stoughton town, Massachusetts

2410. Sudbury town, Massachusetts

2411. Swampscott town, Massachusetts

2412. Swansea town, Massachusetts

2413. Tyngsborough town, Massachusetts

2414. Uxbridge town, Massachusetts

2415. Wakefield town, Massachusetts

2416. Walpole town, Massachusetts

2417. Wareham town, Massachusetts

2418. Wayland town, Massachusetts

2419. Webster town, Massachusetts

2420. Wellesley town, Massachusetts

2421. West Springfield Town City, Massachusetts

2422. Westborough town, Massachusetts

2423. Westford town, Massachusetts

2424. Weston town, Massachusetts

2425. Westport town, Massachusetts

2426. Westwood town, Massachusetts

2427. Whitman town, Massachusetts

2428. Wilbraham town, Massachusetts

2429. Wilmington town, Massachusetts

2430. Winchendon town, Massachusetts

2431. Winchester town, Massachusetts

2432. Winthrop Town City, Massachusetts

2433. Wrentham town, Massachusetts

2434. Yarmouth town, Massachusetts

2435. Amherst town, Massachusetts*

2436. Andover town, Massachusetts*

2437. Arlington town, Massachusetts*

2438. Attleboro City, Massachusetts*

2439. Barnstable County, Massachusetts*

2440. Barnstable Town City, Massachusetts*

2441. Beverly City, Massachusetts*

2442. Billerica town, Massachusetts*

2443. Boston City, Massachusetts*

2444. Braintree Town City, Massachusetts*

2445. Bristol County, Massachusetts*

2446. Brockton City, Massachusetts*

2447. Brookline town, Massachusetts*

2448. Cambridge City, Massachusetts*

2449. Chelmsford town, Massachusetts*

2450. Chelsea City, Massachusetts*

2451. Chicopee City, Massachusetts*

2452. Dartmouth town, Massachusetts*

2453. Dracut town, Massachusetts*

2454. Everett City, Massachusetts*

2455. Fall River City, Massachusetts*

2456. Falmouth town, Massachusetts*

2457. Fitchburg City, Massachusetts*

2458. Framingham City, Massachusetts*

2459. Franklin Town City, Massachusetts*

2460. Gloucester City, Massachusetts*

2461. Haverhill City, Massachusetts*

2462. Holyoke City, Massachusetts*

2463. Lawrence City, Massachusetts*

2464. Leominster City, Massachusetts*

2465. Lexington town, Massachusetts*

2466. Lowell City, Massachusetts*

2467. Lynn City, Massachusetts*

2468. Malden City, Massachusetts*

2469. Marlborough City, Massachusetts*

2470. Medford City, Massachusetts*

2471. Methuen Town City, Massachusetts*

2472. Natick town, Massachusetts*

2473. Needham town, Massachusetts*

2474. New Bedford City, Massachusetts*

2475. Newton City, Massachusetts*

2476. Norfolk County, Massachusetts*

2477. North Andover town, Massachusetts*

2478. Peabody City, Massachusetts*

2479. Pittsfield City, Massachusetts*

2480. Plymouth County, Massachusetts*

2481. Plymouth town, Massachusetts*

2482. Quincy City, Massachusetts*

2483. Randolph Town City, Massachusetts*

2484. Revere City, Massachusetts*

2485. Salem City, Massachusetts*

2486. Shrewsbury town, Massachusetts*

2487. Somerville City, Massachusetts*

2488. Springfield City, Massachusetts*

2489. Taunton City, Massachusetts*

2490. Tewksbury town, Massachusetts*

2491. Waltham City, Massachusetts*

2492. Watertown Town City, Massachusetts*

2493. Westfield City, Massachusetts*

2494. Weymouth Town City, Massachusetts*

2495. Woburn City, Massachusetts*

2496. Worcester City, Massachusetts*

2497. Ada township, Michigan

2498. Adrian City, Michigan

2499. Alcona County, Michigan

2500. Algoma township, Michigan

2501. Allen Park City, Michigan

2502. Allendale charter township, Michigan

2503. Alpena County, Michigan

2504. Alpine township, Michigan

2505. Antrim County, Michigan

2506. Antwerp township, Michigan

2507. Arenac County, Michigan

2508. Auburn Hills City, Michigan

2509. Bangor charter township, Michigan

2510. Bath charter township, Michigan

2511. Benton charter township, Michigan

2512. Benzie County, Michigan

2513. Berkley City, Michigan

2514. Beverly Hills village, Michigan

2515. Big Rapids City, Michigan

2516. Birmingham City, Michigan

2517. Blackman charter township, Michigan

2518. Brandon charter township, Michigan

2519. Brighton township, Michigan

2520. Burton City, Michigan

2521. Byron township, Michigan

2522. Cadillac City, Michigan

2523. Caledonia township, Michigan

2524. Cannon township, Michigan

2525. Cascade charter township, Michigan

2526. Charlevoix County, Michigan

2527. Cheboygan County, Michigan

2528. Clawson City, Michigan

2529. Coldwater City, Michigan

2530. Comstock charter township, Michigan

2531. Cooper charter township, Michigan

2532. Crawford County, Michigan

2533. Davison township, Michigan

2534. Delhi charter township, Michigan

2535. DeWitt charter township, Michigan

2536. Dickinson County, Michigan

2537. East Bay township, Michigan

2538. East Grand Rapids City, Michigan

2539. Egelston township, Michigan

2540. Emmett charter township, Michigan

2541. Escanaba City, Michigan

2542. Farmington City, Michigan

2543. Fenton charter township, Michigan

2544. Fenton City, Michigan

2545. Ferndale City, Michigan

2546. Flat Rock City, Michigan

2547. Flushing charter township, Michigan

2548. Fort Gratiot charter township, Michigan

2549. Fraser City, Michigan

2550. Frenchtown township, Michigan

2551. Fruitport charter township, Michigan

2552. Gaines charter township, Michigan

2553. Garden City City, Michigan

2554. Garfield charter township, Michigan

2555. Genesee charter township, Michigan

2556. Genoa township, Michigan

2557. Gladwin County, Michigan

2558. Gogebic County, Michigan

2559. Grand Haven charter township, Michigan

I-27

2560. Grand Haven City, Michigan
2561. Grand Rapids charter township, Michigan
2562. Grandville City, Michigan
2563. Green Oak township, Michigan
2564. Grosse Ile township, Michigan
2565. Grosse Pointe Park City, Michigan
2566. Grosse Pointe Woods City, Michigan
2567. Hamburg township, Michigan
2568. Hamtramck City, Michigan
2569. Harper Woods City, Michigan
2570. Harrison charter township, Michigan
2571. Hartland township, Michigan
2572. Hazel Park City, Michigan
2573. Highland charter township, Michigan
2574. Highland Park City, Michigan
2575. Holly township, Michigan
2576. Huron charter township, Michigan
2577. Inkster City, Michigan
2578. Ionia City, Michigan
2579. Iosco County, Michigan
2580. Iron County, Michigan
2581. Kalamazoo charter township, Michigan
2582. Kalkaska County, Michigan
2583. Lake County, Michigan
2584. Leelanau County, Michigan
2585. Lenox township, Michigan
2586. Leoni township, Michigan
2587. Lincoln charter township, Michigan

2588. Lyon charter township, Michigan
2589. Mackinac County, Michigan
2590. Madison Heights City, Michigan
2591. Manistee County, Michigan
2592. Marion township, Michigan
2593. Marquette City, Michigan
2594. Mason County, Michigan
2595. Melvindale City, Michigan
2596. Menominee County, Michigan
2597. Milford charter township, Michigan
2598. Missaukee County, Michigan
2599. Monitor charter township, Michigan
2600. Monroe charter township, Michigan
2601. Monroe City, Michigan
2602. Mount Clemens City, Michigan
2603. Mount Morris township, Michigan
2604. Mount Pleasant City, Michigan
2605. Mundy township, Michigan
2606. Muskegon charter township, Michigan
2607. Muskegon Heights City, Michigan
2608. New Baltimore City, Michigan
2609. Niles City, Michigan
2610. Niles township, Michigan
2611. Northville township, Michigan
2612. Norton Shores City, Michigan
2613. Oak Park City, Michigan
2614. Oakland charter township, Michigan

2615. Oceana County, Michigan
2616. Oceola township, Michigan
2617. Ogemaw County, Michigan
2618. Osceola County, Michigan
2619. Oshtemo charter township, Michigan
2620. Otsego County, Michigan
2621. Owosso City, Michigan
2622. Oxford charter township, Michigan
2623. Park township, Michigan
2624. Plymouth charter township, Michigan
2625. Port Huron charter township, Michigan
2626. Port Huron City, Michigan
2627. Presque Isle County, Michigan
2628. Riverview City, Michigan
2629. Rochester City, Michigan
2630. Romulus City, Michigan
2631. Roscommon County, Michigan
2632. Sault Ste. Marie City, Michigan
2633. Scio township, Michigan
2634. South Lyon City, Michigan
2635. Southfield township, Michigan
2636. Southgate City, Michigan
2637. Spring Lake township, Michigan
2638. Springfield charter township, Michigan
2639. Sturgis City, Michigan
2640. Summit township, Michigan
2641. Superior charter township, Michigan
2642. Texas charter township, Michigan

2643. Thomas township, Michigan

2644. Traverse City City, Michigan

2645. Trenton City, Michigan

2646. Tyrone township, Michigan

2647. Union charter township, Michigan

2648. Van Buren charter township, Michigan

2649. Vienna charter township, Michigan

2650. Walker City, Michigan

2651. Washington township, Michigan*

2652. Wayne City, Michigan

2653. Wixom City, Michigan

2654. Woodhaven City, Michigan

2655. Wyandotte City, Michigan

2656. Ypsilanti City, Michigan

2657. Zeeland charter township, Michigan

2658. Allegan County, Michigan*

2659. Ann Arbor City, Michigan*

2660. Barry County, Michigan*

2661. Battle Creek City, Michigan*

2662. Bay City City, Michigan*

2663. Bay County, Michigan*

2664. Bedford township, Michigan*

2665. Berrien County, Michigan*

2666. Bloomfield charter township, Michigan*

2667. Branch County, Michigan*

2668. Brownstown charter township, Michigan*

2669. Calhoun County, Michigan*

2670. Canton charter township, Michigan*

2671. Cass County, Michigan*

2672. Chesterfield township, Michigan*

2673. Chippewa County, Michigan*

2674. Clare County, Michigan*

2675. Clinton charter township, Michigan*

2676. Clinton County, Michigan*

2677. Commerce charter township, Michigan*

2678. Dearborn City, Michigan*

2679. Dearborn Heights City, Michigan*

2680. Delta charter township, Michigan*

2681. Delta County, Michigan*

2682. Detroit City, Michigan*

2683. East Lansing City, Michigan*

2684. Eastpointe City, Michigan*

2685. Eaton County, Michigan*

2686. Emmet County, Michigan*

2687. Farmington Hills City, Michigan*

2688. Flint charter township, Michigan*

2689. Flint City, Michigan*

2690. Genesee County, Michigan*

2691. Georgetown charter township, Michigan*

2692. Grand Blanc charter township, Michigan*

2693. Grand Rapids City, Michigan*

2694. Grand Traverse County, Michigan*

2695. Gratiot County, Michigan*

2696. Hillsdale County, Michigan*

2697. Holland charter township, Michigan*

2698. Holland City, Michigan*

2699. Houghton County, Michigan*

2700. Huron County, Michigan*

2701. Independence charter township, Michigan*

2702. Ingham County, Michigan*

2703. Ionia County, Michigan*

2704. Isabella County, Michigan*

2705. Jackson City, Michigan*

2706. Jackson County, Michigan*

2707. Kalamazoo City, Michigan*

2708. Kalamazoo County, Michigan*

2709. Kent County, Michigan*

2710. Kentwood City, Michigan*

2711. Lansing City, Michigan*

2712. Lapeer County, Michigan*

2713. Lenawee County, Michigan*

2714. Lincoln Park City, Michigan*

2715. Livingston County, Michigan*

2716. Livonia City, Michigan*

2717. Macomb County, Michigan*

2718. Macomb township, Michigan*

2719. Marquette County, Michigan*

2720. Mecosta County, Michigan*

2721. Meridian charter township, Michigan*

2722. Midland City, Michigan*

2723. Midland County, Michigan*

2724. Monroe County, Michigan*

2725. Montcalm County, Michigan*

2726. Muskegon City, Michigan*

2727. Muskegon County, Michigan*
2728. Newaygo County, Michigan*
2729. Novi City, Michigan*
2730. Oakland County, Michigan*
2731. Orion charter township, Michigan*
2732. Ottawa County, Michigan*
2733. Pittsfield charter township, Michigan*
2734. Plainfield charter township, Michigan*
2735. Pontiac City, Michigan*
2736. Portage City, Michigan*
2737. Redford charter township, Michigan*
2738. Rochester Hills City, Michigan*
2739. Roseville City, Michigan*
2740. Royal Oak City, Michigan*
2741. Saginaw charter township, Michigan*
2742. Saginaw City, Michigan*
2743. Saginaw County, Michigan*
2744. Sanilac County, Michigan*
2745. Shelby charter township, Michigan*
2746. Shiawassee County, Michigan*
2747. Southfield City, Michigan*
2748. St. Clair County, Michigan*
2749. St. Clair Shores City, Michigan*
2750. St. Joseph County, Michigan*
2751. Sterling Heights City, Michigan*
2752. Taylor City, Michigan*
2753. Troy City, Michigan*
2754. Tuscola County, Michigan*

2755. Van Buren County, Michigan*
2756. Warren City, Michigan*
2757. Washtenaw County, Michigan*
2758. Waterford charter township, Michigan*
2759. Wayne County, Michigan*
2760. West Bloomfield charter township, Michigan*
2761. Westland City, Michigan*
2762. Wexford County, Michigan*
2763. White Lake charter township, Michigan*
2764. Wyoming City, Michigan*
2765. Ypsilanti charter township, Michigan*
2766. Aitkin County, Minnesota
2767. Albert Lea City, Minnesota
2768. Alexandria City, Minnesota
2769. Anoka City, Minnesota
2770. Arden Hills City, Minnesota
2771. Austin City, Minnesota
2772. Bemidji City, Minnesota
2773. Big Lake City, Minnesota
2774. Brainerd City, Minnesota
2775. Brown County, Minnesota
2776. Buffalo City, Minnesota
2777. Cass County, Minnesota
2778. Champlin City, Minnesota
2779. Chanhassen City, Minnesota
2780. Chaska City, Minnesota
2781. Chippewa County, Minnesota
2782. Cloquet City, Minnesota
2783. Columbia Heights City, Minnesota

2784. Cottonwood County, Minnesota
2785. Crystal City, Minnesota
2786. Dodge County, Minnesota
2787. East Bethel City, Minnesota
2788. Elk River City, Minnesota
2789. Fairmont City, Minnesota
2790. Faribault City, Minnesota
2791. Faribault County, Minnesota
2792. Farmington City, Minnesota
2793. Fergus Falls City, Minnesota
2794. Fillmore County, Minnesota
2795. Forest Lake City, Minnesota
2796. Fridley City, Minnesota
2797. Golden Valley City, Minnesota
2798. Grand Rapids City, Minnesota
2799. Ham Lake City, Minnesota
2800. Hastings City, Minnesota
2801. Hibbing City, Minnesota
2802. Hopkins City, Minnesota
2803. Houston County, Minnesota
2804. Hubbard County, Minnesota
2805. Hugo City, Minnesota
2806. Hutchinson City, Minnesota
2807. Kanabec County, Minnesota
2808. Koochiching County, Minnesota
2809. Lake County, Minnesota
2810. Le Sueur County, Minnesota
2811. Lino Lakes City, Minnesota

I-30

2812. Little Canada City, Minnesota
2813. Lyon County, Minnesota
2814. Marshall City, Minnesota
2815. Martin County, Minnesota
2816. Meeker County, Minnesota
2817. Mendota Heights City, Minnesota
2818. Mille Lacs County, Minnesota
2819. Monticello City, Minnesota
2820. Mounds View City, Minnesota
2821. New Brighton City, Minnesota
2822. New Hope City, Minnesota
2823. New Ulm City, Minnesota
2824. Nobles County, Minnesota
2825. North Branch City, Minnesota
2826. North Mankato City, Minnesota
2827. North St. Paul City, Minnesota
2828. Northfield City, Minnesota
2829. Oakdale City, Minnesota
2830. Otsego City, Minnesota
2831. Owatonna City, Minnesota
2832. Pennington County, Minnesota
2833. Pine County, Minnesota
2834. Pope County, Minnesota
2835. Prior Lake City, Minnesota
2836. Ramsey City, Minnesota
2837. Red Wing City, Minnesota
2838. Redwood County, Minnesota
2839. Renville County, Minnesota

2840. Robbinsdale City, Minnesota
2841. Rogers City, Minnesota
2842. Roseau County, Minnesota
2843. Rosemount City, Minnesota
2844. Sartell City, Minnesota
2845. Sauk Rapids City, Minnesota
2846. Shoreview City, Minnesota
2847. Sibley County, Minnesota
2848. South St. Paul City, Minnesota
2849. St. Michael City, Minnesota
2850. St. Peter City, Minnesota
2851. Stillwater City, Minnesota
2852. Todd County, Minnesota
2853. Vadnais Heights City, Minnesota
2854. Victoria City, Minnesota
2855. Wabasha County, Minnesota
2856. Waconia City, Minnesota
2857. Wadena County, Minnesota
2858. Waseca County, Minnesota
2859. Watonwan County, Minnesota
2860. West St. Paul City, Minnesota
2861. White Bear Lake City, Minnesota
2862. White Bear township, Minnesota
2863. Willmar City, Minnesota
2864. Winona City, Minnesota
2865. Worthington City, Minnesota
2866. Andover City, Minnesota*
2867. Anoka County, Minnesota*
2868. Apple Valley City, Minnesota*

2869. Becker County, Minnesota*
2870. Beltrami County, Minnesota*
2871. Benton County, Minnesota*
2872. Blaine City, Minnesota*
2873. Bloomington City, Minnesota*
2874. Blue Earth County, Minnesota*
2875. Brooklyn Center City, Minnesota*
2876. Brooklyn Park City, Minnesota*
2877. Burnsville City, Minnesota*
2878. Carlton County, Minnesota*
2879. Carver County, Minnesota*
2880. Chisago County, Minnesota*
2881. Clay County, Minnesota*
2882. Coon Rapids City, Minnesota*
2883. Cottage Grove City, Minnesota*
2884. Crow Wing County, Minnesota*
2885. Dakota County, Minnesota*
2886. Douglas County, Minnesota*
2887. Duluth City, Minnesota*
2888. Eagan City, Minnesota*
2889. Eden Prairie City, Minnesota*
2890. Edina City, Minnesota*
2891. Freeborn County, Minnesota*
2892. Goodhue County, Minnesota*
2893. Hennepin County, Minnesota*
2894. Inver Grove Heights City, Minnesota*
2895. Isanti County, Minnesota*

2896. Itasca County, Minnesota*

2897. Kandiyohi County, Minnesota*

2898. Lakeville City, Minnesota*

2899. Mankato City, Minnesota*

2900. Maple Grove City, Minnesota*

2901. Maplewood City, Minnesota*

2902. McLeod County, Minnesota*

2903. Minneapolis City, Minnesota*

2904. Minnetonka City, Minnesota*

2905. Moorhead City, Minnesota*

2906. Morrison County, Minnesota*

2907. Mower County, Minnesota*

2908. Nicollet County, Minnesota*

2909. Olmsted County, Minnesota*

2910. Otter Tail County, Minnesota*

2911. Plymouth City, Minnesota*

2912. Polk County, Minnesota*

2913. Ramsey County, Minnesota*

2914. Rice County, Minnesota*

2915. Richfield City, Minnesota*

2916. Rochester City, Minnesota*

2917. Roseville City, Minnesota*

2918. Savage City, Minnesota*

2919. Scott County, Minnesota*

2920. Shakopee City, Minnesota*

2921. Sherburne County, Minnesota*

2922. St. Cloud City, Minnesota*

2923. St. Louis County, Minnesota*

2924. St. Louis Park City, Minnesota*

2925. St. Paul City, Minnesota*

2926. Stearns County, Minnesota*

2927. Steele County, Minnesota*

2928. Washington County, Minnesota*

2929. Winona County, Minnesota*

2930. Woodbury City, Minnesota*

2931. Wright County, Minnesota*

2932. Amite County, Mississippi

2933. Attala County, Mississippi

2934. Bay St. Louis City, Mississippi

2935. Brandon City, Mississippi

2936. Brookhaven City, Mississippi

2937. Byram City, Mississippi

2938. Calhoun County, Mississippi

2939. Canton City, Mississippi

2940. Chickasaw County, Mississippi

2941. Clarke County, Mississippi

2942. Clarksdale City, Mississippi

2943. Clay County, Mississippi

2944. Cleveland City, Mississippi

2945. Clinton City, Mississippi

2946. Coahoma County, Mississippi

2947. Columbus City, Mississippi

2948. Copiah County, Mississippi

2949. Corinth City, Mississippi

2950. Covington County, Mississippi

2951. D'Iberville City, Mississippi

2952. Gautier City, Mississippi

2953. George County, Mississippi

2954. Greene County, Mississippi

2955. Greenville City, Mississippi

2956. Greenwood City, Mississippi

2957. Grenada City, Mississippi

2958. Grenada County, Mississippi

2959. Hernando City, Mississippi

2960. Holmes County, Mississippi

2961. Horn Lake City, Mississippi

2962. Itawamba County, Mississippi

2963. Jasper County, Mississippi

2964. Jefferson Davis County, Mississippi

2965. Laurel City, Mississippi

2966. Lawrence County, Mississippi

2967. Leake County, Mississippi

2968. Leflore County, Mississippi

2969. Long Beach City, Mississippi

2970. Madison City, Mississippi

2971. Marion County, Mississippi

2972. McComb City, Mississippi

2973. Moss Point City, Mississippi

2974. Natchez City, Mississippi

2975. Neshoba County, Mississippi

2976. Newton County, Mississippi
2977. Noxubee County, Mississippi
2978. Ocean Springs City, Mississippi
2979. Oxford City, Mississippi
2980. Pascagoula City, Mississippi
2981. Pearl City, Mississippi
2982. Perry County, Mississippi
2983. Petal City, Mississippi
2984. Picayune City, Mississippi
2985. Prentiss County, Mississippi
2986. Ridgeland City, Mississippi
2987. Scott County, Mississippi
2988. Simpson County, Mississippi
2989. Smith County, Mississippi
2990. Starkville City, Mississippi
2991. Stone County, Mississippi
2992. Sunflower County, Mississippi
2993. Tallahatchie County, Mississippi
2994. Tate County, Mississippi
2995. Tippah County, Mississippi
2996. Tishomingo County, Mississippi
2997. Union County, Mississippi
2998. Vicksburg City, Mississippi
2999. Walthall County, Mississippi
3000. Wayne County, Mississippi
3001. West Point City, Mississippi
3002. Winston County, Mississippi

3003. Yalobusha County, Mississippi
3004. Yazoo City City, Mississippi
3005. Yazoo County, Mississippi
3006. Adams County, Mississippi*
3007. Alcorn County, Mississippi*
3008. Biloxi City, Mississippi*
3009. Bolivar County, Mississippi*
3010. DeSoto County, Mississippi*
3011. Forrest County, Mississippi*
3012. Gulfport City, Mississippi*
3013. Hancock County, Mississippi*
3014. Harrison County, Mississippi*
3015. Hattiesburg City, Mississippi*
3016. Hinds County, Mississippi*
3017. Jackson City, Mississippi*
3018. Jackson County, Mississippi*
3019. Jones County, Mississippi*
3020. Lafayette County, Mississippi*
3021. Lamar County, Mississippi*
3022. Lauderdale County, Mississippi*
3023. Lee County, Mississippi*
3024. Lincoln County, Mississippi*
3025. Lowndes County, Mississippi*
3026. Madison County, Mississippi*
3027. Marshall County, Mississippi*
3028. Meridian City, Mississippi*

3029. Monroe County, Mississippi*
3030. Oktibbeha County, Mississippi*
3031. Olive Branch City, Mississippi*
3032. Panola County, Mississippi*
3033. Pearl River County, Mississippi*
3034. Pike County, Mississippi*
3035. Pontotoc County, Mississippi*
3036. Rankin County, Mississippi*
3037. Southaven City, Mississippi*
3038. Tupelo City, Mississippi*
3039. Warren County, Mississippi*
3040. Washington County, Mississippi*
3041. Adair County, Missouri
3042. Andrew County, Missouri
3043. Arnold City, Missouri
3044. Audrain County, Missouri
3045. Barton County, Missouri
3046. Bates County, Missouri
3047. Bellefontaine Neighbors City, Missouri
3048. Belton City, Missouri
3049. Benton County, Missouri
3050. Bolivar City, Missouri
3051. Bollinger County, Missouri
3052. Branson City, Missouri
3053. Bridgeton City, Missouri
3054. Carthage City, Missouri
3055. Cedar County, Missouri
3056. Clayton City, Missouri
3057. Clinton County, Missouri
3058. Cooper County, Missouri
3059. Crawford County, Missouri

I-33

3060. Crestwood City, Missouri
3061. Creve Coeur City, Missouri
3062. Dallas County, Missouri
3063. Dardenne Prairie City, Missouri
3064. DeKalb County, Missouri
3065. Dent County, Missouri
3066. Douglas County, Missouri
3067. Dunklin County, Missouri
3068. Eureka City, Missouri
3069. Excelsior Springs City, Missouri
3070. Farmington City, Missouri
3071. Ferguson City, Missouri
3072. Festus City, Missouri
3073. Fulton City, Missouri
3074. Gasconade County, Missouri
3075. Gladstone City, Missouri
3076. Grain Valley City, Missouri
3077. Grandview City, Missouri
3078. Hannibal City, Missouri
3079. Harrisonville City, Missouri
3080. Hazelwood City, Missouri
3081. Henry County, Missouri
3082. Howard County, Missouri
3083. Independence township, Missouri
3084. Iron County, Missouri
3085. Jackson City, Missouri
3086. Jennings City, Missouri
3087. Kearney City, Missouri
3088. Kennett City, Missouri
3089. Kirksville City, Missouri
3090. Kirkwood City, Missouri
3091. Lake St. Louis City, Missouri
3092. Lebanon City, Missouri
3093. Liberty township, Missouri

3094. Linn County, Missouri
3095. Livingston County, Missouri
3096. Macon County, Missouri
3097. Madison County, Missouri
3098. Manchester City, Missouri
3099. Marion County, Missouri
3100. Marshall City, Missouri
3101. Maryland Heights City, Missouri
3102. Maryville City, Missouri
3103. McDonald County, Missouri
3104. Mexico City, Missouri
3105. Miller County, Missouri
3106. Mississippi County, Missouri
3107. Moberly City, Missouri
3108. Moniteau County, Missouri
3109. Montgomery County, Missouri
3110. Morgan County, Missouri
3111. Neosho City, Missouri
3112. New Madrid County, Missouri
3113. Nixa City, Missouri
3114. Nodaway County, Missouri
3115. Oregon County, Missouri
3116. Osage County, Missouri
3117. Overland City, Missouri
3118. Ozark City, Missouri
3119. Pemiscot County, Missouri
3120. Perry County, Missouri
3121. Pike County, Missouri
3122. Polk township, Missouri
3123. Poplar Bluff City, Missouri
3124. Ralls County, Missouri
3125. Randolph County, Missouri
3126. Ray County, Missouri
3127. Raymore City, Missouri
3128. Raytown City, Missouri

3129. Republic City, Missouri
3130. Ripley County, Missouri
3131. Rolla City, Missouri
3132. Saline County, Missouri
3133. Sedalia City, Missouri
3134. Sikeston City, Missouri
3135. Smithville City, Missouri
3136. St. Ann City, Missouri
3137. Ste. Genevieve County, Missouri
3138. Stoddard County, Missouri
3139. Texas County, Missouri
3140. Town and Country City, Missouri
3141. Troy City, Missouri
3142. Union City, Missouri
3143. Vernon County, Missouri
3144. Warrensburg City, Missouri
3145. Washington City, Missouri
3146. Washington County, Missouri
3147. Wayne County, Missouri
3148. Webb City City, Missouri
3149. Webster Groves City, Missouri
3150. West Plains City, Missouri
3151. Wright County, Missouri
3152. Ballwin City, Missouri*
3153. Barry County, Missouri*
3154. Blue Springs City, Missouri*
3155. Boone County, Missouri*
3156. Buchanan County, Missouri*
3157. Butler County, Missouri*
3158. Callaway County, Missouri*
3159. Camden County, Missouri*
3160. Cape Girardeau City, Missouri*

I-34

3161. Cape Girardeau County, Missouri*
3162. Cass County, Missouri*
3163. Chesterfield City, Missouri*
3164. Christian County, Missouri*
3165. Clay County, Missouri*
3166. Cole County, Missouri*
3167. Columbia City, Missouri*
3168. Florissant City, Missouri*
3169. Franklin County, Missouri*
3170. Greene County, Missouri*
3171. Howell County, Missouri*
3172. Independence City, Missouri*
3173. Jackson County, Missouri*
3174. Jasper County, Missouri*
3175. Jefferson City City, Missouri*
3176. Jefferson County, Missouri*
3177. Johnson County, Missouri*
3178. Joplin City, Missouri*
3179. Kansas City City, Missouri*
3180. Laclede County, Missouri*
3181. Lafayette County, Missouri*
3182. Lawrence County, Missouri*
3183. Lee's Summit City, Missouri*
3184. Liberty City, Missouri*
3185. Lincoln County, Missouri*
3186. Newton County, Missouri*
3187. O'Fallon City, Missouri*
3188. Pettis County, Missouri*
3189. Phelps County, Missouri*

3190. Platte County, Missouri*
3191. Polk County, Missouri*
3192. Pulaski County, Missouri*
3193. Scott County, Missouri*
3194. Springfield City, Missouri*
3195. St. Charles City, Missouri*
3196. St. Charles County, Missouri*
3197. St. Francois County, Missouri*
3198. St. Joseph City, Missouri*
3199. St. Louis City, Missouri*
3200. St. Louis County, Missouri*
3201. St. Peters City, Missouri*
3202. Stone County, Missouri*
3203. Taney County, Missouri*
3204. University City City, Missouri*
3205. Warren County, Missouri*
3206. Webster County, Missouri*
3207. Wentzville City, Missouri*
3208. Wildwood City, Missouri*
3209. Big Horn County, Montana
3210. Carbon County, Montana
3211. Custer County, Montana
3212. Fergus County, Montana
3213. Glacier County, Montana
3214. Hill County, Montana
3215. Jefferson County, Montana
3216. Kalispell City, Montana
3217. Lincoln County, Montana
3218. Park County, Montana
3219. Richland County, Montana

3220. Roosevelt County, Montana
3221. Sanders County, Montana
3222. Billings City, Montana*
3223. Bozeman City, Montana*
3224. Butte-Silver Bow, Montana*
3225. Cascade County, Montana*
3226. Flathead County, Montana*
3227. Gallatin County, Montana*
3228. Great Falls City, Montana*
3229. Helena City, Montana*
3230. Lake County, Montana*
3231. Lewis and Clark County, Montana*
3232. Missoula City, Montana*
3233. Missoula County, Montana*
3234. Ravalli County, Montana*
3235. Yellowstone County, Montana*
3236. Beatrice City, Nebraska
3237. Box Butte County, Nebraska
3238. Cass County, Nebraska
3239. Colfax County, Nebraska
3240. Columbus City, Nebraska
3241. Custer County, Nebraska
3242. Dakota County, Nebraska
3243. Dawson County, Nebraska
3244. Fremont City, Nebraska
3245. Gage County, Nebraska
3246. Hastings City, Nebraska
3247. Holt County, Nebraska
3248. La Vista City, Nebraska
3249. Lexington City, Nebraska
3250. Norfolk City, Nebraska

I-35

3251. North Platte City, Nebraska
3252. Otoe County, Nebraska
3253. Papillion City, Nebraska
3254. Red Willow County, Nebraska
3255. Saline County, Nebraska
3256. Saunders County, Nebraska
3257. Scottsbluff City, Nebraska
3258. Seward County, Nebraska
3259. South Sioux City City, Nebraska
3260. Washington County, Nebraska
3261. York County, Nebraska
3262. Adams County, Nebraska*
3263. Bellevue City, Nebraska*
3264. Buffalo County, Nebraska*
3265. Dodge County, Nebraska*
3266. Douglas County, Nebraska*
3267. Grand Island City, Nebraska*
3268. Hall County, Nebraska*
3269. Kearney City, Nebraska*
3270. Lancaster County, Nebraska*
3271. Lincoln City, Nebraska*
3272. Lincoln County, Nebraska*
3273. Madison County, Nebraska*
3274. Omaha City, Nebraska*
3275. Platte County, Nebraska*
3276. Sarpy County, Nebraska*
3277. Scotts Bluff County, Nebraska*
3278. Boulder City City, Nevada
3279. Churchill County, Nevada

3280. Elko City, Nevada
3281. Fernley City, Nevada
3282. Humboldt County, Nevada
3283. Mesquite City, Nevada
3284. Carson City, Nevada*
3285. Clark County, Nevada*
3286. Douglas County, Nevada*
3287. Elko County, Nevada*
3288. Henderson City, Nevada*
3289. Las Vegas City, Nevada*
3290. Lyon County, Nevada*
3291. North Las Vegas City, Nevada*
3292. Nye County, Nevada*
3293. Reno City, Nevada*
3294. Sparks City, Nevada*
3295. Washoe County, Nevada*
3296. Amherst town, New Hampshire
3297. Bedford town, New Hampshire
3298. Berlin City, New Hampshire
3299. Claremont City, New Hampshire
3300. Conway town, New Hampshire
3301. Durham town, New Hampshire
3302. Exeter town, New Hampshire
3303. Goffstown town, New Hampshire
3304. Hampton town, New Hampshire
3305. Hanover town, New Hampshire
3306. Hooksett town, New Hampshire
3307. Hudson town, New Hampshire
3308. Keene City, New Hampshire
3309. Laconia City, New Hampshire

3310. Lebanon City, New Hampshire
3311. Londonderry town, New Hampshire
3312. Merrimack town, New Hampshire
3313. Milford town, New Hampshire
3314. Pelham town, New Hampshire
3315. Portsmouth City, New Hampshire
3316. Raymond town, New Hampshire
3317. Salem town, New Hampshire
3318. Somersworth City, New Hampshire
3319. Windham town, New Hampshire
3320. Belknap County, New Hampshire*
3321. Carroll County, New Hampshire*
3322. Cheshire County, New Hampshire*
3323. Concord City, New Hampshire*
3324. Coos County, New Hampshire*
3325. Derry town, New Hampshire*
3326. Dover City, New Hampshire*
3327. Grafton County, New Hampshire*
3328. Hillsborough County, New Hampshire*
3329. Manchester City, New Hampshire*
3330. Merrimack County, New Hampshire*
3331. Nashua City, New Hampshire*
3332. Rochester City, New Hampshire*
3333. Rockingham County, New Hampshire*
3334. Strafford County, New Hampshire*

I-36

3335. Sullivan County, New Hampshire*

3336. Aberdeen township, New Jersey

3337. Asbury Park City, New Jersey

3338. Barnegat township, New Jersey

3339. Beachwood borough, New Jersey

3340. Bellmawr borough, New Jersey

3341. Bergenfield borough, New Jersey

3342. Berkeley Heights township, New Jersey

3343. Bernards township, New Jersey

3344. Bordentown township, New Jersey

3345. Bound Brook borough, New Jersey

3346. Branchburg township, New Jersey

3347. Bridgeton City, New Jersey

3348. Burlington township, New Jersey

3349. Carteret borough, New Jersey

3350. Cedar Grove township, New Jersey

3351. Chatham township, New Jersey

3352. Cinnaminson township, New Jersey

3353. Clark township, New Jersey

3354. Cliffside Park borough, New Jersey

3355. Clinton township, New Jersey

3356. Collingswood borough, New Jersey

3357. Cranford township, New Jersey

3358. Delran township, New Jersey

3359. Denville township, New Jersey

3360. Dover town, New Jersey

3361. Dumont borough, New Jersey

3362. East Greenwich township, New Jersey

3363. East Hanover township, New Jersey

3364. East Windsor township, New Jersey

3365. Eatontown borough, New Jersey

3366. Edgewater borough, New Jersey

3367. Elmwood Park borough, New Jersey

3368. Englewell City, New Jersey

3369. Fairview borough, New Jersey

3370. Florence township, New Jersey

3371. Florham Park borough, New Jersey

3372. Franklin Lakes borough, New Jersey

3373. Franklin township, New Jersey*

3374. Freehold borough, New Jersey

3375. Glassboro borough, New Jersey

3376. Glen Rock borough, New Jersey

3377. Gloucester City City, New Jersey

3378. Guttenberg town, New Jersey

3379. Haddon township, New Jersey

3380. Haddonfield borough, New Jersey

3381. Hammonton town, New Jersey

3382. Hanover township, New Jersey

3383. Harrison town, New Jersey

3384. Harrison township, New Jersey

3385. Hasbrouck Heights borough, New Jersey

3386. Hawthorne borough, New Jersey

3387. Hazlet township, New Jersey

3388. Highland Park borough, New Jersey

3389. Hillsdale borough, New Jersey

3390. Hillside township, New Jersey

3391. Holmdel township, New Jersey

3392. Hopatcong borough, New Jersey

3393. Hopewell township, New Jersey

3394. Jefferson township, New Jersey

3395. Lacey township, New Jersey

3396. Lincoln Park borough, New Jersey

3397. Lindenwold borough, New Jersey

3398. Little Egg Harbor township, New Jersey

3399. Little Falls township, New Jersey

3400. Little Ferry borough, New Jersey

3401. Lodi borough, New Jersey

3402. Lower township, New Jersey

3403. Lumberton township, New Jersey

3404. Lyndhurst township, New Jersey

3405. Madison borough, New Jersey

3406. Mahwah township, New Jersey

3407. Mantua township, New Jersey

3408. Manville borough, New Jersey

3409. Maple Shade township, New Jersey

3410. Maplewood township, New Jersey

3411. Medford township, New Jersey

3412. Metuchen borough, New Jersey

3413. Middle township, New Jersey

3414. Middlesex borough, New Jersey

3415. Millburn township, New Jersey

3416. Millstone township, New Jersey

3417. Millville City, New Jersey

3418. Montgomery township, New Jersey

3419. Montville township, New Jersey

3420. Moorestown township, New Jersey

3421. Morris township, New Jersey

3422. Morristown town, New Jersey

3423. Mount Olive township, New Jersey

3424. Neptune township, New Jersey

3425. New Milford borough, New Jersey

3426. New Providence borough, New Jersey

3427. North Arlington borough, New Jersey

3428. North Plainfield borough, New Jersey

3429. Nutley township, New Jersey

3430. Oakland borough, New Jersey

3431. Ocean City City, New Jersey

3432. Ocean township, New Jersey*

3433. Palisades Park borough, New Jersey

3434. Paramus borough, New Jersey

3435. Pemberton township, New Jersey

3436. Pennsville township, New Jersey

3437. Pequannock township, New Jersey

3438. Phillipsburg town, New Jersey

3439. Pine Hill borough, New Jersey

3440. Plainsboro township, New Jersey

3441. Pleasantville City, New Jersey

3442. Point Pleasant borough, New Jersey

3443. Pompton Lakes borough, New Jersey

3444. Rahway City, New Jersey

3445. Ramsey borough, New Jersey

3446. Randolph township, New Jersey

3447. Raritan township, New Jersey

3448. Readington township, New Jersey

3449. Red Bank borough, New Jersey

3450. Ridgefield borough, New Jersey

3451. Ridgefield Park village, New Jersey

3452. Ridgewood village, New Jersey

3453. Ringwood borough, New Jersey

3454. River Edge borough, New Jersey

3455. Robbinsville township, New Jersey

3456. Rockaway township, New Jersey

3457. Roselle borough, New Jersey

3458. Roselle Park borough, New Jersey

3459. Roxbury township, New Jersey

3460. Rutherford borough, New Jersey

3461. Saddle Brook township, New Jersey

3462. Scotch Plains township, New Jersey

3463. Secaucus town, New Jersey

3464. Somers Point City, New Jersey

3465. Somerville borough, New Jersey

3466. South Orange Village township, New Jersey

3467. South Plainfield borough, New Jersey

3468. South River borough, New Jersey

3469. Southampton township, New Jersey

3470. Sparta township, New Jersey

3471. Springfield township, New Jersey

3472. Stafford township, New Jersey

3473. Summit City, New Jersey

3474. Tenafly borough, New Jersey

3475. Tinton Falls borough, New Jersey

3476. Totowa borough, New Jersey

3477. Upper township, New Jersey

3478. Vernon township, New Jersey

3479. Verona township, New Jersey

3480. Voorhees township, New Jersey

3481. Waldwick borough, New Jersey

3482. Wall township, New Jersey

3483. Wallington borough, New Jersey

3484. Wanaque borough, New Jersey

3485. Wantage township, New Jersey

3486. Warren township, New Jersey

3487. Waterford township, New Jersey

3488. Weehawken township, New Jersey

3489. West Caldwell township, New Jersey

3490. West Deptford township, New Jersey

3491. West Milford township, New Jersey

3492. West Windsor township, New Jersey

3493. Westfield town, New Jersey

3494. Westwood borough, New Jersey

3495. Woodland Park borough, New Jersey

3496. Woolwich township, New Jersey

3497. Wyckoff township, New Jersey

3498. Atlantic City City, New Jersey*

3499. Atlantic County, New Jersey*

3500. Bayonne City, New Jersey*

3501. Belleville township, New Jersey*

3502. Bergen County, New Jersey*

3503. Berkeley township, New Jersey*

3504. Bloomfield township, New Jersey*

3505. Brick township, New Jersey*

3506. Bridgewater township, New Jersey*

3507. Burlington County, New Jersey*

3508. Camden City, New Jersey*

3509. Camden County, New Jersey*

3510. Cape May County, New Jersey*

3511. Cherry Hill township, New Jersey*

3512. City of Orange township, New Jersey*

3513. Clifton City, New Jersey*

3514. Cumberland County, New Jersey*

3515. Deptford township, New Jersey*

3516. East Brunswick township, New Jersey*

3517. East Orange City, New Jersey*

3518. Edison township, New Jersey*

3519. Egg Harbor township, New Jersey*

3520. Elizabeth City, New Jersey*

3521. Essex County, New Jersey*

3522. Evesham township, New Jersey*

3523. Ewing township, New Jersey*

3524. Fair Lawn borough, New Jersey*

3525. Fort Lee borough, New Jersey*

3526. Freehold township, New Jersey*

3527. Galloway township, New Jersey*

3528. Garfield City, New Jersey*

3529. Gloucester County, New Jersey*

3530. Gloucester township, New Jersey*

3531. Hackensack City, New Jersey*

3532. Hamilton township, New Jersey*

3533. Hillsborough township, New Jersey*

3534. Hoboken City, New Jersey*

3535. Howell township, New Jersey*

3536. Hudson County, New Jersey*

3537. Hunterdon County, New Jersey*

3538. Irvington township, New Jersey*

3539. Jackson township, New Jersey*

3540. Jersey City City, New Jersey*

3541. Kearny town, New Jersey*

3542. Lakewood township, New Jersey*

3543. Lawrence township, New Jersey*

3544. Linden City, New Jersey*

3545. Livingston township, New Jersey*

3546. Long Branch City, New Jersey*

3547. Manalapan township, New Jersey*

3548. Manchester township, New Jersey*

3549. Marlboro township, New Jersey*

3550. Mercer County, New Jersey*

3551. Middlesex County, New Jersey*

3552. Middletown township, New Jersey*

3553. Monmouth County, New Jersey*

3554. Monroe township, New Jersey*

3555. Montclair township, New Jersey*

3556. Morris County, New Jersey*

3557. Mount Laurel township, New Jersey*

3558. New Brunswick City, New Jersey*

3559. Newark City, New Jersey*

3560. North Bergen township, New Jersey*

I-39

3561. North Brunswick township, New Jersey*

3562. Ocean County, New Jersey*

3563. Old Bridge township, New Jersey*

3564. Parsippany-Troy Hills township, New Jersey*

3565. Passaic City, New Jersey*

3566. Passaic County, New Jersey*

3567. Paterson City, New Jersey*

3568. Pennsauken township, New Jersey*

3569. Perth Amboy City, New Jersey*

3570. Piscataway township, New Jersey*

3571. Plainfield City, New Jersey*

3572. Princeton, New Jersey*

3573. Salem County, New Jersey*

3574. Sayreville borough, New Jersey*

3575. Somerset County, New Jersey*

3576. South Brunswick township, New Jersey*

3577. Sussex County, New Jersey*

3578. Teaneck township, New Jersey*

3579. Toms River township, New Jersey*

3580. Trenton City, New Jersey*

3581. Union City City, New Jersey*

3582. Union County, New Jersey*

3583. Union township, New Jersey*

3584. Vineland City, New Jersey*

3585. Warren County, New Jersey*

3586. Washington township, New Jersey*

3587. Wayne township, New Jersey*

3588. West New York town, New Jersey*

3589. West Orange township, New Jersey*

3590. Willingboro township, New Jersey*

3591. Winslow township, New Jersey*

3592. Woodbridge township, New Jersey*

3593. Artesia City, New Mexico

3594. Bernalillo town, New Mexico

3595. Carlsbad City, New Mexico

3596. Cibola County, New Mexico

3597. Colfax County, New Mexico

3598. Deming City, New Mexico

3599. Española City, New Mexico

3600. Gallup City, New Mexico

3601. Grant County, New Mexico

3602. Las Vegas City, New Mexico

3603. Lincoln County, New Mexico

3604. Los Alamos County, New Mexico

3605. Los Lunas village, New Mexico

3606. Lovington City, New Mexico

3607. Luna County, New Mexico

3608. Portales City, New Mexico

3609. Roosevelt County, New Mexico

3610. San Miguel County, New Mexico

3611. Sierra County, New Mexico

3612. Socorro County, New Mexico

3613. Sunland Park City, New Mexico

3614. Torrance County, New Mexico

3615. Alamogordo City, New Mexico*

3616. Albuquerque City, New Mexico*

3617. Bernalillo County, New Mexico*

3618. Chaves County, New Mexico*

3619. Clovis City, New Mexico*

3620. Curry County, New Mexico*

3621. Doña Ana County, New Mexico*

3622. Eddy County, New Mexico*

3623. Farmington City, New Mexico*

3624. Hobbs City, New Mexico*

3625. Las Cruces City, New Mexico*

3626. Lea County, New Mexico*

3627. McKinley County, New Mexico*

3628. Otero County, New Mexico*

3629. Rio Arriba County, New Mexico*

3630. Rio Rancho City, New Mexico*

3631. Roswell City, New Mexico*

3632. San Juan County, New Mexico*

3633. Sandoval County, New Mexico*

3634. Santa Fe City, New Mexico*

3635. Santa Fe County, New Mexico*

3636. Taos County, New Mexico*

I-40

3637. Valencia County, New Mexico*

3638. Amsterdam City, New York

3639. Arcadia town, New York

3640. Auburn City, New York

3641. Aurora town, New York

3642. Babylon village, New York

3643. Ballston town, New York

3644. Batavia City, New York

3645. Bath town, New York

3646. Beacon City, New York

3647. Bedford town, New York

3648. Beekman town, New York

3649. Blooming Grove town, New York

3650. New York City / Bronx County / Kings County / New York County / Queens County / Richmond County, New York*

3651. Brunswick town, New York

3652. Camillus town, New York

3653. Canandaigua City, New York

3654. Canandaigua town, New York

3655. Canton town, New York

3656. Catskill town, New York

3657. Chenango town, New York

3658. Chester town, New York

3659. Chili town, New York

3660. Cohoes City, New York

3661. Corning City, New York

3662. Cornwall town, New York

3663. Cortland City, New York

3664. De Witt town, New York

3665. Depew village, New York

3666. Dobbs Ferry village, New York

3667. Dryden town, New York

3668. Dunkirk City, New York

3669. East Fishkill town, New York

3670. East Greenbush town, New York

3671. East Hampton town, New York

3672. Elma town, New York

3673. Elmira City, New York

3674. Endicott village, New York

3675. Evans town, New York

3676. Fallsburg town, New York

3677. Farmington town, New York

3678. Fishkill town, New York

3679. Floral Park village, New York

3680. Fredonia village, New York

3681. Fulton City, New York

3682. Garden City village, New York

3683. Gates town, New York

3684. Geddes town, New York

3685. Geneseo town, New York

3686. Geneva City, New York

3687. German Flatts town, New York

3688. Glen Cove City, New York

3689. Glens Falls City, New York

3690. Glenville town, New York

3691. Gloversville City, New York

3692. Goshen town, New York

3693. Grand Island town, New York

3694. Great Neck village, New York

3695. Halfmoon town, New York

3696. Harrison town, New York

3697. Harrison village, New York

3698. Haverstraw village, New York

3699. Highlands town, New York

3700. Horseheads town, New York

3701. Hyde Park town, New York

3702. Ithaca town, New York

3703. Jamestown City, New York

3704. Johnson City village, New York

3705. Kenmore village, New York

3706. Kent town, New York

3707. Kingsbury town, New York

3708. Kingston City, New York

3709. Kirkland town, New York

3710. Kiryas Joel village, New York

3711. La Grange town, New York

3712. Lackawanna City, New York

3713. Lake Grove village, New York

3714. Lancaster village, New York

3715. Lansing town, New York

3716. Le Ray town, New York

3717. Lewis County, New York

3718. Lewisboro town, New York

3719. Lewiston town, New York

3720. Lindenhurst village, New York

3721. Lloyd town, New York

3722. Lockport City, New York

3723. Lockport town, New York

3724. Lynbrook village, New York
3725. Lysander town, New York
3726. Malone town, New York
3727. Malta town, New York
3728. Mamakating town, New York
3729. Mamaroneck town, New York
3730. Mamaroneck village, New York
3731. Massapequa Park village, New York
3732. Massena town, New York
3733. Massena village, New York
3734. Middletown City, New York
3735. Milton town, New York
3736. Mineola village, New York
3737. Monroe town, New York
3738. Montgomery town, New York
3739. Moreau town, New York
3740. Mount Kisco Village / Mount Kisco Town, New York
3741. New Castle town, New York
3742. New Hartford town, New York
3743. New Paltz town, New York
3744. New Windsor town, New York
3745. Newburgh City, New York
3746. Niskayuna town, New York
3747. North Castle town, New York
3748. North Greenbush town, New York
3749. Ogden town, New York
3750. Ogdensburg City, New York
3751. Olean City, New York

3752. Oneida City, New York
3753. Oneonta City, New York
3754. Onondaga town, New York
3755. Ontario town, New York
3756. Orchard Park town, New York
3757. Ossining village, New York
3758. Oswego City, New York
3759. Owego town, New York
3760. Palm Tree town, New York
3761. Parma town, New York
3762. Patchogue village, New York
3763. Patterson town, New York
3764. Peekskill City, New York
3765. Pelham town, New York
3766. Pittsford town, New York
3767. Plattekill town, New York
3768. Plattsburgh City, New York
3769. Plattsburgh town, New York
3770. Pomfret town, New York
3771. Port Chester village, New York
3772. Potsdam town, New York
3773. Putnam Valley town, New York
3774. Queensbury town, New York
3775. Red Hook town, New York
3776. Rockville Centre village, New York
3777. Rotterdam town, New York
3778. Rye City, New York
3779. Saratoga Springs City, New York
3780. Saugerties town, New York

3781. Scarsdale Village / Scarsdale Town, New York
3782. Schodack town, New York
3783. Schuyler County, New York
3784. Shawangunk town, New York
3785. Sleepy Hollow village, New York
3786. Somers town, New York
3787. Southeast town, New York
3788. Southold town, New York
3789. Stony Point town, New York
3790. Suffern village, New York
3791. Sullivan town, New York
3792. Sweden town, New York
3793. Tarrytown village, New York
3794. Thompson town, New York
3795. Tonawanda City, New York
3796. Ulster town, New York
3797. Van Buren town, New York
3798. Vestal town, New York
3799. Victor town, New York
3800. Wallkill town, New York
3801. Wappinger town, New York
3802. Watertown City, New York
3803. Wawarsing town, New York
3804. West Haverstraw village, New York
3805. Westbury village, New York
3806. Wheatfield town, New York
3807. Whitestown town, New York

3808. Wilton town, New York
3809. Woodbury town, New York
3810. Woodbury village, New York
3811. Yates County, New York
3812. Albany City, New York*
3813. Albany County, New York*
3814. Allegany County, New York*
3815. Amherst town, New York*
3816. Babylon town, New York*
3817. Bethlehem town, New York*
3818. Binghamton City, New York*
3819. Brighton town, New York*
3820. Brookhaven town, New York*
3821. Broome County, New York*
3822. Buffalo City, New York*
3823. Carmel town, New York*
3824. Cattaraugus County, New York*
3825. Cayuga County, New York*
3826. Chautauqua County, New York*
3827. Cheektowaga town, New York*
3828. Chemung County, New York*
3829. Chenango County, New York*
3830. Cicero town, New York*
3831. Clarence town, New York*
3832. Clarkstown town, New York*
3833. Clay town, New York*

3834. Clifton Park town, New York*
3835. Clinton County, New York*
3836. Colonie town, New York*
3837. Columbia County, New York*
3838. Cortland County, New York*
3839. Cortlandt town, New York*
3840. Delaware County, New York*
3841. Dutchess County, New York*
3842. Eastchester town, New York*
3843. Erie County, New York*
3844. Essex County, New York*
3845. Franklin County, New York*
3846. Freeport village, New York*
3847. Fulton County, New York*
3848. Genesee County, New York*
3849. Greece town, New York*
3850. Greenburgh town, New York*
3851. Greene County, New York*
3852. Guilderland town, New York*
3853. Hamburg town, New York*
3854. Haverstraw town, New York*
3855. Hempstead town, New York*
3856. Hempstead village, New York*
3857. Henrietta town, New York*
3858. Herkimer County, New York*
3859. Huntington town, New York*

3860. Irondequoit town, New York*
3861. Islip town, New York*
3862. Ithaca City, New York*
3863. Jefferson County, New York*
3864. Lancaster town, New York*
3865. Livingston County, New York*
3866. Long Beach City, New York*
3867. Madison County, New York*
3868. Manlius town, New York*
3869. Monroe County, New York*
3870. Montgomery County, New York*
3871. Mount Pleasant town, New York*
3872. Mount Vernon City, New York*
3873. Nassau County, New York*
3874. New Rochelle City, New York*
3875. Newburgh town, New York*
3876. Niagara County, New York*
3877. Niagara Falls City, New York*
3878. North Hempstead town, New York*
3879. North Tonawanda City, New York*
3880. Oneida County, New York*
3881. Onondaga County, New York*
3882. Ontario County, New York*
3883. Orange County, New York*
3884. Orangetown town, New York*
3885. Orleans County, New York*

I-43

3886. Ossining town, New York*

3887. Oswego County, New York*

3888. Otsego County, New York*

3889. Oyster Bay town, New York*

3890. Penfield town, New York*

3891. Perinton town, New York*

3892. Poughkeepsie City, New York*

3893. Poughkeepsie town, New York*

3894. Putnam County, New York*

3895. Ramapo town, New York*

3896. Rensselaer County, New York*

3897. Riverhead town, New York*

3898. Rochester City, New York*

3899. Rockland County, New York*

3900. Rome City, New York*

3901. Rye town, New York*

3902. Salina town, New York*

3903. Saratoga County, New York*

3904. Schenectady City, New York*

3905. Schenectady County, New York*

3906. Schoharie County, New York*

3907. Seneca County, New York*

3908. Smithtown town, New York*

3909. Southampton town, New York*

3910. Spring Valley village, New York*

3911. St. Lawrence County, New York*

3912. Steuben County, New York*

3913. Suffolk County, New York*

3914. Sullivan County, New York*

3915. Syracuse City, New York*

3916. Tioga County, New York*

3917. Tompkins County, New York*

3918. Tonawanda town, New York*

3919. Troy City, New York*

3920. Ulster County, New York*

3921. Union town, New York*

3922. Utica City, New York*

3923. Valley Stream village, New York*

3924. Warren County, New York*

3925. Warwick town, New York*

3926. Washington County, New York*

3927. Wayne County, New York*

3928. Webster town, New York*

3929. West Seneca town, New York*

3930. Westchester County, New York*

3931. White Plains City, New York*

3932. Wyoming County, New York*

3933. Yonkers City, New York*

3934. Yorktown town, New York*

3935. Albemarle City, North Carolina

3936. Alleghany County, North Carolina

3937. Anson County, North Carolina

3938. Archdale City, North Carolina

3939. Ashe County, North Carolina

3940. Asheboro City, North Carolina

3941. Avery County, North Carolina

3942. Belmont City, North Carolina

3943. Bertie County, North Carolina

3944. Boone town, North Carolina

3945. Camden County, North Carolina

3946. Carrboro town, North Carolina

3947. Caswell County, North Carolina

3948. Cherokee County, North Carolina

3949. Chowan County, North Carolina

3950. Clay County, North Carolina

3951. Clayton town, North Carolina

3952. Clemmons village, North Carolina

3953. Currituck County, North Carolina

3954. Davidson town, North Carolina

3955. Eden City, North Carolina

3956. Elizabeth City City, North Carolina

3957. Elon town, North Carolina

3958. Gates County, North Carolina

3959. Graham City, North Carolina

3960. Greene County, North Carolina

3961. Harrisburg town, North Carolina

3962. Havelock City, North Carolina

3963. Henderson City, North Carolina

3964. Hendersonville City, North Carolina

3965. Hertford County, North Carolina
3966. Hope Mills town, North Carolina
3967. Kernersville town, North Carolina
3968. Kings Mountain City, North Carolina
3969. Kinston City, North Carolina
3970. Knightdale town, North Carolina
3971. Laurinburg City, North Carolina
3972. Leland town, North Carolina
3973. Lenoir City, North Carolina
3974. Lewisville town, North Carolina
3975. Lexington City, North Carolina
3976. Lincolnton City, North Carolina
3977. Lumberton City, North Carolina
3978. Madison County, North Carolina
3979. Martin County, North Carolina
3980. Mebane City, North Carolina
3981. Mint Hill town, North Carolina
3982. Mitchell County, North Carolina
3983. Montgomery County, North Carolina
3984. Morganton City, North Carolina
3985. Morrisville town, North Carolina
3986. Mount Airy City, North Carolina
3987. Mount Holly City, North Carolina
3988. New Bern City, North Carolina
3989. Newton City, North Carolina
3990. Northampton County, North Carolina
3991. Pamlico County, North Carolina
3992. Perquimans County, North Carolina
3993. Pinehurst village, North Carolina
3994. Polk County, North Carolina
3995. Reidsville City, North Carolina
3996. Roanoke Rapids City, North Carolina
3997. Shelby City, North Carolina
3998. Smithfield town, North Carolina
3999. Southern Pines town, North Carolina
4000. Spring Lake town, North Carolina
4001. Stallings town, North Carolina
4002. Statesville City, North Carolina
4003. Summerfield town, North Carolina
4004. Swain County, North Carolina
4005. Tarboro town, North Carolina
4006. Thomasville City, North Carolina
4007. Warren County, North Carolina
4008. Washington County, North Carolina
4009. Waxhaw town, North Carolina
4010. Waynesville town, North Carolina
4011. Weddington town, North Carolina
4012. Yancey County, North Carolina
4013. Alamance County, North Carolina*
4014. Alexander County, North Carolina*
4015. Apex town, North Carolina*
4016. Asheville City, North Carolina*
4017. Beaufort County, North Carolina*
4018. Bladen County, North Carolina*
4019. Brunswick County, North Carolina*
4020. Buncombe County, North Carolina*
4021. Burke County, North Carolina*
4022. Burlington City, North Carolina*
4023. Cabarrus County, North Carolina*
4024. Caldwell County, North Carolina*
4025. Carteret County, North Carolina*
4026. Cary town, North Carolina*
4027. Catawba County, North Carolina*
4028. Chapel Hill town, North Carolina*
4029. Charlotte City, North Carolina*
4030. Chatham County, North Carolina*
4031. Cleveland County, North Carolina*
4032. Columbus County, North Carolina*
4033. Concord City, North Carolina*
4034. Cornelius town, North Carolina*
4035. Craven County, North Carolina*
4036. Cumberland County, North Carolina*
4037. Dare County, North Carolina*
4038. Davidson County, North Carolina*
4039. Davie County, North Carolina*

4040. Duplin County, North Carolina*

4041. Durham City, North Carolina*

4042. Durham County, North Carolina*

4043. Edgecombe County, North Carolina*

4044. Fayetteville City, North Carolina*

4045. Forsyth County, North Carolina*

4046. Franklin County, North Carolina*

4047. Fuquay-Varina town, North Carolina*

4048. Garner town, North Carolina*

4049. Gaston County, North Carolina*

4050. Gastonia City, North Carolina*

4051. Goldsboro City, North Carolina*

4052. Granville County, North Carolina*

4053. Greensboro City, North Carolina*

4054. Greenville City, North Carolina*

4055. Guilford County, North Carolina*

4056. Halifax County, North Carolina*

4057. Harnett County, North Carolina*

4058. Haywood County, North Carolina*

4059. Henderson County, North Carolina*

4060. Hickory City, North Carolina*

4061. High Point City, North Carolina*

4062. Hoke County, North Carolina*

4063. Holly Springs town, North Carolina*

4064. Huntersville town, North Carolina*

4065. Indian Trail town, North Carolina*

4066. Iredell County, North Carolina*

4067. Jackson County, North Carolina*

4068. Jacksonville City, North Carolina*

4069. Johnston County, North Carolina*

4070. Kannapolis City, North Carolina*

4071. Lee County, North Carolina*

4072. Lenoir County, North Carolina*

4073. Lincoln County, North Carolina*

4074. Macon County, North Carolina*

4075. Matthews town, North Carolina*

4076. McDowell County, North Carolina*

4077. Mecklenburg County, North Carolina*

4078. Monroe City, North Carolina*

4079. Moore County, North Carolina*

4080. Mooresville town, North Carolina*

4081. Nash County, North Carolina*

4082. New Hanover County, North Carolina*

4083. Onslow County, North Carolina*

4084. Orange County, North Carolina*

4085. Pasquotank County, North Carolina*

4086. Pender County, North Carolina*

4087. Person County, North Carolina*

4088. Pitt County, North Carolina*

4089. Raleigh City, North Carolina*

4090. Randolph County, North Carolina*

4091. Richmond County, North Carolina*

4092. Robeson County, North Carolina*

4093. Rockingham County, North Carolina*

4094. Rocky Mount City, North Carolina*

4095. Rowan County, North Carolina*

4096. Rutherford County, North Carolina*

4097. Salisbury City, North Carolina*

4098. Sampson County, North Carolina*

4099. Sanford City, North Carolina*

4100. Scotland County, North Carolina*

4101. Stanly County, North Carolina*

4102. Stokes County, North Carolina*

4103. Surry County, North Carolina*

4104. Transylvania County, North Carolina*

4105. Union County, North Carolina*

4106. Vance County, North Carolina*

4107. Wake County, North Carolina*

4108. Wake Forest town, North Carolina*

4109. Watauga County, North Carolina*

4110. Wayne County, North Carolina*

4111. Wilkes County, North Carolina*

4112. Wilmington City, North Carolina*

4113. Wilson City, North Carolina*

4114. Wilson County, North Carolina*

4115. Winston-Salem City, North Carolina*

4116. Yadkin County, North Carolina*

4117. Barnes County, North Dakota

4118. Dickinson City, North Dakota

4119. Jamestown City, North Dakota

4120. Mandan City, North Dakota

4121. McKenzie County, North Dakota

4122. Mountrail County, North Dakota

4123. Ramsey County, North Dakota

4124. Richland County, North Dakota

4125. Rolette County, North Dakota

4126. Stutsman County, North Dakota

4127. Walsh County, North Dakota

4128. Williston City, North Dakota

4129. Bismarck City, North Dakota*

4130. Burleigh County, North Dakota*

4131. Cass County, North Dakota*

4132. Fargo City, North Dakota*

4133. Grand Forks City, North Dakota*

4134. Grand Forks County, North Dakota*

4135. Minot City, North Dakota*

4136. Morton County, North Dakota*

4137. Stark County, North Dakota*

4138. Ward County, North Dakota*

4139. West Fargo City, North Dakota*

4140. Williams County, North Dakota*

4141. Adams County, Ohio

4142. Alliance City, Ohio

4143. Alliance City, Ohio

4144. American township, Ohio

4145. Amherst City, Ohio

4146. Ashland City, Ohio

4147. Ashtabula City, Ohio

4148. Ashtabula township, Ohio

4149. Athens City, Ohio

4150. Aurora City, Ohio

4151. Avon City, Ohio

4152. Avon Lake City, Ohio

4153. Bainbridge township, Ohio

4154. Barberton City, Ohio

4155. Batavia township, Ohio

4156. Bay Village City, Ohio

4157. Beachwood City, Ohio

4158. Bedford City, Ohio

4159. Bedford Heights City, Ohio

4160. Bellefontaine City, Ohio

4161. Berea City, Ohio

4162. Bethel township, Ohio

4163. Bexley City, Ohio

4164. Blue Ash City, Ohio

4165. Brecksville City, Ohio

4166. Brimfield township, Ohio

4167. Broadview Heights City, Ohio

4168. Brook Park City, Ohio

4169. Brooklyn City, Ohio

4170. Brunswick Hills township, Ohio

4171. Bucyrus City, Ohio

4172. Cambridge City, Ohio

4173. Cambridge township, Ohio

4174. Canfield township, Ohio

4175. Canton township, Ohio

4176. Carroll County, Ohio

4177. Celina City, Ohio

4178. Centerville City, Ohio

4179. Chester township, Ohio

4180. Chillicothe City, Ohio

4181. Chippewa township, Ohio

4182. Circleville City, Ohio

4183. Clayton City, Ohio

4184. Clinton township, Ohio*

4185. Concord township, Ohio*

4186. Conneaut City, Ohio

4187. Copley township, Ohio

4188. Coshocton City, Ohio

4189. Coventry township, Ohio

4190. Defiance City, Ohio

4191. Defiance township, Ohio

4192. Delaware City, Ohio*

4193. Delhi township, Ohio

4194. Dover City, Ohio

4195. Duchouquet township, Ohio

4196. East Cleveland City, Ohio

4197. East Liverpool City, Ohio

4198. Eastlake City, Ohio

4199. Englewood City, Ohio

4200. Etna township, Ohio

4201. Fairfield township, Ohio*

4202. Fairview Park City, Ohio

4203. Falls township, Ohio

4204. Fayette County, Ohio

4205. Forest Park City, Ohio

4206. Fostoria City, Ohio

4207. Fostoria City, Ohio

4208. Franklin City, Ohio

4209. Franklin township, Ohio*

4210. Fremont City, Ohio

4211. Gallia County, Ohio

4212. Garfield Heights City, Ohio

4213. Geneva township, Ohio

4214. Genoa township, Ohio

4215. Goshen township, Ohio*

4216. Granville township, Ohio

4217. Green City, Ohio

4218. Greenville City, Ohio

4219. Greenville township, Ohio

4220. Hamilton township, Ohio*
4221. Harrison City, Ohio
4222. Harrison County, Ohio
4223. Harrison township, Ohio*
4224. Heath City, Ohio
4225. Henry County, Ohio
4226. Hocking County, Ohio
4227. Howland township, Ohio
4228. Hubbard township, Ohio
4229. Hudson City, Ohio
4230. Huron township, Ohio
4231. Ironton City, Ohio
4232. Jefferson township, Ohio*
4233. Kent City, Ohio
4234. Lake township, Ohio*
4235. Lancaster City, Ohio*
4236. Lawrence township, Ohio
4237. Lebanon City, Ohio
4238. Lemon township, Ohio
4239. London City, Ohio
4240. Loveland City, Ohio
4241. Lyndhurst City, Ohio
4242. Macedonia City, Ohio
4243. Mad River township, Ohio
4244. Madison township, Ohio*
4245. Maple Heights City, Ohio
4246. Marietta City, Ohio
4247. Marysville City, Ohio
4248. Maumee City, Ohio
4249. Mayfield Heights City, Ohio
4250. Medina City, Ohio
4251. Medina City township, Ohio
4252. Meigs County, Ohio
4253. Miamisburg City, Ohio
4254. Middleburg Heights City, Ohio
4255. Monclova township, Ohio
4256. Monroe City, Ohio
4257. Monroe County, Ohio
4258. Monroe township, Ohio*
4259. Montgomery City, Ohio
4260. Montville township, Ohio
4261. Moorefield township, Ohio
4262. Morgan County, Ohio
4263. Mount Vernon City, Ohio
4264. New Albany City, Ohio
4265. New Franklin City, Ohio
4266. New Philadelphia City, Ohio
4267. Niles City, Ohio
4268. Noble County, Ohio
4269. North Canton City, Ohio
4270. Norton City, Ohio
4271. Norwalk City, Ohio
4272. Norwood City, Ohio
4273. Olmsted township, Ohio
4274. Oregon City, Ohio
4275. Oxford City, Ohio
4276. Oxford township, Ohio*
4277. Painesville City, Ohio
4278. Painesville township, Ohio
4279. Paris township, Ohio*
4280. Parma Heights City, Ohio
4281. Pataskala City, Ohio
4282. Paulding County, Ohio
4283. Pease township, Ohio
4284. Perkins township, Ohio
4285. Perry township, Ohio*
4286. Perrysburg City, Ohio
4287. Perrysburg township, Ohio
4288. Pickerington City, Ohio
4289. Pierce township, Ohio
4290. Pike County, Ohio
4291. Piqua City, Ohio
4292. Pleasant township, Ohio*
4293. Poland township, Ohio
4294. Portsmouth City, Ohio
4295. Powell City, Ohio
4296. Prairie township, Ohio
4297. Ravenna City, Ohio
4298. Reading City, Ohio
4299. Richland township, Ohio*
4300. Richmond Heights City, Ohio
4301. Riverside City, Ohio
4302. Rocky River City, Ohio
4303. Sagamore Hills township, Ohio
4304. Salem City, Ohio
4305. Sandusky City, Ohio
4306. Scioto township, Ohio*
4307. Seven Hills City, Ohio
4308. Shaker Heights City, Ohio
4309. Sharon township, Ohio*
4310. Sharonville City, Ohio
4311. Sharonville City, Ohio
4312. Shawnee township, Ohio
4313. Sidney City, Ohio
4314. Solon City, Ohio
4315. South Euclid City, Ohio
4316. Springboro City, Ohio
4317. Springdale City, Ohio
4318. St. Marys township, Ohio
4319. Steubenville City, Ohio
4320. Streetsboro City, Ohio
4321. Struthers City, Ohio
4322. Sycamore township, Ohio
4323. Sylvania City, Ohio
4324. Symmes township, Ohio
4325. Tallmadge City, Ohio
4326. Tiffin City, Ohio
4327. Tipp City City, Ohio
4328. Trenton City, Ohio
4329. Trotwood City, Ohio
4330. Troy City, Ohio
4331. Truro township, Ohio
4332. Turtlecreek township, Ohio
4333. Twinsburg City, Ohio
4334. University Heights City, Ohio
4335. Upper township, Ohio
4336. Urbana City, Ohio
4337. Urbana township, Ohio
4338. Van Wert City, Ohio
4339. Van Wert County, Ohio
4340. Vandalia City, Ohio
4341. Vermilion City, Ohio
4342. Vinton County, Ohio
4343. Wadsworth City, Ohio
4344. Warrensville Heights City, Ohio

4345. Washington Court House City, Ohio
4346. Weathersfield township, Ohio
4347. West Carrollton City, Ohio
4348. Whitehall City, Ohio
4349. Wickliffe City, Ohio
4350. Willoughby City, Ohio
4351. Willowick City, Ohio
4352. Wilmington City, Ohio
4353. Wooster City, Ohio
4354. Worthington City, Ohio
4355. Wyandot County, Ohio
4356. Xenia City, Ohio
4357. Zanesville City, Ohio
4358. Akron City, Ohio*
4359. Allen County, Ohio*
4360. Anderson township, Ohio*
4361. Ashland County, Ohio*
4362. Ashtabula County, Ohio*
4363. Athens County, Ohio*
4364. Athens township, Ohio*
4365. Auglaize County, Ohio*
4366. Austintown township, Ohio*
4367. Bath township, Ohio*
4368. Beavercreek City, Ohio*
4369. Beavercreek township, Ohio*
4370. Belmont County, Ohio*
4371. Boardman township, Ohio*
4372. Bowling Green City, Ohio*
4373. Brown County, Ohio*
4374. Brunswick City, Ohio*
4375. Butler County, Ohio*
4376. Canton City, Ohio*
4377. Champaign County, Ohio*
4378. Cincinnati City, Ohio*
4379. Clark County, Ohio*
4380. Clear Creek township, Ohio*
4381. Clermont County, Ohio*
4382. Cleveland City, Ohio*
4383. Cleveland Heights City, Ohio*

4384. Clinton County, Ohio*
4385. Colerain township, Ohio*
4386. Columbiana County, Ohio*
4387. Columbus City, Ohio*
4388. Columbus City, Ohio*
4389. Coshocton County, Ohio*
4390. Crawford County, Ohio*
4391. Cuyahoga County, Ohio*
4392. Cuyahoga Falls City, Ohio*
4393. Darke County, Ohio*
4394. Dayton City, Ohio*
4395. Deerfield township, Ohio*
4396. Defiance County, Ohio*
4397. Delaware City township, Ohio*
4398. Delaware County, Ohio*
4399. Dublin City, Ohio*
4400. Elyria City, Ohio*
4401. Erie County, Ohio*
4402. Euclid City, Ohio*
4403. Fairborn City, Ohio*
4404. Fairfield City, Ohio*
4405. Fairfield County, Ohio*
4406. Findlay City, Ohio*
4407. Franklin County, Ohio*
4408. Fulton County, Ohio*
4409. Gahanna City, Ohio*
4410. Geauga County, Ohio*
4411. Green township, Ohio*
4412. Greene County, Ohio*
4413. Grove City City, Ohio*
4414. Guernsey County, Ohio*
4415. Hamilton City, Ohio*
4416. Hamilton County, Ohio*
4417. Hancock County, Ohio*
4418. Hardin County, Ohio*
4419. Highland County, Ohio*
4420. Hilliard City, Ohio*
4421. Holmes County, Ohio*
4422. Huber Heights City, Ohio*
4423. Huron County, Ohio*
4424. Jackson County, Ohio*
4425. Jackson township, Ohio*
4426. Jefferson County, Ohio*

4427. Kettering City, Ohio*
4428. Knox County, Ohio*
4429. Lake County, Ohio*
4430. Lakewood City, Ohio*
4431. Lancaster City township, Ohio*
4432. Lawrence County, Ohio*
4433. Liberty township, Ohio*
4434. Licking County, Ohio*
4435. Lima City, Ohio*
4436. Logan County, Ohio*
4437. Lorain City, Ohio*
4438. Lorain County, Ohio*
4439. Lucas County, Ohio*
4440. Madison County, Ohio*
4441. Mahoning County, Ohio*
4442. Mansfield City, Ohio*
4443. Marion City, Ohio*
4444. Marion County, Ohio*
4445. Marion township, Ohio*
4446. Mason City, Ohio*
4447. Massillon City, Ohio*
4448. Medina County, Ohio*
4449. Mentor City, Ohio*
4450. Mercer County, Ohio*
4451. Miami County, Ohio*
4452. Miami township, Ohio*
4453. Middletown City, Ohio*
4454. Middletown City, Ohio*
4455. Mifflin township, Ohio*
4456. Montgomery County, Ohio*
4457. Morrow County, Ohio*
4458. Muskingum County, Ohio*
4459. Newark City, Ohio*
4460. North Olmsted City, Ohio*
4461. North Ridgeville City, Ohio*
4462. North Royalton City, Ohio*
4463. Norwich township, Ohio*
4464. Orange township, Ohio*
4465. Ottawa County, Ohio*
4466. Parma City, Ohio*
4467. Perry County, Ohio*
4468. Pickaway County, Ohio*

4469. Plain township, Ohio*
4470. Portage County, Ohio*
4471. Preble County, Ohio*
4472. Putnam County, Ohio*
4473. Reynoldsburg City, Ohio*
4474. Richland County, Ohio*
4475. Ross County, Ohio*
4476. Sandusky County, Ohio*
4477. Scioto County, Ohio*
4478. Seneca County, Ohio*
4479. Shelby County, Ohio*
4480. Springfield City, Ohio*
4481. Springfield township, Ohio*
4482. Stark County, Ohio*
4483. Stow City, Ohio*
4484. Strongsville City, Ohio*
4485. Summit County, Ohio*
4486. Sylvania township, Ohio*
4487. Toledo City, Ohio*
4488. Trumbull County, Ohio*
4489. Tuscarawas County, Ohio*
4490. Union County, Ohio*
4491. Union township, Ohio*
4492. Upper Arlington City, Ohio*
4493. Violet township, Ohio*
4494. Warren City, Ohio*
4495. Warren County, Ohio*
4496. Washington County, Ohio*
4497. Washington township, Ohio*
4498. Wayne County, Ohio*
4499. West Chester township, Ohio*
4500. Westerville City, Ohio*
4501. Westerville City, Ohio*
4502. Westlake City, Ohio*
4503. Williams County, Ohio*
4504. Wood County, Ohio*
4505. Youngstown City, Ohio*
4506. Ada City, Oklahoma
4507. Adair County, Oklahoma
4508. Altus City, Oklahoma
4509. Ardmore City, Oklahoma

4510. Atoka County, Oklahoma
4511. Beckham County, Oklahoma
4512. Bethany City, Oklahoma
4513. Bixby City, Oklahoma
4514. Caddo County, Oklahoma
4515. Chickasha City, Oklahoma
4516. Choctaw City, Oklahoma
4517. Choctaw County, Oklahoma
4518. Claremore City, Oklahoma
4519. Coweta City, Oklahoma
4520. Craig County, Oklahoma
4521. Custer County, Oklahoma
4522. Del City City, Oklahoma
4523. Duncan City, Oklahoma
4524. Durant City, Oklahoma
4525. El Reno City, Oklahoma
4526. Elk City City, Oklahoma
4527. Garvin County, Oklahoma
4528. Glenpool City, Oklahoma
4529. Guthrie City, Oklahoma
4530. Guymon City, Oklahoma
4531. Haskell County, Oklahoma
4532. Hughes County, Oklahoma
4533. Jackson County, Oklahoma
4534. Jenks City, Oklahoma
4535. Johnston County, Oklahoma
4536. Kingfisher County, Oklahoma
4537. Latimer County, Oklahoma
4538. Love County, Oklahoma
4539. Marshall County, Oklahoma
4540. McAlester City, Oklahoma

4541. McIntosh County, Oklahoma
4542. Miami City, Oklahoma
4543. Murray County, Oklahoma
4544. Mustang City, Oklahoma
4545. Newcastle City, Oklahoma
4546. Noble County, Oklahoma
4547. Nowata County, Oklahoma
4548. Okfuskee County, Oklahoma
4549. Okmulgee City, Oklahoma
4550. Pawnee County, Oklahoma
4551. Ponca City City, Oklahoma
4552. Pushmataha County, Oklahoma
4553. Sand Springs City, Oklahoma
4554. Sapulpa City, Oklahoma
4555. Seminole County, Oklahoma
4556. Tahlequah City, Oklahoma
4557. Texas County, Oklahoma
4558. Warr Acres City, Oklahoma
4559. Washita County, Oklahoma
4560. Weatherford City, Oklahoma
4561. Woodward City, Oklahoma
4562. Woodward County, Oklahoma
4563. Yukon City, Oklahoma
4564. Bartlesville City, Oklahoma*
4565. Broken Arrow City, Oklahoma*
4566. Bryan County, Oklahoma*
4567. Canadian County, Oklahoma*

I-50

4568. Carter County, Oklahoma*
4569. Cherokee County, Oklahoma*
4570. Cleveland County, Oklahoma*
4571. Comanche County, Oklahoma*
4572. Creek County, Oklahoma*
4573. Delaware County, Oklahoma*
4574. Edmond City, Oklahoma*
4575. Enid City, Oklahoma*
4576. Garfield County, Oklahoma*
4577. Grady County, Oklahoma*
4578. Kay County, Oklahoma*
4579. Lawton City, Oklahoma*
4580. Le Flore County, Oklahoma*
4581. Lincoln County, Oklahoma*
4582. Logan County, Oklahoma*
4583. Mayes County, Oklahoma*
4584. McClain County, Oklahoma*
4585. McCurtain County, Oklahoma*
4586. Midwest City City, Oklahoma*
4587. Moore City, Oklahoma*
4588. Muskogee City, Oklahoma*
4589. Muskogee County, Oklahoma*
4590. Norman City, Oklahoma*
4591. Oklahoma City City, Oklahoma*
4592. Oklahoma County, Oklahoma*
4593. Okmulgee County, Oklahoma*
4594. Osage County, Oklahoma*

4595. Ottawa County, Oklahoma*
4596. Owasso City, Oklahoma*
4597. Payne County, Oklahoma*
4598. Pittsburg County, Oklahoma*
4599. Pontotoc County, Oklahoma*
4600. Pottawatomie County, Oklahoma*
4601. Rogers County, Oklahoma*
4602. Sequoyah County, Oklahoma*
4603. Shawnee City, Oklahoma*
4604. Stephens County, Oklahoma*
4605. Stillwater City, Oklahoma*
4606. Tulsa City, Oklahoma*
4607. Tulsa County, Oklahoma*
4608. Wagoner County, Oklahoma*
4609. Washington County, Oklahoma*
4610. Ashland City, Oregon
4611. Astoria City, Oregon
4612. Baker County, Oregon
4613. Canby City, Oregon
4614. Central Point City, Oregon
4615. Coos Bay City, Oregon
4616. Cornelius City, Oregon
4617. Cottage Grove City, Oregon
4618. Crook County, Oregon
4619. Curry County, Oregon
4620. Dallas City, Oregon
4621. Forest Grove City, Oregon
4622. Gladstone City, Oregon
4623. Happy Valley City, Oregon
4624. Hermiston City, Oregon
4625. Hood River County, Oregon

4626. Independence City, Oregon
4627. Jefferson County, Oregon
4628. Klamath Falls City, Oregon
4629. La Grande City, Oregon
4630. Lebanon City, Oregon
4631. Milwaukie City, Oregon
4632. Monmouth City, Oregon
4633. Morrow County, Oregon
4634. Newberg City, Oregon
4635. Newport City, Oregon
4636. Ontario City, Oregon
4637. Pendleton City, Oregon
4638. Prineville City, Oregon
4639. Roseburg City, Oregon
4640. Sandy City, Oregon
4641. Sherwood City, Oregon
4642. Silverton City, Oregon
4643. St. Helens City, Oregon
4644. The Dalles City, Oregon
4645. Tillamook County, Oregon
4646. Troutdale City, Oregon
4647. Tualatin City, Oregon
4648. Union County, Oregon
4649. Wasco County, Oregon
4650. West Linn City, Oregon
4651. Wilsonville City, Oregon
4652. Woodburn City, Oregon
4653. Albany City, Oregon*
4654. Beaverton City, Oregon*
4655. Bend City, Oregon*
4656. Benton County, Oregon*
4657. Clackamas County, Oregon*
4658. Clatsop County, Oregon*
4659. Columbia County, Oregon*
4660. Coos County, Oregon*
4661. Corvallis City, Oregon*
4662. Deschutes County, Oregon*
4663. Douglas County, Oregon*
4664. Eugene City, Oregon*
4665. Grants Pass City, Oregon*

4666. Gresham City, Oregon*
4667. Hillsboro City, Oregon*
4668. Jackson County, Oregon*
4669. Josephine County, Oregon*
4670. Keizer City, Oregon*
4671. Klamath County, Oregon*
4672. Lake Oswego City, Oregon*
4673. Lane County, Oregon*
4674. Lincoln County, Oregon*
4675. Linn County, Oregon*
4676. Malheur County, Oregon*
4677. Marion County, Oregon*
4678. McMinnville City, Oregon*
4679. Medford City, Oregon*
4680. Multnomah County, Oregon*
4681. Oregon City City, Oregon*
4682. Polk County, Oregon*
4683. Portland City, Oregon*
4684. Redmond City, Oregon*
4685. Salem City, Oregon*
4686. Springfield City, Oregon*
4687. Tigard City, Oregon*
4688. Umatilla County, Oregon*
4689. Washington County, Oregon*
4690. Yamhill County, Oregon*
4691. Adams township, Pennsylvania
4692. Amity township, Pennsylvania
4693. Antrim township, Pennsylvania
4694. Aston township, Pennsylvania
4695. Baldwin borough, Pennsylvania
4696. Bethlehem township, Pennsylvania

4697. Bloomsburg town, Pennsylvania
4698. Buckingham township, Pennsylvania
4699. Butler City, Pennsylvania
4700. Butler township, Pennsylvania*
4701. Caln township, Pennsylvania
4702. Carlisle borough, Pennsylvania
4703. Cecil township, Pennsylvania
4704. Center township, Pennsylvania
4705. Chambersburg borough, Pennsylvania
4706. Chestnuthill township, Pennsylvania
4707. Coal township, Pennsylvania
4708. Coatesville City, Pennsylvania
4709. College township, Pennsylvania
4710. Columbia borough, Pennsylvania
4711. Concord township, Pennsylvania
4712. Coolbaugh township, Pennsylvania
4713. Cumru township, Pennsylvania
4714. Darby borough, Pennsylvania
4715. Derry township, Pennsylvania*
4716. Dingman township, Pennsylvania
4717. Douglass township, Pennsylvania
4718. Dover township, Pennsylvania
4719. Doylestown township, Pennsylvania
4720. Dunmore borough, Pennsylvania
4721. East Cocalico township, Pennsylvania

4722. East Goshen township, Pennsylvania
4723. East Hempfield township, Pennsylvania
4724. East Lampeter township, Pennsylvania
4725. East Norriton township, Pennsylvania
4726. East Pennsboro township, Pennsylvania
4727. East Stroudsburg borough, Pennsylvania
4728. East Whiteland township, Pennsylvania
4729. Easton City, Pennsylvania
4730. Easttown township, Pennsylvania
4731. Elizabeth township, Pennsylvania
4732. Elizabethtown borough, Pennsylvania
4733. Elk County, Pennsylvania
4734. Emmaus borough, Pennsylvania
4735. Ephrata borough, Pennsylvania
4736. Ephrata township, Pennsylvania
4737. Exeter township, Pennsylvania
4738. Fairview township, Pennsylvania*
4739. Ferguson township, Pennsylvania
4740. Forks township, Pennsylvania
4741. Franconia township, Pennsylvania
4742. Franklin Park borough, Pennsylvania
4743. Fulton County, Pennsylvania
4744. Greene township, Pennsylvania*
4745. Greensburg City, Pennsylvania
4746. Guilford township, Pennsylvania

4747. Hamilton township, Pennsylvania

4748. Hampton township, Pennsylvania

4749. Hanover borough, Pennsylvania

4750. Hanover township, Pennsylvania*

4751. Harborcreek township, Pennsylvania

4752. Harrison township, Pennsylvania

4753. Hatfield township, Pennsylvania

4754. Hazleton City, Pennsylvania

4755. Hermitage City, Pennsylvania

4756. Hilltown township, Pennsylvania

4757. Hopewell township, Pennsylvania

4758. Horsham township, Pennsylvania

4759. Indiana borough, Pennsylvania

4760. Jefferson Hills borough, Pennsylvania

4761. Johnstown City, Pennsylvania

4762. Juniata County, Pennsylvania

4763. Kingston borough, Pennsylvania

4764. Lancaster township, Pennsylvania

4765. Lansdale borough, Pennsylvania

4766. Lansdowne borough, Pennsylvania

4767. Lebanon City, Pennsylvania

4768. Lehigh township, Pennsylvania

4769. Lehman township, Pennsylvania

4770. Limerick township, Pennsylvania

4771. Logan township, Pennsylvania

4772. Lower Allen township, Pennsylvania

4773. Lower Burrell City, Pennsylvania

4774. Lower Gwynedd township, Pennsylvania

4775. Lower Moreland township, Pennsylvania

4776. Lower Pottsgrove township, Pennsylvania

4777. Lower Providence township, Pennsylvania

4778. Lower Salford township, Pennsylvania

4779. Lower Saucon township, Pennsylvania

4780. Lower Southampton township, Pennsylvania

4781. Loyalsock township, Pennsylvania

4782. Manchester township, Pennsylvania

4783. Manor township, Pennsylvania

4784. Marple township, Pennsylvania

4785. McCandless township, Pennsylvania

4786. McKeesport City, Pennsylvania

4787. Meadville City, Pennsylvania

4788. Middle Smithfield township, Pennsylvania

4789. Middletown township, Pennsylvania*

4790. Milford township, Pennsylvania

4791. Monroeville municipality, Pennsylvania

4792. Montgomery township, Pennsylvania*

4793. Montour County, Pennsylvania

4794. Moon township, Pennsylvania

4795. Mount Joy township, Pennsylvania

4796. Mount Pleasant township, Pennsylvania

4797. Muhlenberg township, Pennsylvania

4798. Munhall borough, Pennsylvania

4799. Murrysville municipality, Pennsylvania

4800. Nanticoke City, Pennsylvania

4801. Nether Providence township, Pennsylvania

4802. New Britain township, Pennsylvania

4803. New Castle City, Pennsylvania

4804. New Garden township, Pennsylvania

4805. New Hanover township, Pennsylvania

4806. New Kensington City, Pennsylvania

4807. Newberry township, Pennsylvania

4808. Newtown township, Pennsylvania*

4809. North Fayette township, Pennsylvania

4810. North Lebanon township, Pennsylvania

4811. North Middleton township, Pennsylvania

4812. North Strabane township, Pennsylvania

4813. North Union township, Pennsylvania

4814. North Whitehall township, Pennsylvania

4815. Palmer township, Pennsylvania

4816. Patton township, Pennsylvania

4817. Penn township, Pennsylvania*

4818. Peters township, Pennsylvania

4819. Philadelphia City / Philadelphia County, Pennsylvania*

4820. Phoenixville borough, Pennsylvania

4821. Pine township, Pennsylvania

I-53

4822. Plum borough, Pennsylvania

4823. Plumstead township, Pennsylvania

4824. Plymouth township, Pennsylvania

4825. Pocono township, Pennsylvania

4826. Potter County, Pennsylvania

4827. Pottstown borough, Pennsylvania

4828. Pottsville City, Pennsylvania

4829. Rapho township, Pennsylvania

4830. Richland township, Pennsylvania*

4831. Robinson township, Pennsylvania

4832. Rostraver township, Pennsylvania

4833. Salisbury township, Pennsylvania

4834. Sandy township, Pennsylvania

4835. Scott township, Pennsylvania

4836. Shaler township, Pennsylvania

4837. Sharon City, Pennsylvania

4838. Silver Spring township, Pennsylvania

4839. Skippack township, Pennsylvania

4840. Somerset township, Pennsylvania

4841. South Fayette township, Pennsylvania

4842. South Lebanon township, Pennsylvania

4843. South Middleton township, Pennsylvania

4844. South Park township, Pennsylvania

4845. South Union township, Pennsylvania

4846. South Whitehall township, Pennsylvania

4847. Spring Garden township, Pennsylvania

4848. Spring township, Pennsylvania*

4849. Springettsbury township, Pennsylvania

4850. Springfield township, Pennsylvania*

4851. St. Marys City, Pennsylvania

4852. Stroud township, Pennsylvania

4853. Susquehanna township, Pennsylvania

4854. Swatara township, Pennsylvania

4855. Towamencin township, Pennsylvania

4856. Tredyffrin township, Pennsylvania

4857. Unity township, Pennsylvania

4858. Upper Allen township, Pennsylvania

4859. Upper Chichester township, Pennsylvania

4860. Upper Dublin township, Pennsylvania

4861. Upper Gwynedd township, Pennsylvania

4862. Upper Macungie township, Pennsylvania

4863. Upper Moreland township, Pennsylvania

4864. Upper Providence township, Pennsylvania*

4865. Upper Saucon township, Pennsylvania

4866. Upper Southampton township, Pennsylvania

4867. Upper St. Clair township, Pennsylvania

4868. Upper Uwchlan township, Pennsylvania

4869. Uwchlan township, Pennsylvania

4870. Walker Township, Pennsylvania

4871. Warrington township, Pennsylvania

4872. Warwick township, Pennsylvania*

4873. Washington City, Pennsylvania

4874. Washington township, Pennsylvania*

4875. Waynesboro borough, Pennsylvania

4876. West Bradford township, Pennsylvania

4877. West Chester borough, Pennsylvania

4878. West Deer township, Pennsylvania

4879. West Goshen township, Pennsylvania

4880. West Hanover township, Pennsylvania

4881. West Hempfield township, Pennsylvania

4882. West Lampeter township, Pennsylvania

4883. West Manchester township, Pennsylvania

4884. West Mifflin borough, Pennsylvania

4885. West Norriton township, Pennsylvania

4886. West Whiteland township, Pennsylvania

4887. Westtown township, Pennsylvania

4888. White township, Pennsylvania

4889. Whitehall borough, Pennsylvania

4890. Whitehall township, Pennsylvania

4891. Whitemarsh township, Pennsylvania

4892. Whitpain township, Pennsylvania

4893. Wilkinsburg borough, Pennsylvania

4894. Williamsport City, Pennsylvania

4895. Willistown township, Pennsylvania

4896. Windsor township, Pennsylvania

I-54

4897. Worcester township, Pennsylvania

4898. Wyoming County, Pennsylvania

4899. Wyomissing borough, Pennsylvania

4900. Yeadon borough, Pennsylvania

4901. York township, Pennsylvania

4902. Abington township, Pennsylvania*

4903. Adams County, Pennsylvania*

4904. Allegheny County, Pennsylvania*

4905. Allentown City, Pennsylvania*

4906. Altoona City, Pennsylvania*

4907. Armstrong County, Pennsylvania*

4908. Beaver County, Pennsylvania*

4909. Bedford County, Pennsylvania*

4910. Bensalem township, Pennsylvania*

4911. Berks County, Pennsylvania*

4912. Bethel Park municipality, Pennsylvania*

4913. Bethlehem City, Pennsylvania*

4914. Blair County, Pennsylvania*

4915. Bradford County, Pennsylvania*

4916. Bristol township, Pennsylvania*

4917. Bucks County, Pennsylvania*

4918. Butler County, Pennsylvania*

4919. Cambria County, Pennsylvania*

4920. Carbon County, Pennsylvania*

4921. Centre County, Pennsylvania*

4922. Cheltenham township, Pennsylvania*

4923. Chester City, Pennsylvania*

4924. Chester County, Pennsylvania*

4925. Clarion County, Pennsylvania*

4926. Clearfield County, Pennsylvania*

4927. Clinton County, Pennsylvania*

4928. Columbia County, Pennsylvania*

4929. Cranberry township, Pennsylvania*

4930. Crawford County, Pennsylvania*

4931. Cumberland County, Pennsylvania*

4932. Dauphin County, Pennsylvania*

4933. Delaware County, Pennsylvania*

4934. Erie City, Pennsylvania*

4935. Erie County, Pennsylvania*

4936. Falls township, Pennsylvania*

4937. Fayette County, Pennsylvania*

4938. Franklin County, Pennsylvania*

4939. Greene County, Pennsylvania*

4940. Hampden township, Pennsylvania*

4941. Harrisburg City, Pennsylvania*

4942. Haverford township, Pennsylvania*

4943. Hempfield township, Pennsylvania*

4944. Huntingdon County, Pennsylvania*

4945. Indiana County, Pennsylvania*

4946. Jefferson County, Pennsylvania*

4947. Lackawanna County, Pennsylvania*

4948. Lancaster City, Pennsylvania*

4949. Lancaster County, Pennsylvania*

4950. Lawrence County, Pennsylvania*

4951. Lebanon County, Pennsylvania*

4952. Lehigh County, Pennsylvania*

4953. Lower Macungie township, Pennsylvania*

4954. Lower Makefield township, Pennsylvania*

4955. Lower Merion township, Pennsylvania*

4956. Lower Paxton township, Pennsylvania*

4957. Luzerne County, Pennsylvania*

4958. Lycoming County, Pennsylvania*

4959. Manheim township, Pennsylvania*

4960. McKean County, Pennsylvania*

4961. Mercer County, Pennsylvania*

4962. Mifflin County, Pennsylvania*

4963. Millcreek township, Pennsylvania*

4964. Monroe County, Pennsylvania*

4965. Montgomery County, Pennsylvania*

4966. Mount Lebanon township, Pennsylvania*

4967. Norristown borough, Pennsylvania*

4968. North Huntingdon township, Pennsylvania*

4969. Northampton County, Pennsylvania*

4970. Northampton township, Pennsylvania*

4971. Northumberland County, Pennsylvania*

4972. Penn Hills township, Pennsylvania*

4973. Perry County, Pennsylvania*

4974. Pike County, Pennsylvania*

4975. Pittsburgh City, Pennsylvania*

4976. Radnor township, Pennsylvania*

4977. Reading City, Pennsylvania*

4978. Ridley township, Pennsylvania*

4979. Ross township, Pennsylvania*

4980. Schuylkill County, Pennsylvania*

4981. Scranton City, Pennsylvania*

4982. Snyder County, Pennsylvania*

4983. Somerset County, Pennsylvania*

4984. State College borough, Pennsylvania*

4985. Susquehanna County, Pennsylvania*

4986. Tioga County, Pennsylvania*

4987. Union County, Pennsylvania*

4988. Upper Darby township, Pennsylvania*

4989. Upper Merion township, Pennsylvania*

4990. Venango County, Pennsylvania*

4991. Warminster township, Pennsylvania*

4992. Warren County, Pennsylvania*

4993. Washington County, Pennsylvania*

4994. Wayne County, Pennsylvania*

4995. Westmoreland County, Pennsylvania*

4996. Wilkes-Barre City, Pennsylvania*

4997. York City, Pennsylvania*

4998. York County, Pennsylvania*

4999. Adjuntas Municipio, Puerto Rico

5000. Aguada Municipio, Puerto Rico*

5001. Aguadilla Municipio, Puerto Rico*

5002. Aguas Buenas Municipio, Puerto Rico

5003. Aibonito Municipio, Puerto Rico

5004. Añasco Municipio, Puerto Rico

5005. Arecibo Municipio, Puerto Rico*

5006. Arroyo Municipio, Puerto Rico

5007. Barceloneta Municipio, Puerto Rico

5008. Barranquitas Municipio, Puerto Rico

5009. Bayamón Municipio, Puerto Rico*

5010. Cabo Rojo Municipio, Puerto Rico*

5011. Caguas Municipio, Puerto Rico*

5012. Camuy Municipio, Puerto Rico*

5013. Canóvanas Municipio, Puerto Rico*

5014. Carolina Municipio, Puerto Rico*

5015. Cataño Municipio, Puerto Rico

5016. Cayey Municipio, Puerto Rico*

5017. Ceiba Municipio, Puerto Rico

5018. Ciales Municipio, Puerto Rico

5019. Cidra Municipio, Puerto Rico*

5020. Coamo Municipio, Puerto Rico*

5021. Comerío Municipio, Puerto Rico

5022. Corozal Municipio, Puerto Rico*

5023. Dorado Municipio, Puerto Rico*

5024. Fajardo Municipio, Puerto Rico

5025. Florida Municipio, Puerto Rico

5026. Guánica Municipio, Puerto Rico

5027. Guayama Municipio, Puerto Rico*

5028. Guayanilla Municipio, Puerto Rico

5029. Guaynabo Municipio, Puerto Rico*

5030. Gurabo Municipio, Puerto Rico*

5031. Hatillo Municipio, Puerto Rico*

5032. Hormigueros Municipio, Puerto Rico

5033. Humacao Municipio, Puerto Rico*

5034. Isabela Municipio, Puerto Rico*

5035. Jayuya Municipio, Puerto Rico

5036. Juana Díaz Municipio, Puerto Rico*

5037. Juncos Municipio, Puerto Rico*

5038. Lajas Municipio, Puerto Rico

5039. Lares Municipio, Puerto Rico

5040. Las Piedras Municipio, Puerto Rico*

5041. Loíza Municipio, Puerto Rico

5042. Luquillo Municipio, Puerto Rico

5043. Manatí Municipio, Puerto Rico*

5044. Maunabo Municipio, Puerto Rico

5045. Mayagüez Municipio, Puerto Rico*

5046. Moca Municipio, Puerto Rico*

5047. Morovis Municipio, Puerto Rico*

I-56

5048. Naguabo Municipio, Puerto Rico

5049. Naranjito Municipio, Puerto Rico

5050. Orocovis Municipio, Puerto Rico

5051. Patillas Municipio, Puerto Rico

5052. Peñuelas Municipio, Puerto Rico

5053. Ponce Municipio, Puerto Rico*

5054. Quebradillas Municipio, Puerto Rico

5055. Rincón Municipio, Puerto Rico

5056. Río Grande Municipio, Puerto Rico*

5057. Sabana Grande Municipio, Puerto Rico

5058. Salinas Municipio, Puerto Rico

5059. San Germán Municipio, Puerto Rico*

5060. San Juan Municipio, Puerto Rico*

5061. San Lorenzo Municipio, Puerto Rico*

5062. San Sebastián Municipio, Puerto Rico*

5063. Santa Isabel Municipio, Puerto Rico

5064. Toa Alta Municipio, Puerto Rico*

5065. Toa Baja Municipio, Puerto Rico*

5066. Trujillo Alto Municipio, Puerto Rico*

5067. Utuado Municipio, Puerto Rico

5068. Vega Alta Municipio, Puerto Rico*

5069. Vega Baja Municipio, Puerto Rico*

5070. Villalba Municipio, Puerto Rico

5071. Yabucoa Municipio, Puerto Rico*

5072. Yauco Municipio, Puerto Rico*

5073. Abbeville County, South Carolina

5074. Anderson City, South Carolina

5075. Bamberg County, South Carolina

5076. Barnwell County, South Carolina

5077. Beaufort City, South Carolina

5078. Bluffton town, South Carolina

5079. Calhoun County, South Carolina

5080. Cayce City, South Carolina

5081. Clemson City, South Carolina

5082. Conway City, South Carolina

5083. Easley City, South Carolina

5084. Edgefield County, South Carolina

5085. Fairfield County, South Carolina

5086. Forest Acres City, South Carolina

5087. Fort Mill town, South Carolina

5088. Fountain Inn City, South Carolina

5089. Gaffney City, South Carolina

5090. Greenwood City, South Carolina

5091. Hampton County, South Carolina

5092. Hanahan City, South Carolina

5093. Irmo town, South Carolina

5094. James Island town, South Carolina

5095. Lee County, South Carolina

5096. Lexington town, South Carolina

5097. Marlboro County, South Carolina

5098. Mauldin City, South Carolina

5099. Moncks Corner town, South Carolina

5100. Newberry City, South Carolina

5101. North Augusta City, South Carolina

5102. North Myrtle Beach City, South Carolina

5103. Orangeburg City, South Carolina

5104. Port Royal town, South Carolina

5105. Saluda County, South Carolina

5106. Simpsonville City, South Carolina

5107. Tega Cay City, South Carolina

5108. Union County, South Carolina

5109. West Columbia City, South Carolina

5110. Aiken City, South Carolina*

5111. Aiken County, South Carolina*

5112. Anderson County, South Carolina*

5113. Beaufort County, South Carolina*

5114. Berkeley County, South Carolina*

5115. Charleston City, South Carolina*

5116. Charleston County, South Carolina*

5117. Cherokee County, South Carolina*

5118. Chester County, South Carolina*

5119. Chesterfield County, South Carolina*

5120. Clarendon County, South Carolina*

5121. Colleton County, South Carolina*

5122. Columbia City, South Carolina*

5123. Darlington County, South Carolina*

5124. Dillon County, South Carolina*

5125. Dorchester County, South Carolina*

5126. Florence City, South Carolina*

5127. Florence County, South Carolina*

5128. Georgetown County, South Carolina*

5129. Goose Creek City, South Carolina*

5130. Greenville City, South Carolina*

5131. Greenville County, South Carolina*

5132. Greenwood County, South Carolina*

5133. Greer City, South Carolina*

5134. Hilton Head Island town, South Carolina*

5135. Horry County, South Carolina*

5136. Jasper County, South Carolina*

5137. Kershaw County, South Carolina*

5138. Lancaster County, South Carolina*

5139. Laurens County, South Carolina*

5140. Lexington County, South Carolina*

5141. Marion County, South Carolina*

5142. Mount Pleasant town, South Carolina*

5143. Myrtle Beach City, South Carolina*

5144. Newberry County, South Carolina*

5145. North Charleston City, South Carolina*

5146. Oconee County, South Carolina*

5147. Orangeburg County, South Carolina*

5148. Pickens County, South Carolina*

5149. Richland County, South Carolina*

5150. Rock Hill City, South Carolina*

5151. Spartanburg City, South Carolina*

5152. Spartanburg County, South Carolina*

5153. Summerville town, South Carolina*

5154. Sumter City, South Carolina*

5155. Sumter County, South Carolina*

5156. Williamsburg County, South Carolina*

5157. York County, South Carolina*

5158. Aberdeen City, South Dakota

5159. Beadle County, South Dakota

5160. Box Elder City, South Dakota

5161. Brandon City, South Dakota

5162. Brookings City, South Dakota

5163. Butte County, South Dakota

5164. Clay County, South Dakota

5165. Codington County, South Dakota

5166. Davison County, South Dakota

5167. Hughes County, South Dakota

5168. Huron City, South Dakota

5169. Lake County, South Dakota

5170. Lawrence County, South Dakota

5171. Meade County, South Dakota

5172. Mitchell City, South Dakota

5173. Oglala Lakota County, South Dakota

5174. Pierre City, South Dakota

5175. Roberts County, South Dakota

5176. Spearfish City, South Dakota

5177. Todd County, South Dakota

5178. Union County, South Dakota

5179. Vermillion City, South Dakota

5180. Watertown City, South Dakota

5181. Yankton City, South Dakota

5182. Yankton County, South Dakota

5183. Brookings County, South Dakota*

5184. Brown County, South Dakota*

5185. Lincoln County, South Dakota*

5186. Minnehaha County, South Dakota*

5187. Pennington County, South Dakota*

5188. Rapid City City, South Dakota*

5189. Sioux Falls City, South Dakota*

5190. Arlington town, Tennessee

5191. Athens City, Tennessee

5192. Benton County, Tennessee

5193. Bledsoe County, Tennessee

5194. Bristol City, Tennessee

5195. Cannon County, Tennessee

5196. Carroll County, Tennessee

5197. Chester County, Tennessee

5198. Clinton City, Tennessee

5199. Collegedale City, Tennessee

I-58

5200. Crockett County, Tennessee
5201. Crossville City, Tennessee
5202. Decatur County, Tennessee
5203. DeKalb County, Tennessee
5204. Dickson City, Tennessee
5205. Dyersburg City, Tennessee
5206. East Ridge City, Tennessee
5207. Elizabethton City, Tennessee
5208. Farragut town, Tennessee
5209. Fentress County, Tennessee
5210. Giles County, Tennessee
5211. Goodlettsville City, Tennessee
5212. Goodlettsville City, Tennessee
5213. Grainger County, Tennessee
5214. Greeneville town, Tennessee
5215. Grundy County, Tennessee
5216. Hardeman County, Tennessee
5217. Hardin County, Tennessee
5218. Hartsville/Trousdale County, Tennessee
5219. Haywood County, Tennessee
5220. Henderson County, Tennessee
5221. Hickman County, Tennessee
5222. Humphreys County, Tennessee
5223. Jackson County, Tennessee
5224. Johnson County, Tennessee
5225. Lakeland City, Tennessee

5226. Lauderdale County, Tennessee
5227. Lawrenceburg City, Tennessee
5228. Lewis County, Tennessee
5229. Lewisburg City, Tennessee
5230. Macon County, Tennessee
5231. Manchester City, Tennessee
5232. Marion County, Tennessee
5233. Martin City, Tennessee
5234. Maryville City, Tennessee
5235. McMinnville City, Tennessee
5236. McNairy County, Tennessee
5237. Meigs County, Tennessee
5238. Millington City, Tennessee
5239. Morgan County, Tennessee
5240. Nolensville town, Tennessee
5241. Oak Ridge City, Tennessee
5242. Overton County, Tennessee
5243. Paris City, Tennessee
5244. Polk County, Tennessee
5245. Portland City, Tennessee
5246. Red Bank City, Tennessee
5247. Scott County, Tennessee
5248. Sequatchie County, Tennessee
5249. Sevierville City, Tennessee
5250. Shelbyville City, Tennessee
5251. Smith County, Tennessee
5252. Soddy-Daisy City, Tennessee
5253. Springfield City, Tennessee

5254. Stewart County, Tennessee
5255. Tullahoma City, Tennessee
5256. Unicoi County, Tennessee
5257. Union City City, Tennessee
5258. Union County, Tennessee
5259. Wayne County, Tennessee
5260. White County, Tennessee
5261. White House City, Tennessee
5262. Anderson County, Tennessee*
5263. Bartlett City, Tennessee*
5264. Bedford County, Tennessee*
5265. Blount County, Tennessee*
5266. Bradley County, Tennessee*
5267. Brentwood City, Tennessee*
5268. Campbell County, Tennessee*
5269. Carter County, Tennessee*
5270. Chattanooga City, Tennessee*
5271. Cheatham County, Tennessee*
5272. Claiborne County, Tennessee*
5273. Clarksville City, Tennessee*
5274. Cleveland City, Tennessee*
5275. Cocke County, Tennessee*
5276. Coffee County, Tennessee*
5277. Collierville town, Tennessee*
5278. Columbia City, Tennessee*

I-59

5279. Cookeville City, Tennessee*

5280. Cumberland County, Tennessee*

5281. Dickson County, Tennessee*

5282. Dyer County, Tennessee*

5283. Fayette County, Tennessee*

5284. Franklin City, Tennessee*

5285. Franklin County, Tennessee*

5286. Gallatin City, Tennessee*

5287. Germantown City, Tennessee*

5288. Gibson County, Tennessee*

5289. Greene County, Tennessee*

5290. Hamblen County, Tennessee*

5291. Hamilton County, Tennessee*

5292. Hawkins County, Tennessee*

5293. Hendersonville City, Tennessee*

5294. Henry County, Tennessee*

5295. Jackson City, Tennessee*

5296. Jefferson County, Tennessee*

5297. Johnson City City, Tennessee*

5298. Kingsport City, Tennessee*

5299. Knox County, Tennessee*

5300. Knoxville City, Tennessee*

5301. La Vergne City, Tennessee*

5302. Lawrence County, Tennessee*

5303. Lebanon City, Tennessee*

5304. Lincoln County, Tennessee*

5305. Loudon County, Tennessee*

5306. Madison County, Tennessee*

5307. Marshall County, Tennessee*

5308. Maury County, Tennessee*

5309. McMinn County, Tennessee*

5310. Memphis City, Tennessee*

5311. Monroe County, Tennessee*

5312. Montgomery County, Tennessee*

5313. Morristown City, Tennessee*

5314. Mount Juliet City, Tennessee*

5315. Murfreesboro City, Tennessee*

5316. Nashville-Davidson metropolitan government, Tennessee*

5317. Nashville-Davidson metropolitan government, Tennessee*

5318. Obion County, Tennessee*

5319. Putnam County, Tennessee*

5320. Rhea County, Tennessee*

5321. Roane County, Tennessee*

5322. Robertson County, Tennessee*

5323. Rutherford County, Tennessee*

5324. Sevier County, Tennessee*

5325. Shelby County, Tennessee*

5326. Smyrna town, Tennessee*

5327. Spring Hill City, Tennessee*

5328. Sullivan County, Tennessee*

5329. Sumner County, Tennessee*

5330. Tipton County, Tennessee*

5331. Warren County, Tennessee*

5332. Washington County, Tennessee*

5333. Weakley County, Tennessee*

5334. Williamson County, Tennessee*

5335. Wilson County, Tennessee*

5336. Alpine City, Utah

5337. Bluffdale City, Utah

5338. Brigham City City, Utah

5339. Carbon County, Utah

5340. Cedar Hills City, Utah

5341. Centerville City, Utah

5342. Clinton City, Utah

5343. Duchesne County, Utah

5344. Emery County, Utah

5345. Farmington City, Utah

5346. Grantsville City, Utah

5347. Heber City, Utah

5348. Highland City, Utah

5349. Hurricane City, Utah

5350. Juab County, Utah

5351. Lindon City, Utah

5352. Magna metro township, Utah

5353. Mapleton City, Utah

5354. Millard County, Utah

5355. Morgan County, Utah

5356. North Logan City, Utah

5357. North Ogden City, Utah

5358. North Salt Lake City, Utah

5359. Payson City, Utah

5360. Pleasant View City, Utah

5361. San Juan County, Utah

5362. Santaquin City, Utah

5363. Sevier County, Utah

5364. Smithfield City, Utah

5365. South Ogden City, Utah

5366. South Salt Lake City, Utah

5367. Vernal City, Utah
5368. Vineyard town, Utah
5369. Washington City, Utah
5370. West Haven City, Utah
5371. West Point City, Utah
5372. Woods Cross City, Utah
5373. American Fork City, Utah*
5374. Bountiful City, Utah*
5375. Box Elder County, Utah*
5376. Cache County, Utah*
5377. Cedar City City, Utah*
5378. Clearfield City, Utah*
5379. Cottonwood Heights City, Utah*
5380. Davis County, Utah*
5381. Draper City, Utah*
5382. Eagle Mountain City, Utah*
5383. Herriman City, Utah*
5384. Holladay City, Utah*
5385. Iron County, Utah*
5386. Kaysville City, Utah*
5387. Kearns metro township, Utah*
5388. Layton City, Utah*
5389. Lehi City, Utah*
5390. Logan City, Utah*
5391. Midvale City, Utah*
5392. Millcreek City, Utah*
5393. Murray City, Utah*
5394. Ogden City, Utah*
5395. Orem City, Utah*
5396. Pleasant Grove City, Utah*
5397. Provo City, Utah*
5398. Riverton City, Utah*
5399. Roy City, Utah*
5400. Salt Lake City City, Utah*
5401. Salt Lake County, Utah*
5402. Sandy City, Utah*
5403. Sanpete County, Utah*
5404. Saratoga Springs City, Utah*
5405. South Jordan City, Utah*
5406. Spanish Fork City, Utah*
5407. Springville City, Utah*

5408. St. George City, Utah*
5409. Summit County, Utah*
5410. Syracuse City, Utah*
5411. Taylorsville City, Utah*
5412. Tooele City, Utah*
5413. Tooele County, Utah*
5414. Uintah County, Utah*
5415. Utah County, Utah*
5416. Wasatch County, Utah*
5417. Washington County, Utah*
5418. Weber County, Utah*
5419. West Jordan City, Utah*
5420. West Valley City City, Utah*
5421. Bennington town, Vermont
5422. Brattleboro town, Vermont
5423. Caledonia County, Vermont
5424. Colchester town, Vermont
5425. Essex Junction village, Vermont
5426. Essex town, Vermont
5427. Lamoille County, Vermont
5428. Milton town, Vermont
5429. Orange County, Vermont
5430. Orleans County, Vermont
5431. Rutland City, Vermont
5432. South Burlington City, Vermont
5433. Williston town, Vermont
5434. Addison County, Vermont*
5435. Bennington County, Vermont*
5436. Burlington City, Vermont*
5437. Chittenden County, Vermont*
5438. Franklin County, Vermont*
5439. Rutland County, Vermont*
5440. Washington County, Vermont*

5441. Windham County, Vermont*
5442. Windsor County, Vermont*
5443. Alleghany County, Virginia
5444. Amelia County, Virginia
5445. Appomattox County, Virginia
5446. Bristol City, Virginia
5447. Brunswick County, Virginia
5448. Buchanan County, Virginia
5449. Buckingham County, Virginia
5450. Carroll County, Virginia
5451. Charlotte County, Virginia
5452. Christiansburg town, Virginia
5453. Clarke County, Virginia
5454. Colonial Heights City, Virginia
5455. Culpeper town, Virginia
5456. Dickenson County, Virginia
5457. Dinwiddie County, Virginia
5458. Essex County, Virginia
5459. Fairfax City, Virginia
5460. Falls Church City, Virginia
5461. Floyd County, Virginia
5462. Fluvanna County, Virginia
5463. Fredericksburg City, Virginia
5464. Front Royal town, Virginia
5465. Giles County, Virginia
5466. Goochland County, Virginia
5467. Grayson County, Virginia
5468. Greene County, Virginia
5469. Greensville County, Virginia
5470. Herndon town, Virginia
5471. Hopewell City, Virginia

I-61

5472. King George County, Virginia
5473. King William County, Virginia
5474. Lancaster County, Virginia
5475. Lee County, Virginia
5476. Lunenburg County, Virginia
5477. Madison County, Virginia
5478. Manassas Park City, Virginia
5479. Martinsville City, Virginia
5480. Middlesex County, Virginia
5481. Nelson County, Virginia
5482. New Kent County, Virginia
5483. Northampton County, Virginia
5484. Northumberland County, Virginia
5485. Nottoway County, Virginia
5486. Page County, Virginia
5487. Patrick County, Virginia
5488. Poquoson City, Virginia
5489. Powhatan County, Virginia
5490. Prince Edward County, Virginia
5491. Purcellville town, Virginia
5492. Radford City, Virginia
5493. Rockbridge County, Virginia
5494. Russell County, Virginia
5495. Salem City, Virginia
5496. Scott County, Virginia
5497. Southampton County, Virginia
5498. Staunton City, Virginia
5499. Sussex County, Virginia
5500. Vienna town, Virginia
5501. Warrenton town, Virginia
5502. Waynesboro City, Virginia

5503. Westmoreland County, Virginia
5504. Williamsburg City, Virginia
5505. Winchester City, Virginia
5506. Wythe County, Virginia
5507. Accomack County, Virginia*
5508. Albemarle County, Virginia*
5509. Alexandria City, Virginia*
5510. Amherst County, Virginia*
5511. Arlington County, Virginia*
5512. Augusta County, Virginia*
5513. Bedford County, Virginia*
5514. Blacksburg town, Virginia*
5515. Botetourt County, Virginia*
5516. Campbell County, Virginia*
5517. Caroline County, Virginia*
5518. Charlottesville City, Virginia*
5519. Chesapeake City, Virginia*
5520. Chesterfield County, Virginia*
5521. Culpeper County, Virginia*
5522. Danville City, Virginia*
5523. Fairfax County, Virginia*
5524. Fauquier County, Virginia*
5525. Franklin County, Virginia*
5526. Frederick County, Virginia*
5527. Gloucester County, Virginia*
5528. Halifax County, Virginia*
5529. Hampton City, Virginia*

5530. Hanover County, Virginia*
5531. Harrisonburg City, Virginia*
5532. Henrico County, Virginia*
5533. Henry County, Virginia*
5534. Isle of Wight County, Virginia*
5535. James City County, Virginia*
5536. Leesburg town, Virginia*
5537. Loudoun County, Virginia*
5538. Louisa County, Virginia*
5539. Lynchburg City, Virginia*
5540. Manassas City, Virginia*
5541. Mecklenburg County, Virginia*
5542. Montgomery County, Virginia*
5543. Newport News City, Virginia*
5544. Norfolk City, Virginia*
5545. Orange County, Virginia*
5546. Petersburg City, Virginia*
5547. Pittsylvania County, Virginia*
5548. Portsmouth City, Virginia*
5549. Prince George County, Virginia*
5550. Prince William County, Virginia*
5551. Pulaski County, Virginia*
5552. Richmond City, Virginia*
5553. Roanoke City, Virginia*
5554. Roanoke County, Virginia*
5555. Rockingham County, Virginia*
5556. Shenandoah County, Virginia*

I-62

5557. Smyth County, Virginia*

5558. Spotsylvania County, Virginia*

5559. Stafford County, Virginia*

5560. Suffolk City, Virginia*

5561. Tazewell County, Virginia*

5562. Virginia Beach City, Virginia*

5563. Warren County, Virginia*

5564. Washington County, Virginia*

5565. Wise County, Virginia*

5566. York County, Virginia*

5567. Aberdeen City, Washington

5568. Adams County, Washington

5569. Anacortes City, Washington

5570. Arlington City, Washington

5571. Asotin County, Washington

5572. Bainbridge Island City, Washington

5573. Battle Ground City, Washington

5574. Bonney Lake City, Washington

5575. Camas City, Washington

5576. Centralia City, Washington

5577. Cheney City, Washington

5578. Covington City, Washington

5579. East Wenatchee City, Washington

5580. Edgewood City, Washington

5581. Ellensburg City, Washington

5582. Enumclaw City, Washington

5583. Ferndale City, Washington

5584. Fife City, Washington

5585. Gig Harbor City, Washington

5586. Grandview City, Washington

5587. Kelso City, Washington

5588. Kenmore City, Washington

5589. Klickitat County, Washington

5590. Lake Forest Park City, Washington

5591. Liberty Lake City, Washington

5592. Lincoln County, Washington

5593. Lynden City, Washington

5594. Maple Valley City, Washington

5595. Mercer Island City, Washington

5596. Mill Creek City, Washington

5597. Monroe City, Washington

5598. Moses Lake City, Washington

5599. Mountlake Terrace City, Washington

5600. Mukilteo City, Washington

5601. Newcastle City, Washington

5602. Oak Harbor City, Washington

5603. Pacific County, Washington

5604. Pend Oreille County, Washington

5605. Port Angeles City, Washington

5606. Port Orchard City, Washington

5607. Poulsbo City, Washington

5608. San Juan County, Washington

5609. SeaTac City, Washington

5610. Sedro-Woolley City, Washington

5611. Shelton City, Washington

5612. Skamania County, Washington

5613. Snohomish City, Washington

5614. Snoqualmie City, Washington

5615. Sumner City, Washington

5616. Sunnyside City, Washington

5617. Tukwila City, Washington

5618. Tumwater City, Washington

5619. Washougal City, Washington

5620. West Richland City, Washington

5621. Woodinville City, Washington

5622. Auburn City, Washington*

5623. Bellevue City, Washington*

5624. Bellingham City, Washington*

5625. Benton County, Washington*

5626. Bothell City, Washington*

5627. Bremerton City, Washington*

5628. Burien City, Washington*

5629. Chelan County, Washington*

5630. Clallam County, Washington*

5631. Clark County, Washington*

5632. Cowlitz County, Washington*

5633. Des Moines City, Washington*

5634. Douglas County, Washington*

5635. Edmonds City, Washington*

5636. Everett City, Washington*

5637. Federal Way City, Washington*

5638. Franklin County, Washington*

5639. Grant County, Washington*

5640. Grays Harbor County, Washington*

5641. Island County, Washington*

5642. Issaquah City, Washington*

5643. Jefferson County, Washington*

5644. Kennewick City, Washington*

5645. Kent City, Washington*

5646. King County, Washington*

5647. Kirkland City, Washington*

5648. Kitsap County, Washington*

5649. Kittitas County, Washington*

5650. Lacey City, Washington*

5651. Lake Stevens City, Washington*

5652. Lakewood City, Washington*

5653. Lewis County, Washington*

5654. Longview City, Washington*

5655. Lynnwood City, Washington*

5656. Marysville City, Washington*

5657. Mason County, Washington*

5658. Mount Vernon City, Washington*

5659. Okanogan County, Washington*

5660. Olympia City, Washington*

5661. Pasco City, Washington*

5662. Pierce County, Washington*

5663. Pullman City, Washington*

5664. Puyallup City, Washington*

5665. Redmond City, Washington*

5666. Renton City, Washington*

5667. Richland City, Washington*

5668. Sammamish City, Washington*

5669. Seattle City, Washington*

5670. Shoreline City, Washington*

5671. Skagit County, Washington*

5672. Snohomish County, Washington*

5673. Spokane City, Washington*

5674. Spokane County, Washington*

5675. Spokane Valley City, Washington*

5676. Stevens County, Washington*

5677. Tacoma City, Washington*

5678. Thurston County, Washington*

5679. University Place City, Washington*

5680. Vancouver City, Washington*

5681. Walla Walla City, Washington*

5682. Walla Walla County, Washington*

5683. Wenatchee City, Washington*

5684. Whatcom County, Washington*

5685. Whitman County, Washington*

5686. Yakima City, Washington*

5687. Yakima County, Washington*

5688. Adams County, Wisconsin

5689. Allouez village, Wisconsin

5690. Ashland County, Wisconsin

5691. Ashwaubenon village, Wisconsin

5692. Baraboo City, Wisconsin

5693. Bayfield County, Wisconsin

5694. Beaver Dam City, Wisconsin

5695. Bellevue village, Wisconsin

5696. Brown Deer village, Wisconsin

5697. Buffalo County, Wisconsin

5698. Burlington City, Wisconsin

5699. Burnett County, Wisconsin

5700. Caledonia village, Wisconsin

5701. Cedarburg City, Wisconsin

5702. Chippewa Falls City, Wisconsin

5703. Crawford County, Wisconsin

5704. Cudahy City, Wisconsin

5705. De Pere City, Wisconsin

5706. DeForest village, Wisconsin

5707. Door County, Wisconsin

5708. Elkhorn City, Wisconsin

5709. Fort Atkinson City, Wisconsin

5710. Fox Crossing village, Wisconsin

5711. Germantown village, Wisconsin

5712. Glendale City, Wisconsin

5713. Grafton village, Wisconsin

5714. Grand Chute town, Wisconsin

5715. Green Lake County, Wisconsin
5716. Greendale village, Wisconsin
5717. Greenville town, Wisconsin
5718. Harrison village, Wisconsin
5719. Hartford City, Wisconsin
5720. Hobart village, Wisconsin
5721. Holmen village, Wisconsin
5722. Howard village, Wisconsin
5723. Hudson City, Wisconsin
5724. Iowa County, Wisconsin
5725. Jackson County, Wisconsin
5726. Juneau County, Wisconsin
5727. Kaukauna City, Wisconsin
5728. Kewaunee County, Wisconsin
5729. Lafayette County, Wisconsin
5730. Langlade County, Wisconsin
5731. Lincoln County, Wisconsin
5732. Lisbon town, Wisconsin
5733. Little Chute village, Wisconsin
5734. Marinette City, Wisconsin
5735. Marquette County, Wisconsin
5736. Marshfield City, Wisconsin
5737. Menasha City, Wisconsin
5738. Menomonie City, Wisconsin
5739. Mequon City, Wisconsin
5740. Middleton City, Wisconsin
5741. Monroe City, Wisconsin
5742. Mount Pleasant village, Wisconsin

5743. Muskego City, Wisconsin
5744. Neenah City, Wisconsin
5745. Oconomowoc City, Wisconsin
5746. Onalaska City, Wisconsin
5747. Oregon village, Wisconsin
5748. Pewaukee City, Wisconsin
5749. Platteville City, Wisconsin
5750. Pleasant Prairie village, Wisconsin
5751. Plover village, Wisconsin
5752. Port Washington City, Wisconsin
5753. Portage City, Wisconsin
5754. Price County, Wisconsin
5755. Richfield village, Wisconsin
5756. Richland County, Wisconsin
5757. River Falls City, Wisconsin
5758. Rusk County, Wisconsin
5759. Salem Lakes village, Wisconsin
5760. Sawyer County, Wisconsin
5761. Shorewood village, Wisconsin
5762. South Milwaukee City, Wisconsin
5763. Stevens Point City, Wisconsin
5764. Stoughton City, Wisconsin
5765. Suamico village, Wisconsin
5766. Superior City, Wisconsin
5767. Sussex village, Wisconsin
5768. Taylor County, Wisconsin
5769. Trempealeau County, Wisconsin

5770. Two Rivers City, Wisconsin
5771. Verona City, Wisconsin
5772. Vilas County, Wisconsin
5773. Washburn County, Wisconsin
5774. Watertown City, Wisconsin
5775. Waunakee village, Wisconsin
5776. Waupun City, Wisconsin
5777. Waushara County, Wisconsin
5778. Weston village, Wisconsin
5779. Whitefish Bay village, Wisconsin
5780. Whitewater City, Wisconsin
5781. Wisconsin Rapids City, Wisconsin
5782. Appleton City, Wisconsin*
5783. Barron County, Wisconsin*
5784. Beloit City, Wisconsin*
5785. Brookfield City, Wisconsin*
5786. Brown County, Wisconsin*
5787. Calumet County, Wisconsin*
5788. Chippewa County, Wisconsin*
5789. Clark County, Wisconsin*
5790. Columbia County, Wisconsin*
5791. Dane County, Wisconsin*
5792. Dodge County, Wisconsin*
5793. Douglas County, Wisconsin*
5794. Dunn County, Wisconsin*
5795. Eau Claire City, Wisconsin*
5796. Eau Claire County, Wisconsin*

5797. Fitchburg City, Wisconsin*

5798. Fond du Lac City, Wisconsin*

5799. Fond du Lac County, Wisconsin*

5800. Franklin City, Wisconsin*

5801. Grant County, Wisconsin*

5802. Green Bay City, Wisconsin*

5803. Green County, Wisconsin*

5804. Greenfield City, Wisconsin*

5805. Janesville City, Wisconsin*

5806. Jefferson County, Wisconsin*

5807. Kenosha City, Wisconsin*

5808. Kenosha County, Wisconsin*

5809. La Crosse City, Wisconsin*

5810. La Crosse County, Wisconsin*

5811. Madison City, Wisconsin*

5812. Manitowoc City, Wisconsin*

5813. Manitowoc County, Wisconsin*

5814. Marathon County, Wisconsin*

5815. Marinette County, Wisconsin*

5816. Menomonee Falls village, Wisconsin*

5817. Milwaukee City, Wisconsin*

5818. Milwaukee County, Wisconsin*

5819. Monroe County, Wisconsin*

5820. New Berlin City, Wisconsin*

5821. Oak Creek City, Wisconsin*

5822. Oconto County, Wisconsin*

5823. Oneida County, Wisconsin*

5824. Oshkosh City, Wisconsin*

5825. Outagamie County, Wisconsin*

5826. Ozaukee County, Wisconsin*

5827. Pierce County, Wisconsin*

5828. Polk County, Wisconsin*

5829. Portage County, Wisconsin*

5830. Racine City, Wisconsin*

5831. Racine County, Wisconsin*

5832. Rock County, Wisconsin*

5833. Sauk County, Wisconsin*

5834. Shawano County, Wisconsin*

5835. Sheboygan City, Wisconsin*

5836. Sheboygan County, Wisconsin*

5837. St. Croix County, Wisconsin*

5838. Sun Prairie City, Wisconsin*

5839. Vernon County, Wisconsin*

5840. Walworth County, Wisconsin*

5841. Washington County, Wisconsin*

5842. Waukesha City, Wisconsin*

5843. Waukesha County, Wisconsin*

5844. Waupaca County, Wisconsin*

5845. Wausau City, Wisconsin*

5846. Wauwatosa City, Wisconsin*

5847. West Allis City, Wisconsin*

5848. West Bend City, Wisconsin*

5849. Winnebago County, Wisconsin*

5850. Wood County, Wisconsin*

5851. Big Horn County, Wyoming

5852. Carbon County, Wyoming

5853. Converse County, Wyoming

5854. Evanston City, Wyoming

5855. Goshen County, Wyoming

5856. Green River City, Wyoming

5857. Jackson town, Wyoming

5858. Lincoln County, Wyoming

5859. Park County, Wyoming

5860. Riverton City, Wyoming

5861. Rock Springs City, Wyoming

5862. Sheridan City, Wyoming

5863. Teton County, Wyoming

5864. Uinta County, Wyoming

5865. Albany County, Wyoming*

5866. Campbell County, Wyoming*

5867. Casper City, Wyoming*

5868. Cheyenne City, Wyoming*

5869. Fremont County, Wyoming*

5870. Gillette City, Wyoming*

5871. Laramie City, Wyoming*

5872. Laramie County, Wyoming*

5873. Natrona County, Wyoming*

5874. Sheridan County, Wyoming*

5875. Sweetwater County, Wyoming*

I-66

### Exhibit J
### Teva's Subsidiaries, Affiliates, and Joint Ventures

The following includes a list of Teva's current indirect parents, subsidiaries, affiliates, and joint ventures. Teva made reasonable efforts to identify all current indirect parents, subsidiaries, affiliates, and joint ventures and believes this list is complete.

1. 10009474 Canada Inc.
2. 1453350 Ontario Inc.
3. 9985247 Canada Inc.
4. Abic Investment (1959) Ltd.
5. Abic Ltd.
6. AbZ-Pharma GmbH
7. Actavis d.o.o. Belgrade
8. Actavis Dutch Holding B.V.
9. Actavis Elizabeth LLC
10. Actavis Finance LLC
11. Actavis Group PTC ehf.
12. Actavis Holdco US, Inc.
13. Actavis Kadian LLC
14. Actavis Laboratories FL, Inc.
15. Actavis Laboratories UT, Inc.
16. Actavis Limited
17. Actavis LLC
18. Actavis Mid Atlantic LLC
19. Actavis Pharma S. de R.L. de C.V.
20. Actavis Pharma, Inc.
21. Actavis Pharmaceuticals NJ, Inc.
22. Actavis Puerto Rico Holdings Inc.
23. Actavis South Atlantic LLC
24. Actavis Totowa LLC
25. Actavis Ukraine LLC
26. Actavis US Holding LLC
27. Anda Holdco Corp.
28. Anda Marketing, Inc.
29. Anda Pharmaceuticals, Inc.
30. Anda Puerto Rico Inc.
31. Anda Veterinary Supply, Inc.
32. Anda, Inc.
33. Andrx LLC
34. Anesta LLC
35. Arana Therapeutics, Inc.
36. Asaph II B.V.
37. Assia Chemical Industries Ltd.
38. Auspex Pharmaceuticals, Inc.
39. Balkanpharma Dupnitsa AD
40. Barr International Services, Inc.
41. Barr Laboratories, Inc.
42. Barr Pharmaceuticals, LLC
43. Cephalon (UK) Limited
44. Cephalon Australia (VIC) Pty Ltd
45. Cephalon Clinical Partners, LP
46. Cephalon Development Corporation
47. Cephalon LLC
48. CIMA Labs Inc.
49. Circa Pharmaceuticals West, Inc.
50. Cobalt Laboratories LLC
51. Copper Acquisition Corp.
52. Coventry Acquisition, LLC
53. Cupric Holding Co. LLC
54. Cybear, LLC
55. Doral Manufacturing, Inc.
56. East End Insurance, Ltd
57. FEI Products, LLC
58. Gecko Health Innovations, Inc.
59. GeminX Pharmaceuticals Canada, Inc
60. Genchem Pharma LLC
61. Goldline Laboratories, Inc.
62. Inmobiliaria Lemery, S.A. de C.V.
63. INSPIRE INCUBATOR, LIMITED PARTNERSHIP
64. IVAX (Bermuda) Ltd.
65. IVAX Argentina S.A.
66. IVAX Far East, Inc.
67. IVAX Holdings C.I.
68. IVAX International B.V.
69. IVAX Laboratories Puerto Rico, Inc.

70. IVAX LLC
71. IVAX Pharmaceuticals B.V.
72. IVAX Pharmaceuticals Caribe, Inc.
73. IVAX Pharmaceuticals Mexico, S.A. de C.V.
74. IVAX Pharmaceuticals NV, LLC
75. IVAX Pharmaceuticals, LLC
76. IVAX Specialty Chemicals Sub, LLC
77. IVAX UK Limited
78. Kilburn B.V.
79. Laboratorio Chile, S.A.
80. Laboratorios Davur S.L.U.
81. Labrys Biologics, Inc.
82. Lemery S.A. de C.V.
83. Limited Liability Company "Teva Ukraine"
84. Maancirkel Holding B.V.
85. Marsam Pharmaceuticals LLC
86. Med All Enterprise Consulting (Shanghai) Co.,Limited
87. Mepha Investigação, Desenvolvimento e Fabricação Farmacêutica, Lda.
88. Mepha Pharma AG
89. Mepha Schweiz AG
90. Merckle GmbH
91. MicroDose Therapeutx, Inc.
92. MORIAH BIOTECHNOLOGY LTD
93. Norton (Waterford) Limited
94. Norton Healthcare (1998) Limited
95. Norton Healthcare Limited
96. Novopharm Holdings, Inc.
97. NT Pharma Canada Ltd.
98. Nupathe Inc.
99. Nuvelution TS Pharma, Inc.
100. Odyssey Pharmaceuticals, Inc.
101. Oncotest Teva Ltd
102. Orvet UK
103. Patient Services and Solutions, Inc.
104. Pharma de Espana, Inc.
105. Pharmachemie (Proprietary) Limited
106. Pharmachemie B.V.
107. PharmaPlantex Limited
108. Pharmatrade S.A.

109. PharmNovo LLC
110. Plantex Ltd.
111. PLIVA d.o.o. SARAJEVO
112. PLIVA HRVATSKA d.o.o.
113. PLIVA Ljubljana d.o.o.
114. Pliva Real Estate GmbH
115. PLIVA SKOPJE d.o.o.
116. PLIVA, Inc.
117. Plus Chemicals, branch of Teva Pharmaceuticals International GmbH
118. PT Actavis Indonesia
119. Rakepoll Holding B.V.
120. ratiopharm - Comercio e Industria de Produtos Farmaceuticos, Lda.
121. ratiopharm Arzneimittel Vertriebs-GmbH
122. ratiopharm España S.A.
123. ratiopharm GmbH
124. ratiopharm Immobilienverwaltung GmbH & Co. KG
125. ratiopharm Kazakhstan LLP
126. Representaciones E Investigaciones Medicas S.A. - also called RIMSA
127. Rise Healthcare Ltd
128. Royce Research and Development Limited Partner I
129. Salomon, Levin & Elstein Ltd.
130. Sicor de México S.A. de C.V.
131. Sicor Inc.
132. Sicor Società Italiana Corticosteroidi S.r.l.
133. Sindan-Pharma Srl
134. TAGCO Incorporated
135. TAPI Puerto Rico, Inc.
136. Teva API B.V.
137. Teva API Inc.
138. TEVA API INDIA Private Limited
139. Teva API Japan LTD.
140. Teva API Services Mexico, S.de R.L. de C.V.
141. Teva B.V.
142. Teva Biopharmaceuticals USA, Inc.
143. Teva Biotech GmbH

144. Teva Branded Pharmaceutical Products R&D, Inc.
145. Teva Canada Innovation G.P. - S.E.N.C.
146. TEVA CANADA LIMITED / TEVA CANADA LIMITEE
147. Teva Capital Services Switzerland, branch of Teva Pharmaceuticals International GmbH
148. Teva Czech Industries s.r.o.
149. Teva Denmark A/S
150. Teva Digital Health, Inc.
151. Teva Farmaceutica Ltda
152. Teva Finance Holding B.V.
153. Teva Finance Services II B.V.
154. Teva Finance Services LLC
155. Teva Finland Oy
156. Teva Global Products Limited Partnership
157. Teva GmbH
158. Teva Health GmbH
159. Teva Healthcare India Private Limited
160. Teva Holdco US, Inc.
161. Teva Holdings GK
162. Teva Holdings Ltd.
163. Teva İlaçları Sanayi ve Ticaret Anonim Şirketi
164. Teva India Private Limited
165. TEVA INVERSIONES Y EXPORTACIONES SpA
166. Teva Investments (Pty) Ltd.
167. Teva Israel Ltd
168. Teva İstanbul İlaç San. Ve Tic. Ltd. Şti
169. Teva Italia S.r.l.
170. Teva Laboratoires
171. Teva Limited Liability Company
172. Teva Logistics Services B.V.
173. Teva Medical (Marketing) Ltd.
174. Teva Medical Ltd.
175. Teva Nechasim Ltd.
176. Teva Nederland B.V.
177. Teva Neuroscience, Inc.
178. Teva Norway AS (f.k.a. ratiopharm Norway AS)
179. TEVA OPERATIONS POLAND SPÓŁKA z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ
180. Teva Parenteral Medicines, Inc.
181. TEVA PERU S.A.
182. Teva Pharma - Produtos Farmacêuticos Lda
183. Teva Pharma (MS) Pty Ltd
184. Teva Pharma (New Zealand) Limited
185. Teva Pharma AG
186. Teva Pharma Australia Pty Ltd
187. Teva Pharma B.V.
188. Teva Pharma Belgium N.V.
189. Teva Pharma EAD
190. Teva Pharma Holdings Limited
191. Teva Pharma Iceland
192. Teva Pharma S.L.U.
193. TEVA PHARMA UK LIMITED
194. Teva Pharmaceutical and Chemical Industries India Private Limited
195. Teva Pharmaceutical Finance Company B.V.
196. Teva Pharmaceutical Finance Company LLC
197. Teva Pharmaceutical Finance IV B.V.
198. Teva Pharmaceutical Finance IV, LLC
199. Teva Pharmaceutical Finance Netherlands II B.V.
200. Teva Pharmaceutical Finance Netherlands III B.V.
201. Teva Pharmaceutical Finance Netherlands IV B.V.
202. Teva Pharmaceutical Finance V B.V.
203. Teva Pharmaceutical Finance V, LLC
204. Teva Pharmaceutical Finance VI, LLC
205. Teva Pharmaceutical Industries Ltd.
206. Teva Pharmaceutical Information Consulting (Shanghai) Co., Ltd.
207. Teva Pharmaceutical Investments Singapore Pte. Ltd
208. Teva Pharmaceutical R&D LP
209. TEVA Pharmaceutical Works Private Limited Company
210. Teva Pharmaceuticals Australia Pty Ltd
211. Teva Pharmaceuticals Colombia S.A.
212. Teva Pharmaceuticals CR, s.r.o.

213. Teva Pharmaceuticals Curacao N.V.
214. Teva Pharmaceuticals Europe B.V.
215. Teva Pharmaceuticals Finance
     Netherlands B.V.
216. Teva Pharmaceuticals International GmbH
217. TEVA Pharmaceuticals Mexico S.A. de C.V.
218. Teva Pharmaceuticals Panama, S.A
219. Teva Pharmaceuticals Polska spółka z
     ograniczoną odpowiedzialnością
220. Teva Pharmaceuticals S.R.L.
221. TEVA Pharmaceuticals Slovakia s.r.o.
222. Teva Pharmaceuticals USA, Inc.
223. Teva Pharmaceuticals, Inc.
224. Teva Puerto Rico LLC
225. Teva Respiratory, LLC
226. Teva Sales and Marketing, Inc.
227. Teva Santé SAS
228. Teva Sweden AB
229. Teva Takeda Pharma Ltd.
230. Teva Takeda Yakuhin Ltd.
231. Teva UK Holdings Limited
232. Teva UK Limited
233. TEVA Uruguay S.A.
234. Teva Women's Health, LLC
235. Tevamiri Limited
236. TEVAPHARM INDIA PRIVATE LTD.
237. TEVCO Incorporated
238. TPI U.S. Holdings, Inc.
239. Transpharm Logistik GmbH
240. UAB Teva Baltics
241. Valmed Pharmaceutical, Inc.
242. Watson Laboratories, Inc.
243. Watson Laboratories, Inc.
244. Watson Laboratories, LLC
245. Watson Management Corporation

**Exhibit K**
**Subdivision and Special District Settlement Participation Form**

| Governmental Entity | State: |
|---|---|
| Authorized Official | |
| Address 1: | |
| Address 2: | |
| City, State, Zip: | |
| Phone: | |
| Email: | |

The governmental entity identified above ("*Governmental Entity*"), in order to obtain and in consideration for the benefits provided to the Governmental Entity pursuant to the Agreement dated November 22, 2022 ("*Teva Settlement*"), and acting through the undersigned authorized official, hereby elects to participate in the Teva Settlement, release all Released Claims against all Released Entities, and agrees as follows.

1. The Governmental Entity is aware of and has reviewed the Teva Settlement, understands that all terms in this Election and Release have the meanings defined therein, and agrees that by this Election, the Governmental Entity elects to participate in the Teva Settlement as provided therein.

2. Following the execution of this Settlement Participation Form, the Governmental Entity shall comply with Section III.B of the Teva Settlement regarding Cessation of Litigation Activities.

3. The Governmental Entity shall, within 14 days of the Reference Date and prior to the filing of the Consent Judgment, file a request to dismiss with prejudice any Released Claims that it has filed. With respect to any Released Claims pending in In re National Prescription Opiate Litigation, MDL No. 2804, the Governmental Entity authorizes the Plaintiffs' Executive Committee to execute and file on behalf of the Governmental Entity a Stipulation of Dismissal With Prejudice substantially in the form found at [website link to national settlement website to be provided].

4. The Governmental Entity agrees to the terms of the Teva Settlement pertaining to Subdivisions as defined therein.

5. By agreeing to the terms of the Teva Settlement and becoming a Releasor, the Governmental Entity is entitled to the benefits provided therein, including, if applicable, monetary payments beginning after the Effective Date.

6. The Governmental Entity agrees to use any monies it receives through the Teva Settlement solely for the purposes provided therein.

7. The Governmental Entity submits to the jurisdiction of the court in the Governmental Entity's state where the Consent Judgment is filed for purposes limited to that court's

role as provided in, and for resolving disputes to the extent provided in, the Teva Settlement.

8. The Governmental Entity has the right to enforce the Teva Settlement as provided therein.

9. The Governmental Entity, as a Participating Subdivision or Participating Special District, hereby becomes a Releasor for all purposes in the Teva Settlement, including but not limited to all provisions of Section V (Release), and along with all departments, agencies, divisions, boards, commissions, districts, instrumentalities of any kind and attorneys, and any person in their official capacity elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, and any other entity identified in the definition of Releasor, provides for a release to the fullest extent of its authority. As a Releasor, the Governmental Entity hereby absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim, or to cause, assist or permit to be brought, filed, or claimed, or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever. The releases provided for in the Teva Settlement are intended by Released Entitles and the Governmental Entity to be broad and shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to Released Claims and extend to the full extent of the power of the Governmental Entity to release claims.  The Teva Settlement shall be a complete bar to any Released Claim.

10. The Governmental Entity hereby takes on all rights and obligations of a Participating Subdivision or Participating Special District as set forth in the Teva Settlement.

11. In connection with the releases provided for in the Teva Settlement, each Governmental Entity expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

> **General Release; extent.** A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

A Releasor may hereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Governmental Entity hereby expressly waives and fully, finally, and forever settles, releases and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date but which Releasors do not know or suspect to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and which, if known, would materially affect the Governmental Entities' decision to participate in the Teva Settlement.

12. Nothing herein is intended to modify in any way the terms of the Teva Settlement, to which Governmental Entity hereby agrees. To the extent this Election and Release is interpreted differently from the Teva Settlement in any respect, the Teva Settlement controls.

I have all necessary power and authorization to execute this Election and Release on behalf of the Governmental Entity.

Signature:      _____

Name:          _____

Title:           _____

Date:           _____

**Exhibit L**
**Settlement Fund Administrator**

[Plaintiffs to Add]

**Exhibit M**
**Settlement Payment Schedule**

**EXHIBIT M-1: PAYMENT SCHEDULE (Excluding Product)**

| Payment Year | Additional Restitution Amount & All Attorneys' Fees & Costs Funds | Base Payments (45%) | Incentives A, B, & C (maximum) (48%) | Incentive D Part 1 (maximum) (3.5%) | Incentive D Part 2 (maximum) (3.5%) | Total Abatement | Overall Total (Excluding Product) |
|---|---|---|---|---|---|---|---|
| Year 1 2023: Effective Date + 30 days | $65,834,268.30 | $226,579,162.39 | --- | --- | --- | $226,579,162.39 | $292,413,430.69 |
| Year 2 July 15, 2024 | $65,834,268.30 | $108,757,997.98 | $117,821,164.41 | --- | --- | $226,579,162.39 | $292,413,430.69 |
| Year 3 July 15, 2025 | $65,834,268.29 | $108,757,997.98 | $117,821,164.41 | --- | --- | $226,579,162.39 | $292,413,430.68 |
| Year 4 July 15, 2026 | $65,834,268.29 | $88,139,294.18 | $117,821,164.41 | $20,618,703.80 | --- | $226,579,162.39 | $292,413,430.68 |
| Year 5 July 15, 2027 | $65,834,268.29 | $88,139,294.18 | $117,821,164.41 | $20,618,703.80 | --- | $226,579,162.39 | $292,413,430.68 |
| Year 6 July 15, 2028 | $65,834,268.29 | $88,139,294.17 | $117,821,164.42 | $20,618,703.80 | --- | $226,579,162.39 | $292,413,430.68 |
| Year 7 July 15, 2029 | | $88,139,294.16 | $117,821,164.42 | $10,309,351.90 | $10,309,351.90 | $226,579,162.38 | $226,579,162.38 |
| Year 8 July 15, 2030 | | $88,139,294.16 | $117,821,164.42 | $10,309,351.90 | $10,309,351.90 | $226,579,162.38 | $226,579,162.38 |
| Year 9 July 15, 2031 | | $88,139,294.16 | $117,821,164.42 | $10,309,351.90 | $10,309,351.90 | $226,579,162.38 | $226,579,162.38 |
| Year 10 July 15, 2032 | | $88,139,294.16 | $117,821,164.42 | $10,309,351.90 | $10,309,351.90 | $226,579,162.38 | $226,579,162.38 |
| Year 11 July 15, 2033 | | $88,139,294.16 | $117,821,164.42 | --- | $20,618,703.80 | $226,579,162.38 | $226,579,162.38 |
| Year 12 | | $88,139,294.16 | $117,821,164.42 | --- | $20,618,703.80 | $226,579,162.38 | $226,579,162.38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| July 15, 2034 | | | | | | |
| Year 13 July 15, 2035 | | $88,139,294.16 | $117,821,164.42 | --- | $20,618,703.80 | $226,579,162.38 | $226,579,162.38 |
| **Total** | **$395,005,609.76** | **$1,325,488,100.00** | **$1,413,853,973.00** | **$103,093,519.00** | **$103,093,519.00** | **$2,945,529,111.00** | **$3,340,534,720.76** |

M-2

**NOTES:**

1.      All figures for the base and incentive payments are maximum figures that reflect the following:

-            The credits amount of $666,032,651 for prior settlements, including San Francisco, have already been applied.

-            An assumption that all Eligible States are Settling States.

-            An assumption that all incentives are earned.

2.      The Additional Restitution Amount and the state and subdivision fees and costs amounts will be broken out into separate columns before the exhibit is finalized.

3.      Any offsets under Section V.C for Non-Settling States would be deducted from the Base Payments and the maximum Incentive Payments (A, B & C and D) by subtracting from all payments the amount of the payment times the State Allocation Percentage assigned to each Non-Settling State in Exhibit F-2.

4.      A schedule for Product is in Exhibit M-2 below. Settlement Product (and Settlement Product Cash Conversion Amount) are not included in this Exhibit M-1.

**EXHIBIT M-2: PRODUCT PAYMENT SCHEDULE**

| Payment Year | Settlement Product Maximum (Valued at WAC) | Settlement Product Cash Conversion Maximum |
|---|---|---|
| Year 1<br>2023: Effective Date + 30 days | --- | --- |
| Year 2<br>July 15, 2024 | $120,000,000.00 | $20,000,000.00 |
| Year 3<br>July 15, 2025 | $120,000,000.00 | $20,000,000.00 |
| Year 4<br>July 15, 2026 | $120,000,000.00 | $20,000,000.00 |
| Year 5<br>July 15, 2027 | $120,000,000.00 | $20,000,000.00 |
| Year 6<br>July 15, 2028 | $120,000,000.00 | $20,000,000.00 |
| Year 7<br>July 15, 2029 | $120,000,000.00 | $20,000,000.00 |
| Year 8<br>July 15, 2030 | $120,000,000.00 | $20,000,000.00 |
| Year 9<br>July 15, 2031 | $120,000,000.00 | $20,000,000.00 |
| Year 10<br>July 15, 2032 | $120,000,000.00 | $20,000,000.00 |
| Year 11<br>July 15, 2033 | $120,000,000.00 | $20,000,000.00 |
| Year 12<br>July 15, 2034 | --- | $20,000,000.00 |
| Year 13<br>July 15, 2035 | --- | $20,000,000.00 |
| **Total** | **$1,200,000,000.00** | **$240,000,000.00** |

**NOTE**: The Product Payment Schedule is showing the maximum amount of product offered (valued at WAC), which assumes all states choose to accept their full allotment of Settlement Product, and the maximum available Settlement Product Cash Conversion Amount, which assumes all

M-4

states fully convert the Settlement Product to cash payments. The purpose of the chart is to show the periods of time in which Settlement Product or Settlement Product Cash Conversion would be provided and the maximum amount of each per payment year. Individual Settling States will choose between Settlement Product and Settlement Product Cash Conversion (or a mix of both). The maximum amount of Settlement Product available to each Individual Settling State measured in quantity of kits per payment year is shown in Exhibit D, Schedule D-I. The deadlines in Exhibit D govern the Parties' Settlement Product obligations related to forecasting, ordering, shipment, and delivery. This chart should not suggest any obligation of Teva to provide both the maximum amount of product and the maximum amount of cash conversion.

**EXHIBIT M-3: PAYMENT SCHEDULE FOR FEE FUNDS, COST FUNDS AND ADDITIONAL RESTITUTION**

**(Breakdown of Second Column in Exhibit M-1)**

| Payment Year | Attorney Fee and MDL Cost Fund | State Cost Fund | State Outside Counsel Fee Fund | Additional Restitution Amount | Total (Shown in Ex. M-1, 2nd Column) |
|---|---|---|---|---|---|
| Year 1 2023: Effective Date + 30 days | $55,215,837.93 | $6,371,058.22 | $2,123,686.08 | $2,123,686.07 | $65,834,268.30 |
| Year 2 July 15, 2024 | $55,215,837.93 | --- | $5,309,215.19 | $5,309,215.18 | $65,834,268.30 |
| Year 3 July 15, 2025 | $55,215,837.92 | --- | $5,309,215.19 | $5,309,215.18 | $65,834,268.29 |
| Year 4 July 15, 2026 | $55,215,837.92 | --- | $5,309,215.18 | $5,309,215.19 | $65,834,268.29 |
| Year 5 July 15, 2027 | $55,215,837.92 | --- | $5,309,215.18 | $5,309,215.19 | $65,834,268.29 |
| Year 6 July 15, 2028 | $55,215,837.92 | --- | $5,309,215.18 | $5,309,215.19 | $65,834,268.29 |
| **Total** | **$331,295,027.54** | **$6,371,058.22** | **$28,669,762.00** | **$28,669,762.00** | **$395,005,609.76** |

**Exhibit N**
**Additional Restitution Amount Allocation**

| | |
|---|---|
| Alabama | 2.3544553964% |
| American Samoa | 0.0252611439% |
| Arizona | 3.5048272664% |
| Arkansas | 1.3753411634% |
| California | 14.6374841151% |
| Colorado | 2.4514797691% |
| Connecticut | 1.9088192709% |
| District of Columbia | 0.2655292635% |
| Guam | 0.0708707436% |
| Illinois | 4.9075008432% |
| Indiana | 3.2706871936% |
| Iowa | 1.0945978299% |
| Kansas | 1.1567892116% |
| Maine | 0.7809553668% |
| Maryland | 3.1138810201% |
| Massachusetts | 3.3985744182% |
| Michigan | 5.0191656318% |
| Minnesota | 1.9139084896% |
| Missouri | 2.9590263237% |
| Montana | 0.4611170652% |
| N. Mariana Islands | 0.0246470315% |
| Nebraska | 0.6154478970% |
| New Hampshire | 0.8534639430% |
| New Jersey | 4.0647812071% |
| New York | 7.9526836824% |
| North Carolina | 4.7952508697% |
| North Dakota | 0.2508461905% |
| Oregon | 2.0273342550% |
| Pennsylvania | 6.7692496373% |
| South Carolina | 2.2710141754% |
| Tennessee | 3.9659507168% |
| Utah | 1.6917508641% |
| Vermont | 0.3754597005% |
| Virgin Islands | 0.0465728102% |
| Virginia | 3.3639612508% |
| Washington | 3.4211884061% |
| Wisconsin | 2.5940380399% |
| Wyoming | 0.2461077964% |

**Exhibit O**
**Adoption of a State-Subdivision Agreement**

A State-Subdivision Agreement shall be applied if it meets the requirements of Section VIII and is approved by the State and by the State's Subdivisions as follows:

1. *Requirements for Approval*. A State-Subdivision Agreement shall be deemed as agreed to when it has been approved by the State and either (a) Subdivisions whose aggregate "Population Percentages," determined as set forth below, total more than sixty percent (60%), or (b) Subdivisions whose aggregate Population Percentages total more than fifty percent (50%) provided that these Participating Subdivisions also represent fifteen percent (15%) or more of the State's counties or parishes (or, in the case of Settling States whose counties and parishes do not function as local governments, 15% of or more of the Settling State's non-county Subdivisions), by number.

2. *Approval Authority*. Approval by the State shall be by the Attorney General. Approval by a Subdivision shall be by the appropriate official or legislative body pursuant to the required procedures for that Subdivision to agree to a legally binding settlement.

3. *Population Percentage Calculation*. For purposes of this Exhibit O only, Population Percentages shall be determined as follows: For States with functional counties or parishes[4] the Population Percentage of each county or parish shall be deemed to be equal to (a) (1) two hundred percent (200%) of the population of such county or parish, minus (2) the aggregate population of all Primary Incorporated Municipalities located in such county or parish, divided by (b) two hundred percent (200%) of the State's population. A "*Primary Incorporated Municipality*" means a city, town, village or other municipality incorporated under applicable state law with a population of at least 25,000 that is not located within another incorporated municipality. The Population Percentage of each Primary Incorporated Municipality shall be equal to its population (including the population of any incorporated or unincorporated municipality located therein) divided by two hundred percent (200%) of the State's population; provided that the Population Percentage of a Primary Incorporated Municipality that is not located within a county shall be equal to two hundred percent (200%) of its population (including the population of any incorporated or unincorporated municipality located therein) divided by two hundred percent (200%) of the State's population. For all States that do not have functional counties or parishes, the Population Percentage of each non-county Subdivision (including any incorporated or unincorporated municipality located therein), shall be equal to its population divided by the State's population.

4. *Preexisting Agreements and Statutory Provisions*. A State may include with the notice to its Subdivisions an existing agreement, a proposed agreement, or statutory provisions regarding the distribution and use of settlement funds and have the acceptance of such an agreement or statutory provision be part of the requirements to be an Initial Participating Subdivision.

---

[4] Certain states do not have counties or parishes that have functional governments, including: Alaska, Connecticut, Massachusetts, Rhode Island, and Vermont.

5.   *Revised Agreements*. A State-Subdivision Agreement that has been revised, supplemented, or refined shall be applied if it meets the requirements of Section VIII and is approved by the State and by the State's Subdivisions pursuant to the terms above.

**Exhibit P**
**Teva Injunctive Term Sheet**

# I. DEFINITIONS

A.    "Cancer-Related Pain Care" shall mean care that provides relief from pain resulting from a patient's active cancer or cancer treatment, as distinguished from treatment provided during remission**.**

B.    "CDC Guideline Recommendations" shall mean the 12 enumerated Recommendations published by the U.S. Centers for Disease Control and Prevention (CDC) for the prescribing of opioid pain medication for patients 18 and older in primary care settings as part of its 2016 Guideline for Prescribing Opioids for Chronic Pain (CDC Guidelines), as updated or amended by the CDC.

C.    "Downstream Customer Data" shall mean transaction information that Teva collects relating to its direct customers' sales to Downstream Customers, including but not limited to chargeback data tied to Teva providing certain discounts, "867 data," and IQVIA data.

D.    "Downstream Customers" shall mean the customers to which Teva's direct customers sell Teva product.

E.    "End-of-Life Care" shall mean care for persons with a terminal illness or at high risk for dying in the near future in hospice care, hospitals, long-term care settings, or at home.

F.    "Health Care Provider" shall mean any U.S.-based physician or U.S.-based health care practitioner who is licensed to provide health care services or to prescribe pharmaceutical products and any U.S.-based medical facility, practice, hospital, clinic or pharmacy.

G.    "Host Institution" shall refer to the academic institution(s) selected by the Settling States to host and maintain the Public Document Repository, by, without limitation: maintaining control and security over documents in the Public Document Repository; providing an accessible user interface; and providing clear and transparent explanations of its procedures to the public.

H.    "In-Kind Support" shall mean payment or assistance in the form of goods, commodities, services, or anything else of value.

I.    "Investigator Sponsored Study" (ISS) shall mean a study in which an individual both initiates and conducts an investigation, and under whose immediate direction the investigational drug is administered or dispensed. In addition to the standard investigator responsibilities, the sponsor-investigator is also responsible for planning, conducting, and monitoring the study, managing data, preparing reports, and providing oversight, monitoring, and compliance with regulatory reporting requirements.

J.    "Lobby" and "Lobbying" shall have the same meaning as "lobbying activities" and "lobbying contacts" under the federal lobbying disclosure act, 2 U.S.C. § 1602 *et seq*., and any analogous state or local provisions governing the person or entity being lobbied. As used in this Agreement, "Lobby" and "Lobbying" include Lobbying directly or indirectly, through grantees or Third Parties.

K.    "Opioid(s)" shall mean all naturally occurring, synthetic, or semisynthetic substances that interact with opioid receptors and act like opium.

L.    "Opioid-Induced Side Effects Treatment Product" shall mean any pharmaceutical product that has been approved by the FDA and indicated for the treatment of Opioid-induced side effects. The term "Opioid-Induced Side Effects Treatment Product" shall not include products that treat opioid abuse, addiction or overdose, or respiratory depression.

M.    "Opioid Product(s)" shall mean all current and future medications containing Opioids approved by the U.S. Food & Drug Administration (FDA) and listed by the DEA as Schedule II, III, or IV drugs pursuant to the federal Controlled Substances Act, including but not limited to buprenorphine, codeine, fentanyl, hydrocodone, hydromorphone, meperidine, methadone, morphine, oxycodone, oxymorphone, tapentadol, and tramadol. The term "Opioid Products(s)" shall not include methadone, buprenorphine, and other substances when used exclusively to treat opioid abuse, addiction or overdose; raw materials and/or immediate precursors used in the manufacture or study of Opioids or Opioid Products, but only when such materials and/or immediate precursors are sold or marketed exclusively to DEA-licensed manufacturers or DEA-licensed researchers.

N.    "OUD" shall mean opioid use disorder defined in the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM–5)*, as updated or amended.

O.    "Promote," "Promoting," and "Promotion" shall mean dissemination of information or other practices intended or that could be reasonably anticipated to (i) increase sales, prescriptions, or the utilization of prescription products in the United States, or (ii) that attempt to influence prescribing practices or formulary decisions in the United States. These terms shall not include the provision of scientific information or data in response to unsolicited requests from Health Care Providers or payors as allowed in Section II. A. 2. (e)-(h).

P.    "Qualified Researcher" shall mean any researcher holding a faculty appointment or research position at an institution of higher education, a research organization, a nonprofit organization, or a government agency.

Q.    "Suspicious Order" shall have the same meaning as provided by the Controlled Substances Act, 21 U.S.C. §§ 801-904, and the regulations promulgated thereunder and analogous state laws and regulations.

R.    "Teva" shall mean Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc., f/k/a

Watson Pharma Inc., and each of their parents, subsidiaries, predecessors, successors, affiliates, divisions, assigns, officers, directors, agents, employees and principals, but shall exclude Teva's wholly owned distributor subsidiary, Anda, Inc.  For the avoidance of doubt, Teva does not include entities or individuals controlled by or employed by separate and distinct legal entities that are not directly or indirectly owned by Teva.

S.   "Teva Opioid Products" shall mean Vantrela ER and Opioid Products listed on Teva's product catalog as of the Effective Date or that are added thereafter.

T.   "Third Party" shall mean any person or entity other than Teva or a government entity.

U.   "Treatment of Pain" shall mean the provision of therapeutic modalities to alleviate or reduce pain.

V.   "Unbranded Information" shall mean any information that does not identify a specific product(s).

## II.   INJUNCTIVE RELIEF

**A.   Ban on Promotion**

1.   Teva shall not engage in the Promotion of Opioids or Opioid Products including, but not limited to, by:

    a.   Employing or contracting with sales representatives or other persons to Promote Opioids or Opioid Products to Health Care Providers or patients, or to persons that influence or determine the Opioid Products included in formularies;

    b.   Using speakers, key opinion leaders, thought leaders, lecturers, and/or speaking events for Promotion of Opioids or Opioid Products;

    c.   Sponsoring, or otherwise providing financial support or In-Kind Support to medical education programs relating to Opioids or Opioid Products;

    d.   Creating, sponsoring, operating, controlling, or otherwise providing financial support or In-Kind Support to any website, network, and/or social or other media account for the Promotion of Opioids or Opioid Products;

    e.   Creating, sponsoring, distributing, or otherwise providing financial support or In-Kind Support for materials Promoting Opioids or Opioid Products, including, but not limited to,

brochures, newsletters, pamphlets, journals, books, and guides that Promote Opioids or Opioid Products;

f.    Creating, sponsoring, or otherwise providing financial support or In-Kind Support for advertisements that Promote Opioids or Opioid Products, including, but not limited to, internet advertisements or similar content that Promote Opioids or Opioid Products, and providing hyperlinks or otherwise directing internet traffic to advertisements that Promote Opioids or Opioid Products; and

g.    Engaging in Internet search engine optimization or other techniques designed to Promote Opioids or Opioid Products by improving rankings or making content appear among the top results in an Internet search or otherwise be more visible or more accessible to the public on the Internet.

2.    Notwithstanding Section II.A.1 directly above, Teva may:

a.    Maintain corporate websites;

b.    Maintain a website for any Opioid Product that contains principally the following content: the FDA-approved package insert, medication guide, and labeling, and a statement directing patients or caregivers to speak with a licensed Health Care Provider;

c.    Provide information or support the provision of information as expressly required by law or any state or federal government agency with jurisdiction in the State where the information is provided. Teva may, in relation to its expressly required participation in the TIRF REMS program, remain involved in the preparation of materials and training concerning the process for enrollment in the TIRF REMS program;

d.    Provide the following by mail, electronic mail, on or through Teva's corporate or product websites or through other electronic or digital methods: FDA-approved package insert, medication guide, approved labeling for Opioid Products or other prescribing information for Opioid Products that are published by a state or federal government agency with jurisdiction in the State where the information is provided;

e.    Provide scientific and/or medical information in response to an unsolicited request by a Health Care Provider consistent with the standards set forth in the FDA's Draft Guidance for Industry, *Responding to Unsolicited Requests for Off-Label Information About Prescription Drugs and Medical Devices* (Dec. 2011, as updated or amended by the FDA) and Guidance for Industry, *Good Reprint Practices for the Distribution of Medical Journal Articles and*

*Medical or Scientific Reference Publications on Unapproved New Uses of Approved Drugs and Approved or Cleared Medical Devices* (Jan. 2009, as updated or amended by the FDA). However, Teva shall not provide the following publication in response to an unsolicited request by a Health Care Provider:  Weinstein, SM, et al., Fentanyl buccal tablet for the treatment of breakthrough pain in opioid-tolerant patients with chronic cancer pain:  a long-term, open-label safety study. *Cancer*; 2009;115:2571-2579.

f.  Provide a response to any unsolicited question or request from a patient or caregiver, directing the patient or caregiver to the FDA-approved labeling or to speak with a licensed Health Care Provider without describing the safety or effectiveness of Opioids or any Opioid Product (beyond directing the patient or caregiver to the label) or naming any specific provider or healthcare institution; or directing the patient or caregiver to speak with their insurance carrier regarding coverage of an Opioid Product;

g.  Provide Health Care Economic Information, as defined at 21 U.S.C. § 352(a), to a payor, formulary committee, or other similar entity with knowledge and expertise in the area of health care economic analysis consistent with standards set forth in the FDA's Draft Questions and Answers Guidance for Industry and Review Staff, *Drug and Device Manufacturer Communications With Payors, Formulary Committees, and Similar Entities* (Jan. 2018*)*, as updated or amended by the FDA;

h.  Provide information relating solely to the pricing and availability of any Opioid Product and negotiate contract and pricing terms with direct customers or Downstream Customers;

i.  Sponsor or provide financial support or In-Kind Support for an accredited or approved continuing medical education program required by either an FDA-approved Risk Evaluation and Mitigation Strategy (REMS) program or other federal or state law or regulation applicable in the State where the information is provided through an independent Third Party, which shall be responsible for the continuing medical education program's content without the participation of Teva; and

j.  Provide Unbranded Information in connection with managing pain in End-of-Life Care and/or Cancer-Related Pain Care relating to: the use of Opioids for managing such pain, as long as the Unbranded Information identifies Teva as the source of the information.

3.  Teva shall not engage in the following specific Promotional activity relating to any Opioid-Induced Side Effects Treatment Product.

a. Employing or contracting with sales representatives or other persons to Promote Opioid-Induced Side Effects Treatment Products to Health Care Providers or patients;

b. Using speakers, key opinion leaders, thought leaders, lecturers, and/or speaking events for Promotion of Opioid-Induced Side Effects Treatment Products;

c. Sponsoring, or otherwise providing financial support or In-Kind Support to medical education programs relating to Opioid-Induced Side Effects Treatment Products;

d. Creating, sponsoring, or otherwise providing financial support or In-Kind Support for advertisements that Promote Opioid-Induced Side Effects Treatment Products, including, but not limited to, internet advertisements or similar content that Promote Opioid-Induced Side Effects Treatment Products, and providing hyperlinks or otherwise directing internet traffic to advertisements that Promote Opioid-Induced Side Effects Treatment Products; and

e. Engaging in any other Promotion of Opioid-Induced Side Effects Treatment Products in a manner that encourages the utilization of Opioids or Opioid Products or normalizes the use of Opioids or Opioid Products for chronic pain.

4. Notwithstanding Section II.A.3 directly above, Teva may engage in Promotional activity for Opioid-Induced Side Effects Treatment Products that have non-Opioid related indications, so long as such Promotion does not explicitly or implicitly associate such Opioid-Induced Side Effects Treatment Product with Opioids or Opioid Products, except for linking to the FDA label associated with such Opioid-Induced Side Effects Treatment Product.

5. **Treatment of Pain.**

a. Teva shall not, either through Teva or through Third Parties, Promote the Treatment of Pain in a manner that directly or indirectly encourages the utilization of Opioids or Opioid Products.

b. Teva shall not, either through Teva or through Third Parties, Promote the concept that pain is undertreated in a manner that directly or indirectly encourages the utilization of Opioids or Opioid Products.

c. Teva shall not disseminate Unbranded Information, including Unbranded Information about a medical condition or disease state that contains links to branded information about Opioid Products or that generates data that Teva uses for Promotion of Opioids or Opioid Products.

6.      To the extent that Teva engages in conduct permitted by Sections II.A.2 and A.4 above, Teva shall do so in a manner that is:

      a.      Consistent with the CDC Guideline Recommendations, as applicable; and

      b.      Truthful, non-misleading, accurate, non-deceptive, and does not omit any relevant information.

**B.      No Financial Reward or Discipline Based on Volume of Opioid Sales**

1.      Teva shall not provide financial incentives to its sales and marketing employees or discipline its sales and marketing employees based upon sales volume or sales quotas for Opioid Products. However, this provision shall not prohibit financial incentives based on overall company performance.

2.      Teva shall not offer or pay any remuneration (including any kickback, bribe, or rebate) not subject to the Discount/Rebate Safe Harbor directly or indirectly, to or from any person in return for the prescribing, sale, use or distribution of Opioid Product.

3.      Teva's compensation policies and procedures shall be designed to ensure compliance with this Agreement and other legal requirements.

**C.      Ban on Funding/Grants to Third Parties.**

1.      Teva shall not directly or indirectly provide financial support or In-Kind Support to any Third Party that Promotes or is for education about Opioids, Opioid Products, the Treatment of Pain, or Opioid-Induced Side Effects Treatment Products, excluding financial support otherwise required by the Judgment or by a federal or state agency.

2.      Teva shall not create, sponsor, provide financial support or In-Kind Support to, operate, or control any medical society or patient advocacy group relating to any Opioids, Opioid Products, Treatment of Pain, or Opioid-Induced Side Effects Treatment Product.

3.      Teva shall not provide a direct link to any Third Party website or materials or otherwise distribute materials created by a Third Party relating to any Opioids, Opioid Products, the Treatment of Pain, or Opioid-Induced Side Effects Treatment Products.

4.      The above prohibitions do not prevent Teva from engaging with Third Parties in connection with and consistent with the activities Teva is permitted to undertake pursuant to Sections II.A.2 and II.A.4.

5.  Teva shall not use, assist, or employ any Third Party to engage in any activity that Teva itself would be prohibited from engaging in pursuant to this Agreement.

6.  Teva shall not enter into any contract or agreement with any person or entity or otherwise attempt to influence any person or entity in such a manner that has the purpose or foreseeable effect of limiting the dissemination of information regarding the risks and side effects of using Opioids.

7.  Teva shall not compensate or support Health Care Providers or organizations to advocate for formulary access or treatment guideline changes that would have the effect of increasing access to any Opioid Product by third-party payers, *i.e.*, any entity, other than an individual, that pays or reimburses for the dispensing of prescription medicines, including, but not limited to, managed care organizations and pharmacy benefit managers.

8.  No Board of Directors member, Executive Officer, or senior management-level employee of a United States Teva entity may serve as a director, board member, employee, agent, or officer of any entity that engages in Promotion relating to Opioids, Opioid Products, the Treatment of Pain, or Opioid-Induced Side Effects Treatment Products. For the avoidance of doubt, nothing in this provision shall preclude an officer or executive management-level employee of Teva from concurrently serving on the board of a hospital.

9.  Teva shall play no role in appointing persons to the board, or hiring persons to the staff, of any entity that engages in Promotion relating to any Opioids, Opioid Products, the Treatment of Pain, or Opioid-Induced Side Effects Treatment Products.

10.  For the avoidance of doubt:

   a.  Nothing in this Section II.C shall be construed or used to prohibit Teva from providing financial or In-Kind Support to:

      i.  universities, medical institutions, or hospitals, for the purpose of addressing, or providing education on (I) the treatment of OUD; (II) the prevention and treatment of opioid abuse, addiction, or overdose, including medication-assisted treatment for opioid addiction; and/or (III) rescue medications for opioid overdose;

      ii.  the American Medical Association (AMA), the American Cancer Society (ACS) or any other medical society solely dedicated to cancer treatment; or

      iii.  broad based trade associations including, without limitation, PhRMA (Pharmaceutical Research and Manufacturers of

America), HDA (Healthcare Distribution Alliance), AAM (Association for Accessible Medications), PCMA (Pharmaceutical Care Management Association), and NACDS (National Association of Chain Drug Stores), or successor organizations to any of the foregoing.

11. Teva will be in compliance with Sections II.C.2 and II.C.3 with respect to support of an individual Third Party to the extent that the Independent Monitor determines that such support does not increase the risk of the inappropriate use of Opioids and that Teva has not acted for the purpose of increasing the use of Opioids.

12. The above prohibitions do not apply to the donation of product pursuant to any settlement agreements or resolutions to litigation and/or investigations.

13. Reference to any specific Third Party organization above shall in no way be construed as an approval or sanction by the States of such Third Party's conduct or business practices.

## D.  Lobbying Restrictions.

1. Teva shall not Lobby for the enactment of any federal, state, or local legislation or promulgation of any rule or regulation that:

   a. Encourages or requires Health Care Providers to prescribe Opioids or sanctions Health Care Providers for failing to prescribe Opioids or failing to treat pain with Opioids;

   b. Would have the effect of limiting access to any non-Opioid alternative pain treatments; or

   c. Pertains to the classification of any Opioid or Opioid Product as a scheduled drug under the Controlled Substances Act.

2. Teva shall not Lobby against the enactment of any provision within any federal, state, local legislation, rule, or regulation that supports:

   a. The use of non-pharmacologic therapy and/or non-Opioid pharmacologic therapy to treat chronic pain over or instead of Opioid use, including but not limited to third party payment or reimbursement for such therapies;

   b. The use and/or prescription of immediate release Opioids instead of extended release Opioids when Opioid use is initiated, including but not limited to third party reimbursement or payment for such prescriptions;

   c. The prescribing of the lowest effective dose of an Opioid, including but not limited to third party reimbursement or payment for such prescription;

     d.  The limitation of initial prescriptions of Opioids to treat acute pain;

     e.  The prescribing and other means of distribution of naloxone to minimize the risk of overdose, including but not limited to third party reimbursement or payment for naloxone;

     f.  The use of urine testing before starting Opioid use and annual urine testing when Opioids are prescribed, including but not limited to third party reimbursement or payment for such testing;

     g.  Evidence-based treatment (such as using medication-assisted treatment with buprenorphine or methadone in combination with behavioral therapies) for OUD, including but not limited to third party reimbursement or payment for such treatment; or

     h.  The implementation or use of Opioid drug disposal systems.

3.  Teva shall not Lobby against the enactment of any federal, state or local legislation or promulgation of any rule or regulation expanding the operation or use of PDMPs, including but not limited to provisions requiring Health Care Providers to review PDMPs when Opioid use is initiated and with every prescription thereafter.

4.  Notwithstanding the foregoing restrictions in subparagraphs II.D.1-3, the following conduct is not restricted:

     a.  Challenging the enforcement of, or suing for declaratory or injunctive relief with respect to legislation, rules or regulations referred to in subparagraphs II.D.1;

     b.  Communications made by Teva in response to a statute, rule, regulation, or order requiring such communication;

     c.  Communications by a Teva representative appearing before a federal or state legislative or administrative body, committee, or subcommittee as result of a mandatory order or subpoena commanding that person to testify; or Responding, in a manner consistent with this Agreement, to an unsolicited request for the input on the passage of legislation or the promulgation of any rule or regulation when such request is submitted in writing specifically to Teva from a government entity directly involved in the passage of that legislation or promulgation of that rule or regulation;

     d.  Conduct permitted pursuant to Section II.C.10; or

     e.  Responding to requests from government agencies and/or participating in panels at the request of a government agency.

5.  Teva shall require all of its officers and employees engaged in Lobbying to certify

in writing to Teva that they are aware of and will fully comply with the provisions of this Exhibit P with respect to Lobbying.

**E.     Monitoring and Reporting of Off-Label Use of Transmucosal Immediate-Release Fentanyl (TIRF) Products.**

1.   Teva shall monitor for off-label prescribing of its TIRF products in the United States, including analysis that utilizes prescription and patient diagnosis data, using the TIRF REMS program data accessible to Teva to determine:

  a.   the indication(s) or diagnoses for which the TIRF product was prescribed in the United States and whether those indications or diagnoses were on-label or off-label; and

  b.   use by opioid-intolerant patients in the United States.

2.   Upon request of one of the following in a Settling State, Teva shall provide the requestor with the data and analysis described in Subsection II.E.1, to be used for law enforcement, counter-detailing, academic or medical research, or public health and other non-commercial purposes:  State Attorney General or other law enforcement agency, State medical board, State board of pharmacy, Qualified Researchers, medical and pharmacy directors of health systems or clinics, medical associations, and other public health officials, including but not limited to city health authorities, county medical directors, and State public health authorities.

3.   Teva shall provide the data and analysis described in Subsection II.E.1 in chart format, including breakdown of prescriptions by year, diagnosis, and county.

**F.     Ban on High Dose Opioids.**

1.   After any related commercial commitments existing on February 15, 2022 have expired, Teva shall not manufacture, promote, or distribute any oxycodone pill that exceeds 40 milligrams.

**G.     Ban on Prescription Savings Programs**.

1.   Teva shall not directly or indirectly offer any discounts, coupons, rebates, or other methods which have the effect of reducing or eliminating a patient's co-payments or the cost of prescriptions (*e.g.*, free trial prescriptions) for any Opioid Product.  This does not preclude Teva from offering discounts, rebates, or other customary pricing adjustments to commercial partners for the non-retail sale of any Opioid Product, including providing discounts, coupons, rebates, or other methods for use by retail chain pharmacies, such as CVS, Walgreens, Rite Aid and the like, as well as contracting intermediaries, such as Buying Groups, Group Purchasing Organizations, and Pharmacy Benefit Managers.

2.   Teva shall not directly or indirectly provide financial support to any Third Party that offers coupons, discounts, rebates or other methods which have the effect of reducing or

eliminating a patient's co-payments or the cost of prescriptions (*e.g.*, free trial prescriptions) for any Opioid Product.

3. Teva shall not directly or indirectly assist patients, Health Care Providers, or pharmacies regarding the claims and/or prior authorization process required for third-party payers to approve claims involving any Opioid Product.

**H.     Monitoring and Reporting of Direct and Downstream Customers.**

1. Teva shall operate an effective monitoring and reporting system in compliance with 21 C.F.R. § 1301.71(a), 21 C.F.R. §1301.74(b), 21 U.S.C. § 823(e) and Section 3292 of the SUPPORT for Patients and Communities Act, that shall include processes and procedures that:

   a. Utilize all reasonably available transaction information to identify a Suspicious Order of an Opioid Product by a direct customer;

   b. Utilize all reasonably available Downstream Customer Data to identify whether a Downstream Customer poses a material risk of diversion of an Opioid Product;

   c. Utilize all information Teva receives that bears upon a direct customer's or a Downstream Customer's diversion activity or potential for diversion activity, including reports by Teva's employees, customers, Health Care Providers, law enforcement, state, tribal, or federal agencies, or the media; and

   d. Upon request (unless otherwise required by law), report to a State agency any direct customer or Downstream Customer in such agency's State identified as part of the monitoring required by (a)-(c), above, and any customer relationship in such State terminated by Teva relating to diversion or potential for diversion. These reports shall include the following information, to the extent known to Teva:

      i. The identity of the downstream registrant and the direct customer(s) identified by Teva engaged in the controlled substance transaction(s), to include each registrant's name, address, business type, and DEA registration number;

      ii. The dates of reported distribution of controlled substances by direct customers to the downstream registrant during the relevant time period;

      iii. The drug name, drug family or NDC and dosage amounts reportedly distributed;

      iv. The transaction or order number of the reported distribution; and

      v. A brief narrative providing a description of the circumstances leading to Teva's conclusion that there is a risk of diversion.

2. Teva shall not provide to any direct customer an Opioid Product to fill an order identified as a Suspicious Order unless Teva's DEA Compliance Department investigates and finds that the order is not suspicious.

3. Upon request, Teva shall provide full cooperation and assistance to any federal, state or local law enforcement investigations of potential diversion or suspicious circumstances involving Opioid Products, including criminal law enforcement agencies, drug control agencies, professional licensing boards, and Attorney General's offices.

## I. General Terms

1. To the extent that any provision in the Agreement between Teva and the States conflicts with federal or state law or regulation, the requirements of the law or regulation will prevail.

2. Teva shall not make any written or oral statement about Opioids or any Opioid Product that is unfair, false, misleading, deceptive or unconscionable. For purposes of this paragraph, "Opioid Product" shall also include methadone, buprenorphine, and other substances when used exclusively to treat opioid abuse, addiction, or overdose

3. Teva shall not represent that Opioids or any Opioid Product(s) have approvals, characteristics, uses, benefits, or qualities that they do not have. For purposes of this paragraph, "Opioid Product" shall also include methadone, buprenorphine and other substances when used exclusively to treat opioid abuse, addiction, or overdose.

4. For the avoidance of doubt, nothing in this Agreement is intended to or shall be construed to prohibit Teva in any way whatsoever from (a) taking legal or factual positions with regard to its Opioid Product(s) in defense of litigation or other legal proceedings or investigations, (b) communicating its positions and responding to media inquiries concerning litigation, investigations, reports, or other documents or proceedings relating to Teva or its Opioid Products, or (c) maintaining a website explaining its litigation positions and responding to allegations concerning its Opioid Products.

5. Upon the request of any Settling State Attorney General, Teva shall provide the requesting State Attorney General with copies of the following, within 30 days of the request:

   a. Any litigation or civil or criminal law enforcement subpoenas or Civil Investigative Demands relating to Teva's Opioid Product(s); and

   b. Warning or untitled letters issued by the FDA regarding Teva's Opioid Product(s) and all correspondence between Teva and the FDA related to such letters.

6. Nothing contained herein shall prohibit Teva from divesting any Opioid or Opioid Product, in each case, including providing technical development services, transferring know-how and patents, and/or providing such other support services in connection therewith, provided

that all provisions of this Exhibit P shall apply to any subsequent purchaser with respect to the divested Opioid or Opioid Product.

7. This Exhibit P applies to the manufacture, sales, Promotion, marketing and distribution by Teva within the United States and its territories or involving Health Care Providers.

*8.* For the avoidance of doubt, nothing in this Exhibit P is intended to prohibit or restrict Teva's Promotion of non-Opioid products that are approved for the Treatment of Pain (including Ajovy), including by providing educational or other information about such non-Opioid products or providing support or funding to Third Parties specifically to support the use of such non-Opioid products. Teva shall not be restricted from referencing current pain care treatments or treatment modalities for purposes of Promotion of such non-Opioid products so long as such reference does not Promote Opioids or Opioid Products.  The exclusion from this Consent Judgment of non-Opioid products approved for the Treatment of Pain shall in no way be construed as an approval or a sanction by the States of Teva's business practices with respect to any such non-Opioid product.

**J.**    **Compliance with All Laws and Regulations Relating to the Sale, Promotion, and Distribution of Any Opioid Product**

1. Teva shall comply with all state laws and regulations that relate to the sale, promotion, distribution, and disposal of any Opioid Product, provided that nothing in this paragraph requires Teva to violate federal law or regulations, including but not limited to:

   a. State Controlled Substances Act, including all guidance issued by applicable state regulator(s);

   b. State Consumer Protection Laws and Unfair Trade Practices Acts;

   c. State laws and regulations related to opioid prescribing, distribution and disposal; and

   d. State Specific Laws.

**K.**    **Compliance Deadlines.**
1. Teva must be in full compliance with the provisions included in Exhibit P by the Effective Date.

**L.  Training**

1. Teva shall provide regular training, at least once per year, to relevant employees on their obligations imposed by this Agreement.

## III.  CLINICAL DATA TRANSPARENCY

**A.  Data to Be Shared**

1.  Teva shall share the following clinical data through a third-party data archive that conforms to the requirements defined below to increase the transparency of its clinical research.

    a.  Teva shall make available all previously disclosed data and/or information regarding Teva Opioid Products;

    b.  Teva shall make available all previously unreleased data regarding Teva Opioid Products located in its possession, custody or control after a reasonably diligent search, for both approved and unapproved indications, including:

        i.  Full analyzable data set(s) (including individual participant-level data de-identified by an independent biostatistician);

        ii.  The clinical study report(s) redacted for commercial or personal identifying information;

        iii.  The full protocol(s) (including the initial version, final version, and all amendments); and

        iv.  Full statistical analysis plan(s) (including all amendments and documentation for additional work processes); and

    c.  Teva shall make available the above information for all studies for any new Teva Opioid Product or new indications within 6 months after regulatory approval or 18 months after study completion, whichever occurs later.

    d.  Data related to Investigator Sponsored Studies completed prior to the Effective Date are subject to the requirements in this Section III.A.1 if such data can be located in Teva's possession, custody or control after a reasonably diligent search.

    e.  Data related to Investigator Sponsored Studies completed after the Effective Date are subject to the requirements of this Section III.A.1.

**B.  Third-Party Data Archive**

1.  Teva shall share the above information via a third-party data archive that makes clinical data available to Qualified Researchers with a bona fide scientific research proposal.

2.    The data archive shall have a panel of reviewers with independent review authority to determine whether the researchers are qualified, whether a research application seeks data for bona fide scientific research, and whether a research proposal is complete.

3.    The panel may exclude research proposals with a commercial interest.

**C.    Non Interference**

1.    Teva shall not interfere with decisions made by the staff or reviewers associated with the third-party data archive.

**D.    Data Use Agreement**

1.    Any data sharing agreement with a Qualified Researcher who receives shared data via the third-party data archive shall contain contact information for Teva's pharmacovigilance staff. Every agreement shall require the lead Qualified Researcher to inform Teva's pharmacovigilance staff within 24 hours of any determination that research findings could detrimentally impact the risk-benefit assessment regarding the product. The lead Qualified Researcher may also inform regulatory authorities of the safety signal impacting the risk-benefit assessment. Teva's pharmacovigilance staff shall take all necessary and appropriate steps upon receipt of such safety information, including but not limited to notifying regulatory authorities or the public.

**E.    Cost**

1.    Teva shall bear all costs for making data and/or information available.

## IV.   TERM

A.    Unless addressed in Section IV.B below, each term of this Exhibit P shall apply for thirteen (13) years from the Effective Date.

B.    The provisions of Section II.A ("Ban on Promotion"), Section II.I ("General Provisions"), and Section II.J ("Compliance with All Laws and Regulations Relating to the Sale, Promotion and Distribution of Any Opioid Product") shall not be subject to any term.

## V.   DOCUMENT DISCLOSURE

**A.    Documents Subject to Public Disclosure**

The following documents must be provided to each Settling State and are subject to public disclosure in perpetuity, except for the redactions authorized by section B:

1.    All Teva-produced documents admitted as trial exhibits in *In re Opioid Litigation*, Index No. 400000/2017 (N.Y. Sup. Ct., Suffolk County), *The City and County of*

*San Francisco, California and the People of the State of California, acting by and through San Francisco City Attorney David Chiu v. Purdue Pharma L.P., et al.*, Case No. 3:18-cv-7591-CRB (N.D. Cal.), *The State of West Virginia ex rel. Patrick Morrisey, Attorney General v. Teva Pharmaceutical Industries Ltd., et al.*, Civil Action No. 19-C-104 BNE (W. Va. Cir. Ct., Boone County), or *The People of the State of California, acting by and through Santa Clara County Counsel James R. Williams, Orange County District Attorney Tony Rackauckas, Los Angeles County Counsel Mary C. Wickham, and Oakland City Attorney Barbara J. Parker v. Purdue Pharma L.P., et al.*, Case No. 30-2014-00725287-CU-BT-CXC (Cal. Super. Ct., Orange County) and *Oklahoma v. Purdue Pharma L.P., et al.*, No. CJ-2017-816 (Cleveland Cty., Okla. Dist. Ct.), together with complete trial transcripts.

2. All Teva deposition transcripts and exhibits from or produced in the matters identified in section A.1, as well as in *In re Nat'l Prescription Opiate Litig.*, No. 1:17-MD-2804 (N.D. Ohio).

3. All summary judgment filings, proposed findings of fact and law, and expert reports relating to the claims against Teva that were filed in the matters identified in section A.2 and A.3, together with related exhibits.

4. All documents, indices, and privilege logs produced in *In re Nat'l Prescription Opiate Litig.*, No. 1:17-MD-2804 (N.D. Ohio) ("the MDL") bearing the bates prefixes Acquired_Actavis and TEVA_MDL_A and produced on or before October 4, 2019, except personnel files produced on Jan. 16, 2019, Jan. 20, 2019, Feb. 8, 2019, and Aug. 10, 2019.

5. All documents provided under this provision must be provided in an appropriate electronic format with appropriate metadata.

## B. Information That Teva May Redact

1. The following categories of information are exempt from public disclosure:

   a. Information subject to trade secret protection. A "trade secret" is information, including a formula, pattern, compilation, program, device, method, technique or process, that (a) derives independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure and use; and (b) is the subject of efforts that are reasonable under the circumstances to maintain its secrecy. Even if the information falls within the definition, "trade secret" does not include information reflecting sales or promotional strategies, tactics, targeting, or data, or internal communications related to sales or promotion or information in documents dated more than five (5) years before the disclosure required by this section.

   b. Confidential personal information. "Confidential personal information" means individual Social Security or tax identification numbers, personal financial account numbers, passport numbers, driver license numbers, home

addresses, home telephone numbers, personal email addresses, and other personally identifiable information protected by law from disclosure. "Confidential personal information" does not include the names of Teva's officers, directors, employees, consultants, agents, or attorneys or of prescribers or of officials of a government agency.

c.    Information that is inappropriate for public disclosure because it is subject to personal privacy interests recognized by law (e.g., HIPAA), or contractual rights of third parties that Teva may not abrogate.

d.    Information regarding Teva employees' personal matters unrelated to Teva, including emails produced by Teva custodians discussing vacation or sick leave, family, or other personal matters.

e.    Information that is protected by the attorney–client or attorney work product privilege.

f.    Financial documents designated as "Highly Confidential" or "Highly Confidential Information" under Case Management Order No. 2 in *In re Nat'l Prescription Opiate Litig.*, No. 1:17-MD-2804 (N.D. Ohio) and produced in response to the April 3, 2019 Ruling Regarding Jurisdictional Discovery on Defendants Teva, and Mallinckrodt, including tax returns including all schedules and attachments, policies regarding accounting, and annual reports.

**C.    Redaction of Documents Containing Protected Information**

1.    Whenever a document contains information subject to a claim of exemption pursuant to section B, Teva will provide the document in redacted form. Such redactions must indicate that trade secret and/or private information, as appropriate, has been redacted. Redactions are limited to the minimum redactions possible, consistent with section B.

2.    Teva must provide to each Settling State a log noting each document redacted. The log must also provide fields stating the basis for redacting the document, with sufficient detail to allow an assessment of the merits of the assertion. The log is subject to public disclosure in perpetuity. The log shall be provided by the production deadline.

3.    In addition to the redacted documents, Teva shall, upon any Settling State's request, also produce all documents identified in Section A above in unredacted form to such Settling State at the same time, but only to the extent the document was produced by Teva in an unredacted form in the underlying litigation, and only for the purpose of permitting a merits assessment and potential challenge of the redaction pursuant to section VII herein.

**D.**      **Public Disclosure Through a Document Repository**

     1.      Each Settling State may publicly disclose all documents covered by this section through a public repository maintained by a governmental, non-profit, or academic institution. Each Settling State may specify the terms of any such repository's use of those documents, including allowing the repository to index and make searchable all documents subject to public disclosure, including the metadata associated with those documents.

**E.**      **Timeline for Production**

     1.      Teva shall produce all documents required by Section A within nine months from the Effective Date.

**F.**      **Support Payment**

     1.      Within thirty (30) calendar days of the Effective Date, Teva will make one-time payments totaling $1,375,000 to the University of California, San Francisco Foundation (UCSF Foundation) and The Johns Hopkins University, to be used to support a public repository of documents subject to this section.

## VI.   INDEPENDENT MONITOR

### A.  Independent Monitor Committee

1. Within thirty (30) calendar days of the Effective Date, the Settling States shall designate a group of States to serve on an Independent Monitor Committee as the Settling States' representatives in the administration of the relevant terms of these Independent Monitor provisions (hereinafter, "Independent Monitor Committee").

### B.  Independent Monitor Selection and Engagement

1. Teva shall engage an Independent Monitor to review Teva's compliance with this Exhibit P.  The Independent Monitor shall have or shall employ or retain personnel who have appropriate qualifications and experience related to the pharmaceutical industry and the laws governing the manufacture, marketing and sale of pharmaceuticals and controlled substances and the applicable requirements of federal and state law. To the extent that additional expertise is required for the engagement, the Independent Monitor may retain the services of third-parties, after consultation with and input from Teva and the Independent Monitor Committee.

2. The Independent Monitor and any retained third-parties shall at all times act in good faith and with integrity and fairness towards all parties.

3. The parties have agreed that the initial Independent Monitor shall be Gil Soffer of Katten, Muchin Rosenman LLP

4. The Independent Monitor can be replaced upon agreement of the Independent Monitor Committee and Teva. If the parties so agree, the process for selecting a replacement Independent Monitor shall be the process described in paragraphs i-iii below.  The provisions of this Exhibit P shall apply to any successor Independent Monitor.

   i. The Independent Monitor Committee and Teva will each identify the names of up to three (3) individuals, groups of individuals or firms as the pool of recommended candidates to serve as the Monitor, within (60) calendar days of the date the parties agree to replace the Monitor.

   ii. The Independent Monitor Committee and Teva shall have the right to meet with and otherwise evaluate the candidates and conduct appropriate interviews of the personnel who are expected to work on the project. The following qualifications may be relevant considerations for the Independent Monitor Committee and Teva in evaluating candidates: (a) prior monitorship or oversight experience; (b) experience with federal health care and suspicious order monitoring laws, regulations, and programs; (c) experience with the pharmaceutical or health care industry; (d) access to sufficient resources to carry out the duties of the Monitor; and (e) experience with internal investigations or the investigative process.

      iii.    If the Independent Monitor Committee and Teva do not agree on the appointment of any of the candidates from the initial pool of recommendations, the Independent Monitor Committee and/or Teva may identify additional qualified candidates, as the timeline permits. However, in the event the parties fail to reach agreement on a Monitor within ninety (90) calendar days of the date the parties agree to replace the monitor, the Independent Monitor Committee shall appoint an Independent Monitor.

5.    In the event that the Independent Monitor Committee and Teva do not agree to the dismissal of the Independent Monitor, either the Independent Monitor Committee (through one of the Settling States on the Independent Monitor Committee) or Teva may submit the question of the Independent Monitor's dismissal to the court to which the Consent Judgment was presented in any Settling States on the Independent Monitor Committee, and the Independent Monitor shall only be dismissed if the court finds that there is Good Cause for dismissal. Good Cause for dismissal shall mean (a) a material and substantial breach of the terms of this Exhibit P by the Independent Monitor, including the failure to comply with the terms and limitations of this Exhibit P; (b) any act of dishonesty, misappropriation, embezzlement, intentional fraud, or similar conduct by the Independent Monitor; (c) any intentional act of bias or prejudice in favor or against either party by the Independent Monitor; or (d) conduct by the Independent Monitor that demonstrates unfitness to fulfill the functions of the Independent Monitor reasonably and competently. Good Cause shall not include disagreements with the decisions of the Independent Monitor pursuant to this Exhibit P, unless there is a clear pattern in the Independent Monitor's decisions that demonstrates that the Independent Monitor has not been acting as an independent third party in rendering decisions.

## C. Costs of the Independent Monitor

1.    Teva shall pay all reasonable and necessary fees and costs of the Independent Monitor. Reasonable and necessary fees and costs shall be limited to those set out in the Independent Monitor work plan and contract, but in no event shall they exceed $1,000,000 per year, inclusive of fees and costs for any personnel or third-parties that the Independent Monitor engages or retains.

## D. Term and Reporting Periods

1.    The term of the Independent Monitor will be five (5) years from the Effective Date, divided into ten (10) six-month periods for purposes of the reviews and reporting described in Section VI.H ("Reporting Periods").

2.    The Independent Monitor shall be terminated and the oversight shall cease within thirty (30) calendar days of the Independent Monitor Committee receiving a certification from Teva that it has stopped selling Opioid Products for end-use consumption in the United States.

## E. Independent Monitor's Scope of Work

1.    The Independent Monitor's responsibilities shall encompass Teva's ongoing compliance

with the specific requirements of the Exhibit P as it relates to the following areas: (1) Promotion and sale of Opioids or Opioid Products; (2) Promotion of Opioid-Induced Side Effects Treatment Product; (3) Promotion relating to the Treatment of Pain; (4) Financial Reward or Discipline Based on Volume of Opioid Sales; (5) funding and grants to third parties concerning Opioids, Opioid Products, or the Treatment of Pain; (6) lobbying concerning Opioids, Opioid Products, or the Treatment of Pain; (7) Prescription Savings Programs for Opioid Products; (8) Monitoring and Reporting of Direct and Downstream Customers; (9) training concerning Teva's obligations under Exhibit P (hereinafter referred to as the "Scope of Work"). The Independent Monitor's Scope of Work and review applies to the manufacture, sales, Promotion, marketing and distribution by Teva within the United States and its territories or involving Health Care Providers. The Independent Monitor will report his or her findings as provided in Section VI.H below.

2. Within thirty (30) calendar days after the appointment of the Independent Monitor, the Independent Monitor Committee and Teva shall agree with the Independent Monitor on a work plan and contract. The work plan shall set forth in detail the manner in which the Independent Monitor will carry out his or her responsibilities under this Exhibit P, and the general scope of information that the Independent Monitor will seek to review in fulfilling the Independent Monitor's Scope of Work. It is not intended that the Independent Monitor will conduct his or her own inquiry into the historical events that allegedly gave rise to this Consent Judgment or into matters beyond the scope of the Injunctive Terms of this Consent Judgment. The work plan shall also include all reasonable and necessary costs of the Independent Monitor, as well as a process by which Teva may challenge Independent Monitor costs as excessive, duplicative or unnecessary.

3. If the Independent Monitor, the Independent Monitor Committee and Teva fail to reach agreement on a work plan within the designated time frame, the Independent Monitor Committee shall determine a fair and reasonable work plan and contract in consultation with Teva and the Independent Monitor.

4. At least annually, and more frequently if appropriate, Teva and the Independent Monitor Committee will meet in person or virtually to discuss the work of the Independent Monitor and any suggestions, comments, or improvements Teva may wish to discuss with or propose to the Independent Monitor Committee, including with respect to the scope and costs of the work of the Independent Monitor, unless Teva and the Independent Monitor Committee believe such a meeting is unnecessary.

F. **Independent Monitor Access to Information**

1. In connection with its review of Teva's compliance with the terms identified in Section VI.E above, the Independent Monitor shall be vested with reasonably broad discretion to review Teva's compliance with the terms of Exhibit P covered by the Scope of Work, including access to documents and the right to interview employees, as is reasonably necessary to fulfill its duties under this Consent Judgment, with reasonable notice to Teva and without unreasonable interference in Teva's or its employees' ability to perform day-to-day operations. The Independent Monitor shall have all powers reasonable and necessary to efficiently and effectively discharge its responsibilities.

P-22

2. The Chief Compliance Officer of Teva shall serve as the primary point of contact for the Independent Monitor to facilitate the Independent Monitor's reasonable access to documents, materials, or employees necessary to review for compliance with Exhibit P. The Independent Monitor shall make a good faith effort to leverage Teva's existing compliance mechanisms when reviewing Teva's compliance with the terms of Exhibit P identified in Section VI.E, above. The Independent Monitor shall communicate any request for documents, materials, or access to employees to the Chief Compliance Officer, but, subject to the terms hereof, is not prohibited from speaking with any other current or former employees of Teva. Teva shall not intimidate, harass, threaten, or penalize any employee or former employee for his or her cooperation with or assistance to the Independent Monitor.

3. If at any time the Independent Monitor reasonably believes that there is undue delay, resistance, interference, limitation, or denial of access to any records or to any employee deemed necessary by the Independent Monitor to implement or review compliance by Teva with the Injunctive Terms, the Independent Monitor may meet and confer with Teva's Chief Compliance Officer. If the Independent Monitor cannot resolve such limitation or denial, it shall be immediately reported to the Independent Monitor Committee.

4. To the extent that any of the documents requested by the Independent Monitor contain material protected from disclosure by the attorney-client privilege or attorney work product doctrine, Teva may redact the privileged material before providing the documents to the Independent Monitor.

G. **Settling States' Access to Independent Monitor**

1. There shall be no limitation on the ability of the Independent Monitor to communicate at any time with Settling States regarding Teva's conduct.

H. **Independent Monitor Reports**

1. Observations and Recommendations

i. To the extent that the reviews conducted by the Independent Monitor raise questions or concerns about particular decisions made or conduct engaged in by Teva regarding issues within the Scope of Work, the Independent Monitor may conduct interviews of personnel of Teva who were involved in the decisions or conduct at issue. If the Independent Monitor continues to have questions or concerns about particular decisions or conduct, after conducting interviews, the Independent Monitor shall include a description of the question or concern in the Final Report described below. If the Independent Monitor notes any areas for potential improvement regarding matters within the Scope of Work during the course of the reviews conducted pursuant to the Injunctive Relief Terms, the Independent Monitor shall include any such recommendations in the Final Report. Collectively, any such questions, concerns or recommendations will be referred to as "Observations and Recommendations."

2.  Draft and Final Reports

i.  No later than thirty (30) calendar days after the close of a Reporting Period and/or at any other time deemed reasonably necessary by the Independent Monitor, the Independent Monitor shall provide Teva with a draft report identifying and detailing any Potential Violations and the bases therefore (the "Draft Report"). Potential Violations shall mean Teva's failure to comply with the specific provisions of Exhibit P that the Independent Monitor is tasked with overseeing as set forth in the Scope of Work and work plan, as reasonably determined by the Independent Monitor and supported by documentation (where available). Identification of Potential Violations in the Draft Report shall not be considered a breach of the Consent Judgment.  Teva shall have the right to cure any Potential Violation, in accordance with the below provisions.  The Draft Report will also contain detailed descriptions of any Observations and Recommendations.

ii.  Within thirty (30) calendar days of its receipt of the Draft Report, Teva will provide comments and responses to the Draft Report.  Teva will, among other things:

(1)  Respond to each Potential Violation, including, where appropriate, explaining why no violation occurred, or describing any corrective action taken (or to be taken) as a result of the findings made by the Independent Monitor, including, where appropriate, providing documentation supporting a relevant decision or additional context explaining the Potential Violation and why it occurred.

(2)  Respond to each Observation and Recommendation.

iii.  Within thirty (30) calendar days of receipt of Teva's comments and responses to the Draft Report, the Independent Monitor shall provide a final report (the "Final Report").  The Final Report shall be provided simultaneously to the Independent Monitor Committee and Teva.  The Independent Monitor Committee may share the Final Report with any Settling State. The Independent Monitor shall provide the Independent Monitor Committee with a copy of any Draft Report that has been subsequently revised upon conferral with Teva and, upon request, the Independent Monitor Committee shall be granted access to any other Draft Reports.

iv.  The Final Report shall set forth:

(1)  The Independent Monitor's evaluation of Teva's compliance with the provisions identified in Sections VI.E and VI.F above and the factual basis for the Independent Monitor's conclusions, including whether a Potential Violation has occurred and an explanation of the nature of the Potential Violation.

(2)  The Independent Monitor's conclusion as to whether Teva has cured any Potential Violations.  In the event that the Independent Monitor changes its initial determination after receiving Teva's response, the Independent Monitor will report its initial determination and its revised determination in the Final Report in sufficient detail so that the Independent Monitor

Committee can evaluate the basis for both determinations. The identification of uncured Potential Violations in the Final Report can be considered a breach of the Consent Judgment.

(3) The Final Report need not recite or describe comprehensively Teva's history or compliance policies, procedures and practices, but rather may focus on those areas with respect to which the Independent Monitor wishes to make recommendations, if any, for improvement or which the Independent Monitor otherwise concludes merit particular attention.

(4) The Final Report shall include a listing of the Observations and Recommendations made by the Independent Monitor and responses of Teva.

v. For the duration of the Independent Monitor's term, the Settling States may take any action against Teva to enforce the Injunctive Relief terms within the Independent Monitor's Scope of Work as identified in Section VI.E above upon receiving notice of an uncured Potential Violation in a Final Report. The Settling States are not required to abide by the procedures set forth in the Notice and Cure provision below with regard to such uncured Potential Violations.

vi. For the duration of the Independent Monitor's term, should a Settling State disagree with the Independent Monitor's determination as to whether a Potential Violation has occurred or been cured under the Injunctive Relief terms within the Independent Monitor's Scope of Work as identified in Section VI.E above, the Settling State shall meet and confer with the Independent Monitor, the Independent Monitor Committee, and Teva to express its concerns. Teva shall have a reasonable opportunity to explain why it believes it is in compliance with Exhibit P, to further explain the actions taken to cure the Potential Violation and/or to take additional corrective actions to address the state's concerns. If, after engaging in this meet and confer process and affording Teva a reasonable opportunity to explain or take further action, the Settling State is not satisfied that the Potential Violation has been cured, it may take any action to enforce the terms of this Consent Judgment.

vii. Notwithstanding Sections VI.H.2.v and VI.H.2.vi, the Settling States may take any action, including, but not limited to legal action to enforce compliance with the Consent Judgment, without delay if the Settling State believes that a threat to the health or safety of the public requires immediate action.

viii. The Independent Monitor's reports and testimony may be used by the Settling States in any action or proceeding. No action or lack of action by the Settling States regarding information received from the Independent Monitor regarding Teva's conduct shall be considered affirmation, acceptance, or ratification of that conduct by the Settling States.

ix. Nothing in this Judgment limits the right of the Settling States to conduct investigations or examinations unrelated to the work of the Independent Monitor.

I.  **Confidentiality**

1.  Teva may designate materials and information that it believes contain trade secret or other commercially sensitive information as "Confidential." Materials and information provided by Teva to the Independent Monitor that are designated "Confidential" (and any parts, portions, or derivations thereof) and shall not be disclosed or distributed to any person or entity other than those authorized by these provisions, subject to the provisions in Section VI.H.2.e.

2.  All materials obtained from Teva by the Independent Monitor and in the Independent Monitor's possession shall be returned to Teva or destroyed at the conclusion of the Independent Monitor's term.

3.  If any of the Settling States receive a request for disclosure of any material or information received by the Settling State from the Independent Monitor, pursuant to a subpoena, court order, data practices act, freedom of information act, public information act, public records act, or similar law ("Third Party Request") the Attorney General shall notify Teva of the Third Party Request and the Confidential Information to be disclosed so that Teva may seek a protective order or otherwise challenge or object to the disclosure. Each of the Settling States agrees to provide Teva with at least ten (10) business days' advance notice before complying with any Third-Party Request for Confidential Information, except where state law requires a lesser period of advance notice.

J.  **Retention of Documents**

1.  Teva shall generate, retain and make readily available to any of the Settling States for inspection, upon reasonable notice and without the necessity of a subpoena or other legal process, all material records and documents reasonably necessary to document compliance with Exhibit P.  Teva shall maintain these records and documents for a minimum of five (5) years after the Independent Monitor's last Final Report.

## VII.    ENFORCEMENT

A.  For the purposes of resolving disputes with respect to compliance with Exhibit P, other than those addressed in Sections VI.H.2.v and VI.H.2.vi, should any of the Settling States have reason to believe that Teva has violated a provision of Exhibit P, then such Settling State shall notify Teva in writing of the specific objection, identify with particularity the provisions of Exhibit P that the practice appears to violate, and give Teva thirty (30) days to respond to the notification ("Response Period").

B.  Upon receipt of written notice from any of the Settling States, Teva shall provide a written response to the Settling State's notification, containing either a statement explaining why Teva believes it is in compliance with Exhibit P, or a detailed explanation of how the alleged violation occurred and a statement explaining how and when Teva intends to remedy or has remedied the alleged violation.  Teva may request a reasonable amount of additional time to cure any violation through such remedial measures ("Cure Period") and the Settling State shall not unreasonably withhold approval of such request.

C. The Settling State may not take any action concerning the alleged violation of Exhibit P during the Response and Cure Periods. Nothing shall prevent the Settling State from agreeing in writing to provide Teva with additional time beyond the thirty (30) days to respond to the notice. However, the Settling State may take any action, including, but not limited to legal action to enforce compliance with the Consent Judgment, without delay if the Settling State believes that a threat to the health or safety of the public requires immediate action.

D. The Settling State may bring an action against Teva to enforce the terms of Exhibit P, but only after providing Teva an opportunity to respond to the notification and, if agreed upon, a period to cure any violation, as described above, or within any other period as agreed to by Teva and the Settling State.

E. Nothing in this Consent Judgment shall be interpreted to limit any Settling State's Civil Investigative Demand ("CID") or investigative subpoena authority, to the extent such authority exists under applicable state law.

F. Nothing herein shall be construed to exonerate any failure to comply with any provision of Exhibit P after the Effective Date, or to compromise the authority of any Settling State to take action for any failure to comply with Exhibit P.

**Exhibit Q**
**Anda Injunctive Relief**

## I.  INTRODUCTION

A.  Within ninety (90) days of the Effective Date unless otherwise set forth herein, Anda shall implement the injunctive relief terms set forth in Sections II through XIX (the "*Injunctive Relief Terms*") in its Controlled Substance Monitoring Program ("*CSMP*").

B.  The Effective Date of these Injunctive Relief Terms shall be defined by Section I of the Settlement Agreement, dated as of November 22, 2022, which incorporates these Injunctive Relief Terms as Exhibit Q.

C.  The parties acknowledge that agreement to the Injunctive Relief Terms does not constitute an admission that Anda's existing CSMP does not comply with the requirements of law. Anda shall modify its CSMP as required by the Injunctive Relief Terms within ninety (90) days of the Effective Date.

D.  The Parties acknowledge that Anda is predominantly a Secondary Source Distributor (as defined herein) to the Anda Customers, has in place a CSMP, and will develop a modified CSMP in accordance with this Agreement, that is tailored to the business of distributing products to Customers as a Secondary Source Distributor. The Parties acknowledge that the Anda CSMP may be different from the CSMPs implemented by other distributors, including other Primary or Secondary Source Distributors.

E.  Primary Source Distributors and Secondary Source Distributors may use different analytical tools to identify and characterize Customers' ordering patterns, order frequencies and order sizes, and deviations therefrom.  Analytical tools and, where applicable, algorithms, adopted and implemented by any particular distributor are not dispositive of the appropriate methods and tools to be implemented by Anda or other distributors.

F.  Nothing contained herein shall prohibit Anda from divesting any or all of its distribution operations provided that all provisions of this Injunctive Relief shall apply to any subsequent purchaser with respect to the divested operations.

## II.  TERM

A.  The duration of the Injunctive Relief Terms contained in Sections IV through XVI shall be ten (10) years from the Effective Date.

## III.  DEFINITIONS

A.  *"Anda."* Anda, Inc. and Anda Pharmaceuticals, Inc. and each of their current and former parents, subsidiaries, predecessors, successors, affiliates, divisions, assigns, officers, directors, agents, employees and principals.

B.     *"Audit Report."* As defined in Section XVIII.I.3.

C.     *"Big 3 Distributor Injunctive Terms."* Exhibit P of the Settlement Agreement, dated as of July 21, 2021, between McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation and certain States and subdivisions.

D.     *"Chain Customers."* Chain retail pharmacies that have centralized corporate headquarters and have multiple specific retail pharmacy locations from which Controlled Substances are dispensed to individual patients.

E.     *"Chief Diversion Control Officer."* As defined in Section IV.A.

F.     *"Clearinghouse."* The system established by Section XVII of the Big 3 Distributor Injunctive Terms.

G.     *"Clearinghouse Advisory Panel."* As defined in Section XVII.B.4 of the Big 3 Distributor Injunctive Terms.

H.     *"Controlled Substances."* Those substances designated under schedules II-V pursuant to the federal Controlled Substances Act and the laws and regulations of the Settling States that incorporate federal schedules II-V. For purposes of the requirements of the Injunctive Relief Terms, Gabapentin shall be treated as a Controlled Substance, except for purposes of Section XII for Customers located in States that do not regulate it as a controlled substance or similar designation (e.g., drug of concern).

I.     *"Corrective Action Plan."* As defined in Section XIX.B.7.b.

J.     *"CSMP."* As defined in Section I.A.

K.     *"CSMP Committee."* As defined in Section VI.A.

L.     *"Customers."* Refers collectively to current, or where applicable potential, Chain Customers and Independent Retail Pharmacy Customers. "Customers" do not include long-term care facilities, hospital pharmacies, and pharmacies that serve exclusively inpatient facilities.

M.     *"Data Security Event."* Refers to any compromise, or threat that gives rise to a reasonable likelihood of compromise, by unauthorized access or inadvertent disclosure impacting the confidentiality, integrity, or availability of Dispensing Data.

N.     *"Dispensing Data."* Includes, unless altered by the Clearinghouse Advisory Panel: (i) unique patient IDs; (ii) patient zip codes; (iii) the dates prescriptions were dispensed; (iv) the NDC numbers of the drugs dispensed; (v) the quantities of drugs dispensed; (vi) the day's supply of the drugs dispensed; (vii) the methods of payment for the drugs dispensed; (viii) the prescribers' names; (ix) the prescribers' NPI or

DEA numbers; and (x) the prescribers' zip codes or addresses. The Clearinghouse will be solely responsible for collecting Dispensing Data.

O.   *"Draft Report."* As defined in Section XVIII.I.1.

P.   *"Effective Date."* As defined in Section I.B.

Q.   *"Highly Diverted Controlled Substances*." Includes: (i) oxycodone; (ii) hydrocodone; (iii) hydromorphone; (iv) tramadol; (v) oxymorphone; (vi) morphine; (vii) methadone; (viii) carisoprodol; (ix) alprazolam; and (x) fentanyl. Anda shall annually review this list to determine whether changes are appropriate and shall add Controlled Substances to the list of Highly Diverted Controlled Substances as needed based on information provided by the DEA and/or other sources related to drug diversion trends. Anda shall notify the State Compliance Review Committee and the Monitor of any additions to the list of Highly Diverted Controlled Substances. Access to Controlled Substances predominately used for Medication-Assisted Treatment shall be considered when making such additions.

R.   *"Independent Retail Pharmacy Customers."* Retail pharmacy locations that do not have centralized corporate headquarters and dispense Controlled Substances to individual patients.

S.   *"Injunctive Relief Terms."* As defined in Section I.A.

T.   *"Monitor."* As defined in Section XVIII.

U.   *"National Arbitration Panel."* As defined by Section I of the Settlement Agreement, dated as of November 22, 2022 which incorporates these Injunctive Relief Terms as Exhibit.

V.   *"NDC."* National Drug Code.

W.   *"Non-Controlled Substance."* Prescription medications that are not Controlled Substances.

X.   *"Notice of Potential Violation."* As defined in Section XIX.B.2.

Y.   *"Order."* A unique Customer request on a specific date for (i) a certain amount of a specific dosage form or strength of a Controlled Substance or (ii) multiple dosage forms and/or strengths of a Controlled Substance. For the purposes of this definition, each line item on a purchasing document or DEA Form 222 is a separate order, except that a group of line items either in the same drug family or DEA base code (based upon the structure of Anda's CSMP) may be considered to be a single order.

Z.   *"Pharmacy Customer Data."* Aggregated and/or non-aggregated data provided by the Customer for a 90-day period.

1. To the extent feasible based on the functionality of a Customer's pharmacy management system, Pharmacy Customer Data shall contain (or, in the case of non-aggregated data, shall be sufficient to determine) the following:

   a) A list of the total number of prescriptions and dosage units for each NDC for all Controlled Substances and non-Controlled Substances;

   b) A list of the top five prescribers of each Highly Diverted Controlled Substance by dosage volume and the top ten prescribers of all Highly Diverted Controlled Substances combined by dosage volume. For each prescriber, the data shall include the following information:

      (1) Number of prescriptions and doses prescribed for each Highly Diverted Controlled Substance NDC;

      (2) Number of prescriptions for each unique dosage amount (number of pills per prescription) for each Highly Diverted Controlled Substance NDC;

      (3) Prescriber name, DEA registration number, and address; and

      (4) Medical practice/specialties, if available;

   c) Information on whether the method of payment was cash for (a) Controlled Substances, and (b) non-Controlled Substances; and

   d) Information on top ten patient residential areas by five-digit ZIP code prefix for filled Highly Diverted Controlled Substances by dosage volume, including number of prescriptions and doses for each Highly Diverted Controlled Substance NDC.

2. Anda is not required to obtain Pharmacy Customer Data for all Customers. Pharmacy Customer Data only needs to be obtained under circumstances required by the Injunctive Relief Terms and the applicable CSMP policies and procedures. Anda's CSMP policies and procedures shall describe the appropriate circumstances under which and methods to be used to obtain and analyze Pharmacy Customer Data.

3. Anda shall only collect, use, disclose or retain Pharmacy Customer Data consistent with applicable federal and state privacy and consumer protections laws. Anda shall not be required to collect, use, disclose or retain any data element that is prohibited by law or any element that would require notice to or consent from the party who is the subject of the data element, including, but not limited to, a third party (such as a prescriber) to permit collection, use, disclosure and/or retention of the data.

AA. *"Primary Source Distributor."* With respect to any individual Customer, a distributor of pharmaceutical products who serves with respect to such Customer as the primary source of Controlled Substances to such Customer.

BB.     *"Potential Violation*." As defined in Section XIX.B.1.

CC.     "*Reporting Periods.*" As defined in Section XVIII.D.1.

DD.     *"Secondary Source Distributor."* With respect to any individual Customer, a distributor of pharmaceutical products who does not serve with respect to such Customer as the primary source of Controlled Substances to such Customer.

EE.     *"Settling State."* Means any Eligible State that has entered into the Settlement Agreement, dated as of November 22, 2022 which incorporates these Injunctive Relief Terms as Exhibit Q.

FF.     *"State Compliance Review Committee."* The initial State Compliance Review Committee members are representatives from the Attorneys General Offices of Connecticut, North Carolina, and Tennessee. The membership of the State Compliance Review Committee may be amended at the discretion of the Settling States.

GG.     *"Suspicious Orders."* As defined under federal law and regulation and the laws and regulations of the Settling States that incorporate the federal Controlled Substances Act. Suspicious Orders currently include, but are not limited to, orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency.

HH.     *"Threshold."* The total volume of a particular drug family, DEA base code, or a particular formulation of a Controlled Substance that Anda shall allow a Customer to purchase in any particular period. This term may be reassessed during Phase 2-B of the Clearinghouse.

II.     *"Third Party Request."* A request from an entity other than Anda, a Settling State, or the Monitor pursuant to a subpoena, court order, data practices act, freedom of information act, public information act, public records act, or similar law.

JJ.     *"Top Prescriber."* A prescriber who, for a Customer, is either (i) among the top five (5) prescribers of each Highly Diverted Controlled Substance or (ii) among the top ten (10) prescribers of Highly Diverted Controlled Substances combined, as determined from the most recent Pharmacy Customer Data for that Customer.

## IV.     CSMP PERSONNEL

A.      Anda shall establish or maintain the position of Chief Diversion Control Officer, or other appropriately titled position, to oversee Anda's CSMP. The Chief Diversion Control Officer shall have appropriate experience regarding compliance with the laws and regulations concerning Controlled Substances, in particular laws and regulations requiring effective controls against the potential diversion of Controlled Substances. The Chief Diversion Control Officer shall report directly to either the

senior executive responsible for U.S. pharmaceutical distribution or the most senior legal officer at Anda.

B.    The Chief Diversion Control Officer shall be responsible for the approval of material revisions to the CSMP.

C.    The Chief Diversion Control Officer shall provide at least quarterly reports to the CSMP Committee regarding Anda's operation of the CSMP, including the implementation of any changes to the CSMP required by these Injunctive Relief Terms.

D.    Anda's CSMP functions, including, but not limited to, the onboarding and approval of new Customers for the sale of Controlled Substances, setting and adjusting Customer Thresholds for Controlled Substances, terminating or suspending Customers, and submitting Suspicious Orders and other reports to Settling States (or the Clearinghouse, when operational), but excluding support necessary to perform these functions, shall be conducted exclusively by Anda's CSMP personnel or qualified third-party consultants.

E.    Staffing levels of Anda's CSMP department shall be reviewed periodically, but at least on an annual basis, by Anda's CSMP Committee. This review shall include consideration of relevant developments in technology, law, and regulations to ensure the necessary resources are in place to carry out the program in an effective manner.

F.    Personnel in Anda's CSMP department shall not report to individuals in Anda's sales department, and sales personnel shall not be authorized to make decisions regarding the promotion, compensation, demotion, admonition, discipline, commendation, periodic performance reviews, hiring, or firing of CSMP personnel.

G.    The CSMP policies and procedures shall be published in a form and location readily accessible to all CSMP personnel at Anda.

## V.    <u>INDEPENDENCE</u>

A.    Anda's sales personnel compensated with commissions shall not be compensated based on revenue or profitability targets or expectations for sales of Controlled Substances. However, Anda's personnel may, as applicable, be compensated (including incentive compensation) based on formulas that include total sales for all of Anda's products, including Controlled Substances. The compensation of sales personnel shall not include incentive compensation tied solely to sales of Controlled Substances.

B.    For any Anda personnel who are compensated at least in part based on Customer sales, Anda shall ensure the compensation of such personnel is not decreased by a CSMP-related suspension or termination of a Customer or as a direct result of the reduction of sales of Controlled Substances to a Customer pursuant to the CSMP.

C.     Anda's sales personnel shall not be authorized to make decisions regarding the implementation of CSMP policies and procedures, the design of the CSMP, the setting or adjustment of Thresholds, or other actions taken pursuant to the CSMP, except sales personnel must provide information regarding compliance issues to CSMP personnel promptly. Anda's sales personnel are prohibited from interfering with, obstructing, or otherwise exerting control over any CSMP department decision-making.

D.     Anda shall review its compensation and non-retaliation policies and, if necessary, modify and implement changes to those policies to effectuate the goals of, and incentivize compliance with, the CSMP.

E.     Anda shall maintain a telephone, email, and/or web-based "hotline" to permit employees and/or Customers to anonymously report suspected diversion of Controlled Substances or violations of the CSMP, Anda company policy related to the distribution of Controlled Substances, or applicable law. Anda shall share the hotline contact information with their employees and Customers. Anda shall maintain all complaints made to the hotline, and document the determinations and bases for those determinations made in response to all complaints.

## VI.   <u>OVERSIGHT</u>

A.     To the extent not already established, Anda shall establish a committee that includes senior executives with responsibility for legal, compliance, distribution and finance to provide oversight over its CSMP (the "CSMP Committee"). The Chief Diversion Control Officer shall be a member of the CSMP Committee. The CSMP Committee shall not include any employee(s) or person(s) performing any sales functions on behalf of Anda; provided that service on the CSMP Committee by any senior executives listed in this paragraph whose responsibilities may include, but are not limited to, management of sales functions shall not constitute a breach of the Injunctive Relief Terms.

B.     Anda's CSMP Committee shall have regular meetings during which the Chief Diversion Control Officer shall present to the CSMP Committee with respect to, and the CSMP Committee shall evaluate, among other things: (1) any material modifications and potential enhancements to the CSMP including, but not limited to, those relating to Customer due diligence and Suspicious Order monitoring and reporting; (2) any significant new national and regional diversion trends involving Controlled Substances; (3) Anda's adherence to the CSMP policies and procedures, the Injunctive Relief Terms, and applicable laws and regulations governing the distribution of Controlled Substances; and (4) any technology, staffing, or other resource needs for the CSMP. The CSMP Committee shall have access to all CSMP reports. The CSMP Committee will review and approve the specific metrics used to identify the Red Flags set forth in Section VIII.

C.     On a quarterly basis, Anda's CSMP Committee shall send a written report to Anda's Chief Executive, Chief Financial, and Chief Legal Officer, as well as its Board of Directors, addressing: (1) Anda's substantial adherence to the CSMP policies and

procedures, the Injunctive Relief Terms, and applicable laws and regulations governing the distribution of Controlled Substances; (2) recommendations as appropriate about the allocation of resources to ensure the proper functioning of Anda's CSMP; and (3) significant revisions to the CSMP. The Board of Directors or a committee thereof at Anda shall document in its minutes its review of the quarterly CSMP Committee reports.

D.  To the extent not already established, the Board of Directors of Anda shall establish its own compliance committee (the "Board Compliance Committee") to evaluate, at a minimum, and on a quarterly basis: (1) the CSMP Committee's written reports; (2) Anda's substantial adherence to the CSMP policies and procedures, the Injunctive Relief Terms, and applicable laws and regulations governing the distribution of Controlled Substances; (3) Anda's code of conduct and any whistleblower reporting policies, including those prescribed by Section V.E; and (4) any significant regulatory and/or government enforcement matters within the review period relating to the distribution of Controlled Substances. Anda meets this requirement if it established, prior to the Effective Date, multiple committees of its Board of Directors that together have responsibilities outlined in this paragraph.

E.  The Board Compliance Committee shall have the authority to: (1) require management of Anda to conduct audits on any CSMP or legal and regulatory concern pertaining to Controlled Substances distribution, and to update its full Board of Directors on those audits; (2) to commission studies, reviews, reports, or surveys to evaluate Anda's CSMP performance; (3) request meetings with Anda's management and CSMP staff; and (4) review the appointment, compensation, performance, and replacement of Anda's Chief Diversion Control Officer.

## VII.  MANDATORY TRAINING

A.  Anda shall require all new CSMP personnel to attend trainings on its CSMP, its obligations under the Injunctive Relief Terms, and its duties with respect to maintaining effective controls against potential diversion of Controlled Substances and reporting Suspicious Orders pursuant to state and federal laws and regulations prior to conducting any compliance activities for Anda without supervision.

B.  Anda shall provide annual trainings to CSMP personnel on its CSMP, its obligations under the Injunctive Relief Terms, and its duties to maintain effective controls against potential diversion of Controlled Substances and report Suspicious Orders pursuant to state and federal laws and regulations.

C.  On an annual basis, Anda shall test its CSMP personnel on their knowledge regarding its CSMP, its obligations under the Injunctive Relief Terms, and its duties to maintain effective controls against potential diversion of Controlled Substances and to report Suspicious Orders pursuant to state and federal laws and regulations.

D.  Anda shall train all third-party compliance consultants (defined as non-employees who are expected to devote fifty percent (50%) or more of their time to performing work related to Anda's CSMP, excluding information technology consultants not

engaged in substantive functions related to Anda's CSMP) performing compliance functions for Anda in the same manner as Anda's CSMP personnel.

E.     At least every three (3) years in the case of existing employees, and within the first six (6) months of hiring new employees, Anda shall require operations, sales, and senior executive employees to attend trainings on its CSMP, its obligations under the Injunctive Relief Terms, the hotline established in Section V.E, and its duties to maintain effective controls against potential diversion of Controlled Substances and report Suspicious Orders pursuant to state and federal laws and regulations.

## VIII.   RED FLAGS

A.     Within one hundred and twenty days (120) of the Effective Date, Anda shall, at a minimum, apply specific metrics to identify the potential Red Flags described in Section VIII.D with respect to Independent Retail Pharmacy Customers. For Chain Customers, the metrics used to identify the Red Flags described in Section VIII.D may be adjusted based on the specific business model and supplier relationships of the Chain Customer.

B.     Anda shall evaluate and, if necessary, enhance or otherwise adjust the specific metrics it uses to identify Red Flags set forth in Section VIII.D.

C.     Anda shall provide annually to the Monitor the specific metrics it uses to identify Red Flags as set forth in Section VIII.D. The Monitor shall review the metrics used to identify Red Flags as set forth in Section VIII.D to assess whether the metrics are reasonable. The Monitor may, at its discretion, suggest revisions to the metrics in the annual Audit Report as part of the Red Flags Review set forth in Section XVIII.G.3.f. Anda may rely on its specific metrics to comply with the requirements of Section VIII unless and until the Monitor proposes a revised metric in connection with Section XVIII.

D.     For purposes of the Injunctive Relief Terms, "Red Flags" are defined as follows:

1.     **Ordering ratio of Highly Diverted Controlled Substances to non-Controlled Substances:** Analyze the ratio of the order volume of all Highly Diverted Controlled Substances to the order volume of all non-Controlled Substances to identify Customers with significant rates of ordering Highly Diverted Controlled Substances.

2.     **Ordering ratio of Highly Diverted Controlled Substance base codes or drug families to non-Controlled Substances:** Analyze the ratio of the order volume of each Highly Diverted Controlled Substance base code or drug family to the total order volume of all non-Controlled Substances to identify Customers with significant rates of ordering each Highly Diverted Controlled Substance base code or drug family.

3.     **Excessive ordering growth of Controlled Substances**: Analyze significant increases in the ordering volume of Controlled Substances using criteria to

identify customers that exhibit percentage growth of Controlled Substances substantially in excess of the percentage growth of non-Controlled Substances.

4.  **Unusual formulation ordering:** Analyze ordering of Highly Diverted Controlled Substances to identify customers with significant ordering of high-risk formulations. High-risk formulations include, but are not limited to, 10mg hydrocodone, 8mg hydromorphone, 2mg alprazolam, single-ingredient buprenorphine (i.e., buprenorphine without naloxone), and highly-abused formulations of oxycodone. On an annual basis (or as otherwise necessary), high-risk formulations of Highly Diverted Controlled Substances may be added, removed, or revised based on Anda's assessment and regulatory guidance.

5.  **Out-of-area patients:** Analyze Pharmacy Customer Data or Dispensing Data to assess volume of prescriptions for Highly Diverted Controlled Substances for out-of-area patients (based on number of miles traveled between a patient's zip code and the pharmacy location, depending on the geographic area of interest) taking into consideration the percentage of out-of-area patients for non-Controlled Substances.

6.  **Cash prescriptions:** Analyze Pharmacy Customer Data or Dispensing Data to assess percentage of cash payments for purchases of Controlled Substances taking into consideration the percentage of cash payments for purchases of non-Controlled Substances.

7.  **Prescriber activity of Customers:** Analyze Pharmacy Customer Data or Dispensing Data to identify Customers that are dispensing Highly Diverted Controlled Substance prescriptions for Top Prescribers as follows:

    a)  Top Prescribers representing a significant volume of dispensing where the prescriber's practice location is in excess of 50 miles from the pharmacy ("out-of-area"), relative to the percentage of out-of-area prescriptions for non-Controlled Substances.

    b)  Top Prescribers representing prescriptions for the same Highly Diverted Controlled Substances in the same quantities and dosage forms indicative of pattern prescribing (e.g., a prescriber providing many patients with the same high-dose, high-quantity supply of 30mg oxycodone HCL prescription without attention to the varying medical needs of the prescriber's patient population).

    c)  Top Prescribers where the top five (5) or fewer prescribers represent more than fifty percent (50%) of total prescriptions for Highly Diverted Controlled Substances during a specified period.

8.  **Public regulatory actions against Customers:** Review information retrieved from companies that provide licensing and disciplinary history records (e.g., LexisNexis), and/or other public sources, including governmental entities, showing that the Customer, pharmacists working for that Customer, or the Customer's Top Prescribers have been subject, in the last five (5) years, to professional disciplinary sanctions regarding the

dispensing or handling of Controlled Substances or law enforcement action related to Controlled Substances diversion. Continued licensing by a relevant state agency may be considered, but shall not be dispositive, in resolving the Red Flag. For Chain Customer locations, representations from each Chain Customer that it reviews its pharmacists' licensing statuses annually and for the regulatory actions described in this paragraph has either (i) taken appropriate employment action, or (ii) disclosed the regulatory action to Anda, may be considered in resolving the Red Flag.

9. **Customer termination data:** Review information from Anda's due diligence files and, when operable, from the Clearinghouse, subject to Section VIII.F, regarding Customers that have been terminated from ordering Controlled Substances by another distributor due to concerns regarding Controlled Substances.

E. For any Red Flag evaluation in Section VIII.D that may be performed using Pharmacy Customer Data or Dispensing Data, Anda will analyze the Red Flag using Pharmacy Customer Data, to the extent feasible based on the functionality of a Customer's pharmacy management system, until Dispensing Data is collected and analyzed by the Clearinghouse as described in Section XVII. Until Dispensing Data is collected and analyzed by the Clearinghouse, Anda may satisfy the Red Flag evaluations in Sections VIII.D.5 through VIII.D.7 by engaging in considerations of out-of-area patients, cash payments for prescriptions and Top Prescribers without satisfying the specific requirements of Sections VIII.D.5 through VIII.D.7. In the event that the Clearinghouse is not collecting and analyzing Dispensing Data within two years of the Effective Date, Anda and the State Compliance Review Committee shall meet and confer to consider alternatives for the performance of the analysis required by Sections VIII.D.5 through VIII.D.7 using Pharmacy Customer Data.

F. The foregoing Red Flag evaluations may be performed by the Clearinghouse and reported to Anda.

G. Anda and the State Compliance Review Committee shall work in good faith to identify additional potential Red Flags that can be derived from the data analytics to be performed by the Clearinghouse.

## IX. <u>ONBOARDING</u>

A. Anda, prior to initiating the sale of Controlled Substances to a potential Customer, a member of Anda's CSMP department (or a qualified third-party compliance consultant trained on Anda's CSMP) shall perform the following due diligence:

1. Interview the pharmacist-in-charge, either over the telephone, via videoconference, or in person. The interview shall include questions regarding the manner in which the potential Customer maintains effective controls against the potential diversion of Controlled Substances.

2. Obtain a "Pharmacy Questionnaire" completed by the owner and/or pharmacist-in-charge of the potential Customer. The Pharmacy Questionnaire shall require going-concern potential Customers to list their

top ten (10) prescribers for Highly Diverted Controlled Substances combined, along with the prescriber's specialty, unless Anda is able to obtain this data otherwise. The Pharmacy Questionnaire shall also
require disclosure of the identity of all other distributors that serve the potential Customer, and whether the potential Customer has been terminated or suspended from ordering Controlled Substances by another
distributor and the reason for any termination or suspension. The Pharmacy Questionnaire shall request information that would allow Anda to identify Red Flags, including questions regarding the manner in which the potential Customer maintains effective controls against the potential diversion of Controlled Substances. A potential Customer's responses to the Pharmacy Questionnaire shall be verified, to the extent applicable and practicable, against external sources (for example, the Clearinghouse, once operational, and Automation of Reports and Consolidated Orders System ("ARCOS") data made available to Anda by the DEA). The Pharmacy Questionnaire shall be maintained by Anda in a database accessible to its CSMP personnel.

3.      Complete a written onboarding report to be maintained in a database accessible to Anda's CSMP personnel reflecting the findings of the interview and any site visit, the findings regarding the identification of and, if applicable, conclusion concerning any Red Flag associated with the pharmacy, as well as an analysis of the Pharmacy Questionnaire referenced in the preceding paragraph.

4.      For going-concern potential Customers, review Pharmacy Customer Data to assist with the identification of any Red Flags.

5.      Document whether the potential Customer or the pharmacist-in-charge has been subject to any professional disciplinary sanctions or law enforcement activity related to Controlled Substances dispensing, and, if so, the basis for that action. For Chain Customers, this provision shall apply to the potential specific pharmacies in question.

B.     For Chain Customers, Anda may obtain the information in Section IX.A from a corporate representative of the Chain Customer.

C.     In the event that Anda identifies one or more unresolved Red Flags or other information indicative of potential diversion of Controlled Substances through the onboarding process or otherwise, Anda shall refrain from selling Controlled Substances to the potential Customer pending additional due diligence. If following additional due diligence, Anda is unable to resolve the Red Flags or other information indicative of diversion, Anda shall not initiate the sale of Controlled Substances to the potential Customer and shall report the potential Customer consistent with Section XIV. If Anda determines that the potential Customer may be onboarded for the sale of Controlled Substances, Anda shall document the decision and the bases for its decision. Such a good faith determination, if

documented, shall not serve, without more, as the basis of a future claim of non-compliance with the Injunctive Relief Terms. For Chain Customers, these provisions shall apply to the potential specific pharmacies in question.

## X.    ONGOING DUE DILIGENCE

A.    Anda shall periodically review its procedures and systems for detecting patterns or trends in Customer order data or other information used to evaluate whether a Customer is maintaining effective controls against diversion.

B.    Anda shall conduct periodic proactive compliance reviews of its Customers' performance in satisfying their corresponding responsibilities to maintain effective controls against the diversion of Controlled Substances.

C.    Anda shall review ARCOS data made available to it by the DEA and, once operational, by the Clearinghouse, to assist with Customer specific due diligence. For Chain Customers, this provision shall apply to the potential specific pharmacies in question.

D.    Anda shall conduct due diligence as set forth in its CSMP policies and procedures in response to concerns of potential diversion of Controlled Substances at its Customers. For Chain Customers, these provisions shall apply to the specific pharmacies in question. The due diligence required by Anda's CSMP policies and procedures may depend on the information or events at issue. The information or events raising concerns of potential diversion of Controlled Substances at a Customer include but are not limited to:

1.    The discovery of one or more unresolved Red Flags;

2.    The receipt of information directly from law enforcement or regulators concerning potential diversion of Controlled Substances at or by a Customer;

3.    The receipt of information concerning the suspension or revocation of pharmacist's DEA registration or state license related to potential diversion of Controlled Substances;

4.    The receipt of reliable information through the hotline established in Section V.E concerning suspected diversion of Controlled Substances at the Customer;

5.    The receipt of reliable information from another distributor concerning suspected diversion of Controlled Substances at the Customer; or

6.    Receipt of other reliable information that the Customer is engaged in conduct indicative of diversion or is failing to adhere to its corresponding responsibility to prevent the diversion of Highly Diverted Controlled Substances.

E.    On an annual basis, Anda shall obtain updated pharmacy questionnaires from one hundred (100) Customers to include the following:

1.     The top 25 Customers by combined volume of Highly Diverted Controlled Substances purchased from Anda measured as of the end of the relevant calendar year; and

2.     Additional Customers selected as a representative sample of various geographic regions, customer types (Independent Retail Pharmacy Customers and Chain Customers), and distribution centers. Anda's Chief Diversion Control Officer shall develop risk-based criteria for the sample selection.

F.     Scope of Review

1.     For reviews triggered by Section X.D, Anda shall conduct due diligence and obtain updated Pharmacy Customer Data or equivalent, or more comprehensive data from the Clearinghouse if needed, as set forth in its CSMP policies and procedures.

2.     For questionnaires collected pursuant to Section X.E, Anda shall conduct a due diligence review consistent with Anda's CSMP policies and procedures. These annual diligence reviews shall be performed in addition to any of the diligence reviews performed under Section X.D, but may reasonably rely on reviews performed under Section X.D.

3.     If Anda decides to terminate the Customer due to concerns regarding potential diversion of Controlled Substances, Anda shall promptly cease the sale of Controlled Substances to the Customer and report the Customer consistent with Section XIV. If Anda decides not to terminate the Customer, Anda shall document that determination and the basis therefor. Such a good faith determination, if documented, shall not, without more, serve as the basis of a future claim of non-compliance with the Injunctive Relief Terms.

## XI.   <u>SITE VISITS</u>

A.     Anda shall conduct site visits, including unannounced site visits, where appropriate, of Customers, as necessary, as part of Customer due diligence.

B.     During site visits, Anda's CSMP personnel or qualified third-party compliance consultants shall interview the pharmacist-in-charge or other relevant Customer employees, if appropriate, about any potential Red Flags and the Customer's maintenance of effective controls against the potential diversion of Controlled Substances.

C.     Anda's CSMP personnel or qualified third-party compliance consultants who conduct site visits shall document the findings of any site visit.

D.     Site visit and all other compliance reports shall be maintained by Anda in a database accessible to all CSMP personnel.

XII.  **THRESHOLDS**

A.  Anda shall use Thresholds to identify potentially Suspicious Orders of Controlled Substances from Customers.

B.  Anda's CSMP department shall be responsible for the oversight of the process for establishing and modifying Thresholds. The sales departments of Anda shall not have the authority to establish or adjust Thresholds for any Customer or participate in any decisions regarding establishment or adjustment of Thresholds.

C.  Anda shall not provide Customers specific information about their Thresholds or how their Thresholds are calculated.

    1.  <u>Threshold Setting</u>

        a)  Anda shall primarily use model-based thresholds. For certain circumstances, Anda may apply a non-model threshold based on documented customer diligence and analysis.

        b)  Anda shall include in its Annual Threshold Analysis and Assessment Report (as required by Section XVIII.G.3.c) to the Monitor summary statistics regarding the use of non-model thresholds and such information shall be considered by the Monitor as part of its Threshold Setting Process Review in the annual Audit Report.

        c)  For the purposes of establishing and maintaining Thresholds, Anda shall take into account the Controlled Substances diversion risk of each drug base code. The diversion risk of each base code should be defined and reassessed annually by Anda's CSMP Committee and reviewed by the Monitor.

        d)  Anda shall establish Thresholds for new Customers prior to supplying those Customers with Controlled Substances and shall continue to have Thresholds in place at all times for each Customer to which it supplies Controlled Substances.

        e)  When ordering volume from other distributors becomes readily available from the Clearinghouse, Anda shall consider including such information as soon as reasonably practicable in establishing and maintaining Thresholds.

        f)  Anda shall incorporate the following guiding principles in establishing and maintaining Customer Thresholds, except when inapplicable to non-model Thresholds:

            (1)  Thresholds shall take into account the number of non-Controlled Substance dosage units distributed to, dispensed and/or number of prescriptions dispensed by the Customer to assist with the determination of Customer size. As a general

matter, smaller customers should have lower Thresholds than larger customers.

(2)      For the purposes of establishing and maintaining Thresholds, Anda shall use statistical models that are appropriate to the underlying data.

(3)      For the purposes of establishing and maintaining Thresholds, Anda shall take into account a Customer's ordering and/or dispensing history for a specified period of time.

(4)      For the purposes of establishing and maintaining Thresholds, Anda shall take into account the ordering history of Customers within similar geographic regions, or, where appropriate for Chain Customers, ordering history within the chain.

(5)      If appropriate, Thresholds may take into account the characteristics of Customers with similar business models.

      (a)      A Customer's statement that it employs a particular business model must be verified, to the extent practicable, before that business model is taken into account in establishing and maintaining a Customer's Threshold.

2.      <u>Threshold Auditing</u>

a)      Anda shall review their respective Customer Thresholds at least on an annual basis and modify them where appropriate.

b)      Anda's CSMP department shall annually evaluate its Threshold setting methodology and processes and its CSMP personnel's performance in adhering to those policies.

3.      <u>Threshold Changes</u>

a)      Anda may increase or decrease a Customer Threshold as set forth in its CSMP policies and procedures, subject to Sections XII.C.3.b through XII.C.3.e.

b)      Prior to approving any Threshold change request by a Customer, Anda shall conduct due diligence to determine whether an increase to the Threshold is warranted. This due diligence shall include obtaining from the Customer the basis for the Threshold change request, obtaining and reviewing Dispensing Data and/or Pharmacy Customer Data for the previous three (3) months for due diligence purposes, and, as needed, conducting an on-site visit to the Customer. This Threshold change request diligence shall be conducted by Anda's CSMP personnel.

c)    Anda shall not proactively contact a Customer to suggest that the Customer request an increase to any of its Thresholds, to inform the Customer that its Orders-to-date are approaching its Thresholds or to recommend to the Customer the amount of a requested Threshold increase. It shall not be a violation of this paragraph to provide Chain Customer headquarters reporting on one or more individual Chain Customer pharmacy location(s) to support the anti-diversion efforts of the Chain Customer's headquarters staff, and it shall not be a violation of this paragraph for Anda's CSMP personnel to contact Customers to seek to understand a Customer's ordering patterns.

d)    Anda's Chief Diversion Control Officer may approve criteria for potential adjustments to Customer Thresholds to account for circumstances where the Thresholds produced by the ordinary operation of the statistical models require modification. Such circumstances include adjustments to account for seasonal ordering of certain Controlled Substances that are based on documented diligence and analysis, adjustments made to permit ordering of certain Controlled Substances during a declared national or state emergency (e.g., COVID-19 pandemic), IT errors, and data anomalies causing results that are inconsistent with the design of the statistical models. Anda shall include in its Annual Threshold Analysis and Assessment Report (as required by Section XVIII.G.3.c) to the Monitor information regarding the use of this paragraph and such information shall be considered by the Monitor as part of its Threshold Setting Process Review in the annual Audit Report.

e)    Any decision to raise a Customer's Threshold in response to a request by a Customer to adjust its Threshold must be documented in a writing and state the reason(s) for the change. The decision must be consistent with Anda's CSMP and documented appropriately.

## XIII.   SUSPICIOUS ORDER REPORTING AND NON-SHIPMENT

A.    Anda shall report Suspicious Orders to the Settling States ("Suspicious Order Reports" or "SORs"), including those Settling States that do not currently require such SORs, at the election of the Settling State.

B.    For the SORs required by the Injunctive Relief Terms, Anda shall report Orders that exceed a Threshold for Controlled Substances set pursuant to the processes in Section XII that are blocked and not shipped.

C.    Anda shall not ship any Order that it (i) reports pursuant to Sections XIII.A or XIII.B, or (ii) would have been required to report pursuant to Sections XIII.A or XIII.B had the Settling State elected to receive SORs.

    D.      In reporting Suspicious Orders to the Settling States, Anda shall file SORs in a standardized electronic format that is uniform among the Settling States and contains the following information fields:

        1.      Customer name;

        2.      Customer address;

        3.      DEA registration number;

        4.      State pharmacy license number;

        5.      Date of order;

        6.      NDC number;

        7.      Quantity;

        8.      Explanation for why the order is suspicious (up to 250 characters): Details that are order-specific regarding why an order was flagged as a Suspicious Order, including specific criteria used by Anda's Threshold system (except phrases such as "order is of unusual size" without any additional detail are not acceptable); and

        9.      Name and contact information for a knowledgeable designee within Anda's CSMP department to be a point of contact for the SORs.

    E.      On a quarterly basis, Anda shall provide a summary report to the Settling States that elect to receive it that provides the following information for the relevant quarter with respect to the top ten (10) Customers by volume for each Highly Diverted Controlled Substance base code that have placed a Suspicious Order for that base code, in that quarter (for Chain Customers, only individual pharmacies in the chain will considered for evaluation as a top ten (10) Customer):

        1.      The number of SORs submitted for that Customer by base code;

        2.      The Customer's order volume by base code for the quarter for all Highly Diverted Controlled Substances;

        3.      The Customer's order frequency by base code for the quarter for all Highly Diverted Controlled Substances;

        4.      For each Highly Diverted Controlled Substance base code, the ratio of the Customer's order volume for that base code to the volume of all pharmaceutical orders for the quarter; and

        5.      The ratio of the Customer's order volume of all Controlled Substances to the volume of all pharmaceutical orders for the quarter.

F.      Anda shall only be required to file a single, uniform, electronic form of SOR with any Settling State that receives SORs pursuant to these Injunctive Relief Terms. A Settling State retains the authority pursuant to applicable state law or relevant state agency authority to request additional information about a particular SOR.

G.      It is the objective of the Settling States and Anda for Anda to provide SORs to Settling States that identify the same Suspicious Orders as reported to the DEA pursuant to the definition and requirements of the federal Controlled Substances Act and its regulations, although the fields of the SORs submitted to the Settling States as required by Section XIII may differ from the content required by the DEA. To the extent federal definitions and requirements materially change during the term of the Injunctive Relief Terms, Anda may be required to adjust the format and content of the SORs to meet these federal requirements. Anda and the State Compliance Review Committee will engage in good faith discussions regarding such adjustments.

H.      It shall not be a violation of the Injunctive Relief Terms if Anda ships a Suspicious Order or fails to submit or transmit a SOR if:

1.      The shipment of the Suspicious Order or failed SOR transmission was due to a computer error (data entry mistakes, coding errors, computer logic issues, software malfunctions, and other computer errors or IT failures); and

2.      Anda reports the error, including a description of measures that will be taken to prevent recurrence of the error, to any affected Settling State, the State Compliance Review Committee, and the Monitor within five (5) business days of its discovery.

## XIV. <u>TERMINATED CUSTOMERS</u>

A.      Anda shall report to the Clearinghouse, once operational, within five (5) business days (or as otherwise required by state statute or regulation), Customers it has terminated from eligibility to receive Controlled Substances or refused to onboard for the sale of Controlled Substances due to concerns regarding the Customer's ability to provide effective controls against the potential diversion of Controlled Substances following the Effective Date.

B.      Anda shall report to the relevant Settling State(s), within five (5) business days (or as otherwise required by state statute or regulation) Customers located in such Settling States that it has terminated from eligibility to receive Controlled Substances or refused to onboard for the sale of Controlled Substances due to concerns regarding the Customer's ability to provide effective controls against the potential diversion of Controlled Substances following the Effective Date. Such reports will be made in a uniform format. Anda and the State Compliance Review Committee shall use best efforts to agree on such uniform format for inclusion prior to the requirement taking effect.

C. In determining whether a Customer should be terminated from eligibility to receive Controlled Substances, Anda shall apply factors set out in its CSMP policies and procedures, which shall include the following conduct by a Customer:

1. Has generated an excessive number of Suspicious Orders, which cannot otherwise be explained;

2. Has routinely demonstrated unresolved Red Flag activity;

3. Has continued to fill prescriptions for Highly Diverted Controlled Substances that raise Red Flags following Anda's warning or communication about such practices;

4. Has failed to provide Pharmacy Customer Data or Dispensing Data in response to a request from Anda or otherwise refuses to cooperate with Anda's CSMP after providing the Customer with a reasonable amount of time to respond to Anda's requests;

5. Has been found to have made material omissions or false statements on a Pharmacy Questionnaire (the requirements for the contents of a Pharmacy Questionnaire are described in Section IX); or

6. Has been the subject of discipline by a State Board of Pharmacy within the past three (3) years or has had its owner(s) or pharmacist-in-charge subject to license probation or termination within the past five (5) years by a State Board of Pharmacy for matters related to Controlled Substances dispensing or a federal or state felony conviction.

D. Once the Clearinghouse has made Customer termination data available to Anda, Anda shall consider terminating Customers that have been terminated from eligibility to receive Controlled Substances by another distributor as a result of suspected diversion of Controlled Substances if the Customer is ordering only Controlled Substances from Anda. If Anda determines not to terminate Customers to which this paragraph applies, Anda shall document its decision-making. A good-faith decision to continue shipping Controlled Substances to Customers to which this paragraph applies, shall not serve, without more, as the basis of a future claim of non-compliance with the Injunctive Relief Terms.

E. For Chain Customers, the provisions in Section XIV.A-D shall apply to the specific pharmacies in question.

## XV. **EMERGENCIES**

A. In the circumstances of declared national or state emergencies in which the healthcare community relies on Anda for critical medicines, medical supplies, products, and services, Anda may be required to temporarily modify its CSMP processes to meet the critical needs of the supply chain. These modifications may conflict with the requirements of the Injunctive Relief Terms.

B. In the case of a declared national or state emergency, Anda shall be required to give notice to the State Compliance Review Committee of any temporary material changes to its CSMP processes which may conflict with the requirements of the Injunctive Relief Terms and specify the sections of the Injunctive Relief Terms which will be affected by the temporary change.

C. Anda shall document all temporary changes to their CSMP processes and appropriately document all customer-specific actions taken as a result of the declared national or state emergency.

D. Anda shall provide notice to the State Compliance Review Committee at the conclusion of the declared national or state emergency, or sooner, stating that the temporary CSMP processes put into place have been suspended.

E. Provided Anda complies with the provisions of Sections XV.A through XV.D, Anda will not face liability for any deviations from the requirements of the Injunctive Relief Terms taken in good faith to meet the critical needs of the supply chain in response to the declared national or state emergency. Nothing herein shall limit Settling States from pursuing claims against Anda based on deviations from the requirements of the Injunctive Relief Terms not taken in good faith to meet the critical needs of the supply chain in response to a declared national or state emergency.

## XVI. COMPLIANCE WITH LAWS AND RECORDKEEPING

A. Anda acknowledge and agree that it must comply with applicable state and federal laws governing the distribution of Controlled Substances.

B. Good faith compliance with the Injunctive Relief Terms creates a presumption that Anda is acting reasonably and in the public interest with respect to Settling States' existing laws requiring effective controls against diversion of Controlled Substances and with respect to the identification, reporting, and blocking of Suspicious Orders of Controlled Substances.

C. The requirements of the Injunctive Relief Terms are in addition to, and not in lieu of, any other requirements of state or federal law applicable to Controlled Substances distribution. Except as provided in Section XVI.D, nothing in the Injunctive Relief Terms shall be construed as relieving Anda of the obligation to comply with such laws, regulations, or rules. No provision of the Injunctive Relief Terms shall be deemed as permission for Anda to engage in any acts or practices prohibited by such laws, regulations, or rules.

D. In the event of a conflict between the requirements of the Injunctive Relief Terms and any other law, regulation, or requirement such that Anda cannot comply with the law without violating the Injunctive Relief Terms or being subject to adverse action, including fines and penalties, Anda shall document such conflicts and notify the State Compliance Review Committee and any affected Settling State the extent to which it will comply with the Injunctive Relief Terms in order to eliminate the conflict within thirty (30) days of Anda's discovery of the conflict. Anda shall comply with the Injunctive Relief Terms to the fullest extent possible without violating the law.

E.     In the event of a change or modification of federal or state law governing the distribution of Controlled Substances that creates an actual or potential conflict with the Injunctive Relief Terms, Anda, any affected Settling State, or the State Compliance Review Committee may request that Anda, State Compliance Review Committee, and any affected Settling State meet and confer regarding the law change. During the meet and confer, Anda, the State Compliance Review Committee, and any affected Settling State will address whether the change or modification in federal or state law requires an amendment to the Injunctive Relief Terms. In the event Anda, the State Compliance Review Committee, and any affected Settling State cannot agree on a resolution, and the dispute relates to whether the generally applicable Injunctive Relief Terms herein should be changed, Anda, the State Compliance Review Committee, or any affected Settling State may submit the question to the National Arbitration Panel. If the dispute relates to whether a change in an individual State's law requires a modification of the Injunctive Relief Terms only with respect to that State, Anda, the State Compliance Review Committee, or any affected Settling State may seek resolution of the dispute pursuant to Section XIX. Maintenance of competition in the industry and the potential burden of inconsistent obligations on Anda shall be a relevant consideration in such resolution.

F.     <u>Recordkeeping</u>: Anda shall retain records it is required to create pursuant to its obligations hereunder in an electronic or otherwise readily accessible format. The Settling States shall have the right to review records provided to the Monitor pursuant to Section XVIII. Nothing in the Injunctive Relief Terms prohibits a Settling State from issuing a lawful subpoena for records pursuant to an applicable law.

## XVII. <u>CLEARINGHOUSE</u>

A.     Starting ninety (90) days after the Effective Date, Anda shall participate in Phase 1 and Phase 2-A of the Clearinghouse.

B.     Anda shall provide to the Clearinghouse and/or facilitate the Clearinghouse's collection of the following:

1.     Anda's transaction data for Controlled Substances and non-Controlled Substances, specified at the NDC, date, quantity, and customer level.

2.     Anda's information on Customers that have been terminated and/or declined onboarding due to concerns regarding Controlled Substance dispensing following the Effective Date.

C.     Anda shall comply with state and federal transactional and Suspicious Order reporting requirements related to Controlled Substances as follows:

1.     Until such time as the Clearinghouse is able to provide transactional and Suspicious Order regulatory reporting to the states on behalf of Anda, Anda shall continue to file all required reports under state law and those reports required by these Injunctive Relief Terms.

2.     Once the Clearinghouse is able to process and submit such reports, the Clearinghouse may process and submit those reports on behalf of Anda to

the states. At all times during Phase 1, Anda shall remain responsible for the identification of Suspicious Orders and will remain liable for a failure to submit transactional data or Suspicious Order reports required under state law or these Injunctive Relief Terms.

3. Anda may elect to fulfill its reporting obligations directly, rather than have the Clearinghouse assume the responsibility for the transmission of the various reports.

D. Anda shall receive information, analyses and reports from the Clearinghouse on the same basis as other distributors participating in Phase 1 and 2-A of the Clearinghouse.

1. Anda shall be permitted to use information obtained from the Clearinghouse for anti-diversion purposes, including the uses expressly contemplated by the Injunctive Relief Terms.

2. Anda shall ensure any data obtained from the Clearinghouse cannot be accessed by any of its parent's business units, or their employees or agents, who are involved in manufacturing or marketing of pharmaceuticals or sales or distribution of pharmaceuticals they manufacture.

3. Anda shall not receive from the Clearinghouse information specific to another distributor. Notwithstanding the prior sentence, Anda may receive from the Clearinghouse blinded data reflecting total Orders (across all distributors) for a particular Customer, region, and/or state at the base code and NDC number level and all transactional data information.

4. Anda may use information it receives from the Clearinghouse only for the purposes of identifying, minimizing, or otherwise addressing the risk of Controlled Substances diversion. Anda shall not attempt to obtain revenue from this information.

5. Anda shall not sell (or obtain license fees for) data obtained from Clearinghouse to any third-parties. Nothing in the Injunctive Relief Terms shall prohibit Anda from using its own data, including data provided to Anda by third-parties other than the Clearinghouse, for any commercial purposes, including selling or licensing its data to third-parties.

E. Anda, in its sole discretion, may elect whether to participate in Phase 2-B of the Clearinghouse. CSMP functions that are assumed by the Clearinghouse during Phase 2-B will no longer be performed by Anda individually through its CSMPs. CSMP functions performed by the Clearinghouse during Phase 2-B will assist Anda to satisfy the applicable legal obligations of Anda. In the event that Anda elects not to participate in Phase 2-B, Anda shall have no obligation to implement the Clearinghouse's determinations as to identification of Suspicious Orders and Suspicious Order reporting.

F. Liability Related to the Clearinghouse.

1. Anda is entitled to rely upon information or data received from the Clearinghouse, whether in oral, written, or other form. Anda shall not have any liability (whether direct or indirect, in contract or tort or otherwise) to any party for or in connection with any action taken or not taken by the Clearinghouse. In addition, Anda shall not have any liability (whether direct or indirect, in contract or tort or otherwise) to any party for or in connection with any action taken or not taken by Anda based on incorrect, inaccurate, incomplete or otherwise erroneous information or data provided by the Clearinghouse, unless the information or data was incorrect, inaccurate, incomplete or otherwise erroneous because Anda itself provided incorrect, inaccurate, incomplete or otherwise erroneous data or information to the Clearinghouse.

2. Reports or analysis generated by the Clearinghouse may not be based on complete data due to a lack of participation by other distributors and pharmacies. As such, Anda shall not be held responsible for actions or inactions related to reports and analysis prepared by the Clearinghouse which may be based on incomplete data due to a lack of participation by other distributors and pharmacies.

3. Nothing in the Injunctive Relief Terms shall require Anda to indemnify or otherwise be responsible to pharmacy customers for any claims resulting from the provision of Dispensing Data to the Clearinghouse, including, but not limited to, claims related to any data breaches occurring with the data transmitted to or maintained by the Clearinghouse.

4. Anda and the Settling States shall not be liable for any breaches of any databases maintained by the Clearinghouse. This does not excuse the Clearinghouse or its vendor(s) from compliance with all state and federal laws and regulations governing (1) the protection of personal information and protected health information, or (2) notifications relating to Data Security Events.

5. The Clearinghouse's performance of CSMP functions during Phase 2-B will not relieve Anda from its legal obligations unless (i) Anda and the State Compliance Review Committee jointly enter into a written agreement for the Clearinghouse to assume legal requirements during Phase 2-B; and (ii) all vendors and consultants working on the Clearinghouse agree in writing to assume such obligations.

G. Funding Obligations.

1. For a period of ten (10) years from the Effective Date, Anda will contribute to the cost of the operation of the Clearinghouse in an amount to be determined based on the financial and relative size of Anda compared to the three distributors initially participating in the Clearinghouse.

2. Anda shall engage with the three distributors initially participating in the Clearinghouse and the State Compliance Review Committee to determine

Anda's required contribution. If Anda and the State Compliance Review Committee cannot reach an agreement on the amount of the contribution, the issue will be submitted to the National Arbitration Panel for resolution subject to the cap provided by Section XVII.G.4.

3. In the event that Anda elects not to participate in Phase 2-B, Anda shall have no obligation to fund future costs directly related to Phase 2-B of the Clearinghouse.

4. In no case shall Anda's required contribution for Phase 1 and Phase 2-A during the first two (2) years of its participation in the Clearinghouse exceed $250,000 per year, nor shall it exceed $100,000 per year during its third through tenth years of participation.

5. Anda and the State Compliance Review Committee agree to engage in good faith discussions regarding potential continued operation and funding of the Clearinghouse following the initial ten (10) year period.

# XVIII. MONITOR

A. Anda shall engage a Monitor to perform the reviews described in Section XVIII.G in a professionally independent and objective fashion. The Monitor shall employ or retain personnel who have appropriate qualifications related to the pharmaceutical industry and the laws governing the distribution of pharmaceuticals, the distribution of Controlled Substances, and the applicable requirements of federal and state law. The Monitor may also employ or retain personnel who have appropriate qualifications in the audit and review of sample documents in order to conduct the reviews described in Section XVIII.G. To the extent additional expertise is required for the engagement, the Monitor may retain the services of third-party consultants after consultation with and input from Anda and the State Compliance Review Committee.

B. The Monitor and any retained third-parties shall at all times act in good faith and with integrity and fairness towards all parties.

C. Monitor Selection and Engagement
1. The parties have agreed that the initial Monitor shall be Gil Soffer of Katten, Muchin Rosenman LLP.

2. The Monitor can be replaced upon agreement of the State Compliance Review Committee and Anda. If the parties so agree, the process for selecting a replacement Monitor shall be the process described in paragraphs i-iii below.  The provisions of this Exhibit  Qshall apply to any successor Monitor.

    i. State Compliance Review Committee and Anda will each identify the names of up to three (3) individuals, groups of individuals or firms as the pool of recommended candidates to serve as the Monitor, within (60) calendar days of the date the parties agree to replace the Monitor.

      ii.    The State Compliance Review Committee and Anda shall have the right to meet with and otherwise evaluate the candidates and conduct appropriate interviews of the personnel who are expected to work on the project. The following qualifications may be relevant considerations for the State Compliance Review Committee and Anda in evaluating candidates: (a) prior monitorship or oversight experience; (b) experience with applicable laws and regulations governing the distribution of Controlled Substances; (c) experience with the pharmaceutical; (d) access to sufficient resources to carry out the duties of the Monitor; and (e) experience with internal investigations or the investigative process.

      iii.    If the State Compliance Review Committee and Anda do not agree on the appointment of any of the candidates from the initial pool of recommendations, State Compliance Review Committee and/or Anda may identify additional qualified candidates, as the timeline permits. However, in the event the parties fail to reach agreement on a Monitor within ninety (90) calendar days of the date the parties agree to replace the monitor, the State Compliance Review Committee shall appoint a Monitor.

3. In the event that the State Compliance Review Committee and Anda do not agree to the dismissal of the Independent Monitor, either the State Compliance Review Committee (through one of the Settling States on the State Compliance Review Committee) or Anda may submit the question of the Monitor's dismissal to the court to which the Consent Judgment was presented in any Settling States on the State Compliance Review Committee, and the Monitor shall only be dismissed if the court finds that there is Good Cause for dismissal. Good Cause for dismissal shall mean (a) a material and substantial breach of the terms of this Exhibit Q by the Monitor, including the failure to comply with the terms and limitations of this Exhibit Q; (b) any act of dishonesty, misappropriation, embezzlement, intentional fraud, or similar conduct by the Monitor; (c) any intentional act of bias or prejudice in favor or against either party by the Monitor; or (d) conduct by the Monitor that demonstrates unfitness to fulfill the functions of the Monitor reasonably and competently. Good Cause shall not include disagreements with the decisions of the Monitor pursuant to this Exhibit Q, unless there is a clear pattern in the Monitor's decisions that demonstrates that the Independent Monitor has not been acting as an independent third party in rendering decisions.

4. Anda shall be responsible for the Monitor's fees and costs directly related to its performance of the work specified by the Injunctive Relief Terms up to a limit of $300,000 per year. Should the Monitor require additional fees and costs to perform adequately the work specified in these Anda Injunctive Terms, the Monitor may request an increase in the budget to cover these unanticipated costs, and Anda will not unreasonably withhold approval of same. Further, to the extent there remains funds not yet expended under Teva's monitor budget (Section VI.C. of Exhibit P of the Settlement Agreement), those may be used to cover these unanticipated costs at Teva's discretion.

D.     Term and Reporting Periods

    1.    The term of the Monitor will be five (5) years from the date the Monitor is appointed, divided into one-year periods for purposes of the reviews and reporting described in Section XVIII ("Reporting Periods"). The Monitor may align Anda's Reporting Periods with the reporting periods provided by the Big 3 Distributor Injunctive Relief Terms.

E.     Monitor Access to Information

    1.    In connection with its reviews set forth in Section XVIII.G, the Monitor may request to interview employees with appropriate authority and responsibilities as necessary. In the event that Anda believes that the Monitor is requesting an unreasonable number of interviews or requesting interviews of employees who do not have relevant information to the reviews required by Section XVIII.G, Anda and State Compliance Review Committee shall meet and confer in good faith to resolve this issue.

    2.    The Chief Diversion Control Officer of Anda or a direct report of the Chief Diversion Control Officer shall serve as the primary point of contact for the Monitor to facilitate the Monitor's access to documents, materials, or staff necessary to conduct the reviews specified in Section XVIII.G. The Monitor shall communicate any request for documents, materials, or access to staff to the Chief Diversion Control Officer or her designee.

    3.    If at any time the Monitor believes there is undue delay, resistance, interference, limitation, or denial of access to any records or to any employee or former employee deemed necessary by the Monitor to conduct the reviews specified in Section XVIII.G, the Monitor shall notify the Chief Diversion Control Officer of Anda and they shall meet and confer to resolve such issue. If the Monitor believes that the matter was not resolved, the Monitor shall immediately report the issue to the State Compliance Review Committee.

    4.    To the extent any of the documents requested by the Monitor contain material protected from disclosure by any legal privilege, including the attorney-client privilege or attorney work product protections, Anda may redact such material before providing the documents to the Monitor, but must provide the Monitor with a privilege log describing the redacted information and identifying the basis for redaction.

    5.    Notwithstanding any other information referenced and produced pursuant to Section XVIII, the Monitor shall have access to, and Anda's Chief Diversion Control Officer shall produce to the Monitor, any settlement agreements with government entities entered into after the Effective Date specifically concerning the requirements contained in the Injunctive Relief Terms and Anda's distribution of Controlled Substances (as opposed to distribution of pharmaceutical products in general).

F. Settling States' Access to Monitor

1. Other than in connection with the initiation of a Notice of Potential Violation set forth in Section XIX.B.2, should the Monitor believe it needs to initiate communication with the State Compliance Review Committee regarding Anda's compliance with the Injunctive Relief Terms, the Monitor's communications should include the Chief Diversion Control Officer or counsel of Anda, regardless of the form of communication.

2. The State Compliance Review Committee shall have access to any settlement agreements produced to the Monitor pursuant to Section XVIII.E.5.

G. Reviews to be Conducted by the Monitor

1. There shall be two (2) types of reviews to be conducted by the Monitor:

a) Customer-specific reviews, as set forth in Section XVIII.G.2; and

b) System reviews, as set forth in Section XVIII.G.3.

2. Customer-Specific Reviews

a) The following Customer-specific reviews will be conducted by the Monitor for each of the Reporting Periods:

(1) Threshold Change Request Review ("TCR Review");

(2) Onboarding New Customer Review ("Onboarding Review");

(3) Ongoing Due Diligence Review ("Ongoing Diligence Review");

(4) Customer Termination Review ("Termination Review"); and

(5) Orders that Exceed Thresholds but are Shipped Review ("Exceeded Threshold Review").

b) Sample selection and audit periods for TCR Reviews, Onboarding Reviews, Ongoing Diligence Reviews, Termination Reviews, and Exceeded Threshold Reviews:

(1) For each Reporting Period, the Monitor will review a representative sample of files for the performance of the TCR Reviews, Onboarding Reviews, and Ongoing Diligence Reviews. The Monitor shall select a sample representative of various geographic regions, customer types (Independent Retail Pharmacy Customers or Chain Customer), and distribution centers.

(2) The Monitor will meet and confer with Anda to determine the appropriate audit period within each Reporting Period from which the samples will be selected (e.g. samples will be selected from the first six (6) months of a reporting period to

allow the Monitor time to perform its review during the remainder of the reporting period).

(3)  Within thirty (30) calendar days following the close of the agreed-upon audit period, Anda (or the Clearinghouse once operational, if able to do so) will provide the Monitor with the following lists of relevant Customers for each type of review:

(a)  A list of all Customers that requested at least one Threshold increase for a Highly Diverted Controlled Substance during the relevant audit period, including the number of such requests by each Customer;

(b)  A list of all Customers that were onboarded during the relevant audit period and, during that period, ordered and received Highly Diverted Controlled Substances;

(c)  A list of all Customers that were the subject of an Ongoing Diligence Review during the relevant audit period;

(d)  A list of all Customers that, for reasons related to Controlled Substance regulatory compliance, were terminated during the relevant audit period; and

(e)  A list of all Orders for Highly Diverted Controlled Substances where a decision was made to ship the Order even though the order exceeded the otherwise applicable Threshold, with number of such shipped orders.

(4)  Within fifteen (15) calendar days of compiling this Customer information for sample selection, Anda shall propose a reasonable number of customer files for each review to the Monitor.

(5)  Within fifteen (15) calendar days of receiving the lists specified above from Anda, the Monitor shall choose representative files to be reviewed from these lists. Each list will include the Customers' zip code, geographic region, distribution center, and customer type (Independent Retail Pharmacy Customer or Chain Customer).

c)  TCR Reviews

(1)  For each Reporting Period, the Monitor shall conduct a TCR Review for a sample review of Customers who requested at least one Threshold increase for Highly Diverted Controlled Substances. For the TCR Reviews, the Monitor shall review the information contained in the files of the sample Customers

and determine whether the information reflects substantial compliance with the requirements of Section XII.C.3.

d) **Onboarding Reviews**

(1)    For each Reporting Period, the Monitor shall conduct an Onboarding Review of a sample of Customers that were onboarded during the applicable audit period and, during that period, ordered and received Highly Diverted Controlled Substances from Anda. For the Onboarding Reviews, the Monitor shall review the information contained in the files of the sample Customers and determine whether the information reflects substantial compliance with the requirements of Section IX.

e) **Ongoing Diligence Reviews**

(1)    For each Reporting Period, the Monitor shall conduct an Ongoing Diligence Review of a sample of Customers that were the subject of Anda's Ongoing Diligence Review under Section X during the relevant audit period. For the Ongoing Diligence Reviews, the Monitor shall review the information contained in the files of the sample of Customers and determine whether the information reflects substantial compliance with the requirements of Section X.

f) **Termination Reviews**

(1)    For each Reporting Period, the Monitor shall conduct a review of a sample of Customers that were terminated by Anda during the audit period. For the Termination Reviews, the Monitor shall review the information contained in the files of the sample of Customers and determine whether the information reflects substantial compliance with the requirements of Section XIV.

g) **Exceeded Threshold Review**

(1)    For each Reporting Period, the Monitor shall conduct a review of a sample of Orders for Highly Diverted Controlled Substances where a decision was made by Anda to ship the Order even though the Order exceeded the applicable Threshold. For the Exceeded Threshold Reviews, the Monitor shall review the information contained in the Customer files related to the Orders and determine whether the information reflects substantial compliance with the requirements of Section XIII.B.

3.      Annual System Reviews:

a)      The following system reviews will be conducted by the Monitor for each of the Reporting Periods:

(1)      CSMP Review;

(2)      Threshold Setting Process Review;

(3)      Suspicious Orders and Suspicious Order Report Review;

(4)      Compensation Review;

(5)      Red Flag Review; and

(6)      Review of CSMP Integration with Clearinghouse.

b)      CSMP Review

(1)      For each Reporting Period, the Monitor shall conduct a review of the following materials from Anda:

(a)       Current CSMP policies and procedures;

(b)      Organizational charts for the departments that are relevant to the CSMP organization;

(c)      Logs and/or summaries of any reports received on the "hot line" required by Section V.E and the action or response of Anda to any such reports;

(d)      Copies of the quarterly reports provided by the Chief Diversion Control Officer to the CSMP Committee as required by Section IV.C;

(e)      Copies of the quarterly reports provided by the CSMP Committee to senior management and the Board of Directors as required by Section VI.C; and

(f)      Copies of the materials used for the training required by Section VII and lists of the attendees of the training.

c)      Threshold Setting Process Review:

(1)      For each Reporting Period, Anda or its outside consultants shall prepare a summary report describing how its Threshold-setting methodology for Independent Retail Pharmacy Customers and Chain Customers complies with Section XII (the "Annual Threshold Analysis and Assessment Report").

(2)     For each Reporting Period, the Monitor shall review the Annual Threshold Analysis and Assessment Report, determine whether the information reflects substantial compliance with the requirements of Section XII, and include any Observations and Recommendations, as defined in Section XVIII.H, in its annual Audit Report.

d)      Suspicious Orders and Suspicious Order Reporting Review:

(1)     For each Reporting Period, Anda will provide the Monitor with a report containing summary metrics for the Suspicious Orders that were reported to the DEA and the Settling States (the "Suspicious Order Metrics Report"). In the Suspicious Order Metrics Report, Anda will also provide summary metrics for Orders of Highly Diverted Controlled Substances that exceeded a Threshold but were still shipped.

(2)     For each Reporting Period, the Monitor shall review the Suspicious Order Metrics Report, determine whether the information reflects substantial compliance with the requirements of Section XIII, and include any Observations and Recommendations in its annual Audit Report.

e)      Compensation Reviews:

(1)     For each Reporting Period, the Monitor will review compensation-related policy documents for sales personnel. The Monitor shall analyze those documents and determine whether the compensation policies of Anda comply with the requirements contained in Section V.

f)      Red Flags Review:

(1)     For each Reporting Period, the Monitor shall review the Red Flags defined in Section VIII and their incorporation into Anda's policies and procedures. The Monitor shall determine whether the information reflects substantial compliance with the requirements of Section VIII and include any Observations and Recommendations, as called for by Section VIII.C, about those definitions in its annual Audit Report.

(g)     Review of CSMP Integration with the Clearinghouse:

(1)     For each Reporting Period, Anda shall prepare a report summarizing the status of Anda's CSMP integration with the operation of the Clearinghouse ("Clearinghouse Integration Report"). The Monitor shall review Anda's Clearinghouse Integration Report, determine whether the information reflects substantial compliance with the requirements of Section XVII,

and include any Observations and Recommendations in its annual Audit Report.

H.    Observations and Recommendations:

    1.    If the Monitor notes any areas for potential improvement during the course of the reviews conducted pursuant to the Injunctive Relief Terms, the Monitor shall include any such recommendations in the Audit Report. Collectively, any such questions, concerns or recommendations will be referred to as "Observations and Recommendations."

I.    Audit Reports:

    1.    No later than one hundred and twenty (120) calendar days prior to the end of a Reporting Period and/or at any other time deemed reasonably necessary by the Monitor, the Monitor shall provide Anda with a draft report detailing any instances of substantial noncompliance with the applicable provisions of the Injunctive Relief Terms from the reviews in Section XVIII.G (the "Draft Report"). The Draft Report will also describe any Observations and Recommendations.

    2.    Within thirty (30) calendar days of its receipt of the Draft Report, Anda will provide comments and responses to the Draft Report. Anda will, among other things:

        a)    Respond to each instance of substantial non-compliance, including, where appropriate, describing any corrective action taken (or to be taken).

        b)    Respond to each Observation and Recommendation.

    3.    Within thirty (30) calendar days of its receipt of Anda's responses to the Draft Report, the Monitor shall provide a final report (the "Audit Report") to Anda and the State Compliance Review Committee. The Monitor shall provide the State Compliance Review Committee with a copy of Anda's response to the Draft Report.

    4.    No action or lack of action by the Settling States regarding information received from the Monitor concerning Anda's conduct shall be considered affirmation, acceptance, or ratification of that conduct by the Settling States.

J.    Confidentiality:

    1.    Materials and information provided by Anda to the Monitor that are designated "Confidential" (and any parts, portions, or derivations thereof) (the "Confidential Information") will be kept confidential and not be shown, disclosed, or distributed to any other party, including any other distributor.

2.  The Monitor will not use materials or information received from Anda, or information or analysis developed using the Confidential Information of Anda, in its assessment of any other distributor. Because Anda operates pursuant to its own unique policies and procedures intended to comply with legal and other requirements of the Injunctive Relief Terms, the Monitor shall apply the standards of Anda to its reviews without preference to the practices or standards applied by any other distributor.

3.  If any of the Settling States or the Monitor receive a request for disclosure of any material or information created or shared under the Injunctive Relief Terms, pursuant to a Third Party Request, the Settling State or the Monitor, respectively, shall notify Anda of the Third Party Request and the Confidential Information to be disclosed so that Anda may seek a protective order or otherwise challenge or object to the disclosure. The Settling State or the Monitor will provide Anda with at least ten (10) days' advance notice before complying with any Third Party Request for Confidential Information, except where state law requires a lesser period of advance notice.

4.  Nothing herein will be deemed to prevent any party from claiming any applicable exemption to the public information act, freedom of information act, public records act, or similar law.

## XIX.  ENFORCEMENT OF INJUNCTIVE RELIEF TERMS

A.  State Compliance Review Committee:

1.  Any Settling State may initiate a review of a Potential Violation consistent with the process set forth in Section XIX.

2.  The State Compliance Review Committee shall assign the Monitor the responsibilities set forth in Sections XIX.B.3 through XIX.B.7, regarding review of a Potential Violation and an opportunity to cure, except with respect to matters requiring interpretation of the Injunctive Relief Terms subject to Section XIX.C.2. The objective of the Monitor shall be to facilitate a resolution among the parties, providing an opportunity to cure, as applicable, for the party against whom a Potential Violation has been alleged.

3.  No less than six (6) months before the Monitor's term expires pursuant to Section XVIII, the State Compliance Review Committee and Anda shall meet and confer in good faith to determine the parameters and processes for continued enforcement, consistent to the maximum extent possible with the provisions set forth in Section XIX, for the period after the Monitor's term has ended. Absent agreement between the State Compliance Review Committee and Anda, all provisions set forth in Section XIX involving the Monitor are excused after the Monitor's term has ended.

4.  Should Anda allege in good faith that a Settling State or the Monitor has impaired the ability of Anda to meet the Injunctive Relief Terms, Anda may

request the State Compliance Review Committee to mediate any dispute in an effort to avoid the time and expense of litigation regarding interpretation and enforcement of the Injunctive Relief Terms.

B.    Process for Review of Potential Violations and Opportunity to Cure:

1.    <u>Definition of "Potential Violation"</u>: A Potential Violation occurs when Anda is alleged to not be in substantial compliance with (i) the Injunctive Relief Terms or (ii) a Corrective Action Plan adopted consistent with the process set forth in Section XIX.B.7.

2.    <u>Submission of Notice of Potential Violation</u>. An allegation of a Potential Violation shall be submitted to the State Compliance Review Committee in writing by one or more Settling States ("Notice of Potential Violation" or "Notice") and shall include the following to the extent practicable:

a)    Specification of the particular Injunctive Relief Term(s) and/or Corrective Action Plan(s) implicated by the Potential Violation;

b)    Description of the Potential Violation with specificity;

c)    The reasoning for and, if available, any documentation supporting the allegation that a Potential Violation has occurred, including whether the Potential Violation is a matter identified by the Monitor in an Audit Report; and

d)    Description of the time-sensitivity of the Potential Violation, if relevant.

3.    <u>Assignment to Monitor.</u> The State Compliance Review Committee shall review every Notice. If the State Compliance Review Committee reasonably believes that further review is warranted, the State Compliance Review Committee shall forward the Notice to the Monitor. The Monitor shall ensure that Anda receives a copy of the Notice and a proposed schedule consistent with the process set forth in Sections XIX.B.4 and XIX.B.

4.    <u>Response to Notice of Potential Violation</u>. Within thirty (30) days of receipt of the Notice of Potential Violation, Anda shall provide a written response to the referring Settling State(s), the Monitor, and the State Compliance Review Committee (collectively with Anda, the "parties to the Notice")". The response (a) shall set forth the reasons Anda believes that it is in substantial compliance with the relevant Injunctive Relief Term(s) and/or Corrective Action Plan(s), and (b) as applicable, shall explain efforts undertaken to cure the Potential Violation and a schedule for completing the efforts to cure.

5.    <u>Conference for Parties re Notice of Potential Violation</u>. The parties to the Notice shall meet or otherwise confer regarding the Potential Violation. The parties and the Monitor shall make themselves available for such a meeting (which may at any party's election be a virtual or technology-based

meeting), provided, however, that the meeting is not required to take place sooner than fifteen (15) days after a written response to the Notice of Potential Violation.

6. Process for Previously-Submitted Notices of Potential Violation. At the request of the parties to a Notice, the Monitor shall determine whether the Notice implicates the same or similar issues as a previously submitted Notice involving Anda or is a matter previously identified by the Monitor in an Audit Report involving Anda, and make an initial determination as to whether the issues needs to be addressed anew. The Monitor shall inform the Settling State and Anda of its determination within five (5) business days of receipt of the Notice. The Settling State and Anda shall have five (5) business days to object to the determination. If an objection is made, the Monitor shall respond to the objection within five (5) business days. If no objection is made, the party involved in the prior Notice may rely on the response to the previously submitted Notice or matter previously identified by the Monitor in an Audit Report and no further action shall be required.

7. Monitor Resolution of Potential Violation and Opportunity to Cure. Within thirty (30) days of the meeting pursuant to Section XIX.B.5, the Monitor, taking into consideration the submissions of the parties involved in the Notice and other information available to the Monitor, shall resolve the Notice as follows:

   a) If the Monitor reasonably believes that a Potential Violation is not ongoing or has been substantially resolved as of thirty (30) days from the meeting pursuant to Section XIX.B.5, the Monitor shall provide written notice to the State Compliance Review Committee and the Settling State(s) and Anda.

   b) If the Monitor reasonably believes that a Potential Violation is ongoing and has not been substantially resolved as of thirty (30) days from the meeting pursuant to Section XIX.B.5, the Monitor shall provide written notice to the State Compliance Review Committee and the Settling State(s) and Anda and request that Anda prepare, within thirty (30) days of the receipt of such written notice, a Corrective Action Plan to remedy such Potential Violation, including a reasonable period for implementation of such plan. The Monitor may extend the period of time to submit a Corrective Action Plan up to ninety (90) days based on a reasonable request by the affected party.

   c) A Corrective Action Plan may address multiple Potential Violations, and an existing Corrective Action Plan may be amended to address additional Potential Violations.

   d) Within ten (10) business days of submission of a Corrective Action Plan regarding a Potential Violation, the Monitor shall confer with

the State Compliance Review Committee and the Settling State(s) and Anda regarding the proposed Corrective Action Plan. The Monitor may recommend revisions in its discretion. The conference required by this paragraph may at any party's election be a virtual or technology-based meeting.

(e)     Within thirty (30) days of the conference in Section XIX.B.7.d, the Monitor shall advise the State Compliance Review Committee and the Settling State(s) and Anda whether the Monitor has adopted the proposed Corrective Action Plan or whether the Monitor has adopted it after making modifications. The Monitor shall also set forth a reasonable period for implementation of any such plan that has been adopted. Anda must begin to comply with the Corrective Action Plan within five (5) business days of receiving notice of the Corrective Action Plan has been adopted, unless it seeks review by the State Compliance Review Committee pursuant to Section XIX.C.1.

C.     Enforcement Responsibilities of State Compliance Review Committee:

1.     The Settling State(s) or Anda may request the State Compliance Review Committee to review the resolution (including a resolution pursuant to Section XIX.B.7.a) and/or Corrective Action Plan adopted by the Monitor regarding that Notice. Any such request must be made within five (5) business days of a resolution or adoption of a Corrective Action Plan by the Monitor. The State Compliance Review Committee, taking into consideration the resolution by the Monitor, submissions of the Settling State(s) or Anda, and other information available to the Committee, shall within thirty (30) days of receipt of the request resolve the matter by written notice to the affected parties, which shall include the State Compliance Review Committee's reasoning in reaching its resolution. The State Compliance Review Committee may agree, disagree, or modify any resolution or Corrective Action Plan that it reviews. If the Corrective Action Plan is affirmed or affirmed as amended by the State Compliance Review Committee, Anda must within five (5) business days begin to comply with the Corrective Action Plan.

2.     The State Compliance Review Committee shall review any issues raised by a Notice regarding the interpretation of the Injunctive Relief Terms at the request of the Settling State(s), Anda, or the Monitor. Such a request may be made at any time after the Notice's submission, and the request will not extend the timelines set forth in Sections XIX.B and XIX.C.1. The State Compliance Review Committee shall notify the Monitor, Settling State(s) and Anda of its determination. Settling States and Anda do not waive their rights to challenge the interpretation of the Injunctive Relief Terms by the State Compliance Review Committee in any subsequent proceeding pursuant to Section XIX.E.2.

3.     The State Compliance Review Committee may, independent of a Notice of Potential Violation, review requests by a Monitor, Settling State, or Anda regarding the interpretation of the Injunctive Relief Terms. The State

Compliance Review Committee shall notify the Monitor and requesting party of its interpretation, including the State Compliance Review Committee's reasoning in reaching its conclusion. Settling States and Anda do not waive their rights to challenge the interpretation of the Injunctive Relief Terms by the State Compliance Review Committee in any subsequent proceeding pursuant to Section XIX.E.2.

4.   The State Compliance Review Committee shall make available to all Settling States and Anda any interpretation it issues pursuant to Sections XIX.C.2 and XIX.C.3.

D.   Composition of State Compliance Review Committee:

1.   A Settling State on the State Compliance Review Committee that is in active litigation with Anda, or in another potential conflict of interest involving compliance with Controlled Substances laws and regulations, may not serve on the State Compliance Review Committee, and the remaining Settling States on the State Compliance Review Committee shall within five (5) business days select an alternate Settling State as a replacement.

2.   If the affected state on the State Compliance Review Committee disputes that it has a disqualifying active litigation or other conflict of interest, the determination of whether that state has a conflict disqualifying it from serving on the State Compliance Review Committee shall be made by the remaining states on the State Compliance Review Committee.

E.   Enforcement Actions:

1.   Any written notice or resolution by the State Compliance Review Committee regarding the matters set forth in Sections XIX.B and XIX.C shall provide the State Compliance Review Committee's assessment of the matter but will not be an official opinion of any individual Settling State.

2.   Following the issuance of a written notice or resolution of the State Compliance Review Committee pursuant to Section XIX.C, a Settling State or Anda may take whatever action it deems necessary related to the written notice or resolution issued by the State Compliance Review Committee, provided that the Settling State or Anda is either (a) the Settling State that sought review by the State Compliance Review Committee, or (b) Anda. Such action may include but is not limited to bringing an action to enforce the settlement agreement, filing a new original action, or, the parties to a Notice attempting to negotiate a Corrective Action Plan directly with each other.

3.   The Settling States agree that prior to taking any court or administrative action, other than an action that is necessary to address an immediate threat to the health, safety, or welfare of the citizens of the Settling State, or that a public emergency requiring immediate action exists, it will follow the process outlined in Sections XIX.B and XIX.C.

4.    A Settling State or Anda must bring a court or administrative action within six (6) months of any resolution of the State Compliance Review Committee, unless the alleged violation is also an independent violation of state or federal law, or an action that a Settling State concludes is necessary to address an immediate threat to the health, safety, or welfare of the citizens of the State, or that a public emergency requiring immediate action exists, in which cases, the applicable statute of limitations (if any) for sovereign actions shall apply.

**Exhibit R**
**Agreement on Attorneys' Fees, Expenses and Costs**

This Agreement on Attorneys' Fees, Expenses, and Costs ("Fee Agreement") is entered between Teva, Allergan, and the Plaintiffs' Executive Committee appointed in the multidistrict litigation in the Northern District of Ohio, *In re National Prescription Opiate Litigation*, No. 1:17-MD-2804 ("MDL PEC"), in connection with the Teva Global Opioid Settlement Agreement ("Teva Agreement") and the Allergan Public Global Opioid Settlement Agreement ("Allergan Agreement"). This Fee Agreement becomes effective on the Effective Date of the Teva Agreement and Allergan Agreement or the date that the Consent Judgments anticipated under the Teva Agreement and Allergan Agreement become final in 25 Settling States (whichever is later).

## I.  Definitions

A.  This Fee Agreement incorporates all defined terms in the Teva Agreement and Allergan Agreement, unless otherwise defined herein, and shall be interpreted in a manner consistent with the Teva Agreement and Allergan Agreement.

B.  *"Allergan."* Allergan Finance, LLC (f/k/a Actavis, Inc., which, in turn, was f/k/a Watson Pharmaceuticals, Inc.) and Allergan Limited (f/k/a Allergan plc, which, in turn, was f/k/a Actavis plc). *Allergan* does not include Teva Pharmaceuticals Industries Ltd. (*"Teva Ltd."*), Teva Pharmaceuticals USA, Inc. (*"Teva USA"*), Cephalon, Inc. (*"Cephalon"*), Actavis LLC (f/k/a Actavis Inc.) (*"Actavis LLC"*), Watson Laboratories, Inc. (*"Watson"*), Actavis Pharma, Inc. (f/k/a Watson Pharma, Inc.) (*"Actavis Pharma"*), Actavis Elizabeth LLC (*"Actavis Elizabeth"*), Actavis Kadian LLC (*"Actavis Kadian"*), Actavis Laboratories FL, Inc. (f/k/a Watson Laboratories, Inc. - Florida) (*"Actavis Labs FL"*), Actavis Laboratories UT, Inc. (f/k/a Watson Laboratories, Inc. - Utah) (*"Actavis Labs UT"*), Actavis Mid Atlantic LLC (*"Actavis Mid"*), Actavis South Atlantic LLC (*"Actavis South"*), Actavis Totowa LLC (*"Actavis Totowa"*), or Anda, Inc. (*"Anda"*).

C.  "*Applicant*." Any Attorney or MDL Participating Counsel who seeks an award of attorneys' fees from the Attorney Fee Fund pursuant to the procedures established by the MDL Court and the Fee Panel.

D.  "*Attorney*." Any of the following retained through a legal contingency fee or hourly fee contract: a solo practitioner, multi-attorney law firm, or other legal representative of a Participating Subdivision or MDL Participating Counsel. This does not include Subdivision in-house attorneys.

E.  "*Attorney Fee Fund*." An account consisting of funds allocated to pay attorneys' fees approved pursuant to Section III of this Fee Agreement established by Order of and under the ongoing jurisdiction of the MDL Court, as provided below.

F.  "*Common Benefit*." Work performed for the benefit of all Participating Subdivisions or Tribal Nations, including, but not limited to, pretrial matters, discovery, trial preparation, trial, settlement negotiations, and all other work that advances the interests of the Participating Subdivisions.

G.  "*Common Benefit Fund*."  The sub fund of the Attorney Fee Fund described in subsection III.E.

H.  "*Contingency Fee Fund*."  The sub fund of the Attorney Fee Fund described in subsection III.F.

I.  "*Cost and Expense Fund Administrator*."  The administrator appointed by the MDL Court on August 12, 2021 (MDL Docket No. 3828), to administer the Cost Fund and its sub funds as provided in the Fee Agreement.

J.  "*Court Common Benefit Fund*."  The Common Benefit Fund established by the MDL Court in its orders of July 22, 2021, MDL Docket No. 3794, and May 9, 2022, MDL Docket No. 4428.

K.  "*Fee Entitlement*."  Any right, entitlement, or expectation, including but not limited to a fee contract, contingent fee contract, agreement, referral arrangement, co-counsel arrangement, State Back-Stop agreement, or any other arrangement by which counsel could receive compensation or other consideration.  For the avoidance of doubt, the scope of Fee Entitlement under subparagraph III.G.3.a does not include any Attorneys' fees associated with representation of a State.

L.  "*Fee Panel*."  The three-person panel appointed by the MDL Court on August 12, 2021 (MDL Docket No. 3828), to administer and make recommendations for the allocation and distribution of the Attorney Fee Fund and its sub funds as provided in the Fee Agreement.

M.  "*Later Litigating State*" means a State that first files a lawsuit bringing a Released Claim against a Released Entity after the Preliminary Agreement Date.

N.  "*MDL Court*."  United States District Court for the Northern District of Ohio Eastern Division, Case No. 1:17-md-2804, Judge Dan Aaron Polster.

O.  "*MDL Direct Cost Fund*."  The cost fund described in subparagraph II.A.3.a below.

P.  "*MDL Participating Counsel*."  MDL Participating Counsel includes an attorney or firm authorized by MDL 2804 Lead Counsel to perform work for the Common Benefit of Participating Subdivisions.  By way of example, it would include insurance counsel and appellant counsel.

Q.  "*MDL PEC*."  The Plaintiffs' Executive Committee appointed by the MDL Court.

R.  "*Non-Participating Litigating Subdivision*."  A Litigating Subdivision that is not a Participating Subdivision.

S.  "*Non-Participating State*."  A State that is not a Participating State.

T.  "*Participating Litigating Subdivision*."  A Litigating Subdivision that is also a Participating Subdivision.

U.  "*Participation Agreement*."  An agreement executed by an Attorney that acknowledges the obligation to pay an appropriate MDL Common Benefit Assessment.

V.  "*Qualified Tribal Representation.*"  Representation by an attorney of a Participating Tribal Government regarding Released Claims against Released Entities.  Such counsel are eligible for Common Benefit Fee consideration.  The Teva Tribal Global Settlement and the Allergan Tribal Global Settlement will provide for the contribution to the Common Benefit Fund as determined by the MDL Court.

W.  "*Qualifying Representation*."  Legal services provided for representation of the MDL PEC or Participating Litigating Subdivision regarding Released Claims against Released Entities.

X.  "*State Back-Stop Agreement*."  Any agreement by a Settling State and private counsel for Participating Subdivisions in that State (or legislation enacted in that State) to provide, adjust, or guarantee attorneys' fees and costs, whether from the Attorney Fee Fund or any other source recognized in the agreement or legislation.[1]

Y.  "*Subdivision Cost and Expense Fund.*"  The fund created to pay approved Subdivision and Tribal Nations costs and expenses as set forth in subparagraph II.A.3.b.

Z.  "*Teva*" means (i) Teva Pharmaceutical Industries Ltd. and (ii) all of its respective past and present direct or indirect parents, subsidiaries, divisions, affiliates, joint ventures, predecessors, successors, assigns, including but not limited to Teva Pharmaceuticals USA, Inc., the Actavis Generic Entities, and Anda Inc.

## II.  MDL Direct Cost Fund and Subdivision Cost and Expense Fund ("*Cost Fund*")

A.  The total Cost Fund shall be $30 million dollars funded as set forth below.

1.  Total cost to be paid by Teva in each of the relevant Payment Years[2] under this Agreement shall be up to the following amounts, subject to the provisions set forth below:

---

[1] Nothing herein shall be understood to indicate approval for additional State Back-Stop Agreements or modifications of existing State Back-Stop Agreements.

[2] Payment Year shall have the same meaning for Teva as set forth in the Teva Agreement and Teva Exhibits M-1 and M-3.  Payment Year shall carry the same definition for Allergan as set forth in the Allergan Agreement and Allergan Exhibits M-1 and M-2.

|  | Cost Fund |
|---|---|
| Payment Year 1 | $9,000,000.00 |
| Payment Year 2 | $9,000,000.00 |

2. Total cost to be paid by Allergan in each of the relevant Payment Years under this Agreement shall be up to the following amounts, subject to the provisions set forth below:

|  | Cost Fund |
|---|---|
| Payment Year 1 | $6,000,000.00 |
| Payment Year 2 | $6,000,000.00 |

3. The Cost Fund shall be split into the MDL Direct Cost Fund and the Subdivision Cost and Expense Fund.

    a. The MDL Direct Cost Fund shall be Seven Million Five Hundred Thousand Dollars ($7,500,000), payable 50% in Year One, and 50% in Year Two. The MDL Direct Cost Fund shall make payment without any delay to reimburse the MDL PEC for an agreed-to portion of the expenses incurred, provided the costs have been approved by the Cost and Expense Fund Administrator appointed by the Court. The MDL Direct Cost Fund will be paid directly to the MDL Opiate Capital Account. The Cost and Expense Fund Administrator may include costs incurred by the MDL PEC in furtherance of litigation, mediation, implementation, and management of the Settlements.

    b. The Subdivision Cost and Expense Fund shall be Twenty-Two Million Five Hundred Thousand Dollars ($22,500,000), payable 50% in Year One and 50% in Year Two.

    c. It is the intention of the Parties that the Cost Fund shall be administered by the Cost and Expense Fund Administrator (MDL Docket No. 3828), who will be governed by the provisions of this Agreement and shall design the process and procedures for the allocation of costs pursuant to this Agreement and the MDL Court's Order.

    d. The costs of the Cost and Expense Fund Administrator shall be paid from the Cost Fund and allocated by the Cost and Expense Fund Administrator between the MDL Direct Cost Fund and the Subdivision Cost and Expense Fund to fairly charge each fund the cost incurred in implementing and supervising the specific fund.

    e. The Cost and Expense Fund Administrator shall set the process and procedures for submission of and criteria for applications for payment of

Subdivisions' and Tribal Nations' costs and expenses. The Cost and Expense Fund Administrator shall receive and evaluate applications from Participating Litigating Subdivisions and litigating Tribal Nations, whether filed in Federal Court or State Court, to seek reimbursement for eligible costs in pursuit of claims against Allergan or Teva. The process shall require a showing that the costs or expenses sought were reasonably incurred in furtherance of active litigation of a designated state or federal bellwether trial-set case, or Common Benefit. The Cost and Expense Fund Administrator shall require transparency from all applicants as to any other sources for compensating Attorneys for Subdivisions and Tribal Nations for costs incurred. If funds remain after the reimbursement of approved out-of-pocket costs, the Cost and Expense Fund Administrator may consider reasonable and appropriate payment for client time, costs, or expenses incurred by recognized trial bellwether plaintiffs. At the conclusion of the process, any funds not allocated by the Cost and Expense Fund Administrator shall be transferred to the Common Benefit Fund established in this Exhibit R.

4. In the event that States and Subdivisions enter into an additional global settlement with a party or parties other than Teva or Allergan that is (a) under the jurisdiction of the MDL Court in MDL No. 2804, (b) creates a separate cost fund, and (c) unless the parties agree to another date, such agreement has an effective date prior to June 30, 2023, the Cost and Expense Fund Administrator shall have the authority to aggregate the Cost Fund with the cost fund created under that global settlement agreement. The Cost and Expense Fund Administrator shall have the authority to address the appropriate procedures and required information to allow the costs to be funded from the appropriate cost fund or shared by two or more cost funds.

## III. Attorney Fee Fund

A. An Attorney Fee Fund shall be paid in the following amounts and years:

|  | Teva Shall Pay | Allergan Shall Pay |
|---|---|---|
| Payment Year 1 | $ 46,215,837.93 | $ 40,778,855.53 |
| Payment Year 2 | $ 46,215,837.93 | $ 40,778,855.53 |
| Payment Year 3 | $ 55,215,837.92 | $ 46,778,855.53 |
| Payment Year 4 | $ 55,215,837.92 | $ 46,778,855.53 |
| Payment Year 5 | $ 55,215,837.92 | $ 0.00 |
| Payment Year 6 | $ 55,215,837.92 | $ 0.00 |

B.     The Attorney Fee Fund shall consist of the Contingency Fee Fund and the Common Benefit Fund.

  1.   It is the intention of the Parties that the Contingency Fee Fund and the Common Benefit Fund shall be administered by the Fee Panel (MDL Docket No. 3828), which will be governed by the provisions of this Fee Agreement and shall design the process and procedures for the allocation of fees pursuant to this Fee Agreement and the MDL Court's Order.

C.     The fees to be paid under this Fee Agreement are available for Attorneys engaged in Qualifying Representations and Qualified Tribal Representations only.  Fees to be paid under this Fee Agreement are not available prior to the Effective Date of the Teva Agreement and Allergan Agreement or if the Teva Agreement does not proceed past Teva's determination in subsection XI.A of the Teva Agreement or if the Allergan Agreement does not proceed past Allergan's determination in subsection X.A of the Allergan Agreement.  Fees to be paid under this Fee Agreement are not available for representation of States, Non-Participating Subdivisions or Non-Litigating Subdivisions and are not available for representation of private hospitals, third-party payors, NAS claimants, personal injury/wrongful death claimants, or any entity other than Participating Litigating Subdivisions.  In addition, fees under this Fee Agreement are not available for representation of any individual or entity in matters other than those claims against Released Entities, but may include a reasonable share of representations that involve development of facts for pursuit of opioid-related claims against multiple defendants in the pharmacy, manufacturing, and distribution chain.

D.     *Attorney Fee Fund and Sub Funds.*

  1.   There shall be a split of the Attorney Fee Fund into the Contingency Fee Fund and the Common Benefit Fund.  The split shall be 40% to the Contingency Fee Fund and 60% to the Common Benefit Fund.

  2.   In no event shall Teva or Allergan be required to pay more into the Attorney Fee Fund in any Payment Year than the maximum amount specified for that Payment Year in subsection III.A., which amounts are reflected in Exhibit M to the Teva Agreement and Allergan Agreement.  The amounts allocated to the Contingency Fee Fund and the Common Benefit Fund set by the Fee Panel shall be subject to the reductions and offsets set forth below.

  3.   Awards of fees from the Contingency Fee Fund shall be available to Attorneys with Qualifying Representations of Participating Litigating Subdivisions eligible to receive an allocation under the Teva Agreement and Allergan Agreement, as set forth in Exhibits F-2 and G to the Teva Agreement and Exhibits F and G to the Allergan Agreement, and shall be made applying the Mathematical Model attached as Exhibit "A" to this Fee Agreement.  The collection of the data and calculations for the Mathematical Model has been a cooperative effort among private counsel for a large number of Litigating Subdivisions.  The analysis has been spearheaded by Joseph Tann and Andrew Arnold.  The Fee Panel is

encouraged to continue working with those counsel in application of the Model. The Fee Panel shall oversee the application of the Model and resolve any questions or disputes concerning the eligibility of a Counsel to participate as required in subsection III.G. The Panel is empowered to hear disputes concerning and ensure the accuracy of the mathematical calculation.

4. As to awards from the Contingency Fee Fund, there shall be no right of appeal.

5. Any appeal of an award of the Fee Panel from the Common Benefit Fund will be made to the MDL Court and be reviewed under an abuse of discretion standard.

E. *Common Benefit Fund (60% of the Attorney Fee Fund).*

1. Funds in the Attorney Fee Fund shall be allocated to the Common Benefit Fund according to the schedule set forth below, subject to the adjustments described in paragraph III.E.6. The payments are to be made on the following yearly schedule, subject to the adjustments set forth below:

|  | Teva Shall Pay | Allergan Shall Pay |
|---|---|---|
| Payment Year 1 | $ 27,729,502.76 | $ 24,467,313.32 |
| Payment Year 2 | $ 27,729,502.76 | $ 24,467,313.32 |
| Payment Year 3 | $ 33,129,502.75 | $ 28,067,313.32 |
| Payment Year 4 | $ 33,129,502.75 | $ 28,067,313.32 |
| Payment Year 5 | $ 33,129,502.75 | $ 0.00 |
| Payment Year 6 | $ 33,129,502.75 | $ 0.00 |

2. The Common Benefit Fund shall be available to compensate Attorneys engaged in Qualifying Representations of Participating Litigating Subdivisions and Qualified Tribal Representation of Tribal Participating Governments who:

   a. have performed work for the Common Benefit of all Participating Subdivisions and/or Tribal Nations consistent with the provisions to the guidelines established by Judge Polster set forth in MDL 2804 and the May 1, 2018 Order, under docket number 358, which is incorporated herein by reference; and

   b. satisfy the eligibility criteria set forth in subsection III.G.

3. For purposes of Common Benefit Fund distribution, Attorneys representing Tribal Nations litigating against Teva or Allergan have also reached a settlement for Released Claims with Teva and Allergan. These settlements shall be the subject of separate agreements with Teva and Allergan. Attorneys representing

Tribal Nations are eligible for Common Benefit consideration, provided such agreements with Teva and Allergan became effective under their terms.  Such Attorneys must meet the eligibility criteria in subsection III.G.

4.  For purposes of Common Benefit Fund distribution, MDL Participating Counsel not engaged in Qualifying Representations of Participating Litigating Subdivisions but who performed work for the Common Benefit pursuant to authorization from the MDL Co-Leads and meet the eligibility criteria in subsection III.G shall be eligible.

5.  The Common Benefit Fund shall be overseen by the Fee Panel, which shall determine the allocation of funds to eligible Attorneys consistent with this Fee Agreement and the May 1, 2018 Order.

6.  In assessing the benefits that an Applicant has conferred to Participating Subdivisions (including non-Litigating Subdivisions) and/or Tribes for purposes of any compensation decision, the Fee Panel shall give significant weight to the extent to which (i) the Applicant and his or her clients have contributed to increasing (or reducing) the Initial Participation in the Teva Agreement or the Allergan Agreement, and (ii) the Applicant and his or her clients have contributed to increasing (or reducing) the amounts achieved under Incentive Payments A-D through participation in the Teva Agreement, including the Teva Tribal Agreement, or the Allergan Agreement, including the Allergan Tribal Agreement.  The Fee Panel shall also consider additional fee recoveries the Applicant may potentially obtain, including, but not limited to, from attorney fee funds under other settlement agreements, State Back-Stop Agreements, representations of States or Tribal Nations, representations of other clients in opioids-related matters, or through the representation of Subdivision clients, whether they participated in the Teva Agreement or Allergan Agreement or not. It is the intent of this provision to recognize that the goal of the Teva Agreement and Allergan Agreement is to provide for maximum participation by the Subdivisions, maximum abatement funding for all Subdivisions nationally, and the maximum peace for Released Entities.  Therefore, representing one or more Non-Participating States or Non-Participating Subdivisions does not further the goal of the Teva Agreement or Allergan Agreement, and should not be considered Common Benefit because it does not increase funds available to Participating Subdivisions' abatement programs.  Representing one or more Later Litigating States or Later Litigating Subdivisions is antithetical to the Teva Settlement and the Allergan Agreement and detracts from Common Benefit.  The Fee Panel shall consider this concept of "common detriment" set forth in this paragraph in all of its decision making with respect to the allocation of the Attorney Fee Fund among Applicants, as well as, in its discretion, any offsets provided to Teva or Allergan as set forth in subsection III.H.  The Fee Panel shall consider the totality of the Applicant's Participating Litigating Subdivisions as compared to the Applicant's Non-Participating Litigating Subdivisions; the Parties recognize that, although the goal is for 100% participation, Applicants with a greater number of clients have a greater probability of having one or more Non-Participating Litigating Subdivisions.  As used in this paragraph, "client" or

"representing" a Subdivision shall include any Litigating Subdivision as to which the Applicant has a Fee Entitlement.

7. As set forth in subsection III.H, the Fee Panel must consider the factors described in paragraph III.E.6 to determine how and whether to reduce the amounts to be paid by Teva or Allergan under this Fee Agreement and to determine how to allocate funds among Applicants. They may also, at their discretion, consider other factors. Any reduction in payment obligation or credit to be given Teva or Allergan in this Fee Agreement shall be applied against the last Payment Year for that defendant and working backwards. Any reduction to an Applicant not credited to Teva or Allergan shall be allocated to attorneys whose Litigating Subdivision clients participated in the settlement by the Initial Participation Date.

8. The MDL PEC will seek, and the Attorneys General for Settling States, Teva, and Allergan, will not oppose, a Common Benefit Fee Order requiring an assessment of 7.5% on the gross recovery (by judgment or settlement) of any Non-Participating Subdivision that is subject to the federal court jurisdiction, represented by a MDL PEC firm, represented by any Attorney receiving fees from the Common Benefit Fund, represented by any Attorney that signed a Participation Agreement or paid in a case otherwise under the jurisdiction of the MDL Court.

9. If Teva and Allergan agree to go forward with their respective Agreements under subsections XI.A and X.A of their Agreements, they shall pay the full Common Benefit (60%) Fee into the Common Benefit Fund without regard to the number of Settling States or Participating Subdivisions. Should Teva and/or Allergan pay a judgment to, or settle with, a Non-Participating State or a Non-Participating Litigating Subdivision subsequent to the Reference Date, and such settlement or judgment results in a common benefit fee assessment paid into the Common Benefit Fund or the Court Common Benefit Fund, the following shall apply:

   a. Teva or Allergan shall be credited dollar-for-dollar for the amount paid for the fee assessment up to 7.5% of the abatement amount derived from the application of the State Global Allocation Percentage as set forth in Exhibit F-1 or the abatement amount derived from the application of the Subdivision and Special District Allocation Percentage as set forth in Exhibit G that the Non-Participating State or Non-Participating Litigating Subdivision would have received if it had participated in the Settlement Agreement;

   b. Except as set forth below in subparagraph III.E.9.c, for any settlement or judgment that meets the requirements of paragraph III.E.9 that exceeds the abatement amount derived from the application of the State Global Allocation Percentage as set forth in Exhibit F-1 or the abatement amount derived from the application of the Subdivision and Special District Allocation Percentage as set forth in Exhibit G, no credits shall be taken against Teva or Allergan's obligation to make payments into the Common Benefit Fund for that portion of the settlement or judgment in excess of the abatement amount derived from the application of the State Global Allocation Percentage as set forth in Exhibit

F-1 or the abatement amount derived from the application of the Subdivision and Special District Allocation Percentage as set forth in Exhibit G;

c.  For any settlement or judgment that meets the requirements of paragraph III.E.9 that exceeds the abatement amount derived from the application of the State Global Allocation Percentage as set forth in Exhibit F-1 or the abatement amount derived from the application of the Subdivision and Special District Allocation Percentage as set forth in Exhibit G that the Later Litigating State or Later Litigating Subdivision would have received if it had participated in the Settlement Agreement, where the Later Litigating State or Later Litigating Subdivision is represented by any member of the MDL PEC or that member's law firm, Teva or Allergan shall be credited dollar-for-dollar for the full amount of the 7.5% common benefit fee assessment paid into the Common Benefit Fund or the Court Common Benefit Fund;

d.  If a credit is made to Allergan or Teva pursuant to subparagraph III.E.9.c., then that amount shall be calculated as a direct reduction to any common benefit fee award made under this Fee Agreement to the MDL PEC firm(s) that represented the Later Litigating State or Later Litigating Subdivision;

e.  Any credits shall be taken first against Teva's or Allergan's payment to the Common Benefit Fund in Teva's or Allergan's respective final Payment Year as set forth in paragraph III.E.1 (for Teva Year 6; for Allergan Year 4), up to the full amount of Teva's or Allergan's final year payment obligation, then from the next-to-final Payment Year's payment obligation, and so on;

f.  Teva and Allergan shall not be entitled to any credits against the Common Benefit Fund for settlements or judgments paid after Teva's or Allergan's final fee Payment Year.

F.  *Contingency Fee Fund (40% of the Attorney Fee Fund).*

1.  Funds from the Attorney Fee Fund shall be allocated to the Contingency Fee Fund on the following yearly schedule, subject to the adjustments set forth below:

|  | Teva Shall Pay | Allergan Shall Pay |
|---|---|---|
| Payment Year 1 | $ 18,486,335.17 | $ 16,311,542.21 |
| Payment Year 2 | $ 18,486,335.17 | $ 16,311,542.21 |
| Payment Year 3 | $ 22,086,335.17 | $ 18,711,542.21 |
| Payment Year 4 | $ 22,086,335.17 | $ 18,711,542.21 |
| Payment Year 5 | $ 22,086,335.17 | $ 0.00 |
| Payment Year 6 | $ 22,086,335.17 | $ 0.00 |

2. The Contingency Fee Fund shall be available to compensate Attorneys engaged in Qualifying Representations of Participating Litigating Subdivisions that meet the criteria set forth in subsection III.G.

    a. The Contingency Fee Fund shall be available to Attorneys who represent Litigating Subdivisions that are Participating Subdivisions, whether their actions are filed in state or federal court, and meet the eligibility criteria of subsection III.G.

    b. Participation in the Contingency Fee Fund by counsel that have a case that is not subject to the jurisdiction of the MDL Court shall not create, provide, or waive jurisdiction of the MDL Court over that Litigating Subdivision, that case or Attorneys, other than to oversee the fairness of the distribution process, and enforcement of this Fee Agreement.

    c. Under the terms of the Teva Agreement and Allergan Agreement Litigating Subdivisions must become a Participating Litigating Subdivision under both Agreements to be eligible to participate.  Therefore, Exhibit R applies jointly to Teva and Allergan with the Attorneys' Fee Fund and MDL Cost Fund to include the combined payment from Teva and Allergan.

3. Teva and/or Allergan shall each be entitled to a pro-rata reduction to their own portion of the Contingency Fee Fund payment(s) in accordance with subsection III.F.4., unless, by the Payment Date for the Initial Year Payment, (i) 41 states are Settling States for Teva or 43 states are Settling States for Allergan, (ii) 98% of all Litigating Subdivisions are Participating Subdivisions and/or Subdivisions Subject to a Bar, Case-Specific Resolution, and, (iii) 97% of all Non-Litigating Subdivisions with Populations over 10,000 as listed in Exhibit I are Participating Subdivisions and/or Subdivisions Subject to a Bar, Case-Specific Resolution, in which case no offset shall be applied.

4. If the participation conditions in paragraph III.F.3 are not met, then the amounts owed by Teva and/or Allergan to the Contingency Fee Fund shall be reduced as follows:

    a. For Non-Settling States, the Contingency Fee Fund payments shall first be reduced by the amounts identified by the Fee Panel, pursuant to paragraph III.H.7, that would have been owed to counsel for Litigating Subdivisions in Non-Settling States, had those States and those Litigating Subdivisions been Settling States and Participating Subdivisions.

    b. Following the calculation in subparagraph III.F.4.a., the Contingency Fee Fund payments shall be reduced to reflect the non-joinder of Litigating Subdivisions in Settling States by subtracting the amounts identified by the Fee Panel, pursuant to paragraph III.H.7, that would have been owed to counsel for Non-Participating Litigating Subdivisions in Settling States had such Litigating Subdivisions been Participating Subdivisions.

5.  In the event that after the date of the Settlement Agreement Teva, prior to the Effective Date of the Teva Agreement, or Allergan, prior to the Effective Date of the Allergan Agreement, settles with any Litigating Subdivision that would have been eligible to participate in the defendant's Agreement, and, under such settlement agreement pays attorneys' fees, the Fee Panel shall treat those Litigating Subdivisions as Participating Litigating Subdivisions and, applying the same criteria applicable to all Attorneys for Participating Litigating Subdivisions, determine what amount they would have been paid from the Contingency Fee Fund if they had become Participating Subdivisions under the Teva Agreement or the Allergan Agreement without such prior settlement. That sum, rather than being paid to the Attorney for the previously settling Litigating Subdivision, shall be credited and/or returned to Teva or Allergan as if determined under (a)(ii) above, except that such credit shall not be greater than the amount paid to the Attorneys under the Litigating Subdivision's prior settlement agreement and credits apply equally over the Fee Payment Years.

6.  During the period between the Preliminary Agreement Date and the Effective Date, the MDL PEC, as well as Litigating Subdivisions' Attorneys, shall make best efforts to cease litigation activity against Teva and Allergan, including by jointly seeking stays or severance of claims against Teva and Allergan, where feasible, or postponements if a motion to stay or sever is not feasible or is denied, so long as such actions are not otherwise detrimental to the Litigating Subdivision.

G.  *Eligibility.*

1.  It is the intention of all parties participating in the Fee Panel process that there should be total transparency to the Fee Panel and to all fund participants.  In connection with the process to be developed by the Fee Panel, any and all monies in attorney's fees received or awarded, including prior or future Contingency Fees, Common Benefit Fees, referral fees, expenses paid, promises for payment, or any other Fee Entitlement, to any Applicant in any opioid litigation shall be disclosed to the Fee Panel as a condition of participating in the Attorney Fee Fund and prior to an award from the Fee Panel.  Any payment, expectation of payment or perceived entitlement to participate in a State Back-Stop Agreement or any other agreement reached with a Settling State or any Subdivision or any other source regarding payment of fees must be disclosed to the Fee Panel.  Similarly, any right to payment from any other fund, for example a fund for payment to lawyers representing Settling States or Tribal Nations or Subdivisions shall be disclosed to the Fee Panel.  Because it is anticipated that there will be multiple firms listed on contingent fee agreements with Litigating Subdivisions, the Fee Panel shall establish procedures, with input from Attorneys for Participating Litigating Subdivisions, for who should petition for fees from such groups and to whom the fee shall be paid and thereafter distributed to co-counsel in accordance with applicable agreements.  For the avoidance of doubt, all Attorneys that are part of such groups must meet the eligibility criteria in paragraph III.G.3, must be subject to the criteria set forth in subsection III.C, and must be disclosed to the Fee Panel.

2.  An Applicant may apply for and recover attorneys' fees from the Common Benefit Fund, the Contingency Fee Fund, and any fund created by a past or future State Back-Stop Agreement, provided the Applicant satisfies the requirements relevant to each such fund and requirements for disclosure to the Fee Panel.

3.  An Attorney may not receive any payment from the Attorney Fee Fund (which includes both the Contingency Fee Fund and the Common Benefit Fund) unless the following eligibility criteria are met and annually certified by the Attorney:

    a.  The Attorney must expressly waive the enforcement against the Litigating Subdivision client of all Fee Entitlements (other than under State Back-Stop Agreements) arising out of or related to any or all Qualifying Representations of any Participating Litigating Subdivision prior to applying for attorneys' fees from the Attorney Fee Fund.  All applications for attorneys' fees under this Fee Agreement shall include an affirmation by the Attorney of such waiver and notice to the client(s) of such waiver.  Such waiver shall not preclude the Attorney from submitting such Fee Entitlements to the Fee Panel as a factor for consideration in allocating payments from the Attorney Fee Fund or in connection with a State Back-Stop Agreement.  For the avoidance of doubt, no Attorney may recover fees under this Fee Agreement unless the Attorney expressly agrees not to enforce Fee Entitlements as to each and every Participating Litigating Subdivision represented by that Attorney, but such Attorneys may participate in and receive funds from a State Back-Stop Agreement.

    b.  The Attorney must represent that s/he has no present intent to represent or participate in the representation of any Later Litigating Subdivision or Later Litigating State with respect to Released Claims against Released Entities.

    c.  The Attorney must represent that s/he has not and will not engage in any advertising or solicitation related to Released Claims against Released Entities where such advertising or solicitation relates to a representation of a Subdivision eligible to be a Participating Subdivision after the Reference Date unless the Attorney is recommending participation in the Agreement.

    d.  The Attorney must represent s/he will not charge or accept any referral fees for any Released Claims brought against Released Entities by Later Litigating Subdivisions or Later Litigating States.  This representation shall not prohibit Attorneys from receiving allocated shares of any future common benefit assessments arising out of settlements or judgments with Later Litigating Subdivisions or Later Litigating States that are the result of the MDL Court's Common Benefit order.

    e.  The Attorney may not have and must represent that s/he does not have a Fee Entitlement related to a Later Litigating Subdivision or Later Litigating State, other than a potential Common Benefit Fee.

f.   The Attorney must fully disclose the participation, or the anticipation of participation, in any agreement with a Settling State or Participating Subdivision concerning fees arising out of or related to the Teva Agreement or Allergan Agreement, including any fees paid or anticipated to be paid or any State Back-Stop Agreement.

g.   The Attorney must identify for the Fee Panel whether s/he utilized state litigation work product or MDL work product, including but not limited to ARCOS data, document repositories, experts developed in the MDL, trial transcripts, or deposition transcripts. The Attorney must identify whether s/he signed the MDL Participation Agreement.

h.   Any Attorney who applies for fees from one or both Funds must represent that, having exercised his/her independent judgment, s/he believes the Teva Agreement and the Allergan Agreement to be fair and will make or has made best efforts to recommend both Agreements to his or her Subdivision clients in Settling States. For avoidance of doubt, each Attorney is expected to exercise his or her independent judgment in the best interest of each client individually before determining whether to recommend joining the settlement. All applications for attorneys' fees or costs under this subsection shall include an affirmation by the Attorney in compliance with the foregoing subparagraphs.

4.  No Attorney receiving fees under this Fee Agreement may apply for or recover from the Attorney Fee Fund fees arising from representing a Non-Participating Subdivision except Common Benefit Fees as described in paragraph III.E.2. All applications for attorneys' fees under this subsection shall include an affirmation by the Attorney of compliance with this paragraph.

5.  An Attorney who has filed an application under this subsection and received an award of attorneys' fees shall provide a certification of compliance with the requirements of this Fee Agreement annually during the years upon which they are still entitled to receive attorneys' fee payments under this Agreement. This certification will be done as directed by the Panel.

6.  If, at any time, the Attorney is unable to make the representations set forth in this subsection, such representations become untrue, or the Attorney falsely represents compliance with the eligibility criteria, the Attorney shall cease to be eligible to receive funds from the Attorney Fee Fund until further review by the Fee Panel of the Attorney's eligibility under and compliance with this subsection.

7.  If an Attorney has a Fee Entitlement with a Later Litigating Subdivision or Later Litigating State or otherwise becomes unable to reaffirm compliance with the eligibility criteria set forth above, the Attorney shall notify the Fee Panel. For the avoidance of doubt, any Attorney who undertakes any new representation of, or has a Fee Entitlement with, a Later Litigating Subdivision or Later Litigating State shall be prohibited from receiving any future funds from the Attorney Fee Fund.

If an Attorney fails to notify the Fee Panel of such Fee Entitlement with a Later Litigating Subdivision or Later Litigating State, the Attorney shall be required to refund amounts previously paid. The Fee Panel shall notify Teva and Allergan when it receives notification.

8. To the extent an Attorney who has received compensation from the Attorney Fee Fund based on Qualifying Representations of Participating Litigating Subdivisions under the Teva Agreement or the Allergan Agreement, represents a Later Litigating Subdivision or Later Litigating State, such Attorney shall be obligated to refund such amounts received as compensation from the Attorney Fee Fund to Teva or Allergan. Teva, Allergan, or such Attorney may bring any dispute as to whether such Attorney shall be obligated to refund such amounts received from the Attorney Fee Fund to Allergan or Teva to the Fee Panel. Nothing herein shall require a multi-attorney law firm that has received compensation from the Attorney Fee Fund to refund such amounts if an attorney of the firm that is no longer affiliated with such law firm, after such departure, represents a Later Litigating Subdivision or Later Litigating State, provided that (a) neither the law firm nor any of its other attorneys have any contractual or financial arrangement regarding, stand to benefit directly or indirectly from, or directly or indirectly provide financial or other support of any kind to, the former attorney's representation of the Later Litigating Subdivision or Later Litigating State and (b) if the former attorney was a partner or owner of the multi-attorney law firm at the time that the law firm received compensation from the Attorney Fee Fund, the former attorney shall be obligated to refund such amounts as the former attorney earned as a result of the compensation that the law firm received from the Attorney Fee Fund.

9. In the event that an Attorney is deemed ineligible by the Fee Panel (whether based on its initial application or subsequent recertification), the Fee Panel shall provide notice to the Attorney and give the Attorney 30 days to provide additional information such that the Fee Panel could re-consider the Attorney's eligibility.

10. To the extent that an Attorney has a Fee Entitlement with a Participating Subdivision and is authorized to bring Released Claims against Released Entities, but such authorization is, in scope, less broad than the category of Released Claims set forth in the Teva Agreement or Allergan Agreement, such Attorney may participate fully in both the Contingency Fee Fund and the Common Benefit Fund, without any reduction imposed by the Fee Panel due to the scope of the authorization, so long as the Participating Subdivision fully releases all Released Claims against Released Entities.

11. Attorneys applying to the Attorney Fee Fund knowingly and expressly agree to be bound by the decisions of the Fee Panel, subject to the limited appeal rights set forth in this Fee Agreement, and waive the ability to assert the lack of enforceability of the allocation reached through the procedures outlined herein.

12. Applicants are under an ongoing obligation to inform the Fee Panel in writing of any additional fees earned, expected, or received related to any Opioid litigation throughout the period of the Fee Panel's operation.

H. *Calculation of Amounts Due.*

1. The Fee Panel shall be solely responsible for determining the amount of fees to be paid to each Applicant.  None of the Released Entities shall have any responsibility, obligation, or liability of any kind whatsoever with respect to how attorneys' fees are calculated under this subsection, except that the Fee Panel may receive information from Teva or Allergan as to (a) the identity of Participating, Non-Participating, Litigating, Later Litigating, and Non-Litigating Subdivisions; (b) the impact of non-participation by a Litigating Subdivision as is relevant to the Fee Panel's determination in paragraph III.E.6; and (c) such other information as Teva or Allergan may voluntarily elect to provide.

2. The Fee Panel shall establish procedures for making determinations under this Fee Agreement consistent with this Fee Agreement and orders of the MDL Court. Such procedures may include submission of documentary and/or other evidence, interviews with Applicants and/or other counsel (including counsel for Teva and Allergan) that the Fee Panel deems appropriate, and/or other means of creating a record upon which fee awards will be based.

3. In making determinations under this Fee Agreement, the Fee Panel must apply the eligibility criteria set forth in subsection III.G of this Fee Agreement and the criteria set forth in paragraph III.E.2.  In addition, the Fee Panel will give consideration in regard to Common Benefit Fund awards to the *Johnson* factors, as well as the following factors (which factors may be applied and given relative weight in the Fee Panel's discretion):

   a. The Applicant's contemporaneously recorded time and labor dedicated to Qualifying Representations along with the Applicant's financial commitment to such Qualifying Representations.  Claimed "time" will not be automatically accepted by the Fee Panel but will be critically reviewed and given substantially more weight and consideration if such time was subject to the audit process described in any Pretrial Order(s) governing the collection of common benefit time;

   b. The novelty, time, and complexity of the Qualifying Representations;

   c. The skill requisite to perform legal services properly and undesirability of the case;

   d. The preclusion of other employment by the Applicant due to time dedicated to Qualifying Representations;

   e. The Common Benefit, if any, alleged to have been conferred by the Applicant and whether such Common Benefit work product by that Applicant was used by others in parallel litigations against Released Entities whether within or outside the MDL, provided that any Applicant claiming that s/he substantially benefited cases other than those in which s/he entered an appearance as

counsel must substantiate such claims by proffering factual support, such as proper supporting affidavits or other documents as determined by the Fee Panel with input from Attorneys for Participating Litigating Subdivisions;

f.  Any "common detriment," as set forth in paragraph III.E.6.

g.  Any contingent fee agreement or other Fee Entitlement with Participating Subdivisions, enforcement of which, except for State Back-Stop Agreements, are waived in conjunction with the application, the nature and extent of any work for those Participating Subdivisions, whether such Participating Subdivisions actively litigated and, if so, the nature and procedural history of such case(s);

h.  The experience, reputation, and ability of the Applicant;

i.  Whether the Applicant's clients brought Released Claims against Released Entities;

j.  The status of discovery in cases primarily handled by the Applicant;

k.  The nature of any work by the Applicant on "bellwether" cases or cases that were similarly active in litigation;

l.  Any pressure points successfully asserted by the Applicant in cases against Teva or Allergan or any risk for Teva or Allergan created by the Applicant in cases against them;

m.  Any risk for defendants created by Applicants in cases against Teva or Allergan;

n.  Successful and unsuccessful motion practice in cases worked on by the Applicant;

o.  The date of filing of any cases filed by the Applicant;

p.  Obtaining consolidation of the litigation in the Applicant's jurisdiction;

q.  The number and population of entities represented by the Applicant and the fees that would have been awarded under extinguished contingent fee arrangements;

r.  Whether the Applicant's clients brought claims against Teva or Allergan;

s.  Whether the Applicant has had a leadership role in the litigation, whether in state or federal court;

t.  Whether the Applicant has had a leadership role in any negotiations aimed at resolving the litigation;

u. Whether the Applicant's cases have survived motions to dismiss;

v. The extent to which the Applicant contributed to the work product used for the common benefit of opioids litigants, including, without limitation, work on ARCOS data, Prescription Data Monitoring Programs, IQVIA data, depositions, document production and analysis experts, motions, briefs and pleadings, trial preparations, and trials;

w. The extent to which litigation was done prior to and contributed to completion of settlement negotiations, as distinct from litigation that was done litigating after the announcement of the Teva Agreement or Allergan Agreement, such latter litigation both being of less value and potentially resulting a common detriment to the settlement process; and

x. Any other factors that the Fee Panel finds to be appropriate to consider after input from Applicants to the Attorney Fee Fund.

4. In the event that States and Subdivisions enter into an additional global settlement with a party or parties other than Teva or Allergan that is (a) under the jurisdiction of the MDL Court in MDL No. 2804, (b) creates a separate common benefit fund to be administered by the Fee Panel, and (c) unless the parties agree to another date, such agreement has an effective date prior to June 30, 2023, the Fee Panel may:

a. Consolidate the Common Benefit approval process to include evaluation of all Common Benefit Applications for all settlements entered after November 14, 2022;

b. Determine the fair and equitable allocation of the Aggregate Common Benefit Fees that come after November 14, 2022;

c. Give consideration to the amount and timing of each settlement, including the amount and timing of Common Benefit Fees;

d. The Fee Panel shall abide by the applicable Attorney Fee Agreement in each of the Settlements in Allocating the Common Benefit Fees provided for in the Settlement; and

e. Be guided in their work by the Orders of the Court related to Fees and Costs.

5. The Fee Panel shall develop procedures for receiving a single application, which may be updated or amended based on new information (such as participation by additional Litigating Subdivisions) from each Applicant seeking compensation from each sub fund of the Attorney Fee Fund pursuant to processes and procedures developed by the Fee Panel, which shall not be inconsistent with this Fee Agreement. Any request for attorneys' fees not included on the single application or through the updating/amendment process designed by the Fee Panel

R-18

shall be deemed waived.  For purposes of transparency and to permit the Fee Panel to conduct its work, the application from each Applicant shall, at a minimum, require each Applicant to:

a. Identify all Litigating Subdivisions for which s/he is seeking payment from the Attorney Fee Fund;

b. Identify all Subdivisions in both Settling and Non-Settling States (and, where applicable, Tribal Nations) with respect to which s/he has a Fee Entitlement with respect to Relevant Claims against Released Entities, and identify all co-counsel in such cases;

c. Identify which of those Subdivisions are Participating Subdivisions and which are not (with similar information for Tribal Nations, where applicable);

d. Specify the specific fund or funds within the Attorney Fee Fund from which the Attorney is seeking compensation;

e. Demonstrate his or her eligibility for compensation from the relevant sub funds within the Attorney Fee Fund pursuant to the criteria set forth for the relevant sub fund;

f. Identify any and all Fee Entitlements from representations of States, Tribal Nations, or other plaintiffs related to Released Claims against Released Entities or in opioids-related matters;

g. Notwithstanding "a-f" above, the Panel may consider a supplemental application if the Applicant shows good cause why circumstances exist that will lead to consideration for additional Common Benefit award.  Examples would include, but are not limited to, an Applicant having Non-Participating Litigating Subdivision clients that subsequently become Participating Subdivisions, a Bar Date passes that increases participation or the Participation Tier, or an Allocation Agreement is reached.

6. With respect to the Common Benefit Fund, the Fee Panel shall (subject to any applicable MDL Court Order):

a. Review the applications of all Applicants seeking compensation from the Common Benefit Fund, including determining eligibility for each Applicant as set forth in subsection III.G.

b. Reduce, on an annual basis, Teva's or Allergan's payment obligations, as set forth in paragraph III.E.7.  The Panel shall inform Teva or Allergan, and the MDL PEC of all such amounts and adjust payment obligations accordingly.

c. Using criteria set forth in subsections III.E and III.H, allocate amounts from the Common Benefit Fund to eligible Applicants, including payment amounts for each Payment Year.  In making such allocations, the Panel shall apply the

principles set forth in paragraph III.E.6 and shall allocate any reduction in the payments specified in paragraph III.E.7 to the amounts paid to Applicants with a Common Benefit Fee Entitlement.

7. With respect to the Contingency Fee Fund, the Fee Panel shall:

    a. Review the applications of all Attorneys seeking compensation from the Litigating Subdivision Fee Fund, including determining eligibility for each Attorney as set forth in subsection III.G.

    b. Apply the Mathematical Model in Exhibit A.

    c. Use such allocations to reduce on an annual basis the payment obligations of Teva or Allergan to the Attorney Fee Fund as set forth in paragraph III.F.4, and distributions therefrom, and inform Teva or Allergan and the MDL PEC of all such adjustments.

8. To the extent that there is a dispute about the calculations of the Fee Panel related to the amounts that Teva or Allergan is required to pay (including application of any reductions or offsets under this Fee Agreement), such disputes shall be presented to the Fee Panel and any disputed funds be paid into/held in escrow. The Fee Panel shall resolve such disputes expeditiously, with either Party having the right to seek review from the MDL Court.

9. For purposes of determination of fee or cost awards, allocations, reductions, and possible reversions under this Fee Agreement, unless specified otherwise a Subdivision will be considered a Non-Participating Subdivision if it is not a Participating Subdivision as of the deadline for the application for the fee at issue (or, if the determination does not involve a specific application, the date on which the record for such determination closes).

10. In the event that the Fee Panel, through the use of the Mathematical Model set forth in Exhibit A, allocates funds from the Contingency Fee Fund for an Attorney based on a Qualifying Representation of a Participating Litigating Subdivision and that Subdivision is in a Settling State in which the Consent Judgment has not been approved, such funds shall be placed into escrow until the Consent Judgment is approved, after which time they shall be released.

I. *Miscellaneous.*

1. The Fee Panel shall charge an hourly rate approved by the Court.  The Pre-Effective Date costs associated with the Cost and Expense Fund Administrator shall be paid from funds in the Cost Fund. Post-Effective Date, the cost of the Fee Panel shall be charged against the applicable Fee Fund based on allocation by the Fee Panel and shall not be otherwise funded by Teva and Allergan.

2. The MDL PEC shall provide to Teva and Allergan information they have that identifies Attorneys who represent Litigating Subdivisions who are not

Participating Subdivisions and who have an obligation to pay a common benefit assessment, either due to the MDL Court's orders or pursuant to a Participation Agreement.

3. Participating Subdivisions agree to instruct their counsel to treat information, work product and expert materials as confidential under Rule 1.6 of the ABA Model Rules of Professional Conduct.  Accordingly, an Attorney shall not share information or work product with, or experts or materials to, non-participants (other than the Attorney's own current clients or their lawyers, consultants, experts or other representatives or agents).  However, nothing herein shall prevent MDL Leadership or PEC Counsel from fulfilling their obligations in any MDL and the MDL Court Order.

## IV.    Miscellaneous

A.    *Termination*.  If the Teva Agreement or Allergan Agreement does not proceed past the Reference Date, whether because Teva and Allergan do not determine to proceed or for any other reason, this Fee Agreement shall be null and void, neither Teva nor Allergan shall have any obligation to make any payments under this Fee Agreement other than Fee Panel costs advanced, and Teva, Allergan, and the PEC shall take such steps as are necessary to restore the *status quo ante*.

B.    *MDL Court Consideration*.  This Fee Agreement shall be attached as an exhibit to the Teva Agreement and Allergan Agreement. This Fee Agreement shall also be submitted by Teva, Allergan, and the MDL PEC to the MDL Court for approval pursuant to the motion and order that shall be attached, prior to the Preliminary Agreement Date of the Agreements, as Exhibit B.

1. In the event that the MDL Court, through an order, makes any change to the amounts potentially to be paid by Teva and Allergan under this Fee Agreement, makes any change to the Fee Panel's consideration of the factors set forth in paragraph III.E.6, or any other material change to the draft Order attached as part of Exhibit B or the terms of this Fee Agreement, Teva, Allergan, and the MDL PEC shall meet and confer concerning such changes.

2. If Teva, Allergan, and the MDL PEC are unable to reach agreement and revisions to this Fee Agreement, this Fee Agreement shall be null and void, Teva and Allergan shall have no obligation to make any payments under this Fee Agreement, and Teva, Allergan, and the MDL PEC shall take such steps as are necessary to restore the *status quo ante*.

C.    *Amendment*.  Once the MDL Court has entered an order implementing this Fee Agreement, this Fee Agreement can only be amended by (1) written agreement of Teva, Allergan, and the MDL PEC and (2) approval by the MDL Court.

D.    *Jurisdiction and Enforcement*.  The MDL Court shall have exclusive and ongoing jurisdiction over the enforcement and implementation of this Fee Agreement as set forth herein.  The MDL PEC shall be the Authorized Party to enforce this Fee

Agreement, as to the payment obligations of Teva and Allergan as set forth in this subsection and as to Attorneys making application to the Funds under this Fee Agreement.  Solely for purposes of assessing or allocating common benefit fees, the MDL Court will continue to have jurisdiction over the work product developed in the MDL Court by and under the direction of the MDL PEC with respect to claims against Teva or Allergan, including data and documents, depositions, expert reports, briefs and pleadings; and the MDL Court's protective orders, management orders, and other decisions regarding such discovery and other work product, including but not limited to, conditions on its use, will continue in full force and effect.  Nothing in this subsection authorizes the MDL Court to act contrary to this Agreement or provides the MDL Court with jurisdiction over the Teva Agreement or Allergan Agreement.

January 26, 2022

**Description of Mathematical Model for the Allocation of the Contingency Fee Funds**

Allergan Settlement Agreement and Teva Settlement Agreement

This document describes the Mathematical Model for the allocation of the Contingency Fee Fund described in Exhibit R (Agreement of Attorney's Fees, Expenses and Costs) to the Allergan Settlement Agreement and Teva Settlement Agreement, respectively.[1] Awards of fees from the Contingency Fee Funds shall be available to Attorneys engaged in Qualifying Representations of Participating Litigating Subdivisions that meet the eligibility criteria.[2] A Fee Panel shall oversee the application of the Model and resolve any questions or disputes concerning the eligibility of a counsel to participate. The Panel is empowered to hear disputes concerning and ensure the accuracy of the mathematical calculations.

In general terms, allocation of the Contingency Fee Fund shall be made by (1) determining the amount of the Settlement Fund that is attributable to each Litigating Subdivision; (2) making certain adjustments to these amounts based on when the Subdivision filed suit and the terms of the applicable fee contract; and (3) dividing the Contingency Fee Fund proportionately among counsel for each Participating Litigating Subdivision based on the amounts calculated in subpart 2.

The total amount of the Contingency Fee Funds is $195,364,179.86, of which $70,046,168.84 is to be contributed by Allergan[3] and $125,318,011.02 is to be contributed by Teva.[4] Attorneys with Qualifying Representations of Participating Litigating Subdivisions that timely named one or more Released Entities of either Settlement Agreement and meet the other eligibility requirements shall receive the full amount due from the combined Contingency Fee Funds.[5]

Allocation of the Contingency Fee Funds shall be made according to the following steps. These calculations are made only to determine the percentage share of the Contingency Fee Funds that Attorneys for each Participating Litigating Subdivision would receive, ***not*** for determining the dollar amount each Subdivision would receive.

(1) For each Settling State, attribute 50% of the settlement funds for that State to its Subdivisions according to the Subdivision Allocation Percentage in Exhibit G to the Allergan Settlement Agreement or Teva Settlement Agreement.

    Illustrative example for the Allergan Settlement Agreement:

---

[1] *See* Allergan Settlement Agreement, Exhibit R § III.D.3; Teva Settlement Agreement, Exhibit R § III.D.3.

[2] Allergan Settlement Agreement, Exhibit R § III.F.2; Teva Settlement Agreement, Exhibit R § III.F.2.

[3] Allergan Settlement Agreement, Exhibit R § III.F.1.

[4] Teva Settlement Agreement, Exhibit R § III.F.1.

[5] For example, Attorneys with Qualifying Representations whose suits named Teva, but did not name Allergan, shall be treated the same as Attorneys whose suits named Allergan but did not name Teva. Furthermore, Attorneys whose suits named both Allergan and Teva shall be treated the same as Attorneys who named only Teva or Allergan.

January 26, 2022

- The combined Net Abatement Amount is $4,984,715,862 ($1,799,186,751 for Allergan and $3,185,529,111 for Teva, including the cash value of the product). *See* Allergan Settlement Agreement, Exhibit M-1 and Teva Settlement Agreement, Exhibits M-1 and M-2.

- Assume that State A is allocated 1.00000% of the $1,799,186,751 Allergan Net Abatement Amount.

- 50% of the 1% share allocated to State A is $8,995,933.76.

- Assume that, per Exhibit G of the Agreement, the Subdivision Allocation Percentage for City B in State A is 1.00000000%.

- For purposes of determining its counsel's share of the Contingency Fee Fund, City B is attributed 1.00000000% of $8,995,933.76, or $89,959.34.

- These steps would need to be repeated for the Teva Settlement Agreement since the state allocation percentages are different in that agreement.

(2) Adjust the amounts in paragraph 1 as follows:

   a. *Upward Adjustment for Early Filers.* Increase the amount calculated in paragraph 1 above by 10% for any Litigating Subdivision that named a Released Entity in a suit before December 5, 2017, the date the National Prescription Opiate Litigation MDL was formed. This adjustment must be done individually for each defendant. If the Litigating Subdivision did not name a Released Entity in a suit before December 2, 2022, then fees from the Contingency Fee Fund will not be awarded for otherwise Qualifying Representations of that Participating Litigating Subdivision.

      Illustrative Example:
      - Assume City C is attributed $1,000,000 under paragraph 1 above.
      - If City C named the defendant(s) before 12/5/2017, the attributed amount would be adjusted to $1,100,000.

   b. *Determine Amount Due under Contingency Fee Contract.* Determine the amount that would be due to Attorneys with Qualifying Representations of each Participating Litigating Subdivision under the terms of the applicable fee contract if the Participating Litigating Subdivision were to receive the amount calculated in paragraph 2.a. This amount can be referred to as the Contingency Fee Assumption.

      Illustrative Example:
      Continuing the example given in paragraph 2.a, if Attorneys have a 20% contingency fee contract with City C for the relevant litigation, the amount calculated in this step would be 20% of $1,100,000, or $220,000.

2

January 26, 2022

In the next step, the Contingency Fee Assumption is used to determine the percentage share of the Contingency Fee Fund due to Attorneys for each Participating Litigating Subdivision.

(3) Divide the Contingency Fee Fund proportionately among Attorneys for each Participating Litigating Subdivision in two ways:

    a. *National Fee Pool Calculation.* Determine each Litigating Subdivision's percentage share of all amounts due under contingency fee contracts nationwide by dividing the Contingency Fee Assumption calculated for each Subdivision in paragraph 2.b by the sum of all Contingency Fee Assumptions. Then multiply that percentage by the total amount of the Contingency Fee Funds to figure each Subdivision's dollar share of the Contingency Fee Funds.

```
Illustrative example:
```
- `$220,000 [from para. 2.b] ÷ $500,000,000 [total amount owed under contingency fee contracts nationwide] = 0.044%`[6]
- `0.044% * $195,364,179.86 [Contingency Fee Funds] = $85,960.24`

    b. *Separate State Fee Pools Calculation.* Determine each Litigating Subdivision's percentage share of all amounts due under contingency fee contracts statewide by dividing the Contingency Fee Assumption calculated for each Subdivision in paragraph 2.b by the sum of all Contingency Fee Assumptions in the same State. Then multiply that percentage by the portion of the Contingency Fee Fund that corresponds to that State's Overall Allocation Percentage, shown in Exhibit F of the relevant Settlement Agreement, to figure each Subdivision's dollar share of the Contingency Fee Fund.

```
Illustrative example:
```
- `1% * $195,364,179.86 = $1,953,641.80 [amount of the Contingency Fee Fund corresponding to State A]`
- `Assume a total of $6,000,000 is owed under contingency fee contracts for State A.`
- `$220,000 [from para. 2.b] ÷ $6,000,000 = 3.6666667%`
- `3.6666667% * $1,953,641.80 = $71,633.53`

---

[6] In this example, $500 million is the amount theoretically owed under all contingency fee contracts for litigation against Released Entities as calculated in paragraph 2.b. This amount is illustrative only; the actual amount will not be known until all litigating subdivisions are identified and the terms of all of their contingency fee contracts are collected.

January 26, 2022

The award of fees to Attorneys with Qualifying Representations of Participating Litigating Subdivisions will be the average of the final amounts calculated in paragraphs 3.a and 3.b above less any amounts the Fee Panel is authorized to, and does, withhold.[7]

Paragraph 3.a represents allocation based on a proportional share of a National Fee Pool, while paragraph 3.b represents allocation based on a proportional share of the Separate State Fee Pools. In other words, for the National Fee Pool described above in paragraph 3.a, the contingency fee contract rate is compared to all other contingency fee contract rates in the nation. For the Separate State Fee Pools described above in paragraph 3.b, the contingency fee contract terms are compared to the other contingency fee contract terms in that same State. The National Fee Pool and the Separate State Fee Pools are given equal weighting. This is illustrated below.



Using the first methodology, Attorneys for two Subdivisions <u>in different States</u> with the same amount calculated under paragraph 2.b would be assigned the same amount under paragraph 3.a. Using the second methodology, Attorneys for the same two Subdivisions would be assigned different amounts under paragraph 3.b because they are in different States. Specifically, the Subdivision in the State with a smaller proportion of Litigating Subdivisions would be allocated more than the Subdivision in the State with a greater proportion of Litigating Subdivisions.

---

[7] The model also enforces a maximum fee award of 20% of the amount calculated in 2.b. This rule is designed to prevent windfalls by addressing over-allocation in a small number of states with relatively few Litigating Subdivisions. The description in this document of the Mathematical Model is by necessity an abstraction; the precise contours of the calculations are defined in the model itself.

**EXHIBIT S**
**Agreement on the State Outside Counsel Fee Fund**
**for Manufacturer Settlements**

1.      **Definitions**.

    a.  "Manufacturer" means any of Teva and Allergan, and "Manufacturers" means all of the foregoing.

    b.  "Multistate Manufacturer Settlement Agreement" means This Settlement Agreement along with the separate settlement of opioids-related claims among 30 or more states and the other Manufacturer.

    c.  "This Settlement Agreement" means the settlement agreement between the Settling States and the Manufacturer to which this Agreement is attached as an Exhibit.

    d.  "Settling Manufacturer" means the Manufacturer that is a party to This Settlement Agreement.

    e.  "Settling States" has the meaning given such term in the relevant Multistate Manufacturer Settlement Agreement.

2.      **Creation of a State Outside Counsel Manufacturers Fee Fund.** The Settling States have agreed to the creation of a state outside counsel fee fund to pay reasonable attorneys' fees of Settling States which have retained outside counsel in connection with litigation against one or more Manufacturers (such fund, the "State Outside Counsel Manufacturers Fee Fund").

3.      **State Outside Counsel Manufacturers Fee Fund Administration.** The State Outside Counsel Manufacturers Fee Fund shall be administered separately from any other funds for the payment of attorneys fees or costs in connection with This Settlement Agreement, including any common benefit fund, contingency fee fund for subdivision counsel, state cost fund, or MDL expense fund. If necessary, a committee of Attorneys General shall be convened to oversee the State Outside Counsel Manufacturers Fee Fund (the "Manufacturers Fee Fund Committee"). The Manufacturers Fee Fund Committee shall be appointed by the Settling State Members of the Enforcement Committee and shall be comprised solely of Attorneys General of Settling States that engaged outside counsel to pursue litigation against one or more Manufacturers. The Settlement Fund Administrator (the "Fee Fund Administrator") shall administer the State Outside Counsel Manufacturers Fee Fund according to this Exhibit and, if convened, the guidelines and directives of the Manufacturers Fee Fund Committee.

4.      **State Outside Counsel Manufacturers Fee Eligibility.**

    a.  To receive any amount from the State Outside Counsel Manufacturers Fee Fund, both of the following must be true:

        1.  an outside counsel to a Settling State must have filed and maintained

an action in the name of a Settling State or its Attorney General against a Manufacturer in a state or federal court as of November 1, 2022; and

2. the State must become a Settling State for each Multistate Manufacturer Settlement Agreement for which it is eligible.

b. No Settling State (or its outside counsel) shall receive funds from both the State Outside Counsel Manufacturers Fee Fund and any "Additional Restitution Amount" as may be provided for in This Settlement Agreement.

c. In addition to the eligibility criteria set forth in Paragraph 4.a, above, and for the avoidance of doubt, only Settling States under This Settlement Agreement are eligible to receive any funds paid into the State Outside Counsel Manufacturers Fee Fund as a result of This Settlement Agreement.

5. **State Outside Counsel Manufacturers Fee Fund Amount.** The Settling Manufacturer shall pay funds into the State Outside Counsel Manufacturers Fee Fund in an amount equal to, and on the schedule identified in, Exhibit M (the "<u>Contribution</u>"). The Settling Manufacturer's Contribution shall be subject to a reduction as described in Paragraph 8, below.

6. **State Outside Counsel Manufacturers Fee Fund Availability and Calculation of Amount.**

a. The State Outside Counsel Manufacturers Fee Fund shall be available to compensate private outside counsel for Settling State Attorneys General for approved fees arising out of representation of the Settling State pursuant to the schedule attached to this agreement as Schedule I (the "<u>Fee Schedule</u>").

b. The Fee Schedule is intended to reflect the fee calculation in subparagraphs 6.c and 6.d, below (the "<u>Fee Calculation</u>").  Subject to adjustments required by Paragraph 8, below, in the event of any discrepancy between the Fee Schedule and the Fee Calculation, the Fee Schedule shall control.  Each Settling State, by becoming a Participating State in This Settlement Agreement, agrees that the Fee Schedule reflects the Fee Calculation and waives any right to contest the accuracy of the Fee Schedule, absent manifest error, the exclusion of a Settling State, or the inclusion of a Non-Settling State. The version of the Fee Schedule reflecting any necessary adjustments shall be the "<u>Final Fee Schedule</u>."

c. Except as provided in Paragraph 6.d, below, fees shall be aggregated across the Multistate Manufacturer Settlement Agreements and be calculated by adding two components: (a) a fixed amount consisting of fifty percent (50%) of the amount of remediation funds allocated to a Settling State and its Subdivisions pursuant to the Multistate Manufacturer Settlement Agreements multiplied by 4.5% (or, if lower, the applicable contingency fee percentage in the Settling State's outside counsel contract); and (b) a proportional percentage of the

remaining fee due under that Settling State's contract with its outside counsel assuming that fifty percent (50%) of the Settling State's recovery is allocable to a Settling State (rather than allocable to the Settling State's Participating Subdivisions) so that the fees of all eligible Settling States (minus the fixed amount that would have been allocated to any Non-Settling States had they become Settling States) exhausts the State Outside Counsel Manufacturers Fee Fund. The proportional share percentage will be the same for each Settling State included in the State Outside Counsel Manufacturers Fee Fund. Except as set forth in Paragraph 6.d, fees shall be split proportionally among each Multistate Manufacturer Settlement Agreement, as set forth on the Fee Schedule.

d.   Notwithstanding the foregoing, fees for the State of Oklahoma, if it becomes a Settling State under the Multistate Manufacturer Settlement Agreement with Allergan, shall be limited to Oklahoma's share of the State Outside Counsel Manufacturers Fee Fund derived from Allergan's Contribution.  Oklahoma's share of the State Outside Counsel Manufacturers Fee Fund derived from Teva's Contribution shall be reallocated proportionally among the other Settling States eligible to receive payments from the State Outside Counsel Manufacturer Fee Fund.

e.   All amounts paid will be less the following:

1.   Any costs or fees of the Fee Fund Administrator. The Fee Schedule reflects a holdback amount of $50,000 for such administrative expenses of the Fee Fund Administrator, the remainder of which shall be disbursed proportionally to States receiving monies from the State Outside Counsel Manufacturers Fee Fund at the conclusion of such administration.

7.   **Payment by the Fee Fund Administrator**.

a.   The Fee Fund Administrator shall hold the Contribution in escrow until the earlier of (1) both Multistate Manufacturer Settlement Agreements become effective or (2) when instructed by the Settling State Members of the Enforcement Committee.

b.   Subject to eligibility pursuant to Paragraph 4, above, a Settling State's outside counsel may receive funds from the State Outside Counsel Manufacturers Fee Fund in the following scenarios ("Payment Scenarios"):

1.   The Settling State's outside counsel agrees that the amount listed for such state on the Final Fee Schedule either satisfies in full or exceeds the amounts owed to all such Settling State's outside counsel and such counsel has provided written notice waiving all entitlement to additional fee in respect of any Multistate Manufacturer Settlement

Agreement.

2.  The Settling State and its outside counsel enter into a signed writing establishing the amount owed to the counsel, which includes an agreement on the payment of such state of the amount listed for such state on the Final Fee Schedule and waives any right of the State or its outside counsel to additional amounts from the State Outside Counsel Manufacturers Fee Fund.

3.  A final judgment is entered that is no longer appealable, which judgement adjudicates the amount owed to the Settling State's counsel in respect of This Settlement Agreement and directs the Manufacturers Fee Fund Committee how to pay the amount listed on the Final Fee Schedule for such State.

If no Payment Scenario is applicable with respect to a Settling State, then the Settling State's share shall be placed in an interest-bearing escrow account (less reasonable expenses of the Fee Fund Administrator) and held unless and until a Payment Scenario is applicable.

c.  Upon the applicability of a Payment Scenario 1 with respect to a Settling State, the Fee Fund Administrator shall pay that Settling State's outside counsel the amount identified on the Final Fee Schedule for such state or such lesser amount that satisfies the Settling State's obligation to its outside counsel in full.  Any remaining allocation to such State shall be paid to the Settling State.

d.  Upon the applicability of a Payment Scenario 2 or 3 with respect to a Settling State, the Fee Fund Administrator shall release monies from the State Outside Counsel Manufacturers Fee Fund in either the amount held by the Fee Fund Administrator, if the amount of the agreement or judgment is equal to or more than the amount held, or the amount indicated in the agreement or in the final judgment, if the amount in the agreement or judgment is less than the amount held.

e.  Nothing herein, including the amounts listed in Paragraph 6 above or on any Fee Schedule, shall prevent a Settling State from arguing in any proceeding with its outside counsel that (i) its recovery was less than fifty percent (50%) of the recovery in the settlement agreement down to and including fifteen percent (15%) of the total recovery; (ii) any payment should be discounted by an appropriate discount rate commensurate to the risk of the settlement agreement and the timeline that the Settling State is receiving its payments; (iii) the settlement amount should be lower because the amount a Settling State receives was reduced because such Settling State's outside counsel failed to obtain joinder from a Settling State's Subdivision(s) that the outside counsel also represented; or (iv) any

limitation placed by the Settling Manufacturer bars payment of a higher fee to outside counsel.

    f.   In the event the amount due to the Settling State's outside counsel from an escrow account is less than the total amount of funds escrowed on the account of the Settling State, the balance shall be paid to the Settling State. In no event, other than a State becoming a Non-Settling State, shall funds revert to a Manufacturer.

8.    **Non-Settling States; Reversion and Redistribution.** Amounts owed by the Settling Manufacturer to the State Outside Counsel Manufacturers Fee Fund shall be reduced by amounts allocated to the fixed amount for such State under This Settlement Agreement in the event that a listed State becomes a Non-Settling State. The payments for the other Settling States reflected in the Fee Schedule shall be adjusted by the Fee Fund Administrator to reflect a recalculated proportional percentage under the Fee Calculation.

9.    **Interpretation**.

    a.  This Agreement shall be an Exhibit to each Multistate Manufacturer Settlement Agreement and shall include the Fee Schedule setting forth the presumptive payment calculations for each eligible Settling State. By joining This Settlement Agreement, each State agrees on the presumptive accuracy of the Fee Schedule, absent manifest error, the inclusion of a Non-Settling State, or the exclusion of a Settling State.

    b.  It is the intent of all parties that the State Outside Counsel Manufacturers Fee Fund function in a similar manner, with similar calculations and mechanics, as the "State Outside Counsel Fee Fund" established in Exhibit S of that certain settlement agreement dated as of July 21, 2021 setting forth the terms of settlement between and among McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation, on the one hand, and certain settling states and certain participating subdivisions, on the other hand.

**Schedule I to Exhibit S**
**Fee Schedule**

| State | Total Fee | Allergan Share | Teva Share |
|---|---|---|---|
| Alaska | $1,252,625.36 | $424,966.99 | $827,658.36 |
| Delaware | $2,194,254.56 | $744,425.11 | $1,449,829.45 |
| Georgia | $6,557,324.06 | $2,224,644.65 | $4,332,679.41 |
| Hawaii | $1,272,349.43 | $431,658.60 | $840,690.83 |
| Idaho | $1,413,869.58 | $479,670.88 | $934,198.70 |
| Kentucky | $5,087,998.16 | $1,726,159.60 | $3,361,838.56 |
| Mississippi | $1,737,202.53 | $589,365.16 | $1,147,837.38 |
| Nevada | $6,279,564.47 | $2,130,411.64 | $4,149,152.83 |
| New Mexico | $5,218,189.24 | $1,770,328.36 | $3,447,860.88 |
| Ohio | $6,831,882.94 | $2,317,791.78 | $4,514,091.16 |
| Oklahoma | $1,470,349.73 | $1,470,349.73 | $- |
| Puerto Rico | $4,823,581.25 | $1,636,453.24 | $3,187,128.01 |
| South Dakota | $673,251.45 | $228,408.00 | $444,843.46 |
| | **Admin Expense Holdbacks** | $18,047.03 | $31,952.97 |
| | **Total** | **$16,192,680.76** | **$28,669,762.00** |
| | | | |

**Exhibit T**
**Agreement on the Joint State Cost Fund**

1.     **Definitions**.

   a.  "Opioids Defendant" means Teva, Allergan, or such other defendant in opioids-related litigation that enters into a Multistate Settlement after November 1, 2022, and "Opioids Defendants" means all of the foregoing.

   b.  "Multistate Settlement" means this Settlement Agreement along with any other settlement of opioids-related claims among 30 or more states and an Opioids Defendant.

   c.  "Settlement Agreement" means the settlement agreement between the Settling States and the Opioids Defendant to which this Agreement is attached as an Exhibit.

   d.  "Settling Opioids Defendant" means the Opioids Defendant that is a party to the Settlement Agreement.

   e.  "Settling States" has the meaning given such term in the Settlement Agreement.

2.     **Creation of a State Cost Fund.** The Settling Opioids Defendant and the Settling States agree to the creation of a fund to pay costs and expenses associated with litigation and investigations related to the opioids litigation (such fund, the "State Cost Fund"). The State Cost Fund shall be administered separately from any other funds for the payment of attorneys fees or costs in connection with the Settlement Agreement, including any common benefit fund, contingency fee fund for subdivision counsel, subdivision cost fund, or MDL expense fund. However, the State Cost Fund shall be administered jointly with similar "State Cost Funds" created in other Multistate Settlements after November 1, 2022; any state cost funds jointly administered in this manner shall be referred to as the "Joint State Cost Fund." To the extent permissible and feasible, the Joint State Cost Fund may also be jointly administered with any fund for reimbursement of states' litigation and investigation costs established by a bankruptcy plan, including the Mallinckrodt bankruptcy plan, any plans that may emerge from the bankruptcies of Purdue and Endo, and any similar bankruptcies of opioids defendants. To the extent feasible, the Joint State Cost Fund may also be jointly administered with the State Cost Funds established pursuant to the Distributors Multistate Settlement and the Janssen Multistate Settlement.

3.     **State Cost Fund Amount.** The Settling Opioids Defendant shall pay into the State Cost Fund in the amount listed on, and on the schedule set forth in, Exhibit M (the "Settling Opioids Defendant's Contribution") for the purpose paying States' costs and expenses associated with to the opioid litigation.

4.    **Joint State Cost Fund Committee.** A committee of Attorneys General or their designated representatives (such committee, the "<u>Joint State Cost Fund Committee</u>") shall oversee the Joint State Cost Fund. The committee shall be appointed by the Settling State Members of the Enforcement Committee, who shall aim to (i) have equal representation between states that retained contingency fee outside counsel and states that did not retain contingency fee outside counsel with respect to opioids-related litigation, and (ii) maintain consistency of committee membership across state cost funds that compose the Joint State Cost Fund. The Settling State Members of the Enforcement Committee may by majority vote add to or change the composition of the Joint State Cost Fund Committee.

5.    **Joint State Cost Fund Administrator.**

    a.   The Joint State Cost Fund Committee may select an administrator (the "<u>Joint State Cost Fund Administrator</u>"), who shall administer the Joint State Cost Fund and direct payments to Settling States according to the guidelines and directives of the Joint State Cost Fund Committee. While the expenses of the Joint State Cost Fund Administrator shall be reimbursable pursuant to the principles and guidelines listed below, the Joint State Cost Fund Administrator shall first rely on any separate funds that may be set aside for such purpose in any Multistate Settlement.

    b.   The Joint State Cost Fund Administrator shall be responsible, under the direction and supervision of the Joint State Cost Fund Committee, for receiving and reviewing applications for reimbursement from the Joint State Cost Fund.  This may include the creation of an audit process to ensure the integrity of submissions, as well as reimbursement rules to incentivize accurate submissions.

6.    **State Cost Fund Guidelines and Principles.**

    a.   Monies in the State Cost Fund shall be released without any delay to reimburse Settling States for documented costs incurred or paid in connection with litigation and investigation related to the opioid litigation.

    b.   In allocating the Joint State Cost Fund, the Joint State Cost Fund Committee shall seek to comply with the following principles:

        1.   Each State Cost Fund should be used to reimburse costs incurred by States that are Settling States in the Multistate Settlement from which funds are paid. (However, the foregoing sentence does not preclude a Non-Settling State that joins a separate Multistate Settlement from participating in the Joint State Cost Fund with respect to contributions made by other Opioids Defendants.)

        2.   Funds in any State Cost Fund shall be primarily used to reimburse

costs incurred prior to the date on which the relevant Multistate Settlement was first made available for participation to eligible States. Regardless of other factors considered in prioritizing payments, all costs incurred prior to January 1, 2023, shall be paid before any costs incurred after that date are paid.

3. The Joint State Cost Fund shall prioritize the reimbursement of the following over reimbursement of any State's litigation or investigation costs:

- the reasonable costs of the Joint State Cost Fund Administrator;

- repayment of National Association of Attorneys General grants made in connection with opioid investigations and litigation, without regard to when the grants were made;

- repayment of state-attributable costs of any mediator in connection with negotiations of a Multistate Settlement;

4. The Joint State Cost Fund shall seek to prioritize costs in the following order:

- litigation-related costs; then

- investigation-related costs; then

- settlement and negotiation related costs; then

- cost shares.

5. Costs incurred by a State's outside counsel that the State is contractually obligated to reimburse shall be treated as costs incurred by a State.

6. As between similar categories of costs (e.g., defendant-specific litigation-related costs), the Joint State Cost Fund shall first reimburse costs incurred by a State's outside counsel that the State is contractually obligated to reimburse out of its recovery, and then reimburse costs directly incurred by States.

7. The Joint State Cost Fund shall be available to reimburse only those costs which have not yet been reimbursed to a State from any other source, including any other fund set aside in a Multistate Settlement or bankruptcy plan for the reimbursement of costs or any individual

state settlements.

8.  The Joint State Cost Fund should not reimburse expenses that are expected to be reimbursed from another source, such as a bankruptcy debtor, unless such expected reimbursements do not come to fruition within a reasonable amount of time.  This includes cost shares paid by states.

9.  When coordinating among different state cost funds that each could be used to reimburse a given expense, the Joint State Cost Fund Committee may set guidelines to equitably distribute reimbursements across all state cost funds in a manner that prioritizes costs unlikely to be otherwise reimbursed to a similarly situated State.

10. The Joint State Cost Fund may deny reimbursement of costs, on either an individual basis or a categorical basis, that a supermajority (75%+) of the Joint State Cost Fund Committee determines to be unreasonable.

11. After all costs identified in the foregoing have been reimbursed, the remaining funds in the Joint State Cost Fund shall be distributed to states in proportion to their allocation of remediation payments in the Mallinckrodt bankruptcy plan.  Such distribution shall be treated as a reimbursement for States' unenumerated costs of administering the Multistate Settlements and no subdivision shares shall be carved out of such disbursement, nor shall any attorney's fees be assessed against such distribution (unless individually agreed to by a State).

c.  In applying the foregoing principles, the Joint State Cost Fund Committee shall have the discretion to vary their application in order to ensure equity among similarly situated states and to facilitate the ease and speed of administering the Joint State Cost Fund.  The Joint State Cost Fund Committee may also apply percentages to approximate costs attributable to a particular Opioids Defendant (or categories of Opioids Defendants) in a manner that seeks to treat similarly situated states equitably.

d.  The Joint State Cost Fund Committee shall establish guidelines for the submission and approval of expenses eligible for reimbursement from the Joint State Cost Fund, which guidelines may be coordinated and consolidated with any similar cost funds in other state opioid settlements for purposes of joint administration and efficiency.

e.  Unless waived by the Joint State Cost Fund Committee, the Joint State Cost

Fund Administrator shall, in accordance with such guidelines, receive from Settling States records sufficient to demonstrate the incurrence and payment of each expense.

f.   Where the Joint State Cost Fund Committee determines by a supermajority vote (75%+) that outside counsel for a Settling State has failed to exercise reasonable diligence in reviewing submitted costs for allowability, and such failure has resulted in the reimbursement of unallowed costs to such outside counsel, the Committee shall have the discretion to reduce or recover payments made to such outside counsel in an amount calculated to incentivize the exercise of reasonable diligence.

7.   **State Undertakings.** Each State submitting for reimbursement of costs from the Joint State Cost Fund agrees:

a.   to only submit costs allowable under this Joint State Cost Fund Agreement;

b.   to provide all back-up documentation that may be requested with respect to any submitted cost and to make itself available for any questions related to such costs;

c.   to exercise reasonable diligence to ensure that all submitted costs are allowable under (i) this Joint State Cost Fund Agreement, (ii) the State's contract with its outside counsel, if relevant, (iii) state law, and (iv) the policies and procedures applicable to the State's retention of outside counsel, if relevant; and

d.   to promptly return any excess payments made to the State or its outside counsel from the Joint State Cost Fund, including payments made for costs that were reimbursed from another source or are not allowable hereunder.