# APPENDIX C

## Illustrative List of Released Entities Named in Dismissing Plaintiffs' Complaints[1]

CuraScript Infusion Pharmacy Inc.

Duane Reade Inc.

SAJ Distributors[2]

WAGDCO, LLC

Walgreen Arizona Drug Co.

Walgreen Co.

Walgreen Co. d/b/a/ Walgreens 37817

Walgreen Eastern Co., Inc.

Walgreen of Puerto Rico, Inc.

Walgreen of San Patricio, Inc.

Walgreen Pharmacy

Walgreen Pharmacy Services Midwest LLC

Walgreens Boots Alliance, Inc.

Walgreens Louisiana Co., Inc.

Walgreens Mail Service, LLC

Walgreens of Massachusetts, LLC

Walgreens Specialty Pharmacy, LLC

Walgreens.com, Inc.

Walgreens-Optioncare, Inc.

---

[1] By including an entity in this list, Walgreen Co., Walgreen Eastern Co., Inc., and Walgreens Boots Alliance, Inc. do not admit that they currently maintain control over the entity.

[2] Including Stephen L. LaFrance Pharmacy, Inc., formerly d/b/a SAJ Distributors.