**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | Case No. 1:20-op-45095-DAP |
| This document relates to: | Lead Docket: 1:17-md-02804 |
| *New York City District Council of Carpenters Welfare Fund v. Endo Health Solutions, et al.* | Judge Dan Aaron Polster |

<u>**MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR PLAINTIFF NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND**</u>

Under Local Rule 83.9, Calcaterra Law PC and Regina M. Calcaterra (collectively, "Calcaterra Law") move for leave of Court to substitute Calcaterra Law as counsel of record for New York City District Council of Carpenters Welfare Fund in place of attorney Regina M. Calcaterra of Calcaterra Pollack LLP (collectively, "Calcaterra Pollack").

Calcaterra Law certifies that it has provided written notice of this substitution to New York City District Council of Carpenters Welfare Fund, which has consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Plaintiff New York City District Council of Carpenters Welfare Fund and its counsel request that all future notices, correspondence, pleadings, and other filings be directed to counsel at Calcaterra Law.

Dated: August 2, 2023

Respectfully submitted,

Regina M. Calcaterra
**Calcaterra Law PC**
1140 Avenue of the Americas
9th Fl.
New York, NY 10036
Tel: (212) 899-1760
rc@calcaterralaw.com

*Counsel for New York City District
Council of Carpenters Welfare Fund*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2023, a true and correct copy of the foregoing was

electronically filed using the Court's CM/ECF system, which will provide electronic notice to all

counsel of record in this action.

Respectfully submitted,

_Regina M. Calcaterra_

Regina M.  Calcaterra
**Calcaterra Law PC**
1140 Avenue of the Americas
9th Fl.
New York, NY 10036
Tel: (212) 899-1760
rc@calcaterralaw.com


*Counsel for New York City District*
*Council of Carpenters Welfare Fund*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

This document relates to:

*New York City District Council of Carpenters Welfare Fund v. Endo Health Solutions, et al.*

Case No: 1:20-op-45095-DAP

Lead Docket: 1:17-md-02804

Judge Dan Aaron Polster

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND

Calcaterra Law PC and Regina M. Calcaterra (collectively, "Calcaterra Law") give notice of their substitution as counsel of record for New York City District Council of Carpenters Welfare Fund in place of attorney Regina M. Calcaterra of Calcaterra Pollack LLP (collectively, "Calcaterra Pollack").

Calcaterra Law certifies that it has provided written notice of this substitution to New York City District Council of Carpenters Welfare Fund, which has consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Plaintiff New York City District Council of Carpenters Welfare Fund and its counsel request that all future notices, correspondence, pleadings, and other filings be directed to counsel at Calcaterra Law.

Dated: August 2, 2023

Respectfully submitted,

Regina M. Calcaterra
**Calcaterra Law PC**
1140 Avenue of the Americas
9th Fl.
New York, NY 10036
Tel: (212) 899-1760
rc@calcaterralaw.com


*Counsel for New York City District*
*Council of Carpenters Welfare Fund*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2023 a true and correct copy of the foregoing was

electronically filed using the Court's CM/ECF system, which will provide electronic notice to all

counsel of record in this action.

Respectfully submitted,

_Regina Calcaterra_

Regina M. Calcaterra
**Calcaterra Law PC**
1140 Avenue of the Americas
9th Fl.
New York, NY 10036
Tel: (212) 899-1760
rc@calcaterralaw.com

*Counsel for New York City District
Council of Carpenters Welfare Fund*