UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*Teamsters Local 237 Retirees' Benefit Fund, et al. v. Purdue Pharma, Inc., et al.* | Case No. 1:18-op-45174-DAP<br><br>Lead Docket: 1:17-md-02804<br><br>Judge Dan Aaron Polster |

### MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR PLAINTIFFS TEAMSTERS LOCAL 237 RETIREES' BENEFIT FUND AND TEAMSTERS LOCAL 237 WELFARE FUND

Under Local Rule 83.9, Calcaterra Law PC and Regina M. Calcaterra (collectively, "Calcaterra Law") move for leave of Court to substitute Calcaterra Law as counsel of record for Teamsters Local 237 Retirees' Benefit Fund and Teamsters Local 237 Welfare Fund in place of attorney Regina M. Calcaterra of Calcaterra Pollack LLP (collectively, "Calcaterra Pollack").

Calcaterra Law certifies that it has provided written notice of this substitution to Teamsters Local 237 Retirees' Benefit Fund and Teamsters Local 237 Welfare Fund, which have consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Plaintiffs Teamsters Local 237 Retirees' Benefit Fund and Teamsters Local 237 Welfare Fund and their counsel request that all future notices, correspondence, pleadings, and other filings be directed to counsel at Calcaterra Law.

Dated: August 2, 2023

          Respectfully submitted,

          _____
          Regina M. Calcaterra
          **Calcaterra Law PC**
          1140 Avenue of the Americas
          9th Fl.
          New York, NY 10036
          Tel: (212) 899-1760
          rc@calcaterralaw.com

          *Counsel for Teamsters Local 237 Retirees'*
          *Benefit Fund and Teamsters Local 237*
          *Welfare Fund*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2023, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

Respectfully submitted,

_____
Regina M. Calcaterra
**Calcaterra Law PC**
1140 Avenue of the Americas
9th Fl.
New York, NY 10036
Tel: (212) 899-1760
rc@calcaterralaw.com

*Counsel for Teamsters Local 237 Retirees' Benefit Fund and Teamsters Local 237 Welfare Fund*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Teamsters Local 237 Retirees' Benefit Fund, et al. v. Purdue Pharma, Inc., et al.* | Case No. 1:18-op-45174-DAP<br><br>Lead Docket: 1:17-md-02804<br><br>Judge Dan Aaron Polster |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS TEAMSTERS LOCAL 237 RETIREES' BENEFIT FUND AND TEAMSTERS LOCAL 237 WELFARE FUND

Calcaterra Law PC and Regina M. Calcaterra (collectively, "Calcaterra Law") give notice of their substitution as counsel of record for Teamsters Local 237 Retirees' Benefit Fund and Teamsters Local 237 Welfare Fund in place of attorney Regina M. Calcaterra of Calcaterra Pollack LLP (collectively, "Calcaterra Pollack").

Calcaterra Law certifies that it has provided written notice of this substitution to Teamsters Local 237 Retirees' Benefit Fund and Teamsters Local 237 Welfare Fund, which have consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Plaintiffs Teamsters Local 237 Retirees' Benefit Fund and Teamsters Local 237 Welfare Fund and their counsel request that all future notices, correspondence, pleadings, and other filings be directed to counsel at Calcaterra Law.

Dated: August 2, 2023

                Respectfully submitted,

                */s/ Regina Calcaterra*
                Regina M. Calcaterra
                **Calcaterra Law PC**
                1140 Avenue of the Americas
                9th Fl.
                New York, NY 10036
                Tel: (212) 899-1760
                rc@calcaterralaw.com

                *Counsel for Teamsters Local 237 Retirees' Benefit Fund and Teamsters Local 237 Welfare Fund*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2023, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

                                              Respectfully submitted,

                                              Regina M. Calcaterra
                                              **Calcaterra Law PC**
                                              1140 Avenue of the Americas
                                              9th Fl.
                                              New York, NY 10036
                                              Tel: (212) 899-1760
                                              rc@calcaterralaw.com

                                              *Counsel for Teamsters Local 237 Retirees'*
                                              *Benefit Fund and Teamsters Local 237*
                                              *Welfare Fund*