UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Hollow Metal Trust Fund v. Endo Health Solutions, Inc., et al.* | Case No. 1:20-op-45094<br><br>Lead Docket: 1:17-md-02804<br><br>Judge Dan Aaron Polster |

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR PLAINTIFF HOLLOW METAL TRUST FUND

Under Local Rule 83.9, Calcaterra Law PC and Regina M. Calcaterra (collectively, "Calcaterra Law") move for leave of Court to substitute Calcaterra Law as counsel of record for Hollow Metal Trust Fund in place of attorney Regina M. Calcaterra of Calcaterra Pollack LLP (collectively, "Calcaterra Pollack").

Calcaterra Law certifies that it has provided written notice of this substitution to Hollow Metal Trust Fund, which has consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Plaintiff Hollow Metal Trust Fund and its counsel requests that all future notices, correspondence, pleadings, and other filings be directed to counsel at Calcaterra Law.

Dated: August 2, 2023

                                     Respectfully submitted,

                                 /s/ Regina M. Calcaterra

                                 Regina M. Calcaterra
                                 **Calcaterra Law PC**
                                 1140 Avenue of the Americas
                                 9th Fl.
                                 New York, NY 10036
                                 Tel: (212) 899-1760
                                 rc@calcaterralaw.com

                                 *Counsel for Hollow Metal Trust Fund*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | Case No. 1:20-op-45094 |
| This document relates to: | Lead Docket: 1:17-md-02804 |
| *Hollow Metal Trust Fund v. Endo Health Solutions, Inc., et al.* | Judge Dan Aaron Polster |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF HOLLOW METAL TRUST FUND**

Calcaterra Law PC and Regina M. Calcaterra (collectively, "Calcaterra Law") give notice of their substitution as counsel of record for Hollow Metal Trust Fund in place of attorney Regina M. Calcaterra of Calcaterra Pollack LLP (collectively, "Calcaterra Pollack").

Calcaterra Law certifies that it has provided written notice of this substitution to Hollow Metal Trust Fund, which has consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Plaintiff Hollow Metal Trust Fund and its counsel requests that all future notices, correspondence, pleadings, and other filings be directed to counsel at Calcaterra Law.

Dated: August 2, 2023

Respectfully submitted,

_____
Regina M. Calcaterra
**Calcaterra Law PC**
1140 Avenue of the Americas
9th Fl.
New York, NY 10036
Tel: (212) 899-1760
rc@calcaterralaw.com

*Counsel for Hollow Metal Trust Fund*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2023 a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

Respectfully submitted,

Regina M. Calcaterra
**Calcaterra Law PC**
1140 Avenue of the Americas
9th Fl.
New York, NY 10036
Tel: (212) 899-1760
rc@calcaterralaw.com

*Counsel for Hollow Metal Trust Fund*