UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*City of Lynn Haven*, Case No. 1:19-op-46006 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**SECOND STIPULATION AND ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO FLORIDA CVS SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Lynn Haven, Florida ("Lynn Haven") and Defendants CVS Health Corporation, CVS Pharmacy, Inc.,  CVS Orlando FL Distribution, L.L.C., CVS Vero FL Distribution, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., CVS Indiana, L.L.C., Holiday CVS, L.L.C., CVS Health Solutions, L.L.C., and Omnicare Distribution Center, L.L.C. (together, "CVS"[1]) that, pursuant to the election of Lynn Haven to participate in the CVS Florida Settlement Agreement (copy attached at Doc. 4473-2), all claims of Lynn Haven against CVS in MDL Case No. 1:19-op-46006 are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The CVS Florida Settlement Agreement is between the State of Florida, Office of Attorney General, on the one hand, and CVS Health Corporation and CVS Pharmacy, Inc., on the other, but the Settlement Agreement provides for participation by Dismissing Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Releasees," which includes CVS Orlando FL Distribution, L.L.C., CVS Vero FL Distribution, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., CVS Indiana, L.L.C., Holiday CVS, L.L.C., CVS Health Solutions, L.L.C., and Omnicare Distribution Center, L.L.C.. Settlement Agreement § A(bb) and A(cc) (attached as Appendix B).

8829706.1

2

Dated: August 7, 2023                                  Respectfully submitted,

Agreed as to form and substance:

  **CVS**                                                        **LYNN HAVEN, FLORIDA**

*/s/ Eric R. Delinsky*                                     */s/ Keith Jackson*
Eric R. Delinsky                                           Keith Jackson
Alexandra W. Miller                                        RILEY & JACKSON, P.C.
Paul B. Hynes, Jr.                                         3530 Independence Drive
ZUCKERMAN SPAEDER LLP                                      Birmingham, AL  35209
1800 M Street NW, Suite 1000                               (205) 879-5000
Washington, DC 20036                                       (205) 879-5901(Fax)
(202) 778-1800                                             www.rileyjacksonlaw.com
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com                              Counsel for the City of Lynn Haven, Florida
E-mail: phynes@zuckerman.com                               (19:op-46006-DAP)

*Counsel for CVS Health, CVS
Pharmacy, Inc, CVS Orlando FL
Distribution, L.L.C., CVS Vero FL
Distribution, L.L.C., CVS TN
Distribution, L.L.C., CVS Rx Services,
Inc., CVS Indiana, L.L.C., Holiday
CVS, L.L.C., CVS Health Solutions,
L.L.C., and Omnicare Distribution
Center, L.L.C.*

SO ORDERED this 8th day of August, 2023.

  *s/ Dan Aaron Polster*
Hon. Dan Aaron Polster
United States District Judge

2

8829706.1