IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Track Nine: Tarrant County, Texas*<br><br>(Case No. 1:18-op-45274-DAP) | MDL No. 2804<br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### ORDER MODIFYING TRACK 9 CASE MANAGEMENT ORDER

It is hereby **ORDERED** that the following dates in the Case Management Order for **Track 9 (Docket No. 4932)** are revised as follows:

| EVENT | FORMER DEADLINE[1] | REVISED DEADLINE |
|---|---|---|
| Close of Fact Discovery | August 4, 2023 | August 31, 2023 |
| Deadline to Serve Third-Party Deposition Subpoenas | July 21, 2023 | October 13, 2023 |
| Close of Third-Party Discovery | August 28, 2023 | October 30, 2023 |
| Deadline for Plaintiff Expert Report Disclosures | September 25, 2023 | November 30, 2023 |
| Deadline for Deposition of Plaintiff Experts | October 30, 2023 | January 12, 2024 |
| Deadline for Defendant Expert Report Disclosures | November 30, 2023 | February 7, 2024 |
| Deadline for Deposition of Defendant Experts | January 18, 2024 | March 7, 2024 |
| Deadline to file Dispositive and *Daubert* motions | February 5, 2024 | March 21, 2024 |
| Deadline for responses to *Daubert* and dispositive motions. | March 4, 2024 | April 18, 2024 |
| Deadline for replies in support of *Daubert* and dispositive motions | March 21, 2024 | May 6, 2024 |

**IT IS SO ORDERED.**

Dated:  8/8/2023                    *s/Dan Aaron Polster*
                          Dan Aaron Polster
                          U.S. District Judge

---

[1] *See* ECF No. 4932, Case No. 1:17-md-2804

ACTIVE 689248634v2