# APPENDIX B

# WALMART SETTLEMENT AGREEMENT

# TABLE OF CONTENTS

        **Page**

I.        Definitions.................................................................................................2

II.       Participation by States and Subdivisions; Effectiveness of Agreement .....................14

III.      Injunctive Relief.......................................................................................16

IV.     Settlement Payments................................................................................16

V.      Allocation and Use of Settlement Payments.................................................25

VI.     Enforcement............................................................................................32

VII.    Participation by Subdivisions.....................................................................37

VIII.   Additional Remediation............................................................................39

IX.     Plaintiffs' Attorneys' Fees and Costs...........................................................39

X.      Release....................................................................................................40

XI.     Later Litigating Subdivisions; Non-Settling States ........................................44

XII.    Miscellaneous..........................................................................................45

EXHIBIT A - Alleged Harm...................................................................... A-1

EXHIBIT B - Enforcement Committee Organization Bylaws .............................B-1

EXHIBIT C - Litigating Subdivisions List....................................................C-1

EXHIBIT D - [Intentionally Omitted] ......................................................... D-1

EXHIBIT E - List of Opioid Remediation Uses...............................................E-1

EXHIBIT F - List of States and Overall Allocation Percentages .........................F-1

EXHIBIT G - Subdivisions Eligible to Receive Direct Allocations from the
Subdivision Fund and Subdivision Fund Allocation Percentages ........................ G-1

EXHIBIT H - [Intentionally Omitted] ......................................................... H-1

EXHIBIT I - Primary Subdivisions .............................................................I-1

EXHIBIT J - Illustrative List of Released Entities ...........................................J-1

EXHIBIT K - Subdivision Settlement Participation Form ...................................................... K-1

EXHIBIT L - Settlement Fund Administrator .................................................................... L-1

EXHIBIT M - Maximum Payment Amounts .................................................................... M-1

EXHIBIT N - Additional Remediation Amount Allocation Percentages ............................ N-1

EXHIBIT O - Adoption of a State-Subdivision Agreement ................................................ O-1

EXHIBIT P - Injunctive Relief ......................................................................................... P-1

EXHIBIT Q - [Intentionally Omitted] .............................................................................. Q-1

EXHIBIT R - Agreement on Attorneys' Fees, Costs, and Expenses .................................... R-1

EXHIBIT S - Agreement on the State Outside Counsel Fee Fund ...................................... S-1

EXHIBIT T - Agreement on the State Cost Fund .............................................................. T-1

EXHIBIT U - IRS Form 1098-F ....................................................................................... U-1

EXHIBIT V - Walmart Settlement Agreement Sign-on Form ............................................ V-1

EXHIBIT W - Non-Litigating Threshold Subdivisions List .............................................. W-1

EXHIBIT X - Governor's Release of Opioid-Related Claims ............................................ X-1

<u>**WALMART SETTLEMENT AGREEMENT**</u>

This Settlement Agreement, dated as of November 14, 2022 (the "*Agreement*"), sets forth the terms of settlement between and among the Settling States, Walmart, and the Participating Subdivisions (as those terms are defined below). Upon satisfaction of the conditions set forth in <u>Section II</u>, this Agreement will be binding on all Settling States, Participating Subdivisions, and Walmart. This Agreement will then be submitted for entry as part of Consent Judgments in the respective courts of each of the Settling States, pursuant to the terms set forth in <u>Section II</u>.

WHEREAS, certain States and Subdivisions have filed or could file Actions in various forums against Walmart raising Claims or allegations concerning, related to, based upon, or in connection with the Alleged Harms and/or the Covered Conduct;

WHEREAS, Walmart (i) denies each and all of the Claims and allegations of wrongdoing made by the States and Litigating Subdivisions in each of the Actions and maintains that it has meritorious defenses; (ii) denies all assertions of wrongdoing or liability against Walmart arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged, in the Actions already brought or that could be brought by any State or Subdivision related to the Covered Conduct and/or Alleged Harms and contends that the factual allegations made in the current Actions relating to Walmart are false and materially inaccurate; (iii) denies that any State, Subdivision, or resident thereof, was harmed by any conduct of Walmart; (iv) denies liability, denies any wrongdoing, and denies it violated any federal or state statute or common law; and (v) maintains that Walmart would be able to successfully defend against the Claims and allegations at trial, that the facts do not support the allegations, that Walmart engaged in no misconduct or unlawful activity, and that Walmart caused no harm to any State, Subdivisions, or resident thereof;

WHEREAS, the Parties have investigated the facts and analyzed the relevant legal issues regarding the Claims and defenses that have been or could have been asserted in the Actions;

WHEREAS, objective data metrics reported in the federal ARCOS database demonstrate that on a national basis Walmart dispensed on average materially fewer and less potent opioids per store than other major chain pharmacies and many independent pharmacies nationwide, and Walmart's share of opioids distributed and dispensed nationwide was substantially lower than other major chain pharmacies;

WHEREAS, Walmart has implemented policies, procedures, and controls relating to the dispensing of prescription opioid medications and other controlled substances, including pharmacist training and empowerment programs, company-wide limitations on strength and duration of acute opioid prescriptions, and opioid data analytics, which Walmart uses to identify and investigate potentially problematic prescribing practices;

WHEREAS, the Parties have determined that it is preferable to resolve any claims the States and Subdivisions may have through a cooperative and mutually beneficial settlement that provides funding to remediate Alleged Harms;

WHEREAS, the Parties have each considered the costs, delays and uncertainty associated with the prosecution and defense of an action and the continued prosecution and defense of the Actions;

1

WHEREAS, the Parties believe the settlement set forth herein avoids the uncertainties of litigation and assures that the benefits reflected herein are obtained;

WHEREAS, the States have concluded that the terms of the settlement are fair, reasonable and adequate and in the best interest of the States and all Subdivisions and citizens and residents of the States;

WHEREAS, the Parties have agreed to the terms herein for the sole purpose of settlement, and nothing herein may be taken as or construed to be an admission or concession of any violation of law, rule, or regulation, or of any other matter of fact or law, or of any liability or wrongdoing or lack thereof;

WHEREAS no part of this Agreement, including its statements and commitments, shall constitute evidence of any liability, fault, or wrongdoing, or of any lack thereof;

WHEREAS, unless the contrary is expressly stated, this Agreement is not intended for use by any Party or any third party for any purpose not expressly stated herein, including submission to any court for any purpose other than Court approvals associated with this Agreement;

NOW, THEREFORE, IT IS HEREBY AGREED by and between the States, Participating Subdivisions, and Walmart, by and through their respective counsel, as follows:

## I. Definitions

For all sections of this Agreement except Exhibit E and Exhibit P, the following definitions apply:

A. "*Remediation Accounts Fund*" means the component of the Settlement Fund described in Section V.E.

B. "*Actions*" means any lawsuit by a Settling State or Participating Subdivision asserting any Released Claim against one or more Released Entities.

C. "*Additional Remediation Amount*" means the amount available to the Settling States totaling up to $16,006,471.88.

D. "*Advisory Committee*" has the meaning set forth in Section V.E.2.d.

E. "*Agreement*" has the definition set forth in the preamble, including all exhibits.

F. "*Alleged Harms*" means the alleged past, present, and future financial and societal harms and related expenditures arising out of the alleged misuse and abuse of Products, non-exclusive examples of which are described in the documents listed on Exhibit A, including those expenditures that have allegedly arisen as a result of the physical and bodily injuries sustained by individuals suffering from opioid-related addiction, abuse, death, and other related diseases and disorders, and that have allegedly been caused by Walmart.

G.    "*Allocation Statute*" means a state law that governs allocation, distribution, and/or use of some or all of the Settlement Fund amounts allocated to that State and/or its Subdivisions. In addition to modifying the allocation as set forth in <u>Section V.D.2</u>, an Allocation Statute may, without limitation, contain a Statutory Trust, further restrict expenditures of funds, form an advisory committee, establish oversight and reporting requirements, or address other default provisions and other matters related to the funds.  An Allocation Statute is not required to address all three (3) types of funds comprising the Settlement Fund or all default provisions.

H.    "*Appropriate Official*" has the meaning set forth in <u>Section XII.F.3</u>.

I.    "*Base Payment*" has the meaning set forth in <u>Section IV.D</u>.

J.    "*Bankruptcy Code*" means Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*

K.    "*Bar*"  means either:  (1) a law barring Subdivisions in a State from maintaining Released Claims against Released Entities (either through a direct bar or through a grant of authority to release claims and the exercise of such authority in full); or (2) a ruling by the highest court of the State (or, in a State with a single intermediate court of appeals, the intermediate court of appeals when not subject to further review by the highest court of the State) setting forth the general principle that Subdivisions in the State may not maintain any Released Claims against Released Entities, whether on the ground of this Agreement (or the release in it) or otherwise.  For the avoidance of doubt, a law or ruling that is conditioned or predicated upon payment by a Released Entity (apart from payments made by Walmart under this Agreement) shall not constitute a Bar.

L.    "*Case-Specific Resolution*" means either:  (1) a law barring the Subdivision at issue from maintaining any Released Claims against any Released Entities (either through a direct bar or through a grant of authority to release claims and the exercise of such authority in full); or (2) a ruling by a court of competent jurisdiction over the Subdivision at issue that the Subdivision may not maintain any Released Claims at issue against any Released Entities, whether on the ground of this Agreement (or the release in it) or otherwise.  For the avoidance of doubt, a law or ruling that is conditioned or predicated upon payment by a Released Entity (apart from payments made by Walmart under this Agreement) shall not constitute a Case-Specific Resolution.

M.    "*Claim*" means any past, present or future cause of action, claim for relief, cross-claim or counterclaim, theory of liability, demand, derivative claim, request, assessment, charge, covenant, damage, debt, lien, loss, penalty, judgment, right, obligation, dispute, suit, contract, controversy, agreement, *parens patriae* claim, promise, performance, warranty, omission, or grievance of any nature whatsoever, whether legal, equitable, statutory, regulatory or administrative, whether arising under federal, state or local common law, statute, regulation, guidance, ordinance or principles of equity, whether filed or unfiled, whether asserted or unasserted, whether known or unknown, whether accrued or unaccrued, whether foreseen, unforeseen or unforeseeable, whether discovered or undiscovered, whether suspected or unsuspected, whether fixed or contingent, and whether existing or hereafter arising, in all such cases, including but not limited to any request for declaratory, injunctive, or equitable relief, compensatory, punitive, or statutory damages, absolute liability, strict liability, restitution,

abatement, subrogation, contribution, indemnity, apportionment, disgorgement, reimbursement, attorney fees, expert fees, consultant fees, fines, penalties, expenses, costs or any other legal, equitable, civil, administrative, or regulatory remedy whatsoever.

N.    "*Claim-Over*" means a Claim asserted by a Non-Released Entity against a Released Entity on the basis of contribution, indemnity, or other claim-over on any theory relating to a Non-Party Covered Conduct Claim asserted by a Releasor.

O.    "*Consent Judgment*" means a state-specific consent judgment in a form to be agreed by the Settling States and Walmart prior to the State Participation Date that, among other things, (1) approves this Agreement and (2) provides for the release set forth in Section X.A, including the dismissal with prejudice of any Released Claims that the Settling State has brought against Released Entities.

P.    "*Covered Conduct*" means any actual or alleged act, failure to act, negligence, statement, error, omission, breach of any duty, conduct, event, transaction, agreement, misstatement, misleading statement or other activity of any kind whatsoever from the beginning of time through the Threshold Subdivision Participation Date (and any past, present, or future consequence of any such act, failure to act, negligence, statement, error, omission, breach of duty, conduct, event, transaction, agreement, misstatement, misleading statement or other activity) relating in any way to (a) the distribution, dispensing, delivery, monitoring, reporting, supply, sale, prescribing, physical security, warehousing, coverage, purchases, reimbursement, discovery, development, manufacture, packaging, repackaging, marketing, promotion, advertising, labeling, recall, withdrawal, or use or abuse of any Product; orders, prescriptions, formularies, guidelines, payments or rebates for any Product; policies, practices and/or operating procedures, insurance, claim or benefit administration, claim adjudication, plan design, data and sales thereof, relating to any Product; and any system, plan, policy or advocacy relating to any Product, including, but not limited to, any unbranded promotion, marketing, programs, or campaigns relating to any Product; (b) the characteristics, properties, risks, or benefits of any Product; (c) the reporting, disclosure, nonreporting or non-disclosure to federal, state or other regulators of orders or prescriptions, related to any Product; (d) the purchasing, selling, acquiring, disposing of, importing, exporting, handling, processing, packaging, supplying, distributing, or converting of any Product; or (e) controls against diversion, corresponding responsibility, and suspicious order monitoring; *provided, however*, that as to any Claim that a Releasor has brought or could bring, Covered Conduct does not include noncompliance with statutory or administrative supply security standards concerning cleanliness of facilities or stopping counterfeit products, so long as such standards apply to the storage and distribution of both controlled and non-controlled pharmaceuticals.

Q.    "*Deposit Date*" means fifteen (15) days after the Effective Date.

R.    "*Designated State*" means New York.

S.    "*Effective Date*" has the meaning set forth in Section II.C.

T.    "*Eligible State*" means the states, commonwealths, and territories of the United States of America, as well as the District of Columbia and Puerto Rico, but excluding New Mexico,

West Virginia, and any Separately Settling State. The use of non-capitalized "state" to describe something (*e.g.*, "state court") shall also be read to include parallel entities in commonwealths, territories, and the District of Columbia (*e.g.*, "territorial court").

U. "*Enforcement Committee*" means a committee consisting of certain representatives of the Settling States and of the Participating Subdivisions selected and operating pursuant to the organizational bylaws set forth at Exhibit B. Notice pursuant to Section XII.Q shall be provided when there are changes in membership or contact information.

V. "*Final Order*" means an order or judgment of a court of competent jurisdiction with respect to the applicable subject matter (1) which has not been reversed or superseded by a modified or amended order, is not currently stayed, and as to which any right to appeal or seek *certiorari*, review, reargument, stay, or rehearing has expired, and as to which no appeal or petition for certiorari, review, reargument, stay, or rehearing is pending, or (2) as to which an appeal has been taken or petition for *certiorari*, review, reargument, stay, or rehearing has been filed and (a) such appeal or petition for *certiorari*, review, reargument, stay, or rehearing has been resolved by the highest court to which the order or judgment was appealed or from which certiorari, review, reargument, stay, or rehearing was sought, or (b) the time to appeal further or seek certiorari, review, reargument, stay, or rehearing has expired and no such further appeal or petition for certiorari, review, reargument, stay, or rehearing is pending.

W. "*First Subdivision Participation Date*" has the meaning set forth in Section IV.C.3.a.

X. "*Global Settlement Remediation Amount*" means the remediation and abatement amount of up to $2,393,794,118.64.

Y. "*Global Settlement Amount*" means the sum of (a) the Remediation Payment, (b) the Additional Remediation Amount, and (c) any attorneys' fees and costs set forth in Exhibit R, Exhibit S and Exhibit T.

Z. "*Implementation Administrator*" means the vendor agreed to by Walmart and the Enforcement Committee and retained by Walmart to provide notice pursuant to Section VII.A and to manage the initial joinder period for Subdivisions, including the issuance and receipt of Subdivision Participation Forms.

AA. "*Incentive BC Subdivisions*" has the meaning set forth in Section IV.E.2.a.

BB. "*Incentive Payment A*" means the incentive payment described in Section IV.E.1.

CC. "*Incentive Payment BC*" means the incentive payment described in Section IV.E.2.

DD. "*Incentive Payment D*" means the incentive payment described in Section IV.E.3.

EE. "*Injunctive Relief Terms*" means the terms described in Section III and set forth in Exhibit P.

FF. "*Later Litigating Subdivision*" means a Subdivision (or Subdivision official asserting the right of or for the Subdivision to recover for Alleged Harms to the Subdivision and/or the people thereof) that: (1) first files a lawsuit bringing a Released Claim against a Released Entity after the Threshold Subdivision Participation Date; or (2) adds a Released Claim against a Released Entity after the Threshold Subdivision Participation Date to a lawsuit brought before the Threshold Subdivision Participation Date that, prior to the Threshold Subdivision Participation Date, did not include any Released Claims against a Released Entity; or (3) (a) was a Litigating Subdivision whose Released Claims against Released Entities were resolved by a legislative Bar or legislative Case-Specific Resolution as of the Threshold Subdivision Participation Date, (b) such legislative Bar or legislative Case-Specific Resolution is subject to a Revocation Event after the Threshold Subdivision Participation Date, and (c) the earlier of the date of completion of opening statements in a trial in an action brought by a Subdivision in that Settling State that includes a Released Claim against a Released Entity or one hundred eighty (180) days from the Revocation Event passes without a Bar or Case-Specific Resolution being implemented as to that Litigating Subdivision or the Litigating Subdivision's Released Claims being dismissed; or (4) (a) was a Litigating Subdivision whose Released Claims against Released Entities were resolved by a judicial Bar or judicial Case-Specific Resolution as of the Threshold Subdivision Participation Date, (b) such judicial Bar or judicial Case-Specific Resolution is subject to a Revocation Event after the Threshold Subdivision Participation Date, and (c) such Litigating Subdivision takes any action in its lawsuit asserting a Released Claim against a Released Entity other than seeking a stay or dismissal.

GG. "*Litigating Subdivisions*" means all Subdivisions that have brought any Released Claim against any Released Entity as of the Threshold Subdivision Participation Date. Attached as Exhibit C is a list of the Litigating Subdivisions in each Eligible State and Separately Settling State. Exhibit C will be updated (including with any corrections) periodically, and a final version of Exhibit C will be attached hereto as of the Threshold Subdivision Participation Date.

HH. "*National Arbitration Panel*" means the panel comprised as described in Section VI.F.3.b.

II. "*National Disputes*" has the meaning set forth in Section VI.F.3.a.

JJ. "*Non-Litigating Subdivision*" means any Subdivision that is neither a Litigating Subdivision nor a Later Litigating Subdivision.

KK. "*Non-Litigating Threshold Subdivision*" means (a) all general-purpose Subdivisions with a population equal to or greater than 30,000 that have not brought a Released Claim against any Released Entity as of the Threshold Subdivision Participation Date and (b) all general-purpose Subdivisions with populations between 10,000 and 30,000 that have not brought Released Claim against any Released Entity but have brought a claim related to opioid products, including any Claims related to the Covered Conduct and/or Alleged Harms, against McKesson, AmerisourceBergen, Cardinal Health, Janssen Pharmaceuticals, or any parents, subsidiaries, divisions, predecessors, successors, and assigns of McKesson, AmerisourceBergen, Cardinal Health, or Janssen Pharmaceuticals. Attached as Exhibit W is a list of the Non-Litigating Threshold Subdivisions in each Eligible State and Separately Settling State. Exhibit W will be

updated (including with any corrections) periodically, and a final version of Exhibit W will be attached hereto as of the Threshold Subdivision Participation Date.

LL.     "*Non-Participating Subdivision*" means any Subdivision that is not a Participating Subdivision.

MM.     "*Non-Party Covered Conduct Claim*" means a Claim against any Non-Released Entity involving, arising out of, or related to Alleged Harms and/or Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity).

NN.     "*Non-Party Settlement*" means a settlement by any Releasor that settles any Non-Party Covered Conduct Claim and includes a release of any Non-Released Entity.

OO.     "*Non-Released Entity*" means an entity that is not a Released Entity.

PP.     "*Non-Settling State*" means any Eligible State that is not a Settling State.

QQ.     "*Opioid Remediation*" means care, treatment, and other programs and expenditures (including reimbursement for past such programs or expenditures[1] except where this Agreement restricts the use of funds solely to future Opioid Remediation) designed to remediate Alleged Harms, including to (1) address the misuse and abuse of opioid products, (2) treat or mitigate opioid use or related disorders, or (3) mitigate other alleged effects of, including on those injured as a result of, the opioid epidemic. Exhibit E provides a non-exhaustive list of expenditures that qualify as being paid for Opioid Remediation. Qualifying expenditures may include reasonable related administrative expenses.

RR.     "*Overall Allocation Percentage*" means a Settling State's percentage as set forth in Exhibit F.

SS.     "*Participating Population Levels*" has the meaning set forth in Section II.B.1.

TT.     "*Participating Subdivision*" means any Subdivision in a Settling State that joins the settlement and meets the requirements for becoming a Participating Subdivision under Section VII.B or Section VII.C, as applicable.

UU.     "*Parties*" means Walmart and the Settling States (each, a "*Party*").

VV.     "*Payment Year*" means the calendar year during which the applicable Payout Amount is made in accordance with Section IV.B. Payment Year 1 is 2023, Payment Year 2 is 2024 and so forth.

WW.     "*Payout Amount*" means the total amount payable to the Settling States by the Settlement Fund Administrator for each Payment Year, as calculated by the Settlement Fund Administrator pursuant to Section IV.B. For the avoidance of doubt, this term does not include amounts paid pursuant to Section VIII and Section IX.

---

[1] Reimbursement includes amounts paid to any governmental entities for past expenditures or programs.

XX.    "*Percentage of Incentive BC Subdivision Population*" has the meaning set forth in Section IV.E.2.a.

YY.    "*Primary Fire District*" means a fire district that covers a population of 25,000, or 0.20% of an Eligible State's population if an Eligible State's population is greater than 18 million. If not easily calculable from state data sources and agreed to between the Eligible State and Walmart, a fire district's population is calculated by dividing the population of the county or counties a fire district serves by the number of fire districts in the county or counties. "Primary Fire Districts" shall mean fire districts as identified in connection with the implementation of the July 21, 2021 Janssen Settlement Agreement.

ZZ.    "*Primary Subdivision*" means any General-Purpose Government (including, but not limited to, a municipality, county, county subdivision, city, town, township, parish, village, borough, gore, or any other entities that provide municipal-type government) with a population over 10,000. Attached as Exhibit I is an agreed list of the Primary Subdivisions in each State.

AAA.    "*Prior Litigating Subdivision*" means a Subdivision (or Subdivision official) that brought any Released Claim against any Released Entity prior to the Threshold Subdivision Participation Date and all such Released Claims were separately settled or finally adjudicated prior to the Threshold Subdivision Participation Date; *provided*, *however*, that if the final adjudication was pursuant to a Bar, such Subdivision shall not be considered a Prior Litigating Subdivision. Notwithstanding the prior sentence, Walmart and the Settling State of the relevant Subdivision may agree in writing that the Subdivision shall not be considered a Prior Litigating Subdivision.

BBB.    "*Product*" means any chemical substance, whether used for medicinal or non-medicinal purposes, and whether natural, synthetic, or semi-synthetic, or any finished pharmaceutical product made from or with such substance, that is (1) an opioid or opiate, as well as any product containing any such substance; (2) a benzodiazepine, a muscle relaxer, carisoprodol, zolpidem, or gabapentin; or (3) a combination or "cocktail" of any stimulant or other chemical substance prescribed, sold, bought, or dispensed to be used together that includes opioids or opiates. "Product" shall include, but is not limited to, any substance consisting of or containing buprenorphine, codeine, fentanyl, hydrocodone, hydromorphone, meperidine, methadone, morphine, oxycodone, oxymorphone, tapentadol, tramadol, opium, heroin, carfentanil, diazepam, estazolam, quazepam, alprazolam, clonazepam, oxazepam, flurazepam, triozolam, temazepam, midazolam, carisoprodol, gabapentin, or any variant of these substances or any similar substance. Notwithstanding the foregoing, nothing in this section prohibits a Settling State from taking administrative or regulatory action related to benzodiazepine (including, but not limited to, diazepam, estazolam, quazepam, alprazolam, clonazepam, oxazepam, flurazepam, triozolam, temazepam, and midazolam), a muscle relaxer, carisoprodol, zolpidem, or gabapentin that is wholly independent from the use of such drugs in combination with opioids, provided such action does not seek money (including abatement and/or remediation) for conduct prior to the Effective Date.

CCC.    "*Released Claims*" means any and all Claims that directly or indirectly are based on, arise out of, or in any way relate to or concern Covered Conduct and/or Alleged Harms occurring prior to the Threshold Subdivision Participation Date. Without limiting the foregoing, "Released Claims" include any Claims that have been asserted against the Released Entities by

any Settling State or any of its Litigating Subdivisions or Litigating Special Districts in any federal, state or local action or proceeding (whether judicial, arbitral, or administrative) based on, arising out of or relating to, in whole or in part, the Covered Conduct and/or Alleged Harms, or any such Claims that could be or could have been asserted now or in the future in those actions or in any comparable action or proceeding brought by a State, any of its Subdivisions or Special Districts, or any Releasors (whether or not such State, Subdivision, Special District, or Releasor has brought such action or proceeding). Released Claims also include all Claims asserted in any proceeding to be dismissed pursuant to the Agreement, whether or not such claims relate to Covered Conduct and/or Alleged Harms. The Parties intend that "Released Claims" be interpreted broadly. This Agreement does not release Claims by private individuals. It is the intent of the Parties that Claims by private individuals be treated in accordance with applicable law. Released Claims is also used herein to describe Claims brought by a Later Litigating Subdivision or other non-party Subdivision or Special District that would have been Released Claims if they had been brought by a Releasor against a Released Entity.

DDD. "*Released Entities*" means Walmart and (1) all of Walmart's past and present direct or indirect parents, subsidiaries, divisions, predecessors, successors, and assigns; (2) the past and present direct or indirect subsidiaries, divisions, and joint ventures, of any of the foregoing; (3) all of Walmart's insurers (solely in their role as insurers with respect to the Released Claims); (4) all of Walmart's, or of any entity described in subsection (1), past and present joint ventures; and (5) the respective past and present officers, directors, members, shareholders (solely in their capacity as shareholders of the foregoing entities), partners, trustees, and employees of any of the foregoing (for actions that occurred during and related to their work for, or employment with, Walmart). Any person or entity described in subsections (3)-(5) shall be a Released Entity solely in the capacity described in such clause and shall not be a Released Entity with respect to its conduct in any other capacity. For the avoidance of doubt, any joint venture partner of a joint venture in subsection (2) or (4) is not a Released Entity unless such entity independently falls within subsections (1)-(5) above. An illustrative list of Walmart's present joint ventures, subsidiaries and affiliates and predecessor entities is set forth in Exhibit J. With respect to joint ventures (including predecessor entities), only entities listed on Exhibit J are Released Entities. Current or former Defendants in *In re: National Prescription Opiate Litigation*, No. 1: 17-md-2804 (N.D. Ohio) ("*MDL*") (or in other pending litigation asserting a Claim for Covered Conduct, as identified in the *"National Opiate Litigation – Case and Defendant Extract"* provided to Walmart by the Plaintiffs' Executive Committee on November 12, 2022) not identified in Exhibit J are not considered Released Entities, provided, however, that any Walmart entities that fall within clauses (1)-(5) above against whom Released Claims are brought in the MDL on or after November 14, 2022 shall be considered Released Entities even if not listed on Exhibit J. For the avoidance of doubt, any entity acquired, or joint venture entered into, by Walmart after the Threshold Subdivision Participation Date is not a Released Entity.

EEE. "*Releasors*" means (1) each Settling State; (2) each Participating Subdivision; and (3) without limitation and to the maximum extent of the power of each Settling State's Attorney General and/or Participating Subdivision to release Claims, (a) the Settling State's and Participating Subdivision's departments, agencies, divisions, boards, commissions, Subdivisions, districts, instrumentalities of any kind and attorneys, including its Attorney General, and any person in their official capacity whether elected or appointed to serve any of the foregoing, and any agency, person, or other entity claiming by or through any of the foregoing, (b) any public

entities, public instrumentalities, public educational institutions, unincorporated districts, fire districts, irrigation districts, water districts, law enforcement districts, emergency services districts, school districts, hospital districts and other Special Districts in a Settling State, and (c) any person or entity acting in a *parens patriae*, sovereign, quasi-sovereign, private attorney general, qui tam, taxpayer, or other capacity seeking relief on behalf of or generally applicable to the general public with respect to a Settling State or Subdivision in a Settling State, whether or not any of them participate in the Agreement. The inclusion of a specific reference to a type of entity in this definition shall not be construed as meaning that the entity is not a Subdivision. Each Settling State's Attorney General represents that he or she has or has obtained (or will obtain no later than the Threshold Subdivision Participation Date) the authority set forth in <u>Section X.G</u>. In addition to being a Releasor as provided herein, a Participating Subdivision shall also provide the Subdivision Participation Agreement referenced in <u>Section VII</u> providing for a release to the fullest extent of the Participating Subdivision's authority.

      FFF.    "*Remediation Payment*" has the meaning set forth in <u>Section IV.B.1</u>.[2]

      GGG.    "*Revocation Event*" means, with respect to a Bar, Settlement Class Resolution, or Case-Specific Resolution, a revocation, rescission, reversal, overruling, or interpretation that in any way limits the effect of such Bar, Settlement Class Resolution, or Case-Specific Resolution on Released Claims, or any other action or event that otherwise deprives the Bar, Settlement Class Resolution, or Case-Specific Resolution of force or effect in any material respect.

      HHH.    "*Second Subdivision Participation Date*" has the meaning set forth in <u>Section IV.C.3.b</u>.

      III.    "*Separately Settling State*" means each of Alabama, Florida, and any other Eligible State that, prior to the State Participation Date, enters into a settlement agreement with Walmart that is separate from this Agreement and resolves substantially all Released Claims against Walmart.

      JJJ.    "*Settlement Class Resolution*" means a class action resolution in a court of competent jurisdiction in a Settling State (that is not successfully removed to federal court) with respect to a class of Subdivisions in that Settling State that (1) conforms with that Settling State's statutes, case law, and rules of procedure regarding class actions; (2) is approved and entered as an order of a court of competent jurisdiction in that Settling State and such order has become a Final Order; (3) is binding on all Non-Participating Subdivisions in that Settling State (other than opt outs as permitted under the next sentence); (4) provides that all such Non-Participating Subdivisions may not bring any Released Claims against any Released Entities, whether on the ground of this Agreement (or the releases herein) or otherwise; and (5) does not impose any costs

---

[2] The total maximum amount of this settlement is up to $3,011,242,061, which includes (i) up to $2,393,794,118.64 in the Remediation Payment; (ii) up to $297,720,376.93 in Subdivision Attorneys' Fees, Expenses and Costs; (iii) up to $48,019,415.63 in the State Outside Counsel Fee Fund, State Cost Fund and Additional Remediation Amount; (iv) a credit of $215,567,502.95 for Walmart's settlement with the state of Florida and its subdivisions; (v) a credit of $48,963,983.74 for Walmart's settlement with the state of Alabama and its subdivisions; (vi) a credit of $1,051,663.05 for ineligible subdivisions Lake County and Trumbull County of Ohio; and (vii) a credit of $6,125,000.00 for Walmart's settlement with Nassau County and Suffolk County of New York. In no event shall Walmart's payment obligation under this Agreement exceed the sum of (i)-(iii) above.

or obligations on Walmart other than those provided for in this Agreement, or contain any provision inconsistent with any provision of this Agreement. If applicable state law requires that opt-out rights be afforded to members of the class, a class action resolution otherwise meeting the foregoing requirements shall qualify as a Settlement Class Resolution unless Subdivisions collectively representing more than one percent (1%) of the total population of that Settling State opt out. In seeking certification of any Settlement Class, the applicable Settling State and Participating Subdivisions shall make clear that certification is sought solely for settlement purposes and shall have no applicability beyond approval of the settlement for which certification is sought. Nothing in this Agreement constitutes an admission by any Party that class certification would be appropriate for litigation purposes in any case or for purposes unrelated to this Agreement.

KKK. "*Settlement Fund*" means the interest-bearing fund established pursuant to this Agreement into which the payment under Section IV is made. The Settlement Fund is comprised of the Remediation Accounts Fund, State Fund, and Subdivision Fund.

LLL. "*Settlement Fund Administrator*" means the entity that determines the payments and reversions due under Section IV and Section VIII, including annually determining the Payout Amount and calculating Incentive Payments, administers the Settlement Fund, and distributes amounts into three sub-funds (the Remediation Accounts Fund, State Fund, and Subdivision Fund) pursuant to this Agreement. The duties of the Settlement Fund Administrator shall be governed by this Agreement. Prior to the Threshold Subdivision Participation Date, Walmart and the Enforcement Committee shall agree to selection and removal processes for and the identity of the Settlement Fund Administrator, and a detailed description of the Settlement Fund Administrator's duties and responsibilities, including a detailed mechanism for paying the Settlement Fund Administrator's fees and costs, all of which shall be appended to the Agreement as Exhibit L.

MMM. "*Settling State*" means an Eligible State that has entered into this Agreement with Walmart and delivers an executed State Participation Form and executed releases in accordance with Section II.A.

NNN. "*State Fund*" means the component of the Settlement Fund described in Section V.C.

OOO. "*State Participation Form*" means the form attached as Exhibit V.

PPP. "*State Participation Date*" has the meaning set forth in Section II.A.1.

QQQ. "*State Participation Threshold*" has the meaning set forth in Section II.A.2.

RRR. "*State-Subdivision Agreement*" means an agreement that a Settling State reaches with the Subdivisions in that Settling State regarding the allocation, distribution, and/or use of funds allocated to that Settling State and to its Subdivisions. A State-Subdivision Agreement shall be effective if approved pursuant to the provisions of Exhibit O or if adopted by statute. Preexisting agreements addressing funds other than those allocated pursuant to this Agreement shall qualify if the approval requirements of Exhibit O are met. A Settling State and its Subdivisions may revise a State-Subdivision Agreement if approved pursuant to the provisions of Exhibit O, or if such revision is adopted by statute.

SSS.    "*Statutory Trust*" means a trust fund established by state law to receive funds allocated to a Settling State's Remediation Accounts Fund and restrict any expenditures made using funds from such Settling State's Remediation Accounts Fund to Opioid Remediation, subject to reasonable administrative expenses.  A Settling State may give a Statutory Trust authority to allocate one (1) or more of the three (3) types of funds comprising such State's Settlement Fund, but this is not required.

TTT.    "*Sub-Fund(s)*" means the Remediation Accounts Fund, State Fund, and Subdivision Fund, individually or collectively, as applicable.

UUU.    "*Subdivision*" means any (1) General-Purpose Government (including, but not limited to, a municipality, county, county subdivision, city, town, township, parish, village, borough, gore, or any other entities that provide municipal-type government), School District, or Special District within a Settling State, and (2) any other subdivision or subdivision official or sub-entity of or located within a Settling State (whether political, geographical or otherwise, whether functioning or non-functioning, regardless of population overlap, and including, but not limited to, nonfunctioning governmental units and public institutions) that has filed a lawsuit that includes a Released Claim against a Released Entity in a direct, *parens patriae*, or any other capacity. "General-Purpose Government," "School District," and "Special District" shall correspond to the "five basic types of local governments" recognized by the U.S. Census Bureau and match the 2017 list of Governmental Units.[3]  The three (3) General-Purpose Governments are county, municipal, and township governments; the two (2) special purpose governments are School Districts and Special Districts.[4]  The terms "Fire District," "Health District," "Hospital District," and "Library District" shall correspond to categories of Special Districts recognized by the U.S. Census Bureau.[5] References to a Settling State's Subdivisions or to a Subdivision "in," "of," or "within" such Settling State include Subdivisions located within the Settling State even if they are not formally or legally a sub-entity of such Settling State; *provided*, *however*, that a "health district" that includes any of the following words or phrases in its name shall not be considered a Subdivision: mosquito, pest, insect, spray, vector, animal, air quality, air pollution, clean air, coastal water, tuberculosis, and sanitary.  Each of Lake and Trumbull Counties of Ohio shall not be considered "Subdivisions" for purposes of this Agreement.

VVV.    "*Subdivision Allocation Percentage*" means the portion of a Settling State's Subdivision Fund set forth in <u>Exhibit G</u> that a Subdivision will receive pursuant to <u>Section V.C</u> or <u>Section V.D</u> if it becomes a Participating Subdivision.  The aggregate Subdivision Allocation

---

[3] https://www.census.gov/data/datasets/2017/econ/gus/public-use-files.html.

[4] *E.g.*, U.S. Census Bureau, "Technical Documentation:  2017 Public Use Files for State and Local Government Organization" at 7 (noting that "the Census Bureau recognizes five basic types of local governments," that three of those are "general purpose governments" (county governments, municipal governments, and township governments), and that the other two are "school district and special district governments"), https://www2.census.gov/programs-surveys/gus/datasets/2017/2017_gov_org_meth_tech_doc.pdf.

[5] A list of 2017 Government Units provided by the Census Bureau identifies 38,542 Special Districts and categorizes them by "FUNCTION_NAME." "Govt_Units_2017_Final" spreadsheet, "Special District" sheet, included in "Independent Governments - list of governments with reference information," https://www.census.gov/data/datasets/2017/econ/gus/public-use-files.html. As used herein, "fire district" corresponds to Special District function name "24 – Local Fire Protection," "Health District" corresponds to Special District function name "32 – Health," "Hospital District" corresponds to Special District function name "40 – Hospitals," and "Library District" corresponds to Special District function name "52 – Libraries." *See id.*

Percentage of all Subdivisions receiving a Subdivision Allocation Percentage in each State shall equal one hundred percent (100%). Immediately upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3 (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3) that addresses allocation from the Subdivision Fund, whether before or after the Threshold Subdivision Participation Date, Exhibit G will automatically be amended to reflect the allocation from the Subdivision Fund pursuant to the State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3. The Subdivision Allocation Percentages contained in Exhibit G may not change once notice is distributed pursuant to Section VII.A, except upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3 (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3) that addresses allocation from the Subdivision Fund. For the avoidance of doubt, no Subdivision not listed on Exhibit G shall receive an allocation from the Subdivision Fund, and no provision of this Agreement shall be interpreted to create such an entitlement.

WWW. "*Subdivision Fund*" means the component of the Settlement Fund described in Section V.C.

XXX. "*Subdivision Participation Agreement*" means the form of agreement attached as Exhibit K that Participating Subdivisions must execute and return to the Settlement Fund Administrator.

YYY. "*Subdivision Participation Thresholds*" has the meaning set forth in Section II.B.

ZZZ. "*Third Subdivision Participation Date*" has the meaning set forth in Section IV.C.3.c.

AAAA. "*Threshold Motion*" means a motion to dismiss or equivalent dispositive motion made at the outset of litigation under applicable procedure. A Threshold Motion must include as potential grounds for dismissal any applicable Bar or the relevant release by a Settling State or Participating Subdivision provided under this Agreement and, where appropriate under applicable law, any applicable limitations defense.

BBBB. "*Threshold State*" means the District of Columbia, Puerto Rico, and the states of the United States of America, excluding New Mexico and West Virginia.

CCCC. "*Threshold Subdivision Participation Date*" has the meaning set forth in Section II.B.1.

DDDD. "*Total Remediation Amount*" means the aggregate amount paid or incurred by Walmart hereunder other than amounts paid as attorneys' fees and costs or identified pursuant to Section V.B.2 as being used to pay attorneys' fees, investigation costs or litigation costs.

EEEE. "*Walmart*" means Walmart Inc.

## II.    Participation by States and Subdivisions; Effectiveness of Agreement

A.    *State Participation Threshold.*

1.    On November 14, 2022, this Agreement shall be distributed to all Eligible States by the Enforcement Committee.  The Eligible States' Attorneys General shall then have until December 15, 2022, or such later date as agreed to in writing by Walmart and the Enforcement Committee prior to December 15, 2022 (the "*State Participation Date*"), to decide whether to become Settling States.  Eligible States that determine to become Settling States shall sign a Participation Form, in the form attached as <u>Exhibit V</u>, on or before the State Participation Date and provide it to Walmart and the Enforcement Committee.

2.    To meet the State Participation Threshold, more than 85% of all Threshold States, by number of such states (the "*State Participation Threshold*"), must have joined this Agreement as Settling States on or before the State Participation Date.  For purposes of calculating the State Participation Threshold, each Separately Settling State that is also a Threshold State shall be included in both the numerator and the denominator for purposes of calculating whether the State Participation Threshold has been satisfied.  For the avoidance of doubt, to be satisfied, the State Participation Threshold requires that 43 or more of the 50 Threshold States (a) become Settling States by signing a Participation Form or (b) be included in both the numerator and the denominator for purposes of calculating the State Participation Threshold by virtue of being a Separately Setting State that is also a Threshold State.

3.    Within the first business day on or after three (3) calendar days after the State Participation Date, the Enforcement Committee will deliver all signed State Participation Forms to Walmart. If the State Participation Threshold has not been satisfied by the State Participation Date, this Agreement will have no further effect and all releases and other commitments or obligations contained herein or in State Participation Forms will be void, provided, however, that on or after the State Participation Date, Walmart shall have the unilateral right in its sole discretion to extend the State Participation Date or to proceed with the Settlement if the State Participation Threshold has not been satisfied.

B.    *Subdivision Participation Thresholds.*

1.    If the State Participation Threshold has been satisfied by the State Participation Date, each of the Settling States will use reasonable efforts to ensure that, by April 18, 2023, or such later date as agreed to in writing by Walmart and the Enforcement Committee prior to April 18, 2023 (the "*Threshold Subdivision Participation Date*"), the Settling States have met the following "*Subdivision Participation Thresholds*":  (1) more than 85% of the aggregate population of all Litigating Subdivisions located in the Settling States and Separately Settling States (calculated on an aggregated basis and not a State-by-State basis): (a) have become Participating Subdivisions by executing a Subdivision Participation Agreement, including a release (subject to <u>Section VII.D</u>), in accordance with <u>Section VII.C</u>, (b) are subject to a Bar or Case-Specific Resolution or (c) have joined a settlement between Walmart and a Separately Settling State by executing a participation

form, including a release; and (2) more than 85% of the aggregate population of all Non-Litigating Threshold Subdivisions located in the Settling States and Separately Settling States (calculated on an aggregated basis and not a State-by-State basis): (a) have become Participating Subdivisions by executing a Subdivision Participation Agreement, including a release (subject to <u>Section VII.D</u>), in accordance with <u>Section VII.B</u>, (b) are subject to a Bar or Case-Specific Resolution, or (c) have joined a settlement between Walmart and a Separately Settling State by executing a participation form, including a release (together, the "*Participating Population Levels*").   For the avoidance of doubt, for purposes of calculating the Participating Population Levels for the Subdivision Participation Thresholds, all Litigating Subdivisions and Non-Litigating Threshold Subdivisions located in Separately Settling States shall be included in the respective denominators for purposes of calculating whether the Subdivision Participation Thresholds have been satisfied, and any such Litigating Subdivisions or Non-Litigating Threshold Subdivisions located in Separately Settling States that have joined such separate settlement agreement with Walmart by executing a participation form, including a release, shall be included in the respective numerators for purposes of calculating whether the Subdivision Participation Thresholds have been satisfied.[6]

     2.     As soon as practicable following the Threshold Subdivision Participation Date, the Settlement Fund Administrator shall calculate the Participating Population Levels and determine whether the Subdivision Participation Thresholds have been met.

     a.     As soon as practicable following calculation of the Participating Population Levels, the Settlement Fund Administrator shall give notice to Walmart, the Settling States, and the Enforcement Committee of the Participating Population Levels and whether the Subdivision Participation Thresholds have been met.

     b.     Within ten (10) calendar days of the notice provided by the Settlement Fund Administrator, any Party or the Enforcement Committee may dispute, in writing, the calculation of the Participating Population Levels or the determination of whether the Subdivision Participation Thresholds have been met. Such disputing party must provide a written notice of dispute to the Settlement Fund Administrator, the Enforcement Committee, and Walmart (and the affected Settling State, as applicable) identifying the nature of the dispute.

     c.     Within ten (10) calendar days of the sending of a written notice of dispute, any affected party may submit a response, in writing, to the Settlement Fund Administrator, the Enforcement Committee, Walmart, and the disputing Party (and the affected Settling State, as applicable) identifying the basis for disagreement with the notice of dispute.

---

[6] For purposes of calculating the Participating Population Levels for the Subdivision Participation Thresholds, the populations of Lake and Trumbull Counties of Ohio and Nassau and Suffolk Counties of New York shall be excluded entirely from both the numerator and denominator of the Subdivision Participation Thresholds of both the Litigating Subdivisions and Non-Litigating Threshold Subdivisions.  Nassau and Suffolk Counties of New York also shall be excluded from both the numerator and denominator for purposes of calculating New York's Incentive BC Subdivision participation.

d.      After the time period for a response to be filed has passed, the Settlement Fund Administrator, the Enforcement Committee, Walmart, and the disputing Party (and the affected Settling State, as applicable) shall meet and confer within ten (10) calendar days in an attempt to resolve the dispute.  If no resolution is reached, disputes described in this subsection shall be handled in accordance with the terms of Section VI.F.3.

3.      If the Subdivision Participation Thresholds are not satisfied by the Threshold Subdivision Participation Date, then any and all releases, commitments or obligations contained herein or in State Participation Forms or Subdivision Participation Agreements shall be void, provided, however, that on or after the Threshold Subdivision Participation Date, Walmart shall have the unilateral right in its sole discretion to extend the Threshold Subdivision Participation Date or to proceed with the Settlement if one or both of the Subdivision Participation Thresholds have not been satisfied.

C.      *Conditions to Effectiveness*.  If (1) the State Participation Threshold is met by the State Participation Date and (2) the Subdivision Participation Thresholds are met by the Threshold Subdivision Participation Date, then this Agreement will be deemed effective fifteen (15) days after (a) the Threshold Subdivision Participation Date, or (b) such time as the Settlement Fund Administrator has completed the Participating Population Level calculations necessary to determine whether the Subdivision Participation Thresholds have been achieved, the Settlement Fund Administrator has provided notice of such calculations and determinations to the Parties, and any disputes concerning such calculations and determinations have been resolved subject to Section II.B.2.a-d, whichever is later (the "*Effective Date*").  Subject to Walmart's unilateral right in its sole discretion to extend the State Participation Date and/or the Threshold Subdivision Participation Date if the State Participation Threshold or Subdivision Participation Thresholds have not been met by their respective deadlines, or to proceed with the Settlement if one or more of the State Participation Threshold or Subdivision Participation Thresholds have not been met, as set forth in Sections II.A.3 and II.B.3, if either of the foregoing clauses (1) or (2) is not satisfied by the State Participation Date or the Threshold Subdivision Participation Date, respectively, then any and all commitments or obligations (including any and all releases) contained herein or in any State Participation Form or Subdivision Participation Agreement shall be void.

D.      *Consent Judgments*.  Promptly after the Effective Date, the Parties will proceed to file the Consent Judgments, and the obligations in the State Participation Forms and Subdivision Participation Agreements will become effective and binding as of the Effective Date.

## III.      Injunctive Relief

A.      *Injunctive Relief*.  As part of the Consent Judgments, the Parties agree to the entry of the injunctive relief terms as set forth in Exhibit P.

## IV.      Settlement Payments

A.      *Settlement Fund*.  All payments under this Section IV shall be made into the Settlement Fund.  The Settlement Fund shall be allocated and used only as specified in Section V.

B.    *Payment by Walmart*.

1.    Provided the conditions set out in Sections II.A-C are met, within seven (7) calendar days after the Effective Date, the Settlement Fund Administrator shall determine the amount representing the maximum total allocation of opioid remediation and abatement payments for the Settling States (the "*Remediation Payment*"), as calculated by multiplying (a) the total allocation percentages accorded to the Settling States in accordance with Exhibit F by (b) the Global Settlement Remediation Amount.

2.    Fifteen (15) calendar days after the Effective Date (the "*Deposit Date*"), Walmart shall deposit the Remediation Payment into the Settlement Fund. The Remediation Payment shall be distributed to the Settling States and/or refunded to Walmart by the Settlement Fund Administrator consistent with the terms of this Agreement. Any interest earned on the Remediation Payment within the Settlement Fund, to the extent not used to pay the fees for the Settlement Fund Administrator, shall become and remain part of the Remediation Payment within the Settlement Fund and be made available for payments on a pro rata basis to the eventual recipients of the funds (either to Walmart in the case of refund or to the applicable Settling State) in accordance with this Agreement.

3.    The Settlement Fund Administrator shall determine the Remediation Payment to be deposited by Walmart on the Deposit Date pursuant to Section IV.B.1. The allocation for each Settling State shall be based on the percentages set out in Exhibit F. For the avoidance of doubt, each of West Virginia, New Mexico, Florida, Alabama, and any other Separately Settling State are not eligible to receive payments under this Agreement.

C.    *Payments to Settling States and Reversions to Walmart*.

1.    *Payments and Refunds*. Subject to the terms of this Section IV.C.1, Settling States shall be eligible to receive payments under this Agreement over a period not to exceed six (6) years. Such payments shall be paid from the Settlement Fund by the Settlement Fund Administrator. Settling States shall be eligible for at most two payments from the Payout Amount in Payment Year 1 and one payment of the Payout Amount for each of Payment Years 2 through 6. Walmart shall be refunded any portion of the Remediation Payment that Settling States failed to earn in a given Payment Year and that Settling States are not able to earn in future years, as well as accrued interest on such amounts, as of the First Subdivision Participation Date and each subsequent anniversary of the First Subdivision Participation Date. The Settlement Fund Administrator will retain sufficient funds in the Settlement Fund in Payment Years 1 and 2 to pay amounts owed to Settling States due to additional Subdivision participation in Payment Years 2 and/or 3.

2.    *Procedure for Calculation of Payments and Refunds*; *Disputes*.

a.    Calculation of Payments and Refunds. As soon as practicable following the Threshold Subdivision Participation Date, after determining the Remediation Payment in accordance with Section IV.B, and as soon as practical after each of the First, Second, and Third Subdivision Participation Dates, and as soon as practical after each of the Incentive Payment D Look-Back Dates, the

Settlement Fund Administrator shall calculate (1) the Payout Amount (including the amount of the Settlement Fund to be allocated to the Settlement Fund Administrator in costs and fees pursuant to Section V.C.4); (2) the amount to be received by each Settling State; (3) the amount to be received by the separate types of funds for each Settling State (if applicable); (4) the allocation to be received by each Settling State's Participating Subdivisions listed on Exhibit G; and (5) the amount of any refund due to Walmart, and the Settlement Fund Administrator shall give notice to Walmart, the Settling States, and the Enforcement Committee of each such amount in clauses (1) through (5). If Walmart and the Enforcement Committee inform the Settlement Fund Administrator that they agree on the amounts to be calculated pursuant to clauses (1), (2), and (5) above, the Settlement Fund Administrator shall treat those amounts as the calculated amount. If a Settling State informs the Settlement Fund Administrator that it and its Participating Subdivisions listed on Exhibit G have reached consensus on the amounts to be calculated pursuant to clauses (3) and/or (4) above, the Settlement Fund Administrator shall use those amounts so long as they are consistent with the amount calculated pursuant to clause (2). The Payout Amount shall be based on each Settling State's eligibility to receive one or more Incentive Payment(s) as set out in Section IV.E. For the avoidance of doubt, any Subdivision not listed on Exhibit G shall not receive an allocation from the Subdivision Fund, and no provision of this Agreement shall be interpreted to create such an entitlement.

b. *Notice of Dispute*. Within twenty-one (21) calendar days of the notice provided by the Settlement Fund Administrator, (1) Walmart, any Settling State or the Enforcement Committee may dispute, in writing, the calculation of the Payout Amount (including the amount allocated for Settlement Fund Administrator costs and fees), whether a Settling State qualifies for an Incentive Payment, or the amount to be received by a Settling State and/or its Participating Subdivisions listed on Exhibit G and (2) a Participating Subdivision may dispute, in writing, the calculation of the amounts under Section IV.C.2.a clauses 3 or 4 solely with respect to such amounts calculated for the Settling State in which it is located and without disputing the amounts calculated under Section IV.C.2.a clauses 1, 2, or 5. A dispute will be deemed invalid and disregarded if it challenges the allocations adopted by a State-Subdivision Agreement approved pursuant to the provisions of Exhibit O or by statute. Such disputing party must provide a written notice of dispute to the Settlement Fund Administrator, the Enforcement Committee, any affected Settling State or Participating Subdivision, and Walmart identifying the nature of the dispute, the amount of money that is disputed, and the Settling State(s) or Participating Subdivision(s) affected.

c. *Response to Notice of Dispute*. Within twenty-one (21) calendar days of the sending of a written notice of dispute, any affected party may submit a response, in writing, to the Settlement Fund Administrator, the Enforcement Committee, any affected Settling State or Participating Subdivision, and Walmart identifying the basis for disagreement with the notice of dispute.

d.    <u>Resolution of Disputes.</u>  If no response is filed within the specified time period, the Settlement Fund Administrator shall adjust the amount calculated consistent with the written notice of dispute, the Settlement Fund Administrator shall pay the adjusted Payout Amount, and the dispute shall be considered finally resolved.  If a written response to the written notice of dispute is timely sent to the Settlement Fund Administrator, the Settlement Fund Administrator shall notify Walmart and the Enforcement Committee of the preliminary amount to be paid out by the Settlement Fund Administrator, which shall be the smaller of the amount originally calculated by the Settling Administrator or the amount that would be consistent with the notice of dispute, *provided*, *however*, that in no circumstances shall the preliminary amount to be paid to a Settling State be higher than the maximum amount of Incentive Payment A for that Payment Year.

e.    Final resolution of such disputes shall be handled in accordance with the terms of <u>Section VI.F</u> and the Settlement Fund Administrator shall not distribute any amount subject to a dispute being resolved under <u>Section VI.F</u> until such time when the dispute is finally resolved.

3.    *Timing of Payments and Reversions.*

a.    Payment to the Settling States from the Settlement Fund of the Base Payment will be made as soon as practicable following the Threshold Subdivision Participation Date and the Settlement Fund Administrator's calculation of payment amounts, provision of notice to the Parties, and resolution of any disputes, as applicable and as set forth in <u>Section IV.C.2.a-e</u> (the "*Payout Procedure*").  Any additional payments to the Settling States and/or any reversion to Walmart for Payment Year 1 will be made as soon as practicable following July 15, 2023 or such later date agreed to in writing by Walmart and the Enforcement Committee (the "*First Subdivision Participation Date*") and the Settlement Fund Administrator's completion of the Payout Procedure.

b.    In Payment Year 2, payment to the Settling States and/or any reversion to Walmart will be based on Subdivision Participation as of July 15, 2024 or such later date agreed to in writing by Walmart and the Enforcement Committee (the "*Second Subdivision Participation Date*") and will be made as soon as practicable following the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

c.    In Payment Year 3, payment to the Settling States and/or any reversion to Walmart will be based on (i) Subdivision Participation as of July 15, 2025 or such later date agreed to in writing by Walmart and the Enforcement Committee (the "*Third Subdivision Participation Date*") and (ii) eligibility for Incentive D, as set forth in <u>Section IV.E.3</u>, and will be made as soon as practicable following the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

d. In Payment Years 4 through 6, payment to the Settling States and/or any reversion to Walmart will be based on eligibility for Incentive Payment D, as set forth in Section IV.E.3. Payment will be made as soon as practicable following the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

e. The Settlement Fund Administrator may combine the payments under this Section IV with funds to be distributed by other comparable opioid settlements. In determining when payments for each Payment Year will be made, the Settlement Fund Administrator may take into account the timeline for the availability of disbursements under other comparable opioid settlements.

D. *Base Payment*. Each Settling State will receive a base payment equal to thirty-eight percent (38%) of such Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount (the "*Base Payment*"). The Base Payment shall be made as soon as practicable after the Effective Date.

E. *Incentive Payments*. Each Settling State shall be eligible to receive additional incentive payments totaling up to a maximum of sixty two percent (62%) of such Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount, with the actual amount depending on whether and the extent to which the criteria set forth below are met in such Settling State. In no event shall any Settling State receive more than one hundred percent (100%) of its respective Overall Allocation Percentage of the Global Settlement Remediation Amount under this Agreement. The incentive payments shall be divided among three (3) categories, referred to as Incentive Payments A, BC, and D. As applicable, Incentive Payments A and BC will be paid in at most three payments in Payment Years 1 through 3: one payment in Payment Year 1, one payment in Payment Year 2, and one payment in Payment Year 3. Incentive Payment D will be paid over four installments in Payment Years 3 through 6, provided a Settling State remains eligible to receive Incentive Payment D throughout that period and has not otherwise earned Incentive Payment A. The incentive payments shall be determined by the Settlement Fund Administrator and made with respect to a specific Settling State based on its eligibility for that Payment Year under the criteria set forth below.

1. Incentive Payment A. Incentive Payment A shall be equal to sixty-two (62%) of a Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount, provided such Settling State becomes eligible for Incentive Payment A and subject to Section IV.E.1.a. Incentive Payment A is mutually exclusive with Incentive Payments BC and D; if a Settling State receives Incentive Payment A, such Settling State is not eligible for Incentive Payments BC or D. If a Settling State is not eligible for Incentive Payment A by the Third Subdivision Participation Date, it shall not be eligible for Incentive Payment A in any succeeding year. Eligibility for Incentive Payment A is as follows:

a. A Settling State is eligible for Incentive Payment A if, as of the First Subdivision Participation Date in Payment Year 1, the Second Subdivision Participation Date in Payment Year 2, or the Third Subdivision Participation Date in Payment Year 3, (i) there is a Bar in that State in full force and effect; (ii) there

is a Settlement Class Resolution in that State in full force and effect; (iii) there is a ruling from the State's highest court barring all Subdivisions from bringing or maintaining Released Claims; (iv) the Released Claims of all of the following entities are released through the execution of Subdivision Participation Agreements: (1) all Litigating Subdivisions, (2) all Non-Litigating Primary Subdivisions, (3) all non-litigating School Districts with a K-12 student enrollment of at least 25,000 or 0.10% of a State's population, whichever is greater, (4) all non-litigating Health Districts and Hospital Districts that have at least one hundred twenty-five (125) hospital beds in one or more hospitals rendering services in that district, and (5) all Primary Fire Districts; or (v) a combination of the actions in clauses (i)-(v) has achieved the same level of resolution of Claims by Subdivisions (*e.g.*, a Bar against future litigation combined with full joinder by Litigating Subdivisions). For the avoidance of doubt, subsection (iv) cannot be satisfied unless all Litigating Subdivisions are Participating Subdivisions or there is a Case-Specific Resolution against any such Subdivisions that are not Participating Subdivisions. Each Settling State that believes it qualifies for Incentive A shall provide notice to Walmart, the Enforcement Committee, and the Settlement Fund Administrator, including data sources or other information establishing such Settling State's entitlement to Incentive A, by the First, Second, or Third Participation Dates, as applicable. Walmart and the Enforcement Committee shall meet and confer in order to agree on data sources for purposes of this Section IV.E.1.a prior to the State Participation Date. For the avoidance of doubt, any disputes regarding whether a Settling State qualifies for Incentive A shall be handled in accordance with the Payout Procedure.

       b.     If a Settling State becomes eligible for Incentive A in Payment Years 2 or 3, then the Settling State shall be entitled to receive the remaining incentive payments that the Settling State could have earned (the "*Remaining Incentive Payments*"), which equals (i) ninety-seven percent (97%) of such Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount, representing the maximum Incentive Payment BC, minus any Incentive Payment BC amounts previously paid to such Settling State in Payment Year 1 (or, if such Settling State first becomes eligible for Incentive Payment A in Payment Year 3, the sum of any Incentive Payment BC payment amounts previously paid to the Settling State in Payment Years 1 and 2), the resulting difference of which shall be reduced by 12.5% if Incentive Payment A is achieved in Payment Year 2 or by 25% if Incentive Payment A is achieved in Payment Year 3; and (ii) three percent (3%) of such Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount, representing Incentive Payment D, as described in Section IV.E.3.

       2.     Incentive Payment BC. If a Settling State does not qualify for Incentive Payment A, it may still qualify to receive up to fifty-nine percent (59%) of the Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount under Incentive Payment BC. A Settling State may earn Incentive Payment BC in Payment Years 1 through 3 and may receive, when combined with the Settling State's Base Payment, a

maximum of up to 97% of the Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount. Eligibility for Incentive Payment BC is as follows:

        a.    Subject to <u>Section IV.E.1</u>, the amount of Incentive Payment BC for which a Settling State is eligible shall be determined based on the aggregate population of the Settling State's Incentive BC Subdivisions that participate in the Agreement or have had their claims resolved through a Case-Specific Resolution, divided by the aggregate population of all of the Settling State's Incentive BC Subdivisions. The Settling State's Incentive BC Subdivisions are (i) all Litigating Subdivisions (including School Districts and Special Districts) and (ii) all Non-Litigating Threshold Subdivisions (collectively, all Litigating Subdivisions and all Non-Litigating Threshold Subdivisions are "*Incentive BC Subdivisions*"). The percentage of the Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount, inclusive of the Base Payment, to which the Settling State is entitled shall be determined according to the table of Incentive BC payment levels below:

| Percentage of Incentive BC Subdivision Population[7] | Percentage of Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount (includes the Base Payment) |
|---|---|
| Participation of 85% but less than 86% | Payment of 43% |
| Participation of 86% but less than 87% | Payment of 46% |
| Participation of 87% but less than 88% | Payment of 49% |
| Participation of 88% but less than 89% | Payment of 52% |
| Participation of 89% but less than 90% | Payment of 55% |
| Participation of 90% but less than 91% | Payment of 58% |
| Participation of 91% but less than 92% | Payment of 61% |
| Participation of 92% but less than 93% | Payment of 64% |
| Participation of 93% but less than 94% | Payment of 67% |
| Participation of 94% but less than 95% | Payment of 70% |
| Participation of 95% but less than 96% | Payment of 75% |
| Participation of 96% but less than 97% | Payment of 79.5% |
| Participation of 97% but less than 98% | Payment of 84% |
| Participation of 98% but less than 99% | Payment of 88.5% |
| Participation of 99% but less than 100% | Payment of 93% o |

---

[7] The "Percentage of Incentive BC Subdivision Population" shall be determined by the aggregate population of the Settling State's Incentive BC Subdivisions that participate in the Agreement or have had their claims resolved through a Case-Specific Resolution divided by the aggregate population of the Settling State's Incentive BC Subdivisions. In calculating the Settling State's population that resides in Incentive BC Subdivisions, the population of the Settling State's Incentive BC Subdivisions shall be the sum of the population of all Incentive BC Subdivisions in the Settling State, notwithstanding that persons may be included within the population of more than one Incentive BC Subdivision. An individual Subdivision shall not be included more than once in either the numerator or denominator of the calculation regardless if it (or any of its officials) is named more than once as plaintiffs in the same lawsuit; *provided*, *however*, that for the avoidance of doubt, no Subdivision will be excluded from the numerator or denominator under this sentence unless a Subdivision otherwise counted in the denominator has the authority to release the Claims (consistent with <u>Section XI</u>) of the Subdivision to be excluded.

| Participation of 100% | Payment of 97% |

b.      For Payment Year 1, the Settlement Fund Administrator shall calculate and allocate Incentive Payment BC payments to Settling States based on the Settling State's Incentive BC Subdivision Population participation rate as of the First Subdivision Participation Date.  Payments to the Settling States and/or any refund to Walmart shall be made as soon as practicable after the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

c.      For Payment Year 2, additional payments of Incentive Payment BC shall be made to any Settling State for which the Settling State's Incentive BC Subdivision Population participation rate as of the Second Subdivision Participation Date results in a higher payment level than for Payment Year 1.  Any Incentive Payment BC payment to a Settling State in Payment Year 2 will be 87.5% of the difference between (i) the Incentive BC payment calculated pursuant to Section IV.E.2.a using the Second Subdivision Participation Date and (ii) the Incentive BC payment calculated pursuant to Section IV.E.2.a using the First Subdivision Participation Date.  Any payments to Settling States or reversion to Walmart will be made as soon as practicable following the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

d.      For Payment Year 3, additional payments of Incentive Payment BC shall be made to any Settling State for which the Settling State's Incentive BC Subdivision Population participation rate as of the Third Subdivision Participation Date results in a higher payment level than for Payment Year 2.  Any Incentive Payment BC payment to a Settling State in Payment Year 3 will be 75% of the difference between (i) the Incentive BC payment calculated pursuant to Section IV.E.2.a using the Third Subdivision Participation Date and (ii) the Incentive BC payment calculated pursuant to Section IV.E.2.a using the Second Subdivision Participation Date.  Any payments to Settling States or reversion to Walmart will be made as soon as practicable following the Settlement Fund Administrator's completion of the Payout Procedure, as applicable.

e.      The Settlement Fund Administrator shall withhold sufficient funds from Participating Subdivisions in each Payment Year to pay Non-Participating Subdivisions listed on Exhibit G for the Payment Year if they become Participating Subdivisions by the Second Subdivision Participation Date or Third Subdivision Participation Date. If such Non-Participating Subdivisions do not become Participating Subdivisions by the Third Subdivision Participation Date, such withheld funds will be allocated to Participating Subdivisions based on the allocation percentages on Exhibit G.  For the avoidance of doubt, nothing in this subsection allows a Non-Participating Subdivision to receive funds until and unless it becomes a Participating Subdivision.

3.      Incentive Payment D.  Incentive Payment D shall be applied starting at Payment Year 3 and the amount of Incentive Payment D in each year will depend on (i) the Settling State's eligibility as set out in Section IV.E.3.a and (ii) the Percentage of

Incentive BC Subdivision Population achieved by the Settling State as of the Third Subdivision Participation Date. Incentive Payment D shall be equal to between three percent (3%) and fifteen percent (15%) of the of the Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount. The Incentive Payment D may be earned in each of Payment Years 3 through 6. Eligibility for Incentive Payment D is as follows:

        a.      A Settling State is eligible for Incentive Payment D if there has been no Later Litigating Subdivision (for purposes of Incentive Payment D, Later Litigating Subdivisions are limited to (i) a Primary Subdivision; (ii) a school district with a K-12 student enrollment of at least 25,000 or 0.10% of the State's population, whichever is greater; (iii) a health district or hospital district that has at least one hundred twenty-five (125) hospital beds in one or more hospitals rendering services in that district; and (iv) Primary Fire Districts) in that State that has had a Claim against a Released Entity survive more than six (6) months after denial in whole or in part of a Threshold Motion as of July 15 of Payment Years 3 to 6 (each, an "*Incentive Payment D Look-Back Date*").

        b.      To the extent a Settling State achieves a Percentage of Incentive BC Subdivision Population of 95% or above as of the Third Subdivision Participation Date, the level of Incentive Payment D is reduced according to the schedule below. The following portions of Incentive Payment D are paid in equal installments in Payment Years 3 through 6:

| Percentage of Incentive BC Subdivision Population as of the Third Subdivision Participation Date | Incentive Payment D Amount as a Percentage of Settling State's Overall Allocation Percentage of the Global Settlement Remediation Amount |
| --- | --- |
| Participation below 95% | 15% |
| Participation of 95% but less than 96% | 13% |
| Participation of 96% but less than 97% | 11% |
| Participation of 97% but less than 98% | 9% |
| Participation of 98% but less than 99% | 7% |
| Participation of 99% but less than 100% | 5% |
| Participation of 100% | 3% |

        c.      The Settlement Fund Administrator shall determine a Settling State's eligibility for Incentive Payment D as of the Incentive Payment D Look-Back Date in Payment Years 3 through 6. If a Later Litigating Subdivision's lawsuit in that Settling State survives more than six (6) months after denial in whole or in part of a Threshold Motion, that State shall not be eligible for Incentive Payment D for the Payment Year in which that occurs and any subsequent Payment Year. Prior to the Incentive Payment D Look-Back Date in Payment Years 3 through 6, Walmart may provide the Settlement Fund Administrator and the

Enforcement Committee with notice identifying any Settling State(s) it believes do not qualify for Incentive Payment D and information supporting its belief.

d.      If, at any time within six (6) years of the Threshold Subdivision Participation Date, any Subdivision becomes a Later Litigating Subdivision (as that term is limited by <u>Section IV.E.3.a</u>), then Walmart shall, within thirty (30) days of Walmart or any Released Entity being served or otherwise informed of the prosecution of such Released Claims, provide notice to the Settling State in which such Released Claims are being pursued and shall give the relevant Settling State a reasonable opportunity to extinguish the Released Claims without any payment or any other obligations being imposed upon any Released Entities (apart from the Global Settlement Amount payable by Walmart under the Agreement or the Injunctive Relief Terms imposed on it).  The relevant Settling State and Walmart shall confer and use reasonable efforts to promptly resolve the lawsuit so that it is dismissed with prejudice.  Nothing in this subsection creates an obligation for a Settling State to make a monetary payment or incur any other obligation to an entity filing a lawsuit.

e.      Notwithstanding <u>Section IV.E.3</u>, a Settling State can become re-eligible for Incentive Payment D if the lawsuit that survived a Threshold Motion is dismissed pursuant to a later motion on grounds included in the Threshold Motion, in which case the Settling State shall be eligible for any missed payments of Incentive Payment D in the following Payment Year, less any litigation fees and costs incurred by Walmart in the interim, except that if the dismissal motion occurs after the completion of opening statements in such action, the Settling State shall not be eligible for Incentive Payment D.

## V.      Allocation and Use of Settlement Payments

A.      *Components of Settlement Fund*.  The Settlement Fund shall be comprised of a Remediation Accounts Fund, a State Fund, and a Subdivision Fund for each Settling State.  The payment made under <u>Section IV</u> into the Settlement Fund shall be initially allocated among those three (3) Sub-Funds and distributed and used as provided below or as provided for by a State-Subdivision Agreement (or other State-specific allocation of funds).

B.      *Use of Settlement Payments*.

1.      It is the intent of the Parties that the payments disbursed from the Settlement Fund to Settling States and Participating Subdivisions be for Opioid Remediation to address Alleged Harms, subject to exceptions that must be documented in accordance with <u>Section V.B.2</u>.  In no event may less than eighty-five percent (85%) of Walmart's maximum payment amounts, distributed  pursuant to <u>Section IV</u>, <u>Section VIII</u>, and <u>Section IX</u> as set forth on <u>Exhibit M</u> over the entirety of all Payment Years (but not in any single Payment Year) be spent on Opioid Remediation.

2.      While disfavored by the Parties, a Settling State or a Participating Subdivision may, subject to the limitation in the second sentence of <u>Section V.B.1</u>, use

monies from the Settlement Fund (that have not been restricted by this Agreement solely to future Opioid Remediation) for purposes that do not qualify as Opioid Remediation, provided that if, at any time, a Settling State or a Participating Subdivision listed on Exhibit G uses any monies from the Settlement Fund for a purpose that does not qualify as Opioid Remediation, such Settling State or Participating Subdivision listed on Exhibit G shall identify such amounts and report to the Settlement Fund Administrator and Walmart how such funds were used, including if used to pay attorneys' fees, investigation costs, litigation costs, or costs related to the operation and enforcement of this Agreement, respectively. It is the intent of the Parties that the reporting under this Section V.B.2 shall be available to the public. For the avoidance of doubt, (a) any amounts not identified under this Section V.B.2 as used to pay attorneys' fees, investigation costs, or litigation costs shall be included in the "*Total Remediation Amount*" for purposes of Section V.F and (b) Participating Subdivisions not listed on Exhibit G may only use monies from the Settlement Fund for purposes that qualify as Opioid Remediation.

C.     *Allocation of Settlement Fund*. The allocation of the Settlement Fund allows for different approaches to be taken in different States, such as through a State-Subdivision Agreement. Given the uniqueness of States and their Subdivisions, Settling States and their Subdivisions are encouraged to enter into State-Subdivision Agreements in order to direct the allocation of their portion of the Settlement Fund. This Agreement has no effect on the ability of Settling States and their Subdivisions to internally agree on the allocation of their portion of the Settlement Fund. As set out below, the Settlement Fund Administrator will make an initial allocation to three (3) state-level Sub-Funds. The Settlement Fund Administrator will then, for each Settling State and its Participating Subdivisions, apply the terms of this Agreement and any relevant State-Subdivision Agreement, Statutory Trust, Allocation Statute, or voluntary redistribution of funds as set out below before disbursing the funds.

1.     Base Payments. The Settlement Fund Administrator will allocate Base Payments under Section IV.D on a State-specific basis in proportion to each Settling State's respective Overall Allocation Percentage. Base Payments for each Settling State will then be allocated fifteen percent (15%) to its State Fund, seventy percent (70%) to its Remediation Accounts Fund, and fifteen percent (15%) to its Subdivision Fund. Amounts may be reallocated and will be distributed as provided in Section V.D.

2.     Incentive Payments. The Settlement Fund Administrator will treat incentive payments under Section IV.E on a State-specific basis in proportion to each Settling State's respective Overall Allocation Percentage. Incentive payments for which a Settling State is eligible under Section IV.E will be allocated fifteen percent (15%) to its State Fund, seventy percent (70%) to its Remediation Accounts Fund, and fifteen percent (15%) to its Subdivision Fund. Amounts may be reallocated and will be distributed as provided in Section V.D.

3.     Settlement Fund Administrator. Prior to the Threshold Subdivision Participation Date, Walmart and the Enforcement Committee will agree to a detailed mechanism consistent with the foregoing for the Settlement Fund Administrator to follow in allocating, apportioning, and distributing payments, which shall then be appended hereto as Exhibit L.

4. <u>Settlement Fund Administrator Costs</u>. Any costs and fees associated with or arising out of the duties of the Settlement Fund Administrator as described in <u>Exhibit L</u> shall be paid from the interest accrued in the Settlement Fund; *provided*, *however*, that if such accrued interest is insufficient to pay the entirety of any such costs and fees, Walmart shall pay fifty percent (50%) of the additional amount and fifty percent (50%) shall be paid out of the Settlement Fund.

D. *Settlement Fund Reallocation and Distribution*.

As set forth below, within a particular Settling State's account, amounts contained in the Sub-Funds may be reallocated and distributed per a State-Subdivision Agreement or other means. If the apportionment of amounts is not addressed and controlled under <u>Section V.D.1</u> and <u>Section V.D.2</u>, then the default provisions of <u>Section V.D.4</u> apply. It is not necessary that a State-Subdivision Agreement or other means of allocating funds pursuant to <u>Section V.D.1</u> and <u>Section V.D.2</u> address all of the Sub-Funds. For example, a Statutory Trust might only address disbursements from a Settling State's Remediation Accounts Fund.

1. <u>Distribution by State-Subdivision Agreement</u>. If a Settling State has a State-Subdivision Agreement, amounts apportioned to that State's State Fund, Remediation Accounts Fund, and Subdivision Fund under <u>Section V.C</u> shall be reallocated and distributed as provided by that agreement. Any State-Subdivision Agreement entered into or amended after November 14, 2022 shall be applied only if it requires: (a) that all amounts be used for Opioid Remediation, except as allowed by <u>Section V.B.2</u>, and (b) that at least seventy percent (70%) of amounts be used solely for future Opioid Remediation.[8] For a State-Subdivision Agreement to be applied to the relevant portion of the Payout Amount, notice must be provided to Walmart and the Settlement Fund Administrator at least ten (10) business days prior to the Settlement Fund Administrator issuing payment to Settling States pursuant to the Payout Procedure.

2. <u>Distribution by Allocation Statute</u>. If a Settling State has an Allocation Statute and/or a Statutory Trust that addresses allocation or distribution of amounts apportioned to such State's State Fund, Remediation Accounts Fund, and/or Subdivision Fund and that, to the extent any or all such Sub-Funds are addressed, requires (1) all amounts to be used for Opioid Remediation, except as allowed by <u>Section V.B.2</u>, and (2) at least seventy percent (70%) of all amounts to be used solely for future Opioid Remediation,[9] then, to the extent allocation or distribution is addressed, the amounts apportioned to that State's State Fund, Remediation Accounts Fund, and Subdivision Fund under <u>Section V.C</u> shall be allocated and distributed as addressed and provided by the applicable Allocation Statute or Statutory Trust. For the avoidance of doubt, an Allocation Statute or Statutory Trust need not address all three (3) Sub-Funds that comprise the Settlement Fund, and if the applicable Allocation Statute or Statutory Trust does not

---

[8] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

[9] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

address distribution of all or some of these three (3) Sub-Funds, the applicable Allocation Statute or Statutory Trust does not replace the default provisions described in Section V.D.4 of any such unaddressed fund. For example, if an Allocation Statute or Statutory Trust that meets the requirements of this Section V.D.2 only addresses funds restricted to remediation and abatement, then the default provisions in this Agreement concerning allocation among the three (3) Sub-Funds and the distribution of the State Fund and Subdivision Fund for that State would still apply, while the distribution of the applicable State's Remediation Accounts Fund would be governed by the qualifying Allocation Statute or Statutory Trust.

       3.       Voluntary Redistribution. A Settling State may choose to reallocate all or a portion of its State Fund to its Remediation Accounts Fund. A Participating Subdivision included on Exhibit G may choose to reallocate all or a portion of its allocation from the Subdivision Fund to the State's Remediation Accounts Fund or to another Participating Subdivision. The Settlement Fund Administrator is not required to honor voluntary redistribution for which notice is provided to it less than sixty (60) days prior to the Payment Date.

       4.       Distribution in the Absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust. If Section V.D.1 and Section V.D.2 do not apply, amounts apportioned to that State's State Fund, Remediation Accounts Fund, and Subdivision Fund under Section V.C shall be distributed as follows:

       a.       Amounts apportioned to that State's State Fund shall be distributed to that State.

       b.       Amounts apportioned to that State's Remediation Accounts Fund shall be distributed consistent with Section V.E. Each Settling State shall submit to the Settlement Fund Administrator a designation of a lead state agency or other entity to serve as the single point of contact for that Settling State's funding requests from the Remediation Accounts Fund and other communications with the Settlement Fund Administrator. The designation of an individual entity is for administrative purposes only and such designation shall not limit funding to such entity or even require that such entity receive funds from this Agreement. The designated entity shall be the only entity authorized to request funds from the Settlement Fund Administrator to be disbursed from that Settling State's Remediation Accounts Fund. If a Settling State has established a Statutory Trust, then that Settling State's single point of contact may direct the Settlement Fund Administrator to release the State's Remediation Accounts Fund to the Statutory Trust.

       c.       Amounts apportioned to that State's Subdivision Fund shall be distributed to Participating Subdivisions in that State included on Exhibit G per the Subdivision Allocation Percentage listed in Exhibit G. Section V.F shall govern amounts that would otherwise be distributed to Non-Participating Subdivisions listed in Exhibit G. For the avoidance of doubt and notwithstanding any other provision in this Agreement, no Non-Participating Subdivision will receive any

amount from the Settlement Fund, regardless of whether such Subdivision is included on Exhibit G.

d.     Special Districts shall not be allocated funds from the Subdivision Fund, except through a voluntary redistribution allowed by Section V.D.3. A Settling State may allocate funds from its State Fund or Remediation Accounts Fund for Special Districts.

5.     Restrictions on Distribution.   No amounts may be distributed from the Subdivision Fund contrary to Section VII, *i.e.*, no amounts may be distributed directly to Non-Participating Subdivisions to the extent such a distribution would violate Section VII.E or Section VII.F.   Amounts allocated to the Subdivision Fund that cannot be distributed by virtue of the preceding sentence shall be distributed into the sub-account in the Remediation Accounts Fund for the Settling State in which the Subdivision is located, unless those payments are redirected elsewhere by a State-Subdivision Agreement described in Section V.D.1 or by an Allocation Statute or a Statutory Trust described in Section V.D.2.

E.     *Provisions Regarding the Remediation Accounts Fund.*

1.     State-Subdivision Agreement, Allocation Statute, and Statutory Trust Fund Provisions.   A State-Subdivision Agreement, Allocation Statute, or Statutory Trust may govern the operation and use of amounts in that State's Remediation Accounts Fund so long as it complies with the requirements of Section V.D.1 or Section V.D.2, as applicable, and all direct payments to Subdivisions comply with Section VII.E through Section VII.G.

2.     Absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust.   In the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust that addresses distribution, the Remediation Accounts Fund will be used solely for future Opioid Remediation[10] and the following shall apply with respect to a Settling State:

a.     *Regional Remediation.*

(i)     At least fifty percent (50%) of distributions for remediation from a State's Remediation Accounts Fund shall be annually allocated and tracked to the regional level.   A Settling State may allow the Advisory Committee established pursuant to Section V.E.2.d to define its regions and assign regional allocations percentages.   Otherwise, a Settling State shall (A) define its initial regions, which shall consist of one (1) or more General-Purpose Subdivision(s) and which shall be designated by the state agency with primary responsibility for substance abuse disorder services employing, to the maximum extent practical, existing regions established in that State for opioid abuse treatment or other public health purposes; (B) assign initial regional allocation percentages to the regions based on the

_____

[10] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

Subdivision Allocation Percentages in <u>Exhibit G</u> and an assumption that all Subdivisions included on <u>Exhibit G</u> will become Participating Subdivisions.

(ii)   This minimum regional expenditure percentage is calculated using the Settling State's initial Remediation Accounts Fund allocation and does not include any additional amounts a Settling State has directed to its Remediation Accounts Fund from its State Fund, or any other amounts directed to the fund.  A Settling State may dedicate more than fifty percent (50%) of its Remediation Accounts Fund to the regional expenditure and may annually adjust the percentage of its Remediation Accounts Fund dedicated to regional expenditures as long as the percentage remains above the minimum amount.

(iii)   The Settling State (A) has the authority to adjust the definition of the regions, and (B) may annually revise the percentages allocated to each region to reflect the number of General-Purpose Subdivisions in each region that are Non-Participating Subdivisions.

b.    *Subdivision Block Grants.*  Certain Subdivisions shall be eligible to receive regional allocation funds in the form of block grants for future Opioid Remediation.[11]  A Participating Subdivision eligible for block grants is a county or parish (or in the case of States that do not have counties or parishes that function as political subdivisions, a city) that (1) does not contain a Litigating Subdivision or a Later Litigating Subdivision for which it has the authority to end the litigation through a release, bar or other action, (2) either (i) has a population of 400,000 or more or (ii) in the case of California has a population of 750,000 or more, and (3) has funded or otherwise managed an established health care or treatment infrastructure (*e.g.*, health department or similar agency).  Each Subdivision eligible to receive block grants shall be assigned its own region.

c.    *Small States.*  Notwithstanding the provisions of <u>Section V.E.2.a</u>, Settling States with populations under four (4) million that do not have existing regions described in <u>Section V.E.2.a</u> shall not be required to establish regions.  However, such a Settling State that contains one (1) or more Subdivisions eligible for block grants under <u>Section V.E.2.c</u> shall be divided regionally so that each block-grant eligible Subdivision is a region and the remainder of the state is a region.

d.    *Advisory Committee.*  The Settling State shall designate an Opioid Settlement Remediation Advisory Committee (the "*Advisory Committee*") to provide input and recommendations regarding remediation spending from that Settling State's Remediation Accounts Fund.  A Settling State may elect to use an existing advisory committee or similar entity (created outside of a State-

---

[11] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

Subdivision Agreement or Allocation Statute); *provided*, *however*, the Advisory Committee or similar entity shall meet the following requirements:

> (i)  Written guidelines that establish the formation and composition of the Advisory Committee, terms of service for members, contingency for removal or resignation of members, a schedule of meetings, and any other administrative details;

> (ii)  Composition that includes at least an equal number of local representatives as state representatives;

> (iii)  A process for receiving input from Subdivisions and other communities regarding how the opioid crisis is affecting their communities, their abatement needs, and proposals for abatement strategies and responses; and

> (iv)  A process by which Advisory Committee recommendations for expenditures for Opioid Remediation will be made to and considered by the appropriate state agencies.

3.  <u>Remediation Accounts Fund Reporting</u>.  The Settlement Fund Administrator shall track and assist in the report of remediation disbursements as agreed to between Walmart and the Enforcement Committee.

F.  *Nature of Payment*.  Walmart, the Settling States, and the Participating Subdivisions each acknowledge and agree that notwithstanding anything to the contrary in this Agreement, including, but not limited to, the scope of the Released Claims:

1.  They have entered into this Agreement to avoid the delay, expense, inconvenience, and uncertainty of further litigation;

2.  (a) The Settling States and Participating Subdivisions sought restitution and remediation (within the meaning of 26 U.S.C. § 162(f)(2)(A) and 26 C.F.R. § 1.162-21(e)(4)(i), (ii)) as damages for the Alleged Harms; (b) the Total Remediation Amount is less than or equal to the amount, in the aggregate, of the Alleged Harms allegedly suffered by the Settling States and Participating Subdivisions; and (c) the portion of the Total Remediation Amount received by each Settling State or Participating Subdivision is less than or equal to the amount of the Alleged Harms allegedly suffered by such Settling State or Participating Subdivision;

3.  The payment of the Total Remediation Amount by Walmart constitutes restitution and remediation (within the meaning of 26 U.S.C. § 162(f)(2)(A) and 26 C.F.R. § 1.162-21(e)(4)(i), (ii)) for alleged damage or harm (as compensation for alleged damage or harm arising out of alleged bodily injury) allegedly caused by Walmart in order to restore, in whole or in part, the Settling States, Participating Subdivisions, and persons to the same position or condition that they would be in had the Settling States, Participating Subdivisions, and persons not suffered the Alleged Harms, and constitutes restitution and

remediation for alleged damage or harm allegedly caused by the potential violation of a law and/or is an amount paid to come into compliance with the law; and

4.    For the avoidance of doubt:  (a) the entire Total Remediation Amount is properly characterized as described in Section V.F, (b) no portion of the Total Remediation Amount represents reimbursement to any Settling State or Participating Subdivision or other person or entity for the fees or costs of any investigation or litigation, including without limitation attorneys' fees, (c) no portion of the Global Settlement Amount represents the disgorgement of any allegedly ill-gotten gains, and (d) no portion of the Global Settlement Amount is paid for or in place of any fine, penalty, punitive damages, or other punitive assessments.

## VI.    Enforcement

A.    *Enforceability.*  This Agreement is enforceable only by the Settling States and Walmart; *provided*, *however*, that Released Entities may enforce Section X and Participating Subdivisions have the enforcement rights described in Section VI.D.  Except to the extent allowed by the Injunctive Relief Terms, Settling States and Participating Subdivisions shall not have enforcement rights with respect to either the terms of this Agreement that apply only to or in other States or any Consent Judgment entered into by another Settling State.  Participating Subdivisions shall not have enforcement rights against Walmart with respect to this Agreement or any Consent Judgment except that Participating Subdivisions shall have enforcement rights as set forth herein as to payments that would be allocated to the Subdivision Fund or Remediation Accounts Fund pursuant to Section V; *provided*, *however*, that each Settling State shall allow Participating Subdivisions in such Settling State to notify it of any perceived violations of this Agreement or the applicable Consent Judgment.

B.    *Jurisdiction.*  Walmart consents to the jurisdiction of the court in which the Consent Judgment is filed, limited to resolution of disputes identified in Section VI.F.2 for resolution in that court.

C.    *Specific Terms Dispute Resolution.*

1.    Any dispute that is addressed by the provisions set forth in the Injunctive Relief Terms shall be resolved as provided therein.

2.    In the event that Walmart believes that the eighty-five percent (85%) requirement established in Section V.B.1 is not being satisfied, Walmart may request that Walmart and the Enforcement Committee meet and confer regarding the use of funds to implement Section V.B.1.  The completion of such meet-and-confer process is a precondition to further action regarding any such dispute.  Further action concerning Section V.B.1 shall (i) be limited to Walmart obtaining a reversion of its Payout Amount by no more than five percent (5%) of the difference between the actual amount of Opioid Remediation and the eighty-five percent (85%) requirement established in Section V.B.1; and (ii) only reduce payments to those Settling States and their Participating Subdivisions that are below the eighty-five percent (85%) requirement established in Section V.B.1;

provided that Walmart shall not obtain a reversion of funds restricted to future Opioid Remediation.

D.     *State-Subdivision Enforcement.*

1.     A Subdivision shall not have enforcement rights against a Settling State in which it is located with respect to this Agreement or any Consent Judgment except that a Participating Subdivision listed on Exhibit G shall have enforcement rights (a) as provided for in a State-Subdivision Agreement, Allocation Statute, or Statutory Trust with respect to intrastate allocation (b) in the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust, to address allegations that (i) the Settling State's use of Remediation Accounts Fund monies were not used for uses similar to or in the nature of those uses contained in Exhibit E; or (ii) a Settling State failed to pay funds directly from the Remediation Accounts Fund to a Participating Subdivision eligible to receive a block grant pursuant to Section V.E.2.b.

2.     A Settling State shall have enforcement rights against a Participating Subdivision located in its territory (a) as provided for in a State-Subdivision Agreement, Allocation Statute, or Statutory Trust; or (b) in the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust, to address allegations that the Participating Subdivisions' uses of Remediation Accounts Fund monies were not used for purposes similar to or in the nature of those uses contained in Exhibit E.

3.     As between Settling States and Participating Subdivisions, the above rights are contractual in nature and nothing herein is intended to limit, restrict, change or alter any other existing rights under law.

E.     *Subdivision Payment Enforcement.*  A Participating Subdivision listed on Exhibit G shall have the same right as a Settling State pursuant to Section VI.F.3.a(iv) to seek resolution regarding the failure by Walmart to make its Payout Amount.

F.     *Other Terms Regarding Dispute Resolution.*

1.     Except as provided by Section VI.C, the parties to a dispute shall promptly meet and confer in good faith to resolve any dispute.  If the parties cannot resolve the dispute informally, and unless otherwise agreed in writing, they shall follow the remaining provisions of this Section VI.F to resolve the dispute.

2.     Except to the extent provided by Section VI.C or Section VI.F.3, all disputes shall be resolved in either the court that entered the relevant Consent Judgment or, if no such Consent Judgment was entered, a state or territorial court with jurisdiction located wherever the seat of the relevant state government is located.

a.     State court proceedings shall be governed by the rules and procedures of the relevant forum.

b.     For the avoidance of doubt, disputes to be resolved in state court include, but are not limited to, the following:

(i)     disputes concerning whether expenditures qualify as Opioid Remediation;

(ii)     disputes between a Settling State and its Participating Subdivisions as provided by Section VI.D, except to the extent the State-Subdivision Agreement provides for other dispute resolution mechanisms. For the avoidance of doubt, disputes between a Settling State and any Participating Subdivision shall not be considered National Disputes;

(iii)     whether this Agreement and relevant Consent Judgment are binding under state law;

(iv)     the extent of the Attorney General's or other participating entity's authority under state law, including the extent of the authority to release claims;

(v)     whether the definition of a Bar, a Case-Specific Resolution, Final Order, lead state agency as described in Section V.D.4.b, Later Litigating Subdivision, Litigating Subdivision, or Threshold Motion have been met; and

(vi)     all other disputes not specifically identified in Section VI.C or Section VI.F.3.

c.     Any Party may request that the National Arbitration Panel provide an interpretation of any provision of the settlement that is relevant to the state court determination, and the National Arbitration Panel shall make reasonable best efforts to supply such interpretation within the earlier of thirty (30) calendar days or the time period required by the state court proceedings. Any Party may submit that interpretation to the state court to the extent permitted by, and for such weight provided by, the state court's rules and procedures. If requested by a Party, the National Arbitration Panel shall request that its interpretation be accepted in the form of an *amicus curiae* brief, and any attorneys' fees and costs for preparing any such filing shall be paid for by the requesting Party.

3.     National Disputes involving a Settling State, a Participating Subdivision that has enforcement rights pursuant to Section VI.A, and/or Walmart (together, "*Participating Parties*") shall be resolved by the National Arbitration Panel.

a.     National Disputes are disputes that are not addressed by Section VI.C, and which are exceptions to Section VI.F.2's presumption of resolution in state courts because they involve issues of interpretation of terms contained in this Agreement applicable to all Settling States without reference to a particular State's law. Disputes between a Settling State and any Participating Subdivision shall not be considered National Disputes. National Disputes are limited to the following:

(i)     the amount of withholding attributable to Non-Settling States;

(ii)       issues involving the scope and definition of Product;

(iii)     interpretation and application of the terms Alleged Harms," "Covered Conduct," "Released Entities," and "Released Claims";

(iv)     the failure by the Settlement Fund Administrator to pay the Payout Amount or the Additional Remediation Amount in a Payment Year, but for the avoidance of doubt, disputes between Walmart and a Settling State over the amounts owed only to that state that do not affect any other Settling State shall not be considered National Disputes;

(v)      the interpretation and application of any most-favored-nation provision in Section XII.E;

(vi)     questions regarding the performance and/or removal of the Settlement Fund Administrator;

(vii)    disputes involving liability of successor entities;

(viii)   disputes that require a determination of the sufficiency of participation in order to qualify for Incentive Payments A, BC or D;

(ix)     disputes requiring the interpretation of Agreement terms that are national in scope or impact, which shall mean disputes requiring the interpretation of Agreement terms that (i) concretely affect four (4) or more Settling States; and (ii) do not turn on unique definitions and interpretations under state law; and

(x)      any dispute subject to resolution under Section VI.F.1 but for which all parties to the dispute agree to arbitration before the National Arbitration Panel under the provisions of this Section VI.F.2.

b.     The National Arbitration Panel shall be comprised of three (3) arbitrators. One (1) arbitrator shall be chosen by Walmart, one (1) arbitrator shall be chosen by the Enforcement Committee with due input from Participating Subdivisions listed on Exhibit G, and the third arbitrator shall be agreed upon by the first two (2) arbitrators. The membership of the National Arbitration Panel is intended to remain constant throughout the term of this Agreement, but in the event that replacements are required, the retiring arbitrator shall be replaced by the party that selected him/her.

c.     The National Arbitration Panel shall make reasonable best efforts to decide all matters within one hundred eighty (180) calendar days of filing, and in no event shall it take longer than one (1) year.

d.     The National Arbitration Panel shall conduct all proceedings in a reasonably streamlined process consistent with an opportunity for the parties to be heard. Issues shall be resolved without the need for live witnesses where feasible,

and with a presumption in favor of remote participation to minimize the burdens on the Participating Parties.

        e.      To the extent allowed under state law, a Settling State, a Participating Subdivision that has enforcement rights pursuant to <u>Section VI.A</u>, and (at any Participating Party's request) the National Arbitration Panel may certify to an appropriate state court any question of state law. The National Arbitration Panel shall be bound by a final state court determination of such a certified question. The time period for the arbitration shall be tolled during the course of the certification process.

        f.      The arbitrators will give due deference to any authoritative interpretation of state law, including any declaratory judgment or similar relief obtained by a Settling State, a Participating Subdivision that has enforcement rights pursuant to <u>Section VI.A</u>, or Walmart on a state law issue.

        g.      The decisions of the National Arbitration Panel shall be binding on Settling States, Participating Subdivisions, Walmart, and the Settlement Fund Administrator. In any proceeding before the National Arbitration Panel involving a dispute between a Settling State and Walmart whose resolution could prejudice the rights of a Participating Subdivision(s) in that Settling State, such Participating Subdivision(s) shall be allowed to file a statement of view in the proceeding.

        h.      Nothing herein shall be construed so as to limit or otherwise restrict a State from seeking injunctive or other equitable relief in state court to protect the health, safety, or welfare of its citizens.

        i.      Each Participating Party shall bear its own costs in any arbitration or court proceeding arising under this <u>Section VI</u>. The costs for the arbitrators on the National Arbitration Panel shall be divided and paid equally by the disputing sides for each individual dispute, *e.g.*, a dispute between Walmart and Settling States/Participating Subdivisions shall be split fifty percent (50%) by Walmart and fifty percent (50%) by the Settling States/Participating Subdivisions that are parties to the dispute; a dispute between a Settling State and a Participating Subdivision shall be split fifty percent (50%) by the Settling State that is party to the dispute and fifty percent (50%) by any Participating Subdivisions that are parties to the dispute.

    4.      Prior to initiating an action to enforce pursuant to this <u>Section VI.F</u>, the complaining Participating Party must:

        a.      Provide written notice to the Enforcement Committee of its complaint, including the provision of the Consent Judgment and/or Agreement that the practice appears to violate, as well as the basis for its interpretation of the disputed provision. The Enforcement Committee shall establish a reasonable process and timeline for obtaining additional information from the involved parties; *provided*, *however*, that the date the Enforcement Committee establishes for

obtaining additional information from the parties shall not be more than forty-five (45) calendar days following the notice. The Enforcement Committee may advise the involved parties of its views on the complaint and/or seek to resolve the complaint informally.

        b.     Wait to commence any enforcement action until thirty (30) calendar days after the date that the Enforcement Committee establishes for obtaining additional information from the involved parties.

        5.     If the Participating Parties to a dispute cannot agree on the proper forum for resolution of the dispute under the provisions of Section VI.F.1 or Section VI.F.2, a committee comprising the Enforcement Committee and sufficient representatives of Walmart such that the members of the Enforcement Committee have a majority of one (1) member will determine, within twenty-eight (28) calendar days of receiving notification of the dispute relating to the proper forum, the forum where the dispute will be initiated. The forum identified by such committee shall be the sole forum for resolving the issue of which forum will hear the substantive dispute, and the committee's identification of such forum in the first instance shall not be entitled to deference by the forum selected.

        G.    *No Effect.*  Nothing in this Agreement shall be interpreted to limit the Settling States' Civil Investigative Demand ("*CID*") or investigative subpoena authority, to the extent such authority exists under applicable state law and the CID or investigative subpoena is issued pursuant to such authority, and Walmart reserves all of its rights in connection with a CID or investigative subpoena issued pursuant to such authority.

## VII.    Participation by Subdivisions

        A.    *Notice.*  Prior to the State Participation Date, the Parties shall agree on a vendor to serve as the Implementation Administrator and provide notice pursuant to this Section VII.A. No later than fifteen (15) calendar days after the State Participation Date, the Implementation Administrator shall send individual written notice (which may be delivered via e-mail or other electronic means) of the opportunity to participate in this Agreement and the requirements of participation to all Subdivisions in the Settling States that are (1) Litigating Subdivisions or (2) Non-Litigating Subdivisions listed on Exhibit G. To the extent a Special District is entitled to an allocation for a direct payment through its inclusion in Exhibit G pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution, the Implementation Administrator, with the cooperation of the Settling States, shall also send individual written notice (which may be delivered via e-mail or other electronic means) of the opportunity to participate in this Agreement and the requirements of participation to such Special Districts. Unless otherwise agreed by the Parties, the version of Exhibit G used for notice shall be the one in place as of the State Participation Date. Notice (which may be delivered via e-mail or other electronic means) shall also be provided simultaneously to counsel of record for Litigating Subdivisions and known counsel for Non-Litigating Subdivisions and Special Districts listed on Exhibit G. The notice will include that the deadline for becoming a Participating Subdivision is the Threshold Subdivision Participation Date. Nothing contained herein shall preclude a Settling State from providing further notice to or otherwise contacting any of its Subdivisions about becoming a Participating

Subdivision, including beginning any of the activities described in this paragraph prior to the State Participation Date.

B. *Requirements for Becoming a Participating Subdivision—Non-Litigating Subdivisions*. A Non-Litigating Subdivision in a Settling State may become a Participating Subdivision by returning an executed Subdivision Participation Agreement to the Settlement Fund Administrator (subject to <u>Section VII.D</u>) specifying (1) that the Subdivision agrees to the terms of this Agreement pertaining to Subdivisions, (2) that the Subdivision releases all Released Claims against all Released Entities, (3) that the Subdivision agrees to use monies it receives, if any, from the Settlement Fund pursuant to the applicable requirements of <u>Section V</u>; *provided*, *however*, that Non-Litigating Subdivisions may only use monies originating from the Settlement Fund for purposes that qualify as Opioid Remediation, and (4) that the Subdivision submits to the jurisdiction of the court where the relevant state seat of government is located for purposes limited to that court's role under this Agreement. The required Participation Agreement is attached as <u>Exhibit K</u>.

C. *Requirements for Becoming a Participating Subdivision—Litigating Subdivisions/Later Litigating Subdivisions*. A Litigating Subdivision or Later Litigating Subdivision in a Settling State may become a Participating Subdivision by returning an executed Subdivision Participation Agreement to the Settlement Fund Administrator (subject to <u>Section VII.D</u>) and upon prompt dismissal with prejudice of its lawsuit following the Threshold Subdivision Participation Date or the date on which the conditions for effectiveness in <u>Section II.C</u> have been met, whichever is later. A Settling State may require each Litigating Subdivision in that State to specify on the Participation Agreement whether its counsel has waived any contingency fee contract with that Participating Subdivision and whether, if eligible, it intends to seek fees pursuant to <u>Exhibit R</u>. The Settlement Fund Administrator shall provide quarterly reports of this information to the parties organized by Settling State. A Litigating Subdivision or Later Litigating Subdivision may not become a Participating Subdivision after the completion of opening statements in a trial of the lawsuit it brought that includes a Released Claim against a Released Entity. For avoidance of doubt, where a subdivision official other than a General-Purpose Government has filed a lawsuit that includes a Released Claim against a Released Entity in a direct, *parens patriae*, or any other capacity, that Subdivision may become a Participating Subdivision only if, in addition to the other requirements of this <u>Section VII.C</u>, the lawsuit filed by the subdivision official has also been dismissed with prejudice.

D. All Subdivision Participation Agreements returned to the Settlement Fund Administrator prior to the Effective Date (if any) shall be held by the Settlement Fund Administrator until the Effective Date, at which time the obligations created by such forms and releases in them become effective. If, for any reason, the Settlement Agreement does not become effective, all obligations created by such forms and releases in them shall be void *ab initio* and all Settlement Participation Forms shall be returned to Counsel for Litigating Subdivisions or to the Subdivisions not represented by counsel or destroyed to the extent that such destruction is not prohibited by then-existing document preservation obligations.

E. *Ineligible Subdivisions*. Subdivisions in Non-Settling States and Prior Litigating Subdivisions are not eligible to be Participating Subdivisions.

F.     *Non-Participating Subdivisions*.  Non-Participating Subdivisions shall not directly receive any portion of any Payout Amount, including from the State Fund and direct distributions from the Remediation Accounts Fund; however, a Settling State may choose to fund future Opioid Remediation that indirectly benefits Non-Participating Subdivisions.

G.     *Unpaid Allocations to Non-Participating Subdivisions*.  Any payments allocated pursuant to Section V.D to a Non-Participating Subdivision that cannot be paid pursuant to this Section VII will either be allocated to the Settlement Fund for the Settling State in which the Non-Participating Subdivision is located, unless those payments are redirected elsewhere by a State-Subdivision Agreement or by a Statutory Trust, or be refunded to Walmart, if such funds may no longer be earned by the applicable Settling State pursuant to Section IV.C.1.

## VIII.     Additional Remediation

A.     *Additional Remediation Amount.*  Pursuant to the maximum payment amounts set forth in Exhibit M and subject to the reduction specified in Section VIII.B, Walmart shall pay an Additional Remediation Amount to the Settling States.

B.     *Reduction of Additional Remediation Amount.*  The amounts owed by Walmart pursuant to this Section VIII shall be reduced by the allocations set forth on Exhibit N for any Non-Settling States.

C.     *Use of Funds.*  All funds paid as an Additional Remediation Amount shall be part of the Total Remediation Amount, shall be used for Opioid Remediation, except as allowed by Section V.B.2, and shall be governed by the same requirements as specified in Section V.F.  Such funds shall be disbursed by the Settlement Fund Administrator to the relevant Settling States as allocated by Exhibit N as part of the first payment in Payment Year 1.

D.     For the avoidance of doubt, (1) notwithstanding anything to the contrary in Section VIII.C, but subject to the limitation in the second sentence of Section V.B.1 and the identification and reporting requirements in Section V.B.2, a Settling State that retained outside counsel in connection with the investigation of one or more Chain Pharmacies, as that term is defined in Exhibit S, that receives an Additional Remediation Amount because the Settling State was not otherwise eligible to receive funds from the State Outside Counsel Fee Fund may choose to have the Additional Remediation Amount designated to pay the Settling State's outside counsel, and may instruct the Settlement Fund Administrator to pay those funds directly to the Settling State's outside counsel, and (2) Additional Remediation Amount funds, including funds designated by a Settling State to pay its outside counsel under this paragraph, shall not be subject to allocation as provided in Sections V.C through V.E.

## IX.     Plaintiffs' Attorneys' Fees and Costs

The Agreement on Attorneys' Fees, Costs, and Expenses is set forth in Exhibit R and incorporated herein by reference.  The Agreement on the State Outside Counsel Fee Fund and Agreement on the Joint State Cost Fund are set forth in Exhibit S and Exhibit T, respectively, and are incorporated herein by reference.

## X.   Release

A.   *Scope.*   As of the Threshold Subdivision Participation Date, the Released Entities are hereby released and forever discharged from all of the Releasors' Released Claims.   Each Settling State (for itself and its Releasors) and Participating Subdivision (for itself and its Releasors) hereby absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim; or to cause, assist in bringing or permit to be brought, filed, or claimed; or to otherwise seek to establish liability for any Released Claim against any Released Entity in any forum whatsoever. The releases provided for in this Agreement are broad, shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to any Released Claim, and extend to the full extent of the power of each Settling State and its Attorney General to release claims.   This Agreement shall be a complete bar to any Released Claim.

B.   *Claim-Over and Non-Party Settlement.*

1.   It is the intent of the Parties that:

a.   Released Entities should not seek contribution or indemnification (other than pursuant to an insurance contract), from other parties for their payment obligations under this Agreement;

b.   the payments made under this Agreement shall be the sole payments made by the Released Entities to the Releasors involving, arising out of, or related to Alleged Harms and/or Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity);

c.   Claims by Releasors against non-Parties shall not result in additional payments by Released Entities, whether through contribution, indemnification or any other means; and

d.   the Agreement meets the requirements of the Uniform Contribution Among Joint Tortfeasors Act and any similar state law or doctrine that reduces or discharges a released party's liability to any other parties.

The provisions of this <u>Section X.B</u> are to be implemented consistent with these principles. This Agreement and the releases and dismissals provided for herein are made in good faith.

2.   No Released Entity shall seek to recover for amounts paid under this Agreement based on indemnification, contribution, or any other theory from a manufacturer, pharmacy, hospital, pharmacy benefit manager, health insurer, third-party vendor, trade association, distributor, or health care practitioner; *provided* that a Released Entity shall be relieved of this prohibition with respect to any entity that asserts a Claim-Over against it.   For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.

3.   If any Releasor enters into a Non-Party Settlement on or after the Effective Date, including in any bankruptcy case or through any plan of reorganization (whether individually or as a class of creditors), the Releasor will include (or in the case of a Non-

Party Settlement made in connection with a bankruptcy case, will cause the debtor to include), unless prohibited from doing so under applicable law, in the Non-Party Settlement a prohibition on contribution or indemnity of any kind substantially equivalent to that required from Walmart in Section X.B.2, or a release from such Non-Released Entity in favor of the Released Entities (in a form equivalent to the releases contained in this Agreement) of any Claim-Over. The obligation to obtain the prohibition and/or release required by this subsection is a material term of this Agreement.

4.      If any Releasor obtains a judgment with respect to a Non-Party Covered Conduct Claim against a Non-Released Entity that does not contain the prohibition described in Section X.B.3, or any Releasor files a Non-Party Covered Conduct Claim against a Non-Released Entity in bankruptcy or a Releasor is prevented for any reason from obtaining a prohibition/release in a Non-Party Settlement as provided in Section X.B.3, and such Non-Released Entity asserts a Claim-Over against a Released Entity, the Released Entity shall be relieved of the prohibition in Section X.B.2 with respect to that Non-Released Entity and that Releasor and Walmart shall take the following actions to ensure that the Released Entities do not pay more with respect to Alleged Harms and/or Covered Conduct to Releasors or to Non-Released Entities than the amounts owed under this Settlement Agreement by Walmart:

a.      Walmart shall notify that Releasor of the Claim-Over within sixty (60) calendar days of the assertion of the Claim-Over or sixty (60) calendar days of the Effective Date of this Agreement, whichever is later;

b.      Walmart and that Releasor shall meet and confer concerning the means to hold Released Entities harmless and ensure that they are not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by Walmart under this Agreement;

c.      That Releasor and Walmart shall take steps sufficient and permissible under the law of the State of the Releasor to hold Released Entities harmless from the Claim-Over and ensure Released Entities are not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by Walmart under this Agreement. Such steps may include, where permissible:

(i)      Filing of motions to dismiss or such other appropriate motion by Walmart or Released Entities, and supported by Releasors, in response to any claim filed in litigation or arbitration;

(ii)      Reduction of that Releasors' Claim and any judgment it has obtained or may obtain against such Non-Released Entity by whatever amount is necessary to extinguish such Claim-Over under applicable law, up to the amount that Releasor has obtained, may obtain, or has authority to control from such Non-Released Entity;

(iii)     Placement into escrow of funds paid by the Non-Released Entities such that those funds are available to satisfy the Claim-Over;

(iv)     Return of monies paid by Walmart to that Releasor under this Agreement to permit satisfaction of a judgment against or settlement with the Non-Released Entity to satisfy the Claim-Over;

(v)     Payment of monies to Walmart by that Releasor to ensure Walmart is held harmless from such Claim-Over, up to the amount that Releasor has obtained, may obtain, or has authority to control from such Non-Released Entity;

(vi)     Credit to Walmart under this Agreement to reduce the overall amounts to be paid under the Agreement such that it is held harmless from the Claim-Over; and

(vii)     Such other actions as that Releasor and Walmart may devise to hold Walmart harmless from the Claim-Over.

d.     The actions of that Releasor and Walmart taken pursuant to clause (c) above must, in combination, ensure Walmart is not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by Walmart under this Agreement.

e.     In the event of any dispute over the sufficiency of the actions taken pursuant to clause (c) above, Releasor and Walmart may seek review by the National Arbitration Panel, or, upon consent of the parties to the dispute, by the state court where the relevant Consent Judgment was filed.  The National Arbitration Panel shall have authority to order a remedy, including one or more of the actions specified in clause (c), sufficient to hold Released Entities fully harmless.  In the event that the Panel's actions do not result in Released Entities being held fully harmless, Walmart shall have a claim for breach of this Agreement by Releasors, with the remedy being payment of sufficient funds to hold Walmart harmless from the Claim-Over.  For the avoidance of doubt, the prior sentence does not limit or eliminate any other remedy that Walmart may have.

5.     To the extent that the Claim-Over is based on a contractual indemnity, the obligations under Section X.B.4 shall extend solely to a Non-Party Covered Conduct Claim against a pharmacy, distributor, clinic, hospital or other purchaser or dispenser of Products, a manufacturer that sold Products, a consultant, and/or a pharmacy benefit manager or other third-party payor.  Walmart shall notify the Settling States, to the extent permitted by applicable law, in the event that any of these types of Non-Released Entity asserts a Claim-Over arising out of contractual indemnity against it.

C.     *Indemnification and Contribution Prohibited.*  No Released Entity shall seek to recover for amounts paid under this Agreement based on indemnification, contribution, or any other theory, from a manufacturer, pharmacy, hospital, pharmacy benefit manager, health insurer, third-party vendor, trade association, distributor, or health care practitioner; *provided* that a

Released Entity shall be relieved of this prohibition with respect to any entity that asserts a Claim-Over against it.  For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.  For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.

D.    *General Release*.  In connection with the releases provided for in this Agreement, each Settling State (for itself and its Releasors) and Participating Subdivision (for itself and its Releasors) expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any State or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

> **General Release; extent**.  A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that if known by him or her, would have materially affected his or her settlement with the debtor or released party.

A Releasor may hereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Settling State (for itself and its Releasors) and Participating Subdivision (for itself and its Releasors) hereby expressly waives and fully, finally, and forever settles, releases and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date even if Releasors do not know or suspect such claims to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and even if knowledge of the existence of such claims would materially affect the Settling States' decision to enter into this Agreement or the Participating Subdivisions' decision to participate in this Agreement.

E.    *Assigned Interest Waiver*.  To the extent that any Settling State has any direct or indirect interest in any rights of a third-party that is a debtor under the Bankruptcy Code as a result of a claim arising out of Covered Conduct or Alleged Harms by way of assignment or otherwise, including as a result of being the beneficiary of a trust or other distribution entity, to assert claims against Walmart (whether derivatively or otherwise), under any legal or equitable theory, including for indemnification, contribution, or subrogation, such Settling State waives the right to assert any such claim, or to receive a distribution or any benefit on account of such claim and such claim, distribution, or benefit shall be deemed assigned to Walmart.

F.    *Res Judicata*.  Nothing in this Agreement shall be deemed to reduce the scope of the res judicata or claim preclusive effect that the settlement memorialized in this Agreement, and/or any Consent Judgment or other judgment entered on this Agreement, gives rise to under applicable law.

G.    *Representation and Warranty*.  The signatories hereto on behalf of their respective Settling States expressly represent and warrant that they have (or will obtain no later than the Threshold Subdivision Participation Date) the authority to settle and release, to the maximum extent of the State's power, all Released Claims of (1) their respective Settling States, (2) all past

and present executive departments, state agencies, divisions, boards, commissions and instrumentalities with the regulatory authority to enforce state and federal controlled substances acts, and (3) any of their respective Settling State's past and present executive departments, agencies, divisions, boards, commissions and instrumentalities that have the authority to bring Claims related to Alleged Harms and/or Covered Conduct seeking money (including abatement and/or remediation) or revocation of a pharmaceutical distribution or dispensing license. For the purposes of clause (3) above, executive departments, agencies, divisions, boards, commissions, and instrumentalities are those that are under the executive authority or direct control of the State's Governor. Also for the purposes of clause (3), a release from a State's Governor, to be materially similar to that in <u>Exhibit X</u>, is sufficient to demonstrate that the appropriate releases have been obtained.

H.    *Effectiveness*.  The releases set forth in this Agreement shall not be impacted in any way by any dispute that exists, has existed, or may later exist between or among the Releasors. Nor shall such releases be impacted in any way by any current or future law, regulation, ordinance, or court or agency order limiting, seizing, or controlling the distribution or use of the Settlement Fund or any portion thereof, or by the enactment of future laws, or by any seizure of the Settlement Fund or any portion thereof.

I.    *Cooperation*.    Settling States will meet and confer with Walmart and simultaneously make reasonable efforts to resolve any action filed by a Subdivision involving any Covered Conduct, Alleged Harms, or a Product that remains pending against Walmart after the First Subdivision Participation Date or that is filed by a Subdivision against Walmart after November 14, 2022.  Releasors (i) will not encourage any person or entity to bring or maintain any Released Claim against any Released Entity and (ii) will reasonably cooperate with and not oppose any effort by a Released Entity to secure the prompt dismissal of any and all Released Claims.

J.    *Non-Released Claims*.  Notwithstanding the foregoing or anything in the definition of Released Claims, this Agreement does not waive, release or limit any criminal liability, Claims for liability under tax law, Claims under securities law by a State Releasor as investor, Claims against parties who are not Released Entities, Claims by private individuals, and any Claims arising under this Agreement for enforcement of this Agreement.

## XI.    Later Litigating Subdivisions; Non-Settling States

A.    *Released Claims against Released Entities.*  If a Later Litigating Subdivision in a Settling State maintains a lawsuit for a Released Claim against a Released Entity after the Effective Date, the Released Entity shall take ordinary and reasonable measures to defend the action, including filing a Threshold Motion with respect to the Released Claim.  The Released Entity shall further notify the Settling State and Settlement Fund Administrator immediately upon notice of a Later Litigating Subdivision bringing a lawsuit for a Released Claim and shall not oppose a Settling State's submission in support of the Threshold Motion.  Walmart shall give the relevant Settling State a reasonable opportunity to extinguish the Released Claims without any payment or any other obligations being imposed upon any Released Entities (apart from the Global Settlement Amount payable by Walmart under the Agreement or the Injunctive Relief Terms incurred by it). The relevant Settling State and Walmart shall confer and use reasonable efforts to promptly resolve

the lawsuit so that it is dismissed with prejudice. Nothing in this subsection creates an obligation for a Settling State to make a monetary payment or incur any other obligation to an entity filing a lawsuit.

B.     *Non-Settling States.*  Non-Settling States shall not be eligible for any payments or have any rights in connection with this Agreement.

C.     *Settlement Class Resolution Opt Outs.*  If a Settling State is eligible for Incentive Payment A on the basis of a Settlement Class Resolution, and a Primary Subdivision that opted out of the Settlement Class Resolution maintains a lawsuit asserting a Released Claim against a Released Entity, the Released Entity shall take ordinary and reasonable measures to defend the action, including filing a Threshold Motion with respect to the Released Claim. The Settling State shall seek to obtain either dismissal of the lawsuit in cooperation with Walmart, or a release of the Primary Subdivision's claims.

D.     *Revoked Bar, Settlement Class Resolution, or Case-Specific Resolution.*  If a Settling State received any Payout Amounts that included any incentive payments earned as a result of the existence of a Bar, Settlement Class Resolution, or Case-Specific Resolution in a Settling State, and there is subsequently a Revocation Event with respect to that Bar, Settlement Class Resolution, or Case-Specific Resolution after the determination of the amount of such Payout Amount, that Settling State shall seek to obtain a release of the claims impacted by the Revocation Event, including but not limited to defending the legality of the Bar, obtaining a dismissal of the claims made against the Released Entity, and obtaining releases from impacted Subdivisions.

## XII.   Miscellaneous

A.     *Population of General-Purpose Governments.*  The population figures for General-Purpose Governments shall be the published U.S. Census Bureau's population estimates for July 1, 2019, released May 2020. These population figures shall remain unchanged during the term of this Agreement.[12]

B.     *Population of Special Districts.*  For any purpose in this Agreement in which the population of a Special District is used other than <u>Section IV.E.1.a</u> and <u>Section IV.E.3.b</u>:  (a) School Districts' populations will be measured by the number of students enrolled who are eligible under the Individuals with Disabilities Education Act ("*IDEA*") or Section 504 of the Rehabilitation Act of 1973; (b) Health Districts' and Hospital Districts' populations will be measured at twenty-five percent (25%) of discharges; and (c) all other Special Districts' (including fire districts' and library districts') populations will be measured at ten percent (10%) of the population served. For the avoidance of doubt, this means that California healthcare districts will be measured at ten percent (10%) of their membership. Walmart and the Enforcement Committee shall meet and confer in order to agree on data sources for purposes of this <u>Section XII.B</u> prior to the State Participation Date.

---

[12] The estimates for counties and parishes were accessed at https://www.census.gov/data/datasets/time-series/demo/popest/2010s-countiestotal.html. The estimates for cities and towns can currently be found at https://www.census.gov/data/datasets/time-series/demo/popest/2010s-total-cities-and-towns.html.

C.    *Population Associated with Sheriffs*.  For any purpose in this Agreement in which the population associated with a lawsuit by a sheriff is used, the population will be measured at twenty percent (20%) of the capacity of the jail(s) operated by the sheriff.

D.    *No Admission.*  The Parties intend the settlement as described herein to be a final and complete resolution of all disputes between Walmart and all Releasors. Walmart is entering into this Agreement solely for the purposes of settlement, to resolve all Actions and Released Claims and thereby avoid significant expense, inconvenience and uncertainty. Walmart denies the allegations in the Actions and denies any civil or criminal liability in the Actions. Nothing contained herein may be taken as or deemed to be an admission or concession by Walmart of: (i) any violation of any law, regulation, or ordinance; (ii) any fault, liability, or wrongdoing; (iii) the strength or weakness of any Claim or defense or allegation made in any Action, or in any other past, present or future proceeding relating to any Covered Conduct, Alleged Harms, or any Product; (iv) the legal viability of the Claims and theories in any Action, including but not limited to the legal viability of the relief sought; or (v) any other matter of fact or law. Nothing in this Agreement shall be construed or used to prohibit any Released Entity from engaging in the conduct of its business relating to any Product in accordance with the Injunctive Relief Terms and applicable laws and regulations.

E.    *Most-Favored-Nation Provision*.

1.    If, after the Effective Date, Walmart enters into any settlement agreement with any Non-Settling State that resolves Claims similar in scope to the Claims released by a Settling State under this Agreement on overall payment terms that are more favorable to such Non-Settling State than the overall payment terms of the Agreement (after due consideration of relevant differences in population or other appropriate factors), then the Settling States may elect to seek review, pursuant to <u>Section XII.E.3</u>, of the overall payment terms of this Agreement and the Non-Settling State agreement so that such Settling State(s) may obtain, with respect to Walmart, overall payment terms at least as favorable as those obtained by such Non-Settling State.  "*Overall payment terms*" refers to consideration of all payment terms of the two agreements, taken together, including, but not limited to the amounts of payments, the timing of payments, and conditions or contingencies on payments.

2.    For any settlement with a Non-Settling State involving Released Claims that is entered into after the Effective Date, Walmart shall provide the Enforcement Committee with a copy of the settlement agreement or relevant consent judgment within thirty (30) calendar days of the consummation of such settlement.  The Enforcement Committee will promptly distribute such copy to all Settling States.

3.    In the event that one or more Settling State(s) believes that the overall payment terms of an agreement by Walmart with a Non-Settling State are more favorable to the Non-Settling State, based on the totality of the considerations set forth in <u>Section XII.E.1</u>, the Settling State(s) and Walmart shall engage in the following process:

a.    The Settling State(s) shall provide notice, within sixty (60) calendar days of the date on which the Enforcement Committee provides a settlement

agreement or consent judgment to Walmart of their intent to seek revision of this Agreement to provide payment terms that are, on an overall basis, as favorable as those obtained by the Non-Settling State. To the extent allowed by law, such notice shall be confidential and not disclosed publicly and shall provide, in detail, the basis for the State's belief that it is entitled to a revision of the Agreement.

b.     Walmart shall, within thirty (30) calendar days, provide a response to the Settling State(s), explaining its position, in detail, as to whether is the Settling State(s) are entitled to more favorable overall payment terms than those provided for in this Agreement.

c.     In the event the Settling State(s) and Walmart do not reach agreement as to the application of Section XII.E.1, the Settling State(s) may petition the National Arbitration Panel to seek a ruling from the Panel as to the applicability of Section XII.E.1, provided that the Settling State(s) may seek such review only if at least five (5) Settling States co-sign the petition. The Panel shall consider submissions and argument by the parties pursuant to the procedures set forth in Section VI.F.3.

d.     The Settling State and Walmart shall be bound by the determination of the National Arbitration Panel.

4.     This Section XII.E does not apply to, and there is no ability of any Settling State to seek or obtain revision of this Agreement based on, any Non-Settling State agreement with Walmart that is entered into with: (a) a Non-Settling State after a date ninety (90) calendar days prior to the scheduled start date of a trial between Walmart and the Non-Settling State or any severed or bifurcated portion thereof, provided that, where, in order to complete a settlement, a Non-Settling State and Walmart jointly request an adjournment of the scheduled start date of a trial within ninety (90) days of that date, this exception will apply as if the trial date had not been adjourned; (b) a Non-Settling State that previously litigated to judgment a case related to opioids against any manufacturer, distributor, or pharmacy; or (c) a Non-Settling State that has obtained any court order or judicial determination that grants judgment (in whole or in part) against Walmart. For avoidance of doubt, the National Arbitration Panel shall have no power to review agreements described in this paragraph.

5.     This Section XII.E does not apply to, and there is no ability of any Settling State to seek or obtain revision of this Agreement based on, any agreement between Walmart and Non-Participating Subdivisions.

6.     This Section XII.E will not apply to any agreement entered into more than eighteen (18) months after the Effective Date.

F.     *Tax Cooperation and Reporting*.

1.     Upon request by Walmart, the Settling States and Participating Subdivisions agree to perform such further acts and to execute and deliver such further documents as may be reasonably necessary for Walmart to establish the statements set forth in Section

V.F to the satisfaction of their tax advisors, their independent financial auditors, the Internal Revenue Service, or any other governmental authority, including as contemplated by Treasury Regulations Section 1.162-21(b)(3)(ii) and any subsequently proposed or finalized relevant regulations or administrative guidance.

2.  Without limiting the generality of Section XII.F.1, each Settling State and Participating Subdivision shall cooperate in good faith with Walmart with respect to any tax claim, dispute, investigation, audit, examination, contest, litigation, or other proceeding relating to this Agreement.

3.  The Designated State, on behalf of all Settling States and Participating Subdivisions, shall designate one of its officers or employees to act as the "appropriate official" within the meaning of Treasury Regulations Section 1.6050X-1(f)(1)(ii)(B) (the "*Appropriate Official*").  The Designated State shall direct and ensure that the Appropriate Official timely (a) files (i) at the time this Agreement becomes binding on the Parties, an IRS Form 1098-F in the form attached as Exhibit U with respect to Walmart and (ii) any legally required returns or amended returns with any applicable governmental authority, or any returns requested by Walmart, and (b) provides to Walmart a copy of (i) the IRS Form 1098-F filed with respect to Walmart and (ii) any legally required written statement pursuant to any applicable law and any other document referred to in clause (a)(ii) above. Any such form, return, or statement shall be prepared and filed in a manner fully consistent with Section V.F.

4.  Any return, amended return, or written statement filed or provided pursuant to Section XII.F.3, and any similar document, shall be prepared and filed in a manner consistent with reporting the Global Settlement Amount as the "Total amount to be paid" pursuant to this Agreement in Box 1 of IRS Form 1098-F and the Total Remediation Amount as "Restitution/remediation amount" in Box 2 of IRS Form 1098-F, as reflected in the attached Exhibit U.  If the Designated State or Appropriate Official shall be required to file any return, amended return, or written statement contemplated by this Section XII.F other than an IRS Form 1098-F in the form attached as Exhibit U, the Designated State shall direct and ensure that the Appropriate Official provides to Walmart a draft of such return, amended return, or written statement no later than sixty (60) calendar days prior to the due date thereof, and shall accept any reasonable revisions from Walmart on the return, amended return, or written statement.

5.  For the avoidance of doubt, neither Walmart nor the Settling States and Participating Subdivisions make any warranty or representation to any Settling State, Participating Subdivision, or Releasor as to the tax consequences of the payment of the Total Remediation Amount (or any portion thereof).

G.  *No Third-Party Beneficiaries.*  Except as expressly provided in this Agreement, no portion of this Agreement shall provide any rights to, or be enforceable by, any person or entity that is not a Settling State or Released Entity.  No Settling State may assign or otherwise convey any right to enforce any provision of this Agreement.

H. *Calculation*. Any figure or percentage referred to in this Agreement shall be carried to seven decimal places.

I. *Construction*. None of the Parties and no Participating Subdivision shall be considered to be the drafter of this Agreement or of any of its provisions for the purpose of any statute, case law, or rule of interpretation or construction that would or might cause any provision to be construed against the drafter of this Agreement. The headings of the provisions of this Agreement are not binding and are for reference only and do not affect the meaning of this Agreement.

J. *Cooperation*. Each Party and each Participating Subdivision agrees to use reasonable efforts and to cooperate with the other Parties and Participating Subdivisions to cause this Agreement and Consent Judgments to become effective, to obtain all necessary approvals, consents and authorizations, if any, and to execute all documents and to take such other action as may be appropriate in connection herewith. Consistent with the foregoing, each Party and each Participating Subdivision agrees that it will not directly or indirectly assist or encourage any challenge to this Agreement or any Consent Judgment by any other person, and will support the integrity and enforcement of the terms of this Agreement and the Consent Judgments.

K. *Entire Agreement*. This Agreement, including its exhibits and any other attachments, embodies the entire agreement and understanding between and among the Parties and Participating Subdivisions relating to the subject matter hereof and supersedes (1) all prior agreements and understandings relating to such subject matter, whether written or oral and (2) all purportedly contemporaneous oral agreements and understandings relating to such subject matter.

L. *Execution*. This Agreement may be executed in counterparts and by different signatories on separate counterparts, each of which shall be deemed an original, but all of which shall together be one and the same Agreement. One or more counterparts of this Agreement may be delivered by facsimile or electronic transmission with the intent that it or they shall constitute an original counterpart hereof. One or more counterparts of this Agreement may be signed by electronic signature.

M. *Good Faith and Voluntary Entry*. Each Party warrants and represents that it negotiated the terms of this Agreement in good faith. Each of the Parties and Participating Subdivisions warrants and represents that it freely and voluntarily entered into this Agreement without any degree of duress or compulsion. The Parties and Participating Subdivisions state that no promise of any kind or nature whatsoever (other than the written terms of this Agreement) was made to them to induce them to enter into this Agreement.

N. *Legal Obligations*. Nothing in this Agreement shall relieve Walmart of the obligation to comply with all state and federal laws, regulations or rules, nor does any provision herein permit any acts or practices prohibited by such laws, regulations, or rules. Except with respect to the Injunctive Relief Terms, in the event of a conflict between this Agreement and any requirement or requirements of federal, state, or local laws, such that Walmart cannot comply with this Agreement without violating such a requirement or requirements, Walmart shall document such conflicts and notify the Attorney(s) General of the relevant Settling State(s) that it intends to comply with the requirement or requirements to the extent necessary to eliminate the conflict.

With respect to the Injunctive Relief Terms, in the event of such a conflict, the procedures set forth in Exhibit P at § I(4)(c) of the Injunctive Relief Terms will be followed.

O.    *No Prevailing Party.*  The Parties and Participating Subdivisions each agree that they are not the prevailing party in this action, for purposes of any claim for fees, costs, or expenses as prevailing parties arising under common law or under the terms of any statute, because the Parties and Participating Subdivisions have reached a good faith settlement.  The Parties and Participating Subdivisions each further waive any right to challenge or contest the validity of this Agreement on any ground, including, without limitation, that any term is unconstitutional or is preempted by, or in conflict with, any current or future law.  Nothing in the previous sentence shall modify, or be construed to conflict with, Section XII.N.

P.    *Non-Admissibility*. Neither this Agreement nor any act performed or document executed pursuant to or in furtherance of this Agreement: (i) is or may be deemed to be or may be used as an admission or evidence relating to any matter of fact or law alleged in the Actions, the strength or weakness of any Claim or defense or allegation made in those cases, or any wrongdoing, fault, or liability of any Released Entities; or (ii) is or may be deemed to be or may be used as an admission or evidence relating to any liability, fault or omission of Released Entities in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal. Neither this Agreement nor any act performed or document executed pursuant to or in furtherance of this Agreement shall be admissible in any proceeding for any purpose, except to enforce the terms of this Agreement, and except that Released Entities may file or use this Agreement in any action (1) involving a determination regarding insurance coverage; (2) involving a determination of the taxable income or tax liability of any Released Entities; (3) to support a defense or counterclaim based on principles of res judicata, collateral estoppel, release, good-faith settlement, judgment bar or reduction or on any other theory of claim preclusion or issue preclusion or similar defense or counterclaim; (4) to support a Claim for contribution and/or indemnification; or (5) to support any other argument or defense by a Released Entities that the Remediation Payment provides a measure of compensation for Alleged Harms or otherwise satisfy the relief sought.

Q.    *Notices.*  All notices or other communications under this Agreement shall be in writing (including, but not limited to, electronic communications) and shall be given to the recipients indicated below:

For the Attorney(s) General:

Josh Stein, Attorney General
North Carolina Department of Justice
Attn: Daniel Mosteller, Deputy General Counsel
PO Box 629
Raleigh, NC 27602
Dmosteller@ncdoj.gov

Dave Yost, Attorney General
Ohio Attorney's General Office
Attn: Jonathan Blanton, First Assistant Attorney General

30 East Broad Street
Columbus, OH 43215
Jonathan.Blanton@OhioAGO.gov

Letitia James, Attorney General
New York State Office of the Attorney General
Attn: Jennifer Levy, First Deputy Attorney General
28 Liberty Street
New York, NY 10005
Jennifer.Levy@ag.ny.gov

For the Plaintiffs' Executive Committee:

Paul T. Farrell, Jr.
Farrell & Fuller, LLP
270 Munoz Rivera Ave., Suite 201
San Juan, Puerto Rico 00918
paul@farrellfuller.com

Jayne Conroy
Simmons Hanly Conroy LLC
112 Madison Avenue, 7th Floor
New York, NY 10016-7416
JConroy@simmonsfirm.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com

For Walmart:

Karen Roberts
Executive Vice President and General Counsel
Walmart, Inc.
702 S.W. 8th Street
Bentonville, AR 72716
Karen.Roberts@walmartlegal.com

Notices to Walmart's attorneys shall be delivered to:

David W. Ogden
Charles C. Speth
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

David.Ogden@wilmerhale.com
Charles.Speth@wilmerhale.com

Brian K. Mahanna
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Brian.Mahanna@wilmerhale.com

Any Party or the Plaintiffs' Executive Committee may change or add the contact information of the persons designated to receive notice on its behalf by notice given (effective upon the giving of such notice) as provided in this Section XII.Q.

      R.     *No Waiver.* The waiver of any rights conferred hereunder shall be effective only if made by written instrument executed by the waiving Party or Parties. The waiver by any Party of any breach of this Agreement shall not be deemed to be or construed as a waiver of any other breach, whether prior, subsequent, or contemporaneous, nor shall such waiver be deemed to be or construed as a waiver by any other Party.

      S.     *Severability.* In the event any one or more immaterial provisions of this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision of this Agreement.

      T.     *Preservation of Privilege.* Nothing contained in this Agreement or any Consent Judgment, and no act required to be performed pursuant to this Agreement or any Consent Judgment, is intended to constitute, cause, or effect any waiver (in whole or in part) of any attorney-client privilege, work product protection, or common interest/joint defense privilege, and each Party and Participating Subdivision agrees that it shall not make or cause to be made in any forum any assertion to the contrary.

      U.     *Successors.*

      1.     This Agreement shall be binding upon, and inure to the benefit of, Walmart and its respective successors and assigns.

      2.     Walmart shall not sell the majority of its voting stock or substantially all its assets without obtaining the acquiror's agreement that it will constitute a successor with respect to Walmart's obligations under this Agreement.

      3.     Walmart shall not in one (1) transaction, or a series of related transactions, sell, or transfer assets (other than sales or transfers of inventories, or sales or transfers to an entity owed directly or indirectly by Walmart) having a fair market value equal to twenty-five percent (25%) or more of the consolidated assets of Walmart where the sale or transfer transaction is announced after the Effective Date, is not for fair consideration, and would foreseeably and unreasonably jeopardize Walmart's ability to make the payments under this Agreement that are due on or before the third Payment Date following the close

of a sale or transfer transaction. The above restriction shall not apply if Walmart obtains the acquiror's agreement that it will be either a guarantor of or successor to the percentage of Walmart's remaining payment obligations under this Agreement equal to the percentage of Walmart's consolidated assets being sold or transferred in such transaction. Percentages under this section shall be determined in accordance with the United States generally accepted accounting principles and as of the date of Walmart's most recent publicly filed consolidated balance sheet prior to the date of entry into the sale or transfer agreement at issue. This Section XII.U.3 shall be enforceable solely by the Enforcement Committee, and any objection under this Section XII.U.3 not raised within twenty (20) calendar days from the date that Walmart transmits notice of the transaction to the Enforcement Committee is waived. Any dispute under this Section XII.U.3 shall be a National Dispute as described in Section VI.F.3 and must be raised exclusively with the National Arbitration Panel as described therein within twenty (20) calendar days of the announcement, and the sole remedy shall be an order enjoining the transaction.

4.    The restrictions set forth in Sections XII.U.2-3 shall expire sixty (60) days after Walmart satisfies the payment terms in Section IV.B.

V.    *Waiver*. Walmart, for good and valuable consideration the receipt of which is acknowledged, hereby (a) waives, foregoes and relinquishes all rights to utilize and/or seek relief under any of the following laws of the State of Texas for the restructuring of its debts or liabilities related to Released Claims, Claims that would have been Released Claims if they had been brought by a Releasor against a Released Entity before the Effective Date, or this Agreement: Tex. Bus. Orgs. Code § 10.003 (Contents of Plan of Merger: More Than One Successor) or any other statute of Subchapter A of Chapter 10 of Tex. Bus. Orgs. Code to the extent such statute relates to multi-successor mergers (and/or any other similar laws or statutes in any other state or territory); Tex. Bus. Orgs. Code §§ 11.01–11.414 (Winding Up and Termination of Domestic Entity); or Tex. Bus. & Com. Code §§ 23.01–23.33 (Assignments for the Benefit of Creditors) (collectively, the "Texas Statutes"), and (b) agrees, warrants and represents that it will not file, request or petition for relief under the Texas Statutes related to its debts or liabilities related to Released Claims, Claims that would have been Released Claims if they had been brought by a Releasor against a Released Entity before the Effective Date, or this Agreement, in each case until ninety (90) days after Walmart satisfies the payment terms in Section IV.B.  The foregoing waiver and relinquishment includes, without limitation, until ninety (90) days after Walmart satisfies the payment terms in Section IV.B, Walmart's rights to execute a divisional merger or equivalent transaction or restructuring related to its debts or liabilities related to Released Claims, Claims that would have been Released Claims if they had been brought by a Releasor against a Released Entity before the Effective Date, or this Agreement that in each case has the intent or foreseeable effect of (i) separating material assets from material liabilities and (ii) assigning or allocating all or a substantial portion of those liabilities to any subsidiary or affiliate that files for relief under chapter 11 of the Bankruptcy Code, or pursuant to which such subsidiary or affiliate that files for relief under chapter 11 of the Bankruptcy Code would be assuming or retaining all or a substantial portion of those liabilities.

W.    *Modification, Amendment, Alteration.*    In the event the Plaintiffs' Executive Committee, the Executive Committee of the State Attorneys General, or Walmart concludes prior to December 1, 2022 that technical corrections are required to this Agreement, the Plaintiffs' Executive Committee, the Executive Committee of the State Attorneys General, and Walmart shall

meet and confer and make such amendments as they agree are appropriate. Except as otherwise provided in this Agreement, after the State Participation Date, any modification, amendment, or alteration of this Agreement by the Parties shall be binding only if evidenced in writing signed by Walmart, along with the signatures of at least two-thirds of the Settling States along with a representation from each such Settling State that either: (1) the Advisory Committee or similar entity established or recognized by that Settling State (either pursuant to Section V.E.2.d, by a State-Subdivision Agreement, or by statute) voted in favor of the modification, amendment or alteration of this Agreement including at least one member appointed by the Participating Subdivisions; or (2) in States without any Advisory Committee, that 50.1% (by population) of the Participating Subdivisions expressed approval of the modification, amendment, or alteration of this Agreement in a writing.

X.      *Termination.*

1.      Unless otherwise agreed to by Walmart and the Settling State in question, this Agreement or the Consent Judgment as to that Settling State and all of its terms (except Section XII.P and any other non-admissibility provisions, which shall continue in full force and effect) shall be canceled and terminated with respect to the Settling State, and the Agreement and all orders issued by the courts in the Settling State pursuant to the Agreement shall become null and void and of no effect, only if one or more of the following conditions applies:

a.      a Consent Judgment approving this Agreement without modification of any of the Agreement's terms has not been entered as to the Settling State by a court of competent jurisdiction on or before one hundred eighty (180) days after the Effective Date; or

b.      this Agreement has been disapproved by a court of competent jurisdiction to which it was presented for approval and/or entry (or, in the event of an appeal from or review of a decision of such a court to approve this Agreement and the Consent Judgment, by the court hearing such appeal or conducting such review), and the time to appeal from such disapproval has expired, or, in the event of an appeal from such disapproval, the appeal has been dismissed or the disapproval has been affirmed by the court of last resort to which such appeal has been taken and such dismissal or disapproval has become no longer subject to further appeal (including, without limitation, review by the United States Supreme Court).

2.      If this Agreement is terminated with respect to a Settling State for whatever reason pursuant to Section XII.X.1, then:

a.      an applicable statute of limitation or any similar time requirement (excluding any statute of repose) shall be tolled from the date the Settling State signed this Agreement until the later of the time permitted by applicable law or for one year from the date of such termination, with the effect that Walmart and the Settling State in question shall be in the same position with respect to the statute of limitation as they were at the time the Settling State filed its action; and

b.      Walmart and the Settling State in question shall jointly move the relevant court of competent jurisdiction for an order reinstating the actions and claims dismissed pursuant to the terms of this Agreement governing dismissal, with the effect that Walmart and the Settling State in question shall be in the same position with respect to those actions and claims as they were at the time the action or claim was stayed or dismissed.

3.      Unless Walmart and the Enforcement Committee agree otherwise, this Agreement, with the exception of the Injunctive Relief Terms that have their own provisions on duration, shall terminate as to all Parties after the Payout Amount in Payment Year 6 is paid, *provided* that Walmart has performed its payment obligations under the Agreement as of that date.  Notwithstanding any other provision in this <u>Section XII.X.3</u> or in this Agreement, all releases under this Agreement will remain effective in perpetuity.

Y.      *Governing Law.*  Except (1) as otherwise provided in this Agreement or (2) as necessary, in the sole judgment of the National Arbitration Panel, to promote uniformity of interpretation for matters within the scope of the National Arbitration Panel's authority, this Agreement shall be governed by and interpreted in accordance with the respective laws of each Settling State, without regard to the conflict of law rules of such Settling State, that is seeking to enforce the Agreement against Walmart or against which Walmart is seeking enforcement. Notwithstanding any other provision in this subsection on governing law, any disputes relating to the Settlement Fund Escrow shall be governed by and interpreted in accordance with the law of the state where the escrow agent has its primary place of business.

# EXHIBIT A

## Alleged Harms

The following expert reports that were filed in connection with the case captioned *In re: National Prescription Opiate Litigation*, No. 1: 17-md-2804 (N.D. Ohio) provide non-exclusive examples of Alleged Harms:

1. Expert report of G. Caleb Alexander, dated April 16, 2021.

2. Expert report of David Cutler, dated April 16, 2021; supplemental expert report of David Cutler, dated April 21, 2021; and second supplemental expert report of David Cutler, dated May 10, 2021.

3. Expert report of David Herzberg, dated April 16, 2021.

4. Expert report of Katherine M. Keyes, Ph.D., dated April 16, 2021; supplemental expert report of Katherine M. Keyes, Ph.D, dated June 2, 2021.

5. Expert report of Dr. Anna Lembke, dated April 16, 2021.

6. Expert report of Harvey Rosen, dated April 16, 2021.

7. Expert report of Nancy Young, dated April 16, 2021.

**EXHIBIT B**

**Enforcement Committee Organization Bylaws**

**ARTICLE I**

These bylaws constitute the code of rules adopted by the Settling States and Participating Subdivisions for the creation of an Enforcement Committee (the "Committee") to exist and operate during the term of the Agreement in connection with Walmart and shall control the regulation and management of the Committee's affairs.

**ARTICLE II**
**Purpose**

The Committee is organized for the sole purpose of evaluating and taking such action as deemed reasonable, necessary, and appropriate by the members of the Committee on the matters delegated to the Committee under that certain Settlement Agreement between the Settling States and Walmart dated November 14, 2022.

**ARTICLE III**
**Members of the Committee**

(1)     **Number of Members**
         The Committee will consist of sixteen (16) members (the "Members").  Upon majority resolution of the Committee, the number of Members may be increased or decreased from time to time, but in no event shall a decrease have the effect of decreasing the total number of Members to less than seven Members.

(2)     **Initial Members**
         The Committee initially will consist of ten (10) Settling State Members and six (6) Participating Subdivision Members; three (3) of the Participating Subdivisions shall be counties and three (3) shall be municipalities.  The initial Settling State Members are representatives from: Connecticut, Delaware, Illinois, Indiana, Louisiana, New York, North Carolina, Ohio, Tennessee, and Texas.  The initial Participating Subdivision Members are: City of Boston, MA; City of Cleveland, OH; LaCrosse County, WI; Louisville/Jefferson County Metropolitan Government, KY; Mobile County, AL; and New York City, NY.  Until fifteen (15) months from the Effective Date contained in the Settlement Agreement, the Participating Subdivisions may designate their outside counsel to serve as their representative.  After fifteen (15) months from the Effective Date, an employee or official of the Participating Subdivision must be the designated as the representative of the Participating Subdivision.

(3)     **Term of Members**
         The term of office for Members of the Committee will be until the end of the term of the Settlement Agreement unless and until a Member withdraws or resigns from the Committee.

**(4)     Resignation**
Any Member may resign at any time by delivering written notice to the Chairperson of the Committee.  Such resignation shall take effect upon receipt or, if later, at the time specified in the notice.

**(5)     Removal**
(a) Any Member may be removed without cause, at any time, by a majority of the entire Committee, at a Regular or Special Meeting called for that purpose.  Any Member under consideration of removal must first be notified about the consideration by written notice at least five days prior to the meeting at which the vote takes place.

(b) In the event that any Member is not a Settling State or a Participating Subdivision or the Member subsequently becomes a Later Litigating Subdivision, the Member shall be removed immediately without notice or vote of the Committee.

**(6)     Vacancies**
In the event of a vacancy, the Members of the same type (Settling State or Participating Subdivision) shall select another Settling State or Participating Subdivision to fill that Member's position.

**(7)     Compensation**
Members shall not receive any salaries or other compensation for their services, but, by resolution of the Committee, may be reimbursed for any actual expenses incurred in the performance of their duties for the Committee, as long as a majority of disinterested Members approve the reimbursement.  Any reimbursement shall be sought from the Settlement Fund Administrator.

**ARTICLE IV**
**Conflicts of Interest and Code of Ethics**

If a Member, agent, or employee of the Committee has a conflict of interest, he or she may not participate in a vote, discussion, or decision about the matter.  Each Member shall follow any applicable state or local law with respect to conflicts, gifts, and ethics.

**ARTICLE V**
**Committee Meetings**

**(1)     Place of Meetings**
Meetings of the Committee will be held at any place that the Chairperson may designate, including by telephonic or electronic means.

**(2)     Regular Meetings**
Regular meetings of the Committee shall be held as deemed necessary by the Chairperson or any three members.

**(3)    Notice of Meetings**
Written notice of the date, time, place and subject of each meeting must be provided to the Members at least 72 hours before the scheduled time of the meeting, except when there is an emergency or urgent public necessity.

**(4)    Quorum**
A majority of the incumbent Members (not counting vacancies) shall constitute a quorum for the purposes of convening a meeting or conducting business.

**(5)    Voting and Proxy**
When it is necessary to vote on any matter before the Committee, Members may vote by electronic means as provided in these Bylaws.  Proxy voting is permitted.  In order for a matter to pass, the matter must have a majority vote of Members present and must have at least one vote from a Settling State Member and a Participating Subdivision Member.  In the event that there is a Quorum, but no Settling State or Participating Subdivision Member is present, then a matter may pass with a simple majority vote.

**(6)    Minutes**
The Committee shall prepare and keep minutes.  The minutes must state the subject of each deliberation and indicate each vote, order, decision, or other action taken.

## ARTICLE VI
## Officers

**(1)    Roster of Officers**
The Committee shall have a Chairperson, a Vice Chairperson, and a Secretary.  The Committee may have at its discretion, such other officers as may be appointed by the Members of the Committee.  One person may hold two or more offices, except those serving as Chairperson.

**(2)    Election and Removal of Officers**
All officers shall serve two-year terms.  The election shall be conducted at the first meeting of the fiscal year.  Officers shall remain in office until their successors have been selected.  Officers may serve consecutive terms without limit.  The election of officers shall be by majority vote of the Members of the Committee attending the meeting.

**(3)    Vacancies**
If a vacancy occurs during the term of office for any elected officer, the Members of the Committee shall elect a new officer to fill the remainder of the term as soon as practical, by majority vote of Members present.

**(4)    Chairperson**
The Chairperson will supervise and control the affairs of the Committee and shall exercise such supervisory powers as may be given him/her by the Members of the Committee.  The Chairperson will perform all duties incident to such office and such other duties as may be provided in these bylaws or as may be prescribed from time to time by the Committee.  The Chairperson shall preside at all meetings and shall exercise parliamentary control in accordance with Robert's Rules of Order.

**(5)    Vice Chairperson**

The Vice Chairperson shall act in place of the Chairperson in the event of the Chairperson's absence, inability, or refusal to act, and shall exercise and discharge such other duties as may be required by the Committee. The Vice Chairperson shall serve as the parliamentarian and interpret any ambiguities of the bylaws.

**(6)    Secretary**

The Secretary will keep and maintain all records related to the Committee and take minutes of all meetings.

**(7)    Records**

All elected officers and committee chairpersons shall relinquish their records to the Chairperson immediately upon the completion of their term of office or completion of a project.

**(8)    Resignation**

An officer may resign the office while not resigning membership from the Committee, by submitting a letter to the Chairperson. Vacancies occurring in any office shall be appointed for the remainder of the term.

## ARTICLE VII
## Duties

**(1)    Prior to the Effective Date**

The Committee shall be responsible for any additional negotiations with Walmart, including, but not limited to, negotiating extensions of any periods created by the Settlement Agreement, except that any additional negotiations related to the Injunctive Relief Terms (Exhibit P) shall be handled by the States Injunctive Relief Committee in accordance with the terms of Exhibit P.

**(2)    After the Effective Date**

The Committee shall establish procedures for the receipt of notices that a dispute exists concerning the Agreement and review of such disputes, pursuant to Section [●] of the Agreement. Members may engage with Walmart, Settling States, and Participating Subdivisions attempting to resolve any dispute without further action by the Committee. The Committee may request additional information from Walmart, Settling States, and Participating Subdivisions to the extent the Committee believes such information is necessary to understand, resolve, or provide advice related to a dispute. The Committee shall endeavor to provide advice relative to the dispute no later than 60 days after receipt of notice.

## ARTICLE VIII
## Rules of Procedure

The proceedings and business of the Committee shall be governed by Robert's Rules of Order unless otherwise waived by the Committee.

# ARTICLE IX
## Operations

**(1)**    **Records**

The Committee will keep correct and complete records and will also keep minutes of the proceedings of the Committee meetings and Committees.  The Committee will keep such records at its principal place of business at a place designated by the Chairperson**.**

All elected officers and committee chairpersons shall relinquish their records to the Chairperson, immediately upon the completion of their term of office.

**(2)**    **Inspection of Books and Records**

The minutes of a meeting are public records and shall be available for public inspection and copying on request to the Committee's Chairperson or the Chairperson's designee.

**(3)**    **Amendments**

The bylaws may be amended at any time by a vote of a majority of Members present and must have at least one vote from a Settling State Member and a Participating Subdivision Member.  In the event that there is a Quorum, but no Settling State or Participating Subdivision Member is present, then a matter may pass with a simple majority vote.

# EXHIBIT C

## Litigating Subdivisions Exhibit

1. Alabaster, City of, Alabama
2. Albertville, City of, Alabama
3. Arab, City of, Alabama
4. Ashville, City of, Alabama
5. Athens, City of, Alabama
6. Attalla, City of, Alabama
7. Auburn, City of, Alabama
8. Baldwin, County of, Alabama
9. Bay Minette, City of, Alabama
10. Berry, Town of, Alabama
11. Bessemer, City of, Alabama
12. Bibb, County of, Alabama
13. Birmingham, City of, Alabama
14. Boaz, City of, Alabama
15. Brewton, City of, Alabama
16. Bridgeport, City of, Alabama
17. Brookwood, Town of, Alabama
18. Butler, Town of, Alabama
19. Calera, City of, Alabama
20. Calhoun, County of, Alabama
21. Camp Hill, Town of, Alabama
22. Carbon Hill, City of, Alabama
23. Cedar Bluff, Town of, Alabama
24. Centre, City of, Alabama
25. Centreville, City of, Alabama
26. Cherokee, County of, Alabama
27. Cherokee, Town of, Alabama
28. Childersburg, City of, Alabama
29. Chilton, County of, Alabama
30. Clanton, City of, Alabama
31. Coffee, County of, Alabama
32. Columbiana, City of, Alabama
33. Cordova, City of, Alabama
34. Cullman, City of, Alabama
35. Cullman, County of, Alabama
36. Dadeville, City of, Alabama
37. Dallas, County of, Alabama
38. Daphne, City of, Alabama
39. Decatur, City of, Alabama
40. Demopolis, City of, Alabama
41. Dora, City of, Alabama
42. Double Springs, Town of, Alabama
43. Douglas, Town of, Alabama
44. East Brewton, City of, Alabama
45. Elmore, County of, Alabama
46. Enterprise, City of, Alabama
47. Etowah, (Sheriff of) County of, Alabama
48. Fairhope, City of, Alabama
49. Fayette, City of, Alabama
50. Fayette, County of, Alabama/ Fayette, (Sheriff of) County of, Alabama
51. Florence, City of, Alabama
52. Foley, City of, Alabama
53. Fort Deposit, Town of, Alabama
54. Fort Payne, City of, Alabama
55. Franklin, County of, Alabama
56. Fultondale, City of, Alabama
57. Gadsden, City of, Alabama
58. Geraldine, Town of, Alabama
59. Gilbertown, Town of, Alabama
60. Grant, Town of, Alabama
61. Graysville, City of, Alabama
62. Guin, City of, Alabama
63. Gulf Shores, City of, Alabama
64. Guntersville, City of, Alabama
65. Haleyville, City of, Alabama
66. Hamilton, City of, Alabama
67. Hartselle, City of, Alabama
68. Helena, City of, Alabama
69. Henagar, City of, Alabama
70. Homewood, City of, Alabama
71. Hueytown, City of, Alabama
72. Huntsville, City of, Alabama
73. Irondale, City of, Alabama
74. J. Paul Jones Hospital, Alabama
75. Jackson, County of, Alabama
76. Jacksonville, City of, Alabama
77. Jasper, City of, Alabama
78. Jefferson, County of, Alabama/ Jefferson, (Sheriff of) County of, Alabama
79. Jefferson County Board of Health, Alabama

80. Lamar, County of, Alabama/ Lamar, (Sheriff of) County of, Alabama
81. Lauderdale, County of, Alabama
82. Lawrence, County of, Alabama
83. Leesburg, City of, Alabama
84. Leighton, Town of, Alabama
85. Lincoln, City of, Alabama
86. Loxley, Town of, Alabama
87. Madison, County of, Alabama
88. Marengo, County of, Alabama
89. Marion, County of, Alabama
90. Marshall, County of, Alabama
91. Millbrook, City of, Alabama
92. Mobile, City of, Alabama
93. Mobile, County of, Alabama
94. Monroe County Health Care Authority d/b/a Monroe County Hospital, Alabama
95. Moody, City of, Alabama
96. Morgan, County of, Alabama
97. Moulton, City of, Alabama
98. Mountain Brook, City of, Alabama
99. Munford, Town of, Alabama
100. Nauvoo, Town of, Alabama
101. New Hope, City of, Alabama
102. Northport, City of, Alabama
103. Oakman, Town of, Alabama
104. Opelika, City of, Alabama
105. Opp, City of, Alabama
106. Ozark, City of, Alabama
107. Parrish, City of/ Town of, Alabama
108. Pelham, City of, Alabama
109. Phenix City, City of, Alabama
110. Pickens, County of, Alabama
111. Piedmont, City of, Alabama
112. Pike, County of, Alabama
113. Pleasant Grove, City of, Alabama
114. Prichard, City of, Alabama
115. Ragland, Town of, Alabama
116. Rainbow City, City of, Alabama
117. Randolph, County of, Alabama
118. Red Bay, City of, Alabama
119. Roanoke, City of, Alabama
120. Robertsdale, City of, Alabama
121. Russellville, City of, Alabama
122. Saraland, City of, Alabama
123. Scottsboro, City of, Alabama
124. Selma, City of, Alabama
125. Semmes, City of, Alabama
126. Sheffield, City of, Alabama
127. Sipsey, Town of, Alabama
128. Slocomb, City of, Alabama
129. Spanish Fort, City of, Alabama
130. Springville, City of, Alabama
131. Sumiton, City of, Alabama
132. Summerdale, Town of, Alabama
133. Sylacauga, City of, Alabama
134. Talladega, County of, Alabama
135. Tallapoosa, County of, Alabama
136. Thomasville, City of, Alabama
137. Troy, City of, Alabama
138. Trussville, City of, Alabama
139. Tuscaloosa, County of, Alabama
140. Tuscumbia, City of, Alabama
141. Vernon, City of, Alabama
142. Vestavia Hills, City of, Alabama
143. Walker, County of, Alabama
144. West Blocton, Town of, Alabama
145. Wetumpka, City of, Alabama
146. Winfield, City of, Alabama
147. Winston, County of, Alabama
148. Woodville, Town of, Alabama
149. Cochise, County of, Arizona
150. Kingman, City of, Arizona
151. Maricopa, County of, Arizona
152. Mohave, County of, Arizona
153. Navajo, County of, Arizona
154. Phoenix, City of, Arizona
155. Pinal, County of, Arizona
156. Prescott, City of, Arizona
157. Yuma, County of, Arizona
158. Jefferson, County of, Arkansas
159. Pulaski, County of, Arkansas
160. Amador, County of, California
161. Board of Education of the Pleasant Valley School District, California
162. Butte, County of, California
163. Calaveras, County of, California
164. Chico, City of, California
165. Chula Vista, City of, California
166. Clearlake, City of, California
167. Del Norte, County of, California

168. El Dorado, County of, California
169. Eureka, City of, California
170. Fresno, County of, California
171. Humboldt, County of, California
172. Huntington Beach, City of, California
173. Imperial, County of, California
174. Inyo, County of, California
175. Laguna Beach, City of, California
176. Lakeport, City of, California
177. Lassen, County of, California
178. Lassen County Office of Education, California
179. Madera, County of, California
180. Mariposa, County of, California
181. Mendocino, County of, California
182. Merced, County of, California
183. Modoc, County of, California
184. Mono, County of, California
185. Monterey, County of, California
186. Nevada, County of, California
187. Placer, County of, California
188. Plumas, County of, California
189. Riverside, County of, California
190. Sacramento, County of, California
191. San Bernardino, County of, California
192. San Diego, County of, California
193. San Jose, City of, California
194. San Leandro Unified School District, California
195. San Luis Obispo, County of, California
196. Santa Barbara, County of, California
197. Santa Clara, County of, California/ Santa Clara, (District Attorney of) County of, California
198. Shasta, County of, California
199. Siskiyou, County of, California
200. Susanville Elementary School District, California
201. Sutter, County of, California
202. Tehama, County of, California
203. Trinity, County of, California
204. Tulare, County of, California
205. Tuolumne, County of, California
206. Yolo, County of, California
207. Yuba, County of, California
208. Adams, (Board of Commissioners) County of, Colorado
209. Alamosa, City of/ Town of, Colorado
210. Alamosa, County of, Colorado
211. Arapahoe, (Board of Commissioners) County of, Colorado
212. Aurora, City of, Colorado
213. Black Hawk, City of, Colorado
214. Boulder, (Board of Commissioners) County of, Colorado
215. Brighton, City of, Colorado
216. Broomfield, City of/ County of, Colorado
217. Chaffee, County of, Colorado
218. Commerce City, City of, Colorado
219. Conejos, County of, Colorado
220. Denver, City of/ County of, Colorado
221. Federal Heights, City of, Colorado
222. Fremont, (Board of Commissioners) County of, Colorado
223. Greeley, City of, Colorado
224. Hudson, Town of, Colorado
225. Jefferson, (Board of Commissioners) County of, Colorado
226. Lakewood, City of, Colorado
227. Larmier, (Board of Commissioners) County of, Colorado
228. Las Animas, County of, Colorado
229. Mesa, County of, Colorado
230. Northglenn, City of, Colorado
231. Otero, County of, Colorado
232. Pueblo, County of, Colorado
233. Sheridan, City of, Colorado
234. Teller, (Board of Commissioners) County of, Colorado
235. Thornton, City of, Colorado
236. Westminster, City of, Colorado
237. Wheat Ridge, City of, Colorado
238. Beacon Falls, Town of, Connecticut
239. Berlin, Town of, Connecticut
240. Bethlehem, Town of, Connecticut

241. Bridgeport, City of, Connecticut
242. Bristol, City of, Connecticut
243. Coventry, Town of, Connecticut
244. East Hartford, Town of, Connecticut
245. Enfield, Town of, Connecticut
246. Fairfield, Town of, Connecticut
247. Middlebury, Town of, Connecticut
248. Middletown, City of, Connecticut
249. Milford, City of/ Town of, Connecticut
250. Monroe, City of/ Town of, Connecticut
251. Naugatuck, Borough of/ Town of, Connecticut
252. New Milford, Town of, Connecticut
253. Newtown, Town of, Connecticut
254. North Haven, Town of, Connecticut
255. Norwich, City of, Connecticut
256. Oxford, Town of, Connecticut
257. Prospect, Town of, Connecticut
258. Roxbury, Town of, Connecticut
259. Seymour, Town of, Connecticut
260. Shelton, City of, Connecticut
261. Southbury, Town of, Connecticut
262. Southington, Town of, Connecticut
263. Stratford, Town of, Connecticut
264. Thomaston, Town of, Connecticut
265. Tolland, Town of, Connecticut
266. Torrington, City of, Connecticut
267. Waterbury, City of, Connecticut
268. West Haven, City of, Connecticut
269. Wethersfield, Town of, Connecticut
270. Windham, Town of, Connecticut
271. Wolcott, Town of, Connecticut
272. Woodbury, Town of, Connecticut
273. Sussex, County of, Delaware
274. Alachua, County of, Florida
275. Apopka, City of, Florida
276. Bay, County of, Florida
277. Big Bend Community Based Care, Inc., Florida
278. Bradenton, City of, Florida
279. Bradford, County of, Florida
280. Brevard, County of, Florida
281. Broward Behavioral Health Coalition, Florida

282. Broward, County of, Florida
283. Central Florida Behavioral Health Network, Inc, Florida
284. Central Florida Cares Health System, Inc., Florida
285. Clay, County of, Florida
286. Clearwater, City of, Florida
287. Coconut Creek, City of, Florida
288. Coral Springs, City of, Florida
289. Daytona Beach, City of, Florida
290. Daytona Beach Shores, City of, Florida
291. Deerfield Beach, City of, Florida
292. Deltona, City of, Florida
293. Dixie, County of, Florida
294. Eatonville, Town of, Florida
295. Escambia, County of, Florida
296. Florida City, City of, Florida
297. Fort Lauderdale, City of, Florida
298. Fort Pierce, City of, Florida
299. Gilchrist, County of, Florida
300. Hallandale Beach, City of, Florida
301. Hamilton, County of, Florida
302. Homestead, City of, Florida
303. Jackson, County of, Florida
304. Lake, County of, Florida
305. Lauderhill, City of, Florida
306. Lee, County of, Florida
307. Lee Memorial Health System, d/b/a Lee Health, Florida
308. Leon, County of, Florida
309. Levy, County of, Florida
310. Lutheran Services Florida, Inc., Florida
311. Lynn Haven, City of, Florida
312. Manatee, County of, Florida
313. Marion, County of, Florida
314. Miami Gardens, City of, Florida
315. Miami-Dade, County of, Florida
316. Miami-Dade County School Board, Florida
317. Miramar, City of, Florida
318. Monroe, County of, Florida
319. New Port Richey, City of, Florida
320. Niceville, City of, Florida
321. North Miami, City of, Florida

322. Ocala, City of, Florida
323. Ocoee, City of, Florida
324. Okaloosa, County of, Florida
325. Orange, County of, Florida
326. Orlando, City of, Florida
327. Ormond Beach, City of, Florida
328. Osceola, County of, Florida
329. Oviedo, City of, Florida
330. Palatka, City of, Florida
331. Palm Bay, City of, Florida
332. Palm Beach, County of, Florida
333. Palmetto, City of, Florida
334. Panama City, City of, Florida
335. Pasco, County of, Florida
336. Pembroke Pines, City of, Florida
337. Pensacola, City of, Florida
338. Pinellas, County of, Florida
339. Pinellas Park, City of, Florida
340. Pompano Beach, City of, Florida
341. Port St. Lucie, City of, Florida
342. Putnam, County of, Florida
343. Putnam County School Board, Florida
344. Sanford, City of, Florida
345. Santa Rosa, County of, Florida
346. Sarasota, City of, Florida
347. Sarasota County Public Hospital District, d/b/a Memorial Healthcare System, Inc., Florida
348. Seminole, County of, Florida
349. Southeast Florida Behavioral Health Network, Inc., Florida
350. St. Augustine, City of, Florida
351. St. Johns, County of, Florida
352. St. Lucie, County of, Florida
353. St. Petersburg, City of, Florida
354. Suwannee, County of, Florida
355. Sweetwater, City of, Florida
356. Tallahassee, City of, Florida
357. Taylor, County of, Florida
358. Union, County of, Florida
359. Volusia, County of, Florida
360. Walton, County of, Florida
361. Albany, City of, Georgia

362. Appling, County of, Georgia/ Appling, (Sheriff of) County of, Georgia
363. Ashburn, City of, Georgia
364. Athens-Clarke County, Unified Government of, Georgia
365. Atlanta, City of, Georgia
366. Augusta-Richmond County, Consolidated Government of, Georgia
367. Bainbridge, City of, Georgia
368. Baldwin, (Sheriff of) County of, Georgia
369. Banks, County of, Georgia
370. Bartow, County of, Georgia
371. Ben Hill, County of, Georgia
372. Bibb, County of, Georgia/ Bibb, (Sheriff of) County of, Georgia
373. Brantley, County of, Georgia
374. Bulloch, County of, Georgia
375. Burke, County of, Georgia
376. Butts, County of, Georgia
377. Calhoun, City of, Georgia
378. Camden, County of, Georgia
379. Candler, County of, Georgia
380. Carroll, County of, Georgia
381. Catoosa, County of, Georgia
382. Charlton, County of, Georgia
383. Chatsworth, City of, Georgia
384. Cherokee, County of, Georgia
385. Clay, County of, Georgia
386. Clayton, County of, Georgia
387. Clinch, County of, Georgia
388. Cobb, County of, Georgia
389. Coffee, (Sheriff of) County of, Georgia
390. Columbia, County of, Georgia
391. Columbus, City of, Georgia
392. Colquitt, County of, Georgia
393. Cook, County of, Georgia
394. Clinch County Hospital Authority, Georgia
395. Crisp, County of, Georgia/ Crisp, (Sheriff of) County of, Georgia
396. Dade, County of, Georgia
397. Dawson, County of, Georgia

398. Dawsonville, City of, Georgia
399. Decatur, County of, Georgia
400. DeKalb, County of, Georgia
401. Dooly, County of, Georgia
402. Dougherty, County of, Georgia
403. Early, County of, Georgia
404. Effingham, County of, Georgia
405. Elbert, County of, Georgia
406. Emanuel, County of, Georgia
407. Evans, County of, Georgia
408. Fayette, County of, Georgia
409. Fitzgerald, City of, Georgia
410. Forsyth, County of, Georgia
411. Fulton, County of, Georgia
412. Gainesville, City of, Georgia
413. Glascock, County of, Georgia
414. Glynn, County of, Georgia/ Glynn, (Sheriff of) County of, Georgia
415. Gordon, County of, Georgia
416. Grady, County of, Georgia
417. Greene, County of, Georgia
418. Gwinnett, County of, Georgia
419. Habersham, County of, Georgia
420. Hall, County of, Georgia
421. Hancock, County of, Georgia
422. Helen, City of, Georgia
423. Henry, County of, Georgia
424. Hospital Authority of Bainbridge and Decatur County, Georgia
425. Houston, County of, Georgia/ Houston, (Sheriff of) County of, Georgia
426. Irwin, County of, Georgia
427. Jackson, City of, Georgia
428. Jackson, County of, Georgia
429. Jasper, County of, Georgia
430. Jeff Davis, County of, Georgia/ Jeff Davis, (Sheriff of) County of, Georgia
431. Jefferson, County of, Georgia
432. Johnson, County of, Georgia
433. Jones, County of, Georgia
434. Laurens, County of, Georgia
435. Lee, County of, Georgia
436. Liberty, County of, Georgia
437. Lincoln, County of, Georgia

438. Long, County of, Georgia
439. Lowndes, County of, Georgia
440. Lumpkin, County of, Georgia
441. Macon-Bibb County, Consolidated Government of, Georgia
442. Madison, County of, Georgia
443. Marietta, City of, Georgia
444. McDonough, City of, Georgia
445. McDuffie, County of, Georgia
446. McIntosh, County of, Georgia
447. Milledgeville, City of, Georgia
448. Monroe, County of, Georgia
449. Montgomery, County of, Georgia
450. Moultrie, City of Georgia
451. Murray, County of, Georgia
452. Newton, County of, Georgia
453. Oconee, County of, Georgia
454. Oglethorpe, County of, Georgia
455. Pike, County of, Georgia
456. Polk, County of, Georgia
457. Pulaski, County of, Georgia
458. Rabun, County of, Georgia
459. Randolph, County of, Georgia
460. Ringgold, City of, Georgia
461. Rockdale, County of, Georgia
462. Rome, City of, Georgia
463. Savannah, City of, Georgia
464. Screven, County of, Georgia
465. Seminole, County of, Georgia
466. Spalding, County of, Georgia
467. Springfield, City of, Georgia
468. Snellville, City of, Georgia
469. Stephens, County of, Georgia
470. Sumter, County of, Georgia
471. Taliaferro, County of, Georgia
472. Tattnall, County of, Georgia
473. Taylor County Hospital District Health Facilities Corporation d/b/a Taylor Regional Hospital, Georgia
474. Telfair, County of, Georgia
475. The Candler County Hospital Authority, Georgia
476. Tift, (Sheriff of) County of, Georgia
477. Tifton, City of, Georgia
478. Toombs, County of, Georgia
479. Towns, County of, Georgia

480. Troup, County of, Georgia
481. Twiggs, County of, Georgia
482. Union, County of, Georgia
483. Valdosta, City of, Georgia
484. Villa Rica, City of, Georgia
485. Walton, County of, Georgia
486. Ware, County of, Georgia/ Ware, (Sheriff of) County of, Georgia
487. Warren, County of, Georgia
488. Washington, County of, Georgia
489. Wayne County Hospital Authority, Georgia
490. Wayne, County of, Georgia/ Wayne, (Sheriff of) County of, Georgia
491. Wilkes, County of, Georgia
492. Winder, City of, Georgia
493. Woodstock, City of, Georgia
494. Worth, County of, Georgia
495. Kaua'i, County of, Hawaii
496. Ada, County of, Idaho
497. Adams, County of, Idaho
498. Bingham, County of, Idaho
499. Blaine, County of, Idaho
500. Boise, County of, Idaho
501. Bonneville, County of, Idaho
502. Camas, County of, Idaho
503. Canyon, County of, Idaho
504. Caribou, County of, Idaho
505. Cassia, County of, Idaho
506. Elmore, County of, Idaho
507. Gooding, County of, Idaho
508. Latah, County of, Idaho
509. Minidoka, County of, Idaho
510. Owyhee, County of, Idaho
511. Payette, County of, Idaho
512. Board of Education of East Aurora, School District 131, Illinois
513. Board of Education of Joliet Township High School, District 204, Illinois
514. Board of Education of Thornton Fractional Township High Schools, District 215, Illinois
515. Board of Education of Thornton Township High Schools, District 205, Illinois
516. Boone, County of, Illinois
517. Bureau, County of, Illinois
518. Calhoun, County of, Illinois
519. Champaign, County of, Illinois
520. Chicago, City of, Illinois
521. Chicago School District No. 299, Illinois
522. Christian, County of, Illinois
523. Coles, County of, Illinois
524. Cook, County of, Illinois
525. Dekalb, County of, Illinois
526. DuPage, County of, Illinois
527. Effingham, County of, Illinois
528. Franklin, County of, Illinois
529. Harrisburg, City of, Illinois
530. Henry, County of, Illinois
531. Herrin, City of, Illinois
532. Jefferson, County of, Illinois
533. Jersey, County of, Illinois
534. Johnson, County of, Illinois
535. Kane, County of, Illinois
536. Kankakee, County of, Illinois
537. Kendall, County of, Illinois
538. Lawrence, County of, Illinois
539. Lee, County of, Illinois
540. Livingston, County of, Illinois
541. Logan, County of, Illinois
542. Macon, County of, Illinois
543. Macoupin, County of, Illinois
544. Marion, City of, Illinois
545. Marion, County of, Illinois
546. McHenry, County of, Illinois
547. Piatt, County of, Illinois
548. Princeton, City of, Illinois
549. Putnam, County of, Illinois
550. Rock Island, County of, Illinois
551. Rockford, City of, Illinois
552. Saline, County of, Illinois
553. Sangamon, County of, Illinois
554. Schuyler, County of, Illinois
555. Shelby, County of, Illinois
556. Stephenson, County of, Illinois
557. Union, County of, Illinois
558. West Frankfort, City of, Illinois
559. White, County of, Illinois
560. Will, County of, Illinois

561. Winnebago, County of, Illinois
562. Alexandria, City of, Indiana
563. Allen, County of, Indiana
564. Atlanta, Town of, Indiana
565. Austin, City of, Indiana
566. Beech Grove, City of, Indiana
567. Benton, County of, Indiana
568. Bloomington, City of, Indiana
569. Brownstown, Town of, Indiana
570. Chandler, Town of, Indiana
571. Connersville, City of, Indiana
572. Danville, Town of, Indiana
573. Delaware, County of, Indiana
574. Elwood, City of, Indiana
575. Evansville, City of, Indiana
576. Fishers, City of, Indiana
577. Fort Wayne, City of, Indiana
578. Franklin, City of, Indiana
579. Franklin, County of, Indiana
580. Gary, City of, Indiana
581. Greenwood, City of, Indiana
582. Hammond, City of, Indiana
583. Harrison, County of, Indiana
584. Howard, County of, Indiana
585. Huntington, City of, Indiana
586. Indianapolis-Marion County, Consolidated Government of, Indiana
587. Jackson, County of, Indiana
588. Jasper, City of, Indiana
589. Jay, County of, Indiana
590. Jeffersonville, City of, Indiana
591. Jennings, County of, Indiana
592. Lafayette, City of, Indiana
593. Lake, County of, Indiana
594. LaPorte, County of, Indiana
595. Lawrence, City of, Indiana
596. Lawrence, County of, Indiana
597. Logansport, City of, Indiana
598. Madison, City of, Indiana
599. Madison, County of, Indiana
600. Marshall, County of, Indiana
601. Martinsville, City of, Indiana
602. Mooresville, Town of, Indiana
603. Monroe, County of, Indiana
604. Morgan, County of, Indiana
605. Muncie, City of, Indiana
606. New Albany, City of, Indiana
607. New Castle, City of, Indiana
608. Noblesville, City of, Indiana
609. Pendleton, Town of, Indiana
610. Plainfield, Town of, Indiana
611. Porter, County of, Indiana
612. Portland, City of, Indiana
613. Pulaski, County of, Indiana
614. Richmond, City of, Indiana
615. Ripley, County of, Indiana
616. Scott, County of, Indiana
617. Seymour, City of, Indiana
618. Sheridan, Town of, Indiana
619. South Bend, City of, Indiana
620. St. Joseph, County of, Indiana
621. Terre Haute, City of, Indiana
622. Tippecanoe, County of, Indiana
623. Upland, Town of, Indiana
624. Vanderburgh, County of, Indiana
625. Vigo, County of, Indiana
626. West Lafayette, City of, Indiana
627. Westfield, City of, Indiana
628. Zionsville, Town of, Indiana
629. Adair, County of, Iowa
630. Adams, County of, Iowa
631. Allamakee, County of, Iowa
632. Appanoose, County of, Iowa
633. Audubon, County of, Iowa
634. Benton, County of, Iowa
635. Black Hawk, County of, Iowa
636. Bremer, County of, Iowa
637. Buchanan, County of, Iowa
638. Buena Vista, County of, Iowa
639. Calhoun, County of, Iowa
640. Carroll, County of, Iowa
641. Cedar, County of, Iowa
642. Cerro Gordo, County of, Iowa
643. Cherokee, County of, Iowa
644. Chickasaw, County of, Iowa
645. Clay, County of, Iowa
646. Clayton, County of, Iowa
647. Clinton, County of, Iowa
648. Dallas, County of, Iowa
649. Delaware, County of, Iowa
650. Des Moines, County of, Iowa

651. Emmet, County of, Iowa
652. Fayette, County of, Iowa
653. Fremont, County of, Iowa
654. Hamilton, County of, Iowa
655. Hancock, County of, Iowa
656. Hardin, County of, Iowa
657. Harrison, County of, Iowa
658. Henry, County of, Iowa
659. Howard, County of, Iowa
660. Humboldt, County of, Iowa
661. Ida, County of, Iowa
662. Jasper, County of, Iowa
663. Johnson, County of, Iowa
664. Jones, County of, Iowa
665. Keokuk, County of, Iowa
666. Lee, County of, Iowa
667. Lyon, County of, Iowa
668. Madison, County of, Iowa
669. Mahaska, County of, Iowa
670. Marion, County of, Iowa
671. Mills, County of, Iowa
672. Mitchell, County of, Iowa
673. Monroe, County of, Iowa
674. Montgomery, County of, Iowa
675. Muscatine, County of, Iowa
676. O'Brien, County of, Iowa
677. Osceola, County of, Iowa
678. Plymouth, County of, Iowa
679. Pocahontas, County of, Iowa
680. Polk, County of, Iowa
681. Pottawattamie, County of, Iowa
682. Poweshiek, County of, Iowa
683. Sac, County of, Iowa
684. Scott, County of, Iowa
685. Shelby, County of, Iowa
686. Sioux, County of, Iowa
687. Tama, County of, Iowa
688. Taylor, County of, Iowa
689. Union, County of, Iowa
690. Webster, County of, Iowa
691. Winnebago, County of, Iowa
692. Winneshiek, County of, Iowa
693. Worth, County of, Iowa
694. Wright, County of, Iowa
695. Allen, County of, Kansas
696. Barber, County of, Kansas
697. Bourbon, County of, Kansas
698. Cherokee, County of, Kansas
699. Cowley, County of, Kansas
700. Crawford, County of, Kansas
701. Dickinson, County of, Kansas
702. Elk, County of, Kansas
703. Elkhardt, City of, Kansas
704. Finney, County of, Kansas/ Finney, (Board of County Commissioners of) County of, Kansas
705. Ford, (Board of County Commissioners of) County of, Kansas
706. Greenwood, County of, Kansas
707. Harvey, County of, Kansas
708. Johnson, County of, Kansas
709. Kansas, City of, Kansas
710. Leavenworth, County of, Kansas
711. Manter, City of, Kansas
712. Meade, County of, Kansas
713. Montgomery, County of, Kansas
714. Morton, County of, Kansas
715. Neosho, County of, Kansas
716. Overland Park, City of, Kansas
717. Pratt, County of, Kansas
718. Reno, County of, Kansas
719. Sedgwick, County of, Kansas
720. Seward, County of, Kansas
721. Stanton, County of, Kansas
722. Ulysses, City of, Kansas
723. Wabaunsee, County of, Kansas
724. Wichita, City of, Kansas
725. Wyandotte, County of, Kansas
726. Adair, County of, Kentucky
727. Anderson, County of, Kentucky
728. Arh Tug Valley Health Services, Inc. f/k/a Highlands Hospital Corporation, Kentucky
729. Baptist Health Madisonville, Inc., Kentucky
730. Bell, County of, Kentucky
731. Bellefonte, City of, Kentucky
732. Benham, City of, Kentucky
733. Board of Education of Breathitt County Public Schools, Kentucky

734. Board of Education of Bullitt County Public Schools, Kentucky
735. Board of Education of Estill County Public Schools, Kentucky
736. Board of Education of Fayette County Public Schools, Kentucky
737. Board of Education of Harrison County Public Schools, Kentucky
738. Board of Education of Hart County Public Schools, Kentucky
739. Board of Education of Jefferson County Public Schools, Kentucky
740. Board of Education of Johnson County Public School District, Kentucky
741. Board of Education of LaRue County Public Schools, Kentucky
742. Board of Education of Lawrence County Public Schools, Kentucky
743. Board of Education of Martin County Public Schools, Kentucky
744. Board of Education of Menifee County Public Schools, Kentucky
745. Board of Education of Owsley County Public Schools, Kentucky
746. Board of Education of Wolfe County Public Schools, Kentucky
747. Boone, County of, Kentucky
748. Bourbon, County of, Kentucky
749. Boyd, County of, Kentucky
750. Boyle, County of, Kentucky
751. Breckinridge, County of, Kentucky
752. Buckhorn, City of, Kentucky
753. Campbell, County of, Kentucky
754. Christian, County of, Kentucky
755. Clark, County of, Kentucky
756. Covington, City of, Kentucky
757. Edmonson, County of, Kentucky
758. Estill, County of, Kentucky
759. Estill County Emergency Medical Services, Kentucky
760. Floyd, County of, Kentucky
761. Franklin, County of, Kentucky
762. Grant, County of, Kentucky
763. Grayson County Hospital Foundation, Inc., Kentucky
764. Green, County of, Kentucky
765. Greenup, City of, Kentucky
766. Hardin, County of, Kentucky
767. Harlan, City of, Kentucky
768. Harlan, County of, Kentucky
769. Henderson, City of, Kentucky
770. Henderson, County of, Kentucky
771. Hopkins, County of, Kentucky
772. Hyden, City of, Kentucky
773. Jenkins, City of, Kentucky
774. Jessamine, County of, Kentucky
775. Kenton, County of, Kentucky
776. Kentucky River District Health Department, Kentucky
777. Knott, County of, Kentucky
778. Knox, County of, Kentucky
779. Lawrence, County of, Kentucky
780. Letcher, County of, Kentucky
781. Lexington-Fayette, Urban County of, Kentucky
782. Lincoln, County of, Kentucky
783. London, City of, Kentucky
784. Louisville/Jefferson, County Metro Government of, Kentucky
785. Loyall, City of, Kentucky
786. Lynch, City of, Kentucky
787. Madison, County of, Kentucky
788. Manchester, City of, Kentucky
789. Marshall, County of, Kentucky
790. McCracken, County of, Kentucky
791. Meade, County of, Kentucky
792. Monroe, County of, Kentucky
793. Montgomery, County of, Kentucky
794. Morehead, City of, Kentucky
795. Ohio, County of, Kentucky
796. Oldham, County of, Kentucky
797. Owsley, County of, Kentucky
798. Paducah, City of, Kentucky
799. Perry, County of, Kentucky
800. Pike, County of, Kentucky
801. Pikeville Medical Center Inc. d/b/a Pikeville Medical Center, Kentucky
802. Pineville, City of, Kentucky
803. Pippa Passes, City of, Kentucky
804. Prestonsburg, City of, Kentucky
805. Pulaski, County of, Kentucky

806. Rowan, County of, Kentucky
807. Russell, City of, Kentucky
808. Scott, County of, Kentucky
809. Shelby, County of, Kentucky
810. South Shore, City of, Kentucky
811. St. Claire Medical Center, Inc., Kentucky
812. The Harrison Memorial Hospital, Inc., Kentucky
813. The Medical Center at Franklin, Inc., Kentucky
814. Union, County of, Kentucky
815. Vanceburg, City of, Kentucky
816. Warren, County of, Kentucky
817. Wayne, County of, Kentucky
818. Whitesburg, City of, Kentucky
819. Whitley, County of, Kentucky
820. Worthington, City of, Kentucky
821. Alexandria, City of, Louisiana
822. Allen, Parish of, Louisiana/ Allen, (Sheriff of) Parish of, Louisiana
823. Acadia-St. Landry Hospital Service District dba Acadia-St. Landry Hospital, Louisiana
824. Ascension, Parish of, Louisiana / Ascension, (Sheriff of) Parish of, Louisiana
825. Ascension Parish School Board, Louisiana
826. Assumption, (Police Jury of) Parish of, Louisiana/ Assumption, (Sheriff of) Parish of, Louisiana
827. Avoyelles, (Police Jury of) Parish of, Louisiana/ Avoyelles, (Sheriff of) Parish of, Louisiana
828. Baldwin, Town of, Louisiana
829. Bastrop, City of, Louisiana
830. Baton Rouge, City of, Louisiana
831. Beauregard, Parish of, Louisiana
832. Benton Fire Protection District No. 4, Louisiana
833. Berwick, Town of, Louisiana
834. Bogalusa, City of, Louisiana
835. Bossier City, City of, Louisiana
836. Bossier, Parish of, Louisiana

837. Bossier Parish Emergency Medical Services Ambulance District, Louisiana
838. Caddo Fire Protection District No. 1, Louisiana
839. Caddo, Parish of, Louisiana
840. Calcasieu, Parish of, Louisiana/ Calcasieu, (Police Jury of) Parish of, Louisiana/ Calcasieu, (Sheriff of) Parish of, Louisiana
841. Caldwell, Parish of, Louisiana
842. Cameron, Parish of, Louisiana
843. Claiborne, Parish of, Louisiana
844. Concordia, Parish of, Louisiana/ Concordia, (Sheriff of) Parish of, Louisiana
845. Delhi, Town of, Louisiana
846. De Soto Fire Protection District No. 8, Louisiana
847. Detroit Wayne, Mental Health Authority, Louisiana
848. Donaldsonville, City of, Louisiana
849. East Baton Rouge, Parish of, Louisiana/ East Baton Rouge, (Sheriff of) Parish of, Louisiana
850. East Carroll, (Sheriff of) Parish of, Louisiana
851. Eunice, City of, Louisiana
852. Evangeline, (Police Jury of) Parish of, Louisiana/ Evangeline, (Sheriff of) Parish of, Louisiana
853. Ferriday, Town of, Louisiana
854. Franklin, City of, Louisiana
855. Franklin, Parish of, Louisiana
856. Gramercy, Town of, Louisiana
857. Grant, Parish of, Louisiana/ Grant, (Sheriff of) Parish of, Louisiana
858. Hospital Service District No. 1 of The Parish of Avoyelles, State of Louisiana, dba Bunkie General Hospital, Louisiana
859. Hospital Service District No. 1 of The Parish of LaSalle, State of Louisiana. dba Hardtner Medical Center, Louisiana

860. Iberia, Parish of, Louisiana/ Iberia, (Sheriff of) Parish of, Louisiana

861. Iberia Parish School Board, Louisiana

862. Jackson, (Police Jury of) Parish of, Louisiana

863. Jefferson Davis, (Police Jury of) Parish of, Louisiana/ Jefferson Davis, (Sheriff of) Parish of, Louisiana

864. Jefferson, Parish of, Louisiana/ Jefferson, (Sheriff of) Parish of, Louisiana

865. Kenner, City of, Louisiana

866. Lafayette, Parish of, Louisiana/ Lafayette, (Sheriff of) Parish of, Louisiana

867. Lafayette General Health System, Inc., Louisiana

868. Lafourche, Parish of, Louisiana

869. Lafourche Parish School Board, Louisiana

870. Lake Charles, City of, Louisiana

871. Lake Providence, Town of, Louisiana

872. LaSalle, Parish of, Louisiana

873. Louisiana State University and Agricultural and Mechanical College, Louisiana

874. Lutcher, Town of, Louisiana

875. Madisonville, Town of, Louisiana

876. Mandeville, City of, Louisiana

877. Monroe, City of, Louisiana

878. Morehouse, (Sheriff of) Parish of, Louisiana

879. Natchitoches, City of, Louisiana/ Natchitoches, Parish of, Louisiana

880. New Iberia, City of, Louisiana

881. New Orleans, City of, Louisiana/ New Orleans, (Sheriff of) City of, Louisiana

882. New Orleans Mission, Inc., Louisiana

883. New Roads, City of, Louisiana

884. North Caddo Hospital District d/b/a North Caddo Medical Center, Louisiana

885. Opelousas, City of, Louisiana

886. Orleans, Parish of, Louisiana/ Orleans, (Sheriff of) Parish of, Louisiana

887. Ouachita, Parish of, Louisiana/ Ouachita, (Police Jury of) Parish of, Louisiana/ Ouachita, (Sheriff of) Parish of, Louisiana

888. Opelousas, General Hospital Authority, a Louisiana Public Trust dba Opelousas General Health System, Louisiana

889. Patterson, City of, Louisiana

890. Pearl River, Town of, Louisiana

891. Pineville, City of, Louisiana

892. Pointe Coupee, Parish of, Louisiana

893. Pointe Coupee Parish Health Services District Number 1, Louisiana

894. Prevost Memorial Hospital, Louisiana

895. Rapides, (District Attorney of) Parish of, Louisiana/ Rapides, (Police Jury of) Parish of, Louisiana

896. Red River Fire Protection District, Louisiana

897. Red River, Parish of, Louisiana

898. Richland, Parish of, Louisiana/ Richland, (Sheriff of) Parish of, Louisiana

899. Richwood, Town of, Louisiana

900. Sabine, (Police Jury of) Parish of, Louisiana/ Sabine, (Sheriff of) Parish of, Louisiana

901. Saint Martinville, City of, Louisiana

902. Shreveport, City of, Louisiana

903. Slidell, City of, Louisiana

904. St. Bernard, Parish of, Louisiana/ St. Bernard, (Sheriff of) Parish of, Louisiana

905. St. Bernard Parish School Board, Louisiana

906. St. Charles, Parish of, Louisiana/ St. Charles, (Sheriff of) Parish of, Louisiana
907. St. James, Parish of, Louisiana
908. St. James Parish School Board, Louisiana
909. St. John the Baptist, Parish of, Louisiana
910. St. Landry, Parish of, Louisiana/ St. Landry, (President of) Parish of, Louisiana/ St. Landry, (Sheriff of) Parish of, Louisiana
911. St. Martin, Parish of, Louisiana
912. St. Mary, Parish of, Louisiana/ St. Mary, (Sheriff of) Parish of, Louisiana
913. St. Mary Parish School Board, Louisiana
914. St. Tammany Fire Protection District No. 1, Louisiana
915. St. Tammany Fire Protection District No. 2, Louisiana
916. St. Tammany Fire Protection District No. 3, Louisiana
917. St. Tammany Fire Protection District No. 4, Louisiana
918. St. Tammany Fire Protection District No. 5, Louisiana
919. St. Tammany Fire Protection District No. 12, Louisiana
920. St. Tammany Fire Protection District No. 13, Louisiana
921. St. Tammany, Parish of, Louisiana/ St. Tammany, (Coroner's Office of) Parish of, Louisiana/ St. Tammany, (Sheriff of) Parish of, Louisiana
922. Tensas, Parish of, Louisiana/ Tensas, (Sheriff of) Parish of, Louisiana
923. Union, Parish of, Louisiana
924. Vermillion, (Police Jury of) Parish of, Louisiana
925. Vernon, (Sheriff of) Parish of, Louisiana
926. Washington, Parish of, Louisiana/ Washington, (Sheriff of) Parish of, Louisiana
927. Webster, Parish of, Louisiana
928. West Ascension Parish Hospital Service District, Louisiana
929. West Ascension Parish Hospital Service District d/b/a Prevost Memorial Hospital, Louisiana
930. West Baton Rouge Fire Protection District No. 1, Louisiana
931. West Baton Rouge, Parish of, Louisiana
932. West Carroll, (Sheriff of) Parish of, Louisiana
933. West Monroe, City of, Louisiana
934. Winn, Parish of, Louisiana/ Winn, (District Attorney of) Parish of, Louisiana
935. Androscoggin, County of, Maine
936. Aroostook, County of, Maine
937. Auburn, City of, Maine
938. Augusta, City of, Maine
939. Bangor, City of, Maine
940. Biddeford, City of, Maine
941. Board of Education of Bangor School Department, Maine
942. Board of Education of Cape Elizabeth School Department, Maine
943. Board of Education of Ellsworth School Department, Maine
944. Board of Education of Maine Regional School Unit 10, Maine
945. Board of Education of Maine Regional School Unit 13, Maine
946. Board of Education of Maine Regional School Unit 25, Maine
947. Board of Education of Maine Regional School Unit 26, Maine
948. Board of Education of Maine Regional School Unit 29, Maine
949. Board of Education of Maine Regional School Unit 34, Maine
950. Board of Education of Maine Regional School Unit 40, Maine
951. Board of Education of Maine Regional School Unit 50, Maine
952. Board of Education of Maine Regional School Unit 57, Maine

953. Board of Education of Maine Regional School Unit 60, Maine
954. Board of Education of Maine Regional School Unit 71, Maine
955. Board of Education of Maine Regional School Unit 9, Maine
956. Board of Education of Maine School Administrative District 11, Maine
957. Board of Education of Maine School Administrative District 15, Maine
958. Board of Education of Maine School Administrative District 28/Five Town Central School District, Maine
959. Board of Education of Maine School Administrative District 35, Maine
960. Board of Education of Maine School Administrative District 44, Maine
961. Board of Education of Maine School Administrative District 53, Maine
962. Board of Education of Maine School Administrative District 55, Maine
963. Board of Education of Maine School Administrative District 6, Maine
964. Board of Education of Maine School Administrative District 61, Maine
965. Board of Education of Maine School Administrative District 72, Maine
966. Board of Education of Portland School Department, Maine
967. Board of Education of Scarborough School Department, Maine
968. Board of Education of South Portland School Department, Maine
969. Board of Education of St. George Municipal School District, Maine
970. Board of Education of Waterville School Department, Maine
971. Calais, City of, Maine
972. Cumberland, County of, Maine
973. Kennebec, County of, Maine
974. Knox, County of, Maine
975. Lewiston, City of, Maine
976. Lincoln, County of, Maine
977. Penobscot, County of, Maine
978. Portland, City of, Maine
979. Rockland, City of, Maine
980. Saco, City of, Maine
981. Sagadahoc, County of, Maine
982. Sanford, City of, Maine
983. Somerset, County of, Maine
984. Waldo, County of, Maine
985. Washington, County of, Maine
986. Waterville, City of, Maine
987. York, County of, Maine
988. Aberdeen, City of, Maryland
989. Allegany, County of, Maryland
990. Baltimore City Board of School Commissioners, Maryland
991. Bel Air, Town of, Maryland
992. Berlin, Town of, Maryland
993. Bowie, City of, Maryland
994. Calvert, County of, Maryland
995. Cambridge, City of, Maryland
996. Caroline, County of, Maryland
997. Cecil, County of, Maryland
998. Charles, County of, Maryland
999. Charlestown, Town of, Maryland
1000. Cumberland, City of, Maryland
1001. Dorchester, County of, Maryland
1002. Frederick, City of, Maryland
1003. Frederick, County of, Maryland
1004. Frostburg, City of, Maryland
1005. Garrett, County of, Maryland
1006. Grantsville, Town of/ City of, Maryland
1007. Hagerstown, City of, Maryland
1008. Harford, County of, Maryland
1009. Havre De Grace, City of, Maryland
1010. Laurel, City of, Maryland
1011. Mountain Lake Park, Town of, Maryland
1012. North East, Town of, Maryland
1013. Oakland, Town of, Maryland
1014. Perryville, Town of, Maryland
1015. Prince George's, County of, Maryland
1016. Rockville, City of, Maryland
1017. Seat Pleasant, City of, Maryland
1018. Somerset, County of, Maryland
1019. St. Mary's, County of, Maryland
1020. Talbot, County of, Maryland
1021. Vienna, Town of, Maryland

1022. Washington, County of, Maryland
1023. Westminster, City of, Maryland
1024. Wicomico, County of, Maryland
1025. Acushnet, Town of, Massachusetts
1026. Agawam, City of, Massachusetts
1027. Amesbury, City of, Massachusetts
1028. Aquinnah, Town of, Massachusetts
1029. Athol, Town of, Massachusetts
1030. Auburn, Town of, Massachusetts
1031. Ayer, Town of, Massachusetts
1032. Barnstable, Town of, Massachusetts
1033. Belchertown, Town of, Massachusetts
1034. Beverly, City of, Massachusetts
1035. Billerica, Town of, Massachusetts
1036. Brewster, Town of, Massachusetts
1037. Bridgewater, Town of, Massachusetts
1038. Brockton, City of, Massachusetts
1039. Brookline, Town of, Massachusetts
1040. Cambridge, City of, Massachusetts
1041. Canton, Town of, Massachusetts
1042. Carver, Town of, Massachusetts
1043. Charlton, Town of, Massachusetts
1044. Chelmsford, Town of, Massachusetts
1045. Chicopee, City of, Massachusetts
1046. Clarksburg, Town of, Massachusetts
1047. Clinton, Town of, Massachusetts
1048. Danvers, Town of, Massachusetts
1049. Dedham, Town of, Massachusetts
1050. Dennis, Town of, Massachusetts
1051. Douglas, Town of, Massachusetts
1052. Dudley, Town of, Massachusetts
1053. East Bridgewater, Town of, Massachusetts
1054. Eastham, Town of, Massachusetts
1055. Easthampton, City of, Massachusetts
1056. Easton, Town of, Massachusetts
1057. Everett, City of, Massachusetts
1058. Fairhaven, Town of, Massachusetts
1059. Falmouth, Town of, Massachusetts
1060. Fitchburg, City of, Massachusetts
1061. Framingham, City of, Massachusetts
1062. Freetown, Town of, Massachusetts
1063. Georgetown, Town of, Massachusetts

1064. Gloucester, City of, Massachusetts
1065. Grafton, Town of, Massachusetts
1066. Greenfield, City of, Massachusetts
1067. Hanson, Town of, Massachusetts
1068. Haverhill, City of, Massachusetts
1069. Holliston, Town of, Massachusetts
1070. Holyoke, City of, Massachusetts
1071. Hopedale, Town of, Massachusetts
1072. Hull, Town of, Massachusetts
1073. Kingston, Town of, Massachusetts
1074. Lakeville, Town of, Massachusetts
1075. Leicester, Town of, Massachusetts
1076. Leominster, City of, Massachusetts
1077. Leverett, Town of, Massachusetts
1078. Longmeadow, Town of, Massachusetts
1079. Lowell, City of, Massachusetts
1080. Ludlow, Town of, Massachusetts
1081. Lunenburg, Town of, Massachusetts
1082. Lynn, City of, Massachusetts
1083. Lynnfield, Town of, Massachusetts
1084. Malden, City of, Massachusetts
1085. Marblehead, Town of, Massachusetts
1086. Marshfield, Town of, Massachusetts
1087. Mashpee, Town of, Massachusetts
1088. Mattapoisett, Town of, Massachusetts
1089. Medford, City of, Massachusetts
1090. Melrose, City of, Massachusetts
1091. Methuen, City of, Massachusetts
1092. Middleborough, Town of, Massachusetts
1093. Milford, Town of, Massachusetts
1094. Millbury, Town of, Massachusetts
1095. Millis, Town of, Massachusetts
1096. Natick, Town of, Massachusetts
1097. New Bedford, Town of/ City of, Massachusetts
1098. Newburyport, City of, Massachusetts
1099. North Adams, City of, Massachusetts
1100. North Andover, Town of, Massachusetts
1101. North Attleborough, Town of, Massachusetts
1102. North Reading, Town of, Massachusetts

1103. Northampton, City of, Massachusetts
1104. Northbridge, Town of, Massachusetts
1105. Norton, Town of, Massachusetts
1106. Norwell, Town of, Massachusetts
1107. Norwood, Town of, Massachusetts
1108. Orange, Town of, Massachusetts
1109. Oxford, Town of, Massachusetts
1110. Palmer, City of, Massachusetts
1111. Peabody, City of, Massachusetts
1112. Pembroke, Town of, Massachusetts
1113. Pittsfield, City of, Massachusetts
1114. Plainville, Town of, Massachusetts
1115. Plymouth, Town of, Massachusetts
1116. Provincetown, Town of, Massachusetts
1117. Randolph, Town of/ City of, Massachusetts
1118. Rehoboth, Town of, Massachusetts
1119. Rockland, Town of, Massachusetts
1120. Salem, City of, Massachusetts
1121. Salisbury, Town of, Massachusetts
1122. Sandwich, Town of, Massachusetts
1123. Scituate, Town of, Massachusetts
1124. Seekonk, Town of, Massachusetts
1125. Sheffield, Town of, Massachusetts
1126. Shirley, Town of, Massachusetts
1127. Somerset, Town of, Massachusetts
1128. South Hadley, Town of, Massachusetts
1129. Southbridge, City of, Massachusetts
1130. Spencer, Town of, Massachusetts
1131. Springfield, City of, Massachusetts
1132. Stoneham, Town of, Massachusetts
1133. Stoughton, Town of, Massachusetts
1134. Sturbridge, Town of, Massachusetts
1135. Sudbury, Town of, Massachusetts
1136. Sutton, Town of, Massachusetts
1137. Swampscott, Town of, Massachusetts
1138. Templeton, Town of, Massachusetts
1139. Tewksbury, Town of, Massachusetts
1140. Truro, Town of, Massachusetts
1141. Tyngsborough, Town of, Massachusetts
1142. Upton, Town of, Massachusetts

1143. Wakefield, Town of, Massachusetts
1144. Walpole, Town of, Massachusetts
1145. Ware, Town of, Massachusetts
1146. Warren, Town of, Massachusetts
1147. Watertown, City of, Massachusetts
1148. Wellfleet, Town of, Massachusetts
1149. West Boylston, Town of, Massachusetts
1150. West Bridgewater, Town of, Massachusetts
1151. West Springfield, City of, Massachusetts
1152. Westborough, Town of, Massachusetts
1153. Westford, Town of, Massachusetts
1154. Williamsburg, Town of, Massachusetts
1155. Wilmington, Town of, Massachusetts
1156. Winchendon, Town of, Massachusetts
1157. Woburn, City of, Massachusetts
1158. Worcester, City of, Massachusetts
1159. Alcona, County of, Michigan
1160. Alger, County of, Michigan
1161. Alpena, County of, Michigan
1162. Antrim, County of, Michigan
1163. Arenac, County of, Michigan
1164. Baraga, County of, Michigan
1165. Benzie, County of, Michigan
1166. Berrien, County of, Michigan
1167. Branch, County of, Michigan
1168. Calhoun, County of, Michigan
1169. Canton, Charter Township of, Michigan
1170. Cass, County of, Michigan
1171. Charlevoix, County of, Michigan
1172. Chippewa, County of, Michigan
1173. Clinton, County of, Michigan
1174. Clinton, Township of, Michigan
1175. Crawford, County of, Michigan
1176. Delta, County of, Michigan
1177. Detroit, City of, Michigan
1178. Dickinson, County of, Michigan
1179. East Lansing, City of, Michigan
1180. Eaton, County of, Michigan

1181. Escanaba, City of, Michigan
1182. Genesee, County of, Michigan
1183. Grand Rapids, City of, Michigan
1184. Grand Traverse, County of, Michigan
1185. Gratiot, County of, Michigan
1186. Hillsdale, County of, Michigan
1187. Houghton, County of, Michigan
1188. Huron Charter Township, Township of, Michigan
1189. Ingham, County of, Michigan
1190. Ionia, County of, Michigan
1191. Iosco, County of, Michigan
1192. Iron, County of, Michigan
1193. Iron Mountain, City of, Michigan
1194. Isabella, County of, Michigan
1195. Jackson, City of, Michigan
1196. Kalamazoo, County of, Michigan
1197. Kent, County of, Michigan
1198. Lake, County of, Michigan
1199. Lansing, City of, Michigan
1200. Leelanau, County of, Michigan
1201. Lenawee, County of, Michigan
1202. Livingston, County of, Michigan
1203. Livonia, City of, Michigan
1204. Luce, County of, Michigan
1205. Macomb, County of, Michigan
1206. Manistee, County of, Michigan
1207. Marquette, County of, Michigan
1208. Mason, County of, Michigan
1209. Monroe, County of, Michigan
1210. Montcalm, County of, Michigan
1211. Montmorency, County of, Michigan
1212. Muskegon, County of, Michigan
1213. Newaygo, County of, Michigan
1214. Northville, City of, Michigan
1215. Northville, Charter Township of, Michigan
1216. Oceana, County of, Michigan
1217. Ogemaw, County of, Michigan
1218. Ontongon, County of, Michigan
1219. Osceola, County of, Michigan
1220. Otsego, County of, Michigan
1221. Pittsfield Charter Township, Township of, Michigan
1222. Pontiac, City of, Michigan
1223. Presque Isle, County of, Michigan
1224. Romulus, City of, Michigan
1225. Roscommon, County of, Michigan
1226. Saginaw, County of, Michigan
1227. Sanilac, County of, Michigan
1228. Sault Ste. Marie, City of, Michigan
1229. Shiawassee, County of, Michigan
1230. St. Clair, County of, Michigan
1231. Traverse, City of, Michigan
1232. Tuscola, County of, Michigan
1233. Van Buren Charter Township, Township of, Michigan
1234. Washtenaw, County of, Michigan
1235. Wayne, City of, Michigan
1236. Wayne, County of, Michigan
1237. Westland, City of, Michigan
1238. Wexford, County of, Michigan
1239. Anoka, County of, Minnesota
1240. Big Stone, County of, Minnesota
1241. Board of Education of Minnetonka School District No. 276, Minnesota
1242. Dakota, County of, Minnesota
1243. Douglas, County of, Minnesota
1244. Itasca, County of, Minnesota
1245. McLeod, County of, Minnesota
1246. Meeker, County of, Minnesota
1247. Morrison, County of, Minnesota
1248. Mower, County of, Minnesota
1249. St. Louis, County of, Minnesota
1250. St. Paul, City of, Minnesota
1251. Washington, County of, Minnesota
1252. Winona, County of, Minnesota
1253. Adams, County of, Mississippi
1254. Alliance Healthcare System, Mississippi
1255. Amite, County of, Mississippi
1256. Amory, City of, Mississippi
1257. Anderson Regional Health System, Mississippi
1258. Arcola, Town of, Mississippi
1259. Bolivar, County of, Mississippi
1260. Brookhaven, City of, Mississippi
1261. Centreville, Town of, Mississippi
1262. Clarksdale, City of, Mississippi
1263. Columbia, City of, Mississippi

1264. Community Hospital of Sharkey Issaquena, Mississippi
1265. Covington, County of, Mississippi
1266. Delta Regional Medical Center, Mississippi
1267. DeSoto, County of, Mississippi
1268. Field Memorial Community Hospital d/b/a Field Health System, Mississippi
1269. Forrest, County of, Mississippi
1270. Greenwood, City of, Mississippi
1271. Greenwood LeFlore Hospital, Mississippi
1272. Grenada, City of, Mississippi
1273. Grenada, County of, Mississippi
1274. Gulfport, City of, Mississippi
1275. Harrison, County of, Mississippi
1276. Hattiesburg, City of, Mississippi
1277. Hinds, County of, Mississippi
1278. Holly Springs, City of, Mississippi
1279. Indianola, City of, Mississippi
1280. Issaquena, County of, Mississippi
1281. Itawamba, County of, Mississippi
1282. Iuka, City of, Mississippi
1283. Jackson, City of, Mississippi
1284. Jonestown, Town of, Mississippi
1285. Lafayette, County of, Mississippi
1286. Laurel, City of, Mississippi
1287. Leflore, County of, Mississippi
1288. Lincoln, County of, Mississippi
1289. Long Beach, City of, Mississippi
1290. Lumberton, City of, Mississippi
1291. Madison, County of, Mississippi
1292. Magnolia Regional Health Center, Mississippi
1293. Marion, County of, Mississippi
1294. Marshall, County of, Mississippi
1295. Memorial Hospital at Gulfport, Mississippi
1296. Meridian, City of, Mississippi
1297. Monroe, County of, Mississippi
1298. Mound Bayou, City of, Mississippi
1299. Neshoba, County of, Mississippi
1300. New Albany, City of, Mississippi
1301. North Sunflower Medical Center, Mississippi
1302. Pascagoula, City of, Mississippi
1303. Pearl River, County of, Mississippi
1304. Pearl River County Hospital, Mississippi
1305. Philadelphia, City of, Mississippi
1306. Prentiss, County of, Mississippi
1307. Regional Medical Center, South Central, Mississippi
1308. Scott, County of, Mississippi
1309. Singing River Health System, Mississippi
1310. Southwest Mississippi Regional Medical Center, Mississippi
1311. Stone, County of, Mississippi
1312. Summit, Town of, Mississippi
1313. Sunflower, County of, Mississippi
1314. Tippah, County of, Mississippi
1315. Tippah County Hospital, Mississippi
1316. Union, County of, Mississippi
1317. Washington, County of, Mississippi
1318. Wiggins, City of, Mississippi
1319. Audrain, County of, Missouri
1320. Barry, County of, Missouri
1321. Barton, County of, Missouri
1322. Boone, County of, Missouri
1323. Buchanan, County of, Missouri
1324. Butler, County of, Missouri
1325. Callaway, County of, Missouri
1326. Camden, County of, Missouri
1327. Cape Girardeau, County of, Missouri
1328. Cass, County of, Missouri
1329. Chariton, County of, Missouri
1330. Christian, County of, Missouri
1331. Citizens Memorial Hospital District, Missouri
1332. Clinton, County of, Missouri
1333. Cole, County of, Missouri
1334. Crawford, County of, Missouri
1335. Dent, County of, Missouri
1336. Douglas, County of, Missouri
1337. Dunklin, County of, Missouri
1338. Franklin, County of, Missouri
1339. Gasconade, County of, Missouri
1340. Greene, County of, Missouri

1341. Harrisonville, Town of, Missouri
1342. Henry, County of, Missouri
1343. Howell, County of, Missouri
1344. Independence, City of, Missouri
1345. Iron, County of, Missouri
1346. Jackson, County of, Missouri
1347. Jasper, County of, Missouri
1348. Jefferson, County of, Missouri
1349. Johnson, County of, Missouri
1350. Joplin, City of, Missouri
1351. Kansas, City of, Missouri
1352. Knox, County of, Missouri
1353. Lafayette, County of, Missouri
1354. Lawrence, County of, Missouri
1355. Lewis, County of, Missouri
1356. Lincoln, County of, Missouri
1357. Livingston, County of, Missouri
1358. Madison, County of, Missouri
1359. Maries, County of, Missouri
1360. McDonald, County of, Missouri
1361. Miller, County of, Missouri
1362. Moniteau, County of, Missouri
1363. Montgomery, County of, Missouri
1364. Morgan, County of, Missouri
1365. Nodaway, County of, Missouri
1366. Osage, County of, Missouri
1367. Ozark, County of, Missouri
1368. Pemiscot, County of, Missouri
1369. Perry, County of, Missouri
1370. Pettis, County of, Missouri
1371. Phelps, County of, Missouri
1372. Pike, County of, Missouri
1373. Polk, County of, Missouri
1374. Pulaski, County of, Missouri
1375. Randolph, County of, Missouri
1376. Ray, County of, Missouri
1377. Reynolds, County of, Missouri
1378. Ripley, County of, Missouri
1379. Schuyler, County of, Missouri
1380. Scott, County of, Missouri
1381. Sedalia, City of, Missouri
1382. Shannon, County of, Missouri
1383. Shelby, County of, Missouri
1384. Springfield, City of, Missouri
1385. St. Charles, County of, Missouri
1386. St. Clair, County of, Missouri

1387. St. Francois, County of, Missouri
1388. St. Joseph, City of, Missouri
1389. St. Louis, County of, Missouri
1390. Ste. Genevieve, County of, Missouri
1391. Stone, County of, Missouri
1392. Taney, County of, Missouri
1393. Texas, County of, Missouri
1394. Vernon, County of, Missouri
1395. Warren, County of, Missouri
1396. Washington, County of, Missouri
1397. Webster, County of, Missouri
1398. Wright, County of, Missouri
1399. Anaconda-Deer Lodge, County of, Montana
1400. Cascade, County of, Montana
1401. Gallatin, County of, Montana
1402. Great Falls, City of, Montana
1403. Lake, County of, Montana
1404. Missoula, City of, Montana
1405. Missoula, County of, Montana
1406. Douglas, County of, Nebraska
1407. Lincoln, County of, Nebraska
1408. Sarpy, County of, Nebraska
1409. South Sioux, City of, Nebraska
1410. Clark, County of, Nevada
1411. Esmeralda, County of, Nevada
1412. Fernley, City of, Nevada
1413. Henderson, City of, Nevada
1414. Humboldt, County of, Nevada
1415. Las Vegas, City of, Nevada
1416. North Las Vegas, City of, Nevada
1417. Nye, County of, Nevada
1418. Sparks, City of, Nevada
1419. Washoe, County of, Nevada
1420. West Wendover, City of, Nevada
1421. Belknap, County of, New Hampshire
1422. Belmont, Town of, New Hampshire
1423. Berlin, City of, New Hampshire
1424. Board of Education of Goshen School District, New Hampshire
1425. Board of Education of Kearsarge Regional School Unit-School Administrative Unit 65, New Hampshire
1426. Board of Education of Lebanon School District, New Hampshire

1427. Board of Education of Pittsfield School District, New Hampshire
1428. Board of Education of Tamworth School District, New Hampshire
1429. Carroll, County of, New Hampshire
1430. Cheshire, County of, New Hampshire
1431. Claremont, City of, New Hampshire
1432. Concord, City of, New Hampshire
1433. Coos, County of, New Hampshire
1434. Derry, Town of, New Hampshire
1435. Franklin, City of, New Hampshire
1436. Grafton, County of, New Hampshire
1437. Hillsborough, County of, New Hampshire
1438. Keene, City of, New Hampshire
1439. Laconia, City of, New Hampshire
1440. Londonderry, Town of, New Hampshire
1441. Manchester, City of, New Hampshire
1442. Nashua, City of, New Hampshire
1443. Rochester, City of, New Hampshire
1444. Rockingham, County of, New Hampshire
1445. Strafford, County of, New Hampshire
1446. Sullivan, County of, New Hampshire
1447. Barnegat, Township of, New Jersey
1448. Bayonne, City of, New Jersey
1449. Burlington, County of, New Jersey
1450. Clifton, City of, New Jersey
1451. Clinton, Town of, New Jersey
1452. Elizabeth, City of, New Jersey
1453. Hudson, County of, New Jersey
1454. Hunterdon, County of, New Jersey
1455. Ocean, County of, New Jersey
1456. Paramus, Borough of, New Jersey
1457. Ridgefield, Borough of, New Jersey
1458. Saddle Brook, Township of, New Jersey
1459. Trenton, City of, New Jersey
1460. Vineland, City of, New Jersey
1461. Albany, City of, New York
1462. Allegany, County of, New York
1463. Amityville, Village of, New York
1464. Amsterdam, City of, New York
1465. Auburn, City of, New York
1466. Babylon, Town of, New York
1467. Bellmore Fire District, New York
1468. Bellport, Village of, New York
1469. Board of Education of Rochester City School District, New York
1470. Brookhaven, Town of, New York
1471. Broome, County of, New York
1472. Buffalo, City of, New York
1473. Centereach Fire District, New York
1474. Centerport Fire District, New York
1475. Clarkstown, Town of, New York
1476. Clinton, County of, New York
1477. Columbia, County of, New York
1478. Cortland, County of, New York
1479. Dutchess, County of, New York
1480. East Hampton, Village of, New York
1481. East Rockaway, Village of, New York
1482. Erie, County of, New York
1483. Erie County Medical Center Corporation, New York
1484. Farmingdale, Village of, New York
1485. Floral Park, Village of, New York
1486. Franklin, County of, New York
1487. Fulton, County of, New York
1488. Garden City, Village of, New York
1489. Genesee, County of, New York
1490. Geneva, City of, New York
1491. Great Neck, Village of, New York
1492. Greene, County of, New York
1493. Greenport, Village of, New York
1494. Hamilton, County of, New York
1495. Hauppauge Fire District, New York
1496. Haverstraw, Town of, New York
1497. Hempstead, Town of, New York
1498. Hempstead, Village of, New York
1499. Herkimer, County of, New York
1500. Herkimer, Village of, New York
1501. Hicksville Water District, New York
1502. Huntington, Town of, New York
1503. Island Park, Village of, New York
1504. Islandia, Village of, New York
1505. Islip Terrace Fire District, New York
1506. Islip, Town of, New York
1507. Ithaca, City of, New York

1508. Jefferson, County of, New York
1509. Kingston, City of, New York
1510. Lackawanna, City of, New York
1511. Lake Grove, Village of, New York
1512. Lawrence, Village of, New York
1513. Levittown Fire District, New York
1514. Lewis, County of, New York
1515. Lindenhurst, Village of, New York
1516. Lloyd Harbor, Village of, New York
1517. Long Beach, City of, New York
1518. Lynbrook, Village of, New York
1519. Massapequa Park, Village of, New York
1520. Melville Fire District, New York
1521. Merrick Library, New York
1522. Mill Neck, Village of, New York
1523. Miller Place Fire District, New York
1524. Monroe, County of, New York
1525. Montgomery, County of, New York
1526. Mount Sinai Fire District, New York
1527. Nassau, County of, New York
1528. Nassau University Medical Center, New York
1529. Nesconset Fire District, New York
1530. New Hyde Park, Village of, New York
1531. New York, City of, New York
1532. Niagara, County of, New York
1533. Nissequogue, Village of, New York
1534. North Hempstead, Town of, New York
1535. North Merrick Fire District, New York
1536. North Patchogue Fire District, New York
1537. Northport, Village of, New York
1538. Ogdensburg, City of, New York
1539. Old Westbury, Village of, New York
1540. Oneida, County of, New York
1541. Onondaga, County of, New York
1542. Ontario, County of, New York
1543. Orange, County of, New York
1544. Orangetown, Town of, New York
1545. Oswego, County of, New York
1546. Oyster Bay, Town of, New York
1547. Patchogue, Village of, New York
1548. Plainview – Old Bethpage Public Library, New York
1549. Plattsburgh, City of, New York
1550. Poquott, Village of, New York
1551. Port Washington North, Village of, New York
1552. Port Washington Water District, New York
1553. Poughkeepsie, City of, New York
1554. Poughkeepsie, Town of, New York
1555. Ramapo, Town of, New York
1556. Rensselaer, County of, New York
1557. Ridge Fire District, New York
1558. Riverhead, Town of, New York
1559. Rockville Centre Public Library. New York
1560. Rochester, City of, New York
1561. Rome, City of, New York
1562. Rosalyn Water District, New York
1563. Saltaire, Village of, New York
1564. Saratoga, County of, New York
1565. Saratoga Springs, City of, New York
1566. Schenectady, City of, New York
1567. Schenectady, County of, New York
1568. Schoharie, County of, New York
1569. Schuyler, County of, New York
1570. Seneca, County of, New York
1571. Smithtown Fire District, New York
1572. Smithtown, Town of, New York
1573. South Farmingdale Fire District, New York
1574. Southampton, Town of, New York
1575. Southold, Town of, New York
1576. Southwestern Central School District, New York
1577. St. James Fire District, New York
1578. St. Lawrence, County of, New York
1579. Steuben, County of, New York
1580. Stewart Manor, Village of, New York
1581. Stony Brook Fire District, New York
1582. Stony Point, City of, New York
1583. Suffern, Village of, New York
1584. Suffolk, County of, New York

1585. Sullivan, County of, New York
1586. Syracuse, City of, New York
1587. The Branch, Village of, New York
1588. The Medical Center at Clinton County, Inc., New York
1589. Tompkins, County of, New York
1590. Troy, City of, New York
1591. Ulster, County of, New York
1592. Uniondale Fire District, New York
1593. Utica, City of, New York
1594. Valley Stream, Village of, New York
1595. Washington, County of, New York
1596. West Hampton Dunes, Village of, New York
1597. West Haverstraw, Village of, New York
1598. West Hempstead Public Library, New York
1599. Westbury, Village of, New York
1600. Westchester, County of, New York
1601. Wyoming, County of, New York
1602. Yonkers, City of, New York
1603. Alamance, County of, North Carolina
1604. Alexander, County of, North Carolina
1605. Anson, County of, North Carolina
1606. Ashe, County of, North Carolina
1607. Beaufort, County of, North Carolina
1608. Bladen, County of, North Carolina
1609. Brunswick, County of, North Carolina
1610. Buncombe, County of, North Carolina
1611. Burke, County of, North Carolina
1612. Cabarrus, County of, North Carolina
1613. Caldwell, County of, North Carolina
1614. Camden, County of, North Carolina
1615. Canton, Town of, North Carolina
1616. Carteret, County of, North Carolina
1617. Caswell, County of, North Carolina
1618. Catawba, County of, North Carolina
1619. Chatham, County of, North Carolina
1620. Cherokee, County of, North Carolina
1621. Cleveland, County of, North Carolina

1622. Columbus, County of, North Carolina
1623. Craven, County of, North Carolina
1624. Cumberland, County of, North Carolina
1625. Dare, County of, North Carolina
1626. Davidson, County of, North Carolina
1627. Davie, County of, North Carolina
1628. Duplin, County of, North Carolina
1629. Durham, County of, North Carolina
1630. Fayetteville, City of, North Carolina
1631. Forsyth, County of, North Carolina
1632. Franklin, County of, North Carolina
1633. Gaston, County of, North Carolina
1634. Granville, County of, North Carolina
1635. Greene, County of, North Carolina
1636. Greensboro, City of, North Carolina
1637. Guilford, County of, North Carolina
1638. Halifax, County of, North Carolina
1639. Haywood, County of, North Carolina
1640. Henderson, City of, North Carolina
1641. Hickory, City of, North Carolina
1642. Iredell, County of, North Carolina
1643. Jacksonville, City of, North Carolina
1644. Lee, County of, North Carolina
1645. Lenoir, County of, North Carolina
1646. Lincoln, County of, North Carolina
1647. Martin, County of, North Carolina
1648. McDowell, County of, North Carolina
1649. Mecklenburg, County of, North Carolina
1650. Mitchell, County of, North Carolina
1651. Moore, County of, North Carolina
1652. New Hanover, County of, North Carolina
1653. Onslow, County of, North Carolina
1654. Orange, County of, North Carolina
1655. Pamlico, County of, North Carolina
1656. Pasquotank, County of, North Carolina
1657. Person, County of, North Carolina
1658. Pitt, County of, North Carolina
1659. Randolph, County of, North Carolina
1660. Richmond, County of, North Carolina

1661. Robeson, County of, North Carolina
1662. Rockingham, County of, North Carolina
1663. Rowan, County of, North Carolina
1664. Rutherford, County of, North Carolina
1665. Sampson, County of, North Carolina
1666. Scotland, County of, North Carolina
1667. Surry, County of, North Carolina
1668. Vance, County of, North Carolina
1669. Watauga, County of, North Carolina
1670. Wayne, County of, North Carolina
1671. Wilkes, County of, North Carolina
1672. Wilmington, City of, North Carolina
1673. Winston-Salem, City of, North Carolina
1674. Barnes, County of, North Dakota
1675. Benson, County of, North Dakota
1676. Bismarck, City of, North Dakota
1677. Burleigh, County of, North Dakota
1678. Devils Lake, City of, North Dakota
1679. Dickey, County of, North Dakota
1680. Dunn, County of, North Dakota
1681. Eddy, County of, North Dakota
1682. Foster, County of, North Dakota
1683. Grand Forks, County of, North Dakota
1684. Lamoure, County of, North Dakota
1685. Lisbon, City of, North Dakota
1686. McKenzie, County of, North Dakota
1687. McLean, County of, North Dakota
1688. Mercer, County of, North Dakota
1689. Mountrail, County of, North Dakota
1690. Pembina, County of, North Dakota
1691. Pierce, County of, North Dakota
1692. Ramsey, County of, North Dakota
1693. Ransom, County of, North Dakota
1694. Richland, County of, North Dakota
1695. Rolette, County of, North Dakota
1696. Sargent, County of, North Dakota
1697. Stark, County of, North Dakota
1698. Towner, County of, North Dakota
1699. Walsh, County of, North Dakota
1700. Ward, County of, North Dakota
1701. Wells, County of, North Dakota
1702. Williams, County of, North Dakota
1703. Adams, County of, Ohio
1704. Akron, City of, Ohio
1705. Allen, County of, Ohio
1706. Alliance, City of, Ohio
1707. Ashland, City of, Ohio
1708. Ashland, County of, Ohio
1709. Ashtabula, County of, Ohio
1710. Athens, County of, Ohio
1711. Auglaize, County of, Ohio
1712. Aurora, City of, Ohio
1713. Barberton, City of, Ohio
1714. Belmont, County of, Ohio
1715. Board of Education of Boardman Local Schools, Ohio
1716. Board of Education of Liberty Local Schools, Ohio
1717. Boston Heights, Village of, Ohio
1718. Boston, Township of, Ohio
1719. Broadview Heights, City of, Ohio
1720. Brooklyn Heights, Village of, Ohio
1721. Butler, County of, Ohio
1722. Canton, City of, Ohio
1723. Champaign, County of, Ohio
1724. Cincinnati, City of, Ohio
1725. Clermont, County of, Ohio
1726. Cleveland, City of, Ohio
1727. Clinton, County of, Ohio
1728. Clinton, Village of, Ohio
1729. Columbiana, County of, Ohio
1730. Copley, Township of, Ohio
1731. Coshocton, County of, Ohio
1732. Coventry, Township of, Ohio
1733. Crawford, County of, Ohio
1734. Cuyahoga, County of, Ohio
1735. Cuyahoga Falls, City of, Ohio
1736. Darke, County of, Ohio
1737. Dayton, City of, Ohio
1738. Delaware, County of, Ohio
1739. East Cleveland, City of, Ohio
1740. Elyria, City of, Ohio
1741. Erie, County of, Ohio
1742. Euclid, City of, Ohio
1743. Fairfield, City of, Ohio
1744. Fairfield, County of, Ohio
1745. Fairlawn, City of, Ohio
1746. Fayette, County of, Ohio

1747. Findlay, City of, Ohio
1748. Four County Board of Alcohol, Drug Addiction and Mental Health Services, Ohio
1749. Franklin, County of, Ohio
1750. Fulton, County of, Ohio
1751. Gallia, County of, Ohio
1752. Garfield Heights, City of, Ohio
1753. Geauga, County of, Ohio
1754. Green, City of, Ohio
1755. Guernsey, County of, Ohio
1756. Hamilton, City of, Ohio
1757. Hamilton, County of, Ohio
1758. Hancock, County of, Ohio
1759. Hardin Memorial Hospital, Ohio
1760. Harrison, County of, Ohio
1761. Hocking, County of, Ohio
1762. Huron, City of, Ohio
1763. Huron, County of, Ohio
1764. Ironton, City of, Ohio
1765. Jackson, County of, Ohio
1766. Jefferson, County of, Ohio
1767. Kent, City of, Ohio
1768. Knox, County of, Ohio
1769. Lake, County of, Ohio
1770. Lakemore, Village of, Ohio
1771. Lawrence, County of, Ohio
1772. Lebanon, City of, Ohio
1773. Lexington, Village of, Ohio
1774. Licking, County of, Ohio
1775. Lima, City of, Ohio
1776. Logan, County of, Ohio
1777. Lorain, City of, Ohio
1778. Lorain, County of, Ohio
1779. Lucas, County of, Ohio
1780. Lyndhurst, City of, Ohio
1781. Macedonia, City of, Ohio
1782. Marietta, City of, Ohio
1783. Marion, County of, Ohio
1784. Massillon, City of, Ohio
1785. Mayfield Heights, City of, Ohio
1786. Meigs, County of, Ohio
1787. Mental Health & Recovery Services Board of Allen, Auglaize, and Hardin Counties, Ohio
1788. Mental Health & Recovery Services Board of Lucas County, Ohio
1789. Mercer, County of, Ohio
1790. Middletown, City of, Ohio
1791. Mogadore, Village of, Ohio
1792. Montgomery, (Board of County Commissioners of) County of, Ohio
1793. Munroe Falls, City of, Ohio
1794. Muskingum, County of, Ohio
1795. New Franklin, City of, Ohio
1796. Newburgh Heights, Village of, Ohio
1797. Noble, County of, Ohio
1798. North Olmsted, City of, Ohio
1799. North Ridgeville, City of, Ohio
1800. North Royalton, City of, Ohio
1801. Norton, City of, Ohio
1802. Olmsted Falls, City of, Ohio
1803. Ottawa, County of, Ohio
1804. Painesville, Township of, Ohio
1805. Parma, City of, Ohio
1806. Parma Heights, City of, Ohio
1807. Peninsula, Village of, Ohio
1808. Pike, County of, Ohio
1809. Portage, County of, Ohio
1810. Portsmouth, City of, Ohio
1811. Ravenna, City of, Ohio
1812. Richfield, Village of, Ohio
1813. Ross, County of, Ohio
1814. Sandusky, County of, Ohio
1815. Scioto, County of, Ohio
1816. Seneca, County of, Ohio
1817. Seven Hills, City of, Ohio
1818. Shelby, County of, Ohio
1819. Silver Lake, Village of, Ohio
1820. Springfield, Township of, Ohio
1821. St. Marys, City of, Ohio
1822. Stark, County of, Ohio
1823. Stow, City of, Ohio
1824. Strongsville, City of, Ohio
1825. Summit, County of, Ohio / Summit, (Public Health District of) County of, Ohio
1826. Tallmadge, City of, Ohio
1827. Toledo, City of, Ohio
1828. Trumbull, County of, Ohio
1829. Tuscarawas, County of, Ohio

1830. Valley Fire District, Ohio
1831. Van Wert, City of, Ohio
1832. Van Wert, County of, Ohio
1833. Warren, City of, Ohio
1834. Warrensville Heights, City of, Ohio
1835. Washington, County of, Ohio
1836. Wayne, County of, Ohio
1837. Wickliffe, City of, Ohio
1838. Williams, County of, Ohio
1839. Wyandot, County of, Ohio
1840. Ada, City of, Oklahoma
1841. Altus, City of, Oklahoma
1842. Anadarko, City of, Oklahoma
1843. Atoka, (Board of County Commissioners of) County of, Oklahoma
1844. Beckham, (Board of County Commissioners of) County of, Oklahoma
1845. Bethany, City of, Oklahoma
1846. Broken Arrow, City of, Oklahoma
1847. Caddo, (Board of County Commissioners of) County of, Oklahoma
1848. Choctaw, (Board of County Commissioners of) County of, Oklahoma
1849. Cimarron, (Board of County Commissioners of) County of, Oklahoma
1850. Cleveland, (Board of County Commissioners of) County of, Oklahoma
1851. Coal, (Board of County Commissioners of) County of, Oklahoma
1852. Collinsville, City of, Oklahoma
1853. Comanche, County of, Oklahoma
1854. Craig, (Board of County Commissioners of) County of, Oklahoma
1855. Creek, (Board of County Commissioners of) County of, Oklahoma
1856. Custer, (Board of County Commissioners of) County of, Oklahoma
1857. Delaware, County of, Oklahoma
1858. Dewey, (Board of County Commissioners of) County of, Oklahoma
1859. Edmond, City of, Oklahoma
1860. El Reno, City of, Oklahoma
1861. Elk City, City of, Oklahoma
1862. Enid, City of, Oklahoma
1863. Garvin, County of, Oklahoma
1864. Grady, (Board of County Commissioners of) County of, Oklahoma
1865. Greer, (Board of County Commissioners of) County of, Oklahoma
1866. Guthrie, City of, Oklahoma
1867. Harmon, (Board of County Commissioners of) County of, Oklahoma
1868. Harper, (Board of County Commissioners of) County of, Oklahoma
1869. Haskell, (Board of County Commissioners of) County of, Oklahoma
1870. Hughes, (Board of County Commissioners of) County of, Oklahoma
1871. Jackson, (Board of County Commissioners of) County of, Oklahoma
1872. Jefferson, (Board of County Commissioners of) County of, Oklahoma
1873. Jenks, City of, Oklahoma
1874. Johnston, (Board of County Commissioners of) County of, Oklahoma
1875. Kay, (Board of County Commissioners of) County of, Oklahoma

1876. Kiowa, (Board of County Commissioners of) County of, Oklahoma
1877. Latimer, (Board of County Commissioners of) County of, Oklahoma
1878. Lawton, City of, Oklahoma
1879. LeFlore, (Board of County Commissioners of) County of, Oklahoma
1880. Lincoln, (Board of County Commissioners of) County of, Oklahoma
1881. Logan, (Board of County Commissioners of) County of, Oklahoma
1882. Love, (Board of County Commissioners of) County of, Oklahoma
1883. Major, (Board of County Commissioners of) County of, Oklahoma
1884. Mayes, (Board of County Commissioners of) County of, Oklahoma
1885. McClain, County of, Oklahoma
1886. McCurtain, (Board of County Commissioners of) County of, Oklahoma
1887. Midwest City, City of, Oklahoma
1888. Muskogee, City of, Oklahoma
1889. Muskogee, (Board of County Commissioners of) County of, Oklahoma
1890. Mustang, City of, Oklahoma
1891. Noble, (Board of County Commissioners of) County of, Oklahoma
1892. Nowata, (Board of County Commissioners of) County of, Oklahoma
1893. Okfuskee, County of, Oklahoma
1894. Oklahoma City, City of, Oklahoma
1895. Oklahoma, County of, Oklahoma
1896. Okmulgee, (Board of County Commissioners of) County of, Oklahoma
1897. Osage, County of, Oklahoma
1898. Ottawa, County of, Oklahoma
1899. Owasso, City of, Oklahoma
1900. Pawnee, County of, Oklahoma
1901. Payne, (Board of County Commissioners of) County of, Oklahoma
1902. Pittsburg, (Board of County Commissioners of) County of, Oklahoma
1903. Ponca City, City of, Oklahoma
1904. Pottawatomie, (Board of County Commissioners of) County of, Oklahoma
1905. Roger Mills, (Board of County Commissioners of) County of, Oklahoma
1906. Rogers, (Board of County Commissioners of) County of, Oklahoma
1907. Seminole, City of, Oklahoma
1908. Seminole, County of, Oklahoma
1909. Shawnee, City of, Oklahoma
1910. Stephens, (Board of County Commissioners of) County of, Oklahoma
1911. Stillwater, City of, Oklahoma
1912. Texas, (Board of County Commissioners of) County of, Oklahoma
1913. Tillman, County of, Oklahoma
1914. Tulsa, City of, Oklahoma
1915. Tulsa, County of, Oklahoma
1916. Washington, (Board of County Commissioners of) County of, Oklahoma
1917. Woods, (Board of County Commissioners of) County of, Oklahoma
1918. Woodward, (Board of County Commissioners of) County of, Oklahoma
1919. Yukon, City of, Oklahoma

1920. Clackamas, County of, Oregon
1921. Clatsop, County of, Oregon
1922. Columbia, County of, Oregon
1923. Coos, County of, Oregon
1924. Jackson, County of, Oregon
1925. Josephine, County of, Oregon
1926. Lane, County of, Oregon
1927. Multnomah, County of, Oregon
1928. Portland, City of, Oregon
1929. Washington, County of, Oregon
1930. Yamhill, County of, Oregon
1931. Adams, County of, Pennsylvania
1932. Allegheny, (District Attorney of) County of, Pennsylvania
1933. Armstrong, County of, Pennsylvania
1934. Beaver, County of, Pennsylvania/ Beaver, (District Attorney of) County of, Pennsylvania
1935. Bedford, County of, Pennsylvania
1936. Bensalem, Township of, Pennsylvania
1937. Berks, (District Attorney of) County of, Pennsylvania
1938. Bradford, County of, Pennsylvania
1939. Bristol, Township of, Pennsylvania
1940. Bucks, County of, Pennsylvania/ Bucks, (District Attorney of) County of, Pennsylvania
1941. Butler, (District Attorney of) County of, Pennsylvania
1942. Cambria, County of, Pennsylvania
1943. Carbon, County of, Pennsylvania
1944. Chester, (District Attorney of) County of, Pennsylvania
1945. Clarion, County of, Pennsylvania
1946. Clearfield, (District Attorney of) County of, Pennsylvania
1947. Clinton, County of, Pennsylvania
1948. Coatesville, City of, Pennsylvania
1949. Columbia, County of, Pennsylvania
1950. Dauphin, County of, Pennsylvania/ Dauphin, (District Attorney of) County of, Pennsylvania
1951. Delaware, County of, Pennsylvania/ Delaware, (District Attorney of) County of, Pennsylvania

1952. Edwardsville, Borough of, Pennsylvania
1953. Erie, County of, Pennsylvania/ Erie, (District Attorney of) County of, Pennsylvania
1954. Exeter, Borough of, Pennsylvania
1955. Fairview, Township of, Pennsylvania
1956. Fayette, County of, Pennsylvania
1957. Forty Fort, Borough of, Pennsylvania
1958. Franklin, County of, Pennsylvania
1959. Greene, County of, Pennsylvania
1960. Hanover, Township of, Pennsylvania
1961. Hazleton, City of, Pennsylvania
1962. Huntingdon, County of, Pennsylvania
1963. Indiana, County of, Pennsylvania
1964. Kingston, Borough of, Pennsylvania
1965. Lackawanna, County of, Pennsylvania
1966. Lawrence, County of, Pennsylvania/ Lawrence, (District Attorney of) County of, Pennsylvania
1967. Lehigh, County of, Pennsylvania/ Lehigh, (District Attorney of) County of, Pennsylvania
1968. Lock Haven, City of, Pennsylvania
1969. Lower Makefield, Township of, Pennsylvania
1970. Luzerne, County of, Pennsylvania
1971. Lycoming, County of, Pennsylvania
1972. Mercer, County of, Pennsylvania
1973. Middletown, Township of, Pennsylvania
1974. Monroe, County of, Pennsylvania
1975. Morrisville, Borough of, Pennsylvania
1976. Nanticoke, City of, Pennsylvania
1977. Newtown, Township of, Pennsylvania
1978. Norristown, Borough of, Pennsylvania
1979. Northampton, County of, Pennsylvania/ Northampton, (District Attorney of) County of, Pennsylvania

1980. Northumberland, County of, Pennsylvania
1981. Philadelphia, City of/ County of, Pennsylvania/ Philadelphia, (District Attorney of) City of/ County of, Pennsylvania
1982. Pike, County of, Pennsylvania
1983. Pittsburgh, City of, Pennsylvania
1984. Plains Township, Township of, Pennsylvania
1985. Schuylkill, County of, Pennsylvania
1986. Sugar Notch, Borough of, Pennsylvania
1987. Tioga, County of, Pennsylvania
1988. Warminster, Township of, Pennsylvania
1989. Warrington, Township of, Pennsylvania
1990. Washington, County of, Pennsylvania
1991. West Norriton, Township of, Pennsylvania
1992. West Pittston, Borough of, Pennsylvania
1993. Westmoreland, County of, Pennsylvania/ Westmoreland, (District Attorney of) County of, Pennsylvania
1994. Wilkes-Barre, City of, Pennsylvania
1995. Wilkes-Barre, Township of, Pennsylvania
1996. Wright, Township of, Pennsylvania
1997. Wyoming, Borough of, Pennsylvania
1998. Wyoming, County of, Pennsylvania/ Wyoming, (District Attorney of) County of, Pennsylvania
1999. Aibonito, Municipality of, Puerto Rico
2000. Aguada, Municipality of, Puerto Rico
2001. Aguadilla, Municipality of, Puerto Rico
2002. Anasco, Municipality of, Puerto Rico
2003. Arecibo, Municipality of, Puerto Rico
2004. Barranquitas, Municipality of, Puerto Rico
2005. Cabo Rojo, Municipality of, Puerto Rico
2006. Camuy, Municipality of, Puerto Rico
2007. Canovanas, Municipality of, Puerto Rico
2008. Cayey, Municipality of, Puerto Rico
2009. Comerio, Municipality of, Puerto Rico
2010. Dorado, Municipality of, Puerto Rico
2011. Fajardo, Municipality of, Puerto Rico
2012. Guanica, Municipality of, Puerto Rico
2013. Guayanilla, Municipality of, Puerto Rico
2014. Hatillo, Municipality of, Puerto Rico
2015. Hormigueros, Municipality of, Puerto Rico
2016. Isabela, Municipality of, Puerto Rico
2017. Jayuya, Municipality of, Puerto Rico
2018. Juana Diaz, Municipality of, Puerto Rico
2019. Juncos, Municipality of, Puerto Rico
2020. Lares, Municipality of, Puerto Rico
2021. Las Marias, Municipality of, Puerto Rico
2022. Loiza, Municipality of, Puerto Rico
2023. Manati, Municipality of, Puerto Rico
2024. Maricao, Municipality of, Puerto Rico
2025. Moca, Municipality of, Puerto Rico
2026. Morovis, Municipality of, Puerto Rico
2027. Orocovis, Municipality of, Puerto Rico
2028. Penuelas, Municipality of, Puerto Rico
2029. Ponce, Municipality of, Puerto Rico
2030. Quebradillas, Municipality of, Puerto Rico
2031. Rincon, Municipality of, Puerto Rico
2032. Rio Grande, Municipality of, Puerto Rico

2033. Sabana Grande, Municipality of, Puerto Rico
2034. Salinas, Municipality of, Puerto Rico
2035. San German, Municipality of, Puerto Rico
2036. San Juan, Municipality of, Puerto Rico
2037. San Lorenzo, Municipality of, Puerto Rico
2038. Santa Isabel, Municipality of, Puerto Rico
2039. Toa Alta, Municipality of, Puerto Rico
2040. Trujilo Alto, Municipality of, Puerto Rico
2041. Vega Alta, Municipality of, Puerto Rico
2042. Yabucoa, Municipality of, Puerto Rico
2043. Burrillville, Town of, Rhode Island
2044. Central Falls, City of, Rhode Island
2045. Charlestown, Town of, Rhode Island
2046. Coventry, Town of, Rhode Island
2047. Cranston, City of, Rhode Island
2048. Cumberland, Town of, Rhode Island
2049. East Greenwich, Town of, Rhode Island
2050. East Providence, City of, Rhode Island
2051. Foster, Town of, Rhode Island
2052. Glocester, Town of, Rhode Island
2053. Hopkinton, Town of, Rhode Island
2054. Jamestown, Town of, Rhode Island
2055. Johnston, Town of, Rhode Island
2056. Middletown, Town of, Rhode Island
2057. Narragansett, Town of, Rhode Island
2058. Newport, City of, Rhode Island
2059. North Kingstown, Town of, Rhode Island
2060. North Providence, Town of, Rhode Island
2061. Pawtucket, City of, Rhode Island
2062. Portsmouth, Town of, Rhode Island
2063. Richmond, Town of, Rhode Island
2064. Scituate, Town of, Rhode Island
2065. Smithfield, Town of, Rhode Island
2066. South Kingstown, Town of, Rhode Island
2067. Warwick, City of, Rhode Island
2068. West Greenwich, Town of, Rhode Island
2069. West Warwick, Town of, Rhode Island
2070. Westerly, Town of, Rhode Island
2071. Woonsocket, City of, Rhode Island
2072. Abbeville, County of, South Carolina
2073. Aiken, County of, South Carolina
2074. Allendale, County of, South Carolina
2075. Anderson, County of, South Carolina
2076. Bamberg, County of, South Carolina
2077. Barnwell, County of, South Carolina
2078. Beaufort, County of, South Carolina
2079. Berkeley, County of, South Carolina
2080. Calhoun, County of, South Carolina
2081. Charleston, City of, South Carolina
2082. Charleston, County of, South Carolina
2083. Cherokee, County of, South Carolina
2084. Chester, City of, South Carolina
2085. Chester, County of, South Carolina
2086. Chesterfield, County of, South Carolina
2087. Clarendon, County of, South Carolina
2088. Colleton, County of, South Carolina
2089. Dillon, County of, South Carolina
2090. Dorchester, County of, South Carolina
2091. Edgefield, County of, South Carolina
2092. Fairfield, County of, South Carolina
2093. Florence, County of, South Carolina
2094. Georgetown, City of, South Carolina
2095. Georgetown, County of, South Carolina
2096. Greenville, County of, South Carolina
2097. Greenwood, County of, South Carolina
2098. Hampton, County of, South Carolina
2099. Horry, County of, South Carolina
2100. Jasper, County of, South Carolina
2101. Kershaw, County of, South Carolina

2102. Lancaster, County of, South Carolina
2103. Laurens, County of, South Carolina
2104. Lee, County of, South Carolina
2105. Lexington, County of, South Carolina
2106. Marion, County of, South Carolina
2107. Marlboro, County of, South Carolina
2108. McCormick, County of, South Carolina
2109. Medical University Of South Carolina, South Carolina
2110. Mt. Pleasant, Town of, South Carolina
2111. Myrtle Beach, City of, South Carolina
2112. Newberry, County of, South Carolina
2113. North Charleston, City of, South Carolina
2114. Oconee, County of, South Carolina
2115. Orangeburg, City of, South Carolina
2116. Orangeburg, County of, South Carolina
2117. Pickens, County of, South Carolina
2118. Richland, County of, South Carolina
2119. Saluda, County of, South Carolina
2120. Spartanburg, County of, South Carolina
2121. Summerville, Town of, South Carolina
2122. Sumter, County of, South Carolina
2123. Union, County of, South Carolina
2124. Williamsburg, County of, South Carolina
2125. York, County of, South Carolina
2126. Pennington, County of, South Dakota
2127. Alexandria, Town of, Tennessee
2128. Algood, City of, Tennessee
2129. Anderson, County of, Tennessee
2130. Arlington, Town of, Tennessee
2131. Baxter, Town of, Tennessee
2132. Bedford, County of, Tennessee
2133. Bledsoe, County of, Tennessee
2134. Blount, County of, Tennessee
2135. Bradley, County of, Tennessee
2136. Campbell, County of, Tennessee
2137. Celina, City of, Tennessee
2138. Centertown, Town of, Tennessee
2139. Claiborne, County of, Tennessee
2140. Clarksville, City of, Tennessee
2141. Clay, County of, Tennessee
2142. Clifton, City of, Tennessee
2143. Cocke, County of, Tennessee
2144. Columbia, City of, Tennessee
2145. Cookeville, City of, Tennessee
2146. Cornersville, Town of, Tennessee
2147. Crossville, City of, Tennessee
2148. Cumberland, County of, Tennessee
2149. Dekalb, County of, Tennessee
2150. Eagleville, City of, Tennessee
2151. Fayetteville, City of, Tennessee
2152. Fentress, County of, Tennessee
2153. Franklin, County of, Tennessee
2154. Gatlinburg, City of, Tennessee
2155. Giles, County of, Tennessee
2156. Grainger, County of, Tennessee
2157. Greene, County of, Tennessee
2158. Grundy, County of, Tennessee
2159. Hamblen County Board of Education, Tennessee
2160. Hamilton, County of, Tennessee
2161. Hancock County Board of Education, Tennessee
2162. Hawkins, County of, Tennessee
2163. Haywood, County of, Tennessee
2164. Henderson, County of, Tennessee
2165. Jefferson, County of, Tennessee
2166. Knox, County of, Tennessee
2167. Knoxville, City of, Tennessee
2168. Lauderdale, County of, Tennessee
2169. Lewisburg, City of, Tennessee
2170. Lexington, City of, Tennessee
2171. Loudon, County of, Tennessee
2172. Madison, County of, Tennessee
2173. Marion, County of, Tennessee
2174. Marshall, County of, Tennessee
2175. McMinn, County of, Tennessee
2176. Meigs, County of, Tennessee
2177. Millington, City of, Tennessee
2178. Monroe, County of, Tennessee
2179. Montgomery, County of, Tennessee

2180. Moore, County of, Tennessee
2181. Mount Pleasant, City of, Tennessee
2182. Murfreesboro, City of, Tennessee
2183. Pickett, County of, Tennessee
2184. Polk, County of, Tennessee
2185. Putnam, County of, Tennessee
2186. Rhea, County of, Tennessee
2187. Roane, County of, Tennessee
2188. Rutherford, County of, Tennessee
2189. Rutledge, City of, Tennessee
2190. Scott, County of, Tennessee
2191. Sequatchie, County of, Tennessee
2192. Sevier, County of, Tennessee
2193. Shelbyville, City of, Tennessee
2194. Smith, County of, Tennessee
2195. Smithville, City of, Tennessee
2196. Sparta, City of, Tennessee
2197. Spencer, City of, Tennessee
2198. Spring Hill, City of, Tennessee
2199. Union, County of, Tennessee
2200. Van Buren, County of, Tennessee
2201. Warren, County of, Tennessee
2202. Wartrace, Town of, Tennessee
2203. Washington, County of, Tennessee
2204. Wayne, County of, Tennessee
2205. White, County of, Tennessee
2206. Williamson, County of, Tennessee
2207. Angelina, County of, Texas
2208. Bailey, County of, Texas
2209. Bexar, County of, Texas
2210. Bowie, County of, Texas
2211. Bowie, Town of, Texas
2212. Brazos, County of, Texas
2213. Burleson, County of, Texas
2214. Cherokee, County of, Texas
2215. Childress, County of, Texas
2216. Clay, County of, Texas
2217. Coryell, County of, Texas
2218. Dallas, County of, Texas
2219. Duval, County of, Texas
2220. Eagle Pass, City of, Texas
2221. Ellis, County of, Texas
2222. Freestone, County of, Texas
2223. Henderson, County of, Texas
2224. Jim Hogg, County of, Texas
2225. Jim Wells, County of, Texas

2226. Johnson, County of, Texas
2227. Jones, County of, Texas
2228. Kaufman, County of, Texas
2229. Kendall, County of, Texas
2230. Kleberg, County of, Texas
2231. Lamar, County of, Texas
2232. Laredo, City of, Texas
2233. Maverick, County of, Texas
2234. McLennan, County of, Texas
2235. Montgomery, County of, Texas
2236. Nolan, County of, Texas
2237. Polk, County of, Texas
2238. Rockwall, County of, Texas
2239. Rusk, County of, Texas
2240. San Antonio, City of, Texas
2241. Smith, County of, Texas
2242. Stephens, County of, Texas
2243. Tarrant, County of, Texas
2244. Titus, County of, Texas
2245. Upshur, County of, Texas
2246. Webb, County of, Texas
2247. Wichita, County of, Texas
2248. Williamson, County of, Texas
2249. Zavala, County of, Texas
2250. Beaver, County of, Utah
2251. Cache, County of, Utah
2252. Daggett, County of, Utah
2253. Duchesne, County of, Utah
2254. Emery, County of, Utah
2255. Garfield, County of, Utah
2256. Juab, County of, Utah
2257. Kane, County of, Utah
2258. Piute, County of, Utah
2259. Rich, County of, Utah
2260. Salt Lake, County of, Utah
2261. Sevier, County of, Utah
2262. Summit, County of, Utah
2263. Tooele, County of, Utah
2264. Uintah, County of, Utah
2265. Utah, County of, Utah
2266. Wasatch, County of, Utah
2267. Washington, County of, Utah
2268. Wayne, County of, Utah
2269. Weber, County of, Utah
2270. Bennington, Town of, Vermont
2271. Brattleboro, Town of, Vermont

2272. Sharon, Town of, Vermont
2273. St. Albans, City of, Vermont
2274. Accomack, County of, Virginia
2275. Alexandria, City of, Virginia
2276. Alleghany, County of, Virginia
2277. Amherst, County of, Virginia
2278. Arlington, County of, Virginia
2279. Botetourt, County of, Virginia
2280. Bristol, City of, Virginia
2281. Buena Vista, City of, Virginia
2282. Charlotte, County of, Virginia
2283. Chesapeake, City of, Virginia
2284. Chesterfield, County of, Virginia
2285. Covington, City of, Virginia
2286. Culpeper, County of, Virginia
2287. Cumberland, County of, Virginia
2288. Danville, City of, Virginia
2289. Dickenson, County of, Virginia
2290. Dinwiddie, County of, Virginia
2291. Emporia, City of, Virginia
2292. Fairfax, City of, Virginia
2293. Fairfax, County of, Virginia
2294. Fauquier, County of, Virginia
2295. Floyd, County of, Virginia
2296. Franklin, County of, Virginia
2297. Frederick, County of, Virginia
2298. Fredericksburg, City of, Virginia
2299. Galax, City of, Virginia
2300. Giles, County of, Virginia
2301. Goochland, County of, Virginia
2302. Greensville, County of, Virginia
2303. Halifax, County of, Virginia
2304. Henrico, County of, Virginia
2305. Henry, County of, Virginia
2306. Hopewell, City of, Virginia
2307. Isle of Wight, County of, Virginia
2308. King and Queen, County of, Virginia
2309. Lee, County of, Virginia
2310. Lexington, City of, Virginia
2311. Loudoun, County of, Virginia
2312. Louisa, County of, Virginia
2313. Madison, County of, Virginia
2314. Mecklenburg, County of, Virginia
2315. Montgomery, County of, Virginia
2316. Norfolk, City of, Virginia
2317. Northampton, County of, Virginia
2318. Northumberland, County of, Virginia
2319. Norton, City of, Virginia
2320. Page, County of, Virginia
2321. Patrick, County of, Virginia
2322. Pittsylvania, County of, Virginia
2323. Prince George, County of, Virginia
2324. Prince William, County of, Virginia
2325. Pulaski, County of, Virginia
2326. Radford, City of, Virginia
2327. Richmond, City of, Virginia
2328. Richmond, County of, Virginia
2329. Roanoke, City of, Virginia
2330. Roanoke, County of, Virginia
2331. Rockbridge, County of, Virginia
2332. Russell, County of, Virginia
2333. Salem, City of, Virginia
2334. Scott, County of, Virginia
2335. Shenandoah, County of, Virginia
2336. Smyth, County of, Virginia
2337. Stafford, County of, Virginia
2338. Tazewell, County of, Virginia
2339. Virginia Beach, City of, Virginia/ Virginia Beach, (Sheriff) City of, Virginia
2340. Warren, County of, Virginia
2341. Washington, County of, Virginia
2342. Waynesboro, City of, Virginia
2343. Westmoreland, County of, Virginia
2344. Winchester, City of, Virginia
2345. Wise, County of, Virginia
2346. Wythe, County of, Virginia
2347. Anacortes, City of, Washington
2348. Bainbridge Island, City of, Washington
2349. Burlington, City of, Washington
2350. Chelan, County of, Washington
2351. Clark, County of, Washington
2352. Clallam, County of, Washington
2353. Everett, City of, Washington
2354. Franklin, County of, Washington
2355. Island, County of, Washington
2356. Jefferson, County of, Washington
2357. Kent, City of, Washington
2358. King, County of, Washington
2359. Kirkland, City of, Washington
2360. Kitsap, County of, Washington

2361. Lakewood, City of, Washington
2362. Lewis, County of, Washington
2363. Pierce, County of, Washington
2364. Skagit, County of, Washington
2365. Spokane, City of, Washington
2366. Spokane, County of, Washington
2367. Snohomish, County of, Washington
2368. Tacoma, City of, Washington
2369. Thurston, County of, Washington
2370. Walla Walla, County of, Washington
2371. Whitman, County of, Washington
2372. Adams, County of, Wisconsin
2373. Ashland, County of, Wisconsin
2374. Barron, County of, Wisconsin
2375. Bayfield, County of, Wisconsin
2376. Brown, County of, Wisconsin
2377. Buffalo, County of, Wisconsin
2378. Burnett, County of, Wisconsin
2379. Calumet, County of, Wisconsin
2380. Chippewa, County of, Wisconsin
2381. Clark, County of, Wisconsin
2382. Columbia, County of, Wisconsin
2383. Crawford, County of, Wisconsin
2384. Dane, County of, Wisconsin
2385. Dodge, County of, Wisconsin
2386. Door, County of, Wisconsin
2387. Douglas, County of, Wisconsin
2388. Dunn, County of, Wisconsin
2389. Eau Claire, County of, Wisconsin
2390. Florence, County of, Wisconsin
2391. Fond du Lac, County of, Wisconsin
2392. Forest, County of, Wisconsin
2393. Grant, County of, Wisconsin
2394. Green, County of, Wisconsin
2395. Green Lake, County of, Wisconsin
2396. Iowa, County of, Wisconsin
2397. Iron, County of, Wisconsin
2398. Jackson, County of, Wisconsin
2399. Jefferson, County of, Wisconsin
2400. Juneau, County of, Wisconsin
2401. Kenosha, City of, Wisconsin
2402. Kenosha, County of, Wisconsin
2403. Kewaunee, County of, Wisconsin
2404. La Crosse, County of, Wisconsin
2405. Lafayette, County of, Wisconsin
2406. Langlade, County of, Wisconsin

2407. Lincoln, County of, Wisconsin
2408. Manitowoc, County of, Wisconsin
2409. Marathon, County of, Wisconsin
2410. Marinette, County of, Wisconsin
2411. Marquette, County of, Wisconsin
2412. Menominee, County of, Wisconsin
2413. Milwaukee, City of, Wisconsin
2414. Milwaukee, County of, Wisconsin
2415. Monroe, County of, Wisconsin
2416. Oconto, County of, Wisconsin
2417. Oneida, County of, Wisconsin
2418. Outagamie, County of, Wisconsin
2419. Ozaukee, County of, Wisconsin
2420. Pepin, County of, Wisconsin
2421. Pierce, County of, Wisconsin
2422. Pleasant Prairie, Village of,
      Wisconsin
2423. Portage, County of, Wisconsin
2424. Price, County of, Wisconsin
2425. Racine, County of, Wisconsin
2426. Richland, County of, Wisconsin
2427. Rock, County of, Wisconsin
2428. Rusk, County of, Wisconsin
2429. Sauk, County of, Wisconsin
2430. Sawyer, County of, Wisconsin
2431. Shawano, County of, Wisconsin
2432. Sheboygan, County of, Wisconsin
2433. St. Croix, County of, Wisconsin
2434. Taylor, County of, Wisconsin
2435. Trempealeau, County of, Wisconsin
2436. Vernon, County of, Wisconsin
2437. Vilas, County of, Wisconsin
2438. Walworth, County of, Wisconsin
2439. Washburn, County of, Wisconsin
2440. Washington, County of, Wisconsin
2441. Waukesha, County of, Wisconsin
2442. Waupaca, County of, Wisconsin
2443. Waushara, County of, Wisconsin
2444. Winnebago, County of, Wisconsin
2445. Wood, County of, Wisconsin
2446. Carbon, County of, Wyoming
2447. Casper, City of, Wyoming
2448. Cheyenne, City of, Wyoming
2449. Green River, City of, Wyoming
2450. Riverton, City of, Wyoming
2451. Rock Springs, City of, Wyoming

2452.   Sweetwater, County of, Wyoming

# **EXHIBIT D**

## **[Intentionally Omitted]**

**List of Opioid Remediation Uses**

**Schedule A**
**Core Strategies**

Settling States and Participating Subdivisions listed on Exhibit G may choose from among the abatement strategies listed in Schedule B. However, priority may be given to the following core abatement strategies ("*Core Strategies*").[1]

**A.    NALOXONE OR OTHER FDA-APPROVED DRUG TO REVERSE OPIOID OVERDOSES**

　　　1.    Expand training for first responders, schools, community support groups and families; and

　　　2.    Increase distribution to individuals who are uninsured or whose insurance does not cover the needed service.

**B.    MEDICATION-ASSISTED TREATMENT *("MAT")* DISTRIBUTION AND OTHER OPIOID-RELATED TREATMENT**

　　　1.    Increase distribution of MAT to individuals who are uninsured or whose insurance does not cover the needed service;

　　　2.    Provide education to school-based and youth-focused programs that discourage or prevent misuse;

　　　3.    Provide MAT education and awareness training to healthcare providers, EMTs, law enforcement, and other first responders; and

　　　4.    Provide treatment and recovery support services such as residential and inpatient treatment, intensive outpatient treatment, outpatient therapy or counseling, and recovery housing that allow or integrate medication and with other support services.

---

[1] As used in this Schedule A, words like "expand," "fund," "provide" or the like shall not indicate a preference for new or existing programs.

C.   **PREGNANT & POSTPARTUM WOMEN**

1.   Expand Screening, Brief Intervention, and Referral to Treatment ("*SBIRT*") services to non-Medicaid eligible or uninsured pregnant women;

2.   Expand comprehensive evidence-based treatment and recovery services, including MAT, for women with cooccurring Opioid Use Disorder ("*OUD*") and other Substance Use Disorder ("*SUD*")/Mental Health disorders for uninsured individuals for up to 12 months postpartum; and

3.   Provide comprehensive wrap-around services to individuals with OUD, including housing, transportation, job placement/training, and childcare.

D.   **EXPANDING TREATMENT FOR NEONATAL ABSTINENCE SYNDROME *("NAS")***

1.   Expand comprehensive evidence-based and recovery support for NAS babies;

2.   Expand services for better continuum of care with infant-need dyad; and

3.   Expand long-term treatment and services for medical monitoring of NAS babies and their families.

E.   **EXPANSION OF WARM HAND-OFF PROGRAMS AND RECOVERY SERVICES**

1.   Expand services such as navigators and on-call teams to begin MAT in hospital emergency departments;

2.   Expand warm hand-off services to transition to recovery services;

3.   Broaden scope of recovery services to include co-occurring SUD or mental health conditions;

4.   Provide comprehensive wrap-around services to individuals in recovery, including housing, transportation, job placement/training, and childcare; and

5.   Hire additional social workers or other behavioral health workers to facilitate expansions above.

**F.    TREATMENT FOR INCARCERATED POPULATION**

1.    Provide evidence-based treatment and recovery support, including MAT for persons with OUD and co-occurring SUD/MH disorders within and transitioning out of the criminal justice system; and

2.    Increase funding for jails to provide treatment to inmates with OUD.

**G.    PREVENTION PROGRAMS**

1.    Funding for media campaigns to prevent opioid use (similar to the FDA's "Real Cost" campaign to prevent youth from misusing tobacco);

2.    Funding for evidence-based prevention programs in schools;

3.    Funding for medical provider education and outreach regarding best prescribing practices for opioids consistent with CDC guidelines, including providers at hospitals (academic detailing);

4.    Funding for community drug disposal programs; and

5.    Funding and training for first responders to participate in prearrest diversion programs, post-overdose response teams, or similar strategies that connect at-risk individuals to behavioral health services and supports.

**H.    EXPANDING SYRINGE SERVICE PROGRAMS**

1.    Provide comprehensive syringe services programs with more wrap-around services, including linkage to OUD treatment, access to sterile syringes and linkage to care and treatment of infectious diseases.

**I.    EVIDENCE-BASED DATA COLLECTION AND RESEARCH ANALYZING THE EFFECTIVENESS OF THE ABATEMENT STRATEGIES WITHIN THE STATE**

**Schedule B**
**Approved Uses**

Support treatment of Opioid Use Disorder (OUD) and any co-occurring Substance Use Disorder or Mental Health (SUD/MH) conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

| PART ONE: TREATMENT |
| --- |

**A.    TREAT OPIOID USE DISORDER (OUD)**

Support treatment of Opioid Use Disorder ("*OUD*") and any co-occurring Substance Use Disorder or Mental Health ("*SUD/MH*") conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:[2]

1.    Expand availability of treatment for OUD and any co-occurring SUD/MH conditions, including all forms of Medication-Assisted Treatment ("*MAT*") approved by the U.S. Food and Drug Administration.

2.    Support and reimburse evidence-based services that adhere to the American Society of Addiction Medicine ("*ASAM*") continuum of care for OUD and any co-occurring SUD/MH conditions.

3.    Expand telehealth to increase access to treatment for OUD and any co-occurring SUD/MH conditions, including MAT, as well as counseling, psychiatric support, and other treatment and recovery support services.

4.    Improve oversight of Opioid Treatment Programs ("*OTPs*") to assure evidence-based or evidence-informed practices such as adequate methadone dosing and low threshold approaches to treatment.

5.    Support mobile intervention, treatment, and recovery services, offered by qualified professionals and service providers, such as peer recovery coaches, for persons with OUD and any co-occurring SUD/MH conditions and for persons who have experienced an opioid overdose.

6.    Provide treatment of trauma for individuals with OUD (*e.g.*, violence, sexual assault, human trafficking, or adverse childhood experiences) and family members (*e.g.*, surviving family members after an overdose or overdose fatality), and training of health care personnel to identify and address such trauma.

7.    Support evidence-based withdrawal management services for people with OUD and any co-occurring mental health conditions.

---

[2] As used in this Schedule B, words like "expand," "fund," "provide" or the like shall not indicate a preference for new or existing programs.

8. Provide training on MAT for health care providers, first responders, students, or other supporting professionals, such as peer recovery coaches or recovery outreach specialists, including telementoring to assist community-based providers in rural or underserved areas.

9. Support workforce development for addiction professionals who work with persons with OUD and any co-occurring SUD/MH conditions.

10. Offer fellowships for addiction medicine specialists for direct patient care, instructors, and clinical research for treatments.

11. Offer scholarships and supports for behavioral health practitioners or workers involved in addressing OUD and any co-occurring SUD/MH or mental health conditions, including, but not limited to, training, scholarships, fellowships, loan repayment programs, or other incentives for providers to work in rural or underserved areas.

12. Provide funding and training for clinicians to obtain a waiver under the federal Drug Addiction Treatment Act of 2000 ("*DATA 2000*") to prescribe MAT for OUD, and provide technical assistance and professional support to clinicians who have obtained a DATA 2000 waiver.

13. Disseminate web-based training curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service-Opioids web-based training curriculum and motivational interviewing.

14. Develop and disseminate new curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service for Medication-Assisted Treatment.

B. **SUPPORT PEOPLE IN TREATMENT AND RECOVERY**

Support people in recovery from OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the programs or strategies that:

1. Provide comprehensive wrap-around services to individuals with OUD and any cooccurring SUD/MH conditions, including housing, transportation, education, job placement, job training, or childcare.

2. Provide the full continuum of care of treatment and recovery services for OUD and any co-occurring SUD/MH conditions, including supportive housing, peer support services and counseling, community navigators, case management, and connections to community-based services.

3. Provide counseling, peer-support, recovery case management and residential treatment with access to medications for those who need it to persons with OUD and any co-occurring SUD/MH conditions.

4.     Provide access to housing for people with OUD and any co-occurring SUD/MH conditions, including supportive housing, recovery housing, housing assistance programs, training for housing providers, or recovery housing programs that allow or integrate FDA-approved mediation with other support services.

5.     Provide community support services, including social and legal services, to assist in deinstitutionalizing persons with OUD and any co-occurring SUD/MH conditions.

6.     Support or expand peer-recovery centers, which may include support groups, social events, computer access, or other services for persons with OUD and any cooccurring SUD/MH conditions.

7.     Provide or support transportation to treatment or recovery programs or services for persons with OUD and any co-occurring SUD/MH conditions.

8.     Provide employment training or educational services for persons in treatment for or recovery from OUD and any co-occurring SUD/MH conditions.

9.     Identify successful recovery programs such as physician, pilot, and college recovery programs, and provide support and technical assistance to increase the number and capacity of high-quality programs to help those in recovery.

10.    Engage non-profits, faith-based communities, and community coalitions to support people in treatment and recovery and to support family members in their efforts to support the person with OUD in the family.

11.    Provide training and development of procedures for government staff to appropriately interact and provide social and other services to individuals with or in recovery from OUD, including reducing stigma.

12.    Support stigma reduction efforts regarding treatment and support for persons with OUD, including reducing the stigma on effective treatment.

13.    Create or support culturally appropriate services and programs for persons with OUD and any co-occurring SUD/MH conditions, including new Americans.

14.    Create and/or support recovery high schools.

15.    Hire or train behavioral health workers to provide or expand any of the services or supports listed above.

C.     **CONNECT PEOPLE WHO NEED HELP TO THE HELP THEY NEED (CONNECTIONS TO CARE)**

Provide connections to care for people who have—or are at risk of developing—OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1. Ensure that health care providers are screening for OUD and other risk factors and know how to appropriately counsel and treat (or refer if necessary) a patient for OUD treatment.

2. Fund SBIRT programs to reduce the transition from use to disorders, including SBIRT services to pregnant women who are uninsured or not eligible for Medicaid.

3. Provide training and long-term implementation of SBIRT in key systems (health, schools, colleges, criminal justice, and probation), with a focus on youth and young adults when transition from misuse to opioid disorder is common.

4. Purchase automated versions of SBIRT and support ongoing costs of the technology.

5. Expand services such as navigators and on-call teams to begin MAT in hospital emergency departments.

6. Provide training for emergency room personnel treating opioid overdose patients on post-discharge planning, including community referrals for MAT, recovery case management or support services.

7. Support hospital programs that transition persons with OUD and any co-occurring SUD/MH conditions, or persons who have experienced an opioid overdose, into clinically appropriate follow-up care through a bridge clinic or similar approach.

8. Support crisis stabilization centers that serve as an alternative to hospital emergency departments for persons with OUD and any co-occurring SUD/MH conditions or persons that have experienced an opioid overdose.

9. Support the work of Emergency Medical Systems, including peer support specialists, to connect individuals to treatment or other appropriate services following an opioid overdose or other opioid-related adverse event.

10. Provide funding for peer support specialists or recovery coaches in emergency departments, detox facilities, recovery centers, recovery housing, or similar settings; offer services, supports, or connections to care to persons with OUD and any co-occurring SUD/MH conditions or to persons who have experienced an opioid overdose.

11. Expand warm hand-off services to transition to recovery services.

12. Create or support school-based contacts that parents can engage with to seek immediate treatment services for their child; and support prevention, intervention, treatment, and recovery programs focused on young people.

13. Develop and support best practices on addressing OUD in the workplace.

14. Support assistance programs for health care providers with OUD.

15. Engage non-profits and the faith community as a system to support outreach for treatment.

16. Support centralized call centers that provide information and connections to appropriate services and supports for persons with OUD and any co-occurring SUD/MH conditions.

## D. ADDRESS THE NEEDS OF CRIMINAL JUSTICE-INVOLVED PERSONS

Address the needs of persons with OUD and any co-occurring SUD/MH conditions who are involved in, are at risk of becoming involved in, or are transitioning out of the criminal justice system through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1. Support pre-arrest or pre-arraignment diversion and deflection strategies for persons with OUD and any co-occurring SUD/MH conditions, including established strategies such as:

   1. Self-referral strategies such as the Angel Programs or the Police Assisted Addiction Recovery Initiative ("*PAARI*");

   2. Active outreach strategies such as the Drug Abuse Response Team ("*DART*") model;

   3. "Naloxone Plus" strategies, which work to ensure that individuals who have received naloxone to reverse the effects of an overdose are then linked to treatment programs or other appropriate services;

   4. Officer prevention strategies, such as the Law Enforcement Assisted Diversion ("*LEAD*") model;

   5. Officer intervention strategies such as the Leon County, Florida Adult Civil Citation Network or the Chicago Westside Narcotics Diversion to Treatment Initiative; or

   6. Co-responder and/or alternative responder models to address OUD-related 911 calls with greater SUD expertise.

2. Support pre-trial services that connect individuals with OUD and any co-occurring SUD/MH conditions to evidence-informed treatment, including MAT, and related services.

3. Support treatment and recovery courts that provide evidence-based options for persons with OUD and any co-occurring SUD/MH conditions.

4.      Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any cooccurring SUD/MH conditions who are incarcerated in jail or prison.

5.      Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any cooccurring SUD/MH conditions who are leaving jail or prison or have recently left jail or prison, are on probation or parole, are under community corrections supervision, or are in re-entry programs or facilities.

6.      Support critical time interventions ("*CTI*"), particularly for individuals living with dual-diagnosis OUD/serious mental illness, and services for individuals who face immediate risks and service needs and risks upon release from correctional settings.

7.      Provide training on best practices for addressing the needs of criminal justice-involved persons with OUD and any co-occurring SUD/MH conditions to law enforcement, correctional, or judicial personnel or to providers of treatment, recovery, harm reduction, case management, or other services offered in connection with any of the strategies described in this section.

E.      **ADDRESS THE NEEDS OF PREGNANT OR PARENTING WOMEN AND THEIR FAMILIES, INCLUDING BABIES WITH NEONATAL ABSTINENCE SYNDROME**

Address the needs of pregnant or parenting women with OUD and any co-occurring SUD/MH conditions, and the needs of their families, including babies with neonatal abstinence syndrome ("*NAS*"), through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1.      Support evidence-based or evidence-informed treatment, including MAT, recovery services and supports, and prevention services for pregnant women—or women who could become pregnant—who have OUD and any co-occurring SUD/MH conditions, and other measures to educate and provide support to families affected by Neonatal Abstinence Syndrome.

2.      Expand comprehensive evidence-based treatment and recovery services, including MAT, for uninsured women with OUD and any co-occurring SUD/MH conditions for up to 12 months postpartum.

3.      Provide training for obstetricians or other healthcare personnel who work with pregnant women and their families regarding treatment of OUD and any co-occurring SUD/MH conditions.

4.      Expand comprehensive evidence-based treatment and recovery support for NAS babies; expand services for better continuum of care with infant-need dyad; and expand long-term treatment and services for medical monitoring of NAS babies and their families.

5.	Provide training to health care providers who work with pregnant or parenting women on best practices for compliance with federal requirements that children born with NAS get referred to appropriate services and receive a plan of safe care.

6.	Provide child and family supports for parenting women with OUD and any cooccurring SUD/MH conditions.

7.	Provide enhanced family support and child care services for parents with OUD and any co-occurring SUD/MH conditions.

8.	Provide enhanced support for children and family members suffering trauma as a result of addiction in the family; and offer trauma-informed behavioral health treatment for adverse childhood events.

9.	Offer home-based wrap-around services to persons with OUD and any co-occurring SUD/MH conditions, including, but not limited to, parent skills training.

10.	Provide support for Children's Services—Fund additional positions and services, including supportive housing and other residential services, relating to children being removed from the home and/or placed in foster care due to custodial opioid use.

---

PART TWO: PREVENTION

---

**F.	PREVENT OVER-PRESCRIBING AND ENSURE APPROPRIATE PRESCRIBING AND DISPENSING OF OPIOIDS**

Support efforts to prevent over-prescribing and ensure appropriate prescribing and dispensing of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1.	Funding medical provider education and outreach regarding best prescribing practices for opioids consistent with the Guidelines for Prescribing Opioids for Chronic Pain from the U.S. Centers for Disease Control and Prevention, including providers at hospitals (academic detailing).

2.	Training for health care providers regarding safe and responsible opioid prescribing, dosing, and tapering patients off opioids.

3.	Continuing Medical Education (CME) on appropriate prescribing of opioids.

4.	Providing Support for non-opioid pain treatment alternatives, including training providers to offer or refer to multi-modal, evidence-informed treatment of pain.

5.	Supporting enhancements or improvements to Prescription Drug Monitoring Programs ("*PDMPs*"), including, but not limited to, improvements that:

1.    Increase the number of prescribers using PDMPs;

2.    Improve point-of-care decision-making by increasing the quantity, quality, or format of data available to prescribers using PDMPs, by improving the interface that prescribers use to access PDMP data, or both; or

3.    Enable states to use PDMP data in support of surveillance or intervention strategies, including MAT referrals and follow-up for individuals identified within PDMP data as likely to experience OUD in a manner that complies with all relevant privacy and security laws and rules.

6.    Ensuring PDMPs incorporate available overdose/naloxone deployment data, including the United States Department of Transportation's Emergency Medical Technician overdose database in a manner that complies with all relevant privacy and security laws and rules.

7.    Increasing electronic prescribing to prevent diversion or forgery.

8.    Educating dispensers on appropriate opioid dispensing.

**G.    <u>PREVENT MISUSE OF OPIOIDS</u>**

Support efforts to discourage or prevent misuse of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1.    Funding media campaigns to prevent opioid misuse.

2.    Corrective advertising or affirmative public education campaigns based on evidence.

3.    Public education relating to drug disposal.

4.    Drug take-back disposal or destruction programs.

5.    Funding community anti-drug coalitions that engage in drug prevention efforts.

6.    Supporting community coalitions in implementing evidence-informed prevention, such as reduced social access and physical access, stigma reduction—including staffing, educational campaigns, support for people in treatment or recovery, or training of coalitions in evidence-informed implementation, including the Strategic Prevention Framework developed by the U.S. Substance Abuse and Mental Health Services Administration ("*SAMHSA*").

7.    Engaging non-profits and faith-based communities as systems to support prevention.

8.   Funding evidence-based prevention programs in schools or evidence-informed school and community education programs and campaigns for students, families, school employees, school athletic programs, parent-teacher and student associations, and others.

9.   School-based or youth-focused programs or strategies that have demonstrated effectiveness in preventing drug misuse and seem likely to be effective in preventing the uptake and use of opioids.

10.  Create or support community-based education or intervention services for families, youth, and adolescents at risk for OUD and any co-occurring SUD/MH conditions.

11.  Support evidence-informed programs or curricula to address mental health needs of young people who may be at risk of misusing opioids or other drugs, including emotional modulation and resilience skills.

12.  Support greater access to mental health services and supports for young people, including services and supports provided by school nurses, behavioral health workers or other school staff, to address mental health needs in young people that (when not properly addressed) increase the risk of opioid or another drug misuse.

## H.   PREVENT OVERDOSE DEATHS AND OTHER HARMS (HARM REDUCTION)

Support efforts to prevent or reduce overdose deaths or other opioid-related harms through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1.   Increased availability and distribution of naloxone and other drugs that treat overdoses for first responders, overdose patients, individuals with OUD and their friends and family members, schools, community navigators and outreach workers, persons being released from jail or prison, or other members of the general public.

2.   Public health entities providing free naloxone to anyone in the community.

3.   Training and education regarding naloxone and other drugs that treat overdoses for first responders, overdose patients, patients taking opioids, families, schools, community support groups, and other members of the general public.

4.   Enabling school nurses and other school staff to respond to opioid overdoses, and provide them with naloxone, training, and support.

5.   Expanding, improving, or developing data tracking software and applications for overdoses/naloxone revivals.

6.   Public education relating to emergency responses to overdoses.

7. Public education relating to immunity and Good Samaritan laws.

8. Educating first responders regarding the existence and operation of immunity and Good Samaritan laws.

9. Syringe service programs and other evidence-informed programs to reduce harms associated with intravenous drug use, including supplies, staffing, space, peer support services, referrals to treatment, fentanyl checking, connections to care, and the full range of harm reduction and treatment services provided by these programs.

10. Expanding access to testing and treatment for infectious diseases such as HIV and Hepatitis C resulting from intravenous opioid use.

11. Supporting mobile units that offer or provide referrals to harm reduction services, treatment, recovery supports, health care, or other appropriate services to persons that use opioids or persons with OUD and any co-occurring SUD/MH conditions.

12. Providing training in harm reduction strategies to health care providers, students, peer recovery coaches, recovery outreach specialists, or other professionals that provide care to persons who use opioids or persons with OUD and any co-occurring SUD/MH conditions.

13. Supporting screening for fentanyl in routine clinical toxicology testing.

---

PART THREE: OTHER STRATEGIES

---

**I.**    **FIRST RESPONDERS**

In addition to items in section C, D and H relating to first responders, support the following:

1. Education of law enforcement or other first responders regarding appropriate practices and precautions when dealing with fentanyl or other drugs.

2. Provision of wellness and support services for first responders and others who experience secondary trauma associated with opioid-related emergency events.

**J.**    **LEADERSHIP, PLANNING AND COORDINATION**

Support efforts to provide leadership, planning, coordination, facilitations, training and technical assistance to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, the following:

1. Statewide, regional, local or community regional planning to identify root causes of addiction and overdose, goals for reducing harms related to the opioid epidemic, and areas and populations with the greatest needs for treatment intervention services, and to support training and technical assistance and other

strategies to abate the opioid epidemic described in this opioid abatement strategy list.

2.        A dashboard to (a) share reports, recommendations, or plans to spend opioid settlement funds; (b) to show how opioid settlement funds have been spent; (c) to report program or strategy outcomes; or (d) to track, share or visualize key opioid- or health-related indicators and supports as identified through collaborative statewide, regional, local or community processes.

3.        Invest in infrastructure or staffing at government or not-for-profit agencies to support collaborative, cross-system coordination with the purpose of preventing overprescribing, opioid misuse, or opioid overdoses, treating those with OUD and any co-occurring SUD/MH conditions, supporting them in treatment or recovery, connecting them to care, or implementing other strategies to abate the opioid epidemic described in this opioid abatement strategy list.

4.        Provide resources to staff government oversight and management of opioid abatement programs.

## K.     TRAINING

In addition to the training referred to throughout this document, support training to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, those that:

1.        Provide funding for staff training or networking programs and services to improve the capability of government, community, and not-for-profit entities to abate the opioid crisis.

2.        Support infrastructure and staffing for collaborative cross-system coordination to prevent opioid misuse, prevent overdoses, and treat those with OUD and any cooccurring SUD/MH conditions, or implement other strategies to abate the opioid epidemic described in this opioid abatement strategy list (*e.g.*, health care, primary care, pharmacies, PDMPs, etc.).

## L.     RESEARCH

Support opioid abatement research that may include, but is not limited to, the following:

1.        Monitoring, surveillance, data collection and evaluation of programs and strategies described in this opioid abatement strategy list.

2.        Research non-opioid treatment of chronic pain.

3.        Research on improved service delivery for modalities such as SBIRT that demonstrate promising but mixed results in populations vulnerable to opioid use disorders.

4.    Research on novel harm reduction and prevention efforts such as the provision of fentanyl test strips.

5.    Research on innovative supply-side enforcement efforts such as improved detection of mail-based delivery of synthetic opioids.

6.    Expanded research on swift/certain/fair models to reduce and deter opioid misuse within criminal justice populations that build upon promising approaches used to address other substances (*e.g.*, Hawaii HOPE and Dakota 24/7).

7.    Epidemiological surveillance of OUD-related behaviors in critical populations, including individuals entering the criminal justice system, including, but not limited to approaches modeled on the Arrestee Drug Abuse Monitoring ("*ADAM*") system.

8.    Qualitative and quantitative research regarding public health risks and harm reduction opportunities within illicit drug markets, including surveys of market participants who sell or distribute illicit opioids.

9.    Geospatial analysis of access barriers to MAT and their association with treatment engagement and treatment outcomes.

## EXHIBIT F

## List of States and Overall Allocation Percentages

| | |
|---|---|
| **Alaska** | 0.2557955294% |
| **American Samoa** | 0.0191834392% |
| **Arizona** | 2.6615833823% |
| **Arkansas** | 1.0444409688% |
| **California** | 11.1157787586% |
| **Colorado** | 1.8616660165% |
| **Connecticut** | 1.4495669159% |
| **Delaware** | 0.4952425518% |
| **District of Columbia** | 0.2016442528% |
| **Georgia** | 3.1238692398% |
| **Guam** | 0.0538195977% |
| **Hawaii** | 0.3637319771% |
| **Idaho** | 0.5511268529% |
| **Illinois** | 3.7267807228% |
| **Indiana** | 2.4837762383% |
| **Iowa** | 0.8312430751% |
| **Kansas** | 0.8784715219% |
| **Kentucky** | 2.2366652249% |
| **Louisiana** | 1.6414669014% |
| **Maine** | 0.5930462294% |
| **Maryland** | 2.3646968446% |
| **Massachusetts** | 2.5808944372% |
| **Michigan** | 3.8115795226% |
| **Minnesota** | 1.4534316941% |
| **Mississippi** | 0.9662576251% |
| **Missouri** | 2.2470994124% |
| **Montana** | 0.3501746091% |
| **N. Mariana Islands** | 0.0187170792% |
| **Nebraska** | 0.4673742159% |
| **Nevada** | 1.3464414888% |
| **New Hampshire** | 0.6481247935% |
| **New Jersey** | 3.0868152098% |
| **New York** | 5.7834378670% |
| **North Carolina** | 3.6415375306% |
| **North Dakota** | 0.1904938536% |
| **Ohio** | 4.8372585804% |

| | |
|---|---|
| **Oklahoma** | 1.7166904525% |
| **Oregon** | 1.5395677885% |
| **Pennsylvania** | 5.1406020829% |
| **Puerto Rico** | 0.7956080574% |
| **Rhode Island** | 0.5003004364% |
| **South Carolina** | 1.7246195407% |
| **South Dakota** | 0.2220685158% |
| **Tennessee** | 3.0117628404% |
| **Texas** | 7.0508308295% |
| **Utah** | 1.2847240804% |
| **Vermont** | 0.2851259773% |
| **Virgin Islands** | 0.0353676254% |
| **Virginia** | 2.5546090245% |
| **Washington** | 2.5980676129% |
| **Wisconsin** | 1.9699254815% |
| **Wyoming** | 0.1868954934% |

<u>**EXHIBIT G**</u>

<u>**Subdivisions Eligible to Receive Direct Allocations from the Subdivision Fund and Default Subdivision Fund Allocation Percentages**</u>

The Subdivisions set forth on this Exhibit G are eligible to receive direct allocations from the Subdivision Fund, if such Subdivisions are otherwise eligible to receive such funds under this Agreement. By default, the Subdivisions set forth on this Exhibit G shall include all Subdivisions set forth on Exhibit G of the national opioid settlement agreement dated July 21, 2021 with Janssen Pharmaceuticals, Inc., et al., including all amendments up to the State Participation Date of this Agreement. A State may elect to add any additional Subdivisions to this Exhibit G at any time prior to the Threshold Subdivision Participation Date.

Immediately upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by subsection V.D.3 (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by subsection V.D.3) that addresses allocation from the Subdivision Fund, whether before or after the Threshold Subdivision Participation Date, this Exhibit G will automatically be amended to reflect the allocation from the Subdivision Fund pursuant to the State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by subsection V.D.3.

For the avoidance of doubt, inclusion on this Exhibit G shall not create any claim for any amount of the Settlement Fund, and no such amounts shall be allocated or distributed to any Subdivision included herein if such Subdivision does not otherwise meet all requirements to receive any such funds pursuant to the Agreement.

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|------------------------------|
| AK1 | Anchorage Municipality, Alaska | 47.6578000000% |
| AK2 | Fairbanks City, Alaska | 5.1226000000% |
| AK3 | Fairbanks North Star Borough, Alaska | 10.9627000000% |
| AK4 | Juneau City and Borough, Alaska | 5.2324000000% |
| AK5 | Kenai Peninsula Borough, Alaska | 9.4922000000% |
| AK6 | Ketchikan Gateway Borough, Alaska | 2.2406000000% |
| AK7 | Kodiak Island Borough, Alaska | 2.1839000000% |
| AK8 | Matanuska-Susitna Borough, Alaska | 15.4726000000% |
| AK9 | Wasilla City, Alaska | 1.6351000000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AZ1 | Apache County, Arizona | 0.3907470000% |
| AZ2 | Apache Junction City, Arizona | 0.2201340000% |
| AZ3 | Avondale City, Arizona | 0.5677140000% |
| AZ4 | Benson City, Arizona | 0.0652960000% |
| AZ5 | Bisbee City, Arizona | 0.0643685000% |
| AZ6 | Buckeye City, Arizona | 0.2664780000% |
| AZ7 | Bullhead City, Arizona | 0.6416380000% |
| AZ8 | Camp Verde Town, Arizona | 0.0416227000% |
| AZ9 | Carefree Town, Arizona | 0.0231720000% |
| AZ10 | Casa Grande City, Arizona | 0.2125144000% |
| AZ11 | Cave Creek Town, Arizona | 0.0347580000% |
| AZ12 | Chandler City, Arizona | 1.6567980000% |
| AZ13 | Chino Valley Town, Arizona | 0.0291788000% |
| AZ14 | Clarkdale Town, Arizona | 0.0308952000% |
| AZ15 | Clifton Town, Arizona | 0.0102870000% |
| AZ16 | Cochise County, Arizona | 1.1773685000% |
| AZ17 | Coconino County, Arizona | 1.2011808000% |
| AZ18 | Colorado City Town, Arizona | 0.0298778000% |
| AZ19 | Coolidge City, Arizona | 0.0644448000% |
| AZ20 | Cottonwood City, Arizona | 0.2098299000% |
| AZ21 | Dewey-Humboldt Town, Arizona | 0.0660814000% |
| AZ22 | Douglas City, Arizona | 0.1565620000% |
| AZ23 | Duncan Town, Arizona | 0.0002520000% |
| AZ24 | Eagar Town, Arizona | 0.1425540000% |
| AZ25 | El Mirage City, Arizona | 0.2259270000% |
| AZ26 | Eloy City, Arizona | 1.3418328000% |
| AZ27 | Flagstaff City, Arizona | 0.3114360000% |
| AZ28 | Florence Town, Arizona | 0.0456484000% |
| AZ29 | Fountain Hills Town, Arizona | 0.0984810000% |
| AZ30 | Fredonia Town, Arizona | 0.0052328000% |
| AZ31 | Gila Bend Town, Arizona | 0.0173790000% |
| AZ32 | Gila County, Arizona | 0.7780446000% |
| AZ33 | Gilbert Town, Arizona | 0.9906030000% |
| AZ34 | Glendale City, Arizona | 1.5235590000% |
| AZ35 | Globe City, Arizona | 0.1168266000% |
| AZ36 | Goodyear City, Arizona | 0.4402680000% |
| AZ37 | Graham County, Arizona | 0.4476494000% |
| AZ38 | Greenlee County, Arizona | 0.0794610000% |
| AZ39 | Guadalupe Town, Arizona | 0.0000000000% |
| AZ40 | Hayden Town, Arizona | 0.0263802000% |
| AZ41 | Holbrook City, Arizona | 0.0575625000% |
| AZ42 | Huachuca City Town, Arizona | 0.0168805000% |
| AZ43 | Jerome Town, Arizona | 0.0012873000% |
| AZ44 | Kearny Town, Arizona | 0.0107408000% |
| AZ45 | Kingman City, Arizona | 0.4853918000% |
| AZ46 | La Paz County, Arizona | 0.2670171000% |
| AZ47 | Lake Havasu City, Arizona | 0.6793526000% |
| AZ48 | Litchfield Park City, Arizona | 0.0231720000% |
| AZ49 | Mammoth Town, Arizona | 0.0061376000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AZ50 | Marana Town, Arizona | 0.3841282000% |
| AZ51 | Maricopa City, Arizona | 0.1047228000% |
| AZ52 | Maricopa County, Arizona | 29.8513290000% |
| AZ53 | Mesa City, Arizona | 3.5105580000% |
| AZ54 | Miami Town, Arizona | 0.0309482000% |
| AZ55 | Mohave County, Arizona | 3.0617398000% |
| AZ56 | Navajo County, Arizona | 1.0789515000% |
| AZ57 | Nogales City, Arizona | 0.0834350000% |
| AZ58 | Oro Valley Town, Arizona | 0.3207284000% |
| AZ59 | Page City, Arizona | 0.0575608000% |
| AZ60 | Paradise Valley Town, Arizona | 0.1969620000% |
| AZ61 | Parker Town, Arizona | 0.0156219000% |
| AZ62 | Patagonia Town, Arizona | 0.0024790000% |
| AZ63 | Payson Town, Arizona | 0.1846614000% |
| AZ64 | Peoria City, Arizona | 0.8747430000% |
| AZ65 | Phoenix City, Arizona | 12.3275040000% |
| AZ66 | Pima County, Arizona | 13.4612693000% |
| AZ67 | Pima Town, Arizona | 0.0159618000% |
| AZ68 | Pinal County, Arizona | 2.0334636000% |
| AZ69 | Pinetop-Lakeside Town, Arizona | 0.0729125000% |
| AZ70 | Prescott City, Arizona | 0.5917289000% |
| AZ71 | Prescott Valley Town, Arizona | 0.3471419000% |
| AZ72 | Quartzsite Town, Arizona | 0.0183911000% |
| AZ73 | Queen Creek Town, Arizona | 0.0637230000% |
| AZ74 | Safford City, Arizona | 0.1929077000% |
| AZ75 | Sahuarita Town, Arizona | 0.1510407000% |
| AZ76 | San Luis City, Arizona | 0.0963840000% |
| AZ77 | Santa Cruz County, Arizona | 0.2840860000% |
| AZ78 | Scottsdale City, Arizona | 2.3114070000% |
| AZ79 | Sedona City, Arizona | 0.0690392000% |
| AZ80 | Show Low City, Arizona | 0.1441365000% |
| AZ81 | Sierra Vista City, Arizona | 0.3084865000% |
| AZ82 | Snowflake Town, Arizona | 0.0451290000% |
| AZ83 | Somerton City, Arizona | 0.0449792000% |
| AZ84 | South Tucson City, Arizona | 0.0578057000% |
| AZ85 | Springerville Town, Arizona | 0.0740370000% |
| AZ86 | St. Johns City, Arizona | 0.0826620000% |
| AZ87 | Star Valley Town, Arizona | 0.0039970000% |
| AZ88 | Superior Town, Arizona | 0.0168784000% |
| AZ89 | Surprise City, Arizona | 0.5677140000% |
| AZ90 | Taylor Town, Arizona | 0.0411380000% |
| AZ91 | Tempe City, Arizona | 1.8943110000% |
| AZ92 | Thatcher Town, Arizona | 0.0624092000% |
| AZ93 | Tolleson City, Arizona | 0.1564110000% |
| AZ94 | Tombstone City, Arizona | 0.0215180000% |
| AZ95 | Tucson City, Arizona | 4.2720277000% |
| AZ96 | Tusayan Town, Arizona | 0.0113096000% |
| AZ97 | Wellton Town, Arizona | 0.0122488000% |
| AZ98 | Wickenburg Town, Arizona | 0.0579300000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AZ99 | Willcox City, Arizona | 0.0443345000% |
| AZ100 | Williams City, Arizona | 0.0324096000% |
| AZ101 | Winkelman Town, Arizona | 0.0011420000% |
| AZ102 | Winslow City, Arizona | 0.0950165000% |
| AZ103 | Yavapai County, Arizona | 2.9740921000% |
| AZ104 | Youngtown, Arizona | 0.0289650000% |
| AZ105 | Yuma City, Arizona | 0.5285056000% |
| AZ106 | Yuma County, Arizona | 1.3258824000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| AR1 | Adona City, Arkansas | 0.0020790506% |
| AR2 | Alexander City, Arkansas | 0.0103476018% |
| AR3 | Alicia City, Arkansas | 0.0002309579% |
| AR4 | Allport Town, Arkansas | 0.0026587350% |
| AR5 | Alma City, Arkansas | 0.1875236673% |
| AR6 | Almyra Town, Arkansas | 0.0010881066% |
| AR7 | Alpena Town, Arkansas | 0.0141319347% |
| AR8 | Altheimer City, Arkansas | 0.0071081808% |
| AR9 | Altus City, Arkansas | 0.0161149675% |
| AR10 | Amagon Town, Arkansas | 0.0016587759% |
| AR11 | Amity City, Arkansas | 0.0105947297% |
| AR12 | Anthonyville Town, Arkansas | 0.0010978372% |
| AR13 | Antoine Town, Arkansas | 0.0010576270% |
| AR14 | Arkadelphia City, Arkansas | 0.2710593166% |
| AR15 | Arkansas City, Arkansas | 0.0026365550% |
| AR16 | Arkansas County, Arkansas | 0.2272004928% |
| AR17 | Ash Flat City, Arkansas | 0.0560964456% |
| AR18 | Ashdown City, Arkansas | 0.0210645360% |
| AR19 | Ashley County, Arkansas | 0.3024558569% |
| AR20 | Atkins City, Arkansas | 0.0507540769% |
| AR21 | Aubrey Town, Arkansas | 0.0021166850% |
| AR22 | Augusta City, Arkansas | 0.0134645321% |
| AR23 | Austin City, Arkansas | 0.0201747613% |
| AR24 | Avoca Town, Arkansas | 0.0030227727% |
| AR25 | Bald Knob City, Arkansas | 0.1048227005% |
| AR26 | Banks Town, Arkansas | 0.0006822846% |
| AR27 | Barling City, Arkansas | 0.1588678563% |
| AR28 | Bassett Town, Arkansas | 0.0011499243% |
| AR29 | Batesville City, Arkansas | 0.1318965785% |
| AR30 | Bauxite Town, Arkansas | 0.0049816222% |
| AR31 | Baxter County, Arkansas | 0.8690235470% |
| AR32 | Bay City, Arkansas | 0.0250493472% |
| AR33 | Bearden City, Arkansas | 0.0161101022% |
| AR34 | Beaver Town, Arkansas | 0.0051365958% |
| AR35 | Beebe City, Arkansas | 0.2412092213% |
| AR36 | Beedeville Town, Arkansas | 0.0018030172% |
| AR37 | Bella Vista City, Arkansas | 0.5136648745% |
| AR38 | Bellefonte Town, Arkansas | 0.0008435545% |
| AR39 | Belleville City, Arkansas | 0.0050880860% |
| AR40 | Ben Lomond Town, Arkansas | 0.0012499489% |
| AR41 | Benton City, Arkansas | 1.3762616667% |
| AR42 | Benton County, Arkansas | 1.9493524156% |
| AR43 | Bentonville City, Arkansas | 1.3212148347% |
| AR44 | Bergman Town, Arkansas | 0.0080191338% |
| AR45 | Berryville City, Arkansas | 0.1767673815% |
| AR47 | Big Flat Town, Arkansas | 0.0005552148% |
| AR48 | Bigelow Town, Arkansas | 0.0028351731% |
| AR49 | Biggers Town, Arkansas | 0.0002571446% |
| AR50 | Birdsong Town, Arkansas | 0.0001210597% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR51 | Black Oak Town, Arkansas | 0.0003079439% |
| AR52 | Black Rock City, Arkansas | 0.0020552966% |
| AR53 | Black Springs Town, Arkansas | 0.0007714338% |
| AR54 | Blevins City, Arkansas | 0.0042289340% |
| AR55 | Blue Eye Town, Arkansas | 0.0007084713% |
| AR56 | Blue Mountain Town, Arkansas | 0.0023457827% |
| AR57 | Bluff City Town, Arkansas | 0.0001956131% |
| AR58 | Blytheville City, Arkansas | 0.3444881956% |
| AR59 | Bodcaw Town, Arkansas | 0.0004892473% |
| AR60 | Bonanza City, Arkansas | 0.0271534397% |
| AR61 | Bono City, Arkansas | 0.0166311169% |
| AR62 | Boone County, Arkansas | 0.6844345049% |
| AR63 | Booneville City, Arkansas | 0.2395670446% |
| AR64 | Bradford City, Arkansas | 0.0196136795% |
| AR65 | Bradley City, Arkansas | 0.0127167093% |
| AR66 | Bradley County, Arkansas | 0.0903557767% |
| AR67 | Branch City, Arkansas | 0.0001595527% |
| AR68 | Briarcliff City, Arkansas | 0.0001841653% |
| AR69 | Brinkley City, Arkansas | 0.0788794288% |
| AR70 | Brookland City, Arkansas | 0.0336729211% |
| AR71 | Bryant City, Arkansas | 1.0536173112% |
| AR72 | Buckner City, Arkansas | 0.0065180504% |
| AR73 | Bull Shoals City, Arkansas | 0.0692543217% |
| AR74 | Burdette Town, Arkansas | 0.0001210597% |
| AR75 | Cabot City, Arkansas | 0.9626014299% |
| AR76 | Caddo Valley Town, Arkansas | 0.0447599031% |
| AR77 | Caldwell Town, Arkansas | 0.0042239256% |
| AR78 | Cale Town, Arkansas | 0.0007827384% |
| AR79 | Calhoun County, Arkansas | 0.1397959405% |
| AR80 | Calico Rock City, Arkansas | 0.0024459503% |
| AR81 | Calion City, Arkansas | 0.0029361993% |
| AR82 | Camden City, Arkansas | 0.4098542963% |
| AR83 | Cammack Village City, Arkansas | 0.0112054660% |
| AR84 | Campbell Station City, Arkansas | 0.0043090681% |
| AR85 | Caraway City, Arkansas | 0.0225855098% |
| AR86 | Carlisle City, Arkansas | 0.1468534652% |
| AR87 | Carroll County, Arkansas | 0.5928260605% |
| AR88 | Carthage City, Arkansas | 0.0016610654% |
| AR89 | Casa Town, Arkansas | 0.0015121018% |
| AR90 | Cash Town, Arkansas | 0.0012319187% |
| AR91 | Caulksville Town, Arkansas | 0.0006928738% |
| AR92 | Cave City, Arkansas | 0.0850463202% |
| AR93 | Cave Springs City, Arkansas | 0.0320796835% |
| AR94 | Cedarville City, Arkansas | 0.0178802072% |
| AR95 | Centerton City, Arkansas | 0.1131077079% |
| AR96 | Central City Town, Arkansas | 0.0174268772% |
| AR97 | Charleston City, Arkansas | 0.0410054775% |
| AR98 | Cherokee Village City, Arkansas | 0.2125413902% |
| AR99 | Cherry Valley City, Arkansas | 0.0081466329% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR100 | Chester Town, Arkansas | 0.0004361585% |
| AR101 | Chicot County, Arkansas | 0.2832352637% |
| AR102 | Chidester City, Arkansas | 0.0007419559% |
| AR103 | Clarendon City, Arkansas | 0.0270484068% |
| AR104 | Clark County, Arkansas | 0.3342708117% |
| AR105 | Clarksville City, Arkansas | 0.2458837581% |
| AR106 | Clay County, Arkansas | 0.0479674136% |
| AR107 | Cleburne County, Arkansas | 0.3503158049% |
| AR108 | Cleveland County, Arkansas | 0.1143679597% |
| AR109 | Clinton City, Arkansas | 0.0824034689% |
| AR110 | Coal Hill City, Arkansas | 0.1328713526% |
| AR111 | Colt City, Arkansas | 0.0085205444% |
| AR112 | Columbia County, Arkansas | 0.0671663991% |
| AR113 | Concord Town, Arkansas | 0.0150785188% |
| AR114 | Conway City, Arkansas | 2.0922743015% |
| AR115 | Conway County, Arkansas | 0.5138971203% |
| AR116 | Corning City, Arkansas | 0.0191809554% |
| AR117 | Cotter City, Arkansas | 0.0233925747% |
| AR118 | Cotton Plant City, Arkansas | 0.0024986099% |
| AR119 | Cove Town, Arkansas | 0.0001777260% |
| AR120 | Coy Town, Arkansas | 0.0078196572% |
| AR121 | Craighead County, Arkansas | 0.9265189050% |
| AR122 | Crawford County, Arkansas | 0.9565887967% |
| AR123 | Crawfordsville Town, Arkansas | 0.0037229444% |
| AR124 | Crittenden County, Arkansas | 0.4864689351% |
| AR125 | Cross County, Arkansas | 0.3114968436% |
| AR126 | Crossett City, Arkansas | 0.2482926464% |
| AR127 | Cushman City, Arkansas | 0.0031235127% |
| AR128 | Daisy Town, Arkansas | 0.0019036142% |
| AR129 | Dallas County, Arkansas | 0.1170103816% |
| AR130 | Damascus Town, Arkansas | 0.0328833141% |
| AR131 | Danville City, Arkansas | 0.0554598088% |
| AR132 | Dardanelle City, Arkansas | 0.1270318663% |
| AR133 | Datto Town, Arkansas | 0.0002041989% |
| AR134 | De Queen City, Arkansas | 0.1825177187% |
| AR135 | De Valls Bluff City, Arkansas | 0.0153369512% |
| AR136 | Decatur City, Arkansas | 0.0461206088% |
| AR137 | Delaplaine Town, Arkansas | 0.0012409338% |
| AR138 | Delight City, Arkansas | 0.0019036142% |
| AR139 | Dell Town, Arkansas | 0.0049627334% |
| AR140 | Denning Town, Arkansas | 0.0066893371% |
| AR141 | Dermott City, Arkansas | 0.0098811069% |
| AR142 | Des Arc City, Arkansas | 0.0461902968% |
| AR143 | Desha County, Arkansas | 0.1880442527% |
| AR144 | Dewitt City, Arkansas | 0.0561472449% |
| AR145 | Diamond City, Arkansas | 0.0067481498% |
| AR146 | Diaz City, Arkansas | 0.0144799456% |
| AR147 | Dierks City, Arkansas | 0.0109843817% |
| AR148 | Donaldson Town, Arkansas | 0.0097288521% |

G-8

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR149 | Dover City, Arkansas | 0.0357561215% |
| AR150 | Drew County, Arkansas | 0.4314342663% |
| AR151 | Dumas City, Arkansas | 0.0345209116% |
| AR152 | Dyer City, Arkansas | 0.0039248537% |
| AR153 | Dyess Town, Arkansas | 0.0004842389% |
| AR154 | Earle City, Arkansas | 0.0169920066% |
| AR155 | East Camden Town, Arkansas | 0.0077825952% |
| AR156 | Edmondson Town, Arkansas | 0.0080664988% |
| AR157 | Egypt Town, Arkansas | 0.0007186312% |
| AR158 | El Dorado City, Arkansas | 0.7549722601% |
| AR159 | Elaine City, Arkansas | 0.0061272536% |
| AR160 | Elkins City, Arkansas | 0.0584820092% |
| AR161 | Elm Springs City, Arkansas | 0.0169270407% |
| AR162 | Emerson Town, Arkansas | 0.0007712907% |
| AR163 | Emmet City, Arkansas | 0.0006732695% |
| AR164 | England City, Arkansas | 0.1277733929% |
| AR165 | Enola Town, Arkansas | 0.0166283981% |
| AR166 | Etowah Town, Arkansas | 0.0016945500% |
| AR167 | Eudora City, Arkansas | 0.0090127967% |
| AR168 | Eureka Springs City, Arkansas | 0.3891361972% |
| AR169 | Evening Shade City, Arkansas | 0.0112877465% |
| AR170 | Everton Town, Arkansas | 0.0023825585% |
| AR171 | Fairfield Bay City, Arkansas | 0.0994183710% |
| AR172 | Fargo Town, Arkansas | 0.0003540210% |
| AR173 | Farmington City, Arkansas | 0.0908450240% |
| AR174 | Faulkner County, Arkansas | 1.0072116540% |
| AR175 | Fayetteville City, Arkansas | 2.1103658624% |
| AR176 | Felsenthal Town, Arkansas | 0.0017181610% |
| AR177 | Fifty-Six City, Arkansas | 0.0004614866% |
| AR178 | Fisher City, Arkansas | 0.0019605666% |
| AR179 | Flippin City, Arkansas | 0.0956901320% |
| AR180 | Fordyce City, Arkansas | 0.0545063561% |
| AR181 | Foreman City, Arkansas | 0.0020583016% |
| AR182 | Forrest City, Arkansas | 0.2961090931% |
| AR183 | Fort Smith City, Arkansas | 3.8434930088% |
| AR184 | Fouke City, Arkansas | 0.0054372418% |
| AR185 | Fountain Hill Town, Arkansas | 0.0007150537% |
| AR186 | Fountain Lake Town, Arkansas | 0.0028270166% |
| AR187 | Fourche Town, Arkansas | 0.0009659021% |
| AR188 | Franklin County, Arkansas | 0.5981687154% |
| AR189 | Franklin Town, Arkansas | 0.0147063245% |
| AR190 | Fredonia (Biscoe) Town, Arkansas | 0.0078030580% |
| AR191 | Friendship Town, Arkansas | 0.0051302995% |
| AR192 | Fulton County, Arkansas | 0.4958178657% |
| AR193 | Fulton Town, Arkansas | 0.0066352466% |
| AR194 | Garfield Town, Arkansas | 0.0074476060% |
| AR195 | Garland County, Arkansas | 1.7334588443% |
| AR196 | Garland Town, Arkansas | 0.0002891982% |
| AR197 | Garner Town, Arkansas | 0.0077934705% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR198 | Gassville City, Arkansas | 0.0727563250% |
| AR199 | Gateway Town, Arkansas | 0.0062878080% |
| AR200 | Gentry City, Arkansas | 0.0904861377% |
| AR201 | Georgetown, Arkansas | 0.0040265954% |
| AR202 | Gilbert Town, Arkansas | 0.0024831554% |
| AR203 | Gillett City, Arkansas | 0.0114616089% |
| AR204 | Gillham Town, Arkansas | 0.0013801668% |
| AR205 | Gilmore City, Arkansas | 0.0000954454% |
| AR206 | Glenwood City, Arkansas | 0.0480021861% |
| AR207 | Goshen Town, Arkansas | 0.0031660124% |
| AR208 | Gosnell City, Arkansas | 0.0272347186% |
| AR209 | Gould City, Arkansas | 0.0171248002% |
| AR210 | Grady City, Arkansas | 0.0313103962% |
| AR211 | Grannis City, Arkansas | 0.0009242610% |
| AR212 | Grant County, Arkansas | 0.2664481715% |
| AR213 | Gravette City, Arkansas | 0.0803454535% |
| AR214 | Green Forest City, Arkansas | 0.1176088116% |
| AR215 | Greenbrier City, Arkansas | 0.0720066419% |
| AR216 | Greene County, Arkansas | 0.5298528213% |
| AR217 | Greenland City, Arkansas | 0.0237445924% |
| AR218 | Greenway City, Arkansas | 0.0004757962% |
| AR219 | Greenwood City, Arkansas | 0.2310067194% |
| AR220 | Greers Ferry City, Arkansas | 0.0499860774% |
| AR221 | Griffithville Town, Arkansas | 0.0045461792% |
| AR222 | Grubbs City, Arkansas | 0.0056885194% |
| AR223 | Guion Town, Arkansas | 0.0188333737% |
| AR224 | Gum Springs Town, Arkansas | 0.0030512489% |
| AR225 | Gurdon City, Arkansas | 0.0633258293% |
| AR226 | Guy City, Arkansas | 0.0155481618% |
| AR227 | Hackett City, Arkansas | 0.0171567108% |
| AR228 | Hamburg City, Arkansas | 0.0524650830% |
| AR229 | Hampton City, Arkansas | 0.0149258347% |
| AR230 | Hardy City, Arkansas | 0.0225704847% |
| AR231 | Harrell Town, Arkansas | 0.0015608978% |
| AR232 | Harrisburg City, Arkansas | 0.0610374284% |
| AR233 | Harrison City, Arkansas | 0.7509041666% |
| AR234 | Hartford City, Arkansas | 0.0079703379% |
| AR235 | Hartman City, Arkansas | 0.0041808536% |
| AR236 | Haskell City, Arkansas | 0.0719017520% |
| AR237 | Hatfield Town, Arkansas | 0.0003119506% |
| AR238 | Havana City, Arkansas | 0.0028832535% |
| AR239 | Haynes Town, Arkansas | 0.0021807923% |
| AR240 | Hazen City, Arkansas | 0.0648458015% |
| AR241 | Heber Springs City, Arkansas | 0.3767547633% |
| AR242 | Hector Town, Arkansas | 0.0046732490% |
| AR243 | Helena-West Helena City, Arkansas | 0.1739214762% |
| AR244 | Hempstead County, Arkansas | 0.2734659153% |
| AR245 | Hermitage City, Arkansas | 0.0121839606% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR246 | Hickory Ridge City, Arkansas | 0.0037770349% |
| AR247 | Higden Town, Arkansas | 0.0085654767% |
| AR248 | Higginson Town, Arkansas | 0.0151972889% |
| AR249 | Highfill Town, Arkansas | 0.0156011076% |
| AR250 | Highland City, Arkansas | 0.0298718460% |
| AR251 | Hindsville Town, Arkansas | 0.0033816590% |
| AR252 | Holland City, Arkansas | 0.0148864831% |
| AR253 | Holly Grove City, Arkansas | 0.0044608936% |
| AR254 | Hope City, Arkansas | 0.2248866206% |
| AR255 | Horatio City, Arkansas | 0.0029417800% |
| AR256 | Horseshoe Bend City, Arkansas | 0.1112109623% |
| AR257 | Horseshoe Lake Town, Arkansas | 0.0014319677% |
| AR258 | Hot Spring County, Arkansas | 0.4782149797% |
| AR259 | Hot Springs City, Arkansas | 3.5617977507% |
| AR260 | Houston Town, Arkansas | 0.0052922849% |
| AR261 | Howard County, Arkansas | 0.1730249760% |
| AR262 | Hoxie City, Arkansas | 0.0120318489% |
| AR263 | Hughes City, Arkansas | 0.0113608689% |
| AR264 | Humnoke City, Arkansas | 0.0148176536% |
| AR265 | Humphrey City, Arkansas | 0.0142685920% |
| AR266 | Hunter Town, Arkansas | 0.0001735762% |
| AR267 | Huntington City, Arkansas | 0.0062142563% |
| AR268 | Huntsville City, Arkansas | 0.0854508543% |
| AR269 | Huttig City, Arkansas | 0.0090756161% |
| AR270 | Imboden Town, Arkansas | 0.0007621325% |
| AR271 | Independence County, Arkansas | 1.0893020276% |
| AR272 | Izard County, Arkansas | 0.5513048629% |
| AR273 | Jackson County, Arkansas | 0.1817241049% |
| AR274 | Jacksonport Town, Arkansas | 0.0050680525% |
| AR275 | Jacksonville City, Arkansas | 2.6389305280% |
| AR276 | Jasper City, Arkansas | 0.0070526594% |
| AR277 | Jefferson County, Arkansas | 0.5992841535% |
| AR278 | Jennette Town, Arkansas | 0.0012409338% |
| AR279 | Jericho Town, Arkansas | 0.0009641849% |
| AR281 | Johnson City, Arkansas | 0.1307711237% |
| AR282 | Johnson County, Arkansas | 0.3136687844% |
| AR283 | Joiner City, Arkansas | 0.0294738943% |
| AR284 | Jonesboro City, Arkansas | 2.1740597362% |
| AR285 | Judsonia City, Arkansas | 0.0470208295% |
| AR286 | Junction City, Arkansas | 0.0041819983% |
| AR287 | Keiser City, Arkansas | 0.0065363668% |
| AR288 | Kensett City, Arkansas | 0.0362397881% |
| AR289 | Kibler City, Arkansas | 0.0431741065% |
| AR290 | Kingsland City, Arkansas | 0.0062036672% |
| AR291 | Knobel City, Arkansas | 0.0009218283% |
| AR292 | Knoxville Town, Arkansas | 0.0058832739% |
| AR293 | Lafayette County, Arkansas | 0.0910619584% |
| AR294 | Lafe Town, Arkansas | 0.0028363178% |
| AR295 | Lagrange Town, Arkansas | 0.0008239503% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR296 | Lake City, Arkansas | 0.0259733220% |
| AR297 | Lake View City, Arkansas | 0.0047133160% |
| AR298 | Lake Village City, Arkansas | 0.0224886334% |
| AR299 | Lakeview City, Arkansas | 0.0193402219% |
| AR300 | Lamar City, Arkansas | 0.1021685446% |
| AR301 | Lavaca City, Arkansas | 0.0302604964% |
| AR302 | Lawrence County, Arkansas | 0.4807663922% |
| AR303 | Leachville City, Arkansas | 0.0232401768% |
| AR304 | Lead Hill Town, Arkansas | 0.0069168607% |
| AR305 | Lee County, Arkansas | 0.0989039387% |
| AR306 | Leola Town, Arkansas | 0.0013687190% |
| AR307 | Lepanto City, Arkansas | 0.0682260295% |
| AR308 | Leslie City, Arkansas | 0.0254444370% |
| AR309 | Lewisville City, Arkansas | 0.0166148039% |
| AR310 | Lincoln City, Arkansas | 0.0464338472% |
| AR311 | Lincoln County, Arkansas | 0.1387881111% |
| AR312 | Little Flock City, Arkansas | 0.0530723850% |
| AR313 | Little River County, Arkansas | 0.3040825791% |
| AR314 | Little Rock City, Arkansas | 6.7135694892% |
| AR315 | Lockesburg City, Arkansas | 0.0062672021% |
| AR316 | Logan County, Arkansas | 0.5058103018% |
| AR317 | London City, Arkansas | 0.0142372538% |
| AR318 | Lonoke City, Arkansas | 0.2452247983% |
| AR319 | Lonoke County, Arkansas | 0.5819398431% |
| AR320 | Louann Town, Arkansas | 0.0002119261% |
| AR321 | Luxora City, Arkansas | 0.0119226662% |
| AR322 | Lynn Town, Arkansas | 0.0001385175% |
| AR323 | Madison City, Arkansas | 0.0058260353% |
| AR324 | Madison County, Arkansas | 0.3196927018% |
| AR325 | Magazine City, Arkansas | 0.0318730520% |
| AR326 | Magness Town, Arkansas | 0.0014179443% |
| AR327 | Magnolia City, Arkansas | 0.5824169272% |
| AR328 | Malvern City, Arkansas | 0.3835695961% |
| AR329 | Mammoth Spring City, Arkansas | 0.0072408314% |
| AR330 | Manila City, Arkansas | 0.0409146647% |
| AR331 | Mansfield City, Arkansas | 0.0007997669% |
| AR332 | Marianna City, Arkansas | 0.0846648246% |
| AR333 | Marie Town, Arkansas | 0.0009849339% |
| AR334 | Marion City, Arkansas | 0.1126915829% |
| AR335 | Marion County, Arkansas | 0.3952336867% |
| AR336 | Marked Tree City, Arkansas | 0.0992021520% |
| AR337 | Marmaduke City, Arkansas | 0.0391761304% |
| AR338 | Marvell City, Arkansas | 0.0610375715% |
| AR339 | Maumelle City, Arkansas | 0.2572012688% |
| AR340 | Mayflower City, Arkansas | 0.0608694329% |
| AR341 | Maynard Town, Arkansas | 0.0013140561% |
| AR342 | McCaskill Town, Arkansas | 0.0012894435% |
| AR343 | McCrory City, Arkansas | 0.0147483949% |
| AR344 | McDougal Town, Arkansas | 0.0001189133% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR345 | McGehee City, Arkansas | 0.0429993856% |
| AR346 | McNab Town, Arkansas | 0.0009151028% |
| AR347 | Mcrae City, Arkansas | 0.0307843730% |
| AR348 | Melbourne City, Arkansas | 0.0687295865% |
| AR349 | Mena City, Arkansas | 0.7716866592% |
| AR350 | Menifee Town, Arkansas | 0.0106144770% |
| AR351 | Midland Town, Arkansas | 0.0002701664% |
| AR352 | Miller County, Arkansas | 0.3769094507% |
| AR353 | Mineral Springs City, Arkansas | 0.0133569235% |
| AR354 | Minturn Town, Arkansas | 0.0002323889% |
| AR355 | Mississippi County, Arkansas | 0.4561503415% |
| AR356 | Mitchellville City, Arkansas | 0.0000190318% |
| AR357 | Monette City, Arkansas | 0.0230987974% |
| AR358 | Monroe County, Arkansas | 0.0751267203% |
| AR359 | Montgomery County, Arkansas | 0.2264091685% |
| AR360 | Monticello City, Arkansas | 0.0526747196% |
| AR361 | Montrose City, Arkansas | 0.0059883068% |
| AR362 | Moorefield Town, Arkansas | 0.0009616092% |
| AR363 | Moro Town, Arkansas | 0.0019858947% |
| AR364 | Morrilton City, Arkansas | 0.2597150469% |
| AR365 | Morrison Bluff Town, Arkansas | 0.0001732900% |
| AR366 | Mount Ida City, Arkansas | 0.0133550632% |
| AR367 | Mount Pleasant Town, Arkansas | 0.0122294653% |
| AR368 | Mount Vernon Town, Arkansas | 0.0071675659% |
| AR369 | Mountain Home City, Arkansas | 0.8447100025% |
| AR370 | Mountain Pine City, Arkansas | 0.0111311989% |
| AR371 | Mountainburg City, Arkansas | 0.0505877986% |
| AR372 | Mulberry City, Arkansas | 0.0839496278% |
| AR373 | Murfreesboro City, Arkansas | 0.0401878235% |
| AR374 | Nashville City, Arkansas | 0.1174004630% |
| AR375 | Nevada County, Arkansas | 0.1042972498% |
| AR376 | Newark City, Arkansas | 0.0743959259% |
| AR377 | Newport City, Arkansas | 0.2957024125% |
| AR378 | Newton County, Arkansas | 0.2538955941% |
| AR379 | Norfork City, Arkansas | 0.0071735760% |
| AR380 | Norman Town, Arkansas | 0.0054255078% |
| AR381 | Norphlet City, Arkansas | 0.0199309247% |
| AR382 | North Little Rock City, Arkansas | 1.6145764729% |
| AR383 | Oak Grove Heights Town, Arkansas | 0.0108133813% |
| AR384 | Oak Grove Town, Arkansas | 0.0031881924% |
| AR385 | Oakhaven Town, Arkansas | 0.0008458440% |
| AR386 | Oden Town, Arkansas | 0.0002086349% |
| AR387 | Ogden City, Arkansas | 0.0000829960% |
| AR388 | Oil Trough Town, Arkansas | 0.0018456600% |
| AR389 | O'Kean Town, Arkansas | 0.0001714297% |
| AR390 | Okolona Town, Arkansas | 0.0019046158% |
| AR391 | Ola City, Arkansas | 0.0262882776% |
| AR392 | Omaha Town, Arkansas | 0.0030405167% |

G-13

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR393 | Oppelo City, Arkansas | 0.0090335457% |
| AR394 | Osceola City, Arkansas | 0.2492878833% |
| AR395 | Ouachita County, Arkansas | 0.2913601460% |
| AR396 | Oxford City, Arkansas | 0.0264156336% |
| AR397 | Ozan Town, Arkansas | 0.0011369025% |
| AR398 | Ozark City, Arkansas | 0.1131238778% |
| AR399 | Palestine City, Arkansas | 0.0190803585% |
| AR400 | Pangburn City, Arkansas | 0.0157168727% |
| AR401 | Paragould City, Arkansas | 1.0056390223% |
| AR402 | Paris City, Arkansas | 0.1616167421% |
| AR403 | Parkdale City, Arkansas | 0.0007150537% |
| AR404 | Parkin City, Arkansas | 0.0145157198% |
| AR405 | Patmos Town, Arkansas | 0.0012638292% |
| AR406 | Patterson City, Arkansas | 0.0019780244% |
| AR407 | Pea Ridge City, Arkansas | 0.1099874863% |
| AR408 | Peach Orchard City, Arkansas | 0.0002743162% |
| AR409 | Perla Town, Arkansas | 0.0015089537% |
| AR410 | Perry County, Arkansas | 0.2411764522% |
| AR411 | Perry Town, Arkansas | 0.0054813155% |
| AR412 | Perrytown, Arkansas | 0.0014218079% |
| AR413 | Perryville City, Arkansas | 0.0413931262% |
| AR414 | Phillips County, Arkansas | 0.3245121955% |
| AR415 | Piggott City, Arkansas | 0.3895380125% |
| AR416 | Pike County, Arkansas | 0.3481536152% |
| AR417 | Pindall Town, Arkansas | 0.0030350790% |
| AR418 | Pine Bluff City, Arkansas | 0.9840818047% |
| AR419 | Pineville Town, Arkansas | 0.0022012551% |
| AR420 | Plainview City, Arkansas | 0.0125505741% |
| AR421 | Pleasant Plains Town, Arkansas | 0.0024498139% |
| AR422 | Plumerville City, Arkansas | 0.0292462276% |
| AR423 | Pocahontas City, Arkansas | 0.4671181241% |
| AR424 | Poinsett County, Arkansas | 0.4009911787% |
| AR425 | Polk County, Arkansas | 0.0691418478% |
| AR426 | Pollard City, Arkansas | 0.0004521853% |
| AR427 | Pope County, Arkansas | 0.8568421621% |
| AR428 | Portia Town, Arkansas | 0.0009455824% |
| AR429 | Portland City, Arkansas | 0.0081334680% |
| AR430 | Pottsville City, Arkansas | 0.0356473681% |
| AR431 | Powhatan Town, Arkansas | 0.0001556891% |
| AR432 | Poyen City, Arkansas | 0.0022812461% |
| AR433 | Prairie County, Arkansas | 0.0903177130% |
| AR434 | Prairie Grove City, Arkansas | 0.0877670159% |
| AR435 | Prattsville Town, Arkansas | 0.0011406231% |
| AR436 | Prescott City, Arkansas | 0.0925564594% |
| AR437 | Pulaski County, Arkansas | 2.3536109191% |
| AR438 | Pyatt Town, Arkansas | 0.0061435666% |
| AR439 | Quitman City, Arkansas | 0.0720876345% |
| AR440 | Randolph County, Arkansas | 0.0533049170% |
| AR441 | Ratcliff City, Arkansas | 0.0038192484% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR442 | Ravenden Springs Town, Arkansas | 0.0001143342% |
| AR443 | Ravenden Town, Arkansas | 0.0021246984% |
| AR444 | Rector City, Arkansas | 0.0056501695% |
| AR445 | Redfield City, Arkansas | 0.0199888788% |
| AR446 | Reed Town, Arkansas | 0.0009294125% |
| AR447 | Reyno City, Arkansas | 0.0001714297% |
| AR448 | Rison City, Arkansas | 0.0266158258% |
| AR449 | Rockport City, Arkansas | 0.0466258829% |
| AR450 | Roe Town, Arkansas | 0.0006297682% |
| AR451 | Rogers City, Arkansas | 1.7409808606% |
| AR452 | Rondo Town, Arkansas | 0.0001282146% |
| AR453 | Rose Bud Town, Arkansas | 0.0201332633% |
| AR454 | Rosston Town, Arkansas | 0.0012719857% |
| AR455 | Rudy Town, Arkansas | 0.0043610122% |
| AR456 | Russell Town, Arkansas | 0.0072738867% |
| AR457 | Russellville City, Arkansas | 0.9171601007% |
| AR458 | Salem City, Arkansas | 0.0044962385% |
| AR459 | Salesville City, Arkansas | 0.0064404921% |
| AR460 | Saline County, Arkansas | 1.0800200662% |
| AR461 | Scott County, Arkansas | 0.3380405487% |
| AR462 | Scranton City, Arkansas | 0.0072753177% |
| AR463 | Searcy City, Arkansas | 0.9880873649% |
| AR464 | Searcy County, Arkansas | 0.2116252857% |
| AR465 | Sebastian County, Arkansas | 2.1934833834% |
| AR466 | Sedgwick Town, Arkansas | 0.0005311746% |
| AR467 | Sevier County, Arkansas | 0.2613059949% |
| AR468 | Shannon Hills City, Arkansas | 0.0498163648% |
| AR469 | Sharp County, Arkansas | 0.2811885530% |
| AR470 | Sheridan City, Arkansas | 0.2276671308% |
| AR471 | Sherrill Town, Arkansas | 0.0025761682% |
| AR472 | Sherwood City, Arkansas | 0.4241829888% |
| AR473 | Shirley Town, Arkansas | 0.0009145304% |
| AR474 | Sidney Town, Arkansas | 0.0035774152% |
| AR475 | Siloam Springs City, Arkansas | 0.7477783644% |
| AR476 | Smackover City, Arkansas | 0.0008007686% |
| AR477 | Smithville Town, Arkansas | 0.0001624146% |
| AR478 | South Lead Hill Town, Arkansas | 0.0018313504% |
| AR479 | Sparkman City, Arkansas | 0.0035065824% |
| AR480 | Springdale City, Arkansas | 2.0136786333% |
| AR481 | Springtown, Arkansas | 0.0002924895% |
| AR482 | St Francis County, Arkansas | 0.2044215163% |
| AR483 | St. Charles Town, Arkansas | 0.0024664131% |
| AR484 | St. Francis City, Arkansas | 0.0007137659% |
| AR485 | St. Joe Town, Arkansas | 0.0076757020% |
| AR486 | St. Paul Town, Arkansas | 0.0041619648% |
| AR487 | Stamps City, Arkansas | 0.0180207281% |
| AR488 | Star City, Arkansas | 0.0564865270% |
| AR489 | Stephens City, Arkansas | 0.0116586529% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR490 | Stone County, Arkansas | 0.2837768844% |
| AR491 | Strawberry Town, Arkansas | 0.0006928738% |
| AR492 | Strong City, Arkansas | 0.0029361993% |
| AR493 | Stuttgart City, Arkansas | 0.2203815101% |
| AR494 | Subiaco Town, Arkansas | 0.0109146937% |
| AR495 | Success Town, Arkansas | 0.0001784415% |
| AR496 | Sulphur Rock Town, Arkansas | 0.0032654646% |
| AR497 | Sulphur Springs City, Arkansas | 0.0120908047% |
| AR498 | Summit City, Arkansas | 0.0074467474% |
| AR499 | Sunset Town, Arkansas | 0.0016041130% |
| AR500 | Swifton City, Arkansas | 0.0178930859% |
| AR501 | Taylor City, Arkansas | 0.0014103602% |
| AR502 | Texarkana City, Arkansas | 0.7683955804% |
| AR503 | Thornton City, Arkansas | 0.0022437548% |
| AR504 | Tillar City, Arkansas | 0.0003265465% |
| AR505 | Tinsman Town, Arkansas | 0.0003150987% |
| AR506 | Tollette Town, Arkansas | 0.0032731918% |
| AR507 | Tontitown City, Arkansas | 0.0610355681% |
| AR508 | Traskwood City, Arkansas | 0.0177678764% |
| AR509 | Trumann City, Arkansas | 0.2319945153% |
| AR510 | Tuckerman City, Arkansas | 0.0405439909% |
| AR511 | Tull Town, Arkansas | 0.0030797252% |
| AR512 | Tupelo Town, Arkansas | 0.0005171511% |
| AR513 | Turrell City, Arkansas | 0.0090687475% |
| AR514 | Twin Groves Town, Arkansas | 0.0156102657% |
| AR515 | Tyronza City, Arkansas | 0.0382955139% |
| AR516 | Ulm Town, Arkansas | 0.0000897216% |
| AR517 | Union County, Arkansas | 0.4520045466% |
| AR518 | Valley Springs Town, Arkansas | 0.0032716177% |
| AR519 | Van Buren City, Arkansas | 1.7649031789% |
| AR520 | Van Buren County, Arkansas | 0.3641848711% |
| AR521 | Vandervoort Town, Arkansas | 0.0000659675% |
| AR522 | Victoria Town, Arkansas | 0.0005446257% |
| AR523 | Vilonia City, Arkansas | 0.1035441323% |
| AR524 | Viola Town, Arkansas | 0.0032700437% |
| AR525 | Wabbaseka Town, Arkansas | 0.0082530968% |
| AR526 | Waldenburg Town, Arkansas | 0.0023526513% |
| AR527 | Waldo City, Arkansas | 0.0028426141% |
| AR528 | Waldron City, Arkansas | 0.1501465474% |
| AR529 | Walnut Ridge City, Arkansas | 0.0315460763% |
| AR530 | Ward City, Arkansas | 0.1482609634% |
| AR531 | Warren City, Arkansas | 0.1331456688% |
| AR532 | Washington City, Arkansas | 0.0014218079% |
| AR533 | Washington County, Arkansas | 2.0141562897% |
| AR534 | Watson City, Arkansas | 0.0000569524% |
| AR535 | Weiner City, Arkansas | 0.0115016760% |
| AR536 | Weldon Town, Arkansas | 0.0015514534% |
| AR537 | West Fork City, Arkansas | 0.0278779379% |
| AR538 | West Memphis City, Arkansas | 0.6402086383% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR539 | West Point Town, Arkansas | 0.0031173596% |
| AR540 | Western Grove Town, Arkansas | 0.0057204300% |
| AR541 | Wheatley City, Arkansas | 0.0050976735% |
| AR542 | Whelen Springs Town, Arkansas | 0.0002381128% |
| AR543 | White County, Arkansas | 0.9979591705% |
| AR544 | White Hall City, Arkansas | 0.0551959387% |
| AR545 | Wickes Town, Arkansas | 0.0001422380% |
| AR546 | Widener Town, Arkansas | 0.0014565804% |
| AR547 | Wiederkehr Village City, Arkansas | 0.0015955272% |
| AR548 | Williford Town, Arkansas | 0.0025041906% |
| AR549 | Willisville Town, Arkansas | 0.0003913692% |
| AR550 | Wilmar City, Arkansas | 0.0018078825% |
| AR551 | Wilmot City, Arkansas | 0.0171605744% |
| AR552 | Wilson City, Arkansas | 0.0038733390% |
| AR553 | Wilton City, Arkansas | 0.0002323889% |
| AR554 | Winchester Town, Arkansas | 0.0011094280% |
| AR555 | Winslow City, Arkansas | 0.0059329284% |
| AR556 | Winthrop City, Arkansas | 0.0004315794% |
| AR557 | Woodruff County, Arkansas | 0.2136270641% |
| AR558 | Wooster Town, Arkansas | 0.0052930004% |
| AR559 | Wrightsville City, Arkansas | 0.0089014675% |
| AR560 | Wynne City, Arkansas | 0.1541190523% |
| AR561 | Yell County, Arkansas | 0.5032932325% |
| AR562 | Yellville City, Arkansas | 0.0268081476% |
| AR563 | Zinc Town, Arkansas | 0.0018492375% |
| AR564 | Keo Town, Arkansas | 0.0137063654% |
| AR565 | Letona Town, Arkansas | 0.0096119422% |
| AR567 | Lexa Town, Arkansas | 0.0073056542% |
| AR568 | Lonsdale Town, Arkansas | 0.0009432928% |
| AR569 | Lowell City, Arkansas | 0.2449366017% |
| AR570 | Marshall City, Arkansas | 0.0391797079% |
| AR571 | McNeil City, Arkansas | 0.0006390694% |
| AR572 | Mountain View City, Arkansas | 0.1444262605% |
| AR573 | Nimmons Town, Arkansas | 0.0001405209% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA1 | Adelanto City, California | |
| CA2 | Agoura Hills City, California | |
| CA3 | Alameda City, California | |
| CA4 | Alameda County, California | |
| CA5 | Albany City, California | |
| CA6 | Alhambra City, California | |
| CA7 | Aliso Viejo City, California | |
| CA9 | Amador County, California | |
| CA10 | American Canyon City, California | |
| CA11 | Anaheim City, California | |
| CA12 | Anderson City, California | |
| CA13 | Antioch City, California | |
| CA14 | Apple Valley Town, California | |
| CA15 | Arcadia City, California | |
| CA16 | Arcata City, California | |
| CA17 | Arroyo Grande City, California | |
| CA18 | Artesia City, California | |
| CA19 | Arvin City, California | |
| CA20 | Atascadero City, California | |
| CA21 | Atwater City, California | |
| CA22 | Auburn City, California | |
| CA23 | Avenal City, California | Allocations in California |
| CA24 | Azusa City, California | will be made in |
| CA25 | Bakersfield City, California | accordance with the |
| CA26 | Baldwin Park City, California | California State-|
| CA27 | Banning City, California | Subdivision Agreement. |
| CA28 | Barstow City, California | |
| CA29 | Beaumont City, California | |
| CA30 | Bell City, California | |
| CA31 | Bell Gardens City, California | |
| CA32 | Bellflower City, California | |
| CA33 | Belmont City, California | |
| CA34 | Benicia City, California | |
| CA35 | Berkeley City, California | |
| CA36 | Beverly Hills City, California | |
| CA37 | Blythe City, California | |
| CA38 | Brawley City, California | |
| CA39 | Brea City, California | |
| CA40 | Brentwood City, California | |
| CA41 | Buena Park City, California | |
| CA42 | Burbank City, California | |
| CA43 | Burlingame City, California | |
| CA44 | Butte County, California | |
| CA45 | Calabasas City, California | |
| CA46 | Calaveras County, California | |
| CA47 | Calexico City, California | |
| CA48 | California City, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA49 | Camarillo City, California | |
| CA50 | Campbell City, California | |
| CA51 | Canyon Lake City, California | |
| CA52 | Capitola City, California | |
| CA53 | Carlsbad City, California | |
| CA54 | Carpinteria City, California | |
| CA55 | Carson City, California | |
| CA56 | Cathedral City, California | |
| CA57 | Ceres City, California | |
| CA58 | Cerritos City, California | |
| CA59 | Chico City, California | |
| CA60 | Chino City, California | |
| CA61 | Chino Hills City, California | |
| CA62 | Chowchilla City, California | |
| CA63 | Chula Vista City, California | |
| CA64 | Citrus Heights City, California | |
| CA65 | Claremont City, California | |
| CA66 | Clayton City, California | |
| CA67 | Clearlake City, California | |
| CA68 | Clovis City, California | |
| CA69 | Coachella City, California | |
| CA70 | Coalinga City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA71 | Colton City, California | |
| CA72 | Colusa County, California | |
| CA73 | Commerce City, California | |
| CA74 | Compton City, California | |
| CA75 | Concord City, California | |
| CA76 | Contra Costa County, California | |
| CA77 | Corcoran City, California | |
| CA78 | Corona City, California | |
| CA79 | Coronado City, California | |
| CA80 | Costa Mesa City, California | |
| CA81 | Covina City, California | |
| CA82 | Cudahy City, California | |
| CA83 | Culver City, California | |
| CA84 | Cupertino City, California | |
| CA85 | Cypress City, California | |
| CA86 | Daly City, California | |
| CA87 | Dana Point City, California | |
| CA88 | Danville Town, California | |
| CA89 | Davis City, California | |
| CA90 | Del Norte County, California | |
| CA91 | Delano City, California | |
| CA92 | Desert Hot Springs City, California | |
| CA93 | Diamond Bar City, California | |
| CA94 | Dinuba City, California | |
| CA95 | Dixon City, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA96 | Downey City, California | |
| CA97 | Duarte City, California | |
| CA98 | Dublin City, California | |
| CA99 | East Palo Alto City, California | |
| CA100 | Eastvale City, California | |
| CA101 | El Cajon City, California | |
| CA102 | El Centro City, California | |
| CA103 | El Cerrito City, California | |
| CA104 | El Dorado County, California | |
| CA105 | El Monte City, California | |
| CA106 | El Paso De Robles (Paso Robles) City, California | |
| CA107 | El Segundo City, California | |
| CA108 | Elk Grove City, California | |
| CA109 | Emeryville City, California | |
| CA110 | Encinitas City, California | |
| CA111 | Escondido City, California | |
| CA112 | Eureka City, California | |
| CA113 | Exeter City, California | |
| CA114 | Fairfield City, California | |
| CA115 | Farmersville City, California | |
| CA116 | Fillmore City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA117 | Folsom City, California | |
| CA118 | Fontana City, California | |
| CA119 | Fortuna City, California | |
| CA120 | Foster City, California | |
| CA121 | Fountain Valley City, California | |
| CA122 | Fremont City, California | |
| CA123 | Fresno City, California | |
| CA124 | Fresno County, California | |
| CA125 | Fullerton City, California | |
| CA126 | Galt City, California | |
| CA127 | Garden Grove City, California | |
| CA128 | Gardena City, California | |
| CA129 | Gilroy City, California | |
| CA130 | Glendale City, California | |
| CA131 | Glendora City, California | |
| CA132 | Glenn County, California | |
| CA133 | Goleta City, California | |
| CA134 | Grand Terrace City, California | |
| CA135 | Grass Valley City, California | |
| CA136 | Greenfield City, California | |
| CA137 | Grover Beach City, California | |
| CA138 | Half Moon Bay City, California | |
| CA139 | Hanford City, California | |
| CA140 | Hawaiian Gardens City, California | |
| CA141 | Hawthorne City, California | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|:---:|:---|:---:|
| CA142 | Hayward City, California | |
| CA143 | Healdsburg City, California | |
| CA144 | Hemet City, California | |
| CA145 | Hercules City, California | |
| CA146 | Hermosa Beach City, California | |
| CA147 | Hesperia City, California | |
| CA148 | Highland City, California | |
| CA149 | Hillsborough Town, California | |
| CA150 | Hollister City, California | |
| CA151 | Humboldt County, California | |
| CA152 | Huntington Beach City, California | |
| CA153 | Huntington Park City, California | |
| CA154 | Imperial Beach City, California | |
| CA155 | Imperial City, California | |
| CA156 | Imperial County, California | |
| CA157 | Indio City, California | |
| CA158 | Inglewood City, California | |
| CA159 | Inyo County, California | |
| CA160 | Irvine City, California | |
| CA161 | Jurupa Valley City, California | |
| CA162 | Kerman City, California | |
| CA163 | Kern County, California | |
| CA164 | King City, California | Allocations in California |
| CA165 | Kings County, California | will be made in |
| CA166 | Kingsburg City, California | accordance with the |
| CA167 | La Cañada Flintridge City, California | California State-Subdivision Agreement. |
| CA168 | La Habra City, California | |
| CA169 | La Mesa City, California | |
| CA170 | La Mirada City, California | |
| CA171 | La Palma City, California | |
| CA172 | La Puente City, California | |
| CA173 | La Quinta City, California | |
| CA174 | La Verne City, California | |
| CA175 | Lafayette City, California | |
| CA176 | Laguna Beach City, California | |
| CA177 | Laguna Hills City, California | |
| CA178 | Laguna Niguel City, California | |
| CA179 | Laguna Woods City, California | |
| CA180 | Lake County, California | |
| CA181 | Lake Elsinore City, California | |
| CA182 | Lake Forest City, California | |
| CA183 | Lakeport City, California | |
| CA184 | Lakewood City, California | |
| CA185 | Lancaster City, California | |
| CA186 | Larkspur City, California | |
| CA187 | Lassen County, California | |
| CA188 | Lathrop City, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA189 | Lawndale City, California | |
| CA190 | Lemon Grove City, California | |
| CA191 | Lemoore City, California | |
| CA192 | Lincoln City, California | |
| CA193 | Lindsay City, California | |
| CA194 | Livermore City, California | |
| CA195 | Livingston City, California | |
| CA196 | Lodi City, California | |
| CA197 | Loma Linda City, California | |
| CA198 | Lomita City, California | |
| CA199 | Lompoc City, California | |
| CA200 | Long Beach City, California | |
| CA201 | Los Alamitos City, California | |
| CA202 | Los Altos City, California | |
| CA203 | Los Angeles City, California | |
| CA204 | Los Angeles County, California | |
| CA205 | Los Banos City, California | |
| CA206 | Los Gatos Town, California | |
| CA207 | Lynwood City, California | |
| CA208 | Madera City, California | |
| CA209 | Madera County, California | |
| CA210 | Malibu City, California | Allocations in California |
| CA211 | Manhattan Beach City, California | will be made in |
| CA212 | Manteca City, California | accordance with the |
| CA213 | Marin County, California | California State- |
| CA214 | Marina City, California | Subdivision Agreement. |
| CA215 | Mariposa County, California | |
| CA216 | Martinez City, California | |
| CA217 | Marysville City, California | |
| CA218 | Maywood City, California | |
| CA219 | McFarland City, California | |
| CA220 | Mendocino County, California | |
| CA221 | Mendota City, California | |
| CA222 | Menifee City, California | |
| CA223 | Menlo Park City, California | |
| CA224 | Merced City, California | |
| CA225 | Merced County, California | |
| CA226 | Mill Valley City, California | |
| CA227 | Millbrae City, California | |
| CA228 | Milpitas City, California | |
| CA229 | Mission Viejo City, California | |
| CA230 | Modesto City, California | |
| CA231 | Modoc County, California | |
| CA232 | Mono County, California | |
| CA233 | Monrovia City, California | |
| CA234 | Montclair City, California | |
| CA235 | Montebello City, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA236 | Monterey City, California | |
| CA237 | Monterey County, California | |
| CA238 | Monterey Park City, California | |
| CA239 | Moorpark City, California | |
| CA240 | Moraga Town, California | |
| CA241 | Moreno Valley City, California | |
| CA242 | Morgan Hill City, California | |
| CA243 | Morro Bay City, California | |
| CA244 | Mountain View City, California | |
| CA245 | Murrieta City, California | |
| CA246 | Napa City, California | |
| CA247 | Napa County, California | |
| CA248 | National City, California | |
| CA249 | Nevada County, California | |
| CA250 | Newark City, California | |
| CA251 | Newman City, California | |
| CA252 | Newport Beach City, California | |
| CA253 | Norco City, California | |
| CA254 | Norwalk City, California | |
| CA255 | Novato City, California | |
| CA256 | Oakdale City, California | |
| CA257 | Oakland City, California | |
| CA258 | Oakley City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA259 | Oceanside City, California | |
| CA260 | Ontario City, California | |
| CA261 | Orange City, California | |
| CA262 | Orange County, California | |
| CA263 | Orange Cove City, California | |
| CA264 | Orinda City, California | |
| CA265 | Oroville City, California | |
| CA266 | Oxnard City, California | |
| CA267 | Pacific Grove City, California | |
| CA268 | Pacifica City, California | |
| CA269 | Palm Desert City, California | |
| CA270 | Palm Springs City, California | |
| CA271 | Palmdale City, California | |
| CA272 | Palo Alto City, California | |
| CA273 | Palos Verdes Estates City, California | |
| CA274 | Paramount City, California | |
| CA275 | Parlier City, California | |
| CA276 | Pasadena City, California | |
| CA277 | Patterson City, California | |
| CA278 | Perris City, California | |
| CA279 | Petaluma City, California | |
| CA280 | Pico Rivera City, California | |
| CA281 | Piedmont City, California | |
| CA282 | Pinole City, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA283 | Pittsburg City, California | |
| CA284 | Placentia City, California | |
| CA285 | Placer County, California | |
| CA286 | Placerville City, California | |
| CA287 | Pleasant Hill City, California | |
| CA288 | Pleasanton City, California | |
| CA289 | Plumas County, California | |
| CA290 | Pomona City, California | |
| CA291 | Port Hueneme City, California | |
| CA292 | Porterville City, California | |
| CA293 | Poway City, California | |
| CA294 | Rancho Cordova City, California | |
| CA295 | Rancho Cucamonga City, California | |
| CA296 | Rancho Mirage City, California | |
| CA297 | Rancho Palos Verdes City, California | |
| CA298 | Rancho Santa Margarita City, California | |
| CA299 | Red Bluff City, California | |
| CA300 | Redding City, California | |
| CA301 | Redlands City, California | |
| CA302 | Redondo Beach City, California | |
| CA303 | Redwood City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA304 | Reedley City, California | |
| CA305 | Rialto City, California | |
| CA306 | Richmond City, California | |
| CA307 | Ridgecrest City, California | |
| CA308 | Ripon City, California | |
| CA309 | Riverbank City, California | |
| CA310 | Riverside City, California | |
| CA311 | Riverside County, California | |
| CA312 | Rocklin City, California | |
| CA313 | Rohnert Park City, California | |
| CA314 | Rosemead City, California | |
| CA315 | Roseville City, California | |
| CA316 | Sacramento City, California | |
| CA317 | Sacramento County, California | |
| CA318 | Salinas City, California | |
| CA319 | San Anselmo Town, California | |
| CA320 | San Benito County, California | |
| CA321 | San Bernardino City, California | |
| CA322 | San Bernardino County, California | |
| CA323 | San Bruno City, California | |
| CA324 | San Buenaventura (Ventura) City, California | |
| CA325 | San Carlos City, California | |
| CA326 | San Clemente City, California | |
| CA327 | San Diego City, California | |
| CA328 | San Diego County, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA329 | San Dimas City, California | |
| CA330 | San Fernando City, California | |
| CA331 | San Francisco City, California | |
| CA332 | San Gabriel City, California | |
| CA333 | San Jacinto City, California | |
| CA334 | San Joaquin County, California | |
| CA335 | San Jose City, California | |
| CA336 | San Juan Capistrano City, California | |
| CA337 | San Leandro City, California | |
| CA338 | San Luis Obispo City, California | |
| CA339 | San Luis Obispo County, California | |
| CA340 | San Marcos City, California | |
| CA341 | San Marino City, California | |
| CA342 | San Mateo City, California | |
| CA343 | San Mateo County, California | |
| CA344 | San Pablo City, California | |
| CA345 | San Rafael City, California | |
| CA346 | San Ramon City, California | |
| CA347 | Sanger City, California | |
| CA348 | Santa Ana City, California | |
| CA349 | Santa Barbara City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA350 | Santa Barbara County, California | |
| CA351 | Santa Clara City, California | |
| CA352 | Santa Clara County, California | |
| CA353 | Santa Clarita City, California | |
| CA354 | Santa Cruz City, California | |
| CA355 | Santa Cruz County, California | |
| CA356 | Santa Fe Springs City, California | |
| CA357 | Santa Maria City, California | |
| CA358 | Santa Monica City, California | |
| CA359 | Santa Paula City, California | |
| CA360 | Santa Rosa City, California | |
| CA361 | Santee City, California | |
| CA362 | Saratoga City, California | |
| CA363 | Scotts Valley City, California | |
| CA364 | Seal Beach City, California | |
| CA365 | Seaside City, California | |
| CA366 | Selma City, California | |
| CA367 | Shafter City, California | |
| CA368 | Shasta County, California | |
| CA369 | Shasta Lake City, California | |
| CA371 | Sierra Madre City, California | |
| CA372 | Signal Hill City, California | |
| CA373 | Simi Valley City, California | |
| CA374 | Siskiyou County, California | |
| CA375 | Solana Beach City, California | |
| CA376 | Solano County, California | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA377 | Soledad City, California | |
| CA378 | Sonoma City, California | |
| CA379 | Sonoma County, California | |
| CA380 | South El Monte City, California | |
| CA381 | South Gate City, California | |
| CA382 | South Lake Tahoe City, California | |
| CA383 | South Pasadena City, California | |
| CA384 | South San Francisco City, California | |
| CA385 | Stanislaus County, California | |
| CA386 | Stanton City, California | |
| CA387 | Stockton City, California | |
| CA388 | Suisun City, California | |
| CA389 | Sunnyvale City, California | |
| CA390 | Susanville City, California | |
| CA391 | Sutter County, California | |
| CA392 | Tehachapi City, California | |
| CA393 | Tehama County, California | |
| CA394 | Temecula City, California | |
| CA395 | Temple City, California | |
| CA396 | Thousand Oaks City, California | |
| CA397 | Torrance City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA398 | Tracy City, California | |
| CA399 | Trinity County, California | |
| CA400 | Truckee Town, California | |
| CA401 | Tulare City, California | |
| CA402 | Tulare County, California | |
| CA403 | Tuolumne County, California | |
| CA404 | Turlock City, California | |
| CA405 | Tustin City, California | |
| CA406 | Twentynine Palms City, California | |
| CA407 | Ukiah City, California | |
| CA408 | Union City, California | |
| CA409 | Upland City, California | |
| CA410 | Vacaville City, California | |
| CA411 | Vallejo City, California | |
| CA412 | Ventura County, California | |
| CA413 | Victorville City, California | |
| CA414 | Visalia City, California | |
| CA415 | Vista City, California | |
| CA416 | Walnut City, California | |
| CA417 | Walnut Creek City, California | |
| CA418 | Wasco City, California | |
| CA419 | Watsonville City, California | |
| CA420 | West Covina City, California | |
| CA421 | West Hollywood City, California | |
| CA422 | West Sacramento City, California | |
| CA423 | Westminster City, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| CA424 | Whittier City, California | |
| CA425 | Wildomar City, California | |
| CA426 | Windsor Town, California | |
| CA427 | Woodland City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA428 | Yolo County, California | |
| CA429 | Yorba Linda City, California | |
| CA430 | Yuba City, California | |
| CA431 | Yuba County, California | |
| CA432 | Yucaipa City, California | |
| CA433 | Yucca Valley Town, California | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|:---:|:---:|:---:|
| CO1 | Adams County, Colorado | |
| CO2 | Alamosa City, Colorado | |
| CO3 | Alamosa County, Colorado | |
| CO4 | Arapahoe County, Colorado | |
| CO5 | Archuleta County, Colorado | |
| CO6 | Arvada City, Colorado | |
| CO7 | Aurora City, Colorado | |
| CO8 | Baca County, Colorado | |
| CO9 | Bent County, Colorado | |
| CO10 | Black Hawk City, Colorado | |
| CO11 | Boulder City, Colorado | |
| CO12 | Boulder County, Colorado | |
| CO13 | Brighton City, Colorado | |
| CO14 | Broomfield City, Colorado | |
| CO15 | Cañon City, Colorado | |
| CO16 | Castle Pines City, Colorado | |
| CO17 | Castle Rock Town, Colorado | |
| CO18 | Centennial City, Colorado | |
| CO19 | Chaffee County, Colorado | |
| CO20 | Cheyenne County, Colorado | |
| CO21 | Clear Creek County, Colorado | |
| CO22 | Colorado Springs City, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO23 | Commerce City, Colorado | |
| CO24 | Conejos County, Colorado | |
| CO25 | Costilla County, Colorado | |
| CO26 | Crowley County, Colorado | |
| CO27 | Custer County, Colorado | |
| CO28 | Delta County, Colorado | |
| CO29 | Denver City, Colorado | |
| CO30 | Dolores County, Colorado | |
| CO31 | Douglas County, Colorado | |
| CO32 | Durango City, Colorado | |
| CO33 | Eagle County, Colorado | |
| CO34 | El Paso County, Colorado | |
| CO35 | Elbert County, Colorado | |
| CO36 | Englewood City, Colorado | |
| CO37 | Erie Town, Colorado | |
| CO38 | Evans City, Colorado | |
| CO39 | Federal Heights City, Colorado | |
| CO40 | Firestone Town, Colorado | |
| CO41 | Fort Collins City, Colorado | |
| CO42 | Fort Morgan City, Colorado | |
| CO43 | Fountain City, Colorado | |
| CO44 | Frederick Town, Colorado | |
| CO45 | Fremont County, Colorado | |
| CO46 | Fruita City, Colorado | |
| CO47 | Garfield County, Colorado | |
| CO48 | Gilpin County, Colorado | |
| CO49 | Golden City, Colorado | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO50 | Grand County, Colorado | |
| CO51 | Grand Junction City, Colorado | |
| CO52 | Greeley City, Colorado | |
| CO53 | Greenwood Village City, Colorado | |
| CO54 | Gunnison County, Colorado | |
| CO55 | Hinsdale County, Colorado | |
| CO56 | Hudson Town, Colorado | |
| CO57 | Huerfano County, Colorado | |
| CO58 | Jackson County, Colorado | |
| CO59 | Jefferson County, Colorado | |
| CO60 | Johnstown, Colorado | |
| CO61 | Kiowa County, Colorado | |
| CO62 | Kit Carson County, Colorado | |
| CO63 | La Plata County, Colorado | |
| CO64 | Lafayette City, Colorado | |
| CO65 | Lake County, Colorado | |
| CO66 | Lakewood City, Colorado | |
| CO67 | Larimer County, Colorado | |
| CO68 | Las Animas County, Colorado | |
| CO69 | Lincoln County, Colorado | |
| CO70 | Littleton City, Colorado | |
| CO71 | Logan County, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO72 | Lone Tree City, Colorado | |
| CO73 | Longmont City, Colorado | |
| CO74 | Louisville City, Colorado | |
| CO75 | Loveland City, Colorado | |
| CO76 | Mesa County, Colorado | |
| CO77 | Mineral County, Colorado | |
| CO78 | Moffat County, Colorado | |
| CO79 | Montezuma County, Colorado | |
| CO80 | Montrose City, Colorado | |
| CO81 | Montrose County, Colorado | |
| CO82 | Morgan County, Colorado | |
| CO83 | Northglenn City, Colorado | |
| CO84 | Otero County, Colorado | |
| CO85 | Ouray County, Colorado | |
| CO86 | Park County, Colorado | |
| CO87 | Parker Town, Colorado | |
| CO88 | Phillips County, Colorado | |
| CO89 | Pitkin County, Colorado | |
| CO90 | Prowers County, Colorado | |
| CO91 | Pueblo City, Colorado | |
| CO92 | Pueblo County, Colorado | |
| CO93 | Rio Blanco County, Colorado | |
| CO94 | Rio Grande County, Colorado | |
| CO95 | Routt County, Colorado | |
| CO96 | Saguache County, Colorado | |
| CO97 | San Juan County, Colorado | |
| CO98 | San Miguel County, Colorado | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO99 | Sedgwick County, Colorado | |
| CO100 | Sheridan City, Colorado | |
| CO101 | Steamboat Springs City, Colorado | |
| CO102 | Sterling City, Colorado | |
| CO103 | Summit County, Colorado | |
| CO104 | Superior Town, Colorado | |
| CO105 | Teller County, Colorado | |
| CO106 | Thornton City, Colorado | |
| CO107 | Washington County, Colorado | |
| CO108 | Weld County, Colorado | |
| CO109 | Wellington Town, Colorado | |
| CO110 | Westminster City, Colorado | |
| CO111 | Wheat Ridge City, Colorado | |
| CO112 | Windsor Town, Colorado | |
| CO113 | Yuma County, Colorado | |
| CO114 | Aguilar Town, Colorado | |
| CO115 | Akron Town, Colorado | |
| CO116 | Alma Town, Colorado | |
| CO117 | Antonito Town, Colorado | |
| CO118 | Arriba Town, Colorado | |
| CO119 | Aspen City, Colorado | |
| CO120 | Ault Town, Colorado | |
| CO121 | Avon Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO122 | Basalt Town, Colorado | |
| CO123 | Bayfield Town, Colorado | |
| CO124 | Bennett Town, Colorado | |
| CO125 | Berthoud Town, Colorado | |
| CO126 | Bethune Town, Colorado | |
| CO127 | Blanca Town, Colorado | |
| CO128 | Blue River Town, Colorado | |
| CO129 | Boone Town, Colorado | |
| CO130 | Bow Mar Town, Colorado | |
| CO131 | Branson Town, Colorado | |
| CO132 | Breckenridge Town, Colorado | |
| CO133 | Brookside Town, Colorado | |
| CO134 | Brush City, Colorado | |
| CO135 | Buena Vista Town, Colorado | |
| CO136 | Burlington City, Colorado | |
| CO137 | Calhan Town, Colorado | |
| CO138 | Campo Town, Colorado | |
| CO139 | Carbondale Town, Colorado | |
| CO140 | Cedaredge Town, Colorado | |
| CO141 | Center Town, Colorado | |
| CO142 | Central City, Colorado | |
| CO143 | Cheraw Town, Colorado | |
| CO144 | Cherry Hills Village City, Colorado | |
| CO145 | Cheyenne Wells Town, Colorado | |
| CO146 | City Of Creede Town, Colorado | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO147 | Coal Creek Town, Colorado | |
| CO148 | Cokedale Town, Colorado | |
| CO149 | Collbran Town, Colorado | |
| CO150 | Columbine Valley Town, Colorado | |
| CO151 | Cortez City, Colorado | |
| CO152 | Craig City, Colorado | |
| CO153 | Crawford Town, Colorado | |
| CO154 | Crested Butte Town, Colorado | |
| CO155 | Crestone Town, Colorado | |
| CO156 | Cripple Creek City, Colorado | |
| CO157 | Crook Town, Colorado | |
| CO158 | Crowley Town, Colorado | |
| CO159 | Dacono City, Colorado | |
| CO160 | De Beque Town, Colorado | |
| CO161 | Deer Trail Town, Colorado | |
| CO162 | Del Norte Town, Colorado | |
| CO163 | Delta City, Colorado | |
| CO164 | Dillon Town, Colorado | |
| CO165 | Dinosaur Town, Colorado | |
| CO166 | Dolores Town, Colorado | |
| CO167 | Dove Creek Town, Colorado | |
| CO168 | Eads Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO169 | Eagle Town, Colorado | |
| CO170 | Eaton Town, Colorado | |
| CO171 | Eckley Town, Colorado | |
| CO172 | Edgewater City, Colorado | |
| CO173 | Elizabeth Town, Colorado | |
| CO174 | Empire Town, Colorado | |
| CO175 | Estes Park Town, Colorado | |
| CO176 | Fairplay Town, Colorado | |
| CO177 | Flagler Town, Colorado | |
| CO178 | Fleming Town, Colorado | |
| CO179 | Florence City, Colorado | |
| CO180 | Fort Lupton City, Colorado | |
| CO181 | Fowler Town, Colorado | |
| CO182 | Foxfield Town, Colorado | |
| CO183 | Fraser Town, Colorado | |
| CO184 | Frisco Town, Colorado | |
| CO185 | Garden City Town, Colorado | |
| CO186 | Genoa Town, Colorado | |
| CO187 | Georgetown Town, Colorado | |
| CO188 | Gilcrest Town, Colorado | |
| CO189 | Glendale City, Colorado | |
| CO190 | Glenwood Springs City, Colorado | |
| CO191 | Granada Town, Colorado | |
| CO192 | Granby Town, Colorado | |
| CO193 | Grand Lake Town, Colorado | |
| CO194 | Green Mountain Falls Town, Colorado | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|------------------------------|
| CO195 | Grover Town, Colorado | |
| CO196 | Gunnison City, Colorado | |
| CO197 | Gypsum Town, Colorado | |
| CO198 | Hartman Town, Colorado | |
| CO199 | Haswell Town, Colorado | |
| CO200 | Haxtun Town, Colorado | |
| CO201 | Hayden Town, Colorado | |
| CO202 | Hillrose Town, Colorado | |
| CO203 | Holly Town, Colorado | |
| CO204 | Holyoke City, Colorado | |
| CO205 | Hooper Town, Colorado | |
| CO206 | Hot Sulphur Springs Town, Colorado | |
| CO207 | Hotchkiss Town, Colorado | |
| CO208 | Hugo Town, Colorado | |
| CO209 | Idaho Springs City, Colorado | |
| CO210 | Ignacio Town, Colorado | |
| CO211 | Iliff Town, Colorado | |
| CO212 | Jamestown Town, Colorado | |
| CO213 | Julesburg Town, Colorado | |
| CO214 | Keenesburg Town, Colorado | |
| CO215 | Kersey Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO216 | Kim Town, Colorado | |
| CO217 | Kiowa Town, Colorado | |
| CO218 | Kit Carson Town, Colorado | |
| CO219 | Kremmling Town, Colorado | |
| CO220 | La Jara Town, Colorado | |
| CO221 | La Junta City, Colorado | |
| CO222 | La Salle Town, Colorado | |
| CO223 | La Veta Town, Colorado | |
| CO224 | Lake City Town, Colorado | |
| CO225 | Lakeside Town, Colorado | |
| CO226 | Lamar City, Colorado | |
| CO227 | Larkspur Town, Colorado | |
| CO228 | Las Animas City, Colorado | |
| CO229 | Leadville City, Colorado | |
| CO230 | Limon Town, Colorado | |
| CO231 | Lochbuie Town, Colorado | |
| CO232 | Log Lane Village Town, Colorado | |
| CO233 | Lyons Town, Colorado | |
| CO234 | Manassa Town, Colorado | |
| CO235 | Mancos Town, Colorado | |
| CO236 | Manitou Springs City, Colorado | |
| CO237 | Manzanola Town, Colorado | |
| CO238 | Marble Town, Colorado | |
| CO239 | Mead Town, Colorado | |
| CO240 | Meeker Town, Colorado | |
| CO241 | Merino Town, Colorado | |
| CO242 | Milliken Town, Colorado | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO243 | Minturn Town, Colorado | |
| CO244 | Moffat Town, Colorado | |
| CO245 | Monte Vista City, Colorado | |
| CO246 | Montezuma Town, Colorado | |
| CO247 | Monument Town, Colorado | |
| CO248 | Morrison Town, Colorado | |
| CO249 | Mount Crested Butte Town, Colorado | |
| CO250 | Mountain View Town, Colorado | |
| CO251 | Mountain Village Town, Colorado | |
| CO252 | Naturita Town, Colorado | |
| CO253 | Nederland Town, Colorado | |
| CO254 | New Castle Town, Colorado | |
| CO255 | Norwood Town, Colorado | |
| CO256 | Nucla Town, Colorado | |
| CO257 | Nunn Town, Colorado | |
| CO258 | Oak Creek Town, Colorado | |
| CO259 | Olathe Town, Colorado | |
| CO260 | Olney Springs Town, Colorado | |
| CO261 | Ophir Town, Colorado | |
| CO262 | Orchard City Town, Colorado | |
| CO263 | Ordway Town, Colorado | |
| CO264 | Otis Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO265 | Ouray City, Colorado | |
| CO266 | Ovid Town, Colorado | |
| CO267 | Pagosa Springs Town, Colorado | |
| CO268 | Palisade Town, Colorado | |
| CO269 | Palmer Lake Town, Colorado | |
| CO270 | Paoli Town, Colorado | |
| CO271 | Paonia Town, Colorado | |
| CO272 | Parachute Town, Colorado | |
| CO273 | Peetz Town, Colorado | |
| CO274 | Pierce Town, Colorado | |
| CO275 | Pitkin Town, Colorado | |
| CO276 | Platteville Town, Colorado | |
| CO277 | Poncha Springs Town, Colorado | |
| CO278 | Pritchett Town, Colorado | |
| CO279 | Ramah Town, Colorado | |
| CO280 | Rangely Town, Colorado | |
| CO281 | Raymer (New Raymer) Town, Colorado | |
| CO282 | Red Cliff Town, Colorado | |
| CO283 | Rico Town, Colorado | |
| CO284 | Ridgway Town, Colorado | |
| CO285 | Rifle City, Colorado | |
| CO286 | Rockvale Town, Colorado | |
| CO287 | Rocky Ford City, Colorado | |
| CO288 | Romeo Town, Colorado | |
| CO289 | Rye Town, Colorado | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO290 | Saguache Town, Colorado | |
| CO291 | Salida City, Colorado | |
| CO292 | San Luis Town, Colorado | |
| CO293 | Sanford Town, Colorado | |
| CO294 | Sawpit Town, Colorado | |
| CO295 | Sedgwick Town, Colorado | |
| CO296 | Seibert Town, Colorado | |
| CO297 | Severance Town, Colorado | |
| CO298 | Sheridan Lake Town, Colorado | |
| CO299 | Silt Town, Colorado | |
| CO300 | Silver Cliff Town, Colorado | |
| CO301 | Silver Plume Town, Colorado | |
| CO302 | Silverthorne Town, Colorado | |
| CO303 | Silverton Town, Colorado | |
| CO304 | Simla Town, Colorado | |
| CO305 | Snowmass Village Town, Colorado | |
| CO306 | South Fork Town, Colorado | |
| CO307 | Springfield Town, Colorado | |
| CO308 | Starkville Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO309 | Stratton Town, Colorado | |
| CO310 | Sugar City Town, Colorado | |
| CO311 | Swink Town, Colorado | |
| CO312 | Telluride Town, Colorado | |
| CO313 | Timnath Town, Colorado | |
| CO314 | Trinidad City, Colorado | |
| CO315 | Two Buttes Town, Colorado | |
| CO316 | Vail Town, Colorado | |
| CO317 | Victor City, Colorado | |
| CO318 | Vilas Town, Colorado | |
| CO319 | Vona Town, Colorado | |
| CO320 | Walden Town, Colorado | |
| CO321 | Walsenburg City, Colorado | |
| CO322 | Walsh Town, Colorado | |
| CO323 | Ward Town, Colorado | |
| CO324 | Westcliffe Town, Colorado | |
| CO325 | Wiggins Town, Colorado | |
| CO326 | Wiley Town, Colorado | |
| CO327 | Williamsburg Town, Colorado | |
| CO328 | Winter Park Town, Colorado | |
| CO329 | Woodland Park City, Colorado | |
| CO330 | Wray City, Colorado | |
| CO331 | Yampa Town, Colorado | |
| CO332 | Yuma City, Colorado | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT1 | Andover Town, Connecticut | 0.0513214640% |
| CT2 | Ansonia City, Connecticut | 0.5316052437% |
| CT3 | Ashford Town, Connecticut | 0.1096965130% |
| CT4 | Avon Town, Connecticut | 0.5494886534% |
| CT5 | Barkhamsted Town, Connecticut | 0.0620629520% |
| CT6 | Beacon Falls Town, Connecticut | 0.1953947308% |
| CT7 | Berlin Town, Connecticut | 0.5215629385% |
| CT8 | Bethany Town, Connecticut | 0.1039156068% |
| CT9 | Bethel Town, Connecticut | 0.3522422145% |
| CT10 | Bethlehem Town, Connecticut | 0.0078647202% |
| CT11 | Bloomfield Town, Connecticut | 0.4888368136% |
| CT12 | Bolton Town, Connecticut | 0.1520831395% |
| CT13 | Bozrah Town, Connecticut | 0.0582057867% |
| CT14 | Branford Town, Connecticut | 0.8903816954% |
| CT15 | Bridgeport City, Connecticut | 3.2580743095% |
| CT16 | Bridgewater Town, Connecticut | 0.0118125935% |
| CT17 | Bristol City, Connecticut | 1.3355768908% |
| CT18 | Brookfield Town, Connecticut | 0.3087903124% |
| CT19 | Brooklyn Town, Connecticut | 0.1880661562% |
| CT20 | Burlington Town, Connecticut | 0.2348761319% |
| CT21 | Canaan Town, Connecticut | 0.0343343640% |
| CT22 | Canterbury Town, Connecticut | 0.1354310071% |
| CT23 | Canton Town, Connecticut | 0.2669011966% |
| CT24 | Chaplin Town, Connecticut | 0.0523959290% |
| CT25 | Cheshire Town, Connecticut | 0.9783113499% |
| CT26 | Chester Town, Connecticut | 0.0772387574% |
| CT27 | Clinton Town, Connecticut | 0.5348726093% |
| CT28 | Colchester Town, Connecticut | 0.6134395770% |
| CT29 | Colebrook Town, Connecticut | 0.0296870114% |
| CT30 | Columbia Town, Connecticut | 0.1005666237% |
| CT31 | Cornwall Town, Connecticut | 0.0486027928% |
| CT32 | Coventry Town, Connecticut | 0.3460011479% |
| CT33 | Cromwell Town, Connecticut | 0.4750451453% |
| CT34 | Danbury City, Connecticut | 1.1556465907% |
| CT35 | Darien Town, Connecticut | 0.6429649345% |
| CT36 | Deep River Town, Connecticut | 0.0924563595% |
| CT37 | Derby City, Connecticut | 0.3503125449% |
| CT38 | Durham Town, Connecticut | 0.0079309232% |
| CT39 | East Granby Town, Connecticut | 0.1455975170% |
| CT40 | East Haddam Town, Connecticut | 0.3145696377% |
| CT41 | East Hampton Town, Connecticut | 0.4637546663% |
| CT42 | East Hartford Town, Connecticut | 1.2645454069% |
| CT43 | East Haven Town, Connecticut | 0.8590923735% |
| CT44 | East Lyme Town, Connecticut | 0.6375826296% |
| CT45 | East Windsor Town, Connecticut | 0.2419743793% |
| CT46 | Eastford Town, Connecticut | 0.0446651958% |
| CT47 | Easton Town, Connecticut | 0.1354961231% |
| CT48 | Ellington Town, Connecticut | 0.4010047839% |
| CT49 | Enfield Town, Connecticut | 0.9173431190% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT50 | Essex Town, Connecticut | 0.1431870357% |
| CT51 | Fairfield Town, Connecticut | 1.4212308415% |
| CT52 | Farmington Town, Connecticut | 0.6572091547% |
| CT53 | Franklin Town, Connecticut | 0.0446032416% |
| CT54 | Glastonbury Town, Connecticut | 1.0420644550% |
| CT55 | Goshen Town, Connecticut | 0.0030464255% |
| CT56 | Granby Town, Connecticut | 0.2928405247% |
| CT57 | Greenwich Town, Connecticut | 1.5644702467% |
| CT58 | Griswold Town, Connecticut | 0.3865570141% |
| CT59 | Groton Town, Connecticut | 1.4033874500% |
| CT60 | Guilford Town, Connecticut | 0.8399392493% |
| CT61 | Haddam Town, Connecticut | 0.0151716553% |
| CT62 | Hamden Town, Connecticut | 1.7724359413% |
| CT63 | Hampton Town, Connecticut | 0.0429454985% |
| CT64 | Hartford City, Connecticut | 5.3268549899% |
| CT65 | Hartland Town, Connecticut | 0.0359782738% |
| CT66 | Harwinton Town, Connecticut | 0.0126363764% |
| CT67 | Hebron Town, Connecticut | 0.1593443254% |
| CT68 | Kent Town, Connecticut | 0.0835899976% |
| CT69 | Killingly Town, Connecticut | 0.6116898413% |
| CT70 | Killingworth Town, Connecticut | 0.2652963170% |
| CT71 | Lebanon Town, Connecticut | 0.2746607824% |
| CT72 | Ledyard Town, Connecticut | 0.5514380850% |
| CT73 | Lisbon Town, Connecticut | 0.1156355161% |
| CT74 | Litchfield Town, Connecticut | 0.3481982974% |
| CT75 | Lyme Town, Connecticut | 0.0023141411% |
| CT76 | Madison Town, Connecticut | 0.7594223560% |
| CT77 | Manchester Town, Connecticut | 1.3929765818% |
| CT78 | Mansfield Town, Connecticut | 0.3058754037% |
| CT79 | Marlborough Town, Connecticut | 0.0766010346% |
| CT80 | Meriden City, Connecticut | 1.8508778149% |
| CT81 | Middlebury Town, Connecticut | 0.0276033951% |
| CT82 | Middlefield Town, Connecticut | 0.0075627554% |
| CT83 | Middletown City, Connecticut | 1.5343128975% |
| CT84 | Milford City, Connecticut | 1.8215679630% |
| CT85 | Monroe Town, Connecticut | 0.4307375445% |
| CT86 | Montville Town, Connecticut | 0.5806185940% |
| CT87 | Morris Town, Connecticut | 0.0099785725% |
| CT88 | Naugatuck Borough, Connecticut | 1.0644527326% |
| CT89 | New Britain City, Connecticut | 1.5740557511% |
| CT90 | New Canaan Town, Connecticut | 0.6136187204% |
| CT91 | New Fairfield Town, Connecticut | 0.2962030448% |
| CT92 | New Hartford Town, Connecticut | 0.1323482193% |
| CT93 | New Haven City, Connecticut | 5.8061427601% |
| CT94 | New London City, Connecticut | 1.0536729060% |
| CT95 | New Milford Town, Connecticut | 1.0565475001% |
| CT96 | Newington Town, Connecticut | 0.7132456565% |
| CT97 | Newtown, Connecticut | 0.5964476353% |
| CT98 | Norfolk Town, Connecticut | 0.0442819100% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT99 | North Branford Town, Connecticut | 0.4795791623% |
| CT100 | North Canaan Town, Connecticut | 0.0913148022% |
| CT101 | North Haven Town, Connecticut | 0.7922543069% |
| CT102 | North Stonington Town, Connecticut | 0.1803885830% |
| CT103 | Norwalk City, Connecticut | 1.5918210823% |
| CT104 | Norwich City, Connecticut | 1.1639182124% |
| CT105 | Old Lyme Town, Connecticut | 0.0247921386% |
| CT106 | Old Saybrook Town, Connecticut | 0.4181170767% |
| CT107 | Orange Town, Connecticut | 0.3683598812% |
| CT108 | Oxford Town, Connecticut | 0.3955127994% |
| CT109 | Plainfield Town, Connecticut | 0.5352043161% |
| CT110 | Plainville Town, Connecticut | 0.3937549612% |
| CT111 | Plymouth Town, Connecticut | 0.4213382978% |
| CT112 | Pomfret Town, Connecticut | 0.1174722050% |
| CT113 | Portland Town, Connecticut | 0.3205523149% |
| CT114 | Preston Town, Connecticut | 0.1319895374% |
| CT115 | Prospect Town, Connecticut | 0.3056173107% |
| CT116 | Putnam Town, Connecticut | 0.2953254103% |
| CT117 | Redding Town, Connecticut | 0.1726435223% |
| CT118 | Ridgefield Town, Connecticut | 0.6645173744% |
| CT119 | Rocky Hill Town, Connecticut | 0.3929175425% |
| CT120 | Roxbury Town, Connecticut | 0.0037924445% |
| CT121 | Salem Town, Connecticut | 0.1075219911% |
| CT122 | Salisbury Town, Connecticut | 0.1052257347% |
| CT123 | Scotland Town, Connecticut | 0.0395212218% |
| CT124 | Seymour Town, Connecticut | 0.5301171581% |
| CT125 | Sharon Town, Connecticut | 0.0761294123% |
| CT126 | Shelton City, Connecticut | 0.5601099879% |
| CT127 | Sherman Town, Connecticut | 0.0494382353% |
| CT128 | Simsbury Town, Connecticut | 0.6988446241% |
| CT129 | Somers Town, Connecticut | 0.2491740063% |
| CT130 | South Windsor Town, Connecticut | 0.7310935932% |
| CT131 | Southbury Town, Connecticut | 0.0581965974% |
| CT132 | Southington Town, Connecticut | 0.9683065927% |
| CT133 | Sprague Town, Connecticut | 0.0874709763% |
| CT134 | Stafford Town, Connecticut | 0.3388202949% |
| CT135 | Stamford City, Connecticut | 2.9070395589% |
| CT136 | Sterling Town, Connecticut | 0.0949826467% |
| CT137 | Stonington Town, Connecticut | 0.5576891315% |
| CT138 | Stratford Town, Connecticut | 0.9155695700% |
| CT139 | Suffield Town, Connecticut | 0.3402792315% |
| CT140 | Thomaston Town, Connecticut | 0.2664061562% |
| CT141 | Thompson Town, Connecticut | 0.2673479187% |
| CT142 | Tolland Town, Connecticut | 0.4342020371% |
| CT143 | Torrington City, Connecticut | 1.3652460176% |
| CT144 | Trumbull Town, Connecticut | 0.7617744403% |
| CT145 | Union Town, Connecticut | 0.0153941764% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| CT146 | Vernon Town, Connecticut | 0.7027162157% |
| CT147 | Voluntown, Connecticut | 0.0733181557% |
| CT148 | Wallingford Town, Connecticut | 1.5350353996% |
| CT149 | Warren Town, Connecticut | 0.0489758024% |
| CT150 | Washington Town, Connecticut | 0.1553517897% |
| CT151 | Waterbury City, Connecticut | 4.6192219654% |
| CT152 | Waterford Town, Connecticut | 0.7608802056% |
| CT153 | Watertown, Connecticut | 0.6868118808% |
| CT154 | West Hartford Town, Connecticut | 1.6216697477% |
| CT155 | West Haven City, Connecticut | 1.4026972589% |
| CT156 | Westbrook Town, Connecticut | 0.2586999280% |
| CT157 | Weston Town, Connecticut | 0.3664201329% |
| CT158 | Westport Town, Connecticut | 0.8921084083% |
| CT159 | Wethersfield Town, Connecticut | 0.6208707168% |
| CT160 | Willington Town, Connecticut | 0.0975268185% |
| CT161 | Wilton Town, Connecticut | 0.6378099925% |
| CT162 | Winchester Town, Connecticut | 0.3760305376% |
| CT163 | Windham Town, Connecticut | 1.0108949901% |
| CT164 | Windsor Locks Town, Connecticut | 0.3174167624% |
| CT165 | Windsor Town, Connecticut | 0.7548324123% |
| CT166 | Wolcott Town, Connecticut | 0.5443693820% |
| CT167 | Woodbridge Town, Connecticut | 0.2435300513% |
| CT168 | Woodbury Town, Connecticut | 0.3411988605% |
| CT169 | Woodmont Borough, Connecticut | 0.0173159412% |
| CT170 | Woodstock Town, Connecticut | 0.1817110623% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| DE1 | Dover City, Delaware | 25.00000000% ($1.00) |
| DE2 | Kent County, Delaware | 25.00000000% ($1.00) |
| DE3 | Middletown, Delaware | 0.0000000000% |
| DE4 | Milford City, Delaware | 0.0000000000% |
| DE5 | New Castle County, Delaware | 0.0000000000% |
| DE6 | Newark City, Delaware | 0.0000000000% |
| DE7 | Seaford City, Delaware | 25.00000000% ($1.00) |
| DE8 | Smyrna Town, Delaware | 0.0000000000% |
| DE9 | Sussex County, Delaware | 25.00000000% ($1.00) |
| DE10 | Wilmington City, Delaware | 0.0000000000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA1 | Acworth City, Georgia | 0.1010066057% |
| GA2 | Adel City, Georgia | 0.0545649432% |
| GA3 | Albany City, Georgia | 0.3157843012% |
| GA4 | Alma City, Georgia | 0.0720108615% |
| GA5 | Alpharetta City, Georgia | 0.2110377863% |
| GA6 | Americus City, Georgia | 0.0651732444% |
| GA7 | Appling County, Georgia | 0.1891925647% |
| GA8 | Arlington City, Georgia | 0.0057755147% |
| GA9 | Athens-Clarke County Unified Government, Georgia | 1.3856330305% |
| GA10 | Atkinson County, Georgia | 0.0986720780% |
| GA11 | Atlanta City, Georgia | 2.9922320659% |
| GA12 | Augusta-Richmond County Consolidated Government, Georgia | 2.7761021713% |
| GA13 | Bacon County, Georgia | 0.1326313298% |
| GA14 | Bainbridge City, Georgia | 0.0569861790% |
| GA15 | Baker County, Georgia | 0.0138992540% |
| GA16 | Baldwin County, Georgia | 0.2940093402% |
| GA17 | Banks County, Georgia | 0.2108287241% |
| GA18 | Barrow County, Georgia | 0.7562315570% |
| GA19 | Bartow County, Georgia | 1.0945235112% |
| GA20 | Ben Hill County, Georgia | 0.0834031458% |
| GA21 | Berrien County, Georgia | 0.1225733642% |
| GA22 | Blackshear City, Georgia | 0.0349161927% |
| GA23 | Blakely City, Georgia | 0.0158441397% |
| GA24 | Bleckley County, Georgia | 0.1430561858% |
| GA25 | Brantley County, Georgia | 0.2875410777% |
| GA26 | Braselton Town, Georgia | 0.0371467624% |
| GA27 | Brookhaven City, Georgia | 0.0913450445% |
| GA28 | Brooks County, Georgia | 0.1455943886% |
| GA29 | Brunswick City, Georgia | 0.1020085339% |
| GA30 | Bryan County, Georgia | 0.2289883650% |
| GA31 | Buford City, Georgia | 0.0023586547% |
| GA32 | Bulloch County, Georgia | 0.4088475182% |
| GA33 | Burke County, Georgia | 0.1875413288% |
| GA34 | Butts County, Georgia | 0.3178860983% |
| GA35 | Calhoun City, Georgia | 0.1780085402% |
| GA36 | Calhoun County, Georgia | 0.0360783561% |
| GA37 | Camden County, Georgia | 0.3387009665% |
| GA38 | Candler County, Georgia | 0.0990882539% |
| GA39 | Canton City, Georgia | 0.1378274535% |
| GA40 | Carroll County, Georgia | 1.4108548814% |
| GA41 | Carrollton City, Georgia | 0.4395018339% |
| GA42 | Cartersville City, Georgia | 0.2991406477% |
| GA43 | Catoosa County, Georgia | 1.0548339612% |
| GA44 | Chamblee City, Georgia | 0.0537051979% |
| GA45 | Charlton County, Georgia | 0.1046313818% |
| GA46 | Chatham County, Georgia | 1.4544033708% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA47 | Chattooga County, Georgia | 0.3317513109% |
| GA48 | Cherokee County, Georgia | 2.1190683851% |
| GA49 | Clarkston City, Georgia | 0.0175253481% |
| GA50 | Clay County, Georgia | 0.0274637104% |
| GA51 | Clayton County, Georgia | 1.6728881377% |
| GA52 | Clinch County, Georgia | 0.0617206810% |
| GA53 | Cobb County, Georgia | 5.8580801967% |
| GA54 | Coffee County, Georgia | 0.4164755944% |
| GA55 | College Park City, Georgia | 0.1805996391% |
| GA56 | Colquitt County, Georgia | 0.2578612394% |
| GA57 | Columbia County, Georgia | 1.2905730633% |
| GA58 | Columbus City, Georgia | 1.8227140298% |
| GA59 | Conyers City, Georgia | 0.1202231912% |
| GA60 | Cook County, Georgia | 0.0973405674% |
| GA61 | Cordele City, Georgia | 0.0583989534% |
| GA62 | Covington City, Georgia | 0.1969084378% |
| GA63 | Coweta County, Georgia | 0.9767276305% |
| GA64 | Crawford County, Georgia | 0.1282569558% |
| GA65 | Crisp County, Georgia | 0.1296658905% |
| GA66 | Cusseta-Chattahoochee County Unified Government, Georgia | 0.0695538650% |
| GA67 | Dade County, Georgia | 0.1799465490% |
| GA68 | Dallas City, Georgia | 0.0916776643% |
| GA69 | Dalton City, Georgia | 0.3628092518% |
| GA70 | Damascus City, Georgia | 0.0005040301% |
| GA71 | Dawson City, Georgia | 0.0138696254% |
| GA72 | Dawson County, Georgia | 0.3192782415% |
| GA73 | Decatur City, Georgia | 0.1040340531% |
| GA74 | Decatur County, Georgia | 0.1633371087% |
| GA75 | Dekalb County, Georgia | 4.0579602979% |
| GA76 | Demorest City, Georgia | 0.0233539880% |
| GA77 | Dodge County, Georgia | 0.3228398634% |
| GA78 | Dooly County, Georgia | 0.0758970226% |
| GA79 | Doraville City, Georgia | 0.0619484258% |
| GA80 | Dougherty County, Georgia | 0.4519146718% |
| GA81 | Douglas City, Georgia | 0.2364366638% |
| GA82 | Douglas County, Georgia | 1.2411219485% |
| GA83 | Douglasville City, Georgia | 0.2313289102% |
| GA84 | Dublin City, Georgia | 0.1598683843% |
| GA85 | Duluth City, Georgia | 0.1174400509% |
| GA86 | Dunwoody City, Georgia | 0.0823645400% |
| GA87 | Early County, Georgia | 0.0433467628% |
| GA88 | East Point City, Georgia | 0.2308433908% |
| GA89 | Echols County, Georgia | 0.0262187359% |
| GA90 | Effingham County, Georgia | 0.4370293068% |
| GA91 | Elbert County, Georgia | 0.2655117233% |
| GA92 | Emanuel County, Georgia | 0.2278497555% |
| GA93 | Evans County, Georgia | 0.1156959749% |
| GA94 | Fairburn City, Georgia | 0.0542552469% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| GA95 | Fannin County, Georgia | 0.5651805280% |
| GA96 | Fayette County, Georgia | 0.6527012475% |
| GA97 | Fayetteville City, Georgia | 0.1201203794% |
| GA98 | Fitzgerald City, Georgia | 0.0569093853% |
| GA99 | Floyd County, Georgia | 0.9887350092% |
| GA100 | Forest Park City, Georgia | 0.1455200592% |
| GA101 | Forsyth County, Georgia | 1.7110664570% |
| GA102 | Franklin County, Georgia | 0.5550296650% |
| GA103 | Fulton County, Georgia | 3.2792330120% |
| GA104 | Gainesville City, Georgia | 0.3640437388% |
| GA105 | Georgetown-Quitman County Unified Government, Georgia | 0.0176595651% |
| GA106 | Gilmer County, Georgia | 0.4239021158% |
| GA107 | Glascock County, Georgia | 0.0283662653% |
| GA108 | Glynn County, Georgia | 0.7968809706% |
| GA109 | Gordon County, Georgia | 0.4175279543% |
| GA110 | Grady County, Georgia | 0.1716497947% |
| GA111 | Greene County, Georgia | 0.1737385827% |
| GA112 | Griffin City, Georgia | 0.2287480123% |
| GA113 | Grovetown City, Georgia | 0.0632622854% |
| GA114 | Gwinnett County, Georgia | 4.8912732775% |
| GA115 | Habersham County, Georgia | 0.4635124652% |
| GA116 | Hall County, Georgia | 1.5772937095% |
| GA117 | Hancock County, Georgia | 0.0536800967% |
| GA118 | Haralson County, Georgia | 1.0934912667% |
| GA119 | Harris County, Georgia | 0.2037540782% |
| GA120 | Hart County, Georgia | 0.2935398099% |
| GA121 | Heard County, Georgia | 0.1232058232% |
| GA122 | Henry County, Georgia | 1.9715208583% |
| GA123 | Hinesville City, Georgia | 0.2572364025% |
| GA124 | Holly Springs City, Georgia | 0.0823108417% |
| GA125 | Houston County, Georgia | 0.8378076437% |
| GA126 | Irwin County, Georgia | 0.0610553841% |
| GA127 | Jackson County, Georgia | 0.9201220386% |
| GA128 | Jasper County, Georgia | 0.1152245534% |
| GA129 | Jeff Davis County, Georgia | 0.3659791686% |
| GA130 | Jefferson City, Georgia | 0.0881783943% |
| GA131 | Jefferson County, Georgia | 0.1517559349% |
| GA132 | Jenkins County, Georgia | 0.0808740550% |
| GA133 | Johns Creek City, Georgia | 0.1877697040% |
| GA134 | Johnson County, Georgia | 0.0876584323% |
| GA135 | Jones County, Georgia | 0.2773521617% |
| GA136 | Kennesaw City, Georgia | 0.1446191663% |
| GA137 | Kingsland City, Georgia | 0.1313198199% |
| GA138 | Lagrange City, Georgia | 0.2069622772% |
| GA139 | Lakeland City, Georgia | 0.0155232109% |
| GA140 | Lamar County, Georgia | 0.2083015245% |
| GA141 | Lanier County, Georgia | 0.0574613256% |
| GA142 | Laurens County, Georgia | 0.5249834521% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA143 | Lawrenceville City, Georgia | 0.1647173317% |
| GA144 | Lee County, Georgia | 0.2162850866% |
| GA145 | Liberty County, Georgia | 0.2931642086% |
| GA146 | Lilburn City, Georgia | 0.0538355752% |
| GA147 | Lincoln County, Georgia | 0.1000487479% |
| GA148 | Loganville City, Georgia | 0.1468681321% |
| GA149 | Long County, Georgia | 0.1216766548% |
| GA150 | Lowndes County, Georgia | 0.6253829866% |
| GA151 | Lumpkin County, Georgia | 0.3139555802% |
| GA152 | Macon County, Georgia | 0.1110857755% |
| GA153 | Macon-Bibb County Unified Government, Georgia | 2.0265214623% |
| GA154 | Madison County, Georgia | 0.5114434091% |
| GA155 | Marietta City, Georgia | 0.7354006996% |
| GA156 | Marion County, Georgia | 0.0615218771% |
| GA157 | McDonough City, Georgia | 0.0803644086% |
| GA158 | McDuffie County, Georgia | 0.2216409869% |
| GA159 | McIntosh County, Georgia | 0.1678759014% |
| GA160 | Meriwether County, Georgia | 0.2015834534% |
| GA161 | Milledgeville City, Georgia | 0.1343842887% |
| GA162 | Miller County, Georgia | 0.0562389307% |
| GA163 | Milton City, Georgia | 0.0765630644% |
| GA164 | Mitchell County, Georgia | 0.1842864232% |
| GA165 | Monroe City, Georgia | 0.1616058698% |
| GA166 | Monroe County, Georgia | 0.2463868890% |
| GA167 | Montgomery County, Georgia | 0.0685440855% |
| GA168 | Morgan County, Georgia | 0.1807932852% |
| GA169 | Moultrie City, Georgia | 0.1150272968% |
| GA170 | Murray County, Georgia | 0.5636808736% |
| GA171 | Nashville City, Georgia | 0.0288042758% |
| GA172 | Newnan City, Georgia | 0.2037973462% |
| GA173 | Newton County, Georgia | 0.6206699754% |
| GA174 | Norcross City, Georgia | 0.0762036242% |
| GA175 | Oconee County, Georgia | 0.2721000475% |
| GA176 | Oglethorpe County, Georgia | 0.1461658711% |
| GA177 | Paulding County, Georgia | 1.7495211188% |
| GA178 | Peach County, Georgia | 0.2319656673% |
| GA179 | Peachtree City, Georgia | 0.2219833492% |
| GA180 | Peachtree Corners City, Georgia | 0.2099400952% |
| GA181 | Perry City, Georgia | 0.0954580908% |
| GA182 | Pickens County, Georgia | 0.3905362384% |
| GA183 | Pierce County, Georgia | 0.2012068205% |
| GA184 | Pike County, Georgia | 0.1072270653% |
| GA185 | Polk County, Georgia | 0.7130941429% |
| GA186 | Pooler City, Georgia | 0.0516303360% |
| GA187 | Powder Springs City, Georgia | 0.0633430906% |
| GA188 | Pulaski County, Georgia | 0.1671565625% |
| GA189 | Putnam County, Georgia | 0.2061208707% |
| GA190 | Rabun County, Georgia | 0.3170130000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA191 | Randolph County, Georgia | 0.0382245100% |
| GA192 | Richmond Hill City, Georgia | 0.0716382402% |
| GA193 | Riverdale City, Georgia | 0.0684460876% |
| GA194 | Rockdale County, Georgia | 0.7947696030% |
| GA195 | Rome City, Georgia | 0.3719383578% |
| GA196 | Roswell City, Georgia | 0.2174642134% |
| GA197 | Sandy Springs City, Georgia | 0.2590143480% |
| GA198 | Savannah City, Georgia | 1.1246685243% |
| GA199 | Schley County, Georgia | 0.0238356678% |
| GA200 | Screven County, Georgia | 0.1132053955% |
| GA201 | Seminole County, Georgia | 0.0804817769% |
| GA202 | Smyrna City, Georgia | 0.2661908888% |
| GA203 | Snellville City, Georgia | 0.0758688840% |
| GA204 | Spalding County, Georgia | 0.5900646014% |
| GA205 | Springfield City, Georgia | 0.0124802329% |
| GA206 | St. Marys City, Georgia | 0.0962803562% |
| GA207 | Statesboro City, Georgia | 0.1844690660% |
| GA208 | Stephens County, Georgia | 0.7520555284% |
| GA209 | Stewart County, Georgia | 0.0419742764% |
| GA210 | Stockbridge City, Georgia | 0.0302698888% |
| GA211 | Sugar Hill City, Georgia | 0.0106058369% |
| GA212 | Sumter County, Georgia | 0.1314426325% |
| GA213 | Suwanee City, Georgia | 0.0700562332% |
| GA214 | Talbot County, Georgia | 0.0410357316% |
| GA215 | Taliaferro County, Georgia | 0.0068637499% |
| GA216 | Tattnall County, Georgia | 0.2930768128% |
| GA217 | Taylor County, Georgia | 0.0819435502% |
| GA218 | Telfair County, Georgia | 0.1855378735% |
| GA219 | Terrell County, Georgia | 0.0334710962% |
| GA220 | Thomas County, Georgia | 0.2077911904% |
| GA221 | Thomasville City, Georgia | 0.1281973547% |
| GA222 | Tift County, Georgia | 0.2088288220% |
| GA223 | Tifton City, Georgia | 0.1416502311% |
| GA224 | Toombs County, Georgia | 0.2423104056% |
| GA225 | Towns County, Georgia | 0.2454408368% |
| GA226 | Treutlen County, Georgia | 0.0571447522% |
| GA227 | Troup County, Georgia | 0.4334095739% |
| GA228 | Tucker City, Georgia | 0.0615225648% |
| GA229 | Turner County, Georgia | 0.0490657711% |
| GA230 | Twiggs County, Georgia | 0.0640416265% |
| GA231 | Union City, Georgia | 0.1531538090% |
| GA232 | Union County, Georgia | 0.2949759089% |
| GA233 | Upson County, Georgia | 0.3355566667% |
| GA234 | Valdosta City, Georgia | 0.2598246932% |
| GA235 | Vidalia City, Georgia | 0.1252530050% |
| GA236 | Villa Rica City, Georgia | 0.1397113628% |
| GA237 | Walker County, Georgia | 0.8453605309% |
| GA238 | Walton County, Georgia | 0.8194381956% |
| GA239 | Ware County, Georgia | 0.5170078559% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA240 | Warner Robins City, Georgia | 0.3969845574% |
| GA241 | Warren County, Georgia | 0.0447828045% |
| GA242 | Warwick City, Georgia | 0.0103298381% |
| GA243 | Washington County, Georgia | 0.1959988913% |
| GA244 | Waycross City, Georgia | 0.1358274367% |
| GA245 | Wayne County, Georgia | 0.6609347902% |
| GA246 | Webster County Unified Government, Georgia | 0.0143656323% |
| GA247 | Wheeler County, Georgia | 0.0675300652% |
| GA248 | White County, Georgia | 0.3873386988% |
| GA249 | Whitfield County, Georgia | 0.7644288806% |
| GA250 | Wilcox County, Georgia | 0.0828696590% |
| GA251 | Wilkes County, Georgia | 0.0976306068% |
| GA252 | Wilkinson County, Georgia | 0.0847297279% |
| GA253 | Winder City, Georgia | 0.2007720766% |
| GA254 | Woodbury City, Georgia | 0.0085236394% |
| GA255 | Woodstock City, Georgia | 0.1942956763% |
| GA256 | Worth County, Georgia | 0.1491832321% |
| GA257 | Rincon town, Georgia | 0.0275488139% |
| GA258 | South Fulton City, Georgia | 0.2561412300% |
| GA259 | Stonecrest City, Georgia | 0.0904388800% |
| GA260 | Ashburn City, Georgia | 0.0207294209% |
| GA261 | Chatsworth City, Georgia | 0.1226056863% |
| GA262 | Dawsonville City, Georgia | 0.0022440946% |
| GA263 | Helen City, Georgia | 0.0478552392% |
| GA264 | Jackson City, Georgia | 0.0568159148% |
| GA265 | Ringgold City, Georgia | 0.0585728853% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| HI1 | Hawaii County, Hawaii | 18.2671692501% |
| HI2 | Kalawao, Hawaii | 0.0034501514% |
| HI3 | Kauai County, Hawaii | 5.7006273580% |
| HI4 | Maui County, Hawaii | 13.9979969296% |
| HI5 | City and County of Honolulu, Hawaii | 62.0307563109% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ID1 | Ada County, Idaho | 13.2776278333% |
| ID2 | Adams County, Idaho | 0.1446831902% |
| ID3 | Ammon City, Idaho | 0.0812916024% |
| ID4 | Bannock County, Idaho | 3.0595589832% |
| ID5 | Bear Lake County, Idaho | 0.6082712041% |
| ID6 | Benewah County, Idaho | 0.6526829809% |
| ID7 | Bingham County, Idaho | 1.6421270812% |
| ID8 | Blackfoot City, Idaho | 0.6283857401% |
| ID9 | Blaine County, Idaho | 0.9137717551% |
| ID10 | Boise City, Idaho | 12.7586409110% |
| ID11 | Boise County, Idaho | 0.3309644652% |
| ID12 | Bonner County, Idaho | 2.5987361786% |
| ID13 | Bonneville County, Idaho | 3.7761253875% |
| ID14 | Boundary County, Idaho | 0.8788284447% |
| ID15 | Burley City, Idaho | 0.4485975363% |
| ID16 | Butte County, Idaho | 0.1839745518% |
| ID17 | Caldwell City, Idaho | 1.1958553249% |
| ID18 | Camas County, Idaho | 0.0422073443% |
| ID19 | Canyon County, Idaho | 5.0120113688% |
| ID20 | Caribou County, Idaho | 0.4396183832% |
| ID21 | Cassia County, Idaho | 0.7270235866% |
| ID22 | Chubbuck City, Idaho | 0.4841935447% |
| ID23 | Clark County, Idaho | 0.0420924425% |
| ID24 | Clearwater County, Idaho | 0.4890418390% |
| ID25 | Coeur D'Alene City, Idaho | 2.7593778237% |
| ID26 | Custer County, Idaho | 0.2133243878% |
| ID27 | Eagle City, Idaho | 0.1711876661% |
| ID28 | Elmore County, Idaho | 0.8899512165% |
| ID29 | Franklin County, Idaho | 0.5753624958% |
| ID30 | Fremont County, Idaho | 0.5716071696% |
| ID31 | Garden City, Idaho | 0.5582782838% |
| ID32 | Gem County, Idaho | 1.3784025725% |
| ID33 | Gooding County, Idaho | 0.6966472013% |
| ID34 | Hayden City, Idaho | 0.0047132146% |
| ID35 | Idaho County, Idaho | 0.8474305547% |
| ID36 | Idaho Falls City, Idaho | 3.8875027578% |
| ID37 | Jefferson County, Idaho | 0.9842670749% |
| ID38 | Jerome City, Idaho | 0.4169017424% |
| ID39 | Jerome County, Idaho | 0.6223444291% |
| ID40 | Kootenai County, Idaho | 5.6394798565% |
| ID41 | Kuna City, Idaho | 0.1849461724% |
| ID42 | Latah County, Idaho | 1.2943861166% |
| ID43 | Lemhi County, Idaho | 0.4880814284% |
| ID44 | Lewis County, Idaho | 0.2882543555% |
| ID45 | Lewiston City, Idaho | 2.0176549375% |
| ID46 | Lincoln County, Idaho | 0.1930184422% |
| ID47 | Madison County, Idaho | 1.2748404845% |
| ID48 | Meridian City, Idaho | 2.4045650754% |
| ID49 | Minidoka County, Idaho | 0.9140620922% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| ID50 | Moscow City, Idaho | 0.6590552650% |
| ID51 | Mountain Home City, Idaho | 0.5706694591% |
| ID52 | Nampa City, Idaho | 3.3274647954% |
| ID53 | Nez Perce County, Idaho | 1.2765833482% |
| ID54 | Oneida County, Idaho | 0.2371656647% |
| ID55 | Owyhee County, Idaho | 0.5554298409% |
| ID56 | Payette County, Idaho | 1.2750728102% |
| ID57 | Pocatello City, Idaho | 2.9494898116% |
| ID58 | Post Falls City, Idaho | 0.6781328826% |
| ID59 | Power County, Idaho | 0.3505171035% |
| ID60 | Preston City, Idaho | 0.1496220047% |
| ID61 | Rexburg City, Idaho | 0.1336231941% |
| ID62 | Shoshone County, Idaho | 1.2841091340% |
| ID63 | Star City, Idaho | 0.0001322772% |
| ID64 | Teton County, Idaho | 0.4258195211% |
| ID65 | Twin Falls City, Idaho | 1.8245765222% |
| ID66 | Twin Falls County, Idaho | 3.3104301873% |
| ID67 | Valley County, Idaho | 0.8074710814% |
| ID68 | Washington County, Idaho | 0.4917358652% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL1 | Adams County, Illinois | |
| IL3 | Addison Village, Illinois | |
| IL4 | Alexander County, Illinois | |
| IL6 | Algonquin Village, Illinois | |
| IL10 | Anna City, Illinois | |
| IL13 | Arlington Heights Village, Illinois | |
| IL14 | Aurora City, Illinois | |
| IL19 | Bartlett Village, Illinois | |
| IL22 | Bedford Park Village, Illinois | |
| IL23 | Belleville City, Illinois | |
| IL24 | Bellwood Village, Illinois | |
| IL27 | Bensenville Village, Illinois | |
| IL28 | Benton City, Illinois | |
| IL30 | Berkeley Village, Illinois | |
| IL31 | Berwyn City, Illinois | |
| IL37 | Bloomington City, Illinois | |
| IL39 | Bolingbrook Village, Illinois | |
| IL40 | Bond County, Illinois | |
| IL41 | Boone County, Illinois | |
| IL46 | Bridgeview Village, Illinois | |
| IL47 | Broadview Village, Illinois | |
| IL49 | Brown County, Illinois | Allocations in Illinois |
| IL51 | Buffalo Grove Village, Illinois | will be made in |
| IL52 | Burbank City, Illinois | accordance with the |
| IL53 | Bureau County, Illinois | Illinois Opioid Allocation |
| IL56 | Calhoun County, Illinois | Agreement. |
| IL57 | Calumet City, Illinois | |
| IL63 | Carbondale City, Illinois | |
| IL65 | Carol Stream Village, Illinois | |
| IL66 | Carpentersville Village, Illinois | |
| IL67 | Carroll County, Illinois | |
| IL70 | Cass County, Illinois | |
| IL75 | Champaign City, Illinois | |
| IL76 | Champaign County, Illinois | |
| IL84 | Chicago City, Illinois | |
| IL85 | Chicago Heights City, Illinois | |
| IL86 | Chicago Ridge Village, Illinois | |
| IL87 | Christian County, Illinois | |
| IL88 | Clark County, Illinois | |
| IL89 | Clay County, Illinois | |
| IL90 | Clinton County, Illinois | |
| IL91 | Coles County, Illinois | |
| IL96 | Cook County, Illinois | |
| IL99 | Countryside City, Illinois | |
| IL100 | Crawford County, Illinois | |
| IL104 | Crystal Lake City, Illinois | |
| IL106 | Cumberland County, Illinois | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL107 | Danville City, Illinois | |
| IL110 | De Witt County, Illinois | |
| IL111 | Decatur City, Illinois | |
| IL114 | Dekalb City, Illinois | |
| IL115 | Dekalb County, Illinois | |
| IL117 | Des Plaines City, Illinois | |
| IL120 | Dolton Village, Illinois | |
| IL122 | Douglas County, Illinois | |
| IL125 | Downers Grove Village, Illinois | |
| IL127 | Dupage County, Illinois | |
| IL131 | Edgar County, Illinois | |
| IL132 | Edwards County, Illinois | |
| IL136 | Effingham County, Illinois | |
| IL138 | Elgin City, Illinois | |
| IL141 | Elk Grove Village, Illinois | |
| IL142 | Elmhurst City, Illinois | |
| IL144 | Evanston City, Illinois | |
| IL145 | Evergreen Park Village, Illinois | |
| IL147 | Fayette County, Illinois | |
| IL150 | Ford County, Illinois | |
| IL151 | Forest Park Village, Illinois | |
| IL155 | Franklin County, Illinois | Allocations in Illinois |
| IL156 | Franklin Park Village, Illinois | will be made in |
| IL160 | Fulton County, Illinois | accordance with the |
| IL162 | Galesburg City, Illinois | Illinois Opioid Allocation |
| IL163 | Gallatin County, Illinois | Agreement. |
| IL168 | Glendale Heights Village, Illinois | |
| IL169 | Glenview Village, Illinois | |
| IL174 | Granite City, Illinois | |
| IL177 | Greene County, Illinois | |
| IL180 | Grundy County, Illinois | |
| IL181 | Gurnee Village, Illinois | |
| IL182 | Hamilton County, Illinois | |
| IL183 | Hancock County, Illinois | |
| IL184 | Hanover Park Village, Illinois | |
| IL186 | Hardin County, Illinois | |
| IL188 | Harrisburg City, Illinois | |
| IL190 | Harvey City, Illinois | |
| IL191 | Harwood Heights Village, Illinois | |
| IL193 | Henderson County, Illinois | |
| IL194 | Henry County, Illinois | |
| IL195 | Herrin City, Illinois | |
| IL199 | Hillside Village, Illinois | |
| IL201 | Hodgkins Village, Illinois | |
| IL202 | Hoffman Estates Village, Illinois | |
| IL206 | Iroquois County, Illinois | |
| IL207 | Jackson County, Illinois | |

G-50

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL210 | Jasper County, Illinois | |
| IL211 | Jefferson County, Illinois | |
| IL212 | Jersey County, Illinois | |
| IL213 | Jo Daviess County, Illinois | |
| IL214 | Johnson County, Illinois | |
| IL215 | Joliet City, Illinois | |
| IL218 | Kane County, Illinois | |
| IL219 | Kankakee City, Illinois | |
| IL220 | Kankakee County, Illinois | |
| IL222 | Kendall County, Illinois | |
| IL224 | Knox County, Illinois | |
| IL225 | La Grange Park Village, Illinois | |
| IL227 | Lake County, Illinois | |
| IL233 | Lasalle County, Illinois | |
| IL234 | Lawrence County, Illinois | |
| IL235 | Lee County, Illinois | |
| IL247 | Livingston County, Illinois | |
| IL250 | Logan County, Illinois | |
| IL251 | Lombard Village, Illinois | |
| IL254 | Lyons Township, Illinois | |
| IL255 | Lyons Village, Illinois | |
| IL259 | Macon County, Illinois | Allocations in Illinois will be made in accordance with the Illinois Opioid Allocation Agreement. |
| IL260 | Macoupin County, Illinois | |
| IL261 | Madison County, Illinois | |
| IL266 | Marion City, Illinois | |
| IL267 | Marion County, Illinois | |
| IL269 | Marshall County, Illinois | |
| IL270 | Mason County, Illinois | |
| IL271 | Massac County, Illinois | |
| IL275 | Maywood Village, Illinois | |
| IL276 | McCook Village, Illinois | |
| IL277 | McDonough County, Illinois | |
| IL279 | McHenry County, Illinois | |
| IL281 | McLean County, Illinois | |
| IL283 | Melrose Park Village, Illinois | |
| IL284 | Menard County, Illinois | |
| IL285 | Mercer County, Illinois | |
| IL286 | Merrionette Park Village, Illinois | |
| IL287 | Metropolis City, Illinois | |
| IL292 | Moline City, Illinois | |
| IL295 | Monroe County, Illinois | |
| IL296 | Montgomery County, Illinois | |
| IL299 | Morgan County, Illinois | |
| IL304 | Moultrie County, Illinois | |
| IL305 | Mount Prospect Village, Illinois | |
| IL307 | Mundelein Village, Illinois | |
| IL309 | Naperville City, Illinois | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL317 | Normal Town, Illinois | |
| IL322 | North Riverside Village, Illinois | |
| IL323 | Northbrook Village, Illinois | |
| IL325 | Northlake City, Illinois | |
| IL329 | Oak Lawn Village, Illinois | |
| IL331 | Oak Park Village, Illinois | |
| IL333 | Ogle County, Illinois | |
| IL334 | Orland Park Village, Illinois | |
| IL337 | Oswego Village, Illinois | |
| IL341 | Palatine Village, Illinois | |
| IL342 | Palos Heights City, Illinois | |
| IL343 | Palos Hills City, Illinois | |
| IL346 | Park Ridge City, Illinois | |
| IL347 | Pekin City, Illinois | |
| IL350 | Peoria City, Illinois | |
| IL351 | Peoria County, Illinois | |
| IL352 | Perry County, Illinois | |
| IL354 | Piatt County, Illinois | |
| IL355 | Pike County, Illinois | |
| IL356 | Plainfield Village, Illinois | |
| IL360 | Pope County, Illinois | |
| IL361 | Posen Village, Illinois | Allocations in Illinois will be made in accordance with the Illinois Opioid Allocation Agreement. |
| IL362 | Princeton City, Illinois | |
| IL365 | Pulaski County, Illinois | |
| IL366 | Putnam County, Illinois | |
| IL367 | Quincy City, Illinois | |
| IL369 | Randolph County, Illinois | |
| IL373 | Richland County, Illinois | |
| IL376 | River Forest Village, Illinois | |
| IL377 | River Grove Village, Illinois | |
| IL380 | Riverside Village, Illinois | |
| IL381 | Rock Island City, Illinois | |
| IL382 | Rock Island County, Illinois | |
| IL384 | Rockford City, Illinois | |
| IL388 | Romeoville Village, Illinois | |
| IL395 | Saline County, Illinois | |
| IL396 | Sangamon County, Illinois | |
| IL399 | Schaumburg Village, Illinois | |
| IL400 | Schiller Park Village, Illinois | |
| IL401 | Schuyler County, Illinois | |
| IL402 | Scott County, Illinois | |
| IL403 | Sesser City, Illinois | |
| IL404 | Shelby County, Illinois | |
| IL408 | Skokie Village, Illinois | |
| IL413 | Springfield City, Illinois | |
| IL414 | St Clair County, Illinois | |
| IL415 | St. Charles City, Illinois | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL416 | Stark County, Illinois | |
| IL417 | Stephenson County, Illinois | |
| IL421 | Stone Park Village, Illinois | |
| IL422 | Streamwood Village, Illinois | |
| IL423 | Streator City, Illinois | |
| IL425 | Summit Village, Illinois | |
| IL431 | Tazewell County, Illinois | |
| IL433 | Tinley Park Village, Illinois | |
| IL436 | Union County, Illinois | |
| IL437 | Urbana City, Illinois | |
| IL438 | Vermilion County, Illinois | |
| IL441 | Wabash County, Illinois | Allocations in Illinois |
| IL442 | Warren County, Illinois | will be made in |
| IL446 | Washington County, Illinois | accordance with the |
| IL451 | Waukegan City, Illinois | Illinois Opioid Allocation |
| IL453 | Wayne County, Illinois | Agreement. |
| IL456 | West Frankfort City, Illinois | |
| IL461 | Wheaton City, Illinois | |
| IL463 | Wheeling Village, Illinois | |
| IL464 | White County, Illinois | |
| IL465 | Whiteside County, Illinois | |
| IL466 | Will County, Illinois | |
| IL467 | Williamson County, Illinois | |
| IL470 | Winnebago County, Illinois | |
| IL475 | Woodford County, Illinois | |
| IL476 | Woodridge Village, Illinois | |
| IL485 | Cicero Town, Illinois | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN1 | Adams County, Indiana | 0.3093066943% |
| IN2 | Advance Town, Indiana | 0.0005697863% |
| IN3 | Akron Town, Indiana | 0.0003285254% |
| IN4 | Alamo Town, Indiana | 0.0005749195% |
| IN5 | Albany Town, Indiana | 0.0256968486% |
| IN6 | Albion Town, Indiana | 0.0216621457% |
| IN7 | Alexandria City, Indiana | 0.1062420448% |
| IN8 | Alfordsville Town, Indiana | 0.0001539963% |
| IN9 | Allen County, Indiana | 1.5529191846% |
| IN10 | Alton Town, Indiana | 0.0000307993% |
| IN11 | Altona Town, Indiana | 0.0012473700% |
| IN12 | Ambia Town, Indiana | 0.0006519177% |
| IN13 | Amboy Town, Indiana | 0.0004825217% |
| IN14 | Amo Town, Indiana | 0.0005749195% |
| IN15 | Anderson City, Indiana | 1.3828918739% |
| IN16 | Andrews Town, Indiana | 0.0060520544% |
| IN17 | Angola City, Indiana | 0.0947539211% |
| IN18 | Arcadia Town, Indiana | 0.0063138481% |
| IN19 | Argos Town, Indiana | 0.0167907295% |
| IN20 | Ashley Town, Indiana | 0.0062368500% |
| IN21 | Atlanta Town, Indiana | 0.0011652386% |
| IN22 | Attica City, Indiana | 0.0207587007% |
| IN23 | Auburn City, Indiana | 0.1472615249% |
| IN24 | Aurora City, Indiana | 0.0094399730% |
| IN25 | Austin City, Indiana | 0.0232277747% |
| IN26 | Avilla Town, Indiana | 0.0199579200% |
| IN27 | Avon Town, Indiana | 0.0164108720% |
| IN28 | Bainbridge Town, Indiana | 0.0014783644% |
| IN29 | Bargersville Town, Indiana | 0.0121041089% |
| IN30 | Bartholomew County, Indiana | 1.1839235258% |
| IN31 | Batesville City, Indiana | 0.1547046792% |
| IN32 | Battle Ground Town, Indiana | 0.0136286722% |
| IN33 | Bedford City, Indiana | 0.3269803359% |
| IN34 | Beech Grove City, Indiana | 0.0544736232% |
| IN35 | Benton County, Indiana | 0.0744315432% |
| IN36 | Berne City, Indiana | 0.0028078658% |
| IN37 | Bethany Town, Indiana | 0.0002720601% |
| IN38 | Beverly Shores Town, Indiana | 0.0154458285% |
| IN39 | Bicknell City, Indiana | 0.0013295014% |
| IN40 | Birdseye Town, Indiana | 0.0029464625% |
| IN41 | Blackford County, Indiana | 0.2715365360% |
| IN42 | Bloomfield Town, Indiana | 0.0042862302% |
| IN43 | Bloomingdale Town, Indiana | 0.0026025374% |
| IN44 | Bloomington City, Indiana | 0.8390231543% |
| IN45 | Blountsville Town, Indiana | 0.0002566605% |
| IN46 | Bluffton City, Indiana | 0.1002977878% |
| IN47 | Boone County, Indiana | 0.6762798684% |
| IN48 | Boonville City, Indiana | 0.1007854427% |
| IN49 | Borden Town, Indiana | 0.0017504246% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN50 | Boston Town, Indiana | 0.0005697863% |
| IN51 | Boswell Town, Indiana | 0.0021097493% |
| IN52 | Bourbon Town, Indiana | 0.0173040505% |
| IN53 | Brazil City, Indiana | 0.0626816258% |
| IN54 | Bremen Town, Indiana | 0.0529387935% |
| IN55 | Bristol Town, Indiana | 0.0158462189% |
| IN56 | Brook Town, Indiana | 0.0037369768% |
| IN57 | Brooklyn Town, Indiana | 0.0065705086% |
| IN58 | Brooksburg Town, Indiana | 0.0009547770% |
| IN59 | Brookston Town, Indiana | 0.0116677860% |
| IN60 | Brookville Town, Indiana | 0.0538935705% |
| IN61 | Brown County, Indiana | 0.1879165471% |
| IN62 | Brownsburg Town, Indiana | 0.1125918254% |
| IN63 | Brownstown, Indiana | 0.0033622525% |
| IN64 | Bruceville Town, Indiana | 0.0002412609% |
| IN65 | Bryant Town, Indiana | 0.0003747243% |
| IN66 | Bunker Hill Town, Indiana | 0.0010985069% |
| IN67 | Burket Town, Indiana | 0.0011139065% |
| IN68 | Burlington Town, Indiana | 0.0063805799% |
| IN69 | Burnettsville Town, Indiana | 0.0004619889% |
| IN70 | Burns Harbor Town, Indiana | 0.0397977762% |
| IN71 | Butler City, Indiana | 0.0239156248% |
| IN72 | Cadiz Town, Indiana | 0.0002823265% |
| IN73 | Cambridge City Town, Indiana | 0.0241517525% |
| IN74 | Camden Town, Indiana | 0.0064216456% |
| IN75 | Campbellsburg Town, Indiana | 0.0081874698% |
| IN76 | Cannelburg Town, Indiana | 0.0002258612% |
| IN77 | Cannelton City, Indiana | 0.0018325559% |
| IN78 | Carbon Town, Indiana | 0.0026846688% |
| IN79 | Carlisle Town, Indiana | 0.0017658242% |
| IN80 | Carmel City, Indiana | 0.3676250917% |
| IN81 | Carroll County, Indiana | 0.1629794136% |
| IN82 | Carthage Town, Indiana | 0.0013141017% |
| IN83 | Cass County, Indiana | 0.3389612478% |
| IN84 | Cayuga Town, Indiana | 0.0078486779% |
| IN85 | Cedar Grove Town, Indiana | 0.0004055236% |
| IN86 | Cedar Lake Town, Indiana | 0.0511678360% |
| IN87 | Center Point Town, Indiana | 0.0016374940% |
| IN88 | Centerville Town, Indiana | 0.0350752231% |
| IN89 | Chalmers Town, Indiana | 0.0006827169% |
| IN90 | Chandler Town, Indiana | 0.0347518309% |
| IN91 | Charlestown City, Indiana | 0.0146039821% |
| IN92 | Chesterfield Town, Indiana | 0.0379036217% |
| IN93 | Chesterton Town, Indiana | 0.2160003384% |
| IN94 | Chrisney Town, Indiana | 0.0032339222% |
| IN95 | Churubusco Town, Indiana | 0.0000564653% |
| IN96 | Cicero Town, Indiana | 0.0173297165% |
| IN97 | Clark County, Indiana | 1.9376070659% |
| IN98 | Clarks Hill Town, Indiana | 0.0040603690% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN99 | Clarksville Town, Indiana | 0.1071762890% |
| IN100 | Clay City Town, Indiana | 0.0057697279% |
| IN101 | Clay County, Indiana | 0.2954521608% |
| IN102 | Claypool Town, Indiana | 0.0024690740% |
| IN103 | Clayton Town, Indiana | 0.0006981165% |
| IN104 | Clear Lake Town, Indiana | 0.0019762858% |
| IN105 | Clifford Town, Indiana | 0.0002309944% |
| IN106 | Clinton City, Indiana | 0.0336584572% |
| IN107 | Clinton County, Indiana | 0.2744214000% |
| IN108 | Cloverdale Town, Indiana | 0.0050202793% |
| IN109 | Coatesville Town, Indiana | 0.0007494486% |
| IN110 | Colfax Town, Indiana | 0.0046147557% |
| IN111 | Columbia City, Indiana | 0.0886402681% |
| IN112 | Columbus City, Indiana | 0.0764283618% |
| IN113 | Connersville City, Indiana | 0.4636161164% |
| IN114 | Converse Town, Indiana | 0.0045736900% |
| IN115 | Corunna Town, Indiana | 0.0016374940% |
| IN116 | Corydon Town, Indiana | 0.0069811654% |
| IN117 | Country Club Heights Town, Indiana | 0.0012217040% |
| IN118 | Covington City, Indiana | 0.0257122483% |
| IN119 | Crandall Town, Indiana | 0.0000153996% |
| IN120 | Crane Town, Indiana | 0.0015656290% |
| IN121 | Crawford County, Indiana | 0.1338946464% |
| IN122 | Crawfordsville City, Indiana | 0.2738413473% |
| IN123 | Cromwell Town, Indiana | 0.0034546502% |
| IN124 | Crothersville Town, Indiana | 0.0018222895% |
| IN125 | Crown Point City, Indiana | 0.1246189362% |
| IN126 | Culver Town, Indiana | 0.0289821030% |
| IN127 | Cynthiana Town, Indiana | 0.0032749879% |
| IN128 | Dale Town, Indiana | 0.0059750563% |
| IN129 | Daleville Town, Indiana | 0.0199784528% |
| IN130 | Dana Town, Indiana | 0.0050510785% |
| IN131 | Danville Town, Indiana | 0.0039474384% |
| IN132 | Darlington Town, Indiana | 0.0074790868% |
| IN133 | Darmstadt Town, Indiana | 0.0109491367% |
| IN134 | Daviess County, Indiana | 0.3758998260% |
| IN135 | Dayton Town, Indiana | 0.0114727241% |
| IN136 | DeKalb County, Indiana | 0.2773473296% |
| IN137 | De Motte Town, Indiana | 0.0070940960% |
| IN138 | Dearborn County, Indiana | 0.9577234994% |
| IN139 | Decatur City, Indiana | 0.0090909147% |
| IN140 | Decatur County, Indiana | 0.3533239690% |
| IN141 | Decker Town, Indiana | 0.0001231970% |
| IN142 | Delaware County, Indiana | 1.2035734533% |
| IN143 | Delphi City, Indiana | 0.0177249737% |
| IN144 | Denver Town, Indiana | 0.0006005856% |
| IN145 | Dillsboro Town, Indiana | 0.0060007223% |
| IN146 | Dublin Town, Indiana | 0.0051588759% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN147 | Dubois County, Indiana | 0.2728968366% |
| IN148 | Dugger Town, Indiana | 0.0023407437% |
| IN149 | Dune Acres Town, Indiana | 0.0046917538% |
| IN150 | Dunkirk City, Indiana | 0.0079872746% |
| IN151 | Dunreith Town, Indiana | 0.0003387919% |
| IN152 | Dupont Town, Indiana | 0.0039783277% |
| IN153 | Dyer Town, Indiana | 0.0533186510% |
| IN154 | Earl Park Town, Indiana | 0.0009188446% |
| IN155 | East Chicago City, Indiana | 0.4621018195% |
| IN156 | East Germantown, Indiana | 0.0015861619% |
| IN157 | Eaton Town, Indiana | 0.0166418664% |
| IN158 | Economy Town, Indiana | 0.0007648483% |
| IN159 | Edgewood Town, Indiana | 0.0243673473% |
| IN160 | Edinburgh Town, Indiana | 0.0198963215% |
| IN161 | Edwardsport Town, Indiana | 0.0001488631% |
| IN162 | Elberfeld Town, Indiana | 0.0031569241% |
| IN163 | Elizabeth Town, Indiana | 0.0000153996% |
| IN164 | Elizabethtown, Indiana | 0.0005133210% |
| IN165 | Elkhart City, Indiana | 0.5425802839% |
| IN166 | Elkhart County, Indiana | 1.1662652839% |
| IN167 | Ellettsville Town, Indiana | 0.0677889032% |
| IN168 | Elnora Town, Indiana | 0.0013551674% |
| IN169 | Elwood City, Indiana | 0.2112777853% |
| IN170 | English Town, Indiana | 0.0003747243% |
| IN171 | Etna Green Town, Indiana | 0.0033725189% |
| IN172 | Evansville City, Indiana | 1.9321196646% |
| IN173 | Fairland Town, Indiana | 0.0005133210% |
| IN174 | Fairmount Town, Indiana | 0.0104409489% |
| IN175 | Fairview Park Town, Indiana | 0.0093373088% |
| IN176 | Farmersburg Town, Indiana | 0.0039731044% |
| IN177 | Farmland Town, Indiana | 0.0182074954% |
| IN178 | Fayette County, Indiana | 0.2945127834% |
| IN179 | Ferdinand Town, Indiana | 0.0189415444% |
| IN180 | Fillmore Town, Indiana | 0.0010420416% |
| IN181 | Fishers City, Indiana | 0.1521842732% |
| IN182 | Flora Town, Indiana | 0.0175966435% |
| IN183 | Floyd County, Indiana | 1.5760956272% |
| IN184 | Fort Branch Town, Indiana | 0.0073250905% |
| IN185 | Fort Wayne City, Indiana | 2.7340040454% |
| IN186 | Fortville Town, Indiana | 0.0152712994% |
| IN187 | Fountain City Town, Indiana | 0.0045993560% |
| IN188 | Fountain County, Indiana | 0.1640779205% |
| IN189 | Fowler Town, Indiana | 0.0093886409% |
| IN190 | Fowlerton Town, Indiana | 0.0022688788% |
| IN191 | Francesville Town, Indiana | 0.0011498390% |
| IN192 | Francisco Town, Indiana | 0.0027668001% |
| IN193 | Frankfort City, Indiana | 0.1520302769% |
| IN194 | Franklin City, Indiana | 0.1074072834% |
| IN195 | Franklin County, Indiana | 0.2948618417% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN196 | Frankton Town, Indiana | 0.0115548554% |
| IN197 | Fremont Town, Indiana | 0.0201427156% |
| IN198 | French Lick Town, Indiana | 0.0211642243% |
| IN199 | Fulton County, Indiana | 0.2359941908% |
| IN200 | Fulton Town, Indiana | 0.0002925930% |
| IN201 | Galveston Town, Indiana | 0.0012730360% |
| IN202 | Garrett City, Indiana | 0.0387249353% |
| IN203 | Gary City, Indiana | 0.7295266544% |
| IN204 | Gas City, Indiana | 0.0544736232% |
| IN205 | Gaston Town, Indiana | 0.0083209332% |
| IN206 | Geneva Town, Indiana | 0.0008367132% |
| IN207 | Gentryville Town, Indiana | 0.0017966235% |
| IN208 | Georgetown, Indiana | 0.0044864254% |
| IN209 | Gibson County, Indiana | 0.2588523744% |
| IN210 | Glenwood Town, Indiana | 0.0027103348% |
| IN211 | Goodland Town, Indiana | 0.0046352885% |
| IN212 | Goshen City, Indiana | 0.2386377939% |
| IN213 | Gosport Town, Indiana | 0.0097336316% |
| IN214 | Grabill Town, Indiana | 0.0057543283% |
| IN215 | Grandview Town, Indiana | 0.0048406169% |
| IN216 | Grant County, Indiana | 0.7449878825% |
| IN217 | Greencastle City, Indiana | 0.0286279115% |
| IN218 | Greendale City, Indiana | 0.0136543383% |
| IN219 | Greene County, Indiana | 0.4315540875% |
| IN220 | Greenfield City, Indiana | 0.0612889274% |
| IN221 | Greens Fork Town, Indiana | 0.0017504246% |
| IN222 | Greensboro Town, Indiana | 0.0002720601% |
| IN223 | Greensburg City, Indiana | 0.0195369968% |
| IN224 | Greentown, Indiana | 0.0017452914% |
| IN225 | Greenville Town, Indiana | 0.0009291110% |
| IN226 | Greenwood City, Indiana | 0.1803758618% |
| IN227 | Griffin Town, Indiana | 0.0010112423% |
| IN228 | Griffith Town, Indiana | 0.0696165923% |
| IN229 | Hagerstown, Indiana | 0.0234433695% |
| IN230 | Hamilton County, Indiana | 2.0269762499% |
| IN231 | Hamilton Town, Indiana | 0.0034341174% |
| IN232 | Hamlet Town, Indiana | 0.0188234806% |
| IN233 | Hammond City, Indiana | 1.0770244302% |
| IN234 | Hancock County, Indiana | 0.8954422640% |
| IN235 | Hanover Town, Indiana | 0.0079667417% |
| IN236 | Hardinsburg Town, Indiana | 0.0034649167% |
| IN237 | Harmony Town, Indiana | 0.0043529620% |
| IN238 | Harrison County, Indiana | 0.5610033742% |
| IN239 | Hartford City, Indiana | 0.1033058488% |
| IN240 | Hartsville Town, Indiana | 0.0003849907% |
| IN241 | Haubstadt Town, Indiana | 0.0066783060% |
| IN242 | Hazleton Town, Indiana | 0.0014937641% |
| IN243 | Hebron Town, Indiana | 0.0722037301% |
| IN244 | Hendricks County, Indiana | 1.5700846384% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN245 | Henry County, Indiana | 1.1653207733% |
| IN246 | Highland Town, Indiana | 0.0864997196% |
| IN247 | Hillsboro Town, Indiana | 0.0040501026% |
| IN248 | Hobart City, Indiana | 0.1594631648% |
| IN249 | Holland Town, Indiana | 0.0044453598% |
| IN250 | Holton Town, Indiana | 0.0060058556% |
| IN251 | Hope Town, Indiana | 0.0036805115% |
| IN252 | Howard County, Indiana | 1.8693507742% |
| IN253 | Hudson Town, Indiana | 0.0029669953% |
| IN254 | Huntertown, Indiana | 0.0415225347% |
| IN255 | Huntingburg City, Indiana | 0.0455829037% |
| IN256 | Huntington City, Indiana | 0.2487142849% |
| IN257 | Huntington County, Indiana | 0.2617013059% |
| IN258 | Hymera Town, Indiana | 0.0020173515% |
| IN259 | Indian Village Town, Indiana | 0.0006005856% |
| IN260 | Indianapolis City, Indiana | 15.8348539612% |
| IN261 | Ingalls Town, Indiana | 0.0015194301% |
| IN262 | Jackson County, Indiana | 0.7183516565% |
| IN263 | Jamestown, Indiana | 0.0010471748% |
| IN264 | Jasonville City, Indiana | 0.0039628380% |
| IN265 | Jasper City, Indiana | 0.0892100544% |
| IN266 | Jasper County, Indiana | 0.4269598647% |
| IN267 | Jay County, Indiana | 0.3117552354% |
| IN268 | Jefferson County, Indiana | 0.3577898616% |
| IN269 | Jeffersonville City, Indiana | 0.1772754031% |
| IN270 | Jennings County, Indiana | 0.4175198917% |
| IN271 | Johnson County, Indiana | 1.7413644524% |
| IN272 | Jonesboro City, Indiana | 0.0065499758% |
| IN273 | Jonesville Town, Indiana | 0.0001847956% |
| IN274 | Kempton Town, Indiana | 0.0027462673% |
| IN275 | Kendallville City, Indiana | 0.0955393022% |
| IN276 | Kennard Town, Indiana | 0.0009034449% |
| IN277 | Kentland Town, Indiana | 0.0053796040% |
| IN278 | Kewanna Town, Indiana | 0.0005389870% |
| IN279 | Kingman Town, Indiana | 0.0037934421% |
| IN280 | Kingsbury Town, Indiana | 0.0012935689% |
| IN281 | Kingsford Heights Town, Indiana | 0.0045942228% |
| IN282 | Kirklin Town, Indiana | 0.0053282719% |
| IN283 | Knightstown, Indiana | 0.0036856447% |
| IN284 | Knightsville Town, Indiana | 0.0053026058% |
| IN285 | Knox City, Indiana | 0.0998614649% |
| IN286 | Knox County, Indiana | 0.5298755895% |
| IN287 | Kokomo City, Indiana | 0.2824600066% |
| IN288 | Kosciusko County, Indiana | 0.4936351277% |
| IN289 | Kouts Town, Indiana | 0.0383502110% |
| IN290 | La Crosse Town, Indiana | 0.0028283986% |
| IN291 | La Fontaine Town, Indiana | 0.0017555578% |
| IN292 | La Paz Town, Indiana | 0.0034187178% |
| IN293 | La Porte City, Indiana | 0.1637904607% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN294 | La Porte County, Indiana | 0.7761413333% |
| IN295 | Laconia Town, Indiana | 0.0000051332% |
| IN296 | Ladoga Town, Indiana | 0.0108156732% |
| IN297 | Lafayette City, Indiana | 1.0122433215% |
| IN298 | Lagrange County, Indiana | 0.2088446438% |
| IN299 | Lagrange Town, Indiana | 0.0232996396% |
| IN300 | Lagro Town, Indiana | 0.0008264468% |
| IN301 | Lake County, Indiana | 1.8344141478% |
| IN302 | Lake Station City, Indiana | 0.0738514905% |
| IN303 | Lakeville Town, Indiana | 0.0035470480% |
| IN304 | Lanesville Town, Indiana | 0.0000513321% |
| IN305 | Lapel Town, Indiana | 0.0216570125% |
| IN306 | Larwill Town, Indiana | 0.0024998732% |
| IN307 | Laurel Town, Indiana | 0.0013295014% |
| IN308 | Lawrence City, Indiana | 0.1413634668% |
| IN309 | Lawrence County, Indiana | 0.4144758982% |
| IN310 | Lawrenceburg City, Indiana | 0.0397721101% |
| IN311 | Leavenworth Town, Indiana | 0.0001385967% |
| IN312 | Lebanon City, Indiana | 0.0221087349% |
| IN313 | Leesburg Town, Indiana | 0.0032236558% |
| IN314 | Leo-Cedarville Town, Indiana | 0.0196037285% |
| IN315 | Lewisville Town, Indiana | 0.0006981165% |
| IN316 | Liberty Town, Indiana | 0.0173399830% |
| IN317 | Ligonier City, Indiana | 0.0407012211% |
| IN318 | Linden Town, Indiana | 0.0066885725% |
| IN319 | Linton City, Indiana | 0.0214516841% |
| IN320 | Little York Town, Indiana | 0.0026795356% |
| IN321 | Livonia Town, Indiana | 0.0017966235% |
| IN322 | Lizton Town, Indiana | 0.0006827169% |
| IN323 | Logansport City, Indiana | 0.0184076906% |
| IN324 | Long Beach Town, Indiana | 0.0039115059% |
| IN325 | Loogootee City, Indiana | 0.0178533039% |
| IN326 | Losantville Town, Indiana | 0.0065191765% |
| IN327 | Lowell Town, Indiana | 0.0413531388% |
| IN328 | Lynn Town, Indiana | 0.0149633068% |
| IN329 | Lynnville Town, Indiana | 0.0045377575% |
| IN330 | Lyons Town, Indiana | 0.0016426272% |
| IN331 | Mackey Town, Indiana | 0.0006159852% |
| IN332 | Macy Town, Indiana | 0.0002617937% |
| IN333 | Madison City, Indiana | 0.1309584504% |
| IN334 | Madison County, Indiana | 1.3792626945% |
| IN335 | Marengo Town, Indiana | 0.0004825217% |
| IN336 | Marion City, Indiana | 0.7936558454% |
| IN337 | Markle Town, Indiana | 0.0068887677% |
| IN338 | Markleville Town, Indiana | 0.0080540063% |
| IN339 | Marshall County, Indiana | 0.2679792216% |
| IN340 | Marshall Town, Indiana | 0.0025409389% |
| IN341 | Martin County, Indiana | 0.0865151193% |
| IN342 | Martinsville City, Indiana | 0.0794004904% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN343 | Matthews Town, Indiana | 0.0050818778% |
| IN344 | Mauckport Town, Indiana | 0.0000051332% |
| IN345 | McCordsville Town, Indiana | 0.0170833225% |
| IN346 | Mecca Town, Indiana | 0.0025460721% |
| IN347 | Medaryville Town, Indiana | 0.0008110472% |
| IN348 | Medora Town, Indiana | 0.0008007807% |
| IN349 | Mellott Town, Indiana | 0.0014732312% |
| IN350 | Mentone Town, Indiana | 0.0056311312% |
| IN351 | Merom Town, Indiana | 0.0005903191% |
| IN352 | Merrillville Town, Indiana | 0.1076947432% |
| IN353 | Miami County, Indiana | 0.2157180118% |
| IN354 | Michiana Shores Town, Indiana | 0.0016066947% |
| IN355 | Michigan City, Indiana | 0.5192652447% |
| IN356 | Michigantown, Indiana | 0.0030593931% |
| IN357 | Middlebury Town, Indiana | 0.0186335519% |
| IN358 | Middletown, Indiana | 0.0039063727% |
| IN359 | Milan Town, Indiana | 0.0291463657% |
| IN360 | Milford Town, Indiana | 0.0156562901% |
| IN361 | Millersburg Town, Indiana | 0.0043940277% |
| IN362 | Millhousen Town, Indiana | 0.0016933959% |
| IN363 | Milltown, Indiana | 0.0004773885% |
| IN364 | Milton Town, Indiana | 0.0000564653% |
| IN365 | Mishawaka City, Indiana | 0.5537912143% |
| IN366 | Mitchell City, Indiana | 0.0424721785% |
| IN367 | Modoc Town, Indiana | 0.0044453598% |
| IN368 | Monon Town, Indiana | 0.0132898804% |
| IN369 | Monroe City Town, Indiana | 0.0002669269% |
| IN370 | Monroe County, Indiana | 1.1604288242% |
| IN371 | Monroe Town, Indiana | 0.0007597151% |
| IN372 | Monroeville Town, Indiana | 0.0067501710% |
| IN373 | Monrovia Town, Indiana | 0.0058929249% |
| IN374 | Monterey Town, Indiana | 0.0002874598% |
| IN375 | Montezuma Town, Indiana | 0.0078948768% |
| IN376 | Montgomery County, Indiana | 0.3881322652% |
| IN377 | Montgomery Town, Indiana | 0.0003028594% |
| IN378 | Monticello City, Indiana | 0.0859504662% |
| IN379 | Montpelier City, Indiana | 0.0238026942% |
| IN380 | Mooreland Town, Indiana | 0.0007083830% |
| IN381 | Moores Hill Town, Indiana | 0.0009804431% |
| IN382 | Mooresville Town, Indiana | 0.0679534323% |
| IN383 | Morgan County, Indiana | 1.1892004656% |
| IN384 | Morgantown, Indiana | 0.0033263200% |
| IN385 | Morocco Town, Indiana | 0.0043324291% |
| IN386 | Morristown, Indiana | 0.0014218991% |
| IN387 | Mount Auburn Town, Indiana | 0.0004568557% |
| IN388 | Mount Ayr Town, Indiana | 0.0004619889% |
| IN389 | Mount Carmel Town, Indiana | 0.0002207280% |
| IN390 | Mount Etna Town, Indiana | 0.0009496438% |
| IN391 | Mount Summit Town, Indiana | 0.0006724505% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN392 | Mount Vernon City, Indiana | 0.0528001968% |
| IN393 | Mulberry Town, Indiana | 0.0102048212% |
| IN394 | Muncie City, Indiana | 1.1426730513% |
| IN395 | Munster Town, Indiana | 0.1401776953% |
| IN396 | Napoleon Town, Indiana | 0.0029207964% |
| IN397 | Nappanee City, Indiana | 0.0750937273% |
| IN398 | Nashville Town, Indiana | 0.0122940377% |
| IN399 | New Albany City, Indiana | 0.1005493151% |
| IN400 | New Amsterdam Town, Indiana | 0.0000000000% |
| IN401 | New Carlisle Town, Indiana | 0.0260048412% |
| IN402 | New Castle City, Indiana | 0.0525435363% |
| IN403 | New Chicago Town, Indiana | 0.0302397394% |
| IN404 | New Harmony Town, Indiana | 0.0046404217% |
| IN405 | New Haven City, Indiana | 0.1210256893% |
| IN406 | New Market Town, Indiana | 0.0055849323% |
| IN407 | New Middletown, Indiana | 0.0000102664% |
| IN408 | New Palestine Town, Indiana | 0.0039269056% |
| IN409 | New Pekin Town, Indiana | 0.0237000300% |
| IN410 | New Point Town, Indiana | 0.0004311896% |
| IN411 | New Richmond Town, Indiana | 0.0029464625% |
| IN412 | New Ross Town, Indiana | 0.0030542599% |
| IN413 | New Whiteland Town, Indiana | 0.0149735732% |
| IN414 | Newberry Town, Indiana | 0.0004311896% |
| IN415 | Newburgh Town, Indiana | 0.0335968586% |
| IN416 | Newport Town, Indiana | 0.0042554310% |
| IN417 | Newton County, Indiana | 0.1317386983% |
| IN418 | Newtown, Indiana | 0.0019352201% |
| IN419 | Noble County, Indiana | 0.3308610426% |
| IN420 | Noblesville City, Indiana | 0.1813255057% |
| IN421 | North Judson Town, Indiana | 0.0550690756% |
| IN422 | North Liberty Town, Indiana | 0.0258405785% |
| IN423 | North Manchester Town, Indiana | 0.0190904075% |
| IN424 | North Salem Town, Indiana | 0.0007289158% |
| IN425 | North Vernon City, Indiana | 0.1513680928% |
| IN426 | North Webster Town, Indiana | 0.0116061875% |
| IN427 | Oakland City, Indiana | 0.0117550506% |
| IN428 | Oaktown, Indiana | 0.0003028594% |
| IN429 | Odon Town, Indiana | 0.0001129306% |
| IN430 | Ogden Dunes Town, Indiana | 0.0007545819% |
| IN431 | Ohio County, Indiana | 0.0605102780% |
| IN432 | Oldenburg Town, Indiana | 0.0017555578% |
| IN433 | Onward Town, Indiana | 0.0000205328% |
| IN434 | Oolitic Town, Indiana | 0.0059288574% |
| IN435 | Orange County, Indiana | 0.1597198253% |
| IN436 | Orestes Town, Indiana | 0.0064113791% |
| IN437 | Orland Town, Indiana | 0.0025255393% |
| IN438 | Orleans Town, Indiana | 0.0250859967% |
| IN439 | Osceola Town, Indiana | 0.0333607310% |
| IN440 | Osgood Town, Indiana | 0.0249576664% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN441 | Ossian Town, Indiana | 0.0269134194% |
| IN442 | Otterbein Town, Indiana | 0.0047636188% |
| IN443 | Owen County, Indiana | 0.2265234186% |
| IN444 | Owensville Town, Indiana | 0.0056362644% |
| IN445 | Oxford Town, Indiana | 0.0039166391% |
| IN446 | Palmyra Town, Indiana | 0.0000821314% |
| IN447 | Paoli Town, Indiana | 0.0428417696% |
| IN448 | Paragon Town, Indiana | 0.0022226799% |
| IN449 | Parke County, Indiana | 0.1418203225% |
| IN450 | Parker City Town, Indiana | 0.0194291994% |
| IN451 | Patoka Town, Indiana | 0.0042605642% |
| IN452 | Patriot Town, Indiana | 0.0022740120% |
| IN453 | Pendleton Town, Indiana | 0.0746163388% |
| IN454 | Pennville Town, Indiana | 0.0010009759% |
| IN455 | Perry County, Indiana | 0.2167651867% |
| IN456 | Perrysville Town, Indiana | 0.0037934421% |
| IN457 | Peru City, Indiana | 0.1826036749% |
| IN458 | Petersburg City, Indiana | 0.0103588175% |
| IN459 | Pierceton Town, Indiana | 0.0102869526% |
| IN460 | Pike County, Indiana | 0.1238284218% |
| IN461 | Pine Village Town, Indiana | 0.0008880453% |
| IN462 | Pittsboro Town, Indiana | 0.0022842784% |
| IN463 | Plainfield Town, Indiana | 0.1021046776% |
| IN464 | Plainville Town, Indiana | 0.0007186494% |
| IN465 | Plymouth City, Indiana | 0.1356142717% |
| IN466 | Poneto Town, Indiana | 0.0011087733% |
| IN467 | Portage City, Indiana | 0.4894412953% |
| IN468 | Porter County, Indiana | 1.1076491603% |
| IN469 | Porter Town, Indiana | 0.1634722017% |
| IN470 | Portland City, Indiana | 0.0123299701% |
| IN471 | Posey County, Indiana | 0.1942714610% |
| IN472 | Poseyville Town, Indiana | 0.0044658926% |
| IN473 | Pottawattamie Park Town, Indiana | 0.0012319704% |
| IN474 | Princes Lakes Town, Indiana | 0.0039063727% |
| IN475 | Princeton City, Indiana | 0.0453005772% |
| IN476 | Pulaski County, Indiana | 0.1885530652% |
| IN477 | Putnam County, Indiana | 0.4476056348% |
| IN478 | Randolph County, Indiana | 0.1948463805% |
| IN479 | Redkey Town, Indiana | 0.0011601054% |
| IN480 | Remington Town, Indiana | 0.0024228751% |
| IN481 | Rensselaer City, Indiana | 0.0101278231% |
| IN482 | Reynolds Town, Indiana | 0.0007083830% |
| IN483 | Richland Town, Indiana | 0.0026898020% |
| IN484 | Richmond City, Indiana | 0.6900830697% |
| IN485 | Ridgeville Town, Indiana | 0.0178943696% |
| IN486 | Riley Town, Indiana | 0.0014629648% |
| IN487 | Ripley County, Indiana | 0.2963915383% |
| IN488 | Rising Sun City, Indiana | 0.0356090769% |
| IN489 | River Forest Town, Indiana | 0.0003439251% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN490 | Roachdale Town, Indiana | 0.0017760906% |
| IN491 | Roann Town, Indiana | 0.0009599102% |
| IN492 | Roanoke Town, Indiana | 0.0123402365% |
| IN493 | Rochester City, Indiana | 0.0090652486% |
| IN494 | Rockport City, Indiana | 0.0104768814% |
| IN495 | Rockville Town, Indiana | 0.0245162104% |
| IN496 | Rome City Town, Indiana | 0.0125096325% |
| IN497 | Rosedale Town, Indiana | 0.0056105984% |
| IN498 | Roseland Town, Indiana | 0.0028283986% |
| IN499 | Rossville Town, Indiana | 0.0134079442% |
| IN500 | Royal Center Town, Indiana | 0.0001796623% |
| IN501 | Rush County, Indiana | 0.2195011875% |
| IN502 | Rushville City, Indiana | 0.0154047628% |
| IN503 | Russellville Town, Indiana | 0.0006929833% |
| IN504 | Russiaville Town, Indiana | 0.0008059140% |
| IN505 | Salamonia Town, Indiana | 0.0002258612% |
| IN506 | Salem City, Indiana | 0.0949284502% |
| IN507 | Saltillo Town, Indiana | 0.0012833025% |
| IN508 | Sandborn Town, Indiana | 0.0002053284% |
| IN509 | Santa Claus Town, Indiana | 0.0075252857% |
| IN510 | Saratoga Town, Indiana | 0.0045018251% |
| IN511 | Schererville Town, Indiana | 0.1304861951% |
| IN512 | Schneider Town, Indiana | 0.0009342442% |
| IN513 | Scott County, Indiana | 1.2220735416% |
| IN514 | Scottsburg City, Indiana | 0.0625019635% |
| IN515 | Seelyville Town, Indiana | 0.0082952672% |
| IN516 | Sellersburg Town, Indiana | 0.0135722069% |
| IN517 | Selma Town, Indiana | 0.0080899388% |
| IN518 | Seymour City, Indiana | 0.0450541831% |
| IN519 | Shadeland Town, Indiana | 0.0129356889% |
| IN520 | Shamrock Lakes Town, Indiana | 0.0030901923% |
| IN521 | Sharpsville Town, Indiana | 0.0050818778% |
| IN522 | Shelburn Town, Indiana | 0.0044402265% |
| IN523 | Shelby County, Indiana | 0.0450541831% |
| IN524 | Shelbyville City, Indiana | 0.5457372080% |
| IN525 | Sheridan Town, Indiana | 0.0121657074% |
| IN526 | Shipshewana Town, Indiana | 0.0047174199% |
| IN527 | Shirley Town, Indiana | 0.0011806383% |
| IN528 | Shoals Town, Indiana | 0.0066983389% |
| IN529 | Sidney Town, Indiana | 0.0004773885% |
| IN530 | Silver Lake Town, Indiana | 0.0053128722% |
| IN531 | Somerville Town, Indiana | 0.0016939593% |
| IN532 | South Bend City, Indiana | 1.3582319336% |
| IN533 | South Whitley Town, Indiana | 0.0000564653% |
| IN534 | Southport City, Indiana | 0.0003490583% |
| IN535 | Speedway Town, Indiana | 0.0716390770% |
| IN536 | Spencer County, Indiana | 0.1563113739% |
| IN537 | Spencer Town, Indiana | 0.0335301269% |
| IN538 | Spiceland Town, Indiana | 0.0016836928% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN539 | Spring Grove Town, Indiana | 0.0014167659% |
| IN540 | Spring Lake Town, Indiana | 0.0003079926% |
| IN541 | Springport Town, Indiana | 0.0002771933% |
| IN542 | Spurgeon Town, Indiana | 0.0006827169% |
| IN543 | St. Joseph County, Indiana | 1.3360462005% |
| IN544 | St. Joe Town, Indiana | 0.0029823949% |
| IN545 | St. John Town, Indiana | 0.0653868274% |
| IN546 | St. Leon Town, Indiana | 0.0011190398% |
| IN547 | St. Paul Town, Indiana | 0.0016220943% |
| IN548 | Starke County, Indiana | 0.5754687596% |
| IN549 | State Line City Town, Indiana | 0.0005800527% |
| IN550 | Staunton Town, Indiana | 0.0035419148% |
| IN551 | Steuben County, Indiana | 0.2289052280% |
| IN552 | Stilesville Town, Indiana | 0.0004517225% |
| IN553 | Stinesville Town, Indiana | 0.0014321656% |
| IN554 | Straughn Town, Indiana | 0.0004260564% |
| IN555 | Sullivan City, Indiana | 0.0150608378% |
| IN556 | Sullivan County, Indiana | 0.4997077150% |
| IN557 | Sulphur Springs Town, Indiana | 0.0007494486% |
| IN558 | Summitville Town, Indiana | 0.0154098960% |
| IN559 | Sunman Town, Indiana | 0.0161336786% |
| IN560 | Swayzee Town, Indiana | 0.0084954623% |
| IN561 | Sweetser Town, Indiana | 0.0043786280% |
| IN562 | Switz City Town, Indiana | 0.0006570509% |
| IN563 | Switzerland County, Indiana | 0.1390381227% |
| IN564 | Syracuse Town, Indiana | 0.0288332399% |
| IN565 | Tell City, Indiana | 0.0071351617% |
| IN566 | Tennyson Town, Indiana | 0.0014372988% |
| IN567 | Terre Haute City, Indiana | 1.0172687340% |
| IN568 | Thorntown, Indiana | 0.0019968186% |
| IN569 | Tippecanoe County, Indiana | 0.9836513425% |
| IN570 | Tipton City, Indiana | 0.0756840464% |
| IN571 | Tipton County, Indiana | 0.1461219523% |
| IN572 | Topeka Town, Indiana | 0.0102510201% |
| IN573 | Town of Pines Town, Indiana | 0.0177506398% |
| IN574 | Trafalgar Town, Indiana | 0.0034751831% |
| IN575 | Trail Creek Town, Indiana | 0.0070068315% |
| IN576 | Troy Town, Indiana | 0.0003695911% |
| IN577 | Ulen Town, Indiana | 0.0001385967% |
| IN578 | Union City, Indiana | 0.0467276095% |
| IN579 | Union County, Indiana | 0.0788666365% |
| IN580 | Uniondale Town, Indiana | 0.0020532840% |
| IN581 | Universal Town, Indiana | 0.0029823949% |
| IN582 | Upland Town, Indiana | 0.0132693475% |
| IN583 | Utica Town, Indiana | 0.0015553626% |
| IN584 | Valparaiso City, Indiana | 0.4508549566% |
| IN585 | Van Buren Town, Indiana | 0.0074585540% |
| IN586 | Vanderburgh County, Indiana | 1.8730004864% |
| IN587 | Veedersburg Town, Indiana | 0.0174477804% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| IN588 | Vera Cruz Town, Indiana | 0.0005287206% |
| IN589 | Vermillion County, Indiana | 0.1479237090% |
| IN590 | Vernon Town, Indiana | 0.0044556262% |
| IN591 | Versailles Town, Indiana | 0.0325753499% |
| IN592 | Vevay Town, Indiana | 0.0222627312% |
| IN593 | Vigo County, Indiana | 0.7949340146% |
| IN594 | Vincennes City, Indiana | 0.0141984585% |
| IN595 | Wabash City, Indiana | 0.0616549838% |
| IN596 | Wabash County, Indiana | 0.5254353629% |
| IN597 | Wakarusa Town, Indiana | 0.0133566121% |
| IN598 | Walkerton Town, Indiana | 0.0293414277% |
| IN599 | Wallace Town, Indiana | 0.0007443154% |
| IN600 | Walton Town, Indiana | 0.0010215088% |
| IN601 | Wanatah Town, Indiana | 0.0034289842% |
| IN602 | Warren County, Indiana | 0.0576818794% |
| IN603 | Warren Town, Indiana | 0.0076587491% |
| IN604 | Warrick County, Indiana | 0.3991430003% |
| IN605 | Warsaw City, Indiana | 0.2580772597% |
| IN606 | Washington City, Indiana | 0.0149581736% |
| IN607 | Washington County, Indiana | 0.3404396122% |
| IN608 | Waterloo Town, Indiana | 0.0127970922% |
| IN609 | Waveland Town, Indiana | 0.0037215772% |
| IN610 | Wayne County, Indiana | 0.7657876490% |
| IN611 | Waynetown, Indiana | 0.0084133310% |
| IN612 | Wells County, Indiana | 0.2019866754% |
| IN613 | West Baden Springs Town, Indiana | 0.0054822681% |
| IN614 | West College Corner Town, Indiana | 0.0065345762% |
| IN615 | West Harrison Town, Indiana | 0.0004773885% |
| IN616 | West Lafayette City, Indiana | 0.2612290506% |
| IN617 | West Lebanon Town, Indiana | 0.0029772617% |
| IN618 | West Terre Haute Town, Indiana | 0.0180175667% |
| IN619 | Westfield City, Indiana | 0.1106874046% |
| IN620 | Westport Town, Indiana | 0.0022021470% |
| IN621 | Westville Town, Indiana | 0.0405164256% |
| IN622 | Wheatfield Town, Indiana | 0.0014064995% |
| IN623 | Wheatland Town, Indiana | 0.0002361277% |
| IN624 | White County, Indiana | 0.2045738132% |
| IN625 | Whiteland Town, Indiana | 0.0126892948% |
| IN626 | Whitestown, Indiana | 0.0075560849% |
| IN627 | Whitewater Town, Indiana | 0.0002977262% |
| IN628 | Whiting City, Indiana | 0.0746933369% |
| IN629 | Whitley County, Indiana | 0.3073920070% |
| IN630 | Wilkinson Town, Indiana | 0.0006365180% |
| IN631 | Williamsport Town, Indiana | 0.0094553726% |
| IN632 | Winamac Town, Indiana | 0.0021559481% |
| IN633 | Winchester City, Indiana | 0.0715004804% |
| IN634 | Windfall City Town, Indiana | 0.0058877917% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|:---:|:---:|:---:|
| IN635 | Winfield Town, Indiana | 0.0246548070% |
| IN636 | Wingate Town, Indiana | 0.0023253441% |
| IN637 | Winona Lake Town, Indiana | 0.0964016815% |
| IN638 | Winslow Town, Indiana | 0.0028489315% |
| IN639 | Wolcott Town, Indiana | 0.0013397678% |
| IN640 | Wolcottville Town, Indiana | 0.0086494586% |
| IN641 | Woodburn City, Indiana | 0.0082131358% |
| IN642 | Woodlawn Heights Town, Indiana | 0.0012217040% |
| IN643 | Worthington Town, Indiana | 0.0026128038% |
| IN644 | Yeoman Town, Indiana | 0.0014578316% |
| IN645 | Yorktown, Indiana | 0.0901956307% |
| IN646 | Zanesville Town, Indiana | 0.0025922710% |
| IN647 | Zionsville Town, Indiana | 0.0375853627% |
| IN648 | Cumberland Town, Indiana | 0.0148247101% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IA1 | Adair County, Iowa | 0.2556895492% |
| IA2 | Adams County, Iowa | 0.1116738610% |
| IA3 | Allamakee County, Iowa | 0.4458620571% |
| IA7 | Appanoose County, Iowa | 0.5319573473% |
| IA8 | Audubon County, Iowa | 0.1208090649% |
| IA9 | Benton County, Iowa | 0.5190077951% |
| IA11 | Black Hawk County, Iowa | 3.3423948145% |
| IA13 | Boone County, Iowa | 0.8229376316% |
| IA14 | Bremer County, Iowa | 0.7313291658% |
| IA15 | Buchanan County, Iowa | 0.3770114677% |
| IA16 | Buena Vista County, Iowa | 0.3269761930% |
| IA18 | Butler County, Iowa | 0.2707546223% |
| IA19 | Calhoun County, Iowa | 0.1889544807% |
| IA20 | Carroll County, Iowa | 0.6033080977% |
| IA21 | Cass County, Iowa | 0.3356626501% |
| IA22 | Cedar County, Iowa | 0.3655363695% |
| IA25 | Cerro Gordo County, Iowa | 1.6302973365% |
| IA26 | Cherokee County, Iowa | 0.2378358349% |
| IA27 | Chickasaw County, Iowa | 0.2431246372% |
| IA28 | Clarke County, Iowa | 0.3046029568% |
| IA29 | Clay County, Iowa | 0.2957241797% |
| IA30 | Clayton County, Iowa | 0.4574012621% |
| IA32 | Clinton County, Iowa | 1.4586196098% |
| IA36 | Crawford County, Iowa | 0.3305341145% |
| IA37 | Dallas County, Iowa | 1.4775951912% |
| IA39 | Davis County, Iowa | 0.1538560657% |
| IA40 | Decatur County, Iowa | 0.2531573348% |
| IA41 | Delaware County, Iowa | 0.3021348491% |
| IA43 | Des Moines County, Iowa | 1.5679856298% |
| IA44 | Dickinson County, Iowa | 0.3322329419% |
| IA46 | Dubuque County, Iowa | 2.7454332795% |
| IA47 | Emmet County, Iowa | 0.1753318082% |
| IA49 | Fayette County, Iowa | 0.5284635324% |
| IA50 | Floyd County, Iowa | 0.3285468070% |
| IA53 | Franklin County, Iowa | 0.2107187034% |
| IA54 | Fremont County, Iowa | 0.2047888342% |
| IA55 | Greene County, Iowa | 0.3578435662% |
| IA57 | Grundy County, Iowa | 0.3230977380% |
| IA58 | Guthrie County, Iowa | 0.2308482053% |
| IA59 | Hamilton County, Iowa | 0.3501828163% |
| IA60 | Hancock County, Iowa | 0.1901084012% |
| IA61 | Hardin County, Iowa | 0.4491314985% |
| IA62 | Harrison County, Iowa | 0.6178282639% |
| IA63 | Henry County, Iowa | 0.4451248302% |
| IA64 | Howard County, Iowa | 0.1714212999% |
| IA65 | Humboldt County, Iowa | 0.1929611491% |
| IA66 | Ida County, Iowa | 0.1680556985% |
| IA69 | Iowa County, Iowa | 0.2658504602% |
| IA70 | Jackson County, Iowa | 0.5490417812% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IA71 | Jasper County, Iowa | 1.6780568235% |
| IA72 | Jefferson County, Iowa | 0.5728253647% |
| IA73 | Johnson County, Iowa | 3.8223936863% |
| IA75 | Jones County, Iowa | 0.3884865660% |
| IA77 | Keokuk County, Iowa | 0.1980255779% |
| IA78 | Kossuth County, Iowa | 0.3482275621% |
| IA80 | Lee County, Iowa | 1.4586837165% |
| IA81 | Linn County, Iowa | 7.3285811041% |
| IA82 | Louisa County, Iowa | 0.3358870235% |
| IA83 | Lucas County, Iowa | 0.3300533143% |
| IA84 | Lyon County, Iowa | 0.1619335092% |
| IA85 | Madison County, Iowa | 0.4031349456% |
| IA86 | Mahaska County, Iowa | 0.7161999860% |
| IA88 | Marion County, Iowa | 1.1788259436% |
| IA89 | Marshall County, Iowa | 1.0363488161% |
| IA92 | Mills County, Iowa | 0.4947113580% |
| IA93 | Mitchell County, Iowa | 0.1894673343% |
| IA94 | Monona County, Iowa | 0.4457658971% |
| IA95 | Monroe County, Iowa | 0.2157510788% |
| IA96 | Montgomery County, Iowa | 0.5308995868% |
| IA98 | Muscatine County, Iowa | 1.0607414131% |
| IA102 | O Brien County, Iowa | 0.2348228203% |
| IA103 | Osceola County, Iowa | 0.1453939821% |
| IA106 | Page County, Iowa | 0.5824093155% |
| IA107 | Palo Alto County, Iowa | 0.1666132978% |
| IA110 | Plymouth County, Iowa | 0.4452850969% |
| IA111 | Pocahontas County, Iowa | 0.1165780231% |
| IA112 | Polk County, Iowa | 22.8108926250% |
| IA113 | Pottawattamie County, Iowa | 3.6145597841% |
| IA114 | Poweshiek County, Iowa | 0.4747100695% |
| IA115 | Ringgold County, Iowa | 0.1195910378% |
| IA116 | Sac County, Iowa | 0.2200782807% |
| IA117 | Scott County, Iowa | 8.8614042123% |
| IA118 | Shelby County, Iowa | 0.2859158555% |
| IA120 | Sioux County, Iowa | 0.4096738283% |
| IA123 | Story County, Iowa | 2.1665177789% |
| IA124 | Tama County, Iowa | 0.3449901740% |
| IA125 | Taylor County, Iowa | 0.1784409829% |
| IA126 | Union County, Iowa | 0.4629785445% |
| IA128 | Van Buren County, Iowa | 0.1525418785% |
| IA129 | Wapello County, Iowa | 1.0026607483% |
| IA130 | Warren County, Iowa | 1.3316563022% |
| IA131 | Washington County, Iowa | 0.5543626368% |
| IA135 | Wayne County, Iowa | 0.2440541843% |
| IA136 | Webster County, Iowa | 1.5957758817% |
| IA138 | Winnebago County, Iowa | 0.2340535400% |
| IA139 | Winneshiek County, Iowa | 0.3674595703% |
| IA140 | Woodbury County, Iowa | 2.5662230163% |
| IA141 | Worth County, Iowa | 0.2345663935% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| IA142 | Wright County, Iowa | 0.2810437467% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| KS1 | Allen County, Kansas | 0.2469590982% |
| KS2 | Anderson County, Kansas | 0.1033070846% |
| KS3 | Andover City, Kansas | 0.2965259109% |
| KS4 | Arkansas City, Kansas | 0.2517607353% |
| KS5 | Atchison City, Kansas | 0.2261465530% |
| KS6 | Atchison County, Kansas | 0.2081347289% |
| KS7 | Barber County, Kansas | 0.0868011735% |
| KS8 | Barton County, Kansas | 0.3334574382% |
| KS9 | Bourbon County, Kansas | 0.2875114592% |
| KS10 | Brown County, Kansas | 0.1232303153% |
| KS11 | Butler County, Kansas | 0.8706438812% |
| KS12 | Chase County, Kansas | 0.0336082678% |
| KS14 | Cherokee County, Kansas | 0.3919995171% |
| KS17 | Clay County, Kansas | 0.1042947986% |
| KS19 | Coffey County, Kansas | 0.1060232980% |
| KS20 | Comanche County, Kansas | 0.0219636398% |
| KS21 | Cowley County, Kansas | 0.6897088195% |
| KS22 | Crawford County, Kansas | 0.7714110714% |
| KS24 | Derby City, Kansas | 0.5453586914% |
| KS25 | Dickinson County, Kansas | 0.3638160245% |
| KS26 | Dodge City, Kansas | 0.5788024418% |
| KS28 | Douglas County, Kansas | 1.5924288685% |
| KS29 | Edwards County, Kansas | 0.0357396506% |
| KS30 | El Dorado City, Kansas | 0.2788280508% |
| KS31 | Elk County, Kansas | 0.0499335801% |
| KS32 | Elkhart City, Kansas | 0.0460427074% |
| KS33 | Ellis County, Kansas | 0.3726150991% |
| KS34 | Ellsworth County, Kansas | 0.0784192915% |
| KS35 | Emporia City, Kansas | 0.5314129512% |
| KS37 | Finney County, Kansas | 0.7153826866% |
| KS38 | Ford County, Kansas | 0.6591551252% |
| KS39 | Franklin County, Kansas | 0.3340422689% |
| KS40 | Garden City, Kansas | 0.5639674708% |
| KS41 | Gardner City, Kansas | 0.4851729540% |
| KS42 | Geary County, Kansas | 0.4187127502% |
| KS43 | Gove County, Kansas | 0.0340631361% |
| KS44 | Graham County, Kansas | 0.0310480092% |
| KS45 | Grant County, Kansas | 0.1409572980% |
| KS47 | Great Bend City, Kansas | 0.3231811438% |
| KS48 | Greeley County Unified Government, Kansas | 0.0155434990% |
| KS49 | Greenwood County, Kansas | 0.1168768440% |
| KS50 | Hamilton County, Kansas | 0.0315158737% |
| KS51 | Harper County, Kansas | 0.0693479184% |
| KS52 | Harvey County, Kansas | 0.6829965673% |
| KS53 | Haskell County, Kansas | 0.0509842361% |
| KS54 | Hays City, Kansas | 0.4517508922% |
| KS55 | Haysville City, Kansas | 0.2470109420% |
| KS57 | Hutchinson City, Kansas | 0.8720750695% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS58 | Jackson County, Kansas | 0.1711734320% |
| KS59 | Jefferson County, Kansas | 0.2473443746% |
| KS61 | Johnson County, Kansas | 12.0944030669% |
| KS62 | Junction City, Kansas | 0.4741551685% |
| KS63 | Kansas City, Kansas | 4.4060498188% |
| KS64 | Kearny County, Kansas | 0.0486709060% |
| KS65 | Kingman County, Kansas | 0.0906357539% |
| KS66 | Kiowa County, Kansas | 0.0319187570% |
| KS67 | Labette County, Kansas | 0.2545442897% |
| KS69 | Lansing City, Kansas | 0.2592649750% |
| KS70 | Lawrence City, Kansas | 2.1351947685% |
| KS71 | Leavenworth City, Kansas | 0.7793565010% |
| KS72 | Leavenworth County, Kansas | 1.6381480759% |
| KS73 | Leawood City, Kansas | 0.7519204801% |
| KS74 | Lenexa City, Kansas | 1.2179424409% |
| KS75 | Liberal City, Kansas | 0.4082002757% |
| KS78 | Logan County, Kansas | 0.0355057183% |
| KS79 | Lyon County, Kansas | 0.4294606379% |
| KS80 | Manhattan City, Kansas | 1.1916559134% |
| KS81 | Manter City, Kansas | 0.0039724166% |
| KS83 | Marshall County, Kansas | 0.1254396755% |
| KS84 | McPherson City, Kansas | 0.2822331538% |
| KS85 | McPherson County, Kansas | 0.3697169383% |
| KS86 | Meade County, Kansas | 0.0802482625% |
| KS87 | Merriam City, Kansas | 0.2413502294% |
| KS88 | Miami County, Kansas | 0.4462127868% |
| KS90 | Montgomery County, Kansas | 0.6274462063% |
| KS92 | Morton County, Kansas | 0.0505510276% |
| KS94 | Neosho County, Kansas | 0.3172684471% |
| KS95 | Ness County, Kansas | 0.0359735829% |
| KS96 | Newton City, Kansas | 0.4065302570% |
| KS98 | Olathe City, Kansas | 3.0725090086% |
| KS99 | Osage County, Kansas | 0.2049506509% |
| KS101 | Ottawa City, Kansas | 0.2675066256% |
| KS103 | Overland Park City, Kansas | 5.2622788811% |
| KS104 | Pawnee County, Kansas | 0.0827340421% |
| KS105 | Phillips County, Kansas | 0.0673335017% |
| KS106 | Pittsburg City, Kansas | 0.4330770471% |
| KS107 | Pottawatomie County, Kansas | 0.3212929608% |
| KS108 | Prairie Village City, Kansas | 0.4839800835% |
| KS109 | Pratt County, Kansas | 0.1817885063% |
| KS110 | Rawlins County, Kansas | 0.0326335501% |
| KS111 | Reno County, Kansas | 1.2307721233% |
| KS112 | Republic County, Kansas | 0.0589509291% |
| KS113 | Rice County, Kansas | 0.1216707669% |
| KS114 | Riley County, Kansas | 0.9513505103% |
| KS117 | Russell County, Kansas | 0.0884263937% |
| KS118 | Salina City, Kansas | 1.0036161498% |
| KS119 | Saline County, Kansas | 0.7008350540% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS120 | Scott County, Kansas | 0.0622519732% |
| KS121 | Sedgwick County, Kansas | 10.3553321948% |
| KS122 | Seward County, Kansas | 0.4190277852% |
| KS123 | Shawnee City, Kansas | 1.4379077560% |
| KS124 | Shawnee County, Kansas | 3.5054886950% |
| KS125 | Sheridan County, Kansas | 0.0327505162% |
| KS126 | Sherman County, Kansas | 0.0750792587% |
| KS127 | Smith County, Kansas | 0.0460586624% |
| KS130 | Stanton County, Kansas | 0.0392178776% |
| KS131 | Stevens County, Kansas | 0.0700237227% |
| KS132 | Sumner County, Kansas | 0.2934290296% |
| KS133 | Thomas County, Kansas | 0.1000970142% |
| KS134 | Topeka City, Kansas | 2.7014829146% |
| KS135 | Trego County, Kansas | 0.0358436205% |
| KS136 | Ulysses City, Kansas | 0.1478592097% |
| KS137 | Wabaunsee County, Kansas | 0.1375513777% |
| KS138 | Wallace County, Kansas | 0.0199621194% |
| KS139 | Washington County, Kansas | 0.0705305759% |
| KS140 | Wichita City, Kansas | 10.4437497448% |
| KS141 | Wichita County, Kansas | 0.0269541947% |
| KS142 | Wilson County, Kansas | 0.1086745303% |
| KS143 | Winfield City, Kansas | 0.2560767576% |
| KS145 | Abilene City, Kansas | 0.1327990164% |
| KS146 | Anthony City, Kansas | 0.0440711418% |
| KS147 | Augusta City, Kansas | 0.2017035526% |
| KS148 | Baxter Springs City, Kansas | 0.0844335409% |
| KS149 | Bel Aire City, Kansas | 0.1836803642% |
| KS150 | Belleville City, Kansas | 0.0399286280% |
| KS151 | Beloit City, Kansas | 0.0772980066% |
| KS152 | Bentley City, Kansas | 0.0111696053% |
| KS153 | Benton City, Kansas | 0.0187605992% |
| KS154 | Bonner Springs City, Kansas | 0.1727710215% |
| KS155 | Burlingame City, Kansas | 0.0191726818% |
| KS156 | Burrton City, Kansas | 0.0185220252% |
| KS157 | Caney City, Kansas | 0.0422493033% |
| KS158 | Chanute City, Kansas | 0.1950017894% |
| KS159 | Cheney City, Kansas | 0.0471292279% |
| KS160 | Coffeyville City, Kansas | 0.1988623520% |
| KS161 | Colby City, Kansas | 0.1152746647% |
| KS162 | Concordia City, Kansas | 0.1064040461% |
| KS163 | Edwardsville City, Kansas | 0.0976201818% |
| KS164 | Ellsworth City, Kansas | 0.0636559061% |
| KS165 | Enterprise City, Kansas | 0.0167652523% |
| KS166 | Eudora City, Kansas | 0.1386549260% |
| KS167 | Fairway City, Kansas | 0.0859517397% |
| KS168 | Fall River City, Kansas | 0.0030797747% |
| KS169 | Fort Scott City, Kansas | 0.1658740613% |
| KS170 | Galena City, Kansas | 0.0612484766% |
| KS171 | Garden Plain City, Kansas | 0.0197799613% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS172 | Garnett City, Kansas | 0.0706613091% |
| KS173 | Goddard City, Kansas | 0.1076186052% |
| KS174 | Halstead City, Kansas | 0.0439843876% |
| KS175 | Harper City, Kansas | 0.0280433004% |
| KS176 | Herington City, Kansas | 0.0485823611% |
| KS177 | Hiawatha City, Kansas | 0.0670393205% |
| KS178 | Highland City, Kansas | 0.0213849143% |
| KS179 | Hillsboro City, Kansas | 0.0599037863% |
| KS180 | Hoisington City, Kansas | 0.0531803345% |
| KS181 | Hugoton City, Kansas | 0.0797705018% |
| KS182 | Humboldt City, Kansas | 0.0385622491% |
| KS183 | Independence City, Kansas | 0.1827043793% |
| KS184 | Iola City, Kansas | 0.1141685485% |
| KS185 | Johnson City City, Kansas | 0.0286505799% |
| KS186 | Kechi City, Kansas | 0.0457411605% |
| KS187 | Kingman City, Kansas | 0.0599688519% |
| KS188 | Leoti City, Kansas | 0.0307977467% |
| KS189 | Lincoln Center City, Kansas | 0.0257876908% |
| KS190 | Longton City, Kansas | 0.0066366975% |
| KS191 | Maize City, Kansas | 0.1142336141% |
| KS192 | Marysville City, Kansas | 0.0705094892% |
| KS193 | Meade City, Kansas | 0.0329449136% |
| KS194 | Medicine Lodge City, Kansas | 0.0391261515% |
| KS195 | Mission City, Kansas | 0.2141310941% |
| KS196 | Mission Hills City, Kansas | 0.0766256614% |
| KS197 | Moundridge City, Kansas | 0.0403623991% |
| KS198 | Mount Hope City, Kansas | 0.0174809746% |
| KS199 | Neodesha City, Kansas | 0.0479533930% |
| KS200 | North Newton City, Kansas | 0.0382152322% |
| KS201 | Norton City, Kansas | 0.0587542929% |
| KS202 | Oakley City, Kansas | 0.0440277647% |
| KS203 | Osawatomie City, Kansas | 0.0915907637% |
| KS204 | Park City City, Kansas | 0.1722721848% |
| KS205 | Parsons City, Kansas | 0.2052387869% |
| KS206 | Phillipsburg City, Kansas | 0.0524863008% |
| KS207 | Pleasanton City, Kansas | 0.0251153456% |
| KS208 | Pratt City, Kansas | 0.1401731248% |
| KS209 | Rantoul City, Kansas | 0.0040557596% |
| KS210 | Roeland Park City, Kansas | 0.1442722615% |
| KS211 | Russell City, Kansas | 0.0950609324% |
| KS212 | Sabetha City, Kansas | 0.0553491899% |
| KS213 | Satanta City, Kansas | 0.0243128691% |
| KS214 | Scott City, Kansas | 0.0810284379% |
| KS215 | Sedgwick City, Kansas | 0.0359379341% |
| KS216 | Spring Hill City, Kansas | 0.1707106089% |
| KS217 | Sterling City, Kansas | 0.0471942936% |
| KS218 | Sublette City, Kansas | 0.0287156456% |
| KS219 | Syracuse City, Kansas | 0.0353740316% |
| KS220 | Tonganoxie City, Kansas | 0.1234078725% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS221 | Tribune City, Kansas | 0.0157025131% |
| KS222 | Valley Falls City, Kansas | 0.0249852143% |
| KS223 | Wakeeney City, Kansas | 0.0376947069% |
| KS224 | Wamego City, Kansas | 0.1023265980% |
| KS225 | Washington City, Kansas | 0.0230983101% |
| KS226 | Weir City, Kansas | 0.0137505433% |
| KS227 | Wellington City, Kansas | 0.1637485830% |
| KS228 | Westwood City, Kansas | 0.0356126057% |
| KS229 | Wilson City, Kansas | 0.0154639390% |
| KS230 | Wyandotte County, Kansas | 3.2916925050% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY1 | Adair County, Kentucky | 0.2072149972% |
| KY2 | Allen County, Kentucky | 0.3652932746% |
| KY3 | Anderson County, Kentucky | 0.3621159370% |
| KY4 | Ashland City, Kentucky | 0.9834499202% |
| KY5 | Ballard County, Kentucky | 0.1275818571% |
| KY6 | Bardstown City, Kentucky | 0.2352870373% |
| KY7 | Barren County, Kentucky | 0.3122030586% |
| KY8 | Bath County, Kentucky | 0.1600781328% |
| KY9 | Bell County, Kentucky | 0.6418579913% |
| KY12 | Berea City, Kentucky | 0.1673960319% |
| KY13 | Boone County, Kentucky | 2.0430819725% |
| KY14 | Bourbon County, Kentucky | 0.2554835051% |
| KY15 | Bowling Green City, Kentucky | 0.6707865957% |
| KY16 | Boyd County, Kentucky | 0.8927787584% |
| KY17 | Boyle County, Kentucky | 0.3790292999% |
| KY18 | Bracken County, Kentucky | 0.1275577166% |
| KY19 | Breathitt County, Kentucky | 0.5390554414% |
| KY20 | Breckinridge County, Kentucky | 0.3244963382% |
| KY22 | Bullitt County, Kentucky | 1.0630204077% |
| KY23 | Butler County, Kentucky | 0.1624898322% |
| KY24 | Caldwell County, Kentucky | 0.1441008473% |
| KY25 | Calloway County, Kentucky | 0.0270405279% |
| KY26 | Campbell County, Kentucky | 1.0519698931% |
| KY27 | Campbellsville City, Kentucky | 0.2769609681% |
| KY28 | Carlisle County, Kentucky | 0.0604084438% |
| KY29 | Carroll County, Kentucky | 0.2541479356% |
| KY30 | Carter County, Kentucky | 0.6015849596% |
| KY31 | Casey County, Kentucky | 0.2668572392% |
| KY32 | Christian County, Kentucky | 0.4386166388% |
| KY33 | Clark County, Kentucky | 0.6110238861% |
| KY34 | Clay County, Kentucky | 0.7834161044% |
| KY35 | Clinton County, Kentucky | 0.3920484376% |
| KY36 | Columbia City, Kentucky | 0.0941274300% |
| KY37 | Covington City, Kentucky | 1.7146827203% |
| KY38 | Crittenden County, Kentucky | 0.2010231527% |
| KY39 | Cumberland County, Kentucky | 0.1857249004% |
| KY40 | Danville City, Kentucky | 0.2799464970% |
| KY41 | Daviess County, Kentucky | 1.1263935276% |
| KY42 | Edmonson County, Kentucky | 0.1884368528% |
| KY44 | Elliott County, Kentucky | 0.1458221479% |
| KY45 | Erlanger City, Kentucky | 0.3397777298% |
| KY46 | Estill County, Kentucky | 0.4049309515% |
| KY47 | Fleming County, Kentucky | 0.1823914480% |
| KY48 | Florence City, Kentucky | 0.7389020512% |
| KY49 | Floyd County, Kentucky | 1.9179322449% |
| KY50 | Fort Thomas City, Kentucky | 0.3651296923% |
| KY51 | Frankfort City, Kentucky | 0.4254271088% |
| KY52 | Franklin County, Kentucky | 0.4438483122% |
| KY53 | Fulton County, Kentucky | 0.1040009320% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY54 | Gallatin County, Kentucky | 0.2347861459% |
| KY55 | Garrard County, Kentucky | 0.3127117464% |
| KY56 | Georgetown City, Kentucky | 0.2129888920% |
| KY57 | Glasgow City, Kentucky | 0.4100978120% |
| KY58 | Grant County, Kentucky | 0.5343736918% |
| KY59 | Graves County, Kentucky | 0.2447866907% |
| KY60 | Grayson City, Kentucky | 0.1405700912% |
| KY61 | Grayson County, Kentucky | 0.4371371187% |
| KY62 | Green County, Kentucky | 0.1363993307% |
| KY64 | Greenup County, Kentucky | 0.6872346204% |
| KY65 | Hancock County, Kentucky | 0.1001482246% |
| KY66 | Hardin County, Kentucky | 1.6677965130% |
| KY68 | Harlan County, Kentucky | 0.9236857078% |
| KY69 | Harrison County, Kentucky | 0.2078604027% |
| KY70 | Hart County, Kentucky | 0.2333469695% |
| KY71 | Henderson City, Kentucky | 0.5644511762% |
| KY72 | Henderson County, Kentucky | 0.3796057595% |
| KY73 | Henry County, Kentucky | 0.2263086115% |
| KY74 | Hickman County, Kentucky | 0.0533625713% |
| KY76 | Hopkins County, Kentucky | 0.5493362318% |
| KY77 | Hopkinsville City, Kentucky | 0.5662686160% |
| KY79 | Independence City, Kentucky | 0.1255237640% |
| KY81 | Jackson County, Kentucky | 0.1930879337% |
| KY83 | Jefferson County, Kentucky | 14.4939132925% |
| KY84 | Jeffersontown City, Kentucky | 0.1981991396% |
| KY85 | Jenkins City, Kentucky | 0.0688654541% |
| KY86 | Jessamine County, Kentucky | 0.6407795601% |
| KY87 | Johnson County, Kentucky | 0.6400798620% |
| KY88 | Kenton County, Kentucky | 2.5731398261% |
| KY89 | Knott County, Kentucky | 0.4910894879% |
| KY90 | Knox County, Kentucky | 0.8060755114% |
| KY91 | Larue County, Kentucky | 0.1917133825% |
| KY92 | Laurel County, Kentucky | 0.9215642107% |
| KY93 | Lawrence County, Kentucky | 0.4474957316% |
| KY94 | Lawrenceburg City, Kentucky | 0.0804801232% |
| KY95 | Lee County, Kentucky | 0.2235931366% |
| KY96 | Leslie County, Kentucky | 0.5525464926% |
| KY97 | Letcher County, Kentucky | 0.6327552468% |
| KY98 | Lewis County, Kentucky | 0.2492484050% |
| KY99 | Lexington-Fayette Urban County, Kentucky | 6.2597070666% |
| KY100 | Lincoln County, Kentucky | 0.4109182594% |
| KY101 | Livingston County, Kentucky | 0.2056037847% |
| KY102 | Logan County, Kentucky | 0.3022584972% |
| KY103 | London City, Kentucky | 0.1961505806% |
| KY106 | Lyndon City, Kentucky | 0.0748780766% |
| KY107 | Lyon County, Kentucky | 0.1367346673% |
| KY108 | Madison County, Kentucky | 1.1073052673% |
| KY109 | Madisonville City, Kentucky | 0.3927355489% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY110 | Magoffin County, Kentucky | 0.3084779576% |
| KY111 | Manchester City, Kentucky | 0.1800397241% |
| KY112 | Marion County, Kentucky | 0.2018769929% |
| KY113 | Marshall County, Kentucky | 0.6110803392% |
| KY114 | Martin County, Kentucky | 0.4692913886% |
| KY115 | Mason County, Kentucky | 0.1741746215% |
| KY116 | McCracken County, Kentucky | 0.3377504933% |
| KY117 | McCreary County, Kentucky | 0.3011869230% |
| KY118 | McLean County, Kentucky | 0.1433881867% |
| KY119 | Meade County, Kentucky | 0.3762152436% |
| KY120 | Menifee County, Kentucky | 0.1152561711% |
| KY121 | Mercer County, Kentucky | 0.2841928256% |
| KY122 | Metcalfe County, Kentucky | 0.1167070889% |
| KY123 | Monroe County, Kentucky | 0.2890192303% |
| KY124 | Montgomery County, Kentucky | 0.5746052526% |
| KY125 | Morehead City, Kentucky | 0.1176937487% |
| KY126 | Morgan County, Kentucky | 0.0505889526% |
| KY127 | Morganfield City, Kentucky | 0.1082087956% |
| KY129 | Muhlenberg County, Kentucky | 0.5338036196% |
| KY130 | Murray City, Kentucky | 0.5765962314% |
| KY131 | Nelson County, Kentucky | 0.4816564321% |
| KY132 | Newport City, Kentucky | 0.7312996326% |
| KY133 | Nicholas County, Kentucky | 0.1324383199% |
| KY134 | Nicholasville City, Kentucky | 0.3723153354% |
| KY135 | Ohio County, Kentucky | 0.4467150643% |
| KY136 | Oldham County, Kentucky | 0.7333447161% |
| KY137 | Owen County, Kentucky | 0.2198857418% |
| KY138 | Owensboro City, Kentucky | 0.5118319344% |
| KY139 | Owsley County, Kentucky | 0.1294761331% |
| KY140 | Paducah City, Kentucky | 1.1041080161% |
| KY141 | Paintsville City, Kentucky | 0.3642660363% |
| KY142 | Pendleton County, Kentucky | 0.3094900729% |
| KY143 | Perry County, Kentucky | 1.4848386091% |
| KY144 | Pike County, Kentucky | 1.9294441527% |
| KY145 | Pineville City, Kentucky | 0.0736606264% |
| KY147 | Powell County, Kentucky | 0.5788951657% |
| KY148 | Prestonsburg City, Kentucky | 0.4197933602% |
| KY149 | Pulaski County, Kentucky | 0.8723902940% |
| KY151 | Richmond City, Kentucky | 0.5069051167% |
| KY152 | Robertson County, Kentucky | 0.0346199801% |
| KY153 | Rockcastle County, Kentucky | 0.4380501830% |
| KY154 | Rowan County, Kentucky | 0.4245058255% |
| KY155 | Russell City, Kentucky | 0.1455248537% |
| KY156 | Russell County, Kentucky | 0.5599110288% |
| KY158 | Scott County, Kentucky | 0.6332443967% |
| KY159 | Shelby County, Kentucky | 0.5093783884% |
| KY160 | Shelbyville City, Kentucky | 0.1168374662% |
| KY161 | Shepherdsville City, Kentucky | 0.1717991328% |
| KY162 | Shively City, Kentucky | 0.1040826057% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY163 | Simpson County, Kentucky | 0.2049906448% |
| KY164 | Somerset City, Kentucky | 0.3108498299% |
| KY166 | Spencer County, Kentucky | 0.2447695951% |
| KY167 | St. Matthews City, Kentucky | 0.1131834246% |
| KY168 | Taylor County, Kentucky | 0.1908446071% |
| KY169 | Todd County, Kentucky | 0.1788764408% |
| KY170 | Trigg County, Kentucky | 0.2047738501% |
| KY171 | Trimble County, Kentucky | 0.1174427629% |
| KY172 | Union County, Kentucky | 0.2531192882% |
| KY175 | Warren County, Kentucky | 0.9893070387% |
| KY176 | Washington County, Kentucky | 0.1549834119% |
| KY177 | Wayne County, Kentucky | 0.3477965951% |
| KY178 | Webster County, Kentucky | 0.2371207742% |
| KY179 | West Liberty City, Kentucky | 0.1691975502% |
| KY181 | Whitley County, Kentucky | 1.5794132485% |
| KY182 | Winchester City, Kentucky | 0.4646999075% |
| KY183 | Wolfe County, Kentucky | 0.2600699609% |
| KY184 | Woodford County, Kentucky | 0.2675359435% |
| KY186 | Albany City, Kentucky | 0.1264298304% |
| KY187 | Alexandria City, Kentucky | 0.1080131826% |
| KY192 | Barbourville City, Kentucky | 0.0730470168% |
| KY193 | Beattyville City, Kentucky | 0.1448233239% |
| KY195 | Bellevue City, Kentucky | 0.0965704087% |
| KY205 | Carrollton City, Kentucky | 0.0887635005% |
| KY206 | Catlettsburg City, Kentucky | 0.1263485793% |
| KY207 | Cave City City, Kentucky | 0.0700133478% |
| KY208 | Central City City, Kentucky | 0.0844674819% |
| KY211 | Cold Spring City, Kentucky | 0.0750717640% |
| KY212 | Corbin City, Kentucky | 0.2036058550% |
| KY215 | Crittenden City, Kentucky | 0.1485297325% |
| KY216 | Cynthiana City, Kentucky | 0.2429917006% |
| KY218 | Dayton City, Kentucky | 0.1369669607% |
| KY220 | Dry Ridge City, Kentucky | 0.1124383105% |
| KY222 | Edgewood City, Kentucky | 0.0997328111% |
| KY228 | Flatwoods City, Kentucky | 0.0815134672% |
| KY230 | Flemingsburg City, Kentucky | 0.0974474500% |
| KY231 | Fort Mitchell City, Kentucky | 0.1045834032% |
| KY232 | Fort Wright City, Kentucky | 0.0888485558% |
| KY233 | Franklin City, Kentucky | 0.1059281781% |
| KY238 | Harrodsburg City, Kentucky | 0.1433328138% |
| KY240 | Hazard City, Kentucky | 0.2853655644% |
| KY242 | Highland Heights City, Kentucky | 0.1099203272% |
| KY247 | Irvine City, Kentucky | 0.0767877105% |
| KY252 | La Grange City, Kentucky | 0.0727992716% |
| KY255 | Lebanon City, Kentucky | 0.1122041854% |
| KY256 | Leitchfield City, Kentucky | 0.1135380642% |
| KY258 | Louisa City, Kentucky | 0.0866211036% |
| KY259 | Ludlow City, Kentucky | 0.0669617849% |
| KY261 | Martin City, Kentucky | 0.2943288201% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY262 | Mayfield City, Kentucky | 0.2929381596% |
| KY263 | Maysville City, Kentucky | 0.1796298526% |
| KY264 | Middlesborough City, Kentucky | 0.9627869870% |
| KY267 | Morgantown City, Kentucky | 0.1066840944% |
| KY268 | Mount Sterling City, Kentucky | 0.1357736978% |
| KY269 | Mount Vernon City, Kentucky | 0.1195254191% |
| KY275 | Owingsville City, Kentucky | 0.1120741368% |
| KY276 | Paris City, Kentucky | 0.1357848757% |
| KY278 | Pikeville City, Kentucky | 0.9232553122% |
| KY280 | Princeton City, Kentucky | 0.1044295429% |
| KY283 | Russellville City, Kentucky | 0.1019054071% |
| KY286 | Southgate City, Kentucky | 0.0952700635% |
| KY288 | Stanford City, Kentucky | 0.0735805495% |
| KY291 | Taylor Mill City, Kentucky | 0.1020398235% |
| KY294 | Union City, Kentucky | 0.1260059161% |
| KY295 | Versailles City, Kentucky | 0.1700135829% |
| KY297 | Walton City, Kentucky | 0.0725720505% |
| KY301 | Wilder City, Kentucky | 0.1271712342% |
| KY302 | Williamsburg City, Kentucky | 0.2511273232% |
| KY303 | Williamstown City, Kentucky | 0.1029710636% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA2 | Acadia Parish, Louisiana | |
| LA3 | Alexandria City, Louisiana | |
| LA4 | Allen Parish, Louisiana | |
| LA5 | Ascension Parish, Louisiana | |
| LA6 | Assumption Parish, Louisiana | |
| LA7 | Avoyelles Parish, Louisiana | |
| LA9 | Baldwin Town, Louisiana | |
| LA10 | Bastrop City, Louisiana | |
| LA12 | Beauregard Parish, Louisiana | |
| LA13 | Berwick Town, Louisiana | |
| LA14 | Bienville Parish, Louisiana | |
| LA15 | Bogalusa City, Louisiana | |
| LA16 | Bossier City, Louisiana | |
| LA17 | Bossier Parish, Louisiana | |
| LA19 | Caddo Parish, Louisiana | |
| LA20 | Calcasieu Parish, Louisiana | |
| LA21 | Caldwell Parish, Louisiana | |
| LA22 | Cameron Parish, Louisiana | |
| LA23 | Catahoula Parish, Louisiana | |
| LA25 | Claiborne Parish, Louisiana | |
| LA26 | Concordia Parish, Louisiana | |
| LA27 | Covington City, Louisiana | Allocations in Louisiana |
| LA29 | De Soto Parish, Louisiana | will be made in |
| LA30 | Delhi Town, Louisiana | accordance with the |
| LA32 | Donaldsonville City, Louisiana | Louisiana State-Local |
| LA33 | East Carroll Parish, Louisiana | Government Opioid |
| LA34 | East Feliciana Parish, Louisiana | Litigation Memorandum |
| LA35 | Eunice City, Louisiana | of Understanding. |
| LA36 | Evangeline Parish, Louisiana | |
| LA37 | Ferriday Town, Louisiana | |
| LA38 | Franklin City, Louisiana | |
| LA39 | Franklin Parish, Louisiana | |
| LA41 | Gramercy Town, Louisiana | |
| LA42 | Grant Parish, Louisiana | |
| LA43 | Gretna City, Louisiana | |
| LA46 | Iberia Parish, Louisiana | |
| LA47 | Iberville Parish, Louisiana | |
| LA48 | Jackson Parish, Louisiana | |
| LA49 | Jean Lafitte Town, Louisiana | |
| LA50 | Jefferson Davis Parish, Louisiana | |
| LA51 | Jefferson Parish, Louisiana | |
| LA52 | Kenner City, Louisiana | |
| LA54 | Lafourche Parish, Louisiana | |
| LA55 | Lake Charles City, Louisiana | |
| LA56 | Lake Providence Town, Louisiana | |
| LA57 | Lasalle Parish, Louisiana | |
| LA58 | Lincoln Parish, Louisiana | |
| LA59 | Livingston Parish, Louisiana | |
| LA60 | Lutcher Town, Louisiana | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA61 | Madison Parish, Louisiana | |
| LA62 | Madisonville Town, Louisiana | |
| LA63 | Mandeville City, Louisiana | |
| LA65 | Monroe City, Louisiana | |
| LA66 | Morehouse Parish, Louisiana | |
| LA67 | Morgan City, Louisiana | |
| LA68 | Natchitoches City, Louisiana | |
| LA69 | Natchitoches Parish, Louisiana | |
| LA70 | New Iberia City, Louisiana | |
| LA72 | New Roads City, Louisiana | |
| LA73 | Opelousas City, Louisiana | |
| LA74 | Ouachita Parish, Louisiana | |
| LA75 | Patterson City, Louisiana | |
| LA76 | Pearl River Town, Louisiana | |
| LA77 | Pineville City, Louisiana | |
| LA78 | Plaquemines Parish, Louisiana | |
| LA79 | Pointe Coupee Parish, Louisiana | |
| LA80 | Rapides Parish, Louisiana | |
| LA81 | Red River Parish, Louisiana | |
| LA82 | Richland Parish, Louisiana | |
| LA83 | Richwood Town, Louisiana | |
| LA85 | Sabine Parish, Louisiana | Allocations in Louisiana |
| LA86 | Shreveport City, Louisiana | will be made in |
| LA87 | Slidell City, Louisiana | accordance with the |
| LA88 | St Bernard Parish, Louisiana | Louisiana State-Local |
| LA89 | St Charles Parish, Louisiana | Government Opioid |
| LA90 | St Helena Parish, Louisiana | Litigation Memorandum |
| LA91 | St James Parish, Louisiana | of Understanding. |
| LA92 | St John The Baptist Parish, Louisiana | |
| LA93 | St Landry Parish, Louisiana | |
| LA94 | St Martin Parish, Louisiana | |
| LA95 | St Mary Parish, Louisiana | |
| LA96 | St Tammany Parish, Louisiana | |
| LA97 | St. Martinville City, Louisiana | |
| LA99 | Tangipahoa Parish, Louisiana | |
| LA100 | Tensas Parish, Louisiana | |
| LA102 | Union Parish, Louisiana | |
| LA103 | Vermilion Parish, Louisiana | |
| LA104 | Vernon Parish, Louisiana | |
| LA105 | Washington Parish, Louisiana | |
| LA106 | Webster Parish, Louisiana | |
| LA107 | West Baton Rouge Parish, Louisiana | |
| LA108 | West Carroll Parish, Louisiana | |
| LA109 | West Feliciana Parish, Louisiana | |
| LA110 | West Monroe City, Louisiana | |
| LA111 | Westwego City, Louisiana | |
| LA112 | Winn Parish, Louisiana | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA115 | East Baton Rouge Parish, Louisiana | |
| LA116 | Lafayette Parish, Louisiana | |
| LA117 | Orleans Parish, Louisiana | |
| LA118 | Terrebonne Parish, Louisiana | |
| LA119 | Sheriff of Acadia Parish, Louisiana | |
| LA120 | Sheriff of Allen Parish, Louisiana | |
| LA121 | Sheriff of Ascension Parish, Louisiana | |
| LA122 | Sheriff of Assumption Parish, Louisiana | |
| LA123 | Sheriff of Avoyelles Parish, Louisiana | |
| LA124 | Sheriff of Beauregard Parish, Louisiana | |
| LA125 | Sheriff of Bienville Parish, Louisiana | |
| LA126 | Sheriff of Bossier Parish, Louisiana | |
| LA127 | Sheriff of Caddo Parish, Louisiana | |
| LA128 | Sheriff of Calcasieu Parish, Louisiana | Allocations in Louisiana will be made in accordance with the Louisiana State-Local Government Opioid Litigation Memorandum of Understanding. |
| LA129 | Sheriff of Caldwell Parish, Louisiana | |
| LA130 | Sheriff of Cameron Parish, Louisiana | |
| LA131 | Sheriff of Catahoula Parish, Louisiana | |
| LA132 | Sheriff of Claiborne Parish, Louisiana | |
| LA133 | Sheriff of Concordia Parish, Louisiana | |
| LA134 | Sheriff of De Soto Parish, Louisiana | |
| LA135 | Sheriff of East Baton Rouge Parish, Louisiana | |
| LA136 | Sheriff of East Carroll Parish, Louisiana | |
| LA137 | Sheriff of East Feliciana Parish, Louisiana | |
| LA138 | Sheriff of Evangeline Parish, Louisiana | |
| LA139 | Sheriff of Franklin Parish, Louisiana | |
| LA140 | Sheriff of Grant Parish, Louisiana | |
| LA141 | Sheriff of Iberia Parish, Louisiana | |
| LA142 | Sheriff of Iberville Parish, Louisiana | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA143 | Sheriff of Jackson Parish, Louisiana | |
| LA144 | Sheriff of Jefferson Davis Parish, Louisiana | |
| LA145 | Sheriff of Jefferson Parish, Louisiana | |
| LA146 | Sheriff of Lafayette Parish, Louisiana | |
| LA147 | Sheriff of Lafourche Parish, Louisiana | |
| LA148 | Sheriff of Lasalle Parish, Louisiana | |
| LA149 | Sheriff of Lincoln Parish, Louisiana | |
| LA150 | Sheriff of Livingston Parish, Louisiana | |
| LA151 | Sheriff of Madison Parish, Louisiana | |
| LA152 | Sheriff of Morehouse Parish, Louisiana | |
| LA153 | Sheriff of Natchitoches Parish, Louisiana | Allocations in Louisiana will be made in accordance with the Louisiana State-Local Government Opioid Litigation Memorandum of Understanding. |
| LA154 | Sheriff of Orleans Parish, Louisiana | |
| LA155 | Sheriff of Ouachita Parish, Louisiana | |
| LA156 | Sheriff of Plaquemines Parish, Louisiana | |
| LA157 | Sheriff of Pointe Coupee Parish, Louisiana | |
| LA158 | Sheriff of Rapides Parish, Louisiana | |
| LA159 | Sheriff of Red River Parish, Louisiana | |
| LA160 | Sheriff of Richland Parish, Louisiana | |
| LA161 | Sheriff of Sabine Parish, Louisiana | |
| LA162 | Sheriff of St Bernard Parish, Louisiana | |
| LA163 | Sheriff of St Charles Parish, Louisiana | |
| LA164 | Sheriff of St Helena Parish, Louisiana | |
| LA165 | Sheriff of St James Parish, Louisiana | |
| LA166 | Sheriff of St John The Baptist Parish, Louisiana | |
| LA167 | Sheriff of St Landry Parish, Louisiana | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| LA168 | Sheriff of St Martin Parish, Louisiana | |
| LA169 | Sheriff of St Mary Parish, Louisiana | |
| LA170 | Sheriff of St Tammany Parish, Louisiana | |
| LA171 | Sheriff of Tangipahoa Parish, Louisiana | |
| LA172 | Sheriff of Tensas Parish, Louisiana | |
| LA173 | Sheriff of Terrebonne Parish, Louisiana | Allocations in Louisiana will be made in accordance with the Louisiana State-Local Government Opioid Litigation Memorandum of Understanding. |
| LA174 | Sheriff of Union Parish, Louisiana | |
| LA175 | Sheriff of Vermilion Parish, Louisiana | |
| LA176 | Sheriff of Vernon Parish, Louisiana | |
| LA177 | Sheriff of Washington Parish, Louisiana | |
| LA178 | Sheriff of Webster Parish, Louisiana | |
| LA179 | Sheriff of West Baton Rouge Parish, Louisiana | |
| LA180 | Sheriff of West Carroll Parish, Louisiana | |
| LA181 | Sheriff of West Feliciana Parish, Louisiana | |
| LA182 | Sheriff of Winn Parish, Louisiana | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ME1 | Androscoggin County, Maine | 1.6799535986% |
| ME2 | Aroostook County, Maine | 4.0537116218% |
| ME3 | Auburn City, Maine | 2.6283332826% |
| ME4 | Augusta City, Maine | 3.6779545807% |
| ME5 | Bangor City, Maine | 5.2042873123% |
| ME6 | Biddeford City, Maine | 2.7393997300% |
| ME7 | Brunswick Town, Maine | 1.6113929261% |
| ME8 | Calais City, Maine | 0.8369049504% |
| ME9 | Cumberland County, Maine | 3.5025701951% |
| ME10 | Falmouth Town, Maine | 1.2353278939% |
| ME11 | Franklin County, Maine | 1.9717572454% |
| ME12 | Gorham Town, Maine | 1.4582940317% |
| ME13 | Hancock County, Maine | 3.8494340111% |
| ME14 | Kennebec County, Maine | 4.9959268385% |
| ME15 | Kennebunk Town, Maine | 0.2185679049% |
| ME16 | Knox County, Maine | 2.1010369789% |
| ME17 | Lewiston City, Maine | 4.3451006968% |
| ME18 | Lincoln County, Maine | 2.1621727981% |
| ME19 | Orono Town, Maine | 0.2094180830% |
| ME20 | Oxford County, Maine | 3.8454418782% |
| ME21 | Penobscot County, Maine | 6.7801027597% |
| ME22 | Piscataquis County, Maine | 1.2760851978% |
| ME23 | Portland City, Maine | 7.2016026249% |
| ME24 | Rockland City, Maine | 0.6184398003% |
| ME25 | Saco City, Maine | 0.4366518238% |
| ME26 | Sagadahoc County, Maine | 1.9708146889% |
| ME27 | Sanford City, Maine | 2.6908215844% |
| ME28 | Scarborough Town, Maine | 1.8363769930% |
| ME29 | Somerset County, Maine | 3.6977198467% |
| ME30 | South Portland City, Maine | 2.2275994495% |
| ME31 | Standish Town, Maine | 0.0664145731% |
| ME32 | Waldo County, Maine | 2.4723925078% |
| ME33 | Washington County, Maine | 2.6998574469% |
| ME34 | Waterville City, Maine | 2.8132809688% |
| ME35 | Wells Town, Maine | 0.2541311729% |
| ME36 | Westbrook City, Maine | 1.5416150467% |
| ME37 | Windham Town, Maine | 0.1935482073% |
| ME38 | York County, Maine | 6.7950503019% |
| ME39 | York Town, Maine | 2.1005084476% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MD1 | Aberdeen City, Maryland | 0.0372796529% |
| MD2 | Allegany County, Maryland | 1.6120411494% |
| MD3 | Annapolis City, Maryland | 0.2413230958% |
| MD4 | Anne Arundel County, Maryland | 9.5850095156% |
| MD5 | Baltimore City, Maryland | 20.9970334354% |
| MD6 | Baltimore County, Maryland | 17.7565394434% |
| MD7 | Bel Air Town, Maryland | 0.0322364280% |
| MD8 | Berlin Town, Maryland | 0.0109236186% |
| MD9 | Bowie City, Maryland | 0.0263270946% |
| MD10 | Calvert County, Maryland | 1.6948343688% |
| MD11 | Cambridge City, Maryland | 0.0196746185% |
| MD12 | Caroline County, Maryland | 0.5865017850% |
| MD13 | Carroll County, Maryland | 2.9605563001% |
| MD14 | Cecil County, Maryland | 3.7958577634% |
| MD15 | Charles County, Maryland | 1.9663409179% |
| MD16 | Charlestown, Maryland | 0.0013846587% |
| MD17 | College Park City, Maryland | 0.0050334845% |
| MD18 | Cottage City Town, Maryland | 0.0015972023% |
| MD19 | Cumberland City, Maryland | 0.1627132426% |
| MD20 | Dorchester County, Maryland | 0.3951913125% |
| MD21 | Easton Town, Maryland | 0.0630108370% |
| MD22 | Elkton Town, Maryland | 0.0884110160% |
| MD23 | Forest Heights Town, Maryland | 0.0014812182% |
| MD24 | Frederick City, Maryland | 0.1530889274% |
| MD25 | Frederick County, Maryland | 3.4957333212% |
| MD26 | Frostburg City, Maryland | 0.0194678741% |
| MD27 | Gaithersburg City, Maryland | 0.0243966914% |
| MD28 | Garrett County, Maryland | 0.3513434690% |
| MD29 | Grantsville Town, Maryland | 0.0002207076% |
| MD30 | Greenbelt City, Maryland | 0.0369938028% |
| MD31 | Hagerstown City, Maryland | 0.1829328174% |
| MD32 | Harford County, Maryland | 5.1958110720% |
| MD33 | Havre De Grace City, Maryland | 0.0458009931% |
| MD34 | Howard County, Maryland | 3.2487213744% |
| MD35 | Hyattsville City, Maryland | 0.0127377562% |
| MD36 | Kent County, Maryland | 0.4683852152% |
| MD37 | Laurel City, Maryland | 0.0300516480% |
| MD38 | Montgomery County, Maryland | 8.5574378958% |
| MD39 | Mountain Lake Park Town, Maryland | 0.0001004445% |
| MD40 | New Carrollton City, Maryland | 0.0062727689% |
| MD41 | North Brentwood Town, Maryland | 0.0000662686% |
| MD42 | North East Town, Maryland | 0.0183814522% |
| MD43 | Oakland Town, Maryland | 0.0011777453% |
| MD44 | Perryville Town, Maryland | 0.0184160785% |
| MD45 | Prince Georges County, Maryland | 7.1382650655% |
| MD46 | Queen Annes County, Maryland | 0.7381792535% |
| MD47 | Rockville City, Maryland | 0.0611045878% |
| MD48 | Salisbury City, Maryland | 0.1347806691% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MD49 | Seat Pleasant City, Maryland | 0.0040128808% |
| MD50 | Somerset County, Maryland | 0.3875128839% |
| MD51 | St Marys County, Maryland | 1.3684562511% |
| MD52 | Takoma Park City, Maryland | 0.0195596479% |
| MD53 | Talbot County, Maryland | 0.4896824850% |
| MD54 | Upper Marlboro Town, Maryland | 0.0009443695% |
| MD55 | Vienna Town, Maryland | 0.0001582676% |
| MD56 | Washington County, Maryland | 3.0474490505% |
| MD57 | Westminster City, Maryland | 0.0440087573% |
| MD58 | Wicomico County, Maryland | 1.6694422411% |
| MD59 | Worcester County, Maryland | 0.9876031064% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|------------------------------|
| MA1 | Abington Town, Massachusetts | 0.2400899791% |
| MA2 | Acton Town, Massachusetts | 0.1586479343% |
| MA3 | Acushnet Town, Massachusetts | 0.1547305792% |
| MA4 | Adams Town, Massachusetts | 0.0189731986% |
| MA5 | Agawam Town City, Massachusetts | 0.4341901730% |
| MA6 | Alford Town, Massachusetts | 0.0007449491% |
| MA7 | Amesbury Town City, Massachusetts | 0.2580959424% |
| MA8 | Amherst Town, Massachusetts | 0.3675897982% |
| MA9 | Andover Town, Massachusetts | 0.7102727131% |
| MA10 | Aquinnah Town, Massachusetts | 0.0049293930% |
| MA11 | Arlington Town, Massachusetts | 0.3350233330% |
| MA12 | Ashburnham Town, Massachusetts | 0.0140160133% |
| MA13 | Ashby Town, Massachusetts | 0.0069876989% |
| MA14 | Ashfield Town, Massachusetts | 0.0027296132% |
| MA15 | Ashland Town, Massachusetts | 0.1613930923% |
| MA16 | Athol Town, Massachusetts | 0.0359559233% |
| MA17 | Attleboro City, Massachusetts | 0.9357205930% |
| MA18 | Auburn Town, Massachusetts | 0.3036683195% |
| MA19 | Avon Town, Massachusetts | 0.0739889948% |
| MA20 | Ayer Town, Massachusetts | 0.0179210686% |
| MA21 | Barnstable County, Massachusetts | 0.0639482242% |
| MA22 | Barnstable Town City, Massachusetts | 0.8578313582% |
| MA23 | Barre Town, Massachusetts | 0.0096522017% |
| MA24 | Becket Town, Massachusetts | 0.0067279376% |
| MA25 | Bedford Town, Massachusetts | 0.1982937972% |
| MA26 | Belchertown, Massachusetts | 0.3492785905% |
| MA27 | Bellingham Town, Massachusetts | 0.1961076781% |
| MA28 | Belmont Town, Massachusetts | 0.2420315678% |
| MA29 | Berkley Town, Massachusetts | 0.1212759115% |
| MA30 | Berlin Town, Massachusetts | 0.0397753511% |
| MA31 | Bernardston Town, Massachusetts | 0.0040751589% |
| MA32 | Beverly City, Massachusetts | 0.4801566147% |
| MA33 | Billerica Town, Massachusetts | 0.3870913124% |
| MA34 | Blackstone Town, Massachusetts | 0.0221473318% |
| MA35 | Blandford Town, Massachusetts | 0.0009007116% |
| MA36 | Bolton Town, Massachusetts | 0.0110088433% |
| MA37 | Boston City, Massachusetts | 10.5767780349% |
| MA38 | Bourne Town, Massachusetts | 0.3783946742% |
| MA39 | Boxborough Town, Massachusetts | 0.0399298051% |
| MA40 | Boxford Town, Massachusetts | 0.0912309051% |
| MA41 | Boylston Town, Massachusetts | 0.0562367737% |
| MA42 | Braintree Town City, Massachusetts | 0.4457226214% |
| MA43 | Brewster Town, Massachusetts | 0.1284470083% |
| MA44 | Bridgewater Town, Massachusetts | 0.0570448443% |
| MA45 | Brimfield Town, Massachusetts | 0.0355644757% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA46 | Bristol County, Massachusetts | 0.1015083030% |
| MA47 | Brockton City, Massachusetts | 2.1170344615% |
| MA48 | Brookfield Town, Massachusetts | 0.0372953453% |
| MA49 | Brookline Town, Massachusetts | 0.8244968622% |
| MA50 | Buckland Town, Massachusetts | 0.0031396937% |
| MA51 | Burlington Town, Massachusetts | 0.3034752912% |
| MA52 | Cambridge City, Massachusetts | 4.3053779748% |
| MA53 | Canton Town, Massachusetts | 0.2909840866% |
| MA54 | Carlisle Town, Massachusetts | 0.0526144568% |
| MA55 | Carver Town, Massachusetts | 0.2179547901% |
| MA56 | Charlemont Town, Massachusetts | 0.0066765925% |
| MA57 | Charlton Town, Massachusetts | 0.0305379405% |
| MA58 | Chatham Town, Massachusetts | 0.1685335181% |
| MA59 | Chelmsford Town, Massachusetts | 0.3162632088% |
| MA60 | Chelsea City, Massachusetts | 0.5236031155% |
| MA61 | Cheshire Town, Massachusetts | 0.0015830626% |
| MA62 | Chester Town, Massachusetts | 0.0096828727% |
| MA63 | Chesterfield Town, Massachusetts | 0.0168042468% |
| MA64 | Chicopee City, Massachusetts | 0.8816952708% |
| MA65 | Chilmark Town, Massachusetts | 0.0062328576% |
| MA66 | Clarksburg Town, Massachusetts | 0.0303920178% |
| MA67 | Clinton Town, Massachusetts | 0.2371744557% |
| MA68 | Cohasset Town, Massachusetts | 0.1430861241% |
| MA69 | Colrain Town, Massachusetts | 0.0016018525% |
| MA70 | Concord Town, Massachusetts | 0.1749597704% |
| MA71 | Conway Town, Massachusetts | 0.0354590115% |
| MA72 | Cummington Town, Massachusetts | 0.0009757143% |
| MA73 | Dalton Town, Massachusetts | 0.0123034626% |
| MA74 | Danvers Town, Massachusetts | 0.4037368656% |
| MA75 | Dartmouth Town, Massachusetts | 0.5505881937% |
| MA76 | Dedham Town, Massachusetts | 0.3188835370% |
| MA77 | Deerfield Town, Massachusetts | 0.0872700035% |
| MA78 | Dennis Town, Massachusetts | 0.0970183530% |
| MA79 | Dighton Town, Massachusetts | 0.0228752705% |
| MA80 | Douglas Town, Massachusetts | 0.1659192613% |
| MA81 | Dover Town, Massachusetts | 0.0683428114% |
| MA82 | Dracut Town, Massachusetts | 0.2045887296% |
| MA83 | Dudley Town, Massachusetts | 0.0179390734% |
| MA84 | Dukes County, Massachusetts | 0.0054256244% |
| MA85 | Dunstable Town, Massachusetts | 0.0041607864% |
| MA86 | Duxbury Town, Massachusetts | 0.3742011756% |
| MA87 | East Bridgewater Town, Massachusetts | 0.2308047825% |
| MA88 | East Brookfield Town, Massachusetts | 0.0052365739% |
| MA89 | East Longmeadow Town, Massachusetts | 0.2715713403% |
| MA90 | Eastham Town, Massachusetts | 0.0786916528% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA91 | Easthampton Town City, Massachusetts | 0.2670463228% |
| MA92 | Easton Town, Massachusetts | 0.5676857515% |
| MA93 | Edgartown, Massachusetts | 0.0809809332% |
| MA94 | Egremont Town, Massachusetts | 0.0050750540% |
| MA95 | Erving Town, Massachusetts | 0.0513752128% |
| MA96 | Essex Town, Massachusetts | 0.0113333487% |
| MA97 | Everett City, Massachusetts | 0.4368228534% |
| MA98 | Fairhaven Town, Massachusetts | 0.3265362625% |
| MA99 | Fall River City, Massachusetts | 2.1055901006% |
| MA100 | Falmouth Town, Massachusetts | 0.6632841320% |
| MA101 | Fitchburg City, Massachusetts | 0.6913634212% |
| MA102 | Florida Town, Massachusetts | 0.0170875086% |
| MA103 | Foxborough Town, Massachusetts | 0.2588100112% |
| MA104 | Framingham Town, Massachusetts | 0.6902310022% |
| MA105 | Franklin Town City, Massachusetts | 0.4506715894% |
| MA106 | Freetown, Massachusetts | 0.0347111837% |
| MA107 | Gardner City, Massachusetts | 0.3080580392% |
| MA108 | Georgetown, Massachusetts | 0.1361143365% |
| MA109 | Gill Town, Massachusetts | 0.0032293514% |
| MA110 | Gloucester City, Massachusetts | 0.4219402015% |
| MA111 | Goshen Town, Massachusetts | 0.0020598761% |
| MA112 | Gosnold Town, Massachusetts | 0.0011645031% |
| MA113 | Grafton Town, Massachusetts | 0.2787903277% |
| MA114 | Granby Town, Massachusetts | 0.1421420753% |
| MA115 | Granville Town, Massachusetts | 0.0205788719% |
| MA116 | Great Barrington Town, Massachusetts | 0.0238735954% |
| MA117 | Greenfield Town City, Massachusetts | 0.4522917084% |
| MA118 | Groton Town, Massachusetts | 0.0112861907% |
| MA119 | Groveland Town, Massachusetts | 0.0109548289% |
| MA120 | Hadley Town, Massachusetts | 0.1036658447% |
| MA121 | Halifax Town, Massachusetts | 0.0744074497% |
| MA122 | Hamilton Town, Massachusetts | 0.0148754814% |
| MA123 | Hampden Town, Massachusetts | 0.0086441416% |
| MA124 | Hancock Town, Massachusetts | 0.0080083205% |
| MA125 | Hanover Town, Massachusetts | 0.2979987927% |
| MA126 | Hanson Town, Massachusetts | 0.0306151413% |
| MA127 | Hardwick Town, Massachusetts | 0.0046489576% |
| MA128 | Harvard Town, Massachusetts | 0.1646144358% |
| MA129 | Harwich Town, Massachusetts | 0.2864309104% |
| MA130 | Hatfield Town, Massachusetts | 0.0627393895% |
| MA131 | Haverhill City, Massachusetts | 0.8142937865% |
| MA132 | Hawley Town, Massachusetts | 0.0002691301% |
| MA133 | Heath Town, Massachusetts | 0.0011790011% |
| MA134 | Hingham Town, Massachusetts | 0.4828724626% |
| MA135 | Hinsdale Town, Massachusetts | 0.0037015067% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA136 | Holbrook Town, Massachusetts | 0.1222501079% |
| MA137 | Holden Town, Massachusetts | 0.0343745879% |
| MA138 | Holland Town, Massachusetts | 0.0238040885% |
| MA139 | Holliston Town, Massachusetts | 0.1672190621% |
| MA140 | Holyoke City, Massachusetts | 0.9664659552% |
| MA141 | Hopedale Town, Massachusetts | 0.1372305825% |
| MA142 | Hopkinton Town, Massachusetts | 0.2027514537% |
| MA143 | Hubbardston Town, Massachusetts | 0.0076647112% |
| MA144 | Hudson Town, Massachusetts | 0.1994512345% |
| MA145 | Hull Town, Massachusetts | 0.1954841045% |
| MA146 | Huntington Town, Massachusetts | 0.0026561285% |
| MA147 | Ipswich Town, Massachusetts | 0.2079635850% |
| MA148 | Kingston Town, Massachusetts | 0.1369378473% |
| MA149 | Lakeville Town, Massachusetts | 0.0202228058% |
| MA150 | Lancaster Town, Massachusetts | 0.0116656002% |
| MA151 | Lanesborough Town, Massachusetts | 0.0575248505% |
| MA152 | Lawrence City, Massachusetts | 1.4758837913% |
| MA153 | Lee Town, Massachusetts | 0.1519018348% |
| MA154 | Leicester Town, Massachusetts | 0.1926291380% |
| MA155 | Lenox Town, Massachusetts | 0.1609461124% |
| MA156 | Leominster City, Massachusetts | 0.7902530708% |
| MA157 | Leverett Town, Massachusetts | 0.0395342227% |
| MA158 | Lexington Town, Massachusetts | 0.5090924410% |
| MA159 | Leyden Town, Massachusetts | 0.0007689206% |
| MA160 | Lincoln Town, Massachusetts | 0.1099619285% |
| MA161 | Littleton Town, Massachusetts | 0.1043597104% |
| MA162 | Longmeadow Town, Massachusetts | 0.2992108201% |
| MA163 | Lowell City, Massachusetts | 1.0242474790% |
| MA164 | Ludlow Town, Massachusetts | 0.3042665608% |
| MA165 | Lunenburg Town, Massachusetts | 0.1916440550% |
| MA166 | Lynn City, Massachusetts | 1.5917595154% |
| MA167 | Lynnfield Town, Massachusetts | 0.2333154069% |
| MA168 | Malden City, Massachusetts | 0.4659742140% |
| MA169 | Manchester-By-The-Sea Town, Massachusetts | 0.0201100664% |
| MA170 | Mansfield Town, Massachusetts | 0.6816694002% |
| MA171 | Marblehead Town, Massachusetts | 0.3485912672% |
| MA172 | Marion Town, Massachusetts | 0.0698025620% |
| MA173 | Marlborough City, Massachusetts | 0.3668295136% |
| MA174 | Marshfield Town, Massachusetts | 0.4930551259% |
| MA175 | Mashpee Town, Massachusetts | 0.3459150927% |
| MA176 | Mattapoisett Town, Massachusetts | 0.0843720139% |
| MA177 | Maynard Town, Massachusetts | 0.1014940666% |
| MA178 | Medfield Town, Massachusetts | 0.2083772770% |
| MA179 | Medford City, Massachusetts | 0.3972200658% |
| MA180 | Medway Town, Massachusetts | 0.1940731867% |
| MA181 | Melrose City, Massachusetts | 0.2296395466% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| MA182 | Mendon Town, Massachusetts | 0.0164096065% |
| MA183 | Merrimac Town, Massachusetts | 0.0100336001% |
| MA184 | Methuen Town City, Massachusetts | 0.7149217230% |
| MA185 | Middleborough Town, Massachusetts | 0.3933419654% |
| MA186 | Middlefield Town, Massachusetts | 0.0003252381% |
| MA187 | Middleton Town, Massachusetts | 0.0917093411% |
| MA188 | Milford Town, Massachusetts | 0.5323916620% |
| MA189 | Millbury Town, Massachusetts | 0.2332340712% |
| MA190 | Millis Town, Massachusetts | 0.0999797258% |
| MA191 | Millville Town, Massachusetts | 0.0062130209% |
| MA192 | Milton Town, Massachusetts | 0.3520463069% |
| MA193 | Monroe Town, Massachusetts | 0.0001025332% |
| MA194 | Monson Town, Massachusetts | 0.1266258006% |
| MA195 | Montague Town, Massachusetts | 0.0291412591% |
| MA196 | Monterey Town, Massachusetts | 0.0042137017% |
| MA197 | Montgomery Town, Massachusetts | 0.0002324400% |
| MA198 | Mt Washington Town, Massachusetts | 0.0001746048% |
| MA199 | Nahant Town, Massachusetts | 0.0355497159% |
| MA200 | Nantucket Town, Massachusetts | 0.1102324194% |
| MA201 | Natick Town, Massachusetts | 0.3421702489% |
| MA202 | Needham Town, Massachusetts | 0.4914063771% |
| MA203 | New Ashford Town, Massachusetts | 0.0002677169% |
| MA204 | New Bedford City, Massachusetts | 2.3617391681% |
| MA205 | New Braintree Town, Massachusetts | 0.0013480056% |
| MA206 | New Marlborough Town, Massachusetts | 0.0032940955% |
| MA207 | New Salem Town, Massachusetts | 0.0024476600% |
| MA208 | Newbury Town, Massachusetts | 0.0135400372% |
| MA209 | Newburyport City, Massachusetts | 0.2905748435% |
| MA210 | Newton City, Massachusetts | 1.0088865481% |
| MA211 | Norfolk County, Massachusetts | 0.0563017795% |
| MA212 | Norfolk Town, Massachusetts | 0.0892988423% |
| MA213 | North Adams City, Massachusetts | 0.3428675166% |
| MA214 | North Andover Town, Massachusetts | 0.4494773051% |
| MA215 | North Attleborough Town, Massachusetts | 0.6369959028% |
| MA216 | North Brookfield Town, Massachusetts | 0.0698725924% |
| MA217 | North Reading Town, Massachusetts | 0.1664230820% |
| MA218 | Northampton City, Massachusetts | 0.5405649568% |
| MA219 | Northborough Town, Massachusetts | 0.2422641125% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA220 | Northbridge Town, Massachusetts | 0.2823159735% |
| MA221 | Northfield Town, Massachusetts | 0.0153010544% |
| MA222 | Norton Town, Massachusetts | 0.4563834066% |
| MA223 | Norwell Town, Massachusetts | 0.2753854817% |
| MA224 | Norwood Town, Massachusetts | 0.3412282413% |
| MA225 | Oak Bluffs Town, Massachusetts | 0.0769116887% |
| MA226 | Oakham Town, Massachusetts | 0.0026269230% |
| MA227 | Orange Town, Massachusetts | 0.1376712816% |
| MA228 | Orleans Town, Massachusetts | 0.0935051641% |
| MA229 | Otis Town, Massachusetts | 0.0035269019% |
| MA230 | Oxford Town, Massachusetts | 0.2336229019% |
| MA231 | Palmer Town City, Massachusetts | 0.1621757259% |
| MA232 | Paxton Town, Massachusetts | 0.0115100470% |
| MA233 | Peabody City, Massachusetts | 0.7162928627% |
| MA234 | Pelham Town, Massachusetts | 0.0235476246% |
| MA235 | Pembroke Town, Massachusetts | 0.3388218249% |
| MA236 | Pepperell Town, Massachusetts | 0.0102363113% |
| MA237 | Peru Town, Massachusetts | 0.0011523603% |
| MA238 | Petersham Town, Massachusetts | 0.0159775433% |
| MA239 | Phillipston Town, Massachusetts | 0.0039835646% |
| MA240 | Pittsfield City, Massachusetts | 1.1541979937% |
| MA241 | Plainfield Town, Massachusetts | 0.0004989914% |
| MA242 | Plainville Town, Massachusetts | 0.0738004154% |
| MA243 | Plymouth County, Massachusetts | 0.0008974666% |
| MA244 | Plymouth Town, Massachusetts | 1.0727134492% |
| MA245 | Plympton Town, Massachusetts | 0.0311939123% |
| MA246 | Princeton Town, Massachusetts | 0.0094015998% |
| MA247 | Provincetown, Massachusetts | 0.0895015011% |
| MA248 | Quincy City, Massachusetts | 1.0277365393% |
| MA249 | Randolph Town, Massachusetts | 0.3517891103% |
| MA250 | Raynham Town, Massachusetts | 0.0739771661% |
| MA251 | Reading Town, Massachusetts | 0.2463903024% |
| MA252 | Rehoboth Town, Massachusetts | 0.0342848256% |
| MA253 | Revere City, Massachusetts | 0.5754964378% |
| MA254 | Richmond Town, Massachusetts | 0.0346755405% |
| MA255 | Rochester Town, Massachusetts | 0.0656757963% |
| MA256 | Rockland Town, Massachusetts | 0.3048431858% |
| MA257 | Rockport Town, Massachusetts | 0.1188536886% |
| MA258 | Rowe Town, Massachusetts | 0.0242459391% |
| MA259 | Rowley Town, Massachusetts | 0.0134543050% |
| MA260 | Royalston Town, Massachusetts | 0.0020739031% |
| MA261 | Russell Town, Massachusetts | 0.0012348998% |
| MA262 | Rutland Town, Massachusetts | 0.0122272562% |
| MA263 | Salem City, Massachusetts | 0.6254547137% |
| MA264 | Salisbury Town, Massachusetts | 0.0319290215% |
| MA265 | Sandisfield Town, Massachusetts | 0.0020719142% |
| MA266 | Sandwich Town, Massachusetts | 0.4944903815% |
| MA267 | Saugus Town, Massachusetts | 0.3330802265% |
| MA268 | Savoy Town, Massachusetts | 0.0103246605% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA269 | Scituate Town, Massachusetts | 0.3938536371% |
| MA270 | Seekonk Town, Massachusetts | 0.3325159013% |
| MA271 | Sharon Town, Massachusetts | 0.3157804286% |
| MA272 | Sheffield Town, Massachusetts | 0.0066580643% |
| MA273 | Shelburne Town, Massachusetts | 0.0145706034% |
| MA274 | Sherborn Town, Massachusetts | 0.0361347676% |
| MA275 | Shirley Town, Massachusetts | 0.0049654026% |
| MA276 | Shrewsbury Town, Massachusetts | 0.6471205738% |
| MA277 | Shutesbury Town, Massachusetts | 0.0358178516% |
| MA278 | Somerset Town, Massachusetts | 0.2943717652% |
| MA279 | Somerville City, Massachusetts | 0.5538327759% |
| MA280 | South Hadley Town, Massachusetts | 0.3289508962% |
| MA281 | Southampton Town, Massachusetts | 0.0773861993% |
| MA282 | Southborough Town, Massachusetts | 0.2173688486% |
| MA283 | Southbridge Town City, Massachusetts | 0.2906114812% |
| MA284 | Southwick Town, Massachusetts | 0.0165255910% |
| MA285 | Spencer Town, Massachusetts | 0.0203153945% |
| MA286 | Springfield City, Massachusetts | 3.4410224370% |
| MA287 | Sterling Town, Massachusetts | 0.0196759620% |
| MA288 | Stockbridge Town, Massachusetts | 0.0092305018% |
| MA289 | Stoneham Town, Massachusetts | 0.1669780908% |
| MA290 | Stoughton Town, Massachusetts | 0.3118943726% |
| MA291 | Stow Town, Massachusetts | 0.0087733680% |
| MA292 | Sturbridge Town, Massachusetts | 0.1235688557% |
| MA293 | Sudbury Town, Massachusetts | 0.1950193814% |
| MA294 | Sunderland Town, Massachusetts | 0.0394445127% |
| MA295 | Sutton Town, Massachusetts | 0.1720631416% |
| MA296 | Swampscott Town, Massachusetts | 0.2802270489% |
| MA297 | Swansea Town, Massachusetts | 0.3127370397% |
| MA298 | Taunton City, Massachusetts | 1.3156698571% |
| MA299 | Templeton Town, Massachusetts | 0.0167725290% |
| MA300 | Tewksbury Town, Massachusetts | 0.2526508477% |
| MA301 | Tisbury Town, Massachusetts | 0.0665566713% |
| MA302 | Tolland Town, Massachusetts | 0.0005593530% |
| MA303 | Topsfield Town, Massachusetts | 0.0713350646% |
| MA304 | Townsend Town, Massachusetts | 0.0093843801% |
| MA305 | Truro Town, Massachusetts | 0.0604250384% |
| MA306 | Tyngsborough Town, Massachusetts | 0.1162396935% |
| MA307 | Tyringham Town, Massachusetts | 0.0012803829% |
| MA308 | Upton Town, Massachusetts | 0.0211017442% |
| MA309 | Uxbridge Town, Massachusetts | 0.2255606716% |
| MA310 | Wakefield Town, Massachusetts | 0.2116065761% |
| MA311 | Wales Town, Massachusetts | 0.0147604390% |
| MA312 | Walpole Town, Massachusetts | 0.3194149930% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA313 | Waltham City, Massachusetts | 0.5322671985% |
| MA314 | Ware Town, Massachusetts | 0.2035588439% |
| MA315 | Wareham Town, Massachusetts | 0.3595394490% |
| MA316 | Warren Town, Massachusetts | 0.0179304373% |
| MA317 | Warwick Town, Massachusetts | 0.0065997057% |
| MA318 | Washington Town, Massachusetts | 0.0004074112% |
| MA319 | Watertown Town City, Massachusetts | 0.2540965713% |
| MA320 | Wayland Town, Massachusetts | 0.2147389946% |
| MA321 | Webster Town, Massachusetts | 0.2405963644% |
| MA322 | Wellesley Town, Massachusetts | 0.4811483972% |
| MA323 | Wellfleet Town, Massachusetts | 0.0667808417% |
| MA324 | Wendell Town, Massachusetts | 0.0010508215% |
| MA325 | Wenham Town, Massachusetts | 0.0112119209% |
| MA326 | West Boylston Town, Massachusetts | 0.1222726663% |
| MA327 | West Bridgewater Town, Massachusetts | 0.1467598909% |
| MA328 | West Brookfield Town, Massachusetts | 0.0059191866% |
| MA329 | West Newbury Town, Massachusetts | 0.0086981560% |
| MA330 | West Springfield Town City, Massachusetts | 0.4627594653% |
| MA331 | West Stockbridge Town, Massachusetts | 0.0028401544% |
| MA332 | West Tisbury Town, Massachusetts | 0.0099183484% |
| MA333 | Westborough Town, Massachusetts | 0.5070384269% |
| MA334 | Westfield City, Massachusetts | 0.6538385669% |
| MA335 | Westford Town, Massachusetts | 0.2939962811% |
| MA336 | Westhampton Town, Massachusetts | 0.0199373981% |
| MA337 | Westminster Town, Massachusetts | 0.0226744436% |
| MA338 | Weston Town, Massachusetts | 0.2254658323% |
| MA339 | Westport Town, Massachusetts | 0.2811335179% |
| MA340 | Westwood Town, Massachusetts | 0.2903783084% |
| MA341 | Weymouth Town City, Massachusetts | 0.5656639786% |
| MA342 | Whately Town, Massachusetts | 0.0314223222% |
| MA343 | Whitman Town, Massachusetts | 0.0448742719% |
| MA344 | Wilbraham Town, Massachusetts | 0.0313150261% |
| MA345 | Williamsburg Town, Massachusetts | 0.0343998679% |
| MA346 | Williamstown, Massachusetts | 0.0783021941% |
| MA347 | Wilmington Town, Massachusetts | 0.2467559990% |
| MA348 | Winchendon Town, Massachusetts | 0.1830720373% |
| MA349 | Winchester Town, Massachusetts | 0.2570095300% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|------------------------------|
| MA350 | Windsor Town, Massachusetts | 0.0005238144% |
| MA351 | Winthrop Town City, Massachusetts | 0.1505890537% |
| MA352 | Woburn City, Massachusetts | 0.3503541163% |
| MA353 | Worcester City, Massachusetts | 3.7929503518% |
| MA354 | Worthington Town, Massachusetts | 0.0015069609% |
| MA355 | Wrentham Town, Massachusetts | 0.0961794021% |
| MA356 | Yarmouth Town, Massachusetts | 0.1308391883% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI1 | Ada Township, Michigan | 0.0042278554% |
| MI2 | Adrian City, Michigan | 0.0328126789% |
| MI3 | Alcona County, Michigan | 0.0934629817% |
| MI4 | Alger County, Michigan | 0.0879525875% |
| MI5 | Algoma Township, Michigan | 0.0016941585% |
| MI6 | Allegan County, Michigan | 0.4460242903% |
| MI7 | Allen Park City, Michigan | 0.0620457416% |
| MI8 | Allendale Charter Township, Michigan | 0.0044901249% |
| MI9 | Alpena County, Michigan | 0.3552566921% |
| MI10 | Alpine Charter Township, Michigan | 0.0014679355% |
| MI11 | Ann Arbor City, Michigan | 0.2674253148% |
| MI12 | Antrim County, Michigan | 0.2666725680% |
| MI13 | Antwerp Township, Michigan | 0.0007581775% |
| MI14 | Arenac County, Michigan | 0.1805504304% |
| MI15 | Auburn Hills City, Michigan | 0.0679438259% |
| MI16 | Bangor Charter Township, Michigan | 0.0063071908% |
| MI17 | Baraga County, Michigan | 0.0830045795% |
| MI18 | Barry County, Michigan | 0.2499588316% |
| MI19 | Bath Charter Township, Michigan | 0.0310575579% |
| MI20 | Battle Creek City, Michigan | 0.1976545014% |
| MI21 | Bay City, Michigan | 0.0662640083% |
| MI22 | Bay County, Michigan | 1.1889740912% |
| MI23 | Bedford Township, Michigan | 0.0238194433% |
| MI24 | Benton Charter Township, Michigan | 0.0523760917% |
| MI25 | Benzie County, Michigan | 0.1559708495% |
| MI26 | Berkley City, Michigan | 0.0207220905% |
| MI27 | Berrien County, Michigan | 1.4353008205% |
| MI28 | Beverly Hills Village, Michigan | 0.0265585450% |
| MI29 | Big Rapids City, Michigan | 0.0141485793% |
| MI30 | Birmingham City, Michigan | 0.0595211261% |
| MI278 | Blackman Charter Township, Michigan | 0.0000000000% |
| MI31 | Bloomfield Charter Township, Michigan | 0.1382971973% |
| MI32 | Branch County, Michigan | 0.3823019725% |
| MI33 | Brandon Charter Township, Michigan | 0.0172309269% |
| MI34 | Brighton Township, Michigan | 0.0005844508% |
| MI35 | Brownstown Charter Township, Michigan | 0.0597655290% |
| MI36 | Burton City, Michigan | 0.0191573337% |
| MI37 | Byron Township, Michigan | 0.0082898139% |
| MI38 | Cadillac City, Michigan | 0.0572782844% |
| MI39 | Caledonia Charter Township, Kent County, Michigan | 0.0026644035% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI40 | Calhoun County, Michigan | 1.7844560932% |
| MI41 | Cannon Township, Michigan | 0.0031972842% |
| MI42 | Canton Charter Township, Michigan | 0.2635380816% |
| MI43 | Cascade Charter Township, Michigan | 0.0117082940% |
| MI44 | Cass County, Michigan | 0.4127454052% |
| MI45 | Charlevoix County, Michigan | 0.2142857345% |
| MI46 | Cheboygan County, Michigan | 0.3054122146% |
| MI47 | Chesterfield Charter Township, Michigan | 0.1219762582% |
| MI48 | Chippewa County, Michigan | 0.2775926422% |
| MI49 | Clare County, Michigan | 0.2705014687% |
| MI50 | Clawson City, Michigan | 0.0134773906% |
| MI51 | Clinton Charter Township, Michigan | 0.6524315825% |
| MI52 | Clinton County, Michigan | 0.5402667258% |
| MI53 | Coldwater City, Michigan | 0.0074666730% |
| MI54 | Commerce Charter Township, Michigan | 0.0192121087% |
| MI55 | Comstock Charter Township, Michigan | 0.0081656838% |
| MI56 | Cooper Charter Township, Michigan | 0.0009266020% |
| MI57 | Crawford County, Michigan | 0.2886252314% |
| MI58 | Davison Township, Michigan | 0.0085451532% |
| MI59 | Dearborn City, Michigan | 0.2895118016% |
| MI60 | Dearborn Heights City, Michigan | 0.1017944247% |
| MI61 | Delhi Charter Township, Michigan | 0.0190090980% |
| MI62 | Delta Charter Township, Michigan | 0.0391807240% |
| MI63 | Delta County, Michigan | 0.2697501609% |
| MI64 | Detroit City, Michigan | 7.3863527308% |
| MI65 | Dewitt Charter Township, Michigan | 0.0355251274% |
| MI66 | Dickinson County, Michigan | 0.2772928270% |
| MI67 | East Bay Township, Michigan | 0.0014150822% |
| MI68 | East Grand Rapids City, Michigan | 0.0200332982% |
| MI69 | East Lansing City, Michigan | 0.1928772515% |
| MI70 | Eastpointe City, Michigan | 0.1620457585% |
| MI71 | Eaton County, Michigan | 1.0040379149% |
| MI72 | Egelston Township, Michigan | 0.0057198661% |
| MI73 | Emmet County, Michigan | 0.1751859110% |
| MI74 | Emmett Charter Township, Michigan | 0.0078634499% |
| MI75 | Escanaba City, Michigan | 0.0187485817% |
| MI76 | Farmington City, Michigan | 0.0212789632% |
| MI77 | Farmington Hills City, Michigan | 0.1595279696% |
| MI78 | Fenton Charter Township, Michigan | 0.0017899625% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI79 | Fenton City, Michigan | 0.0463367531% |
| MI80 | Ferndale City, Michigan | 0.0860957347% |
| MI81 | Flat Rock City, Michigan | 0.0165965372% |
| MI82 | Flint Charter Township, Michigan | 0.0247094958% |
| MI83 | Flint City, Michigan | 2.8492826162% |
| MI84 | Flushing Charter Township, Michigan | 0.0036163716% |
| MI85 | Fort Gratiot Charter Township, Michigan | 0.0091219411% |
| MI86 | Fraser City, Michigan | 0.0773787868% |
| MI87 | Frenchtown Charter Township, Michigan | 0.0472286300% |
| MI88 | Fruitport Charter Township, Michigan | 0.0124893804% |
| MI89 | Gaines Township, Kent County, Michigan | 0.0086869609% |
| MI90 | Garden City, Michigan | 0.0348032319% |
| MI91 | Garfield Charter Township, Michigan | 0.0003928875% |
| MI92 | Genesee Charter Township, Michigan | 0.0125078610% |
| MI93 | Genesee County, Michigan | 2.1444091585% |
| MI94 | Genoa Township, Michigan | 0.0000730563% |
| MI95 | Georgetown Charter Township, Michigan | 0.0069588066% |
| MI96 | Gladwin County, Michigan | 0.2077497604% |
| MI97 | Gogebic County, Michigan | 0.0721438406% |
| MI98 | Grand Blanc Charter Township, Michigan | 0.0202728576% |
| MI99 | Grand Haven Charter Township, Michigan | 0.0108943696% |
| MI100 | Grand Haven City, Michigan | 0.0335954698% |
| MI101 | Grand Rapids Charter Township, Michigan | 0.0036296214% |
| MI102 | Grand Rapids City, Michigan | 1.3440305744% |
| MI103 | Grand Traverse County, Michigan | 0.9563577517% |
| MI104 | Grandville City, Michigan | 0.0268602038% |
| MI105 | Gratiot County, Michigan | 0.3525171058% |
| MI106 | Green Oak Township, Michigan | 0.0310802595% |
| MI107 | Grosse Ile Township, Michigan | 0.0206969233% |
| MI108 | Grosse Pointe Park City, Michigan | 0.0273525288% |
| MI109 | Grosse Pointe Woods City, Michigan | 0.0194917954% |
| MI110 | Hamburg Township, Michigan | 0.0327814289% |
| MI111 | Hamtramck City, Michigan | 0.1045696825% |
| MI112 | Harper Woods City, Michigan | 0.0291877050% |
| MI113 | Harrison Charter Township, Michigan | 0.1197690060% |
| MI114 | Hartland Township, Michigan | 0.0002817888% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI115 | Hazel Park City, Michigan | 0.0425097355% |
| MI116 | Highland Charter Township, Michigan | 0.0169953269% |
| MI117 | Highland Park City, Michigan | 0.0226020911% |
| MI118 | Hillsdale County, Michigan | 0.4179676993% |
| MI119 | Holland Charter Township, Michigan | 0.0168424444% |
| MI120 | Holland City, Michigan | 0.0955964916% |
| MI121 | Holly Township, Michigan | 0.0023667091% |
| MI122 | Houghton County, Michigan | 0.2492719347% |
| MI123 | Huron Charter Township, Michigan | 0.0404726791% |
| MI124 | Huron County, Michigan | 0.1691383539% |
| MI125 | Independence Charter Township, Michigan | 0.0476500991% |
| MI126 | Ingham County, Michigan | 2.3910799665% |
| MI127 | Inkster City, Michigan | 0.0963789326% |
| MI128 | Ionia City, Michigan | 0.0259372614% |
| MI129 | Ionia County, Michigan | 0.5298085345% |
| MI130 | Iosco County, Michigan | 0.3597971837% |
| MI131 | Iron County, Michigan | 0.1234778574% |
| MI132 | Iron Mountain City, Michigan | 0.0102890396% |
| MI133 | Isabella County, Michigan | 0.6406627159% |
| MI134 | Jackson City, Michigan | 0.1975960490% |
| MI135 | Jackson County, Michigan | 0.6266962818% |
| MI136 | Kalamazoo Charter Township, Michigan | 0.0300335110% |
| MI137 | Kalamazoo City, Michigan | 0.2186435127% |
| MI138 | Kalamazoo County, Michigan | 2.1433241424% |
| MI139 | Kalkaska County, Michigan | 0.0950485976% |
| MI140 | Kent County, Michigan | 3.0032910409% |
| MI141 | Kentwood City, Michigan | 0.0821691991% |
| MI142 | Keweenaw County, Michigan | 0.0039070602% |
| MI143 | Lake County, Michigan | 0.0815750583% |
| MI144 | Lansing City, Michigan | 0.6157258774% |
| MI145 | Lapeer County, Michigan | 0.4570551035% |
| MI146 | Leelanau County, Michigan | 0.1385869050% |
| MI147 | Lenawee County, Michigan | 0.8823790089% |
| MI148 | Lenox Township, Michigan | 0.0064611477% |
| MI149 | Leoni Township, Michigan | 0.0052492697% |
| MI150 | Lincoln Charter Township, Michigan | 0.0103038346% |
| MI151 | Lincoln Park City, Michigan | 0.0917234908% |
| MI152 | Livingston County, Michigan | 1.4441655813% |
| MI153 | Livonia City, Michigan | 0.4479739512% |
| MI154 | Luce County, Michigan | 0.0715137120% |
| MI155 | Lyon Charter Township, Michigan | 0.0034804545% |
| MI156 | Mackinac County, Michigan | 0.0525087280% |
| MI157 | Macomb County, Michigan | 8.9600697690% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI158 | Macomb Township, Michigan | 0.0624612667% |
| MI159 | Madison Heights City, Michigan | 0.0833167256% |
| MI160 | Manistee County, Michigan | 0.3495467119% |
| MI161 | Marion Township, Livingston County, Michigan | 0.0001148028% |
| MI162 | Marquette City, Michigan | 0.0180973752% |
| MI163 | Marquette County, Michigan | 0.6035272233% |
| MI164 | Mason County, Michigan | 0.2785769407% |
| MI165 | Mecosta County, Michigan | 0.1917457546% |
| MI166 | Melvindale City, Michigan | 0.0300027854% |
| MI167 | Menominee County, Michigan | 0.0912256468% |
| MI168 | Meridian Charter Township, Michigan | 0.0408752583% |
| MI169 | Midland City, Michigan | 0.1745254871% |
| MI170 | Midland County, Michigan | 0.3108652798% |
| MI171 | Milford Charter Township, Michigan | 0.0037106999% |
| MI172 | Missaukee County, Michigan | 0.0578937210% |
| MI173 | Monitor Charter Township, Michigan | 0.0025502597% |
| MI174 | Monroe Charter Township, Michigan | 0.0069121111% |
| MI175 | Monroe City, Michigan | 0.1213473624% |
| MI176 | Monroe County, Michigan | 1.7767045087% |
| MI177 | Montcalm County, Michigan | 0.6957831869% |
| MI178 | Montmorency County, Michigan | 0.0985847841% |
| MI179 | Mount Clemens City, Michigan | 0.0290390165% |
| MI180 | Mount Morris Charter Township, Michigan | 0.0143743799% |
| MI181 | Mount Pleasant City, Michigan | 0.0206549613% |
| MI182 | Mundy Charter Township, Michigan | 0.0087055516% |
| MI183 | Muskegon Charter Township, Michigan | 0.0208333463% |
| MI184 | Muskegon City, Michigan | 0.1009248080% |
| MI185 | Muskegon County, Michigan | 1.9100367830% |
| MI186 | Muskegon Heights City, Michigan | 0.0288916451% |
| MI187 | New Baltimore City, Michigan | 0.0277364435% |
| MI188 | Newaygo County, Michigan | 0.5231811022% |
| MI189 | Niles City, Michigan | 0.0336753397% |
| MI190 | Niles Township, Michigan | 0.0124323128% |
| MI191 | Northville Charter Township, Michigan | 0.0937410207% |
| MI192 | Norton Shores City, Michigan | 0.0405173975% |
| MI193 | Novi City, Michigan | 0.0846232347% |
| MI194 | Oak Park City, Michigan | 0.0599120079% |
| MI195 | Oakland Charter Township, Michigan | 0.0158387451% |
| MI196 | Oakland County, Michigan | 6.0626269110% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| MI197 | Oceana County, Michigan | 0.2437641356% |
| MI198 | Oceola Township, Michigan | 0.0002087325% |
| MI199 | Ogemaw County, Michigan | 0.6231250992% |
| MI200 | Ontonagon County, Michigan | 0.0564870701% |
| MI201 | Orion Charter Township, Michigan | 0.0279774995% |
| MI202 | Osceola County, Michigan | 0.2155121164% |
| MI203 | Oscoda County, Michigan | 0.0566748663% |
| MI204 | Oshtemo Charter Township, Michigan | 0.0071811704% |
| MI205 | Otsego County, Michigan | 0.3179204956% |
| MI206 | Ottawa County, Michigan | 0.8561297014% |
| MI207 | Owosso City, Michigan | 0.0346613348% |
| MI208 | Oxford Charter Township, Michigan | 0.0127384634% |
| MI209 | Park Township, Ottawa County, Michigan | 0.0040071188% |
| MI210 | Pittsfield Charter Township, Michigan | 0.0274648128% |
| MI211 | Plainfield Charter Township, Michigan | 0.0085009554% |
| MI212 | Plymouth Charter Township, Michigan | 0.0357383127% |
| MI213 | Pontiac City, Michigan | 0.3248498872% |
| MI214 | Port Huron Charter Township, Michigan | 0.0083327500% |
| MI215 | Port Huron City, Michigan | 0.1504374166% |
| MI216 | Portage City, Michigan | 0.0567022991% |
| MI217 | Presque Isle County, Michigan | 0.1629846266% |
| MI218 | Redford Charter Township, Michigan | 0.1223763279% |
| MI219 | Riverview City, Michigan | 0.0278625766% |
| MI220 | Rochester City, Michigan | 0.0230459632% |
| MI221 | Rochester Hills City, Michigan | 0.0390185719% |
| MI222 | Romulus City, Michigan | 0.1043054243% |
| MI223 | Roscommon County, Michigan | 0.4301835283% |
| MI224 | Roseville City, Michigan | 0.2467127304% |
| MI225 | Royal Oak City, Michigan | 0.1498737243% |
| MI226 | Saginaw Charter Township, Michigan | 0.0399524841% |
| MI227 | Saginaw City, Michigan | 0.2486892685% |
| MI228 | Saginaw County, Michigan | 1.8697499899% |
| MI229 | Sanilac County, Michigan | 0.3884583961% |
| MI230 | Sault Ste. Marie City, Michigan | 0.1102861372% |
| MI231 | Schoolcraft County, Michigan | 0.0455825815% |
| MI232 | Scio Charter Township, Michigan | 0.0029747576% |
| MI233 | Shelby Charter Township, Michigan | 0.2924370238% |
| MI234 | Shiawassee County, Michigan | 0.8126038392% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI235 | South Lyon City, Michigan | 0.0149498906% |
| MI236 | Southfield City, Michigan | 0.2271237501% |
| MI237 | Southfield Township, Michigan | 0.0000642545% |
| MI238 | Southgate City, Michigan | 0.0512897499% |
| MI239 | Spring Lake Township, Michigan | 0.0060017466% |
| MI240 | Springfield Charter Township, Michigan | 0.0025808909% |
| MI241 | St Clair County, Michigan | 2.2355263751% |
| MI242 | St Joseph County, Michigan | 0.2462634133% |
| MI243 | St. Clair Shores City, Michigan | 0.1962330188% |
| MI244 | Sterling Heights City, Michigan | 1.0160154348% |
| MI245 | Sturgis City, Michigan | 0.0345993898% |
| MI246 | Summit Township, Jackson County, Michigan | 0.0084993840% |
| MI247 | Superior Charter Township, Michigan | 0.0069991428% |
| MI248 | Taylor City, Michigan | 0.2173451175% |
| MI249 | Texas Charter Township, Michigan | 0.0030056684% |
| MI250 | Thomas Township, Michigan | 0.0073384407% |
| MI251 | Traverse City, Michigan | 0.0694748526% |
| MI252 | Trenton City, Michigan | 0.0278175688% |
| MI253 | Troy City, Michigan | 0.1362571155% |
| MI254 | Tuscola County, Michigan | 0.4964108264% |
| MI255 | Tyrone Township, Livingston County, Michigan | 0.0055627194% |
| MI256 | Union Charter Township, Michigan | 0.0000295731% |
| MI257 | Van Buren Charter Township, Michigan | 0.0769291242% |
| MI258 | Van Buren County, Michigan | 0.4404295489% |
| MI259 | Vienna Charter Township, Genesee County, Michigan | 0.0049907472% |
| MI260 | Walker City, Michigan | 0.0333201255% |
| MI261 | Warren City, Michigan | 1.2684334598% |
| MI262 | Washington Township, Macomb County, Michigan | 0.0466960473% |
| MI263 | Washtenaw County, Michigan | 2.6615283392% |
| MI264 | Waterford Charter Township, Michigan | 0.1262119884% |
| MI265 | Wayne City, Michigan | 0.0938477408% |
| MI266 | Wayne County, Michigan | 11.4087490300% |
| MI267 | West Bloomfield Charter Township, Michigan | 0.1514104788% |
| MI268 | Westland City, Michigan | 0.3653115305% |
| MI269 | Wexford County, Michigan | 0.3345380363% |
| MI270 | White Lake Charter Township, Michigan | 0.0337978902% |
| MI271 | Wixom City, Michigan | 0.0213271541% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI272 | Woodhaven City, Michigan | 0.0330180645% |
| MI273 | Wyandotte City, Michigan | 0.0563902282% |
| MI274 | Wyoming City, Michigan | 0.1474722212% |
| MI275 | Ypsilanti Charter Township, Michigan | 0.0334144094% |
| MI276 | Ypsilanti City, Michigan | 0.0518771364% |
| MI277 | Zeeland Charter Township, Michigan | 0.0035509487% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MN1 | Aitkin County, Minnesota | 0.5760578506% |
| MN4 | Andover City, Minnesota | 0.1364919451% |
| MN6 | Anoka County, Minnesota | 5.0386504681% |
| MN7 | Apple Valley City, Minnesota | 0.2990817345% |
| MN10 | Becker County, Minnesota | 0.6619330684% |
| MN11 | Beltrami County, Minnesota | 0.7640787093% |
| MN13 | Benton County, Minnesota | 0.6440948102% |
| MN15 | Big Stone County, Minnesota | 0.1194868775% |
| MN16 | Blaine City, Minnesota | 0.4249516913% |
| MN17 | Bloomington City, Minnesota | 0.4900195550% |
| MN18 | Blue Earth County, Minnesota | 0.6635420705% |
| MN20 | Brooklyn Center City, Minnesota | 0.1413853902% |
| MN21 | Brooklyn Park City, Minnesota | 0.2804136235% |
| MN22 | Brown County, Minnesota | 0.3325325416% |
| MN24 | Burnsville City, Minnesota | 0.5135361297% |
| MN25 | Carlton County, Minnesota | 0.9839591749% |
| MN26 | Carver County, Minnesota | 1.1452829660% |
| MN27 | Cass County, Minnesota | 0.8895681513% |
| MN31 | Chippewa County, Minnesota | 0.2092611794% |
| MN32 | Chisago County, Minnesota | 0.9950193750% |
| MN33 | Clay County, Minnesota | 0.9428475282% |
| MN34 | Clearwater County, Minnesota | 0.1858592043% |
| MN37 | Cook County, Minnesota | 0.1074594960% |
| MN38 | Coon Rapids City, Minnesota | 0.5772642445% |
| MN39 | Cottage Grove City, Minnesota | 0.2810994719% |
| MN40 | Cottonwood County, Minnesota | 0.1739065270% |
| MN41 | Crow Wing County, Minnesota | 1.1394859175% |
| MN43 | Dakota County, Minnesota | 4.4207140603% |
| MN44 | Dodge County, Minnesota | 0.2213963258% |
| MN45 | Douglas County, Minnesota | 0.6021779472% |
| MN46 | Duluth City, Minnesota | 1.1502115380% |
| MN47 | Eagan City, Minnesota | 0.3657951576% |
| MN49 | Eden Prairie City, Minnesota | 0.2552171573% |
| MN50 | Edina City, Minnesota | 0.1973054822% |
| MN54 | Faribault County, Minnesota | 0.2169409335% |
| MN57 | Fillmore County, Minnesota | 0.2329591105% |
| MN59 | Freeborn County, Minnesota | 0.3507169824% |
| MN62 | Goodhue County, Minnesota | 0.5616542387% |
| MN64 | Grant County, Minnesota | 0.0764556498% |
| MN67 | Hennepin County, Minnesota | 19.0624622262% |
| MN70 | Houston County, Minnesota | 0.3099019273% |
| MN71 | Hubbard County, Minnesota | 0.4582368775% |
| MN74 | Inver Grove Heights City, Minnesota | 0.2193400520% |
| MN75 | Isanti County, Minnesota | 0.7712992708% |
| MN76 | Itasca County, Minnesota | 1.1406408131% |
| MN77 | Jackson County, Minnesota | 0.1408950444% |
| MN78 | Kanabec County, Minnesota | 0.3078966750% |
| MN79 | Kandiyohi County, Minnesota | 0.1581167542% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| MN80 | Kittson County, Minnesota | 0.0812834506% |
| MN81 | Koochiching County, Minnesota | 0.2612581866% |
| MN82 | Lac Qui Parle County, Minnesota | 0.0985665133% |
| MN83 | Lake County, Minnesota | 0.1827750321% |
| MN84 | Lake of the Woods County, Minnesota | 0.1123105028% |
| MN85 | Lakeville City, Minnesota | 0.2822249627% |
| MN86 | Le Sueur County, Minnesota | 0.3225703347% |
| MN87 | Lincoln County, Minnesota | 0.1091919984% |
| MN90 | Lyon County, Minnesota | 0.2935118186% |
| MN91 | Mahnomen County, Minnesota | 0.1416417688% |
| MN92 | Mankato City, Minnesota | 0.3698584321% |
| MN93 | Maple Grove City, Minnesota | 0.1814019047% |
| MN94 | Maplewood City, Minnesota | 0.1875101678% |
| MN96 | Marshall County, Minnesota | 0.1296352091% |
| MN97 | Martin County, Minnesota | 0.2543064014% |
| MN98 | McLeod County, Minnesota | 0.1247104518% |
| MN99 | Meeker County, Minnesota | 0.3744031515% |
| MN101 | Mille Lacs County, Minnesota | 0.9301506696% |
| MN102 | Minneapolis City, Minnesota | 4.8777618689% |
| MN103 | Minnetonka City, Minnesota | 0.1967231071% |
| MN105 | Moorhead City, Minnesota | 0.4337377038% |
| MN106 | Morrison County, Minnesota | 0.7178981419% |
| MN108 | Mower County, Minnesota | 0.5801769149% |
| MN109 | Murray County, Minnesota | 0.1348775389% |
| MN113 | Nicollet County, Minnesota | 0.1572381053% |
| MN114 | Nobles County, Minnesota | 0.1562005112% |
| MN115 | Norman County, Minnesota | 0.1087596675% |
| MN118 | North St. Paul City, Minnesota | 0.0575844069% |
| MN121 | Olmsted County, Minnesota | 1.9236715095% |
| MN123 | Otter Tail County, Minnesota | 0.8336175419% |
| MN125 | Pennington County, Minnesota | 0.3082576395% |
| MN126 | Pine County, Minnesota | 0.5671222707% |
| MN127 | Pipestone County, Minnesota | 0.1535154503% |
| MN128 | Plymouth City, Minnesota | 0.1762541473% |
| MN129 | Polk County, Minnesota | 0.8654291474% |
| MN130 | Pope County, Minnesota | 0.1870129873% |
| MN132 | Proctor City, Minnesota | 0.0214374128% |
| MN134 | Ramsey County, Minnesota | 7.1081424150% |
| MN135 | Red Lake County, Minnesota | 0.0532649128% |
| MN137 | Redwood County, Minnesota | 0.2809842367% |
| MN138 | Renville County, Minnesota | 0.2706888807% |
| MN139 | Rice County, Minnesota | 0.2674764398% |
| MN140 | Richfield City, Minnesota | 0.2534018444% |
| MN142 | Rochester City, Minnesota | 0.7363082849% |
| MN143 | Rock County, Minnesota | 0.2043437336% |
| MN145 | Roseau County, Minnesota | 0.2517872793% |
| MN147 | Roseville City, Minnesota | 0.1721905549% |
| MN150 | Savage City, Minnesota | 0.1883576635% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MN151 | Scott County, Minnesota | 1.3274301646% |
| MN152 | Shakopee City, Minnesota | 0.2879873611% |
| MN153 | Sherburne County, Minnesota | 1.2543449472% |
| MN155 | Sibley County, Minnesota | 0.2393480708% |
| MN157 | St Louis County, Minnesota | 4.7407767170% |
| MN158 | St. Cloud City, Minnesota | 0.7330089009% |
| MN159 | St. Louis Park City, Minnesota | 0.1476314588% |
| MN161 | St. Paul City, Minnesota | 3.7475206798% |
| MN163 | Stearns County, Minnesota | 2.4158085321% |
| MN164 | Steele County, Minnesota | 0.3969975263% |
| MN165 | Stevens County, Minnesota | 0.1439474275% |
| MN167 | Swift County, Minnesota | 0.1344167568% |
| MN168 | Todd County, Minnesota | 0.4180909817% |
| MN169 | Traverse County, Minnesota | 0.0903964134% |
| MN172 | Wabasha County, Minnesota | 0.3103038997% |
| MN174 | Wadena County, Minnesota | 0.2644094337% |
| MN175 | Waseca County, Minnesota | 0.2857912156% |
| MN176 | Washington County, Minnesota | 3.0852862513% |
| MN177 | Watonwan County, Minnesota | 0.1475626356% |
| MN181 | Wilkin County, Minnesota | 0.0937962507% |
| MN184 | Winona County, Minnesota | 0.7755267356% |
| MN185 | Woodbury City, Minnesota | 0.4677270172% |
| MN187 | Wright County, Minnesota | 1.6985269385% |
| MN188 | Yellow Medicine County, Minnesota | 0.1742264836% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS1 | Adams County, Mississippi | 0.8956930256% |
| MS2 | Alcorn County, Mississippi | 0.0576362452% |
| MS3 | Amite County, Mississippi | 0.2746164929% |
| MS4 | Amory City, Mississippi | 0.2116793450% |
| MS5 | Arcola Town, Mississippi | 0.0010556367% |
| MS6 | Attala County, Mississippi | 0.4297756502% |
| MS7 | Bay St. Louis City, Mississippi | 0.0311287683% |
| MS8 | Benton County, Mississippi | 0.1960984974% |
| MS9 | Biloxi City, Mississippi | 0.6645430129% |
| MS10 | Bolivar County, Mississippi | 0.5038616841% |
| MS11 | Brandon City, Mississippi | 0.5570720591% |
| MS12 | Brookhaven City, Mississippi | 0.4683584117% |
| MS13 | Byram City, Mississippi | 0.0546025247% |
| MS14 | Caledonia Town, Mississippi | 0.0029950314% |
| MS15 | Calhoun County, Mississippi | 0.4153642017% |
| MS16 | Canton City, Mississippi | 0.3608383968% |
| MS17 | Carroll County, Mississippi | 0.2031873312% |
| MS18 | Charleston City, Mississippi | 0.0470339459% |
| MS19 | Chickasaw County, Mississippi | 0.5109289507% |
| MS21 | Claiborne County, Mississippi | 0.1646839236% |
| MS22 | Clarke County, Mississippi | 0.5114179153% |
| MS23 | Clarksdale City, Mississippi | 0.2773833408% |
| MS24 | Clay County, Mississippi | 0.1860006383% |
| MS25 | Cleveland City, Mississippi | 0.1374693414% |
| MS26 | Clinton City, Mississippi | 0.3236377422% |
| MS27 | Coahoma County, Mississippi | 0.4236538797% |
| MS28 | Columbia City, Mississippi | 0.1695070569% |
| MS29 | Columbus City, Mississippi | 0.7040334045% |
| MS30 | Copiah County, Mississippi | 0.7218083365% |
| MS31 | Corinth City, Mississippi | 1.5766265587% |
| MS32 | Covington County, Mississippi | 0.6154970684% |
| MS33 | Desoto County, Mississippi | 2.2451071357% |
| MS34 | Diamondhead City, Mississippi | 0.0001700675% |
| MS35 | D'Iberville City, Mississippi | 0.0448052883% |
| MS36 | Forrest County, Mississippi | 3.0519047573% |
| MS37 | Franklin County, Mississippi | 0.2573415560% |
| MS38 | Gautier City, Mississippi | 0.1317718341% |
| MS39 | George County, Mississippi | 1.0370803395% |
| MS40 | Greene County, Mississippi | 0.2945486312% |
| MS41 | Greenville City, Mississippi | 0.0840582768% |
| MS42 | Greenwood City, Mississippi | 0.5924200813% |
| MS43 | Grenada City, Mississippi | 0.0559331010% |
| MS44 | Grenada County, Mississippi | 0.5257141196% |
| MS45 | Gulfport City, Mississippi | 8.3397025495% |
| MS46 | Hancock County, Mississippi | 2.4053819819% |
| MS47 | Harrison County, Mississippi | 1.2833704733% |
| MS48 | Hattiesburg City, Mississippi | 0.3234604308% |
| MS49 | Hernando City, Mississippi | 0.4422243258% |
| MS50 | Hinds County, Mississippi | 2.0886225058% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS51 | Holly Springs City, Mississippi | 0.1628357363% |
| MS52 | Holmes County, Mississippi | 0.3324473362% |
| MS53 | Horn Lake City, Mississippi | 0.6520350689% |
| MS54 | Humphreys County, Mississippi | 0.1373820850% |
| MS55 | Indianola City, Mississippi | 0.0232047435% |
| MS56 | Issaquena County, Mississippi | 0.0175702913% |
| MS57 | Itawamba County, Mississippi | 1.0517575083% |
| MS58 | Iuka City, Mississippi | 0.2854580062% |
| MS59 | Jackson City, Mississippi | 2.6937777267% |
| MS60 | Jackson County, Mississippi | 7.6559251195% |
| MS61 | Jasper County, Mississippi | 0.3922495132% |
| MS62 | Jefferson County, Mississippi | 0.0985248779% |
| MS63 | Jefferson Davis County, Mississippi | 0.3514408929% |
| MS64 | Jones County, Mississippi | 2.2234728410% |
| MS65 | Jonestown, Mississippi | 0.0093341195% |
| MS66 | Kemper County, Mississippi | 0.2223493091% |
| MS67 | Kosciusko City, Mississippi | 0.0408594923% |
| MS68 | Lafayette County, Mississippi | 0.7049370835% |
| MS69 | Lamar County, Mississippi | 1.3105353358% |
| MS70 | Lauderdale County, Mississippi | 1.4707252306% |
| MS71 | Laurel City, Mississippi | 0.1485722943% |
| MS72 | Lawrence County, Mississippi | 0.3428558606% |
| MS73 | Leake County, Mississippi | 0.5798006796% |
| MS74 | Leakesville Town, Mississippi | 0.0098357610% |
| MS75 | Lee County, Mississippi | 1.4759031513% |
| MS76 | Leflore County, Mississippi | 0.1018315625% |
| MS77 | Lincoln County, Mississippi | 0.5740717271% |
| MS78 | Long Beach City, Mississippi | 0.1390600402% |
| MS79 | Lowndes County, Mississippi | 0.9390202250% |
| MS80 | Lumberton City, Mississippi | 0.0397836057% |
| MS81 | Madison City, Mississippi | 0.5726048335% |
| MS82 | Madison County, Mississippi | 1.0788558585% |
| MS83 | Marion County, Mississippi | 1.6274197695% |
| MS84 | Marshall County, Mississippi | 0.6280998419% |
| MS85 | McComb City, Mississippi | 1.1131798538% |
| MS86 | McLain Town, Mississippi | 0.0044584678% |
| MS87 | Meridian City, Mississippi | 1.1164172272% |
| MS88 | Monroe County, Mississippi | 0.8130759595% |
| MS90 | Morton City, Mississippi | 0.0606772097% |
| MS91 | Moss Point City, Mississippi | 0.0032841297% |
| MS92 | Mound Bayou City, Mississippi | 0.0140956794% |
| MS93 | Natchez City, Mississippi | 0.1092519702% |
| MS94 | Neshoba County, Mississippi | 1.0186206925% |
| MS95 | Nettleton City, Mississippi | 0.0307845175% |
| MS96 | New Albany City, Mississippi | 0.2729319523% |
| MS97 | Newton County, Mississippi | 0.5457847155% |
| MS98 | Noxubee County, Mississippi | 0.1848315685% |
| MS99 | Ocean Springs City, Mississippi | 0.1196690556% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS100 | Oktibbeha County, Mississippi | 0.7876142411% |
| MS101 | Olive Branch City, Mississippi | 1.0910656493% |
| MS102 | Oxford City, Mississippi | 0.6004720270% |
| MS103 | Panola County, Mississippi | 1.1256622795% |
| MS104 | Pascagoula City, Mississippi | 0.2495759096% |
| MS105 | Pearl City, Mississippi | 1.1956946818% |
| MS106 | Pearl River County, Mississippi | 3.0542096408% |
| MS107 | Perry County, Mississippi | 0.3691053552% |
| MS108 | Petal City, Mississippi | 0.0271880761% |
| MS109 | Philadelphia City, Mississippi | 0.1154094664% |
| MS110 | Picayune City, Mississippi | 0.5891117503% |
| MS111 | Pike County, Mississippi | 0.1094837756% |
| MS112 | Pontotoc County, Mississippi | 1.1485245831% |
| MS113 | Prentiss County, Mississippi | 0.7977710394% |
| MS114 | Quitman City, Mississippi | 0.0879535299% |
| MS115 | Quitman County, Mississippi | 0.2137706975% |
| MS116 | Rankin County, Mississippi | 3.4671179892% |
| MS117 | Ridgeland City, Mississippi | 0.7137364699% |
| MS118 | Scott County, Mississippi | 0.6318707959% |
| MS119 | Shannon Town, Mississippi | 0.0293681665% |
| MS121 | Shubuta Town, Mississippi | 0.0061495937% |
| MS122 | Simpson County, Mississippi | 0.9197186369% |
| MS123 | Smith County, Mississippi | 0.3871907879% |
| MS124 | Southaven City, Mississippi | 1.5563837550% |
| MS125 | Starkville City, Mississippi | 0.1006690780% |
| MS126 | Stone County, Mississippi | 0.5647624674% |
| MS127 | Summit Town, Mississippi | 0.0051138779% |
| MS128 | Sunflower County, Mississippi | 0.4655797100% |
| MS129 | Tallahatchie County, Mississippi | 0.2608094178% |
| MS130 | Tate County, Mississippi | 1.1559202957% |
| MS131 | Tippah County, Mississippi | 0.6673123304% |
| MS132 | Tishomingo County, Mississippi | 1.3186009463% |
| MS133 | Tunica County, Mississippi | 0.1788884264% |
| MS134 | Tupelo City, Mississippi | 1.4776375761% |
| MS135 | Union County, Mississippi | 0.4956551465% |
| MS136 | Verona City, Mississippi | 0.0613981442% |
| MS137 | Vicksburg City, Mississippi | 0.7338152977% |
| MS138 | Walthall County, Mississippi | 0.4949654924% |
| MS139 | Warren County, Mississippi | 0.5605232929% |
| MS140 | Washington County, Mississippi | 0.9202227479% |
| MS141 | Wayne County, Mississippi | 0.9416871398% |
| MS142 | Waynesboro City, Mississippi | 0.0134634829% |
| MS143 | Webb Town, Mississippi | 0.0120400527% |
| MS145 | West Point City, Mississippi | 0.2116459242% |
| MS146 | Wiggins City, Mississippi | 0.1726599728% |
| MS148 | Winston County, Mississippi | 0.5339853585% |
| MS149 | Yalobusha County, Mississippi | 0.2986570860% |
| MS150 | Yazoo City, Mississippi | 0.2540246640% |
| MS151 | Yazoo County, Mississippi | 0.4224067732% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO1 | Adair County, Missouri | |
| MO2 | Andrew County, Missouri | |
| MO3 | Arnold City, Missouri | |
| MO4 | Atchison County, Missouri | |
| MO5 | Audrain County, Missouri | |
| MO6 | Ballwin City, Missouri | |
| MO7 | Barry County, Missouri | |
| MO8 | Barton County, Missouri | |
| MO9 | Bates County, Missouri | |
| MO10 | Bellefontaine Neighbors City, Missouri | |
| MO11 | Belton City, Missouri | |
| MO12 | Benton County, Missouri | |
| MO13 | Blue Springs City, Missouri | |
| MO14 | Bolivar City, Missouri | |
| MO15 | Bollinger County, Missouri | |
| MO16 | Boone County, Missouri | |
| MO17 | Branson City, Missouri | Allocations in Missouri |
| MO18 | Bridgeton City, Missouri | will be made in |
| MO19 | Buchanan County, Missouri | accordance with the |
| MO20 | Butler County, Missouri | Memorandum of |
| MO21 | Caldwell County, Missouri | Understanding Between |
| MO22 | Callaway County, Missouri | the State of Missouri and |
| MO23 | Camden County, Missouri | its Political Subdivisions |
| MO24 | Cape Girardeau City, Missouri | on Proceeds Relating to |
| MO25 | Cape Girardeau County, Missouri | the Settlement of Opioid |
| MO26 | Carroll County, Missouri | Litigation and with the |
| MO27 | Carter County, Missouri | ancillary Memorandum |
| MO28 | Carthage City, Missouri | of Understanding |
| MO29 | Cass County, Missouri | Between the Litigating |
| MO30 | Cedar County, Missouri | Subdivisions of the State |
| MO31 | Chariton County, Missouri | of Missouri. |
| MO32 | Chesterfield City, Missouri | |
| MO33 | Christian County, Missouri | |
| MO34 | Clark County, Missouri | |
| MO35 | Clay County, Missouri | |
| MO36 | Clayton City, Missouri | |
| MO37 | Clinton County, Missouri | |
| MO38 | Cole County, Missouri | |
| MO39 | Columbia City, Missouri | |
| MO40 | Cooper County, Missouri | |
| MO41 | Crawford County, Missouri | |
| MO42 | Crestwood City, Missouri | |
| MO43 | Creve Coeur City, Missouri | |
| MO44 | Dade County, Missouri | |
| MO45 | Dallas County, Missouri | |
| MO46 | Dardenne Prairie City, Missouri | |
| MO47 | Daviess County, Missouri | |
| MO48 | De Kalb County, Missouri | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| MO49 | Dent County, Missouri | |
| MO50 | Douglas County, Missouri | |
| MO51 | Dunklin County, Missouri | |
| MO52 | Eureka City, Missouri | |
| MO53 | Excelsior Springs City, Missouri | |
| MO54 | Farmington City, Missouri | |
| MO55 | Ferguson City, Missouri | |
| MO56 | Festus City, Missouri | |
| MO57 | Florissant City, Missouri | |
| MO58 | Franklin County, Missouri | |
| MO59 | Fulton City, Missouri | |
| MO60 | Gasconade County, Missouri | |
| MO61 | Gentry County, Missouri | |
| MO62 | Gladstone City, Missouri | |
| MO63 | Grain Valley City, Missouri | |
| MO64 | Grandview City, Missouri | |
| MO65 | Greene County, Missouri | |
| MO66 | Grundy County, Missouri | Allocations in Missouri |
| MO67 | Hannibal City, Missouri | will be made in |
| MO68 | Harrison County, Missouri | accordance with the |
| MO69 | Harrisonville City, Missouri | Memorandum of |
| MO70 | Hazelwood City, Missouri | Understanding Between |
| MO71 | Henry County, Missouri | the State of Missouri and |
| MO72 | Hickory County, Missouri | its Political Subdivisions |
| MO73 | Holt County, Missouri | on Proceeds Relating to |
| MO74 | Howard County, Missouri | the Settlement of Opioid |
| MO75 | Howell County, Missouri | Litigation and with the |
| MO76 | Independence City, Missouri | ancillary Memorandum |
| MO77 | Iron County, Missouri | of Understanding |
| MO78 | Jackson City, Missouri | Between the Litigating |
| MO79 | Jackson County, Missouri | Subdivisions of the State |
| MO80 | Jasper County, Missouri | of Missouri. |
| MO81 | Jefferson City, Missouri | |
| MO82 | Jefferson County, Missouri | |
| MO83 | Jennings City, Missouri | |
| MO84 | Johnson County, Missouri | |
| MO85 | Joplin City, Missouri | |
| MO86 | Kansas City, Missouri | |
| MO87 | Kearney City, Missouri | |
| MO88 | Kennett City, Missouri | |
| MO89 | Kirksville City, Missouri | |
| MO90 | Kirkwood City, Missouri | |
| MO91 | Knox County, Missouri | |
| MO92 | Laclede County, Missouri | |
| MO93 | Lafayette County, Missouri | |
| MO94 | Lake St. Louis City, Missouri | |
| MO95 | Lawrence County, Missouri | |
| MO96 | Lebanon City, Missouri | |
| MO97 | Lee's Summit City, Missouri | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO98 | Lewis County, Missouri | |
| MO99 | Liberty City, Missouri | |
| MO100 | Lincoln County, Missouri | |
| MO101 | Linn County, Missouri | |
| MO102 | Livingston County, Missouri | |
| MO103 | Macon County, Missouri | |
| MO104 | Madison County, Missouri | |
| MO105 | Manchester City, Missouri | |
| MO106 | Maries County, Missouri | |
| MO107 | Marion County, Missouri | |
| MO108 | Marshall City, Missouri | |
| MO109 | Maryland Heights City, Missouri | |
| MO110 | Maryville City, Missouri | |
| MO111 | McDonald County, Missouri | |
| MO112 | Mercer County, Missouri | |
| MO113 | Mexico City, Missouri | |
| MO114 | Miller County, Missouri | |
| MO115 | Mississippi County, Missouri | Allocations in Missouri |
| MO116 | Moberly City, Missouri | will be made in |
| MO117 | Moniteau County, Missouri | accordance with the |
| MO118 | Monroe County, Missouri | Memorandum of |
| MO119 | Montgomery County, Missouri | Understanding Between |
| MO120 | Morgan County, Missouri | the State of Missouri and |
| MO121 | Neosho City, Missouri | its Political Subdivisions |
| MO122 | New Madrid County, Missouri | on Proceeds Relating to |
| MO123 | Newton County, Missouri | the Settlement of Opioid |
| MO124 | Nixa City, Missouri | Litigation and with the |
| MO125 | Nodaway County, Missouri | ancillary Memorandum |
| MO126 | O'Fallon City, Missouri | of Understanding |
| MO127 | Oregon County, Missouri | Between the Litigating |
| MO128 | Osage County, Missouri | Subdivisions of the State |
| MO129 | Overland City, Missouri | of Missouri. |
| MO130 | Ozark City, Missouri | |
| MO131 | Ozark County, Missouri | |
| MO132 | Pemiscot County, Missouri | |
| MO133 | Perry County, Missouri | |
| MO134 | Pettis County, Missouri | |
| MO135 | Phelps County, Missouri | |
| MO136 | Pike County, Missouri | |
| MO137 | Platte County, Missouri | |
| MO138 | Polk County, Missouri | |
| MO139 | Poplar Bluff City, Missouri | |
| MO140 | Pulaski County, Missouri | |
| MO141 | Putnam County, Missouri | |
| MO142 | Ralls County, Missouri | |
| MO143 | Randolph County, Missouri | |
| MO144 | Ray County, Missouri | |
| MO145 | Raymore City, Missouri | |
| MO146 | Raytown City, Missouri | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO147 | Republic City, Missouri | |
| MO148 | Reynolds County, Missouri | |
| MO149 | Ripley County, Missouri | |
| MO150 | Rolla City, Missouri | |
| MO151 | Saline County, Missouri | |
| MO152 | Schuyler County, Missouri | |
| MO153 | Scotland County, Missouri | |
| MO154 | Scott County, Missouri | |
| MO155 | Sedalia City, Missouri | |
| MO156 | Shannon County, Missouri | |
| MO157 | Shelby County, Missouri | |
| MO158 | Sikeston City, Missouri | |
| MO159 | Smithville City, Missouri | |
| MO160 | Springfield City, Missouri | |
| MO161 | St Charles County, Missouri | |
| MO162 | St Clair County, Missouri | |
| MO163 | St Francois County, Missouri | |
| MO164 | St Louis County, Missouri | Allocations in Missouri |
| MO165 | St. Ann City, Missouri | will be made in |
| MO166 | St. Charles City, Missouri | accordance with the |
| MO167 | St. Joseph City, Missouri | Memorandum of |
| MO168 | St. Louis City, Missouri | Understanding Between |
| MO169 | St. Peters City, Missouri | the State of Missouri and |
| MO170 | Ste Genevieve County, Missouri | its Political Subdivisions |
| MO171 | Stoddard County, Missouri | on Proceeds Relating to |
| MO172 | Stone County, Missouri | the Settlement of Opioid |
| MO173 | Sullivan County, Missouri | Litigation and with the |
| MO174 | Taney County, Missouri | ancillary Memorandum |
| MO175 | Texas County, Missouri | of Understanding |
| MO176 | Town and Country City, Missouri | Between the Litigating |
| MO177 | Troy City, Missouri | Subdivisions of the State |
| MO178 | Union City, Missouri | of Missouri. |
| MO179 | University City, Missouri | |
| MO180 | Vernon County, Missouri | |
| MO181 | Warren County, Missouri | |
| MO182 | Warrensburg City, Missouri | |
| MO183 | Washington City, Missouri | |
| MO184 | Washington County, Missouri | |
| MO185 | Wayne County, Missouri | |
| MO186 | Webb City, Missouri | |
| MO187 | Webster County, Missouri | |
| MO188 | Webster Groves City, Missouri | |
| MO189 | Wentzville City, Missouri | |
| MO190 | West Plains City, Missouri | |
| MO191 | Wildwood City, Missouri | |
| MO192 | Worth County, Missouri | |
| MO193 | Wright County, Missouri | |
| MO194 | Northeast Ambulance and Fire Protection District, Missouri | |

G-115

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO195 | Kinloch Fire Protection District, Missouri | Allocations in Missouri will be made in accordance with the Memorandum of Understanding Between the State of Missouri and its Political Subdivisions on Proceeds Relating to the Settlement of Opioid Litigation and with the ancillary Memorandum of Understanding Between the Litigating Subdivisions of the State of Missouri. |
| MO196 | Citizens Memorial Hospital District D/B/A Citizens Memorial Hospital, Missouri | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MT1 | Anaconda-Deer Lodge County, Montana | 1.4480190514% |
| MT2 | Beaverhead County, Montana | 0.6841480225% |
| MT3 | Big Horn County, Montana | 0.8504903609% |
| MT4 | Billings City, Montana | 9.1331142413% |
| MT5 | Blaine County, Montana | 0.3691094337% |
| MT6 | Bozeman City, Montana | 2.0161886507% |
| MT7 | Broadwater County, Montana | 0.4143251264% |
| MT8 | Butte-Silver Bow, Montana | 5.6101260434% |
| MT9 | Carbon County, Montana | 0.7105360522% |
| MT10 | Carter County, Montana | 0.0374679104% |
| MT11 | Cascade County, Montana | 3.8993050480% |
| MT12 | Chouteau County, Montana | 0.4053063424% |
| MT13 | Custer County, Montana | 1.5139056450% |
| MT14 | Daniels County, Montana | 0.1787602908% |
| MT15 | Dawson County, Montana | 0.7800682133% |
| MT16 | Fallon County, Montana | 0.1543582011% |
| MT17 | Fergus County, Montana | 0.8667027669% |
| MT18 | Flathead County, Montana | 8.0141785369% |
| MT19 | Gallatin County, Montana | 4.0205572717% |
| MT20 | Garfield County, Montana | 0.0398838599% |
| MT21 | Glacier County, Montana | 1.5230709367% |
| MT22 | Golden Valley County, Montana | 0.0264303648% |
| MT23 | Granite County, Montana | 0.1831398237% |
| MT24 | Great Falls City, Montana | 4.3577779784% |
| MT25 | Helena City, Montana | 1.7360655042% |
| MT26 | Hill County, Montana | 1.8438532922% |
| MT27 | Jefferson County, Montana | 0.7770843087% |
| MT28 | Judith Basin County, Montana | 0.0614804228% |
| MT29 | Kalispell City, Montana | 2.4735432710% |
| MT30 | Lake County, Montana | 3.6175099064% |
| MT31 | Lewis and Clark County, Montana | 4.9326712334% |
| MT32 | Liberty County, Montana | 0.1210395973% |
| MT33 | Lincoln County, Montana | 2.1915597624% |
| MT34 | Madison County, Montana | 0.5498047673% |
| MT35 | McCone County, Montana | 0.0823035394% |
| MT36 | Meagher County, Montana | 0.0912086373% |
| MT37 | Mineral County, Montana | 0.7546909914% |
| MT38 | Missoula City, Montana | 4.4312558575% |
| MT39 | Missoula County, Montana | 8.0272833629% |
| MT40 | Musselshell County, Montana | 0.3895510594% |
| MT41 | Park County, Montana | 2.0831835653% |
| MT42 | Petroleum County, Montana | 0.0144742922% |
| MT43 | Phillips County, Montana | 0.2085622347% |
| MT44 | Pondera County, Montana | 0.4003873948% |
| MT45 | Powder River County, Montana | 0.1504386452% |
| MT46 | Powell County, Montana | 0.8872723490% |
| MT47 | Prairie County, Montana | 0.0572069653% |
| MT48 | Ravalli County, Montana | 3.6906819270% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MT49 | Richland County, Montana | 0.7541525281% |
| MT50 | Roosevelt County, Montana | 0.8182976782% |
| MT51 | Rosebud County, Montana | 0.5641981949% |
| MT52 | Sanders County, Montana | 1.0679134558% |
| MT53 | Sheridan County, Montana | 0.2700355225% |
| MT54 | Stillwater County, Montana | 0.5055604014% |
| MT55 | Sweet Grass County, Montana | 0.2836540766% |
| MT56 | Teton County, Montana | 0.5735903832% |
| MT57 | Toole County, Montana | 0.3258040487% |
| MT58 | Treasure County, Montana | 0.0226554138% |
| MT59 | Valley County, Montana | 0.5598291268% |
| MT60 | Wheatland County, Montana | 0.0720998508% |
| MT61 | Wibaux County, Montana | 0.0630373047% |
| MT62 | Yellowstone County, Montana | 7.3090889550% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|------------------------------|
| NE1 | Adams County, Nebraska | 0.7130410264% |
| NE2 | Antelope County, Nebraska | 0.2406339800% |
| NE3 | Arthur County, Nebraska | 0.0110831278% |
| NE4 | Banner County, Nebraska | 0.0183674606% |
| NE5 | Beatrice City, Nebraska | 0.9248205382% |
| NE6 | Bellevue City, Nebraska | 2.4787880023% |
| NE7 | Blaine County, Nebraska | 0.0123640997% |
| NE8 | Boone County, Nebraska | 0.2533407507% |
| NE9 | Box Butte County, Nebraska | 0.7492533620% |
| NE10 | Boyd County, Nebraska | 0.0902847433% |
| NE11 | Brown County, Nebraska | 0.1375135354% |
| NE12 | Buffalo County, Nebraska | 0.9630320332% |
| NE13 | Burt County, Nebraska | 0.3365661770% |
| NE14 | Butler County, Nebraska | 0.2899805672% |
| NE15 | Cass County, Nebraska | 1.2356339344% |
| NE16 | Cedar County, Nebraska | 0.3502588009% |
| NE17 | Chase County, Nebraska | 0.1707898814% |
| NE18 | Cherry County, Nebraska | 0.3082161558% |
| NE19 | Cheyenne County, Nebraska | 0.7408263023% |
| NE20 | Clay County, Nebraska | 0.1772971991% |
| NE21 | Colfax County, Nebraska | 0.2670475913% |
| NE22 | Columbus City, Nebraska | 0.7291294061% |
| NE23 | Cuming County, Nebraska | 0.4019883978% |
| NE24 | Custer County, Nebraska | 0.4848137961% |
| NE25 | Dakota County, Nebraska | 0.3940916673% |
| NE26 | Dawes County, Nebraska | 0.6577293164% |
| NE27 | Dawson County, Nebraska | 0.7540316373% |
| NE28 | Deuel County, Nebraska | 0.1500055852% |
| NE29 | Dixon County, Nebraska | 0.2144571499% |
| NE30 | Dodge County, Nebraska | 1.8317996330% |
| NE31 | Douglas County, Nebraska | 14.9119111455% |
| NE32 | Dundy County, Nebraska | 0.1513630330% |
| NE33 | Fillmore County, Nebraska | 0.3541443667% |
| NE34 | Franklin County, Nebraska | 0.1630162987% |
| NE35 | Fremont City, Nebraska | 0.1476946393% |
| NE36 | Frontier County, Nebraska | 0.0732649260% |
| NE37 | Furnas County, Nebraska | 0.2315426581% |
| NE38 | Gage County, Nebraska | 0.5390651380% |
| NE39 | Garden County, Nebraska | 0.1132118364% |
| NE40 | Garfield County, Nebraska | 0.1104479177% |
| NE41 | Gosper County, Nebraska | 0.0528581072% |
| NE42 | Grand Island City, Nebraska | 1.5052861196% |
| NE43 | Grant County, Nebraska | 0.0167075406% |
| NE44 | Greeley County, Nebraska | 0.1006996872% |
| NE45 | Hall County, Nebraska | 1.3023214397% |
| NE46 | Hamilton County, Nebraska | 0.3285553228% |
| NE47 | Harlan County, Nebraska | 0.1831157431% |
| NE48 | Hastings City, Nebraska | 0.7738158635% |
| NE49 | Hayes County, Nebraska | 0.0464208924% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NE50 | Hitchcock County, Nebraska | 0.1428727336% |
| NE51 | Holt County, Nebraska | 0.4319086269% |
| NE52 | Hooker County, Nebraska | 0.0195391111% |
| NE53 | Howard County, Nebraska | 0.3117590505% |
| NE54 | Jefferson County, Nebraska | 0.4621587809% |
| NE55 | Johnson County, Nebraska | 0.3674281385% |
| NE56 | Kearney City, Nebraska | 1.3128662946% |
| NE57 | Kearney County, Nebraska | 0.3284087439% |
| NE58 | Keith County, Nebraska | 0.5586120928% |
| NE59 | Keya Paha County, Nebraska | 0.0207700795% |
| NE60 | Kimball County, Nebraska | 0.2074517582% |
| NE61 | Knox County, Nebraska | 0.4262180329% |
| NE62 | La Vista City, Nebraska | 0.6948539706% |
| NE63 | Lancaster County, Nebraska | 7.9530599340% |
| NE64 | Lexington City, Nebraska | 0.2672235840% |
| NE65 | Lincoln City, Nebraska | 8.9584993437% |
| NE66 | Lincoln County, Nebraska | 0.7588461895% |
| NE67 | Logan County, Nebraska | 0.0192253637% |
| NE68 | Loup County, Nebraska | 0.0163070224% |
| NE69 | Madison County, Nebraska | 1.0198085515% |
| NE70 | McPherson County, Nebraska | 0.0133651501% |
| NE71 | Merrick County, Nebraska | 0.5571149293% |
| NE72 | Morrill County, Nebraska | 0.2640807173% |
| NE73 | Nance County, Nebraska | 0.1820220392% |
| NE74 | Nemaha County, Nebraska | 0.5862140225% |
| NE75 | Norfolk City, Nebraska | 0.6855964607% |
| NE76 | North Platte City, Nebraska | 1.2668714124% |
| NE77 | Nuckolls County, Nebraska | 0.2606241030% |
| NE78 | Omaha City, Nebraska | 16.7836032733% |
| NE79 | Otoe County, Nebraska | 0.8114537890% |
| NE80 | Papillion City, Nebraska | 1.1943452635% |
| NE81 | Pawnee County, Nebraska | 0.2449303588% |
| NE82 | Perkins County, Nebraska | 0.0938742100% |
| NE83 | Phelps County, Nebraska | 0.4453164270% |
| NE84 | Pierce County, Nebraska | 0.2791606931% |
| NE85 | Platte County, Nebraska | 0.5054632790% |
| NE86 | Polk County, Nebraska | 0.2126035890% |
| NE87 | Red Willow County, Nebraska | 0.6782282985% |
| NE88 | Richardson County, Nebraska | 0.6780640713% |
| NE89 | Rock County, Nebraska | 0.0420632348% |
| NE90 | Saline County, Nebraska | 0.6431415318% |
| NE91 | Sarpy County, Nebraska | 4.1205096407% |
| NE92 | Saunders County, Nebraska | 0.9147340487% |
| NE93 | Scotts Bluff County, Nebraska | 1.8428925654% |
| NE94 | Scottsbluff City, Nebraska | 0.5159537183% |
| NE95 | Seward County, Nebraska | 0.7637450614% |
| NE96 | Sheridan County, Nebraska | 0.1814092513% |
| NE97 | Sherman County, Nebraska | 0.1198260243% |
| NE98 | Sioux County, Nebraska | 0.0355730752% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NE99 | South Sioux City, Nebraska | 0.4431368628% |
| NE100 | Stanton County, Nebraska | 0.2162062918% |
| NE101 | Thayer County, Nebraska | 0.2059575361% |
| NE102 | Thomas County, Nebraska | 0.0173570958% |
| NE103 | Thurston County, Nebraska | 0.2564159657% |
| NE104 | Valley County, Nebraska | 0.3103957199% |
| NE105 | Washington County, Nebraska | 0.7878555706% |
| NE106 | Wayne County, Nebraska | 0.3510034608% |
| NE107 | Webster County, Nebraska | 0.1652355715% |
| NE108 | Wheeler County, Nebraska | 0.0210156849% |
| NE109 | York County, Nebraska | 0.8321939645% |
| NE110 | Region 1 Behavioral Health Authority, Nebraska | 0.0000000000% |
| NE111 | Region II Human Services, Nebraska | 0.0000000000% |
| NE112 | Region 3 Behavioral Health Services, Nebraska | 0.0000000000% |
| NE113 | Region 4 Behavioral Health System, Nebraska | 0.0000000000% |
| NE114 | Region V Systems, Nebraska | 0.0000000000% |
| NE115 | Region 6 Behavioral Healthcare, Nebraska | 0.0000000000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NV1 | Boulder City, Nevada | 0.1478660452% |
| NV2 | Carson City, Nevada | 1.8146007537% |
| NV3 | Churchill County, Nevada | 0.7013051988% |
| NV4 | Clark County, Nevada | 66.9248026834% |
| NV5 | Douglas County, Nevada | 1.6601462472% |
| NV7 | Elko County, Nevada | 1.0825745225% |
| NV8 | Ely City, Nevada | 0.0066172807% |
| NV9 | Esmeralda County, Nevada | 0.0497291448% |
| NV10 | Eureka County, Nevada | 0.1033573623% |
| NV11 | Fernley City, Nevada | 0.0144506991% |
| NV12 | Henderson City, Nevada | 2.3020643974% |
| NV13 | Humboldt County, Nevada | 1.0192724731% |
| NV14 | Lander County, Nevada | 0.3627438791% |
| NV15 | Las Vegas City, Nevada | 4.7206970773% |
| NV16 | Lincoln County, Nevada | 0.2373284219% |
| NV17 | Lyon County, Nevada | 1.5721396872% |
| NV18 | Mesquite City, Nevada | 0.1465069544% |
| NV19 | Mineral County, Nevada | 0.5992930253% |
| NV20 | North Las Vegas City, Nevada | 2.4258866892% |
| NV21 | Nye County, Nevada | 1.6016841576% |
| NV22 | Pershing County, Nevada | 0.3624498791% |
| NV23 | Reno City, Nevada | 1.3562863383% |
| NV24 | Sparks City, Nevada | 0.4253229218% |
| NV25 | Storey County, Nevada | 0.1263908620% |
| NV26 | Washoe County, Nevada | 9.1139488828% |
| NV27 | West Wendover City, Nevada | 0.0564015794% |
| NV28 | White Pine County, Nevada | 1.0458576594% |
| NV29 | Central Lyon Fire Protection District, Nevada | 0.0150922618% |
| NV30 | North Lyon Fire Protection District, Nevada | 0.0051829150% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NH3 | Belknap County, New Hampshire | 2.868905% |
| NH4 | Belmont Town, New Hampshire | 0.530951% |
| NH5 | Berlin City, New Hampshire | 0.684196% |
| NH6 | Carroll County, New Hampshire | 3.637455% |
| NH7 | Cheshire County, New Hampshire | 3.877305% |
| NH8 | Claremont City, New Hampshire | 0.940017% |
| NH9 | Concord City, New Hampshire | 3.191730% |
| NH11 | Coos County, New Hampshire | 1.585665% |
| NH12 | Derry Town, New Hampshire | 2.491200% |
| NH13 | Dover City, New Hampshire | 2.376792% |
| NH16 | Franklin City, New Hampshire | 0.634542% |
| NH18 | Grafton County, New Hampshire | 6.614598% |
| NH21 | Hillsborough County, New Hampshire | 15.676694% |
| NH24 | Keene City, New Hampshire | 1.673068% |
| NH25 | Laconia City, New Hampshire | 1.224729% |
| NH27 | Londonderry Town, New Hampshire | 1.874806% |
| NH28 | Manchester City, New Hampshire | 8.396484% |
| NH29 | Merrimack County, New Hampshire | 7.339228% |
| NH32 | Nashua City, New Hampshire | 6.629407% |
| NH36 | Rochester City, New Hampshire | 2.358716% |
| NH37 | Rockingham County, New Hampshire | 18.441209% |
| NH40 | Strafford County, New Hampshire | 4.766215% |
| NH41 | Sullivan County, New Hampshire | 2.186088% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ1 | Aberdeen Township, New Jersey | 0.0797396894% |
| NJ2 | Asbury Park City, New Jersey | 0.3916349671% |
| NJ3 | Atlantic City, New Jersey | 1.2847690915% |
| NJ4 | Atlantic County, New Jersey | 2.8915764045% |
| NJ5 | Barnegat Township, New Jersey | 0.1626638814% |
| NJ6 | Bayonne City, New Jersey | 0.8502340058% |
| NJ7 | Beachwood Borough, New Jersey | 0.0492329228% |
| NJ8 | Belleville Township, New Jersey | 0.0872090223% |
| NJ9 | Bellmawr Borough, New Jersey | 0.0640989992% |
| NJ10 | Bergen County, New Jersey | 4.9446361090% |
| NJ11 | Bergenfield Borough, New Jersey | 0.0618076073% |
| NJ12 | Berkeley Heights Township, New Jersey | 0.0272673062% |
| NJ13 | Berkeley Township, New Jersey | 0.2619731788% |
| NJ14 | Bernards Township, New Jersey | 0.0910577073% |
| NJ15 | Bloomfield Township, New Jersey | 0.1173874959% |
| NJ16 | Bordentown Township, New Jersey | 0.0545891482% |
| NJ17 | Bound Brook Borough, New Jersey | 0.0527105023% |
| NJ18 | Branchburg Township, New Jersey | 0.0561024563% |
| NJ19 | Brick Township, New Jersey | 0.5908193174% |
| NJ20 | Bridgeton City, New Jersey | 0.2079614154% |
| NJ21 | Bridgewater Township, New Jersey | 0.1828057629% |
| NJ22 | Burlington County, New Jersey | 4.4940916659% |
| NJ23 | Burlington Township, New Jersey | 0.1157900630% |
| NJ24 | Camden City, New Jersey | 1.6603828843% |
| NJ25 | Camden County, New Jersey | 6.8741218172% |
| NJ26 | Cape May County, New Jersey | 1.2842777540% |
| NJ27 | Carteret Borough, New Jersey | 0.1794847100% |
| NJ28 | Cedar Grove Township, New Jersey | 0.0187911021% |
| NJ29 | Chatham Township, New Jersey | 0.0498541051% |
| NJ30 | Cherry Hill Township, New Jersey | 0.3440044947% |
| NJ31 | Cinnaminson Township, New Jersey | 0.0701648926% |
| NJ32 | Clark Township, New Jersey | 0.0429898704% |
| NJ33 | Cliffside Park Borough, New Jersey | 0.1142449150% |
| NJ34 | Clifton City, New Jersey | 0.3535258812% |
| NJ35 | Clinton Town, New Jersey | 0.0294193343% |
| NJ36 | Clinton Township, New Jersey | 0.0799778554% |
| NJ37 | Collingswood Borough, New Jersey | 0.1128930571% |
| NJ38 | Cranford Township, New Jersey | 0.0684441330% |
| NJ39 | Cumberland County, New Jersey | 0.9862828059% |
| NJ40 | Delran Township, New Jersey | 0.0837486054% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| NJ41 | Denville Township, New Jersey | 0.0795654377% |
| NJ42 | Deptford Township, New Jersey | 0.2200095463% |
| NJ43 | Dover Town, New Jersey | 0.1186530251% |
| NJ44 | Dumont Borough, New Jersey | 0.0403826120% |
| NJ45 | East Brunswick Township, New Jersey | 0.0972927881% |
| NJ46 | East Greenwich Township, New Jersey | 0.0212104162% |
| NJ47 | East Hanover Township, New Jersey | 0.0890156417% |
| NJ48 | East Orange City, New Jersey | 1.2844844553% |
| NJ49 | East Windsor Township, New Jersey | 0.0422463462% |
| NJ50 | Eatontown Borough, New Jersey | 0.0974794194% |
| NJ51 | Edgewater Borough, New Jersey | 0.0546948904% |
| NJ52 | Edison Township, New Jersey | 2.4018132631% |
| NJ53 | Egg Harbor Township, New Jersey | 0.1572891336% |
| NJ54 | Elizabeth City, New Jersey | 0.7646308101% |
| NJ55 | Elmwood Park Borough, New Jersey | 0.0462435391% |
| NJ56 | Englewood City, New Jersey | 0.6429812736% |
| NJ57 | Essex County, New Jersey | 1.4898498664% |
| NJ58 | Evesham Township, New Jersey | 0.1745115947% |
| NJ59 | Ewing Township, New Jersey | 0.0839796907% |
| NJ60 | Fair Lawn Borough, New Jersey | 0.0699332916% |
| NJ61 | Fairview Borough, New Jersey | 0.0347025484% |
| NJ62 | Florence Township, New Jersey | 0.0676007282% |
| NJ63 | Florham Park Borough, New Jersey | 0.0674975182% |
| NJ64 | Fort Lee Borough, New Jersey | 0.1848366682% |
| NJ65 | Franklin Lakes Borough, New Jersey | 0.0273076336% |
| NJ66 | Franklin Township, Gloucester County, New Jersey | 0.0870963870% |
| NJ67 | Franklin Township, Somerset County, New Jersey | 0.3236022203% |
| NJ68 | Freehold Borough, New Jersey | 0.0816675723% |
| NJ69 | Freehold Township, New Jersey | 0.1512818556% |
| NJ70 | Galloway Township, New Jersey | 0.0846515634% |
| NJ71 | Garfield City, New Jersey | 0.0989196224% |
| NJ72 | Glassboro Borough, New Jersey | 0.1948186777% |
| NJ73 | Glen Rock Borough, New Jersey | 0.0253178060% |
| NJ74 | Gloucester City, New Jersey | 0.1325275640% |
| NJ75 | Gloucester County, New Jersey | 4.7022029491% |
| NJ76 | Gloucester Township, New Jersey | 0.3259502581% |
| NJ77 | Guttenberg Town, New Jersey | 0.0382186733% |
| NJ78 | Hackensack City, New Jersey | 0.2554139785% |
| NJ79 | Haddon Township, New Jersey | 0.0831057121% |
| NJ80 | Haddonfield Borough, New Jersey | 0.0710479214% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ81 | Hamilton Township, Atlantic County, New Jersey | 0.0939608561% |
| NJ82 | Hamilton Township, Mercer County, New Jersey | 0.1394262176% |
| NJ83 | Hammonton Town, New Jersey | 0.0463451547% |
| NJ84 | Hanover Township, New Jersey | 0.0711651990% |
| NJ85 | Harrison Town, New Jersey | 0.2059190684% |
| NJ86 | Harrison Township, New Jersey | 0.0478487561% |
| NJ87 | Hasbrouck Heights Borough, New Jersey | 0.0360845581% |
| NJ88 | Hawthorne Borough, New Jersey | 0.0380122534% |
| NJ89 | Hazlet Township, New Jersey | 0.0810519234% |
| NJ90 | Highland Park Borough, New Jersey | 0.0606246554% |
| NJ91 | Hillsborough Township, New Jersey | 0.1405113053% |
| NJ92 | Hillsdale Borough, New Jersey | 0.0247027667% |
| NJ93 | Hillside Township, New Jersey | 0.1085603967% |
| NJ94 | Hoboken City, New Jersey | 0.1803633309% |
| NJ95 | Holmdel Township, New Jersey | 0.1058875828% |
| NJ96 | Hopatcong Borough, New Jersey | 0.0677558479% |
| NJ97 | Hopewell Township, Mercer County, New Jersey | 0.0275878151% |
| NJ98 | Howell Township, New Jersey | 0.2067529072% |
| NJ99 | Hudson County, New Jersey | 0.9363280231% |
| NJ100 | Hunterdon County, New Jersey | 0.8037645396% |
| NJ101 | Irvington Township, New Jersey | 0.9244040630% |
| NJ102 | Jackson Township, New Jersey | 0.2670097394% |
| NJ103 | Jefferson Township, New Jersey | 0.0866198206% |
| NJ104 | Jersey City, New Jersey | 0.9916102863% |
| NJ105 | Kearny Town, New Jersey | 0.1071857960% |
| NJ106 | Lacey Township, New Jersey | 0.1502291236% |
| NJ107 | Lakewood Township, New Jersey | 0.7730028665% |
| NJ108 | Lawrence Township, Mercer County, New Jersey | 0.0644503163% |
| NJ109 | Lincoln Park Borough, New Jersey | 0.0595261565% |
| NJ110 | Linden City, New Jersey | 0.2495261821% |
| NJ111 | Lindenwold Borough, New Jersey | 0.1004455914% |
| NJ112 | Little Egg Harbor Township, New Jersey | 0.1465902816% |
| NJ113 | Little Falls Township, New Jersey | 0.0348320180% |
| NJ114 | Little Ferry Borough, New Jersey | 0.0258966914% |
| NJ115 | Livingston Township, New Jersey | 0.0484285793% |
| NJ116 | Lodi Borough, New Jersey | 0.1078340351% |
| NJ117 | Long Branch City, New Jersey | 0.5243184480% |
| NJ118 | Lower Township, New Jersey | 0.0710329159% |
| NJ119 | Lumberton Township, New Jersey | 0.0461973502% |
| NJ120 | Lyndhurst Township, New Jersey | 0.0645354727% |
| NJ121 | Madison Borough, New Jersey | 0.1424930674% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ122 | Mahwah Township, New Jersey | 0.0610985020% |
| NJ123 | Manalapan Township, New Jersey | 0.1318410608% |
| NJ124 | Manchester Township, New Jersey | 0.2136801182% |
| NJ125 | Mantua Township, New Jersey | 0.0853984170% |
| NJ126 | Manville Borough, New Jersey | 0.0574532358% |
| NJ127 | Maple Shade Township, New Jersey | 0.1058088976% |
| NJ128 | Maplewood Township, New Jersey | 0.0589307182% |
| NJ129 | Marlboro Township, New Jersey | 0.1588151495% |
| NJ130 | Medford Township, New Jersey | 0.1130775783% |
| NJ131 | Mercer County, New Jersey | 1.1117204895% |
| NJ132 | Metuchen Borough, New Jersey | 0.0339468322% |
| NJ133 | Middle Township, New Jersey | 0.0695160908% |
| NJ134 | Middlesex Borough, New Jersey | 0.0317606196% |
| NJ135 | Middlesex County, New Jersey | 2.2387299770% |
| NJ136 | Middletown Township, New Jersey | 0.3292948041% |
| NJ137 | Millburn Township, New Jersey | 0.0627532842% |
| NJ138 | Millstone Township, New Jersey | 0.0066098909% |
| NJ139 | Millville City, New Jersey | 0.2397981412% |
| NJ140 | Monmouth County, New Jersey | 4.4617935668% |
| NJ141 | Monroe Township, Gloucester County, New Jersey | 0.2271632002% |
| NJ142 | Monroe Township, Middlesex County, New Jersey | 0.1024216796% |
| NJ143 | Montclair Township, New Jersey | 0.5843666564% |
| NJ144 | Montgomery Township, New Jersey | 0.0805666350% |
| NJ145 | Montville Township, New Jersey | 0.0902727303% |
| NJ146 | Moorestown Township, New Jersey | 0.1000871936% |
| NJ147 | Morris County, New Jersey | 2.3575766204% |
| NJ148 | Morris Township, New Jersey | 0.1125747053% |
| NJ149 | Morristown, New Jersey | 0.2369807115% |
| NJ150 | Mount Laurel Township, New Jersey | 0.1725831491% |
| NJ151 | Mount Olive Township, New Jersey | 0.1068809023% |
| NJ152 | Neptune Township, New Jersey | 0.2450351195% |
| NJ153 | New Brunswick City, New Jersey | 1.8327331194% |
| NJ154 | New Milford Borough, New Jersey | 0.0368443070% |
| NJ155 | New Providence Borough, New Jersey | 0.0258412178% |
| NJ156 | Newark City, New Jersey | 1.7760400546% |
| NJ157 | North Arlington Borough, New Jersey | 0.0408890956% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ158 | North Bergen Township, New Jersey | 0.1110635074% |
| NJ159 | North Brunswick Township, New Jersey | 0.1217197343% |
| NJ160 | North Plainfield Borough, New Jersey | 0.1454941742% |
| NJ161 | Nutley Township, New Jersey | 0.0574061090% |
| NJ162 | Oakland Borough, New Jersey | 0.0335231134% |
| NJ163 | Ocean City, New Jersey | 0.1910428164% |
| NJ164 | Ocean County, New Jersey | 4.9497293624% |
| NJ165 | Ocean Township, Monmouth County, New Jersey | 0.1387263032% |
| NJ166 | Old Bridge Township, New Jersey | 0.1263966779% |
| NJ167 | Orange City Township, New Jersey | 0.5609302630% |
| NJ168 | Palisades Park Borough, New Jersey | 0.0366345109% |
| NJ169 | Paramus Borough, New Jersey | 0.1129786355% |
| NJ170 | Parsippany-Troy Hills Township, New Jersey | 0.2342890939% |
| NJ171 | Passaic City, New Jersey | 0.4984612868% |
| NJ172 | Passaic County, New Jersey | 2.1805505203% |
| NJ173 | Paterson City, New Jersey | 0.9805526614% |
| NJ174 | Pemberton Township, New Jersey | 0.1182059071% |
| NJ175 | Pennsauken Township, New Jersey | 0.3221185950% |
| NJ176 | Pennsville Township, New Jersey | 0.0340920576% |
| NJ177 | Pequannock Township, New Jersey | 0.0769477223% |
| NJ178 | Perth Amboy City, New Jersey | 0.3436749356% |
| NJ179 | Phillipsburg Town, New Jersey | 0.1544595119% |
| NJ180 | Pine Hill Borough, New Jersey | 0.0482528270% |
| NJ181 | Piscataway Township, New Jersey | 0.1067019613% |
| NJ182 | Plainfield City, New Jersey | 0.3012229667% |
| NJ183 | Plainsboro Township, New Jersey | 0.0503298743% |
| NJ184 | Pleasantville City, New Jersey | 0.1421175070% |
| NJ185 | Point Pleasant Borough, New Jersey | 0.1109970141% |
| NJ186 | Pompton Lakes Borough, New Jersey | 0.0290573727% |
| NJ187 | Princeton, New Jersey | 0.0503970240% |
| NJ188 | Rahway City, New Jersey | 0.1444485698% |
| NJ189 | Ramsey Borough, New Jersey | 0.0402523452% |
| NJ190 | Randolph Township, New Jersey | 0.0853331898% |
| NJ191 | Raritan Township, New Jersey | 0.1071670391% |
| NJ192 | Readington Township, New Jersey | 0.0850076166% |
| NJ193 | Red Bank Borough, New Jersey | 0.1420636747% |
| NJ194 | Ridgefield Borough, New Jersey | 0.0201153405% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ195 | Ridgefield Park Village, New Jersey | 0.0392827532% |
| NJ196 | Ridgewood Village, New Jersey | 0.0849185213% |
| NJ197 | Ringwood Borough, New Jersey | 0.0309822545% |
| NJ198 | River Edge Borough, New Jersey | 0.0266057498% |
| NJ199 | Robbinsville Township, New Jersey | 0.0338593312% |
| NJ200 | Rockaway Township, New Jersey | 0.1290497970% |
| NJ201 | Roselle Borough, New Jersey | 0.0912325687% |
| NJ202 | Roselle Park Borough, New Jersey | 0.0316673040% |
| NJ203 | Roxbury Township, New Jersey | 0.1057717120% |
| NJ204 | Rutherford Borough, New Jersey | 0.0459830524% |
| NJ205 | Saddle Brook Township, New Jersey | 0.0390656888% |
| NJ206 | Salem County, New Jersey | 0.9344056735% |
| NJ207 | Sayreville Borough, New Jersey | 0.1477057086% |
| NJ208 | Scotch Plains Township, New Jersey | 0.0484433504% |
| NJ209 | Secaucus Town, New Jersey | 0.0516659295% |
| NJ210 | Somers Point City, New Jersey | 0.0439926621% |
| NJ211 | Somerset County, New Jersey | 1.4647125488% |
| NJ212 | Somerville Borough, New Jersey | 0.0756287358% |
| NJ213 | South Brunswick Township, New Jersey | 0.1037777110% |
| NJ214 | South Orange Village Township, New Jersey | 0.0488891085% |
| NJ215 | South Plainfield Borough, New Jersey | 0.0899775902% |
| NJ216 | South River Borough, New Jersey | 0.0421568288% |
| NJ217 | Southampton Township, New Jersey | 0.0127996268% |
| NJ218 | Sparta Township, New Jersey | 0.1069549921% |
| NJ219 | Springfield Township, Union County, New Jersey | 0.0573437423% |
| NJ220 | Stafford Township, New Jersey | 0.2155115906% |
| NJ221 | Summit City, New Jersey | 0.5428090174% |
| NJ222 | Sussex County, New Jersey | 1.2735318221% |
| NJ223 | Teaneck Township, New Jersey | 0.1723477966% |
| NJ224 | Tenafly Borough, New Jersey | 0.0450713724% |
| NJ225 | Tinton Falls Borough, New Jersey | 0.0881640307% |
| NJ226 | Toms River Township, New Jersey | 0.5620940829% |
| NJ227 | Totowa Borough, New Jersey | 0.0342545863% |
| NJ228 | Trenton City, New Jersey | 1.9352906929% |
| NJ229 | Union City, New Jersey | 0.9841875644% |
| NJ230 | Union County, New Jersey | 1.7400474523% |
| NJ231 | Union Township, Union County, New Jersey | 0.2247240506% |
| NJ232 | Upper Township, New Jersey | 0.0173930552% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ233 | Vernon Township, New Jersey | 0.0783616187% |
| NJ234 | Verona Township, New Jersey | 0.0234318917% |
| NJ235 | Vineland City, New Jersey | 0.5000169856% |
| NJ236 | Voorhees Township, New Jersey | 0.1406021825% |
| NJ237 | Waldwick Borough, New Jersey | 0.0421770394% |
| NJ238 | Wall Township, New Jersey | 0.1650847899% |
| NJ239 | Wallington Borough, New Jersey | 0.0235956865% |
| NJ240 | Wanaque Borough, New Jersey | 0.0311245257% |
| NJ241 | Wantage Township, New Jersey | 0.0091403397% |
| NJ242 | Warren County, New Jersey | 1.0382472049% |
| NJ243 | Warren Township, New Jersey | 0.0736326246% |
| NJ244 | Washington Township, Gloucester County, New Jersey | 0.2470375143% |
| NJ245 | Washington Township, Morris County, New Jersey | 0.0524274135% |
| NJ246 | Waterford Township, New Jersey | 0.0648566849% |
| NJ247 | Wayne Township, New Jersey | 0.1724444886% |
| NJ248 | Weehawken Township, New Jersey | 0.0282451513% |
| NJ249 | West Caldwell Township, New Jersey | 0.0246748189% |
| NJ250 | West Deptford Township, New Jersey | 0.1402059895% |
| NJ251 | West Milford Township, New Jersey | 0.0644752630% |
| NJ252 | West New York Town, New Jersey | 0.6157331463% |
| NJ253 | West Orange Township, New Jersey | 0.1051193933% |
| NJ254 | West Windsor Township, New Jersey | 0.0458605228% |
| NJ255 | Westfield Town, New Jersey | 0.0887745684% |
| NJ256 | Westwood Borough, New Jersey | 0.0348328152% |
| NJ257 | Willingboro Township, New Jersey | 0.2091808026% |
| NJ258 | Winslow Township, New Jersey | 0.1817978600% |
| NJ259 | Woodbridge Township, New Jersey | 0.3688029685% |
| NJ260 | Woodland Park Borough, New Jersey | 0.0292498655% |
| NJ261 | Woolwich Township, New Jersey | 0.0599291958% |
| NJ262 | Wyckoff Township, New Jersey | 0.0296665036% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NY1 | Albany City, New York | |
| NY2 | Albany County, New York | |
| NY3 | Allegany County, New York | |
| NY4 | Broome County, New York | |
| NY5 | Buffalo City, New York | |
| NY6 | Cattaraugus County, New York | |
| NY7 | Cayuga County, New York | |
| NY8 | Chautauqua County, New York | |
| NY9 | Chemung County, New York | |
| NY10 | Chenango County, New York | |
| NY11 | Clinton County, New York | |
| NY12 | Columbia County, New York | |
| NY13 | Cortland County, New York | |
| NY14 | Delaware County, New York | |
| NY15 | Dutchess County, New York | |
| NY16 | Erie County, New York | |
| NY17 | Essex County, New York | |
| NY18 | Franklin County, New York | |
| NY19 | Fulton County, New York | |
| NY20 | Genesee County, New York | |
| NY21 | Greene County, New York | |
| NY22 | Hamilton County, New York | |
| NY23 | Herkimer County, New York | Allocations in New York will be made in accordance with the New York Agreement. |
| NY24 | Jefferson County, New York | |
| NY25 | Lewis County, New York | |
| NY26 | Livingston County, New York | |
| NY27 | Madison County, New York | |
| NY28 | Monroe County, New York | |
| NY29 | Montgomery County, New York | |
| NY30 | Nassau County, New York | |
| NY31 | New York City, New York | |
| NY32 | Niagara County, New York | |
| NY33 | Oneida County, New York | |
| NY34 | Onondaga County, New York | |
| NY35 | Ontario County, New York | |
| NY36 | Orange County, New York | |
| NY37 | Orleans County, New York | |
| NY38 | Oswego County, New York | |
| NY39 | Otsego County, New York | |
| NY40 | Putnam County, New York | |
| NY41 | Rensselaer County, New York | |
| NY42 | Rochester City, New York | |
| NY43 | Rockland County, New York | |
| NY44 | Saratoga County, New York | |
| NY45 | Schenectady County, New York | |
| NY46 | Schoharie County, New York | |
| NY47 | Schuyler County, New York | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|:---:|:---|:---:|
| NY48 | Seneca County, New York | |
| NY49 | St Lawrence County, New York | |
| NY50 | Steuben County, New York | |
| NY51 | Suffolk County, New York | |
| NY52 | Sullivan County, New York | |
| NY53 | Syracuse City, New York | |
| NY54 | Tioga County, New York | |
| NY55 | Tompkins County, New York | |
| NY56 | Ulster County, New York | |
| NY57 | Warren County, New York | |
| NY58 | Washington County, New York | |
| NY59 | Wayne County, New York | |
| NY60 | Westchester County, New York | |
| NY61 | Wyoming County, New York | |
| NY62 | Yates County, New York | |
| NY63 | Yonkers City, New York | Allocations in New York will be made in accordance with the New York Agreement. |
| NY64 | Geneva City, New York | |
| NY65 | Herkimer Village, New York | |
| NY66 | Lackawanna City, New York | |
| NY67 | Rome City, New York | |
| NY68 | Utica City, New York | |
| NY69 | Plattsburgh City, New York | |
| NY70 | Saratoga Springs City, New York | |
| NY71 | Schenectady City, New York | |
| NY72 | Troy City, New York | |
| NY73 | Amherst Town, New York | |
| NY74 | Amsterdam City, New York | |
| NY75 | Auburn City, New York | |
| NY76 | Cheektowaga Town, New York | |
| NY77 | Ithaca City, New York | |
| NY78 | Lancaster Town, New York | |
| NY79 | Mount Vernon City, New York | |
| NY80 | Ogdensburg City, New York | |
| NY81 | Poughkeepsie City, New York | |
| NY82 | Tonawanda Town, New York | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| NC1 | Alamance County, North Carolina | 1.3780289676% |
| NC2 | Alexander County, North Carolina | 0.5100078796% |
| NC3 | Alleghany County, North Carolina | 0.1490905989% |
| NC4 | Anson County, North Carolina | 0.1821929604% |
| NC5 | Ashe County, North Carolina | 0.3386391883% |
| NC6 | Asheville City, North Carolina | 0.2358147243% |
| NC7 | Avery County, North Carolina | 0.2659967669% |
| NC8 | Beaufort County, North Carolina | 0.4778884349% |
| NC9 | Bertie County, North Carolina | 0.1394685751% |
| NC10 | Bladen County, North Carolina | 0.4292178095% |
| NC11 | Brunswick County, North Carolina | 2.1132385076% |
| NC12 | Buncombe County, North Carolina | 2.5115878573% |
| NC13 | Burke County, North Carolina | 2.0901968270% |
| NC14 | Cabarrus County, North Carolina | 1.6695734466% |
| NC15 | Caldwell County, North Carolina | 1.2763011462% |
| NC16 | Camden County, North Carolina | 0.0730364004% |
| NC17 | Canton Town, North Carolina | 0.0114538232% |
| NC18 | Carteret County, North Carolina | 1.1284655939% |
| NC19 | Cary Town, North Carolina | 0.1441516454% |
| NC20 | Caswell County, North Carolina | 0.1729202375% |
| NC21 | Catawba County, North Carolina | 2.0726952227% |
| NC22 | Charlotte City, North Carolina | 1.2474838144% |
| NC23 | Chatham County, North Carolina | 0.4498143831% |
| NC24 | Cherokee County, North Carolina | 0.7827591529% |
| NC25 | Chowan County, North Carolina | 0.1137055961% |
| NC26 | Clay County, North Carolina | 0.2244299489% |
| NC27 | Cleveland County, North Carolina | 1.1199280277% |
| NC28 | Columbus County, North Carolina | 1.2209369390% |
| NC29 | Concord City, North Carolina | 0.2274558703% |
| NC30 | Craven County, North Carolina | 1.3368601902% |
| NC31 | Cumberland County, North Carolina | 2.6372996596% |
| NC32 | Currituck County, North Carolina | 0.1867785513% |
| NC33 | Dare County, North Carolina | 0.5331267313% |
| NC34 | Davidson County, North Carolina | 1.9402695304% |
| NC35 | Davie County, North Carolina | 0.5131475269% |
| NC36 | Duplin County, North Carolina | 0.3827851474% |
| NC37 | Durham City, North Carolina | 0.3804050267% |
| NC38 | Durham County, North Carolina | 1.7979943624% |
| NC39 | Edgecombe County, North Carolina | 0.4171019390% |
| NC40 | Fayetteville City, North Carolina | 0.3097690552% |
| NC41 | Forsyth County, North Carolina | 3.0684508095% |
| NC42 | Franklin County, North Carolina | 0.5005036433% |
| NC43 | Gaston County, North Carolina | 3.0817738869% |
| NC44 | Gastonia City, North Carolina | 0.2577638238% |
| NC45 | Gates County, North Carolina | 0.0795675166% |
| NC46 | Graham County, North Carolina | 0.1834845617% |
| NC47 | Granville County, North Carolina | 0.5901034093% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NC48 | Greene County, North Carolina | 0.1232748186% |
| NC49 | Greensboro City, North Carolina | 0.5273916964% |
| NC50 | Greenville City, North Carolina | 0.1626564747% |
| NC51 | Guilford County, North Carolina | 3.3750152311% |
| NC52 | Halifax County, North Carolina | 0.4531611740% |
| NC53 | Harnett County, North Carolina | 0.9889807722% |
| NC54 | Haywood County, North Carolina | 0.8033151101% |
| NC55 | Henderson City, North Carolina | 0.0322534788% |
| NC56 | Henderson County, North Carolina | 1.3815950870% |
| NC57 | Hertford County, North Carolina | 0.2068430501% |
| NC58 | Hickory City, North Carolina | 0.0948758357% |
| NC59 | High Point City, North Carolina | 0.2064287629% |
| NC60 | Hoke County, North Carolina | 0.3324858046% |
| NC61 | Hyde County, North Carolina | 0.0272373541% |
| NC62 | Iredell County, North Carolina | 2.1159313745% |
| NC63 | Jackson County, North Carolina | 0.5077577313% |
| NC64 | Jacksonville City, North Carolina | 0.0950098698% |
| NC65 | Johnston County, North Carolina | 1.2508874682% |
| NC66 | Jones County, North Carolina | 0.0879669870% |
| NC67 | Lee County, North Carolina | 0.6531156836% |
| NC68 | Lenoir County, North Carolina | 0.6042825926% |
| NC69 | Lincoln County, North Carolina | 0.9268336271% |
| NC70 | Macon County, North Carolina | 0.2377764961% |
| NC71 | Madison County, North Carolina | 0.2328822206% |
| NC72 | Martin County, North Carolina | 0.5875445765% |
| NC73 | McDowell County, North Carolina | 0.4667676661% |
| NC74 | Mecklenburg County, North Carolina | 5.0383012599% |
| NC75 | Mitchell County, North Carolina | 0.3093141516% |
| NC76 | Montgomery County, North Carolina | 0.2260505430% |
| NC77 | Moore County, North Carolina | 0.9717391128% |
| NC78 | Nash County, North Carolina | 0.8456536396% |
| NC79 | New Hanover County, North Carolina | 2.8972648920% |
| NC80 | Northampton County, North Carolina | 0.1209962389% |
| NC81 | Onslow County, North Carolina | 1.6440013647% |
| NC82 | Orange County, North Carolina | 1.0558394190% |
| NC83 | Pamlico County, North Carolina | 0.1199361510% |
| NC84 | Pasquotank County, North Carolina | 0.3748162108% |
| NC85 | Pender County, North Carolina | 0.5857493319% |
| NC86 | Perquimans County, North Carolina | 0.1118331803% |
| NC87 | Person County, North Carolina | 0.4030242967% |
| NC88 | Pitt County, North Carolina | 1.3690080664% |
| NC89 | Polk County, North Carolina | 0.2661429860% |
| NC90 | Raleigh City, North Carolina | 0.5667246127% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NC91 | Randolph County, North Carolina | 1.5254339862% |
| NC92 | Richmond County, North Carolina | 0.7491328400% |
| NC93 | Robeson County, North Carolina | 1.3597353436% |
| NC94 | Rockingham County, North Carolina | 1.3653688375% |
| NC95 | Rowan County, North Carolina | 2.3352192879% |
| NC96 | Rutherford County, North Carolina | 0.9289416180% |
| NC97 | Sampson County, North Carolina | 0.6195137405% |
| NC98 | Scotland County, North Carolina | 0.4491482742% |
| NC99 | Stanly County, North Carolina | 0.7249742086% |
| NC100 | Stokes County, North Carolina | 0.6239531124% |
| NC101 | Surry County, North Carolina | 1.4108267061% |
| NC102 | Swain County, North Carolina | 0.2811629286% |
| NC103 | Transylvania County, North Carolina | 0.4975955095% |
| NC104 | Tyrrell County, North Carolina | 0.0414409072% |
| NC105 | Union County, North Carolina | 1.4667026799% |
| NC106 | Vance County, North Carolina | 0.5362582553% |
| NC107 | Wake County, North Carolina | 4.9024556672% |
| NC108 | Warren County, North Carolina | 0.1063905835% |
| NC109 | Washington County, North Carolina | 0.0747707205% |
| NC110 | Watauga County, North Carolina | 0.4696757999% |
| NC111 | Wayne County, North Carolina | 0.9706993331% |
| NC112 | Wilkes County, North Carolina | 1.9971771606% |
| NC113 | Wilmington City, North Carolina | 0.1194974940% |
| NC114 | Wilson County, North Carolina | 0.6464708415% |
| NC115 | Winston-Salem City, North Carolina | 0.4944599238% |
| NC116 | Yadkin County, North Carolina | 0.5621471451% |
| NC117 | Yancey County, North Carolina | 0.3821149769% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ND1 | Adams County, North Dakota | 0.3266859369% |
| ND2 | Barnes County, North Dakota | 1.1596409120% |
| ND3 | Benson County, North Dakota | 0.8243618844% |
| ND4 | Billings County, North Dakota | 0.0531198558% |
| ND5 | Bismarck City, North Dakota | 7.8720018475% |
| ND6 | Bottineau County, North Dakota | 0.6564106964% |
| ND7 | Bowman County, North Dakota | 0.3537618912% |
| ND8 | Burke County, North Dakota | 0.1340272238% |
| ND9 | Burleigh County, North Dakota | 5.9258321732% |
| ND10 | Cass County, North Dakota | 9.2593207065% |
| ND11 | Cavalier County, North Dakota | 0.4775832577% |
| ND12 | Devils Lake City, North Dakota | 0.3622623619% |
| ND13 | Dickey County, North Dakota | 0.6064663883% |
| ND14 | Dickinson City, North Dakota | 1.0573324109% |
| ND15 | Divide County, North Dakota | 0.1925705034% |
| ND16 | Dunn County, North Dakota | 0.5017615248% |
| ND17 | Eddy County, North Dakota | 0.2227970127% |
| ND18 | Emmons County, North Dakota | 0.7218887252% |
| ND19 | Fargo City, North Dakota | 12.8639966005% |
| ND20 | Foster County, North Dakota | 0.3938546507% |
| ND21 | Golden Valley County, North Dakota | 0.2278631874% |
| ND22 | Grand Forks City, North Dakota | 7.1999971538% |
| ND23 | Grand Forks County, North Dakota | 5.4639296523% |
| ND24 | Grant County, North Dakota | 0.2093626818% |
| ND25 | Griggs County, North Dakota | 0.2073426807% |
| ND26 | Hettinger County, North Dakota | 0.2096684753% |
| ND27 | Jamestown City, North Dakota | 0.7024664288% |
| ND28 | Kidder County, North Dakota | 0.3074782839% |
| ND29 | La Moure County, North Dakota | 0.3036088203% |
| ND30 | Lisbon City, North Dakota | 0.1372424658% |
| ND31 | Logan County, North Dakota | 0.1641331799% |
| ND32 | Mandan City, North Dakota | 1.1262932510% |
| ND33 | McHenry County, North Dakota | 0.3973374621% |
| ND34 | McIntosh County, North Dakota | 0.2870077627% |
| ND35 | McKenzie County, North Dakota | 1.2312553926% |
| ND36 | McLean County, North Dakota | 1.1384661837% |
| ND37 | Mercer County, North Dakota | 1.1241071216% |
| ND38 | Minot City, North Dakota | 2.8909627339% |
| ND39 | Morton County, North Dakota | 2.6703636118% |
| ND40 | Mountrail County, North Dakota | 1.1142893867% |
| ND41 | Nelson County, North Dakota | 0.4740975060% |
| ND42 | Oliver County, North Dakota | 0.2228234756% |
| ND43 | Pembina County, North Dakota | 1.2530005434% |
| ND44 | Pierce County, North Dakota | 0.7284574044% |
| ND45 | Ramsey County, North Dakota | 1.2734343106% |
| ND46 | Ransom County, North Dakota | 0.6183673413% |
| ND47 | Renville County, North Dakota | 0.2860845016% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ND48 | Richland County, North Dakota | 2.4309493698% |
| ND49 | Rolette County, North Dakota | 1.8198034592% |
| ND50 | Sargent County, North Dakota | 0.5773674924% |
| ND51 | Sheridan County, North Dakota | 0.0895886685% |
| ND52 | Sioux County, North Dakota | 0.6666209643% |
| ND53 | Slope County, North Dakota | 0.0470907257% |
| ND54 | Stark County, North Dakota | 3.3526741338% |
| ND55 | Steele County, North Dakota | 0.2434939387% |
| ND56 | Stutsman County, North Dakota | 1.9758860377% |
| ND57 | Towner County, North Dakota | 0.1807489391% |
| ND58 | Traill County, North Dakota | 1.0587643476% |
| ND59 | Walsh County, North Dakota | 2.0521094729% |
| ND60 | Ward County, North Dakota | 3.4849842097% |
| ND61 | Wells County, North Dakota | 0.4346604383% |
| ND62 | West Fargo City, North Dakota | 1.8417059171% |
| ND63 | Williams County, North Dakota | 2.3067369406% |
| ND64 | Williston City, North Dakota | 1.5016973817% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1 | Aberdeen Village, Ohio | 0.0087437716% |
| OH2 | Ada Village, Ohio | 0.0077636351% |
| OH3 | Adams County, Ohio | 0.3473544585% |
| OH4 | Adams Township, Champaign County, Ohio | 0.0001374611% |
| OH5 | Adams Township, Clinton County, Ohio | 0.0003122525% |
| OH6 | Adams Township, Darke County, Ohio | 0.0016731027% |
| OH7 | Adams Township, Monroe County, Ohio | 0.0000311703% |
| OH8 | Adams Township, Muskingum County, Ohio | 0.0001003092% |
| OH9 | Adams Township, Seneca County, Ohio | 0.0003810303% |
| OH10 | Adams Township, Washington County, Ohio | 0.0001169753% |
| OH11 | Adamsville Village, Ohio | 0.0000910884% |
| OH12 | Addyston Village, Ohio | 0.0025217854% |
| OH13 | Adelphi Village, Ohio | 0.0020068066% |
| OH14 | Adena Village, Ohio | 0.0003568983% |
| OH15 | Aid Township, Ohio | 0.0003303244% |
| OH16 | Akron City, Ohio | 0.8812077621% |
| OH17 | Albany Village, Ohio | 0.0019488925% |
| OH18 | Alexander Township, Ohio | 0.0001250626% |
| OH19 | Alexandria Village, Ohio | 0.0005560173% |
| OH20 | Alger Village, Ohio | 0.0005166462% |
| OH21 | Allen County, Ohio | 0.4092999560% |
| OH22 | Allen Township, Darke County, Ohio | 0.0006643202% |
| OH23 | Allen Township, Hancock County, Ohio | 0.0005903230% |
| OH24 | Allen Township, Ottawa County, Ohio | 0.0005976710% |
| OH25 | Allen Township, Union County, Ohio | 0.0028518922% |
| OH26 | Alliance City, Ohio | 0.0889490116% |
| OH27 | Amanda Township, Fairfield County, Ohio | 0.0018577114% |
| OH28 | Amanda Township, Hancock County, Ohio | 0.0001616361% |
| OH29 | Amanda Village, Ohio | 0.0005782400% |
| OH30 | Amberley Village, Ohio | 0.0192140009% |
| OH31 | Amboy Township, Ohio | 0.0017244001% |
| OH32 | Amelia Village, Ohio | 0.0138770427% |
| OH33 | American Township, Ohio | 0.0193901533% |
| OH34 | Ames Township, Ohio | 0.0004272973% |
| OH35 | Amesville Village, Ohio | 0.0000937970% |
| OH36 | Amherst City, Ohio | 0.0344767089% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH37 | Amherst Township, Ohio | 0.0134400730% |
| OH38 | Amsterdam Village, Ohio | 0.0003984552% |
| OH39 | Anderson Township, Ohio | 0.0760877775% |
| OH40 | Andover Township, Ohio | 0.0010566751% |
| OH41 | Andover Village, Ohio | 0.0040505880% |
| OH42 | Anna Village, Ohio | 0.0028751504% |
| OH43 | Ansonia Village, Ohio | 0.0014885693% |
| OH44 | Antioch Village, Ohio | 0.0000311703% |
| OH45 | Antwerp Village, Ohio | 0.0009282725% |
| OH46 | Apple Creek Village, Ohio | 0.0004832518% |
| OH47 | Aquilla Village, Ohio | 0.0000095709% |
| OH48 | Arcadia Village, Ohio | 0.0000210830% |
| OH49 | Arcanum Village, Ohio | 0.0034200188% |
| OH50 | Archbold Village, Ohio | 0.0168893369% |
| OH51 | Arlington Heights Village, Ohio | 0.0024048815% |
| OH52 | Arlington Village, Ohio | 0.0017280808% |
| OH53 | Ashland City, Ohio | 0.0677959091% |
| OH54 | Ashland County, Ohio | 0.2064379332% |
| OH55 | Ashley Village, Ohio | 0.0012125812% |
| OH56 | Ashtabula City, Ohio | 0.0931048204% |
| OH57 | Ashtabula County, Ohio | 0.7429130666% |
| OH58 | Ashtabula Township, Ohio | 0.0174821031% |
| OH59 | Ashville Village, Ohio | 0.0024582550% |
| OH60 | Athalia Village, Ohio | 0.0000173855% |
| OH61 | Athens City, Ohio | 0.0700871751% |
| OH62 | Athens County, Ohio | 0.4584170235% |
| OH63 | Athens Township, Athens County, Ohio | 0.0025846274% |
| OH64 | Athens Township, Harrison County, Ohio | 0.0003148983% |
| OH65 | Attica Village, Ohio | 0.0007921419% |
| OH66 | Atwater Township, Ohio | 0.0004753019% |
| OH67 | Auburn Township, Crawford County, Ohio | 0.0007613308% |
| OH68 | Auburn Township, Geauga County, Ohio | 0.0067953249% |
| OH69 | Auburn Township, Tuscarawas County, Ohio | 0.0000098536% |
| OH70 | Auglaize County, Ohio | 0.1648586210% |
| OH71 | Auglaize Township, Allen County, Ohio | 0.0010226874% |
| OH72 | Auglaize Township, Paulding County, Ohio | 0.0000730923% |
| OH73 | Augusta Township, Ohio | 0.0004684152% |
| OH74 | Aurelius Township, Ohio | 0.0000083554% |
| OH75 | Aurora City, Ohio | 0.0294524674% |
| OH76 | Austinburg Township, Ohio | 0.0004813742% |
| OH77 | Austintown Township, Ohio | 0.0890063352% |
| OH78 | Avon City, Ohio | 0.0729757005% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH79 | Avon Lake City, Ohio | 0.0663140992% |
| OH80 | Bailey Lakes Village, Ohio | 0.0000813388% |
| OH81 | Bainbridge Township, Ohio | 0.0406379571% |
| OH82 | Bainbridge Village, Ohio | 0.0022724133% |
| OH83 | Bairdstown Village, Ohio | 0.0000612234% |
| OH84 | Ballville Township, Ohio | 0.0021521086% |
| OH85 | Baltic Village, Ohio | 0.0009410120% |
| OH86 | Baltimore Village, Ohio | 0.0031532207% |
| OH87 | Barberton City, Ohio | 0.1164193916% |
| OH88 | Barlow Township, Ohio | 0.0003258598% |
| OH89 | Barnesville Village, Ohio | 0.0106861443% |
| OH90 | Barnhill Village, Ohio | 0.0006601909% |
| OH91 | Bartlow Township, Ohio | 0.0001082864% |
| OH92 | Batavia Township, Ohio | 0.0000517157% |
| OH93 | Batavia Village, Ohio | 0.0047750818% |
| OH94 | Batesville Village, Ohio | 0.0000517432% |
| OH95 | Bath Township, Allen County, Ohio | 0.0088564730% |
| OH96 | Bath Township, Greene County, Ohio | 0.0001754181% |
| OH97 | Bath Township, Summit County, Ohio | 0.0489522386% |
| OH98 | Baughman Township, Ohio | 0.0001353105% |
| OH99 | Bay Township, Ohio | 0.0000549583% |
| OH100 | Bay View Village, Ohio | 0.0012986334% |
| OH101 | Bay Village City, Ohio | 0.0295102794% |
| OH102 | Bazetta Township, Ohio | 0.0331455317% |
| OH103 | Beach City Village, Ohio | 0.0006531299% |
| OH104 | Beachwood City, Ohio | 0.0573216138% |
| OH105 | Beallsville Village, Ohio | 0.0001580913% |
| OH106 | Bearfield Township, Ohio | 0.0005486478% |
| OH107 | Beaver Township, Mahoning County, Ohio | 0.0148139167% |
| OH108 | Beaver Township, Pike County, Ohio | 0.0003380168% |
| OH109 | Beaver Village, Ohio | 0.0001859093% |
| OH110 | Beavercreek City, Ohio | 0.0843658046% |
| OH111 | Beavercreek Township, Ohio | 0.1348759090% |
| OH112 | Beaverdam Village, Ohio | 0.0000749971% |
| OH113 | Bedford City, Ohio | 0.0429793572% |
| OH114 | Bedford Heights City, Ohio | 0.0386687782% |
| OH115 | Bedford Township, Ohio | 0.0000306151% |
| OH116 | Bellaire Village, Ohio | 0.0010264323% |
| OH117 | Bellbrook City, Ohio | 0.0237949542% |
| OH118 | Belle Center Village, Ohio | 0.0005231767% |
| OH119 | Belle Valley Village, Ohio | 0.0001073626% |
| OH120 | Bellefontaine City, Ohio | 0.0729400123% |
| OH121 | Bellevue City, Ohio | 0.0299834456% |
| OH122 | Bellville Village, Ohio | 0.0011239941% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH123 | Belmont County, Ohio | 0.4904799617% |
| OH124 | Belmont Village, Ohio | 0.0011248573% |
| OH125 | Belmore Village, Ohio | 0.0002483511% |
| OH126 | Beloit Village, Ohio | 0.0037587550% |
| OH127 | Belpre City, Ohio | 0.0099429019% |
| OH128 | Belpre Township, Ohio | 0.0009358025% |
| OH129 | Bennington Township, Licking County, Ohio | 0.0005560173% |
| OH130 | Bennington Township, Morrow County, Ohio | 0.0001476031% |
| OH131 | Bentleyville Village, Ohio | 0.0019992236% |
| OH132 | Benton Ridge Village, Ohio | 0.0000914068% |
| OH133 | Benton Township, Hocking County, Ohio | 0.0001089904% |
| OH134 | Benton Township, Ottawa County, Ohio | 0.0007968947% |
| OH135 | Benton Township, Paulding County, Ohio | 0.0002485139% |
| OH136 | Benton Township, Pike County, Ohio | 0.0003718185% |
| OH137 | Berea City, Ohio | 0.0293403849% |
| OH138 | Bergholz Village, Ohio | 0.0002390731% |
| OH139 | Berkey Village, Ohio | 0.0003639406% |
| OH140 | Berkshire Township, Ohio | 0.0000742397% |
| OH141 | Berlin Heights Village, Ohio | 0.0009142379% |
| OH142 | Berlin Township, Delaware County, Ohio | 0.0000164977% |
| OH143 | Berlin Township, Erie County, Ohio | 0.0001350579% |
| OH144 | Berlin Township, Holmes County, Ohio | 0.0000814306% |
| OH145 | Berlin Township, Mahoning County, Ohio | 0.0014985886% |
| OH146 | Bern Township, Ohio | 0.0001354845% |
| OH147 | Berne Township, Ohio | 0.0001629571% |
| OH148 | Bethel Township, Clark County, Ohio | 0.0138134025% |
| OH149 | Bethel Township, Monroe County, Ohio | 0.0000498724% |
| OH150 | Bethel Village, Ohio | 0.0057576798% |
| OH151 | Bethesda Village, Ohio | 0.0006889751% |
| OH152 | Bethlehem Township, Coshocton County, Ohio | 0.0000765378% |
| OH153 | Bethlehem Township, Stark County, Ohio | 0.0015140738% |
| OH154 | Bettsville Village, Ohio | 0.0009525757% |
| OH155 | Beverly Village, Ohio | 0.0019551589% |
| OH156 | Bexley City, Ohio | 0.0458668476% |
| OH157 | Big Island Township, Ohio | 0.0005578783% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH158 | Black Creek Township, Ohio | 0.0001534027% |
| OH159 | Blakeslee Village, Ohio | 0.0000628635% |
| OH160 | Blanchard Township, Hancock County, Ohio | 0.0001475808% |
| OH161 | Blanchard Township, Putnam County, Ohio | 0.0006457128% |
| OH162 | Blanchester Village, Ohio | 0.0114641267% |
| OH163 | Blendon Township, Ohio | 0.0282639366% |
| OH164 | Bloom Township, Fairfield County, Ohio | 0.0118551321% |
| OH165 | Bloom Township, Morgan County, Ohio | 0.0001713719% |
| OH166 | Bloom Township, Scioto County, Ohio | 0.0000852977% |
| OH167 | Bloom Township, Seneca County, Ohio | 0.0009926842% |
| OH168 | Bloomdale Village, Ohio | 0.0005693772% |
| OH169 | Bloomfield Township, Jackson County, Ohio | 0.0013260530% |
| OH170 | Bloomfield Township, Logan County, Ohio | 0.0000099754% |
| OH171 | Bloomingburg Village, Ohio | 0.0002078369% |
| OH172 | Bloomingdale Village, Ohio | 0.0002231349% |
| OH173 | Bloominggrove Township, Ohio | 0.0001784118% |
| OH174 | Bloomville Village, Ohio | 0.0004411930% |
| OH175 | Blue Ash City, Ohio | 0.0851895858% |
| OH176 | Blue Creek Township, Ohio | 0.0000767469% |
| OH177 | Blue Rock Township, Ohio | 0.0001103402% |
| OH178 | Bluffton Village, Ohio | 0.0052836661% |
| OH179 | Boardman Township, Ohio | 0.1408673271% |
| OH180 | Bokescreek Township, Ohio | 0.0013367015% |
| OH181 | Bolivar Village, Ohio | 0.0004434118% |
| OH182 | Boston Heights Village, Ohio | 0.0077201699% |
| OH183 | Boston Township, Ohio | 0.0003662503% |
| OH184 | Botkins Village, Ohio | 0.0019522626% |
| OH185 | Bowerston Village, Ohio | 0.0000572542% |
| OH186 | Bowersville Village, Ohio | 0.0000916319% |
| OH187 | Bowling Green City, Ohio | 0.0752741164% |
| OH188 | Bowling Green Township, Ohio | 0.0000370678% |
| OH189 | Braceville Township, Ohio | 0.0037680877% |
| OH190 | Bradford Village, Ohio | 0.0028661348% |
| OH191 | Bradner Village, Ohio | 0.0009183503% |
| OH192 | Brady Lake Village, Ohio | 0.0002559318% |
| OH193 | Brady Township, Ohio | 0.0005029083% |
| OH194 | Bratenahl Village, Ohio | 0.0051323943% |
| OH195 | Bratton Township, Ohio | 0.0000790580% |
| OH196 | Brecksville City, Ohio | 0.0241013127% |
| OH197 | Bremen Village, Ohio | 0.0006844200% |
| OH198 | Brewster Village, Ohio | 0.0058880648% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH199 | Brice Village, Ohio | 0.0005574892% |
| OH200 | Bridgeport Village, Ohio | 0.0050477971% |
| OH201 | Bridgewater Township, Ohio | 0.0004164709% |
| OH202 | Brighton Township, Ohio | 0.0000194784% |
| OH203 | Brimfield Township, Ohio | 0.0111960000% |
| OH204 | Bristol Township, Morgan County, Ohio | 0.0001285289% |
| OH205 | Bristol Township, Trumbull County, Ohio | 0.0252513027% |
| OH206 | Broadview Heights City, Ohio | 0.0226789401% |
| OH207 | Bronson Township, Ohio | 0.0009334281% |
| OH208 | Brook Park City, Ohio | 0.0389572037% |
| OH209 | Brookfield Township, Noble County, Ohio | 0.0000517432% |
| OH210 | Brookfield Township, Trumbull County, Ohio | 0.0346459468% |
| OH211 | Brooklyn City, Ohio | 0.0212407634% |
| OH212 | Brooklyn Heights Village, Ohio | 0.0100909430% |
| OH213 | Brookside Village, Ohio | 0.0001124857% |
| OH214 | Brookville City, Ohio | 0.0216648650% |
| OH215 | Broughton Village, Ohio | 0.0000073092% |
| OH216 | Brown County, Ohio | 0.4653422837% |
| OH217 | Brown Township, Carroll County, Ohio | 0.0009477238% |
| OH218 | Brown Township, Darke County, Ohio | 0.0007873425% |
| OH219 | Brown Township, Delaware County, Ohio | 0.0000082489% |
| OH220 | Brown Township, Franklin County, Ohio | 0.0003894787% |
| OH221 | Brown Township, Knox County, Ohio | 0.0039027192% |
| OH222 | Brown Township, Miami County, Ohio | 0.0006132702% |
| OH223 | Brown Township, Paulding County, Ohio | 0.0001315662% |
| OH224 | Brown Township, Vinton County, Ohio | 0.0000390135% |
| OH225 | Brunswick City, Ohio | 0.1197413086% |
| OH226 | Brunswick Hills Township, Ohio | 0.0200631640% |
| OH227 | Brush Creek Township, Jefferson County, Ohio | 0.0001275057% |
| OH228 | Brush Creek Township, Scioto County, Ohio | 0.0011088700% |
| OH229 | Brushcreek Township, Ohio | 0.0059850824% |
| OH230 | Bryan City, Ohio | 0.0285400457% |
| OH231 | Buchtel Village, Ohio | 0.0001849243% |
| OH232 | Buckeye Lake Village, Ohio | 0.0040562680% |
| OH233 | Buckland Village, Ohio | 0.0001068314% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH234 | Bucks Township, Ohio | 0.0002857543% |
| OH235 | Bucyrus City, Ohio | 0.0467130847% |
| OH236 | Bucyrus Township, Ohio | 0.0002175231% |
| OH237 | Buffalo Township, Ohio | 0.0000689910% |
| OH238 | Burbank Village, Ohio | 0.0001559017% |
| OH239 | Burgoon Village, Ohio | 0.0001532454% |
| OH240 | Burkettsville Village, Ohio | 0.0000203512% |
| OH241 | Burlington Township, Ohio | 0.0012973736% |
| OH242 | Burton Township, Ohio | 0.0022682986% |
| OH243 | Burton Village, Ohio | 0.0036177927% |
| OH244 | Butler County, Ohio | 2.6887406714% |
| OH245 | Butler Township, Columbiana County, Ohio | 0.0017704304% |
| OH246 | Butler Township, Darke County, Ohio | 0.0006643202% |
| OH247 | Butler Township, Mercer County, Ohio | 0.0021025197% |
| OH248 | Butler Township, Montgomery County, Ohio | 0.0308007959% |
| OH249 | Butler Township, Richland County, Ohio | 0.0003925059% |
| OH250 | Butler Village, Ohio | 0.0004817118% |
| OH251 | Butlerville Village, Ohio | 0.0001866800% |
| OH252 | Byesville Village, Ohio | 0.0018493145% |
| OH253 | Byrd Township, Ohio | 0.0018293707% |
| OH254 | Cadiz Township, Ohio | 0.0013359320% |
| OH255 | Cadiz Village, Ohio | 0.0042081859% |
| OH256 | Caesarscreek Township, Ohio | 0.0004643421% |
| OH257 | Cairo Village, Ohio | 0.0000409075% |
| OH258 | Caldwell Village, Ohio | 0.0017937650% |
| OH259 | Caledonia Village, Ohio | 0.0007098142% |
| OH260 | Cambridge City, Ohio | 0.0668200845% |
| OH261 | Cambridge Township, Ohio | 0.0000951853% |
| OH262 | Camden Township, Ohio | 0.0003116539% |
| OH263 | Camden Village, Ohio | 0.0031099397% |
| OH264 | Camp Creek Township, Ohio | 0.0001943597% |
| OH265 | Campbell City, Ohio | 0.0206854359% |
| OH266 | Canaan Township, Morrow County, Ohio | 0.0000885618% |
| OH267 | Canaan Township, Wayne County, Ohio | 0.0002435589% |
| OH268 | Canal Fulton City, Ohio | 0.0143391696% |
| OH269 | Canal Winchester City, Ohio | 0.0017001990% |
| OH270 | Canfield City, Ohio | 0.0340253310% |
| OH271 | Canfield Township, Ohio | 0.0024198521% |
| OH272 | Canton City, Ohio | 0.4906093929% |
| OH273 | Canton Township, Ohio | 0.0238293446% |
| OH274 | Cardington Village, Ohio | 0.0026450469% |
| OH275 | Carey Village, Ohio | 0.0048237347% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| OH276 | Carlisle Township, Ohio | 0.0046455904% |
| OH277 | Carlisle Village, Ohio | 0.0081658806% |
| OH278 | Carroll County, Ohio | 0.1274960868% |
| OH279 | Carroll Township, Ohio | 0.0031394902% |
| OH280 | Carroll Village, Ohio | 0.0008718207% |
| OH281 | Carrollton Village, Ohio | 0.0061329714% |
| OH282 | Carryall Township, Ohio | 0.0000511646% |
| OH283 | Carthage Township, Ohio | 0.0002397033% |
| OH284 | Cass Township, Muskingum County, Ohio | 0.0002006185% |
| OH285 | Cass Township, Richland County, Ohio | 0.0007850118% |
| OH286 | Casstown Village, Ohio | 0.0005337723% |
| OH287 | Castalia Village, Ohio | 0.0011427974% |
| OH288 | Castine Village, Ohio | 0.0005289957% |
| OH289 | Catawba Island Township, Ohio | 0.0060247984% |
| OH290 | Catawba Village, Ohio | 0.0002313575% |
| OH291 | Cecil Village, Ohio | 0.0000109638% |
| OH292 | Cedarville Township, Ohio | 0.0036837809% |
| OH293 | Cedarville Village, Ohio | 0.0036321873% |
| OH294 | Celina City, Ohio | 0.0165674940% |
| OH295 | Center Township, Carroll County, Ohio | 0.0001634007% |
| OH296 | Center Township, Columbiana County, Ohio | 0.0003327877% |
| OH297 | Center Township, Guernsey County, Ohio | 0.0001903706% |
| OH298 | Center Township, Mercer County, Ohio | 0.0004241134% |
| OH299 | Center Township, Monroe County, Ohio | 0.0005361288% |
| OH300 | Center Township, Morgan County, Ohio | 0.0000535537% |
| OH301 | Center Township, Noble County, Ohio | 0.0001724774% |
| OH302 | Center Township, Williams County, Ohio | 0.0005107662% |
| OH303 | Center Township, Wood County, Ohio | 0.0002510158% |
| OH304 | Centerburg Village, Ohio | 0.0041342364% |
| OH305 | Centerville City, Ohio | 0.0591550598% |
| OH306 | Centerville Village, Ohio | 0.0005060807% |
| OH307 | Cessna Township, Ohio | 0.0001110677% |
| OH308 | Chagrin Falls Township, Ohio | 0.0000039510% |
| OH309 | Chagrin Falls Village, Ohio | 0.0125168784% |
| OH310 | Champaign County, Ohio | 0.2269483026% |
| OH311 | Champion Township, Ohio | 0.0283714840% |
| OH312 | Chardon City, Ohio | 0.0479405386% |
| OH313 | Chardon Township, Ohio | 0.0039336317% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH314 | Charlestown Township, Ohio | 0.0000121872% |
| OH315 | Chatfield Township, Ohio | 0.0008265878% |
| OH316 | Chatfield Village, Ohio | 0.0000870092% |
| OH317 | Chatham Township, Ohio | 0.0003778818% |
| OH318 | Chauncey Village, Ohio | 0.0000833751% |
| OH319 | Cherry Fork Village, Ohio | 0.0004264208% |
| OH320 | Cherry Valley Township, Ohio | 0.0004696334% |
| OH321 | Chesapeake Village, Ohio | 0.0021905725% |
| OH322 | Cheshire Township, Ohio | 0.0010496489% |
| OH323 | Cheshire Village, Ohio | 0.0001686936% |
| OH324 | Chester Township, Clinton County, Ohio | 0.0019181224% |
| OH325 | Chester Township, Geauga County, Ohio | 0.0252766944% |
| OH326 | Chester Township, Morrow County, Ohio | 0.0005136587% |
| OH327 | Chester Township, Wayne County, Ohio | 0.0004213956% |
| OH328 | Chesterhill Village, Ohio | 0.0000958805% |
| OH329 | Chesterville Village, Ohio | 0.0000531371% |
| OH330 | Cheviot City, Ohio | 0.0177109500% |
| OH331 | Chickasaw Village, Ohio | 0.0003251707% |
| OH332 | Chillicothe City, Ohio | 0.3116747707% |
| OH333 | Chilo Village, Ohio | 0.0001537865% |
| OH334 | Chippewa Lake Village, Ohio | 0.0005077787% |
| OH335 | Chippewa Township, Ohio | 0.0025863636% |
| OH336 | Christiansburg Village, Ohio | 0.0002537744% |
| OH337 | Cincinnati City, Ohio | 1.9225774768% |
| OH338 | Circleville City, Ohio | 0.3452050773% |
| OH339 | Circleville Township, Ohio | 0.0006412839% |
| OH340 | Claibourne Township, Ohio | 0.0000211028% |
| OH341 | Claridon Township, Ohio | 0.0025745668% |
| OH342 | Clarington Village, Ohio | 0.0000498724% |
| OH343 | Clark County, Ohio | 1.2151983585% |
| OH344 | Clark Township, Brown County, Ohio | 0.0053640868% |
| OH345 | Clark Township, Clinton County, Ohio | 0.0010928837% |
| OH346 | Clarksburg Village, Ohio | 0.0000295119% |
| OH347 | Clarksfield Township, Ohio | 0.0007412517% |
| OH348 | Clarksville Village, Ohio | 0.0004237712% |
| OH349 | Clay Center Village, Ohio | 0.0000618280% |
| OH350 | Clay Township, Auglaize County, Ohio | 0.0004451307% |
| OH351 | Clay Township, Highland County, Ohio | 0.0003613635% |
| OH352 | Clay Township, Montgomery County, Ohio | 0.0058148642% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH353 | Clay Township, Muskingum County, Ohio | 0.0004012369% |
| OH354 | Clay Township, Ottawa County, Ohio | 0.0026311263% |
| OH355 | Clay Township, Scioto County, Ohio | 0.0064826249% |
| OH356 | Clay Township, Tuscarawas County, Ohio | 0.0000492680% |
| OH357 | Clayton City, Ohio | 0.0375148659% |
| OH358 | Clayton Township, Ohio | 0.0004303120% |
| OH359 | Clear Creek Township, Ohio | 0.0874295648% |
| OH360 | Clearcreek Township, Ohio | 0.0010918129% |
| OH361 | Clermont County, Ohio | 1.9148422650% |
| OH362 | Cleveland City, Ohio | 1.8006406770% |
| OH363 | Cleveland Heights City, Ohio | 0.0861404621% |
| OH364 | Cleves Village, Ohio | 0.0031981583% |
| OH365 | Clifton Village, Ohio | 0.0002996729% |
| OH366 | Clinton County, Ohio | 0.4003299792% |
| OH367 | Clinton Township, Franklin County, Ohio | 0.0107832149% |
| OH368 | Clinton Township, Fulton County, Ohio | 0.0006481787% |
| OH369 | Clinton Township, Seneca County, Ohio | 0.0007420064% |
| OH370 | Clinton Township, Shelby County, Ohio | 0.0005501831% |
| OH371 | Clinton Township, Vinton County, Ohio | 0.0002860993% |
| OH372 | Clinton Township, Wayne County, Ohio | 0.0001933007% |
| OH373 | Clinton Village, Ohio | 0.0011373034% |
| OH374 | Cloverdale Village, Ohio | 0.0001986809% |
| OH375 | Clyde City, Ohio | 0.0219912947% |
| OH376 | Coal Grove Village, Ohio | 0.0050070228% |
| OH377 | Coal Township, Jackson County, Ohio | 0.0004972699% |
| OH378 | Coal Township, Perry County, Ohio | 0.0003550074% |
| OH379 | Coalton Village, Ohio | 0.0024310971% |
| OH380 | Coitsville Township, Ohio | 0.0048028536% |
| OH381 | Coldwater Village, Ohio | 0.0054593322% |
| OH382 | Colerain Township, Belmont County, Ohio | 0.0006046108% |
| OH383 | Colerain Township, Hamilton County, Ohio | 0.1398087860% |
| OH384 | College Corner Village, Ohio | 0.0022611881% |
| OH385 | College Township, Ohio | 0.0028608916% |
| OH386 | Columbia Township, Hamilton County, Ohio | 0.0091268592% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH387 | Columbia Township, Lorain County, Ohio | 0.0044508068% |
| OH388 | Columbia Township, Meigs County, Ohio | 0.0000676625% |
| OH389 | Columbiana City, Ohio | 0.0212455929% |
| OH390 | Columbiana County, Ohio | 0.6832396894% |
| OH391 | Columbus City, Ohio | 4.0358741733% |
| OH392 | Columbus Grove Village, Ohio | 0.0013907661% |
| OH393 | Commercial Point Village, Ohio | 0.0008841945% |
| OH394 | Concord Township, Delaware County, Ohio | 0.0132064120% |
| OH395 | Concord Township, Fayette County, Ohio | 0.0003201811% |
| OH396 | Concord Township, Highland County, Ohio | 0.0000677557% |
| OH397 | Concord Township, Lake County, Ohio | 0.0329119594% |
| OH398 | Concord Township, Miami County, Ohio | 0.0048266640% |
| OH399 | Concord Township, Ross County, Ohio | 0.0034233759% |
| OH400 | Conesville Village, Ohio | 0.0001949904% |
| OH401 | Congress Township, Morrow County, Ohio | 0.0000354247% |
| OH402 | Congress Township, Wayne County, Ohio | 0.0000386601% |
| OH403 | Congress Village, Ohio | 0.0001394121% |
| OH404 | Conneaut City, Ohio | 0.0500864015% |
| OH405 | Continental Village, Ohio | 0.0013742094% |
| OH406 | Convoy Village, Ohio | 0.0015735393% |
| OH407 | Coolville Village, Ohio | 0.0002918128% |
| OH408 | Copley Township, Ohio | 0.0644889601% |
| OH409 | Corning Village, Ohio | 0.0010865378% |
| OH410 | Cortland City, Ohio | 0.0349699000% |
| OH411 | Corwin Village, Ohio | 0.0004993129% |
| OH412 | Coshocton City, Ohio | 0.0177337984% |
| OH413 | Coshocton County, Ohio | 0.1889793769% |
| OH414 | Coventry Township, Ohio | 0.0112670146% |
| OH415 | Covington Village, Ohio | 0.0077226624% |
| OH416 | Craig Beach Village, Ohio | 0.0004176394% |
| OH417 | Cranberry Township, Ohio | 0.0001631423% |
| OH418 | Crane Township, Paulding County, Ohio | 0.0001169477% |
| OH419 | Crane Township, Wyandot County, Ohio | 0.0005667045% |
| OH420 | Crawford County, Ohio | 0.2595376809% |
| OH421 | Crawford Township, Coshocton County, Ohio | 0.0002372670% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH422 | Crawford Township, Wyandot County, Ohio | 0.0001079437% |
| OH423 | Crestline Village, Ohio | 0.0166501207% |
| OH424 | Creston Village, Ohio | 0.0007596505% |
| OH425 | Cridersville Village, Ohio | 0.0045581388% |
| OH426 | Crooksville Village, Ohio | 0.0043353934% |
| OH427 | Crosby Township, Ohio | 0.0044757516% |
| OH428 | Cross Creek Township, Ohio | 0.0061202713% |
| OH429 | Crown City Village, Ohio | 0.0005435682% |
| OH430 | Cumberland Village, Ohio | 0.0007056617% |
| OH431 | Custar Village, Ohio | 0.0000244893% |
| OH432 | Cuyahoga Falls City, Ohio | 0.1811685822% |
| OH433 | Cuyahoga Heights Village, Ohio | 0.0193798260% |
| OH434 | Cygnet Village, Ohio | 0.0002510158% |
| OH435 | Cynthian Township, Ohio | 0.0000266218% |
| OH436 | Dallas Township, Ohio | 0.0001522662% |
| OH437 | Dalton Village, Ohio | 0.0011945985% |
| OH438 | Damascus Township, Ohio | 0.0007850761% |
| OH439 | Danbury Township, Ohio | 0.0038539475% |
| OH440 | Danville Village, Ohio | 0.0021828768% |
| OH441 | Darby Township, Madison County, Ohio | 0.0011346056% |
| OH442 | Darby Township, Union County, Ohio | 0.0004220559% |
| OH443 | Darbyville Village, Ohio | 0.0000242911% |
| OH444 | Darke County, Ohio | 0.2651621760% |
| OH445 | Dayton City, Ohio | 1.3353086202% |
| OH446 | De Graff Village, Ohio | 0.0013067754% |
| OH447 | Decatur Township, Lawrence County, Ohio | 0.0001043130% |
| OH448 | Decatur Township, Washington County, Ohio | 0.0001169753% |
| OH449 | Deer Park City, Ohio | 0.0107468140% |
| OH450 | Deercreek Township, Ohio | 0.0004275226% |
| OH451 | Deerfield Township, Portage County, Ohio | 0.0008693556% |
| OH452 | Deerfield Township, Ross County, Ohio | 0.0015346168% |
| OH453 | Deerfield Township, Warren County, Ohio | 0.1151454582% |
| OH454 | Deersville Village, Ohio | 0.0000209231% |
| OH455 | Defiance City, Ohio | 0.0658767007% |
| OH456 | Defiance County, Ohio | 0.1709704524% |
| OH457 | Defiance Township, Ohio | 0.0007172505% |
| OH458 | Delaware City, Ohio | 0.1151374756% |
| OH459 | Delaware County, Ohio | 0.4816174702% |
| OH460 | Delaware Township, Defiance County, Ohio | 0.0015007088% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH461 | Delaware Township, Delaware County, Ohio | 0.0075064553% |
| OH462 | Delaware Township, Hancock County, Ohio | 0.0001335254% |
| OH463 | Delhi Township, Ohio | 0.0630446356% |
| OH464 | Dellroy Village, Ohio | 0.0002505477% |
| OH465 | Delphos City, Ohio | 0.0171051813% |
| OH466 | Delta Village, Ohio | 0.0085241620% |
| OH467 | Dennison Village, Ohio | 0.0062570335% |
| OH468 | Deshler Village, Ohio | 0.0009475056% |
| OH469 | Dexter City Village, Ohio | 0.0000689910% |
| OH470 | Dillonvale Village, Ohio | 0.0012431801% |
| OH471 | Dinsmore Township, Ohio | 0.0004170743% |
| OH472 | Dodson Township, Ohio | 0.0105924667% |
| OH473 | Donnelsville Village, Ohio | 0.0002721853% |
| OH474 | Dorset Township, Ohio | 0.0001174083% |
| OH475 | Dover City, Ohio | 0.0416708574% |
| OH476 | Dover Township, Athens County, Ohio | 0.0005002505% |
| OH477 | Dover Township, Tuscarawas County, Ohio | 0.0000886824% |
| OH478 | Dover Township, Union County, Ohio | 0.0005124965% |
| OH479 | Doylestown Village, Ohio | 0.0020721837% |
| OH480 | Dresden Village, Ohio | 0.0028086586% |
| OH481 | Dublin City, Ohio | 0.0949912950% |
| OH482 | Dublin Township, Ohio | 0.0004331371% |
| OH483 | Duchouquet Township, Ohio | 0.0010861190% |
| OH484 | Dunham Township, Ohio | 0.0004344797% |
| OH485 | Dunkirk Village, Ohio | 0.0005233559% |
| OH486 | Dupont Village, Ohio | 0.0006622696% |
| OH487 | Eagle Township, Brown County, Ohio | 0.0090538344% |
| OH488 | Eagle Township, Vinton County, Ohio | 0.0002210767% |
| OH489 | East Canton Village, Ohio | 0.0024838727% |
| OH490 | East Cleveland City, Ohio | 0.0558083674% |
| OH491 | East Liverpool City, Ohio | 0.0368861843% |
| OH492 | East Palestine Village, Ohio | 0.0165861370% |
| OH493 | East Sparta Village, Ohio | 0.0004354199% |
| OH494 | East Union Township, Ohio | 0.0003556733% |
| OH495 | Eastlake City, Ohio | 0.0700788770% |
| OH496 | Eaton City, Ohio | 0.0615604375% |
| OH497 | Eaton Township, Ohio | 0.0004480024% |
| OH498 | Eden Township, Licking County, Ohio | 0.0004448138% |
| OH499 | Eden Township, Seneca County, Ohio | 0.0001102982% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH500 | Eden Township, Wyandot County, Ohio | 0.0000944507% |
| OH501 | Edgerton Village, Ohio | 0.0042354308% |
| OH502 | Edinburg Township, Ohio | 0.0011740363% |
| OH503 | Edison Village, Ohio | 0.0001948360% |
| OH504 | Edon Village, Ohio | 0.0013908558% |
| OH505 | Eldorado Village, Ohio | 0.0003273621% |
| OH506 | Elgin Village, Ohio | 0.0000619504% |
| OH507 | Elida Village, Ohio | 0.0011181382% |
| OH508 | Elizabeth Township, Lawrence County, Ohio | 0.0009562023% |
| OH509 | Elizabeth Township, Miami County, Ohio | 0.0000454274% |
| OH510 | Elk Township, Noble County, Ohio | 0.0000344955% |
| OH511 | Elk Township, Vinton County, Ohio | 0.0002600903% |
| OH512 | Elkrun Township, Ohio | 0.0004259682% |
| OH513 | Ellsworth Township, Ohio | 0.0001965362% |
| OH514 | Elmore Village, Ohio | 0.0016556174% |
| OH515 | Elmwood Place Village, Ohio | 0.0045008025% |
| OH516 | Elyria City, Ohio | 0.2638149975% |
| OH517 | Elyria Township, Ohio | 0.0007693955% |
| OH518 | Empire Village, Ohio | 0.0010041070% |
| OH519 | Englewood City, Ohio | 0.0628005329% |
| OH520 | Enon Village, Ohio | 0.0038378123% |
| OH521 | Erie County, Ohio | 0.4532438208% |
| OH522 | Erie Township, Ohio | 0.0006045408% |
| OH523 | Euclid City, Ohio | 0.0936790366% |
| OH524 | Evendale Village, Ohio | 0.0340357530% |
| OH525 | Fairborn City, Ohio | 0.1544298717% |
| OH526 | Fairfax Village, Ohio | 0.0079411190% |
| OH527 | Fairfield City, Ohio | 0.2893759753% |
| OH528 | Fairfield County, Ohio | 0.6244843622% |
| OH529 | Fairfield Township, Butler County, Ohio | 0.0801075425% |
| OH530 | Fairfield Township, Columbiana County, Ohio | 0.0024759402% |
| OH531 | Fairfield Township, Huron County, Ohio | 0.0006726173% |
| OH532 | Fairfield Township, Tuscarawas County, Ohio | 0.0004138510% |
| OH533 | Fairfield Township, Washington County, Ohio | 0.0000501323% |
| OH534 | Fairlawn City, Ohio | 0.0675346202% |
| OH535 | Fairport Harbor Village, Ohio | 0.0091069372% |
| OH536 | Fairview Park City, Ohio | 0.0218966352% |
| OH537 | Fairview Village, Ohio | 0.0000924858% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH538 | Falls Township, Hocking County, Ohio | 0.0002873384% |
| OH539 | Falls Township, Muskingum County, Ohio | 0.0022068032% |
| OH540 | Farmer Township, Ohio | 0.0002869002% |
| OH541 | Farmersville Village, Ohio | 0.0013667928% |
| OH542 | Farmington Township, Ohio | 0.0015345154% |
| OH543 | Fayette County, Ohio | 0.2554820842% |
| OH544 | Fayette Township, Ohio | 0.0013386832% |
| OH545 | Fayette Village, Ohio | 0.0012352086% |
| OH546 | Fayetteville Village, Ohio | 0.0029455968% |
| OH547 | Fearing Township, Ohio | 0.0004177690% |
| OH548 | Felicity Village, Ohio | 0.0030684641% |
| OH549 | Findlay City, Ohio | 0.1162163280% |
| OH550 | Fitchville Township, Ohio | 0.0003431721% |
| OH551 | Flatrock Township, Ohio | 0.0001691974% |
| OH552 | Fletcher Village, Ohio | 0.0012151836% |
| OH553 | Florence Township, Erie County, Ohio | 0.0013194115% |
| OH554 | Florence Township, Williams County, Ohio | 0.0002671700% |
| OH555 | Florida Village, Ohio | 0.0015566164% |
| OH556 | Flushing Township, Ohio | 0.0005905501% |
| OH557 | Flushing Village, Ohio | 0.0004640036% |
| OH558 | Forest Park City, Ohio | 0.0861415180% |
| OH559 | Forest Village, Ohio | 0.0023324226% |
| OH560 | Fort Jennings Village, Ohio | 0.0004221969% |
| OH561 | Fort Loramie Village, Ohio | 0.0012778446% |
| OH562 | Fort Recovery Village, Ohio | 0.0009926059% |
| OH563 | Fostoria City, Ohio | 0.0512205361% |
| OH564 | Fowler Township, Ohio | 0.0047569976% |
| OH565 | Frankfort Village, Ohio | 0.0079678326% |
| OH566 | Franklin City, Ohio | 0.0535002847% |
| OH567 | Franklin County, Ohio | 5.7883029997% |
| OH568 | Franklin Township, Adams County, Ohio | 0.0010014012% |
| OH569 | Franklin Township, Brown County, Ohio | 0.0023874837% |
| OH570 | Franklin Township, Clermont County, Ohio | 0.0034132353% |
| OH571 | Franklin Township, Columbiana County, Ohio | 0.0006123293% |
| OH572 | Franklin Township, Coshocton County, Ohio | 0.0002449208% |
| OH573 | Franklin Township, Darke County, Ohio | 0.0004797868% |
| OH574 | Franklin Township, Franklin County, Ohio | 0.0440874644% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH575 | Franklin Township, Fulton County, Ohio | 0.0000733787% |
| OH576 | Franklin Township, Jackson County, Ohio | 0.0003038871% |
| OH577 | Franklin Township, Mercer County, Ohio | 0.0012091744% |
| OH578 | Franklin Township, Portage County, Ohio | 0.0001990581% |
| OH579 | Franklin Township, Richland County, Ohio | 0.0008563765% |
| OH580 | Franklin Township, Shelby County, Ohio | 0.0011802315% |
| OH581 | Franklin Township, Tuscarawas County, Ohio | 0.0031235899% |
| OH582 | Franklin Township, Warren County, Ohio | 0.0035372089% |
| OH583 | Frazeysburg Village, Ohio | 0.0003209896% |
| OH584 | Fredericksburg Village, Ohio | 0.0001198464% |
| OH585 | Fredericktown Village, Ohio | 0.0055729507% |
| OH586 | Freedom Township, Portage County, Ohio | 0.0004265530% |
| OH587 | Freedom Township, Wood County, Ohio | 0.0012305895% |
| OH588 | Freeport Township, Ohio | 0.0002576440% |
| OH589 | Freeport Village, Ohio | 0.0001049661% |
| OH590 | Fremont City, Ohio | 0.0724844646% |
| OH591 | Fulton County, Ohio | 0.1830065436% |
| OH592 | Fulton Village, Ohio | 0.0001234266% |
| OH593 | Fultonham Village, Ohio | 0.0000100309% |
| OH594 | Gahanna City, Ohio | 0.0724048588% |
| OH595 | Galena Village, Ohio | 0.0001402305% |
| OH596 | Galion City, Ohio | 0.0440049221% |
| OH597 | Gallia County, Ohio | 0.3272280412% |
| OH598 | Gallipolis Village, Ohio | 0.0421733929% |
| OH599 | Gambier Village, Ohio | 0.0019348227% |
| OH600 | Gann Village, Ohio | 0.0000330739% |
| OH601 | Garfield Heights City, Ohio | 0.0512449222% |
| OH602 | Garrettsville Village, Ohio | 0.0040959299% |
| OH603 | Gasper Township, Ohio | 0.0060234621% |
| OH604 | Gates Mills Village, Ohio | 0.0065784730% |
| OH605 | Geauga County, Ohio | 0.4034987358% |
| OH606 | Geneva City, Ohio | 0.0306905423% |
| OH607 | Geneva Township, Ohio | 0.0015497902% |
| OH608 | Geneva-On-The-Lake Village, Ohio | 0.0052011898% |
| OH609 | Genoa Township, Ohio | 0.0490971668% |
| OH610 | Genoa Village, Ohio | 0.0023769444% |
| OH611 | Georgetown Village, Ohio | 0.0263243336% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH612 | German Township, Auglaize County, Ohio | 0.0003115915% |
| OH613 | German Township, Clark County, Ohio | 0.0120986353% |
| OH614 | German Township, Fulton County, Ohio | 0.0012718979% |
| OH615 | German Township, Harrison County, Ohio | 0.0002671864% |
| OH616 | German Township, Montgomery County, Ohio | 0.0069298793% |
| OH617 | Germantown City, Ohio | 0.0166173231% |
| OH618 | Gettysburg Village, Ohio | 0.0016993673% |
| OH619 | Gibson Township, Ohio | 0.0000992606% |
| OH620 | Gibsonburg Village, Ohio | 0.0033999699% |
| OH621 | Gilboa Village, Ohio | 0.0001572890% |
| OH622 | Gilead Township, Ohio | 0.0002952061% |
| OH623 | Girard City, Ohio | 0.0699056997% |
| OH624 | Glandorf Village, Ohio | 0.0007698884% |
| OH625 | Glendale Village, Ohio | 0.0089682038% |
| OH626 | Glenford Village, Ohio | 0.0004004647% |
| OH627 | Glenmont Village, Ohio | 0.0000756142% |
| OH628 | Glenwillow Village, Ohio | 0.0043105790% |
| OH629 | Gloria Glens Park Village, Ohio | 0.0002361762% |
| OH630 | Glouster Village, Ohio | 0.0025846274% |
| OH631 | Gnadenhutten Village, Ohio | 0.0020889623% |
| OH632 | Golf Manor Village, Ohio | 0.0149804075% |
| OH633 | Good Hope Township, Ohio | 0.0000544952% |
| OH634 | Gordon Village, Ohio | 0.0000369067% |
| OH635 | Gorham Township, Ohio | 0.0003913532% |
| OH636 | Goshen Township, Auglaize County, Ohio | 0.0000178052% |
| OH637 | Goshen Township, Belmont County, Ohio | 0.0007592787% |
| OH638 | Goshen Township, Champaign County, Ohio | 0.0009305060% |
| OH639 | Goshen Township, Clermont County, Ohio | 0.0551461609% |
| OH640 | Goshen Township, Hardin County, Ohio | 0.0002665626% |
| OH641 | Goshen Township, Mahoning County, Ohio | 0.0098390939% |
| OH642 | Goshen Township, Tuscarawas County, Ohio | 0.0000492680% |
| OH643 | Grafton Township, Ohio | 0.0022594905% |
| OH644 | Grafton Village, Ohio | 0.0066908189% |
| OH645 | Grand Prairie Township, Ohio | 0.0006880499% |
| OH646 | Grand Rapids Township, Ohio | 0.0003306061% |
| OH647 | Grand Rapids Village, Ohio | 0.0005020315% |
| OH648 | Grand River Village, Ohio | 0.0044444886% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH649 | Grand Township, Ohio | 0.0000371919% |
| OH650 | Grandview Heights City, Ohio | 0.0363742583% |
| OH651 | Grandview Township, Ohio | 0.0005932320% |
| OH652 | Granger Township, Ohio | 0.0028459226% |
| OH653 | Granville Township, Licking County, Ohio | 0.0126030583% |
| OH654 | Granville Township, Mercer County, Ohio | 0.0015971931% |
| OH655 | Granville Village, Ohio | 0.0103882561% |
| OH656 | Gratiot Village, Ohio | 0.0002067581% |
| OH657 | Gratis Village, Ohio | 0.0064162966% |
| OH658 | Graysville Village, Ohio | 0.0000309746% |
| OH659 | Green Camp Township, Ohio | 0.0011901403% |
| OH660 | Green Camp Village, Ohio | 0.0002045554% |
| OH661 | Green City, Ohio | 0.0847580205% |
| OH662 | Green Creek Township, Ohio | 0.0006872280% |
| OH663 | Green Springs Village, Ohio | 0.0016423298% |
| OH664 | Green Township, Adams County, Ohio | 0.0000263527% |
| OH665 | Green Township, Brown County, Ohio | 0.0034727036% |
| OH666 | Green Township, Clark County, Ohio | 0.0007485095% |
| OH667 | Green Township, Clinton County, Ohio | 0.0001561262% |
| OH668 | Green Township, Fayette County, Ohio | 0.0001235787% |
| OH669 | Green Township, Gallia County, Ohio | 0.0009184428% |
| OH670 | Green Township, Hamilton County, Ohio | 0.0953852812% |
| OH671 | Green Township, Harrison County, Ohio | 0.0005725423% |
| OH672 | Green Township, Hocking County, Ohio | 0.0033142996% |
| OH673 | Green Township, Mahoning County, Ohio | 0.0033902496% |
| OH674 | Green Township, Monroe County, Ohio | 0.0000062341% |
| OH675 | Green Township, Ross County, Ohio | 0.0105357346% |
| OH676 | Green Township, Scioto County, Ohio | 0.0218077775% |
| OH677 | Green Township, Shelby County, Ohio | 0.0000621174% |
| OH678 | Greene County, Ohio | 0.9063855073% |
| OH679 | Greene Township, Ohio | 0.0000341003% |
| OH680 | Greenfield Township, Fairfield County, Ohio | 0.0084982150% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH681 | Greenfield Township, Huron County, Ohio | 0.0011256045% |
| OH682 | Greenfield Village, Ohio | 0.0148836578% |
| OH683 | Greenhills Village, Ohio | 0.0082250286% |
| OH684 | Greensburg Township, Ohio | 0.0001324539% |
| OH685 | Greenville City, Ohio | 0.0550893674% |
| OH686 | Greenville Township, Ohio | 0.0140737464% |
| OH687 | Greenwich Village, Ohio | 0.0017844949% |
| OH688 | Groton Township, Ohio | 0.0005921768% |
| OH689 | Grove City, Ohio | 0.0733060057% |
| OH690 | Groveport City, Ohio | 0.0125549613% |
| OH691 | Grover Hill Village, Ohio | 0.0001863854% |
| OH692 | Guernsey County, Ohio | 0.2910222727% |
| OH693 | Guilford Township, Ohio | 0.0060579183% |
| OH694 | Gustavus Township, Ohio | 0.0000511505% |
| OH695 | Guyan Township, Ohio | 0.0003561309% |
| OH696 | Hambden Township, Ohio | 0.0039432026% |
| OH697 | Hamden Village, Ohio | 0.0009493296% |
| OH698 | Hamer Township, Ohio | 0.0000451704% |
| OH699 | Hamersville Village, Ohio | 0.0007131445% |
| OH700 | Hamilton City, Ohio | 0.6764224012% |
| OH701 | Hamilton County, Ohio | 5.8561869769% |
| OH702 | Hamilton Township, Franklin County, Ohio | 0.0255910434% |
| OH703 | Hamilton Township, Jackson County, Ohio | 0.0005248960% |
| OH704 | Hamilton Township, Lawrence County, Ohio | 0.0009909733% |
| OH705 | Hamilton Township, Warren County, Ohio | 0.0450761424% |
| OH706 | Hamler Village, Ohio | 0.0004060738% |
| OH707 | Hancock County, Ohio | 0.2855617267% |
| OH708 | Hanging Rock Village, Ohio | 0.0019993320% |
| OH709 | Hanover Township, Butler County, Ohio | 0.0098235954% |
| OH710 | Hanover Township, Columbiana County, Ohio | 0.0013178391% |
| OH711 | Hanover Township, Licking County, Ohio | 0.0043184009% |
| OH712 | Hanover Village, Ohio | 0.0008062251% |
| OH713 | Hanoverton Village, Ohio | 0.0010440744% |
| OH714 | Harbor View Village, Ohio | 0.0001526700% |
| OH715 | Hardin County, Ohio | 0.2235793641% |
| OH716 | Harding Township, Ohio | 0.0000272955% |
| OH717 | Hardy Township, Ohio | 0.0013901375% |
| OH718 | Harlan Township, Ohio | 0.0030485156% |
| OH719 | Harlem Township, Ohio | 0.0049245646% |
| OH720 | Harmony Township, Clark County, Ohio | 0.0018916876% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH721 | Harmony Township, Morrow County, Ohio | 0.0001180824% |
| OH722 | Harpersfield Township, Ohio | 0.0005048559% |
| OH723 | Harpster Village, Ohio | 0.0000822938% |
| OH724 | Harris Township, Ohio | 0.0004190567% |
| OH725 | Harrisburg Village, Ohio | 0.0002978367% |
| OH726 | Harrison City, Ohio | 0.0560804997% |
| OH727 | Harrison County, Ohio | 0.0770641930% |
| OH728 | Harrison Township, Champaign County, Ohio | 0.0001374611% |
| OH729 | Harrison Township, Gallia County, Ohio | 0.0002811560% |
| OH730 | Harrison Township, Hamilton County, Ohio | 0.0022712769% |
| OH731 | Harrison Township, Henry County, Ohio | 0.0000203037% |
| OH732 | Harrison Township, Knox County, Ohio | 0.0000165369% |
| OH733 | Harrison Township, Licking County, Ohio | 0.0003058095% |
| OH734 | Harrison Township, Vinton County, Ohio | 0.0000199508% |
| OH735 | Harrison Township, Montgomery County, Ohio | 0.0328749640% |
| OH736 | Harrison Township, Muskingum County, Ohio | 0.0004112679% |
| OH737 | Harrison Township, Paulding County, Ohio | 0.0000657831% |
| OH738 | Harrison Township, Perry County, Ohio | 0.0020762554% |
| OH739 | Harrison Township, Pickaway County, Ohio | 0.0068306454% |
| OH740 | Harrison Township, Preble County, Ohio | 0.0015877060% |
| OH741 | Harrison Township, Scioto County, Ohio | 0.0071650064% |
| OH742 | Harrison Township, Van Wert County, Ohio | 0.0001858511% |
| OH743 | Harrison Township, Vinton County, Ohio | 0.0005201806% |
| OH744 | Harrisville Township, Ohio | 0.0067192115% |
| OH745 | Harrisville Village, Ohio | 0.0000619645% |
| OH746 | Harrod Village, Ohio | 0.0000673593% |
| OH747 | Harrison Township, Vinton County, Ohio | 0.0007413564% |
| OH748 | Hartford Township, Trumbull County, Ohio | 0.0014833648% |
| OH749 | Hartford Village, Ohio | 0.0002502078% |
| OH750 | Hartland Township, Ohio | 0.0000960882% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH751 | Hartsgrove Township, Ohio | 0.0005870417% |
| OH752 | Hartville Village, Ohio | 0.0099058031% |
| OH753 | Harveysburg Village, Ohio | 0.0012100978% |
| OH754 | Haskins Village, Ohio | 0.0008938610% |
| OH755 | Haviland Village, Ohio | 0.0000511646% |
| OH756 | Hayesville Village, Ohio | 0.0000894727% |
| OH757 | Heath City, Ohio | 0.0429986695% |
| OH758 | Hebron Village, Ohio | 0.0150402674% |
| OH759 | Helena Village, Ohio | 0.0000542548% |
| OH760 | Hemlock Village, Ohio | 0.0003549573% |
| OH761 | Henrietta Township, Ohio | 0.0004674808% |
| OH762 | Henry County, Ohio | 0.1089766836% |
| OH763 | Hicksville Township, Ohio | 0.0002096578% |
| OH764 | Hicksville Village, Ohio | 0.0077242363% |
| OH765 | Higginsport Village, Ohio | 0.0015866304% |
| OH766 | Highland County, Ohio | 0.3882850462% |
| OH767 | Highland Heights City, Ohio | 0.0224853394% |
| OH768 | Highland Hills Village, Ohio | 0.0015764629% |
| OH769 | Highland Township, Defiance County, Ohio | 0.0027365866% |
| OH770 | Highland Township, Muskingum County, Ohio | 0.0001705257% |
| OH771 | Highland Village, Ohio | 0.0000677557% |
| OH772 | Hilliard City, Ohio | 0.0500136505% |
| OH773 | Hills and Dales Village, Ohio | 0.0006069453% |
| OH774 | Hillsboro City, Ohio | 0.0707143136% |
| OH775 | Hinckley Township, Ohio | 0.0165323306% |
| OH776 | Hiram Township, Ohio | 0.0008873315% |
| OH777 | Hiram Village, Ohio | 0.0032539898% |
| OH778 | Hocking County, Ohio | 0.2559590488% |
| OH779 | Holgate Village, Ohio | 0.0002774838% |
| OH780 | Holiday City Village, Ohio | 0.0000613051% |
| OH781 | Holland Village, Ohio | 0.0097536077% |
| OH782 | Hollansburg Village, Ohio | 0.0003567645% |
| OH783 | Holloway Village, Ohio | 0.0002671536% |
| OH784 | Holmes County, Ohio | 0.1337033098% |
| OH785 | Holmes Township, Ohio | 0.0003480370% |
| OH786 | Holmesville Village, Ohio | 0.0000436236% |
| OH787 | Homer Township, Medina County, Ohio | 0.0010864103% |
| OH788 | Homer Township, Morgan County, Ohio | 0.0001820827% |
| OH789 | Hopedale Village, Ohio | 0.0002767288% |
| OH790 | Hopewell Township, Licking County, Ohio | 0.0002502078% |
| OH791 | Hopewell Township, Muskingum County, Ohio | 0.0007422883% |
| OH792 | Hopewell Township, Perry County, Ohio | 0.0012909360% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH793 | Hopewell Township, Seneca County, Ohio | 0.0001303525% |
| OH794 | Howard Township, Ohio | 0.0000496108% |
| OH795 | Howland Township, Ohio | 0.0502639031% |
| OH796 | Hoytville Village, Ohio | 0.0002378935% |
| OH797 | Hubbard City, Ohio | 0.0289341396% |
| OH798 | Hubbard Township, Ohio | 0.0153110532% |
| OH799 | Huber Heights City, Ohio | 0.1252489167% |
| OH800 | Hudson City, Ohio | 0.0660214283% |
| OH801 | Hunting Valley Village, Ohio | 0.0076690112% |
| OH802 | Huntington Township, Brown County, Ohio | 0.0072244638% |
| OH803 | Huntington Township, Ross County, Ohio | 0.0066106570% |
| OH804 | Huntsburg Township, Ohio | 0.0006508198% |
| OH805 | Huntsville Village, Ohio | 0.0008479077% |
| OH806 | Huron City, Ohio | 0.0302737409% |
| OH807 | Huron County, Ohio | 0.3638859630% |
| OH808 | Huron Township, Ohio | 0.0007791800% |
| OH809 | Independence City, Ohio | 0.0311578609% |
| OH810 | Independence Township, Ohio | 0.0000751984% |
| OH811 | Irondale Village, Ohio | 0.0001593821% |
| OH812 | Ironton City, Ohio | 0.0888572696% |
| OH813 | Island Creek Township, Ohio | 0.0026616805% |
| OH814 | Israel Township, Ohio | 0.0004746750% |
| OH815 | Ithaca Village, Ohio | 0.0003813690% |
| OH816 | Jackson Center Village, Ohio | 0.0015263144% |
| OH817 | Jackson City, Ohio | 0.0556665988% |
| OH818 | Jackson County, Ohio | 0.4838159524% |
| OH819 | Jackson Township, Allen County, Ohio | 0.0004227108% |
| OH820 | Jackson Township, Ashland County, Ohio | 0.0000162678% |
| OH821 | Jackson Township, Auglaize County, Ohio | 0.0003115915% |
| OH822 | Jackson Township, Brown County, Ohio | 0.0004961005% |
| OH823 | Jackson Township, Clermont County, Ohio | 0.0014652778% |
| OH824 | Jackson Township, Coshocton County, Ohio | 0.0005510719% |
| OH825 | Jackson Township, Crawford County, Ohio | 0.0000108762% |
| OH826 | Jackson Township, Franklin County, Ohio | 0.0661350150% |
| OH827 | Jackson Township, Guernsey County, Ohio | 0.0010334405% |
| OH828 | Jackson Township, Hardin County, Ohio | 0.0015327348% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH829 | Jackson Township, Highland County, Ohio | 0.0000451704% |
| OH830 | Jackson Township, Jackson County, Ohio | 0.0001105044% |
| OH831 | Jackson Township, Mahoning County, Ohio | 0.0058960862% |
| OH832 | Jackson Township, Monroe County, Ohio | 0.0000561065% |
| OH833 | Jackson Township, Montgomery County, Ohio | 0.0086323757% |
| OH834 | Jackson Township, Muskingum County, Ohio | 0.0011435253% |
| OH835 | Jackson Township, Noble County, Ohio | 0.0001207342% |
| OH836 | Jackson Township, Monroe County, Ohio | 0.0001534939% |
| OH837 | Jackson Township, Pickaway County, Ohio | 0.0001894702% |
| OH838 | Jackson Township, Pike County, Ohio | 0.0004309715% |
| OH839 | Jackson Township, Richland County, Ohio | 0.0004638706% |
| OH840 | Jackson Township, Sandusky County, Ohio | 0.0004340387% |
| OH841 | Jackson Township, Seneca County, Ohio | 0.0004311659% |
| OH842 | Jackson Township, Shelby County, Ohio | 0.0013665838% |
| OH843 | Jackson Township, Stark County, Ohio | 0.1371869620% |
| OH844 | Jackson Township, Union County, Ohio | 0.0001416902% |
| OH845 | Jackson Township, Vinton County, Ohio | 0.0000910316% |
| OH846 | Jackson Township, Wood County, Ohio | 0.0001346914% |
| OH847 | Jackson Township, Wyandot County, Ohio | 0.0001214367% |
| OH848 | Jacksonburg Village, Ohio | 0.0002870780% |
| OH849 | Jacksonville Village, Ohio | 0.0008441727% |
| OH850 | Jamestown Village, Ohio | 0.0034877253% |
| OH851 | Jefferson County, Ohio | 0.6622324840% |
| OH852 | Jefferson Township, Adams County, Ohio | 0.0007642272% |
| OH853 | Jefferson Township, Brown County, Ohio | 0.0006821382% |
| OH854 | Jefferson Township, Clinton County, Ohio | 0.0014720474% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH855 | Jefferson Township, Coshocton County, Ohio | 0.0000612302% |
| OH856 | Jefferson Township, Crawford County, Ohio | 0.0004567985% |
| OH857 | Jefferson Township, Fayette County, Ohio | 0.0005898074% |
| OH858 | Jefferson Township, Franklin County, Ohio | 0.0261561693% |
| OH859 | Jefferson Township, Greene County, Ohio | 0.0000619123% |
| OH860 | Jefferson Township, Guernsey County, Ohio | 0.0000679895% |
| OH861 | Jefferson Township, Jackson County, Ohio | 0.0000828783% |
| OH862 | Jefferson Township, Knox County, Ohio | 0.0006284039% |
| OH863 | Jefferson Township, Logan County, Ohio | 0.0002493846% |
| OH864 | Jefferson Township, Madison County, Ohio | 0.0262668976% |
| OH865 | Jefferson Township, Montgomery County, Ohio | 0.0133322246% |
| OH866 | Jefferson Township, Muskingum County, Ohio | 0.0005015462% |
| OH867 | Jefferson Township, Noble County, Ohio | 0.0000172477% |
| OH868 | Jefferson Township, Preble County, Ohio | 0.0008020371% |
| OH869 | Jefferson Township, Richland County, Ohio | 0.0017662765% |
| OH870 | Jefferson Township, Ross County, Ohio | 0.0009148677% |
| OH871 | Jefferson Township, Scioto County, Ohio | 0.0036109358% |
| OH872 | Jefferson Township, Tuscarawas County, Ohio | 0.0008079949% |
| OH873 | Jefferson Township, Williams County, Ohio | 0.0002200224% |
| OH874 | Jefferson Village, Ohio | 0.0039566613% |
| OH875 | Jeffersonville Village, Ohio | 0.0000112344% |
| OH876 | Jenera Village, Ohio | 0.0001194701% |
| OH877 | Jennings Township, Ohio | 0.0002731862% |
| OH878 | Jerome Township, Ohio | 0.0044044550% |
| OH879 | Jeromesville Village, Ohio | 0.0003085668% |
| OH880 | Jerry City Village, Ohio | 0.0003417298% |
| OH881 | Jersey Township, Ohio | 0.0017699883% |
| OH882 | Jerusalem Township, Ohio | 0.0021563480% |
| OH883 | Jerusalem Village, Ohio | 0.0000311703% |
| OH884 | Jewett Village, Ohio | 0.0001813051% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH885 | Johnson Township, Ohio | 0.0002326265% |
| OH886 | Johnston Township, Ohio | 0.0002216522% |
| OH887 | Johnstown Village, Ohio | 0.0092206199% |
| OH888 | Junction City Village, Ohio | 0.0017212480% |
| OH889 | Kalida Village, Ohio | 0.0022682733% |
| OH890 | Kelleys Island Village, Ohio | 0.0028777715% |
| OH891 | Kent City, Ohio | 0.0513285414% |
| OH892 | Kenton City, Ohio | 0.0306658035% |
| OH893 | Kettering City, Ohio | 0.3384195127% |
| OH894 | Kettlersville Village, Ohio | 0.0000266218% |
| OH895 | Killbuck Township, Ohio | 0.0002093931% |
| OH896 | Killbuck Village, Ohio | 0.0010702314% |
| OH897 | Kingston Township, Ohio | 0.0000164977% |
| OH898 | Kingston Village, Ohio | 0.0076824625% |
| OH899 | Kingsville Township, Ohio | 0.0011036385% |
| OH900 | Kinsman Township, Ohio | 0.0020801208% |
| OH901 | Kipton Village, Ohio | 0.0000973918% |
| OH902 | Kirby Village, Ohio | 0.0000472254% |
| OH903 | Kirkersville Village, Ohio | 0.0005560173% |
| OH904 | Kirkwood Township, Ohio | 0.0000140607% |
| OH905 | Kirtland City, Ohio | 0.0223930205% |
| OH906 | Kirtland Hills Village, Ohio | 0.0096850050% |
| OH907 | Knox County, Ohio | 0.3115395206% |
| OH908 | Knox Township, Columbiana County, Ohio | 0.0005191487% |
| OH909 | Knox Township, Guernsey County, Ohio | 0.0002039685% |
| OH910 | Knox Township, Jefferson County, Ohio | 0.0010041070% |
| OH911 | Knox Township, Vinton County, Ohio | 0.0001170406% |
| OH912 | La Grange Township, Ohio | 0.0042170664% |
| OH913 | La Rue Village, Ohio | 0.0006694539% |
| OH914 | Lafayette Township, Ohio | 0.0073805047% |
| OH915 | Lafayette Village, Ohio | 0.0000886329% |
| OH916 | Lagrange Village, Ohio | 0.0054247251% |
| OH917 | Lake County, Ohio | 1.2794251773% |
| OH918 | Lake Township, Stark County, Ohio | 0.0367336076% |
| OH919 | Lake Township, Wood County, Ohio | 0.0141058613% |
| OH920 | Lakeline Village, Ohio | 0.0000947652% |
| OH921 | Lakemore Village, Ohio | 0.0083562888% |
| OH922 | Lakeview Village, Ohio | 0.0008279569% |
| OH923 | Lakewood City, Ohio | 0.1081106545% |
| OH924 | Lancaster City, Ohio | 0.1565040398% |
| OH925 | Latty Township, Ohio | 0.0000877108% |
| OH926 | Latty Village, Ohio | 0.0000219277% |
| OH927 | Laura Village, Ohio | 0.0001135686% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH928 | Laurel Township, Ohio | 0.0001089904% |
| OH929 | Laurelville Village, Ohio | 0.0007183460% |
| OH930 | Lawrence County, Ohio | 0.5322395718% |
| OH931 | Lawrence Township, Lawrence County, Ohio | 0.0093186258% |
| OH932 | Lawrence Township, Stark County, Ohio | 0.0140521883% |
| OH933 | Lawrence Township, Tuscarawas County, Ohio | 0.0052322595% |
| OH934 | Lawrence Township, Washington County, Ohio | 0.0000334215% |
| OH935 | Lebanon City, Ohio | 0.0873597515% |
| OH936 | Lebanon Township, Ohio | 0.0004736376% |
| OH937 | Lee Township, Athens County, Ohio | 0.0005836255% |
| OH938 | Lee Township, Carroll County, Ohio | 0.0000980404% |
| OH939 | Lee Township, Monroe County, Ohio | 0.0000872768% |
| OH940 | Leesburg Township, Ohio | 0.0001989692% |
| OH941 | Leesburg Village, Ohio | 0.0054882077% |
| OH942 | Leesville Village, Ohio | 0.0000217868% |
| OH943 | Leetonia Village, Ohio | 0.0074544436% |
| OH944 | Leipsic Village, Ohio | 0.0030629968% |
| OH945 | Lemon Township, Ohio | 0.0041524079% |
| OH946 | Lenox Township, Ohio | 0.0002582984% |
| OH947 | Leroy Township, Ohio | 0.0053731877% |
| OH948 | Letart Township, Ohio | 0.0005413001% |
| OH949 | Lewis Township, Ohio | 0.0039998104% |
| OH950 | Lewisburg Village, Ohio | 0.0132254277% |
| OH951 | Lewisville Village, Ohio | 0.0001745536% |
| OH952 | Lexington Township, Ohio | 0.0014349065% |
| OH953 | Lexington Village, Ohio | 0.0093220146% |
| OH954 | Liberty Center Village, Ohio | 0.0002842517% |
| OH955 | Liberty Township, Adams County, Ohio | 0.0005534059% |
| OH956 | Liberty Township, Butler County, Ohio | 0.1149425287% |
| OH957 | Liberty Township, Clinton County, Ohio | 0.0016058699% |
| OH958 | Liberty Township, Crawford County, Ohio | 0.0001413900% |
| OH959 | Liberty Township, Darke County, Ohio | 0.0010825959% |
| OH960 | Liberty Township, Delaware County, Ohio | 0.0646792482% |
| OH961 | Liberty Township, Guernsey County, Ohio | 0.0001631748% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH962 | Liberty Township, Hancock County, Ohio | 0.0013703927% |
| OH963 | Liberty Township, Hardin County, Ohio | 0.0010773571% |
| OH964 | Liberty Township, Henry County, Ohio | 0.0006632539% |
| OH965 | Liberty Township, Highland County, Ohio | 0.0016487208% |
| OH966 | Liberty Township, Jackson County, Ohio | 0.0018785750% |
| OH967 | Liberty Township, Knox County, Ohio | 0.0003803498% |
| OH968 | Liberty Township, Licking County, Ohio | 0.0000926695% |
| OH969 | Liberty Township, Logan County, Ohio | 0.0003591138% |
| OH970 | Liberty Township, Mercer County, Ohio | 0.0002526633% |
| OH971 | Liberty Township, Putnam County, Ohio | 0.0002235160% |
| OH972 | Liberty Township, Seneca County, Ohio | 0.0003409218% |
| OH973 | Liberty Township, Trumbull County, Ohio | 0.0688997396% |
| OH974 | Liberty Township, Union County, Ohio | 0.0017726349% |
| OH975 | Liberty Township, Wood County, Ohio | 0.0002142817% |
| OH976 | Lick Township, Ohio | 0.0000552522% |
| OH977 | Licking County, Ohio | 0.7119059883% |
| OH978 | Licking Township, Licking County, Ohio | 0.0031507646% |
| OH979 | Licking Township, Muskingum County, Ohio | 0.0012839582% |
| OH980 | Lima City, Ohio | 0.1727455397% |
| OH981 | Limaville Village, Ohio | 0.0003869608% |
| OH982 | Lincoln Heights Village, Ohio | 0.0083419326% |
| OH983 | Lincoln Township, Ohio | 0.0001771237% |
| OH984 | Lindsey Village, Ohio | 0.0006510581% |
| OH985 | Linndale Village, Ohio | 0.0028091858% |
| OH986 | Lisbon Village, Ohio | 0.0009584285% |
| OH987 | Litchfield Township, Ohio | 0.0019838797% |
| OH988 | Lithopolis Village, Ohio | 0.0014069809% |
| OH989 | Liverpool Township, Columbiana County, Ohio | 0.0053112911% |
| OH990 | Liverpool Township, Medina County, Ohio | 0.0054202427% |
| OH991 | Lockbourne Village, Ohio | 0.0000076368% |
| OH992 | Lockington Village, Ohio | 0.0000443696% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH993 | Lockland Village, Ohio | 0.0146296956% |
| OH994 | Lodi Township, Ohio | 0.0003856097% |
| OH995 | Lodi Village, Ohio | 0.0068845348% |
| OH996 | Logan City, Ohio | 0.0081742815% |
| OH997 | Logan County, Ohio | 0.2671308245% |
| OH998 | Logan Township, Ohio | 0.0001602471% |
| OH999 | London City, Ohio | 0.0432082694% |
| OH1000 | Londonderry Township, Ohio | 0.0001223811% |
| OH1001 | Lorain City, Ohio | 0.2833225817% |
| OH1002 | Lorain County, Ohio | 1.3357776870% |
| OH1003 | Lordstown Village, Ohio | 0.0208012082% |
| OH1004 | Lore City Village, Ohio | 0.0001903706% |
| OH1005 | Lostcreek Township, Ohio | 0.0008063368% |
| OH1006 | Loudon Township, Carroll County, Ohio | 0.0003703748% |
| OH1007 | Loudon Township, Seneca County, Ohio | 0.0000802169% |
| OH1008 | Loudonville Village, Ohio | 0.0063961356% |
| OH1009 | Louisville City, Ohio | 0.0170110645% |
| OH1010 | Loveland City, Ohio | 0.0476149868% |
| OH1011 | Lowell Village, Ohio | 0.0000835538% |
| OH1012 | Lowellville Village, Ohio | 0.0039921417% |
| OH1013 | Lower Salem Village, Ohio | 0.0000220891% |
| OH1014 | Lucas County, Ohio | 3.1972089435% |
| OH1015 | Lucas Village, Ohio | 0.0007671706% |
| OH1016 | Luckey Village, Ohio | 0.0005693772% |
| OH1017 | Ludlow Falls Village, Ohio | 0.0002558525% |
| OH1018 | Ludlow Township, Ohio | 0.0000501323% |
| OH1019 | Lykens Township, Ohio | 0.0000217523% |
| OH1020 | Lynchburg Village, Ohio | 0.0028908592% |
| OH1021 | Lyndhurst City, Ohio | 0.0338761729% |
| OH1022 | Lynn Township, Ohio | 0.0000111068% |
| OH1023 | Lyons Village, Ohio | 0.0001442518% |
| OH1024 | Macedonia City, Ohio | 0.0527014847% |
| OH1025 | Macksburg Village, Ohio | 0.0000477742% |
| OH1026 | Mad River Township, Champaign County, Ohio | 0.0003806616% |
| OH1027 | Mad River Township, Clark County, Ohio | 0.0132962505% |
| OH1028 | Madeira City, Ohio | 0.0133187012% |
| OH1029 | Madison County, Ohio | 0.2562654482% |
| OH1030 | Madison Township, Butler County, Ohio | 0.0065436778% |
| OH1031 | Madison Township, Clark County, Ohio | 0.0028035083% |
| OH1032 | Madison Township, Columbiana County, Ohio | 0.0001863611% |
| OH1033 | Madison Township, Fayette County, Ohio | 0.0003651188% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1034 | Madison Township, Franklin County, Ohio | 0.0648596631% |
| OH1035 | Madison Township, Guernsey County, Ohio | 0.0001087832% |
| OH1036 | Madison Township, Hancock County, Ohio | 0.0001546084% |
| OH1037 | Madison Township, Highland County, Ohio | 0.0000451704% |
| OH1038 | Madison Township, Lake County, Ohio | 0.0185550292% |
| OH1039 | Madison Township, Licking County, Ohio | 0.0016124501% |
| OH1040 | Madison Township, Muskingum County, Ohio | 0.0000200618% |
| OH1041 | Madison Township, Pickaway County, Ohio | 0.0005781272% |
| OH1042 | Madison Township, Richland County, Ohio | 0.0162443911% |
| OH1043 | Madison Township, Sandusky County, Ohio | 0.0010398844% |
| OH1044 | Madison Township, Scioto County, Ohio | 0.0090415557% |
| OH1045 | Madison Township, Williams County, Ohio | 0.0001650168% |
| OH1046 | Madison Village, Ohio | 0.0069557668% |
| OH1047 | Magnetic Springs Village, Ohio | 0.0003286007% |
| OH1048 | Magnolia Village, Ohio | 0.0039121470% |
| OH1049 | Mahoning County, Ohio | 1.6000258367% |
| OH1050 | Maineville Village, Ohio | 0.0020362222% |
| OH1051 | Malaga Township, Ohio | 0.0000561065% |
| OH1052 | Malinta Village, Ohio | 0.0000609111% |
| OH1053 | Malta Village, Ohio | 0.0001392397% |
| OH1054 | Malvern Village, Ohio | 0.0005882424% |
| OH1055 | Manchester Township, Ohio | 0.0013966912% |
| OH1056 | Manchester Village, Ohio | 0.0025562084% |
| OH1057 | Mansfield City, Ohio | 0.2140405926% |
| OH1058 | Mantua Township, Ohio | 0.0000649985% |
| OH1059 | Mantua Village, Ohio | 0.0015884020% |
| OH1060 | Maple Heights City, Ohio | 0.0395380059% |
| OH1061 | Marble Cliff Village, Ohio | 0.0004658471% |
| OH1062 | Marblehead Village, Ohio | 0.0019235388% |
| OH1063 | Marengo Village, Ohio | 0.0002597814% |
| OH1064 | Margaretta Township, Ohio | 0.0078229674% |
| OH1065 | Mariemont Village, Ohio | 0.0153812210% |
| OH1066 | Marietta City, Ohio | 0.0852917164% |
| OH1067 | Marietta Township, Ohio | 0.0002088845% |
| OH1068 | Marion City, Ohio | 0.2496505326% |
| OH1069 | Marion County, Ohio | 0.3374233828% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1070 | Marion Township, Allen County, Ohio | 0.0001840837% |
| OH1071 | Marion Township, Clinton County, Ohio | 0.0020965523% |
| OH1072 | Marion Township, Fayette County, Ohio | 0.0007695582% |
| OH1073 | Marion Township, Hardin County, Ohio | 0.0006108726% |
| OH1074 | Marion Township, Henry County, Ohio | 0.0000947506% |
| OH1075 | Marion Township, Hocking County, Ohio | 0.0001634856% |
| OH1076 | Marion Township, Marion County, Ohio | 0.0526451142% |
| OH1077 | Marion Township, Mercer County, Ohio | 0.0015069562% |
| OH1078 | Marion Township, Pike County, Ohio | 0.0001943597% |
| OH1079 | Mark Township, Ohio | 0.0001324155% |
| OH1080 | Marlboro Township, Delaware County, Ohio | 0.0001979724% |
| OH1081 | Marlboro Township, Stark County, Ohio | 0.0048193068% |
| OH1082 | Marseilles Township, Ohio | 0.0000067465% |
| OH1083 | Marseilles Village, Ohio | 0.0000067465% |
| OH1084 | Marshall Township, Ohio | 0.0006323861% |
| OH1085 | Marshallville Village, Ohio | 0.0004600557% |
| OH1086 | Martins Ferry City, Ohio | 0.0347299689% |
| OH1087 | Martinsburg Village, Ohio | 0.0000165369% |
| OH1088 | Martinsville Village, Ohio | 0.0006022012% |
| OH1089 | Mary Ann Township, Ohio | 0.0009452294% |
| OH1090 | Marysville City, Ohio | 0.0386422342% |
| OH1091 | Mason City, Ohio | 0.1510527828% |
| OH1092 | Mason Township, Ohio | 0.0000347710% |
| OH1093 | Massie Township, Ohio | 0.0001279911% |
| OH1094 | Massillon City, Ohio | 0.1194930798% |
| OH1095 | Matamoras Village, Ohio | 0.0003175044% |
| OH1096 | Maumee City, Ohio | 0.0830057490% |
| OH1097 | Mayfield Heights City, Ohio | 0.0460098010% |
| OH1098 | Mayfield Village, Ohio | 0.0222206201% |
| OH1099 | McArthur Village, Ohio | 0.0034201873% |
| OH1100 | McClure Village, Ohio | 0.0000744469% |
| OH1101 | McComb Village, Ohio | 0.0019536880% |
| OH1102 | McConnelsville Village, Ohio | 0.0038344466% |
| OH1103 | McDonald Township, Ohio | 0.0004331642% |
| OH1104 | McDonald Village, Ohio | 0.0085762358% |
| OH1105 | McGuffey Village, Ohio | 0.0000111068% |
| OH1106 | McKean Township, Ohio | 0.0016773188% |
| OH1107 | McLean Township, Ohio | 0.0000088739% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| OH1108 | Mead Township, Ohio | 0.0016310431% |
| OH1109 | Mecca Township, Ohio | 0.0015686157% |
| OH1110 | Mechanicsburg Village, Ohio | 0.0059742716% |
| OH1111 | Medina City, Ohio | 0.0850942672% |
| OH1112 | Medina County, Ohio | 0.7825696764% |
| OH1113 | Medina Township, Ohio | 0.0180792844% |
| OH1114 | Meigs County, Ohio | 0.1986571471% |
| OH1115 | Meigs Township, Ohio | 0.0019764498% |
| OH1116 | Meigsville Township, Ohio | 0.0000749752% |
| OH1117 | Melrose Village, Ohio | 0.0001123652% |
| OH1118 | Mendon Village, Ohio | 0.0000902369% |
| OH1119 | Mentor City, Ohio | 0.2495262895% |
| OH1120 | Mentor-On-The-Lake City, Ohio | 0.0195974466% |
| OH1121 | Mercer County, Ohio | 0.1655486085% |
| OH1122 | Mesopotamia Township, Ohio | 0.0029496795% |
| OH1123 | Metamora Village, Ohio | 0.0001589872% |
| OH1124 | Meyers Lake Village, Ohio | 0.0015027860% |
| OH1125 | Miami County, Ohio | 0.5778482109% |
| OH1126 | Miami Township, Clermont County, Ohio | 0.2187745945% |
| OH1127 | Miami Township, Greene County, Ohio | 0.0056649739% |
| OH1128 | Miami Township, Hamilton County, Ohio | 0.0222368033% |
| OH1129 | Miami Township, Logan County, Ohio | 0.0002394092% |
| OH1130 | Miami Township, Montgomery County, Ohio | 0.1354683508% |
| OH1131 | Miamisburg City, Ohio | 0.1660413479% |
| OH1132 | Middle Point Village, Ohio | 0.0010159860% |
| OH1133 | Middleburg Heights City, Ohio | 0.0377244809% |
| OH1134 | Middlebury Township, Ohio | 0.0002811281% |
| OH1135 | Middlefield Village, Ohio | 0.0110639374% |
| OH1136 | Middleport Village, Ohio | 0.0066985891% |
| OH1137 | Middleton Township, Columbiana County, Ohio | 0.0013311506% |
| OH1138 | Middleton Township, Wood County, Ohio | 0.0032264709% |
| OH1139 | Middletown City, Ohio | 0.5826547123% |
| OH1140 | Midland Village, Ohio | 0.0000223037% |
| OH1141 | Midvale Village, Ohio | 0.0004926798% |
| OH1142 | Midway Village, Ohio | 0.0006778443% |
| OH1143 | Mifflin Township, Ashland County, Ohio | 0.0003416231% |
| OH1144 | Mifflin Township, Franklin County, Ohio | 0.0915733216% |
| OH1145 | Mifflin Township, Pike County, Ohio | 0.0001267563% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1146 | Mifflin Township, Richland County, Ohio | 0.0080552911% |
| OH1147 | Mifflin Township, Wyandot County, Ohio | 0.0001214367% |
| OH1148 | Mifflin Village, Ohio | 0.0001545438% |
| OH1149 | Milan Township, Ohio | 0.0020258680% |
| OH1150 | Milan Village, Ohio | 0.0040820332% |
| OH1151 | Milford Center Village, Ohio | 0.0000633084% |
| OH1152 | Milford City, Ohio | 0.0751522099% |
| OH1153 | Milford Township, Butler County, Ohio | 0.0015672512% |
| OH1154 | Milford Township, Defiance County, Ohio | 0.0002979348% |
| OH1155 | Mill Creek Township, Coshocton County, Ohio | 0.0000229613% |
| OH1156 | Mill Creek Township, Williams County, Ohio | 0.0000628635% |
| OH1157 | Mill Township, Ohio | 0.0121593375% |
| OH1158 | Millbury Village, Ohio | 0.0009905091% |
| OH1159 | Millcreek Township, Ohio | 0.0000180881% |
| OH1160 | Milledgeville Village, Ohio | 0.0000257235% |
| OH1161 | Miller City Village, Ohio | 0.0000248351% |
| OH1162 | Miller Township, Ohio | 0.0008599212% |
| OH1163 | Millersburg Village, Ohio | 0.0018263731% |
| OH1164 | Millersport Village, Ohio | 0.0058664571% |
| OH1165 | Millville Village, Ohio | 0.0076100550% |
| OH1166 | Millwood Township, Ohio | 0.0000543916% |
| OH1167 | Milton Center Village, Ohio | 0.0000061223% |
| OH1168 | Milton Township, Ashland County, Ohio | 0.0000162678% |
| OH1169 | Milton Township, Mahoning County, Ohio | 0.0048642711% |
| OH1170 | Miltonsburg Village, Ohio | 0.0000172975% |
| OH1171 | Mineral City Village, Ohio | 0.0026506173% |
| OH1172 | Minerva Park Village, Ohio | 0.0030776456% |
| OH1173 | Minerva Village, Ohio | 0.0118214870% |
| OH1174 | Mingo Junction Village, Ohio | 0.0074909571% |
| OH1175 | Minster Village, Ohio | 0.0056442578% |
| OH1176 | Mississinawa Township, Ohio | 0.0003444623% |
| OH1177 | Mogadore Village, Ohio | 0.0107618198% |
| OH1178 | Monclova Township, Ohio | 0.0108181339% |
| OH1179 | Monday Creek Township, Ohio | 0.0000430312% |
| OH1180 | Monroe City, Ohio | 0.1198391105% |
| OH1181 | Monroe County, Ohio | 0.0768222745% |
| OH1182 | Monroe Township, Adams County, Ohio | 0.0016865705% |
| OH1183 | Monroe Township, Allen County, Ohio | 0.0002727166% |

G-169

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1184 | Monroe Township, Carroll County, Ohio | 0.0010130841% |
| OH1185 | Monroe Township, Clermont County, Ohio | 0.0034821896% |
| OH1186 | Monroe Township, Darke County, Ohio | 0.0006151113% |
| OH1187 | Monroe Township, Guernsey County, Ohio | 0.0001903706% |
| OH1188 | Monroe Township, Harrison County, Ohio | 0.0003530677% |
| OH1189 | Monroe Township, Knox County, Ohio | 0.0021828768% |
| OH1190 | Monroe Township, Licking County, Ohio | 0.0160503654% |
| OH1191 | Monroe Township, Logan County, Ohio | 0.0001895323% |
| OH1192 | Monroe Township, Muskingum County, Ohio | 0.0001203711% |
| OH1193 | Monroe Township, Perry County, Ohio | 0.0000753046% |
| OH1194 | Monroe Township, Pickaway County, Ohio | 0.0003740823% |
| OH1195 | Monroe Township, Preble County, Ohio | 0.0020296448% |
| OH1196 | Monroe Township, Putnam County, Ohio | 0.0007698884% |
| OH1197 | Monroe Township, Richland County, Ohio | 0.0011596765% |
| OH1198 | Monroeville Village, Ohio | 0.0057515643% |
| OH1199 | Monterey Township, Ohio | 0.0001158972% |
| OH1200 | Montezuma Village, Ohio | 0.0003248528% |
| OH1201 | Montgomery City, Ohio | 0.0491831661% |
| OH1202 | Montgomery County, Ohio | 5.1644746001% |
| OH1203 | Montgomery Township, Marion County, Ohio | 0.0007252418% |
| OH1204 | Montgomery Township, Wood County, Ohio | 0.0011448768% |
| OH1205 | Montpelier Village, Ohio | 0.0054141221% |
| OH1206 | Montville Township, Geauga County, Ohio | 0.0005742528% |
| OH1207 | Montville Township, Medina County, Ohio | 0.0202875314% |
| OH1208 | Moorefield Township, Ohio | 0.0090773788% |
| OH1209 | Moraine City, Ohio | 0.0890573422% |
| OH1210 | Moreland Hills Village, Ohio | 0.0034611065% |
| OH1211 | Morgan County, Ohio | 0.0873568346% |
| OH1212 | Morgan Township, Ashtabula County, Ohio | 0.0013032327% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1213 | Morgan Township, Butler County, Ohio | 0.0060266465% |
| OH1214 | Morgan Township, Gallia County, Ohio | 0.0004498495% |
| OH1215 | Morgan Township, Knox County, Ohio | 0.0013394926% |
| OH1216 | Morgan Township, Scioto County, Ohio | 0.0014216283% |
| OH1217 | Morral Village, Ohio | 0.0008926053% |
| OH1218 | Morris Township, Ohio | 0.0000330739% |
| OH1219 | Morristown Village, Ohio | 0.0004780643% |
| OH1220 | Morrow County, Ohio | 0.2192732037% |
| OH1221 | Morrow Village, Ohio | 0.0015475289% |
| OH1222 | Moscow Village, Ohio | 0.0010343137% |
| OH1223 | Moulton Township, Ohio | 0.0002403706% |
| OH1224 | Mount Blanchard Village, Ohio | 0.0000632489% |
| OH1225 | Mount Cory Village, Ohio | 0.0001194701% |
| OH1226 | Mount Eaton Village, Ohio | 0.0003286112% |
| OH1227 | Mount Gilead Village, Ohio | 0.0047705309% |
| OH1228 | Mount Healthy City, Ohio | 0.0150472097% |
| OH1229 | Mount Orab Village, Ohio | 0.0858253892% |
| OH1230 | Mount Pleasant Township, Ohio | 0.0009562924% |
| OH1231 | Mount Pleasant Village, Ohio | 0.0001593821% |
| OH1232 | Mount Sterling Village, Ohio | 0.0092167280% |
| OH1233 | Mount Vernon City, Ohio | 0.0916146794% |
| OH1234 | Mount Victory Village, Ohio | 0.0003726928% |
| OH1235 | Mowrystown Village, Ohio | 0.0099826658% |
| OH1236 | Munroe Falls City, Ohio | 0.0144765234% |
| OH1237 | Munson Township, Ohio | 0.0126431327% |
| OH1238 | Murray City Village, Ohio | 0.0003666041% |
| OH1239 | Muskingum County, Ohio | 0.5186890264% |
| OH1240 | Muskingum Township, Ohio | 0.0034591272% |
| OH1241 | Mutual Village, Ohio | 0.0000512624% |
| OH1242 | Napoleon City, Ohio | 0.0200262083% |
| OH1243 | Napoleon Township, Ohio | 0.0008595230% |
| OH1244 | Nashville Village, Ohio | 0.0001163295% |
| OH1245 | Navarre Village, Ohio | 0.0045125337% |
| OH1246 | Nellie Village, Ohio | 0.0000766034% |
| OH1247 | Nelsonville City, Ohio | 0.0153618582% |
| OH1248 | Nevada Village, Ohio | 0.0000539719% |
| OH1249 | Neville Village, Ohio | 0.0000172386% |
| OH1250 | New Albany City, Ohio | 0.0355984449% |
| OH1251 | New Alexandria Village, Ohio | 0.0001593821% |
| OH1252 | New Athens Village, Ohio | 0.0001049661% |
| OH1253 | New Bavaria Village, Ohio | 0.0001925555% |
| OH1254 | New Bloomington Village, Ohio | 0.0006286558% |
| OH1255 | New Boston Village, Ohio | 0.0217793450% |
| OH1256 | New Bremen Village, Ohio | 0.0076829566% |
| OH1257 | New Carlisle City, Ohio | 0.0121258538% |

G-171

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1258 | New Concord Village, Ohio | 0.0073426360% |
| OH1259 | New Franklin City, Ohio | 0.0293867642% |
| OH1260 | New Haven Township, Ohio | 0.0016334992% |
| OH1261 | New Holland Village, Ohio | 0.0001903085% |
| OH1262 | New Jasper Township, Ohio | 0.0016406755% |
| OH1263 | New Knoxville Village, Ohio | 0.0011840478% |
| OH1264 | New Lebanon Village, Ohio | 0.0058388430% |
| OH1265 | New Lexington Village, Ohio | 0.0129954223% |
| OH1266 | New London Township, Ohio | 0.0002882646% |
| OH1267 | New London Village, Ohio | 0.0030473682% |
| OH1268 | New Madison Village, Ohio | 0.0016608005% |
| OH1269 | New Market Township, Ohio | 0.0002484374% |
| OH1270 | New Miami Village, Ohio | 0.0024074272% |
| OH1271 | New Middletown Village, Ohio | 0.0007615778% |
| OH1272 | New Paris Village, Ohio | 0.0016204423% |
| OH1273 | New Philadelphia City, Ohio | 0.0774788253% |
| OH1274 | New Richmond Village, Ohio | 0.0330808011% |
| OH1275 | New Riegel Village, Ohio | 0.0002406507% |
| OH1276 | New Russia Township, Ohio | 0.0008375698% |
| OH1277 | New Straitsville Village, Ohio | 0.0021300444% |
| OH1278 | New Vienna Village, Ohio | 0.0009144537% |
| OH1279 | New Washington Village, Ohio | 0.0012290055% |
| OH1280 | New Waterford Village, Ohio | 0.0048586998% |
| OH1281 | New Weston Village, Ohio | 0.0000861156% |
| OH1282 | Newark City, Ohio | 0.1777772576% |
| OH1283 | Newark Township, Ohio | 0.0018255901% |
| OH1284 | Newberry Township, Ohio | 0.0019874499% |
| OH1285 | Newburgh Heights Village, Ohio | 0.0042789708% |
| OH1286 | Newbury Township, Ohio | 0.0027755552% |
| OH1287 | Newcomerstown Village, Ohio | 0.0076759513% |
| OH1288 | Newton Falls Village, Ohio | 0.0365044154% |
| OH1289 | Newton Township, Licking County, Ohio | 0.0011027676% |
| OH1290 | Newton Township, Muskingum County, Ohio | 0.0020262466% |
| OH1291 | Newton Township, Pike County, Ohio | 0.0002281614% |
| OH1292 | Newton Township, Trumbull County, Ohio | 0.0026939270% |
| OH1293 | Newtonsville Village, Ohio | 0.0005516340% |
| OH1294 | Newtown Village, Ohio | 0.0057282940% |
| OH1295 | Ney Village, Ohio | 0.0000662077% |
| OH1296 | Nile Township, Ohio | 0.0052315920% |
| OH1297 | Niles City, Ohio | 0.1643806952% |
| OH1298 | Nimishillen Township, Ohio | 0.0122610291% |
| OH1299 | Noble County, Ohio | 0.0987433126% |
| OH1300 | Noble Township, Auglaize County, Ohio | 0.0000089026% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1301 | Noble Township, Defiance County, Ohio | 0.0003420733% |
| OH1302 | Noble Township, Noble County, Ohio | 0.0008278915% |
| OH1303 | North Baltimore Village, Ohio | 0.0034529973% |
| OH1304 | North Bend Village, Ohio | 0.0025608089% |
| OH1305 | North Bloomfield Township, Ohio | 0.0004132886% |
| OH1306 | North Canton City, Ohio | 0.0524878920% |
| OH1307 | North College Hill City, Ohio | 0.0194144077% |
| OH1308 | North Fairfield Village, Ohio | 0.0000686344% |
| OH1309 | North Hampton Village, Ohio | 0.0018236413% |
| OH1310 | North Kingsville Village, Ohio | 0.0058586766% |
| OH1311 | North Lewisburg Village, Ohio | 0.0040569220% |
| OH1312 | North Olmsted City, Ohio | 0.0399884238% |
| OH1313 | North Perry Village, Ohio | 0.0021416939% |
| OH1314 | North Randall Village, Ohio | 0.0010272691% |
| OH1315 | North Ridgeville City, Ohio | 0.1099748579% |
| OH1316 | North Robinson Village, Ohio | 0.0000652569% |
| OH1317 | North Royalton City, Ohio | 0.0490362937% |
| OH1318 | North Star Village, Ohio | 0.0006041028% |
| OH1319 | North Township, Ohio | 0.0006202542% |
| OH1320 | Northfield Center Township, Ohio | 0.0055419447% |
| OH1321 | Northfield Village, Ohio | 0.0204907382% |
| OH1322 | Northwest Township, Ohio | 0.0003378915% |
| OH1323 | Northwood City, Ohio | 0.0154037964% |
| OH1324 | Norton City, Ohio | 0.0374368018% |
| OH1325 | Norwalk City, Ohio | 0.0671930963% |
| OH1326 | Norwalk Township, Ohio | 0.0009746088% |
| OH1327 | Norwich Township, Franklin County, Ohio | 0.0881825657% |
| OH1328 | Norwich Township, Huron County, Ohio | 0.0005490754% |
| OH1329 | Norwich Village, Ohio | 0.0000776491% |
| OH1330 | Norwood City, Ohio | 0.1133550899% |
| OH1331 | Nottingham Township, Ohio | 0.0002290169% |
| OH1332 | Oak Harbor Village, Ohio | 0.0043210926% |
| OH1333 | Oak Hill Village, Ohio | 0.0009945397% |
| OH1334 | Oakwood City, Ohio | 0.0665292396% |
| OH1335 | Oakwood Village, Cuyahoga County, Ohio | 0.0160412015% |
| OH1336 | Oakwood Village, Paulding County, Ohio | 0.0006103209% |
| OH1337 | Oberlin City, Ohio | 0.0523286319% |
| OH1338 | Obetz Village, Ohio | 0.0012677151% |
| OH1339 | Octa Village, Ohio | 0.0000132032% |
| OH1340 | Ohio City Village, Ohio | 0.0013381279% |
| OH1341 | Ohio Township, Clermont County, Ohio | 0.0024995915% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1342 | Ohio Township, Monroe County, Ohio | 0.0002805325% |
| OH1343 | Old Washington Village, Ohio | 0.0016589439% |
| OH1344 | Olive Township, Meigs County, Ohio | 0.0005413001% |
| OH1345 | Olive Township, Noble County, Ohio | 0.0002069729% |
| OH1346 | Olmsted Falls City, Ohio | 0.0116318466% |
| OH1347 | Olmsted Township, Ohio | 0.0148163807% |
| OH1348 | Ontario City, Ohio | 0.0192773910% |
| OH1349 | Orange Township, Ashland County, Ohio | 0.0004880329% |
| OH1350 | Orange Township, Carroll County, Ohio | 0.0003703748% |
| OH1351 | Orange Township, Delaware County, Ohio | 0.0531556020% |
| OH1352 | Orange Township, Meigs County, Ohio | 0.0003383126% |
| OH1353 | Orange Township, Shelby County, Ohio | 0.0011891054% |
| OH1354 | Orange Village, Ohio | 0.0100237754% |
| OH1355 | Orangeville Village, Ohio | 0.0005285553% |
| OH1356 | Oregon City, Ohio | 0.0936692081% |
| OH1357 | Orrville City, Ohio | 0.0089614214% |
| OH1358 | Orwell Township, Ohio | 0.0004813742% |
| OH1359 | Orwell Village, Ohio | 0.0054712290% |
| OH1360 | Osgood Village, Ohio | 0.0000984178% |
| OH1361 | Osnaburg Township, Ohio | 0.0017515756% |
| OH1362 | Ostrander Village, Ohio | 0.0001237328% |
| OH1363 | Ottawa County, Ohio | 0.2393019717% |
| OH1364 | Ottawa Hills Village, Ohio | 0.0134021121% |
| OH1365 | Ottawa Village, Ohio | 0.0047352274% |
| OH1366 | Ottoville Village, Ohio | 0.0010927448% |
| OH1367 | Otway Village, Ohio | 0.0001137303% |
| OH1368 | Owensville Village, Ohio | 0.0008791667% |
| OH1369 | Oxford City, Ohio | 0.0794612533% |
| OH1370 | Oxford Township, Butler County, Ohio | 0.1101599888% |
| OH1371 | Oxford Township, Coshocton County, Ohio | 0.0002143057% |
| OH1372 | Oxford Township, Guernsey County, Ohio | 0.0001223811% |
| OH1373 | Oxford Township, Tuscarawas County, Ohio | 0.0000788288% |
| OH1374 | Painesville City, Ohio | 0.0828627046% |
| OH1375 | Painesville Township, Ohio | 0.0334236916% |
| OH1376 | Paint Township, Fayette County, Ohio | 0.0000280861% |

G-174

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|------------------------------|
| OH1377 | Paint Township, Highland County, Ohio | 0.0002710226% |
| OH1378 | Paint Township, Holmes County, Ohio | 0.0004187862% |
| OH1379 | Paint Township, Madison County, Ohio | 0.0000155425% |
| OH1380 | Paint Township, Ross County, Ohio | 0.0003836542% |
| OH1381 | Paint Township, Wayne County, Ohio | 0.0001894347% |
| OH1382 | Palestine Village, Ohio | 0.0005121741% |
| OH1383 | Palmer Township, Ohio | 0.0000584877% |
| OH1384 | Palmyra Township, Ohio | 0.0008124819% |
| OH1385 | Pandora Village, Ohio | 0.0009188990% |
| OH1386 | Paris Township, Portage County, Ohio | 0.0001503091% |
| OH1387 | Paris Township, Stark County, Ohio | 0.0010390703% |
| OH1388 | Parkman Township, Ohio | 0.0008613792% |
| OH1389 | Parma City, Ohio | 0.1543116176% |
| OH1390 | Parma Heights City, Ohio | 0.0326118418% |
| OH1391 | Parral Village, Ohio | 0.0000098536% |
| OH1392 | Pataskala City, Ohio | 0.0174033408% |
| OH1393 | Patterson Village, Ohio | 0.0000841761% |
| OH1394 | Paulding County, Ohio | 0.0839721160% |
| OH1395 | Paulding Township, Ohio | 0.0001534939% |
| OH1396 | Paulding Village, Ohio | 0.0016847781% |
| OH1397 | Paxton Township, Ohio | 0.0010329152% |
| OH1398 | Payne Village, Ohio | 0.0005664655% |
| OH1399 | Pease Township, Ohio | 0.0005202465% |
| OH1400 | Pebble Township, Ohio | 0.0003464673% |
| OH1401 | Pee Pee Township, Ohio | 0.0015041749% |
| OH1402 | Peebles Village, Ohio | 0.0067989872% |
| OH1403 | Pemberville Village, Ohio | 0.0012856905% |
| OH1404 | Peninsula Village, Ohio | 0.0050407601% |
| OH1405 | Penn Township, Ohio | 0.0001392397% |
| OH1406 | Pepper Pike City, Ohio | 0.0193758750% |
| OH1407 | Perkins Township, Ohio | 0.0512077107% |
| OH1408 | Perry County, Ohio | 0.2380485965% |
| OH1409 | Perry Township, Allen County, Ohio | 0.0045543679% |
| OH1410 | Perry Township, Brown County, Ohio | 0.0143559087% |
| OH1411 | Perry Township, Columbiana County, Ohio | 0.0048853229% |
| OH1412 | Perry Township, Fayette County, Ohio | 0.0003538844% |
| OH1413 | Perry Township, Franklin County, Ohio | 0.0091642053% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1414 | Perry Township, Lake County, Ohio | 0.0025586608% |
| OH1415 | Perry Township, Lawrence County, Ohio | 0.0009214313% |
| OH1416 | Perry Township, Licking County, Ohio | 0.0016309840% |
| OH1417 | Perry Township, Logan County, Ohio | 0.0026933538% |
| OH1418 | Perry Township, Monroe County, Ohio | 0.0000872768% |
| OH1419 | Perry Township, Muskingum County, Ohio | 0.0027986277% |
| OH1420 | Perry Township, Pickaway County, Ohio | 0.0000291493% |
| OH1421 | Perry Township, Pike County, Ohio | 0.0001267563% |
| OH1422 | Perry Township, Putnam County, Ohio | 0.0000082784% |
| OH1423 | Perry Township, Richland County, Ohio | 0.0004103471% |
| OH1424 | Perry Township, Stark County, Ohio | 0.0537347763% |
| OH1425 | Perry Township, Wood County, Ohio | 0.0001040797% |
| OH1426 | Perry Village, Ohio | 0.0054300469% |
| OH1427 | Perrysburg City, Ohio | 0.0576846462% |
| OH1428 | Perrysburg Township, Ohio | 0.0342177338% |
| OH1429 | Perrysville Village, Ohio | 0.0008459238% |
| OH1430 | Peru Township, Huron County, Ohio | 0.0000274538% |
| OH1431 | Peru Township, Morrow County, Ohio | 0.0000708495% |
| OH1432 | Phillipsburg Village, Ohio | 0.0041962937% |
| OH1433 | Philo Village, Ohio | 0.0010532470% |
| OH1434 | Pickaway County, Ohio | 0.0934088328% |
| OH1435 | Pickaway Township, Ohio | 0.0005441197% |
| OH1436 | Pickerington City, Ohio | 0.0350194279% |
| OH1437 | Pierce Township, Ohio | 0.0721778605% |
| OH1438 | Pierpont Township, Ohio | 0.0011858243% |
| OH1439 | Pike County, Ohio | 0.3072066041% |
| OH1440 | Pike Township, Brown County, Ohio | 0.0024184900% |
| OH1441 | Pike Township, Clark County, Ohio | 0.0026810249% |
| OH1442 | Pike Township, Perry County, Ohio | 0.0022268646% |
| OH1443 | Pike Township, Stark County, Ohio | 0.0021276201% |
| OH1444 | Piketon Village, Ohio | 0.0023999196% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1445 | Pioneer Village, Ohio | 0.0028760068% |
| OH1446 | Piqua City, Ohio | 0.0869480927% |
| OH1447 | Pitsburg Village, Ohio | 0.0005659024% |
| OH1448 | Pitt Township, Ohio | 0.0002833522% |
| OH1449 | Plain City Village, Ohio | 0.0102501421% |
| OH1450 | Plain Township, Franklin County, Ohio | 0.0388485937% |
| OH1451 | Plain Township, Stark County, Ohio | 0.0464019090% |
| OH1452 | Plain Township, Wayne County, Ohio | 0.0002976831% |
| OH1453 | Plain Township, Wood County, Ohio | 0.0002693828% |
| OH1454 | Plainfield Village, Ohio | 0.0000153076% |
| OH1455 | Pleasant City Village, Ohio | 0.0008654831% |
| OH1456 | Pleasant Hill Village, Ohio | 0.0002839214% |
| OH1457 | Pleasant Plain Village, Ohio | 0.0000116356% |
| OH1458 | Pleasant Township, Brown County, Ohio | 0.0012092450% |
| OH1459 | Pleasant Township, Clark County, Ohio | 0.0032390047% |
| OH1460 | Pleasant Township, Fairfield County, Ohio | 0.0068849393% |
| OH1461 | Pleasant Township, Franklin County, Ohio | 0.0137844922% |
| OH1462 | Pleasant Township, Hancock County, Ohio | 0.0002811062% |
| OH1463 | Pleasant Township, Henry County, Ohio | 0.0002233406% |
| OH1464 | Pleasant Township, Knox County, Ohio | 0.0045641970% |
| OH1465 | Pleasant Township, Marion County, Ohio | 0.0096326984% |
| OH1466 | Pleasant Township, Perry County, Ohio | 0.0001828826% |
| OH1467 | Pleasant Township, Seneca County, Ohio | 0.0003208676% |
| OH1468 | Pleasant Township, Van Wert County, Ohio | 0.0002849717% |
| OH1469 | Pleasantville Village, Ohio | 0.0000570350% |
| OH1470 | Plymouth Township, Ohio | 0.0017493844% |
| OH1471 | Plymouth Village, Ohio | 0.0065060016% |
| OH1472 | Poland Township, Ohio | 0.0148262002% |
| OH1473 | Poland Village, Ohio | 0.0061663235% |
| OH1474 | Polk Township, Ohio | 0.0010767393% |
| OH1475 | Polk Village, Ohio | 0.0000406694% |
| OH1476 | Pomeroy Village, Ohio | 0.0093881741% |
| OH1477 | Port Clinton City, Ohio | 0.0145364578% |
| OH1478 | Port Jefferson Village, Ohio | 0.0003105872% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1479 | Port Washington Village, Ohio | 0.0003251687% |
| OH1480 | Port William Village, Ohio | 0.0010928837% |
| OH1481 | Portage County, Ohio | 0.9187057360% |
| OH1482 | Portage Township, Hancock County, Ohio | 0.0001686637% |
| OH1483 | Portage Township, Ottawa County, Ohio | 0.0000480885% |
| OH1484 | Portage Township, Wood County, Ohio | 0.0001408137% |
| OH1485 | Portage Village, Ohio | 0.0016040519% |
| OH1486 | Porter Township, Delaware County, Ohio | 0.0036954857% |
| OH1487 | Porter Township, Scioto County, Ohio | 0.0395496982% |
| OH1488 | Portsmouth City, Ohio | 0.2233662325% |
| OH1489 | Potsdam Village, Ohio | 0.0000227137% |
| OH1490 | Powell City, Ohio | 0.0184361841% |
| OH1491 | Powhatan Point Village, Ohio | 0.0016591645% |
| OH1492 | Prairie Township, Franklin County, Ohio | 0.0344574120% |
| OH1493 | Prairie Township, Holmes County, Ohio | 0.0003867956% |
| OH1494 | Preble County, Ohio | 0.3067055248% |
| OH1495 | Proctorville Village, Ohio | 0.0018254771% |
| OH1496 | Prospect Village, Ohio | 0.0011157566% |
| OH1497 | Providence Township, Ohio | 0.0026476678% |
| OH1498 | Pulaski Township, Ohio | 0.0002907439% |
| OH1499 | Pultney Township, Ohio | 0.0018560145% |
| OH1500 | Pusheta Township, Ohio | 0.0002670784% |
| OH1501 | Put In Bay Township, Ohio | 0.0034623699% |
| OH1502 | Put-In-Bay Village, Ohio | 0.0040050827% |
| OH1503 | Putnam County, Ohio | 0.1372967601% |
| OH1504 | Quaker City Village, Ohio | 0.0004351328% |
| OH1505 | Quincy Village, Ohio | 0.0003391631% |
| OH1506 | Raccoon Township, Ohio | 0.0003561309% |
| OH1507 | Racine Village, Ohio | 0.0010826003% |
| OH1508 | Radnor Township, Ohio | 0.0001814747% |
| OH1509 | Randolph Township, Ohio | 0.0013730943% |
| OH1510 | Range Township, Ohio | 0.0007149570% |
| OH1511 | Rarden Township, Ohio | 0.0020471447% |
| OH1512 | Rarden Village, Ohio | 0.0005117862% |
| OH1513 | Ravenna City, Ohio | 0.0218557620% |
| OH1514 | Ravenna Township, Ohio | 0.0059636168% |
| OH1515 | Rawson Village, Ohio | 0.0001405531% |
| OH1516 | Rayland Village, Ohio | 0.0003984552% |
| OH1517 | Reading City, Ohio | 0.0457344992% |
| OH1518 | Reading Township, Ohio | 0.0019364040% |
| OH1519 | Recovery Township, Ohio | 0.0000812132% |
| OH1520 | Reily Township, Ohio | 0.0012764211% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1521 | Reminderville Village, Ohio | 0.0151415568% |
| OH1522 | Rendville Village, Ohio | 0.0001828826% |
| OH1523 | Republic Village, Ohio | 0.0011130095% |
| OH1524 | Reynoldsburg City, Ohio | 0.0697130845% |
| OH1525 | Rice Township, Ohio | 0.0003978688% |
| OH1526 | Richfield Township, Henry County, Ohio | 0.0023349246% |
| OH1527 | Richfield Township, Lucas County, Ohio | 0.0047039321% |
| OH1528 | Richfield Township, Summit County, Ohio | 0.0095996121% |
| OH1529 | Richfield Village, Ohio | 0.0399887454% |
| OH1530 | Richland County, Ohio | 0.7455113947% |
| OH1531 | Richland Township, Allen County, Ohio | 0.0002999883% |
| OH1532 | Richland Township, Belmont County, Ohio | 0.0026715361% |
| OH1533 | Richland Township, Clinton County, Ohio | 0.0005798975% |
| OH1534 | Richland Township, Darke County, Ohio | 0.0002952534% |
| OH1535 | Richland Township, Fairfield County, Ohio | 0.0003503579% |
| OH1536 | Richland Township, Holmes County, Ohio | 0.0001483201% |
| OH1537 | Richland Township, Wyandot County, Ohio | 0.0001079437% |
| OH1538 | Richmond Heights City, Ohio | 0.0218650269% |
| OH1539 | Richmond Township, Ashtabula County, Ohio | 0.0003170025% |
| OH1540 | Richmond Township, Huron County, Ohio | 0.0015099572% |
| OH1541 | Richmond Village, Ohio | 0.0007609773% |
| OH1542 | Richwood Village, Ohio | 0.0014048433% |
| OH1543 | Ridgefield Township, Ohio | 0.0003431721% |
| OH1544 | Ridgeville Township, Ohio | 0.0002165727% |
| OH1545 | Ridgeway Village, Ohio | 0.0003864298% |
| OH1546 | Riley Township, Ohio | 0.0007202182% |
| OH1547 | Rio Grande Village, Ohio | 0.0014432672% |
| OH1548 | Ripley Township, Holmes County, Ohio | 0.0000348988% |
| OH1549 | Ripley Township, Huron County, Ohio | 0.0000137269% |
| OH1550 | Ripley Village, Ohio | 0.0111932679% |
| OH1551 | Risingsun Village, Ohio | 0.0004530528% |
| OH1552 | Rittman City, Ohio | 0.0059649971% |
| OH1553 | Riverlea Village, Ohio | 0.0001680104% |
| OH1554 | Riverside City, Ohio | 0.0817797700% |
| OH1555 | Roaming Shores Village, Ohio | 0.0034987688% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1556 | Rochester Township, Ohio | 0.0013537465% |
| OH1557 | Rochester Village, Ohio | 0.0000194784% |
| OH1558 | Rock Creek Village, Ohio | 0.0002113350% |
| OH1559 | Rockford Village, Ohio | 0.0018408327% |
| OH1560 | Rocky Ridge Village, Ohio | 0.0002129632% |
| OH1561 | Rocky River City, Ohio | 0.0503638414% |
| OH1562 | Rogers Village, Ohio | 0.0005457718% |
| OH1563 | Rome Township, Ashtabula County, Ohio | 0.0014206410% |
| OH1564 | Rome Township, Athens County, Ohio | 0.0002813909% |
| OH1565 | Rome Township, Lawrence County, Ohio | 0.0010605153% |
| OH1566 | Rome Village, Ohio | 0.0002586036% |
| OH1567 | Rootstown Township, Ohio | 0.0026527533% |
| OH1568 | Rose Township, Ohio | 0.0004793086% |
| OH1569 | Roseville Village, Ohio | 0.0016522526% |
| OH1570 | Ross County, Ohio | 1.0109583321% |
| OH1571 | Ross Township, Butler County, Ohio | 0.0261747113% |
| OH1572 | Ross Township, Greene County, Ohio | 0.0002579678% |
| OH1573 | Ross Township, Jefferson County, Ohio | 0.0004940844% |
| OH1574 | Rossburg Village, Ohio | 0.0000984178% |
| OH1575 | Rossford City, Ohio | 0.0126977241% |
| OH1576 | Roswell Village, Ohio | 0.0002759007% |
| OH1577 | Roundhead Township, Ohio | 0.0002332423% |
| OH1578 | Royalton Township, Ohio | 0.0009661532% |
| OH1579 | Rumley Township, Ohio | 0.0006297965% |
| OH1580 | Rush Creek Township, Ohio | 0.0026562014% |
| OH1581 | Rush Township, Scioto County, Ohio | 0.0047482384% |
| OH1582 | Rush Township, Tuscarawas County, Ohio | 0.0000689752% |
| OH1583 | Rushcreek Township, Ohio | 0.0004189662% |
| OH1584 | Rushsylvania Village, Ohio | 0.0000099754% |
| OH1585 | Rushville Village, Ohio | 0.0000244436% |
| OH1586 | Russell Township, Ohio | 0.0185770784% |
| OH1587 | Russells Point Village, Ohio | 0.0022943385% |
| OH1588 | Russellville Village, Ohio | 0.0057671685% |
| OH1589 | Russia Village, Ohio | 0.0003460829% |
| OH1590 | Rutland Village, Ohio | 0.0004567220% |
| OH1591 | Sabina Village, Ohio | 0.0072933257% |
| OH1592 | Sagamore Hills Township, Ohio | 0.0226207726% |
| OH1593 | Salem City, Ohio | 0.0383095249% |
| OH1594 | Salem Township, Auglaize County, Ohio | 0.0001157340% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1595 | Salem Township, Champaign County, Ohio | 0.0003806616% |
| OH1596 | Salem Township, Columbiana County, Ohio | 0.0009051824% |
| OH1597 | Salem Township, Muskingum County, Ohio | 0.0003912060% |
| OH1598 | Salem Township, Ottawa County, Ohio | 0.0007213271% |
| OH1599 | Salem Township, Shelby County, Ohio | 0.0010648705% |
| OH1600 | Salem Township, Tuscarawas County, Ohio | 0.0026407637% |
| OH1601 | Salem Township, Warren County, Ohio | 0.0074583911% |
| OH1602 | Salem Township, Washington County, Ohio | 0.0005013228% |
| OH1603 | Salesville Village, Ohio | 0.0000679895% |
| OH1604 | Salineville Village, Ohio | 0.0034609917% |
| OH1605 | Salisbury Township, Ohio | 0.0003552282% |
| OH1606 | Salt Creek Township, Hocking County, Ohio | 0.0001833021% |
| OH1607 | Salt Creek Township, Holmes County, Ohio | 0.0000465318% |
| OH1608 | Salt Creek Township, Wayne County, Ohio | 0.0001391765% |
| OH1609 | Salt Lick Township, Ohio | 0.0000430312% |
| OH1610 | Salt Rock Township, Ohio | 0.0007066458% |
| OH1611 | Saltcreek Township, Ohio | 0.0003935151% |
| OH1612 | Sandusky City, Ohio | 0.1261336610% |
| OH1613 | Sandusky County, Ohio | 0.3072903644% |
| OH1614 | Sandusky Township, Crawford County, Ohio | 0.0000108762% |
| OH1615 | Sandusky Township, Sandusky County, Ohio | 0.0015100930% |
| OH1616 | Sandy Township, Stark County, Ohio | 0.0049479536% |
| OH1617 | Sandy Township, Tuscarawas County, Ohio | 0.0006897517% |
| OH1618 | Sarahsville Village, Ohio | 0.0000689910% |
| OH1619 | Sardinia Village, Ohio | 0.0044028921% |
| OH1620 | Savannah Village, Ohio | 0.0002294615% |
| OH1621 | Saybrook Township, Ohio | 0.0161906113% |
| OH1622 | Scio Village, Ohio | 0.0001526779% |
| OH1623 | Scioto County, Ohio | 0.9401796346% |
| OH1624 | Scioto Township, Delaware County, Ohio | 0.0019714756% |
| OH1625 | Scioto Township, Pickaway County, Ohio | 0.0062913839% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1626 | Scioto Township, Pike County, Ohio | 0.0002619631% |
| OH1627 | Scioto Township, Ross County, Ohio | 0.0146969071% |
| OH1628 | Scipio Township, Meigs County, Ohio | 0.0004736376% |
| OH1629 | Scipio Township, Seneca County, Ohio | 0.0005615183% |
| OH1630 | Scott Township, Marion County, Ohio | 0.0001301716% |
| OH1631 | Scott Township, Sandusky County, Ohio | 0.0009313747% |
| OH1632 | Scott Village, Ohio | 0.0006416289% |
| OH1633 | Seal Township, Ohio | 0.0013351665% |
| OH1634 | Seaman Village, Ohio | 0.0025035030% |
| OH1635 | Sebring Village, Ohio | 0.0078737318% |
| OH1636 | Seneca County, Ohio | 0.2801274556% |
| OH1637 | Seneca Township, Monroe County, Ohio | 0.0000124681% |
| OH1638 | Seneca Township, Noble County, Ohio | 0.0000172477% |
| OH1639 | Senecaville Village, Ohio | 0.0007886782% |
| OH1640 | Seven Hills City, Ohio | 0.0208535620% |
| OH1641 | Seven Mile Village, Ohio | 0.0013087356% |
| OH1642 | Seville Village, Ohio | 0.0055383307% |
| OH1643 | Shadyside Village, Ohio | 0.0078177582% |
| OH1644 | Shaker Heights City, Ohio | 0.1048407101% |
| OH1645 | Shalersville Township, Ohio | 0.0000934354% |
| OH1646 | Sharon Township, Franklin County, Ohio | 0.0053763338% |
| OH1647 | Sharon Township, Medina County, Ohio | 0.0058099333% |
| OH1648 | Sharon Township, Richland County, Ohio | 0.0000802853% |
| OH1649 | Sharonville City, Ohio | 0.1284229161% |
| OH1650 | Shawnee Hills Village, Ohio | 0.0030520752% |
| OH1651 | Shawnee Township, Ohio | 0.0289829613% |
| OH1652 | Shawnee Village, Ohio | 0.0005916790% |
| OH1653 | Sheffield Lake City, Ohio | 0.0113266702% |
| OH1654 | Sheffield Township, Ashtabula County, Ohio | 0.0012562693% |
| OH1655 | Sheffield Township, Lorain County, Ohio | 0.0039054125% |
| OH1656 | Sheffield Village, Ohio | 0.0383431647% |
| OH1657 | Shelby City, Ohio | 0.0301426674% |
| OH1658 | Shelby County, Ohio | 0.2601922372% |
| OH1659 | Sherrodsville Village, Ohio | 0.0010675510% |
| OH1660 | Sherwood Village, Ohio | 0.0012358778% |
| OH1661 | Shiloh Village, Ohio | 0.0001516500% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1662 | Shreve Village, Ohio | 0.0012061965% |
| OH1663 | Sidney City, Ohio | 0.0768126600% |
| OH1664 | Silver Lake Village, Ohio | 0.0087129009% |
| OH1665 | Silverton Village, Ohio | 0.0117488480% |
| OH1666 | Sinking Spring Village, Ohio | 0.0018697801% |
| OH1667 | Smith Township, Belmont County, Ohio | 0.0011670394% |
| OH1668 | Smith Township, Mahoning County, Ohio | 0.0056258490% |
| OH1669 | Smithfield Township, Ohio | 0.0003028259% |
| OH1670 | Smithfield Village, Ohio | 0.0021516579% |
| OH1671 | Smithville Village, Ohio | 0.0012448566% |
| OH1672 | Solon City, Ohio | 0.0575665779% |
| OH1673 | Somerford Township, Ohio | 0.0018806477% |
| OH1674 | Somers Township, Ohio | 0.0009493500% |
| OH1675 | Somerset Village, Ohio | 0.0013447250% |
| OH1676 | Somerville Village, Ohio | 0.0001615723% |
| OH1677 | South Amherst Village, Ohio | 0.0020257501% |
| OH1678 | South Bloomfield Township, Ohio | 0.0004782339% |
| OH1679 | South Bloomfield Village, Ohio | 0.0012874261% |
| OH1680 | South Charleston Village, Ohio | 0.0026810249% |
| OH1681 | South Euclid City, Ohio | 0.0416202012% |
| OH1682 | South Lebanon Village, Ohio | 0.0058643200% |
| OH1683 | South Point Village, Ohio | 0.0061370801% |
| OH1684 | South Russell Village, Ohio | 0.0067283287% |
| OH1685 | South Salem Village, Ohio | 0.0005572426% |
| OH1686 | South Solon Village, Ohio | 0.0007460421% |
| OH1687 | South Vienna Village, Ohio | 0.0009118207% |
| OH1688 | South Webster Village, Ohio | 0.0024736332% |
| OH1689 | South Zanesville Village, Ohio | 0.0015547932% |
| OH1690 | Southington Township, Ohio | 0.0014492645% |
| OH1691 | Sparta Village, Ohio | 0.0000770825% |
| OH1692 | Spencer Township, Allen County, Ohio | 0.0001636300% |
| OH1693 | Spencer Township, Guernsey County, Ohio | 0.0001631748% |
| OH1694 | Spencer Township, Lucas County, Ohio | 0.0024565990% |
| OH1695 | Spencer Township, Medina County, Ohio | 0.0000708528% |
| OH1696 | Spencer Village, Ohio | 0.0016178066% |
| OH1697 | Spencerville Village, Ohio | 0.0025294469% |
| OH1698 | Sprigg Township, Ohio | 0.0001054107% |
| OH1699 | Spring Valley Township, Ohio | 0.0070786377% |
| OH1700 | Spring Valley Village, Ohio | 0.0001444620% |
| OH1701 | Springboro City, Ohio | 0.0299889938% |
| OH1702 | Springdale City, Ohio | 0.0692154947% |
| OH1703 | Springfield City, Ohio | 0.4735887613% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1704 | Springfield Township, Clark County, Ohio | 0.0105063514% |
| OH1705 | Springfield Township, Gallia County, Ohio | 0.0009746740% |
| OH1706 | Springfield Township, Hamilton County, Ohio | 0.1053972703% |
| OH1707 | Springfield Township, Jefferson County, Ohio | 0.0002231349% |
| OH1708 | Springfield Township, Lucas County, Ohio | 0.0432543386% |
| OH1709 | Springfield Township, Mahoning County, Ohio | 0.0039675747% |
| OH1710 | Springfield Township, Richland County, Ohio | 0.0177162881% |
| OH1711 | Springfield Township, Ross County, Ohio | 0.0053121351% |
| OH1712 | Springfield Township, Summit County, Ohio | 0.0469667767% |
| OH1713 | Springfield Township, Williams County, Ohio | 0.0004950504% |
| OH1714 | St Albans Township, Ohio | 0.0043369348% |
| OH1715 | St Clair Township, Butler County, Ohio | 0.0005493458% |
| OH1716 | St Clair Township, Columbiana County, Ohio | 0.0167991211% |
| OH1717 | St Marys Township, Ohio | 0.0002136628% |
| OH1718 | St. Bernard Village, Ohio | 0.0379854367% |
| OH1719 | St. Clairsville City, Ohio | 0.0187569954% |
| OH1720 | St. Henry Village, Ohio | 0.0014076956% |
| OH1721 | St. Louisville Village, Ohio | 0.0003799451% |
| OH1722 | St. Marys City, Ohio | 0.0281144576% |
| OH1723 | St. Paris Village, Ohio | 0.0038066155% |
| OH1724 | Stafford Village, Ohio | 0.0000249362% |
| OH1725 | Stark County, Ohio | 1.5315796664% |
| OH1726 | Starr Township, Ohio | 0.0001436692% |
| OH1727 | Staunton Township, Ohio | 0.0003747763% |
| OH1728 | Sterling Township, Ohio | 0.0043408795% |
| OH1729 | Steubenville City, Ohio | 0.1367338744% |
| OH1730 | Steubenville Township, Ohio | 0.0000318764% |
| OH1731 | Stock Township, Harrison County, Ohio | 0.0003339830% |
| OH1732 | Stock Township, Noble County, Ohio | 0.0000344955% |
| OH1733 | Stockport Village, Ohio | 0.0002249256% |
| OH1734 | Stokes Township, Logan County, Ohio | 0.0047782092% |
| OH1735 | Stokes Township, Madison County, Ohio | 0.0007615846% |
| OH1736 | Stone Creek Village, Ohio | 0.0001379503% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1737 | Stonelick Township, Ohio | 0.0184280231% |
| OH1738 | Stoutsville Village, Ohio | 0.0000733307% |
| OH1739 | Stow City, Ohio | 0.1475892163% |
| OH1740 | Strasburg Village, Ohio | 0.0032911011% |
| OH1741 | Stratton Village, Ohio | 0.0014981914% |
| OH1742 | Streetsboro City, Ohio | 0.0206045399% |
| OH1743 | Strongsville City, Ohio | 0.0739396664% |
| OH1744 | Struthers City, Ohio | 0.0252671862% |
| OH1745 | Stryker Village, Ohio | 0.0016737417% |
| OH1746 | Suffield Township, Ohio | 0.0026771277% |
| OH1747 | Sugar Bush Knolls Village, Ohio | 0.0000982645% |
| OH1748 | Sugar Creek Township, Allen County, Ohio | 0.0002727166% |
| OH1749 | Sugar Creek Township, Putnam County, Ohio | 0.0001655674% |
| OH1750 | Sugar Creek Township, Wayne County, Ohio | 0.0003634054% |
| OH1751 | Sugar Grove Village, Ohio | 0.0001955486% |
| OH1752 | Sugarcreek Township, Ohio | 0.0470017417% |
| OH1753 | Sugarcreek Village, Ohio | 0.0027688605% |
| OH1754 | Sullivan Township, Ohio | 0.0017162492% |
| OH1755 | Summerfield Village, Ohio | 0.0001212800% |
| OH1756 | Summit Township, Ohio | 0.0000062341% |
| OH1757 | Summitville Village, Ohio | 0.0004792142% |
| OH1758 | Sunbury Village, Ohio | 0.0082323543% |
| OH1759 | Sunfish Township, Ohio | 0.0000676034% |
| OH1760 | Swan Creek Township, Ohio | 0.0048429959% |
| OH1761 | Swanton Township, Ohio | 0.0015012549% |
| OH1762 | Swanton Village, Ohio | 0.0072434936% |
| OH1763 | Switzerland Township, Ohio | 0.0001807876% |
| OH1764 | Sycamore Township, Hamilton County, Ohio | 0.0584269292% |
| OH1765 | Sycamore Township, Wyandot County, Ohio | 0.0002766058% |
| OH1766 | Sycamore Village, Ohio | 0.0012008738% |
| OH1767 | Sylvania City, Ohio | 0.0526622027% |
| OH1768 | Sylvania Township, Ohio | 0.1247952267% |
| OH1769 | Symmes Township, Hamilton County, Ohio | 0.0305202839% |
| OH1770 | Symmes Township, Lawrence County, Ohio | 0.0000521565% |
| OH1771 | Syracuse Village, Ohio | 0.0005413001% |
| OH1772 | Tallmadge City, Ohio | 0.0580737905% |
| OH1773 | Tarlton Village, Ohio | 0.0002242634% |
| OH1774 | Tate Township, Ohio | 0.0267197716% |
| OH1775 | Taylor Creek Township, Ohio | 0.0001110677% |
| OH1776 | Terrace Park Village, Ohio | 0.0056698421% |
| OH1777 | Texas Township, Ohio | 0.0002936562% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1778 | The Village of Indian Hill City, Ohio | 0.0264202950% |
| OH1779 | Thompson Township, Delaware County, Ohio | 0.0002474656% |
| OH1780 | Thompson Township, Geauga County, Ohio | 0.0022491568% |
| OH1781 | Thorn Township, Ohio | 0.0007422882% |
| OH1782 | Thornville Village, Ohio | 0.0006131946% |
| OH1783 | Thurston Village, Ohio | 0.0013688400% |
| OH1784 | Tiffin City, Ohio | 0.0703803061% |
| OH1785 | Tiffin Township, Ohio | 0.0005075927% |
| OH1786 | Tiltonsville Village, Ohio | 0.0016575735% |
| OH1787 | Timberlake Village, Ohio | 0.0023312243% |
| OH1788 | Tipp City, Ohio | 0.0376479790% |
| OH1789 | Tiro Village, Ohio | 0.0000326285% |
| OH1790 | Toledo City, Ohio | 1.0197706186% |
| OH1791 | Tontogany Village, Ohio | 0.0001897924% |
| OH1792 | Toronto City, Ohio | 0.0279077997% |
| OH1793 | Townsend Township, Huron County, Ohio | 0.0006177098% |
| OH1794 | Townsend Township, Sandusky County, Ohio | 0.0000271274% |
| OH1795 | Tremont City Village, Ohio | 0.0006396354% |
| OH1796 | Trenton City, Ohio | 0.0416371797% |
| OH1797 | Trenton Township, Ohio | 0.0000577420% |
| OH1798 | Trimble Township, Ohio | 0.0023032365% |
| OH1799 | Trimble Village, Ohio | 0.0004320101% |
| OH1800 | Trotwood City, Ohio | 0.0811683100% |
| OH1801 | Troy City, Ohio | 0.0899917302% |
| OH1802 | Troy Township, Ashland County, Ohio | 0.0002358826% |
| OH1803 | Troy Township, Athens County, Ohio | 0.0008754383% |
| OH1804 | Troy Township, Geauga County, Ohio | 0.0026032794% |
| OH1805 | Troy Township, Richland County, Ohio | 0.0034790294% |
| OH1806 | Troy Township, Wood County, Ohio | 0.0027734180% |
| OH1807 | Trumbull County, Ohio | 2.0203599712% |
| OH1808 | Trumbull Township, Ohio | 0.0006457459% |
| OH1809 | Truro Township, Ohio | 0.0493339720% |
| OH1810 | Tully Township, Ohio | 0.0007929647% |
| OH1811 | Turtle Creek Township, Ohio | 0.0003372090% |
| OH1812 | Turtlecreek Township, Ohio | 0.0071325956% |
| OH1813 | Tuscarawas County, Ohio | 0.3721703206% |
| OH1814 | Tuscarawas Township, Ohio | 0.0020979323% |
| OH1815 | Tuscarawas Village, Ohio | 0.0003842902% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1816 | Twin Township, Darke County, Ohio | 0.0003813690% |
| OH1817 | Twin Township, Ross County, Ohio | 0.0052531114% |
| OH1818 | Twinsburg City, Ohio | 0.0833508485% |
| OH1819 | Tymochtee Township, Ohio | 0.0003170847% |
| OH1820 | Uhrichsville City, Ohio | 0.0101787647% |
| OH1821 | Union City Village, Ohio | 0.0076150778% |
| OH1822 | Union City, Ohio | 0.0198982889% |
| OH1823 | Union County, Ohio | 0.3002174205% |
| OH1824 | Union Township, Auglaize County, Ohio | 0.0001691497% |
| OH1825 | Union Township, Carroll County, Ohio | 0.0000762536% |
| OH1826 | Union Township, Champaign County, Ohio | 0.0000211479% |
| OH1827 | Union Township, Clermont County, Ohio | 0.3185341547% |
| OH1828 | Union Township, Clinton County, Ohio | 0.0085869431% |
| OH1829 | Union Township, Fayette County, Ohio | 0.0014043033% |
| OH1830 | Union Township, Highland County, Ohio | 0.0112248527% |
| OH1831 | Union Township, Lawrence County, Ohio | 0.0011822137% |
| OH1832 | Union Township, Licking County, Ohio | 0.0076823054% |
| OH1833 | Union Township, Logan County, Ohio | 0.0001197046% |
| OH1834 | Union Township, Mercer County, Ohio | 0.0004692319% |
| OH1835 | Union Township, Miami County, Ohio | 0.0038499743% |
| OH1836 | Union Township, Muskingum County, Ohio | 0.0003209896% |
| OH1837 | Union Township, Pike County, Ohio | 0.0001098555% |
| OH1838 | Union Township, Ross County, Ohio | 0.0119227921% |
| OH1839 | Union Township, Tuscarawas County, Ohio | 0.0002167791% |
| OH1840 | Union Township, Union County, Ohio | 0.0002502189% |
| OH1841 | Union Township, Van Wert County, Ohio | 0.0002973617% |
| OH1842 | Union Township, Warren County, Ohio | 0.0079936267% |
| OH1843 | Unionville Center Village, Ohio | 0.0001475046% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1844 | Uniopolis Village, Ohio | 0.0002492732% |
| OH1845 | Unity Township, Ohio | 0.0000798690% |
| OH1846 | University Heights City, Ohio | 0.0306916388% |
| OH1847 | Upper Arlington City, Ohio | 0.1198448950% |
| OH1848 | Upper Sandusky City, Ohio | 0.0108550896% |
| OH1849 | Upper Township, Ohio | 0.0007475763% |
| OH1850 | Urbana City, Ohio | 0.0575116162% |
| OH1851 | Urbancrest Village, Ohio | 0.0003436577% |
| OH1852 | Utica Village, Ohio | 0.0044986588% |
| OH1853 | Valley Hi Village, Ohio | 0.0001316045% |
| OH1854 | Valley Township, Guernsey County, Ohio | 0.0005439160% |
| OH1855 | Valley Township, Scioto County, Ohio | 0.0018196842% |
| OH1856 | Valley View Village, Ohio | 0.0158831601% |
| OH1857 | Valleyview Village, Ohio | 0.0016037359% |
| OH1858 | Van Buren Township, Darke County, Ohio | 0.0003444623% |
| OH1859 | Van Buren Township, Putnam County, Ohio | 0.0002317943% |
| OH1860 | Van Buren Township, Shelby County, Ohio | 0.0003904525% |
| OH1861 | Van Buren Village, Ohio | 0.0001188906% |
| OH1862 | Van Wert City, Ohio | 0.0528808311% |
| OH1863 | Van Wert County, Ohio | 0.1122540604% |
| OH1864 | Vandalia City, Ohio | 0.0967305650% |
| OH1865 | Vanlue Village, Ohio | 0.0001114793% |
| OH1866 | Venedocia Village, Ohio | 0.0000371702% |
| OH1867 | Venice Township, Ohio | 0.0000100271% |
| OH1868 | Vermilion City, Ohio | 0.0432196320% |
| OH1869 | Vermilion Township, Ohio | 0.0012778552% |
| OH1870 | Vermillion Township, Ohio | 0.0004880329% |
| OH1871 | Vernon Township, Crawford County, Ohio | 0.0000108762% |
| OH1872 | Vernon Township, Scioto County, Ohio | 0.0038952614% |
| OH1873 | Vernon Township, Trumbull County, Ohio | 0.0006308563% |
| OH1874 | Verona Village, Ohio | 0.0012373333% |
| OH1875 | Versailles Village, Ohio | 0.0100017096% |
| OH1876 | Vienna Township, Ohio | 0.0042113922% |
| OH1877 | Vinton County, Ohio | 0.1090168446% |
| OH1878 | Vinton Township, Ohio | 0.0001170406% |
| OH1879 | Vinton Village, Ohio | 0.0005060807% |
| OH1880 | Violet Township, Ohio | 0.0621844457% |
| OH1881 | Virginia Township, Ohio | 0.0000841915% |
| OH1882 | Wabash Township, Ohio | 0.0000492089% |
| OH1883 | Wadsworth City, Ohio | 0.0760959559% |
| OH1884 | Waite Hill Village, Ohio | 0.0053068521% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1885 | Wakeman Village, Ohio | 0.0018119487% |
| OH1886 | Walbridge Village, Ohio | 0.0029019871% |
| OH1887 | Waldo Township, Ohio | 0.0000743838% |
| OH1888 | Waldo Village, Ohio | 0.0004160980% |
| OH1889 | Walnut Township, Fairfield County, Ohio | 0.0087100593% |
| OH1890 | Walnut Township, Gallia County, Ohio | 0.0001499498% |
| OH1891 | Walton Hills Village, Ohio | 0.0099526568% |
| OH1892 | Wapakoneta City, Ohio | 0.0275268850% |
| OH1893 | Ward Township, Ohio | 0.0001486233% |
| OH1894 | Warren City, Ohio | 0.3520178232% |
| OH1895 | Warren County, Ohio | 1.0504230532% |
| OH1896 | Warren Township, Belmont County, Ohio | 0.0000984250% |
| OH1897 | Warren Township, Jefferson County, Ohio | 0.0004303316% |
| OH1898 | Warren Township, Trumbull County, Ohio | 0.0001534515% |
| OH1899 | Warren Township, Tuscarawas County, Ohio | 0.0002069255% |
| OH1900 | Warren Township, Washington County, Ohio | 0.0008773149% |
| OH1901 | Warrensville Heights City, Ohio | 0.0361164097% |
| OH1902 | Warsaw Village, Ohio | 0.0003911414% |
| OH1903 | Warwick Township, Ohio | 0.0008474093% |
| OH1904 | Washington County, Ohio | 0.3325608246% |
| OH1905 | Washington Court House City, Ohio | 0.0376016242% |
| OH1906 | Washington Township, Auglaize County, Ohio | 0.0023680955% |
| OH1907 | Washington Township, Belmont County, Ohio | 0.0000843643% |
| OH1908 | Washington Township, Brown County, Ohio | 0.0011782387% |
| OH1909 | Washington Township, Carroll County, Ohio | 0.0002178675% |
| OH1910 | Washington Township, Clermont County, Ohio | 0.0305984481% |
| OH1911 | Washington Township, Clinton County, Ohio | 0.0029440948% |
| OH1912 | Washington Township, Columbiana County, Ohio | 0.0006256408% |
| OH1913 | Washington Township, Coshocton County, Ohio | 0.0000841915% |
| OH1914 | Washington Township, Darke County, Ohio | 0.0003198579% |
| OH1915 | Washington Township, Defiance County, Ohio | 0.0003531079% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1916 | Washington Township, Franklin County, Ohio | 0.1225330619% |
| OH1917 | Washington Township, Guernsey County, Ohio | 0.0000951853% |
| OH1918 | Washington Township, Hancock County, Ohio | 0.0008925122% |
| OH1919 | Washington Township, Harrison County, Ohio | 0.0003339830% |
| OH1920 | Washington Township, Henry County, Ohio | 0.0002571801% |
| OH1921 | Washington Township, Highland County, Ohio | 0.0004065339% |
| OH1922 | Washington Township, Hocking County, Ohio | 0.0002427514% |
| OH1923 | Washington Township, Holmes County, Ohio | 0.0000261741% |
| OH1924 | Washington Township, Jackson County, Ohio | 0.0003315132% |
| OH1925 | Washington Township, Lawrence County, Ohio | 0.0000695420% |
| OH1926 | Washington Township, Licking County, Ohio | 0.0008154920% |
| OH1927 | Washington Township, Logan County, Ohio | 0.0017756185% |
| OH1928 | Washington Township, Lucas County, Ohio | 0.0071150384% |
| OH1929 | Washington Township, Mercer County, Ohio | 0.0001173080% |
| OH1930 | Washington Township, Miami County, Ohio | 0.0009766897% |
| OH1931 | Washington Township, Monroe County, Ohio | 0.0000062341% |
| OH1932 | Washington Township, Montgomery County, Ohio | 0.1316317394% |
| OH1933 | Washington Township, Morrow County, Ohio | 0.0002420690% |
| OH1934 | Washington Township, Muskingum County, Ohio | 0.0014845767% |
| OH1935 | Washington Township, Paulding County, Ohio | 0.0000402008% |
| OH1936 | Washington Township, Pickaway County, Ohio | 0.0003983733% |
| OH1937 | Washington Township, Preble County, Ohio | 0.0006874604% |
| OH1938 | Washington Township, Richland County, Ohio | 0.0012132000% |
| OH1939 | Washington Township, Sandusky County, Ohio | 0.0006510581% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1940 | Washington Township, Scioto County, Ohio | 0.0113445935% |
| OH1941 | Washington Township, Shelby County, Ohio | 0.0000798653% |
| OH1942 | Washington Township, Stark County, Ohio | 0.0006531299% |
| OH1943 | Washington Township, Wood County, Ohio | 0.0002265264% |
| OH1944 | Washingtonville Village, Ohio | 0.0014015930% |
| OH1945 | Waterford Township, Ohio | 0.0050048725% |
| OH1946 | Waterloo Township, Ohio | 0.0006670006% |
| OH1947 | Watertown Township, Ohio | 0.0001503968% |
| OH1948 | Waterville City, Ohio | 0.0124831621% |
| OH1949 | Waterville Township, Ohio | 0.0015558460% |
| OH1950 | Wauseon City, Ohio | 0.0277126990% |
| OH1951 | Waverly Village, Ohio | 0.0077490360% |
| OH1952 | Wayne County, Ohio | 0.2257675097% |
| OH1953 | Wayne Lakes Village, Ohio | 0.0075166600% |
| OH1954 | Wayne Township, Adams County, Ohio | 0.0012649279% |
| OH1955 | Wayne Township, Ashtabula County, Ohio | 0.0005165967% |
| OH1956 | Wayne Township, Auglaize County, Ohio | 0.0004273255% |
| OH1957 | Wayne Township, Belmont County, Ohio | 0.0000562429% |
| OH1958 | Wayne Township, Butler County, Ohio | 0.0007432325% |
| OH1959 | Wayne Township, Champaign County, Ohio | 0.0014909244% |
| OH1960 | Wayne Township, Clermont County, Ohio | 0.0020513889% |
| OH1961 | Wayne Township, Clinton County, Ohio | 0.0002007337% |
| OH1962 | Wayne Township, Columbiana County, Ohio | 0.0005990178% |
| OH1963 | Wayne Township, Darke County, Ohio | 0.0000369067% |
| OH1964 | Wayne Township, Fayette County, Ohio | 0.0001404303% |
| OH1965 | Wayne Township, Jefferson County, Ohio | 0.0021038433% |
| OH1966 | Wayne Township, Monroe County, Ohio | 0.0000062341% |
| OH1967 | Wayne Township, Muskingum County, Ohio | 0.0001404329% |
| OH1968 | Wayne Township, Noble County, Ohio | 0.0000862387% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1969 | Wayne Township, Pickaway County, Ohio | 0.0000437239% |
| OH1970 | Wayne Township, Tuscarawas County, Ohio | 0.0003941438% |
| OH1971 | Wayne Township, Warren County, Ohio | 0.0038164622% |
| OH1972 | Wayne Village, Ohio | 0.0008081483% |
| OH1973 | Waynesburg Village, Ohio | 0.0012073007% |
| OH1974 | Waynesfield Village, Ohio | 0.0007567223% |
| OH1975 | Waynesville Village, Ohio | 0.0046309511% |
| OH1976 | Weathersfield Township, Ohio | 0.0249955502% |
| OH1977 | Weller Township, Ohio | 0.0004460294% |
| OH1978 | Wellington Village, Ohio | 0.0164981765% |
| OH1979 | Wells Township, Ohio | 0.0100888848% |
| OH1980 | Wellston City, Ohio | 0.0406103723% |
| OH1981 | Wellsville Village, Ohio | 0.0125660620% |
| OH1982 | Wesley Township, Ohio | 0.0001253307% |
| OH1983 | West Alexandria Village, Ohio | 0.0099845432% |
| OH1984 | West Carrollton City, Ohio | 0.0603546931% |
| OH1985 | West Chester Township, Ohio | 0.3737167118% |
| OH1986 | West Elkton Village, Ohio | 0.0026843690% |
| OH1987 | West Farmington Village, Ohio | 0.0001875519% |
| OH1988 | West Jefferson Village, Ohio | 0.0159155640% |
| OH1989 | West Lafayette Village, Ohio | 0.0026252451% |
| OH1990 | West Leipsic Village, Ohio | 0.0002152376% |
| OH1991 | West Liberty Village, Ohio | 0.0035013600% |
| OH1992 | West Manchester Village, Ohio | 0.0025206880% |
| OH1993 | West Mansfield Village, Ohio | 0.0000798031% |
| OH1994 | West Millgrove Village, Ohio | 0.0001102020% |
| OH1995 | West Milton Village, Ohio | 0.0098350376% |
| OH1996 | West Rushville Village, Ohio | 0.0001070525% |
| OH1997 | West Salem Village, Ohio | 0.0004987159% |
| OH1998 | West Township, Ohio | 0.0005857063% |
| OH1999 | West Union Village, Ohio | 0.0111998820% |
| OH2000 | West Unity Village, Ohio | 0.0014694352% |
| OH2001 | Westerville City, Ohio | 0.2122517954% |
| OH2002 | Westfield Center Village, Ohio | 0.0015469538% |
| OH2003 | Westfield Township, Ohio | 0.0022200558% |
| OH2004 | Westlake City, Ohio | 0.0470647273% |
| OH2005 | Westland Township, Ohio | 0.0000407937% |
| OH2006 | Weston Township, Ohio | 0.0001040797% |
| OH2007 | Weston Village, Ohio | 0.0009305950% |
| OH2008 | Wharton Village, Ohio | 0.0000269859% |
| OH2009 | Wheeling Township, Belmont County, Ohio | 0.0005343072% |
| OH2010 | Wheeling Township, Guernsey County, Ohio | 0.0000407937% |
| OH2011 | Whetstone Township, Ohio | 0.0003262846% |
| OH2012 | White Eyes Township, Ohio | 0.0001913444% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH2013 | Whitehall City, Ohio | 0.0708163966% |
| OH2014 | Whitehouse Village, Ohio | 0.0191159792% |
| OH2015 | Whitewater Township, Ohio | 0.0072647461% |
| OH2016 | Wickliffe City, Ohio | 0.0543194216% |
| OH2017 | Wilkesville Township, Ohio | 0.0005461896% |
| OH2018 | Wilkesville Village, Ohio | 0.0001034151% |
| OH2019 | Willard City, Ohio | 0.0338504955% |
| OH2020 | Williams County, Ohio | 0.1507467614% |
| OH2021 | Williamsburg Township, Ohio | 0.0138253270% |
| OH2022 | Williamsburg Village, Ohio | 0.0064127452% |
| OH2023 | Williamsfield Township, Ohio | 0.0004696334% |
| OH2024 | Williamsport Village, Ohio | 0.0004226644% |
| OH2025 | Willoughby City, Ohio | 0.1356374532% |
| OH2026 | Willoughby Hills City, Ohio | 0.0528410843% |
| OH2027 | Willowick City, Ohio | 0.0540256495% |
| OH2028 | Wills Township, Ohio | 0.0001087832% |
| OH2029 | Willshire Village, Ohio | 0.0006690639% |
| OH2030 | Wilmington City, Ohio | 0.1278277818% |
| OH2031 | Wilmot Village, Ohio | 0.0024343932% |
| OH2032 | Wilson Township, Ohio | 0.0006914162% |
| OH2033 | Wilson Village, Ohio | 0.0001415832% |
| OH2034 | Winchester Village, Ohio | 0.0033994936% |
| OH2035 | Windham Township, Ohio | 0.0001218723% |
| OH2036 | Windham Village, Ohio | 0.0030305573% |
| OH2037 | Windsor Township, Ashtabula County, Ohio | 0.0006340051% |
| OH2038 | Windsor Township, Lawrence County, Ohio | 0.0007128053% |
| OH2039 | Windsor Township, Morgan County, Ohio | 0.0004926943% |
| OH2040 | Wintersville Village, Ohio | 0.0169582518% |
| OH2041 | Wood County, Ohio | 0.6017827347% |
| OH2042 | Woodlawn Village, Ohio | 0.0240822158% |
| OH2043 | Woodmere Village, Ohio | 0.0007072352% |
| OH2044 | Woodsfield Village, Ohio | 0.0011221301% |
| OH2045 | Woodstock Village, Ohio | 0.0001517571% |
| OH2046 | Woodville Township, Ohio | 0.0019622167% |
| OH2047 | Woodville Village, Ohio | 0.0034270973% |
| OH2048 | Wooster City, Ohio | 0.4046402646% |
| OH2049 | Wooster Township, Ohio | 0.0017358405% |
| OH2050 | Worthington City, Ohio | 0.0819890902% |
| OH2051 | Worthington Township, Ohio | 0.0017573559% |
| OH2052 | Wren Village, Ohio | 0.0008301349% |
| OH2053 | Wyandot County, Ohio | 0.0959147354% |
| OH2054 | Wyoming City, Ohio | 0.0220280462% |
| OH2055 | Xenia City, Ohio | 0.1268376308% |
| OH2056 | Xenia Township, Ohio | 0.0075532986% |
| OH2057 | Yankee Lake Village, Ohio | 0.0000341003% |
| OH2058 | Yellow Creek Township, Ohio | 0.0010782320% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH2059 | Yellow Springs Village, Ohio | 0.0142295064% |
| OH2060 | York Township, Athens County, Ohio | 0.0005523599% |
| OH2061 | York Township, Fulton County, Ohio | 0.0061882726% |
| OH2062 | York Township, Medina County, Ohio | 0.0023145263% |
| OH2063 | York Township, Sandusky County, Ohio | 0.0006239306% |
| OH2064 | York Township, Tuscarawas County, Ohio | 0.0007784341% |
| OH2065 | York Township, Van Wert County, Ohio | 0.0001115107% |
| OH2066 | Yorkshire Village, Ohio | 0.0007627380% |
| OH2067 | Yorkville Village, Ohio | 0.0011795516% |
| OH2068 | Youngstown City, Ohio | 0.5751891038% |
| OH2069 | Zaleski Village, Ohio | 0.0000780271% |
| OH2070 | Zane Township, Ohio | 0.0012568985% |
| OH2071 | Zanesfield Village, Ohio | 0.0001257699% |
| OH2072 | Zanesville City, Ohio | 0.1371227251% |
| OH2073 | Zoar Village, Ohio | 0.0002364863% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OK1 | Ada City, Oklahoma | 0.8751127538% |
| OK2 | Adair County, Oklahoma | 0.4266209709% |
| OK3 | Alfalfa County, Oklahoma | 0.0752358760% |
| OK4 | Altus City, Oklahoma | 0.0622184471% |
| OK5 | Anadarko City, Oklahoma | 0.2177062552% |
| OK6 | Ardmore City, Oklahoma | 0.8834203994% |
| OK7 | Atoka County, Oklahoma | 0.3570166411% |
| OK8 | Bartlesville City, Oklahoma | 0.7616370548% |
| OK9 | Beaver County, Oklahoma | 0.0784743727% |
| OK10 | Beckham County, Oklahoma | 0.2846460130% |
| OK11 | Bethany City, Oklahoma | 0.2482441625% |
| OK12 | Bixby City, Oklahoma | 0.2557077913% |
| OK13 | Blaine County, Oklahoma | 0.1909298641% |
| OK14 | Broken Arrow City, Oklahoma | 1.9405732012% |
| OK15 | Bryan County, Oklahoma | 0.5253079080% |
| OK16 | Burns Flat Town, Oklahoma | 0.0297825750% |
| OK17 | Caddo County, Oklahoma | 0.4845736458% |
| OK18 | Canadian County, Oklahoma | 0.5808839408% |
| OK19 | Carter County, Oklahoma | 1.0204659663% |
| OK20 | Cherokee County, Oklahoma | 0.0547155245% |
| OK21 | Chickasha City, Oklahoma | 0.1510124411% |
| OK22 | Choctaw City, Oklahoma | 0.0613538158% |
| OK23 | Choctaw County, Oklahoma | 0.4004199348% |
| OK24 | Cimarron County, Oklahoma | 0.0722904419% |
| OK25 | Claremore City, Oklahoma | 0.7190775254% |
| OK26 | Cleveland County, Oklahoma | 0.2725422694% |
| OK27 | Coal County, Oklahoma | 0.1610866236% |
| OK28 | Comanche County, Oklahoma | 2.0790341012% |
| OK29 | Cotton County, Oklahoma | 0.1077265239% |
| OK30 | Coweta City, Oklahoma | 0.3910652406% |
| OK31 | Craig County, Oklahoma | 0.2892248732% |
| OK32 | Creek County, Oklahoma | 1.2474865281% |
| OK33 | Custer County, Oklahoma | 0.4049880250% |
| OK34 | Del City, Oklahoma | 0.2643825434% |
| OK35 | Delaware County, Oklahoma | 0.8410533842% |
| OK36 | Dewey County, Oklahoma | 0.0676712782% |
| OK37 | Duncan City, Oklahoma | 0.8937861298% |
| OK38 | Durant City, Oklahoma | 0.7336303563% |
| OK39 | Edmond City, Oklahoma | 1.4615935748% |
| OK40 | El Reno City, Oklahoma | 0.2053992273% |
| OK41 | Elk City, Oklahoma | 0.3587477547% |
| OK42 | Ellis County, Oklahoma | 0.0583375351% |
| OK43 | Enid City, Oklahoma | 0.7392412881% |
| OK44 | Garfield County, Oklahoma | 0.2542221165% |
| OK45 | Garvin County, Oklahoma | 0.8411004189% |
| OK46 | Glenpool City, Oklahoma | 0.1608895657% |
| OK47 | Grady County, Oklahoma | 1.0545977812% |
| OK48 | Grant County, Oklahoma | 0.0405478903% |
| OK49 | Greer County, Oklahoma | 0.1583252054% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OK50 | Guthrie City, Oklahoma | 0.1856265512% |
| OK51 | Guymon City, Oklahoma | 0.0547591936% |
| OK52 | Harmon County, Oklahoma | 0.0673861249% |
| OK53 | Harper County, Oklahoma | 0.0522026584% |
| OK54 | Haskell County, Oklahoma | 0.2531508354% |
| OK55 | Hughes County, Oklahoma | 0.2061436213% |
| OK56 | Jackson County, Oklahoma | 0.4801048418% |
| OK57 | Jefferson County, Oklahoma | 0.3090924602% |
| OK58 | Jenks City, Oklahoma | 0.1806228639% |
| OK59 | Johnston County, Oklahoma | 0.4472082986% |
| OK60 | Kay County, Oklahoma | 0.5067583031% |
| OK61 | Kingfisher County, Oklahoma | 0.2717757463% |
| OK62 | Kiowa County, Oklahoma | 0.2298382701% |
| OK63 | Latimer County, Oklahoma | 0.3148762172% |
| OK64 | Lawton City, Oklahoma | 0.3312681144% |
| OK65 | Le Flore County, Oklahoma | 1.4166392289% |
| OK66 | Lincoln County, Oklahoma | 0.6999457500% |
| OK67 | Logan County, Oklahoma | 0.5399784520% |
| OK68 | Love County, Oklahoma | 0.2288662752% |
| OK69 | Major County, Oklahoma | 0.0852741304% |
| OK70 | Marshall County, Oklahoma | 0.2609426135% |
| OK71 | Mayes County, Oklahoma | 1.2431623622% |
| OK72 | McAlester City, Oklahoma | 1.2318612380% |
| OK73 | McClain County, Oklahoma | 0.6643227071% |
| OK74 | McCurtain County, Oklahoma | 0.8951427325% |
| OK75 | McIntosh County, Oklahoma | 0.6473819592% |
| OK76 | Miami City, Oklahoma | 0.3080134381% |
| OK77 | Midwest City, Oklahoma | 1.3662006673% |
| OK78 | Moore City, Oklahoma | 0.2533704430% |
| OK79 | Murray County, Oklahoma | 0.5297956437% |
| OK80 | Muskogee City, Oklahoma | 2.5039385148% |
| OK81 | Muskogee County, Oklahoma | 0.1783839604% |
| OK82 | Mustang City, Oklahoma | 0.1655020823% |
| OK83 | Newcastle City, Oklahoma | 0.2606099206% |
| OK84 | Noble County, Oklahoma | 0.1688783176% |
| OK85 | Norman City, Oklahoma | 4.4189589851% |
| OK86 | Nowata County, Oklahoma | 0.1569775216% |
| OK87 | Okfuskee County, Oklahoma | 0.2609296558% |
| OK88 | Oklahoma City, Oklahoma | 14.3489114350% |
| OK89 | Oklahoma County, Oklahoma | 3.3422940072% |
| OK90 | Okmulgee City, Oklahoma | 0.5086746948% |
| OK91 | Okmulgee County, Oklahoma | 0.4742639531% |
| OK92 | Osage County, Oklahoma | 0.5896618496% |
| OK93 | Ottawa County, Oklahoma | 0.3159777890% |
| OK94 | Owasso City, Oklahoma | 0.7456266521% |
| OK95 | Pawnee County, Oklahoma | 0.6201145221% |
| OK96 | Payne County, Oklahoma | 0.6719554590% |
| OK97 | Pittsburg County, Oklahoma | 0.1253496540% |
| OK98 | Ponca City, Oklahoma | 0.4343605817% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OK99 | Pontotoc County, Oklahoma | 0.3451006157% |
| OK100 | Pottawatomie County, Oklahoma | 0.8536612997% |
| OK101 | Pushmataha County, Oklahoma | 0.3982344607% |
| OK102 | Roger Mills County, Oklahoma | 0.0439550052% |
| OK103 | Rogers County, Oklahoma | 1.2081401690% |
| OK104 | Sand Springs City, Oklahoma | 0.3849881687% |
| OK105 | Sapulpa City, Oklahoma | 1.1421081226% |
| OK106 | Seminole City, Oklahoma | 0.2214634802% |
| OK107 | Seminole County, Oklahoma | 0.4144393970% |
| OK108 | Sequoyah County, Oklahoma | 1.5345087624% |
| OK109 | Shawnee City, Oklahoma | 1.3614784311% |
| OK110 | Stephens County, Oklahoma | 0.8246887486% |
| OK111 | Stillwater City, Oklahoma | 0.8442351700% |
| OK112 | Tahlequah City, Oklahoma | 1.5329176592% |
| OK113 | Texas County, Oklahoma | 0.3711376613% |
| OK114 | Tillman County, Oklahoma | 0.1988848754% |
| OK115 | Tulsa City, Oklahoma | 11.8499277217% |
| OK116 | Tulsa County, Oklahoma | 5.3498014970% |
| OK117 | Wagoner County, Oklahoma | 0.8686244855% |
| OK118 | Warr Acres City, Oklahoma | 0.1616160377% |
| OK119 | Washington County, Oklahoma | 0.3936750370% |
| OK120 | Washita County, Oklahoma | 0.1931168527% |
| OK121 | Weatherford City, Oklahoma | 0.1872773945% |
| OK122 | Woods County, Oklahoma | 0.1975804400% |
| OK123 | Woodward City, Oklahoma | 0.2327716722% |
| OK124 | Woodward County, Oklahoma | 0.1781706634% |
| OK125 | Yukon City, Oklahoma | 0.3103071173% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OR1 | Albany City, Oregon | 1.1574421234% |
| OR2 | Ashland City, Oregon | 0.5725593238% |
| OR3 | Astoria City, Oregon | 0.1859283065% |
| OR4 | Baker County, Oregon | 0.4771636205% |
| OR5 | Beaverton City, Oregon | 0.9709676029% |
| OR6 | Bend City, Oregon | 0.9443519043% |
| OR7 | Benton County, Oregon | 1.0219885306% |
| OR8 | Canby City, Oregon | 0.1716812437% |
| OR9 | Central Point City, Oregon | 0.1718730043% |
| OR10 | Clackamas County, Oregon | 7.7713142577% |
| OR11 | Clatsop County, Oregon | 1.1423692099% |
| OR12 | Columbia County, Oregon | 1.0096699413% |
| OR13 | Coos Bay City, Oregon | 0.2538945929% |
| OR14 | Coos County, Oregon | 1.5633002470% |
| OR15 | Cornelius City, Oregon | 0.0949750265% |
| OR16 | Corvallis City, Oregon | 0.6633711425% |
| OR17 | Cottage Grove City, Oregon | 0.0910229575% |
| OR18 | Crook County, Oregon | 0.3513229911% |
| OR19 | Curry County, Oregon | 0.7612961295% |
| OR20 | Dallas City, Oregon | 0.1606964683% |
| OR21 | Deschutes County, Oregon | 2.2569753600% |
| OR22 | Douglas County, Oregon | 2.5689481047% |
| OR23 | Eugene City, Oregon | 2.7611039932% |
| OR24 | Forest Grove City, Oregon | 0.2522169415% |
| OR26 | Gladstone City, Oregon | 0.1181360032% |
| OR28 | Grants Pass City, Oregon | 0.8232581895% |
| OR29 | Gresham City, Oregon | 0.9831942718% |
| OR30 | Happy Valley City, Oregon | 0.0103506009% |
| OR32 | Hermiston City, Oregon | 0.1316304314% |
| OR33 | Hillsboro City, Oregon | 1.5083519364% |
| OR34 | Hood River County, Oregon | 0.3553687498% |
| OR35 | Independence City, Oregon | 0.0808970601% |
| OR36 | Jackson County, Oregon | 4.0769510640% |
| OR37 | Jefferson County, Oregon | 0.3674692915% |
| OR38 | Josephine County, Oregon | 1.6536523798% |
| OR39 | Keizer City, Oregon | 0.1916558451% |
| OR40 | Klamath County, Oregon | 1.2169628601% |
| OR41 | Klamath Falls City, Oregon | 0.3209275214% |
| OR42 | La Grande City, Oregon | 0.2715648669% |
| OR44 | Lake Oswego City, Oregon | 0.6934160342% |
| OR45 | Lane County, Oregon | 6.3326808234% |
| OR46 | Lebanon City, Oregon | 0.3269345282% |
| OR47 | Lincoln County, Oregon | 1.5190343268% |
| OR48 | Linn County, Oregon | 1.8185376689% |
| OR49 | Malheur County, Oregon | 0.5014027023% |
| OR50 | Marion County, Oregon | 4.1636475308% |
| OR51 | McMinnville City, Oregon | 0.4803592635% |
| OR52 | Medford City, Oregon | 1.5540758598% |
| OR53 | Milwaukie City, Oregon | 0.2113647118% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OR54 | Monmouth City, Oregon | 0.0706960930% |
| OR55 | Morrow County, Oregon | 0.1351544937% |
| OR56 | Multnomah County, Oregon | 13.9643815662% |
| OR57 | Newberg City, Oregon | 0.4093257361% |
| OR58 | Newport City, Oregon | 0.1908392623% |
| OR59 | Ontario City, Oregon | 0.1869780182% |
| OR60 | Oregon City, Oregon | 0.2765040475% |
| OR61 | Pendleton City, Oregon | 0.3521049458% |
| OR62 | Polk County, Oregon | 0.7074299681% |
| OR63 | Portland City, Oregon | 8.2736702858% |
| OR64 | Prineville City, Oregon | 0.0924861843% |
| OR65 | Redmond City, Oregon | 0.1550311086% |
| OR66 | Roseburg City, Oregon | 0.6370799877% |
| OR67 | Salem City, Oregon | 3.0438221421% |
| OR68 | Sandy City, Oregon | 0.0775015682% |
| OR70 | Sherwood City, Oregon | 0.1404204928% |
| OR71 | Silverton City, Oregon | 0.0775630731% |
| OR72 | Springfield City, Oregon | 1.1667234659% |
| OR73 | St. Helens City, Oregon | 0.1964453077% |
| OR74 | The Dalles City, Oregon | 0.1723418738% |
| OR75 | Tigard City, Oregon | 0.5049875956% |
| OR76 | Tillamook County, Oregon | 0.9001228870% |
| OR77 | Troutdale City, Oregon | 0.0899929610% |
| OR78 | Tualatin City, Oregon | 0.1551565618% |
| OR79 | Umatilla County, Oregon | 0.9738633884% |
| OR80 | Union County, Oregon | 0.4153841374% |
| OR82 | Wasco County, Oregon | 0.4116278731% |
| OR83 | Washington County, Oregon | 7.2167622210% |
| OR84 | West Linn City, Oregon | 0.1600504983% |
| OR86 | Wilsonville City, Oregon | 0.1383351396% |
| OR87 | Woodburn City, Oregon | 0.2069349266% |
| OR88 | Yamhill County, Oregon | 1.4120246444% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|:---:|:---|:---:|
| PA2 | Adams County, Pennsylvania | |
| PA4 | Aliquippa City, Pennsylvania | |
| PA5 | Allegheny County, Pennsylvania | |
| PA6 | Allentown City, Pennsylvania | |
| PA10 | Armstrong County, Pennsylvania | |
| PA13 | Beaver County, Pennsylvania | |
| PA14 | Bedford County, Pennsylvania | |
| PA15 | Bensalem Township, Pennsylvania | |
| PA16 | Berks County, Pennsylvania | |
| PA20 | Blair County, Pennsylvania | |
| PA22 | Bradford County, Pennsylvania | |
| PA23 | Bristol Township, Pennsylvania | |
| PA25 | Bucks County, Pennsylvania | |
| PA27 | Butler County, Pennsylvania | |
| PA30 | Cambria County, Pennsylvania | |
| PA31 | Cameron County, Pennsylvania | |
| PA32 | Carbon County, Pennsylvania | |
| PA36 | Centre County, Pennsylvania | |
| PA40 | Chester County, Pennsylvania | |
| PA42 | Clarion County, Pennsylvania | |
| PA43 | Clearfield County, Pennsylvania | |
| PA44 | Clinton County, Pennsylvania | |
| PA46 | Coatesville City, Pennsylvania | Allocations in Pennsylvania will be made in accordance with the Pennsylvania Trust and Allocation Order. |
| PA49 | Columbia County, Pennsylvania | |
| PA53 | Crawford County, Pennsylvania | |
| PA54 | Cumberland County, Pennsylvania | |
| PA57 | Dauphin County, Pennsylvania | |
| PA58 | Delaware County, Pennsylvania | |
| PA76 | Edwardsville Borough, Pennsylvania | |
| PA79 | Elk County, Pennsylvania | |
| PA84 | Erie County, Pennsylvania | |
| PA85 | Exeter Borough, Pennsylvania | |
| PA90 | Fayette County, Pennsylvania | |
| PA92 | Forest County, Pennsylvania | |
| PA94 | Forty Fort Borough, Pennsylvania | |
| PA96 | Franklin County, Pennsylvania | |
| PA98 | Fulton County, Pennsylvania | |
| PA99 | Greene County, Pennsylvania | |
| PA107 | Hanover Township, Luzerne County, Pennsylvania | |
| PA114 | Hazleton City, Pennsylvania | |
| PA120 | Huntingdon County, Pennsylvania | |
| PA122 | Indiana County, Pennsylvania | |
| PA123 | Jefferson County, Pennsylvania | |
| PA126 | Juniata County, Pennsylvania | |
| PA127 | Kingston Borough, Pennsylvania | |
| PA128 | Lackawanna County, Pennsylvania | |
| PA130 | Lancaster County, Pennsylvania | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| PA134 | Lawrence County, Pennsylvania | |
| PA136 | Lebanon County, Pennsylvania | |
| PA137 | Lehigh County, Pennsylvania | |
| PA141 | Lock Haven City, Pennsylvania | |
| PA147 | Lower Makefield Township, Pennsylvania | |
| PA155 | Lower Southampton Township, Pennsylvania | |
| PA157 | Luzerne County, Pennsylvania | |
| PA158 | Lycoming County, Pennsylvania | |
| PA348 | Mahoning Township, Lawrence County, Pennsylvania | |
| PA164 | McKean County, Pennsylvania | |
| PA167 | Mercer County, Pennsylvania | |
| PA169 | Middletown Township, Bucks County, Pennsylvania | |
| PA171 | Mifflin County, Pennsylvania | |
| PA174 | Monroe County, Pennsylvania | |
| PA176 | Montgomery County, Pennsylvania | |
| PA178 | Montour County, Pennsylvania | |
| PA180 | Morrisville Borough, Pennsylvania | Allocations in Pennsylvania will be made in accordance with the Pennsylvania Trust and Allocation Order. |
| PA187 | Nanticoke City, Pennsylvania | |
| PA190 | New Castle City, Pennsylvania | |
| PA195 | Newtown Township, Bucks County, Pennsylvania | |
| PA197 | Norristown Borough, Pennsylvania | |
| PA205 | Northampton County, Pennsylvania | |
| PA207 | Northumberland County, Pennsylvania | |
| PA213 | Perry County, Pennsylvania | |
| PA215 | Philadelphia City, Pennsylvania | |
| PA217 | Pike County, Pennsylvania | |
| PA219 | Pittsburgh City, Pennsylvania | |
| PA220 | Plains Township, Pennsylvania | |
| PA225 | Potter County, Pennsylvania | |
| PA241 | Schuylkill County, Pennsylvania | |
| PA248 | Snyder County, Pennsylvania | |
| PA249 | Somerset County, Pennsylvania | |
| PA265 | Sugar Notch Borough, Pennsylvania | |
| PA266 | Sullivan County, Pennsylvania | |
| PA267 | Susquehanna County, Pennsylvania | |
| PA270 | Tioga County, Pennsylvania | |
| PA273 | Union County, Pennsylvania | |

G-201

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PA349 | Union Township, Lawrence County, Pennsylvania | |
| PA290 | Venango County, Pennsylvania | |
| PA350 | Wampum Borough, Pennsylvania | |
| PA291 | Warminster Township, Pennsylvania | |
| PA292 | Warren County, Pennsylvania | |
| PA293 | Warrington Township, Bucks County, Pennsylvania | |
| PA297 | Washington County, Pennsylvania | |
| PA299 | Wayne County, Pennsylvania | |
| PA310 | West Norriton Township, Pennsylvania | |
| PA311 | West Pittston Borough, Pennsylvania | |
| PA313 | Westmoreland County, Pennsylvania | |
| PA320 | Wilkes Barre Township, Pennsylvania | |
| PA321 | Wilkes-Barre City, Pennsylvania | |
| PA327 | Wright Township, Pennsylvania | |
| PA328 | Wyoming Borough, Pennsylvania | |
| PA329 | Wyoming County, Pennsylvania | Allocations in Pennsylvania will be made in accordance with the Pennsylvania Trust and Allocation Order. |
| PA333 | York County, Pennsylvania | |
| PA335 | Fairview Township, Luzerne County, Pennsylvania | |
| PA336 | District Attorney of Allegheny County, Pennsylvania | |
| PA337 | District Attorney of Berks County, Pennsylvania | |
| PA338 | District Attorney of Bucks County, Pennsylvania | |
| PA339 | District Attorney of Chester County, Pennsylvania | |
| PA340 | District Attorney of Clearfield County, Pennsylvania | |
| PA341 | District Attorney of Dauphin County, Pennsylvania | |
| PA342 | District Attorney of Delaware County, Pennsylvania | |
| PA343 | District Attorney of Erie County, Pennsylvania | |
| PA344 | District Attorney of Lehigh County, Pennsylvania | |
| PA345 | District Attorney of Northampton County, Pennsylvania | |
| PA346 | District Attorney of Philadelphia County, Pennsylvania | |

G-202

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| PA347 | District Attorney of Westmoreland County, Pennsylvania | Allocations in Pennsylvania will be made in accordance with the Pennsylvania Trust and Allocation Order. |
| PA351 | Southeastern Pennsylvania Transportation Authority, Pennsylvania | |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PR1 | Adjuntas, Puerto Rico | 0.4468461493% |
| PR2 | Aguada, Puerto Rico | 0.9238661758% |
| PR3 | Aguadilla, Puerto Rico | 1.6156167759% |
| PR4 | Aguas Buenas, Puerto Rico | 0.7490858028% |
| PR5 | Aibonito, Puerto Rico | 0.7959428477% |
| PR6 | Anasco, Puerto Rico | 0.5050154853% |
| PR7 | Arecibo, Puerto Rico | 1.3074850692% |
| PR8 | Arroyo, Puerto Rico | 2.0592191012% |
| PR9 | Barceloneta, Puerto Rico | 0.5768569406% |
| PR10 | Barranquitas, Puerto Rico | 0.7167107056% |
| PR11 | Bayamon, Puerto Rico | 5.7282390971% |
| PR12 | Cabo Rojo, Puerto Rico | 1.1570847420% |
| PR13 | Caguas, Puerto Rico | 4.7119895861% |
| PR14 | Camuy, Puerto Rico | 0.7759381807% |
| PR15 | Canovanas, Puerto Rico | 1.0721780377% |
| PR16 | Carolina, Puerto Rico | 4.3228006165% |
| PR17 | Catano, Puerto Rico | 0.7612066695% |
| PR18 | Cayey, Puerto Rico | 1.3596493469% |
| PR19 | Ceiba, Puerto Rico | 0.2896687707% |
| PR20 | Ciales, Puerto Rico | 0.4533215195% |
| PR21 | Cidra, Puerto Rico | 1.1671492158% |
| PR22 | Coamo, Puerto Rico | 0.9970822347% |
| PR23 | Comerio, Puerto Rico | 0.5268640655% |
| PR24 | Corozal, Puerto Rico | 0.8595048594% |
| PR25 | Culebra, Puerto Rico | 0.0380175870% |
| PR26 | Dorado, Puerto Rico | 0.8970759382% |
| PR27 | Fajardo, Puerto Rico | 1.1102770585% |
| PR28 | Florida, Puerto Rico | 0.2695408253% |
| PR29 | Guanica, Puerto Rico | 0.4269617539% |
| PR30 | Guayama, Puerto Rico | 1.3293151076% |
| PR31 | Guayanilla, Puerto Rico | 0.4886780984% |
| PR32 | Guaynabo, Puerto Rico | 2.3185934725% |
| PR33 | Gurabo, Puerto Rico | 0.9866291335% |
| PR34 | Hatillo, Puerto Rico | 1.0577790273% |
| PR35 | Hormigueros, Puerto Rico | 0.3963005262% |
| PR36 | Humacao, Puerto Rico | 1.8829438530% |
| PR37 | Isabela, Puerto Rico | 1.0062900243% |
| PR38 | Jayuya, Puerto Rico | 0.3757431113% |
| PR39 | Juana Diaz, Puerto Rico | 1.7179648597% |
| PR40 | Juncos, Puerto Rico | 0.9543672919% |
| PR41 | Lajas, Puerto Rico | 0.5633742491% |
| PR42 | Lares, Puerto Rico | 0.6852103333% |
| PR43 | Las Marias, Puerto Rico | 0.2285582941% |
| PR44 | Las Piedras, Puerto Rico | 0.8440153869% |
| PR45 | Loiza, Puerto Rico | 0.7971240145% |
| PR46 | Luquillo, Puerto Rico | 0.5035020683% |
| PR47 | Manati, Puerto Rico | 1.3858134207% |
| PR48 | Maricao, Puerto Rico | 0.1311593846% |
| PR49 | Maunabo, Puerto Rico | 0.2983734242% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PR50 | Mayaguez, Puerto Rico | 2.7384221211% |
| PR51 | Moca, Puerto Rico | 0.9400143856% |
| PR52 | Morovis, Puerto Rico | 0.7678286207% |
| PR53 | Naguabo, Puerto Rico | 0.6776685553% |
| PR54 | Naranjito, Puerto Rico | 0.6713715879% |
| PR55 | Orocovis, Puerto Rico | 0.5209419444% |
| PR56 | Patillas, Puerto Rico | 0.4307397840% |
| PR57 | Penuelas, Puerto Rico | 0.5782731381% |
| PR58 | Ponce, Puerto Rico | 5.1762853836% |
| PR59 | Quebradillas, Puerto Rico | 0.6086201563% |
| PR60 | Rincon, Puerto Rico | 0.3607312171% |
| PR61 | Rio Grande, Puerto Rico | 1.2995118170% |
| PR62 | Sabana Grande, Puerto Rico | 0.5625075422% |
| PR63 | Salinas, Puerto Rico | 0.8069301551% |
| PR64 | San German, Puerto Rico | 0.9914753253% |
| PR65 | San Juan, Puerto Rico | 13.8003700360% |
| PR66 | San Lorenzo, Puerto Rico | 1.0322446251% |
| PR67 | San Sebastian, Puerto Rico | 0.9222442638% |
| PR68 | Santa Isabel, Puerto Rico | 0.5210354055% |
| PR69 | Toa Alta, Puerto Rico | 1.7552873773% |
| PR70 | Toa Baja, Puerto Rico | 2.1783919223% |
| PR71 | Trujillo Alto, Puerto Rico | 1.9136501824% |
| PR72 | Utuado, Puerto Rico | 0.7718304061% |
| PR73 | Vega Alta, Puerto Rico | 0.9338331796% |
| PR74 | Vega Baja, Puerto Rico | 1.6886509241% |
| PR75 | Vieques, Puerto Rico | 0.1979351524% |
| PR76 | Villalba, Puerto Rico | 0.5576736281% |
| PR77 | Yabucoa, Puerto Rico | 0.8842993409% |
| PR78 | Yauco, Puerto Rico | 1.1383015829% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| RI1 | Barrington Town, Rhode Island | 2.3000539202% |
| RI2 | Bristol Town, Rhode Island | 1.0821868960% |
| RI3 | Burrillville Town, Rhode Island | 1.3272036109% |
| RI4 | Central Falls City, Rhode Island | 0.9147584689% |
| RI5 | Charlestown, Rhode Island | 0.5887860100% |
| RI6 | Coventry Town, Rhode Island | 3.5886939036% |
| RI7 | Cranston City, Rhode Island | 7.8869595262% |
| RI8 | Cumberland Town, Rhode Island | 2.4742003754% |
| RI9 | East Greenwich Town, Rhode Island | 1.7467671439% |
| RI10 | East Providence City, Rhode Island | 4.3247728580% |
| RI11 | Exeter Town, Rhode Island | 0.0071810640% |
| RI12 | Foster Town, Rhode Island | 0.2489021533% |
| RI13 | Glocester Town, Rhode Island | 0.8508469130% |
| RI14 | Hopkinton Town, Rhode Island | 0.7098006614% |
| RI15 | Jamestown, Rhode Island | 0.4220295287% |
| RI16 | Johnston Town, Rhode Island | 3.0898685140% |
| RI17 | Lincoln Town, Rhode Island | 2.1171973520% |
| RI18 | Little Compton Town, Rhode Island | 0.2663017745% |
| RI19 | Middletown, Rhode Island | 1.2877439601% |
| RI20 | Narragansett Town, Rhode Island | 1.2760123800% |
| RI21 | New Shoreham Town, Rhode Island | 0.2118269375% |
| RI22 | Newport City, Rhode Island | 2.3339316695% |
| RI23 | North Kingstown, Rhode Island | 2.6500524514% |
| RI24 | North Providence Town, Rhode Island | 2.5306229398% |
| RI25 | North Smithfield Town, Rhode Island | 1.1299013506% |
| RI26 | Pawtucket City, Rhode Island | 5.9652217345% |
| RI27 | Portsmouth Town, Rhode Island | 1.2807429020% |
| RI28 | Providence City, Rhode Island | 21.4858080262% |
| RI29 | Richmond Town, Rhode Island | 0.0818789542% |
| RI30 | Scituate Town, Rhode Island | 1.0248588645% |
| RI31 | Smithfield Town, Rhode Island | 1.7724673574% |
| RI32 | South Kingstown, Rhode Island | 2.3282747894% |
| RI33 | Tiverton Town, Rhode Island | 0.9907730639% |
| RI34 | Warren Town, Rhode Island | 0.1394116029% |
| RI35 | Warwick City, Rhode Island | 9.9418184427% |
| RI36 | West Greenwich Town, Rhode Island | 0.7104734659% |
| RI37 | West Warwick Town, Rhode Island | 3.0239943495% |
| RI38 | Westerly Town, Rhode Island | 2.0135754535% |
| RI39 | Woonsocket City, Rhode Island | 3.8740986306% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SC1 | Abbeville County, South Carolina | 0.3350059823% |
| SC2 | Aiken City, South Carolina | 0.7838026892% |
| SC3 | Aiken County, South Carolina | 2.5661670597% |
| SC4 | Allendale County, South Carolina | 0.1220441823% |
| SC5 | Anderson City, South Carolina | 1.1735303052% |
| SC6 | Anderson County, South Carolina | 3.3392231904% |
| SC7 | Bamberg County, South Carolina | 0.2705913372% |
| SC8 | Barnwell County, South Carolina | 0.4653224769% |
| SC9 | Beaufort City, South Carolina | 0.0769982478% |
| SC10 | Beaufort County, South Carolina | 2.3364418352% |
| SC11 | Berkeley County, South Carolina | 2.0961440294% |
| SC12 | Bluffton Town, South Carolina | 0.0481968917% |
| SC13 | Calhoun County, South Carolina | 0.1833260393% |
| SC14 | Cayce City, South Carolina | 0.2572136960% |
| SC15 | Charleston City, South Carolina | 2.3004340552% |
| SC16 | Charleston County, South Carolina | 3.8016438488% |
| SC17 | Cherokee County, South Carolina | 0.9440700745% |
| SC18 | Chester City, South Carolina | 0.1299573133% |
| SC19 | Chester County, South Carolina | 0.3947965211% |
| SC20 | Chesterfield County, South Carolina | 0.9443488664% |
| SC21 | Clarendon County, South Carolina | 0.5705383575% |
| SC22 | Clemson City, South Carolina | 0.3311616877% |
| SC23 | Colleton County, South Carolina | 0.8589365535% |
| SC24 | Columbia City, South Carolina | 2.3918060702% |
| SC25 | Conway City, South Carolina | 0.2894739402% |
| SC26 | Darlington County, South Carolina | 1.6906462867% |
| SC27 | Dillon County, South Carolina | 0.6608411417% |
| SC28 | Dorchester County, South Carolina | 1.6015765975% |
| SC29 | Easley City, South Carolina | 0.8565835771% |
| SC30 | Edgefield County, South Carolina | 0.3586097074% |
| SC31 | Fairfield County, South Carolina | 0.3536421891% |
| SC32 | Florence City, South Carolina | 1.0065336904% |
| SC33 | Florence County, South Carolina | 2.2059006272% |
| SC34 | Forest Acres City, South Carolina | 0.0995929056% |
| SC35 | Fort Mill Town, South Carolina | 0.1714974802% |
| SC36 | Fountain Inn City, South Carolina | 0.1975697094% |
| SC37 | Gaffney City, South Carolina | 0.2044353782% |
| SC38 | Georgetown City, South Carolina | 0.2626233562% |
| SC39 | Georgetown County, South Carolina | 1.1895098900% |
| SC40 | Goose Creek City, South Carolina | 0.5473575768% |
| SC41 | Greenville City, South Carolina | 2.2705648395% |
| SC42 | Greenville County, South Carolina | 7.1502328364% |
| SC43 | Greenwood City, South Carolina | 0.0308220618% |
| SC44 | Greenwood County, South Carolina | 1.3388944490% |
| SC45 | Greer City, South Carolina | 0.5590564672% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SC46 | Hampton County, South Carolina | 0.3450376919% |
| SC47 | Hanahan City, South Carolina | 0.2279684840% |
| SC48 | Hilton Head Island Town, South Carolina | 0.2323878458% |
| SC49 | Horry County, South Carolina | 5.2166718879% |
| SC50 | Irmo Town, South Carolina | 0.0942740906% |
| SC51 | James Island Town, South Carolina | 0.0461551887% |
| SC52 | Jasper County, South Carolina | 0.4278548317% |
| SC53 | Kershaw County, South Carolina | 1.0780892823% |
| SC54 | Lancaster County, South Carolina | 1.4809282603% |
| SC55 | Laurens County, South Carolina | 1.3598442946% |
| SC56 | Lee County, South Carolina | 0.2176621820% |
| SC57 | Lexington County, South Carolina | 4.4881391605% |
| SC58 | Lexington Town, South Carolina | 0.2342104062% |
| SC59 | Marion County, South Carolina | 0.6973242307% |
| SC60 | Marlboro County, South Carolina | 0.4878238042% |
| SC61 | Mauldin City, South Carolina | 0.4253253929% |
| SC62 | McCormick County, South Carolina | 0.1281623493% |
| SC63 | Moncks Corner Town, South Carolina | 0.1965426445% |
| SC64 | Mount Pleasant Town, South Carolina | 0.5750801889% |
| SC65 | Myrtle Beach City, South Carolina | 1.9068234068% |
| SC66 | Newberry City, South Carolina | 0.0344864657% |
| SC67 | Newberry County, South Carolina | 0.5656551710% |
| SC68 | North Augusta City, South Carolina | 0.5139678525% |
| SC69 | North Charleston City, South Carolina | 1.7751090959% |
| SC70 | North Myrtle Beach City, South Carolina | 0.6366313248% |
| SC71 | Oconee County, South Carolina | 2.8099515214% |
| SC72 | Orangeburg City, South Carolina | 0.0468940344% |
| SC73 | Orangeburg County, South Carolina | 1.4543982912% |
| SC74 | Pickens County, South Carolina | 2.8143347165% |
| SC75 | Port Royal Town, South Carolina | 0.0206098617% |
| SC76 | Richland County, South Carolina | 3.8816723839% |
| SC77 | Rock Hill City, South Carolina | 1.3120073555% |
| SC78 | Saluda County, South Carolina | 0.2604801809% |
| SC79 | Simpsonville City, South Carolina | 0.3497064495% |
| SC80 | Spartanburg City, South Carolina | 1.1890308958% |
| SC81 | Spartanburg County, South Carolina | 6.4084293395% |
| SC82 | Summerville Town, South Carolina | 0.6446011912% |
| SC83 | Sumter City, South Carolina | 0.5390642671% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SC84 | Sumter County, South Carolina | 0.9480995733% |
| SC85 | Tega Cay City, South Carolina | 0.0433365022% |
| SC86 | Union County, South Carolina | 0.6499524020% |
| SC87 | West Columbia City, South Carolina | 0.3943858322% |
| SC88 | Williamsburg County, South Carolina | 0.4931357629% |
| SC89 | York County, South Carolina | 2.5800878865% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SD1 | Aberdeen City, South Dakota | 1.7806789284% |
| SD2 | Aurora County, South Dakota | 0.1283252150% |
| SD3 | Beadle County, South Dakota | 0.8743032704% |
| SD4 | Bennett County, South Dakota | 0.1895703332% |
| SD5 | Bon Homme County, South Dakota | 0.6047162426% |
| SD6 | Box Elder City, South Dakota | 0.2251076107% |
| SD7 | Brandon City, South Dakota | 0.4012895918% |
| SD8 | Brookings City, South Dakota | 2.4259611863% |
| SD9 | Brookings County, South Dakota | 0.2802421588% |
| SD10 | Brown County, South Dakota | 1.7764564315% |
| SD11 | Brule County, South Dakota | 0.8045710091% |
| SD12 | Buffalo County, South Dakota | 0.1823519926% |
| SD13 | Butte County, South Dakota | 0.8926544344% |
| SD14 | Campbell County, South Dakota | 0.0682419048% |
| SD15 | Charles Mix County, South Dakota | 0.8084433424% |
| SD16 | Clark County, South Dakota | 0.2550260601% |
| SD17 | Clay County, South Dakota | 0.4415194932% |
| SD18 | Codington County, South Dakota | 0.8721266365% |
| SD19 | Corson County, South Dakota | 0.3429322421% |
| SD20 | Custer County, South Dakota | 1.0868471426% |
| SD21 | Davison County, South Dakota | 0.6815458005% |
| SD22 | Day County, South Dakota | 0.3921680475% |
| SD23 | Deuel County, South Dakota | 0.4035008098% |
| SD24 | Dewey County, South Dakota | 0.3699996685% |
| SD25 | Douglas County, South Dakota | 0.2891518759% |
| SD26 | Edmunds County, South Dakota | 0.2529348056% |
| SD27 | Fall River County, South Dakota | 2.1968904590% |
| SD28 | Faulk County, South Dakota | 0.2772473959% |
| SD29 | Grant County, South Dakota | 0.6923230564% |
| SD30 | Gregory County, South Dakota | 0.5555128599% |
| SD31 | Haakon County, South Dakota | 0.1774497029% |
| SD32 | Hamlin County, South Dakota | 0.3340117176% |
| SD33 | Hand County, South Dakota | 0.2401311401% |
| SD34 | Hanson County, South Dakota | 0.1484271966% |
| SD35 | Harding County, South Dakota | 0.0620805393% |
| SD36 | Hughes County, South Dakota | 0.8137066032% |
| SD37 | Huron City, South Dakota | 0.8308959590% |
| SD38 | Hutchinson County, South Dakota | 0.5659237410% |
| SD39 | Hyde County, South Dakota | 0.0640529112% |
| SD40 | Jackson County, South Dakota | 0.1437421380% |
| SD41 | Jerauld County, South Dakota | 0.3258250234% |
| SD42 | Jones County, South Dakota | 0.0451732597% |
| SD43 | Kingsbury County, South Dakota | 0.3721763025% |
| SD44 | Lake County, South Dakota | 0.8273932428% |
| SD45 | Lawrence County, South Dakota | 2.3838237581% |
| SD46 | Lincoln County, South Dakota | 1.2611723923% |
| SD47 | Lyman County, South Dakota | 0.3239942300% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SD48 | Marshall County, South Dakota | 0.5625107271% |
| SD49 | McCook County, South Dakota | 0.3047773840% |
| SD50 | McPherson County, South Dakota | 0.1613184030% |
| SD51 | Meade County, South Dakota | 3.2698326502% |
| SD52 | Mellette County, South Dakota | 0.1848247525% |
| SD53 | Miner County, South Dakota | 0.1616739703% |
| SD54 | Minnehaha County, South Dakota | 12.2243522517% |
| SD55 | Mitchell City, South Dakota | 1.5031732329% |
| SD56 | Moody County, South Dakota | 0.4743937985% |
| SD57 | Oglala Lakota County, South Dakota | 1.3919692864% |
| SD58 | Pennington County, South Dakota | 8.0611767283% |
| SD59 | Perkins County, South Dakota | 0.3755374403% |
| SD60 | Pierre City, South Dakota | 0.6216678331% |
| SD61 | Potter County, South Dakota | 0.1893444561% |
| SD62 | Rapid City, South Dakota | 6.9492723574% |
| SD63 | Roberts County, South Dakota | 0.9943780269% |
| SD64 | Sanborn County, South Dakota | 0.1141857404% |
| SD65 | Sioux Falls City, South Dakota | 21.6732660428% |
| SD66 | Spearfish City, South Dakota | 0.8208633410% |
| SD67 | Spink County, South Dakota | 0.7324773052% |
| SD68 | Stanley County, South Dakota | 0.1733882380% |
| SD69 | Sully County, South Dakota | 0.0632218131% |
| SD70 | Todd County, South Dakota | 1.0677859248% |
| SD71 | Tripp County, South Dakota | 0.6252580903% |
| SD72 | Turner County, South Dakota | 0.6536969906% |
| SD73 | Union County, South Dakota | 1.4531041680% |
| SD74 | Vermillion City, South Dakota | 0.5912781760% |
| SD75 | Walworth County, South Dakota | 0.5615110318% |
| SD76 | Watertown City, South Dakota | 1.6132964277% |
| SD77 | Yankton City, South Dakota | 1.2219897393% |
| SD78 | Yankton County, South Dakota | 1.4233435084% |
| SD79 | Ziebach County, South Dakota | 0.3085103004% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| TN3 | Anderson County, Tennessee | 1.2063249026% |
| TN5 | Arlington Town, Tennessee | 0.0036566309% |
| TN8 | Bartlett City, Tennessee | 0.0730561566% |
| TN10 | Bedford County, Tennessee | 0.5762663555% |
| TN12 | Benton County, Tennessee | 0.5216608068% |
| TN13 | Bledsoe County, Tennessee | 0.1398580820% |
| TN14 | Blount County, Tennessee | 1.9196465581% |
| TN15 | Bradley County, Tennessee | 1.0430217552% |
| TN16 | Brentwood City, Tennessee | 0.0478208600% |
| TN17 | Bristol City, Tennessee | 0.5426871150% |
| TN19 | Campbell County, Tennessee | 1.5974370559% |
| TN20 | Cannon County, Tennessee | 0.3205453949% |
| TN21 | Carroll County, Tennessee | 0.4438060785% |
| TN22 | Carter County, Tennessee | 0.8435596891% |
| TN27 | Chattanooga City, Tennessee | 0.4981237028% |
| TN28 | Cheatham County, Tennessee | 0.8209998781% |
| TN29 | Chester County, Tennessee | 0.1751399118% |
| TN30 | Claiborne County, Tennessee | 1.1929412357% |
| TN31 | Clarksville City, Tennessee | 0.2296815192% |
| TN32 | Clay County, Tennessee | 0.3261509170% |
| TN33 | Cleveland City, Tennessee | 0.5531282252% |
| TN36 | Cocke County, Tennessee | 0.8746257470% |
| TN37 | Coffee County, Tennessee | 0.8953551698% |
| TN39 | Collierville Town, Tennessee | 0.0617375387% |
| TN41 | Columbia City, Tennessee | 0.0390894158% |
| TN42 | Cookeville City, Tennessee | 0.8404101920% |
| TN45 | Crockett County, Tennessee | 0.1232062476% |
| TN47 | Cumberland County, Tennessee | 0.8784847959% |
| TN48 | Dandridge Town, Tennessee | 0.0109089663% |
| TN49 | De Kalb County, Tennessee | 0.4478425886% |
| TN50 | Decatur County, Tennessee | 0.3607195939% |
| TN51 | Decatur Town, Tennessee | 0.0050599481% |
| TN53 | Dickson County, Tennessee | 0.8341347308% |
| TN56 | Dyer County, Tennessee | 0.4019088559% |
| TN64 | Fayette County, Tennessee | 0.3157083831% |
| TN66 | Fentress County, Tennessee | 0.5526714656% |
| TN67 | Franklin City, Tennessee | 0.1089989646% |
| TN68 | Franklin County, Tennessee | 0.6323371108% |
| TN69 | Gallatin City, Tennessee | 0.0760079674% |
| TN70 | Gatlinburg City, Tennessee | 0.0507819668% |
| TN71 | Germantown City, Tennessee | 0.0687501047% |
| TN72 | Gibson County, Tennessee | 0.4940695219% |
| TN73 | Giles County, Tennessee | 0.4604367666% |
| TN75 | Grainger County, Tennessee | 0.4671260668% |
| TN76 | Greene County, Tennessee | 1.2127967101% |
| TN78 | Grundy County, Tennessee | 0.3896858892% |
| TN79 | Hamblen County, Tennessee | 2.2614488604% |
| TN80 | Hamilton County, Tennessee | 4.2055530346% |
| TN81 | Hancock County, Tennessee | 0.2089065376% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TN82 | Hardeman County, Tennessee | 0.2150658408% |
| TN83 | Hardin County, Tennessee | 0.5683946644% |
| TN84 | Hartsville/Trousdale County, Tennessee | 0.1139641522% |
| TN85 | Hawkins County, Tennessee | 1.0968095083% |
| TN86 | Haywood County, Tennessee | 0.1104263592% |
| TN87 | Henderson County, Tennessee | 0.2498867656% |
| TN88 | Hendersonville City, Tennessee | 0.1137407554% |
| TN89 | Henry County, Tennessee | 0.6661685991% |
| TN90 | Hickman County, Tennessee | 0.2804089244% |
| TN91 | Houston County, Tennessee | 0.1198735525% |
| TN92 | Humphreys County, Tennessee | 0.2441608982% |
| TN93 | Jackson City, Tennessee | 0.0431370644% |
| TN94 | Jackson County, Tennessee | 0.2780985367% |
| TN95 | Jefferson County, Tennessee | 0.8912247367% |
| TN96 | Johnson City, Tennessee | 1.0682855260% |
| TN97 | Johnson County, Tennessee | 0.2282065978% |
| TN98 | Kingsport City, Tennessee | 0.9871149359% |
| TN99 | Knox County, Tennessee | 9.1809198144% |
| TN100 | Knoxville City, Tennessee | 1.5417816888% |
| TN101 | La Vergne City, Tennessee | 0.0518950147% |
| TN102 | Lake County, Tennessee | 0.0671464632% |
| TN104 | Lauderdale County, Tennessee | 0.2733775153% |
| TN105 | Lawrence County, Tennessee | 0.6992850503% |
| TN107 | Lebanon City, Tennessee | 0.1110258247% |
| TN108 | Lewis County, Tennessee | 0.1528225920% |
| TN110 | Lexington City, Tennessee | 0.0796867496% |
| TN112 | Lincoln County, Tennessee | 0.4060784411% |
| TN115 | Loudon County, Tennessee | 0.8992484296% |
| TN116 | Lynchburg, Moore County Metropolitan Government, Tennessee | 0.0579106070% |
| TN118 | Macon County, Tennessee | 0.3091017000% |
| TN119 | Madison County, Tennessee | 0.8907256845% |
| TN121 | Marion County, Tennessee | 0.3637161259% |
| TN122 | Marshall County, Tennessee | 0.5422227344% |
| TN124 | Maryville City, Tennessee | 0.3223901040% |
| TN125 | Maury County, Tennessee | 1.0772540178% |
| TN126 | McMinn County, Tennessee | 0.9297273747% |
| TN128 | McNairy County, Tennessee | 0.4269884656% |
| TN129 | Meigs County, Tennessee | 0.2016450737% |
| TN130 | Memphis City, Tennessee | 4.9079216307% |
| TN131 | Millington City, Tennessee | 0.0212200583% |
| TN133 | Monroe County, Tennessee | 0.7506735593% |
| TN135 | Montgomery County, Tennessee | 1.6758545682% |
| TN136 | Morgan County, Tennessee | 0.5132562715% |
| TN138 | Morristown City, Tennessee | 0.3919462797% |
| TN139 | Mount Juliet City, Tennessee | 0.0577622481% |
| TN141 | Murfreesboro City, Tennessee | 0.7283549414% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TN142 | Nashville-Davidson Metropolitan Government, Tennessee | 8.9810236006% |
| TN145 | Oak Ridge City, Tennessee | 0.9598050011% |
| TN146 | Obion County, Tennessee | 0.3198033491% |
| TN147 | Overton County, Tennessee | 0.5461670803% |
| TN149 | Perry County, Tennessee | 0.0857864664% |
| TN151 | Pickett County, Tennessee | 0.1471132648% |
| TN152 | Pigeon Forge City, Tennessee | 0.0877322588% |
| TN154 | Polk County, Tennessee | 0.3220131560% |
| TN157 | Putnam County, Tennessee | 0.3930896023% |
| TN159 | Rhea County, Tennessee | 0.5404420504% |
| TN160 | Ripley City, Tennessee | 0.0190759934% |
| TN161 | Roane County, Tennessee | 1.6361535854% |
| TN162 | Robertson County, Tennessee | 0.9333043197% |
| TN163 | Rutherford County, Tennessee | 2.5756978154% |
| TN164 | Scott County, Tennessee | 0.5189341096% |
| TN165 | Sequatchie County, Tennessee | 0.2433974548% |
| TN166 | Sevier County, Tennessee | 1.4412782095% |
| TN168 | Shelby County, Tennessee | 3.5255489082% |
| TN170 | Smith County, Tennessee | 0.5711842980% |
| TN172 | Smyrna Town, Tennessee | 0.1314691656% |
| TN176 | Spring Hill City, Tennessee | 0.0244598773% |
| TN179 | Stewart County, Tennessee | 0.1459273147% |
| TN180 | Sullivan County, Tennessee | 1.4573397906% |
| TN181 | Sumner County, Tennessee | 1.7449087187% |
| TN182 | Tipton County, Tennessee | 0.6312749815% |
| TN184 | Unicoi County, Tennessee | 0.3464527663% |
| TN186 | Union County, Tennessee | 0.5606745148% |
| TN187 | Van Buren County, Tennessee | 0.0479172535% |
| TN189 | Warren County, Tennessee | 0.5719112694% |
| TN191 | Washington County, Tennessee | 1.1061046159% |
| TN192 | Wayne County, Tennessee | 0.2328717594% |
| TN194 | Weakley County, Tennessee | 0.3874777573% |
| TN195 | White County, Tennessee | 0.4162394991% |
| TN197 | Williamson County, Tennessee | 1.6843304984% |
| TN198 | Wilson County, Tennessee | 1.4019072760% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1 | Abbott City, Texas | 0.0004586670% |
| TX2 | Abernathy City, Texas | 0.0000733330% |
| TX3 | Abilene City, Texas | 0.3758786670% |
| TX4 | Ackerly City, Texas | 0.0000140000% |
| TX5 | Addison Town, Texas | 0.0387293330% |
| TX6 | Adrian City, Texas | 0.0001206670% |
| TX7 | Agua Dulce City, Texas | 0.0000286670% |
| TX8 | Alamo City, Texas | 0.0147473330% |
| TX9 | Alamo Heights City, Texas | 0.0187986670% |
| TX10 | Alba Town, Texas | 0.0021306670% |
| TX11 | Albany City, Texas | 0.0001200000% |
| TX12 | Aledo City, Texas | 0.0002206670% |
| TX13 | Alice City, Texas | 0.0475273330% |
| TX14 | Allen City, Texas | 0.2100540000% |
| TX15 | Alma Town, Texas | 0.0007380000% |
| TX16 | Alpine City, Texas | 0.0197906670% |
| TX17 | Alto Town, Texas | 0.0025113330% |
| TX18 | Alton City, Texas | 0.0076933330% |
| TX19 | Alvarado City, Texas | 0.0193526670% |
| TX20 | Alvin City, Texas | 0.0759746670% |
| TX21 | Alvord Town, Texas | 0.0002386670% |
| TX22 | Amarillo City, Texas | 0.6584406670% |
| TX23 | Ames City, Texas | 0.0037140000% |
| TX24 | Amherst City, Texas | 0.0000146670% |
| TX25 | Anahuac City, Texas | 0.0003613330% |
| TX26 | Anderson City, Texas | 0.0000126670% |
| TX27 | Anderson County, Texas | 0.1791753330% |
| TX28 | Andrews City, Texas | 0.0126553330% |
| TX29 | Andrews County, Texas | 0.0250706670% |
| TX30 | Angelina County, Texas | 0.1533040000% |
| TX31 | Angleton City, Texas | 0.0418606670% |
| TX32 | Angus City, Texas | 0.0002206670% |
| TX33 | Anna City, Texas | 0.0060500000% |
| TX34 | Annetta North Town, Texas | 0.0000226670% |
| TX35 | Annetta South Town, Texas | 0.0004013330% |
| TX36 | Annetta Town, Texas | 0.0039706670% |
| TX37 | Annona Town, Texas | 0.0004920000% |
| TX38 | Anson City, Texas | 0.0034226670% |
| TX39 | Anthony Town, Texas | 0.0030093330% |
| TX40 | Anton City, Texas | 0.0002960000% |
| TX41 | Appleby City, Texas | 0.0010340000% |
| TX42 | Aquilla City, Texas | 0.0001386670% |
| TX43 | Aransas County, Texas | 0.1776746670% |
| TX44 | Aransas Pass City, Texas | 0.0385420000% |
| TX45 | Archer City, Texas | 0.0070360000% |
| TX46 | Archer County, Texas | 0.0303560000% |
| TX47 | Arcola City, Texas | 0.0048600000% |
| TX48 | Argyle City, Texas | 0.0076040000% |
| TX49 | Arlington City, Texas | 0.4905353330% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX50 | Armstrong County, Texas | 0.0006493330% |
| TX51 | Arp City, Texas | 0.0013393330% |
| TX52 | Asherton City, Texas | 0.0000746670% |
| TX53 | Aspermont Town, Texas | 0.0000060000% |
| TX54 | Atascosa County, Texas | 0.1179353330% |
| TX55 | Athens City, Texas | 0.0706280000% |
| TX56 | Atlanta City, Texas | 0.0206633330% |
| TX57 | Aubrey City, Texas | 0.0100940000% |
| TX58 | Aurora City, Texas | 0.0012326670% |
| TX59 | Austin City, Texas | 3.2518106670% |
| TX60 | Austin County, Texas | 0.0506866670% |
| TX61 | Austwell City, Texas | 0.0000726670% |
| TX62 | Avery Town, Texas | 0.0000920000% |
| TX63 | Avinger Town, Texas | 0.0007433330% |
| TX64 | Azle City, Texas | 0.0214753330% |
| TX65 | Bailey City, Texas | 0.0006333330% |
| TX66 | Bailey County, Texas | 0.0102513330% |
| TX67 | Bailey's Prairie Village, Texas | 0.0037360000% |
| TX68 | Baird City, Texas | 0.0018680000% |
| TX69 | Balch Springs City, Texas | 0.0182386670% |
| TX70 | Balcones Heights City, Texas | 0.0158740000% |
| TX71 | Ballinger City, Texas | 0.0061146670% |
| TX72 | Balmorhea City, Texas | 0.0000420000% |
| TX73 | Bandera City, Texas | 0.0019286670% |
| TX74 | Bandera County, Texas | 0.0578766670% |
| TX75 | Bangs City, Texas | 0.0020333330% |
| TX76 | Bardwell City, Texas | 0.0002413330% |
| TX77 | Barry City, Texas | 0.0001333330% |
| TX78 | Barstow City, Texas | 0.0000406670% |
| TX79 | Bartlett City, Texas | 0.0022493330% |
| TX80 | Bartonville Town, Texas | 0.0059246670% |
| TX81 | Bastrop City, Texas | 0.0308800000% |
| TX82 | Bastrop County, Texas | 0.2293066670% |
| TX83 | Bay City, Texas | 0.0386080000% |
| TX84 | Baylor County, Texas | 0.0198880000% |
| TX85 | Bayou Vista City, Texas | 0.0041600000% |
| TX86 | Bayside Town, Texas | 0.0001613330% |
| TX87 | Baytown City, Texas | 0.1440440000% |
| TX88 | Bayview Town, Texas | 0.0000273330% |
| TX89 | Beach City, Texas | 0.0083366670% |
| TX90 | Bear Creek Village, Texas | 0.0006040000% |
| TX91 | Beasley City, Texas | 0.0000866670% |
| TX92 | Beaumont City, Texas | 0.4553400000% |
| TX93 | Beckville City, Texas | 0.0008313330% |
| TX94 | Bedford City, Texas | 0.0628760000% |
| TX95 | Bedias City, Texas | 0.0023166670% |
| TX96 | Bee Cave City, Texas | 0.0085753330% |
| TX97 | Bee County, Texas | 0.0652293330% |
| TX98 | Beeville City, Texas | 0.0160180000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| TX99 | Bell County, Texas | 0.4338320000% |
| TX100 | Bellaire City, Texas | 0.0275093330% |
| TX101 | Bellevue City, Texas | 0.0000373330% |
| TX102 | Bellmead City, Texas | 0.0096580000% |
| TX103 | Bells Town, Texas | 0.0012606670% |
| TX104 | Bellville City, Texas | 0.0049920000% |
| TX105 | Belton City, Texas | 0.0484533330% |
| TX106 | Benavides City, Texas | 0.0001013330% |
| TX107 | Benbrook City, Texas | 0.0292793330% |
| TX108 | Benjamin City, Texas | 0.0006340000% |
| TX109 | Berryville Town, Texas | 0.0095860000% |
| TX110 | Bertram City, Texas | 0.0001213330% |
| TX111 | Beverly Hills City, Texas | 0.0028906670% |
| TX112 | Bevil Oaks City, Texas | 0.0003660000% |
| TX113 | Bexar County, Texas | 4.6714346670% |
| TX114 | Big Lake City, Texas | 0.0003646670% |
| TX115 | Big Sandy Town, Texas | 0.0030526670% |
| TX116 | Big Spring City, Texas | 0.1266186670% |
| TX117 | Big Wells City, Texas | 0.0001573330% |
| TX118 | Bishop City, Texas | 0.0054753330% |
| TX119 | Bishop Hills Town, Texas | 0.0002153330% |
| TX120 | Blackwell City, Texas | 0.0000206670% |
| TX121 | Blanco City, Texas | 0.0041273330% |
| TX122 | Blanco County, Texas | 0.0328153330% |
| TX123 | Blanket Town, Texas | 0.0000980000% |
| TX124 | Bloomburg Town, Texas | 0.0006733330% |
| TX125 | Blooming Grove Town, Texas | 0.0002346670% |
| TX126 | Blossom City, Texas | 0.0001320000% |
| TX127 | Blue Mound City, Texas | 0.0019253330% |
| TX128 | Blue Ridge City, Texas | 0.0008966670% |
| TX129 | Blum Town, Texas | 0.0010813330% |
| TX130 | Boerne City, Texas | 0.0303840000% |
| TX131 | Bogata City, Texas | 0.0024326670% |
| TX132 | Bonham City, Texas | 0.0672726670% |
| TX133 | Bonney Village, Texas | 0.0016733330% |
| TX134 | Booker Town, Texas | 0.0006906670% |
| TX135 | Borden County, Texas | 0.0006666670% |
| TX136 | Borger City, Texas | 0.0464533330% |
| TX137 | Bosque County, Texas | 0.0473820000% |
| TX138 | Bovina City, Texas | 0.0001153330% |
| TX139 | Bowie City, Texas | 0.0557466670% |
| TX140 | Bowie County, Texas | 0.1554600000% |
| TX141 | Boyd Town, Texas | 0.0046353330% |
| TX142 | Brackettville City, Texas | 0.0000053330% |
| TX143 | Brady City, Texas | 0.0183200000% |
| TX144 | Brazoria City, Texas | 0.0076913330% |
| TX145 | Brazoria County, Texas | 0.6807266670% |
| TX146 | Brazos Bend City, Texas | 0.0003080000% |
| TX147 | Brazos Country City, Texas | 0.0006013330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX148 | Brazos County, Texas | 0.2280580000% |
| TX149 | Breckenridge City, Texas | 0.0159840000% |
| TX150 | Bremond City, Texas | 0.0037026670% |
| TX151 | Brenham City, Texas | 0.0365000000% |
| TX152 | Brewster County, Texas | 0.0400580000% |
| TX153 | Briarcliff Village, Texas | 0.0003813330% |
| TX154 | Briaroaks City, Texas | 0.0000380000% |
| TX155 | Bridge City, Texas | 0.0538373330% |
| TX156 | Bridgeport City, Texas | 0.0222006670% |
| TX157 | Briscoe County, Texas | 0.0006513330% |
| TX158 | Broaddus Town, Texas | 0.0000206670% |
| TX159 | Bronte Town, Texas | 0.0000660000% |
| TX160 | Brooks County, Texas | 0.0138066670% |
| TX161 | Brookshire City, Texas | 0.0042706670% |
| TX162 | Brookside Village City, Texas | 0.0007400000% |
| TX163 | Brown County, Texas | 0.1289446670% |
| TX164 | Browndell City, Texas | 0.0001013330% |
| TX165 | Brownfield City, Texas | 0.0096346670% |
| TX166 | Brownsboro City, Texas | 0.0021173330% |
| TX167 | Brownsville City, Texas | 0.2833713330% |
| TX168 | Brownwood City, Texas | 0.1110480000% |
| TX169 | Bruceville-Eddy City, Texas | 0.0011280000% |
| TX170 | Bryan City, Texas | 0.1645980000% |
| TX171 | Bryson City, Texas | 0.0008186670% |
| TX172 | Buckholts Town, Texas | 0.0007420000% |
| TX173 | Buda City, Texas | 0.0071893330% |
| TX174 | Buffalo City, Texas | 0.0079106670% |
| TX175 | Buffalo Gap Town, Texas | 0.0000586670% |
| TX176 | Buffalo Springs Village, Texas | 0.0001253330% |
| TX177 | Bullard Town, Texas | 0.0049913330% |
| TX178 | Bulverde City, Texas | 0.0096240000% |
| TX179 | Bunker Hill Village City, Texas | 0.0003146670% |
| TX180 | Burkburnett City, Texas | 0.0252293330% |
| TX181 | Burke City, Texas | 0.0007426670% |
| TX182 | Burleson City, Texas | 0.1011860000% |
| TX183 | Burleson County, Texas | 0.0468293330% |
| TX184 | Burnet City, Texas | 0.0222300000% |
| TX185 | Burnet County, Texas | 0.1265526670% |
| TX186 | Burton City, Texas | 0.0006246670% |
| TX187 | Byers City, Texas | 0.0000513330% |
| TX188 | Bynum Town, Texas | 0.0002533330% |
| TX189 | Cactus City, Texas | 0.0031860000% |
| TX190 | Caddo Mills City, Texas | 0.0000286670% |
| TX191 | Caldwell City, Texas | 0.0121633330% |
| TX192 | Caldwell County, Texas | 0.0576086670% |
| TX193 | Calhoun County, Texas | 0.0852840000% |
| TX194 | Callahan County, Texas | 0.0085960000% |
| TX195 | Callisburg City, Texas | 0.0000673330% |
| TX196 | Calvert City, Texas | 0.0005146670% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX197 | Cameron City, Texas | 0.0073940000% |
| TX198 | Cameron County, Texas | 0.3580173330% |
| TX199 | Camp County, Texas | 0.0192340000% |
| TX200 | Camp Wood City, Texas | 0.0002813330% |
| TX201 | Campbell City, Texas | 0.0007440000% |
| TX202 | Canadian City, Texas | 0.0007266670% |
| TX203 | Caney City Town, Texas | 0.0013366670% |
| TX204 | Canton City, Texas | 0.0378226670% |
| TX205 | Canyon City, Texas | 0.0175006670% |
| TX206 | Carbon Town, Texas | 0.0004133330% |
| TX207 | Carl's Corner Town, Texas | 0.0000320000% |
| TX208 | Carmine City, Texas | 0.0002566670% |
| TX209 | Carrizo Springs City, Texas | 0.0011140000% |
| TX210 | Carrollton City, Texas | 0.2068366670% |
| TX211 | Carson County, Texas | 0.0196620000% |
| TX212 | Carthage City, Texas | 0.0126180000% |
| TX213 | Cashion Community City, Texas | 0.0002146670% |
| TX214 | Cass County, Texas | 0.0621033330% |
| TX215 | Castle Hills City, Texas | 0.0085200000% |
| TX216 | Castro County, Texas | 0.0029466670% |
| TX217 | Castroville City, Texas | 0.0030166670% |
| TX218 | Cedar Hill City, Texas | 0.0467513330% |
| TX219 | Cedar Park City, Texas | 0.1237113330% |
| TX220 | Celeste City, Texas | 0.0008533330% |
| TX221 | Celina City, Texas | 0.0121886670% |
| TX222 | Center City, Texas | 0.0392253330% |
| TX223 | Centerville City, Texas | 0.0002566670% |
| TX224 | Chambers County, Texas | 0.1021253330% |
| TX225 | Chandler City, Texas | 0.0115760000% |
| TX226 | Channing City, Texas | 0.0000013330% |
| TX227 | Charlotte City, Texas | 0.0028380000% |
| TX228 | Cherokee County, Texas | 0.1044080000% |
| TX229 | Chester Town, Texas | 0.0007826670% |
| TX230 | Chico City, Texas | 0.0019520000% |
| TX231 | Childress City, Texas | 0.0252773330% |
| TX232 | Childress County, Texas | 0.0337213330% |
| TX233 | Chillicothe City, Texas | 0.0001146670% |
| TX234 | China City, Texas | 0.0003480000% |
| TX235 | China Grove Town, Texas | 0.0003986670% |
| TX236 | Chireno City, Texas | 0.0010453330% |
| TX237 | Christine Town, Texas | 0.0002360000% |
| TX238 | Cibolo City, Texas | 0.0091266670% |
| TX239 | Cisco City, Texas | 0.0048120000% |
| TX240 | Clarendon City, Texas | 0.0000760000% |
| TX241 | Clarksville City, Texas | 0.0139273330% |
| TX242 | Clarksville City, Texas | 0.0000360000% |
| TX243 | Claude City, Texas | 0.0000173330% |
| TX244 | Clay County, Texas | 0.0480333330% |
| TX245 | Clear Lake Shores City, Texas | 0.0044546670% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX246 | Cleburne City, Texas | 0.1521226670% |
| TX247 | Cleveland City, Texas | 0.0645980000% |
| TX248 | Clifton City, Texas | 0.0066260000% |
| TX249 | Clint Town, Texas | 0.0002500000% |
| TX250 | Clute City, Texas | 0.0342333330% |
| TX251 | Clyde City, Texas | 0.0115246670% |
| TX252 | Coahoma Town, Texas | 0.0015273330% |
| TX253 | Cochran County, Texas | 0.0225593330% |
| TX254 | Cockrell Hill City, Texas | 0.0003413330% |
| TX255 | Coffee City Town, Texas | 0.0007246670% |
| TX256 | Coke County, Texas | 0.0036813330% |
| TX257 | Coldspring City, Texas | 0.0002980000% |
| TX258 | Coleman City, Texas | 0.0036280000% |
| TX259 | Coleman County, Texas | 0.0027760000% |
| TX260 | College Station City, Texas | 0.1720980000% |
| TX261 | Colleyville City, Texas | 0.0306993330% |
| TX262 | Collin County, Texas | 0.8444806670% |
| TX263 | Collingsworth County, Texas | 0.0128226670% |
| TX264 | Collinsville Town, Texas | 0.0012206670% |
| TX265 | Colmesneil City, Texas | 0.0014740000% |
| TX266 | Colorado City, Texas | 0.0056033330% |
| TX267 | Colorado County, Texas | 0.0327226670% |
| TX268 | Columbus City, Texas | 0.0045780000% |
| TX269 | Comal County, Texas | 0.2640946670% |
| TX270 | Comanche City, Texas | 0.0110020000% |
| TX271 | Comanche County, Texas | 0.0339760000% |
| TX272 | Combes Town, Texas | 0.0011400000% |
| TX273 | Combine City, Texas | 0.0012613330% |
| TX274 | Commerce City, Texas | 0.0225793330% |
| TX275 | Como Town, Texas | 0.0002766670% |
| TX276 | Concho County, Texas | 0.0025726670% |
| TX277 | Conroe City, Texas | 0.3111140000% |
| TX278 | Converse City, Texas | 0.0184620000% |
| TX279 | Cooke County, Texas | 0.1336340000% |
| TX280 | Cool City, Texas | 0.0004873330% |
| TX281 | Coolidge Town, Texas | 0.0001620000% |
| TX282 | Cooper City, Texas | 0.0002413330% |
| TX283 | Coppell City, Texas | 0.0577286670% |
| TX284 | Copper Canyon Town, Texas | 0.0003260000% |
| TX285 | Copperas Cove City, Texas | 0.0889946670% |
| TX286 | Corinth City, Texas | 0.0501986670% |
| TX287 | Corpus Christi City, Texas | 1.2084713330% |
| TX288 | Corral City Town, Texas | 0.0000953330% |
| TX289 | Corrigan Town, Texas | 0.0142120000% |
| TX290 | Corsicana City, Texas | 0.0582066670% |
| TX291 | Coryell County, Texas | 0.0824393330% |
| TX292 | Cottle County, Texas | 0.0005833330% |
| TX293 | Cottonwood City, Texas | 0.0001926670% |
| TX294 | Cottonwood Shores City, Texas | 0.0008020000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX295 | Cotulla City, Texas | 0.0008340000% |
| TX296 | Coupland City, Texas | 0.0001773330% |
| TX297 | Cove City, Texas | 0.0002580000% |
| TX298 | Covington City, Texas | 0.0003460000% |
| TX299 | Coyote Flats City, Texas | 0.0009813330% |
| TX300 | Crandall City, Texas | 0.0080626670% |
| TX301 | Crane City, Texas | 0.0070660000% |
| TX302 | Crane County, Texas | 0.0174306670% |
| TX303 | Cranfills Gap City, Texas | 0.0000853330% |
| TX304 | Crawford Town, Texas | 0.0002553330% |
| TX305 | Creedmoor City, Texas | 0.0000106670% |
| TX306 | Cresson City, Texas | 0.0007240000% |
| TX307 | Crockett City, Texas | 0.0156020000% |
| TX308 | Crockett County, Texas | 0.0121400000% |
| TX309 | Crosby County, Texas | 0.0125586670% |
| TX310 | Crosbyton City, Texas | 0.0009986670% |
| TX311 | Cross Plains Town, Texas | 0.0032513330% |
| TX312 | Cross Roads Town, Texas | 0.0001626670% |
| TX313 | Cross Timber Town, Texas | 0.0003613330% |
| TX314 | Crowell City, Texas | 0.0042233330% |
| TX315 | Crowley City, Texas | 0.0148966670% |
| TX316 | Crystal City, Texas | 0.0129413330% |
| TX317 | Cuero City, Texas | 0.0164593330% |
| TX318 | Culberson County, Texas | 0.0005260000% |
| TX319 | Cumby City, Texas | 0.0035466670% |
| TX320 | Cuney Town, Texas | 0.0004040000% |
| TX321 | Cushing City, Texas | 0.0007466670% |
| TX322 | Cut and Shoot City, Texas | 0.0014273330% |
| TX323 | Daingerfield City, Texas | 0.0083173330% |
| TX324 | Daisetta City, Texas | 0.0035800000% |
| TX325 | Dalhart City, Texas | 0.0077393330% |
| TX326 | Dallam County, Texas | 0.0144573330% |
| TX327 | Dallas City, Texas | 1.9999346670% |
| TX328 | Dallas County, Texas | 5.6921940000% |
| TX329 | Dalworthington Gardens City, Texas | 0.0040400000% |
| TX330 | Danbury City, Texas | 0.0028206670% |
| TX331 | Darrouzett Town, Texas | 0.0000673330% |
| TX332 | Dawson County, Texas | 0.0312740000% |
| TX333 | Dawson Town, Texas | 0.0004000000% |
| TX334 | Dayton City, Texas | 0.0314146670% |
| TX335 | Dayton Lakes City, Texas | 0.0000253330% |
| TX336 | De Kalb City, Texas | 0.0006900000% |
| TX337 | De Leon City, Texas | 0.0054786670% |
| TX338 | De Witt County, Texas | 0.0459300000% |
| TX339 | Deaf Smith County, Texas | 0.0230213330% |
| TX340 | Dean City, Texas | 0.0000940000% |
| TX341 | Decatur City, Texas | 0.0377793330% |
| TX342 | Decordova City, Texas | 0.0091853330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| TX343 | Deer Park City, Texas | 0.0329253330% |
| TX344 | Del Rio City, Texas | 0.0393706670% |
| TX345 | Dell City, Texas | 0.0000100000% |
| TX346 | Delta County, Texas | 0.0203893330% |
| TX347 | Denison City, Texas | 0.1402840000% |
| TX348 | Denton City, Texas | 0.3055560000% |
| TX349 | Denton County, Texas | 0.7548653330% |
| TX350 | Denver City Town, Texas | 0.0014026670% |
| TX351 | Deport City, Texas | 0.0000280000% |
| TX352 | Desoto City, Texas | 0.0482666670% |
| TX353 | Detroit Town, Texas | 0.0006433330% |
| TX354 | Devers City, Texas | 0.0001273330% |
| TX355 | Devine City, Texas | 0.0029026670% |
| TX356 | Diboll City, Texas | 0.0170220000% |
| TX357 | Dickens City, Texas | 0.0000473330% |
| TX358 | Dickens County, Texas | 0.0012486670% |
| TX359 | Dickinson City, Texas | 0.0557886670% |
| TX360 | Dilley City, Texas | 0.0017553330% |
| TX361 | Dimmit County, Texas | 0.0221960000% |
| TX362 | Dimmitt City, Texas | 0.0006746670% |
| TX363 | Dish Town, Texas | 0.0000126670% |
| TX364 | Dodd City Town, Texas | 0.0008073330% |
| TX365 | Dodson Town, Texas | 0.0002980000% |
| TX366 | Domino Town, Texas | 0.0001306670% |
| TX367 | Donley County, Texas | 0.0149133330% |
| TX368 | Donna City, Texas | 0.0091986670% |
| TX369 | Dorchester City, Texas | 0.0001540000% |
| TX370 | Double Oak Town, Texas | 0.0031766670% |
| TX371 | Douglassville Town, Texas | 0.0003826670% |
| TX372 | Dripping Springs City, Texas | 0.0005406670% |
| TX373 | Driscoll City, Texas | 0.0000260000% |
| TX374 | Dublin City, Texas | 0.0096520000% |
| TX375 | Dumas City, Texas | 0.0174860000% |
| TX376 | Duncanville City, Texas | 0.0388853330% |
| TX377 | Duval County, Texas | 0.0327393330% |
| TX378 | Eagle Lake City, Texas | 0.0032546670% |
| TX379 | Eagle Pass City, Texas | 0.0373366670% |
| TX380 | Early City, Texas | 0.0098920000% |
| TX381 | Earth City, Texas | 0.0001613330% |
| TX382 | East Bernard City, Texas | 0.0037026670% |
| TX383 | East Mountain City, Texas | 0.0016626670% |
| TX384 | East Tawakoni City, Texas | 0.0018153330% |
| TX385 | Eastland City, Texas | 0.0105973330% |
| TX386 | Eastland County, Texas | 0.0348500000% |
| TX387 | Easton City, Texas | 0.0002193330% |
| TX388 | Ector City, Texas | 0.0007386670% |
| TX389 | Ector County, Texas | 0.3200000000% |
| TX390 | Edcouch City, Texas | 0.0027340000% |
| TX391 | Eden City, Texas | 0.0003313330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX392 | Edgecliff Village Town, Texas | 0.0014880000% |
| TX393 | Edgewood Town, Texas | 0.0087693330% |
| TX394 | Edinburg City, Texas | 0.0805893330% |
| TX395 | Edmonson Town, Texas | 0.0000906670% |
| TX396 | Edna City, Texas | 0.0121293330% |
| TX397 | Edom City, Texas | 0.0014326670% |
| TX398 | Edwards County, Texas | 0.0006500000% |
| TX399 | El Campo City, Texas | 0.0211333330% |
| TX400 | El Cenizo City, Texas | 0.0004140000% |
| TX401 | El Lago City, Texas | 0.0037360000% |
| TX402 | El Paso City, Texas | 0.8162473330% |
| TX403 | El Paso County, Texas | 1.7280806670% |
| TX404 | Eldorado City, Texas | 0.0000333330% |
| TX405 | Electra City, Texas | 0.0104773330% |
| TX406 | Elgin City, Texas | 0.0175226670% |
| TX407 | Elkhart Town, Texas | 0.0002006670% |
| TX408 | Ellis County, Texas | 0.2102480000% |
| TX409 | Elmendorf City, Texas | 0.0004973330% |
| TX410 | Elsa City, Texas | 0.0051466670% |
| TX411 | Emhouse Town, Texas | 0.0000553330% |
| TX412 | Emory City, Texas | 0.0025853330% |
| TX413 | Enchanted Oaks Town, Texas | 0.0008660000% |
| TX414 | Encinal City, Texas | 0.0010100000% |
| TX415 | Ennis City, Texas | 0.0545593330% |
| TX416 | Erath County, Texas | 0.0684106670% |
| TX417 | Escobares City, Texas | 0.0000266670% |
| TX418 | Estelline Town, Texas | 0.0006060000% |
| TX419 | Euless City, Texas | 0.0618826670% |
| TX420 | Eureka City, Texas | 0.0002226670% |
| TX421 | Eustace City, Texas | 0.0013926670% |
| TX422 | Evant Town, Texas | 0.0013786670% |
| TX423 | Everman City, Texas | 0.0051280000% |
| TX424 | Fair Oaks Ranch City, Texas | 0.0053846670% |
| TX425 | Fairchilds Village, Texas | 0.0000540000% |
| TX426 | Fairfield City, Texas | 0.0008300000% |
| TX427 | Fairview Town, Texas | 0.0214966670% |
| TX428 | Falfurrias City, Texas | 0.0014806670% |
| TX429 | Falls City, Texas | 0.0000273330% |
| TX430 | Falls County, Texas | 0.0230146670% |
| TX431 | Fannin County, Texas | 0.0877686670% |
| TX432 | Farmers Branch City, Texas | 0.0630213330% |
| TX433 | Farmersville City, Texas | 0.0070213330% |
| TX434 | Farwell City, Texas | 0.0002286670% |
| TX435 | Fate City, Texas | 0.0023153330% |
| TX436 | Fayette County, Texas | 0.0612266670% |
| TX437 | Fayetteville City, Texas | 0.0002606670% |
| TX438 | Ferris City, Texas | 0.0092486670% |
| TX439 | Fisher County, Texas | 0.0036786670% |
| TX440 | Flatonia Town, Texas | 0.0037740000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX441 | Florence City, Texas | 0.0026326670% |
| TX442 | Floresville City, Texas | 0.0144660000% |
| TX443 | Flower Mound Town, Texas | 0.1435040000% |
| TX444 | Floyd County, Texas | 0.0060326670% |
| TX445 | Floydada City, Texas | 0.0042380000% |
| TX446 | Foard County, Texas | 0.0038426670% |
| TX447 | Follett City, Texas | 0.0001413330% |
| TX448 | Forest Hill City, Texas | 0.0174213330% |
| TX449 | Forney City, Texas | 0.0534080000% |
| TX450 | Forsan City, Texas | 0.0003840000% |
| TX451 | Fort Bend County, Texas | 1.0044793330% |
| TX452 | Fort Stockton City, Texas | 0.0029406670% |
| TX453 | Fort Worth City, Texas | 1.4138600000% |
| TX454 | Franklin City, Texas | 0.0026206670% |
| TX455 | Franklin County, Texas | 0.0171886670% |
| TX456 | Frankston Town, Texas | 0.0001826670% |
| TX457 | Fredericksburg City, Texas | 0.0376573330% |
| TX458 | Freeport City, Texas | 0.0486486670% |
| TX459 | Freer City, Texas | 0.0021806670% |
| TX460 | Freestone County, Texas | 0.0336633330% |
| TX461 | Friendswood City, Texas | 0.0935533330% |
| TX462 | Frio County, Texas | 0.0133026670% |
| TX463 | Friona City, Texas | 0.0018986670% |
| TX464 | Frisco City, Texas | 0.2702060000% |
| TX465 | Fritch City, Texas | 0.0030320000% |
| TX466 | Frost City, Texas | 0.0002140000% |
| TX467 | Fruitvale City, Texas | 0.0015626670% |
| TX468 | Fulshear City, Texas | 0.0035146670% |
| TX469 | Fulton Town, Texas | 0.0010680000% |
| TX470 | Gaines County, Texas | 0.0362313330% |
| TX471 | Gainesville City, Texas | 0.1026533330% |
| TX472 | Galena Park City, Texas | 0.0087286670% |
| TX473 | Gallatin City, Texas | 0.0008353330% |
| TX474 | Galveston City, Texas | 0.3254580000% |
| TX475 | Galveston County, Texas | 0.7493953330% |
| TX476 | Ganado City, Texas | 0.0036733330% |
| TX477 | Garden Ridge City, Texas | 0.0075673330% |
| TX478 | Garland City, Texas | 0.2801626670% |
| TX479 | Garrett Town, Texas | 0.0016733330% |
| TX480 | Garrison City, Texas | 0.0023700000% |
| TX481 | Gary City Town, Texas | 0.0003000000% |
| TX482 | Garza County, Texas | 0.0059626670% |
| TX483 | Gatesville City, Texas | 0.0179960000% |
| TX484 | George West City, Texas | 0.0041380000% |
| TX485 | Georgetown City, Texas | 0.1505973330% |
| TX486 | Gholson City, Texas | 0.0010033330% |
| TX487 | Giddings City, Texas | 0.0084493330% |
| TX488 | Gillespie County, Texas | 0.0421273330% |
| TX489 | Gilmer City, Texas | 0.0226340000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| TX490 | Gladewater City, Texas | 0.0164253330% |
| TX491 | Glasscock County, Texas | 0.0006666670% |
| TX492 | Glen Rose City, Texas | 0.0003600000% |
| TX493 | Glenn Heights City, Texas | 0.0110620000% |
| TX494 | Godley City, Texas | 0.0020766670% |
| TX495 | Goldsmith City, Texas | 0.0004513330% |
| TX496 | Goldthwaite City, Texas | 0.0008166670% |
| TX497 | Goliad City, Texas | 0.0023753330% |
| TX498 | Goliad County, Texas | 0.0231066670% |
| TX499 | Golinda City, Texas | 0.0000666670% |
| TX500 | Gonzales City, Texas | 0.0099213330% |
| TX501 | Gonzales County, Texas | 0.0221533330% |
| TX502 | Goodlow City, Texas | 0.0001473330% |
| TX503 | Goodrich City, Texas | 0.0064286670% |
| TX504 | Gordon City, Texas | 0.0002433330% |
| TX505 | Goree City, Texas | 0.0004993330% |
| TX506 | Gorman City, Texas | 0.0020713330% |
| TX507 | Graford City, Texas | 0.0000153330% |
| TX508 | Graham City, Texas | 0.1569520000% |
| TX509 | Granbury City, Texas | 0.0478233330% |
| TX510 | Grand Prairie City, Texas | 0.2969593330% |
| TX511 | Grand Saline City, Texas | 0.0242753330% |
| TX512 | Grandfalls Town, Texas | 0.0000433330% |
| TX513 | Grandview City, Texas | 0.0044000000% |
| TX514 | Granger City, Texas | 0.0018273330% |
| TX515 | Granite Shoals City, Texas | 0.0078893330% |
| TX516 | Granjeno City, Texas | 0.0000286670% |
| TX517 | Grapeland City, Texas | 0.0048580000% |
| TX518 | Grapevine City, Texas | 0.0861300000% |
| TX519 | Gray County, Texas | 0.0439226670% |
| TX520 | Grays Prairie Village, Texas | 0.0000113330% |
| TX521 | Grayson County, Texas | 0.3593886670% |
| TX522 | Greenville City, Texas | 0.1354080000% |
| TX523 | Gregg County, Texas | 0.1624960000% |
| TX524 | Gregory City, Texas | 0.0031313330% |
| TX525 | Grey Forest City, Texas | 0.0003160000% |
| TX526 | Grimes County, Texas | 0.0632520000% |
| TX527 | Groesbeck City, Texas | 0.0038300000% |
| TX528 | Groom Town, Texas | 0.0006433330% |
| TX529 | Groves City, Texas | 0.0271680000% |
| TX530 | Groveton City, Texas | 0.0058846670% |
| TX531 | Gruver City, Texas | 0.0007773330% |
| TX532 | Guadalupe County, Texas | 0.0978826670% |
| TX533 | Gun Barrel City, Texas | 0.0242013330% |
| TX534 | Gunter City, Texas | 0.0030726670% |
| TX535 | Gustine Town, Texas | 0.0000226670% |
| TX536 | Hackberry Town, Texas | 0.0000626670% |
| TX537 | Hale Center City, Texas | 0.0040280000% |
| TX538 | Hale County, Texas | 0.0527666670% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX539 | Hall County, Texas | 0.0059553330% |
| TX540 | Hallettsville City, Texas | 0.0045966670% |
| TX541 | Hallsburg City, Texas | 0.0001813330% |
| TX542 | Hallsville City, Texas | 0.0068260000% |
| TX543 | Haltom City, Texas | 0.0478666670% |
| TX544 | Hamilton City, Texas | 0.0023873330% |
| TX545 | Hamilton County, Texas | 0.0442380000% |
| TX546 | Hamlin City, Texas | 0.0031040000% |
| TX547 | Hansford County, Texas | 0.0109440000% |
| TX548 | Happy Town, Texas | 0.0002180000% |
| TX549 | Hardeman County, Texas | 0.0101460000% |
| TX550 | Hardin City, Texas | 0.0000666670% |
| TX551 | Hardin County, Texas | 0.2532000000% |
| TX552 | Harker Heights City, Texas | 0.0757873330% |
| TX553 | Harlingen City, Texas | 0.1102860000% |
| TX554 | Harris County, Texas | 9.9774680000% |
| TX555 | Harrison County, Texas | 0.1239400000% |
| TX556 | Hart City, Texas | 0.0000573330% |
| TX557 | Hartley County, Texas | 0.0005240000% |
| TX558 | Haskell City, Texas | 0.0072193330% |
| TX559 | Haskell County, Texas | 0.0146740000% |
| TX560 | Haslet City, Texas | 0.0012720000% |
| TX561 | Hawk Cove City, Texas | 0.0004493330% |
| TX562 | Hawkins City, Texas | 0.0052880000% |
| TX563 | Hawley City, Texas | 0.0006206670% |
| TX564 | Hays City, Texas | 0.0003373330% |
| TX565 | Hays County, Texas | 0.3529926670% |
| TX566 | Hearne City, Texas | 0.0112160000% |
| TX567 | Heath City, Texas | 0.0191673330% |
| TX568 | Hebron Town, Texas | 0.0004580000% |
| TX569 | Hedley City, Texas | 0.0000466670% |
| TX570 | Hedwig Village City, Texas | 0.0087113330% |
| TX571 | Helotes City, Texas | 0.0105266670% |
| TX572 | Hemphill City, Texas | 0.0053566670% |
| TX573 | Hemphill County, Texas | 0.0095960000% |
| TX574 | Hempstead City, Texas | 0.0141600000% |
| TX575 | Henderson City, Texas | 0.0399773330% |
| TX576 | Henderson County, Texas | 0.2186433330% |
| TX577 | Henrietta City, Texas | 0.0018133330% |
| TX578 | Hereford City, Texas | 0.0136153330% |
| TX579 | Hewitt City, Texas | 0.0131840000% |
| TX580 | Hickory Creek Town, Texas | 0.0110066670% |
| TX581 | Hico City, Texas | 0.0036893330% |
| TX582 | Hidalgo City, Texas | 0.0177473330% |
| TX583 | Hidalgo County, Texas | 0.8354020000% |
| TX584 | Hideaway City, Texas | 0.0006146670% |
| TX585 | Higgins City, Texas | 0.0000286670% |
| TX586 | Highland Haven City, Texas | 0.0002133330% |
| TX587 | Highland Park Town, Texas | 0.0289220000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX588 | Highland Village City, Texas | 0.0335433330% |
| TX589 | Hill Country Village City, Texas | 0.0043233330% |
| TX590 | Hill County, Texas | 0.0849846670% |
| TX591 | Hillcrest Village, Texas | 0.0035633330% |
| TX592 | Hillsboro City, Texas | 0.0310726670% |
| TX593 | Hilshire Village City, Texas | 0.0005726670% |
| TX594 | Hitchcock City, Texas | 0.0191973330% |
| TX595 | Hockley County, Texas | 0.0309380000% |
| TX596 | Holiday Lakes Town, Texas | 0.0011966670% |
| TX597 | Holland Town, Texas | 0.0000513330% |
| TX598 | Holliday City, Texas | 0.0039400000% |
| TX599 | Hollywood Park Town, Texas | 0.0062826670% |
| TX600 | Hondo City, Texas | 0.0768586670% |
| TX601 | Honey Grove City, Texas | 0.0047973330% |
| TX602 | Hood County, Texas | 0.1947366670% |
| TX603 | Hooks City, Texas | 0.0018013330% |
| TX604 | Hopkins County, Texas | 0.0996786670% |
| TX605 | Horizon City, Texas | 0.0050133330% |
| TX606 | Horseshoe Bay City, Texas | 0.0321153330% |
| TX607 | Houston City, Texas | 4.6811953330% |
| TX608 | Houston County, Texas | 0.0524320000% |
| TX609 | Howard County, Texas | 0.0595533330% |
| TX610 | Howardwick City, Texas | 0.0000560000% |
| TX611 | Howe Town, Texas | 0.0061180000% |
| TX612 | Hubbard City, Texas | 0.0024233330% |
| TX613 | Hudson City, Texas | 0.0045600000% |
| TX614 | Hudson Oaks City, Texas | 0.0104246670% |
| TX615 | Hudspeth County, Texas | 0.0006566670% |
| TX616 | Hughes Springs City, Texas | 0.0029613330% |
| TX617 | Humble City, Texas | 0.0493013330% |
| TX618 | Hunt County, Texas | 0.2065673330% |
| TX619 | Hunters Creek Village City, Texas | 0.0098053330% |
| TX620 | Huntington City, Texas | 0.0058613330% |
| TX621 | Huntsville City, Texas | 0.0535820000% |
| TX622 | Hurst City, Texas | 0.0661246670% |
| TX623 | Hutchins City, Texas | 0.0063673330% |
| TX624 | Hutchinson County, Texas | 0.0497533330% |
| TX625 | Hutto City, Texas | 0.0255640000% |
| TX626 | Huxley City, Texas | 0.0004920000% |
| TX627 | Idalou City, Texas | 0.0013326670% |
| TX628 | Impact Town, Texas | 0.0000053330% |
| TX629 | Indian Lake Town, Texas | 0.0003153330% |
| TX630 | Industry City, Texas | 0.0004026670% |
| TX631 | Ingleside City, Texas | 0.0269913330% |
| TX632 | Ingleside on the Bay City, Texas | 0.0000946670% |
| TX633 | Ingram City, Texas | 0.0034953330% |
| TX634 | Iola City, Texas | 0.0021093330% |
| TX635 | Iowa Colony Village, Texas | 0.0027266670% |
| TX636 | Iowa Park City, Texas | 0.0156580000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX637 | Iraan City, Texas | 0.0000373330% |
| TX638 | Iredell City, Texas | 0.0001440000% |
| TX639 | Irion County, Texas | 0.0060700000% |
| TX640 | Irving City, Texas | 0.2852120000% |
| TX641 | Italy Town, Texas | 0.0035660000% |
| TX642 | Itasca City, Texas | 0.0057960000% |
| TX643 | Ivanhoe City, Texas | 0.0000173330% |
| TX644 | Jacinto City, Texas | 0.0094273330% |
| TX645 | Jack County, Texas | 0.0098660000% |
| TX646 | Jacksboro City, Texas | 0.0155026670% |
| TX647 | Jackson County, Texas | 0.0253226670% |
| TX648 | Jacksonville City, Texas | 0.0534526670% |
| TX649 | Jamaica Beach City, Texas | 0.0032753330% |
| TX650 | Jarrell City, Texas | 0.0016153330% |
| TX651 | Jasper City, Texas | 0.0522813330% |
| TX652 | Jasper County, Texas | 0.1659033330% |
| TX653 | Jayton City, Texas | 0.0000420000% |
| TX654 | Jeff Davis County, Texas | 0.0056666670% |
| TX655 | Jefferson City, Texas | 0.0074626670% |
| TX656 | Jefferson County, Texas | 0.5044093330% |
| TX657 | Jersey Village City, Texas | 0.0242313330% |
| TX658 | Jewett City, Texas | 0.0062253330% |
| TX659 | Jim Hogg County, Texas | 0.0084786670% |
| TX660 | Jim Wells County, Texas | 0.1110260000% |
| TX661 | Joaquin City, Texas | 0.0005400000% |
| TX662 | Johnson City, Texas | 0.0023873330% |
| TX663 | Johnson County, Texas | 0.2724613330% |
| TX664 | Jolly City, Texas | 0.0000173330% |
| TX665 | Jones County, Texas | 0.0146673330% |
| TX666 | Jones Creek Village, Texas | 0.0033853330% |
| TX667 | Jonestown City, Texas | 0.0042793330% |
| TX668 | Josephine City, Texas | 0.0005873330% |
| TX669 | Joshua City, Texas | 0.0137460000% |
| TX670 | Jourdanton City, Texas | 0.0064000000% |
| TX671 | Junction City, Texas | 0.0032166670% |
| TX672 | Justin City, Texas | 0.0057166670% |
| TX673 | Karnes City, Texas | 0.0077546670% |
| TX674 | Karnes County, Texas | 0.0234993330% |
| TX675 | Katy City, Texas | 0.0349780000% |
| TX676 | Kaufman City, Texas | 0.0184046670% |
| TX677 | Kaufman County, Texas | 0.2353646670% |
| TX678 | Keene City, Texas | 0.0255306670% |
| TX679 | Keller City, Texas | 0.0527926670% |
| TX680 | Kemah City, Texas | 0.0188833330% |
| TX681 | Kemp City, Texas | 0.0042793330% |
| TX682 | Kempner City, Texas | 0.0002200000% |
| TX683 | Kendall County, Texas | 0.0670953330% |
| TX684 | Kendleton City, Texas | 0.0000086670% |
| TX685 | Kenedy City, Texas | 0.0004506670% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX686 | Kenedy County, Texas | 0.0006666670% |
| TX687 | Kenefick Town, Texas | 0.0002773330% |
| TX688 | Kennard City, Texas | 0.0000880000% |
| TX689 | Kennedale City, Texas | 0.0140160000% |
| TX690 | Kent County, Texas | 0.0006260000% |
| TX691 | Kerens City, Texas | 0.0012826670% |
| TX692 | Kermit City, Texas | 0.0037680000% |
| TX693 | Kerr County, Texas | 0.1456346670% |
| TX694 | Kerrville City, Texas | 0.1269046670% |
| TX695 | Kilgore City, Texas | 0.0703886670% |
| TX696 | Killeen City, Texas | 0.3571000000% |
| TX697 | Kimble County, Texas | 0.0136533330% |
| TX698 | King County, Texas | 0.0006666670% |
| TX699 | Kingsville City, Texas | 0.0133886670% |
| TX700 | Kinney County, Texas | 0.0014280000% |
| TX701 | Kirby City, Texas | 0.0058346670% |
| TX702 | Kirbyville City, Texas | 0.0071266670% |
| TX703 | Kirvin Town, Texas | 0.0000013330% |
| TX704 | Kleberg County, Texas | 0.0827393330% |
| TX705 | Knollwood City, Texas | 0.0007733330% |
| TX706 | Knox City Town, Texas | 0.0013080000% |
| TX707 | Knox County, Texas | 0.0078200000% |
| TX708 | Kosse Town, Texas | 0.0016453330% |
| TX709 | Kountze City, Texas | 0.0131440000% |
| TX710 | Kress City, Texas | 0.0001240000% |
| TX711 | Krugerville City, Texas | 0.0010053330% |
| TX712 | Krum City, Texas | 0.0064406670% |
| TX713 | Kurten Town, Texas | 0.0004573330% |
| TX714 | Kyle City, Texas | 0.0345566670% |
| TX715 | La Feria City, Texas | 0.0069206670% |
| TX716 | La Grange City, Texas | 0.0064153330% |
| TX717 | La Grulla City, Texas | 0.0011386670% |
| TX718 | La Joya City, Texas | 0.0056380000% |
| TX719 | La Marque City, Texas | 0.0659533330% |
| TX720 | La Porte City, Texas | 0.0610213330% |
| TX721 | La Salle County, Texas | 0.0099833330% |
| TX722 | La Vernia City, Texas | 0.0021446670% |
| TX723 | La Villa City, Texas | 0.0003813330% |
| TX724 | La Ward City, Texas | 0.0002140000% |
| TX725 | Lacoste City, Texas | 0.0001060000% |
| TX726 | Lacy-Lakeview City, Texas | 0.0077326670% |
| TX727 | Ladonia Town, Texas | 0.0013406670% |
| TX728 | Lago Vista City, Texas | 0.0091786670% |
| TX729 | Laguna Vista Town, Texas | 0.0024593330% |
| TX730 | Lake Bridgeport City, Texas | 0.0001546670% |
| TX731 | Lake City Town, Texas | 0.0019453330% |
| TX732 | Lake Dallas City, Texas | 0.0168760000% |
| TX733 | Lake Jackson City, Texas | 0.0505206670% |
| TX734 | Lake Tanglewood Village, Texas | 0.0004086670% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX735 | Lake Worth City, Texas | 0.0133673330% |
| TX736 | Lakeport City, Texas | 0.0003086670% |
| TX737 | Lakeside City Town, Texas | 0.0001480000% |
| TX738 | Lakeside Town, San Patricio County, Texas | 0.0029826670% |
| TX739 | Lakeside Town, Tarrant County, Texas | 0.0029826670% |
| TX740 | Lakeview Town, Texas | 0.0002846670% |
| TX741 | Lakeway City, Texas | 0.0211046670% |
| TX742 | Lakewood Village City, Texas | 0.0003713330% |
| TX743 | Lamar County, Texas | 0.0943986670% |
| TX744 | Lamb County, Texas | 0.0337873330% |
| TX745 | Lamesa City, Texas | 0.0197706670% |
| TX746 | Lampasas City, Texas | 0.0188073330% |
| TX747 | Lampasas County, Texas | 0.0285453330% |
| TX748 | Lancaster City, Texas | 0.0604353330% |
| TX749 | Laredo City, Texas | 0.5087826670% |
| TX750 | Latexo City, Texas | 0.0000826670% |
| TX751 | Lavaca County, Texas | 0.0306486670% |
| TX752 | Lavon City, Texas | 0.0049566670% |
| TX753 | Lawn Town, Texas | 0.0000386670% |
| TX754 | League City, Texas | 0.2016120000% |
| TX755 | Leakey City, Texas | 0.0001706670% |
| TX756 | Leander City, Texas | 0.0590940000% |
| TX757 | Leary City, Texas | 0.0005313330% |
| TX758 | Lee County, Texas | 0.0203046670% |
| TX759 | Lefors Town, Texas | 0.0001060000% |
| TX760 | Leon County, Texas | 0.0449286670% |
| TX761 | Leon Valley City, Texas | 0.0155053330% |
| TX762 | Leona City, Texas | 0.0005886670% |
| TX763 | Leonard City, Texas | 0.0056700000% |
| TX764 | Leroy City, Texas | 0.0001173330% |
| TX765 | Levelland City, Texas | 0.0312320000% |
| TX766 | Lewisville City, Texas | 0.2547293330% |
| TX767 | Lexington Town, Texas | 0.0015453330% |
| TX768 | Liberty City, Texas | 0.0482286670% |
| TX769 | Liberty County, Texas | 0.3541413330% |
| TX770 | Liberty Hill City, Texas | 0.0018533330% |
| TX771 | Limestone County, Texas | 0.0904560000% |
| TX772 | Lincoln Park Town, Texas | 0.0004513330% |
| TX773 | Lindale City, Texas | 0.0161346670% |
| TX774 | Linden City, Texas | 0.0024406670% |
| TX775 | Lindsay City, Texas | 0.0008186670% |
| TX776 | Lipan City, Texas | 0.0000293330% |
| TX777 | Lipscomb County, Texas | 0.0067546670% |
| TX778 | Little Elm City, Texas | 0.0462173330% |
| TX779 | Little River-Academy City, Texas | 0.0005320000% |
| TX780 | Littlefield City, Texas | 0.0051186670% |
| TX781 | Live Oak City, Texas | 0.0218266670% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX782 | Live Oak County, Texas | 0.0264773330% |
| TX783 | Liverpool City, Texas | 0.0009566670% |
| TX784 | Livingston Town, Texas | 0.0487766670% |
| TX785 | Llano City, Texas | 0.0154140000% |
| TX786 | Llano County, Texas | 0.0770980000% |
| TX787 | Lockhart City, Texas | 0.0327000000% |
| TX788 | Lockney Town, Texas | 0.0022006670% |
| TX789 | Log Cabin City, Texas | 0.0013066670% |
| TX790 | Lometa City, Texas | 0.0007840000% |
| TX791 | Lone Oak City, Texas | 0.0011366670% |
| TX792 | Lone Star City, Texas | 0.0055220000% |
| TX793 | Longview City, Texas | 0.3215026670% |
| TX794 | Loraine Town, Texas | 0.0001253330% |
| TX795 | Lorena City, Texas | 0.0022600000% |
| TX796 | Lorenzo City, Texas | 0.0075720000% |
| TX797 | Los Fresnos City, Texas | 0.0074566670% |
| TX798 | Los Indios Town, Texas | 0.0001060000% |
| TX799 | Lott City, Texas | 0.0010106670% |
| TX800 | Lovelady City, Texas | 0.0001660000% |
| TX801 | Loving County, Texas | 0.0006666670% |
| TX802 | Lowry Crossing City, Texas | 0.0005220000% |
| TX803 | Lubbock City, Texas | 0.2132446670% |
| TX804 | Lubbock County, Texas | 0.9198126670% |
| TX805 | Lucas City, Texas | 0.0035106670% |
| TX806 | Lueders City, Texas | 0.0003386670% |
| TX807 | Lufkin City, Texas | 0.1877280000% |
| TX808 | Luling City, Texas | 0.0196140000% |
| TX809 | Lumberton City, Texas | 0.0244060000% |
| TX810 | Lyford City, Texas | 0.0020473330% |
| TX811 | Lynn County, Texas | 0.0041833330% |
| TX812 | Lytle City, Texas | 0.0048153330% |
| TX813 | Mabank Town, Texas | 0.0129620000% |
| TX814 | Madison County, Texas | 0.0329946670% |
| TX815 | Madisonville City, Texas | 0.0076386670% |
| TX816 | Magnolia City, Texas | 0.0173540000% |
| TX817 | Malakoff City, Texas | 0.0084093330% |
| TX818 | Malone Town, Texas | 0.0002926670% |
| TX819 | Manor City, Texas | 0.0083326670% |
| TX820 | Mansfield City, Texas | 0.1005253330% |
| TX821 | Manvel City, Texas | 0.0082033330% |
| TX822 | Marble Falls City, Texas | 0.0246926670% |
| TX823 | Marfa City, Texas | 0.0000433330% |
| TX824 | Marietta Town, Texas | 0.0002253330% |
| TX825 | Marion City, Texas | 0.0001833330% |
| TX826 | Marion County, Texas | 0.0364853330% |
| TX827 | Marlin City, Texas | 0.0144226670% |
| TX828 | Marquez City, Texas | 0.0008813330% |
| TX829 | Marshall City, Texas | 0.0722473330% |
| TX830 | Mart City, Texas | 0.0006186670% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| TX831 | Martin County, Texas | 0.0072413330% |
| TX832 | Martindale City, Texas | 0.0016246670% |
| TX833 | Mason City, Texas | 0.0005180000% |
| TX834 | Mason County, Texas | 0.0020893330% |
| TX835 | Matador Town, Texas | 0.0008020000% |
| TX836 | Matagorda County, Texas | 0.0901593330% |
| TX837 | Mathis City, Texas | 0.0104800000% |
| TX838 | Maud City, Texas | 0.0002820000% |
| TX839 | Maverick County, Texas | 0.0772793330% |
| TX840 | Maypearl City, Texas | 0.0006573330% |
| TX841 | McAllen City, Texas | 0.2429493330% |
| TX842 | McCamey City, Texas | 0.0003613330% |
| TX843 | McCulloch County, Texas | 0.0133473330% |
| TX844 | McGregor City, Texas | 0.0061033330% |
| TX845 | McKinney City, Texas | 0.3002553330% |
| TX846 | McLean Town, Texas | 0.0000093330% |
| TX847 | McLendon-Chisholm City, Texas | 0.0002740000% |
| TX848 | McLennan County, Texas | 0.3530940000% |
| TX849 | McMullen County, Texas | 0.0006666670% |
| TX850 | Meadow Town, Texas | 0.0007473330% |
| TX851 | Meadowlakes City, Texas | 0.0006033330% |
| TX852 | Meadows Place City, Texas | 0.0120986670% |
| TX853 | Medina County, Texas | 0.0322366670% |
| TX854 | Megargel Town, Texas | 0.0004073330% |
| TX855 | Melissa City, Texas | 0.0102540000% |
| TX856 | Melvin Town, Texas | 0.0002300000% |
| TX857 | Memphis City, Texas | 0.0048020000% |
| TX858 | Menard City, Texas | 0.0006606670% |
| TX859 | Menard County, Texas | 0.0098113330% |
| TX860 | Mercedes City, Texas | 0.0142940000% |
| TX861 | Meridian City, Texas | 0.0023640000% |
| TX862 | Merkel Town, Texas | 0.0067446670% |
| TX863 | Mertens Town, Texas | 0.0001593330% |
| TX864 | Mertzon City, Texas | 0.0000193330% |
| TX865 | Mesquite City, Texas | 0.2071393330% |
| TX866 | Mexia City, Texas | 0.0140640000% |
| TX867 | Miami City, Texas | 0.0003033330% |
| TX868 | Midland City, Texas | 0.3478993330% |
| TX869 | Midland County, Texas | 0.1866180000% |
| TX870 | Midlothian City, Texas | 0.0638660000% |
| TX871 | Midway City, Texas | 0.0000520000% |
| TX872 | Milam County, Texas | 0.0649240000% |
| TX873 | Milano City, Texas | 0.0006026670% |
| TX874 | Mildred Town, Texas | 0.0001906670% |
| TX875 | Miles City, Texas | 0.0000620000% |
| TX876 | Milford Town, Texas | 0.0041180000% |
| TX877 | Miller's Cove Town, Texas | 0.0000646670% |
| TX878 | Millican Town, Texas | 0.0002780000% |
| TX879 | Mills County, Texas | 0.0132873330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX880 | Millsap Town, Texas | 0.0000226670% |
| TX881 | Mineola City, Texas | 0.0324793330% |
| TX882 | Mineral Wells City, Texas | 0.0613740000% |
| TX883 | Mingus City, Texas | 0.0001260000% |
| TX884 | Mission City, Texas | 0.0831786670% |
| TX885 | Missouri City, Texas | 0.1397553330% |
| TX886 | Mitchell County, Texas | 0.0139000000% |
| TX887 | Mobeetie City, Texas | 0.0000346670% |
| TX888 | Mobile City, Texas | 0.0013560000% |
| TX889 | Monahans City, Texas | 0.0038993330% |
| TX890 | Mont Belvieu City, Texas | 0.0131126670% |
| TX891 | Montague County, Texas | 0.0631973330% |
| TX892 | Montgomery City, Texas | 0.0012560000% |
| TX893 | Montgomery County, Texas | 1.8006073330% |
| TX894 | Moody City, Texas | 0.0005520000% |
| TX895 | Moore County, Texas | 0.0270846670% |
| TX896 | Moore Station City, Texas | 0.0005146670% |
| TX897 | Moran City, Texas | 0.0000333330% |
| TX898 | Morgan City, Texas | 0.0004033330% |
| TX899 | Morgan's Point City, Texas | 0.0020700000% |
| TX900 | Morgan's Point Resort City, Texas | 0.0053493330% |
| TX901 | Morris County, Texas | 0.0355520000% |
| TX902 | Morton City, Texas | 0.0011113330% |
| TX903 | Motley County, Texas | 0.0022293330% |
| TX904 | Moulton Town, Texas | 0.0006660000% |
| TX905 | Mount Calm City, Texas | 0.0004033330% |
| TX906 | Mount Enterprise City, Texas | 0.0012213330% |
| TX907 | Mount Pleasant City, Texas | 0.0437893330% |
| TX908 | Mount Vernon Town, Texas | 0.0040326670% |
| TX909 | Mountain City, Texas | 0.0010320000% |
| TX910 | Muenster City, Texas | 0.0031040000% |
| TX911 | Muleshoe City, Texas | 0.0032733330% |
| TX912 | Mullin Town, Texas | 0.0002560000% |
| TX913 | Munday City, Texas | 0.0013646670% |
| TX914 | Murchison City, Texas | 0.0015346670% |
| TX915 | Murphy City, Texas | 0.0345953330% |
| TX916 | Mustang Ridge City, Texas | 0.0016413330% |
| TX917 | Mustang Town, Texas | 0.0000046670% |
| TX918 | Nacogdoches City, Texas | 0.1373280000% |
| TX919 | Nacogdoches County, Texas | 0.1323886670% |
| TX920 | Naples City, Texas | 0.0028160000% |
| TX921 | Nash City, Texas | 0.0053326670% |
| TX922 | Nassau Bay City, Texas | 0.0074980000% |
| TX923 | Natalia City, Texas | 0.0004166670% |
| TX924 | Navarro County, Texas | 0.0690086670% |
| TX925 | Navarro Town, Texas | 0.0002226670% |
| TX926 | Navasota City, Texas | 0.0251173330% |
| TX927 | Nazareth City, Texas | 0.0000826670% |
| TX928 | Nederland City, Texas | 0.0297233330% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX929 | Needville City, Texas | 0.0068940000% |
| TX930 | Nevada City, Texas | 0.0001580000% |
| TX931 | New Berlin City, Texas | 0.0000026670% |
| TX932 | New Boston City, Texas | 0.0046353330% |
| TX933 | New Braunfels City, Texas | 0.2048753330% |
| TX934 | New Chapel Hill City, Texas | 0.0001920000% |
| TX935 | New Deal Town, Texas | 0.0002253330% |
| TX936 | New Fairview City, Texas | 0.0015560000% |
| TX937 | New Home City, Texas | 0.0000060000% |
| TX938 | New Hope Town, Texas | 0.0006826670% |
| TX939 | New London City, Texas | 0.0027526670% |
| TX940 | New Summerfield City, Texas | 0.0002946670% |
| TX941 | New Waverly City, Texas | 0.0017080000% |
| TX942 | Newark City, Texas | 0.0003466670% |
| TX943 | Newcastle City, Texas | 0.0006093330% |
| TX944 | Newton City, Texas | 0.0040680000% |
| TX945 | Newton County, Texas | 0.1053373330% |
| TX946 | Neylandville Town, Texas | 0.0001086670% |
| TX947 | Niederwald City, Texas | 0.0000106670% |
| TX948 | Nixon City, Texas | 0.0015220000% |
| TX949 | Nocona City, Texas | 0.0110240000% |
| TX950 | Nolan County, Texas | 0.0335080000% |
| TX951 | Nolanville City, Texas | 0.0028313330% |
| TX952 | Nome City, Texas | 0.0002606670% |
| TX953 | Noonday City, Texas | 0.0001506670% |
| TX954 | Nordheim City, Texas | 0.0004646670% |
| TX955 | Normangee Town, Texas | 0.0041280000% |
| TX956 | North Cleveland City, Texas | 0.0000700000% |
| TX957 | North Richland Hills City, Texas | 0.0976126670% |
| TX958 | Northlake Town, Texas | 0.0059366670% |
| TX959 | Novice City, Texas | 0.0000506670% |
| TX960 | Nueces County, Texas | 0.9119546670% |
| TX961 | Oak Grove Town, Texas | 0.0018460000% |
| TX962 | Oak Leaf City, Texas | 0.0004080000% |
| TX963 | Oak Point City, Texas | 0.0060073330% |
| TX964 | Oak Ridge North City, Texas | 0.0223413330% |
| TX965 | Oak Ridge Town, Cooke County, Texas | 0.0002386670% |
| TX966 | Oak Ridge Town, Kaufman County, Texas | 0.0002386670% |
| TX967 | Oak Valley Town, Texas | 0.0000046670% |
| TX968 | Oakwood Town, Texas | 0.0000986670% |
| TX969 | O'Brien City, Texas | 0.0000506670% |
| TX970 | Ochiltree County, Texas | 0.0103173330% |
| TX971 | Odem City, Texas | 0.0049466670% |
| TX972 | Odessa City, Texas | 0.3727753330% |
| TX973 | O'Donnell City, Texas | 0.0000180000% |
| TX974 | Oglesby City, Texas | 0.0000193330% |
| TX975 | Old River-Winfree City, Texas | 0.0144353330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX976 | Oldham County, Texas | 0.0068786670% |
| TX977 | Olmos Park City, Texas | 0.0065340000% |
| TX978 | Olney City, Texas | 0.0040586670% |
| TX979 | Olton City, Texas | 0.0007980000% |
| TX980 | Omaha City, Texas | 0.0027900000% |
| TX981 | Onalaska City, Texas | 0.0211026670% |
| TX982 | Opdyke West Town, Texas | 0.0003193330% |
| TX983 | Orange City, Texas | 0.2075593330% |
| TX984 | Orange County, Texas | 0.4598786670% |
| TX985 | Orange Grove City, Texas | 0.0011180000% |
| TX986 | Orchard City, Texas | 0.0005780000% |
| TX987 | Ore City, Texas | 0.0045373330% |
| TX988 | Overton City, Texas | 0.0052666670% |
| TX989 | Ovilla City, Texas | 0.0089273330% |
| TX990 | Oyster Creek City, Texas | 0.0064220000% |
| TX991 | Paducah Town, Texas | 0.0000833330% |
| TX992 | Paint Rock Town, Texas | 0.0000940000% |
| TX993 | Palacios City, Texas | 0.0093573330% |
| TX994 | Palestine City, Texas | 0.1186726670% |
| TX995 | Palisades Village, Texas | 0.0001600000% |
| TX996 | Palm Valley City, Texas | 0.0012786670% |
| TX997 | Palmer Town, Texas | 0.0084440000% |
| TX998 | Palmhurst City, Texas | 0.0031066670% |
| TX999 | Palmview City, Texas | 0.0050513330% |
| TX1000 | Palo Pinto County, Texas | 0.0830806670% |
| TX1001 | Pampa City, Texas | 0.0448180000% |
| TX1002 | Panhandle Town, Texas | 0.0063573330% |
| TX1003 | Panola County, Texas | 0.0537993330% |
| TX1004 | Panorama Village City, Texas | 0.0008613330% |
| TX1005 | Pantego Town, Texas | 0.0085986670% |
| TX1006 | Paradise City, Texas | 0.0000346670% |
| TX1007 | Paris City, Texas | 0.1341200000% |
| TX1008 | Parker City, Texas | 0.0068713330% |
| TX1009 | Parker County, Texas | 0.3175026670% |
| TX1010 | Parmer County, Texas | 0.0105773330% |
| TX1011 | Pasadena City, Texas | 0.2376906670% |
| TX1012 | Pattison City, Texas | 0.0007653330% |
| TX1013 | Patton Village City, Texas | 0.0061786670% |
| TX1014 | Payne Springs Town, Texas | 0.0011800000% |
| TX1015 | Pearland City, Texas | 0.2225013330% |
| TX1016 | Pearsall City, Texas | 0.0077133330% |
| TX1017 | Pecan Gap City, Texas | 0.0004793330% |
| TX1018 | Pecan Hill City, Texas | 0.0001526670% |
| TX1019 | Pecos City, Texas | 0.0050813330% |
| TX1020 | Pecos County, Texas | 0.0313313330% |
| TX1021 | Pelican Bay City, Texas | 0.0007993330% |
| TX1022 | Penelope Town, Texas | 0.0002766670% |
| TX1023 | Penitas City, Texas | 0.0002080000% |
| TX1024 | Perryton City, Texas | 0.0155760000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1025 | Petersburg City, Texas | 0.0011273330% |
| TX1026 | Petrolia City, Texas | 0.0000113330% |
| TX1027 | Petronila City, Texas | 0.0000033330% |
| TX1028 | Pflugerville City, Texas | 0.0576053330% |
| TX1029 | Pharr City, Texas | 0.0964806670% |
| TX1030 | Pilot Point City, Texas | 0.0077420000% |
| TX1031 | Pine Forest City, Texas | 0.0025960000% |
| TX1032 | Pine Island Town, Texas | 0.0020940000% |
| TX1033 | Pinehurst City, Texas | 0.0217806670% |
| TX1034 | Pineland City, Texas | 0.0027586670% |
| TX1035 | Piney Point Village City, Texas | 0.0104920000% |
| TX1036 | Pittsburg City, Texas | 0.0136840000% |
| TX1037 | Plains Town, Texas | 0.0000860000% |
| TX1038 | Plainview City, Texas | 0.0401986670% |
| TX1039 | Plano City, Texas | 0.7677386670% |
| TX1040 | Pleak Village, Texas | 0.0001800000% |
| TX1041 | Pleasant Valley Town, Texas | 0.0002053330% |
| TX1042 | Pleasanton City, Texas | 0.0193406670% |
| TX1043 | Plum Grove City, Texas | 0.0001720000% |
| TX1044 | Point Blank City, Texas | 0.0002366670% |
| TX1045 | Point City, Texas | 0.0010126670% |
| TX1046 | Point Comfort City, Texas | 0.0002980000% |
| TX1047 | Point Venture Village, Texas | 0.0003920000% |
| TX1048 | Polk County, Texas | 0.2472206670% |
| TX1049 | Ponder Town, Texas | 0.0008546670% |
| TX1050 | Port Aransas City, Texas | 0.0206813330% |
| TX1051 | Port Arthur City, Texas | 0.2452966670% |
| TX1052 | Port Isabel City, Texas | 0.0065346670% |
| TX1053 | Port Lavaca City, Texas | 0.0078346670% |
| TX1054 | Port Neches City, Texas | 0.0258993330% |
| TX1055 | Portland City, Texas | 0.0510113330% |
| TX1056 | Post City, Texas | 0.0015546670% |
| TX1057 | Post Oak Bend City Town, Texas | 0.0006893330% |
| TX1058 | Poteet City, Texas | 0.0045113330% |
| TX1059 | Poth Town, Texas | 0.0026493330% |
| TX1060 | Potter County, Texas | 0.2478006670% |
| TX1061 | Pottsboro Town, Texas | 0.0082013330% |
| TX1062 | Powell Town, Texas | 0.0000733330% |
| TX1063 | Poynor Town, Texas | 0.0007666670% |
| TX1064 | Prairie View City, Texas | 0.0050666670% |
| TX1065 | Premont City, Texas | 0.0022140000% |
| TX1066 | Presidio City, Texas | 0.0000986670% |
| TX1067 | Presidio County, Texas | 0.0005246670% |
| TX1068 | Primera Town, Texas | 0.0019720000% |
| TX1069 | Princeton City, Texas | 0.0128300000% |
| TX1070 | Progreso City, Texas | 0.0053813330% |
| TX1071 | Progreso Lakes City, Texas | 0.0000260000% |
| TX1072 | Prosper Town, Texas | 0.0151800000% |
| TX1073 | Providence Village Town, Texas | 0.0003386670% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1074 | Putnam Town, Texas | 0.0000093330% |
| TX1075 | Pyote Town, Texas | 0.0000146670% |
| TX1076 | Quanah City, Texas | 0.0001380000% |
| TX1077 | Queen City, Texas | 0.0032246670% |
| TX1078 | Quinlan City, Texas | 0.0048693330% |
| TX1079 | Quintana Town, Texas | 0.0003280000% |
| TX1080 | Quitaque City, Texas | 0.0000053330% |
| TX1081 | Quitman City, Texas | 0.0104126670% |
| TX1082 | Rains County, Texas | 0.0354600000% |
| TX1083 | Ralls City, Texas | 0.0026446670% |
| TX1084 | Rancho Viejo Town, Texas | 0.0025573330% |
| TX1085 | Randall County, Texas | 0.1854173330% |
| TX1086 | Ranger City, Texas | 0.0081240000% |
| TX1087 | Rankin City, Texas | 0.0010753330% |
| TX1088 | Ransom Canyon Town, Texas | 0.0006200000% |
| TX1089 | Ravenna City, Texas | 0.0004566670% |
| TX1090 | Raymondville City, Texas | 0.0049773330% |
| TX1091 | Reagan County, Texas | 0.0168100000% |
| TX1092 | Real County, Texas | 0.0033820000% |
| TX1093 | Red Lick City, Texas | 0.0000153330% |
| TX1094 | Red Oak City, Texas | 0.0178953330% |
| TX1095 | Red River County, Texas | 0.0195373330% |
| TX1096 | Redwater City, Texas | 0.0007053330% |
| TX1097 | Reeves County, Texas | 0.0689000000% |
| TX1098 | Refugio County, Texas | 0.0308106670% |
| TX1099 | Refugio Town, Texas | 0.0058926670% |
| TX1100 | Reklaw City, Texas | 0.0007573330% |
| TX1101 | Reno City, Lamar County, Texas | 0.0074426670% |
| TX1102 | Reno City, Parker County, Texas | 0.0025273330% |
| TX1103 | Retreat Town, Texas | 0.0000346670% |
| TX1104 | Rhome City, Texas | 0.0081900000% |
| TX1105 | Rice City, Texas | 0.0013146670% |
| TX1106 | Richardson City, Texas | 0.1735433330% |
| TX1107 | Richland Hills City, Texas | 0.0162920000% |
| TX1108 | Richland Springs Town, Texas | 0.0014893330% |
| TX1109 | Richland Town, Texas | 0.0001400000% |
| TX1110 | Richmond City, Texas | 0.0517373330% |
| TX1111 | Richwood City, Texas | 0.0080746670% |
| TX1112 | Riesel City, Texas | 0.0007453330% |
| TX1113 | Rio Bravo City, Texas | 0.0056986670% |
| TX1114 | Rio Grande City, Texas | 0.0172980000% |
| TX1115 | Rio Hondo City, Texas | 0.0023666670% |
| TX1116 | Rio Vista City, Texas | 0.0029460000% |
| TX1117 | Rising Star Town, Texas | 0.0012886670% |
| TX1118 | River Oaks City, Texas | 0.0079446670% |
| TX1119 | Riverside City, Texas | 0.0005720000% |
| TX1120 | Roanoke City, Texas | 0.0001833330% |
| TX1121 | Roaring Springs Town, Texas | 0.0003073330% |
| TX1122 | Robert Lee City, Texas | 0.0000566670% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|----------------------|-------------------------------|
| TX1123 | Roberts County, Texas | 0.0003646670% |
| TX1124 | Robertson County, Texas | 0.0297613330% |
| TX1125 | Robinson City, Texas | 0.0120013330% |
| TX1126 | Robstown City, Texas | 0.0267693330% |
| TX1127 | Roby City, Texas | 0.0002853330% |
| TX1128 | Rochester Town, Texas | 0.0004493330% |
| TX1129 | Rockdale City, Texas | 0.0139820000% |
| TX1130 | Rockport City, Texas | 0.0361686670% |
| TX1131 | Rocksprings Town, Texas | 0.0000166670% |
| TX1132 | Rockwall City, Texas | 0.0762053330% |
| TX1133 | Rockwall County, Texas | 0.1125466670% |
| TX1134 | Rocky Mound Town, Texas | 0.0001866670% |
| TX1135 | Rogers Town, Texas | 0.0025453330% |
| TX1136 | Rollingwood City, Texas | 0.0031693330% |
| TX1137 | Roma City, Texas | 0.0110860000% |
| TX1138 | Roman Forest Town, Texas | 0.0057400000% |
| TX1139 | Ropesville City, Texas | 0.0014146670% |
| TX1140 | Roscoe City, Texas | 0.0005186670% |
| TX1141 | Rose City, Texas | 0.0026746670% |
| TX1142 | Rose Hill Acres City, Texas | 0.0015406670% |
| TX1143 | Rosebud City, Texas | 0.0009926670% |
| TX1144 | Rosenberg City, Texas | 0.0843953330% |
| TX1145 | Ross City, Texas | 0.0000980000% |
| TX1146 | Rosser Village, Texas | 0.0003660000% |
| TX1147 | Rotan City, Texas | 0.0009953330% |
| TX1148 | Round Mountain Town, Texas | 0.0003026670% |
| TX1149 | Round Rock City, Texas | 0.3173280000% |
| TX1150 | Round Top Town, Texas | 0.0000933330% |
| TX1151 | Rowlett City, Texas | 0.0666420000% |
| TX1152 | Roxton City, Texas | 0.0000313330% |
| TX1153 | Royse City, Texas | 0.0156626670% |
| TX1154 | Rule Town, Texas | 0.0005333330% |
| TX1155 | Runaway Bay City, Texas | 0.0046206670% |
| TX1156 | Runge Town, Texas | 0.0001700000% |
| TX1157 | Runnels County, Texas | 0.0225540000% |
| TX1158 | Rusk City, Texas | 0.0119940000% |
| TX1159 | Rusk County, Texas | 0.1009266670% |
| TX1160 | Sabinal City, Texas | 0.0012073330% |
| TX1161 | Sabine County, Texas | 0.0309860000% |
| TX1162 | Sachse City, Texas | 0.0156000000% |
| TX1163 | Sadler City, Texas | 0.0006166670% |
| TX1164 | Saginaw City, Texas | 0.0213153330% |
| TX1165 | Salado Village, Texas | 0.0021400000% |
| TX1166 | San Angelo City, Texas | 0.3576726670% |
| TX1167 | San Antonio City, Texas | 2.9102773330% |
| TX1168 | San Augustine City, Texas | 0.0167880000% |
| TX1169 | San Augustine County, Texas | 0.0252360000% |
| TX1170 | San Benito City, Texas | 0.0266766670% |
| TX1171 | San Diego City, Texas | 0.0078473330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1172 | San Elizario City, Texas | 0.0052206670% |
| TX1173 | San Felipe Town, Texas | 0.0009986670% |
| TX1174 | San Jacinto County, Texas | 0.1315986670% |
| TX1175 | San Juan City, Texas | 0.0192300000% |
| TX1176 | San Leanna Village, Texas | 0.0000240000% |
| TX1177 | San Marcos City, Texas | 0.2171253330% |
| TX1178 | San Patricio City, Texas | 0.0028086670% |
| TX1179 | San Patricio County, Texas | 0.1812773330% |
| TX1180 | San Perlita City, Texas | 0.0014793330% |
| TX1181 | San Saba City, Texas | 0.0067046670% |
| TX1182 | San Saba County, Texas | 0.0117080000% |
| TX1183 | Sanctuary Town, Texas | 0.0000113330% |
| TX1184 | Sandy Oaks City, Texas | 0.0065753330% |
| TX1185 | Sandy Point City, Texas | 0.0010913330% |
| TX1186 | Sanford Town, Texas | 0.0002053330% |
| TX1187 | Sanger City, Texas | 0.0148246670% |
| TX1188 | Sansom Park City, Texas | 0.0001486670% |
| TX1189 | Santa Anna Town, Texas | 0.0002193330% |
| TX1190 | Santa Clara City, Texas | 0.0000580000% |
| TX1191 | Santa Fe City, Texas | 0.0221813330% |
| TX1192 | Santa Rosa Town, Texas | 0.0014253330% |
| TX1193 | Savoy City, Texas | 0.0015660000% |
| TX1194 | Schertz City, Texas | 0.0400733330% |
| TX1195 | Schleicher County, Texas | 0.0037966670% |
| TX1196 | Schulenburg City, Texas | 0.0017066670% |
| TX1197 | Scotland City, Texas | 0.0000986670% |
| TX1198 | Scottsville City, Texas | 0.0004720000% |
| TX1199 | Scurry County, Texas | 0.0487440000% |
| TX1200 | Scurry Town, Texas | 0.0007400000% |
| TX1201 | Seabrook City, Texas | 0.0201800000% |
| TX1202 | Seadrift City, Texas | 0.0006606670% |
| TX1203 | Seagoville City, Texas | 0.0114040000% |
| TX1204 | Seagraves City, Texas | 0.0050206670% |
| TX1205 | Sealy City, Texas | 0.0137580000% |
| TX1206 | Seguin City, Texas | 0.2510253330% |
| TX1207 | Selma City, Texas | 0.0149526670% |
| TX1208 | Seminole City, Texas | 0.0107280000% |
| TX1209 | Seven Oaks City, Texas | 0.0026113330% |
| TX1210 | Seven Points City, Texas | 0.0049680000% |
| TX1211 | Seymour City, Texas | 0.0094786670% |
| TX1212 | Shackelford County, Texas | 0.0008586670% |
| TX1213 | Shady Shores Town, Texas | 0.0003960000% |
| TX1214 | Shallowater City, Texas | 0.0012713330% |
| TX1215 | Shamrock City, Texas | 0.0028853330% |
| TX1216 | Shavano Park City, Texas | 0.0021186670% |
| TX1217 | Shelby County, Texas | 0.0732833330% |
| TX1218 | Shenandoah City, Texas | 0.0314146670% |
| TX1219 | Shepherd City, Texas | 0.0000980000% |
| TX1220 | Sherman City, Texas | 0.2203900000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1221 | Sherman County, Texas | 0.0052866670% |
| TX1222 | Shiner City, Texas | 0.0026946670% |
| TX1223 | Shoreacres City, Texas | 0.0006386670% |
| TX1224 | Silsbee City, Texas | 0.0442946670% |
| TX1225 | Silverton City, Texas | 0.0000093330% |
| TX1226 | Simonton City, Texas | 0.0012706670% |
| TX1227 | Sinton City, Texas | 0.0157720000% |
| TX1228 | Skellytown, Texas | 0.0002666670% |
| TX1229 | Slaton City, Texas | 0.0001026670% |
| TX1230 | Smiley City, Texas | 0.0004366670% |
| TX1231 | Smith County, Texas | 0.5059740000% |
| TX1232 | Smithville City, Texas | 0.0113393330% |
| TX1233 | Smyer Town, Texas | 0.0002000000% |
| TX1234 | Snook City, Texas | 0.0009480000% |
| TX1235 | Snyder City, Texas | 0.0060120000% |
| TX1236 | Socorro City, Texas | 0.0074166670% |
| TX1237 | Somerset City, Texas | 0.0010180000% |
| TX1238 | Somervell County, Texas | 0.0380506670% |
| TX1239 | Somerville City, Texas | 0.0025373330% |
| TX1240 | Sonora City, Texas | 0.0048913330% |
| TX1241 | Sour Lake City, Texas | 0.0119040000% |
| TX1242 | South Houston City, Texas | 0.0170800000% |
| TX1243 | South Mountain Town, Texas | 0.0001026670% |
| TX1244 | South Padre Island Town, Texas | 0.0204193330% |
| TX1245 | Southlake City, Texas | 0.0472306670% |
| TX1246 | Southmayd City, Texas | 0.0047306670% |
| TX1247 | Southside Place City, Texas | 0.0005900000% |
| TX1248 | Spearman City, Texas | 0.0093333330% |
| TX1249 | Splendora City, Texas | 0.0051706670% |
| TX1250 | Spofford City, Texas | 0.0000046670% |
| TX1251 | Spring Valley Village City, Texas | 0.0109360000% |
| TX1252 | Springlake Town, Texas | 0.0000020000% |
| TX1253 | Springtown City, Texas | 0.0094960000% |
| TX1254 | Spur City, Texas | 0.0002846670% |
| TX1255 | St. Hedwig Town, Texas | 0.0000740000% |
| TX1256 | St. Jo City, Texas | 0.0049066670% |
| TX1257 | St. Paul Town, Texas | 0.0000140000% |
| TX1258 | Stafford City, Texas | 0.0500966670% |
| TX1259 | Stagecoach Town, Texas | 0.0020240000% |
| TX1260 | Stamford City, Texas | 0.0002653330% |
| TX1261 | Stanton City, Texas | 0.0025586670% |
| TX1262 | Staples City, Texas | 0.0000126670% |
| TX1263 | Star Harbor City, Texas | 0.0001006670% |
| TX1264 | Starr County, Texas | 0.0665973330% |
| TX1265 | Stephens County, Texas | 0.0234960000% |
| TX1266 | Stephenville City, Texas | 0.0556480000% |
| TX1267 | Sterling City, Texas | 0.0000413330% |
| TX1268 | Sterling County, Texas | 0.0006260000% |
| TX1269 | Stinnett City, Texas | 0.0027313330% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1270 | Stockdale City, Texas | 0.0004940000% |
| TX1271 | Stonewall County, Texas | 0.0012146670% |
| TX1272 | Stratford City, Texas | 0.0055853330% |
| TX1273 | Strawn City, Texas | 0.0006580000% |
| TX1274 | Streetman Town, Texas | 0.0000033330% |
| TX1275 | Sudan City, Texas | 0.0000213330% |
| TX1276 | Sugar Land City, Texas | 0.2143740000% |
| TX1277 | Sullivan City, Texas | 0.0040806670% |
| TX1278 | Sulphur Springs City, Texas | 0.0830686670% |
| TX1279 | Sun Valley City, Texas | 0.0000026670% |
| TX1280 | Sundown City, Texas | 0.0017280000% |
| TX1281 | Sunnyvale Town, Texas | 0.0021653330% |
| TX1282 | Sunray City, Texas | 0.0017140000% |
| TX1283 | Sunrise Beach Village City, Texas | 0.0013886670% |
| TX1284 | Sunset Valley City, Texas | 0.0062833330% |
| TX1285 | Surfside Beach City, Texas | 0.0043533330% |
| TX1286 | Sutton County, Texas | 0.0043606670% |
| TX1287 | Sweeny City, Texas | 0.0030020000% |
| TX1288 | Sweetwater City, Texas | 0.0454986670% |
| TX1289 | Swisher County, Texas | 0.0048340000% |
| TX1290 | Taft City, Texas | 0.0039073330% |
| TX1291 | Tahoka City, Texas | 0.0002866670% |
| TX1292 | Talco City, Texas | 0.0002480000% |
| TX1293 | Talty Town, Texas | 0.0060826670% |
| TX1294 | Tarrant County, Texas | 4.1141060000% |
| TX1295 | Tatum City, Texas | 0.0006480000% |
| TX1296 | Taylor City, Texas | 0.0386300000% |
| TX1297 | Taylor County, Texas | 0.2340520000% |
| TX1298 | Taylor Lake Village City, Texas | 0.0002746670% |
| TX1299 | Taylor Landing City, Texas | 0.0001020000% |
| TX1300 | Teague City, Texas | 0.0011426670% |
| TX1301 | Tehuacana Town, Texas | 0.0000080000% |
| TX1302 | Temple City, Texas | 0.1871646670% |
| TX1303 | Tenaha Town, Texas | 0.0031453330% |
| TX1304 | Terrell City, Texas | 0.0911373330% |
| TX1305 | Terrell County, Texas | 0.0038246670% |
| TX1306 | Terrell Hills City, Texas | 0.0065720000% |
| TX1307 | Terry County, Texas | 0.0169486670% |
| TX1308 | Texarkana City, Texas | 0.1280626670% |
| TX1309 | Texas City, Texas | 0.1991346670% |
| TX1310 | Texhoma City, Texas | 0.0001040000% |
| TX1311 | Texline Town, Texas | 0.0005766670% |
| TX1312 | The Colony City, Texas | 0.0761980000% |
| TX1313 | The Hills Village, Texas | 0.0006693330% |
| TX1314 | Thompsons Town, Texas | 0.0012646670% |
| TX1315 | Thorndale City, Texas | 0.0010633330% |
| TX1316 | Thornton Town, Texas | 0.0001800000% |
| TX1317 | Thorntonville Town, Texas | 0.0000580000% |
| TX1318 | Thrall City, Texas | 0.0005500000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1319 | Three Rivers City, Texas | 0.0031126670% |
| TX1320 | Throckmorton County, Texas | 0.0037966670% |
| TX1321 | Throckmorton Town, Texas | 0.0000193330% |
| TX1322 | Tiki Island Village, Texas | 0.0014520000% |
| TX1323 | Timbercreek Canyon Village, Texas | 0.0002460000% |
| TX1324 | Timpson City, Texas | 0.0084280000% |
| TX1325 | Tioga Town, Texas | 0.0015933330% |
| TX1326 | Tira Town, Texas | 0.0001233330% |
| TX1327 | Titus County, Texas | 0.0470740000% |
| TX1328 | Toco City, Texas | 0.0000026670% |
| TX1329 | Todd Mission City, Texas | 0.0011200000% |
| TX1330 | Tolar City, Texas | 0.0015933330% |
| TX1331 | Tom Bean City, Texas | 0.0015286670% |
| TX1332 | Tom Green County, Texas | 0.1882846670% |
| TX1333 | Tomball City, Texas | 0.0230800000% |
| TX1334 | Tool City, Texas | 0.0098580000% |
| TX1335 | Toyah Town, Texas | 0.0000266670% |
| TX1336 | Travis County, Texas | 3.1356486670% |
| TX1337 | Trent Town, Texas | 0.0000420000% |
| TX1338 | Trenton City, Texas | 0.0020593330% |
| TX1339 | Trinidad City, Texas | 0.0039060000% |
| TX1340 | Trinity City, Texas | 0.0157680000% |
| TX1341 | Trinity County, Texas | 0.0705106670% |
| TX1342 | Trophy Club Town, Texas | 0.0195800000% |
| TX1343 | Troup City, Texas | 0.0052786670% |
| TX1344 | Troy City, Texas | 0.0035466670% |
| TX1345 | Tulia City, Texas | 0.0059406670% |
| TX1346 | Turkey City, Texas | 0.0004913330% |
| TX1347 | Tuscola City, Texas | 0.0000920000% |
| TX1348 | Tye City, Texas | 0.0011773330% |
| TX1349 | Tyler City, Texas | 0.4825526670% |
| TX1350 | Tyler County, Texas | 0.0878286670% |
| TX1351 | Uhland City, Texas | 0.0010300000% |
| TX1352 | Uncertain City, Texas | 0.0001233330% |
| TX1353 | Union Grove City, Texas | 0.0006626670% |
| TX1354 | Union Valley City, Texas | 0.0004440000% |
| TX1355 | Universal City, Texas | 0.0189520000% |
| TX1356 | University Park City, Texas | 0.0338886670% |
| TX1357 | Upshur County, Texas | 0.0855333330% |
| TX1358 | Upton County, Texas | 0.0056660000% |
| TX1359 | Uvalde City, Texas | 0.0122926670% |
| TX1360 | Uvalde County, Texas | 0.0241626670% |
| TX1361 | Val Verde County, Texas | 0.0785433330% |
| TX1362 | Valentine Town, Texas | 0.0001380000% |
| TX1363 | Valley Mills City, Texas | 0.0014853330% |
| TX1364 | Valley View City, Texas | 0.0012160000% |
| TX1365 | Van Alstyne City, Texas | 0.0291660000% |
| TX1366 | Van City, Texas | 0.0041373330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1367 | Van Horn Town, Texas | 0.0001406670% |
| TX1368 | Van Zandt County, Texas | 0.1658313330% |
| TX1369 | Vega City, Texas | 0.0006493330% |
| TX1370 | Venus Town, Texas | 0.0065280000% |
| TX1371 | Vernon City, Texas | 0.0542246670% |
| TX1372 | Victoria City, Texas | 0.0563986670% |
| TX1373 | Victoria County, Texas | 0.3472573330% |
| TX1374 | Vidor City, Texas | 0.0637466670% |
| TX1375 | Vinton Village, Texas | 0.0004146670% |
| TX1376 | Volente Village, Texas | 0.0002220000% |
| TX1377 | Von Ormy City, Texas | 0.0003420000% |
| TX1378 | Waco City, Texas | 0.3413380000% |
| TX1379 | Waelder City, Texas | 0.0022846670% |
| TX1380 | Wake Village City, Texas | 0.0001160000% |
| TX1381 | Walker County, Texas | 0.1230826670% |
| TX1382 | Waller City, Texas | 0.0075300000% |
| TX1383 | Waller County, Texas | 0.0841373330% |
| TX1384 | Wallis City, Texas | 0.0017986670% |
| TX1385 | Walnut Springs City, Texas | 0.0001220000% |
| TX1386 | Ward County, Texas | 0.0452800000% |
| TX1387 | Warren City, Texas | 0.0000440000% |
| TX1388 | Washington County, Texas | 0.0558180000% |
| TX1389 | Waskom City, Texas | 0.0035640000% |
| TX1390 | Watauga City, Texas | 0.0221440000% |
| TX1391 | Waxahachie City, Texas | 0.1013960000% |
| TX1392 | Weatherford City, Texas | 0.1385813330% |
| TX1393 | Webb County, Texas | 0.3368693330% |
| TX1394 | Webberville Village, Texas | 0.0008533330% |
| TX1395 | Webster City, Texas | 0.0354680000% |
| TX1396 | Weimar City, Texas | 0.0038866670% |
| TX1397 | Weinert City, Texas | 0.0001560000% |
| TX1398 | Weir City, Texas | 0.0002953330% |
| TX1399 | Wellington City, Texas | 0.0060740000% |
| TX1400 | Wellman City, Texas | 0.0002553330% |
| TX1401 | Wells Town, Texas | 0.0009046670% |
| TX1402 | Weslaco City, Texas | 0.0492993330% |
| TX1403 | West City, Texas | 0.0023480000% |
| TX1404 | West Columbia City, Texas | 0.0119720000% |
| TX1405 | West Lake Hills City, Texas | 0.0113706670% |
| TX1406 | West Orange City, Texas | 0.0283013330% |
| TX1407 | West Tawakoni City, Texas | 0.0046633330% |
| TX1408 | West University Place City, Texas | 0.0231146670% |
| TX1409 | Westbrook City, Texas | 0.0000286670% |
| TX1410 | Westlake Town, Texas | 0.0276933330% |
| TX1411 | Weston City, Texas | 0.0001773330% |
| TX1412 | Weston Lakes City, Texas | 0.0001260000% |
| TX1413 | Westover Hills Town, Texas | 0.0030060000% |
| TX1414 | Westworth Village City, Texas | 0.0052280000% |
| TX1415 | Wharton City, Texas | 0.0211333330% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1416 | Wharton County, Texas | 0.0485913330% |
| TX1417 | Wheeler City, Texas | 0.0002980000% |
| TX1418 | Wheeler County, Texas | 0.0175153330% |
| TX1419 | White Deer Town, Texas | 0.0008486670% |
| TX1420 | White Oak City, Texas | 0.0102033330% |
| TX1421 | White Settlement City, Texas | 0.0155360000% |
| TX1422 | Whiteface Town, Texas | 0.0001033330% |
| TX1423 | Whitehouse City, Texas | 0.0193446670% |
| TX1424 | Whitesboro City, Texas | 0.0126213330% |
| TX1425 | Whitewright Town, Texas | 0.0047320000% |
| TX1426 | Whitney Town, Texas | 0.0000486670% |
| TX1427 | Wichita County, Texas | 0.3682473330% |
| TX1428 | Wichita Falls City, Texas | 0.5550493330% |
| TX1429 | Wickett Town, Texas | 0.0000580000% |
| TX1430 | Wilbarger County, Texas | 0.0367493330% |
| TX1431 | Willacy County, Texas | 0.0163873330% |
| TX1432 | Williamson County, Texas | 0.7973246670% |
| TX1433 | Willis City, Texas | 0.0162560000% |
| TX1434 | Willow Park City, Texas | 0.0178246670% |
| TX1435 | Wills Point City, Texas | 0.0291766670% |
| TX1436 | Wilmer City, Texas | 0.0002840000% |
| TX1437 | Wilson City, Texas | 0.0000080000% |
| TX1438 | Wilson County, Texas | 0.0806893330% |
| TX1439 | Wimberley City, Texas | 0.0004826670% |
| TX1440 | Windcrest City, Texas | 0.0086053330% |
| TX1441 | Windom Town, Texas | 0.0007246670% |
| TX1442 | Windthorst Town, Texas | 0.0022566670% |
| TX1443 | Winfield City, Texas | 0.0001933330% |
| TX1444 | Wink City, Texas | 0.0000800000% |
| TX1445 | Winkler County, Texas | 0.0407753330% |
| TX1446 | Winnsboro City, Texas | 0.0191940000% |
| TX1447 | Winona Town, Texas | 0.0002126670% |
| TX1448 | Winters City, Texas | 0.0041526670% |
| TX1449 | Wise County, Texas | 0.1927160000% |
| TX1450 | Wixon Valley City, Texas | 0.0002940000% |
| TX1451 | Wolfe City, Texas | 0.0036440000% |
| TX1452 | Wolfforth City, Texas | 0.0026813330% |
| TX1453 | Wood County, Texas | 0.1780320000% |
| TX1454 | Woodbranch City, Texas | 0.0064113330% |
| TX1455 | Woodcreek City, Texas | 0.0002386670% |
| TX1456 | Woodloch Town, Texas | 0.0006746670% |
| TX1457 | Woodsboro Town, Texas | 0.0007533330% |
| TX1458 | Woodson Town, Texas | 0.0000813330% |
| TX1459 | Woodville Town, Texas | 0.0135600000% |
| TX1460 | Woodway City, Texas | 0.0171420000% |
| TX1461 | Wortham Town, Texas | 0.0002506670% |
| TX1462 | Wylie City, Texas | 0.0764720000% |
| TX1463 | Yantis Town, Texas | 0.0013813330% |
| TX1464 | Yoakum City, Texas | 0.0134733330% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| TX1465 | Yoakum County, Texas | 0.0232826670% |
| TX1466 | Yorktown City, Texas | 0.0036313330% |
| TX1467 | Young County, Texas | 0.0294133330% |
| TX1468 | Zapata County, Texas | 0.0376533330% |
| TX1469 | Zavala County, Texas | 0.0254313330% |
| TX1470 | Zavalla City, Texas | 0.0007253330% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| UT3 | Beaver County, Utah | 0.2280000000% |
| UT6 | Box Elder County, Utah | 1.4640000000% |
| UT8 | Cache County, Utah | 2.6490000000% |
| UT9 | Carbon County, Utah | 2.7180000000% |
| UT16 | Daggett County, Utah | 0.0280000000% |
| UT17 | Davis County, Utah | 8.6950000000% |
| UT19 | Duchesne County, Utah | 0.6410000000% |
| UT21 | Emery County, Utah | 0.9380000000% |
| UT23 | Garfield County, Utah | 0.1470000000% |
| UT24 | Grand County, Utah | 0.3040000000% |
| UT31 | Iron County, Utah | 1.6220000000% |
| UT32 | Juab County, Utah | 0.3520000000% |
| UT33 | Kane County, Utah | 0.4390000000% |
| UT41 | Millard County, Utah | 0.3550000000% |
| UT42 | Morgan County, Utah | 0.2160000000% |
| UT50 | Piute County, Utah | 0.0220000000% |
| UT54 | Rich County, Utah | 0.0610000000% |
| UT58 | Salt Lake County, Utah | 42.2710000000% |
| UT59 | San Juan County, Utah | 0.2490000000% |
| UT61 | Sanpete County, Utah | 1.0130000000% |
| UT64 | Sevier County, Utah | 0.6610000000% |
| UT72 | Summit County, Utah | 0.9440000000% |
| UT76 | Tooele County, Utah | 2.2330000000% |
| UT77 | Uintah County, Utah | 0.8660000000% |
| UT78 | Utah County, Utah | 15.4260000000% |
| UT81 | Wasatch County, Utah | 0.6010000000% |
| UT83 | Washington County, Utah | 4.8650000000% |
| UT84 | Wayne County, Utah | 0.1090000000% |
| UT85 | Weber County, Utah | 9.8830000000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT1 | Addison County, Vermont | 0.7355948910% |
| VT2 | Albany Town, Vermont | 0.0345075405% |
| VT3 | Albany Village, Vermont | 0.0160668267% |
| VT4 | Alburgh Town, Vermont | 0.0606145322% |
| VT5 | Alburgh Village, Vermont | 0.0525580527% |
| VT6 | Andover Town, Vermont | 0.0012398034% |
| VT7 | Arlington Town, Vermont | 0.0885559202% |
| VT8 | Athens Town, Vermont | 0.0006884140% |
| VT9 | Bakersfield Town, Vermont | 0.0549127180% |
| VT10 | Baltimore Town, Vermont | 0.0024796068% |
| VT11 | Barnard Town, Vermont | 0.0830636232% |
| VT12 | Barnet Town, Vermont | 0.0471074029% |
| VT13 | Barre City, Vermont | 2.1256028600% |
| VT14 | Barre Town, Vermont | 1.3320832015% |
| VT15 | Barton Town, Vermont | 0.3252065150% |
| VT16 | Barton Village, Vermont | 0.0324162133% |
| VT17 | Bellows Falls Village, Vermont | 0.9422159742% |
| VT18 | Belvidere Town, Vermont | 0.0049931720% |
| VT19 | Bennington County, Vermont | 0.9901518348% |
| VT20 | Bennington Town, Vermont | 2.4851413569% |
| VT21 | Benson Town, Vermont | 0.0225970986% |
| VT22 | Berlin Town, Vermont | 0.5526473249% |
| VT23 | Bethel Town, Vermont | 0.0892626402% |
| VT24 | Bloomfield Town, Vermont | 0.0119245379% |
| VT25 | Bolton Town, Vermont | 0.1874031696% |
| VT26 | Bradford Town, Vermont | 0.7724442824% |
| VT27 | Braintree Town, Vermont | 0.0619908100% |
| VT28 | Brandon Town, Vermont | 0.5039156835% |
| VT29 | Brattleboro Town, Vermont | 2.8616648398% |
| VT30 | Bridgewater Town, Vermont | 0.2045592293% |
| VT31 | Bridport Town, Vermont | 0.0525426753% |
| VT32 | Brighton Town, Vermont | 0.1371312246% |
| VT33 | Bristol Town, Vermont | 0.4536168281% |
| VT34 | Brookfield Town, Vermont | 0.0181094589% |
| VT35 | Brookline Town, Vermont | 0.0142663887% |
| VT36 | Brownington Town, Vermont | 0.0209132726% |
| VT37 | Brunswick Town, Vermont | 0.0071549790% |
| VT38 | Burke Town, Vermont | 0.0035553845% |
| VT39 | Burlington City, Vermont | 10.6984139884% |
| VT40 | Cabot Town, Vermont | 0.0223388863% |
| VT41 | Calais Town, Vermont | 0.0461347819% |
| VT42 | Caledonia County, Vermont | 0.8505961058% |
| VT43 | Cambridge Town, Vermont | 0.0682410850% |
| VT44 | Cambridge Village, Vermont | 0.0012481328% |
| VT45 | Canaan Town, Vermont | 0.1359388349% |
| VT46 | Castleton Town, Vermont | 0.4255786906% |
| VT47 | Cavendish Town, Vermont | 0.0216955982% |
| VT48 | Charleston Town, Vermont | 0.0460098405% |
| VT49 | Charlotte Town, Vermont | 0.2587947007% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT50 | Chelsea Town, Vermont | 0.0097511978% |
| VT51 | Chester Town, Vermont | 0.3719262791% |
| VT52 | Chittenden County, Vermont | 0.6721150355% |
| VT53 | Chittenden Town, Vermont | 0.0203372606% |
| VT54 | Clarendon Town, Vermont | 0.0632716198% |
| VT55 | Colchester Town, Vermont | 2.5489633597% |
| VT56 | Concord Town, Vermont | 0.0166940968% |
| VT57 | Corinth Town, Vermont | 0.0626872784% |
| VT58 | Cornwall Town, Vermont | 0.0577966224% |
| VT59 | Coventry Town, Vermont | 0.0376445314% |
| VT60 | Craftsbury Town, Vermont | 0.0501924950% |
| VT61 | Danby Town, Vermont | 0.0082858591% |
| VT62 | Danville Town, Vermont | 0.0302198071% |
| VT63 | Derby Center Village, Vermont | 0.0488117321% |
| VT64 | Derby Line Village, Vermont | 0.0549242511% |
| VT65 | Derby Town, Vermont | 0.5855806035% |
| VT66 | Dorset Town, Vermont | 0.0697288490% |
| VT67 | Dover Town, Vermont | 0.6426262960% |
| VT68 | Dummerston Town, Vermont | 0.0577133282% |
| VT69 | East Haven Town, Vermont | 0.0107321482% |
| VT70 | East Montpelier Town, Vermont | 0.1121807421% |
| VT71 | Eden Town, Vermont | 0.0299596726% |
| VT72 | Elmore Town, Vermont | 0.0195568572% |
| VT73 | Enosburg Falls Village, Vermont | 0.0515847910% |
| VT74 | Enosburgh Town, Vermont | 0.0873609676% |
| VT75 | Essex County, Vermont | 0.3791972294% |
| VT76 | Essex Junction Village, Vermont | 0.1451319610% |
| VT77 | Essex Town, Vermont | 1.8402135758% |
| VT78 | Fair Haven Town, Vermont | 0.3879168595% |
| VT79 | Fairfax Town, Vermont | 0.1256334098% |
| VT80 | Fairfield Town, Vermont | 0.0981770508% |
| VT81 | Fairlee Town, Vermont | 0.0592042959% |
| VT82 | Fayston Town, Vermont | 0.0053417265% |
| VT83 | Ferrisburgh Town, Vermont | 0.1296046250% |
| VT84 | Fletcher Town, Vermont | 0.0216321664% |
| VT85 | Franklin County, Vermont | 1.4110871894% |
| VT86 | Franklin Town, Vermont | 0.0432643327% |
| VT87 | Georgia Town, Vermont | 0.2512668196% |
| VT88 | Goshen Town, Vermont | 0.0148872515% |
| VT89 | Grafton Town, Vermont | 0.0220479971% |
| VT90 | Grand Isle County, Vermont | 0.4312958821% |
| VT91 | Grand Isle Town, Vermont | 0.1561992085% |
| VT92 | Granville Town, Vermont | 0.0131355086% |
| VT93 | Greensboro Town, Vermont | 0.2645567430% |
| VT94 | Groton Town, Vermont | 0.0719938128% |
| VT95 | Guildhall Town, Vermont | 0.0155017070% |
| VT96 | Guilford Town, Vermont | 0.0032420698% |
| VT97 | Halifax Town, Vermont | 0.0155632167% |
| VT98 | Hancock Town, Vermont | 0.0534179060% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT99 | Hardwick Town, Vermont | 0.7839350493% |
| VT100 | Hartford Town, Vermont | 3.2053851113% |
| VT101 | Hartland Town, Vermont | 0.0483504099% |
| VT102 | Highgate Town, Vermont | 0.2362905072% |
| VT103 | Hinesburg Town, Vermont | 0.2869757200% |
| VT104 | Holland Town, Vermont | 0.0010456636% |
| VT105 | Hubbardton Town, Vermont | 0.0632716198% |
| VT106 | Huntington Town, Vermont | 0.0422712086% |
| VT107 | Hyde Park Town, Vermont | 0.0374497510% |
| VT108 | Hyde Park Village, Vermont | 0.0025481644% |
| VT109 | Ira Town, Vermont | 0.0067888733% |
| VT110 | Irasburg Town, Vermont | 0.0909740173% |
| VT111 | Isle La Motte Town, Vermont | 0.0520666164% |
| VT112 | Jacksonville Village, Vermont | 0.0061977355% |
| VT113 | Jamaica Town, Vermont | 0.0259384809% |
| VT114 | Jay Town, Vermont | 0.0031369909% |
| VT115 | Jeffersonville Village, Vermont | 0.0039462269% |
| VT116 | Jericho Town, Vermont | 0.0422712086% |
| VT117 | Johnson Town, Vermont | 0.2812873611% |
| VT118 | Johnson Village, Vermont | 0.1616364031% |
| VT119 | Killington Town, Vermont | 0.2124125988% |
| VT120 | Kirby Town, Vermont | 0.0008886859% |
| VT121 | Lamoille County, Vermont | 1.1151624597% |
| VT122 | Landgrove Town, Vermont | 0.0125511672% |
| VT123 | Leicester Town, Vermont | 0.0481639588% |
| VT124 | Lincoln Town, Vermont | 0.0718080025% |
| VT125 | Londonderry Town, Vermont | 0.0382589870% |
| VT126 | Lowell Town, Vermont | 0.0481011678% |
| VT127 | Ludlow Town, Vermont | 0.7209171567% |
| VT128 | Ludlow Village, Vermont | 0.2940730337% |
| VT129 | Lunenburg Town, Vermont | 0.0965880521% |
| VT130 | Lyndon Town, Vermont | 0.4559618826% |
| VT131 | Lyndonville Village, Vermont | 0.0079994549% |
| VT132 | Maidstone Town, Vermont | 0.0214642963% |
| VT133 | Manchester Town, Vermont | 0.6972897719% |
| VT134 | Manchester Village, Vermont | 0.0076701221% |
| VT135 | Marlboro Town, Vermont | 0.0129695608% |
| VT136 | Marshfield Town, Vermont | 0.0174828296% |
| VT137 | Marshfield Village, Vermont | 0.0171445266% |
| VT138 | Mendon Town, Vermont | 0.0971672678% |
| VT139 | Middlebury Town, Vermont | 1.3520936922% |
| VT140 | Middlesex Town, Vermont | 0.0165114901% |
| VT141 | Middletown Springs Town, Vermont | 0.0587525845% |
| VT142 | Milton Town, Vermont | 0.9332579943% |
| VT143 | Monkton Town, Vermont | 0.0210170701% |
| VT144 | Montgomery Town, Vermont | 0.0432643327% |
| VT145 | Montpelier City, Vermont | 2.1358012840% |
| VT146 | Moretown, Vermont | 0.0140831413% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT147 | Morgan Town, Vermont | 0.0271879951% |
| VT148 | Morristown, Vermont | 0.5887893556% |
| VT149 | Morrisville Village, Vermont | 0.2266450291% |
| VT150 | Mount Holly Town, Vermont | 0.0918947396% |
| VT151 | Mount Tabor Town, Vermont | 0.0241034437% |
| VT152 | New Haven Town, Vermont | 0.1313563678% |
| VT153 | Newbury Town, Vermont | 0.0536325490% |
| VT154 | Newbury Village, Vermont | 0.0020894051% |
| VT155 | Newfane Town, Vermont | 0.0603069840% |
| VT156 | Newfane Village, Vermont | 0.0032420698% |
| VT157 | Newport City, Vermont | 1.2443589426% |
| VT158 | Newport Town, Vermont | 0.5761696308% |
| VT159 | North Bennington Village, Vermont | 0.1073823506% |
| VT160 | North Hero Town, Vermont | 0.0916986776% |
| VT161 | North Troy Village, Vermont | 0.0345075405% |
| VT162 | Northfield Town, Vermont | 0.5366215046% |
| VT163 | Norton Town, Vermont | 0.0131169276% |
| VT164 | Norwich Town, Vermont | 0.4866039276% |
| VT165 | Old Bennington Village, Vermont | 0.0014256137% |
| VT166 | Orange County, Vermont | 0.5836866196% |
| VT167 | Orange Town, Vermont | 0.0271641883% |
| VT168 | Orleans County, Vermont | 0.4475510820% |
| VT169 | Orleans Village, Vermont | 0.1150249216% |
| VT170 | Orwell Town, Vermont | 0.0350284502% |
| VT171 | Panton Town, Vermont | 0.0402823974% |
| VT172 | Pawlet Town, Vermont | 0.0497138732% |
| VT173 | Peacham Town, Vermont | 0.0373299353% |
| VT174 | Perkinsville Village, Vermont | 0.0463135443% |
| VT175 | Peru Town, Vermont | 0.0034861862% |
| VT176 | Pittsfield Town, Vermont | 0.0090387113% |
| VT177 | Pittsford Town, Vermont | 0.2538406130% |
| VT178 | Plainfield Town, Vermont | 0.0684736682% |
| VT179 | Plymouth Town, Vermont | 0.0681866233% |
| VT180 | Pomfret Town, Vermont | 0.0750052216% |
| VT181 | Poultney Town, Vermont | 0.1634522185% |
| VT182 | Poultney Village, Vermont | 0.3218151562% |
| VT183 | Pownal Town, Vermont | 0.1568905511% |
| VT184 | Proctor Town, Vermont | 0.1581796903% |
| VT185 | Putney Town, Vermont | 0.1348803568% |
| VT186 | Randolph Town, Vermont | 1.0482675385% |
| VT187 | Reading Town, Vermont | 0.0006195813% |
| VT188 | Readsboro Town, Vermont | 0.0495075597% |
| VT189 | Richford Town, Vermont | 0.3377954850% |
| VT190 | Richmond Town, Vermont | 0.3085809759% |
| VT191 | Ripton Town, Vermont | 0.0402823974% |
| VT192 | Rochester Town, Vermont | 0.1090982129% |
| VT193 | Rockingham Town, Vermont | 0.4824558723% |
| VT194 | Roxbury Town, Vermont | 0.0082557450% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT195 | Royalton Town, Vermont | 0.1989804344% |
| VT196 | Rutland City, Vermont | 6.2978142029% |
| VT197 | Rutland County, Vermont | 1.5426293676% |
| VT198 | Rutland Town, Vermont | 0.3201255637% |
| VT199 | Ryegate Town, Vermont | 0.0515514733% |
| VT200 | Salisbury Town, Vermont | 0.0271468887% |
| VT201 | Sandgate Town, Vermont | 0.0257994435% |
| VT202 | Saxtons River Village, Vermont | 0.0156375408% |
| VT203 | Searsburg Town, Vermont | 0.0118540581% |
| VT204 | Shaftsbury Town, Vermont | 0.0697288490% |
| VT205 | Sharon Town, Vermont | 0.1462910330% |
| VT206 | Sheffield Town, Vermont | 0.0302198071% |
| VT207 | Shelburne Town, Vermont | 0.7838991687% |
| VT208 | Sheldon Town, Vermont | 0.1372817951% |
| VT209 | Shoreham Town, Vermont | 0.0359043216% |
| VT210 | Shrewsbury Town, Vermont | 0.0323893028% |
| VT211 | South Burlington City, Vermont | 4.2811506559% |
| VT212 | South Hero Town, Vermont | 0.0559519744% |
| VT213 | Springfield Town, Vermont | 2.0400160607% |
| VT214 | St Albans Town, Vermont | 0.7155280165% |
| VT215 | St George Town, Vermont | 0.0117419312% |
| VT216 | St Johnsbury Town, Vermont | 1.7171904807% |
| VT217 | St. Albans City, Vermont | 3.9012902759% |
| VT218 | Stamford Town, Vermont | 0.0495075597% |
| VT219 | Stannard Town, Vermont | 0.0017773719% |
| VT220 | Starksboro Town, Vermont | 0.0070056900% |
| VT221 | Stockbridge Town, Vermont | 0.0737654182% |
| VT222 | Stowe Town, Vermont | 0.9395659345% |
| VT223 | Strafford Town, Vermont | 0.0821896740% |
| VT224 | Stratton Town, Vermont | 0.1614672516% |
| VT225 | Sudbury Town, Vermont | 0.0135583873% |
| VT226 | Sunderland Town, Vermont | 0.0341673154% |
| VT227 | Sutton Town, Vermont | 0.0364412494% |
| VT228 | Swanton Town, Vermont | 0.1297936389% |
| VT229 | Swanton Village, Vermont | 0.5715903674% |
| VT230 | Thetford Town, Vermont | 0.2618926073% |
| VT231 | Tinmouth Town, Vermont | 0.0120520422% |
| VT232 | Topsham Town, Vermont | 0.0592042959% |
| VT233 | Townshend Town, Vermont | 0.0596585701% |
| VT234 | Troy Town, Vermont | 0.0365988678% |
| VT235 | Underhill Town, Vermont | 0.0897092257% |
| VT236 | Vergennes City, Vermont | 1.4746932678% |
| VT237 | Vernon Town, Vermont | 0.3196917927% |
| VT238 | Vershire Town, Vermont | 0.0006964684% |
| VT239 | Victory Town, Vermont | 0.0095397585% |
| VT240 | Waitsfield Town, Vermont | 0.0485631307% |
| VT241 | Walden Town, Vermont | 0.0071107690% |
| VT242 | Wallingford Town, Vermont | 0.0165710775% |
| VT243 | Waltham Town, Vermont | 0.0201411987% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT244 | Warren Town, Vermont | 0.0480774609% |
| VT245 | Washington County, Vermont | 0.9081281087% |
| VT246 | Washington Town, Vermont | 0.0529360806% |
| VT247 | Waterbury Town, Vermont | 0.4584350821% |
| VT248 | Waterford Town, Vermont | 0.0577729156% |
| VT249 | Waterville Town, Vermont | 0.0004158307% |
| VT250 | Weathersfield Town, Vermont | 0.1692264346% |
| VT251 | Wells River Village, Vermont | 0.1107474397% |
| VT252 | Wells Town, Vermont | 0.0444407043% |
| VT253 | West Burke Village, Vermont | 0.0017773719% |
| VT254 | West Fairlee Town, Vermont | 0.0090542294% |
| VT255 | West Haven Town, Vermont | 0.0090387113% |
| VT256 | West Rutland Town, Vermont | 0.1212713522% |
| VT257 | West Windsor Town, Vermont | 0.0210760168% |
| VT258 | Westfield Town, Vermont | 0.0250965679% |
| VT259 | Westford Town, Vermont | 0.0657557117% |
| VT260 | Westminster Town, Vermont | 0.0752217867% |
| VT261 | Westminster Village, Vermont | 0.0079763888% |
| VT262 | Westmore Town, Vermont | 0.0365988678% |
| VT263 | Weston Town, Vermont | 0.0291344185% |
| VT264 | Weybridge Town, Vermont | 0.0245199151% |
| VT265 | Wheelock Town, Vermont | 0.0222203522% |
| VT266 | Whiting Town, Vermont | 0.0026269736% |
| VT267 | Whitingham Town, Vermont | 0.0901365894% |
| VT268 | Williston Town, Vermont | 1.4048183334% |
| VT269 | Wilmington Town, Vermont | 0.4344700351% |
| VT270 | Windham County, Vermont | 0.7048785219% |
| VT271 | Windham Town, Vermont | 0.0155632167% |
| VT272 | Windsor County, Vermont | 0.7909631647% |
| VT273 | Windsor Town, Vermont | 1.5118803214% |
| VT274 | Winhall Town, Vermont | 0.3772340472% |
| VT275 | Winooski City, Vermont | 1.3620774732% |
| VT276 | Wolcott Town, Vermont | 0.0337047118% |
| VT277 | Woodbury Town, Vermont | 0.0267099141% |
| VT278 | Woodford Town, Vermont | 0.0383512514% |
| VT279 | Woodstock Town, Vermont | 0.5151181240% |
| VT280 | Woodstock Village, Vermont | 0.3241960913% |
| VT281 | Worcester Town, Vermont | 0.0233102258% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VA1 | Accomack County, Virginia | 0.3480034800% |
| VA2 | Albemarle County, Virginia | 0.8630086301% |
| VA3 | Alexandria City, Virginia | 1.1620116201% |
| VA4 | Alleghany County, Virginia | 0.2130021300% |
| VA5 | Amelia County, Virginia | 0.1000010000% |
| VA6 | Amherst County, Virginia | 0.2990029900% |
| VA7 | Appomattox County, Virginia | 0.1330013300% |
| VA8 | Arlington County, Virginia | 1.3780137801% |
| VA9 | Augusta County, Virginia | 0.8350083501% |
| VA10 | Bath County, Virginia | 0.0370003700% |
| VA11 | Bedford County, Virginia | 0.7770077701% |
| VA12 | Bland County, Virginia | 0.1470014700% |
| VA13 | Botetourt County, Virginia | 0.3620036200% |
| VA14 | Bristol City, Virginia | 0.4340043400% |
| VA15 | Brunswick County, Virginia | 0.1070010700% |
| VA16 | Buchanan County, Virginia | 0.9290092901% |
| VA17 | Buckingham County, Virginia | 0.1270012700% |
| VA18 | Buena Vista City, Virginia | 0.0780007800% |
| VA19 | Campbell County, Virginia | 0.4560045600% |
| VA20 | Caroline County, Virginia | 0.3180031800% |
| VA21 | Carroll County, Virginia | 0.4400044000% |
| VA22 | Charles City County, Virginia | 0.0730007300% |
| VA23 | Charlotte County, Virginia | 0.1380013800% |
| VA24 | Charlottesville City, Virginia | 0.4630046300% |
| VA25 | Chesapeake City, Virginia | 2.9120291203% |
| VA26 | Chesterfield County, Virginia | 4.0880408804% |
| VA27 | Clarke County, Virginia | 0.1250012500% |
| VA28 | Colonial Heights City, Virginia | 0.2830028300% |
| VA29 | Covington City, Virginia | 0.1000010000% |
| VA30 | Craig County, Virginia | 0.0700007000% |
| VA31 | Culpeper County, Virginia | 0.7900079001% |
| VA32 | Cumberland County, Virginia | 0.1000010000% |
| VA33 | Danville City, Virginia | 0.6370063701% |
| VA34 | Dickenson County, Virginia | 0.9480094801% |
| VA35 | Dinwiddie County, Virginia | 0.1960019600% |
| VA36 | Emporia City, Virginia | 0.0500005000% |
| VA37 | Essex County, Virginia | 0.1010010100% |
| VA38 | Fairfax City, Virginia | 0.2690026900% |
| VA39 | Fairfax County, Virginia | 8.6720867209% |
| VA40 | Falls Church City, Virginia | 0.1020010200% |
| VA41 | Fauquier County, Virginia | 1.2100121001% |
| VA42 | Floyd County, Virginia | 0.1820018200% |
| VA43 | Fluvanna County, Virginia | 0.1940019400% |
| VA44 | Franklin City, Virginia | 0.0790007900% |
| VA45 | Franklin County, Virginia | 0.9540095401% |
| VA46 | Frederick County, Virginia | 1.2770127701% |
| VA47 | Fredericksburg City, Virginia | 0.5240052401% |
| VA48 | Galax City, Virginia | 0.1390013900% |
| VA49 | Giles County, Virginia | 0.4090040900% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VA50 | Gloucester County, Virginia | 0.4240042400% |
| VA51 | Goochland County, Virginia | 0.2250022500% |
| VA52 | Grayson County, Virginia | 0.2240022400% |
| VA53 | Greene County, Virginia | 0.1780017800% |
| VA54 | Greensville County, Virginia | 0.1240012400% |
| VA55 | Halifax County, Virginia | 0.3530035300% |
| VA56 | Hampton City, Virginia | 1.5380153802% |
| VA57 | Hanover County, Virginia | 1.0790107901% |
| VA58 | Harrisonburg City, Virginia | 0.5230053201% |
| VA59 | Henrico County, Virginia | 4.4730447304% |
| VA60 | Henry County, Virginia | 1.2200122001% |
| VA61 | Highland County, Virginia | 0.0230002300% |
| VA62 | Hopewell City, Virginia | 0.3440034400% |
| VA63 | Isle of Wight County, Virginia | 0.3560035600% |
| VA64 | James City County, Virginia | 0.6120061201% |
| VA65 | King and Queen County, Virginia | 0.0720007200% |
| VA66 | King George County, Virginia | 0.3060030600% |
| VA67 | King William County, Virginia | 0.1780017800% |
| VA68 | Lancaster County, Virginia | 0.1350013500% |
| VA69 | Lee County, Virginia | 0.5560055601% |
| VA70 | Lexington City, Virginia | 0.0930009300% |
| VA71 | Loudoun County, Virginia | 2.5670256703% |
| VA72 | Louisa County, Virginia | 0.4490044900% |
| VA73 | Lunenburg County, Virginia | 0.0880008800% |
| VA74 | Lynchburg City, Virginia | 0.8160081601% |
| VA75 | Madison County, Virginia | 0.1630016300% |
| VA76 | Manassas City, Virginia | 0.4520045200% |
| VA77 | Manassas Park City, Virginia | 0.0950009500% |
| VA78 | Martinsville City, Virginia | 0.4940049400% |
| VA79 | Mathews County, Virginia | 0.0880008800% |
| VA80 | Mecklenburg County, Virginia | 0.3440034400% |
| VA81 | Middlesex County, Virginia | 0.1080010800% |
| VA82 | Montgomery County, Virginia | 1.2050120501% |
| VA83 | Nelson County, Virginia | 0.1470014700% |
| VA84 | New Kent County, Virginia | 0.1560015600% |
| VA85 | Newport News City, Virginia | 2.0470204702% |
| VA86 | Norfolk City, Virginia | 3.3880338803% |
| VA87 | Northampton County, Virginia | 0.1220012200% |
| VA88 | Northumberland County, Virginia | 0.1290012900% |
| VA89 | Norton City, Virginia | 0.1100011000% |
| VA90 | Nottoway County, Virginia | 0.1330013300% |
| VA91 | Orange County, Virginia | 0.6380063801% |
| VA92 | Page County, Virginia | 0.4100041000% |
| VA93 | Patrick County, Virginia | 0.3290032900% |
| VA94 | Petersburg City, Virginia | 0.3950039500% |
| VA95 | Pittsylvania County, Virginia | 0.7500075001% |
| VA96 | Poquoson City, Virginia | 0.1860018600% |
| VA97 | Portsmouth City, Virginia | 1.9370193702% |
| VA98 | Powhatan County, Virginia | 0.2620026200% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VA99 | Prince Edward County, Virginia | 0.1900019000% |
| VA100 | Prince George County, Virginia | 0.3510035100% |
| VA101 | Prince William County, Virginia | 3.5560355604% |
| VA102 | Pulaski County, Virginia | 1.0610106101% |
| VA103 | Radford City, Virginia | 0.2470024700% |
| VA104 | Rappahannock County, Virginia | 0.0910009100% |
| VA105 | Richmond City, Virginia | 4.2250422504% |
| VA106 | Richmond County, Virginia | 0.0840008400% |
| VA107 | Roanoke City, Virginia | 1.8590185902% |
| VA108 | Roanoke County, Virginia | 1.4980149801% |
| VA109 | Rockbridge County, Virginia | 0.2350023500% |
| VA110 | Rockingham County, Virginia | 0.6140061401% |
| VA111 | Russell County, Virginia | 1.0640106401% |
| VA112 | Salem City, Virginia | 0.7860078601% |
| VA113 | Scott County, Virginia | 0.4210042100% |
| VA114 | Shenandoah County, Virginia | 0.6600066001% |
| VA115 | Smyth County, Virginia | 0.5920059201% |
| VA116 | Southampton County, Virginia | 0.1370013700% |
| VA117 | Spotsylvania County, Virginia | 1.4170141701% |
| VA118 | Stafford County, Virginia | 1.4430144301% |
| VA119 | Staunton City, Virginia | 0.4400044000% |
| VA120 | Suffolk City, Virginia | 0.7100071001% |
| VA121 | Surry County, Virginia | 0.0580005800% |
| VA122 | Sussex County, Virginia | 0.0810008100% |
| VA123 | Tazewell County, Virginia | 1.6060160602% |
| VA124 | Virginia Beach City, Virginia | 4.8590485905% |
| VA125 | Warren County, Virginia | 0.7660076601% |
| VA126 | Washington County, Virginia | 0.9960099601% |
| VA127 | Waynesboro City, Virginia | 0.3630036300% |
| VA128 | Westmoreland County, Virginia | 0.2230022300% |
| VA129 | Williamsburg City, Virginia | 0.0860008600% |
| VA130 | Winchester City, Virginia | 0.6490064901% |
| VA131 | Wise County, Virginia | 1.7560175602% |
| VA132 | Wythe County, Virginia | 0.6420064201% |
| VA133 | York County, Virginia | 0.5610056101% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WA1 | Aberdeen City, Washington | 0.2491525333% |
| WA2 | Adams County, Washington | 0.1638732475% |
| WA3 | Anacortes City, Washington | 0.1774962906% |
| WA4 | Arlington City, Washington | 0.2620524080% |
| WA5 | Asotin County, Washington | 0.4694498386% |
| WA6 | Auburn City, Washington | 0.3251297029% |
| WA7 | Bainbridge Island City, Washington | 0.1364686014% |
| WA8 | Battle Ground City, Washington | 0.1384729857% |
| WA9 | Bellevue City, Washington | 1.1300592573% |
| WA10 | Bellingham City, Washington | 0.8978614577% |
| WA11 | Benton County, Washington | 1.4848831892% |
| WA12 | Bonney Lake City, Washington | 0.1190773864% |
| WA13 | Bothell City, Washington | 0.4476161304% |
| WA14 | Bremerton City, Washington | 0.6193374389% |
| WA15 | Burien City, Washington | 0.0270962921% |
| WA16 | Burlington City, Washington | 0.1146861661% |
| WA17 | Camas City, Washington | 0.2691592724% |
| WA18 | Centralia City, Washington | 0.1909990353% |
| WA19 | Chelan County, Washington | 0.7434914485% |
| WA20 | Cheney City, Washington | 0.1238454349% |
| WA21 | Clallam County, Washington | 1.3076983401% |
| WA22 | Clark County, Washington | 4.5149775326% |
| WA23 | Columbia County, Washington | 0.0561699537% |
| WA24 | Covington City, Washington | 0.0118134406% |
| WA25 | Cowlitz County, Washington | 1.7226945990% |
| WA26 | Des Moines City, Washington | 0.1179764526% |
| WA27 | Douglas County, Washington | 0.3932175175% |
| WA28 | East Wenatchee City, Washington | 0.0799810865% |
| WA29 | Edgewood City, Washington | 0.0048016791% |
| WA30 | Edmonds City, Washington | 0.3058936009% |
| WA31 | Ellensburg City, Washington | 0.0955824915% |
| WA32 | Enumclaw City, Washington | 0.0537768326% |
| WA33 | Everett City, Washington | 1.9258363241% |
| WA34 | Federal Way City, Washington | 0.3061452240% |
| WA35 | Ferndale City, Washington | 0.0646101891% |
| WA36 | Ferry County, Washington | 0.1153487994% |
| WA37 | Fife City, Washington | 0.1955185481% |
| WA38 | Franklin County, Washington | 0.3361237144% |
| WA39 | Garfield County, Washington | 0.0321982209% |
| WA40 | Gig Harbor City, Washington | 0.0859963345% |
| WA41 | Grandview City, Washington | 0.0530606109% |
| WA42 | Grant County, Washington | 0.9932572167% |
| WA43 | Grays Harbor County, Washington | 0.9992429138% |
| WA44 | Island County, Washington | 0.6820422610% |
| WA45 | Issaquah City, Washington | 0.1876240107% |
| WA46 | Jefferson County, Washington | 0.4417137380% |
| WA47 | Kelso City, Washington | 0.1331145270% |
| WA48 | Kenmore City, Washington | 0.0204441024% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WA49 | Kennewick City, Washington | 0.5415650564% |
| WA50 | Kent City, Washington | 0.5377397676% |
| WA51 | King County, Washington | 13.9743722662% |
| WA52 | Kirkland City, Washington | 0.5453525246% |
| WA53 | Kitsap County, Washington | 2.6294133668% |
| WA54 | Kittitas County, Washington | 0.3855704683% |
| WA55 | Klickitat County, Washington | 0.2211673457% |
| WA56 | Lacey City, Washington | 0.2348627221% |
| WA57 | Lake Forest Park City, Washington | 0.0525439124% |
| WA58 | Lake Stevens City, Washington | 0.1385202891% |
| WA59 | Lakewood City, Washington | 0.5253640894% |
| WA60 | Lewis County, Washington | 1.0777377479% |
| WA61 | Liberty Lake City, Washington | 0.0389636519% |
| WA62 | Lincoln County, Washington | 0.1712669645% |
| WA63 | Longview City, Washington | 0.6162736905% |
| WA64 | Lynden City, Washington | 0.0827115612% |
| WA65 | Lynnwood City, Washington | 0.7704629214% |
| WA66 | Maple Valley City, Washington | 0.0093761587% |
| WA67 | Marysville City, Washington | 0.3945067827% |
| WA68 | Mason County, Washington | 0.8089918012% |
| WA69 | Mercer Island City, Washington | 0.1751797481% |
| WA70 | Mill Creek City, Washington | 0.1227939546% |
| WA71 | Monroe City, Washington | 0.1771621898% |
| WA72 | Moses Lake City, Washington | 0.2078293909% |
| WA73 | Mount Vernon City, Washington | 0.2801063665% |
| WA74 | Mountlake Terrace City, Washington | 0.2108935805% |
| WA75 | Mukilteo City, Washington | 0.2561790702% |
| WA76 | Newcastle City, Washington | 0.0033117880% |
| WA77 | Oak Harbor City, Washington | 0.2511550431% |
| WA78 | Okanogan County, Washington | 0.6145043345% |
| WA79 | Olympia City, Washington | 0.6039423385% |
| WA80 | Pacific County, Washington | 0.4895416466% |
| WA81 | Pasco City, Washington | 0.4278056066% |
| WA82 | Pend Oreille County, Washington | 0.2566374940% |
| WA83 | Pierce County, Washington | 7.2310164020% |
| WA84 | Port Angeles City, Washington | 0.4598370527% |
| WA85 | Port Orchard City, Washington | 0.1009497162% |
| WA86 | Poulsbo City, Washington | 0.0773748246% |
| WA87 | Pullman City, Washington | 0.2214837491% |
| WA88 | Puyallup City, Washington | 0.3845704814% |
| WA89 | Redmond City, Washington | 0.4839486007% |
| WA90 | Renton City, Washington | 0.7652626920% |
| WA91 | Richland City, Washington | 0.4756779517% |
| WA92 | Sammamish City, Washington | 0.0224369090% |
| WA93 | San Juan County, Washington | 0.2101495171% |
| WA94 | Seatac City, Washington | 0.1481551278% |
| WA95 | Seattle City, Washington | 6.6032403816% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WA96 | Sedro-Woolley City, Washington | 0.0661146351% |
| WA97 | Shelton City, Washington | 0.1239179888% |
| WA98 | Shoreline City, Washington | 0.0435834501% |
| WA99 | Skagit County, Washington | 1.0526023961% |
| WA100 | Skamania County, Washington | 0.1631931925% |
| WA101 | Snohomish City, Washington | 0.0861097964% |
| WA102 | Snohomish County, Washington | 6.9054415622% |
| WA103 | Snoqualmie City, Washington | 0.0649164481% |
| WA104 | Spokane City, Washington | 3.0872078287% |
| WA105 | Spokane County, Washington | 5.5623859292% |
| WA106 | Spokane Valley City, Washington | 0.0684217500% |
| WA107 | Stevens County, Washington | 0.7479240179% |
| WA108 | Sumner City, Washington | 0.1083157569% |
| WA109 | Sunnyside City, Washington | 0.1213478384% |
| WA110 | Tacoma City, Washington | 3.2816374617% |
| WA111 | Thurston County, Washington | 2.3258492094% |
| WA112 | Tukwila City, Washington | 0.3032205739% |
| WA113 | Tumwater City, Washington | 0.2065982350% |
| WA114 | University Place City, Washington | 0.0353733363% |
| WA115 | Vancouver City, Washington | 1.7306605325% |
| WA116 | Wahkiakum County, Washington | 0.0596582197% |
| WA117 | Walla Walla City, Washington | 0.3140768654% |
| WA118 | Walla Walla County, Washington | 0.5543870294% |
| WA119 | Washougal City, Washington | 0.1279328220% |
| WA120 | Wenatchee City, Washington | 0.2968333494% |
| WA121 | West Richland City, Washington | 0.0459360490% |
| WA122 | Whatcom County, Washington | 1.3452637306% |
| WA123 | Whitman County, Washington | 0.2626805837% |
| WA124 | Woodinville City, Washington | 0.0185516364% |
| WA125 | Yakima City, Washington | 0.6060410539% |
| WA126 | Yakima County, Washington | 1.9388392959% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WI1 | Adams County, Wisconsin | 0.3270000000% |
| WI4 | Ashland County, Wisconsin | 0.2250000000% |
| WI7 | Barron County, Wisconsin | 0.4780000000% |
| WI8 | Bayfield County, Wisconsin | 0.1240000000% |
| WI13 | Brown County, Wisconsin | 2.9000000000% |
| WI15 | Buffalo County, Wisconsin | 0.1260000000% |
| WI17 | Burnett County, Wisconsin | 0.2240000000% |
| WI19 | Calumet County, Wisconsin | 0.3860000000% |
| WI21 | Chippewa County, Wisconsin | 0.6960000000% |
| WI23 | Clark County, Wisconsin | 0.2610000000% |
| WI24 | Columbia County, Wisconsin | 1.0760000000% |
| WI25 | Crawford County, Wisconsin | 0.1950000000% |
| WI26 | Cudahy City, Wisconsin | 0.0870000000% |
| WI27 | Dane County, Wisconsin | 8.2480000000% |
| WI30 | Dodge County, Wisconsin | 1.3020000000% |
| WI31 | Door County, Wisconsin | 0.2820000000% |
| WI32 | Douglas County, Wisconsin | 0.5540000000% |
| WI33 | Dunn County, Wisconsin | 0.4420000000% |
| WI35 | Eau Claire County, Wisconsin | 1.1770000000% |
| WI38 | Florence County, Wisconsin | 0.0530000000% |
| WI40 | Fond Du Lac County, Wisconsin | 1.1960000000% |
| WI41 | Forest County, Wisconsin | 0.1270000000% |
| WI43 | Franklin City, Wisconsin | 0.1550000000% |
| WI48 | Grant County, Wisconsin | 0.4980000000% |
| WI50 | Green County, Wisconsin | 0.4660000000% |
| WI51 | Green Lake County, Wisconsin | 0.2800000000% |
| WI53 | Greenfield City, Wisconsin | 0.1630000000% |
| WI61 | Iowa County, Wisconsin | 0.2790000000% |
| WI62 | Iron County, Wisconsin | 0.0610000000% |
| WI63 | Jackson County, Wisconsin | 0.2360000000% |
| WI65 | Jefferson County, Wisconsin | 1.0510000000% |
| WI66 | Juneau County, Wisconsin | 0.4380000000% |
| WI68 | Kenosha City, Wisconsin | 0.4840000000% |
| WI69 | Kenosha County, Wisconsin | 3.7120000000% |
| WI70 | Kewaunee County, Wisconsin | 0.1560000000% |
| WI72 | La Crosse County, Wisconsin | 1.6490000000% |
| WI73 | Lafayette County, Wisconsin | 0.1340000000% |
| WI74 | Langlade County, Wisconsin | 0.3120000000% |
| WI75 | Lincoln County, Wisconsin | 0.3500000000% |
| WI80 | Manitowoc County, Wisconsin | 1.4030000000% |
| WI81 | Marathon County, Wisconsin | 1.2590000000% |
| WI82 | Marinette City, Wisconsin | 0.0320000000% |
| WI83 | Marinette County, Wisconsin | 0.5030000000% |
| WI84 | Marquette County, Wisconsin | 0.2460000000% |
| WI87 | Menominee County, Wisconsin | 0.0800000000% |
| WI92 | Milwaukee City, Wisconsin | 7.8150000000% |
| WI93 | Milwaukee County, Wisconsin | 25.2210000000% |
| WI95 | Monroe County, Wisconsin | 0.6550000000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WI96 | Mount Pleasant Village, Wisconsin | 0.1170000000% |
| WI100 | Oak Creek City, Wisconsin | 0.1660000000% |
| WI102 | Oconto County, Wisconsin | 0.3360000000% |
| WI104 | Oneida County, Wisconsin | 0.5260000000% |
| WI107 | Outagamie County, Wisconsin | 1.8360000000% |
| WI108 | Ozaukee County, Wisconsin | 1.0360000000% |
| WI109 | Pepin County, Wisconsin | 0.0550000000% |
| WI111 | Pierce County, Wisconsin | 0.3870000000% |
| WI113 | Pleasant Prairie Village, Wisconsin | 0.0590000000% |
| WI118 | Portage County, Wisconsin | 0.7290000000% |
| WI119 | Price County, Wisconsin | 0.1490000000% |
| WI121 | Racine County, Wisconsin | 3.2080000000% |
| WI123 | Richland County, Wisconsin | 0.2180000000% |
| WI125 | Rock County, Wisconsin | 2.9470000000% |
| WI126 | Rusk County, Wisconsin | 0.1590000000% |
| WI128 | Sauk County, Wisconsin | 1.2260000000% |
| WI129 | Sawyer County, Wisconsin | 0.2580000000% |
| WI130 | Shawano County, Wisconsin | 0.4180000000% |
| WI132 | Sheboygan County, Wisconsin | 1.4100000000% |
| WI134 | South Milwaukee City, Wisconsin | 0.0960000000% |
| WI135 | St Croix County, Wisconsin | 0.8290000000% |
| WI138 | Sturtevant Village, Wisconsin | 0.0180000000% |
| WI141 | Superior City, Wisconsin | 0.0890000000% |
| WI143 | Taylor County, Wisconsin | 0.1590000000% |
| WI145 | Trempealeau County, Wisconsin | 0.3200000000% |
| WI147 | Union Grove Village, Wisconsin | 0.0070000000% |
| WI148 | Vernon County, Wisconsin | 0.3220000000% |
| WI150 | Vilas County, Wisconsin | 0.4680000000% |
| WI151 | Walworth County, Wisconsin | 1.5730000000% |
| WI152 | Washburn County, Wisconsin | 0.1850000000% |
| WI153 | Washington County, Wisconsin | 1.9910000000% |
| WI156 | Waukesha County, Wisconsin | 6.0350000000% |
| WI158 | Waupaca County, Wisconsin | 0.6060000000% |
| WI161 | Waushara County, Wisconsin | 0.2310000000% |
| WI162 | Wauwatosa City, Wisconsin | 0.3090000000% |
| WI163 | West Allis City, Wisconsin | 0.3780000000% |
| WI168 | Winnebago County, Wisconsin | 2.1760000000% |
| WI170 | Wood County, Wisconsin | 0.8420000000% |
| WI171 | Yorkville Town, Wisconsin | 0.0020000000% |

*revised January 14, 2023*

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WY1 | Albany County, Wyoming | 1.6329876137% |
| WY2 | Big Horn County, Wyoming | 3.0324432485% |
| WY3 | Campbell County, Wyoming | 4.4393335213% |
| WY4 | Carbon County, Wyoming | 3.6968556043% |
| WY5 | Casper City, Wyoming | 7.3503611059% |
| WY6 | Cheyenne City, Wyoming | 1.2286265328% |
| WY7 | Converse County, Wyoming | 1.8962432493% |
| WY8 | Crook County, Wyoming | 0.5448669885% |
| WY9 | Evanston City, Wyoming | 1.9702405199% |
| WY10 | Fremont County, Wyoming | 6.7374838437% |
| WY11 | Gillette City, Wyoming | 1.7410635670% |
| WY12 | Goshen County, Wyoming | 1.6361202905% |
| WY13 | Green River City, Wyoming | 0.6122218672% |
| WY14 | Hot Springs County, Wyoming | 0.8557309329% |
| WY15 | Jackson Town, Wyoming | 0.5598544963% |
| WY16 | Johnson County, Wyoming | 0.9322427236% |
| WY17 | Laramie City, Wyoming | 3.4181078811% |
| WY18 | Laramie County, Wyoming | 15.5855269922% |
| WY19 | Lincoln County, Wyoming | 3.1228011914% |
| WY20 | Natrona County, Wyoming | 7.9000169472% |
| WY21 | Niobrara County, Wyoming | 0.1540280861% |
| WY22 | Park County, Wyoming | 5.7964268009% |
| WY23 | Platte County, Wyoming | 1.7507027157% |
| WY24 | Riverton City, Wyoming | 1.2744483314% |
| WY25 | Rock Springs City, Wyoming | 1.5261479738% |
| WY26 | Sheridan City, Wyoming | 0.3405187102% |
| WY27 | Sheridan County, Wyoming | 3.9149494912% |
| WY28 | Sublette County, Wyoming | 0.7136740477% |
| WY29 | Sweetwater County, Wyoming | 7.6391306020% |
| WY30 | Teton County, Wyoming | 1.3290900349% |
| WY31 | Uinta County, Wyoming | 4.3911508108% |
| WY32 | Washakie County, Wyoming | 1.5007597928% |
| WY33 | Weston County, Wyoming | 0.7758434851% |

*revised January 14, 2023*

**EXHIBIT H**

**[Intentionally Omitted]**

EXHIBIT I

## Primary Subdivisions

1. Alabaster, City of, Alabama
2. Albertville, City of, Alabama
3. Alexander City, City of, Alabama
4. Anniston, City of, Alabama
5. Athens, City of, Alabama
6. Auburn, City of, Alabama
7. Autauga, County of, Alabama
8. Baldwin, County of, Alabama
9. Barbour, County of, Alabama
10. Bessemer, City of, Alabama
11. Bibb, County of, Alabama
12. Birmingham, City of, Alabama
13. Blount, County of, Alabama
14. Bullock, County of, Alabama
15. Butler, County of, Alabama
16. Calera, City of, Alabama
17. Calhoun, County of, Alabama
18. Center Point, City of, Alabama
19. Chambers, County of, Alabama
20. Chelsea, City of, Alabama
21. Cherokee, County of, Alabama
22. Chilton, County of, Alabama
23. Choctaw, County of, Alabama
24. Clarke, County of, Alabama
25. Clay, County of, Alabama
26. Cleburne, County of, Alabama
27. Coffee, County of, Alabama
28. Colbert, County of, Alabama
29. Conecuh, County of, Alabama
30. Coosa, County of, Alabama
31. Covington, County of, Alabama
32. Crenshaw, County of, Alabama
33. Cullman, City of, Alabama
34. Cullman, County of, Alabama
35. Dale, County of, Alabama
36. Dallas, County of, Alabama
37. Daphne, City of, Alabama
38. Decatur, City of, Alabama
39. DeKalb, County of, Alabama
40. Dothan, City of, Alabama
41. Elmore, County of, Alabama
42. Enterprise, City of, Alabama
43. Escambia, County of, Alabama
44. Etowah, County of, Alabama
45. Eufaula, City of, Alabama
46. Fairfield, City of, Alabama
47. Fairhope, City of, Alabama
48. Fayette, County of, Alabama
49. Florence, City of, Alabama
50. Foley, City of, Alabama
51. Fort Payne, City of, Alabama
52. Franklin, County of, Alabama
53. Gadsden, City of, Alabama
54. Gardendale, City of, Alabama
55. Geneva, County of, Alabama
56. Gulf Shores, City of, Alabama
57. Hale, County of, Alabama
58. Hartselle, City of, Alabama
59. Helena, City of, Alabama
60. Henry, County of, Alabama
61. Homewood, City of, Alabama
62. Hoover, City of, Alabama
63. Houston, County of, Alabama
64. Hueytown, City of, Alabama
65. Huntsville, City of, Alabama
66. Irondale, City of, Alabama
67. Jackson, County of, Alabama
68. Jacksonville, City of, Alabama
69. Jasper, City of, Alabama
70. Jefferson, County of, Alabama
71. Lamar, County of, Alabama
72. Lauderdale, County of, Alabama
73. Lawrence, County of, Alabama
74. Lee, County of, Alabama
75. Leeds, City of, Alabama
76. Limestone, County of, Alabama
77. Macon, County of, Alabama
78. Madison, City of, Alabama
79. Madison, County of, Alabama
80. Marengo, County of, Alabama
81. Marion, County of, Alabama
82. Marshall, County of, Alabama
83. Millbrook, City of, Alabama
84. Mobile, City of, Alabama
85. Mobile, County of, Alabama
86. Monroe, County of, Alabama

| | | | |
|---|---|---|---|
| 87. | Montgomery, City of, Alabama | 131. | Ketchikan Gateway, Borough of, Alaska |
| 88. | Montgomery, County of, Alabama | 132. | Kodiak Island, Borough of, Alaska |
| 89. | Moody, City of, Alabama | 133. | Matanuska-Susitna, Borough of, Alaska |
| 90. | Morgan, County of, Alabama | 134. | Wasilla, City of, Alaska |
| 91. | Mountain Brook, City of, Alabama | 135. | Apache, County of, Arizona |
| 92. | Muscle Shoals, City of, Alabama | 136. | Apache Junction, City of, Arizona |
| 93. | Northport, City of, Alabama | 137. | Avondale, City of, Arizona |
| 94. | Opelika, City of, Alabama | 138. | Buckeye, City of, Arizona |
| 95. | Oxford, City of, Alabama | 139. | Bullhead City, City of, Arizona |
| 96. | Ozark, City of, Alabama | 140. | Camp Verde, Town of, Arizona |
| 97. | Pelham, City of, Alabama | 141. | Casa Grande, City of, Arizona |
| 98. | Pell City, City of, Alabama | 142. | Chandler, City of, Arizona |
| 99. | Phenix City, City of, Alabama | 143. | Chino Valley, Town of, Arizona |
| 100. | Pickens, County of, Alabama | 144. | Cochise, County of, Arizona |
| 101. | Pike, County of, Alabama | 145. | Coconino, County of, Arizona |
| 102. | Pike Road, Town of, Alabama | 146. | Coolidge, City of, Arizona |
| 103. | Prattville, City of, Alabama | 147. | Cottonwood, City of, Arizona |
| 104. | Prichard, City of, Alabama | 148. | Douglas, City of, Arizona |
| 105. | Randolph, County of, Alabama | 149. | El Mirage, City of, Arizona |
| 106. | Russell, County of, Alabama | 150. | Eloy, City of, Arizona |
| 107. | Saraland, City of, Alabama | 151. | Flagstaff, City of, Arizona |
| 108. | Scottsboro, City of, Alabama | 152. | Florence, Town of, Arizona |
| 109. | Selma, City of, Alabama | 153. | Fountain Hills, Town of, Arizona |
| 110. | Shelby, County of, Alabama | 154. | Gila, County of, Arizona |
| 111. | St. Clair, County of, Alabama | 155. | Gilbert, Town of, Arizona |
| 112. | Sumter, County of, Alabama | 156. | Glendale, City of, Arizona |
| 113. | Sylacauga, City of, Alabama | 157. | Goodyear, City of, Arizona |
| 114. | Talladega, City of, Alabama | 158. | Graham, County of, Arizona |
| 115. | Talladega, County of, Alabama | 159. | Kingman, City of, Arizona |
| 116. | Tallapoosa, County of, Alabama | 160. | La Paz, County of, Arizona |
| 117. | Troy, City of, Alabama | 161. | Lake Havasu City, City of, Arizona |
| 118. | Trussville, City of, Alabama | 162. | Marana, Town of, Arizona |
| 119. | Tuscaloosa, City of, Alabama | 163. | Maricopa, City of, Arizona |
| 120. | Tuscaloosa, County of, Alabama | 164. | Maricopa, County of, Arizona |
| 121. | Vestavia Hills, City of, Alabama | 165. | Mesa, City of, Arizona |
| 122. | Walker, County of, Alabama | 166. | Mohave, County of, Arizona |
| 123. | Washington, County of, Alabama | 167. | Navajo, County of, Arizona |
| 124. | Wilcox, County of, Alabama | 168. | Nogales, City of, Arizona |
| 125. | Winston, County of, Alabama | 169. | Oro Valley, Town of, Arizona |
| 126. | Anchorage, Municipality of, Alaska | 170. | Paradise Valley, Town of, Arizona |
| 127. | Fairbanks, City of, Alaska | 171. | Payson, Town of, Arizona |
| 128. | Fairbanks North Star, Borough of, Alaska | 172. | Peoria, City of, Arizona |
| 129. | Juneau, City of/ Borough of, Alaska | 173. | Phoenix, City of, Arizona |
| 130. | Kenai Peninsula, Borough of, Alaska | 174. | Pima, County of, Arizona |

175. Pinal, County of, Arizona
176. Prescott, City of, Arizona
177. Prescott Valley, Town of, Arizona
178. Queen Creek, Town of, Arizona
179. Sahuarita, Town of, Arizona
180. San Luis, City of, Arizona
181. Santa Cruz, County of, Arizona
182. Scottsdale, City of, Arizona
183. Sedona, City of, Arizona
184. Show Low, City of, Arizona
185. Sierra Vista, City of, Arizona
186. Somerton, City of, Arizona
187. Surprise, City of, Arizona
188. Tempe, City of, Arizona
189. Tucson, City of, Arizona
190. Yavapai, County of, Arizona
191. Yuma, City of, Arizona
192. Yuma, County of, Arizona
193. Arkadelphia, City of, Arkansas
194. Arkansas, County of, Arkansas
195. Ashley, County of, Arkansas
196. Batesville, City of, Arkansas
197. Baxter, County of, Arkansas
198. Bella Vista, City of, Arkansas
199. Benton, City of, Arkansas
200. Benton, County of, Arkansas
201. Bentonville, City of, Arkansas
202. Blytheville, City of, Arkansas
203. Boone, County of, Arkansas
204. Bradley, County of, Arkansas
205. Bryant, City of, Arkansas
206. Cabot, City of, Arkansas
207. Camden, City of, Arkansas
208. Carroll, County of, Arkansas
209. Centerton, City of, Arkansas
210. Chicot, County of, Arkansas
211. Clark, County of, Arkansas
212. Clay, County of, Arkansas
213. Cleburne, County of, Arkansas
214. Columbia, County of, Arkansas
215. Conway, City of, Arkansas
216. Conway, County of, Arkansas
217. Craighead, County of, Arkansas
218. Crawford, County of, Arkansas
219. Crittenden, County of, Arkansas
220. Cross, County of, Arkansas
221. Desha, County of, Arkansas
222. Drew, County of, Arkansas
223. El Dorado, City of, Arkansas
224. Faulkner, County of, Arkansas
225. Fayetteville, City of, Arkansas
226. Forrest City, City of, Arkansas
227. Fort Smith, City of, Arkansas
228. Franklin, County of, Arkansas
229. Fulton, County of, Arkansas
230. Garland, County of, Arkansas
231. Grant, County of, Arkansas
232. Greene, County of, Arkansas
233. Harrison, City of, Arkansas
234. Helena-West Helena, City of, Arkansas
235. Hempstead, County of, Arkansas
236. Hot Spring, County of, Arkansas
237. Hot Springs, City of, Arkansas
238. Howard, County of, Arkansas
239. Independence, County of, Arkansas
240. Izard, County of, Arkansas
241. Jackson, County of, Arkansas
242. Jacksonville, City of, Arkansas
243. Jefferson, County of, Arkansas
244. Johnson, County of, Arkansas
245. Jonesboro, City of, Arkansas
246. Lawrence, County of, Arkansas
247. Lincoln, County of, Arkansas
248. Little River, County of, Arkansas
249. Little Rock, City of, Arkansas
250. Logan, County of, Arkansas
251. Lonoke, County of, Arkansas
252. Madison, County of, Arkansas
253. Magnolia, City of, Arkansas
254. Malvern, City of, Arkansas
255. Marion, City of, Arkansas
256. Marion, County of, Arkansas
257. Maumelle, City of, Arkansas
258. Miller, County of, Arkansas
259. Mississippi, County of, Arkansas
260. Mountain Home, City of, Arkansas
261. North Little Rock, City of, Arkansas
262. Ouachita, County of, Arkansas
263. Paragould, City of, Arkansas
264. Perry, County of, Arkansas
265. Phillips, County of, Arkansas

266. Pike, County of, Arkansas
267. Pine Bluff, City of, Arkansas
268. Poinsett, County of, Arkansas
269. Polk, County of, Arkansas
270. Pope, County of, Arkansas
271. Pulaski, County of, Arkansas
272. Randolph, County of, Arkansas
273. Rogers, City of, Arkansas
274. Russellville, City of, Arkansas
275. Saline, County of, Arkansas
276. Scott, County of, Arkansas
277. Searcy, City of, Arkansas
278. Sebastian, County of, Arkansas
279. Sevier, County of, Arkansas
280. Sharp, County of, Arkansas
281. Sherwood, City of, Arkansas
282. Siloam Springs, City of, Arkansas
283. Springdale, City of, Arkansas
284. St. Francis, County of, Arkansas
285. Stone, County of, Arkansas
286. Texarkana, City of, Arkansas
287. Union, County of, Arkansas
288. Van Buren, City of, Arkansas
289. Van Buren, County of, Arkansas
290. Washington, County of, Arkansas
291. West Memphis, City of, Arkansas
292. White, County of, Arkansas
293. Yell, County of, Arkansas
294. Adelanto, City of, California
295. Agoura Hills, City of, California
296. Alameda, City of, California
297. Alameda, County of, California
298. Albany, City of, California
299. Alhambra, City of, California
300. Aliso Viejo, City of, California
301. Amador, County of, California
302. American Canyon, City of, California
303. Anaheim, City of, California
304. Anderson, City of, California
305. Antioch, City of, California
306. Apple Valley, Town of, California
307. Arcadia, City of, California
308. Arcata, City of, California
309. Arroyo Grande, City of, California
310. Artesia, City of, California
311. Arvin, City of, California
312. Atascadero, City of, California
313. Atwater, City of, California
314. Auburn, City of, California
315. Avenal, City of, California
316. Azusa, City of, California
317. Bakersfield, City of, California
318. Baldwin Park, City of, California
319. Banning, City of, California
320. Barstow, City of, California
321. Beaumont, City of, California
322. Bell, City of, California
323. Bell Gardens, City of, California
324. Bellflower, City of, California
325. Belmont, City of, California
326. Benicia, City of, California
327. Berkeley, City of, California
328. Beverly Hills, City of, California
329. Blythe, City of, California
330. Brawley, City of, California
331. Brea, City of, California
332. Brentwood, City of, California
333. Buena Park, City of, California
334. Burbank, City of, California
335. Burlingame, City of, California
336. Butte, County of, California
337. Calabasas, City of, California
338. Calaveras, County of, California
339. Calexico, City of, California
340. California City, City of, California
341. Camarillo, City of, California
342. Campbell, City of, California
343. Canyon Lake, City of, California
344. Capitola, City of, California
345. Carlsbad, City of, California
346. Carpinteria, City of, California
347. Carson, City of, California
348. Cathedral City, City of, California
349. Ceres, City of, California
350. Cerritos, City of, California
351. Chico, City of, California
352. Chino, City of, California
353. Chino Hills, City of, California
354. Chowchilla, City of, California
355. Chula Vista, City of, California
356. Citrus Heights, City of, California

357. Claremont, City of, California
358. Clayton, City of, California
359. Clearlake, City of, California
360. Clovis, City of, California
361. Coachella, City of, California
362. Coalinga, City of, California
363. Colton, City of, California
364. Colusa, County of, California
365. Commerce, City of, California
366. Compton, City of, California
367. Concord, City of, California
368. Contra Costa, County of, California
369. Corcoran, City of, California
370. Corona, City of, California
371. Coronado, City of, California
372. Costa Mesa, City of, California
373. Covina, City of, California
374. Cudahy, City of, California
375. Culver City, City of, California
376. Cupertino, City of, California
377. Cypress, City of, California
378. Daly City, City of, California
379. Dana Point, City of, California
380. Danville, Town of, California
381. Davis, City of, California
382. Del Norte, County of, California
383. Delano, City of, California
384. Desert Hot Springs, City of, California
385. Diamond Bar, City of, California
386. Dinuba, City of, California
387. Dixon, City of, California
388. Downey, City of, California
389. Duarte, City of, California
390. Dublin, City of, California
391. East Palo Alto, City of, California
392. Eastvale, City of, California
393. El Cajon, City of, California
394. El Centro, City of, California
395. El Cerrito, City of, California
396. El Dorado, County of, California
397. El Monte, City of, California
398. El Paso de Robles (Paso Robles), City of, California
399. El Segundo, City of, California
400. Elk Grove, City of, California
401. Emeryville, City of, California
402. Encinitas, City of, California
403. Escondido, City of, California
404. Eureka, City of, California
405. Exeter, City of, California
406. Fairfield, City of, California
407. Farmersville, City of, California
408. Fillmore, City of, California
409. Folsom, City of, California
410. Fontana, City of, California
411. Fortuna, City of, California
412. Foster City, City of, California
413. Fountain Valley, City of, California
414. Fremont, City of, California
415. Fresno, City of, California
416. Fresno, County of, California
417. Fullerton, City of, California
418. Galt, City of, California
419. Garden Grove, City of, California
420. Gardena, City of, California
421. Gilroy, City of, California
422. Glendale, City of, California
423. Glendora, City of, California
424. Glenn, County of, California
425. Goleta, City of, California
426. Grand Terrace, City of, California
427. Grass Valley, City of, California
428. Greenfield, City of, California
429. Grover Beach, City of, California
430. Half Moon Bay, City of, California
431. Hanford, City of, California
432. Hawaiian Gardens, City of, California
433. Hawthorne, City of, California
434. Hayward, City of, California
435. Healdsburg, City of, California
436. Hemet, City of, California
437. Hercules, City of, California
438. Hermosa Beach, City of, California
439. Hesperia, City of, California
440. Highland, City of, California
441. Hillsborough, Town of, California
442. Hollister, City of, California
443. Humboldt, County of, California
444. Huntington Beach, City of, California

445. Huntington Park, City of, California
446. Imperial Beach, City of, California
447. Imperial, City of, California
448. Imperial, County of, California
449. Indio, City of, California
450. Inglewood, City of, California
451. Inyo, County of, California
452. Irvine, City of, California
453. Jurupa Valley, City of, California
454. Kerman, City of, California
455. Kern, County of, California
456. King City, City of, California
457. Kings, County of, California
458. Kingsburg, City of, California
459. La Cañada Flintridge, City of, California
460. La Habra, City of, California
461. La Mesa, City of, California
462. La Mirada, City of, California
463. La Palma, City of, California
464. La Puente, City of, California
465. La Quinta, City of, California
466. La Verne, City of, California
467. Lafayette, City of, California
468. Laguna Beach, City of, California
469. Laguna Hills, City of, California
470. Laguna Niguel, City of, California
471. Laguna Woods, City of, California
472. Lake, County of, California
473. Lake Elsinore, City of, California
474. Lake Forest, City of, California
475. Lakewood, City of, California
476. Lancaster, City of, California
477. Larkspur, City of, California
478. Lassen, County of, California
479. Lathrop, City of, California
480. Lawndale, City of, California
481. Lemon Grove, City of, California
482. Lemoore, City of, California
483. Lincoln, City of, California
484. Lindsay, City of, California
485. Livermore, City of, California
486. Livingston, City of, California
487. Lodi, City of, California
488. Loma Linda, City of, California
489. Lomita, City of, California
490. Lompoc, City of, California
491. Long Beach, City of, California
492. Los Alamitos, City of, California
493. Los Altos, City of, California
494. Los Angeles, City of, California
495. Los Angeles, County of, California
496. Los Banos, City of, California
497. Los Gatos, Town of, California
498. Lynwood, City of, California
499. Madera, City of, California
500. Madera, County of, California
501. Malibu, City of, California
502. Manhattan Beach, City of, California
503. Manteca, City of, California
504. Marin, County of, California
505. Marina, City of, California
506. Mariposa, County of, California
507. Martinez, City of, California
508. Marysville, City of, California
509. Maywood, City of, California
510. McFarland, City of, California
511. Mendocino, County of, California
512. Mendota, City of, California
513. Menifee, City of, California
514. Menlo Park, City of, California
515. Merced, City of, California
516. Merced, County of, California
517. Mill Valley, City of, California
518. Millbrae, City of, California
519. Milpitas, City of, California
520. Mission Viejo, City of, California
521. Modesto, City of, California
522. Mono, County of, California
523. Monrovia, City of, California
524. Montclair, City of, California
525. Montebello, City of, California
526. Monterey, City of, California
527. Monterey, County of, California
528. Monterey Park, City of, California
529. Moorpark, City of, California
530. Moraga, Town of, California
531. Moreno Valley, City of, California
532. Morgan Hill, City of, California
533. Morro Bay, City of, California
534. Mountain View, City of, California
535. Murrieta, City of, California

536.  Napa, City of, California
537.  Napa, County of, California
538.  National City, City of, California
539.  Nevada, County of, California
540.  Newark, City of, California
541.  Newman, City of, California
542.  Newport Beach, City of, California
543.  Norco, City of, California
544.  Norwalk, City of, California
545.  Novato, City of, California
546.  Oakdale, City of, California
547.  Oakland, City of, California
548.  Oakley, City of, California
549.  Oceanside, City of, California
550.  Ontario, City of, California
551.  Orange, City of, California
552.  Orange, County of, California
553.  Orange Cove, City of, California
554.  Orinda, City of, California
555.  Oroville, City of, California
556.  Oxnard, City of, California
557.  Pacific Grove, City of, California
558.  Pacifica, City of, California
559.  Palm Desert, City of, California
560.  Palm Springs, City of, California
561.  Palmdale, City of, California
562.  Palo Alto, City of, California
563.  Palos Verdes Estates, City of, California
564.  Paramount, City of, California
565.  Parlier, City of, California
566.  Pasadena, City of, California
567.  Patterson, City of, California
568.  Perris, City of, California
569.  Petaluma, City of, California
570.  Pico Rivera, City of, California
571.  Piedmont, City of, California
572.  Pinole, City of, California
573.  Pittsburg, City of, California
574.  Placentia, City of, California
575.  Placer, County of, California
576.  Placerville, City of, California
577.  Pleasant Hill, City of, California
578.  Pleasanton, City of, California
579.  Plumas, County of, California
580.  Pomona, City of, California
581.  Port Hueneme, City of, California
582.  Porterville, City of, California
583.  Poway, City of, California
584.  Rancho Cordova, City of, California
585.  Rancho Cucamonga, City of, California
586.  Rancho Mirage, City of, California
587.  Rancho Palos Verdes, City of, California
588.  Rancho Santa Margarita, City of, California
589.  Red Bluff, City of, California
590.  Redding, City of, California
591.  Redlands, City of, California
592.  Redondo Beach, City of, California
593.  Redwood City, City of, California
594.  Reedley, City of, California
595.  Rialto, City of, California
596.  Richmond, City of, California
597.  Ridgecrest, City of, California
598.  Ripon, City of, California
599.  Riverbank, City of, California
600.  Riverside, City of, California
601.  Riverside, County of, California
602.  Rocklin, City of, California
603.  Rohnert Park, City of, California
604.  Rosemead, City of, California
605.  Roseville, City of, California
606.  Sacramento, City of, California
607.  Sacramento, County of, California
608.  Salinas, City of, California
609.  San Anselmo, Town of, California
610.  San Benito, County of, California
611.  San Bernardino, City of, California
612.  San Bernardino, County of, California
613.  San Bruno, City of, California
614.  San Buenaventura (Ventura), City of, California
615.  San Carlos, City of, California
616.  San Clemente, City of, California
617.  San Diego, City of, California
618.  San Diego, County of, California
619.  San Dimas, City of, California
620.  San Fernando, City of, California

621. San Francisco, City of/ County of, California
622. San Gabriel, City of, California
623. San Jacinto, City of, California
624. San Joaquin, County of, California
625. San Jose, City of, California
626. San Juan Capistrano, City of, California
627. San Leandro, City of, California
628. San Luis Obispo, City of, California
629. San Luis Obispo, County of, California
630. San Marcos, City of, California
631. San Marino, City of, California
632. San Mateo, City of, California
633. San Mateo, County of, California
634. San Pablo, City of, California
635. San Rafael, City of, California
636. San Ramon, City of, California
637. Sanger, City of, California
638. Santa Ana, City of, California
639. Santa Barbara, City of, California
640. Santa Barbara, County of, California
641. Santa Clara, City of, California
642. Santa Clara, County of, California
643. Santa Clarita, City of, California
644. Santa Cruz, City of, California
645. Santa Cruz, County of, California
646. Santa Fe Springs, City of, California
647. Santa Maria, City of, California
648. Santa Monica, City of, California
649. Santa Paula, City of, California
650. Santa Rosa, City of, California
651. Santee, City of, California
652. Saratoga, City of, California
653. Scotts Valley, City of, California
654. Seal Beach, City of, California
655. Seaside, City of, California
656. Selma, City of, California
657. Shafter, City of, California
658. Shasta, County of, California
659. Shasta Lake, City of, California
660. Sierra Madre, City of, California
661. Signal Hill, City of, California
662. Simi Valley, City of, California
663. Siskiyou, County of, California
664. Solana Beach, City of, California
665. Solano, County of, California
666. Soledad, City of, California
667. Sonoma, City of, California
668. Sonoma, County of, California
669. South El Monte, City of, California
670. South Gate, City of, California
671. South Lake Tahoe, City of, California
672. South Pasadena, City of, California
673. South San Francisco, City of, California
674. Stanislaus, County of, California
675. Stanton, City of, California
676. Stockton, City of, California
677. Suisun City, City of, California
678. Sunnyvale, City of, California
679. Susanville, City of, California
680. Sutter, County of, California
681. Tehachapi, City of, California
682. Tehama, County of, California
683. Temecula, City of, California
684. Temple City, City of, California
685. Thousand Oaks, City of, California
686. Torrance, City of, California
687. Tracy, City of, California
688. Trinity, County of, California
689. Truckee, Town of, California
690. Tulare, City of, California
691. Tulare, County of, California
692. Tuolumne, County of, California
693. Turlock, City of, California
694. Tustin, City of, California
695. Twentynine Palms, City of, California
696. Ukiah, City of, California
697. Union City, City of, California
698. Upland, City of, California
699. Vacaville, City of, California
700. Vallejo, City of, California
701. Ventura, County of, California
702. Victorville, City of, California
703. Visalia, City of, California
704. Vista, City of, California
705. Walnut, City of, California
706. Walnut Creek, City of, California

707. Wasco, City of, California
708. Watsonville, City of, California
709. West Covina, City of, California
710. West Hollywood, City of, California
711. West Sacramento, City of, California
712. Westminster, City of, California
713. Whittier, City of, California
714. Wildomar, City of, California
715. Windsor, Town of, California
716. Woodland, City of, California
717. Yolo, County of, California
718. Yorba Linda, City of, California
719. Yuba City, City of, California
720. Yuba, County of, California
721. Yucaipa, City of, California
722. Yucca Valley, Town of, California
723. Adams, County of, Colorado
724. Alamosa, County of, Colorado
725. Arapahoe, County of, Colorado
726. Archuleta, County of, Colorado
727. Arvada, City of, Colorado
728. Aurora, City of, Colorado
729. Boulder, City of, Colorado
730. Boulder, County of, Colorado
731. Brighton, City of, Colorado
732. Broomfield, City of/ County of, Colorado
733. Cañon City, City of, Colorado
734. Castle Pines, City of, Colorado
735. Castle Rock, Town of, Colorado
736. Centennial, City of, Colorado
737. Chaffee, County of, Colorado
738. Colorado Springs, City of, Colorado
739. Commerce City, City of, Colorado
740. Delta, County of, Colorado
741. Denver, City of/ County of, Colorado
742. Douglas, County of, Colorado
743. Durango, City of, Colorado
744. Eagle, County of, Colorado
745. El Paso, County of, Colorado
746. Elbert, County of, Colorado
747. Englewood, City of, Colorado
748. Erie, Town of, Colorado
749. Evans, City of, Colorado
750. Federal Heights, City of, Colorado
751. Firestone, Town of, Colorado
752. Fort Collins, City of, Colorado
753. Fort Morgan, City of, Colorado
754. Fountain, City of, Colorado
755. Frederick, Town of, Colorado
756. Fremont, County of, Colorado
757. Fruita, City of, Colorado
758. Garfield, County of, Colorado
759. Golden, City of, Colorado
760. Grand, County of, Colorado
761. Grand Junction, City of, Colorado
762. Greeley, City of, Colorado
763. Greenwood, Village of/ City of, Colorado
764. Gunnison, County of, Colorado
765. Jefferson, County of, Colorado
766. Johnstown, Town of, Colorado
767. La Plata, County of, Colorado
768. Lafayette, City of, Colorado
769. Lakewood, City of, Colorado
770. Larimer, County of, Colorado
771. Las Animas, County of, Colorado
772. Littleton, City of, Colorado
773. Logan, County of, Colorado
774. Lone Tree, City of, Colorado
775. Longmont, City of, Colorado
776. Louisville, City of, Colorado
777. Loveland, City of, Colorado
778. Mesa, County of, Colorado
779. Moffat, County of, Colorado
780. Montezuma, County of, Colorado
781. Montrose, City of, Colorado
782. Montrose, County of, Colorado
783. Morgan, County of, Colorado
784. Northglenn, City of, Colorado
785. Otero, County of, Colorado
786. Park, County of, Colorado
787. Parker, Town of, Colorado
788. Pitkin, County of, Colorado
789. Prowers, County of, Colorado
790. Pueblo, City of, Colorado
791. Pueblo, County of, Colorado
792. Rio Grande, County of, Colorado
793. Routt, County of, Colorado
794. Steamboat Springs, City of, Colorado

795. Sterling, City of, Colorado
796. Summit, County of, Colorado
797. Superior, Town of, Colorado
798. Teller, County of, Colorado
799. Thornton, City of, Colorado
800. Weld, County of, Colorado
801. Wellington, Town of, Colorado
802. Westminster, City of, Colorado
803. Wheat Ridge, City of, Colorado
804. Windsor, Town of, Colorado
805. Yuma, County of, Colorado
806. Ansonia, Town of/ City of, Connecticut
807. Avon, Town of, Connecticut
808. Berlin, Town of, Connecticut
809. Bethel, Town of, Connecticut
810. Bloomfield, Town of, Connecticut
811. Branford, Town of, Connecticut
812. Bridgeport, Town of/ City of, Connecticut
813. Bristol, City of/ Town of, Connecticut
814. Brookfield, Town of, Connecticut
815. Canton, Town of, Connecticut
816. Cheshire, Town of, Connecticut
817. Clinton, Town of, Connecticut
818. Colchester, Town of, Connecticut
819. Coventry, Town of, Connecticut
820. Cromwell, Town of, Connecticut
821. Danbury, City of/ Town of, Connecticut
822. Darien, Town of, Connecticut
823. Derby, City of/ Town of, Connecticut
824. East Hampton, Town of, Connecticut
825. East Hartford, Town of, Connecticut
826. East Haven, Town of, Connecticut
827. East Lyme, Town of, Connecticut
828. East Windsor, Town of, Connecticut
829. Ellington, Town of, Connecticut
830. Enfield, Town of, Connecticut
831. Fairfield, Town of, Connecticut
832. Farmington, Town of, Connecticut
833. Glastonbury, Town of, Connecticut
834. Granby, Town of, Connecticut
835. Greenwich, Town of, Connecticut
836. Griswold, Town of, Connecticut
837. Groton, Town of, Connecticut
838. Guilford, Town of, Connecticut
839. Hamden, Town of, Connecticut
840. Hartford, City of/ Town of, Connecticut
841. Killingly, Town of, Connecticut
842. Ledyard, Town of, Connecticut
843. Madison, Town of, Connecticut
844. Manchester, Town of, Connecticut
845. Mansfield, Town of, Connecticut
846. Meriden, City of/ Town of, Connecticut
847. Middletown, City of/ Town of, Connecticut
848. Milford, City of, Connecticut
849. Milford, Town of, Connecticut
850. Monroe, Town of, Connecticut
851. Montville, Town of, Connecticut
852. Naugatuck, Borough of/ Town of, Connecticut
853. New Britain, Town of/ City of, Connecticut
854. New Canaan, Town of, Connecticut
855. New Fairfield, Town of, Connecticut
856. New Haven, Town of/ City of, Connecticut
857. New London, City of/ Town of, Connecticut
858. New Milford, Town of, Connecticut
859. Newington, Town of, Connecticut
860. Newtown, Town of, Connecticut
861. North Branford, Town of, Connecticut
862. North Haven, Town of, Connecticut
863. Norwalk, City of/ Town of, Connecticut
864. Norwich, City of/ Town of, Connecticut
865. Old Saybrook, Town of, Connecticut
866. Orange, Town of, Connecticut
867. Oxford, Town of, Connecticut
868. Plainfield, Town of, Connecticut
869. Plainville, Town of, Connecticut
870. Plymouth, Town of, Connecticut
871. Ridgefield, Town of, Connecticut

872. Rocky Hill, Town of, Connecticut
873. Seymour, Town of, Connecticut
874. Shelton, City of/ Town of, Connecticut
875. Simsbury, Town of, Connecticut
876. Somers, Town of, Connecticut
877. South Windsor, Town of, Connecticut
878. Southbury, Town of, Connecticut
879. Southington, Town of, Connecticut
880. Stafford, Town of, Connecticut
881. Stamford, City of/ Town of, Connecticut
882. Stonington, Town of, Connecticut
883. Stratford, Town of, Connecticut
884. Suffield, Town of, Connecticut
885. Tolland, Town of, Connecticut
886. Torrington, City of/ Town of, Connecticut
887. Trumbull, Town of, Connecticut
888. Vernon, Town of, Connecticut
889. Wallingford, Town of, Connecticut
890. Waterbury, City of/ Town of, Connecticut
891. Waterford, Town of, Connecticut
892. Watertown, Town of, Connecticut
893. West Hartford, Town of, Connecticut
894. West Haven, City of/ Town of, Connecticut
895. Weston, Town of, Connecticut
896. Westport, Town of, Connecticut
897. Wethersfield, Town of, Connecticut
898. Wilton, Town of, Connecticut
899. Winchester, Town of, Connecticut
900. Windham, Town of, Connecticut
901. Windsor Locks, Town of, Connecticut
902. Windsor, Town of, Connecticut
903. Wolcott, Town of, Connecticut
904. Dover, City of, Delaware
905. Kent, County of, Delaware
906. Middletown, Town of, Delaware
907. Milford, City of, Delaware
908. New Castle, County of, Delaware
909. Newark, City of, Delaware
910. Smyrna, Town of, Delaware
911. Sussex, County of, Delaware
912. Wilmington, City of, Delaware
913. Alachua, County of, Florida
914. Altamonte Springs, City of, Florida
915. Apopka, City of, Florida
916. Atlantic Beach, City of, Florida
917. Auburndale, City of, Florida
918. Aventura, City of, Florida
919. Avon Park, City of, Florida
920. Baker, County of, Florida
921. Bartow, City of, Florida
922. Bay, County of, Florida
923. Belle Glade, City of, Florida
924. Boca Raton, City of, Florida
925. Bonita Springs, City of, Florida
926. Boynton Beach, City of, Florida
927. Bradenton, City of, Florida
928. Bradford, County of, Florida
929. Brevard, County of, Florida
930. Broward, County of, Florida
931. Calhoun, County of, Florida
932. Callaway, City of, Florida
933. Cape Canaveral, City of, Florida
934. Cape Coral, City of, Florida
935. Casselberry, City of, Florida
936. Charlotte, County of, Florida
937. Citrus, County of, Florida
938. Clay, County of, Florida
939. Clearwater, City of, Florida
940. Clermont, City of, Florida
941. Cocoa Beach, City of, Florida
942. Cocoa, City of, Florida
943. Coconut Creek, City of, Florida
944. Collier, County of, Florida
945. Columbia, County of, Florida
946. Cooper City, City of, Florida
947. Coral Gables, City of, Florida
948. Coral Springs, City of, Florida
949. Crestview, City of, Florida
950. Cutler Bay, Town of, Florida
951. Dania Beach, City of, Florida
952. Davie, Town of, Florida
953. Daytona Beach, City of, Florida
954. DeBary, City of, Florida
955. Deerfield Beach, City of, Florida
956. DeLand, City of, Florida

957. Delray Beach, City of, Florida
958. Deltona, City of, Florida
959. DeSoto, County of, Florida
960. Destin, City of, Florida
961. Dixie, County of, Florida
962. Doral, City of, Florida
963. Dunedin, City of, Florida
964. Duval, County of/ Jacksonville, City of, Florida
965. Edgewater, City of, Florida
966. Escambia, County of, Florida
967. Estero, Village of, Florida
968. Eustis, City of, Florida
969. Fernandina Beach, City of, Florida
970. Flagler, County of, Florida
971. Florida City, City of, Florida
972. Fort Lauderdale, City of, Florida
973. Fort Myers, City of, Florida
974. Fort Pierce, City of, Florida
975. Fort Walton Beach, City of, Florida
976. Franklin, County of, Florida
977. Fruitland Park, City of, Florida
978. Gadsden, County of, Florida
979. Gainesville, City of, Florida
980. Gilchrist, County of, Florida
981. Glades, County of, Florida
982. Greenacres, City of, Florida
983. Groveland, City of, Florida
984. Gulf, County of, Florida
985. Gulfport, City of, Florida
986. Haines City, City of, Florida
987. Hallandale Beach, City of, Florida
988. Hamilton, County of, Florida
989. Hardee, County of, Florida
990. Hendry, County of, Florida
991. Hernando, County of, Florida
992. Hialeah, City of, Florida
993. Hialeah Gardens, City of, Florida
994. Highlands, County of, Florida
995. Hillsborough, County of, Florida
996. Holly Hill, City of, Florida
997. Hollywood, City of, Florida
998. Holmes, County of, Florida
999. Homestead, City of, Florida
1000. Indian River, County of, Florida
1001. Jackson, County of, Florida

1002. Jacksonville Beach, City of, Florida
1003. Jefferson, County of, Florida
1004. Jupiter, Town of, Florida
1005. Key Biscayne, Village of, Florida
1006. Key West, City of, Florida
1007. Kissimmee, City of, Florida
1008. Lady Lake, Town of, Florida
1009. Lake City, City of, Florida
1010. Lake, County of, Florida
1011. Lake Mary, City of, Florida
1012. Lake Wales, City of, Florida
1013. Lake Worth, City of, Florida
1014. Lakeland, City of, Florida
1015. Lantana, Town of, Florida
1016. Largo, City of, Florida
1017. Lauderdale Lakes, City of, Florida
1018. Lauderhill, City of, Florida
1019. Lee, County of, Florida
1020. Leesburg, City of, Florida
1021. Leon, County of, Florida
1022. Levy, County of, Florida
1023. Lighthouse Point, City of, Florida
1024. Longwood, City of, Florida
1025. Lynn Haven, City of, Florida
1026. Madison, County of, Florida
1027. Maitland, City of, Florida
1028. Manatee, County of, Florida
1029. Marco Island, City of, Florida
1030. Margate, City of, Florida
1031. Marion, County of, Florida
1032. Martin, County of, Florida
1033. Melbourne, City of, Florida
1034. Miami Beach, City of, Florida
1035. Miami, City of, Florida
1036. Miami Gardens, City of, Florida
1037. Miami Lakes, Town of, Florida
1038. Miami Shores, Village of, Florida
1039. Miami Springs, City of, Florida
1040. Miami-Dade, County of, Florida
1041. Milton, City of, Florida
1042. Minneola, City of, Florida
1043. Miramar, City of, Florida
1044. Monroe, County of, Florida
1045. Mount Dora, City of, Florida
1046. Naples, City of, Florida
1047. Nassau, County of, Florida

1048. New Port Richey, City of, Florida
1049. New Smyrna Beach, City of, Florida
1050. Niceville, City of, Florida
1051. North Lauderdale, City of, Florida
1052. North Miami Beach, City of, Florida
1053. North Miami, City of, Florida
1054. North Palm Beach, Village of, Florida
1055. North Port, City of, Florida
1056. Oakland Park, City of, Florida
1057. Ocala, City of, Florida
1058. Ocoee, City of, Florida
1059. Okaloosa, County of, Florida
1060. Okeechobee, County of, Florida
1061. Oldsmar, City of, Florida
1062. Opa-locka, City of, Florida
1063. Orange City, City of, Florida
1064. Orange, County of, Florida
1065. Orlando, City of, Florida
1066. Ormond Beach, City of, Florida
1067. Osceola, County of, Florida
1068. Oviedo, City of, Florida
1069. Palatka, City of, Florida
1070. Palm Bay, City of, Florida
1071. Palm Beach, County of, Florida
1072. Palm Beach Gardens, City of, Florida
1073. Palm Coast, City of, Florida
1074. Palm Springs, Village of, Florida
1075. Palmetto Bay, Village of, Florida
1076. Palmetto, City of, Florida
1077. Panama City Beach, City of, Florida
1078. Panama City, City of, Florida
1079. Parkland, City of, Florida
1080. Pasco, County of, Florida
1081. Pembroke Pines, City of, Florida
1082. Pensacola, City of, Florida
1083. Pinecrest, Village of, Florida
1084. Pinellas, County of, Florida
1085. Pinellas Park, City of, Florida
1086. Plant City, City of, Florida
1087. Plantation, City of, Florida
1088. Polk, County of, Florida
1089. Pompano Beach, City of, Florida
1090. Port Orange, City of, Florida
1091. Port St. Lucie, City of, Florida
1092. Punta Gorda, City of, Florida
1093. Putnam, County of, Florida
1094. Riviera Beach, City of, Florida
1095. Rockledge, City of, Florida
1096. Royal Palm Beach, Village of, Florida
1097. Safety Harbor, City of, Florida
1098. Sanford, City of, Florida
1099. Santa Rosa, County of, Florida
1100. Sarasota, City of, Florida
1101. Sarasota, County of, Florida
1102. Satellite Beach, City of, Florida
1103. Sebastian, City of, Florida
1104. Sebring, City of, Florida
1105. Seminole, City of, Florida
1106. Seminole, County of, Florida
1107. South Daytona, City of, Florida
1108. South Miami, City of, Florida
1109. St. Augustine, City of, Florida
1110. St. Cloud, City of, Florida
1111. St. Johns, County of, Florida
1112. St. Lucie, County of, Florida
1113. St. Petersburg, City of, Florida
1114. Stuart, City of, Florida
1115. Sumter, County of, Florida
1116. Sunny Isles Beach, City of, Florida
1117. Sunrise, City of, Florida
1118. Suwannee, County of, Florida
1119. Sweetwater, City of, Florida
1120. Tallahassee, City of, Florida
1121. Tamarac, City of, Florida
1122. Tampa, City of, Florida
1123. Tarpon Springs, City of, Florida
1124. Tavares, City of, Florida
1125. Taylor, County of, Florida
1126. Temple Terrace, City of, Florida
1127. Titusville, City of, Florida
1128. Union, County of, Florida
1129. Venice, City of, Florida
1130. Vero Beach, City of, Florida
1131. Volusia, County of, Florida
1132. Wakulla, County of, Florida
1133. Walton, County of, Florida
1134. Washington, County of, Florida
1135. Wellington, Village of, Florida
1136. West Melbourne, City of, Florida

1137. West Palm Beach, City of, Florida
1138. West Park, City of, Florida
1139. Weston, City of, Florida
1140. Wilton Manors, City of, Florida
1141. Winter Garden, City of, Florida
1142. Winter Haven, City of, Florida
1143. Winter Park, City of, Florida
1144. Winter Springs, City of, Florida
1145. Zephyrhills, City of, Florida
1146. Acworth, City of, Georgia
1147. Albany, City of, Georgia
1148. Alpharetta, City of, Georgia
1149. Americus, City of, Georgia
1150. Appling, County of, Georgia
1151. Athens-Clarke County, Unified Government of, Georgia
1152. Atlanta, City of, Georgia
1153. Augusta-Richmond County, Consolidated Government of, Georgia
1154. Bacon, County of, Georgia
1155. Bainbridge, City of, Georgia
1156. Baldwin, County of, Georgia
1157. Banks, County of, Georgia
1158. Barrow, County of, Georgia
1159. Bartow, County of, Georgia
1160. Ben Hill, County of, Georgia
1161. Berrien, County of, Georgia
1162. Bleckley, County of, Georgia
1163. Brantley, County of, Georgia
1164. Braselton, Town of, Georgia
1165. Brookhaven, City of, Georgia
1166. Brooks, County of, Georgia
1167. Brunswick, City of, Georgia
1168. Bryan, County of, Georgia
1169. Buford, City of, Georgia
1170. Bulloch, County of, Georgia
1171. Burke, County of, Georgia
1172. Butts, County of, Georgia
1173. Calhoun, City of, Georgia
1174. Camden, County of, Georgia
1175. Candler, County of, Georgia
1176. Canton, City of, Georgia
1177. Carroll, County of, Georgia
1178. Carrollton, City of, Georgia
1179. Cartersville, City of, Georgia
1180. Catoosa, County of, Georgia
1181. Chamblee, City of, Georgia
1182. Charlton, County of, Georgia
1183. Chatham, County of, Georgia
1184. Chattooga, County of, Georgia
1185. Cherokee, County of, Georgia
1186. Clarkston, City of, Georgia
1187. Clayton, County of, Georgia
1188. Cobb, County of, Georgia
1189. Coffee, County of, Georgia
1190. College Park, City of, Georgia
1191. Colquitt, County of, Georgia
1192. Columbia, County of, Georgia
1193. Columbus, City of, Georgia
1194. Columbus, City of/ Muscogee, County of, Georgia
1195. Conyers, City of, Georgia
1196. Cook, County of, Georgia
1197. Cordele, City of, Georgia
1198. Covington, City of, Georgia
1199. Coweta, County of, Georgia
1200. Crawford, County of, Georgia
1201. Crisp, County of, Georgia
1202. Cusseta-Chattahoochee County, Unified Government of, Georgia
1203. Dade, County of, Georgia
1204. Dallas, City of, Georgia
1205. Dalton, City of, Georgia
1206. Dawson, County of, Georgia
1207. Decatur, City of, Georgia
1208. Decatur, County of, Georgia
1209. DeKalb, County of, Georgia
1210. Dodge, County of, Georgia
1211. Dooly, County of, Georgia
1212. Doraville, City of, Georgia
1213. Dougherty, County of, Georgia
1214. Douglas, City of, Georgia
1215. Douglas, County of, Georgia
1216. Douglasville, City of, Georgia
1217. Dublin, City of, Georgia
1218. Duluth, City of, Georgia
1219. Dunwoody, City of, Georgia
1220. Early, County of, Georgia
1221. East Point, City of, Georgia
1222. Effingham, County of, Georgia
1223. Elbert, County of, Georgia

1224. Emanuel, County of, Georgia
1225. Evans, County of, Georgia
1226. Fairburn, City of, Georgia
1227. Fannin, County of, Georgia
1228. Fayette, County of, Georgia
1229. Fayetteville, City of, Georgia
1230. Floyd, County of, Georgia
1231. Forest Park, City of, Georgia
1232. Forsyth, County of, Georgia
1233. Franklin, County of, Georgia
1234. Fulton, County of, Georgia
1235. Gainesville, City of, Georgia
1236. Gilmer, County of, Georgia
1237. Glynn, County of, Georgia
1238. Gordon, County of, Georgia
1239. Grady, County of, Georgia
1240. Greene, County of, Georgia
1241. Griffin, City of, Georgia
1242. Grovetown, City of, Georgia
1243. Gwinnett, County of, Georgia
1244. Habersham, County of, Georgia
1245. Hall, County of, Georgia
1246. Haralson, County of, Georgia
1247. Harris, County of, Georgia
1248. Hart, County of, Georgia
1249. Heard, County of, Georgia
1250. Henry, County of, Georgia
1251. Hinesville, City of, Georgia
1252. Holly Springs, City of, Georgia
1253. Houston, County of, Georgia
1254. Jackson, County of, Georgia
1255. Jasper, County of, Georgia
1256. Jeff Davis, County of, Georgia
1257. Jefferson, City of, Georgia
1258. Jefferson, County of, Georgia
1259. Johns Creek, City of, Georgia
1260. Jones, County of, Georgia
1261. Kennesaw, City of, Georgia
1262. Kingsland, City of, Georgia
1263. LaGrange, City of, Georgia
1264. Lamar, County of, Georgia
1265. Lanier, County of, Georgia
1266. Laurens, County of, Georgia
1267. Lawrenceville, City of, Georgia
1268. Lee, County of, Georgia
1269. Liberty, County of, Georgia
1270. Lilburn, City of, Georgia
1271. Loganville, City of, Georgia
1272. Long, County of, Georgia
1273. Lowndes, County of, Georgia
1274. Lumpkin, County of, Georgia
1275. Macon, City of, Georgia
1276. Macon-Bibb, County of, Georgia
1277. Madison, County of, Georgia
1278. Marietta, City of, Georgia
1279. McDonough, City of, Georgia
1280. McDuffie, County of, Georgia
1281. McIntosh, County of, Georgia
1282. Meriwether, County of, Georgia
1283. Milledgeville, City of, Georgia
1284. Milton, City of, Georgia
1285. Mitchell, County of, Georgia
1286. Monroe, City of, Georgia
1287. Monroe, County of, Georgia
1288. Morgan, County of, Georgia
1289. Moultrie, City of, Georgia
1290. Murray, County of, Georgia
1291. Newnan, City of, Georgia
1292. Newton, County of, Georgia
1293. Norcross, City of, Georgia
1294. Oconee, County of, Georgia
1295. Oglethorpe, County of, Georgia
1296. Paulding, County of, Georgia
1297. Peach, County of, Georgia
1298. Peachtree City, City of, Georgia
1299. Peachtree Corners, City of, Georgia
1300. Perry, City of, Georgia
1301. Pickens, County of, Georgia
1302. Pierce, County of, Georgia
1303. Pike, County of, Georgia
1304. Polk, County of, Georgia
1305. Pooler, City of, Georgia
1306. Powder Springs, City of, Georgia
1307. Pulaski, County of, Georgia
1308. Putnam, County of, Georgia
1309. Rabun, County of, Georgia
1310. Richmond Hill, City of, Georgia
1311. Rincon, City of, Georgia
1312. Riverdale, City of, Georgia
1313. Rockdale, County of, Georgia
1314. Rome, City of, Georgia
1315. Roswell, City of, Georgia

1316. Sandy Springs, City of, Georgia
1317. Savannah, City of, Georgia
1318. Screven, County of, Georgia
1319. Smyrna, City of, Georgia
1320. Snellville, City of, Georgia
1321. South Fulton, City of, Georgia
1322. Spalding, County of, Georgia
1323. St. Marys, City of, Georgia
1324. Statesboro, City of, Georgia
1325. Stephens, County of, Georgia
1326. Stockbridge, City of, Georgia
1327. Stonecrest, City of, Georgia
1328. Sugar Hill, City of, Georgia
1329. Sumter, County of, Georgia
1330. Suwanee, City of, Georgia
1331. Tattnall, County of, Georgia
1332. Telfair, County of, Georgia
1333. Thomas, County of, Georgia
1334. Thomasville, City of, Georgia
1335. Tift, County of, Georgia
1336. Tifton, City of, Georgia
1337. Toombs, County of, Georgia
1338. Towns, County of, Georgia
1339. Troup, County of, Georgia
1340. Tucker, City of, Georgia
1341. Union City, City of, Georgia
1342. Union, County of, Georgia
1343. Upson, County of, Georgia
1344. Valdosta, City of, Georgia
1345. Vidalia, City of, Georgia
1346. Villa Rica, City of, Georgia
1347. Walker, County of, Georgia
1348. Walton, County of, Georgia
1349. Ware, County of, Georgia
1350. Warner Robins, City of, Georgia
1351. Washington, County of, Georgia
1352. Waycross, City of, Georgia
1353. Wayne, County of, Georgia
1354. White, County of, Georgia
1355. Whitfield, County of, Georgia
1356. Winder, City of, Georgia
1357. Woodstock, City of, Georgia
1358. Worth, County of, Georgia
1359. Hawaii, County of, Hawaii
1360. Honolulu, County of/ City of, Hawaii

1361. Kauai, County of, Hawaii
1362. Maui, County of, Hawaii
1363. Ada, County of, Idaho
1364. Ammon, City of, Idaho
1365. Bannock, County of, Idaho
1366. Bingham, County of, Idaho
1367. Blackfoot, City of, Idaho
1368. Blaine, County of, Idaho
1369. Boise City, City of, Idaho
1370. Bonner, County of, Idaho
1371. Bonneville, County of, Idaho
1372. Boundary, County of, Idaho
1373. Burley, City of, Idaho
1374. Caldwell, City of, Idaho
1375. Canyon, County of, Idaho
1376. Cassia, County of, Idaho
1377. Chubbuck, City of, Idaho
1378. Coeur d'Alene, City of, Idaho
1379. Eagle, City of, Idaho
1380. Elmore, County of, Idaho
1381. Franklin, County of, Idaho
1382. Fremont, County of, Idaho
1383. Garden City, City of, Idaho
1384. Gem, County of, Idaho
1385. Gooding, County of, Idaho
1386. Hayden, City of, Idaho
1387. Idaho, County of, Idaho
1388. Idaho Falls, City of, Idaho
1389. Jefferson, County of, Idaho
1390. Jerome, City of, Idaho
1391. Jerome, County of, Idaho
1392. Kootenai, County of, Idaho
1393. Kuna, City of, Idaho
1394. Latah, County of, Idaho
1395. Lewiston, City of, Idaho
1396. Madison, County of, Idaho
1397. Meridian, City of, Idaho
1398. Minidoka, County of, Idaho
1399. Moscow, City of, Idaho
1400. Mountain Home, City of, Idaho
1401. Nampa, City of, Idaho
1402. Nez Perce, County of, Idaho
1403. Owyhee, County of, Idaho
1404. Payette, County of, Idaho
1405. Pocatello, City of, Idaho
1406. Post Falls, City of, Idaho

1407. Rexburg, City of, Idaho
1408. Shoshone, County of, Idaho
1409. Star, City of, Idaho
1410. Teton, County of, Idaho
1411. Twin Falls, City of, Idaho
1412. Twin Falls, County of, Idaho
1413. Valley, County of, Idaho
1414. Washington, County of, Idaho
1415. Adams, County of, Illinois
1416. Addison Township, Illinois
1417. Addison, Village of, Illinois
1418. Algonquin Township, Illinois
1419. Algonquin, Village of, Illinois
1420. Alsip, Village of, Illinois
1421. Alton, City of, Illinois
1422. Alton Township, Illinois
1423. Antioch Township, Illinois
1424. Antioch, Village of, Illinois
1425. Arlington Heights, Village of, Illinois
1426. Aurora, City of, Illinois
1427. Aurora Township, Illinois
1428. Aux Sable Township, Illinois
1429. Avon Township, Illinois
1430. Barrington Township, Illinois
1431. Barrington, Village of, Illinois
1432. Bartlett, Village of, Illinois
1433. Batavia, City of, Illinois
1434. Batavia Township, Illinois
1435. Beach Park, Village of, Illinois
1436. Belleville, City of, Illinois
1437. Bellwood, Village of, Illinois
1438. Belvidere, City of, Illinois
1439. Belvidere Township, Illinois
1440. Bensenville, Village of, Illinois
1441. Benton Township, Illinois
1442. Berwyn, City of, Illinois
1443. Berwyn Township, Illinois
1444. Blackberry Township, Illinois
1445. Bloom Township, Illinois
1446. Bloomingdale Township, Illinois
1447. Bloomingdale, Village of, Illinois
1448. Bloomington, City of, Illinois
1449. Bloomington City Township, Illinois
1450. Blue Island, City of, Illinois
1451. Bolingbrook, Village of, Illinois
1452. Bond, County of, Illinois
1453. Boone, County of, Illinois
1454. Bourbonnais Township, Illinois
1455. Bourbonnais, Village of, Illinois
1456. Bradley, Village of, Illinois
1457. Bremen Township, Illinois
1458. Bridgeview, Village of, Illinois
1459. Bristol Township, Illinois
1460. Brookfield, Village of, Illinois
1461. Bruce Township, Illinois
1462. Buffalo Grove, Village of, Illinois
1463. Burbank, City of, Illinois
1464. Bureau, County of, Illinois
1465. Burr Ridge, Village of, Illinois
1466. Cahokia, Village of, Illinois
1467. Calumet City, City of, Illinois
1468. Calumet Township, Illinois
1469. Campton Hills, Village of, Illinois
1470. Campton Township, Illinois
1471. Canton, City of, Illinois
1472. Canton Township, Illinois
1473. Capital Township, Illinois
1474. Carbondale, City of, Illinois
1475. Carbondale Township, Illinois
1476. Carol Stream, Village of, Illinois
1477. Carpentersville, Village of, Illinois
1478. Carroll, County of, Illinois
1479. Cary, Village of, Illinois
1480. Caseyville Township, Illinois
1481. Cass, County of, Illinois
1482. Centralia, City of, Illinois
1483. Centralia Township, Illinois
1484. Centreville Township, Illinois
1485. Champaign, City of, Illinois
1486. Champaign City Township, Illinois
1487. Champaign, County of, Illinois
1488. Champaign Township, Illinois
1489. Channahon Township, Illinois
1490. Channahon, Village of, Illinois
1491. Charleston, City of, Illinois
1492. Charleston Township, Illinois
1493. Chatham, Village of, Illinois
1494. Cherry Valley Township, Illinois
1495. Chicago, City of, Illinois
1496. Chicago Heights, City of, Illinois
1497. Chicago Ridge, Village of, Illinois

1498. Christian, County of, Illinois
1499. Cicero, Town of/ Township of, Illinois
1500. Clark, County of, Illinois
1501. Clay, County of, Illinois
1502. Clinton, County of, Illinois
1503. Coles, County of, Illinois
1504. Collinsville, City of, Illinois
1505. Collinsville Township, Illinois
1506. Coloma Township, Illinois
1507. Columbia, City of, Illinois
1508. Cook, County of, Illinois
1509. Cortland Township, Illinois
1510. Country Club Hills, City of, Illinois
1511. Crawford, County of, Illinois
1512. Crest Hill, City of, Illinois
1513. Crestwood, Village of, Illinois
1514. Crete Township, Illinois
1515. Crystal Lake, City of, Illinois
1516. Cuba Township, Illinois
1517. Cumberland, County of, Illinois
1518. Cunningham Township, Illinois
1519. Danville, City of, Illinois
1520. Danville Township, Illinois
1521. Darien, City of, Illinois
1522. De Witt, County of, Illinois
1523. Decatur, City of, Illinois
1524. Decatur Township, Illinois
1525. Deerfield, Village of, Illinois
1526. DeKalb, City of, Illinois
1527. DeKalb, County of, Illinois
1528. DeKalb Township, Illinois
1529. Des Plaines, City of, Illinois
1530. Dixon, City of, Illinois
1531. Dixon Township, Illinois
1532. Dolton, Village of, Illinois
1533. Dorr Township, Illinois
1534. Douglas, County of, Illinois
1535. Douglas Township, Illinois
1536. Downers Grove Township, Illinois
1537. Downers Grove, Village of, Illinois
1538. Du Page Township, Illinois
1539. Dundee Township, Illinois
1540. DuPage, County of, Illinois
1541. East Moline, City of, Illinois
1542. East Peoria, City of, Illinois
1543. East St. Louis, City of, Illinois
1544. East St. Louis Township, Illinois
1545. Edgar, County of, Illinois
1546. Edwardsville, City of, Illinois
1547. Edwardsville Township, Illinois
1548. Effingham, City of, Illinois
1549. Effingham, County of, Illinois
1550. Ela Township, Illinois
1551. Elgin, City of, Illinois
1552. Elgin Township, Illinois
1553. Elk Grove Township, Illinois
1554. Elk Grove Village, Village of, Illinois
1555. Elmhurst, City of, Illinois
1556. Elmwood Park, Village of, Illinois
1557. Evanston, City of, Illinois
1558. Evergreen Park, Village of, Illinois
1559. Fairview Heights, City of, Illinois
1560. Fayette, County of, Illinois
1561. Flagg Township, Illinois
1562. Fondulac Township, Illinois
1563. Ford, County of, Illinois
1564. Forest Park, Village of, Illinois
1565. Fox Lake, Village of, Illinois
1566. Frankfort Township, Illinois
1567. Frankfort, Village of, Illinois
1568. Franklin, County of, Illinois
1569. Franklin Park, Village of, Illinois
1570. Freeport, City of, Illinois
1571. Freeport Township, Illinois
1572. Fremont Township, Illinois
1573. Fulton, County of, Illinois
1574. Galesburg, City of, Illinois
1575. Galesburg City Township, Illinois
1576. Geneva, City of, Illinois
1577. Geneva Township, Illinois
1578. Glen Carbon, Village of, Illinois
1579. Glen Ellyn, Village of, Illinois
1580. Glendale Heights, Village of, Illinois
1581. Glenview, Village of, Illinois
1582. Godfrey Township, Illinois
1583. Godfrey, Village of, Illinois
1584. Grafton Township, Illinois
1585. Granite City, City of, Illinois
1586. Granite City Township, Illinois
1587. Grant Township, Illinois

1588. Grayslake, Village of, Illinois
1589. Greene, County of, Illinois
1590. Greenwood Township, Illinois
1591. Groveland Township, Illinois
1592. Grundy, County of, Illinois
1593. Gurnee, Village of, Illinois
1594. Hampton Township, Illinois
1595. Hancock, County of, Illinois
1596. Hanover Park, Village of, Illinois
1597. Hanover Township, Illinois
1598. Harlem Township, Illinois
1599. Harrisburg Township, Illinois
1600. Harvey, City of, Illinois
1601. Hazel Crest, Village of, Illinois
1602. Henry, County of, Illinois
1603. Herrin, City of, Illinois
1604. Hickory Hills, City of, Illinois
1605. Hickory Point Township, Illinois
1606. Highland Park, City of, Illinois
1607. Hinsdale, Village of, Illinois
1608. Hoffman Estates, Village of, Illinois
1609. Homer Glen, Village of, Illinois
1610. Homer Township, Illinois
1611. Homewood, Village of, Illinois
1612. Huntley, Village of, Illinois
1613. Iroquois, County of, Illinois
1614. Jackson, County of, Illinois
1615. Jacksonville, City of, Illinois
1616. Jarvis Township, Illinois
1617. Jefferson, County of, Illinois
1618. Jersey, County of, Illinois
1619. Jo Daviess, County of, Illinois
1620. Johnson, County of, Illinois
1621. Joliet, City of, Illinois
1622. Joliet Township, Illinois
1623. Justice, Village of, Illinois
1624. Kane, County of, Illinois
1625. Kankakee, City of, Illinois
1626. Kankakee, County of, Illinois
1627. Kankakee Township, Illinois
1628. Kendall, County of, Illinois
1629. Kewanee, City of, Illinois
1630. Knox, County of, Illinois
1631. La Grange Park, Village of, Illinois
1632. La Grange, Village of, Illinois
1633. Lake, County of, Illinois
1634. Lake Forest, City of, Illinois
1635. Lake in the Hills, Village of, Illinois
1636. Lake Villa Township, Illinois
1637. Lake Zurich, Village of, Illinois
1638. Lansing, Village of, Illinois
1639. LaSalle, County of, Illinois
1640. LaSalle Township, Illinois
1641. Lawrence, County of, Illinois
1642. Lee, County of, Illinois
1643. Lemont Township, Illinois
1644. Lemont, Village of, Illinois
1645. Leyden Township, Illinois
1646. Libertyville Township, Illinois
1647. Libertyville, Village of, Illinois
1648. Limestone Township, Illinois
1649. Lincoln, City of, Illinois
1650. Lincolnwood, Village of, Illinois
1651. Lindenhurst, Village of, Illinois
1652. Lisle Township, Illinois
1653. Lisle, Village of, Illinois
1654. Little Rock Township, Illinois
1655. Livingston, County of, Illinois
1656. Lockport, City of, Illinois
1657. Lockport Township, Illinois
1658. Logan, County of, Illinois
1659. Lombard, Village of, Illinois
1660. Long Creek Township, Illinois
1661. Loves Park, City of, Illinois
1662. Lyons Township, Illinois
1663. Lyons, Village of, Illinois
1664. Machesney Park, Village of, Illinois
1665. Macomb, City of, Illinois
1666. Macomb City Township, Illinois
1667. Macon, County of, Illinois
1668. Macoupin, County of, Illinois
1669. Madison, County of, Illinois
1670. Mahomet Township, Illinois
1671. Maine Township, Illinois
1672. Manhattan Township, Illinois
1673. Manteno Township, Illinois
1674. Marion, City of, Illinois
1675. Marion, County of, Illinois
1676. Markham, City of, Illinois
1677. Marshall, County of, Illinois
1678. Mason, County of, Illinois
1679. Massac, County of, Illinois

1680. Matteson, Village of, Illinois
1681. Mattoon, City of, Illinois
1682. Mattoon, Township of, Illinois
1683. Maywood, Village of, Illinois
1684. McDonough, County of, Illinois
1685. McHenry, City of, Illinois
1686. McHenry, County of, Illinois
1687. McHenry, Township of, Illinois
1688. McLean, County of, Illinois
1689. Medina, Township of, Illinois
1690. Melrose Park, Village of, Illinois
1691. Menard, County of, Illinois
1692. Mercer, County of, Illinois
1693. Midlothian, Village of, Illinois
1694. Milton Township, Illinois
1695. Minooka, Village of, Illinois
1696. Mokena, Village of, Illinois
1697. Moline, City of, Illinois
1698. Moline, Township of, Illinois
1699. Monee, Township of, Illinois
1700. Monroe, County of, Illinois
1701. Montgomery, County of, Illinois
1702. Montgomery, Village of, Illinois
1703. Moraine, Township of, Illinois
1704. Morgan, County of, Illinois
1705. Morris, City of, Illinois
1706. Morton Grove, Village of, Illinois
1707. Morton, Township of, Illinois
1708. Morton, Village of, Illinois
1709. Moultrie, County of, Illinois
1710. Mount Prospect, Village of, Illinois
1711. Mount Vernon, City of, Illinois
1712. Mount Vernon, Township of, Illinois
1713. Mundelein, Village of, Illinois
1714. Nameoki, Township of, Illinois
1715. Naperville, City of, Illinois
1716. Naperville, Township of, Illinois
1717. New Lenox, Township of, Illinois
1718. New Lenox, Village of, Illinois
1719. New Trier, Township of, Illinois
1720. Newell, Township of, Illinois
1721. Niles, Township of, Illinois
1722. Niles, Village of, Illinois
1723. Normal, Town of, Illinois
1724. Normal, Township of, Illinois
1725. Norridge, Village of, Illinois
1726. North Aurora, Village of, Illinois
1727. North Chicago, City of, Illinois
1728. Northbrook, Village of, Illinois
1729. Northfield, Township of, Illinois
1730. Northlake, City of, Illinois
1731. Norwood Park, Township of, Illinois
1732. Nunda, Township of, Illinois
1733. Oak Forest, City of, Illinois
1734. Oak Lawn, Village of, Illinois
1735. Oak Park, Township of, Illinois
1736. Oak Park, Village of, Illinois
1737. O'Fallon, City of, Illinois
1738. O'Fallon, Township of, Illinois
1739. Ogle, County of, Illinois
1740. Orland Park, Village of, Illinois
1741. Orland, Township of, Illinois
1742. Oswego, Township of, Illinois
1743. Oswego, Village of, Illinois
1744. Ottawa, City of, Illinois
1745. Ottawa, Township of, Illinois
1746. Palatine, Township of, Illinois
1747. Palatine, Village of, Illinois
1748. Palos Heights, City of, Illinois
1749. Palos Hills, City of, Illinois
1750. Palos, Township of, Illinois
1751. Park Forest, Village of, Illinois
1752. Park Ridge, City of, Illinois
1753. Pekin, City of, Illinois
1754. Pekin, Township of, Illinois
1755. Peoria, City of, Illinois
1756. Peoria City Township, Illinois
1757. Peoria, County of, Illinois
1758. Perry, County of, Illinois
1759. Peru, Township of, Illinois
1760. Piatt, County of, Illinois
1761. Pike, County of, Illinois
1762. Plainfield, Township of, Illinois
1763. Plainfield, Village of, Illinois
1764. Plano, City of, Illinois
1765. Pontiac, City of, Illinois
1766. Pontiac, Township of, Illinois
1767. Prospect Heights, City of, Illinois
1768. Proviso, Township of, Illinois
1769. Quincy, City of, Illinois
1770. Quincy, Township of, Illinois
1771. Randolph, County of, Illinois

1772. Rantoul, Township of, Illinois
1773. Rantoul, Village of, Illinois
1774. Rich, Township of, Illinois
1775. Richland, County of, Illinois
1776. Richton Park, Village of, Illinois
1777. River Forest, Township of, Illinois
1778. River Forest, Village of, Illinois
1779. Riverdale, Village of, Illinois
1780. Riverside, Township of, Illinois
1781. Rock Island, City of, Illinois
1782. Rock Island, County of, Illinois
1783. Rock Island, Township of, Illinois
1784. Rockford, City of, Illinois
1785. Rockford, Township of, Illinois
1786. Rockton, Township of, Illinois
1787. Rolling Meadows, City of, Illinois
1788. Romeoville, Village of, Illinois
1789. Roscoe, Township of, Illinois
1790. Roscoe, Village of, Illinois
1791. Roselle, Village of, Illinois
1792. Round Lake Beach, Village of, Illinois
1793. Round Lake, Village of, Illinois
1794. Rutland, Township of, Illinois
1795. Saline, County of, Illinois
1796. Sangamon, County of, Illinois
1797. Sauk Village, Village of, Illinois
1798. Schaumburg, Township of, Illinois
1799. Schaumburg, Village of, Illinois
1800. Schiller Park, Village of, Illinois
1801. Shelby, County of, Illinois
1802. Shields, Township of, Illinois
1803. Shiloh Valley, Township of, Illinois
1804. Shiloh, Village of, Illinois
1805. Shorewood, Village of, Illinois
1806. Skokie, Village of, Illinois
1807. South Elgin, Village of, Illinois
1808. South Holland, Village of, Illinois
1809. South Moline, Township of, Illinois
1810. South Rock Island, Township of, Illinois
1811. Springfield, City of, Illinois
1812. St. Charles, City of, Illinois
1813. St. Charles, Township of, Illinois
1814. St. Clair, County of, Illinois
1815. St. Clair, Township of, Illinois
1816. Stephenson, County of, Illinois
1817. Sterling, City of, Illinois
1818. Sterling, Township of, Illinois
1819. Stickney, Township of, Illinois
1820. Streamwood, Village of, Illinois
1821. Streator, City of, Illinois
1822. Sugar Grove, Township of, Illinois
1823. Summit, Village of, Illinois
1824. Swansea, Village of, Illinois
1825. Sycamore, City of, Illinois
1826. Sycamore, Township of, Illinois
1827. Taylorville, City of, Illinois
1828. Taylorville, Township of, Illinois
1829. Tazewell, County of, Illinois
1830. Thornton, Township of, Illinois
1831. Tinley Park, Village of, Illinois
1832. Troy, City of, Illinois
1833. Troy, Township of, Illinois
1834. Union, County of, Illinois
1835. Urbana, City of, Illinois
1836. Vermilion, County of, Illinois
1837. Vernon Hills, Village of, Illinois
1838. Vernon, Township of, Illinois
1839. Villa Park, Village of, Illinois
1840. Wabash, County of, Illinois
1841. Warren, County of, Illinois
1842. Warren, Township of, Illinois
1843. Warrenville, City of, Illinois
1844. Washington, City of, Illinois
1845. Washington, County of, Illinois
1846. Washington, Township of, Illinois
1847. Waterloo, City of, Illinois
1848. Wauconda, Township of, Illinois
1849. Wauconda, Village of, Illinois
1850. Waukegan, City of, Illinois
1851. Waukegan, Township of, Illinois
1852. Wayne, County of, Illinois
1853. Wayne, Township of, Illinois
1854. West Chicago, City of, Illinois
1855. West Deerfield, Township of, Illinois
1856. Westchester, Village of, Illinois
1857. Western Springs, Village of, Illinois
1858. Westmont, Village of, Illinois
1859. Wheatland, Township of, Illinois
1860. Wheaton, City of, Illinois
1861. Wheeling, Township of, Illinois

1862. Wheeling, Village of, Illinois
1863. White, County of, Illinois
1864. Whiteside, County of, Illinois
1865. Will, County of, Illinois
1866. Williamson, County of, Illinois
1867. Wilmette, Village of, Illinois
1868. Winfield, Township of, Illinois
1869. Winnebago, County of, Illinois
1870. Winnetka, Village of, Illinois
1871. Wood Dale, City of, Illinois
1872. Wood River, City of, Illinois
1873. Wood River, Township of, Illinois
1874. Woodford, County of, Illinois
1875. Woodridge, Village of, Illinois
1876. Woodside, Township of, Illinois
1877. Woodstock, City of, Illinois
1878. Worth, Township of, Illinois
1879. Worth, Village of, Illinois
1880. York, Township of, Illinois
1881. Yorkville, City of, Illinois
1882. Zion, City of, Illinois
1883. Zion, Township of, Illinois
1884. Aboite, Township of, Indiana
1885. Adams, County of, Indiana
1886. Adams, Township of, Indiana
1887. Addison, Township of, Indiana
1888. Allen, County of, Indiana
1889. Anderson, City of, Indiana
1890. Anderson, Township of, Indiana
1891. Auburn, City of, Indiana
1892. Avon, Town of, Indiana
1893. Bainbridge, Township of, Indiana
1894. Bartholomew, County of, Indiana
1895. Baugo, Township of, Indiana
1896. Bedford, City of, Indiana
1897. Beech Grove, City of, Indiana
1898. Blackford, County of, Indiana
1899. Bloomington, City of, Indiana
1900. Bloomington, Township of, Indiana
1901. Bluffton, City of, Indiana
1902. Boon, Township of, Indiana
1903. Boone, County of, Indiana
1904. Brown, County of, Indiana
1905. Brown, Township of, Indiana
1906. Brownsburg, Town of, Indiana
1907. Calumet, Township of, Indiana

1908. Carmel, City of, Indiana
1909. Carroll, County of, Indiana
1910. Cass, County of, Indiana
1911. Cedar Creek, Township of, Indiana
1912. Cedar Lake, Town of, Indiana
1913. Center, Township of, Indiana
1914. Centre, Township of, Indiana
1915. Charlestown, Township of, Indiana
1916. Chesterton, Town of, Indiana
1917. Clark, County of, Indiana
1918. Clarksville, Town of, Indiana
1919. Clay, County of, Indiana
1920. Clay, Township of, Indiana
1921. Cleveland, Township of, Indiana
1922. Clinton, County of, Indiana
1923. Columbia, Township of, Indiana
1924. Columbus, City of, Indiana
1925. Columbus, Township of, Indiana
1926. Concord, Township of, Indiana
1927. Connersville, City of, Indiana
1928. Connersville, Township of, Indiana
1929. Coolspring, Township of, Indiana
1930. Crawford, County of, Indiana
1931. Crawfordsville, City of, Indiana
1932. Crown Point, City of, Indiana
1933. Danville, Town of, Indiana
1934. Daviess, County of, Indiana
1935. Dearborn, County of, Indiana
1936. Decatur, County of, Indiana
1937. Decatur, Township of, Indiana
1938. DeKalb, County of, Indiana
1939. Delaware, County of, Indiana
1940. Delaware, Township of, Indiana
1941. Dubois, County of, Indiana
1942. Dyer, Town of, Indiana
1943. East Chicago, City of, Indiana
1944. Eel, Township of, Indiana
1945. Elkhart, City of, Indiana
1946. Elkhart, County of, Indiana
1947. Elkhart, Township of, Indiana
1948. Evansville, City of, Indiana
1949. Fairfield, Township of, Indiana
1950. Fall Creek, Township of, Indiana
1951. Fayette, County of, Indiana
1952. Fishers, City of, Indiana
1953. Floyd, County of, Indiana

1954. Fort Wayne, City of, Indiana
1955. Fountain, County of, Indiana
1956. Frankfort, City of, Indiana
1957. Franklin, City of, Indiana
1958. Franklin, County of, Indiana
1959. Franklin, Township of, Indiana
1960. Fulton, County of, Indiana
1961. Gary, City of, Indiana
1962. Georgetown, Township of, Indiana
1963. Gibson, County of, Indiana
1964. Goshen, City of, Indiana
1965. Grant, County of, Indiana
1966. Greencastle, City of, Indiana
1967. Greencastle, Township of, Indiana
1968. Greene, County of, Indiana
1969. Greenfield, City of, Indiana
1970. Greensburg, City of, Indiana
1971. Greenwood, City of, Indiana
1972. Griffith, Town of, Indiana
1973. Guilford, Township of, Indiana
1974. Hamilton, County of, Indiana
1975. Hammond, City of, Indiana
1976. Hancock, County of, Indiana
1977. Hanover, Township of, Indiana
1978. Harris, Township of, Indiana
1979. Harrison, County of, Indiana
1980. Harrison, Township of, Indiana
1981. Hendricks, County of, Indiana
1982. Henry, County of, Indiana
1983. Henry, Township of, Indiana
1984. Highland, Town of, Indiana
1985. Hobart, City of, Indiana
1986. Hobart, Township of, Indiana
1987. Honey Creek, Township of, Indiana
1988. Howard, County of, Indiana
1989. Huntington, City of, Indiana
1990. Huntington, County of, Indiana
1991. Huntington, Township of, Indiana
1992. Jackson, County of, Indiana
1993. Jackson, Township of, Indiana
1994. Jasper, City of, Indiana
1995. Jasper, County of, Indiana
1996. Jay, County of, Indiana
1997. Jefferson, County of, Indiana
1998. Jefferson, Township of, Indiana
1999. Jeffersonville, City of, Indiana
2000. Jeffersonville, Township of, Indiana
2001. Jennings, County of, Indiana
2002. Johnson, County of, Indiana
2003. Keener, Township of, Indiana
2004. Knight, Township of, Indiana
2005. Knox, County of, Indiana
2006. Kokomo, City of, Indiana
2007. Kosciusko, County of, Indiana
2008. La Porte, City of, Indiana
2009. Lafayette, City of, Indiana
2010. LaGrange, County of, Indiana
2011. Lake, County of, Indiana
2012. Lake Station, City of, Indiana
2013. LaPorte, County of, Indiana
2014. Lawrence, City of, Indiana
2015. Lawrence, County of, Indiana
2016. Lawrence, Township of, Indiana
2017. Lawrenceburg, Township of, Indiana
2018. Lebanon, City of, Indiana
2019. Lincoln, Township of, Indiana
2020. Logansport, City of, Indiana
2021. Lost Creek, Township of, Indiana
2022. Madison, City of, Indiana
2023. Madison, County of, Indiana
2024. Madison, Township of, Indiana
2025. Marion, City of, Indiana
2026. Marion, County of/ Indianapolis, City of, Indiana
2027. Marshall, County of, Indiana
2028. Martin, County of, Indiana
2029. Martinsville, City of, Indiana
2030. Merrillville, Town of, Indiana
2031. Miami, County of, Indiana
2032. Michigan City, City of, Indiana
2033. Michigan, Township of, Indiana
2034. Mill, Township of, Indiana
2035. Mishawaka, City of, Indiana
2036. Monroe, County of, Indiana
2037. Montgomery, County of, Indiana
2038. Morgan, County of, Indiana
2039. Muncie, City of, Indiana
2040. Munster, Town of, Indiana
2041. New Albany, City of, Indiana
2042. New Albany, Township of, Indiana
2043. New Castle, City of, Indiana
2044. New Haven, City of, Indiana

| | | | |
|---|---|---|---|
| 2045. | Newton, County of, Indiana | 2091. | St. John, Township of, Indiana |
| 2046. | Noble, County of, Indiana | 2092. | St. Joseph, County of, Indiana |
| 2047. | Noble, Township of, Indiana | 2093. | St. Joseph, Township of, Indiana |
| 2048. | Noblesville, City of, Indiana | 2094. | Starke, County of, Indiana |
| 2049. | Noblesville, Township of, Indiana | 2095. | Steuben, County of, Indiana |
| 2050. | North, Township of, Indiana | 2096. | Sugar Creek, Township of, Indiana |
| 2051. | Ohio, Township of, Indiana | 2097. | Sullivan, County of, Indiana |
| 2052. | Orange, County of, Indiana | 2098. | Switzerland, County of, Indiana |
| 2053. | Osolo, Township of, Indiana | 2099. | Terre Haute, City of, Indiana |
| 2054. | Owen, County of, Indiana | 2100. | Tippecanoe, County of, Indiana |
| 2055. | Parke, County of, Indiana | 2101. | Tipton, County of, Indiana |
| 2056. | Patoka, Township of, Indiana | 2102. | Troy, Township of, Indiana |
| 2057. | Penn, Township of, Indiana | 2103. | Union, Township of, Indiana |
| 2058. | Perry, County of, Indiana | 2104. | Valparaiso, City of, Indiana |
| 2059. | Perry, Township of, Indiana | 2105. | Van Buren, Township of, Indiana |
| 2060. | Peru, City of, Indiana | 2106. | Vanderburgh, County of, Indiana |
| 2061. | Peru, Township of, Indiana | 2107. | Vermillion, County of, Indiana |
| 2062. | Pigeon, Township of, Indiana | 2108. | Vernon, Township of, Indiana |
| 2063. | Pike, County of, Indiana | 2109. | Vigo, County of, Indiana |
| 2064. | Pike, Township of, Indiana | 2110. | Vincennes, City of, Indiana |
| 2065. | Pipe Creek, Township of, Indiana | 2111. | Vincennes, Township of, Indiana |
| 2066. | Plainfield, Town of, Indiana | 2112. | Wabash, County of, Indiana |
| 2067. | Pleasant, Township of, Indiana | 2113. | Wabash, Township of, Indiana |
| 2068. | Portage, City of, Indiana | 2114. | Warren, Township of, Indiana |
| 2069. | Portage, Township of, Indiana | 2115. | Warrick, County of, Indiana |
| 2070. | Porter, County of, Indiana | 2116. | Warsaw, City of, Indiana |
| 2071. | Posey, County of, Indiana | 2117. | Washington, City of, Indiana |
| 2072. | Pulaski, County of, Indiana | 2118. | Washington, County of, Indiana |
| 2073. | Putnam, County of, Indiana | 2119. | Washington, Township of, Indiana |
| 2074. | Randolph, County of, Indiana | 2120. | Wayne, County of, Indiana |
| 2075. | Richland, Township of, Indiana | 2121. | Wayne, Township of, Indiana |
| 2076. | Richmond, City of, Indiana | 2122. | Wea, Township of, Indiana |
| 2077. | Ripley, County of, Indiana | 2123. | Wells, County of, Indiana |
| 2078. | Ross, Township of, Indiana | 2124. | West Lafayette, City of, Indiana |
| 2079. | Rush, County of, Indiana | 2125. | Westchester, Township of, Indiana |
| 2080. | Schererville, Town of, Indiana | 2126. | Westfield, City of, Indiana |
| 2081. | Scott, County of, Indiana | 2127. | White, County of, Indiana |
| 2082. | Seymour, City of, Indiana | 2128. | White River, Township of, Indiana |
| 2083. | Shawswick, Township of, Indiana | 2129. | Whitley, County of, Indiana |
| 2084. | Shelby, County of, Indiana | 2130. | Winfield, Township of, Indiana |
| 2085. | Shelbyville, City of, Indiana | 2131. | Yorktown, Town of, Indiana |
| 2086. | Silver Creek, Township of, Indiana | 2132. | Zionsville, Town of, Indiana |
| 2087. | South Bend, City of, Indiana | 2133. | Allamakee, County of, Iowa |
| 2088. | Speedway, Town of, Indiana | 2134. | Altoona, City of, Iowa |
| 2089. | Spencer, County of, Indiana | 2135. | Ames, City of, Iowa |
| 2090. | St. John, Town of, Indiana | 2136. | Ankeny, City of, Iowa |

2137. Appanoose, County of, Iowa
2138. Benton, County of, Iowa
2139. Bettendorf, City of, Iowa
2140. Black Hawk, County of, Iowa
2141. Boone, City of, Iowa
2142. Boone, County of, Iowa
2143. Bremer, County of, Iowa
2144. Buchanan, County of, Iowa
2145. Buena Vista, County of, Iowa
2146. Burlington, City of, Iowa
2147. Butler, County of, Iowa
2148. Carroll, County of, Iowa
2149. Cass, County of, Iowa
2150. Cedar, County of, Iowa
2151. Cedar Falls, City of, Iowa
2152. Cedar Rapids, City of, Iowa
2153. Cerro Gordo, County of, Iowa
2154. Cherokee, County of, Iowa
2155. Chickasaw, County of, Iowa
2156. Clay, County of, Iowa
2157. Clayton, County of, Iowa
2158. Clinton, City of, Iowa
2159. Clinton, County of, Iowa
2160. Clive, City of, Iowa
2161. Coralville, City of, Iowa
2162. Council Bluffs, City of, Iowa
2163. Crawford, County of, Iowa
2164. Dallas, County of, Iowa
2165. Davenport, City of, Iowa
2166. Delaware, County of, Iowa
2167. Des Moines, City of, Iowa
2168. Des Moines, County of, Iowa
2169. Dickinson, County of, Iowa
2170. Dubuque, City of, Iowa
2171. Dubuque, County of, Iowa
2172. Fairfield, City of, Iowa
2173. Fayette, County of, Iowa
2174. Floyd, County of, Iowa
2175. Fort Dodge, City of, Iowa
2176. Fort Madison, City of, Iowa
2177. Franklin, County of, Iowa
2178. Grimes, City of, Iowa
2179. Grundy, County of, Iowa
2180. Guthrie, County of, Iowa
2181. Hamilton, County of, Iowa
2182. Hancock, County of, Iowa

2183. Hardin, County of, Iowa
2184. Harrison, County of, Iowa
2185. Henry, County of, Iowa
2186. Indianola, City of, Iowa
2187. Iowa City, City of, Iowa
2188. Iowa, County of, Iowa
2189. Jackson, County of, Iowa
2190. Jasper, County of, Iowa
2191. Jefferson, County of, Iowa
2192. Johnson, County of, Iowa
2193. Johnston, City of, Iowa
2194. Jones, County of, Iowa
2195. Keokuk, City of, Iowa
2196. Keokuk, County of, Iowa
2197. Kossuth, County of, Iowa
2198. Le Mars, City of, Iowa
2199. Lee, County of, Iowa
2200. Linn, County of, Iowa
2201. Louisa, County of, Iowa
2202. Lyon, County of, Iowa
2203. Madison, County of, Iowa
2204. Mahaska, County of, Iowa
2205. Marion, City of, Iowa
2206. Marion, County of, Iowa
2207. Marshall, County of, Iowa
2208. Marshalltown, City of, Iowa
2209. Mason City, City of, Iowa
2210. Mills, County of, Iowa
2211. Mitchell, County of, Iowa
2212. Muscatine, City of, Iowa
2213. Muscatine, County of, Iowa
2214. Newton, City of, Iowa
2215. North Liberty, City of, Iowa
2216. Norwalk, City of, Iowa
2217. O'Brien, County of, Iowa
2218. Oskaloosa, City of, Iowa
2219. Ottumwa, City of, Iowa
2220. Page, County of, Iowa
2221. Pella, City of, Iowa
2222. Pleasant Hill, City of, Iowa
2223. Plymouth, County of, Iowa
2224. Polk, County of, Iowa
2225. Pottawattamie, County of, Iowa
2226. Poweshiek, County of, Iowa
2227. Scott, County of, Iowa
2228. Shelby, County of, Iowa

2229. Sioux City, City of, Iowa
2230. Sioux, County of, Iowa
2231. Spencer, City of, Iowa
2232. Storm Lake, City of, Iowa
2233. Story, County of, Iowa
2234. Tama, County of, Iowa
2235. Union, County of, Iowa
2236. Urbandale, City of, Iowa
2237. Wapello, County of, Iowa
2238. Warren, County of, Iowa
2239. Washington, County of, Iowa
2240. Waterloo, City of, Iowa
2241. Waukee, City of, Iowa
2242. Waverly, City of, Iowa
2243. Webster, County of, Iowa
2244. West Des Moines, City of, Iowa
2245. Winnebago, County of, Iowa
2246. Winneshiek, County of, Iowa
2247. Woodbury, County of, Iowa
2248. Wright, County of, Iowa
2249. Allen, County of, Kansas
2250. Andover, City of, Kansas
2251. Arkansas City, City of, Kansas
2252. Atchison, City of, Kansas
2253. Atchison, County of, Kansas
2254. Barton, County of, Kansas
2255. Bourbon, County of, Kansas
2256. Bruno, Township of, Kansas
2257. Butler, County of, Kansas
2258. Cherokee, County of, Kansas
2259. Cowley, County of, Kansas
2260. Crawford, County of, Kansas
2261. Derby, City of, Kansas
2262. Dickinson, County of, Kansas
2263. Dodge City, City of, Kansas
2264. Douglas, County of, Kansas
2265. El Dorado, City of, Kansas
2266. Ellis, County of, Kansas
2267. Emporia, City of, Kansas
2268. Fairmount, Township of, Kansas
2269. Finney, County of, Kansas
2270. Ford, County of, Kansas
2271. Franklin, County of, Kansas
2272. Garden City, City of, Kansas
2273. Gardner, City of, Kansas
2274. Geary, County of, Kansas
2275. Great Bend, City of, Kansas
2276. Harvey, County of, Kansas
2277. Hays, City of, Kansas
2278. Haysville, City of, Kansas
2279. Haysville, City of, Kansas
2280. Hutchinson, City of, Kansas
2281. Jackson, County of, Kansas
2282. Jefferson, County of, Kansas
2283. Johnson, County of, Kansas
2284. Junction City, City of, Kansas
2285. Kansas City, City of, Kansas
2286. Kansas City, City of, Kansas
2287. Labette, County of, Kansas
2288. Lansing, City of, Kansas
2289. Lawrence, City of, Kansas
2290. Lawrence, City of, Kansas
2291. Leavenworth, City of, Kansas
2292. Leavenworth, County of, Kansas
2293. Leawood, City of, Kansas
2294. Lenexa, City of, Kansas
2295. Liberal, City of, Kansas
2296. Lyon, County of, Kansas
2297. Madison, Township of, Kansas
2298. Manhattan, City of, Kansas
2299. Marion, County of, Kansas
2300. McPherson, City of, Kansas
2301. McPherson, County of, Kansas
2302. Merriam, City of, Kansas
2303. Miami, County of, Kansas
2304. Montgomery, County of, Kansas
2305. Nemaha, County of, Kansas
2306. Neosho, County of, Kansas
2307. Newton, City of, Kansas
2308. Olathe, City of, Kansas
2309. Osage, County of, Kansas
2310. Ottawa, City of, Kansas
2311. Overland Park, City of, Kansas
2312. Pittsburg, City of, Kansas
2313. Pottawatomie, County of, Kansas
2314. Prairie, Village of, City of, Kansas
2315. Reno, County of, Kansas
2316. Riley, County of, Kansas
2317. Riverside, Township of, Kansas
2318. Rockford, Township of, Kansas
2319. Salina, City of, Kansas
2320. Saline, County of, Kansas

2321. Sedgwick, County of, Kansas
2322. Seward, County of, Kansas
2323. Shawnee, City of, Kansas
2324. Shawnee, County of, Kansas
2325. Soldier, Township of, Kansas
2326. Sumner, County of, Kansas
2327. Topeka, City of, Kansas
2328. Wichita, City of, Kansas
2329. Winfield, City of, Kansas
2330. Wyandotte, County of, Kansas
2331. Adair, County of, Kentucky
2332. Allen, County of, Kentucky
2333. Anderson, County of, Kentucky
2334. Ashland, City of, Kentucky
2335. Bardstown, City of, Kentucky
2336. Barren, County of, Kentucky
2337. Bath, County of, Kentucky
2338. Bell, County of, Kentucky
2339. Berea, City of, Kentucky
2340. Boone, County of, Kentucky
2341. Bourbon, County of, Kentucky
2342. Bowling Green, City of, Kentucky
2343. Boyd, County of, Kentucky
2344. Boyle, County of, Kentucky
2345. Breathitt, County of, Kentucky
2346. Breckinridge, County of, Kentucky
2347. Bullitt, County of, Kentucky
2348. Butler, County of, Kentucky
2349. Caldwell, County of, Kentucky
2350. Calloway, County of, Kentucky
2351. Campbell, County of, Kentucky
2352. Campbellsville, City of, Kentucky
2353. Carroll, County of, Kentucky
2354. Carter, County of, Kentucky
2355. Casey, County of, Kentucky
2356. Christian, County of, Kentucky
2357. Clark, County of, Kentucky
2358. Clay, County of, Kentucky
2359. Clinton, County of, Kentucky
2360. Covington, City of, Kentucky
2361. Danville, City of, Kentucky
2362. Daviess, County of, Kentucky
2363. Edmonson, County of, Kentucky
2364. Elizabethtown, City of, Kentucky
2365. Erlanger, City of, Kentucky
2366. Estill, County of, Kentucky

2367. Fleming, County of, Kentucky
2368. Florence, City of, Kentucky
2369. Floyd, County of, Kentucky
2370. Fort Thomas, City of, Kentucky
2371. Frankfort, City of, Kentucky
2372. Franklin, County of, Kentucky
2373. Garrard, County of, Kentucky
2374. Georgetown, City of, Kentucky
2375. Glasgow, City of, Kentucky
2376. Grant, County of, Kentucky
2377. Graves, County of, Kentucky
2378. Grayson, County of, Kentucky
2379. Green, County of, Kentucky
2380. Greenup, County of, Kentucky
2381. Hardin, County of, Kentucky
2382. Harlan, County of, Kentucky
2383. Harrison, County of, Kentucky
2384. Hart, County of, Kentucky
2385. Henderson, City of, Kentucky
2386. Henderson, County of, Kentucky
2387. Henry, County of, Kentucky
2388. Hopkins, County of, Kentucky
2389. Hopkinsville, City of, Kentucky
2390. Independence, City of, Kentucky
2391. Jackson, County of, Kentucky
2392. Jeffersontown, City of, Kentucky
2393. Jessamine, County of, Kentucky
2394. Johnson, County of, Kentucky
2395. Kenton, County of, Kentucky
2396. Knott, County of, Kentucky
2397. Knox, County of, Kentucky
2398. Larue, County of, Kentucky
2399. Laurel, County of, Kentucky
2400. Lawrence, County of, Kentucky
2401. Lawrenceburg, City of, Kentucky
2402. Letcher, County of, Kentucky
2403. Lewis, County of, Kentucky
2404. Lexington-Fayette, Urban County of, Kentucky
2405. Lincoln, County of, Kentucky
2406. Logan, County of, Kentucky
2407. Louisville/Jefferson, County Metro of, Kentucky
2408. Lyndon, City of, Kentucky
2409. Madison, County of, Kentucky
2410. Madisonville, City of, Kentucky

2411. Magoffin, County of, Kentucky
2412. Marion, County of, Kentucky
2413. Marshall, County of, Kentucky
2414. Martin, County of, Kentucky
2415. Mason, County of, Kentucky
2416. McCracken, County of, Kentucky
2417. McCreary, County of, Kentucky
2418. Meade, County of, Kentucky
2419. Mercer, County of, Kentucky
2420. Metcalfe, County of, Kentucky
2421. Monroe, County of, Kentucky
2422. Montgomery, County of, Kentucky
2423. Morgan, County of, Kentucky
2424. Mount Washington, City of, Kentucky
2425. Muhlenberg, County of, Kentucky
2426. Murray, City of, Kentucky
2427. Nelson, County of, Kentucky
2428. Newport, City of, Kentucky
2429. Nicholasville, City of, Kentucky
2430. Ohio, County of, Kentucky
2431. Oldham, County of, Kentucky
2432. Owen, County of, Kentucky
2433. Owensboro, City of, Kentucky
2434. Paducah, City of, Kentucky
2435. Pendleton, County of, Kentucky
2436. Perry, County of, Kentucky
2437. Pike, County of, Kentucky
2438. Powell, County of, Kentucky
2439. Pulaski, County of, Kentucky
2440. Radcliff, City of, Kentucky
2441. Richmond, City of, Kentucky
2442. Rockcastle, County of, Kentucky
2443. Rowan, County of, Kentucky
2444. Russell, County of, Kentucky
2445. Scott, County of, Kentucky
2446. Shelby, County of, Kentucky
2447. Shelbyville, City of, Kentucky
2448. Shepherdsville, City of, Kentucky
2449. Shively, City of, Kentucky
2450. Simpson, County of, Kentucky
2451. Somerset, City of, Kentucky
2452. Spencer, County of, Kentucky
2453. St. Matthews, City of, Kentucky
2454. Taylor, County of, Kentucky
2455. Todd, County of, Kentucky

2456. Trigg, County of, Kentucky
2457. Union, County of, Kentucky
2458. Warren, County of, Kentucky
2459. Washington, County of, Kentucky
2460. Wayne, County of, Kentucky
2461. Webster, County of, Kentucky
2462. Whitley, County of, Kentucky
2463. Winchester, City of, Kentucky
2464. Woodford, County of, Kentucky
2465. Morgan, County of, Kentucky
Louisiana
2466. Abbeville, City of, Louisiana
2467. Acadia, Parish of, Louisiana
2468. Alexandria, City of, Louisiana
2469. Allen, Parish of, Louisiana
2470. Ascension, Parish of, Louisiana
2471. Assumption, Parish of, Louisiana
2472. Avoyelles, Parish of, Louisiana
2473. Baker, City of, Louisiana
2474. Bastrop, City of, Louisiana
2475. Baton Rouge, City of, Louisiana
2476. Beauregard, Parish of, Louisiana
2477. Bienville, Parish of, Louisiana
2478. Bogalusa, City of, Louisiana
2479. Bossier City, City of, Louisiana
2480. Bossier, Parish of, Louisiana
2481. Broussard, City of, Louisiana
2482. Caddo, Parish of, Louisiana
2483. Calcasieu, Parish of, Louisiana
2484. Central, City of, Louisiana
2485. Claiborne, Parish of, Louisiana
2486. Concordia, Parish of, Louisiana
2487. Covington, City of, Louisiana
2488. Crowley, City of, Louisiana
2489. De Soto, Parish of, Louisiana
2490. DeRidder, City of, Louisiana
2491. East Baton Rouge, Parish of, Louisiana
2492. East Feliciana, Parish of, Louisiana
2493. Evangeline, Parish of, Louisiana
2494. Franklin, Parish of, Louisiana
2495. Gonzales, City of, Louisiana
2496. Grant, Parish of, Louisiana
2497. Gretna, City of, Louisiana
2498. Hammond, City of, Louisiana
2499. Iberia, Parish of, Louisiana

2500. Iberville, Parish of, Louisiana
2501. Jackson, Parish of, Louisiana
2502. Jefferson Davis, Parish of, Louisiana
2503. Jefferson, Parish of, Louisiana
2504. Kenner, City of, Louisiana
2505. Lafayette, City of, Louisiana
2506. Lafayette, Parish of, Louisiana
2507. Lafourche, Parish of, Louisiana
2508. Lake Charles, City of, Louisiana
2509. LaSalle, Parish of, Louisiana
2510. Lincoln, Parish of, Louisiana
2511. Livingston, Parish of, Louisiana
2512. Madison, Parish of, Louisiana
2513. Mandeville, City of, Louisiana
2514. Minden, City of, Louisiana
2515. Monroe, City of, Louisiana
2516. Morehouse, Parish of, Louisiana
2517. Morgan City, City of, Louisiana
2518. Natchitoches, City of, Louisiana
2519. Natchitoches, Parish of, Louisiana
2520. New Iberia, City of, Louisiana
2521. New Orleans, City of, Louisiana
2522. Orleans, Parish of, Louisiana
2523. Opelousas, City of, Louisiana
2524. Ouachita, Parish of, Louisiana
2525. Pineville, City of, Louisiana
2526. Plaquemines, Parish of, Louisiana
2527. Pointe Coupee, Parish of, Louisiana
2528. Rapides, Parish of, Louisiana
2529. Richland, Parish of, Louisiana
2530. Ruston, City of, Louisiana
2531. Sabine, Parish of, Louisiana
2532. Shreveport, City of, Louisiana
2533. Slidell, City of, Louisiana
2534. St. Bernard, Parish of, Louisiana
2535. St. Charles, Parish of, Louisiana
2536. St. Helena, Parish of, Louisiana
2537. St. James, Parish of, Louisiana
2538. St. John the Baptist, Parish of, Louisiana
2539. St. Landry, Parish of, Louisiana
2540. St. Martin, Parish of, Louisiana
2541. St. Mary, Parish of, Louisiana
2542. St. Tammany, Parish of, Louisiana
2543. Sulphur, City of, Louisiana
2544. Tangipahoa, Parish of, Louisiana

2545. Terrebonne, Parish of/ Houma, City of, Louisiana
2546. Thibodaux, City of, Louisiana
2547. Union, Parish of, Louisiana
2548. Vermilion, Parish of, Louisiana
2549. Vernon, Parish of, Louisiana
2550. Washington, Parish of, Louisiana
2551. Webster, Parish of, Louisiana
2552. West Baton Rouge, Parish of, Louisiana
2553. West Carroll, Parish of, Louisiana
2554. West Feliciana, Parish of, Louisiana
2555. West Monroe, City of, Louisiana
2556. Winn, Parish of, Louisiana
2557. Youngsville, City of, Louisiana
2558. Zachary, City of, Louisiana
2559. Androscoggin, County of, Maine
2560. Aroostook, County of, Maine
2561. Auburn, City of, Maine
2562. Augusta, City of, Maine
2563. Bangor, City of, Maine
2564. Biddeford, City of, Maine
2565. Brunswick, Town of, Maine
2566. Cumberland, County of, Maine
2567. Falmouth, Town of, Maine
2568. Franklin, County of, Maine
2569. Gorham, Town of, Maine
2570. Hancock, County of, Maine
2571. Kennebec, County of, Maine
2572. Kennebunk, Town of, Maine
2573. Knox, County of, Maine
2574. Lewiston, City of, Maine
2575. Lincoln, County of, Maine
2576. Orono, Town of, Maine
2577. Oxford, County of, Maine
2578. Penobscot, County of, Maine
2579. Piscataquis, County of, Maine
2580. Portland, City of, Maine
2581. Saco, City of, Maine
2582. Sagadahoc, County of, Maine
2583. Sanford, City of, Maine
2584. Scarborough, Town of, Maine
2585. Somerset, County of, Maine
2586. South Portland, City of, Maine
2587. Standish, Town of, Maine
2588. Waldo, County of, Maine

2589. Washington, County of, Maine
2590. Waterville, City of, Maine
2591. Wells, Town of, Maine
2592. Westbrook, City of, Maine
2593. Windham, Town of, Maine
2594. York, County of, Maine
2595. York, Town of, Maine
2596. Aberdeen, City of, Maryland
2597. Allegany, County of, Maryland
2598. Annapolis, City of, Maryland
2599. Anne Arundel, County of, Maryland
2600. Baltimore, City of, Maryland
2601. Baltimore, County of, Maryland
2602. Bel Air, Town of, Maryland
2603. Bowie, City of, Maryland
2604. Calvert, County of, Maryland
2605. Cambridge, City of, Maryland
2606. Caroline, County of, Maryland
2607. Carroll, County of, Maryland
2608. Cecil, County of, Maryland
2609. Charles, County of, Maryland
2610. College Park, City of, Maryland
2611. Cumberland, City of, Maryland
2612. Dorchester, County of, Maryland
2613. Easton, Town of, Maryland
2614. Elkton, Town of, Maryland
2615. Frederick, City of, Maryland
2616. Frederick, County of, Maryland
2617. Gaithersburg, City of, Maryland
2618. Garrett, County of, Maryland
2619. Greenbelt, City of, Maryland
2620. Hagerstown, City of, Maryland
2621. Harford, County of, Maryland
2622. Havre de Grace, City of, Maryland
2623. Howard, County of, Maryland
2624. Hyattsville, City of, Maryland
2625. Kent, County of, Maryland
2626. Laurel, City of, Maryland
2627. Montgomery, County of, Maryland
2628. New Carrollton, City of, Maryland
2629. Prince George's, County of, Maryland
2630. Queen Anne's, County of, Maryland
2631. Rockville, City of, Maryland
2632. Salisbury, City of, Maryland
2633. Somerset, County of, Maryland

2634. St. Mary's, County of, Maryland
2635. Takoma Park, City of, Maryland
2636. Talbot, County of, Maryland
2637. Washington, County of, Maryland
2638. Westminster, City of, Maryland
2639. Wicomico, County of, Maryland
2640. Worcester, County of, Maryland
2641. Abington, Town of, Massachusetts
2642. Acton, Town of, Massachusetts
2643. Acushnet, Town of, Massachusetts
2644. Agawam, Town of/ City of, Massachusetts
2645. Amesbury, Town of/ City of, Massachusetts
2646. Amherst, Town of, Massachusetts
2647. Andover, Town of, Massachusetts
2648. Arlington, Town of, Massachusetts
2649. Ashland, Town of, Massachusetts
2650. Athol, Town of, Massachusetts
2651. Attleboro, City of, Massachusetts
2652. Auburn, Town of, Massachusetts
2653. Barnstable, County of, Massachusetts
2654. Barnstable, Town of/ City of, Massachusetts
2655. Bedford, Town of, Massachusetts
2656. Belchertown, Town of, Massachusetts
2657. Bellingham, Town of, Massachusetts
2658. Belmont, Town of, Massachusetts
2659. Beverly, City of, Massachusetts
2660. Billerica, Town of, Massachusetts
2661. Boston, City of, Massachusetts
2662. Bourne, Town of, Massachusetts
2663. Braintree, Town of/ City of, Massachusetts
2664. Bridgewater, Town of/ City of, Massachusetts
2665. Bristol, County of, Massachusetts
2666. Brockton, City of, Massachusetts
2667. Brookline, Town of, Massachusetts
2668. Burlington, Town of, Massachusetts
2669. Cambridge, City of, Massachusetts
2670. Canton, Town of, Massachusetts
2671. Carver, Town of, Massachusetts
2672. Charlton, Town of, Massachusetts

2673. Chelmsford, Town of, Massachusetts
2674. Chelsea, City of, Massachusetts
2675. Chicopee, City of, Massachusetts
2676. Clinton, Town of, Massachusetts
2677. Concord, Town of, Massachusetts
2678. Danvers, Town of, Massachusetts
2679. Dartmouth, Town of, Massachusetts
2680. Dedham, Town of, Massachusetts
2681. Dennis, Town of, Massachusetts
2682. Dracut, Town of, Massachusetts
2683. Dudley, Town of, Massachusetts
2684. Dukes, County of, Massachusetts
2685. Duxbury, Town of, Massachusetts
2686. East Bridgewater, Town of, Massachusetts
2687. East Longmeadow, Town of, Massachusetts
2688. Easthampton, Town of, City of, Massachusetts
2689. Easton, Town of, Massachusetts
2690. Everett, City of, Massachusetts
2691. Fairhaven, Town of, Massachusetts
2692. Fall River, City of, Massachusetts
2693. Falmouth, Town of, Massachusetts
2694. Fitchburg, City of, Massachusetts
2695. Foxborough, Town of, Massachusetts
2696. Framingham, City of, Massachusetts
2697. Franklin, Town of, City of, Massachusetts
2698. Gardner, City of, Massachusetts
2699. Gloucester, City of, Massachusetts
2700. Grafton, Town of, Massachusetts
2701. Greenfield, Town of, City of, Massachusetts
2702. Groton, Town of, Massachusetts
2703. Hanover, Town of, Massachusetts
2704. Hanson, Town of, Massachusetts
2705. Harwich, Town of, Massachusetts
2706. Haverhill, City of, Massachusetts
2707. Hingham, Town of, Massachusetts
2708. Holbrook, Town of, Massachusetts
2709. Holden, Town of, Massachusetts
2710. Holliston, Town of, Massachusetts
2711. Holyoke, City of, Massachusetts
2712. Hopkinton, Town of, Massachusetts
2713. Hudson, Town of, Massachusetts
2714. Hull, Town of, Massachusetts
2715. Ipswich, Town of, Massachusetts
2716. Kingston, Town of, Massachusetts
2717. Lakeville, Town of, Massachusetts
2718. Lawrence, City of, Massachusetts
2719. Leicester, Town of, Massachusetts
2720. Leominster, City of, Massachusetts
2721. Lexington, Town of, Massachusetts
2722. Littleton, Town of, Massachusetts
2723. Longmeadow, Town of, Massachusetts
2724. Lowell, City of, Massachusetts
2725. Ludlow, Town of, Massachusetts
2726. Lunenburg, Town of, Massachusetts
2727. Lynn, City of, Massachusetts
2728. Lynnfield, Town of, Massachusetts
2729. Malden, City of, Massachusetts
2730. Mansfield, Town of, Massachusetts
2731. Marblehead, Town of, Massachusetts
2732. Marlborough, City of, Massachusetts
2733. Marshfield, Town of, Massachusetts
2734. Mashpee, Town of, Massachusetts
2735. Maynard, Town of, Massachusetts
2736. Medfield, Town of, Massachusetts
2737. Medford, City of, Massachusetts
2738. Medway, Town of, Massachusetts
2739. Melrose, City of, Massachusetts
2740. Methuen, Town of, City of, Massachusetts
2741. Middleborough, Town of, Massachusetts
2742. Middleton, Town of, Massachusetts
2743. Milford, Town of, Massachusetts
2744. Millbury, Town of, Massachusetts
2745. Milton, Town of, Massachusetts
2746. Nantucket, Town of/ County of, Massachusetts
2747. Natick, Town of, Massachusetts
2748. Needham, Town of, Massachusetts
2749. New Bedford, City of, Massachusetts
2750. Newburyport, City of, Massachusetts
2751. Newton, City of, Massachusetts
2752. Norfolk, County of, Massachusetts
2753. Norfolk, Town of, Massachusetts
2754. North Adams, City of, Massachusetts

2755. North Andover, Town of, Massachusetts
2756. North Attleborough, Town of, Massachusetts
2757. North Reading, Town of, Massachusetts
2758. Northampton, City of, Massachusetts
2759. Northborough, Town of, Massachusetts
2760. Northbridge, Town of, Massachusetts
2761. Norton, Town of, Massachusetts
2762. Norwell, Town of, Massachusetts
2763. Norwood, Town of, Massachusetts
2764. Oxford, Town of, Massachusetts
2765. Palmer, Town of/ City of, Massachusetts
2766. Peabody, City of, Massachusetts
2767. Pembroke, Town of, Massachusetts
2768. Pepperell, Town of, Massachusetts
2769. Pittsfield, City of, Massachusetts
2770. Plymouth, County of, Massachusetts
2771. Plymouth, Town of, Massachusetts
2772. Quincy, City of, Massachusetts
2773. Randolph, Town of/ City of, Massachusetts
2774. Raynham, Town of, Massachusetts
2775. Reading, Town of, Massachusetts
2776. Rehoboth, Town of, Massachusetts
2777. Revere, City of, Massachusetts
2778. Rockland, Town of, Massachusetts
2779. Salem, City of, Massachusetts
2780. Sandwich, Town of, Massachusetts
2781. Saugus, Town of, Massachusetts
2782. Scituate, Town of, Massachusetts
2783. Seekonk, Town of, Massachusetts
2784. Sharon, Town of, Massachusetts
2785. Shrewsbury, Town of, Massachusetts
2786. Somerset, Town of, Massachusetts
2787. Somerville, City of, Massachusetts
2788. South Hadley, Town of, Massachusetts
2789. Southborough, Town of, Massachusetts
2790. Southbridge, Town of/ City of, Massachusetts

2791. Spencer, Town of, Massachusetts
2792. Springfield, City of, Massachusetts
2793. Stoneham, Town of, Massachusetts
2794. Stoughton, Town of, Massachusetts
2795. Sudbury, Town of, Massachusetts
2796. Swampscott, Town of, Massachusetts
2797. Swansea, Town of, Massachusetts
2798. Taunton, City of, Massachusetts
2799. Tewksbury, Town of, Massachusetts
2800. Tyngsborough, Town of, Massachusetts
2801. Uxbridge, Town of, Massachusetts
2802. Wakefield, Town of, Massachusetts
2803. Walpole, Town of, Massachusetts
2804. Waltham, City of, Massachusetts
2805. Wareham, Town of, Massachusetts
2806. Watertown, Town of/ City of, Massachusetts
2807. Wayland, Town of, Massachusetts
2808. Webster, Town of, Massachusetts
2809. Wellesley, Town of, Massachusetts
2810. West Springfield, Town of/ City of, Massachusetts
2811. Westborough, Town of, Massachusetts
2812. Westfield, City of, Massachusetts
2813. Westford, Town of, Massachusetts
2814. Weston, Town of, Massachusetts
2815. Westport, Town of, Massachusetts
2816. Westwood, Town of, Massachusetts
2817. Weymouth, Town of/ City of, Massachusetts
2818. Whitman, Town of, Massachusetts
2819. Wilbraham, Town of, Massachusetts
2820. Wilmington, Town of, Massachusetts
2821. Winchendon, Town of, Massachusetts
2822. Winchester, Town of, Massachusetts
2823. Winthrop, Town of/ City of, Massachusetts
2824. Woburn, City of, Massachusetts
2825. Worcester, City of, Massachusetts
2826. Wrentham, Town of, Massachusetts
2827. Yarmouth, Town of, Massachusetts

2828. Ada, Township of, Michigan
2829. Adrian, City of, Michigan
2830. Alcona, County of, Michigan
2831. Algoma, Township of, Michigan
2832. Allegan, County of, Michigan
2833. Allen Park, City of, Michigan
2834. Allendale, Charter Township of, Michigan
2835. Alpena, County of, Michigan
2836. Alpine, Township of, Michigan
2837. Ann Arbor, City of, Michigan
2838. Antrim, County of, Michigan
2839. Antwerp, Township of, Michigan
2840. Arenac, County of, Michigan
2841. Auburn Hills, City of, Michigan
2842. Bangor, Charter Township of, Michigan
2843. Barry, County of, Michigan
2844. Bath, Charter Township of, Michigan
2845. Battle Creek, City of, Michigan
2846. Bay City, City of, Michigan
2847. Bay, County of, Michigan
2848. Bedford, Township of, Michigan
2849. Benton, Charter Township of, Michigan
2850. Benzie, County of, Michigan
2851. Berkley, City of, Michigan
2852. Berrien, County of, Michigan
2853. Beverly Hills, Village of, Michigan
2854. Big Rapids, City of, Michigan
2855. Birmingham, City of, Michigan
2856. Blackman, Charter Township of, Michigan
2857. Bloomfield, Charter Township of, Michigan
2858. Branch, County of, Michigan
2859. Brandon, Charter Township of, Michigan
2860. Brighton, Township of, Michigan
2861. Brownstown, Charter Township of, Michigan
2862. Burton, City of, Michigan
2863. Byron, Township of, Michigan
2864. Cadillac, City of, Michigan
2865. Caledonia, Township of, Michigan
2866. Calhoun, County of, Michigan
2867. Cannon, Township of, Michigan
2868. Canton, Charter Township of, Michigan
2869. Cascade, Charter Township of, Michigan
2870. Cass, County of, Michigan
2871. Charlevoix, County of, Michigan
2872. Cheboygan, County of, Michigan
2873. Chesterfield, Township of, Michigan
2874. Chippewa, County of, Michigan
2875. Clare, County of, Michigan
2876. Clawson, City of, Michigan
2877. Clinton, Charter Township of, Michigan
2878. Clinton, County of, Michigan
2879. Coldwater, City of, Michigan
2880. Commerce, Charter Township of, Michigan
2881. Comstock, Charter Township of, Michigan
2882. Cooper, Charter Township of, Michigan
2883. Crawford, County of, Michigan
2884. Davison, Township of, Michigan
2885. Dearborn, City of, Michigan
2886. Dearborn Heights, City of, Michigan
2887. Delhi, Charter Township of, Michigan
2888. Delta, Charter Township of, Michigan
2889. Delta, County of, Michigan
2890. Detroit, City of, Michigan
2891. DeWitt, Charter Township of, Michigan
2892. Dickinson, County of, Michigan
2893. East Bay, Township of, Michigan
2894. East Grand Rapids, City of, Michigan
2895. East Lansing, City of, Michigan
2896. Eastpointe, City of, Michigan
2897. Eaton, County of, Michigan
2898. Egelston, Township of, Michigan
2899. Emmet, County of, Michigan
2900. Emmett, Charter Township of, Michigan

2901. Escanaba, City of, Michigan
2902. Farmington, City of, Michigan
2903. Farmington Hills, City of, Michigan
2904. Fenton, Charter Township of, Michigan
2905. Fenton, City of, Michigan
2906. Ferndale, City of, Michigan
2907. Flat Rock, City of, Michigan
2908. Flint, Charter Township of, Michigan
2909. Flint, City of, Michigan
2910. Flushing, Charter Township of, Michigan
2911. Fort Gratiot, Charter Township of, Michigan
2912. Fraser, City of, Michigan
2913. Frenchtown, Township of, Michigan
2914. Fruitport, Charter Township of, Michigan
2915. Gaines, Charter Township of, Michigan
2916. Garden City, City of, Michigan
2917. Garfield, Charter Township of, Michigan
2918. Genesee, Charter Township of, Michigan
2919. Genesee, County of, Michigan
2920. Genoa, Township of, Michigan
2921. Georgetown, Charter Township of, Michigan
2922. Gladwin, County of, Michigan
2923. Gogebic, County of, Michigan
2924. Grand Blanc, Charter Township of, Michigan
2925. Grand Haven, Charter Township of, Michigan
2926. Grand Haven, City of, Michigan
2927. Grand Rapids, Charter Township of, Michigan
2928. Grand Rapids, City of, Michigan
2929. Grand Traverse, County of, Michigan
2930. Grandville, City of, Michigan
2931. Gratiot, County of, Michigan
2932. Green Oak, Township of, Michigan
2933. Grosse Ile, Township of, Michigan
2934. Grosse Pointe Park, City of, Michigan
2935. Grosse Pointe Woods, City of, Michigan
2936. Hamburg, Township of, Michigan
2937. Hamtramck, City of, Michigan
2938. Harper Woods, City of, Michigan
2939. Harrison, Charter Township of, Michigan
2940. Hartland, Township of, Michigan
2941. Hazel Park, City of, Michigan
2942. Highland, Charter Township of, Michigan
2943. Highland Park, City of, Michigan
2944. Hillsdale, County of, Michigan
2945. Holland, Charter Township of, Michigan
2946. Holland, City of, Michigan
2947. Holly, Township of, Michigan
2948. Houghton, County of, Michigan
2949. Huron, Charter Township of, Michigan
2950. Huron, County of, Michigan
2951. Independence, Charter Township of, Michigan
2952. Ingham, County of, Michigan
2953. Inkster, City of, Michigan
2954. Ionia, City of, Michigan
2955. Ionia, County of, Michigan
2956. Iosco, County of, Michigan
2957. Iron, County of, Michigan
2958. Isabella, County of, Michigan
2959. Jackson, City of, Michigan
2960. Jackson, County of, Michigan
2961. Kalamazoo, Charter Township of, Michigan
2962. Kalamazoo, City of, Michigan
2963. Kalamazoo, County of, Michigan
2964. Kalkaska, County of, Michigan
2965. Kent, County of, Michigan
2966. Kentwood, City of, Michigan
2967. Lake, County of, Michigan
2968. Lansing, City of, Michigan
2969. Lapeer, County of, Michigan
2970. Leelanau, County of, Michigan
2971. Lenawee, County of, Michigan

2972. Lenox, Township of, Michigan
2973. Leoni, Township of, Michigan
2974. Lincoln, Charter Township of, Michigan
2975. Lincoln Park, City of, Michigan
2976. Livingston, County of, Michigan
2977. Livonia, City of, Michigan
2978. Lyon, Charter Township of, Michigan
2979. Mackinac, County of, Michigan
2980. Macomb, County of, Michigan
2981. Macomb, Township of, Michigan
2982. Madison Heights, City of, Michigan
2983. Manistee, County of, Michigan
2984. Marion, Township of, Michigan
2985. Marquette, City of, Michigan
2986. Marquette, County of, Michigan
2987. Mason, County of, Michigan
2988. Mecosta, County of, Michigan
2989. Melvindale, City of, Michigan
2990. Menominee, County of, Michigan
2991. Meridian, Charter Township of, Michigan
2992. Midland, City of, Michigan
2993. Midland, County of, Michigan
2994. Milford, Charter Township of, Michigan
2995. Missaukee, County of, Michigan
2996. Monitor, Charter Township of, Michigan
2997. Monroe, Charter Township of, Michigan
2998. Monroe, City of, Michigan
2999. Monroe, County of, Michigan
3000. Montcalm, County of, Michigan
3001. Mount Clemens, City of, Michigan
3002. Mount Morris, Township of, Michigan
3003. Mount Pleasant, City of, Michigan
3004. Mundy, Township of, Michigan
3005. Muskegon, Charter Township of, Michigan
3006. Muskegon, City of, Michigan
3007. Muskegon, County of, Michigan
3008. Muskegon Heights, City of, Michigan
3009. New Baltimore, City of, Michigan
3010. Newaygo, County of, Michigan
3011. Niles, City of, Michigan
3012. Niles, Township of, Michigan
3013. Northville, Township of, Michigan
3014. Norton Shores, City of, Michigan
3015. Novi, City of, Michigan
3016. Oak Park, City of, Michigan
3017. Oakland, Charter Township of, Michigan
3018. Oakland, County of, Michigan
3019. Oceana, County of, Michigan
3020. Oceola, Township of, Michigan
3021. Ogemaw, County of, Michigan
3022. Orion, Charter Township of, Michigan
3023. Osceola, County of, Michigan
3024. Oshtemo, Charter Township of, Michigan
3025. Otsego, County of, Michigan
3026. Ottawa, County of, Michigan
3027. Owosso, City of, Michigan
3028. Oxford, Charter Township of, Michigan
3029. Park, Township of, Michigan
3030. Pittsfield, Charter Township of, Michigan
3031. Plainfield, Charter Township of, Michigan
3032. Plymouth, Charter Township of, Michigan
3033. Pontiac, City of, Michigan
3034. Port Huron, Charter Township of, Michigan
3035. Port Huron, City of, Michigan
3036. Portage, City of, Michigan
3037. Presque Isle, County of, Michigan
3038. Redford, Charter Township of, Michigan
3039. Riverview, City of, Michigan
3040. Rochester, City of, Michigan
3041. Rochester Hills, City of, Michigan
3042. Romulus, City of, Michigan
3043. Roscommon, County of, Michigan
3044. Roseville, City of, Michigan
3045. Royal Oak, City of, Michigan

3046. Saginaw, Charter Township of, Michigan
3047. Saginaw, City of, Michigan
3048. Saginaw, County of, Michigan
3049. Sanilac, County of, Michigan
3050. Sault Ste. Marie, City of, Michigan
3051. Scio, Township of, Michigan
3052. Shelby, Charter Township of, Michigan
3053. Shiawassee, County of, Michigan
3054. South Lyon, City of, Michigan
3055. Southfield, City of, Michigan
3056. Southfield, Township of, Michigan
3057. Southgate, City of, Michigan
3058. Spring Lake, Township of, Michigan
3059. Springfield, Charter Township of, Michigan
3060. St. Clair, County of, Michigan
3061. St. Clair Shores, City of, Michigan
3062. St. Joseph, County of, Michigan
3063. Sterling Heights, City of, Michigan
3064. Sturgis, City of, Michigan
3065. Summit, Township of, Michigan
3066. Superior, Charter Township of, Michigan
3067. Taylor, City of, Michigan
3068. Texas, Charter Township of, Michigan
3069. Thomas, Township of, Michigan
3070. Traverse City, City of, Michigan
3071. Trenton, City of, Michigan
3072. Troy, City of, Michigan
3073. Tuscola, County of, Michigan
3074. Tyrone, Township of, Michigan
3075. Union, Charter Township of, Michigan
3076. Van Buren, Charter Township of, Michigan
3077. Van Buren, County of, Michigan
3078. Vienna, Charter Township of, Michigan
3079. Walker, City of, Michigan
3080. Warren, City of, Michigan
3081. Washington, Township of, Michigan
3082. Washtenaw, County of, Michigan
3083. Waterford, Charter Township of, Michigan
3084. Wayne, City of, Michigan
3085. Wayne, County of, Michigan
3086. West Bloomfield, Charter Township of, Michigan
3087. Westland, City of, Michigan
3088. Wexford, County of, Michigan
3089. White Lake, Charter Township of, Michigan
3090. Wixom, City of, Michigan
3091. Woodhaven, City of, Michigan
3092. Wyandotte, City of, Michigan
3093. Wyoming, City of, Michigan
3094. Ypsilanti, Charter Township of, Michigan
3095. Ypsilanti, City of, Michigan
3096. Zeeland, Charter Township of, Michigan
3097. Aitkin, County of, Minnesota
3098. Albert Lea, City of, Minnesota
3099. Alexandria, City of, Minnesota
3100. Andover, City of, Minnesota
3101. Anoka, City of, Minnesota
3102. Anoka, County of, Minnesota
3103. Apple Valley, City of, Minnesota
3104. Arden Hills, City of, Minnesota
3105. Austin, City of, Minnesota
3106. Becker, County of, Minnesota
3107. Beltrami, County of, Minnesota
3108. Bemidji, City of, Minnesota
3109. Benton, County of, Minnesota
3110. Big Lake, City of, Minnesota
3111. Blaine, City of, Minnesota
3112. Bloomington, City of, Minnesota
3113. Blue Earth, County of, Minnesota
3114. Brainerd, City of, Minnesota
3115. Brooklyn Center, City of, Minnesota
3116. Brooklyn Park, City of, Minnesota
3117. Brown, County of, Minnesota
3118. Buffalo, City of, Minnesota
3119. Burnsville, City of, Minnesota
3120. Carlton, County of, Minnesota
3121. Carver, County of, Minnesota
3122. Cass, County of, Minnesota
3123. Champlin, City of, Minnesota

3124. Chanhassen, City of, Minnesota
3125. Chaska, City of, Minnesota
3126. Chippewa, County of, Minnesota
3127. Chisago, County of, Minnesota
3128. Clay, County of, Minnesota
3129. Cloquet, City of, Minnesota
3130. Columbia Heights, City of, Minnesota
3131. Coon Rapids, City of, Minnesota
3132. Cottage Grove, City of, Minnesota
3133. Cottonwood, County of, Minnesota
3134. Crow Wing, County of, Minnesota
3135. Crystal, City of, Minnesota
3136. Dakota, County of, Minnesota
3137. Dodge, County of, Minnesota
3138. Douglas, County of, Minnesota
3139. Duluth, City of, Minnesota
3140. Eagan, City of, Minnesota
3141. East Bethel, City of, Minnesota
3142. Eden Prairie, City of, Minnesota
3143. Edina, City of, Minnesota
3144. Elk River, City of, Minnesota
3145. Fairmont, City of, Minnesota
3146. Faribault, City of, Minnesota
3147. Faribault, County of, Minnesota
3148. Farmington, City of, Minnesota
3149. Fergus Falls, City of, Minnesota
3150. Fillmore, County of, Minnesota
3151. Forest Lake, City of, Minnesota
3152. Freeborn, County of, Minnesota
3153. Fridley, City of, Minnesota
3154. Golden Valley, City of, Minnesota
3155. Goodhue, County of, Minnesota
3156. Grand Rapids, City of, Minnesota
3157. Ham Lake, City of, Minnesota
3158. Hastings, City of, Minnesota
3159. Hennepin, County of, Minnesota
3160. Hibbing, City of, Minnesota
3161. Hopkins, City of, Minnesota
3162. Houston, County of, Minnesota
3163. Hubbard, County of, Minnesota
3164. Hugo, City of, Minnesota
3165. Hutchinson, City of, Minnesota
3166. Inver Grove Heights, City of, Minnesota
3167. Isanti, County of, Minnesota
3168. Itasca, County of, Minnesota
3169. Kanabec, County of, Minnesota
3170. Kandiyohi, County of, Minnesota
3171. Koochiching, County of, Minnesota
3172. Lake, County of, Minnesota
3173. Lakeville, City of, Minnesota
3174. Le Sueur, County of, Minnesota
3175. Lino Lakes, City of, Minnesota
3176. Little Canada, City of, Minnesota
3177. Lyon, County of, Minnesota
3178. Mankato, City of, Minnesota
3179. Maple Grove, City of, Minnesota
3180. Maplewood, City of, Minnesota
3181. Marshall, City of, Minnesota
3182. Martin, County of, Minnesota
3183. McLeod, County of, Minnesota
3184. Meeker, County of, Minnesota
3185. Mendota Heights, City of, Minnesota
3186. Mille Lacs, County of, Minnesota
3187. Minneapolis, City of, Minnesota
3188. Minnetonka, City of, Minnesota
3189. Monticello, City of, Minnesota
3190. Moorhead, City of, Minnesota
3191. Morrison, County of, Minnesota
3192. Mounds View, City of, Minnesota
3193. Mower, County of, Minnesota
3194. New Brighton, City of, Minnesota
3195. New Hope, City of, Minnesota
3196. New Ulm, City of, Minnesota
3197. Nicollet, County of, Minnesota
3198. Nobles, County of, Minnesota
3199. North Branch, City of, Minnesota
3200. North Mankato, City of, Minnesota
3201. North St. Paul, City of, Minnesota
3202. Northfield, City of, Minnesota
3203. Oakdale, City of, Minnesota
3204. Olmsted, County of, Minnesota
3205. Otsego, City of, Minnesota
3206. Otter Tail, County of, Minnesota
3207. Owatonna, City of, Minnesota
3208. Pennington, County of, Minnesota
3209. Pine, County of, Minnesota
3210. Plymouth, City of, Minnesota
3211. Polk, County of, Minnesota
3212. Pope, County of, Minnesota
3213. Prior Lake, City of, Minnesota

3214. Ramsey, City of, Minnesota
3215. Ramsey, County of, Minnesota
3216. Red Wing, City of, Minnesota
3217. Redwood, County of, Minnesota
3218. Renville, County of, Minnesota
3219. Rice, County of, Minnesota
3220. Richfield, City of, Minnesota
3221. Robbinsdale, City of, Minnesota
3222. Rochester, City of, Minnesota
3223. Rogers, City of, Minnesota
3224. Roseau, County of, Minnesota
3225. Rosemount, City of, Minnesota
3226. Roseville, City of, Minnesota
3227. Sartell, City of, Minnesota
3228. Sauk Rapids, City of, Minnesota
3229. Savage, City of, Minnesota
3230. Scott, County of, Minnesota
3231. Shakopee, City of, Minnesota
3232. Sherburne, County of, Minnesota
3233. Shoreview, City of, Minnesota
3234. Sibley, County of, Minnesota
3235. South St. Paul, City of, Minnesota
3236. St. Cloud, City of, Minnesota
3237. St. Louis, County of, Minnesota
3238. St. Louis Park, City of, Minnesota
3239. St. Michael, City of, Minnesota
3240. St. Paul, City of, Minnesota
3241. St. Peter, City of, Minnesota
3242. Stearns, County of, Minnesota
3243. Steele, County of, Minnesota
3244. Stillwater, City of, Minnesota
3245. Todd, County of, Minnesota
3246. Vadnais Heights, City of, Minnesota
3247. Victoria, City of, Minnesota
3248. Wabasha, County of, Minnesota
3249. Waconia, City of, Minnesota
3250. Wadena, County of, Minnesota
3251. Waseca, County of, Minnesota
3252. Washington, County of, Minnesota
3253. Watonwan, County of, Minnesota
3254. West St. Paul, City of, Minnesota
3255. White Bear Lake, City of, Minnesota
3256. White Bear, Township of, Minnesota
3257. Willmar, City of, Minnesota
3258. Winona, City of, Minnesota
3259. Winona, County of, Minnesota

3260. Woodbury, City of, Minnesota
3261. Worthington, City of, Minnesota
3262. Wright, County of, Minnesota
3263. Adams, County of, Mississippi
3264. Alcorn, County of, Mississippi
3265. Amite, County of, Mississippi
3266. Attala, County of, Mississippi
3267. Bay St. Louis, City of, Mississippi
3268. Biloxi, City of, Mississippi
3269. Bolivar, County of, Mississippi
3270. Brandon, City of, Mississippi
3271. Brookhaven, City of, Mississippi
3272. Byram, City of, Mississippi
3273. Calhoun, County of, Mississippi
3274. Canton, City of, Mississippi
3275. Chickasaw, County of, Mississippi
3276. Clarke, County of, Mississippi
3277. Clarksdale, City of, Mississippi
3278. Clay, County of, Mississippi
3279. Cleveland, City of, Mississippi
3280. Clinton, City of, Mississippi
3281. Coahoma, County of, Mississippi
3282. Columbus, City of, Mississippi
3283. Copiah, County of, Mississippi
3284. Corinth, City of, Mississippi
3285. Covington, County of, Mississippi
3286. DeSoto, County of, Mississippi
3287. D'Iberville, City of, Mississippi
3288. Forrest, County of, Mississippi
3289. Gautier, City of, Mississippi
3290. George, County of, Mississippi
3291. Greene, County of, Mississippi
3292. Greenville, City of, Mississippi
3293. Greenwood, City of, Mississippi
3294. Grenada, City of, Mississippi
3295. Grenada, County of, Mississippi
3296. Gulfport, City of, Mississippi
3297. Hancock, County of, Mississippi
3298. Harrison, County of, Mississippi
3299. Hattiesburg, City of, Mississippi
3300. Hernando, City of, Mississippi
3301. Hinds, County of, Mississippi
3302. Holmes, County of, Mississippi
3303. Horn Lake, City of, Mississippi
3304. Itawamba, County of, Mississippi
3305. Jackson, City of, Mississippi

3306. Jackson, County of, Mississippi
3307. Jasper, County of, Mississippi
3308. Jefferson Davis, County of, Mississippi
3309. Jones, County of, Mississippi
3310. Lafayette, County of, Mississippi
3311. Lamar, County of, Mississippi
3312. Lauderdale, County of, Mississippi
3313. Laurel, City of, Mississippi
3314. Lawrence, County of, Mississippi
3315. Leake, County of, Mississippi
3316. Lee, County of, Mississippi
3317. Leflore, County of, Mississippi
3318. Lincoln, County of, Mississippi
3319. Long Beach, City of, Mississippi
3320. Lowndes, County of, Mississippi
3321. Madison, City of, Mississippi
3322. Madison, County of, Mississippi
3323. Marion, County of, Mississippi
3324. Marshall, County of, Mississippi
3325. McComb, City of, Mississippi
3326. Meridian, City of, Mississippi
3327. Monroe, County of, Mississippi
3328. Moss Point, City of, Mississippi
3329. Natchez, City of, Mississippi
3330. Neshoba, County of, Mississippi
3331. Newton, County of, Mississippi
3332. Noxubee, County of, Mississippi
3333. Ocean Springs, City of, Mississippi
3334. Oktibbeha, County of, Mississippi
3335. Olive Branch, City of, Mississippi
3336. Oxford, City of, Mississippi
3337. Panola, County of, Mississippi
3338. Pascagoula, City of, Mississippi
3339. Pearl, City of, Mississippi
3340. Pearl River, County of, Mississippi
3341. Perry, County of, Mississippi
3342. Petal, City of, Mississippi
3343. Picayune, City of, Mississippi
3344. Pike, County of, Mississippi
3345. Pontotoc, County of, Mississippi
3346. Prentiss, County of, Mississippi
3347. Rankin, County of, Mississippi
3348. Ridgeland, City of, Mississippi
3349. Scott, County of, Mississippi
3350. Simpson, County of, Mississippi

3351. Smith, County of, Mississippi
3352. Southaven, City of, Mississippi
3353. Starkville, City of, Mississippi
3354. Stone, County of, Mississippi
3355. Sunflower, County of, Mississippi
3356. Tallahatchie, County of, Mississippi
3357. Tate, County of, Mississippi
3358. Tippah, County of, Mississippi
3359. Tishomingo, County of, Mississippi
3360. Tupelo, City of, Mississippi
3361. Union, County of, Mississippi
3362. Vicksburg, City of, Mississippi
3363. Walthall, County of, Mississippi
3364. Warren, County of, Mississippi
3365. Washington, County of, Mississippi
3366. Wayne, County of, Mississippi
3367. West Point, City of, Mississippi
3368. Winston, County of, Mississippi
3369. Yalobusha, County of, Mississippi
3370. Yazoo City, City of, Mississippi
3371. Yazoo, County of, Mississippi
3372. Adair, County of, Missouri
3373. Andrew, County of, Missouri
3374. Arnold, City of, Missouri
3375. Audrain, County of, Missouri
3376. Ballwin, City of, Missouri
3377. Barry, County of, Missouri
3378. Barton, County of, Missouri
3379. Bates, County of, Missouri
3380. Bellefontaine Neighbors, City of, Missouri
3381. Belton, City of, Missouri
3382. Benton, County of, Missouri
3383. Blue Springs, City of, Missouri
3384. Bolivar, City of, Missouri
3385. Bollinger, County of, Missouri
3386. Boone, County of, Missouri
3387. Branson, City of, Missouri
3388. Bridgeton, City of, Missouri
3389. Buchanan, County of, Missouri
3390. Butler, County of, Missouri
3391. Callaway, County of, Missouri
3392. Camden, County of, Missouri
3393. Cape Girardeau, City of, Missouri
3394. Cape Girardeau, County of, Missouri
3395. Carthage, City of, Missouri

3396. Cass, County of, Missouri
3397. Cedar, County of, Missouri
3398. Chesterfield, City of, Missouri
3399. Christian, County of, Missouri
3400. Clay, County of, Missouri
3401. Clayton, City of, Missouri
3402. Clinton, County of, Missouri
3403. Cole, County of, Missouri
3404. Columbia, City of, Missouri
3405. Cooper, County of, Missouri
3406. Crawford, County of, Missouri
3407. Crestwood, City of, Missouri
3408. Creve Coeur, City of, Missouri
3409. Dallas, County of, Missouri
3410. Dardenne Prairie, City of, Missouri
3411. DeKalb, County of, Missouri
3412. Dent, County of, Missouri
3413. Douglas, County of, Missouri
3414. Dunklin, County of, Missouri
3415. Eureka, City of, Missouri
3416. Excelsior Springs, City of, Missouri
3417. Farmington, City of, Missouri
3418. Ferguson, City of, Missouri
3419. Festus, City of, Missouri
3420. Florissant, City of, Missouri
3421. Franklin, County of, Missouri
3422. Fulton, City of, Missouri
3423. Gasconade, County of, Missouri
3424. Gladstone, City of, Missouri
3425. Grain Valley, City of, Missouri
3426. Grandview, City of, Missouri
3427. Greene, County of, Missouri
3428. Hannibal, City of, Missouri
3429. Harrisonville, City of, Missouri
3430. Hazelwood, City of, Missouri
3431. Henry, County of, Missouri
3432. Howard, County of, Missouri
3433. Howell, County of, Missouri
3434. Independence, City of, Missouri
3435. Independence, Township of, Missouri
3436. Iron, County of, Missouri
3437. Jackson, City of, Missouri
3438. Jackson, County of, Missouri
3439. Jasper, County of, Missouri
3440. Jefferson City, City of, Missouri

3441. Jefferson, County of, Missouri
3442. Jennings, City of, Missouri
3443. Johnson, County of, Missouri
3444. Joplin, City of, Missouri
3445. Kansas City, City of, Missouri
3446. Kearney, City of, Missouri
3447. Kennett, City of, Missouri
3448. Kirksville, City of, Missouri
3449. Kirkwood, City of, Missouri
3450. Laclede, County of, Missouri
3451. Lafayette, County of, Missouri
3452. Lake St. Louis, City of, Missouri
3453. Lawrence, County of, Missouri
3454. Lebanon, City of, Missouri
3455. Lee's Summit, City of, Missouri
3456. Liberty, City of, Missouri
3457. Liberty, Township of, Missouri
3458. Lincoln, County of, Missouri
3459. Linn, County of, Missouri
3460. Livingston, County of, Missouri
3461. Macon, County of, Missouri
3462. Madison, County of, Missouri
3463. Manchester, City of, Missouri
3464. Marion, County of, Missouri
3465. Marshall, City of, Missouri
3466. Maryland Heights, City of, Missouri
3467. Maryville, City of, Missouri
3468. McDonald, County of, Missouri
3469. Mexico, City of, Missouri
3470. Miller, County of, Missouri
3471. Mississippi, County of, Missouri
3472. Moberly, City of, Missouri
3473. Moniteau, County of, Missouri
3474. Montgomery, County of, Missouri
3475. Morgan, County of, Missouri
3476. Neosho, City of, Missouri
3477. New Madrid, County of, Missouri
3478. Newton, County of, Missouri
3479. Nixa, City of, Missouri
3480. Nodaway, County of, Missouri
3481. O'Fallon, City of, Missouri
3482. Oregon, County of, Missouri
3483. Osage, County of, Missouri
3484. Overland, City of, Missouri
3485. Ozark, City of, Missouri
3486. Pemiscot, County of, Missouri

3487. Perry, County of, Missouri
3488. Pettis, County of, Missouri
3489. Phelps, County of, Missouri
3490. Pike, County of, Missouri
3491. Platte, County of, Missouri
3492. Polk, County of, Missouri
3493. Polk, Township of, Missouri
3494. Poplar Bluff, City of, Missouri
3495. Pulaski, County of, Missouri
3496. Ralls, County of, Missouri
3497. Randolph, County of, Missouri
3498. Ray, County of, Missouri
3499. Raymore, City of, Missouri
3500. Raytown, City of, Missouri
3501. Republic, City of, Missouri
3502. Ripley, County of, Missouri
3503. Rolla, City of, Missouri
3504. Saline, County of, Missouri
3505. Scott, County of, Missouri
3506. Sedalia, City of, Missouri
3507. Sikeston, City of, Missouri
3508. Smithville, City of, Missouri
3509. Springfield, City of, Missouri
3510. St. Ann, City of, Missouri
3511. St. Charles, City of, Missouri
3512. St. Charles, County of, Missouri
3513. St. Francois, County of, Missouri
3514. St. Joseph, City of, Missouri
3515. St. Louis, City of, Missouri
3516. St. Louis, County of, Missouri
3517. St. Peters, City of, Missouri
3518. Ste. Genevieve, County of, Missouri
3519. Stoddard, County of, Missouri
3520. Stone, County of, Missouri
3521. Taney, County of, Missouri
3522. Texas, County of, Missouri
3523. Town and Country, City of, Missouri
3524. Troy, City of, Missouri
3525. Union, City of, Missouri
3526. University City, City of, Missouri
3527. Vernon, County of, Missouri
3528. Warren, County of, Missouri
3529. Warrensburg, City of, Missouri
3530. Washington, City of, Missouri
3531. Washington, County of, Missouri
3532. Wayne, County of, Missouri
3533. Webb City, City of, Missouri
3534. Webster, County of, Missouri
3535. Webster Groves, City of, Missouri
3536. Wentzville, City of, Missouri
3537. West Plains, City of, Missouri
3538. Wildwood, City of, Missouri
3539. Wright, County of, Missouri
3540. Big Horn, County of, Montana
3541. Billings, City of, Montana
3542. Bozeman, City of, Montana
3543. Butte-Silver Bow, Montana
3544. Carbon, County of, Montana
3545. Cascade, County of, Montana
3546. Custer, County of, Montana
3547. Fergus, County of, Montana
3548. Flathead, County of, Montana
3549. Gallatin, County of, Montana
3550. Glacier, County of, Montana
3551. Great Falls, City of, Montana
3552. Helena, City of, Montana
3553. Hill, County of, Montana
3554. Jefferson, County of, Montana
3555. Kalispell, City of, Montana
3556. Lake, County of, Montana
3557. Lewis and Clark, County of, Montana
3558. Lincoln, County of, Montana
3559. Missoula, City of, Montana
3560. Missoula, County of, Montana
3561. Park, County of, Montana
3562. Ravalli, County of, Montana
3563. Richland, County of, Montana
3564. Roosevelt, County of, Montana
3565. Sanders, County of, Montana
3566. Yellowstone, County of, Montana
3567. Adams, County of, Nebraska
3568. Beatrice, City of, Nebraska
3569. Bellevue, City of, Nebraska
3570. Box Butte, County of, Nebraska
3571. Buffalo, County of, Nebraska
3572. Cass, County of, Nebraska
3573. Colfax, County of, Nebraska
3574. Columbus, City of, Nebraska
3575. Custer, County of, Nebraska
3576. Dakota, County of, Nebraska
3577. Dawson, County of, Nebraska

3578. Dodge, County of, Nebraska
3579. Douglas, County of, Nebraska
3580. Fremont, City of, Nebraska
3581. Gage, County of, Nebraska
3582. Grand Island, City of, Nebraska
3583. Hall, County of, Nebraska
3584. Hastings, City of, Nebraska
3585. Holt, County of, Nebraska
3586. Kearney, City of, Nebraska
3587. La Vista, City of, Nebraska
3588. Lancaster, County of, Nebraska
3589. Lexington, City of, Nebraska
3590. Lincoln, City of, Nebraska
3591. Lincoln, County of, Nebraska
3592. Madison, County of, Nebraska
3593. Norfolk, City of, Nebraska
3594. North Platte, City of, Nebraska
3595. Omaha, City of, Nebraska
3596. Otoe, County of, Nebraska
3597. Papillion, City of, Nebraska
3598. Platte, County of, Nebraska
3599. Red Willow, County of, Nebraska
3600. Saline, County of, Nebraska
3601. Sarpy, County of, Nebraska
3602. Saunders, County of, Nebraska
3603. Scotts Bluff, County of, Nebraska
3604. Scottsbluff, City of, Nebraska
3605. Seward, County of, Nebraska
3606. South Sioux City, City of, Nebraska
3607. Washington, County of, Nebraska
3608. York, County of, Nebraska
3609. Boulder City, City of, Nevada
3610. Carson, City of, Nevada
3611. Churchill, County of, Nevada
3612. Clark, County of, Nevada
3613. Douglas, County of, Nevada
3614. Elko, City of, Nevada
3615. Elko, County of, Nevada
3616. Fernley, City of, Nevada
3617. Henderson, City of, Nevada
3618. Humboldt, County of, Nevada
3619. Las Vegas, City of, Nevada
3620. Lyon, County of, Nevada
3621. Mesquite, City of, Nevada
3622. North Las Vegas, City of, Nevada
3623. Nye, County of, Nevada

3624. Reno, City of, Nevada
3625. Sparks, City of, Nevada
3626. Washoe, County of, Nevada
3627. Amherst, Town of, New Hampshire
3628. Bedford, Town of, New Hampshire
3629. Belknap, County of, New Hampshire
3630. Berlin, City of, New Hampshire
3631. Carroll, County of, New Hampshire
3632. Cheshire, County of, New Hampshire
3633. Claremont, City of, New Hampshire
3634. Concord, City of, New Hampshire
3635. Conway, Town of, New Hampshire
3636. Coos, County of, New Hampshire
3637. Derry, Town of, New Hampshire
3638. Dover, City of, New Hampshire
3639. Durham, Town of, New Hampshire
3640. Exeter, Town of, New Hampshire
3641. Goffstown, Town of, New Hampshire
3642. Grafton, County of, New Hampshire
3643. Hampton, Town of, New Hampshire
3644. Hanover, Town of, New Hampshire
3645. Hillsborough, County of, New Hampshire
3646. Hooksett, Town of, New Hampshire
3647. Hudson, Town of, New Hampshire
3648. Keene, City of, New Hampshire
3649. Laconia, City of, New Hampshire
3650. Lebanon, City of, New Hampshire
3651. Londonderry, Town of, New Hampshire
3652. Manchester, City of, New Hampshire
3653. Merrimack, County of, New Hampshire
3654. Merrimack, Town of, New Hampshire
3655. Milford, Town of, New Hampshire
3656. Nashua, City of, New Hampshire
3657. Pelham, Town of, New Hampshire
3658. Portsmouth, City of, New Hampshire
3659. Raymond, Town of, New Hampshire
3660. Rochester, City of, New Hampshire
3661. Rockingham, County of, New Hampshire
3662. Salem, Town of, New Hampshire

3663. Somersworth, City of, New Hampshire
3664. Strafford, County of, New Hampshire
3665. Sullivan, County of, New Hampshire
3666. Windham, Town of, New Hampshire
3667. Aberdeen, Township of, New Jersey
3668. Asbury Park, City of, New Jersey
3669. Atlantic City, City of, New Jersey
3670. Atlantic, County of, New Jersey
3671. Barnegat, Township of, New Jersey
3672. Bayonne, City of, New Jersey
3673. Beachwood, Borough of, New Jersey
3674. Belleville, Township of, New Jersey
3675. Bellmawr, Borough of, New Jersey
3676. Bergen, County of, New Jersey
3677. Bergenfield, Borough of, New Jersey
3678. Berkeley Heights, Township of, New Jersey
3679. Berkeley, Township of, New Jersey
3680. Bernards, Township of, New Jersey
3681. Bloomfield, Township of, New Jersey
3682. Bordentown, Township of, New Jersey
3683. Bound Brook, Borough of, New Jersey
3684. Branchburg, Township of, New Jersey
3685. Brick, Township of, New Jersey
3686. Bridgeton, City of, New Jersey
3687. Bridgewater, Township of, New Jersey
3688. Burlington, County of, New Jersey
3689. Burlington, Township of, New Jersey
3690. Camden, City of, New Jersey
3691. Camden, County of, New Jersey
3692. Cape May, County of, New Jersey
3693. Carteret, Borough of, New Jersey
3694. Cedar Grove, Township of, New Jersey
3695. Chatham, Township of, New Jersey
3696. Cherry Hill, Township of, New Jersey
3697. Cinnaminson, Township of, New Jersey
3698. City of Orange, Township of, New Jersey
3699. Clark, Township of, New Jersey
3700. Cliffside Park, Borough of, New Jersey
3701. Clifton, City of, New Jersey
3702. Clinton, Township of, New Jersey
3703. Collingswood, Borough of, New Jersey
3704. Cranford, Township of, New Jersey
3705. Cumberland, County of, New Jersey
3706. Delran, Township of, New Jersey
3707. Denville, Township of, New Jersey
3708. Deptford, Township of, New Jersey
3709. Dover, Town of, New Jersey
3710. Dumont, Borough of, New Jersey
3711. East Brunswick, Township of, New Jersey
3712. East Greenwich, Township of, New Jersey
3713. East Hanover, Township of, New Jersey
3714. East Orange, City of, New Jersey
3715. East Windsor, Township of, New Jersey
3716. Eatontown, Borough of, New Jersey
3717. Edgewater, Borough of, New Jersey
3718. Edison, Township of, New Jersey
3719. Egg Harbor, Township of, New Jersey
3720. Elizabeth, City of, New Jersey
3721. Elmwood Park, Borough of, New Jersey
3722. Englewood, City of, New Jersey
3723. Essex, County of, New Jersey
3724. Evesham, Township of, New Jersey
3725. Ewing, Township of, New Jersey
3726. Fair Lawn, Borough of, New Jersey
3727. Fairview, Borough of, New Jersey
3728. Florence, Township of, New Jersey
3729. Florham Park, Borough of, New Jersey
3730. Fort Lee, Borough of, New Jersey

3731. Franklin Lakes, Borough of, New Jersey
3732. Franklin, Township of, New Jersey
3733. Freehold, Borough of, New Jersey
3734. Freehold, Township of, New Jersey
3735. Galloway, Township of, New Jersey
3736. Garfield, City of, New Jersey
3737. Glassboro, Borough of, New Jersey
3738. Glen Rock, Borough of, New Jersey
3739. Gloucester City, City of, New Jersey
3740. Gloucester, County of, New Jersey
3741. Gloucester, Township of, New Jersey
3742. Guttenberg, Town of, New Jersey
3743. Hackensack, City of, New Jersey
3744. Haddon, Township of, New Jersey
3745. Haddonfield, Borough of, New Jersey
3746. Hamilton, Township of, New Jersey
3747. Hammonton, Town of, New Jersey
3748. Hanover, Township of, New Jersey
3749. Harrison, Town of, New Jersey
3750. Harrison, Township of, New Jersey
3751. Hasbrouck Heights, Borough of, New Jersey
3752. Hawthorne, Borough of, New Jersey
3753. Hazlet, Township of, New Jersey
3754. Highland Park, Borough of, New Jersey
3755. Hillsborough, Township of, New Jersey
3756. Hillsdale, Borough of, New Jersey
3757. Hillside, Township of, New Jersey
3758. Hoboken, City of, New Jersey
3759. Holmdel, Township of, New Jersey
3760. Hopatcong, Borough of, New Jersey
3761. Hopewell, Township of, New Jersey
3762. Howell, Township of, New Jersey
3763. Hudson, County of, New Jersey
3764. Hunterdon, County of, New Jersey
3765. Irvington, Township of, New Jersey
3766. Jackson, Township of, New Jersey
3767. Jefferson, Township of, New Jersey
3768. Jersey City, City of, New Jersey
3769. Kearny, Town of, New Jersey
3770. Lacey, Township of, New Jersey

3771. Lakewood, Township of, New Jersey
3772. Lawrence, Township of, New Jersey
3773. Lincoln Park, Borough of, New Jersey
3774. Linden, City of, New Jersey
3775. Lindenwold, Borough of, New Jersey
3776. Little Egg Harbor, Township of, New Jersey
3777. Little Falls, Township of, New Jersey
3778. Little Ferry, Borough of, New Jersey
3779. Livingston, Township of, New Jersey
3780. Lodi, Borough of, New Jersey
3781. Long Branch, City of, New Jersey
3782. Lower, Township of, New Jersey
3783. Lumberton, Township of, New Jersey
3784. Lyndhurst, Township of, New Jersey
3785. Madison, Borough of, New Jersey
3786. Mahwah, Township of, New Jersey
3787. Manalapan, Township of, New Jersey
3788. Manchester, Township of, New Jersey
3789. Mantua, Township of, New Jersey
3790. Manville, Borough of, New Jersey
3791. Maple Shade, Township of, New Jersey
3792. Maplewood, Township of, New Jersey
3793. Marlboro, Township of, New Jersey
3794. Medford, Township of, New Jersey
3795. Mercer, County of, New Jersey
3796. Metuchen, Borough of, New Jersey
3797. Middle, Township of, New Jersey
3798. Middlesex, Borough of, New Jersey
3799. Middlesex, County of, New Jersey
3800. Middletown, Township of, New Jersey
3801. Millburn, Township of, New Jersey
3802. Millstone, Township of, New Jersey
3803. Millville, City of, New Jersey
3804. Monmouth, County of, New Jersey
3805. Monroe, Township of, New Jersey

3806. Montclair, Township of, New Jersey
3807. Montgomery, Township of, New Jersey
3808. Montville, Township of, New Jersey
3809. Moorestown, Township of, New Jersey
3810. Morris, County of, New Jersey
3811. Morris, Township of, New Jersey
3812. Morristown, Town of, New Jersey
3813. Mount Laurel, Township of, New Jersey
3814. Mount Olive, Township of, New Jersey
3815. Neptune, Township of, New Jersey
3816. New Brunswick, City of, New Jersey
3817. New Milford, Borough of, New Jersey
3818. New Providence, Borough of, New Jersey
3819. Newark, City of, New Jersey
3820. North Arlington, Borough of, New Jersey
3821. North Bergen, Township of, New Jersey
3822. North Brunswick, Township of, New Jersey
3823. North Plainfield, Borough of, New Jersey
3824. Nutley, Township of, New Jersey
3825. Oakland, Borough of, New Jersey
3826. Ocean City, City of, New Jersey
3827. Ocean, County of, New Jersey
3828. Ocean, Township of, New Jersey
3829. Old Bridge, Township of, New Jersey
3830. Palisades Park, Borough of, New Jersey
3831. Paramus, Borough of, New Jersey
3832. Parsippany-Troy Hills, Township of, New Jersey
3833. Passaic, City of, New Jersey
3834. Passaic, County of, New Jersey
3835. Paterson, City of, New Jersey
3836. Pemberton, Township of, New Jersey
3837. Pennsauken, Township of, New Jersey
3838. Pennsville, Township of, New Jersey
3839. Pequannock, Township of, New Jersey
3840. Perth Amboy, City of, New Jersey
3841. Phillipsburg, Town of, New Jersey
3842. Pine Hill, Borough of, New Jersey
3843. Piscataway, Township of, New Jersey
3844. Plainfield, City of, New Jersey
3845. Plainsboro, Township of, New Jersey
3846. Pleasantville, City of, New Jersey
3847. Point Pleasant, Borough of, New Jersey
3848. Pompton Lakes, Borough of, New Jersey
3849. Princeton, New Jersey
3850. Rahway, City of, New Jersey
3851. Ramsey, Borough of, New Jersey
3852. Randolph, Township of, New Jersey
3853. Raritan, Township of, New Jersey
3854. Readington, Township of, New Jersey
3855. Red Bank, Borough of, New Jersey
3856. Ridgefield, Borough of, New Jersey
3857. Ridgefield Park, Village of, New Jersey
3858. Ridgewood, Village of, New Jersey
3859. Ringwood, Borough of, New Jersey
3860. River Edge, Borough of, New Jersey
3861. Robbinsville, Township of, New Jersey
3862. Rockaway, Township of, New Jersey
3863. Roselle, Borough of, New Jersey
3864. Roselle Park, Borough of, New Jersey
3865. Roxbury, Township of, New Jersey
3866. Rutherford, Borough of, New Jersey
3867. Saddle Brook, Township of, New Jersey
3868. Salem, County of, New Jersey
3869. Sayreville, Borough of, New Jersey
3870. Scotch Plains, Township of, New Jersey
3871. Secaucus, Town of, New Jersey

3872. Somers Point, City of, New Jersey
3873. Somerset, County of, New Jersey
3874. Somerville, Borough of, New Jersey
3875. South Brunswick, Township of, New Jersey
3876. South Orange Village, Township of, New Jersey
3877. South Plainfield, Borough of, New Jersey
3878. South River, Borough of, New Jersey
3879. Southampton, Township of, New Jersey
3880. Sparta, Township of, New Jersey
3881. Springfield, Township of, New Jersey
3882. Stafford, Township of, New Jersey
3883. Summit, City of, New Jersey
3884. Sussex, County of, New Jersey
3885. Teaneck, Township of, New Jersey
3886. Tenafly, Borough of, New Jersey
3887. Tinton Falls, Borough of, New Jersey
3888. Toms River, Township of, New Jersey
3889. Totowa, Borough of, New Jersey
3890. Trenton, City of, New Jersey
3891. Union City, City of, New Jersey
3892. Union, County of, New Jersey
3893. Union, Township of, New Jersey
3894. Upper, Township of, New Jersey
3895. Vernon, Township of, New Jersey
3896. Verona, Township of, New Jersey
3897. Vineland, City of, New Jersey
3898. Voorhees, Township of, New Jersey
3899. Waldwick, Borough of, New Jersey
3900. Wall, Township of, New Jersey
3901. Wallington, Borough of, New Jersey
3902. Wanaque, Borough of, New Jersey
3903. Wantage, Township of, New Jersey
3904. Warren, County of, New Jersey
3905. Warren, Township of, New Jersey
3906. Washington, Township of, New Jersey
3907. Waterford, Township of, New Jersey
3908. Wayne, Township of, New Jersey
3909. Weehawken, Township of, New Jersey
3910. West Caldwell, Township of, New Jersey
3911. West Deptford, Township of, New Jersey
3912. West Milford, Township of, New Jersey
3913. West New York, Town of, New Jersey
3914. West Orange, Township of, New Jersey
3915. West Windsor, Township of, New Jersey
3916. Westfield, Town of, New Jersey
3917. Westwood, Borough of, New Jersey
3918. Willingboro, Township of, New Jersey
3919. Winslow, Township of, New Jersey
3920. Woodbridge, Township of, New Jersey
3921. Woodland Park, Borough of, New Jersey
3922. Woolwich, Township of, New Jersey
3923. Wyckoff, Township of, New Jersey
3924. Albany, City of, New York
3925. Albany, County of, New York
3926. Allegany, County of, New York
3927. Amherst, Town of, New York
3928. Amsterdam, City of, New York
3929. Arcadia, Town of, New York
3930. Auburn, City of, New York
3931. Aurora, Town of, New York
3932. Babylon, Town of, New York
3933. Babylon, Village of, New York
3934. Ballston, Town of, New York
3935. Batavia, City of, New York
3936. Bath, Town of, New York
3937. Beacon, City of, New York
3938. Bedford, Town of, New York
3939. Beekman, Town of, New York
3940. Bethlehem, Town of, New York
3941. Binghamton, City of, New York
3942. Blooming Grove, Town of, New York
3943. Brighton, Town of, New York

| | |
|---|---|
| 3944. Bronx, County of, New York | 3990. Elmira, City of, New York |
| 3945. Brookhaven, Town of, New York | 3991. Endicott, Village of, New York |
| 3946. Broome, County of, New York | 3992. Erie, County of, New York |
| 3947. Brunswick, Town of, New York | 3993. Essex, County of, New York |
| 3948. Buffalo, City of, New York | 3994. Evans, Town of, New York |
| 3949. Camillus, Town of, New York | 3995. Fallsburg, Town of, New York |
| 3950. Canandaigua, City of, New York | 3996. Farmington, Town of, New York |
| 3951. Canandaigua, Town of, New York | 3997. Fishkill, Town of, New York |
| 3952. Canton, Town of, New York | 3998. Floral Park, Village of, New York |
| 3953. Carmel, Town of, New York | 3999. Franklin, County of, New York |
| 3954. Catskill, Town of, New York | 4000. Fredonia, Village of, New York |
| 3955. Cattaraugus, County of, New York | 4001. Freeport, Village of, New York |
| 3956. Cayuga, County of, New York | 4002. Fulton, City of, New York |
| 3957. Chautauqua, County of, New York | 4003. Fulton, County of, New York |
| 3958. Cheektowaga, Town of, New York | 4004. Garden City, Village of, New York |
| 3959. Chemung, County of, New York | 4005. Gates, Town of, New York |
| 3960. Chenango, County of, New York | 4006. Geddes, Town of, New York |
| 3961. Chenango, Town of, New York | 4007. Genesee, County of, New York |
| 3962. Chester, Town of, New York | 4008. Geneseo, Town of, New York |
| 3963. Chili, Town of, New York | 4009. Geneva, City of, New York |
| 3964. Cicero, Town of, New York | 4010. German Flatts, Town of, New York |
| 3965. Clarence, Town of, New York | 4011. Glen Cove, City of, New York |
| 3966. Clarkstown, Town of, New York | 4012. Glens Falls, City of, New York |
| 3967. Clay, Town of, New York | 4013. Glenville, Town of, New York |
| 3968. Clifton Park, Town of, New York | 4014. Gloversville, City of, New York |
| 3969. Clinton, County of, New York | 4015. Goshen, Town of, New York |
| 3970. Cohoes, City of, New York | 4016. Grand Island, Town of, New York |
| 3971. Colonie, Town of, New York | 4017. Great Neck, Village of, New York |
| 3972. Columbia, County of, New York | 4018. Greece, Town of, New York |
| 3973. Corning, City of, New York | 4019. Greenburgh, Town of, New York |
| 3974. Cornwall, Town of, New York | 4020. Greene, County of, New York |
| 3975. Cortland, City of, New York | 4021. Guilderland, Town of, New York |
| 3976. Cortland, County of, New York | 4022. Halfmoon, Town of, New York |
| 3977. Cortlandt, Town of, New York | 4023. Hamburg, Town of, New York |
| 3978. De Witt, Town of, New York | 4024. Harrison, Town of, New York |
| 3979. Delaware, County of, New York | 4025. Harrison, Village of, New York |
| 3980. Depew, Village of, New York | 4026. Haverstraw, Town of, New York |
| 3981. Dobbs Ferry, Village of, New York | 4027. Haverstraw, Village of, New York |
| 3982. Dryden, Town of, New York | 4028. Hempstead, Town of, New York |
| 3983. Dunkirk, City of, New York | 4029. Hempstead, Village of, New York |
| 3984. Dutchess, County of, New York | 4030. Henrietta, Town of, New York |
| 3985. East Fishkill, Town of, New York | 4031. Herkimer, County of, New York |
| 3986. East Greenbush, Town of, New York | 4032. Highlands, Town of, New York |
| 3987. East Hampton, Town of, New York | 4033. Horseheads, Town of, New York |
| 3988. Eastchester, Town of, New York | 4034. Huntington, Town of, New York |
| 3989. Elma, Town of, New York | 4035. Hyde Park, Town of, New York |

4036. Irondequoit, Town of, New York
4037. Islip, Town of, New York
4038. Ithaca, City of, New York
4039. Ithaca, Town of, New York
4040. Jamestown, City of, New York
4041. Jefferson, County of, New York
4042. Johnson City, Village of, New York
4043. Kenmore, Village of, New York
4044. Kent, Town of, New York
4045. Kings, County of, New York
4046. Kingsbury, Town of, New York
4047. Kingston, City of, New York
4048. Kirkland, Town of, New York
4049. Kiryas Joel, Village of, New York
4050. La Grange, Town of, New York
4051. Lackawanna, City of, New York
4052. Lake Grove, Village of, New York
4053. Lancaster, Town of, New York
4054. Lancaster, Village of, New York
4055. Lansing, Town of, New York
4056. Le Ray, Town of, New York
4057. Lewis, County of, New York
4058. Lewisboro, Town of, New York
4059. Lewiston, Town of, New York
4060. Lindenhurst, Village of, New York
4061. Livingston, County of, New York
4062. Lloyd, Town of, New York
4063. Lockport, City of, New York
4064. Lockport, Town of, New York
4065. Long Beach, City of, New York
4066. Lynbrook, Village of, New York
4067. Lysander, Town of, New York
4068. Madison, County of, New York
4069. Malone, Town of, New York
4070. Malta, Town of, New York
4071. Mamakating, Town of, New York
4072. Mamaroneck, Town of, New York
4073. Mamaroneck, Village of, New York
4074. Manlius, Town of, New York
4075. Massapequa Park, Village of, New York
4076. Massena, Town of, New York
4077. Massena, Village of, New York
4078. Middletown, City of, New York
4079. Milton, Town of, New York
4080. Mineola, Village of, New York
4081. Monroe, County of, New York
4082. Monroe, Town of, New York
4083. Montgomery, County of, New York
4084. Montgomery, Town of, New York
4085. Moreau, Town of, New York
4086. Mount Kisco, Village of/ Town of, New York
4087. Mount Pleasant, Town of, New York
4088. Mount Vernon, City of, New York
4089. Nassau, County of, New York
4090. New Castle, Town of, New York
4091. New Hartford, Town of, New York
4092. New Paltz, Town of, New York
4093. New Rochelle, City of, New York
4094. New Windsor, Town of, New York
4095. New York, City of, New York
4096. New York, County of, New York
4097. Newburgh, City of, New York
4098. Newburgh, Town of, New York
4099. Niagara, County of, New York
4100. Niagara Falls, City of, New York
4101. Niskayuna, Town of, New York
4102. North Castle, Town of, New York
4103. North Greenbush, Town of, New York
4104. North Hempstead, Town of, New York
4105. North Tonawanda, City of, New York
4106. Ogden, Town of, New York
4107. Ogdensburg, City of, New York
4108. Olean, City of, New York
4109. Oneida, City of, New York
4110. Oneida, County of, New York
4111. Oneonta, City of, New York
4112. Onondaga, County of, New York
4113. Onondaga, Town of, New York
4114. Ontario, County of, New York
4115. Ontario, Town of, New York
4116. Orange, County of, New York
4117. Orangetown, Town of, New York
4118. Orchard Park, Town of, New York
4119. Orleans, County of, New York
4120. Ossining, Town of, New York
4121. Ossining, Village of, New York
4122. Oswego, City of, New York

4123. Oswego, County of, New York
4124. Otsego, County of, New York
4125. Owego, Town of, New York
4126. Oyster Bay, Town of, New York
4127. Palm Tree, Town of, New York
4128. Parma, Town of, New York
4129. Patchogue, Village of, New York
4130. Patterson, Town of, New York
4131. Peekskill, City of, New York
4132. Pelham, Town of, New York
4133. Penfield, Town of, New York
4134. Perinton, Town of, New York
4135. Pittsford, Town of, New York
4136. Plattekill, Town of, New York
4137. Plattsburgh, City of, New York
4138. Plattsburgh, Town of, New York
4139. Pomfret, Town of, New York
4140. Port Chester, Village of, New York
4141. Potsdam, Town of, New York
4142. Poughkeepsie, City of, New York
4143. Poughkeepsie, Town of, New York
4144. Putnam, County of, New York
4145. Putnam Valley, Town of, New York
4146. Queens, County of, New York
4147. Queensbury, Town of, New York
4148. Ramapo, Town of, New York
4149. Red Hook, Town of, New York
4150. Rensselaer, County of, New York
4151. Richmond, County of, New York
4152. Riverhead, Town of, New York
4153. Rochester, City of, New York
4154. Rockland, County of, New York
4155. Rockville Centre, Village of, New York
4156. Rome, City of, New York
4157. Rotterdam, Town of, New York
4158. Rye, City of, New York
4159. Rye, Town of, New York
4160. Salina, Town of, New York
4161. Saratoga, County of, New York
4162. Saratoga Springs, City of, New York
4163. Saugerties, Town of, New York
4164. Scarsdale, Village of/ Scarsdale, Town of, New York
4165. Schenectady, City of, New York
4166. Schenectady, County of, New York

4167. Schodack, Town of, New York
4168. Schoharie, County of, New York
4169. Schuyler, County of, New York
4170. Seneca, County of, New York
4171. Shawangunk, Town of, New York
4172. Sleepy Hollow, Village of, New York
4173. Smithtown, Town of, New York
4174. Somers, Town of, New York
4175. Southampton, Town of, New York
4176. Southeast, Town of, New York
4177. Southold, Town of, New York
4178. Spring Valley, Village of, New York
4179. St. Lawrence, County of, New York
4180. Steuben, County of, New York
4181. Stony Point, Town of, New York
4182. Suffern, Village of, New York
4183. Suffolk, County of, New York
4184. Sullivan, County of, New York
4185. Sullivan, Town of, New York
4186. Sweden, Town of, New York
4187. Syracuse, City of, New York
4188. Tarrytown, Village of, New York
4189. Thompson, Town of, New York
4190. Tioga, County of, New York
4191. Tompkins, County of, New York
4192. Tonawanda, City of, New York
4193. Tonawanda, Town of, New York
4194. Troy, City of, New York
4195. Ulster, County of, New York
4196. Ulster, Town of, New York
4197. Union, Town of, New York
4198. Utica, City of, New York
4199. Valley Stream, Village of, New York
4200. Van Buren, Town of, New York
4201. Vestal, Town of, New York
4202. Victor, Town of, New York
4203. Wallkill, Town of, New York
4204. Wappinger, Town of, New York
4205. Warren, County of, New York
4206. Warwick, Town of, New York
4207. Washington, County of, New York
4208. Watertown, City of, New York
4209. Wawarsing, Town of, New York
4210. Wayne, County of, New York
4211. Webster, Town of, New York

4212. West Haverstraw, Village of, New York
4213. West Seneca, Town of, New York
4214. Westbury, Village of, New York
4215. Westchester, County of, New York
4216. Wheatfield, Town of, New York
4217. White Plains, City of, New York
4218. Whitestown, Town of, New York
4219. Wilton, Town of, New York
4220. Woodbury, Town of, New York
4221. Woodbury, Village of, New York
4222. Wyoming, County of, New York
4223. Yates, County of, New York
4224. Yonkers, City of, New York
4225. Yorktown, Town of, New York
4226. Alamance, County of, North Carolina
4227. Albemarle, City of, North Carolina
4228. Alexander, County of, North Carolina
4229. Alleghany, County of, North Carolina
4230. Anson, County of, North Carolina
4231. Apex, Town of, North Carolina
4232. Archdale, City of, North Carolina
4233. Ashe, County of, North Carolina
4234. Asheboro, City of, North Carolina
4235. Asheville, City of, North Carolina
4236. Avery, County of, North Carolina
4237. Beaufort, County of, North Carolina
4238. Belmont, City of, North Carolina
4239. Bertie, County of, North Carolina
4240. Bladen, County of, North Carolina
4241. Boone, Town of, North Carolina
4242. Brunswick, County of, North Carolina
4243. Buncombe, County of, North Carolina
4244. Burke, County of, North Carolina
4245. Burlington, City of, North Carolina
4246. Cabarrus, County of, North Carolina
4247. Caldwell, County of, North Carolina
4248. Camden, County of, North Carolina
4249. Carrboro, Town of, North Carolina
4250. Carteret, County of, North Carolina
4251. Cary, Town of, North Carolina
4252. Caswell, County of, North Carolina
4253. Catawba, County of, North Carolina
4254. Chapel Hill, Town of, North Carolina
4255. Charlotte, City of, North Carolina
4256. Chatham, County of, North Carolina
4257. Cherokee, County of, North Carolina
4258. Chowan, County of, North Carolina
4259. Clay, County of, North Carolina
4260. Clayton, Town of, North Carolina
4261. Clemmons, Village of, North Carolina
4262. Cleveland, County of, North Carolina
4263. Columbus, County of, North Carolina
4264. Concord, City of, North Carolina
4265. Cornelius, Town of, North Carolina
4266. Craven, County of, North Carolina
4267. Cumberland, County of, North Carolina
4268. Currituck, County of, North Carolina
4269. Dare, County of, North Carolina
4270. Davidson, County of, North Carolina
4271. Davidson, Town of, North Carolina
4272. Davie, County of, North Carolina
4273. Duplin, County of, North Carolina
4274. Durham, City of, North Carolina
4275. Durham, County of, North Carolina
4276. Eden, City of, North Carolina
4277. Edgecombe, County of, North Carolina
4278. Elizabeth City, City of, North Carolina
4279. Elon, Town of, North Carolina
4280. Fayetteville, City of, North Carolina
4281. Forsyth, County of, North Carolina
4282. Franklin, County of, North Carolina
4283. Fuquay-Varina, Town of, North Carolina
4284. Garner, Town of, North Carolina
4285. Gaston, County of, North Carolina
4286. Gastonia, City of, North Carolina
4287. Gates, County of, North Carolina
4288. Goldsboro, City of, North Carolina
4289. Graham, City of, North Carolina

4290. Granville, County of, North Carolina
4291. Greene, County of, North Carolina
4292. Greensboro, City of, North Carolina
4293. Greenville, City of, North Carolina
4294. Guilford, County of, North Carolina
4295. Halifax, County of, North Carolina
4296. Harnett, County of, North Carolina
4297. Harrisburg, Town of, North Carolina
4298. Havelock, City of, North Carolina
4299. Haywood, County of, North Carolina
4300. Henderson, City of, North Carolina
4301. Henderson, County of, North Carolina
4302. Hendersonville, City of, North Carolina
4303. Hertford, County of, North Carolina
4304. Hickory, City of, North Carolina
4305. High Point, City of, North Carolina
4306. Hoke, County of, North Carolina
4307. Holly Springs, Town of, North Carolina
4308. Hope Mills, Town of, North Carolina
4309. Huntersville, Town of, North Carolina
4310. Indian Trail, Town of, North Carolina
4311. Iredell, County of, North Carolina
4312. Jackson, County of, North Carolina
4313. Jacksonville, City of, North Carolina
4314. Johnston, County of, North Carolina
4315. Kannapolis, City of, North Carolina
4316. Kernersville, Town of, North Carolina
4317. Kings Mountain, City of, North Carolina
4318. Kinston, City of, North Carolina
4319. Knightdale, Town of, North Carolina
4320. Laurinburg, City of, North Carolina
4321. Lee, County of, North Carolina
4322. Leland, Town of, North Carolina
4323. Lenoir, City of, North Carolina
4324. Lenoir, County of, North Carolina
4325. Lewisville, Town of, North Carolina
4326. Lexington, City of, North Carolina
4327. Lincoln, County of, North Carolina
4328. Lincolnton, City of, North Carolina
4329. Lumberton, City of, North Carolina
4330. Macon, County of, North Carolina
4331. Madison, County of, North Carolina
4332. Martin, County of, North Carolina
4333. Matthews, Town of, North Carolina
4334. McDowell, County of, North Carolina
4335. Mebane, City of, North Carolina
4336. Mecklenburg, County of, North Carolina
4337. Mint Hill, Town of, North Carolina
4338. Mitchell, County of, North Carolina
4339. Monroe, City of, North Carolina
4340. Montgomery, County of, North Carolina
4341. Moore, County of, North Carolina
4342. Mooresville, Town of, North Carolina
4343. Morganton, City of, North Carolina
4344. Morrisville, Town of, North Carolina
4345. Mount Airy, City of, North Carolina
4346. Mount Holly, City of, North Carolina
4347. Nash, County of, North Carolina
4348. New Bern, City of, North Carolina
4349. New Hanover, County of, North Carolina
4350. Newton, City of, North Carolina
4351. Northampton, County of, North Carolina
4352. Onslow, County of, North Carolina
4353. Orange, County of, North Carolina
4354. Pamlico, County of, North Carolina
4355. Pasquotank, County of, North Carolina
4356. Pender, County of, North Carolina
4357. Perquimans, County of, North Carolina
4358. Person, County of, North Carolina
4359. Pinehurst, Village of, North Carolina
4360. Pitt, County of, North Carolina
4361. Polk, County of, North Carolina
4362. Raleigh, City of, North Carolina
4363. Randolph, County of, North Carolina
4364. Reidsville, City of, North Carolina

4365. Richmond, County of, North Carolina
4366. Roanoke Rapids, City of, North Carolina
4367. Robeson, County of, North Carolina
4368. Rockingham, County of, North Carolina
4369. Rocky Mount, City of, North Carolina
4370. Rowan, County of, North Carolina
4371. Rutherford, County of, North Carolina
4372. Salisbury, City of, North Carolina
4373. Sampson, County of, North Carolina
4374. Sanford, City of, North Carolina
4375. Scotland, County of, North Carolina
4376. Shelby, City of, North Carolina
4377. Smithfield, Town of, North Carolina
4378. Southern Pines, Town of, North Carolina
4379. Spring Lake, Town of, North Carolina
4380. Stallings, Town of, North Carolina
4381. Stanly, County of, North Carolina
4382. Statesville, City of, North Carolina
4383. Stokes, County of, North Carolina
4384. Summerfield, Town of, North Carolina
4385. Surry, County of, North Carolina
4386. Swain, County of, North Carolina
4387. Tarboro, Town of, North Carolina
4388. Thomasville, City of, North Carolina
4389. Transylvania, County of, North Carolina
4390. Union, County of, North Carolina
4391. Vance, County of, North Carolina
4392. Wake, County of, North Carolina
4393. Wake Forest, Town of, North Carolina
4394. Warren, County of, North Carolina
4395. Washington, County of, North Carolina
4396. Watauga, County of, North Carolina
4397. Waxhaw, Town of, North Carolina
4398. Wayne, County of, North Carolina
4399. Waynesville, Town of, North Carolina
4400. Weddington, Town of, North Carolina
4401. Wilkes, County of, North Carolina
4402. Wilmington, City of, North Carolina
4403. Wilson, City of, North Carolina
4404. Wilson, County of, North Carolina
4405. Winston-Salem, City of, North Carolina
4406. Yadkin, County of, North Carolina
4407. Yancey, County of, North Carolina
4408. Barnes, County of, North Dakota
4409. Bismarck, City of, North Dakota
4410. Burleigh, County of, North Dakota
4411. Cass, County of, North Dakota
4412. Dickinson, City of, North Dakota
4413. Fargo, City of, North Dakota
4414. Grand Forks, City of, North Dakota
4415. Grand Forks, County of, North Dakota
4416. Jamestown, City of, North Dakota
4417. Mandan, City of, North Dakota
4418. McKenzie, County of, North Dakota
4419. Minot, City of, North Dakota
4420. Morton, County of, North Dakota
4421. Mountrail, County of, North Dakota
4422. Ramsey, County of, North Dakota
4423. Richland, County of, North Dakota
4424. Rolette, County of, North Dakota
4425. Stark, County of, North Dakota
4426. Stutsman, County of, North Dakota
4427. Walsh, County of, North Dakota
4428. Ward, County of, North Dakota
4429. West Fargo, City of, North Dakota
4430. Williams, County of, North Dakota
4431. Williston, City of, North Dakota
4432. Adams, County of, Ohio
4433. Akron, City of, Ohio
4434. Allen, County of, Ohio
4435. Alliance, City of, Ohio
4436. American, Township of, Ohio
4437. Amherst, City of, Ohio
4438. Anderson, Township of, Ohio
4439. Ashland, City of, Ohio
4440. Ashland, County of, Ohio

4441. Ashtabula, City of, Ohio
4442. Ashtabula, County of, Ohio
4443. Ashtabula, Township of, Ohio
4444. Athens, City of, Ohio
4445. Athens, County of, Ohio
4446. Athens, Township of, Ohio
4447. Auglaize, County of, Ohio
4448. Aurora, City of, Ohio
4449. Austintown, Township of, Ohio
4450. Avon, City of, Ohio
4451. Avon Lake, City of, Ohio
4452. Bainbridge, Township of, Ohio
4453. Barberton, City of, Ohio
4454. Batavia, Township of, Ohio
4455. Bath, Township of, Ohio
4456. Bay, Village of, City of, Ohio
4457. Beachwood, City of, Ohio
4458. Beavercreek, City of, Ohio
4459. Beavercreek, Township of, Ohio
4460. Bedford, City of, Ohio
4461. Bedford Heights, City of, Ohio
4462. Bellefontaine, City of, Ohio
4463. Belmont, County of, Ohio
4464. Berea, City of, Ohio
4465. Bethel, Township of, Ohio
4466. Bexley, City of, Ohio
4467. Blue Ash, City of, Ohio
4468. Boardman, Township of, Ohio
4469. Bowling Green, City of, Ohio
4470. Brecksville, City of, Ohio
4471. Brimfield, Township of, Ohio
4472. Broadview Heights, City of, Ohio
4473. Brook Park, City of, Ohio
4474. Brooklyn, City of, Ohio
4475. Brown, County of, Ohio
4476. Brunswick, City of, Ohio
4477. Brunswick Hills, Township of, Ohio
4478. Bucyrus, City of, Ohio
4479. Butler, County of, Ohio
4480. Cambridge, City of, Ohio
4481. Cambridge, Township of, Ohio
4482. Canfield, Township of, Ohio
4483. Canton, City of, Ohio
4484. Canton, Township of, Ohio
4485. Carroll, County of, Ohio
4486. Celina, City of, Ohio
4487. Centerville, City of, Ohio
4488. Champaign, County of, Ohio
4489. Chester, Township of, Ohio
4490. Chillicothe, City of, Ohio
4491. Chippewa, Township of, Ohio
4492. Cincinnati, City of, Ohio
4493. Circleville, City of, Ohio
4494. Clark, County of, Ohio
4495. Clayton, City of, Ohio
4496. Clear Creek, Township of, Ohio
4497. Clermont, County of, Ohio
4498. Cleveland, City of, Ohio
4499. Cleveland Heights, City of, Ohio
4500. Clinton, County of, Ohio
4501. Clinton, Township of, Ohio
4502. Colerain, Township of, Ohio
4503. Columbiana, County of, Ohio
4504. Columbus, City of, Ohio
4505. Concord, Township of, Ohio
4506. Conneaut, City of, Ohio
4507. Copley, Township of, Ohio
4508. Coshocton, City of, Ohio
4509. Coshocton, County of, Ohio
4510. Coventry, Township of, Ohio
4511. Crawford, County of, Ohio
4512. Cuyahoga, County of, Ohio
4513. Cuyahoga Falls, City of, Ohio
4514. Darke, County of, Ohio
4515. Dayton, City of, Ohio
4516. Deerfield, Township of, Ohio
4517. Defiance, City of, Ohio
4518. Defiance, County of, Ohio
4519. Defiance, Township of, Ohio
4520. Delaware, City of, Ohio
4521. Delaware City, Township of, Ohio
4522. Delaware, County of, Ohio
4523. Delhi, Township of, Ohio
4524. Dover, City of, Ohio
4525. Dublin, City of, Ohio
4526. Duchouquet, Township of, Ohio
4527. East Cleveland, City of, Ohio
4528. East Liverpool, City of, Ohio
4529. Eastlake, City of, Ohio
4530. Elyria, City of, Ohio
4531. Englewood, City of, Ohio
4532. Erie, County of, Ohio

4533. Etna, Township of, Ohio
4534. Euclid, City of, Ohio
4535. Fairborn, City of, Ohio
4536. Fairfield, City of, Ohio
4537. Fairfield, County of, Ohio
4538. Fairfield, Township of, Ohio
4539. Fairview Park, City of, Ohio
4540. Falls, Township of, Ohio
4541. Fayette, County of, Ohio
4542. Findlay, City of, Ohio
4543. Forest Park, City of, Ohio
4544. Fostoria, City of, Ohio
4545. Franklin, City of, Ohio
4546. Franklin, County of, Ohio
4547. Franklin, Township of, Ohio
4548. Fremont, City of, Ohio
4549. Fulton, County of, Ohio
4550. Gahanna, City of, Ohio
4551. Gallia, County of, Ohio
4552. Garfield Heights, City of, Ohio
4553. Geauga, County of, Ohio
4554. Geneva, Township of, Ohio
4555. Genoa, Township of, Ohio
4556. Goshen, Township of, Ohio
4557. Granville, Township of, Ohio
4558. Green, City of, Ohio
4559. Green, Township of, Ohio
4560. Greene, County of, Ohio
4561. Greenville, City of, Ohio
4562. Greenville, Township of, Ohio
4563. Grove City, City of, Ohio
4564. Guernsey, County of, Ohio
4565. Hamilton, City of, Ohio
4566. Hamilton, County of, Ohio
4567. Hamilton, Township of, Ohio
4568. Hancock, County of, Ohio
4569. Hardin, County of, Ohio
4570. Harrison, City of, Ohio
4571. Harrison, County of, Ohio
4572. Harrison, Township of, Ohio
4573. Heath, City of, Ohio
4574. Henry, County of, Ohio
4575. Highland, County of, Ohio
4576. Hilliard, City of, Ohio
4577. Hocking, County of, Ohio
4578. Holmes, County of, Ohio
4579. Howland, Township of, Ohio
4580. Hubbard, Township of, Ohio
4581. Huber Heights, City of, Ohio
4582. Hudson, City of, Ohio
4583. Huron, County of, Ohio
4584. Huron, Township of, Ohio
4585. Ironton, City of, Ohio
4586. Jackson, County of, Ohio
4587. Jackson, Township of, Ohio
4588. Jefferson, County of, Ohio
4589. Jefferson, Township of, Ohio
4590. Kent, City of, Ohio
4591. Kettering, City of, Ohio
4592. Knox, County of, Ohio
4593. Lake, County of, Ohio
4594. Lake, Township of, Ohio
4595. Lakewood, City of, Ohio
4596. Lancaster, City of, Ohio
4597. Lancaster City, Township of, Ohio
4598. Lawrence, County of, Ohio
4599. Lawrence, Township of, Ohio
4600. Lebanon, City of, Ohio
4601. Lemon, Township of, Ohio
4602. Liberty, Township of, Ohio
4603. Licking, County of, Ohio
4604. Lima, City of, Ohio
4605. Logan, County of, Ohio
4606. London, City of, Ohio
4607. Lorain, City of, Ohio
4608. Lorain, County of, Ohio
4609. Loveland, City of, Ohio
4610. Lucas, County of, Ohio
4611. Lyndhurst, City of, Ohio
4612. Macedonia, City of, Ohio
4613. Mad River, Township of, Ohio
4614. Madison, County of, Ohio
4615. Madison, Township of, Ohio
4616. Mahoning, County of, Ohio
4617. Mansfield, City of, Ohio
4618. Maple Heights, City of, Ohio
4619. Marietta, City of, Ohio
4620. Marion, City of, Ohio
4621. Marion, County of, Ohio
4622. Marion, Township of, Ohio
4623. Marysville, City of, Ohio
4624. Mason, City of, Ohio

4625. Massillon, City of, Ohio
4626. Maumee, City of, Ohio
4627. Mayfield Heights, City of, Ohio
4628. Medina, City of, Ohio
4629. Medina City, Township of, Ohio
4630. Medina, County of, Ohio
4631. Meigs, County of, Ohio
4632. Mentor, City of, Ohio
4633. Mercer, County of, Ohio
4634. Miami, County of, Ohio
4635. Miami, Township of, Ohio
4636. Miamisburg, City of, Ohio
4637. Middleburg Heights, City of, Ohio
4638. Middletown, City of, Ohio
4639. Mifflin, Township of, Ohio
4640. Monclova, Township of, Ohio
4641. Monroe, City of, Ohio
4642. Monroe, County of, Ohio
4643. Monroe, Township of, Ohio
4644. Montgomery, City of, Ohio
4645. Montgomery, County of, Ohio
4646. Montville, Township of, Ohio
4647. Moorefield, Township of, Ohio
4648. Morgan, County of, Ohio
4649. Morrow, County of, Ohio
4650. Mount Vernon, City of, Ohio
4651. Muskingum, County of, Ohio
4652. New Albany, City of, Ohio
4653. New Franklin, City of, Ohio
4654. New Philadelphia, City of, Ohio
4655. Newark, City of, Ohio
4656. Niles, City of, Ohio
4657. Noble, County of, Ohio
4658. North Canton, City of, Ohio
4659. North Olmsted, City of, Ohio
4660. North Ridgeville, City of, Ohio
4661. North Royalton, City of, Ohio
4662. Norton, City of, Ohio
4663. Norwalk, City of, Ohio
4664. Norwich, Township of, Ohio
4665. Norwood, City of, Ohio
4666. Olmsted, Township of, Ohio
4667. Orange, Township of, Ohio
4668. Oregon, City of, Ohio
4669. Ottawa, County of, Ohio
4670. Oxford, City of, Ohio
4671. Oxford, Township of, Ohio
4672. Painesville, City of, Ohio
4673. Painesville, Township of, Ohio
4674. Paris, Township of, Ohio
4675. Parma, City of, Ohio
4676. Parma Heights, City of, Ohio
4677. Pataskala, City of, Ohio
4678. Paulding, County of, Ohio
4679. Pease, Township of, Ohio
4680. Perkins, Township of, Ohio
4681. Perry, County of, Ohio
4682. Perry, Township of, Ohio
4683. Perrysburg, City of, Ohio
4684. Perrysburg, Township of, Ohio
4685. Pickaway, County of, Ohio
4686. Pickerington, City of, Ohio
4687. Pierce, Township of, Ohio
4688. Pike, County of, Ohio
4689. Piqua, City of, Ohio
4690. Plain, Township of, Ohio
4691. Pleasant, Township of, Ohio
4692. Poland, Township of, Ohio
4693. Portage, County of, Ohio
4694. Portsmouth, City of, Ohio
4695. Powell, City of, Ohio
4696. Prairie, Township of, Ohio
4697. Preble, County of, Ohio
4698. Putnam, County of, Ohio
4699. Ravenna, City of, Ohio
4700. Reading, City of, Ohio
4701. Reynoldsburg, City of, Ohio
4702. Richland, County of, Ohio
4703. Richland, Township of, Ohio
4704. Richmond Heights, City of, Ohio
4705. Riverside, City of, Ohio
4706. Rocky River, City of, Ohio
4707. Ross, County of, Ohio
4708. Sagamore Hills, Township of, Ohio
4709. Salem, City of, Ohio
4710. Sandusky, City of, Ohio
4711. Sandusky, County of, Ohio
4712. Scioto, County of, Ohio
4713. Scioto, Township of, Ohio
4714. Seneca, County of, Ohio
4715. Seven Hills, City of, Ohio
4716. Shaker Heights, City of, Ohio

4717. Sharon, Township of, Ohio
4718. Sharonville, City of, Ohio
4719. Shawnee, Township of, Ohio
4720. Shelby, County of, Ohio
4721. Sidney, City of, Ohio
4722. Solon, City of, Ohio
4723. South Euclid, City of, Ohio
4724. Springboro, City of, Ohio
4725. Springdale, City of, Ohio
4726. Springfield, City of, Ohio
4727. Springfield, Township of, Ohio
4728. St. Marys, Township of, Ohio
4729. Stark, County of, Ohio
4730. Steubenville, City of, Ohio
4731. Stow, City of, Ohio
4732. Streetsboro, City of, Ohio
4733. Strongsville, City of, Ohio
4734. Struthers, City of, Ohio
4735. Summit, County of, Ohio
4736. Sycamore, Township of, Ohio
4737. Sylvania, City of, Ohio
4738. Sylvania, Township of, Ohio
4739. Symmes, Township of, Ohio
4740. Tallmadge, City of, Ohio
4741. Tiffin, City of, Ohio
4742. Tipp City, City of, Ohio
4743. Toledo, City of, Ohio
4744. Trenton, City of, Ohio
4745. Trotwood, City of, Ohio
4746. Troy, City of, Ohio
4747. Trumbull, County of, Ohio
4748. Truro, Township of, Ohio
4749. Turtlecreek, Township of, Ohio
4750. Tuscarawas, County of, Ohio
4751. Twinsburg, City of, Ohio
4752. Union, County of, Ohio
4753. Union, Township of, Ohio
4754. University Heights, City of, Ohio
4755. Upper Arlington, City of, Ohio
4756. Upper, Township of, Ohio
4757. Urbana, City of, Ohio
4758. Urbana, Township of, Ohio
4759. Van Wert, City of, Ohio
4760. Van Wert, County of, Ohio
4761. Vandalia, City of, Ohio
4762. Vermilion, City of, Ohio
4763. Vinton, County of, Ohio
4764. Violet, Township of, Ohio
4765. Wadsworth, City of, Ohio
4766. Warren, City of, Ohio
4767. Warren, County of, Ohio
4768. Warrensville Heights, City of, Ohio
4769. Washington, County of, Ohio
4770. Washington Court House, City of, Ohio
4771. Washington, Township of, Ohio
4772. Wayne, County of, Ohio
4773. Weathersfield, Township of, Ohio
4774. West Carrollton, City of, Ohio
4775. West Chester, Township of, Ohio
4776. Westerville, City of, Ohio
4777. Westlake, City of, Ohio
4778. Whitehall, City of, Ohio
4779. Wickliffe, City of, Ohio
4780. Williams, County of, Ohio
4781. Willoughby, City of, Ohio
4782. Willowick, City of, Ohio
4783. Wilmington, City of, Ohio
4784. Wood, County of, Ohio
4785. Wooster, City of, Ohio
4786. Worthington, City of, Ohio
4787. Wyandot, County of, Ohio
4788. Xenia, City of, Ohio
4789. Youngstown, City of, Ohio
4790. Zanesville, City of, Ohio
4791. Ada, City of, Oklahoma
4792. Adair, County of, Oklahoma
4793. Altus, City of, Oklahoma
4794. Ardmore, City of, Oklahoma
4795. Atoka, County of, Oklahoma
4796. Bartlesville, City of, Oklahoma
4797. Beckham, County of, Oklahoma
4798. Bethany, City of, Oklahoma
4799. Bixby, City of, Oklahoma
4800. Broken Arrow, City of, Oklahoma
4801. Bryan, County of, Oklahoma
4802. Caddo, County of, Oklahoma
4803. Canadian, County of, Oklahoma
4804. Carter, County of, Oklahoma
4805. Cherokee, County of, Oklahoma
4806. Chickasha, City of, Oklahoma
4807. Choctaw, City of, Oklahoma

| | | | |
|---|---|---|---|
| 4808. | Choctaw, County of, Oklahoma | 4854. | Muskogee, County of, Oklahoma |
| 4809. | Claremore, City of, Oklahoma | 4855. | Mustang, City of, Oklahoma |
| 4810. | Cleveland, County of, Oklahoma | 4856. | Newcastle, City of, Oklahoma |
| 4811. | Comanche, County of, Oklahoma | 4857. | Noble, County of, Oklahoma |
| 4812. | Coweta, City of, Oklahoma | 4858. | Norman, City of, Oklahoma |
| 4813. | Craig, County of, Oklahoma | 4859. | Nowata, County of, Oklahoma |
| 4814. | Creek, County of, Oklahoma | 4860. | Okfuskee, County of, Oklahoma |
| 4815. | Custer, County of, Oklahoma | 4861. | Oklahoma City, City of, Oklahoma |
| 4816. | Del City, City of, Oklahoma | 4862. | Oklahoma, County of, Oklahoma |
| 4817. | Delaware, County of, Oklahoma | 4863. | Okmulgee, City of, Oklahoma |
| 4818. | Duncan, City of, Oklahoma | 4864. | Okmulgee, County of, Oklahoma |
| 4819. | Durant, City of, Oklahoma | 4865. | Osage, County of, Oklahoma |
| 4820. | Edmond, City of, Oklahoma | 4866. | Ottawa, County of, Oklahoma |
| 4821. | El Reno, City of, Oklahoma | 4867. | Owasso, City of, Oklahoma |
| 4822. | Elk City, City of, Oklahoma | 4868. | Pawnee, County of, Oklahoma |
| 4823. | Enid, City of, Oklahoma | 4869. | Payne, County of, Oklahoma |
| 4824. | Garfield, County of, Oklahoma | 4870. | Pittsburg, County of, Oklahoma |
| 4825. | Garvin, County of, Oklahoma | 4871. | Ponca City, City of, Oklahoma |
| 4826. | Glenpool, City of, Oklahoma | 4872. | Pontotoc, County of, Oklahoma |
| 4827. | Grady, County of, Oklahoma | 4873. | Pottawatomie, County of, Oklahoma |
| 4828. | Guthrie, City of, Oklahoma | 4874. | Pushmataha, County of, Oklahoma |
| 4829. | Guymon, City of, Oklahoma | 4875. | Rogers, County of, Oklahoma |
| 4830. | Haskell, County of, Oklahoma | 4876. | Sand Springs, City of, Oklahoma |
| 4831. | Hughes, County of, Oklahoma | 4877. | Sapulpa, City of, Oklahoma |
| 4832. | Jackson, County of, Oklahoma | 4878. | Seminole, County of, Oklahoma |
| 4833. | Jenks, City of, Oklahoma | 4879. | Sequoyah, County of, Oklahoma |
| 4834. | Johnston, County of, Oklahoma | 4880. | Shawnee, City of, Oklahoma |
| 4835. | Kay, County of, Oklahoma | 4881. | Stephens, County of, Oklahoma |
| 4836. | Kingfisher, County of, Oklahoma | 4882. | Stillwater, City of, Oklahoma |
| 4837. | Latimer, County of, Oklahoma | 4883. | Tahlequah, City of, Oklahoma |
| 4838. | Lawton, City of, Oklahoma | 4884. | Texas, County of, Oklahoma |
| 4839. | Le Flore, County of, Oklahoma | 4885. | Tulsa, City of, Oklahoma |
| 4840. | Lincoln, County of, Oklahoma | 4886. | Tulsa, County of, Oklahoma |
| 4841. | Logan, County of, Oklahoma | 4887. | Wagoner, County of, Oklahoma |
| 4842. | Love, County of, Oklahoma | 4888. | Warr Acres, City of, Oklahoma |
| 4843. | Marshall, County of, Oklahoma | 4889. | Washington, County of, Oklahoma |
| 4844. | Mayes, County of, Oklahoma | 4890. | Washita, County of, Oklahoma |
| 4845. | McAlester, City of, Oklahoma | 4891. | Weatherford, City of, Oklahoma |
| 4846. | McClain, County of, Oklahoma | 4892. | Woodward, City of, Oklahoma |
| 4847. | McCurtain, County of, Oklahoma | 4893. | Woodward, County of, Oklahoma |
| 4848. | McIntosh, County of, Oklahoma | 4894. | Yukon, City of, Oklahoma |
| 4849. | Miami, City of, Oklahoma | 4895. | Albany, City of, Oregon |
| 4850. | Midwest City, City of, Oklahoma | 4896. | Ashland, City of, Oregon |
| 4851. | Moore, City of, Oklahoma | 4897. | Astoria, City of, Oregon |
| 4852. | Murray, County of, Oklahoma | 4898. | Baker, County of, Oregon |
| 4853. | Muskogee, City of, Oklahoma | 4899. | Beaverton, City of, Oregon |

4900. Bend, City of, Oregon
4901. Benton, County of, Oregon
4902. Canby, City of, Oregon
4903. Central Point, City of, Oregon
4904. Clackamas, County of, Oregon
4905. Clatsop, County of, Oregon
4906. Columbia, County of, Oregon
4907. Coos Bay, City of, Oregon
4908. Coos, County of, Oregon
4909. Cornelius, City of, Oregon
4910. Corvallis, City of, Oregon
4911. Cottage Grove, City of, Oregon
4912. Crook, County of, Oregon
4913. Curry, County of, Oregon
4914. Dallas, City of, Oregon
4915. Deschutes, County of, Oregon
4916. Douglas, County of, Oregon
4917. Eugene, City of, Oregon
4918. Forest Grove, City of, Oregon
4919. Gladstone, City of, Oregon
4920. Grants Pass, City of, Oregon
4921. Gresham, City of, Oregon
4922. Happy Valley, City of, Oregon
4923. Hermiston, City of, Oregon
4924. Hillsboro, City of, Oregon
4925. Hood River, County of, Oregon
4926. Independence, City of, Oregon
4927. Jackson, County of, Oregon
4928. Jefferson, County of, Oregon
4929. Josephine, County of, Oregon
4930. Keizer, City of, Oregon
4931. Klamath, County of, Oregon
4932. Klamath Falls, City of, Oregon
4933. La Grande, City of, Oregon
4934. Lake Oswego, City of, Oregon
4935. Lane, County of, Oregon
4936. Lebanon, City of, Oregon
4937. Lincoln, County of, Oregon
4938. Linn, County of, Oregon
4939. Malheur, County of, Oregon
4940. Marion, County of, Oregon
4941. McMinnville, City of, Oregon
4942. Medford, City of, Oregon
4943. Milwaukie, City of, Oregon
4944. Monmouth, City of, Oregon
4945. Morrow, County of, Oregon

4946. Multnomah, County of, Oregon
4947. Newberg, City of, Oregon
4948. Newport, City of, Oregon
4949. Ontario, City of, Oregon
4950. Oregon City, City of, Oregon
4951. Pendleton, City of, Oregon
4952. Polk, County of, Oregon
4953. Portland, City of, Oregon
4954. Prineville, City of, Oregon
4955. Redmond, City of, Oregon
4956. Roseburg, City of, Oregon
4957. Salem, City of, Oregon
4958. Sandy, City of, Oregon
4959. Sherwood, City of, Oregon
4960. Silverton, City of, Oregon
4961. Springfield, City of, Oregon
4962. St. Helens, City of, Oregon
4963. The Dalles, City of, Oregon
4964. Tigard, City of, Oregon
4965. Tillamook, County of, Oregon
4966. Troutdale, City of, Oregon
4967. Tualatin, City of, Oregon
4968. Umatilla, County of, Oregon
4969. Union, County of, Oregon
4970. Wasco, County of, Oregon
4971. Washington, County of, Oregon
4972. West Linn, City of, Oregon
4973. Wilsonville, City of, Oregon
4974. Woodburn, City of, Oregon
4975. Yamhill, County of, Oregon
4976. Abington, Township of, Pennsylvania
4977. Adams, County of, Pennsylvania
4978. Adams, Township of, Pennsylvania
4979. Allegheny, County of, Pennsylvania
4980. Allentown, City of, Pennsylvania
4981. Altoona, City of, Pennsylvania
4982. Amity, Township of, Pennsylvania
4983. Antrim, Township of, Pennsylvania
4984. Armstrong, County of, Pennsylvania
4985. Aston, Township of, Pennsylvania
4986. Baldwin, Borough of, Pennsylvania
4987. Beaver, County of, Pennsylvania
4988. Bedford, County of, Pennsylvania
4989. Bensalem, Township of, Pennsylvania

4990. Berks, County of, Pennsylvania
4991. Bethel Park, Municipality of, Pennsylvania
4992. Bethlehem, City of, Pennsylvania
4993. Bethlehem, Township of, Pennsylvania
4994. Blair, County of, Pennsylvania
4995. Bloomsburg, Town of, Pennsylvania
4996. Bradford, County of, Pennsylvania
4997. Bristol, Township of, Pennsylvania
4998. Buckingham, Township of, Pennsylvania
4999. Bucks, County of, Pennsylvania
5000. Butler, City of, Pennsylvania
5001. Butler, County of, Pennsylvania
5002. Butler, Township of, Pennsylvania
5003. Caln, Township of, Pennsylvania
5004. Cambria, County of, Pennsylvania
5005. Carbon, County of, Pennsylvania
5006. Carlisle, Borough of, Pennsylvania
5007. Cecil, Township of, Pennsylvania
5008. Center, Township of, Pennsylvania
5009. Centre, County of, Pennsylvania
5010. Chambersburg, Borough of, Pennsylvania
5011. Cheltenham, Township of, Pennsylvania
5012. Chester, City of, Pennsylvania
5013. Chester, County of, Pennsylvania
5014. Chestnuthill, Township of, Pennsylvania
5015. Clarion, County of, Pennsylvania
5016. Clearfield, County of, Pennsylvania
5017. Clinton, County of, Pennsylvania
5018. Coal, Township of, Pennsylvania
5019. Coatesville, City of, Pennsylvania
5020. College, Township of, Pennsylvania
5021. Columbia, Borough of, Pennsylvania
5022. Columbia, County of, Pennsylvania
5023. Concord, Township of, Pennsylvania
5024. Coolbaugh, Township of, Pennsylvania
5025. Cranberry, Township of, Pennsylvania
5026. Crawford, County of, Pennsylvania

5027. Cumberland, County of, Pennsylvania
5028. Cumru, Township of, Pennsylvania
5029. Darby, Borough of, Pennsylvania
5030. Dauphin, County of, Pennsylvania
5031. Delaware, County of, Pennsylvania
5032. Derry, Township of, Pennsylvania
5033. Dingman, Township of, Pennsylvania
5034. Douglass, Township of, Pennsylvania
5035. Dover, Township of, Pennsylvania
5036. Doylestown, Township of, Pennsylvania
5037. Dunmore, Borough of, Pennsylvania
5038. East Cocalico, Township of, Pennsylvania
5039. East Goshen, Township of, Pennsylvania
5040. East Hempfield, Township of, Pennsylvania
5041. East Lampeter, Township of, Pennsylvania
5042. East Norriton, Township of, Pennsylvania
5043. East Pennsboro, Township of, Pennsylvania
5044. East Stroudsburg, Borough of, Pennsylvania
5045. East Whiteland, Township of, Pennsylvania
5046. Easton, City of, Pennsylvania
5047. Easttown, Township of, Pennsylvania
5048. Elizabeth, Township of, Pennsylvania
5049. Elizabethtown, Borough of, Pennsylvania
5050. Elk, County of, Pennsylvania
5051. Emmaus, Borough of, Pennsylvania
5052. Ephrata, Borough of, Pennsylvania
5053. Ephrata, Township of, Pennsylvania
5054. Erie, City of, Pennsylvania
5055. Erie, County of, Pennsylvania
5056. Exeter, Township of, Pennsylvania
5057. Fairview, Township of, Pennsylvania

5058. Falls, Township of, Pennsylvania
5059. Fayette, County of, Pennsylvania
5060. Ferguson, Township of, Pennsylvania
5061. Forks, Township of, Pennsylvania
5062. Franconia, Township of, Pennsylvania
5063. Franklin, County of, Pennsylvania
5064. Franklin Park, Borough of, Pennsylvania
5065. Fulton, County of, Pennsylvania
5066. Greene, County of, Pennsylvania
5067. Greene, Township of, Pennsylvania
5068. Greensburg, City of, Pennsylvania
5069. Guilford, Township of, Pennsylvania
5070. Hamilton, Township of, Pennsylvania
5071. Hampden, Township of, Pennsylvania
5072. Hampton, Township of, Pennsylvania
5073. Hanover, Borough of, Pennsylvania
5074. Hanover, Township of, Pennsylvania
5075. Harborcreek, Township of, Pennsylvania
5076. Harrisburg, City of, Pennsylvania
5077. Harrison, Township of, Pennsylvania
5078. Hatfield, Township of, Pennsylvania
5079. Haverford, Township of, Pennsylvania
5080. Hazleton, City of, Pennsylvania
5081. Hempfield, Township of, Pennsylvania
5082. Hermitage, City of, Pennsylvania
5083. Hilltown, Township of, Pennsylvania
5084. Hopewell, Township of, Pennsylvania
5085. Horsham, Township of, Pennsylvania
5086. Huntingdon, County of, Pennsylvania
5087. Indiana, Borough of, Pennsylvania
5088. Indiana, County of, Pennsylvania
5089. Jefferson, County of, Pennsylvania
5090. Jefferson Hills, Borough of, Pennsylvania

5091. Johnstown, City of, Pennsylvania
5092. Juniata, County of, Pennsylvania
5093. Kingston, Borough of, Pennsylvania
5094. Lackawanna, County of, Pennsylvania
5095. Lancaster, City of, Pennsylvania
5096. Lancaster, County of, Pennsylvania
5097. Lancaster, Township of, Pennsylvania
5098. Lansdale, Borough of, Pennsylvania
5099. Lansdowne, Borough of, Pennsylvania
5100. Lawrence, County of, Pennsylvania
5101. Lebanon, City of, Pennsylvania
5102. Lebanon, County of, Pennsylvania
5103. Lehigh, County of, Pennsylvania
5104. Lehigh, Township of, Pennsylvania
5105. Lehman, Township of, Pennsylvania
5106. Limerick, Township of, Pennsylvania
5107. Logan, Township of, Pennsylvania
5108. Lower Allen, Township of, Pennsylvania
5109. Lower Burrell, City of, Pennsylvania
5110. Lower Gwynedd, Township of, Pennsylvania
5111. Lower Macungie, Township of, Pennsylvania
5112. Lower Makefield, Township of, Pennsylvania
5113. Lower Merion, Township of, Pennsylvania
5114. Lower Moreland, Township of, Pennsylvania
5115. Lower Paxton, Township of, Pennsylvania
5116. Lower Pottsgrove, Township of, Pennsylvania
5117. Lower Providence, Township of, Pennsylvania
5118. Lower Salford, Township of, Pennsylvania
5119. Lower Saucon, Township of, Pennsylvania
5120. Lower Southampton, Township of, Pennsylvania

5121. Loyalsock, Township of, Pennsylvania
5122. Luzerne, County of, Pennsylvania
5123. Lycoming, County of, Pennsylvania
5124. Manchester, Township of, Pennsylvania
5125. Manheim, Township of, Pennsylvania
5126. Manor, Township of, Pennsylvania
5127. Marple, Township of, Pennsylvania
5128. McCandless, Township of, Pennsylvania
5129. McKean, County of, Pennsylvania
5130. McKeesport, City of, Pennsylvania
5131. Meadville, City of, Pennsylvania
5132. Mercer, County of, Pennsylvania
5133. Middle Smithfield, Township of, Pennsylvania
5134. Middletown, Township of, Pennsylvania
5135. Mifflin, County of, Pennsylvania
5136. Milford, Township of, Pennsylvania
5137. Millcreek, Township of, Pennsylvania
5138. Monroe, County of, Pennsylvania
5139. Monroeville, Municipality of, Pennsylvania
5140. Montgomery, County of, Pennsylvania
5141. Montgomery, Township of, Pennsylvania
5142. Montour, County of, Pennsylvania
5143. Moon, Township of, Pennsylvania
5144. Mount Joy, Township of, Pennsylvania
5145. Mount Lebanon, Township of, Pennsylvania
5146. Mount Pleasant, Township of, Pennsylvania
5147. Muhlenberg, Township of, Pennsylvania
5148. Munhall, Borough of, Pennsylvania
5149. Murrysville, Municipality of, Pennsylvania
5150. Nanticoke, City of, Pennsylvania
5151. Nether Providence, Township of, Pennsylvania
5152. New Britain, Township of, Pennsylvania
5153. New Castle, City of, Pennsylvania
5154. New Garden, Township of, Pennsylvania
5155. New Hanover, Township of, Pennsylvania
5156. New Kensington, City of, Pennsylvania
5157. Newberry, Township of, Pennsylvania
5158. Newtown, Township of, Pennsylvania
5159. Norristown, Borough of, Pennsylvania
5160. North Fayette, Township of, Pennsylvania
5161. North Huntingdon, Township of, Pennsylvania
5162. North Lebanon, Township of, Pennsylvania
5163. North Middleton, Township of, Pennsylvania
5164. North Strabane, Township of, Pennsylvania
5165. North Union, Township of, Pennsylvania
5166. North Whitehall, Township of, Pennsylvania
5167. Northampton, County of, Pennsylvania
5168. Northampton, Township of, Pennsylvania
5169. Northumberland, County of, Pennsylvania
5170. Palmer, Township of, Pennsylvania
5171. Patton, Township of, Pennsylvania
5172. Penn Hills, Township of, Pennsylvania
5173. Penn, Township of, Pennsylvania
5174. Perry, County of, Pennsylvania
5175. Peters, Township of, Pennsylvania
5176. Philadelphia, City of/ County of, Pennsylvania

5177. Phoenixville, Borough of, Pennsylvania
5178. Pike, County of, Pennsylvania
5179. Pine, Township of, Pennsylvania
5180. Pittsburgh, City of, Pennsylvania
5181. Plum, Borough of, Pennsylvania
5182. Plumstead, Township of, Pennsylvania
5183. Plymouth, Township of, Pennsylvania
5184. Pocono, Township of, Pennsylvania
5185. Potter, County of, Pennsylvania
5186. Pottstown, Borough of, Pennsylvania
5187. Pottsville, City of, Pennsylvania
5188. Radnor, Township of, Pennsylvania
5189. Rapho, Township of, Pennsylvania
5190. Reading, City of, Pennsylvania
5191. Richland, Township of, Pennsylvania
5192. Ridley, Township of, Pennsylvania
5193. Robinson, Township of, Pennsylvania
5194. Ross, Township of, Pennsylvania
5195. Rostraver, Township of, Pennsylvania
5196. Salisbury, Township of, Pennsylvania
5197. Sandy, Township of, Pennsylvania
5198. Schuylkill, County of, Pennsylvania
5199. Scott, Township of, Pennsylvania
5200. Scranton, City of, Pennsylvania
5201. Shaler, Township of, Pennsylvania
5202. Sharon, City of, Pennsylvania
5203. Silver Spring, Township of, Pennsylvania
5204. Skippack, Township of, Pennsylvania
5205. Snyder, County of, Pennsylvania
5206. Somerset, County of, Pennsylvania
5207. Somerset, Township of, Pennsylvania
5208. South Fayette, Township of, Pennsylvania
5209. South Lebanon, Township of, Pennsylvania
5210. South Middleton, Township of, Pennsylvania
5211. South Park, Township of, Pennsylvania
5212. South Union, Township of, Pennsylvania
5213. South Whitehall, Township of, Pennsylvania
5214. Spring Garden, Township of, Pennsylvania
5215. Spring, Township of, Pennsylvania
5216. Springettsbury, Township of, Pennsylvania
5217. Springfield, Township of, Pennsylvania
5218. St. Marys, City of, Pennsylvania
5219. State College, Borough of, Pennsylvania
5220. Stroud, Township of, Pennsylvania
5221. Susquehanna, County of, Pennsylvania
5222. Susquehanna, Township of, Pennsylvania
5223. Swatara, Township of, Pennsylvania
5224. Tioga, County of, Pennsylvania
5225. Towamencin, Township of, Pennsylvania
5226. Tredyffrin, Township of, Pennsylvania
5227. Union, County of, Pennsylvania
5228. Unity, Township of, Pennsylvania
5229. Upper Allen, Township of, Pennsylvania
5230. Upper Chichester, Township of, Pennsylvania
5231. Upper Darby, Township of, Pennsylvania
5232. Upper Dublin, Township of, Pennsylvania
5233. Upper Gwynedd, Township of, Pennsylvania
5234. Upper Macungie, Township of, Pennsylvania
5235. Upper Merion, Township of, Pennsylvania

5236. Upper Moreland, Township of, Pennsylvania
5237. Upper Providence, Township of, Pennsylvania
5238. Upper Saucon, Township of, Pennsylvania
5239. Upper Southampton, Township of, Pennsylvania
5240. Upper St. Clair, Township of, Pennsylvania
5241. Upper Uwchlan, Township of, Pennsylvania
5242. Uwchlan, Township of, Pennsylvania
5243. Venango, County of, Pennsylvania
5244. Warminster, Township of, Pennsylvania
5245. Warren, County of, Pennsylvania
5246. Warrington, Township of, Pennsylvania
5247. Warwick, Township of, Pennsylvania
5248. Washington, City of, Pennsylvania
5249. Washington, County of, Pennsylvania
5250. Washington, Township of, Pennsylvania
5251. Wayne, County of, Pennsylvania
5252. Waynesboro, Borough of, Pennsylvania
5253. West Bradford, Township of, Pennsylvania
5254. West Chester, Borough of, Pennsylvania
5255. West Deer, Township of, Pennsylvania
5256. West Goshen, Township of, Pennsylvania
5257. West Hanover, Township of, Pennsylvania
5258. West Hempfield, Township of, Pennsylvania
5259. West Lampeter, Township of, Pennsylvania
5260. West Manchester, Township of, Pennsylvania
5261. West Mifflin, Borough of, Pennsylvania
5262. West Norriton, Township of, Pennsylvania
5263. West Whiteland, Township of, Pennsylvania
5264. Westmoreland, County of, Pennsylvania
5265. Westtown, Township of, Pennsylvania
5266. White, Township of, Pennsylvania
5267. Whitehall, Borough of, Pennsylvania
5268. Whitehall, Township of, Pennsylvania
5269. Whitemarsh, Township of, Pennsylvania
5270. Whitpain, Township of, Pennsylvania
5271. Wilkes-Barre, City of, Pennsylvania
5272. Wilkinsburg, Borough of, Pennsylvania
5273. Williamsport, City of, Pennsylvania
5274. Willistown, Township of, Pennsylvania
5275. Windsor, Township of, Pennsylvania
5276. Worcester, Township of, Pennsylvania
5277. Wyoming, County of, Pennsylvania
5278. Wyomissing, Borough of, Pennsylvania
5279. Yeadon, Borough of, Pennsylvania
5280. York, City of, Pennsylvania
5281. York, County of, Pennsylvania
5282. York, Township of, Pennsylvania
5283. Adjuntas, Municipality of, Puerto Rico
5284. Aguada, Municipality of, Puerto Rico
5285. Aguadilla, Municipality of, Puerto Rico
5286. Aguas Buenas, Municipality of, Puerto Rico
5287. Aibonito, Municipality of, Puerto Rico
5288. Añasco, Municipality of, Puerto Rico

5289. Arecibo, Municipality of, Puerto Rico
5290. Arroyo, Municipality of, Puerto Rico
5291. Barceloneta, Municipality of, Puerto Rico
5292. Barranquitas, Municipality of, Puerto Rico
5293. Bayamón, Municipality of, Puerto Rico
5294. Cabo Rojo, Municipality of, Puerto Rico
5295. Caguas, Municipality of, Puerto Rico
5296. Camuy, Municipality of, Puerto Rico
5297. Canóvanas, Municipality of, Puerto Rico
5298. Carolina, Municipality of, Puerto Rico
5299. Cataño, Municipality of, Puerto Rico
5300. Cayey, Municipality of, Puerto Rico
5301. Ceiba, Municipality of, Puerto Rico
5302. Ciales, Municipality of, Puerto Rico
5303. Cidra, Municipality of, Puerto Rico
5304. Coamo, Municipality of, Puerto Rico
5305. Comerío, Municipality of, Puerto Rico
5306. Corozal, Municipality of, Puerto Rico
5307. Dorado, Municipality of, Puerto Rico
5308. Fajardo, Municipality of, Puerto Rico
5309. Florida, Municipality of, Puerto Rico
5310. Guánica, Municipality of, Puerto Rico
5311. Guayama, Municipality of, Puerto Rico
5312. Guayanilla, Municipality of, Puerto Rico
5313. Guaynabo, Municipality of, Puerto Rico
5314. Gurabo, Municipality of, Puerto Rico
5315. Hatillo, Municipality of, Puerto Rico
5316. Hormigueros, Municipality of, Puerto Rico
5317. Humacao, Municipality of, Puerto Rico
5318. Isabela, Municipality of, Puerto Rico
5319. Jayuya, Municipality of, Puerto Rico
5320. Juana Díaz, Municipality of, Puerto Rico
5321. Juncos, Municipality of, Puerto Rico
5322. Lajas, Municipality of, Puerto Rico
5323. Lares, Municipality of, Puerto Rico
5324. Las Piedras, Municipality of, Puerto Rico
5325. Loíza, Municipality of, Puerto Rico
5326. Luquillo, Municipality of, Puerto Rico
5327. Manatí, Municipality of, Puerto Rico
5328. Maunabo, Municipality of, Puerto Rico
5329. Mayagüez, Municipality of, Puerto Rico
5330. Moca, Municipality of, Puerto Rico
5331. Morovis, Municipality of, Puerto Rico
5332. Naguabo, Municipality of, Puerto Rico
5333. Naranjito, Municipality of, Puerto Rico
5334. Orocovis, Municipality of, Puerto Rico
5335. Patillas, Municipality of, Puerto Rico
5336. Peñuelas, Municipality of, Puerto Rico
5337. Ponce, Municipality of, Puerto Rico
5338. Quebradillas, Municipality of, Puerto Rico
5339. Rincón, Municipality of, Puerto Rico
5340. Río Grande, Municipality of, Puerto Rico
5341. Sabana Grande, Municipality of, Puerto Rico
5342. Salinas, Municipality of, Puerto Rico
5343. San Germán, Municipality of, Puerto Rico
5344. San Juan, Municipality of, Puerto Rico
5345. San Lorenzo, Municipality of, Puerto Rico
5346. San Sebastián, Municipality of, Puerto Rico

5347. Santa Isabel, Municipality of, Puerto Rico
5348. Toa Alta, Municipality of, Puerto Rico
5349. Toa Baja, Municipality of, Puerto Rico
5350. Trujillo Alto, Municipality of, Puerto Rico
5351. Utuado, Municipality of, Puerto Rico
5352. Vega Alta, Municipality of, Puerto Rico
5353. Vega Baja, Municipality of, Puerto Rico
5354. Villalba, Municipality of, Puerto Rico
5355. Yabucoa, Municipality of, Puerto Rico
5356. Yauco, Municipality of, Puerto Rico
5357. Barrington, Town of, Rhode Island
5358. Bristol, Town of, Rhode Island
5359. Burrillville, Town of, Rhode Island
5360. Central Falls, City of, Rhode Island
5361. Coventry, Town of, Rhode Island
5362. Cranston, City of, Rhode Island
5363. Cumberland, Town of, Rhode Island
5364. East Greenwich, Town of, Rhode Island
5365. East Providence, City of, Rhode Island
5366. Glocester, Town of, Rhode Island
5367. Johnston, Town of, Rhode Island
5368. Lincoln, Town of, Rhode Island
5369. Middletown, Town of, Rhode Island
5370. Narragansett, Town of, Rhode Island
5371. Newport, City of, Rhode Island
5372. North Kingstown, Town of, Rhode Island
5373. North Providence, Town of, Rhode Island
5374. North Smithfield, Town of, Rhode Island
5375. Pawtucket, City of, Rhode Island
5376. Portsmouth, Town of, Rhode Island
5377. Providence, City of, Rhode Island
5378. Scituate, Town of, Rhode Island
5379. Smithfield, Town of, Rhode Island
5380. South Kingstown, Town of, Rhode Island
5381. Tiverton, Town of, Rhode Island
5382. Warren, Town of, Rhode Island
5383. Warwick, City of, Rhode Island
5384. West Warwick, Town of, Rhode Island
5385. Westerly, Town of, Rhode Island
5386. Woonsocket, City of, Rhode Island
5387. Abbeville, County of, South Carolina
5388. Aiken, City of, South Carolina
5389. Aiken, County of, South Carolina
5390. Anderson, City of, South Carolina
5391. Anderson, County of, South Carolina
5392. Bamberg, County of, South Carolina
5393. Barnwell, County of, South Carolina
5394. Beaufort, City of, South Carolina
5395. Beaufort, County of, South Carolina
5396. Berkeley, County of, South Carolina
5397. Bluffton, Town of, South Carolina
5398. Calhoun, County of, South Carolina
5399. Cayce, City of, South Carolina
5400. Charleston, City of, South Carolina
5401. Charleston, County of, South Carolina
5402. Cherokee, County of, South Carolina
5403. Chester, County of, South Carolina
5404. Chesterfield, County of, South Carolina
5405. Clarendon, County of, South Carolina
5406. Clemson, City of, South Carolina
5407. Colleton, County of, South Carolina
5408. Columbia, City of, South Carolina
5409. Conway, City of, South Carolina
5410. Darlington, County of, South Carolina
5411. Dillon, County of, South Carolina
5412. Dorchester, County of, South Carolina
5413. Easley, City of, South Carolina
5414. Edgefield, County of, South Carolina
5415. Fairfield, County of, South Carolina
5416. Florence, City of, South Carolina
5417. Florence, County of, South Carolina
5418. Forest Acres, City of, South Carolina

5419. Fort Mill, Town of, South Carolina
5420. Fountain Inn, City of, South Carolina
5421. Gaffney, City of, South Carolina
5422. Georgetown, County of, South Carolina
5423. Goose Creek, City of, South Carolina
5424. Greenville, City of, South Carolina
5425. Greenville, County of, South Carolina
5426. Greenwood, City of, South Carolina
5427. Greenwood, County of, South Carolina
5428. Greer, City of, South Carolina
5429. Hampton, County of, South Carolina
5430. Hanahan, City of, South Carolina
5431. Hilton Head Island, Town of, South Carolina
5432. Horry, County of, South Carolina
5433. Irmo, Town of, South Carolina
5434. James Island, Town of, South Carolina
5435. Jasper, County of, South Carolina
5436. Kershaw, County of, South Carolina
5437. Lancaster, County of, South Carolina
5438. Laurens, County of, South Carolina
5439. Lee, County of, South Carolina
5440. Lexington, County of, South Carolina
5441. Lexington, Town of, South Carolina
5442. Marion, County of, South Carolina
5443. Marlboro, County of, South Carolina
5444. Mauldin, City of, South Carolina
5445. Moncks Corner, Town of, South Carolina
5446. Mount Pleasant, Town of, South Carolina
5447. Myrtle Beach, City of, South Carolina
5448. Newberry, City of, South Carolina
5449. Newberry, County of, South Carolina
5450. North Augusta, City of, South Carolina
5451. North Charleston, City of, South Carolina
5452. North Myrtle Beach, City of, South Carolina
5453. Oconee, County of, South Carolina
5454. Orangeburg, City of, South Carolina
5455. Orangeburg, County of, South Carolina
5456. Pickens, County of, South Carolina
5457. Port Royal, Town of, South Carolina
5458. Richland, County of, South Carolina
5459. Rock Hill, City of, South Carolina
5460. Saluda, County of, South Carolina
5461. Simpsonville, City of, South Carolina
5462. Spartanburg, City of, South Carolina
5463. Spartanburg, County of, South Carolina
5464. Summerville, Town of, South Carolina
5465. Sumter, City of, South Carolina
5466. Sumter, County of, South Carolina
5467. Tega Cay, City of, South Carolina
5468. Union, County of, South Carolina
5469. West Columbia, City of, South Carolina
5470. Williamsburg, County of, South Carolina
5471. York, County of, South Carolina
5472. Aberdeen, City of, South Dakota
5473. Beadle, County of, South Dakota
5474. Box Elder, City of, South Dakota
5475. Brandon, City of, South Dakota
5476. Brookings, City of, South Dakota
5477. Brookings, County of, South Dakota
5478. Brown, County of, South Dakota
5479. Butte, County of, South Dakota
5480. Clay, County of, South Dakota
5481. Codington, County of, South Dakota
5482. Davison, County of, South Dakota
5483. Hughes, County of, South Dakota
5484. Huron, City of, South Dakota
5485. Lake, County of, South Dakota
5486. Lawrence, County of, South Dakota
5487. Lincoln, County of, South Dakota
5488. Meade, County of, South Dakota
5489. Minnehaha, County of, South Dakota
5490. Mitchell, City of, South Dakota

5491. Oglala Lakota, County of, South Dakota
5492. Pennington, County of, South Dakota
5493. Pierre, City of, South Dakota
5494. Rapid City, City of, South Dakota
5495. Roberts, County of, South Dakota
5496. Sioux Falls, City of, South Dakota
5497. Spearfish, City of, South Dakota
5498. Todd, County of, South Dakota
5499. Union, County of, South Dakota
5500. Vermillion, City of, South Dakota
5501. Watertown, City of, South Dakota
5502. Yankton, City of, South Dakota
5503. Yankton, County of, South Dakota
5504. Anderson, County of, Tennessee
5505. Arlington, Town of, Tennessee
5506. Athens, City of, Tennessee
5507. Bartlett, City of, Tennessee
5508. Bedford, County of, Tennessee
5509. Benton, County of, Tennessee
5510. Bledsoe, County of, Tennessee
5511. Blount, County of, Tennessee
5512. Bradley, County of, Tennessee
5513. Brentwood, City of, Tennessee
5514. Bristol, City of, Tennessee
5515. Campbell, County of, Tennessee
5516. Cannon, County of, Tennessee
5517. Carroll, County of, Tennessee
5518. Carter, County of, Tennessee
5519. Chattanooga, City of, Tennessee
5520. Cheatham, County of, Tennessee
5521. Chester, County of, Tennessee
5522. Claiborne, County of, Tennessee
5523. Clarksville, City of, Tennessee
5524. Cleveland, City of, Tennessee
5525. Clinton, City of, Tennessee
5526. Cocke, County of, Tennessee
5527. Coffee, County of, Tennessee
5528. Collegedale, City of, Tennessee
5529. Collierville, Town of, Tennessee
5530. Columbia, City of, Tennessee
5531. Cookeville, City of, Tennessee
5532. Crockett, County of, Tennessee
5533. Crossville, City of, Tennessee
5534. Cumberland, County of, Tennessee
5535. Decatur, County of, Tennessee
5536. DeKalb, County of, Tennessee
5537. Dickson, City of, Tennessee
5538. Dickson, County of, Tennessee
5539. Dyer, County of, Tennessee
5540. Dyersburg, City of, Tennessee
5541. East Ridge, City of, Tennessee
5542. Elizabethton, City of, Tennessee
5543. Farragut, Town of, Tennessee
5544. Fayette, County of, Tennessee
5545. Fentress, County of, Tennessee
5546. Franklin, City of, Tennessee
5547. Franklin, County of, Tennessee
5548. Gallatin, City of, Tennessee
5549. Germantown, City of, Tennessee
5550. Gibson, County of, Tennessee
5551. Giles, County of, Tennessee
5552. Goodlettsville, City of, Tennessee
5553. Grainger, County of, Tennessee
5554. Greene, County of, Tennessee
5555. Greeneville, Town of, Tennessee
5556. Grundy, County of, Tennessee
5557. Hamblen, County of, Tennessee
5558. Hamilton, County of, Tennessee
5559. Hardeman, County of, Tennessee
5560. Hardin, County of, Tennessee
5561. Hartsville/Trousdale, County of, Tennessee
5562. Hawkins, County of, Tennessee
5563. Haywood, County of, Tennessee
5564. Henderson, County of, Tennessee
5565. Hendersonville, City of, Tennessee
5566. Henry, County of, Tennessee
5567. Hickman, County of, Tennessee
5568. Humphreys, County of, Tennessee
5569. Jackson, City of, Tennessee
5570. Jackson, County of, Tennessee
5571. Jefferson, County of, Tennessee
5572. Johnson City, City of, Tennessee
5573. Johnson, County of, Tennessee
5574. Kingsport, City of, Tennessee
5575. Knox, County of, Tennessee
5576. Knoxville, City of, Tennessee
5577. La Vergne, City of, Tennessee
5578. Lakeland, City of, Tennessee
5579. Lauderdale, County of, Tennessee

5580. Lawrence, County of, Tennessee
5581. Lawrenceburg, City of, Tennessee
5582. Lebanon, City of, Tennessee
5583. Lewis, County of, Tennessee
5584. Lewisburg, City of, Tennessee
5585. Lincoln, County of, Tennessee
5586. Loudon, County of, Tennessee
5587. Macon, County of, Tennessee
5588. Madison, County of, Tennessee
5589. Manchester, City of, Tennessee
5590. Marion, County of, Tennessee
5591. Marshall, County of, Tennessee
5592. Martin, City of, Tennessee
5593. Maryville, City of, Tennessee
5594. Maury, County of, Tennessee
5595. McMinn, County of, Tennessee
5596. McMinnville, City of, Tennessee
5597. McNairy, County of, Tennessee
5598. Meigs, County of, Tennessee
5599. Memphis, City of, Tennessee
5600. Millington, City of, Tennessee
5601. Monroe, County of, Tennessee
5602. Montgomery, County of, Tennessee
5603. Morgan, County of, Tennessee
5604. Morristown, City of, Tennessee
5605. Mount Juliet, City of, Tennessee
5606. Murfreesboro, City of, Tennessee
5607. Nashville-Davidson, Metropolitan Government, Tennessee
5608. Nolensville, Town of, Tennessee
5609. Oak Ridge, City of, Tennessee
5610. Obion, County of, Tennessee
5611. Overton, County of, Tennessee
5612. Paris, City of, Tennessee
5613. Polk, County of, Tennessee
5614. Portland, City of, Tennessee
5615. Putnam, County of, Tennessee
5616. Red Bank, City of, Tennessee
5617. Rhea, County of, Tennessee
5618. Roane, County of, Tennessee
5619. Robertson, County of, Tennessee
5620. Rutherford, County of, Tennessee
5621. Scott, County of, Tennessee
5622. Sequatchie, County of, Tennessee
5623. Sevier, County of, Tennessee
5624. Sevierville, City of, Tennessee

5625. Shelby, County of, Tennessee
5626. Shelbyville, City of, Tennessee
5627. Smith, County of, Tennessee
5628. Smyrna, Town of, Tennessee
5629. Soddy-Daisy, City of, Tennessee
5630. Spring Hill, City of, Tennessee
5631. Springfield, City of, Tennessee
5632. Stewart, County of, Tennessee
5633. Sullivan, County of, Tennessee
5634. Sumner, County of, Tennessee
5635. Tipton, County of, Tennessee
5636. Tullahoma, City of, Tennessee
5637. Unicoi, County of, Tennessee
5638. Union City, City of, Tennessee
5639. Union, County of, Tennessee
5640. Warren, County of, Tennessee
5641. Washington, County of, Tennessee
5642. Wayne, County of, Tennessee
5643. Weakley, County of, Tennessee
5644. White, County of, Tennessee
5645. White House, City of, Tennessee
5646. Williamson, County of, Tennessee
5647. Wilson, County of, Tennessee
5648. Abilene, City of, Texas
5649. Addison, Town of, Texas
5650. Alamo, City of, Texas
5651. Alice, City of, Texas
5652. Allen, City of, Texas
5653. Alton, City of, Texas
5654. Alvin, City of, Texas
5655. Amarillo, City of, Texas
5656. Anderson, County of, Texas
5657. Andrews, City of, Texas
5658. Andrews, County of, Texas
5659. Angelina, County of, Texas
5660. Angleton, City of, Texas
5661. Anna, City of, Texas
5662. Aransas, County of, Texas
5663. Arlington, City of, Texas
5664. Atascosa, County of, Texas
5665. Athens, City of, Texas
5666. Austin, City of, Texas
5667. Austin, County of, Texas
5668. Azle, City of, Texas
5669. Balch Springs, City of, Texas
5670. Bandera, County of, Texas

5671. Bastrop, County of, Texas
5672. Bay City, City of, Texas
5673. Baytown, City of, Texas
5674. Beaumont, City of, Texas
5675. Bedford, City of, Texas
5676. Bee, County of, Texas
5677. Beeville, City of, Texas
5678. Bell, County of, Texas
5679. Bellaire, City of, Texas
5680. Bellmead, City of, Texas
5681. Belton, City of, Texas
5682. Benbrook, City of, Texas
5683. Bexar, County of, Texas
5684. Big Spring, City of, Texas
5685. Blanco, County of, Texas
5686. Boerne, City of, Texas
5687. Bonham, City of, Texas
5688. Borger, City of, Texas
5689. Bosque, County of, Texas
5690. Bowie, County of, Texas
5691. Brazoria, County of, Texas
5692. Brazos, County of, Texas
5693. Brenham, City of, Texas
5694. Brown, County of, Texas
5695. Brownsville, City of, Texas
5696. Brownwood, City of, Texas
5697. Bryan, City of, Texas
5698. Buda, City of, Texas
5699. Burkburnett, City of, Texas
5700. Burleson, City of, Texas
5701. Burleson, County of, Texas
5702. Burnet, County of, Texas
5703. Caldwell, County of, Texas
5704. Calhoun, County of, Texas
5705. Callahan, County of, Texas
5706. Cameron, County of, Texas
5707. Camp, County of, Texas
5708. Canyon, City of, Texas
5709. Carrollton, City of, Texas
5710. Cass, County of, Texas
5711. Cedar Hill, City of, Texas
5712. Cedar Park, City of, Texas
5713. Celina, City of, Texas
5714. Chambers, County of, Texas
5715. Cherokee, County of, Texas
5716. Cibolo, City of, Texas

5717. Clay, County of, Texas
5718. Cleburne, City of, Texas
5719. Clute, City of, Texas
5720. College Station, City of, Texas
5721. Colleyville, City of, Texas
5722. Collin, County of, Texas
5723. Colorado, County of, Texas
5724. Comal, County of, Texas
5725. Comanche, County of, Texas
5726. Conroe, City of, Texas
5727. Converse, City of, Texas
5728. Cooke, County of, Texas
5729. Coppell, City of, Texas
5730. Copperas Cove, City of, Texas
5731. Corinth, City of, Texas
5732. Corpus Christi, City of, Texas
5733. Corsicana, City of, Texas
5734. Coryell, County of, Texas
5735. Crowley, City of, Texas
5736. Dallas, City of, Texas
5737. Dallas, County of, Texas
5738. Dawson, County of, Texas
5739. Deaf Smith, County of, Texas
5740. Deer Park, City of, Texas
5741. Del Rio, City of, Texas
5742. Denison, City of, Texas
5743. Denton, City of, Texas
5744. Denton, County of, Texas
5745. DeSoto, City of, Texas
5746. DeWitt, County of, Texas
5747. Dickinson, City of, Texas
5748. Dimmit, County of, Texas
5749. Donna, City of, Texas
5750. Dumas, City of, Texas
5751. Duncanville, City of, Texas
5752. Duval, County of, Texas
5753. Eagle Pass, City of, Texas
5754. Eastland, County of, Texas
5755. Ector, County of, Texas
5756. Edinburg, City of, Texas
5757. El Campo, City of, Texas
5758. El Paso, City of, Texas
5759. El Paso, County of, Texas
5760. Elgin, City of, Texas
5761. Ellis, County of, Texas
5762. Ennis, City of, Texas

5763. Erath, County of, Texas
5764. Euless, City of, Texas
5765. Fair Oaks Ranch, City of, Texas
5766. Falls, County of, Texas
5767. Fannin, County of, Texas
5768. Farmers Branch, City of, Texas
5769. Fate, City of, Texas
5770. Fayette, County of, Texas
5771. Flower Mound, Town of, Texas
5772. Forest Hill, City of, Texas
5773. Forney, City of, Texas
5774. Fort Bend, County of, Texas
5775. Fort Worth, City of, Texas
5776. Franklin, County of, Texas
5777. Fredericksburg, City of, Texas
5778. Freeport, City of, Texas
5779. Freestone, County of, Texas
5780. Friendswood, City of, Texas
5781. Frio, County of, Texas
5782. Frisco, City of, Texas
5783. Fulshear, City of, Texas
5784. Gaines, County of, Texas
5785. Gainesville, City of, Texas
5786. Galena Park, City of, Texas
5787. Galveston, City of, Texas
5788. Galveston, County of, Texas
5789. Garland, City of, Texas
5790. Gatesville, City of, Texas
5791. Georgetown, City of, Texas
5792. Gillespie, County of, Texas
5793. Glenn Heights, City of, Texas
5794. Gonzales, County of, Texas
5795. Granbury, City of, Texas
5796. Grand Prairie, City of, Texas
5797. Grapevine, City of, Texas
5798. Gray, County of, Texas
5799. Grayson, County of, Texas
5800. Greenville, City of, Texas
5801. Gregg, County of, Texas
5802. Grimes, County of, Texas
5803. Groves, City of, Texas
5804. Guadalupe, County of, Texas
5805. Hale, County of, Texas
5806. Haltom City, City of, Texas
5807. Hardin, County of, Texas
5808. Harker Heights, City of, Texas

5809. Harlingen, City of, Texas
5810. Harris, County of, Texas
5811. Harrison, County of, Texas
5812. Hays, County of, Texas
5813. Henderson, City of, Texas
5814. Henderson, County of, Texas
5815. Hereford, City of, Texas
5816. Hewitt, City of, Texas
5817. Hidalgo, City of, Texas
5818. Hidalgo, County of, Texas
5819. Highland, Village of, City of, Texas
5820. Hill, County of, Texas
5821. Hockley, County of, Texas
5822. Hood, County of, Texas
5823. Hopkins, County of, Texas
5824. Horizon City, City of, Texas
5825. Houston, City of, Texas
5826. Houston, County of, Texas
5827. Howard, County of, Texas
5828. Humble, City of, Texas
5829. Hunt, County of, Texas
5830. Huntsville, City of, Texas
5831. Hurst, City of, Texas
5832. Hutchinson, County of, Texas
5833. Hutto, City of, Texas
5834. Ingleside, City of, Texas
5835. Irving, City of, Texas
5836. Jacinto City, City of, Texas
5837. Jackson, County of, Texas
5838. Jacksonville, City of, Texas
5839. Jasper, County of, Texas
5840. Jefferson, County of, Texas
5841. Jim Wells, County of, Texas
5842. Johnson, County of, Texas
5843. Jones, County of, Texas
5844. Karnes, County of, Texas
5845. Katy, City of, Texas
5846. Kaufman, County of, Texas
5847. Keller, City of, Texas
5848. Kendall, County of, Texas
5849. Kerr, County of, Texas
5850. Kerrville, City of, Texas
5851. Kilgore, City of, Texas
5852. Killeen, City of, Texas
5853. Kingsville, City of, Texas
5854. Kleberg, County of, Texas

| | |
|---|---|
| 5855. Kyle, City of, Texas | 5901. Midlothian, City of, Texas |
| 5856. La Marque, City of, Texas | 5902. Milam, County of, Texas |
| 5857. La Porte, City of, Texas | 5903. Mineral Wells, City of, Texas |
| 5858. Lake Jackson, City of, Texas | 5904. Mission, City of, Texas |
| 5859. Lakeway, City of, Texas | 5905. Missouri City, City of, Texas |
| 5860. Lamar, County of, Texas | 5906. Montague, County of, Texas |
| 5861. Lamb, County of, Texas | 5907. Montgomery, County of, Texas |
| 5862. Lampasas, County of, Texas | 5908. Moore, County of, Texas |
| 5863. Lancaster, City of, Texas | 5909. Morris, County of, Texas |
| 5864. Laredo, City of, Texas | 5910. Mount Pleasant, City of, Texas |
| 5865. Lavaca, County of, Texas | 5911. Murphy, City of, Texas |
| 5866. League City, City of, Texas | 5912. Nacogdoches, City of, Texas |
| 5867. Leander, City of, Texas | 5913. Nacogdoches, County of, Texas |
| 5868. Lee, County of, Texas | 5914. Navarro, County of, Texas |
| 5869. Leon, County of, Texas | 5915. Nederland, City of, Texas |
| 5870. Leon Valley, City of, Texas | 5916. New Braunfels, City of, Texas |
| 5871. Levelland, City of, Texas | 5917. Newton, County of, Texas |
| 5872. Lewisville, City of, Texas | 5918. Nolan, County of, Texas |
| 5873. Liberty, County of, Texas | 5919. North Richland Hills, City of, Texas |
| 5874. Limestone, County of, Texas | 5920. Nueces, County of, Texas |
| 5875. Little Elm, City of, Texas | 5921. Odessa, City of, Texas |
| 5876. Live Oak, City of, Texas | 5922. Orange, City of, Texas |
| 5877. Live Oak, County of, Texas | 5923. Orange, County of, Texas |
| 5878. Llano, County of, Texas | 5924. Palestine, City of, Texas |
| 5879. Lockhart, City of, Texas | 5925. Palo Pinto, County of, Texas |
| 5880. Longview, City of, Texas | 5926. Pampa, City of, Texas |
| 5881. Lubbock, City of, Texas | 5927. Panola, County of, Texas |
| 5882. Lubbock, County of, Texas | 5928. Paris, City of, Texas |
| 5883. Lufkin, City of, Texas | 5929. Parker, County of, Texas |
| 5884. Lumberton, City of, Texas | 5930. Pasadena, City of, Texas |
| 5885. Madison, County of, Texas | 5931. Pearland, City of, Texas |
| 5886. Manor, City of, Texas | 5932. Pearsall, City of, Texas |
| 5887. Mansfield, City of, Texas | 5933. Pecos, City of, Texas |
| 5888. Manvel, City of, Texas | 5934. Pecos, County of, Texas |
| 5889. Marshall, City of, Texas | 5935. Pflugerville, City of, Texas |
| 5890. Matagorda, County of, Texas | 5936. Pharr, City of, Texas |
| 5891. Maverick, County of, Texas | 5937. Plainview, City of, Texas |
| 5892. McAllen, City of, Texas | 5938. Plano, City of, Texas |
| 5893. McKinney, City of, Texas | 5939. Pleasanton, City of, Texas |
| 5894. McLennan, County of, Texas | 5940. Polk, County of, Texas |
| 5895. Medina, County of, Texas | 5941. Port Arthur, City of, Texas |
| 5896. Melissa, City of, Texas | 5942. Port Lavaca, City of, Texas |
| 5897. Mercedes, City of, Texas | 5943. Port Neches, City of, Texas |
| 5898. Mesquite, City of, Texas | 5944. Portland, City of, Texas |
| 5899. Midland, City of, Texas | 5945. Potter, County of, Texas |
| 5900. Midland, County of, Texas | 5946. Princeton, City of, Texas |

5947. Prosper, Town of, Texas
5948. Rains, County of, Texas
5949. Randall, County of, Texas
5950. Raymondville, City of, Texas
5951. Red Oak, City of, Texas
5952. Red River, County of, Texas
5953. Reeves, County of, Texas
5954. Richardson, City of, Texas
5955. Richmond, City of, Texas
5956. Rio Grande City, City of, Texas
5957. Robertson, County of, Texas
5958. Robinson, City of, Texas
5959. Robstown, City of, Texas
5960. Rockport, City of, Texas
5961. Rockwall, City of, Texas
5962. Rockwall, County of, Texas
5963. Roma, City of, Texas
5964. Rosenberg, City of, Texas
5965. Round Rock, City of, Texas
5966. Rowlett, City of, Texas
5967. Royse City, City of, Texas
5968. Runnels, County of, Texas
5969. Rusk, County of, Texas
5970. Sabine, County of, Texas
5971. Sachse, City of, Texas
5972. Saginaw, City of, Texas
5973. San Angelo, City of, Texas
5974. San Antonio, City of, Texas
5975. San Benito, City of, Texas
5976. San Jacinto, County of, Texas
5977. San Juan, City of, Texas
5978. San Marcos, City of, Texas
5979. San Patricio, County of, Texas
5980. Santa Fe, City of, Texas
5981. Schertz, City of, Texas
5982. Scurry, County of, Texas
5983. Seabrook, City of, Texas
5984. Seagoville, City of, Texas
5985. Seguin, City of, Texas
5986. Selma, City of, Texas
5987. Shelby, County of, Texas
5988. Sherman, City of, Texas
5989. Smith, County of, Texas
5990. Snyder, City of, Texas
5991. Socorro, City of, Texas
5992. South Houston, City of, Texas

5993. Southlake, City of, Texas
5994. Stafford, City of, Texas
5995. Starr, County of, Texas
5996. Stephenville, City of, Texas
5997. Sugar Land, City of, Texas
5998. Sulphur Springs, City of, Texas
5999. Sweetwater, City of, Texas
6000. Tarrant, County of, Texas
6001. Taylor, City of, Texas
6002. Taylor, County of, Texas
6003. Temple, City of, Texas
6004. Terrell, City of, Texas
6005. Terry, County of, Texas
6006. Texarkana, City of, Texas
6007. Texas City, City of, Texas
6008. The Colony, City of, Texas
6009. Titus, County of, Texas
6010. Tom Green, County of, Texas
6011. Tomball, City of, Texas
6012. Travis, County of, Texas
6013. Trinity, County of, Texas
6014. Trophy Club, Town of, Texas
6015. Tyler, City of, Texas
6016. Tyler, County of, Texas
6017. Universal City, City of, Texas
6018. University Park, City of, Texas
6019. Upshur, County of, Texas
6020. Uvalde, City of, Texas
6021. Uvalde, County of, Texas
6022. Val Verde, County of, Texas
6023. Van Zandt, County of, Texas
6024. Vernon, City of, Texas
6025. Victoria, City of, Texas
6026. Victoria, County of, Texas
6027. Vidor, City of, Texas
6028. Waco, City of, Texas
6029. Walker, County of, Texas
6030. Waller, County of, Texas
6031. Ward, County of, Texas
6032. Washington, County of, Texas
6033. Watauga, City of, Texas
6034. Waxahachie, City of, Texas
6035. Weatherford, City of, Texas
6036. Webb, County of, Texas
6037. Webster, City of, Texas
6038. Weslaco, City of, Texas

6039. West University Place, City of, Texas
6040. Wharton, County of, Texas
6041. White Settlement, City of, Texas
6042. Wichita, County of, Texas
6043. Wichita Falls, City of, Texas
6044. Wilbarger, County of, Texas
6045. Willacy, County of, Texas
6046. Williamson, County of, Texas
6047. Wilson, County of, Texas
6048. Wise, County of, Texas
6049. Wood, County of, Texas
6050. Wylie, City of, Texas
6051. Young, County of, Texas
6052. Zapata, County of, Texas
6053. Zavala, County of, Texas
6054. Alpine, City of, Utah
6055. American Fork, City of, Utah
6056. Bluffdale, City of, Utah
6057. Bountiful, City of, Utah
6058. Box Elder, County of, Utah
6059. Brigham City, City of, Utah
6060. Cache, County of, Utah
6061. Carbon, County of, Utah
6062. Cedar City, City of, Utah
6063. Cedar Hills, City of, Utah
6064. Centerville, City of, Utah
6065. Clearfield, City of, Utah
6066. Clinton, City of, Utah
6067. Cottonwood Heights, City of, Utah
6068. Davis, County of, Utah
6069. Draper, City of, Utah
6070. Duchesne, County of, Utah
6071. Eagle Mountain, City of, Utah
6072. Emery, County of, Utah
6073. Farmington, City of, Utah
6074. Grantsville, City of, Utah
6075. Heber, City of, Utah
6076. Herriman, City of, Utah
6077. Highland, City of, Utah
6078. Holladay, City of, Utah
6079. Hurricane, City of, Utah
6080. Iron, County of, Utah
6081. Juab, County of, Utah
6082. Kaysville, City of, Utah
6083. Kearns metro, Township of, Utah
6084. Layton, City of, Utah
6085. Lehi, City of, Utah
6086. Lindon, City of, Utah
6087. Logan, City of, Utah
6088. Magna metro, Township of, Utah
6089. Mapleton, City of, Utah
6090. Midvale, City of, Utah
6091. Millard, County of, Utah
6092. Millcreek, City of, Utah
6093. Morgan, County of, Utah
6094. Murray, City of, Utah
6095. North Logan, City of, Utah
6096. North Ogden, City of, Utah
6097. North Salt Lake, City of, Utah
6098. Ogden, City of, Utah
6099. Orem, City of, Utah
6100. Payson, City of, Utah
6101. Pleasant Grove, City of, Utah
6102. Pleasant View, City of, Utah
6103. Provo, City of, Utah
6104. Riverton, City of, Utah
6105. Roy, City of, Utah
6106. Salt Lake City, City of, Utah
6107. Salt Lake, County of, Utah
6108. San Juan, County of, Utah
6109. Sandy, City of, Utah
6110. Sanpete, County of, Utah
6111. Santaquin, City of, Utah
6112. Saratoga Springs, City of, Utah
6113. Sevier, County of, Utah
6114. Smithfield, City of, Utah
6115. South Jordan, City of, Utah
6116. South Ogden, City of, Utah
6117. South Salt Lake, City of, Utah
6118. Spanish Fork, City of, Utah
6119. Springville, City of, Utah
6120. St. George, City of, Utah
6121. Summit, County of, Utah
6122. Syracuse, City of, Utah
6123. Taylorsville, City of, Utah
6124. Tooele, City of, Utah
6125. Tooele, County of, Utah
6126. Uintah, County of, Utah
6127. Utah, County of, Utah
6128. Vernal, City of, Utah
6129. Vineyard, Town of, Utah

6130. Wasatch, County of, Utah
6131. Washington, City of, Utah
6132. Washington, County of, Utah
6133. Weber, County of, Utah
6134. West Haven, City of, Utah
6135. West Jordan, City of, Utah
6136. West Point, City of, Utah
6137. West Valley City, City of, Utah
6138. Woods Cross, City of, Utah
6139. Addison, County of, Vermont
6140. Bennington, County of, Vermont
6141. Bennington, Town of, Vermont
6142. Brattleboro, Town of, Vermont
6143. Burlington, City of, Vermont
6144. Caledonia, County of, Vermont
6145. Chittenden, County of, Vermont
6146. Colchester, Town of, Vermont
6147. Essex Junction, Village of, Vermont
6148. Essex, Town of, Vermont
6149. Franklin, County of, Vermont
6150. Lamoille, County of, Vermont
6151. Milton, Town of, Vermont
6152. Orange, County of, Vermont
6153. Orleans, County of, Vermont
6154. Rutland, City of, Vermont
6155. Rutland, County of, Vermont
6156. South Burlington, City of, Vermont
6157. Washington, County of, Vermont
6158. Williston, Town of, Vermont
6159. Windham, County of, Vermont
6160. Windsor, County of, Vermont
6161. Accomack, County of, Virginia
6162. Albemarle, County of, Virginia
6163. Alexandria, City of, Virginia
6164. Alleghany, County of, Virginia
6165. Amelia, County of, Virginia
6166. Amherst, County of, Virginia
6167. Appomattox, County of, Virginia
6168. Arlington, County of, Virginia
6169. Augusta, County of, Virginia
6170. Bedford, County of, Virginia
6171. Blacksburg, Town of, Virginia
6172. Botetourt, County of, Virginia
6173. Bristol, City of, Virginia
6174. Brunswick, County of, Virginia
6175. Buchanan, County of, Virginia

6176. Buckingham, County of, Virginia
6177. Campbell, County of, Virginia
6178. Caroline, County of, Virginia
6179. Carroll, County of, Virginia
6180. Charlotte, County of, Virginia
6181. Charlottesville, City of, Virginia
6182. Chesapeake, City of, Virginia
6183. Chesterfield, County of, Virginia
6184. Christiansburg, Town of, Virginia
6185. Clarke, County of, Virginia
6186. Colonial Heights, City of, Virginia
6187. Culpeper, County of, Virginia
6188. Culpeper, Town of, Virginia
6189. Danville, City of, Virginia
6190. Dickenson, County of, Virginia
6191. Dinwiddie, County of, Virginia
6192. Essex, County of, Virginia
6193. Fairfax, City of, Virginia
6194. Fairfax, County of, Virginia
6195. Falls Church, City of, Virginia
6196. Fauquier, County of, Virginia
6197. Floyd, County of, Virginia
6198. Fluvanna, County of, Virginia
6199. Franklin, County of, Virginia
6200. Frederick, County of, Virginia
6201. Fredericksburg, City of, Virginia
6202. Front Royal, Town of, Virginia
6203. Giles, County of, Virginia
6204. Gloucester, County of, Virginia
6205. Goochland, County of, Virginia
6206. Grayson, County of, Virginia
6207. Greene, County of, Virginia
6208. Greensville, County of, Virginia
6209. Halifax, County of, Virginia
6210. Hampton, City of, Virginia
6211. Hanover, County of, Virginia
6212. Harrisonburg, City of, Virginia
6213. Henrico, County of, Virginia
6214. Henry, County of, Virginia
6215. Herndon, Town of, Virginia
6216. Hopewell, City of, Virginia
6217. Isle of Wight, County of, Virginia
6218. James City, County of, Virginia
6219. King George, County of, Virginia
6220. King William, County of, Virginia
6221. Lancaster, County of, Virginia

| | | | | |
|---|---|---|---|---|
| 6222. | Lee, County of, Virginia | 6268. | Stafford, County of, Virginia |
| 6223. | Leesburg, Town of, Virginia | 6269. | Staunton, City of, Virginia |
| 6224. | Loudoun, County of, Virginia | 6270. | Suffolk, City of, Virginia |
| 6225. | Louisa, County of, Virginia | 6271. | Sussex, County of, Virginia |
| 6226. | Lunenburg, County of, Virginia | 6272. | Tazewell, County of, Virginia |
| 6227. | Lynchburg, City of, Virginia | 6273. | Vienna, Town of, Virginia |
| 6228. | Madison, County of, Virginia | 6274. | Virginia Beach, City of, Virginia |
| 6229. | Manassas, City of, Virginia | 6275. | Warren, County of, Virginia |
| 6230. | Manassas Park, City of, Virginia | 6276. | Warrenton, Town of, Virginia |
| 6231. | Martinsville, City of, Virginia | 6277. | Washington, County of, Virginia |
| 6232. | Mecklenburg, County of, Virginia | 6278. | Waynesboro, City of, Virginia |
| 6233. | Middlesex, County of, Virginia | 6279. | Westmoreland, County of, Virginia |
| 6234. | Montgomery, County of, Virginia | 6280. | Williamsburg, City of, Virginia |
| 6235. | Nelson, County of, Virginia | 6281. | Winchester, City of, Virginia |
| 6236. | New Kent, County of, Virginia | 6282. | Wise, County of, Virginia |
| 6237. | Newport News, City of, Virginia | 6283. | Wythe, County of, Virginia |
| 6238. | Norfolk, City of, Virginia | 6284. | York, County of, Virginia |
| 6239. | Northampton, County of, Virginia | 6285. | Aberdeen, City of, Washington |
| 6240. | Northumberland, County of, Virginia | 6286. | Adams, County of, Washington |
| 6241. | Nottoway, County of, Virginia | 6287. | Anacortes, City of, Washington |
| 6242. | Orange, County of, Virginia | 6288. | Arlington, City of, Washington |
| 6243. | Page, County of, Virginia | 6289. | Asotin, County of, Washington |
| 6244. | Patrick, County of, Virginia | 6290. | Auburn, City of, Washington |
| 6245. | Petersburg, City of, Virginia | 6291. | Bainbridge Island, City of, Washington |
| 6246. | Pittsylvania, County of, Virginia | | |
| 6247. | Poquoson, City of, Virginia | 6292. | Battle Ground, City of, Washington |
| 6248. | Portsmouth, City of, Virginia | 6293. | Bellevue, City of, Washington |
| 6249. | Powhatan, County of, Virginia | 6294. | Bellingham, City of, Washington |
| 6250. | Prince Edward, County of, Virginia | 6295. | Benton, County of, Washington |
| 6251. | Prince George, County of, Virginia | 6296. | Bonney Lake, City of, Washington |
| 6252. | Prince William, County of, Virginia | 6297. | Bothell, City of, Washington |
| 6253. | Pulaski, County of, Virginia | 6298. | Bremerton, City of, Washington |
| 6254. | Purcellville, Town of, Virginia | 6299. | Burien, City of, Washington |
| 6255. | Radford, City of, Virginia | 6300. | Camas, City of, Washington |
| 6256. | Richmond, City of, Virginia | 6301. | Centralia, City of, Washington |
| 6257. | Roanoke, City of, Virginia | 6302. | Chelan, County of, Washington |
| 6258. | Roanoke, County of, Virginia | 6303. | Cheney, City of, Washington |
| 6259. | Rockbridge, County of, Virginia | 6304. | Clallam, County of, Washington |
| 6260. | Rockingham, County of, Virginia | 6305. | Clark, County of, Washington |
| 6261. | Russell, County of, Virginia | 6306. | Covington, City of, Washington |
| 6262. | Salem, City of, Virginia | 6307. | Cowlitz, County of, Washington |
| 6263. | Scott, County of, Virginia | 6308. | Des Moines, City of, Washington |
| 6264. | Shenandoah, County of, Virginia | 6309. | Douglas, County of, Washington |
| 6265. | Smyth, County of, Virginia | 6310. | East Wenatchee, City of, Washington |
| 6266. | Southampton, County of, Virginia | | |
| 6267. | Spotsylvania, County of, Virginia | 6311. | Edgewood, City of, Washington |

6312. Edmonds, City of, Washington
6313. Ellensburg, City of, Washington
6314. Enumclaw, City of, Washington
6315. Everett, City of, Washington
6316. Federal Way, City of, Washington
6317. Ferndale, City of, Washington
6318. Fife, City of, Washington
6319. Franklin, County of, Washington
6320. Gig Harbor, City of, Washington
6321. Grandview, City of, Washington
6322. Grant, County of, Washington
6323. Grays Harbor, County of, Washington
6324. Island, County of, Washington
6325. Issaquah, City of, Washington
6326. Jefferson, County of, Washington
6327. Kelso, City of, Washington
6328. Kenmore, City of, Washington
6329. Kennewick, City of, Washington
6330. Kent, City of, Washington
6331. King, County of, Washington
6332. Kirkland, City of, Washington
6333. Kitsap, County of, Washington
6334. Kittitas, County of, Washington
6335. Klickitat, County of, Washington
6336. Lacey, City of, Washington
6337. Lake Forest Park, City of, Washington
6338. Lake Stevens, City of, Washington
6339. Lakewood, City of, Washington
6340. Lewis, County of, Washington
6341. Liberty Lake, City of, Washington
6342. Lincoln, County of, Washington
6343. Longview, City of, Washington
6344. Lynden, City of, Washington
6345. Lynnwood, City of, Washington
6346. Maple Valley, City of, Washington
6347. Marysville, City of, Washington
6348. Mason, County of, Washington
6349. Mercer Island, City of, Washington
6350. Mill Creek, City of, Washington
6351. Monroe, City of, Washington
6352. Moses Lake, City of, Washington
6353. Mount Vernon, City of, Washington
6354. Mountlake Terrace, City of, Washington
6355. Mukilteo, City of, Washington
6356. Newcastle, City of, Washington
6357. Oak Harbor, City of, Washington
6358. Okanogan, County of, Washington
6359. Olympia, City of, Washington
6360. Pacific, County of, Washington
6361. Pasco, City of, Washington
6362. Pend Oreille, County of, Washington
6363. Pierce, County of, Washington
6364. Port Angeles, City of, Washington
6365. Port Orchard, City of, Washington
6366. Poulsbo, City of, Washington
6367. Pullman, City of, Washington
6368. Puyallup, City of, Washington
6369. Redmond, City of, Washington
6370. Renton, City of, Washington
6371. Richland, City of, Washington
6372. Sammamish, City of, Washington
6373. San Juan, County of, Washington
6374. SeaTac, City of, Washington
6375. Seattle, City of, Washington
6376. Sedro-Woolley, City of, Washington
6377. Shelton, City of, Washington
6378. Shoreline, City of, Washington
6379. Skagit, County of, Washington
6380. Skamania, County of, Washington
6381. Snohomish, City of, Washington
6382. Snohomish, County of, Washington
6383. Snoqualmie, City of, Washington
6384. Spokane, City of, Washington
6385. Spokane, County of, Washington
6386. Spokane Valley, City of, Washington
6387. Stevens, County of, Washington
6388. Sumner, City of, Washington
6389. Sunnyside, City of, Washington
6390. Tacoma, City of, Washington
6391. Thurston, County of, Washington
6392. Tukwila, City of, Washington
6393. Tumwater, City of, Washington
6394. University Place, City of, Washington
6395. Vancouver, City of, Washington
6396. Walla Walla, City of, Washington
6397. Walla Walla, County of, Washington
6398. Washougal, City of, Washington
6399. Wenatchee, City of, Washington

6400. West Richland, City of, Washington
6401. Whatcom, County of, Washington
6402. Whitman, County of, Washington
6403. Woodinville, City of, Washington
6404. Yakima, City of, Washington
6405. Yakima, County of, Washington
6406. Adams, County of, Wisconsin
6407. Allouez, Village of, Wisconsin
6408. Appleton, City of, Wisconsin
6409. Ashland, County of, Wisconsin
6410. Ashwaubenon, Village of, Wisconsin
6411. Baraboo, City of, Wisconsin
6412. Barron, County of, Wisconsin
6413. Bayfield, County of, Wisconsin
6414. Beaver Dam, City of, Wisconsin
6415. Bellevue, Village of, Wisconsin
6416. Beloit, City of, Wisconsin
6417. Brookfield, City of, Wisconsin
6418. Brown, County of, Wisconsin
6419. Brown Deer, Village of, Wisconsin
6420. Buffalo, County of, Wisconsin
6421. Burlington, City of, Wisconsin
6422. Burnett, County of, Wisconsin
6423. Caledonia, Village of, Wisconsin
6424. Calumet, County of, Wisconsin
6425. Cedarburg, City of, Wisconsin
6426. Chippewa, County of, Wisconsin
6427. Chippewa Falls, City of, Wisconsin
6428. Clark, County of, Wisconsin
6429. Columbia, County of, Wisconsin
6430. Crawford, County of, Wisconsin
6431. Cudahy, City of, Wisconsin
6432. Dane, County of, Wisconsin
6433. De Pere, City of, Wisconsin
6434. DeForest, Village of, Wisconsin
6435. Dodge, County of, Wisconsin
6436. Door, County of, Wisconsin
6437. Douglas, County of, Wisconsin
6438. Dunn, County of, Wisconsin
6439. Eau Claire, City of, Wisconsin
6440. Eau Claire, County of, Wisconsin
6441. Elkhorn, City of, Wisconsin
6442. Fitchburg, City of, Wisconsin
6443. Fond du Lac, City of, Wisconsin
6444. Fond du Lac, County of, Wisconsin
6445. Fort Atkinson, City of, Wisconsin
6446. Fox Crossing, Village of, Wisconsin
6447. Franklin, City of, Wisconsin
6448. Germantown, Village of, Wisconsin
6449. Glendale, City of, Wisconsin
6450. Grafton, Village of, Wisconsin
6451. Grand Chute, Town of, Wisconsin
6452. Grant, County of, Wisconsin
6453. Green Bay, City of, Wisconsin
6454. Green, County of, Wisconsin
6455. Green Lake, County of, Wisconsin
6456. Greendale, Village of, Wisconsin
6457. Greenfield, City of, Wisconsin
6458. Greenville, Town of, Wisconsin
6459. Harrison, Village of, Wisconsin
6460. Hartford, City of, Wisconsin
6461. Hobart, Village of, Wisconsin
6462. Holmen, Village of, Wisconsin
6463. Howard, Village of, Wisconsin
6464. Hudson, City of, Wisconsin
6465. Iowa, County of, Wisconsin
6466. Jackson, County of, Wisconsin
6467. Janesville, City of, Wisconsin
6468. Jefferson, County of, Wisconsin
6469. Juneau, County of, Wisconsin
6470. Kaukauna, City of, Wisconsin
6471. Kenosha, City of, Wisconsin
6472. Kenosha, County of, Wisconsin
6473. Kewaunee, County of, Wisconsin
6474. La Crosse, City of, Wisconsin
6475. La Crosse, County of, Wisconsin
6476. Lafayette, County of, Wisconsin
6477. Langlade, County of, Wisconsin
6478. Lincoln, County of, Wisconsin
6479. Lisbon, Town of, Wisconsin
6480. Little Chute, Village of, Wisconsin
6481. Madison, City of, Wisconsin
6482. Manitowoc, City of, Wisconsin
6483. Manitowoc, County of, Wisconsin
6484. Marathon, County of, Wisconsin
6485. Marinette, City of, Wisconsin
6486. Marinette, County of, Wisconsin
6487. Marquette, County of, Wisconsin
6488. Marshfield, City of, Wisconsin
6489. Menasha, City of, Wisconsin
6490. Menomonee Falls, Village of, Wisconsin

6491. Menomonie, City of, Wisconsin
6492. Mequon, City of, Wisconsin
6493. Middleton, City of, Wisconsin
6494. Milwaukee, City of, Wisconsin
6495. Milwaukee, County of, Wisconsin
6496. Monroe, City of, Wisconsin
6497. Monroe, County of, Wisconsin
6498. Mount Pleasant, Village of, Wisconsin
6499. Muskego, City of, Wisconsin
6500. Neenah, City of, Wisconsin
6501. New Berlin, City of, Wisconsin
6502. Oak Creek, City of, Wisconsin
6503. Oconomowoc, City of, Wisconsin
6504. Oconto, County of, Wisconsin
6505. Onalaska, City of, Wisconsin
6506. Oneida, County of, Wisconsin
6507. Oregon, Village of, Wisconsin
6508. Oshkosh, City of, Wisconsin
6509. Outagamie, County of, Wisconsin
6510. Ozaukee, County of, Wisconsin
6511. Pewaukee, City of, Wisconsin
6512. Pierce, County of, Wisconsin
6513. Platteville, City of, Wisconsin
6514. Pleasant Prairie, Village of, Wisconsin
6515. Plover, Village of, Wisconsin
6516. Polk, County of, Wisconsin
6517. Port Washington, City of, Wisconsin
6518. Portage, City of, Wisconsin
6519. Portage, County of, Wisconsin
6520. Price, County of, Wisconsin
6521. Racine, City of, Wisconsin
6522. Racine, County of, Wisconsin
6523. Richfield, Village of, Wisconsin
6524. Richland, County of, Wisconsin
6525. River Falls, City of, Wisconsin
6526. Rock, County of, Wisconsin
6527. Rusk, County of, Wisconsin
6528. Salem Lakes, Village of, Wisconsin
6529. Sauk, County of, Wisconsin
6530. Sawyer, County of, Wisconsin
6531. Shawano, County of, Wisconsin
6532. Sheboygan, City of, Wisconsin
6533. Sheboygan, County of, Wisconsin
6534. Shorewood, Village of, Wisconsin
6535. South Milwaukee, City of, Wisconsin
6536. St. Croix, County of, Wisconsin
6537. Stevens Point, City of, Wisconsin
6538. Stoughton, City of, Wisconsin
6539. Suamico, Village of, Wisconsin
6540. Sun Prairie, City of, Wisconsin
6541. Superior, City of, Wisconsin
6542. Sussex, Village of, Wisconsin
6543. Taylor, County of, Wisconsin
6544. Trempealeau, County of, Wisconsin
6545. Two Rivers, City of, Wisconsin
6546. Vernon, County of, Wisconsin
6547. Verona, City of, Wisconsin
6548. Vilas, County of, Wisconsin
6549. Walworth, County of, Wisconsin
6550. Washburn, County of, Wisconsin
6551. Washington, County of, Wisconsin
6552. Watertown, City of, Wisconsin
6553. Waukesha, City of, Wisconsin
6554. Waukesha, County of, Wisconsin
6555. Waunakee, Village of, Wisconsin
6556. Waupaca, County of, Wisconsin
6557. Waupun, City of, Wisconsin
6558. Wausau, City of, Wisconsin
6559. Waushara, County of, Wisconsin
6560. Wauwatosa, City of, Wisconsin
6561. West Allis, City of, Wisconsin
6562. West Bend, City of, Wisconsin
6563. Weston, Village of, Wisconsin
6564. Whitefish Bay, Village of, Wisconsin
6565. Whitewater, City of, Wisconsin
6566. Winnebago, County of, Wisconsin
6567. Wisconsin Rapids, City of, Wisconsin
6568. Wood, County of, Wisconsin
6569. Albany, County of, Wyoming
6570. Big Horn, County of, Wyoming
6571. Campbell, County of, Wyoming
6572. Carbon, County of, Wyoming
6573. Casper, City of, Wyoming
6574. Cheyenne, City of, Wyoming
6575. Converse, County of, Wyoming
6576. Evanston, City of, Wyoming
6577. Fremont, County of, Wyoming

6578. Gillette, City of, Wyoming
6579. Goshen, County of, Wyoming
6580. Green River, City of, Wyoming
6581. Jackson, Town of, Wyoming
6582. Laramie, City of, Wyoming
6583. Laramie, County of, Wyoming
6584. Lincoln, County of, Wyoming
6585. Natrona, County of, Wyoming
6586. Park, County of, Wyoming
6587. Riverton, City of, Wyoming
6588. Rock Springs, City of, Wyoming
6589. Sheridan, City of, Wyoming
6590. Sheridan, County of, Wyoming
6591. Sweetwater, County of, Wyoming
6592. Teton, County of, Wyoming
6593. Uinta, County of, Wyoming

# EXHIBIT J

## Illustrative List of Released Entities

Wal-Mart
Wal-Mart Inc.
Wal-Mart, Inc.
Wal-Mart Stores
Wal-Mart Stores, Inc.
Walmart Stores, Inc.
Wal-Mart Stores Inc.
Walmart Inc.
Walmart Inc., Walmart Stores East
Wal-Mart Inc f/k/a Walmart Stores, Inc.
Wal-Mart Inc. f/k/a Walmart Stores, Inc.
Walmart Inc. (f/k/a Wal-Mart Stores)
Walmart Inc. f/k/a Wal-Mart Stores, Inc.
Walmart, Inc.
Walmart, Inc. f/k/a Wal-Mart Stores Inc. d/b/a Wal-Mart Warehouse #46
Walmart Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacy Warehouse #32
Walmart Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacy Warehouse #45
Walmart, Inc. f/k/a Wal-Mart Stores, Inc.
WAL-MART INC. f/k/a WAL-MART STORES, INC.
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-1218
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-1381
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-2778
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-3751
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-4430
Walmart Inc., f/k/a Wal-Mart Stores East, LP, Individually and d/b/a Wal-Mart Pharmacy Warehouses
Walmart Stores East, L.P.
Wal-Mart Stores East
Wal-Mart Stores East L.P.
Wal-Mart Stores East d/b/a Wal-Mart Pharmacy Warehouse #45
Wal-Mart Stores East d/b/a Wal-Mart Pharmacy Warehouse #46
Wal-Mart Stores East, Inc.
Wal-Mart Stores East, LLC
Wal-Mart Stores East, LLC f/k/a Wal-Mart Stores East Inc.
Wal-Mart Stores East, LP
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse
Wal-Mart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse
Wal-Mart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse #1

Wal-Mart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse #45
Wal-Mart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse #46
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #1
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #32
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #34
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #45
Wal-Mart Stores East, LP d/b/a Walmart Pharmacy Warehouse #46
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy 10-3251
Wal-Mart Stores East I, LP
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East d/b/a Walmart #20
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #34
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #48
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East d/b/a Walmart #92
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #338
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #914
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #4282
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #5261
Wal-Mart Pharmacy
Wal-Mart Pharmacy Warehouse
Wal-Mart Pharmacy Warehouse #1
Wal-Mart Pharmacy Warehouse #32
Wal-Mart Pharmacy Warehouse #45
Wal-Mart Pharmacy Warehouse #46
Wal-Mart Pharmacy 10-0696
Wal-Mart Pharmacy 10-1218
Walmart Pharmacy
Walmart Pharmacy 10-1381
Walmart Pharmacy 10-2289
Walmart Pharmacy Warehouse
Wal-Mart Pharmacy 10-2778
Wal-Mart Pharmacy 10-3251
Wal-Mart Pharmacy 10-3751
Wal-Mart Pharmacy 10-4430
Wal-Mart Pharmacy 10-5296
Wal-Mart Pharmacy 10-5397
Wal-Mart Pharmacy Wholesale
Wal-Mart Stores Texas, LLC
Wal-Mart.com USA, LLC
Wal-Mart Puerto Rico, Inc.
Sam's West, Inc.
Sam's East, Inc.
WSE Investment LLC
WSE Management LLC
Wal-Mart Property Company
Wal-Mart Real Estate Business Trust
Sam's Property Company

Sam's Real Estate Business Trust
Wal-Mart de Mexico Canada Corp.
Wal-Mart Canada Corp
Flipkart Private Limited
Flipkart Walmart Chile S.A.
Walmart Chile
Massmart Holdings Ltd.
Qomolangma Holdings Ltd.
ClarusONE Sourcing Services, LLP

## Subdivision Participation Form

| Governmental Entity: | State: |
|---|---|
| Authorized Official: | |
| Address 1: | |
| Address 2: | |
| City, State, Zip: | |
| Phone: | |
| Email: | |

The governmental entity identified above ("Governmental Entity"), in order to obtain and in consideration for the benefits provided to the Governmental Entity pursuant to the Settlement Agreement dated November 14, 2022 ("Walmart Settlement"), and acting through the undersigned authorized official, hereby elects to participate in the Walmart Settlement, release all Released Claims against all Released Entities, and agrees as follows.

1. The Governmental Entity is aware of and has reviewed the Walmart Settlement, understands that all terms in this Election and Release have the meanings defined therein, and agrees that by this Election, the Governmental Entity elects to participate in the Walmart Settlement and become a Participating Subdivision as provided therein.

2. The Governmental Entity shall promptly, and in any event within 14 days of the Effective Date and prior to the filing of the Consent Judgment, dismiss with prejudice any Released Claims that it has filed. With respect to any Released Claims pending in In re National Prescription Opiate Litigation, MDL No. 2804, the Governmental Entity authorizes the Plaintiffs' Executive Committee to execute and file on behalf of the Governmental Entity a Stipulation of Dismissal With Prejudice substantially in the form found at https://nationalopioidsettlement.com/.

3. The Governmental Entity agrees to the terms of the Walmart Settlement pertaining to Subdivisions as defined therein.

4. By agreeing to the terms of the Walmart Settlement and becoming a Releasor, the Governmental Entity is entitled to the benefits provided therein, including, if applicable, monetary payments beginning after the Effective Date.

5. The Governmental Entity agrees to use any monies it receives through the Walmart Settlement solely for the purposes provided therein.

6. The Governmental Entity submits to the jurisdiction of the court in the Governmental Entity's state where the Consent Judgment is filed for purposes limited to that court's role as provided in, and for resolving disputes to the extent provided in, the Walmart Settlement.

7. The Governmental Entity has the right to enforce the Walmart Settlement as provided therein.

8. The Governmental Entity, as a Participating Subdivision, hereby becomes a Releasor for all purposes in the Walmart Settlement, including but not limited to all provisions of Section X (Release), and along with all departments, agencies, divisions, boards, commissions, districts, instrumentalities of any kind and attorneys, and any person in their official capacity elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, and any other entity identified in the definition of Releasor, provides for a release to the fullest extent of its authority. As a Releasor, the Governmental Entity hereby absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim, or to cause, assist or permit to be brought, filed, or claimed, or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever. The releases provided for in the Walmart Settlement are intended by the Parties to be broad and shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to Released Claims and extend to the full extent of the power of the Governmental Entity to release claims. The Walmart Settlement shall be a complete bar to any Released Claim.

9. In connection with the releases provided for in the Walmart Settlement, each Governmental Entity expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

> **General Release; extent.** A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

A Releasor may hereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Governmental Entity hereby expressly waives and fully, finally, and forever settles, releases and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date but which Releasors do not know or suspect to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and which, if known, would materially affect the Governmental Entities' decision to participate in the Walmart Settlement.

10. Nothing herein is intended to modify in any way the terms of the Walmart Settlement, to which Governmental Entity hereby agrees. To the extent this Election and Release is interpreted differently from the Walmart Settlement in any respect, the Walmart Settlement controls.

I have all necessary power and authorization to execute this Election and Release on behalf of the Governmental Entity.

Signature: _____

Name: _____

Title: _____

Date: _____

**<u>EXHIBIT L</u>**

**<u>Settlement Fund Administrator Terms</u>**

[Exhibit to be inserted prior to the Threshold Subdivision Participation Date.]

## EXHIBIT M

### Maximum Payment Amounts

The below reflects the maximum possible payment assuming all Eligible States and Subdivisions become Settling States and Participating Subdivisions, respectively. Walmart shall deposit the amounts payable to the State Outside Counsel Fee Fund and the State Cost Fund into the Settlement Fund on the Deposit Date and those amounts shall be disbursed by the Settlement Fund Administrator consistent with Exhibits S and T.

| Payment Category | Amount |
|---|---|
| Remediation | $2,393,794,118.64 |
| Subdivision Attorneys' Fees, Expenses and Costs | $297,720,376.93 |
| State Outside Counsel Fee Fund | $16,006,471.88 |
| State Cost Fund | $16,006,471.88 |
| Additional Remediation | $16,006,471.88 |
| **Total** | **$2,739,533,911.21** |

## EXHIBIT N

## Additional Remediation Amount Allocation Percentages

| | |
|---|---|
| **American Samoa** | 0.02200115975% |
| **Arizona** | 3.05252465675% |
| **California** | 12.74849736613% |
| **Colorado** | 2.13511305177% |
| **Connecticut** | 1.66248361102% |
| **District of Columbia** | 0.23126235968% |
| **Georgia** | 3.58271243432% |
| **Guam** | 0.06172478010% |
| **Hawaii** | 0.41715801047% |
| **Idaho** | 0.63207800237% |
| **Illinois** | 4.27418134712% |
| **Indiana** | 2.84860067110% |
| **Iowa** | 0.95333852745% |
| **Kansas** | 1.00750402880% |
| **Louisiana** | 1.88257043645% |
| **Maine** | 0.68015462142% |
| **Maryland** | 2.71203054235% |
| **Massachusetts** | 2.95998387959% |
| **Minnesota** | 1.66691605927% |
| **Missouri** | 2.57716004997% |
| **Montana** | 0.40160929605% |
| **N. Mariana Islands** | 0.02146629937% |
| **Nebraska** | 0.53602352921% |
| **New Jersey** | 3.54021579836% |
| **New York** | 6.92637929997% |
| **North Carolina** | 4.17641738164% |
| **North Dakota** | 0.21847415675% |
| **Ohio** | 5.59815538035% |
| **Oklahoma** | 1.96884304616% |
| **Oregon** | 1.76570407913% |
| **Pennsylvania** | 5.89566898881% |
| **Rhode Island** | 0.57378605088% |
| **South Carolina** | 1.97793678247% |
| **Tennessee** | 3.45413951394% |
| **Texas** | 8.08647780880% |
| **Vermont** | 0.32700612791% |

| | |
|---|---|
| **Virgin Islands** | 0.04056252728% |
| **Virginia** | 2.92983758737% |
| **Washington** | 2.97967950241% |
| **Wisconsin** | 2.25927398859% |
| **Wyoming** | 0.21434725869% |

# EXHIBIT O

## Adoption of a State-Subdivision Agreement

A State-Subdivision Agreement shall be applied if it meets the requirements of Section V of the Settlement Agreement and is approved by the State and by the State's Subdivisions as follows:

1.      *Requirements for Approval*.  A State-Subdivision Agreement shall be deemed as agreed to when it has been approved by the State and either (a) Subdivisions whose aggregate "Population Percentages," determined as set forth below, total more than sixty percent (60%), or (b) Subdivisions whose aggregate Population Percentages total more than fifty percent (50%) provided that these Participating Subdivisions also represent fifteen percent (15%) or more of the State's counties or parishes (or, in the case of Settling States whose counties and parishes do not function as local governments, 15% of or more of the Settling State's non-county Subdivisions), by number.

2.      *Approval Authority*.  Approval by the State shall be by the Attorney General.  Approval by a Subdivision shall be by the appropriate official or legislative body pursuant to the required procedures for that Subdivision to agree to a legally binding settlement.

3.      *Population Percentage Calculation*.  For purposes of this Exhibit O only, Population Percentages shall be determined as follows: For States with functional counties or parishes[1], the Population Percentage of each county or parish shall be deemed to be equal to (a) (1) 200% of the population of such county or parish, minus (2) the aggregate population of all Primary Incorporated Municipalities located in such county or parish, divided by (b) 200% of the State's population.  A "Primary Incorporated Municipality" means a city, town, village or other municipality incorporated under applicable state law with a population of at least 25,000 that is not located within another incorporated municipality.  The Population Percentage of each Primary Incorporated Municipality shall be equal to its population (including the population of any incorporated or unincorporated municipality located therein) divided by 200% of the State's population; *provided* that the Population Percentage of a Primary Incorporated Municipality that is not located within a county shall be equal to 200% of its population (including the population of any incorporated or unincorporated municipality located therein) divided by 200% of the State's population.  For all States that do not have functional counties or parishes, the Population Percentage of each non-county Subdivision (including any incorporated or unincorporated municipality located therein), shall be equal to its population divided by the State's population.

4.      *Preexisting Agreements and Statutory Provisions*.  A State may include with the notice to its Subdivisions an existing agreement, a proposed agreement, or statutory provisions regarding the distribution and use of settlement funds and have the acceptance of such an agreement or statutory provision be part of the requirements to be a Participating Subdivision.

---

[1] Certain states do not have counties or parishes that have functional governments, including: Alaska, Connecticut, Massachusetts, Rhode Island, and Vermont.

5.      *Revised Agreements*.  A State-Subdivision Agreement that has been revised, supplemented, or refined shall be applied if it meets the requirements of Section V and is approved by the State and by the State's Subdivisions pursuant to the terms above.

<u>**EXHIBIT P**</u>

<u>**Injunctive Relief**</u>

# Pharmacy Controlled Substance Compliance Program & Anti-Diversion Injunctive Terms

## I.     <u>INTRODUCTION</u>

1.  Except where these Injunctive Terms specify a different implementation period, Walmart shall implement the Injunctive Terms set forth below in Sections II through XVIII by the Injunctive Terms Implementation Date (defined below).

2.  To the extent that Walmart already has in place committees, departments, policies or programs that satisfy the Injunctive Terms, no re-naming or other change is required by these Injunctive Terms.

3.  Overview

    a.  Walmart will implement or maintain a Controlled Substance Compliance Program ("CSCP").

    b.  The CSCP must include written standard operating procedures and/or corporate policies (the "CSCP Policies and Procedures") required by these Injunctive Terms.

    c.  The CSCP shall apply during the term of these Injunctive Terms, to each of Walmart's retail pharmacy stores that dispense Schedule II Designated Controlled Substances and are registered or licensed with each Settling State.

    d.  Walmart shall provide a copy of the relevant CSCP Policies and Procedures to each Settling State within 60 days of the Injunctive Terms Implementation Date.  To the extent any implementation is expected to require additional time, the Parties agree to work together in good faith to establish a timeline for implementation.   No later than 30 days after the Injunctive Terms Implementation Date, each Settling State shall identify the person or office to whom Walmart must provide a copy of the relevant CSCP Policies and Procedures and any other State-specific reporting required under these Injunctive Terms.

4.  Compliance with Laws

    a.  Walmart acknowledges and agrees that its pharmacies must comply with applicable state and federal laws, regulations, and rules, including those regarding the dispensing of Controlled Substances. The requirements of these Injunctive Terms are in addition to, and not in lieu of, any other requirements

P-1

of federal, state, or local law. Nothing in the Injunctive Terms shall be construed as relieving Walmart of the obligation of its pharmacies to comply with all federal, state and local laws, regulations or rules, nor shall any of the provisions of the Injunctive Terms be deemed as permission for Walmart to engage in any acts or practices prohibited by such laws, regulations or rules.

b.   The Injunctive Terms are not intended to and shall not be interpreted to prevent Walmart from taking or implementing any other compliance or policy steps that are more restrictive or that are necessary to conform with federal, state, or local legal requirements, unless such steps would conflict with State or local law. The Injunctive Terms are not intended to and shall not be interpreted to require Walmart to inventory any Controlled Substances or any particular Controlled Substances or to require dispensing of any Controlled Substances or of any individual, types, subsets or categories of Controlled Substances prescriptions.

c.   In the event that Walmart 1) determines that there may be a conflict between the Injunctive Terms and the requirements of federal, state, or local laws, or interpretations of such laws articulated by an agency responsible for enforcing such laws or a court ("Express Interpretations"), such that Walmart determines that it cannot comply with the Injunctive Terms without violating these requirements or Express Interpretations; or 2) believes a court or administrative action brought by a governmental body in a Settling State has commenced against it or its pharmacists for actions required by the Injunctive Terms, then Walmart may notify the Attorney General of the Settling State of such potential conflict or potential or pending action. Within thirty (30) days after receipt of a notification from Walmart referenced above, Walmart and the State shall meet and discuss the potential conflict, and Walmart shall comply with any reasonable requests from the Settling State as necessary to determine whether there is a conflict between the Injunctive Terms and the requirements of federal, state, or local laws, or the Express Interpretations thereof by an agency responsible for their enforcement, or a conflict with the Injunctive Terms giving rise to the court or administrative action. If the State agrees that there is a conflict or that the court or administrative action is a result of actions required by the Injunctive Terms, the State will engage in best efforts to resolve the conflict or assist in achieving resolution of the court or administrative action. Nothing in this paragraph shall (i) limit the right of the State to disagree with Walmart as to the conflict; or (ii) be deemed to relieve Walmart from following any subsequently enacted law or regulation, or judicial decisions from a regulatory authority with jurisdiction over controlled substances that is more restrictive than the provisions of the Injunctive Terms, or from following the Injunctive Terms if they are more restrictive than applicable laws at issue in the administrative action; (iii) be deemed to relieve Walmart from adhering to the outcome of the court or administrative action

when it is determined there is no conflict; or (iv) limit the State's ability to relieve Walmart of a duty under these Injunctive Terms if that State determines that that term is in conflict with that State's express legal requirements.

    d.   Walmart shall retain all records it is required to create pursuant to its obligations hereunder for a period no shorter than three years, unless otherwise specified. Nothing in these Injunctive Terms shall prevent a Settling State from issuing a lawful subpoena or CID for records pursuant to an applicable law, and nothing in these Injunctive Terms shall waive any applicable privilege that may be asserted over any such record.  Unless otherwise required by law, if a Settling State seeks to disclose any records created and obtained from Walmart under this provision as part of a proceeding to enforce these Injunctive Terms against Walmart, it shall first provide ten (10) days' notice to Walmart unless doing so would conflict with applicable law. A Settling State shall not otherwise disclose or provide any records created by and obtained from Walmart under this provision to third parties during or after the term of these Injunctive Terms unless required to do so by law.  If a Settling State is required to disclose or provide any records created by and obtained from Walmart under this provision to third parties during or after the term of these Injunctive Terms, it shall first provide ten (10) days' notice to Walmart unless doing so would conflict with applicable law.  This notification requirement shall not apply to documents obtained by a Settling State or its agencies that are required to be produced to the Settling State or its agencies by law or regulation, nor shall it apply to documents obtained by a Settling State or its agencies that are shared with federal, state, or local law enforcement. This notification requirement shall also not apply to documents obtained by a Settling State or its agencies from other sources.

5.  No Admission and No Use as Evidence.  Walmart does not admit liability or wrongdoing.  These Injunctive Terms shall not be considered, construed, or represented to be (1) an admission, concession, or evidence of liability or wrongdoing, or the existence of any legal obligations or requirements other than the requirement to follow these Injunctive Terms, (2) an admission, concession or evidence of the reach, requirements, meaning or interpretation of any statute or regulation, or (3) a waiver or limitation of any defense otherwise available to Walmart.  These Injunctive Terms shall not be offered or received in evidence or otherwise relied on in any action or proceeding for any purpose other than in an action or proceeding to modify or enforce or monitor compliance with these Injunctive Terms.

## II. TERM AND SCOPE

1. The term of these Injunctive Terms shall be from the Injunctive Terms Implementation Date until ten years from the Injunctive Terms Implementation Date, unless otherwise specified herein.

2. Except as otherwise stated herein, the Injunctive Terms shall apply to Walmart's retail pharmacy stores registered or licensed with each Settling State that dispense Schedule II Designated Controlled Substances to Patients and to Schedule II Designated Controlled Substances dispensed by any such retail pharmacy stores that are mailed or shipped to patients in a Settling State. Should Walmart operate an online pharmacy that is registered or licensed to dispense Schedule II Designated Controlled Substances in any Settling State while these Injunctive Terms are in effect, the Injunctive Terms shall apply to such online pharmacy as well.[1]

3. This agreement may be amended by mutual agreement of a majority of the States Injunctive Relief Committee and Walmart. Any such amendments must be in writing.

## III. DEFINITIONS

1. The term "Distributor Injunctive Terms" means Exhibit P of the Settlement Agreement, dated as of July 21, 2021, between McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation and certain States and subdivisions.

2. The term "Block" means an action taken by Walmart preventing or otherwise prohibiting any Walmart pharmacist from filling prescriptions for Controlled Substances from a specific identified prescriber.

3. The term "Clearinghouse" means the system established by Section XVII of the Distributor Injunctive Terms.

4. The term "Clearinghouse Advisory Panel" is as defined in Section XVII.B.4 of the Distributor Injunctive Terms.

5. The term "Controlled Substances" means those substances designated under schedules II-V pursuant to the federal Controlled Substances Act.

6. The term "Designated Controlled Substances" shall be limited to: (a) oxycodone; (b) hydrocodone; (c) hydromorphone; (d) tramadol; (e) oxymorphone; (f) morphine; (g) methadone; and (h) fentanyl.

7. The term "Effective Date" is defined in Section II.C of the Walmart Settlement Agreement.

---

[1] Walmart's specialty and mail order pharmacies are not subject to, and are not online pharmacies for purposes of, these Injunctive Terms.

8. The term "Injunctive Terms Implementation Date" means (i) 90 days after the Effective Date of the Settlement Agreement, or (ii) 90 days after CVS and Walgreens have agreed to implement materially the same Injunctive Terms nationwide pursuant to a binding agreement with state attorneys general and such Injunctive Terms imposed upon CVS and Walgreens have become effective, whichever is later. To the extent there is a dispute between the Settling States and Walmart regarding whether the Injunctive Terms imposed on other pharmacies are materially the same as these Injunctive Terms, such dispute shall be heard by the National Arbitration Panel. If any Injunctive Term is found to be materially different, only that term and any co-dependent terms, as applicable, would be invalidated and inoperative. However, in no event shall the Injunctive Terms be any less stringent than those applied in the Walmart-Florida Injunctive Relief Terms.

9. The term "National Arbitration Panel" is defined in Section VI.F.3.b of the Walmart Settlement Agreement.

10. The term "Patient" means any individual who receives a prescription for a Designated Controlled Substance from a Prescriber, whether legally valid or not, and attempts to fill it at one of Walmart's retail pharmacy stores in a Settling State.

11. The term "Prescriber" means any individual that has written a prescription for a Designated Controlled Substance, whether legally valid or not, that is presented to a Walmart pharmacy in a Settling State.

12. The term "Red Flag(s)" means the enumerated Patient Red Flags, Prescription Red Flags, and Prescriber Red Flags set out in Section IX.

13. The term "Settling State(s)" is defined in Section I.MMM of the Walmart Settlement Agreement.

14. The term "States Injunctive Relief Committee" means a committee representing the Settling States composed of between four and eight members designated by the Settling States. The members of the States Injunctive Relief Committee shall be full-time employees of a Settling State's Office of Attorney General and/or full-time employees of another agency of a Settling State and may not include special assistant attorneys general, contractors, outside counsel, or other non-employees delegated official functions.

IV.    **CONTROLLED SUBSTANCE COMPLIANCE PERSONNEL**

1. Walmart shall designate a Controlled Substance Compliance Director, or other appropriately titled position, to be a member of the Controlled Substance Compliance Committee (described below in Section VI), and to oversee a Controlled Substance Compliance Department and Walmart's compliance with 21 C.F.R. 1306 these Injunctive Terms. As used in these Injunctive Terms, the terms "Controlled Substance

Compliance Committee" and "Controlled Substance Compliance Department" refer to the entity or entities, however titled, that carry out the functions required by these Injunctive Terms. Notwithstanding the preceding sentence, to the extent an existing position, committee or department carries out the functions required by these Injunctive Terms, any other functions undertaken by such position, committee or department shall not be subject to these Injunctive Terms or oversight by the Settling States pursuant to these Injunctive Terms. The position, committee and department discussed in these Terms may bear different names and need not be limited to the roles and functions set forth herein.

2. The Controlled Substance Compliance Director shall have knowledge of and experience with the laws and regulation of Controlled Substances, in particular the regulations in 21 C.F.R. 1306.

3. The Controlled Substance Compliance Director shall provide at least quarterly reports to the Controlled Substance Compliance Committee (described below in Section VI) regarding Walmart's compliance with these Injunctive Terms, including the implementation of any changes to the CSCP Policies and Procedures required by these Injunctive Terms.

4. Staffing levels of Walmart's Controlled Substance Compliance Department shall be reviewed periodically, but at least on an annual basis, by Walmart's Controlled Substance Compliance Committee to assess whether such staffing levels are sufficient for the Controlled Substance Compliance Department to comply with this Agreement. This review shall include consideration of relevant developments in technology, law, and regulations.

5. Throughout the term of these Injunctive Terms, Walmart shall maintain a telephone and electronic submission hotline(s) (the "Hotline") to permit employees and/or Patients to anonymously report suspected inappropriate or illegitimate dispensing, prescribing or diversion of Designated Controlled Substances, violations of the CSCP Policies and Procedures, these Injunctive Terms, Walmart's company policy, or other applicable law. The Hotline may be implemented by adding a dedicated option to existing systems that includes reporting regarding Designated Controlled Substances. Walmart shall publish its Hotline contact information to its employees and Patients in the Settling States. Walmart shall maintain for the duration of these Injunctive Terms a record of each complaint made to the Hotline regarding Designated Controlled Substances and documentation regarding any investigation or response to such complaints. Nothing herein shall require Walmart to investigate a pharmacist's professional judgment to refuse a prescription that the pharmacist believes was prescribed or is being used for other than a legitimate medical purpose or that the pharmacist believes was not prescribed by an individual Prescriber acting in the usual course of his or her professional practice.

## V.   INDEPENDENCE

1.  Walmart's Controlled Substance Compliance Department personnel, pharmacists and pharmacist technicians who work at Walmart's pharmacies within the Settling States, and field personnel who supervise pharmacists and pharmacist technicians (together, "CSCP Employees"), shall not be compensated in whole or in part by commissions, bonuses, incentives or any other monetary or non-pecuniary benefit that depends in material part on revenue or profitability targets or expectations for sales of Controlled Substances.   Nothing in these Injunctive Terms shall be interpreted to prevent compensation of employees based on sales volume, revenue or profitability targets/expectations for enterprise-, store-, or pharmacy-wide sales that include Controlled Substances.

2.  No CSCP Employees may be terminated, suspended, threatened with or face any other negative employment consequence for failing to meet any revenue or profitability targets or expectations that depends in material part on sales of Controlled Substances. Nothing in these Injunctive Terms shall be interpreted to prevent Walmart from taking employment action based on sales volume, revenue or profitability targets/expectations for enterprise-, store-, or pharmacy-wide sales that include Controlled Substances.

3.  Personnel in Walmart's Controlled Substance Compliance Department shall not report to Walmart's sales, marketing, or business development departments, and sales, marketing, or business development departments shall not be authorized to make decisions regarding the promotion, compensation, demotion, admonition, discipline, commendation, periodic performance reviews, hiring, or firing of Controlled Substance Compliance Department personnel.   This provision does not apply to an officer or executive to whom both the Controlled Substance Professional Practices Department and sales, marketing and/or business development departments report.

4.  Walmart's sales, marketing and business development department personnel are prohibited from interfering with, obstructing, or otherwise exerting control over any Controlled Substance Compliance Department or Controlled Substance Committee decision-making.   This provision does not apply to an officer or executive to whom both the Controlled Substance Professional Practices Department and sales, marketing and/or business development departments report.

5.  To the extent necessary to comply with this section, Walmart's Controlled Substance Compliance Committee shall review, modify, and direct any changes to any compensation and non-retaliation policies specific to the sale or dispensing of Designated Controlled Substances.

## VI.   OVERSIGHT

1.  To the extent not already established, within thirty (30) business days of the Injunctive

Terms Implementation Date, Walmart shall establish a compliance committee, however titled, that includes representatives from its respective legal, compliance, and pharmacy operations departments, however named, to provide oversight over the CSCP and its compliance with the Injunctive Terms. For the purposes of reference herein, this committee, however named, shall be referred to as the "Controlled Substance Compliance Committee." Walmart shall maintain its Controlled Substance Compliance Committee for the duration of the term of the Injunctive Terms. The Controlled Substance Compliance Director shall be a member of the Controlled Substance Compliance Committee.

2. Walmart's Controlled Substance Compliance Committee shall have quarterly meetings during which the Controlled Substance Compliance Director shall report on, and the Controlled Substance Compliance Committee shall review, among other things, (a) the Prescription Validation Process, including the CSCP Policies and Procedures on identifying and resolving Patient, Prescriber and Prescription Red Flags; (b) the training required under the Injunctive Terms; (c) proactive due diligence and site visits; (d) the Prescriber Review Processes; (e) significant new national and regional diversion trends involving Controlled Substances; (f) Walmart's adherence to the Injunctive Terms and applicable laws and regulations; and (g) any technology, staffing, or other resource needs for the CSCP. The Controlled Substance Compliance Committee shall have access to all CSCP reports described in the following subsection.

3. On an annual basis, Walmart's Controlled Substance Compliance Committee shall provide a written report to Walmart's President, Chief Financial Officer, Chief Legal Officer, and Chief Compliance Officer, outlining (a) Walmart's adherence to, and any material deviations from, these Injunctive Terms; (b) the allocation of resources sufficient to comply with these Injunctive Terms; and (c) any revisions to the CSCP that the Controlled Substance Compliance Committee has approved. The Walmart Chief Compliance Officer shall determine if and when it is appropriate to make a report to the Board or any subcommittee thereof, but shall report at least annually.

4. Walmart, through its Controlled Substance Compliance Department and Committee, shall, at least once every year, review and oversee any enhancements to the CSCP Policies and Procedures and systems for dispensing activity that the Controlled Substance Compliance Committee deems necessary.

5. The Controlled Substance Compliance Committee shall be responsible for the approval of all material revisions to the CSCP Policies and Procedures, provided that nothing herein shall prevent Walmart from implementing changes to the CSCP Policies and Procedures pending such review and approval.

# VII.  MANDATORY TRAINING

1. The CSCP Policies and Procedures shall be published in a form and location readily accessible to all pharmacy and compliance personnel at each Walmart pharmacy location in the Settling States.  Online availability is sufficient, so long as pharmacy and compliance personnel have access to a computer with access to the CSCP Policies and Procedures.

2. Walmart shall launch training for all existing CSCP Employees, to the extent practical (for example, accounting for employee leave), on the CSCP Policies and Procedures required under these Injunctive Terms, including the Prescription Validation Process and corresponding responsibility.  The training shall be launched within 120 days of the Injunctive Terms Implementation Date.  All CSCP Employee new hires, to the extent practical, must complete such trainings within 60 days of hiring or 6 months of the Injunctive Terms Implementation Date, whichever is later.  Walmart will further require that every CSCP Employee, to the extent practical, receive such training at least once every 3 years for the term of these Injunctive Terms.

3. On an annual basis for the duration of these Injunctive Terms, Walmart shall test its CSCP Employees on their knowledge regarding the CSCP Policies and Procedures required under these Injunctive Terms, including the Prescription Validation Process and their corresponding responsibility.

4. It shall be a part of the CSCP Policies and Procedures and all trainings of all CSCP Employees required under these Injunctive Terms that pharmacists shall refuse to dispense Controlled Substances that they believe were prescribed or are being used for other than a legitimate medical purpose or that they believe were not prescribed by an individual Prescriber acting in the usual course of his or her professional practice.

5. All trainings required under these Injunctive Terms shall also make clear that (a) Walmart's compensation and non-retaliation policies, including pursuant to these Injunctive Terms, prevent CSCP Employees from being compensated or penalized in any way related to revenue or profitability targets or expectations specific to sales of Controlled Substances; and (b) pharmacists will not be penalized in any way for exercising their professional judgment to refuse to fill prescriptions for Controlled Substances pursuant to their corresponding responsibility.

# VIII.  THE PRESCRIPTION VALIDATION PROCESS

1. As part of its CSCP, Walmart shall maintain a Prescription Validation Process in the CSCP Policies and Procedures, as further described and set forth in this section, that each pharmacist employed by Walmart in a Settling State must follow when dispensing a prescription for a Controlled Substance.  The inclusion of an enumerated Red Flag in these Injunctive Terms shall not be considered, construed, or represented to be an

admission, concession, or evidence of any fact or contention related to such Red Flag. Nothing in these Injunctive Terms shall require Walmart to create a record in those instances where the pharmacist rejects a prescription when presented without an effort to resolve any Red Flags, including but not limited to instances where the pharmacist identifies on the face of the prescription a Prescription Red Flag (defined in Section IX below) that causes the pharmacist to conclude without further inquiry that the prescription is invalid. A Red Flag shall not be interpreted to mean that a prescription is, or is more likely than not, illegitimate and/or not issued in the usual course of professional practice or treatment.

2. A Red Flag will be considered "resolved" if, after further investigation as described below, and given other facts and circumstances surrounding the prescription, a pharmacist determines, in his or her professional judgment, that the facts that triggered the Red Flag do not lead him or her to believe that the prescription was written or is being submitted for an illegitimate medical purpose or outside the usual course of a Prescriber's professional practice. All Red Flags described in Sections IX.3 and IX.5 below shall be based on internal Walmart dispensing data regarding prescriptions filled at Walmart pharmacies and shall not be based on Prescription Monitor Program ("PMP") or Prescription Drug Monitoring Program ("PDMP") data or dispensing data regarding prescriptions filled at pharmacies other than Walmart pharmacies. Nothing in this Agreement requires Walmart to use nor prohibits Walmart from using any data other than internal Walmart dispensing data to identify any Patient Red Flags or Prescriber Red Flags (described in Section IX.3 and IX.5 below).

3. Walmart's CSCP Policies and Procedures shall provide that if a pharmacist identifies any "Patient Red Flags" associated with a Controlled Substances prescription (described in Section IX(3) below), before filling the prescription the pharmacist must resolve them; and that the method of resolution falls within the judgment of the pharmacist and may include reviewing the Patient's profile and history with Walmart, calling the Prescriber or Prescribers if appropriate, speaking with the Patient if appropriate, calling on the pharmacist's pre-existing knowledge of the Patient or Prescriber, reviewing available Prescription Monitoring Program ("PMP" or "PDMP") data, and/or reviewing other data or information available to the pharmacist.

4. Walmart's CSCP Policies and Procedures shall provide that if forgery or fraud is suspected, or if the pharmacist identifies any other "Prescription Red Flags" associated with a Controlled Substances prescription (described in Section IX(4) below), the pharmacist must either reject the prescription if the pharmacist concludes without further inquiry that the prescription is invalid or resolve the Prescription Red Flags; and that the method of resolution falls within the judgment of the pharmacist and may include reviewing the Patient's profile and history with Walmart, calling the Prescriber or Prescribers if appropriate, speaking with the Patient if appropriate, calling on the pharmacist's pre-existing knowledge of the Patient or Prescriber, reviewing available PMP or PDMP data, and/or reviewing other data or information available to the

pharmacist.

5. Walmart's CSCP Policies and Procedures shall require that if a pharmacist identifies any "Prescriber Red Flags" associated with a Controlled Substances prescription (described in Section IX(5) below), the pharmacist must resolve them; and that the method of resolution falls within the judgment of the pharmacist and may include reviewing any Walmart records regarding the Prescriber, calling the Prescriber if appropriate, speaking with the Patient if appropriate, calling on the pharmacist's pre-existing knowledge of the Patient or Prescriber, reviewing available PMP or PDMP data, and/or reviewing other data or information available to Walmart.

6. Walmart's CSCP Policies and Procedures shall provide that the resolution of all Red Flags identified by the pharmacist, as well as any Controlled Substance prescriptions that were rejected pursuant to the Prescription Validation Process, and the reasons why they were rejected, must be documented. Any such records shall be maintained for the duration of these Injunctive Terms. To the extent that a Red Flag is resolved based upon facts or circumstances that are already reflected or documented in Walmart's records, further documentation of those facts or circumstances is not required for resolution of substantially the same Red Flag on subsequent prescriptions. For example, if a patient lives 55 miles from a Walmart pharmacy but works near the pharmacy and that fact is reflected in pharmacy records, no documentation for the resolution of the Red Flag addressing patient distance from the pharmacy is required in connection with individual prescriptions dispensed for that patient. A lack of documentation does not create a presumption that a pharmacist did not resolve any identified Red Flags.

7. Walmart's CSCP Policies and Procedures shall provide that, even if all Red Flags are resolved, a pharmacist shall reject a prescription if, in his or her professional judgment, he or she believes that it was written or is being submitted for other than a legitimate medical purpose and/or was written outside the usual course of an individual Prescriber's professional practice.

## IX. RED FLAGS

1. On an annual basis, either Walmart or the States Injunctive Relief Committee may propose in writing a meet and confer to discuss potential changes to the scope of one or more categories of Red Flags. At such a meeting, Walmart or the States Injunctive Relief Committee may provide additional research, information or data available to them. For example, Walmart might propose reducing the threshold for triggering a particular category of Red Flag or consolidating certain Red Flags or subcategories of Red Flags into a single metric, or the States Injunctive Relief Committee might propose increasing the threshold for triggering a particular Red Flag or expanding that Red Flag to include multiple subcategories (*e.g.*, number of prescriptions, distance thresholds).

a. If Walmart and the States Injunctive Relief Committee agree on such changes to one or more Red Flags, they shall document those changes in writing and they shall become a part of these Injunctive Terms for all intents and purposes. Further, any modified Red Flags shall thereafter become subject to tracking by Walmart.

b. If Walmart and the States Injunctive Relief Committee cannot agree on the proposed changes during their meeting and confer, the Party seeking the change(s) to the Red Flag(s) may seek a 5-day mediation of the issue at its own expense. If the mediation fails to resolve the dispute between the parties, the party seeking the proposed change(s) may appeal to the National Arbitration Panel to have the National Arbitration Panel modify the Red Flags on the basis that the change(s) would be consistent both with avoiding unnecessary material costs of identifying and resolving Red Flags and materially reducing the diversion of Controlled Substances. In such a proceeding, the Party seeking the proposed change(s) may provide evidence from other research, data and information.

c. In any such proceedings, there shall be a presumption against imposition of any proposed Red Flags, or proposed modifications to pre-existing Red Flags, that have not been identified by the United States Drug Enforcement Administration or any Settling State's Board of Pharmacy or other Controlled Substance government regulators.

3. Walmart shall treat the following circumstances as "Patient Red Flags":

a. A Patient seeks to fill a Schedule II Designated Controlled Substance prescription more than three days prior to the contemplated exhaustion date of more than two earlier prescriptions of the Schedule II Designated Controlled Substance (e.g., exhaustion of the days' supply assuming the prescription has been taken in accordance with the prescribers' directions on the face of the prescription);

b. A Patient seeks to fill a Designated Controlled Substance prescription from a Prescriber after having filled Designated Controlled Substance prescriptions at the same Walmart pharmacy from more than four other Prescribers, from separate practices, in a given 6-month period;[2]

c. A Patient seeks to fill a Designated Controlled Substance prescription after having filled three other Designated Controlled Substance prescriptions written by multiple Prescribers with overlapping days of supply at the same Walmart pharmacies within 30 days;

---

[2] In Walmart's sole discretion, for administrative convenience Walmart may implement this Red Flag without regard to whether prescribers are at separate practices, thereby resulting in more instances in which the flag occurs.

d. The distance between a Patient's residence and the Walmart pharmacy receiving the Designated Controlled Substance prescription is farther than 50 miles;

e. The Patient resides more than 100 miles from the Prescriber who issued the Designated Controlled Substances prescription; and

f. To the extent personally known by the dispensing pharmacist, a Patient seeks to fill a Designated Controlled Substance prescription after having two other prescriptions for Designated Controlled Substances subjected to refusals to fill by a Walmart pharmacist within the past 30 days.

4. Walmart shall treat the following circumstances as "Prescription Red Flags:"

a. A Controlled Substance prescription that appears altered, including but not limited to, a photocopied prescription or a prescription in which an altering agent, such as white out, was used;

b. A Controlled Substance prescription written with misspellings suggesting the prescription may not have been written by a Prescriber;

c. A Controlled Substance prescription using atypical abbreviations suggesting the prescription may not have been written by a Prescriber; and

d. A Controlled Substance prescription written with multiple colors of ink or in multiple different handwritings.

5. Walmart shall treat the following circumstances as "Prescriber Red Flags:"

a. A Prescriber provides a Patient with prescriptions for all three of a Schedule II Designated Controlled Substance, a benzodiazepine, and carisoprodol; and

b. A Prescriber has no office within 50 miles of the retail pharmacy store where a Designated Controlled Substance prescription is submitted.


## X.   PRESCRIBER REVIEW

1. Walmart shall regularly review the prescribing patterns and practices of Prescribers of Designated Controlled Substances (the "Prescriber Review Process"). The Prescriber Review Process shall employ algorithms, or other means, to review data on Walmart's retail dispensing for potential Prescribers of concern.

2. Walmart shall initiate the Prescriber Review Process in the following circumstances:

a. Personnel implementing the Prescriber Review Process become aware that a Prescriber of Designated Controlled Substances has been the subject of a blanket refusal to fill by one or more of Walmart's retail pharmacy stores;

b. Personnel implementing the Prescriber Review Process become aware that a Prescriber has been charged or indicted with a crime related to prescribing Controlled Substances by the Federal Government or in any jurisdiction of the United States; or

c. Walmart has received a Hotline complaint that has been investigated and substantiated concerning a Prescriber's illegitimate prescribing of Controlled Substances.

3. Based on the professional judgment of the employees operating the Prescriber Review Process, Walmart may also initiate the Prescriber Review Process based on one of the following circumstances:

a. Personnel implementing the Prescriber Review Process are notified in writing by law enforcement that a Prescriber of Designated Controlled Substances located in a Settling State is the target of an investigation regarding the prescribing of controlled substances;

b. A Prescriber of Designated Controlled Substances was flagged for review by a Walmart pharmacist in a Settling State (other than through a refusal to fill or blanket refusal to fill) or by field personnel who supervise Walmart's pharmacies in a Settling State; or

c. A Prescriber of Designated Controlled Substances located in a Settling State was identified through the running of algorithms on Walmart's retail dispensing.

4. Once Walmart identifies a Prescriber for further investigation, Walmart shall review pertinent and available data and information pertaining to the Prescriber, which may include interviews or other information gathered in the discretion of the employees operating the Prescriber Review Process. When permitted by law, nothing contained in this Section prevents Walmart from taking immediate action to Block a Prescriber in lieu of referral for further investigation or prevents a Walmart Pharmacist from refusing to fill any particular prescription or refusing to fill prescriptions from a given Prescriber.

5. If after the Prescriber Review Process those making the decision have not resolved the circumstances that caused Walmart to further investigate the Prescriber, then the Prescriber shall be Blocked from having Controlled Substance prescriptions filled at Walmart's retail pharmacies in the Settling States, when permitted by law. A Prescriber may have an opportunity at the discretion of Walmart to seek future reinstatement by providing information to Walmart that may resolve its concerns. Nothing in this Section shall limit the right or ability of individual Walmart pharmacists to either refuse to fill a given prescription or refuse to fill all prescriptions for Controlled Substances from a given prescriber independent of any decision by Walmart to Block or not Block

a given prescriber. Walmart shall provide the names of doctors it has Blocked to the Board of Medicine in each Settling State.

6. Walmart shall report to each Settling State the number and identity of Prescribers from such Settling State that were Blocked and the number of Prescribers from such Settling State who were referred for a decision regarding whether the Prescriber should be Blocked as part of Walmart's Prescriber Review Process. Such reporting shall occur on an annual basis. Walmart may, at its discretion, report on a more frequent basis.

## XI. PROACTIVE DUE DILIGENCE AND SITE VISITS

1. During the term of these Injunctive Terms, Walmart shall conduct periodic proactive compliance reviews of its retail pharmacy stores in the Settling States to assist with the identification of potential compliance issues related to the dispensing of Designated Controlled Substances at its retail pharmacy stores in the Settling States. This may be satisfied by the use of algorithms, or other electronic means, to analyze the data associated with each pharmacy to identify particular pharmacies for review as required under this Section XI. Documentation of any resulting reviews shall be maintained by Walmart and made accessible to all Controlled Substance Compliance Department personnel upon request for the duration of these Injunctive Terms.

2. During the term of these Injunctive Terms, Walmart personnel or qualified third-party compliance consultants shall conduct site visits to each pharmacy identified for review in a calendar year. Walmart shall provide a list of such pharmacies to Settling States on an annual basis. These site visits shall at a minimum consist of a review of Controlled Substance dispensing documentation and recordkeeping; and a review of physical surroundings and other circumstances for any indications of potential non-compliance with these Injunctive Terms or the CSCP Policies and Procedures, or any violations of other applicable laws and regulations related to Controlled Substances.

3. During site visits, Walmart personnel or qualified third-party compliance consultants shall interview relevant pharmacy employees, if appropriate, about any potential areas or issues of concern, including potential violations of laws related to the dispensing of Controlled Substances, the CSCP Policies and Procedures, and these Injunctive Terms.

4. Walmart personnel or qualified third-party compliance consultants who conduct site visits shall complete a report reflecting the findings of any site visit pursuant to this section. This report shall document areas or issues of concern, including potential violations of law related to the dispensing of Controlled Substances, the CSCP Policies and Procedures, and these Injunctive Terms.

5. Site visit reports and all other compliance reports related to the dispensing of Designated Controlled Substances shall be maintained by Walmart and made accessible to all Controlled Substance Compliance Department personnel upon request for the duration of these Injunctive Terms.

## XII.   THEFT AND LOSS PREVENTION

1. In addition to complying with all theft and loss procedures, policies and precautions required by state and federal law, Walmart shall maintain for at least three years information regarding the receipt and disposition of inventory of all Designated Controlled Substances at each retail pharmacy store.

2. In addition to any other reporting obligations under state and federal law, Walmart must provide to each Settling State on a quarterly basis any reports it has made to the Drug Enforcement Administration regarding the theft or significant loss of Designated Controlled Substances in that Settling State pursuant to 21 CFR §1301.76(b). Each Settling State shall provide contact information in order to receive such reports. There shall be no obligation to provide these reports to Settling States that receive contemporaneous reporting of thefts or significant losses of Designated Controlled Substances to a Settling State's board of pharmacy.

## XIII.   REPORTING TO LAW ENFORCEMENT

1. The Settling States shall inform Walmart to what extent their law enforcement authorities would like to receive reports, other than those already required by law or regulation, of any confirmed forged prescriptions. To the extent not already in place, Walmart shall implement standard operating procedures directing its employees to report any confirmed forged prescriptions for Designated Controlled Substances to Settling States who have indicated that they want to accept it, within 5 business days of completing any review of such prescription or conduct. The Settling States shall provide contact information in order to receive such reports.

2. Walmart shall document and for at least 2 years maintain records of any such reports that are made to law enforcement regarding confirmed forged prescriptions.

## XIV.   ENFORCEMENT OF INJUNCTIVE TERMS

1. Notice of Potential Violations and Opportunity to Cure.

   a. A "Potential Violation" occurs when the Settling State determines, after appropriate investigation and due diligence, that Walmart is not in substantial compliance with a material aspect of the Injunctive Terms. A Potential Violation may be for a single retail pharmacy. A violation of this Agreement does not necessarily occur when a pharmacist, pharmacist technician, or other field personnel who supervise pharmacists and/or pharmacist technicians employed by Walmart violates Walmart's CSCP Policies and Procedures or the law.

b. Potential Violation Discovered by Settling State.

    1. In the event of a Potential Violation identified by a Settling State, the Settling State shall notify Walmart in writing (the "State's Notice").

    2. Within thirty (30) days of receipt of the State's Notice, Walmart shall provide a written response to the Settling State. The response shall include Walmart's position as to the act(s) of non-compliance, including, possibly, a statement setting forth why Walmart believes it is in substantial compliance with the relevant provision(s) or a statement explaining how the Potential Violation has been addressed.

    3. If the Settling State wishes to meet with Walmart, Walmart shall promptly make itself available for such a meeting.

c. If, after review of a written response and any meeting, the Settling State believes that a Potential Violation is ongoing or has not been substantially addressed, it will provide written notice to Walmart and work in conjunction with Walmart to devise, within thirty (30) days, a corrective action plan ("Corrective Action Plan") to remedy such Potential Violation, including a reasonable period for implementation of such plan.

d. Within 60 and 120 days after implementing the Corrective Action Plan, Walmart will provide a written compliance update to the Settling State and make itself available to meet with the Settling State if requested. If after reviewing the compliance update and any meeting, the Settling State believes a Potential Violation remains ongoing or has not been substantially addressed, the Settling State may commence a 30-day mediation period. If mediation fails to resolve the dispute between the parties, the Settling State may take whatever action it deems necessary, including but not limited to bringing an action to enforce these Injunctive Terms, filing a new action (administrative or civil action) for violation of the Injunctive Terms as allowed by state law, conducting further investigation, or attempting to negotiate an updated Corrective Action Plan with Walmart. But the Settling State may not seek to reinstate claims that have been released as part of the Settlement.

e. If Walmart fails or refuses to provide a written response, to devise or implement a Corrective Action Plan or to provide a compliance update as required by subsections 1(b), 1(c) and/or 1(d), a Settling State may bring an action to enforce these Injunctive Terms, filing a new action (administrative or civil action) for violation of the Injunctive Terms as allowed by state law, conduct further investigation, or attempt to negotiate an updated Corrective Action Plan with Walmart. But the Settling State may not seek to reinstate claims that have been released as part of the Settlement.

f.  If, after review of a written response and any meeting, pursuant to subsections 1(b) or 1(c), above, the Settling State concludes that a Potential Violation is not ongoing or has been substantially addressed, the State will provide written notice of this conclusion to Walmart within 30 days of reaching its conclusion.

2. Enforcement Action. Each Settling State agrees that prior to taking any court or administrative action, other than an action that the Settling State concludes is necessary to address an immediate threat to the health, safety, or welfare of the citizens of the Settling State, or that a public emergency requiring immediate action exists, it will follow the process outlined above.  If the Settling State concludes that action is necessary to address an immediate threat to the health, safety, or welfare of the citizens of the Settling State or that a public emergency requiring immediate action exists, it will make best efforts to provide reasonable notice to Walmart prior to initiating any such action.

## XV.   COMPLIANCE CERTIFICATION

1. Walmart's Controlled Substance Compliance Director shall, after diligent inquiry, complete an annual compliance certification as set out in Section XV(4).

2. The certification shall be filed annually for the duration of these Injunctive Terms with a Settling State's appropriate licensing and/or regulatory agency and its Attorney General.

3. The certification shall state:

> "I understand the compliance requirements and responsibilities as they relate to [insert name of department], an area under my supervision. My job responsibilities include attempting to ensure compliance with regard to the [insert name of department] with all applicable statutory requirements, obligations of the Injunctive Terms, and applicable policies, and I have taken steps to promote such compliance. To the best of my knowledge, the [insert name of department] is in compliance with the obligations of these Injunctive Terms. I understand that this certification is being provided to and relied upon by the State of [Settling State]."

4. If the Controlled Substance Compliance Director or Certifying Employee is unable to provide such a certification, the Controlled Substance Compliance Director or Certifying Employee shall provide a written explanation of the reasons why he or she is unable to provide the certification outlined above.

## XVI.   DATA SHARING

1. Walmart shall consent to the provision by its distributors of Walmart's unblinded "867 Data" (data sent from the distributor to the manufacturer concerning the sale of its products to Walmart) regarding Designated Controlled Substances to opioid manufacturers as soon as commercially reasonable and at no cost to the manufacturers, provided that, pursuant to a prior written agreement with Walmart, the opioid manufacturers agree (a) to ensure the confidentiality of the 867 Data; (b) to implement safeguards and procedures to limit access to and use of the 867 Data; (c) that the 867 Data shall be used solely for compliance purposes as part of their Suspicious Order Monitoring programs; and (d) that the 867 Data shall be shared only with specified personnel and shall not be shared with business or sales personnel.

2. To the extent that Walmart provides McKesson Corporation, Cardinal Health, Inc., or AmerisourceBergen Corporation (the "Settling Distributors") with Pharmacy Customer Data (as defined in the Distributor Injunctive Terms) for use in their Controlled Substance Monitoring Programs, Walmart agrees that the Settling Distributor(s) may share such Pharmacy Customer Data with the Monitor appointed pursuant to the Distributor Injunctive Terms, provided that the Monitor agrees, pursuant to a prior written agreement with Walmart, (a) to ensure the confidentiality of the Pharmacy Customer Data; (b) to implement safeguards and procedures to limit access to and use of the Pharmacy Customer Data; (c) that the Pharmacy Customer Data is used solely for the purpose of ensuring the Settling Distributors' compliance with the Distributor Injunctive Terms; and (d) that the Pharmacy Customer Data shall be shared only with specified personnel.

## XVII.  CLEARINGHOUSE

1. To the extent that a Settling Distributor distributes Controlled Substances to Walmart pharmacies, Walmart will confer with such Settling Distributor(s) and the States Injunctive Relief Committee for a period not to exceed six months from the Injunctive Terms Implementation Date to determine: what additional deidentified information, if any, is needed from Walmart for a Settling Distributor to perform suspicious order monitoring; if additional deidentified information is needed, how Walmart shall provide it to a Settling Distributor; and what information provided by Walmart to a Settling Distributor may be deposited by the Settling Distributor into the Clearinghouse. Due to patient privacy and legal restrictions and other confidentiality and commercial concerns, in connection with any meet and confer described above, Walmart will not agree to provide individual patient-level or prescription-level data, de-identified or otherwise, to the Settling Distributors.

2. Walmart and Settling Distributors will also determine whether and in what amount Walmart will contribute financially to the Clearinghouse. Such contribution, if any, shall be in an amount proportionate to the contributions of other Chain Pharmacies

based upon Controlled Substance market share, but in no event shall Walmart be obligated to contribute more than a total of $7,000,000 for the life of the Clearinghouse. If Walmart contributes financially to the Clearinghouse and/or provides data directly to the Clearinghouse, it shall have the option, in its sole discretion, to have a seat on the Clearinghouse Advisory Panel with rights identical to those of the Settling Distributors. If Walmart becomes a member of the Clearinghouse Advisory, the number of state members shall remain equal to the number of non-state members

3. Any data provided by Walmart to a Settling Distributor and/or the Clearinghouse pursuant to these Injunctive Terms shall be treated in compliance with state and federal law, including but not limited to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and all applicable state and federal privacy laws.

4. At Walmart's sole option, Walmart may obtain relevant information, analyses, and reports from the Clearinghouse, subject to the following conditions:

   a. Walmart shall be permitted to use information obtained from the Clearinghouse for anti-diversion purposes, including the uses expressly contemplated by the Injunctive Terms.

   b. Walmart shall ensure any data obtained from the Clearinghouse cannot be accessed by any of its employees or agents who are involved in negotiating pricing or other business terms with pharmaceutical distributors or manufacturers.

   c. No pharmacy shall receive from the Clearinghouse information specific to another pharmacy. Notwithstanding the prior sentence, Walmart may receive from the Clearinghouse blinded data.

   d. Walmart may use information it receives from the Clearinghouse only for the purposes of identifying, minimizing, or otherwise addressing the risk of Controlled Substances diversion. Walmart shall not attempt to obtain revenue from this information.

   e. Walmart shall not sell (or obtain license fees for) data obtained from Clearinghouse to any third-parties.

5. Liability Related to the Clearinghouse.

   a. Walmart is entitled to rely upon information or data received from the Clearinghouse, whether in oral, written, or other form. Walmart shall not have any liability (whether direct or indirect, in contract or tort or otherwise) to any party for or in connection with any action taken or not taken by the Clearinghouse. In addition, Walmart shall not have any liability (whether direct or indirect, in contract or tort or otherwise) to any party for or in connection with any action taken or not taken by Walmart based on incorrect, inaccurate, incomplete or otherwise erroneous information or data provided by the Clearinghouse, unless the information or data was incorrect, inaccurate,

incomplete or otherwise erroneous because Walmart itself provided incorrect, inaccurate, incomplete or otherwise erroneous data or information to the Clearinghouse.

b. Reports or analysis generated by the Clearinghouse may not be based on complete data due to a lack of participation by other pharmacies and distributors. As such, Walmart shall not be held responsible for actions or inactions related to reports and analysis prepared by the Clearinghouse which may be based on incomplete data due to a lack of participation by other pharmacies and distributors.

c. Walmart shall not require any distributor to indemnify or otherwise be responsible to it for any claims resulting from the provision of data, including Pharmacy Clearinghouse Data, to the Clearinghouse, including, but not limited to, claims related to any data breaches occurring with the data transmitted to or maintained by the Clearinghouse. Nothing in these Injunctive Terms shall require Walmart to indemnify, or otherwise be responsible to, any pharmacy, distributor, or Walmart customer for any claims arising out of or resulting from the provision of data, including Pharmacy Clearinghouse Data, to the Clearinghouse, including, but not limited to, claims related to any data breaches occurring with the data transmitted to or maintained by the Clearinghouse.

d. Walmart and the Settling States shall not be liable for any breaches of any databases maintained by the Clearinghouse. This does not excuse the Clearinghouse or its vendor(s) from compliance with all state and federal laws and regulations governing (1) the protection of personal information and protected health information, or (2) notifications relating to Data Security Events. Solely for purposes of this Section XVII, the term "Data Security Event" means any compromise, or threat that gives rise to a reasonable likelihood of compromise, by unauthorized access or inadvertent disclosure impacting the confidentiality, integrity, or availability of Pharmacy Clearinghouse Data.

## XVIII. CHANGES AND MODIFICATIONS

1. This Agreement may be amended or modified with the written consent of Walmart and a majority of the States Injunctive Relief Committee.

**EXHIBIT Q**

**[Intentionally Omitted]**

<u>**EXHIBIT R**</u>

<u>**Agreement on Attorneys' Fees, Costs, and Expenses**</u>

       This Agreement on Attorneys' Fees, Costs, and Expenses ("Fee Agreement") is entered between Walmart and the Plaintiffs' Executive Committee appointed in the multidistrict litigation in the Northern District of Ohio, *In re National Prescription Opiate Litigation*, No. 1:17-MD-2804 ("MDL PEC"), in connection with the Walmart Global Opioid Settlement Agreement ("Walmart Agreement"). This Fee Agreement becomes effective on the Effective Date of the Walmart Agreement or the date that the Consent Judgments anticipated under the Walmart Agreement become final in 25 Settling States (whichever is later).

**I.**     **Definitions**

    A.   This Fee Agreement incorporates all defined terms in the Walmart Agreement, unless otherwise defined herein, and shall be interpreted in a manner consistent with the Walmart Agreement.

    B.   "*Applicant*." Any Attorney or MDL Participating Counsel who seeks an award of attorneys' fees from the Attorney Fee Fund pursuant to the procedures established by the MDL Court and the Fee Panel.

    C.   "*Attorney*." Any of the following retained through a legal contingency fee or hourly fee contract: a solo practitioner, multi-attorney law firm, or other legal representative of a Participating Subdivision or MDL Participating Counsel. This does not include Subdivision in-house attorneys.[1]

    D.   "*Attorney Fee Fund*." An account consisting of funds allocated to pay attorneys' fees approved pursuant to Section II.B of this Fee Agreement established by Order of and under the ongoing jurisdiction of the MDL Court, as provided below.

    E.   "*Common Benefit*." Work performed for the benefit of all Participating Subdivisions and Tribal Nations, including, but not limited to, pretrial matters, discovery, trial preparation, trial, settlement negotiations, and all other work that advances the interests of the Participating Subdivisions.

    F.   "*Common Benefit Fund*." The sub fund of the Attorney Fee Fund described in Section II.C.

    G.   "*Contingency Fee Fund*." The sub fund of the Attorney Fee Fund described in Section II.D.

---

[1] For the avoidance of doubt, Nassau County and Suffolk County of New York are eligible to receive payment under the Walmart Agreement and thus the legal services provided to Nassau County and Suffolk County in its litigation against Walmart, which was resolved through a separate settlement agreement, shall be treated as a Qualifying Representation for purposes of this Agreement.

H.  "*Cost and Expense Fund Administrator*."  The administrator appointed by the MDL Court on August 12, 2021 (MDL Docket No. 3828), to administer the Cost Fund and its sub funds as provided in the Fee Agreement.

I.  "*Court Common Benefit Fund*."  The Common Benefit Fund established by the MDL Court in its orders of July 22, 2021, MDL Docket No. 3794, and May 9, 2022, MDL Docket No. 4428.

J.  "*Fee Entitlement*."  Any right, entitlement, or expectation, including but not limited to a fee contract, contingent fee contract, agreement, referral arrangement, co-counsel arrangement, State Back-Stop Agreement, or any other arrangement by which counsel could receive compensation or other consideration.  For the avoidance of doubt, the scope of Fee Entitlement under paragraph II.G.3.a does not include any Attorneys' fees associated with representation of a State.

K.  "*Fee Panel*."  The three-person panel appointed by the MDL Court on August 12, 2021 (MDL Docket No. 3828), to administer and make recommendations for the allocation and distribution of the Attorney Fee Fund and its sub funds as provided in the Fee Agreement.

L.  "*Later Litigating State.*" A State that first files a lawsuit bringing a Released Claim against a Released Entity after November 14, 2022.

M.  "*MDL Court*."  United States District Court for the Northern District of Ohio Eastern Division, Case No. 1:17-md-2804, Judge Dan Aaron Polster.

N.  "*MDL Expense Fund*."  The cost fund described in Section II.F below.

O.  "*MDL Participating Counsel.*"  MDL Participating Counsel includes an attorney or firm authorized by MDL 2804 Lead Counsel to perform work for the Common Benefit of Participating Subdivisions.  By way of example, it would include insurance counsel and appellant counsel.

P.  "*MDL PEC*."  The Plaintiffs' Executive Committee appointed by the MDL Court.

Q.  "*Non-Participating Litigating Subdivision*."  A Litigating Subdivision that is not a Participating Subdivision.

R.  "*Non-Participating State.*" A State that is not a Participating State.

S.  "*Participating Litigating Subdivision*."  A Litigating Subdivision that is also a Participating Subdivision.

T.  "*Participation Agreement*."  An agreement executed by an Attorney that acknowledges the obligation to pay an appropriate MDL Common Benefit Assessment.

U. "*Qualified Tribal Representation.*"  Representation by an attorney of a Participating Tribal Government regarding Released Claims against Released Entities.  Such counsel are eligible for Common Benefit Fee consideration.  The Walmart Tribal Global Settlement provides for the contribution to the Common Benefit Fund as shall be determined by the MDL Court.

V. "*Qualifying Representation.*"  Legal services provided for representation of the MDL PEC or Participating Litigating Subdivision regarding Released Claims against Released Entities.

W. "*State Back-Stop Agreement.*"  Any agreement by a Settling State and private counsel for Participating Subdivisions in that State (or legislation enacted in that State) to provide, adjust, or guarantee attorneys' fees and costs, whether from the Attorney Fee Fund or any other source recognized in the agreement or legislation.[2]

X. "*Subdivision Cost and Expense Fund.*"  The fund created to pay approved Subdivision and Tribal Nations costs and expenses as set forth in Section II.E.

Y. "*Walmart.*" (i) Walmart Inc. and (ii) all of its respective past and present direct or indirect parents, subsidiaries, divisions, affiliates, joint ventures, predecessors, successors, and assigns.

## II.    Fees and Costs

A.    *Total Attorneys' Fees and Costs*

1.    Total attorneys' fees and costs to be paid by Walmart to Attorneys under this Fee Agreement shall be up to but in no event more than $297,720,376.93, subject to the reductions and provisions set forth below.  The total attorneys' fees and costs consists of up to $267,720,376.93 for the Attorney Fee Fund, as set forth in Section II, and $30,000,000 in total for the Subdivision Cost and Expense Fund and MDL Expense Fund, as set forth in Sections II.E and II.F respectively.

2.    If an Eligible State does not join the Agreement by the State Participation Date and is accordingly not a Settling State, the total attorneys' fees and costs to be paid under this Fee Agreement by Walmart shall be reduced by twelve point four percent (12.4%) times the Remediation Payment amount that would have been allocated to that Non-Settling State as set forth in Section IV.B of the Walmart Agreement.

3.    The total attorneys' fees and costs to be paid under this Fee Agreement by Walmart shall also be reduced by the amount of the Contingency Fee Fund for Attorneys representing Litigating Subdivisions in any Settling State that continue

---

[2] Nothing herein shall be understood to indicate approval for additional State Back-Stop Agreements or modifications of existing State Back-Stop Agreements.

to pursue Released Claims ("*Non-Participating Litigating Subdivisions*"), as set forth in Section II.D.4 and II.H.7 below.

4.      If Walmart settles with any Non-Settling State after November 14, 2022, and such settlement allows for the Subdivision(s) in such Non-Settling State to join the settlement, Walmart agrees to withhold from the attorney fee portion of such settlement a Common Benefit Fund assessment, to be deposited in the Common Benefit Fund, of 7.5% times the portion of the Remediation Payment that would have been due to such State if it had participated in the Walmart Settlement and been awarded its full portion of the Remediation Payment (the "*Walmart State Settlement CBF Assessment*").  If Walmart settles with any Subdivision(s) in a Non-Settling State other than in connection with a statewide settlement that includes the relevant State after November 14, 2022, then Walmart agrees to withhold from the attorney fee portion of such settlement a Common Benefit Fund assessment, to be deposited in the Common Benefit Fund, of 7.5% times the portion of the Remediation Payment that would have been due to such Subdivision under this Agreement (the "*Walmart Subdivision CBF Assessment,*" and, along with the Walmart State Settlement CBF Assessment, each a "*Walmart CBF Assessment*").  If (a) Walmart settles with a Non-Settling State after November 14, 2022, (b) such settlement does not allow for the Subdivision(s) in such Non-Settling State to join the settlement, and (c) Walmart later prevails in asserting that Released Claims of Primary Subdivisions in such Non-Settling State were released as a result of such settlement, Walmart agrees to deposit the Walmart State Settlement CBF Assessment in the Common Benefit Fund.  Any Walmart CBF Assessment is inclusive of any assessment related to such settlement that would be required by the Ongoing Common Benefit Order (Dkt. #4428) in *In re National Prescription Opiate Litigation*, Case No. 1:17-md-2804. To the extent that Walmart is required to pay any additional and/or separate assessment on such settlement as a result of the Ongoing Common Benefit Order, the Walmart CBF Assessment shall be reduced by the amount required to be paid pursuant to the Ongoing Common Benefit Order.

B.      *Attorney Fee Fund and Sub Funds*

1.      The Attorney Fee Fund shall consist of the Contingency Fee Fund and the Common Benefit Fee Fund.

2.      There shall be a split of the Attorney Fee Fund into the Contingency Fee Fund and the Common Benefit Fund.  The split shall be 40% to the Contingency Fee Fund and 60% to the Common Benefit Fund.  The Cost Funds shall include the MDL Expense Fund, and the Subdivision Cost and Expense Fund.  The State Counsel Fee Fund and the State Cost Fund shall be separate funds under the control of the Settling States.

3.      The Contingency Fee Fund and the Common Benefit Fund shall be administered by a Fee Panel to be appointed by the MDL Court that will be governed by the provisions of this Fee Agreement and shall design the process

and procedures for the allocation of fees pursuant to this Fee Agreement and the MDL Court's Order. The Cost Funds shall be administered by the Cost and Expense Fund Administrator to be appointed by the MDL Court who will be governed by the provisions of this Agreement and shall design the process and procedures for the allocation of costs pursuant to this Agreement and the MDL Court's Order.

4.      The fees to be paid under this Fee Agreement are available for Attorneys engaged in Qualifying Representations and Qualified Trial Representations only. Fees to be paid under this Fee Agreement are not available prior to the Effective Date of the Walmart Agreement. Fees to be paid under this Fee Agreement are not available for representation of States, Non-Participating Subdivisions or Non-Litigating Subdivisions and are not available for representation of private hospitals, third-party payors, NAS claimants, personal injury/wrongful death claimants, or any entity other than Participating Litigating Subdivisions. In addition, fees under this Fee Agreement are not available for representation of any individual or entity in matters other than those claims against Released Entities, but may include a reasonable share of representations that involve development of facts for pursuit of opioid-related claims against multiple defendants in the pharmacy, manufacturing, and distribution chain.

5.      In no event shall Walmart be required to pay more into the Attorney Fee Fund than the maximum amount specified in paragraph II.A.1. The amounts allocated to the Contingency Fee Fund and the Common Benefit Fund set by the Fee Panel shall be subject to the reductions set forth in Section II.A.2 and the reductions and refunds set forth below.

6.      Awards of fees from the Contingency Fee Fund shall be available to Attorneys with Qualifying Representations of Participating Litigating Subdivisions eligible to receive an allocation under the Walmart Agreement, as set forth in Exhibit G to the Walmart Agreement, and shall be made by applying the Mathematical Model attached as Exhibit "A" to this Fee Agreement. The collection of the data and calculations for the Mathematical Model has been a cooperative effort among private counsel for a large number of Litigating Subdivisions. The analysis has been spearheaded by Joseph Tann and Andrew Arnold. The Fee Panel is encouraged to continue working with those counsel in application of the Model. The Fee Panel shall oversee the application of the Model and resolve any questions or disputes concerning the eligibility of a Counsel to participate as required in Section II.G. The Panel is empowered to hear disputes concerning and ensure the accuracy of the mathematical calculation.

7.      As to awards from the Contingency Fee Fund, there shall be no right of appeal.

8.      Any appeal of an award of the Fee Panel from the Common Benefit Fund will be made to the MDL Court and be reviewed under an abuse of discretion standard.

C.    *Common Benefit Fund* (60% of the Attorney Fee Fund.)

1.  Walmart shall pay the entirety of the Common Benefit Fund payments into the Attorney Fee Fund within fifteen (15) calendar days of the Effective Date of the Walmart Agreement, subject to the reductions set forth in Section II.A.2 and the adjustments set forth below.

2.  The Common Benefit Fund shall be available to compensate Attorneys engaged in Qualifying Representations of Participating Litigating Subdivisions and Qualified Tribal Representation of Tribal Participating Governments who:

    a.  have performed work for the Common Benefit of all Participating Subdivisions and/or Tribal Nations consistent with the provisions to the guidelines established by Judge Polster set forth in MDL 2804 and the Order dated May 1, 2018, under docket number 358, which is included herein by reference; and

    b.  satisfy the eligibility criteria set forth in Section II.G.

    For purposes of Common Benefit Fund distribution, notwithstanding paragraph II.A.5, Attorneys representing Tribal Nations litigating against Walmart have also reached a settlement for Released Claims with Walmart, and these settlements are the subject of agreements with Walmart. Attorneys are eligible for Common Benefit consideration provided such agreement with Walmart became effective under their terms.  Such Attorneys must meet the eligibility criteria in Section II.G.

    For purposes of Common Benefit Fund distribution, notwithstanding paragraph II.A.5, MDL Participating Counsel not engaged in Qualifying Representations of Participating Litigating Subdivisions but who performed work for the Common Benefit pursuant to authorization from the MDL Co-Leads and meet the eligibility criteria in Section II.G shall be eligible.

3.  The Common Benefit Fund shall be overseen by the Fee Panel, which shall determine the allocation of funds to eligible Attorneys consistent with this Fee Agreement and the May 1, 2018 Order.

4.  In assessing the benefits that an Applicant has conferred to Participating Subdivisions (including non-Litigating Subdivisions) and/or Tribes for

purposes of any compensation decision, the Fee Panel shall give significant weight to the extent to which (i) the Applicant and his or her clients have contributed to increasing (or reducing) Subdivision Participation in the Walmart Agreement as of the Threshold Subdivision Participation Date, and (ii) the Applicant and his or her clients have contributed to increasing (or reducing) the amounts achieved under Incentive Payments A-D through participation in the Walmart Agreement, including the Walmart Tribal Agreement. The Fee Panel shall also consider additional fee recoveries the Applicant may potentially obtain, including, but not limited to, from attorney fee funds under other Settlement Agreements, State Back-Stop Agreements, representations of States or Tribal Nations, representations of other clients in opioids-related matters, or through the representation of Subdivision clients, whether they participated in the Walmart Agreement or not. It is the intent of this provision to recognize that the goal of the Walmart Agreement is to provide for maximum participation by the Subdivisions, maximum abatement funding for all Subdivisions nationally, and the maximum peace for Released Entities. Therefore, representing a Non-Participating Subdivision does not further the goal of the Walmart Agreement, and should not be considered Common Benefit because it does not increase funds available to Participating Subdivisions' abatement programs. Representing Later Litigating Subdivisions or Later Litigating States is antithetical to the Walmart Agreement and detracts from Common Benefit. The Fee Panel shall consider this concept of "common detriment" set forth in this paragraph in all of its decision making with respect to the allocation of the Attorney Fee Fund among Applicants, as well as, in its discretion, any refunds provided to Walmart as set forth in Section II.H. The Fee Panel shall consider the totality of the Applicant's Participating Litigating Subdivisions as compared to the Applicant's Non-Participating Litigating Subdivisions; the Parties recognize that, although the goal is for 100% participation, Applicants with a greater number of clients have a greater probability of having one or more Non-Participating Litigating Subdivision. As used in this paragraph II.C.4, "client" or "representing" a Subdivision shall include any Litigating Subdivision as to which the Applicant has a Fee Entitlement.

5. As set forth in Section II.H, the Fee Panel must consider the factors described in paragraph II.C.4 to determine how and whether to allocate funds among Applicants and to determine the amounts to refund to Walmart. Any reduction to an Applicant not refunded to Walmart shall be allocated to attorneys whose Litigating Subdivision clients participated in the settlement by the Threshold Subdivision Participation Date.

D. *Contingency Fee Fund.* (40% of the Attorney Fee Fund.)

1. Walmart shall pay the entirety of the Contingency Fee Fund payment into the Attorney Fee Fund within fifteen (15) calendar days of the Effective Date of the Walmart Agreement, subject to the reductions set forth in Section II.A.2 and the adjustments set forth below.

2. The Contingency Fee Fund shall be available to compensate Attorneys engaged in Qualifying Representations of Participating Litigating Subdivisions that meet the criteria set forth in Section II.G.

    a. The Contingency Fee Fund shall be available to Attorneys who represent Litigating Subdivisions that are Participating Subdivisions, whether their actions are filed in state or federal court, and meet the eligibility criteria of Section II.G.

    b. Participation in the Contingency Fee Fund by counsel that have a case that is not subject to the jurisdiction of the MDL Court shall not create, provide, or waive jurisdiction of the MDL Court over that Litigating Subdivision, that case or Attorneys, other than to oversee the fairness of the distribution process, and enforcement of this Fee Agreement.

3. The amount owed by Walmart to the Contingency Fee Fund shall be reduced to reflect the non-joinder of Litigating Subdivisions in Settling States by subtracting the amounts identified by the Fee Panel, pursuant to paragraph II.H.7, that would have been owed to counsel for Non-Participating Litigating Subdivisions in Settling States had such Litigating Subdivisions been Participating Subdivisions. The Fee Panel shall remit payment to Walmart from the Contingency Fee Fund for any amounts corresponding to such reductions.

4. In the event that after the date of the Walmart Agreement, Walmart, prior to the Effective Date of the Walmart Agreement, settles with any Litigating Subdivision that would have been eligible to participate in the Settlement Agreement, and, under such settlement agreement pays attorneys' fees, the Fee Panel shall treat those Litigating Subdivisions as Participating Litigating Subdivisions and, applying the same criteria applicable to all Attorneys for Participating Litigating Subdivisions, determine what amount they would have been paid from the Contingency Fee Fund if they had become Participating Subdivisions under the Walmart Agreement without such prior settlement. That sum, rather than being paid to the Attorney for the previously settling Litigating Subdivision, shall be returned to Walmart, except that such refund shall not be greater than the amount paid to the Attorneys under the Litigating Subdivision's prior settlement agreement.

E. *Subdivision Cost and Expense Fund*

1. Walmart shall pay $22,500,000 into the Subdivision Cost and Expense Fund.

2. The Subdivision Cost and Expense Fund shall be available to compensate Attorneys for costs and expenses arising out of representation of Participating Litigating Subdivisions. No funds in the Subdivision Cost and Expense Fund

may be used to compensate the costs incurred by Non-Participating Subdivisions or Non-Litigating Subdivisions or costs and expenses arising out of representation of any such Subdivision. In allocating the Subdivision Cost and Expense Fund, the Administrator shall not allocate any funds for costs incurred after November 14, 2022.

3.      During the period between November 14, 2022 and the Effective Date, the MDL PEC, as well as Litigating Subdivisions eligible to claim costs from the Subdivision Cost and Expense Fund shall make best efforts to cease litigation activity against Walmart, including by jointly seeking stays or severance of claims against Walmart, where feasible, or postponements if a motion to stay or sever is not feasible or is denied, so long as such actions are not otherwise detrimental to the Litigating Subdivision.

4.      In the event that Walmart, prior to the Effective Date of the Walmart Agreement, settles with any Litigating Subdivision and, under such settlement agreement pays costs to the Litigating Subdivision or its Attorney, the MDL Cost and Expense Fund Administrator shall treat those Litigating Subdivisions as Participating Litigating Subdivisions and, using the same criteria applicable to all applicants to the Subdivision Cost and Expense Fund, determine what amount in costs the Litigating Subdivision or its Attorney would have been paid from the Subdivision Cost and Expense Fund if they had settled under the Walmart Agreement. That sum, rather than being paid to the Attorney or the previously settling Litigating Subdivision, shall be credited and/or returned to Walmart, except that such sum shall not be greater than the amount paid under the previously settled Litigating Subdivision's settlement agreement.

5.      The Cost Fund shall be administered by the Cost Fund and Expense Fund Administrator (MDL Docket No. 3828), who will be governed by the provisions of this Agreement and shall design the process and procedures for the allocation of costs pursuant to this Agreement and the MDL Court's Order.

6.      The costs of the Cost and Expense Fund Administrator shall be paid from the Cost Fund and allocated by the Cost and Expense Fund Administrator between the MDL Direct Cost Fund and the Subdivision Cost and Expense Fund to fairly charge each fund the cost incurred in implementing and supervising the specific fund.

7.      The Cost and Expense Fund Administrator shall set the process and procedures for submission of and criteria for applications for payment of Subdivisions' and Tribal Nations' costs and expenses.  The Cost and Expense Fund Administrator shall receive and evaluate applications from Participating Litigating Subdivisions and litigating Tribal Nations, whether filed in Federal Court or State Court, to seek reimbursement for eligible costs under Section II.E.2 in pursuit of claims against Walmart.  The process shall require a showing that the costs or expenses sought were reasonably incurred in furtherance of active litigation of a designated state or federal bellwether trial-set case, or Common Benefit.  The Cost and Expense Fund Administrator shall require transparency from all applicants as to any other sources for compensating Attorneys for Subdivisions and Tribal Nations for costs incurred.  If funds remain after the reimbursement of approved out-of-pocket costs, the Cost and Expense Fund Administrator may consider reasonable and appropriate payment for client time, costs, or expenses incurred by recognized trial bellwether plaintiffs.  At the conclusion of the process, any funds not allocated by the Cost and Expense Fund Administrator shall be transferred to the Common Benefit Fund established in this Exhibit R.

8.      In the event that States and Subdivisions enter into an additional global settlement with a party or parties other than Walmart that is (a) under the jurisdiction of the MDL Court in MDL No. 2804, (b) creates a separate cost fund, and (c) unless the parties agree to another date, such agreement has an effective date prior to June 30, 2023, the Cost and Expense Fund Administrator shall have the authority to aggregate the Cost Fund with the cost fund created under that global settlement agreement.  The Cost and Expense Fund Administrator shall have the authority to address the appropriate procedures and required information to allow the costs to be funded from the appropriate cost fund or shared by two or more cost funds; *provided, however*, that the Subdivision Cost and Expense Fund shall remain subject to the requirements set forth in Section II.E.2.  For the avoidance of doubt, the Subdivision Cost and Expense Fund is available only to compensate Attorneys for costs and expenses arising out of representation of Participating Litigating Subdivisions and no funds in the Subdivision Cost and Expense Fund may be used to compensate the costs incurred by Non-Participating Subdivisions or Non-Litigating Subdivisions or costs and expenses arising out of representation of any such Subdivision.

F.      *MDL Expense Fund*

1.      Walmart shall pay $7,500,000 into the MDL Expense Fund.

2.      The MDL Expense Fund shall be released following the Effective Date of this Fee Agreement without any delay to reimburse the MDL Counsel for an agreed-to portion of the expenses incurred, as approved by the Cost and Expense Fund Administrator.  The sum deposited into the MDL Expense Fund will be paid directly to the MDL Cost Account, set up by MDL Order and will be administered under the ongoing jurisdiction of the MDL Court, as provided

below. No funds may be used to compensate the costs incurred by Non-Participating Subdivisions or to compensate any Attorney for costs incurred in representing one or more Non-Participating Subdivisions.

3.      In allocating the MDL Expense Fund, the Administrator shall not allocate any funds for costs incurred after November 14, 2022, unless the Administrator determines that there are sufficient funds to cover all subdivision costs incurred prior to November 14, 2022 and that special circumstances exist to justify costs incurred following the public announcement of the Walmart Agreement, including reasonable costs related to the implementation of the Walmart Agreement.

G.    *Eligibility*

1.   It is the intention of all parties participating in the Fee Panel process that there should be total transparency to the Fee Panel and to all fund participants. In connection with the process to be developed by the Fee Panel, any and all monies in attorney's fees received or awarded, including prior or future Contingency Fees, Common Benefit Fees, referral fees, expenses paid, promises for payment, or any other Fee Entitlement, to any Applicant in any opioid litigation shall be disclosed to the Fee Panel as a condition of participating in the Attorney Fee Fund and prior to an award from the Fee Panel. Any payment, expectation of payment or perceived entitlement to participate in a State Back-Stop Agreement or any other agreement reached with a Settling State or any Subdivision or any other source regarding payment of fees must be disclosed to the Fee Panel. Similarly, any right to payment from any other fund, for example a fund for payment to lawyers representing Settling States or Tribal Nations or Subdivisions shall be disclosed to the Fee Panel. Because it is anticipated that there will be multiple firms listed on contingent fee agreements with Litigating Subdivisions, the Fee Panel shall establish procedures, with input from Attorneys for Participating Litigating Subdivisions, for which party or parties should petition for fees from such groups and to whom the fee shall be paid and thereafter distributed to co-counsel in accordance with applicable agreements. For the avoidance of doubt, all Attorneys that are part of such groups must meet the eligibility criteria in paragraph II.G.3, must be subject to the criteria set forth in paragraph II.C.4, and must be disclosed to the Fee Panel.

2.   An Applicant may apply for and recover attorneys' fees from the Common Benefit Fund, the Contingency Fee Fund, and any fund created by a past or future State Back-Stop Agreement, provided the Applicant satisfies the requirements relevant to each such fund and requirements for disclosure to the Fee Panel.

3.   An Attorney may not receive any payment from the Attorney Fee Fund (which includes both the Contingency Fee Fund and the Common Benefit

Fund) unless the following eligibility criteria are met and annually certified by the Attorney:

a.  The Attorney must expressly waive the enforcement against the Litigating Subdivision client of all Fee Entitlements (other than under State Back-Stop Agreements) arising out of or related to any or all Qualifying Representations of any Participating Litigating Subdivision prior to applying for attorneys' fees from the Attorney Fee Fund.  All applications for attorneys' fees under this Fee Agreement shall include an affirmation by the Attorney of such waiver and notice to the client(s) of such waiver. Such waiver shall not preclude the Attorney from submitting such Fee Entitlements to the Fee Panel as a factor for consideration in allocating payments from the Attorney Fee Fund or in connection with a State Back-Stop Agreement.  For the avoidance of doubt, no Attorney may recover fees under this Fee Agreement unless the Attorney expressly agrees not to enforce Fee Entitlements as to each and every Participating Litigating Subdivision represented by that Attorney, but such Attorneys may participate in and receive funds from a State Back-Stop Agreement.

b.  The Attorney must represent that s/he has no present intent to represent or participate in the representation of any Later Litigating Subdivision or Later Litigating State with respect to Released Claims against Released Entities.

c.  The Attorney must represent that s/he has not and will not engage in any advertising or solicitation related to Released Claims against Released Entities where such advertising or solicitation relates to a representation of a Subdivision eligible to be a Participating Subdivision after the Threshold Subdivision Participation Date.

d.  The Attorney must represent s/he will not charge or accept any referral fees for any Released Claims brought against Released Entities by Later Litigating Subdivisions or Later Litigating States.  This representation shall not prohibit Attorneys from receiving allocated shares of any future common benefit assessments arising out of settlements or judgments with Later Litigating Subdivisions or Later Litigating States that are the result of the MDL Court's Common Benefit Order.

e.  The Attorney may not have and must represent that s/he does not have a Fee Entitlement related to a Later Litigating Subdivision or Later Litigating State, other than a potential Common Benefit Fee.

f.  The Attorney must fully disclose the participation, or the anticipation of participation, in any agreement with a Settling State or Participating Subdivision concerning fees arising out of or related to the Walmart

Agreement, including any fees paid or anticipated to be paid or any State Back-Stop Agreement.

g. The Attorney must identify for the Fee Panel whether s/he utilized state litigation work product or MDL work product, including but not limited to ARCOS data, document repositories, experts developed in the MDL, trial transcripts, or deposition transcripts. The Attorney must identify whether s/he signed the MDL Participation Agreement.

h. Any Attorney who applies for fees from one or both Funds must represent that, having exercised his/her independent judgment, s/he believes the Walmart Agreement to be fair and will make or has made best efforts to recommend the Agreement to his or her Subdivision clients in Settling States. For avoidance of doubt, each Attorney is expected to exercise his or her independent judgment in the best interest of each client individually before determining whether to recommend joining the settlement. All applications for attorneys' fees or costs under this Section shall include an affirmation by the Attorney in compliance with this Subsection.

4. No Attorney receiving fees under this Fee Agreement may apply for or recover from the Attorney Fee Fund fees arising from representing a Non-Settling State or a Non-Participating Subdivision, provided, however, that this provision is not intended to prohibit Attorneys who do not represent or otherwise have a contractual agreement with such Non-Settling State or Non-Participating Subdivision from receiving allocated shares of any future common benefit assessments that arise out of settlements or judgments involving such Non-Settling State or Non-Participating Subdivision. All applications for attorneys' fees under this Section shall include an affirmation by the Attorney of compliance with this Section.

5. An Attorney who has filed an application under this section and received an award of attorneys' fees shall provide a certification of compliance with the Sections of this Fee Agreement annually during the years upon which they are still entitled to receive attorneys' fee payments under this Agreement. This certification will be done as directed by the Panel.

6. If, at any time, the Attorney is unable to make the representations set forth in this Section, such representations become untrue, or the Attorney falsely represents compliance with the eligibility criteria, the Attorney shall cease to be eligible to receive funds from the Attorney Fee Fund until further review by the Fee Panel of the Attorney's eligibility under and compliance with this Section II.

7. If an Attorney has a Fee Entitlement with a Later Litigating Subdivision or Later Litigating State or otherwise becomes unable to reaffirm compliance with the eligibility criteria set forth above, the Attorney shall notify Walmart

and the Fee Panel.  For the avoidance of doubt, any Attorney who undertakes any new representation of, or has a Fee Entitlement with, a Later Litigating Subdivision or Later Litigating State shall be prohibited from receiving any future funds from the Attorney Fee Fund and be subject to additional obligations as set forth in Subsection 8 below.  If an Attorney fails to notify Walmart and the Fee Panel of such Fee Entitlement with a Later Litigating Subdivision or Later Litigating State, the Attorney shall be required to refund amounts previously paid.  The Fee Panel shall notify Walmart when it receives notification.

8. To the extent an Attorney who has received compensation from the Attorney Fee Fund based on Qualifying Representations of Participating Litigating Subdivisions under the Walmart Agreement represents a Later Litigating Subdivision or Later Litigating State, such Attorney shall be obligated to refund such amounts received as compensation from the Attorney Fee Fund to Walmart.  Walmart or such Attorney may bring any dispute as to whether such Attorney shall be obligated to refund such amounts received from the Attorney Fee Fund to Walmart to the Fee Panel.  Nothing herein shall require a multi-attorney law firm that has received compensation from the Attorney Fee Fund to refund such amounts if an attorney of the firm that is no longer affiliated with such law firm, after such departure, represents a Later Litigating Subdivision or Later Litigating State, provided that (a) neither the law firm nor any of its other attorneys have any contractual or financial arrangement regarding, stand to benefit directly or indirectly from, or directly or indirectly provide financial or other support of any kind to, the former attorney's representation of the Later Litigating Subdivision or Later Litigating State and (b) if the former attorney was a partner or owner of the multi-attorney law firm at the time that the law firm received compensation from the Attorney Fee Fund, the former attorney shall be obligated to refund such amounts as the former attorney earned as a result of the compensation that the law firm received from the Attorney Fee Fund.

9. In the event that an Attorney is deemed ineligible by the Fee Panel (whether based on its initial application or subsequent recertification), the Fee Panel shall provide notice to the Attorney and give the Attorney 30 days to provide additional information such that the Fee Panel could re-consider the Attorney's eligibility.

10. To the extent that an Attorney has a Fee Entitlement with a Participating Subdivision and is authorized to bring Released Claims against Released Entities, but such authorization is, in scope, less broad than the category of Released Claims set forth in the Walmart Agreement, such Attorney may participate fully in both the Contingency Fee Fund and the Common Benefit Fund, without any reduction imposed by the Fee Panel due to the scope of the authorization, so long as the Participating Subdivision fully releases all Released Claims against Released Entities.

11. Attorneys applying to the Attorney Fee Fund knowingly and expressly agree to be bound by the decisions of the Fee Panel, subject to the limited appeal rights set forth in this Fee Agreement, and waive the ability to assert the lack of enforceability of the allocation reached through the procedures outlined herein.

12. Applicants are under an ongoing obligation to inform the Fee Panel in writing of any additional fees earned, expected, or received related to any Opioid litigation throughout the period of the Fee Panel's operation.

H.    *Calculation of Amounts Due.*

1. The Fee Panel shall be solely responsible for determining the amount of fees to be paid to each Applicant. None of the Released Entities shall have any responsibility, obligation, or liability of any kind whatsoever with respect to how attorneys' fees are calculated under this Section, except that the Fee Panel may receive information from Walmart as to (a) the identity of Participating, Non-Participating, Litigating, Later Litigating, and Non-Litigating Subdivisions; (b) the impact of non-participation by a Litigating Subdivision as is relevant to the Fee Panel's determination in paragraph II.C.4; and (c) such other information as Walmart may voluntarily elect to provide.

2. The Fee Panel shall establish procedures for making determinations under this Fee Agreement consistent with this Fee Agreement and orders of the MDL Court. Such procedures may include submission of documentary and/or other evidence, interviews with Applicants and/or other counsel (including counsel for Walmart) that the Fee Panel deems appropriate, and/or other means of creating a record upon which fee awards will be based.

3. In making determinations under this Fee Agreement, the Fee Panel must apply the eligibility criteria set forth in Section II.G of this Fee Agreement and the criteria set forth in Section II. The Fee Panel shall ensure that payments are only made for Qualifying Representations of Participating Litigating Subdivisions. In addition, the Fee Panel will give consideration in regard to Common Benefit Fund awards to the *Johnson* factors, as well as the following factors (which factors may be applied and given relative weight in the Fee Panel's discretion):

   a. The Applicant's contemporaneously recorded time and labor dedicated to Qualifying Representations along with the Applicant's financial commitment to such Qualifying Representations. Claimed "time" will not be automatically accepted by the Fee Panel but will be critically reviewed and given substantially more weight and consideration if such time was subject to the audit process described in any Pretrial Order(s) governing the collection of common benefit time;

b. The novelty, time, and complexity of the Qualifying Representations;

c. The skill requisite to perform legal services properly and undesirability of the case;

d. The preclusion of other employment by the Applicant due to time dedicated to Qualifying Representations;

e. The Common Benefit, if any, alleged to have been conferred by the Applicant and whether such Common Benefit work product by that Applicant was used by others in parallel litigations against Released Entities whether within or outside the MDL, provided that any Applicant claiming that s/he substantially benefited cases other than those in which s/he entered an appearance as counsel must substantiate such claims by proffering factual support, such as proper supporting affidavits or other documents as determined by the Fee Panel with input from Attorneys for Participating Litigating Subdivisions;

f. Any "common detriment," as set forth in paragraph II.C.4;

g. Any contingent fee agreement or other Fee Entitlement with Participating Subdivisions, enforcement of which, except for State Back-Stop Agreements, are waived in conjunction with the application, the nature and extent of any work for those Participating Subdivisions, whether such Participating Subdivisions actively litigated and, if so, the nature and procedural history of such case(s);

h. The experience, reputation, and ability of the Applicant;

i. Whether the Applicant's clients brought Released Claims against Released Entities;

j. The status of discovery in cases primarily handled by the Applicant;

k. The nature of any work by the Applicant on "bellwether" cases or cases that were similarly active in litigation;

l. Any pressure points successfully asserted by the Applicant in cases against Walmart or any risk for Walmart created by the Applicant in cases against Walmart;

m. Any risk for defendants created by Applicants in cases against Walmart;

n. Successful and unsuccessful motion practice in cases worked on by the Applicant;

o.   The date of filing of any cases filed by the Applicant;

p.   Obtaining consolidation of the litigation in the Applicant's jurisdiction;

q.   The number and population of entities represented by the Applicant and the fees that would have been awarded under extinguished contingent fee arrangements;

r.   Whether the Applicant's clients brought claims against Walmart prior to the announcement of this settlement on November 14, 2022;

s.   Whether the Applicant has had a leadership role in the litigation, whether in state or federal court;

t.   Whether the Applicant has had a leadership role in any negotiations aimed at resolving the litigation;

u.   Whether the Applicant's cases have survived motions to dismiss;

v.   The extent to which the Applicant contributed to the work product used for the common benefit of opioids litigants, including, without limitation, work on ARCOS data, Prescription Data Monitoring Programs, IQVIA data, depositions, document production and analysis experts, motions, briefs and pleadings, trial preparations, and trials;

w.   The extent to which litigation occurred prior to and contributed to completion of settlement negotiations, as distinct from litigation that occurred after the announcement of the Walmart Agreement on November 14, 2022, such latter litigation both being of less value and, the case of litigation filed after the announcement of the Walmart Agreement on November 14, 2022, resulting in a common detriment to the settlement process, which in both cases should be viewed less favorably; and

x.   Any other factors that the Fee Panel finds to be appropriate to consider after input from Applicants to the Attorney Fee Fund.

4.   It is possible that the States and Subdivisions that are litigating Opioid cases will enter additional settlements in close proximity of the time for processing the Walmart Settlement. If there are additional settlements and these settlements create a Common Benefit Attorney Fee Fund to be administered by the Fee Panel, the Fee Panel may:

a.   Consolidate the Common Benefit approval process to include evaluation of all Common Benefit Applications for all settlements entered after November 14, 2022;

b. Determine the fair and equitable allocation of the Aggregate Common Benefit Fees that come after November 14, 2022, including consideration of beneficial or detrimental actions taken with respect to any Settling Defendant contributing to the Common Benefit Attorney Fee Fund;

c. Give consideration to the amount and timing of each settlement, including the amount and timing of Common Benefit Fees;

d. The Fee Panel shall abide by the applicable Attorney Fee Agreement in each of the Settlements in Allocating the Common Benefit Fees provided for in the Settlement; and

e. Be guided in their work by the Orders of the Court related to Fees and Costs.

5. The Fee Panel shall develop procedures for receiving a single application, which may be updated or amended based on new information (such as participation by additional Litigating Subdivisions) from each Applicant seeking compensation from each sub fund of the Attorney Fee Fund pursuant to processes and procedures developed by the Fee Panel, which shall not be inconsistent with this Fee Agreement. Any request for attorneys' fees not included on the single application or through the updating/amendment process designed by the Fee Panel shall be deemed waived. For purposes of transparency and to permit the Fee Panel to conduct its work, the application from each Applicant shall, at a minimum, require each Applicant to:

a. Identify all Litigating Subdivisions for which s/he is seeking payment from the Attorney Fee Fund;

b. Identify all Subdivisions in both Settling and Non-Settling States (and, where applicable, Tribal Nations) with respect to which s/he has a Fee Entitlement with respect to Relevant Claims against Released Entities, and identify all co-counsel in such cases;

c. Identify which of those Subdivisions are Participating Subdivisions and which are not (with similar information for Tribal Nations, where applicable);

d. Specify the specific fund or funds within the Attorney Fee Fund from which the Attorney is seeking compensation;

e. Demonstrate his or her eligibility for compensation from the relevant sub funds within the Attorney Fee Fund pursuant to the criteria set forth for the relevant sub fund;

f.  Identify any and all Fee Entitlements from representations of States, Tribal Nations, or other plaintiffs related to Released Claims against Released Entities or in opioids-related matters;

g.  Notwithstanding "a-f" above, the Panel may consider a supplemental application if the Applicant shows good cause why circumstances exist that will lead to consideration for additional Common Benefit award. Examples would include, but are not limited to, an Applicant having Non-Participating Litigating Subdivision clients that subsequently become Participating Subdivisions, a Bar Date passes that increases participation or an Allocation Agreement is reached.

6.  With respect to the Common Benefit Fund, the Fee Panel shall (subject to any applicable MDL Court Order):

a.  Review the applications of all Applicants seeking compensation from the Common Benefit Fund, including determining eligibility for each Applicant as set forth in Section II.G.

b.  Using criteria set forth in Sections II.C and II.G, allocate amounts from the Common Benefit Fund to eligible Applicants, including payment amounts for each Payment Year. In making such allocations, the Panel shall apply the principles set forth in paragraph II.C.5 to the amounts paid to Applicants with a Common Benefit Fee Entitlement.

7.  With respect to the Contingency Fee Fund, the Fee Panel shall:

a.  Review the applications of all Attorneys seeking compensation from the Litigating Subdivision Fee Fund, including determining eligibility for each Attorney as set forth in Section II.G.

b.  Apply the Mathematical Model in Exhibit A.

c.  Use such allocations to determine refund amounts owed to Walmart from the Attorney Fee Fund, and inform Walmart and the MDL PEC of all such adjustments.

8.  To the extent that there is a dispute about the calculations of the Fee Panel related to the amount that Walmart is required to pay (including application of any reductions or refunds under this Fee Agreement), such disputes shall be presented to the Fee Panel and any disputed funds be paid into/held in escrow. The Fee Panel shall resolve such disputes expeditiously, with either Party having the right to seek review from the MDL Court.

9.  For purposes of determination of fee or cost awards, allocations, reductions, and possible reversions under this Fee Agreement, unless specified otherwise

a Subdivision will be considered a Non-Participating Subdivision if it is not a Participating Subdivision as of the deadline for the application for the fee at issue (or, if the determination does not involve a specific application, the date on which the record for such determination closes).

10. In the event that the Fee Panel, through the use of the Mathematical Model set forth in Exhibit A, allocates funds from the Contingency Fee Fund for an Attorney based on a Qualifying Representation of a Participating Litigating Subdivision and that Subdivision is in a Settling State in which the Consent Judgment has not been approved, such funds shall be placed into escrow until the Consent Judgment is approved, after which time they shall be released.

I.  *Miscellaneous.*

1. The Fee Panel shall charge an hourly rate approved by the Court. The Pre-Effective Date costs associated with the Cost and Expense Fund Administrator shall be paid from funds in the Cost Fund. Post-Effective Date, the cost of the Fee Panel shall be charged against the applicable Fee Fund based on allocation by the Fee Panel and shall not be otherwise funded by Walmart.

2. The MDL PEC will seek, and the Attorneys General for Settling States and the Walmart will not oppose, a Common Benefit Fee Order requiring an assessment of 7.5% on the gross recovery (by judgment or settlement) of any Non-Participating Subdivision that is subject to the federal court jurisdiction, represented by a MDL PEC firm, represented by any Attorney receiving fees from the Common Benefit Fund, represented by any Attorney that signed a Participation Agreement or had been paid in a case otherwise under the jurisdiction of the MDL Court.

3. The MDL PEC shall provide to Walmart information the PEC has that identifies Attorneys who represent Litigating Subdivisions who are not Participating Subdivisions and who have an obligation to pay a common benefit assessment, either due to the MDL Court's orders or having signed a Participation Agreement.

4. The MDL PEC and Walmart agree that it is a conflict of interest for an Attorney that had represented a Participating Subdivision to represent a Later Litigating Subdivision or Later Litigating State. This Subsection shall be enforceable to the extent permitted by the equivalent to Rules 1.16 and 5.6 of the ABA Model Rules of Professional Conduct in the relevant jurisdictions. The MDL PEC represents that it will comply with this provision in the case of the Walmart Agreement until the Effective Date of the Walmart Agreement, as well as thereafter, if the Walmart Agreement proceeds.

5. Participating Subdivisions agree to instruct their counsel to treat information, work product and expert materials as confidential under Rule 1.6 of the ABA Model Rules of Professional Conduct. Accordingly, an Attorney shall not

share information or work product with, or experts or materials to, non-participants (other than the Attorney's own current clients or their lawyers, consultants, experts or other representatives or agents). However, nothing herein shall prevent MDL Leadership or PEC Counsel from fulfilling their obligations in any MDL and the MDL Court Order.

## III. Miscellaneous

A. *Termination*. If the Walmart Agreement does not proceed past the date on which the Settlement Fund Administrator makes a determination as to whether the Subdivision Participation Thresholds have been satisfied and the time for the Parties to the Walmart Agreement to dispute such determination has passed, this Fee Agreement shall be null and void, Walmart shall have no obligation to make any payments under this Fee Agreement, and Walmart and the MDL PEC shall take such steps as are necessary to restore the *status quo ante*. All funds paid by Walmart into the Attorney Fee Fund and Cost Fund shall be promptly returned to Walmart (including interest that accrues during such time as the monies are in escrow).

B. *MDL Court Consideration*. This Fee Agreement shall be attached as an exhibit to the Walmart Agreement. This Fee Agreement shall also be submitted by Walmart and the MDL PEC to the MDL Court for approval pursuant to the motion and order that shall be attached, prior to the notice date under Section II.A.3 of the Walmart Agreement as to whether the State Participation Threshold has been satisfied, to this Fee Agreement, as Exhibit B.

1. In the event that the MDL Court, through an order, makes any change to the amounts potentially to be paid by Walmart under this Fee Agreement, makes any change to the Fee Panel's consideration of the factors set forth in paragraph II.C.4, or any other material change to the draft Order attached as part of Exhibit B or the terms of this Fee Agreement, Walmart and the MDL PEC shall meet and confer concerning such changes. The MDL Court shall have no authority to increase the payments made by Walmart related to fees and costs beyond the amounts described in this Fee Agreement.

2. If Walmart and the MDL PEC are unable to reach agreement and revisions to this Fee Agreement, this Fee Agreement shall be null and void, Walmart shall have no obligation to make any payments under this Fee Agreement, and Walmart and the MDL PEC shall take such steps as are necessary to restore the *status quo ante*. All funds paid by Walmart into the Attorney Fee Fund and Cost Fund shall be promptly returned to Walmart (including interest that accrues during such time as the monies are in escrow prior to the Effective Date of the Walmart Agreement).

C. *Amendment*.  Once the MDL Court has entered an order implementing this Fee Agreement, this Fee Agreement can only be amended by (1) written agreement of Walmart and the MDL PEC and (2) approval by the MDL Court.

D. *Jurisdiction and Enforcement*.  The MDL Court shall have exclusive and ongoing jurisdiction over the enforcement and implementation of this Fee Agreement as set forth herein.  The MDL PEC shall be the Authorized Party to enforce this Fee Agreement, as to the payment obligations of Walmart as set forth in this Fee Agreement and as to Attorneys making application to the Funds under this Fee Agreement.  Solely for purposes of assessing or allocating common benefit fees, the MDL Court will continue to have jurisdiction over the work product developed in the MDL Court by and under the direction of the MDL PEC with respect to claims against Walmart, including data and documents, depositions, expert reports, briefs and pleadings; and the MDL Court's protective orders, management orders, and other decisions regarding such discovery and other work product, including but not limited to, conditions on its use, will continue in full force and effect.  Nothing in this paragraph authorizes the MDL Court to act contrary to this Agreement or to share any of the work product, or provides the MDL Court with jurisdiction over the Walmart Agreement.

**Description of Mathematical Model for the Allocation of the Contingency Fee Funds**

Walmart Settlement Agreement

This document describes the Mathematical Model for allocation of the Contingency Fee Fund described in Exhibit R (Agreement of Attorneys' Fees, Costs, and Expenses) to the Walmart Settlement Agreement.[3] Awards of fees from the Contingency Fee Fund shall be available to Attorneys with Qualifying Representations of Participating Litigating Subdivisions eligible to receive an allocation under the Walmart Settlement Agreement.[4] A Fee Panel shall oversee the application of the Model and resolve any questions or disputes concerning the eligibility of a counsel to participate. The Panel is empowered to hear disputes concerning and ensure the accuracy of the mathematical calculations.

In general terms, allocation of the Contingency Fee Fund shall be made by (1) determining the amount of the Settlement Fund that is attributable to each Participating Litigating Subdivision; (2) making certain adjustments to these amounts based on when the Subdivision filed suit and the terms of the applicable fee contract; and (3) dividing the Contingency Fee Fund proportionately among counsel for each Participating Litigating Subdivision based on the amounts calculated in subpart 2.

To collect a fee award from the Contingency Fee Fund, a Participating Litigating Subdivision must have named Walmart (or any Released Entity) in its lawsuit. The total maximum amount of the Contingency Fee Fund in the Walmart Settlement Agreement is $107,088,150.77.[5]

Allocation of the Contingency Fee Fund shall be made according to the following steps. These calculations are made only for purpose of determining the percentage share of the Contingency Fee Fund that Attorneys for each Participating Litigating Subdivision should receive, ***not*** for determining the dollar amount each Subdivision will receive.

(1) For each Settling State, attribute 50% of the settlement funds for that State to its Subdivisions according to the Subdivision Allocation Percentage in Exhibit G to the Walmart Settlement Agreement.

        Illustrative example:

- Assume that State A is allocated 1.00000% of the $2,393,794,118.64 Remediation amount [see Exhibit M of the Walmart Settlement Agreement].

- 50% of the 1% share allocated to State A is $11,968,970.59.

---

[3] *See* Walmart Settlement Agreement, Exhibit R § II.D.2.
[4] Walmart Settlement Agreement, Exhibit R § II.D.2.
[5] Walmart Settlement Agreement, Exhibit R § II.A.1 & II.D.1.

- Assume that, per Exhibit G of the Agreement, the Subdivision Allocation Percentage for City B in State A is 1.00000000%.

- For purposes of determining its counsel's share of the Contingency Fee Fund, City B is attributed 1.00000000% of $11,968,970.59, or $119,689.71.

(2) Adjust the amounts in paragraph 1 as follows:

    a. *Upward Adjustment for Early Filers.* Increase the amount calculated in paragraph 1 above by 10% for any Litigating Subdivision that named Walmart in a suit before December 5, 2017, the date the National Prescription Opiate Litigation MDL was formed. If the Litigating Subdivision did not name Walmart in a suit before December 2, 2022, then fees from the Contingency Fee Fund will not be awarded to Attorneys with otherwise Qualifying Representations of that Participating Litigating Subdivision.

    Illustrative Example:

- Assume City C is attributed $1,000,000 under paragraph 1 above.

- If City C named Walmart before 12/5/2017, the attributed amount would be adjusted to $1,100,000.

    b. *Determine Amount Due under Contingency Fee Contract.* Determine the amount that would be due to Attorneys with Qualifying Representations of each Participating Litigating Subdivision under the terms of the applicable fee contract if the Participating Litigating Subdivision were to receive the amount calculated in paragraph 2.a. This amount can be referred to as the Contingency Fee Assumption.

    Illustrative Example:

- Continuing the example given in paragraph 2.a, if Attorneys have a 20% contingency fee contract with City C for the relevant litigation, the amount calculated in this step would be 20% of $1,100,000, or $220,000.

In the next step, the Contingency Fee Assumption is used to determine the percentage share of the Contingency Fee Fund due to Attorneys for each Participating Litigating Subdivision.

(3) Divide the Contingency Fee Fund proportionately among Attorneys for each Participating Litigating Subdivision in two ways:

    a. *National Fee Pool Calculation.* Determine each Litigating Subdivision's

percentage share of all amounts due under contingency fee contracts nationwide by dividing the Contingency Fee Assumption calculated for each Subdivision in paragraph 2.b by the sum of all Contingency Fee Assumptions. Then multiply that percentage by the Contingency Fee Fund to figure each Subdivision's dollar share of the Contingency Fee Fund (but only if the Subdivision timely named Walmart in a lawsuit).

```
Illustrative example:
```

- ```
  $220,000 [from para. 2.b] ÷ $120,000,000 [total amount owed
  under contingency fee contracts nationwide] = 0.1833333%⁶
  ```

- ```
  0.1833333% * $107,088,150.77 [Contingency Fee Fund] =
  $196,328.28
  ```

b. *Separate State Fee Pools Calculation.* Determine each Litigating Subdivision's percentage share of all amounts due under contingency fee contracts statewide by dividing the Contingency Fee Assumption calculated for each Subdivision in paragraph 2.b by the sum of all Contingency Fee Assumptions in the same State. Then multiply that percentage by the portion of the Contingency Fee Fund that corresponds to that State's Overall Allocation Percentage, shown in Exhibit F of the Walmart Settlement Agreement, to figure each Subdivision's dollar share of the Contingency Fee Fund.

```
Illustrative example:
```

- ```
  1%  *  $107,088,150.77  =  $1,070,881.51  [amount  of
  the Contingency Fee Fund corresponding to State A]
  ```

- ```
  Assume a total of $1,600,000 is owed under contingency fee
  contracts for State A.
  ```

- ```
  $220,000 [from para. 2.b] ÷ $1,600,000 = 13.75%
  ```

- ```
  13.75% * $1,070,881.51 = $147,246.21
  ```

The award of fees to Attorneys with Qualifying Representations of Participating Litigating Subdivisions will be the average of the final amounts calculated in paragraphs 3.a and 3.b above less any amounts the Fee Panel is authorized to, and does, withhold.[7]

Paragraph 3.a represents allocation based on a proportional share of a National Fee Pool, while paragraph 3.b represents allocation based on a proportional share of the Separate State Fee Pools. In other words, for the National Fee Pool described above in paragraph 3.a, the contingency fee contract rate is compared to all other contingency fee contract

---

[6] In this example, $120 million is the amount theoretically owed under all contingency fee contracts for litigation against Walmart as calculated in paragraph 2.b. This amount is illustrative only; the actual amount will not be known until all litigating subdivisions are identified and the terms of their contingency fee contracts are collected.

[7] The model also enforces a maximum fee award of 20% of the amount calculated in paragraph 2.b. The description in this document of the Mathematical Model is by necessity an abstraction; the precise contours of the calculations are defined in the model itself.

rates in the nation. For the Separate State Fee Pools described above in paragraph 3.b, the contingency fee contract terms are compared to the other contingency fee contract terms in that same State. The National Fee Pool and the Separate State Fee Pools are given equal weighting.

Using the first methodology, Attorneys for two Subdivisions in different States with the same amount calculated under paragraph 2.b would be assigned the same amount under paragraph 3.a. Using the second methodology, Attorneys for the same two Subdivisions would be assigned different amounts under paragraph 3.b because they are in different States. Specifically, the Subdivision in the State with a smaller proportion of Participating Litigating Subdivisions would be allocated more than the Subdivision in the State with a greater proportion of Participating Litigating Subdivisions.

By: _____

Name: Rachel Brand
       Executive Vice President of Global
       Governance, Chief Legal Officer and
       Corporate Secretary

Date: _____

*On behalf of Walmart Inc.*

By: _____

Name: Paul T. Farrell, Jr.

Date: _____




By: _____

Name: Jayne Conroy

Date: _____




By: _____

Name: Joseph F. Rice

Date: _____


*On behalf of Plaintiffs' Executive Committee*

**EXHIBIT S**

**Agreement on the State Outside Counsel Fee
Fund for Chain Pharmacy Settlements**

1.    **Definitions**.

    a.    "<u>Chain Pharmacy</u>" means any of CVS, Walgreens, and Walmart, and "Chain Pharmacies" means all of the foregoing.

    b.    "<u>Multistate Chain Pharmacy Settlement Agreement</u>" means This Settlement Agreement along with any other settlement of opioids-related claims among 30 or more states and a Chain Pharmacy.

    c.    "<u>This Settlement Agreement</u>" means the settlement agreement between the Settling States and the Chain Pharmacy to which this Agreement is attached as an Exhibit.

    d.    "<u>Settling Chain Pharmacy</u>" means the Chain Pharmacy that is a party to This Settlement Agreement.

    e.    "<u>Settling States</u>" has the meaning given such term in the relevant Multistate Chain Pharmacy Settlement Agreement.

2.    **Creation of a State Outside Counsel Chain Pharmacies Fee Fund.** The Settling States have agreed to the creation of a state outside counsel fee fund to pay reasonable attorneys' fees of Settling States which have retained outside counsel in connection with litigation against one or more Chain Pharmacies (such fund, the "<u>State Outside Counsel Chain Pharmacies Fee Fund</u>").

3.    **State Outside Counsel Chain Pharmacies Fee Fund Administration.** The State Outside Counsel Chain Pharmacies Fee Fund shall be administered separately from any other funds for the payment of attorneys fees or costs in connection with This Settlement Agreement, including any common benefit fund, contingency fee fund for subdivision counsel, state cost fund, or MDL expense fund. If necessary, a committee of Attorneys General shall be convened to oversee the State Outside Counsel Chain Pharmacies Fee Fund (the "<u>Chain Pharmacies Fee Fund Committee</u>"). The Chain Pharmacies Fee Fund Committee shall be appointed by the Settling State Members of the Enforcement Committee and shall be comprised solely of Attorneys General of Settling States that engaged outside counsel to pursue litigation against one or more Chain Pharmacies. The Settlement Fund Administrator (the "<u>Fee Fund Administrator</u>") shall administer the State Outside Counsel Chain Pharmacies Fee Fund according to this Exhibit and, if convened, the guidelines and directives of the Chain Pharmacies Fee Fund Committee.

4.    **State Outside Counsel Chain Pharmacies Fee Eligibility.**

    a.    To receive any amount from the State Outside Counsel Chain Pharmacies

Fee Fund, an outside counsel to a Settling State must have filed and maintained an action in the name of a Settling State or its Attorney General against a Chain Pharmacy in a state or federal court as of November 1, 2022. No Settling State (or its outside counsel) shall receive funds from both the State Outside Counsel Chain Pharmacies Fee Fund and any "Additional Remediation Amount" as may be provided for in This Settlement Agreement.

    b. In addition to the eligibility criteria set forth in Paragraph 4.a, above, and for the avoidance of doubt, only Settling States under This Settlement Agreement are eligible to receive any funds paid into the State Outside Counsel Chain Pharmacies Fee Fund as a result of This Settlement Agreement.

    5. **State Outside Counsel Chain Pharmacies Fee Fund Amount.** The Settling Chain Pharmacy shall pay funds into the State Outside Counsel Chain Pharmacies Fee Fund in an amount equal to, and on the schedule identified in, Exhibit M (the "Contribution"). The Settling Chain Pharmacy's Contribution shall subject to a reduction as described in Paragraph 8, below.

    **6. State Outside Counsel Chain Pharmacies Fee Fund Availability and Calculation of Amount.**

    a. The State Outside Counsel Chain Pharmacies Fee Fund shall be available to compensate private outside counsel for Settling State Attorneys General for approved fees arising out of representation of the Settling State pursuant to the schedule attached to this agreement as Schedule I (the "Fee Schedule").

    b. The Fee Schedule is intended to reflect the fee calculation in subparagraph 6.c, below (the "Fee Calculation"). Subject to adjustments required by Paragraph 8, below, in the event of any discrepancy between the Fee Schedule and the Fee Calculation, the Fee Schedule shall control. Each Settling State, by becoming a Participating State in This Settlement Agreement, agrees that the Fee Schedule reflects the Fee Calculation and waives any right to contest the accuracy of the Fee Schedule, absent manifest error, the exclusion of a Settling State, or the inclusion of a Non-Settling State. The version of the Fee Schedule reflecting any necessary adjustments shall be the "Final Fee Schedule."

    c. Fees shall be aggregated across the Multistate Chain Pharmacy Settlement Agreements and be calculated by adding two components: (a) a fixed amount consisting of fifty percent (50%) of the amount of remediation funds allocated to a Settling State and its Subdivisions pursuant to the Multistate Chain Pharmacy Settlement Agreements multiplied by 4.5% (or, if lower, the applicable contingency fee percentage in the Settling State's

outside counsel contract); and (b) a proportional percentage of the remaining fee due under that Settling State's contract with its outside counsel assuming that fifty percent (50%) of the Settling State's recovery is allocable to a Settling State (rather than allocable to the Settling State's Participating Subdivisions) so that the fees of all eligible Settling States (minus the fixed amount that would have been allocated to any Non-Settling States had they become Settling States) exhausts the State Outside Counsel Chain Pharmacies Fee Fund. The proportional share percentage will be the same for each Settling State included in the State Outside Counsel Chain Pharmacies Fee Fund. Fees shall be split proportionally among each Multistate Chain Pharmacy Settlement Agreement, as set forth on the Fee Schedule.

d. All amounts paid will be less any costs or fees of the Fee Fund Administrator. The Fee Schedule reflects a holdback amount of $50,000 for such administrative expenses of the Fee Fund Administrator. The remainder of any unused administrative expenses shall be disbursed pro rata to States receiving monies from the State Outside Counsel Chain Pharmacies Fee Fund at the conclusion of such administration.

7. **Payment by the Fee Fund Administrator**.

a. The Fee Fund Administrator shall hold the Contribution in escrow until the earlier of (1) the last of the three Multistate Chain Pharmacy Settlement Agreements becomes effective or (2) when instructed by the Settling State Members of the Enforcement Committee.

b. Subject to eligibility pursuant to Paragraph 4, above, a Settling State's outside counsel may receive funds from the State Outside Counsel Chain Pharmacies Fee Fund in the following scenarios ("Payment Scenarios"):

1. The Settling State's outside counsel agrees that the amount listed for such state on the Final Fee Schedule either satisfies in full or exceeds the amounts owed to all such Settling State's outside counsel and such counsel has provided written notice waiving all entitlement to additional fee in respect of any Multistate Chain Pharmacy Settlement Agreement.

2. The Settling State and its outside counsel enter into a signed writing establishing the amount owed to the counsel, which includes an agreement on the payment of the amount listed for such state on the Final Fee Schedule and waives any right of the State or its outside counsel to additional amounts from the State Outside Counsel Chain Pharmacies Fee Fund.

3. A final judgment is entered that is no longer appealable, which judgement adjudicates the amount owed to the Settling State's counsel in respect of This Settlement Agreement and directs the Chain Pharmacies Fee Fund Committee how to pay the amount

listed on the Final Fee Schedule for such State.

If no Payment Scenario is applicable with respect to a Settling State, then the Settling State's share shall be placed in an interest-bearing escrow account (less reasonable expenses of the Fee Fund Administrator) and held unless and until a Payment Scenario is applicable.

c. Upon the applicability of a Payment Scenario 1 with respect to a Settling State, the Fee Fund Administrator shall pay that Settling State's outside counsel the amount identified on the Final Fee Schedule for such state or such lesser amount that satisfies the Settling State's obligation to its outside counsel in full. Any remaining allocation to such State shall be paid to the Settling State.

d. Upon the applicability of a Payment Scenario 2 or 3 with respect to a Settling State, the Fee Fund Administrator shall release monies from the State Outside Counsel Chain Pharmacies Fee Fund in either the amount held by the Fee Fund Administrator, if the amount of the agreement or judgment is equal to or more than the amount held, or the amount indicated in the agreement or in the final judgment, if the amount in the agreement or judgment is less than the amount held.

e. Nothing herein, including the amounts listed in Paragraph 6 above or on any Fee Schedule, shall prevent a Settling State from arguing in any proceeding with its outside counsel that (i) its recovery was less than fifty percent (50%) of the recovery in the settlement agreement down to and including fifteen percent (15%) of the total recovery; (ii) any payment should be discounted by an appropriate discount rate commensurate to the risk of the settlement agreement and the timeline that the Settling State is receiving its payments; (iii) the settlement amount should be lower because the amount a Settling State receives was reduced because such Settling State's outside counsel failed to obtain joinder from a Settling State's Subdivision(s) that the outside counsel also represented; or (iv) any limitation placed by the Settling Chain Pharmacy bars payment of a higher fee to outside counsel.

f. In the event the amount due to the Settling State's outside counsel from an escrow account is less than the total amount of funds escrowed on the account of the Settling State, the balance shall be paid to the Settling State. In no event, other than a State becoming a Non-Settling State, shall funds revert to a Chain Pharmacy.

8. **Reduction of Amounts owed**

a. **Non-Settling States; Reversion and Redistribution.** Amounts owed by the Settling Chain Pharmacy to the State Outside Counsel Chain Pharmacies Fee Fund shall be reduced by amounts allocated to the fixed amount for such State under This Settlement Agreement in the event that a listed State becomes a Non-Settling State. Specifically, the reduction in the

amount owed by the Settling Chain Pharmacy shall be calculated as 2.25% times the total Remediation Payments that would have been allocated to the Non-Settling State had it been a Settling State. The payments for the other Settling States reflected in the Fee Schedule shall be adjusted by the Fee Fund Administrator to reflect a recalculated proportional percentage under the Fee Calculation.

b. **Settling States; Redistribution**.  If a Settling State under This Settlement Agreement (i) would otherwise be entitled to a payment from the State Outside Counsel Chain Pharmacies Fee Fund and (ii) is eligible to be a "Settling State" under either of the two other Multistate Chain Pharmacy Settlement Agreements but does not become such a "Settling State", then that Settling State's payment from the State Outside Counsel Chain Pharmacies Fee Fund shall be reduced to an amount equal to the Contribution times the Settling State's allocation percentage on Exhibit F, which shall be treated as an additional remediation payment in lieu of a fee payment.  The payments for the other Settling States reflected in the Fee Schedule shall be adjusted by the Fee Fund Administrator to reflect a recalculated proportional percentage under the Fee Calculation.

c. If either or both of the other Chain Pharmacies fail to enter into a Multistate Chain Pharmacy Settlement Agreement, or if such Multistate Chain Pharmacy Settlement Agreements fail to take effect by December 15, 2023, then the Settling Chain Pharmacy and the Enforcement Committee shall renegotiate the terms of Paragraph 8.b in order to permit prompt payment to Settling States that terminated contested litigation with the Settling Chain Pharmacy, and permitting additional time if necessary to finalize payments to the other Settling States.  In no event will such renegotiation result in additional reversion of monies in the State Outside Counsel Chain Pharmacies Fee Fund to the Settling Chain Pharmacy.

9. **Interpretation**.
   a. This Agreement shall be an Exhibit to each Multistate Chain Pharmacy Settlement Agreement and shall include the Fee Schedule setting forth the presumptive payment calculations for each eligible Settling State.  By joining This Settlement Agreement, each State agrees on the presumptive accuracy of the Fee Schedule, absent manifest error, the inclusion of a Non-Settling State, or the exclusion of a Settling State.

   b. It is the intent of all parties that the State Outside Counsel Chain Pharmacies Fee Fund function in a similar manner, with similar calculations and mechanics, as the "State Outside Counsel Fee Fund" established in Exhibit S of that certain settlement agreement dated as of July 21, 2021 setting forth the terms of settlement between and among McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation, on the one hand, and certain settling states and certain participating subdivisions, on the other hand.

## Schedule I to Exhibit S (Chain Pharmacies)

## Final Fee Schedule

[This Fee Schedule has been adjusted pursuant to Paragraph 6.b of Exhibit S as of June 16, 2023 to reflect final settlement amounts and allocations.]

| State | Total Fee | Walgreens Share | Walmart Share | CVS Share |
|---|---|---|---|---|
| Alaska | $2,258,683.18 | $897,519.37 | $499,420.08 | $861,743.73 |
| Arkansas | $5,386,729.10 | $2,140,492.18 | $1,191,065.98 | $2,055,170.94 |
| Delaware | $4,574,442.97 | $1,817,718.92 | $1,011,460.44 | $1,745,263.61 |
| Kentucky | $7,734,353.14 | $3,073,353.44 | $1,710,151.88 | $2,950,847.82 |
| Michigan | $25,904,785.15 | $10,293,628.84 | $5,727,837.39 | $9,883,318.92 |
| Mississippi | $5,173,370.80 | $2,055,711.27 | $1,143,890.08 | $1,973,769.45 |
| Nevada | $215,517.78 | $- | $215,517.78 | $- |
| New Hampshire | $7,568,287.46 | $3,007,364.92 | $1,673,432.91 | $2,887,489.64 |
| New Mexico | $- | $- | $- | $- |
| Puerto Rico | $8,643,270.36 | $3,434,524.42 | $1,911,123.63 | $3,297,622.31 |
| South Dakota | $1,238,281.03 | $492,048.29 | $273,797.77 | $472,434.97 |
| Utah | $2,884,152.67 | $1,146,058.42 | $637,718.38 | $1,100,375.88 |
| West Virginia | $- | $- | $- | $- |
| Admin Expense Holdback | | $19,868.20 | $11,055.56 | $19,076.24 |
| Total | | $28,378,288.26 | $16,006,471.88 | $27,247,113.51 |

Non-Settling States:
- Walgreens: NV, NM, WV
  - Para 8(a) 2.25% Reduction: **$3,542,814.80**
- Walmart: none
- CVS: NV
  - Para 8(a) 2.25% Reduction: **$1,280,625.41**

Excluded States:
- Florida (Walgreens; Walmart; CVS)
- New Mexico (Walmart; CVS)
- West Virginia (Walmart; CVS)

# EXHIBIT T

## Agreement on the Joint State Cost Fund

1.    **Definitions**.

    a.    "<u>Opioids Defendant</u>" means Walmart, or such other defendant in opioids-related litigation that enters into a Multistate Settlement after November 1, 2022, and "Opioids Defendants" means all of the foregoing.

    b.    "<u>Multistate Settlement</u>" means this Settlement Agreement along with any other settlement of opioids-related claims among 30 or more states and an Opioids Defendant.

    c.    "<u>Settlement Agreement</u>" means the settlement agreement between the Settling States and the Opioids Defendant to which this Agreement is attached as an Exhibit.

    d.    "<u>Settling Opioids Defendant</u>" means the Opioids Defendant that is a party to the Settlement Agreement.

    e.    "<u>Settling States</u>" has the meaning given such term in the Settlement Agreement.

2.    **Creation of a State Cost Fund.** The Settling Opioids Defendant and the Settling States agree to the creation of a fund to pay costs and expenses associated with litigation and investigations related to the opioids litigation (such fund, the "<u>State Cost Fund</u>"). The State Cost Fund shall be administered separately from any other funds for the payment of attorneys fees or costs in connection with the Settlement Agreement, including any common benefit fund, contingency fee fund for subdivision counsel, subdivision cost fund, or MDL expense fund. However, the State Cost Fund shall be administered jointly with similar "State Cost Funds" created in other Multistate Settlements after November 1, 2022; any state cost funds jointly administered in this manner shall be referred to as the "<u>Joint State Cost Fund</u>." To the extent permissible and feasible, the Joint State Cost Fund may also be jointly administered with any fund for reimbursement of states' litigation and investigation costs established by a bankruptcy plan, including the Mallinckrodt bankruptcy plan, any plans that may emerge from the bankruptcies of Purdue and Endo, and any similar bankruptcies of opioids defendants. To the extent feasible, the Joint State Cost Fund may also be jointly administered with the State Cost Funds established pursuant to the Distributors Multistate Settlement and the Janssen Multistate Settlement.

3.    **State Cost Fund Amount.** The Settling Opioids Defendant shall pay into the State Cost Fund in the amount listed on, and on the schedule set forth in, Exhibit M (the "<u>Settling Opioids Defendant's Contribution</u>") for the purpose paying States' costs and

expenses associated with to the opioid litigation.

4. **Joint State Cost Fund Committee.** A committee of Attorneys General or their designated representatives (such committee, the "<u>Joint State Cost Fund Committee</u>") shall oversee the Joint State Cost Fund. The committee shall be appointed by the Settling State Members of the Enforcement Committee, who shall aim to (i) have equal representation between states that retained contingency fee outside counsel and states that did not retain contingency fee outside counsel with respect to opioids-related litigation, and (ii) maintain consistency of committee membership across state cost funds that compose the Joint State Cost Fund. The Settling State Members of the Enforcement Committee may by majority vote add to or change the composition of the Joint State Cost Fund Committee.

5. **Joint State Cost Fund Administrator.**

   a. The Joint State Cost Fund Committee may select an administrator (the "<u>Joint State Cost Fund Administrator</u>"), who shall administer the Joint State Cost Fund and direct payments to Settling States according to the guidelines and directives of the Joint State Cost Fund Committee. While the expenses of the Joint State Cost Fund Administrator shall be reimbursable pursuant to the principles and guidelines listed below, the Joint State Cost Fund Administrator shall first rely on any separate funds that may be set aside for such purpose in any Multistate Settlement.

   b. The Joint State Cost Fund Administrator shall be responsible, under the direction and supervision of the Joint State Cost Fund Committee, for receiving and reviewing applications for reimbursement from the Joint State Cost Fund. This may include the creation of an audit process to ensure the integrity of submissions, as well as reimbursement rules to incentivize accurate submissions.

6. **State Cost Fund Guidelines and Principles.**

   a. Monies in the State Cost Fund shall be released without any delay to reimburse Settling States for documented costs incurred or paid in connection with litigation and investigation related to the opioid litigation.

   b. In allocating the Joint State Cost Fund, the Joint State Cost Fund Committee shall seek to comply with the following principles:

      1. Each State Cost Fund should be used to reimburse costs incurred by States that are Settling States in the Multistate Settlement from which funds are paid. (However, the foregoing sentence does not preclude a Non-Settling State that joins a separate Multistate Settlement from participating in the Joint State Cost Fund with respect to contributions made by other Opioids Defendants.)

2. Funds in any State Cost Fund shall be primarily used to reimburse costs incurred prior to the date on which the relevant Multistate Settlement was first made available for participation to eligible States. Regardless of other factors considered in prioritizing payments, all costs incurred prior to January 1, 2023, shall be paid before any costs incurred after that date are paid.

3. The Joint State Cost Fund shall prioritize the reimbursement of the following over reimbursement of any State's litigation or investigation costs:

   • the reasonable costs of the Joint State Cost Fund Administrator;

   • repayment of National Association of Attorneys General grants made in connection with opioid litigation, without regard to when the grants were made;

   • repayment of state-attributable costs of any mediator in connection with negotiations of a Multistate Settlement;

4. The Joint State Cost Fund shall seek to prioritize costs in the following order:

   • litigation-related costs; then

   • investigation-related costs; then

   • settlement and negotiation related costs; then

   • cost shares.

5. Costs incurred by a State's outside counsel that the State is contractually obligated to reimburse shall be treated as costs incurred by a State.

6. As between similar categories of costs (e.g., defendant-specific litigation-related costs), the Joint State Cost Fund shall first reimburse costs incurred by a State's outside counsel that the State is contractually obligated to reimburse out of its recovery, and then reimburse costs directly incurred by States.

7. The Joint State Cost Fund shall be available to reimburse only those costs which have not yet been reimbursed to a State from any other source, including any other fund set aside in a Multistate

Settlement or bankruptcy plan for the reimbursement of costs or any individual state settlements.

8.  The Joint State Cost Fund should not reimburse expenses that are expected to be reimbursed from another source, such as a bankruptcy debtor, unless such expected reimbursements do not come to fruition within a reasonable amount of time. This includes cost shares paid by states.

9.  When coordinating among different state cost funds that each could be used to reimburse a given expense, the Joint State Cost Fund Committee may set guidelines to equitably distribute reimbursements across all state cost funds in a manner that prioritizes costs unlikely to be otherwise reimbursed to a similarly situated State.

10. The Joint State Cost Fund may deny reimbursement of costs, on either an individual basis or a categorical basis, that a supermajority (75%+) of the Joint State Cost Fund Committee determines to be unreasonable.

11. After all costs identified in the foregoing have been reimbursed, the remaining funds in the Joint State Cost Fund shall be distributed to states in proportion to their allocation of remediation payments in the Mallinckrodt bankruptcy plan. Such distribution shall be treated as a reimbursement for States' unenumerated costs of administering the Multistate Settlements and no subdivision shares shall be carved out of such disbursement, nor shall any attorney's fees be assessed against such distribution (unless individually agreed to by a State).

c.  In applying the foregoing principles, the Joint State Cost Fund Committee shall have the discretion to vary their application in order to ensure equity among similarly situated states and to facilitate the ease and speed of administering the Joint State Cost Fund. The Joint State Cost Fund Committee may also apply percentages to approximate costs attributable to a particular Opioids Defendant (or categories of Opioids Defendants) in a manner that seeks to treat similarly situated states equitably.

d.  The Joint State Cost Fund Committee shall establish guidelines for the submission and approval of expenses eligible for reimbursement from the Joint State Cost Fund, which guidelines may be coordinated and consolidated with any similar cost funds in other state opioid settlements for purposes of joint administration and efficiency.

e.  Unless waived by the Joint State Cost Fund Committee, the Joint State Cost Fund Administrator shall, in accordance with such guidelines, receive from Settling States records sufficient to demonstrate the incurrence and payment of each expense.

f.  Where the Joint State Cost Fund Committee determines by a supermajority vote (75%+) that outside counsel for a Settling State has failed to exercise reasonable diligence in reviewing submitted costs for allowability, and such failure has resulted in the reimbursement of unallowed costs to such outside counsel, the Committee shall have the discretion to reduce or recover payments made to such outside counsel in an amount calculated to incentivize the exercise of reasonable diligence.

7.  **State Undertakings.** Each State submitting for reimbursement of costs from the Joint State Cost Fund agrees:

a.  to only submit costs allowable under this Joint State Cost Fund Agreement;

b.  to provide all back-up documentation that may be requested with respect to any submitted cost and to make itself available for any questions related to such costs;

c.  to exercise reasonable diligence to ensure that all submitted costs are allowable under (i) this Joint State Cost Fund Agreement, (ii) the State's contract with its outside counsel, if relevant, (iii) state law, and (iv) the policies and procedures applicable to the State's retention of outside counsel, if relevant; and

d.  to promptly return any excess payments made to the State or its outside counsel from the Joint State Cost Fund, including payments made for costs that were reimbursed from another source or are not allowable hereunder.

# EXHIBIT U

# IRS Form 1098-F

```
0303        ☐ VOID    ☐ CORRECTED
```

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Total amount required to be paid<br>$   * | OMB No. 1545-2284 | **Fines, Penalties, and Other Amounts** |
|---|---|---|---|
| [Appropriate Official]<br>[Designated State]<br>[Address] | 2 Amount to be paid for violation or potential violation<br>$   * | Form **1098-F**<br>(Rev. January 2022)<br>For calendar year<br>20 22 | |
| | 3 Restitution/remediation amount<br>$   *      . | | |
| FILER'S TIN: XX-XXXXXXX      PAYER'S TIN: 71-0415188 | 4 Compliance amount<br>$   * | 5 Date of order/agreement<br>XX/XX/2022 | Copy A<br>**For Internal Revenue Service Center** |
| PAYER'S name<br>Walmart Inc. | 6 Court or entity U.S. District Court for the Northern District of Ohio and jurisdictions of other cases settled under the Settlement Agreement entered into by Walmart and the Settling States (as defined in such agreement), dated as of [_]. | | File with Form 1096. |
| Street address (including apt. no.)<br>702 S. W. 8th Street | 7 Case number No. 1:17-md-2804, and other cases settled under the Settlement Agreement entered into by Walmart and the Settling States (as defined in such agreement), dated as of [_]. | | For Privacy Act and Paperwork Reduction Act Notice, see the |
| City or town, state or province, country, and ZIP or foreign postal code<br>Bentonville, AR, USA 72716 | 8 Case name or names of parties to suit, order, or agreement<br>National Prescription Opiate Litigation | | current General Instructions for Certain Information Returns. |
| | 9 Code<br>A, B, I | | |

Form **1098-F** (Rev. 1-2022)     Cat. No. 71382B     www.irs.gov/Form1098F     Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page  —  Do Not Cut or Separate Forms on This Page**

\*Amounts to be completed following confirmation of settlement participation.

EXHIBIT V

**WALMART SETTLEMENT AGREEMENT SIGN-ON FORM**

**This form indicates whether a State has determined to become a Settling State under the Walmart Settlement Agreement. Each Settling State's Attorney General represents that he or she has or has obtained (or will obtain no later than the Threshold Subdivision Participation Date) the authority set forth in Section X.G. Attorneys General that determine to become a Settling State are committing to obtaining any necessary additional State releases prior to the Effective Date.**

The State/Commonwealth/Territory of _____ has determined:

☐ **to become** or
☐ **not to become**

a Settling State under the Walmart Settlement Agreement

_____     _____

Signature                                                      Date

_____     _____

Printed Name                                              Title

# (1)    Primary Contact for Your Office

Name:

Title:

Email:

Direct Phone Number:

**(2)    Secondary Contact for Your Office**

Name:

Title:

Email:

Direct Phone Number:


**(3)    DEADLINE: THURSDAY, DECEMBER 15, 2022 AT 5:00 PM ET**

Please email your completed form to the following:

For Walmart:

> Brian K. Mahanna
> Wilmer Cutler Pickering Hale and Dorr LLP
> 7 World Trade Center
> 250 Greenwich Street
> New York, NY 10007
> Brian.Mahanna@wilmerhale.com

For the Attorneys General:

> Josh Stein, Attorney General
> North Carolina Department of Justice
> Attn: Daniel Mosteller, Deputy General Counsel
> PO Box 629
> Raleigh, NC 27602
> Dmosteller@ncdoj.gov

## Non-Litigating Threshold Subdivisions Exhibit

1. Alexander City, City of, Alabama
2. Anniston, City of, Alabama
3. Autauga, County of, Alabama
4. Barbour, County of, Alabama
5. Blount, County of, Alabama
6. Bullock, County of, Alabama
7. Butler, County of, Alabama
8. Center Point, City of, Alabama
9. Chambers, County of, Alabama
10. Choctaw, County of, Alabama
11. Clarke, County of, Alabama
12. Clay, County of, Alabama
13. Cleburne, County of, Alabama
14. Colbert, County of, Alabama
15. Conecuh, County of, Alabama
16. Coosa, County of, Alabama
17. Covington, County of, Alabama
18. Crenshaw, County of, Alabama
19. Dale, County of, Alabama
20. DeKalb, County of, Alabama
21. Dothan, City of, Alabama
22. Escambia, County of, Alabama
23. Eufaula, City of, Alabama
24. Fairfield, City of, Alabama
25. Geneva, County of, Alabama
26. Hale, County of, Alabama
27. Henry, County of, Alabama
28. Hoover, City of, Alabama
29. Houston, County of, Alabama
30. Lee, County of, Alabama
31. Leeds, City of, Alabama
32. Limestone, County of, Alabama
33. Macon, County of, Alabama
34. Madison, City of, Alabama
35. Monroe, County of, Alabama
36. Montgomery, City of, Alabama
37. Montgomery, County of, Alabama
38. Muscle Shoals, City of, Alabama
39. Oxford, City of, Alabama
40. Pell City, City of, Alabama
41. Prattville, City of, Alabama
42. Russell, County of, Alabama
43. Shelby, County of, Alabama
44. St. Clair, County of, Alabama
45. Sumter, County of, Alabama
46. Talladega, City of, Alabama
47. Tuscaloosa, City of, Alabama
48. Washington, County of, Alabama
49. Wilcox, County of, Alabama
50. Anchorage, Municipality of, Alaska
51. Fairbanks, City of, Alaska
52. Fairbanks North Star, Borough of, Alaska
53. Juneau, City of/ Borough of, Alaska
54. Kenai Peninsula, Borough of, Alaska
55. Matanuska-Susitna, Borough of, Alaska
56. Apache, County of, Arizona
57. Apache Junction, City of, Arizona
58. Avondale, City of, Arizona
59. Buckeye, City of, Arizona
60. Bullhead City, City of, Arizona
61. Casa Grande, City of, Arizona
62. Chandler, City of, Arizona
63. Coconino, County of, Arizona
64. El Mirage, City of, Arizona
65. Flagstaff, City of, Arizona
66. Fountain Hills, Town of, Arizona
67. Gila, County of, Arizona
68. Gilbert, Town of, Arizona
69. Glendale, City of, Arizona
70. Goodyear, City of, Arizona
71. Graham, County of, Arizona
72. La Paz, County of, Arizona
73. Lake Havasu City, City of, Arizona
74. Marana, Town of, Arizona
75. Maricopa, City of, Arizona
76. Mesa, City of, Arizona
77. Oro Valley, Town of, Arizona

78. Peoria, City of, Arizona
79. Pima, County of, Arizona
80. Prescott Valley, Town of, Arizona
81. Queen Creek, Town of, Arizona
82. Sahuarita, Town of, Arizona
83. San Luis, City of, Arizona
84. Santa Cruz, County of, Arizona
85. Scottsdale, City of, Arizona
86. Sierra Vista, City of, Arizona
87. Surprise, City of, Arizona
88. Tempe, City of, Arizona
89. Tucson, City of, Arizona
90. Yavapai, County of, Arizona
91. Yuma, City of, Arizona
92. Arkadelphia, City of, Arkansas
93. Arkansas, County of, Arkansas
94. Ashley, County of, Arkansas
95. Batesville, City of, Arkansas
96. Baxter, County of, Arkansas
97. Bella Vista, City of, Arkansas
98. Benton, City of, Arkansas
99. Benton, County of, Arkansas
100. Bentonville, City of, Arkansas
101. Blytheville, City of, Arkansas
102. Boone, County of, Arkansas
103. Bradley, County of, Arkansas
104. Bryant, City of, Arkansas
105. Cabot, City of, Arkansas
106. Camden, City of, Arkansas
107. Carroll, County of, Arkansas
108. Centerton, City of, Arkansas
109. Chicot, County of, Arkansas
110. Clark, County of, Arkansas
111. Clay, County of, Arkansas
112. Cleburne, County of, Arkansas
113. Columbia, County of, Arkansas
114. Conway, City of, Arkansas
115. Conway, County of, Arkansas
116. Craighead, County of, Arkansas
117. Crawford, County of, Arkansas
118. Crittenden, County of, Arkansas
119. Cross, County of, Arkansas
120. Desha, County of, Arkansas
121. Drew, County of, Arkansas
122. El Dorado, City of, Arkansas

123. Faulkner, County of, Arkansas
124. Fayetteville, City of, Arkansas
125. Fort Smith, City of, Arkansas
126. Forrest, City of, Arkansas
127. Franklin, County of, Arkansas
128. Fulton, County of, Arkansas
129. Garland, County of, Arkansas
130. Grant, County of, Arkansas
131. Greene, County of, Arkansas
132. Harrison, City of, Arkansas
133. Hempstead, County of, Arkansas
134. Hot Spring, County of, Arkansas
135. Hot Springs, City of, Arkansas
136. Howard, County of, Arkansas
137. Independence, County of, Arkansas
138. Izard, County of, Arkansas
139. Jackson, County of, Arkansas
140. Jacksonville, City of, Arkansas
141. Johnson, County of, Arkansas
142. Jonesboro, City of, Arkansas
143. Lawrence, County of, Arkansas
144. Lincoln, County of, Arkansas
145. Little River, County of, Arkansas
146. Little Rock, City of, Arkansas
147. Logan, County of, Arkansas
148. Lonoke, County of, Arkansas
149. Madison, County of, Arkansas
150. Magnolia, City of, Arkansas
151. Malvern, City of, Arkansas
152. Marion, City of, Arkansas
153. Marion, County of, Arkansas
154. Maumelle, City of, Arkansas
155. Miller, County of, Arkansas
156. Mississippi, County of, Arkansas
157. Mountain Home, City of, Arkansas
158. North Little Rock, City of, Arkansas
159. Ouachita, County of, Arkansas
160. Paragould, City of, Arkansas
161. Perry, County of, Arkansas
162. Phillips, County of, Arkansas
163. Pike, County of, Arkansas
164. Pine Bluff, City of, Arkansas
165. Poinsett, County of, Arkansas

166. Polk, County of, Arkansas
167. Pope, County of, Arkansas
168. Randolph, County of, Arkansas
169. Rogers, City of, Arkansas
170. Russellville, City of, Arkansas
171. Saline, County of, Arkansas
172. Searcy, City of, Arkansas
173. Sebastian, County of, Arkansas
174. Sevier, County of, Arkansas
175. Sharp, County of, Arkansas
176. Sherwood, City of, Arkansas
177. Siloam Springs, City of, Arkansas
178. Springdale, City of, Arkansas
179. St. Francis, County of, Arkansas
180. Stone, County of, Arkansas
181. Texarkana, City of, Arkansas
182. Union, County of, Arkansas
183. Van Buren, City of, Arkansas
184. Van Buren, County of, Arkansas
185. Washington, County of, Arkansas
186. West Memphis, City of, Arkansas
187. White, County of, Arkansas
188. Yell, County of, Arkansas
189. Adelanto, City of, California
190. Alameda, City of, California
191. Alameda, County of, California
192. Alhambra, City of, California
193. Aliso Viejo, City of, California
194. Anaheim, City of, California
195. Antioch, City of, California
196. Apple Valley, Town of, California
197. Arcadia, City of, California
198. Atascadero, City of, California
199. Azusa, City of, California
200. Bakersfield, City of, California
201. Baldwin Park, City of, California
202. Banning, City of, California
203. Beaumont, City of, California
204. Bell, City of, California
205. Bell Gardens, City of, California
206. Bellflower, City of, California
207. Berkeley, City of, California
208. Beverly Hills, City of, California
209. Brea, City of, California
210. Brentwood, City of, California
211. Buena Park, City of, California
212. Burbank, City of, California
213. Burlingame, City of, California
214. Calexico, City of, California
215. Camarillo, City of, California
216. Campbell, City of, California
217. Carlsbad, City of, California
218. Carson, City of, California
219. Cathedral City, City of, California
220. Ceres, City of, California
221. Cerritos, City of, California
222. Chino, City of, California
223. Chino Hills, City of, California
224. Citrus Heights, City of, California
225. Claremont, City of, California
226. Clovis, City of, California
227. Coachella, City of, California
228. Colton, City of, California
229. Compton, City of, California
230. Concord, City of, California
231. Contra Costa, County of, California
232. Corona, City of, California
233. Costa Mesa, City of, California
234. Covina, City of, California
235. Culver City, City of, California
236. Cupertino, City of, California
237. Cypress, City of, California
238. Daly City, City of, California
239. Dana Point, City of, California
240. Danville, Town of, California
241. Davis, City of, California
242. Delano, City of, California
243. Diamond Bar, City of, California
244. Downey, City of, California
245. Dublin, City of, California
246. Eastvale, City of, California
247. El Cajon, City of, California
248. El Centro, City of, California
249. El Monte, City of, California

250. El Paso de Robles (Paso Robles), City of, California
251. Elk Grove, City of, California
252. Encinitas, City of, California
253. Escondido, City of, California
254. Fairfield, City of, California
255. Folsom, City of, California
256. Fontana, City of, California
257. Foster City, City of, California
258. Fountain Valley, City of, California
259. Fremont, City of, California
260. Fresno, City of, California
261. Fullerton, City of, California
262. Garden Grove, City of, California
263. Gardena, City of, California
264. Gilroy, City of, California
265. Glendale, City of, California
266. Glendora, City of, California
267. Glenn, County of, California
268. Goleta, City of, California
269. Hanford, City of, California
270. Hawthorne, City of, California
271. Hayward, City of, California
272. Hemet, City of, California
273. Hesperia, City of, California
274. Highland, City of, California
275. Hollister, City of, California
276. Huntington Park, City of, California
277. Indio, City of, California
278. Inglewood, City of, California
279. Irvine, City of, California
280. Jurupa Valley, City of, California
281. Kern, County of, California
282. Kings, County of, California
283. La Habra, City of, California
284. La Mesa, City of, California
285. La Mirada, City of, California
286. La Puente, City of, California
287. La Quinta, City of, California
288. La Verne, City of, California
289. Laguna Hills, City of, California
290. Laguna Niguel, City of, California
291. Lake, County of, California
292. Lake Elsinore, City of, California
293. Lake Forest, City of, California
294. Lakewood, City of, California
295. Lancaster, City of, California
296. Lawndale, City of, California
297. Lincoln, City of, California
298. Livermore, City of, California
299. Lodi, City of, California
300. Lompoc, City of, California
301. Long Beach, City of, California
302. Los Altos, City of, California
303. Los Angeles, City of, California
304. Los Angeles, County of, California
305. Los Banos, City of, California
306. Los Gatos, Town of, California
307. Lynwood, City of, California
308. Madera, City of, California
309. Manhattan Beach, City of, California
310. Manteca, City of, California
311. Marin, County of, California
312. Martinez, City of, California
313. Menifee, City of, California
314. Menlo Park, City of, California
315. Merced, City of, California
316. Milpitas, City of, California
317. Mission Viejo, City of, California
318. Modesto, City of, California
319. Monrovia, City of, California
320. Montclair, City of, California
321. Montebello, City of, California
322. Monterey Park, City of, California
323. Moorpark, City of, California
324. Moreno Valley, City of, California
325. Morgan Hill, City of, California
326. Mountain View, City of, California
327. Murrieta, City of, California
328. Napa, City of, California
329. Napa, County of, California
330. National City, City of, California

331. Newark, City of, California
332. Newport Beach, City of, California
333. Norwalk, City of, California
334. Novato, City of, California
335. Oakland, City of, California
336. Oakley, City of, California
337. Oceanside, City of, California
338. Ontario, City of, California
339. Orange, City of, California
340. Orange, County of, California
341. Oxnard, City of, California
342. Pacifica, City of, California
343. Palm Desert, City of, California
344. Palm Springs, City of, California
345. Palmdale, City of, California
346. Palo Alto, City of, California
347. Paramount, City of, California
348. Pasadena, City of, California
349. Perris, City of, California
350. Petaluma, City of, California
351. Pico Rivera, City of, California
352. Pittsburg, City of, California
353. Placentia, City of, California
354. Pleasant Hill, City of, California
355. Pleasanton, City of, California
356. Pomona, City of, California
357. Porterville, City of, California
358. Poway, City of, California
359. Rancho Cordova, City of, California
360. Rancho Cucamonga, City of, California
361. Rancho Palos Verdes, City of, California
362. Rancho Santa Margarita, City of, California
363. Redding, City of, California
364. Redlands, City of, California
365. Redondo Beach, City of, California
366. Redwood City, City of, California
367. Rialto, City of, California
368. Richmond, City of, California
369. Riverside, City of, California
370. Rocklin, City of, California
371. Rohnert Park, City of, California
372. Rosemead, City of, California
373. Roseville, City of, California
374. Sacramento, City of, California
375. Salinas, City of, California
376. San Benito, County of, California
377. San Bernardino, City of, California
378. San Bruno, City of, California
379. San Buenaventura (Ventura), City of, California
380. San Carlos, City of, California
381. San Clemente, City of, California
382. San Diego, City of, California
383. San Dimas, City of, California
384. San Francisco, City of/ County of, California
385. San Gabriel, City of, California
386. San Jacinto, City of, California
387. San Joaquin, County of, California
388. San Juan Capistrano, City of, California
389. San Leandro, City of, California
390. San Luis Obispo, City of, California
391. San Marcos, City of, California
392. San Mateo, City of, California
393. San Mateo, County of, California
394. San Pablo, City of, California
395. San Rafael, City of, California
396. San Ramon, City of, California
397. Santa Ana, City of, California
398. Santa Barbara, City of, California
399. Santa Clara, City of, California
400. Santa Clarita, City of, California
401. Santa Cruz, City of, California
402. Santa Cruz, County of, California
403. Santa Maria, City of, California
404. Santa Monica, City of, California
405. Santa Rosa, City of, California
406. Santee, City of, California
407. Saratoga, City of, California
408. Seaside, City of, California
409. Simi Valley, City of, California

410. Solano, County of, California
411. Sonoma, County of, California
412. South Gate, City of, California
413. South San Francisco, City of, California
414. Stanislaus, County of, California
415. Stanton, City of, California
416. Stockton, City of, California
417. Sunnyvale, City of, California
418. Temecula, City of, California
419. Temple City, City of, California
420. Thousand Oaks, City of, California
421. Torrance, City of, California
422. Tracy, City of, California
423. Tulare, City of, California
424. Turlock, City of, California
425. Tustin, City of, California
426. Union City, City of, California
427. Upland, City of, California
428. Vacaville, City of, California
429. Vallejo, City of, California
430. Ventura, County of, California
431. Victorville, City of, California
432. Visalia, City of, California
433. Vista, City of, California
434. Walnut Creek, City of, California
435. Watsonville, City of, California
436. West Covina, City of, California
437. West Hollywood, City of, California
438. West Sacramento, City of, California
439. Westminster, City of, California
440. Whittier, City of, California
441. Wildomar, City of, California
442. Woodland, City of, California
443. Yorba Linda, City of, California
444. Yuba City, City of, California
445. Yucaipa, City of, California
446. Arvada, City of, Colorado
447. Boulder, City of, Colorado
448. Castle Rock, Town of, Colorado
449. Centennial, City of, Colorado
450. Colorado Springs, City of, Colorado
451. Delta, County of, Colorado
452. Douglas, County of, Colorado
453. Eagle, County of, Colorado
454. El Paso, County of, Colorado
455. Englewood, City of, Colorado
456. Fort Collins, City of, Colorado
457. Fountain, City of, Colorado
458. Garfield, County of, Colorado
459. Grand Junction, City of, Colorado
460. La Plata, County of, Colorado
461. Lafayette, City of, Colorado
462. Littleton, City of, Colorado
463. Longmont, City of, Colorado
464. Loveland, City of, Colorado
465. Montrose, County of, Colorado
466. Parker, Town of, Colorado
467. Pueblo, City of, Colorado
468. Summit, County of, Colorado
469. Weld, County of, Colorado
470. Windsor, Town of, Colorado
471. Ansonia, City of, Connecticut
472. Danbury City of/ Town of, Connecticut
473. Derby, City of, Connecticut
474. Glastonbury, Town of, Connecticut
475. Greenwich, Town of, Connecticut
476. Groton, Town of, Connecticut
477. Hamden, Town of, Connecticut
478. Hartford, City of/ Town of, Connecticut
479. Manchester, Town of, Connecticut
480. Meriden, City of/ Town of, Connecticut
481. New Britain, Town of/ City of, Connecticut
482. New Haven, City of, Connecticut
483. New London, City of, Connecticut
484. Newington, Town of, Connecticut
485. Norwalk, City of/ Town of, Connecticut

486. Stamford, City of/ Town of, Connecticut
487. Trumbull, Town of, Connecticut
488. Wallingford, Town of, Connecticut
489. West Hartford, Town of, Connecticut
490. Dover, City of, Delaware
491. Kent, County of, Delaware
492. New Castle, County of, Delaware
493. Newark, City of, Delaware
494. Wilmington, City of, Delaware
495. Altamonte Springs, City of, Florida
496. Aventura, City of, Florida
497. Boca Raton, City of, Florida
498. Bonita Springs, City of, Florida
499. Boynton Beach, City of, Florida
500. Calhoun, County of, Florida
501. Cape Coral, City of, Florida
502. Charlotte, County of, Florida
503. Citrus, County of, Florida
504. Clermont, City of, Florida
505. Collier, County of, Florida
506. Columbia, County of, Florida
507. Cooper City, City of, Florida
508. Coral Gables, City of, Florida
509. Cutler Bay, Town of, Florida
510. Dania Beach, City of, Florida
511. Davie, Town of, Florida
512. DeLand, City of, Florida
513. Delray Beach, City of, Florida
514. DeSoto, County of, Florida
515. Doral, City of, Florida
516. Dunedin, City of, Florida
517. Duval-Jacksonville County, Consolidated Government of, Florida
518. Estero, Village of, Florida
519. Flagler, County of, Florida
520. Fort Myers, City of, Florida
521. Gadsden, County of, Florida
522. Gainesville, City of, Florida
523. Greenacres, City of, Florida
524. Gulf, County of, Florida
525. Hendry, County of, Florida
526. Hernando, County of, Florida
527. Hialeah, City of, Florida
528. Highlands, County of, Florida
529. Hillsborough, County of, Florida
530. Hollywood, City of, Florida
531. Holmes, County of, Florida
532. Indian River, County of, Florida
533. Jupiter, Town of, Florida
534. Kissimmee, City of, Florida
535. Lake Worth, City of, Florida
536. Lakeland, City of, Florida
537. Largo, City of, Florida
538. Lauderdale Lakes, City of, Florida
539. Margate, City of, Florida
540. Martin, County of, Florida
541. Melbourne, City of, Florida
542. Miami Beach, City of, Florida
543. Miami, City of, Florida
544. Miami Lakes, Town of, Florida
545. Nassau, County of, Florida
546. North Lauderdale, City of, Florida
547. North Miami Beach, City of, Florida
548. North Port, City of, Florida
549. Oakland Park, City of, Florida
550. Okeechobee, County of, Florida
551. Palm Beach Gardens, City of, Florida
552. Palm Coast, City of, Florida
553. Parkland, City of, Florida
554. Plant City, City of, Florida
555. Plantation, City of, Florida
556. Polk, County of, Florida
557. Port Orange, City of, Florida
558. Riviera Beach, City of, Florida
559. Royal Palm Beach, Village of, Florida
560. Sarasota, County of, Florida
561. St. Cloud, City of, Florida
562. Stuart, City of, Florida
563. Sumter, County of, Florida
564. Sunrise, City of, Florida
565. Tamarac, City of, Florida
566. Tampa, City of, Florida

567. Titusville, City of, Florida
568. Wakulla, County of, Florida
569. Washington, County of, Florida
570. Wellington, Village of, Florida
571. West Palm Beach, City of, Florida
572. Weston, City of, Florida
573. Winter Garden, City of, Florida
574. Winter Haven, City of, Florida
575. Winter Park, City of, Florida
576. Winter Springs, City of, Florida
577. Alpharetta, City of, Georgia
578. Bacon, County of, Georgia
579. Barrow, County of, Georgia
580. Berrien, County of, Georgia
581. Brookhaven, City of, Georgia
582. Brooks, County of, Georgia
583. Brunswick, City of, Georgia
584. Bryan, County of, Georgia
585. Canton, City of, Georgia
586. Cartersville, City of, Georgia
587. Chamblee, City of, Georgia
588. Chatham, County of, Georgia
589. Chattooga, County of, Georgia
590. Coweta, County of, Georgia
591. Crawford, County of, Georgia
592. Dalton, City of, Georgia
593. Doraville, City of, Georgia
594. Douglas, County of, Georgia
595. Douglasville, City of, Georgia
596. Dunwoody, City of, Georgia
597. East Point, City of, Georgia
598. Fannin, County of, Georgia
599. Floyd, County of, Georgia
600. Gilmer, County of, Georgia
601. Harris, County of, Georgia
602. Heard, County of, Georgia
603. Hinesville, City of, Georgia
604. Johns Creek, City of, Georgia
605. Kennesaw, City of, Georgia
606. LaGrange, City of, Georgia
607. Lawrenceville, City of, Georgia
608. Meriwether, County of, Georgia
609. Milton, City of, Georgia
610. Newnan, City of, Georgia
611. Paulding, County of, Georgia

612. Peach, County of, Georgia
613. Peachtree City, City of, Georgia
614. Peachtree Corners, City of, Georgia
615. Pickens, County of, Georgia
616. Pierce, County of, Georgia
617. Pooler, City of, Georgia
618. Richmond Hill, City of, Georgia
619. Roswell, City of, Georgia
620. Sandy Springs, City of, Georgia
621. Smyrna, City of, Georgia
622. South Fulton, City of, Georgia
623. Statesboro, City of, Georgia
624. Stonecrest, City of, Georgia
625. Thomas, County of, Georgia
626. Tucker, City of, Georgia
627. Valdosta, City of, Georgia
628. Walker, County of, Georgia
629. Warner Robins, City of, Georgia
630. White, County of, Georgia
631. Whitfield, County of, Georgia
632. Hawai'i, County of, Hawaii
633. Honolulu, County of, Hawaii
634. Maui, County of, Hawaii
635. Bannock, County of, Idaho
636. Boise City, City of, Idaho
637. Bonner, County of, Idaho
638. Caldwell, City of, Idaho
639. Chubbuck, City of, Idaho
640. Coeur d'Alene, City of, Idaho
641. Idaho Falls, City of, Idaho
642. Kootenai, County of, Idaho
643. Lewiston, City of, Idaho
644. Madison, County of, Idaho
645. Meridian, City of, Idaho
646. Nampa, City of, Idaho
647. Nez Perce, County of, Idaho
648. Pocatello, City of, Idaho
649. Post Falls, City of, Idaho
650. Twin Falls, City of, Idaho
651. Twin Falls, County of, Idaho
652. Adams, County of, Illinois
653. Addison, Township of, Illinois
654. Addison, Village of, Illinois
655. Algonquin, Township of, Illinois
656. Algonquin, Village of, Illinois

657. Arlington Heights, Village of, Illinois
658. Aurora, City of, Illinois
659. Aurora, Township of, Illinois
660. Avon, Township of, Illinois
661. Bartlett, Village of, Illinois
662. Batavia, Township of, Illinois
663. Belleville, City of, Illinois
664. Bellwood, Village of, Illinois
665. Bensenville, Village of, Illinois
666. Berwyn, City of, Illinois
667. Berwyn, Township of, Illinois
668. Bloom, Township of, Illinois
669. Bloomingdale, Township of, Illinois
670. Bloomington, City of, Illinois
671. Bloomington City, Township of, Illinois
672. Bolingbrook, Village of, Illinois
673. Bond, County of, Illinois
674. Bourbonnais, Township of, Illinois
675. Bremen, Township of, Illinois
676. Bridgeview, Village of, Illinois
677. Bristol, Township of, Illinois
678. Buffalo Grove, Village of, Illinois
679. Burbank, City of, Illinois
680. Calumet City, City of, Illinois
681. Capital, Township of, Illinois
682. Carbondale, City of, Illinois
683. Carol Stream, Village of, Illinois
684. Carpentersville, Village of, Illinois
685. Caseyville, Township of, Illinois
686. Champaign City, Township of, Illinois
687. Chicago Heights, City of, Illinois
688. Chicago Ridge, Village of, Illinois
689. Cicero, Town of/ Township of, Illinois
690. Clinton, County of, Illinois
691. Collinsville, Township of, Illinois
692. Crystal Lake, City of, Illinois

693. Cunningham, Township of, Illinois
694. Danville, City of, Illinois
695. Decatur, City of, Illinois
696. Decatur, Township of, Illinois
697. DeKalb, City of, Illinois
698. DeKalb, Township of, Illinois
699. Des Plaines, City of, Illinois
700. Dolton, Village of, Illinois
701. Downers Grove, Township of, Illinois
702. Downers Grove, Village of, Illinois
703. Dundee, Township of, Illinois
704. DuPage, Township of, Illinois
705. Edwardsville, Township of, Illinois
706. Ela, Township of, Illinois
707. Elgin, City of, Illinois
708. Elgin, Township of, Illinois
709. Elk Grove, Township of, Illinois
710. Elk Grove Village, Village of, Illinois
711. Elmhurst, City of, Illinois
712. Evanston, City of, Illinois
713. Evergreen Park, Village of, Illinois
714. Forest Park, Village of, Illinois
715. Frankfort, Township of, Illinois
716. Franklin Park, Village of, Illinois
717. Fremont, Township of, Illinois
718. Fulton, County of, Illinois
719. Galesburg City, Township of, Illinois
720. Glendale Heights, Village of, Illinois
721. Glenview, Village of, Illinois
722. Grafton, Township of, Illinois
723. Granite City, City of, Illinois
724. Granite City, Township of, Illinois
725. Grundy, County of, Illinois
726. Gurnee, Village of, Illinois
727. Hanover Park, Village of, Illinois
728. Hanover, Township of, Illinois
729. Harlem, Township of, Illinois

730. Harvey, City of, Illinois
731. Hoffman Estates, Village of, Illinois
732. Homer, Township of, Illinois
733. Jackson, County of, Illinois
734. Joliet, City of, Illinois
735. Joliet, Township of, Illinois
736. Kankakee, City of, Illinois
737. Knox, County of, Illinois
738. La Grange Park, Village of, Illinois
739. Lake, County of, Illinois
740. Lake Villa, Township of, Illinois
741. LaSalle, County of, Illinois
742. Leyden, Township of, Illinois
743. Libertyville, Township of, Illinois
744. Lisle, Township of, Illinois
745. Lockport, Township of, Illinois
746. Lombard, Village of, Illinois
747. Lyons, Township of, Illinois
748. Lyons, Village of, Illinois
749. Madison, County of, Illinois
750. Maine, Township of, Illinois
751. Massac, County of, Illinois
752. Maywood, Village of, Illinois
753. McHenry, Township of, Illinois
754. McLean, County of, Illinois
755. Melrose Park, Village of, Illinois
756. Milton, Township of, Illinois
757. Moline, City of, Illinois
758. Monroe, County of, Illinois
759. Moraine, Township of, Illinois
760. Morgan, County of, Illinois
761. Mount Prospect, Village of, Illinois
762. Mundelein, Village of, Illinois
763. Naperville, City of, Illinois
764. Naperville, Township of, Illinois
765. New Lenox, Township of, Illinois
766. New Trier, Township of, Illinois
767. Niles, Township of, Illinois
768. Normal, Town of, Illinois
769. Normal, Township of, Illinois
770. Northbrook, Village of, Illinois
771. Northfield, Township of, Illinois
772. Northlake, City of, Illinois
773. Nunda, Township of, Illinois
774. Oak Lawn, Village of, Illinois
775. Oak Park, Township of, Illinois
776. Oak Park, Village of, Illinois
777. Ogle, County of, Illinois
778. Orland Park, Village of, Illinois
779. Orland, Township of, Illinois
780. Oswego, Township of, Illinois
781. Oswego, Village of, Illinois
782. Palatine, Township of, Illinois
783. Palatine, Village of, Illinois
784. Palos Heights, City of, Illinois
785. Palos Hills, City of, Illinois
786. Palos, Township of, Illinois
787. Park Ridge, City of, Illinois
788. Pekin, City of, Illinois
789. Peoria, City of/ Township of, Illinois
790. Peoria, County of, Illinois
791. Plainfield, Township of, Illinois
792. Plainfield, Village of, Illinois
793. Proviso, Township of, Illinois
794. Quincy, City of, Illinois
795. Quincy, Township of, Illinois
796. Randolph, County of, Illinois
797. Rich, Township of, Illinois
798. River Forest, Village of, Illinois
799. Rock Island, City of, Illinois
800. Rockford, Township of, Illinois
801. Romeoville, Village of, Illinois
802. Schaumburg, Township of, Illinois
803. Schaumburg, Village of, Illinois
804. Schiller Park, Village of, Illinois
805. Shields, Township of, Illinois
806. Skokie, Village of, Illinois
807. South Moline, Township of, Illinois
808. Springfield, City of, Illinois
809. St. Charles, City of, Illinois
810. St. Charles, Township of, Illinois
811. St. Clair, County of, Illinois
812. St. Clair, Township of, Illinois
813. Stickney, Township of, Illinois

814. Streamwood, Village of, Illinois
815. Streator, City of, Illinois
816. Summit, Village of, Illinois
817. Tazewell, County of, Illinois
818. Thornton, Township of, Illinois
819. Tinley Park, Village of, Illinois
820. Troy, Township of, Illinois
821. Urbana, City of, Illinois
822. Vermilion, County of, Illinois
823. Vernon, Township of, Illinois
824. Wabash, County of, Illinois
825. Warren, Township of, Illinois
826. Washington, County of, Illinois
827. Waukegan, City of, Illinois
828. Waukegan, Township of, Illinois
829. Wayne, Township of, Illinois
830. West Deerfield, Township of, Illinois
831. Wheatland, Township of, Illinois
832. Wheaton, City of, Illinois
833. Wheeling, Township of, Illinois
834. Wheeling, Village of, Illinois
835. Whiteside, County of, Illinois
836. Williamson, County of, Illinois
837. Winfield, Township of, Illinois
838. Wood River, Township of, Illinois
839. Woodford, County of, Illinois
840. Woodridge, Village of, Illinois
841. Worth, Township of, Illinois
842. York, Township of, Illinois
843. Aboite, Township of, Indiana
844. Adams, County of, Indiana
845. Adams, Township of, Indiana
846. Anderson, City of, Indiana
847. Anderson, Township of, Indiana
848. Bartholomew, County of, Indiana
849. Blackford, County of, Indiana
850. Bloomington, Township of, Indiana
851. Boone, County of, Indiana
852. Calumet, Township of, Indiana
853. Carmel, City of, Indiana
854. Cass, County of, Indiana
855. Center, Township of, Indiana
856. Center, Township of, Indiana
857. Center, Township of, Indiana
858. Center, Township of, Indiana
859. Center, Township of, Indiana
860. Center, Township of, Indiana
861. Clark, County of, Indiana
862. Clay, Township of, Indiana
863. Clay, Township of, Indiana
864. Clinton, County of, Indiana
865. Columbus, City of, Indiana
866. Columbus, Township of, Indiana
867. Concord, Township of, Indiana
868. Crown Point, City of, Indiana
869. Daviess, County of, Indiana
870. Dearborn, County of, Indiana
871. Decatur, Township of, Indiana
872. DeKalb, County of, Indiana
873. Delaware, Township of, Indiana
874. Dubois, County of, Indiana
875. Elkhart, City of, Indiana
876. Elkhart, County of, Indiana
877. Elkhart, Township of, Indiana
878. Fairfield, Township of, Indiana
879. Fall Creek, Township of, Indiana
880. Fayette, County of, Indiana
881. Floyd, County of, Indiana
882. Franklin, Township of, Indiana
883. Gibson, County of, Indiana
884. Goshen, City of, Indiana
885. Grant, County of, Indiana
886. Greene, County of, Indiana
887. Guilford, Township of, Indiana
888. Hamilton, County of, Indiana
889. Hancock, County of, Indiana
890. Harrison, Township of, Indiana
891. Hendricks, County of, Indiana
892. Henry, County of, Indiana
893. Hobart, Township of, Indiana
894. Huntington, County of, Indiana
895. Jasper, County of, Indiana
896. Jefferson, County of, Indiana
897. Jeffersonville, Township of, Indiana
898. Johnson, County of, Indiana
899. Knight, Township of, Indiana
900. Knox, County of, Indiana
901. Kokomo, City of, Indiana

902. Kosciusko, County of, Indiana
903. LaGrange, County of, Indiana
904. Lawrence, Township of, Indiana
905. Lincoln, Township of, Indiana
906. Merrillville, Town of, Indiana
907. Miami, County of, Indiana
908. Michigan City, City of, Indiana
909. Mishawaka, City of, Indiana
910. Montgomery, County of, Indiana
911. New Albany, Township of, Indiana
912. Noble, County of, Indiana
913. Noblesville, Township of, Indiana
914. North, Township of, Indiana
915. Ohio, Township of, Indiana
916. Orange, County of, Indiana
917. Penn, Township of, Indiana
918. Perry, Township of, Indiana
919. Perry, Township of, Indiana
920. Perry, Township of, Indiana
921. Peru, City of, Indiana
922. Pike, Township of, Indiana
923. Pleasant, Township of, Indiana
924. Portage, City of, Indiana
925. Putnam, County of, Indiana
926. Ross, Township of, Indiana
927. Shelby, County of, Indiana
928. Shelbyville, City of, Indiana
929. St. John, Township of, Indiana
930. St. Joseph, Township of, Indiana
931. Starke, County of, Indiana
932. Steuben, County of, Indiana
933. Valparaiso, City of, Indiana
934. Wabash, County of, Indiana
935. Wabash, Township of, Indiana
936. Warren, Township of, Indiana
937. Warrick, County of, Indiana
938. Washington, Township of, Indiana
939. Washington, Township of, Indiana
940. Washington, Township of, Indiana
941. Washington, Township of, Indiana
942. Wayne, County of, Indiana
943. Wayne, Township of, Indiana
944. Wayne, Township of, Indiana
945. Wayne, Township of, Indiana
946. Wea, Township of, Indiana
947. White River, Township of, Indiana
948. Whitley, County of, Indiana
949. Ames, City of, Iowa
950. Ankeny, City of, Iowa
951. Bettendorf, City of, Iowa
952. Cedar Falls, City of, Iowa
953. Cedar Rapids, City of, Iowa
954. Council Bluffs, City of, Iowa
955. Davenport, City of, Iowa
956. Des Moines, City of, Iowa
957. Dubuque, City of, Iowa
958. Dubuque, County of, Iowa
959. Iowa City, City of, Iowa
960. Linn, County of, Iowa
961. Marion, City of, Iowa
962. Marshall, County of, Iowa
963. Sioux City, City of, Iowa
964. Story, County of, Iowa
965. Urbandale, City of, Iowa
966. Wapello, County of, Iowa
967. Warren, County of, Iowa
968. Waterloo, City of, Iowa
969. West Des Moines, City of, Iowa
970. Woodbury, County of, Iowa
971. Butler, County of, Kansas
972. Douglas, County of, Kansas
973. Geary, County of, Kansas
974. Hutchinson, City of, Kansas
975. Lawrence, City of, Kansas
976. Leavenworth, City of, Kansas
977. Leawood, City of, Kansas
978. Lenexa, City of, Kansas
979. Lyon, County of, Kansas
980. Manhattan, City of, Kansas
981. Miami, County of, Kansas
982. Olathe, City of, Kansas
983. Riley, County of, Kansas
984. Salina, City of, Kansas
985. Saline, County of, Kansas
986. Shawnee, City of, Kansas

987.  Shawnee, County of, Kansas
988.  Topeka, City of, Kansas
989.  Allen, County of, Kentucky
990.  Barren, County of, Kentucky
991.  Bath, County of, Kentucky
992.  Bowling Green, City of, Kentucky
993.  Breathitt, County of, Kentucky
994.  Bullitt, County of, Kentucky
995.  Caldwell, County of, Kentucky
996.  Calloway, County of, Kentucky
997.  Campbellsville, City of, Kentucky
998.  Carter, County of, Kentucky
999.  Casey, County of, Kentucky
1000. Clay, County of, Kentucky
1001. Daviess, County of, Kentucky
1002. Elizabethtown, City of, Kentucky
1003. Fleming, County of, Kentucky
1004. Florence, City of, Kentucky
1005. Garrard, County of, Kentucky
1006. Georgetown, City of, Kentucky
1007. Graves, County of, Kentucky
1008. Greenup, County of, Kentucky
1009. Harrison, County of, Kentucky
1010. Hart, County of, Kentucky
1011. Henry, County of, Kentucky
1012. Hopkinsville, City of, Kentucky
1013. Larue, County of, Kentucky
1014. Laurel, County of, Kentucky
1015. Lewis, County of, Kentucky
1016. Logan, County of, Kentucky
1017. Martin, County of, Kentucky
1018. Mason, County of, Kentucky
1019. Mercer, County of, Kentucky
1020. Morgan, County of, Kentucky
1021. Mount Washington, City of, Kentucky
1022. Muhlenberg, County of, Kentucky
1023. Murray, City of, Kentucky
1024. Nelson, County of, Kentucky
1025. Nicholasville, City of, Kentucky
1026. Owen, County of, Kentucky
1027. Owensboro, City of, Kentucky
1028. Pendleton, County of, Kentucky
1029. Powell, County of, Kentucky
1030. Richmond, City of, Kentucky
1031. Russell, County of, Kentucky
1032. Shepherdsville, City of, Kentucky
1033. Spencer, County of, Kentucky
1034. Taylor, County of, Kentucky
1035. Todd, County of, Kentucky
1036. Webster, County of, Kentucky
1037. Winchester, City of, Kentucky
1038. Woodford, County of, Kentucky
1039. Acadia, Parish of, Louisiana
1040. Bienville, Parish of, Louisiana
1041. Covington, City of, Louisiana
1042. De Soto, Parish of, Louisiana
1043. Gretna, City of, Louisiana
1044. Iberville, Parish of, Louisiana
1045. Lafayette, City of, Louisiana
1046. Lincoln, Parish of, Louisiana
1047. Livingston, Parish of, Louisiana
1048. Morgan, City of, Louisiana
1049. Tangipahoa, Parish of, Louisiana
1050. Terrebonne, Parish of, Louisiana
1051. West Monroe, City of, Louisiana
1052. Franklin, County of, Maine
1053. Hancock, County of, Maine
1054. Oxford, County of, Maine
1055. Annapolis, City of, Maryland
1056. Anne Arundel, County of, Maryland
1057. Baltimore, City of, Maryland
1058. Baltimore, County of, Maryland
1059. Carroll, County of, Maryland
1060. College Park, City of, Maryland
1061. Gaithersburg, City of, Maryland
1062. Howard, County of, Maryland
1063. Montgomery, County of, Maryland
1064. Queen Anne's, County of, Maryland
1065. Salisbury, City of, Maryland
1066. Worcester, County of, Maryland
1067. Amherst, Town of, Massachusetts
1068. Andover, Town of, Massachusetts

1069. Arlington, Town of, Massachusetts
1070. Attleboro, City of, Massachusetts
1071. Barnstable, County of, Massachusetts
1072. Boston, City of, Massachusetts
1073. Braintree, Town of/ City of, Massachusetts
1074. Bristol, County of, Massachusetts
1075. Chelsea, City of, Massachusetts
1076. Dartmouth, Town of, Massachusetts
1077. Dracut, Town of, Massachusetts
1078. Fall River, City of, Massachusetts
1079. Franklin, Town of/ City of, Massachusetts
1080. Lawrence, City of, Massachusetts
1081. Lexington, Town of, Massachusetts
1082. Marlborough, City of, Massachusetts
1083. Nantucket, Town of/ County of, Massachusetts
1084. Needham, Town of, Massachusetts
1085. Newton, City of, Massachusetts
1086. Norfolk, County of, Massachusetts
1087. Plymouth, County of, Massachusetts
1088. Quincy, City of, Massachusetts
1089. Revere, City of, Massachusetts
1090. Shrewsbury, Town of, Massachusetts
1091. Somerville, City of, Massachusetts
1092. Taunton, City of, Massachusetts
1093. Waltham, City of, Massachusetts
1094. Westfield, City of, Massachusetts
1095. Weymouth, Town of/ City of, Massachusetts
1096. Winthrop, Town of/ City of, Massachusetts

1097. Allegan, County of, Michigan
1098. Ann Arbor, City of, Michigan
1099. Barry, County of, Michigan
1100. Battle Creek, City of, Michigan
1101. Bay City, City of, Michigan
1102. Bay, County of, Michigan
1103. Bedford, Township of, Michigan
1104. Bloomfield, Charter Township of, Michigan
1105. Brownstown, Charter Township of, Michigan
1106. Cheboygan, County of, Michigan
1107. Chesterfield, Township of, Michigan
1108. Clare, County of, Michigan
1109. Commerce, Charter Township of, Michigan
1110. Dearborn, City of, Michigan
1111. Dearborn Heights, City of, Michigan
1112. Delta, Charter Township of, Michigan
1113. Eastpointe, City of, Michigan
1114. Emmet, County of, Michigan
1115. Farmington Hills, City of, Michigan
1116. Flint, Charter Township of, Michigan
1117. Flint, City of, Michigan
1118. Georgetown, Charter Township of, Michigan
1119. Grand Blanc, Charter Township of, Michigan
1120. Harrison, Charter Township of, Michigan
1121. Holland, Charter Township of, Michigan
1122. Holland, City of, Michigan
1123. Huron, County of, Michigan
1124. Independence, Charter Township of, Michigan
1125. Jackson, County of, Michigan
1126. Kalamazoo, City of, Michigan
1127. Kentwood, City of, Michigan
1128. Lapeer, County of, Michigan
1129. Lincoln Park, City of, Michigan

1130. Macomb, Township of, Michigan
1131. Mecosta, County of, Michigan
1132. Meridian, Charter Township of, Michigan
1133. Midland, City of, Michigan
1134. Midland, County of, Michigan
1135. Muskegon, City of, Michigan
1136. Novi, City of, Michigan
1137. Oakland, County of, Michigan
1138. Orion, Charter Township of, Michigan
1139. Ottawa, County of, Michigan
1140. Plainfield, Charter Township of, Michigan
1141. Portage, City of, Michigan
1142. Redford, Charter Township of, Michigan
1143. Rochester Hills, City of, Michigan
1144. Roseville, City of, Michigan
1145. Royal Oak, City of, Michigan
1146. Saginaw, Charter Township of, Michigan
1147. Saginaw, City of, Michigan
1148. Shelby, Charter Township of, Michigan
1149. Southfield, City of, Michigan
1150. St. Clair Shores, City of, Michigan
1151. St. Joseph, County of, Michigan
1152. Sterling Heights, City of, Michigan
1153. Taylor, City of, Michigan
1154. Troy, City of, Michigan
1155. Van Buren, County of, Michigan
1156. Warren, City of, Michigan
1157. Waterford, Charter Township of, Michigan
1158. West Bloomfield, Charter Township of, Michigan
1159. White Lake, Charter Township of, Michigan
1160. Wyoming, City of, Michigan
1161. Ypsilanti, Charter Township of, Michigan
1162. Andover, City of, Minnesota
1163. Apple Valley, City of, Minnesota
1164. Becker, County of, Minnesota
1165. Beltrami, County of, Minnesota
1166. Benton, County of, Minnesota
1167. Blaine, City of, Minnesota
1168. Bloomington, City of, Minnesota
1169. Blue Earth, County of, Minnesota
1170. Brooklyn Center, City of, Minnesota
1171. Brooklyn Park, City of, Minnesota
1172. Burnsville, City of, Minnesota
1173. Carlton, County of, Minnesota
1174. Carver, County of, Minnesota
1175. Chisago, County of, Minnesota
1176. Clay, County of, Minnesota
1177. Coon Rapids, City of, Minnesota
1178. Cottage Grove, City of, Minnesota
1179. Crow Wing, County of, Minnesota
1180. Duluth, City of, Minnesota
1181. Eagan, City of, Minnesota
1182. Eden Prairie, City of, Minnesota
1183. Edina, City of, Minnesota
1184. Freeborn, County of, Minnesota
1185. Goodhue, County of, Minnesota
1186. Hennepin, County of, Minnesota
1187. Inver Grove Heights, City of, Minnesota
1188. Isanti, County of, Minnesota
1189. Kandiyohi, County of, Minnesota
1190. Lakeville, City of, Minnesota
1191. Mankato, City of, Minnesota
1192. Maple Grove, City of, Minnesota
1193. Maplewood, City of, Minnesota
1194. Minneapolis, City of, Minnesota
1195. Minnetonka, City of, Minnesota
1196. Moorhead, City of, Minnesota
1197. Nicollet, County of, Minnesota
1198. North St. Paul, City of, Minnesota
1199. Olmsted, County of, Minnesota
1200. Otter Tail, County of, Minnesota
1201. Pine, County of, Minnesota

1202. Plymouth, City of, Minnesota
1203. Polk, County of, Minnesota
1204. Ramsey, County of, Minnesota
1205. Rice, County of, Minnesota
1206. Richfield, City of, Minnesota
1207. Rochester, City of, Minnesota
1208. Roseau, County of, Minnesota
1209. Roseville, City of, Minnesota
1210. Savage, City of, Minnesota
1211. Scott, County of, Minnesota
1212. Shakopee, City of, Minnesota
1213. Sherburne, County of, Minnesota
1214. Sibley, County of, Minnesota
1215. St. Cloud, City of, Minnesota
1216. St. Louis Park, City of, Minnesota
1217. Stearns, County of, Minnesota
1218. Steele, County of, Minnesota
1219. Waseca, County of, Minnesota
1220. Woodbury, City of, Minnesota
1221. Wright, County of, Minnesota
1222. Alcorn, County of, Mississippi
1223. Attala, County of, Mississippi
1224. Biloxi, City of, Mississippi
1225. Chickasaw, County of, Mississippi
1226. Clarke, County of, Mississippi
1227. Cleveland, City of, Mississippi
1228. Columbus, City of, Mississippi
1229. Copiah, County of, Mississippi
1230. Gautier, City of, Mississippi
1231. George, County of, Mississippi
1232. Greene, County of, Mississippi
1233. Hancock, County of, Mississippi
1234. Holmes, County of, Mississippi
1235. Jackson, County of, Mississippi
1236. Jefferson Davis, County of, Mississippi
1237. Jones, County of, Mississippi
1238. Lamar, County of, Mississippi
1239. Lauderdale, County of, Mississippi
1240. Lawrence, County of, Mississippi
1241. Lee, County of, Mississippi
1242. Lowndes, County of, Mississippi
1243. Moss Point, City of, Mississippi
1244. Ocean Springs, City of, Mississippi
1245. Oktibbeha, County of, Mississippi
1246. Olive Branch, City of, Mississippi
1247. Panola, County of, Mississippi
1248. Perry, County of, Mississippi
1249. Pike, County of, Mississippi
1250. Pontotoc, County of, Mississippi
1251. Rankin, County of, Mississippi
1252. Southaven, City of, Mississippi
1253. Starkville, City of, Mississippi
1254. Tallahatchie, County of, Mississippi
1255. Tate, County of, Mississippi
1256. Tishomingo, County of, Mississippi
1257. Tupelo, City of, Mississippi
1258. Vicksburg, City of, Mississippi
1259. Walthall, County of, Mississippi
1260. Warren, County of, Mississippi
1261. Wayne, County of, Mississippi
1262. Yalobusha, County of, Mississippi
1263. Adair, County of, Missouri
1264. Andrew, County of, Missouri
1265. Ballwin, City of, Missouri
1266. Blue Springs, City of, Missouri
1267. Cape Girardeau, City of, Missouri
1268. Chesterfield, City of, Missouri
1269. Clay, County of, Missouri
1270. Columbia, City of, Missouri
1271. DeKalb, County of, Missouri
1272. Florissant, City of, Missouri
1273. Harrisonville, City of, Missouri
1274. Jefferson City, City of, Missouri
1275. Laclede, County of, Missouri
1276. Lee's Summit, City of, Missouri
1277. Liberty, City of, Missouri
1278. New Madrid, County of, Missouri
1279. Newton, County of, Missouri
1280. O'Fallon, City of, Missouri

1281. Platte, County of, Missouri
1282. Ralls, County of, Missouri
1283. St. Charles, City of, Missouri
1284. St. Louis, City of, Missouri
1285. St. Peters, City of, Missouri
1286. University City, City of, Missouri
1287. Wentzville, City of, Missouri
1288. Wildwood, City of, Missouri
1289. Billings, City of, Montana
1290. Bozeman, City of, Montana
1291. Butte-Silver Bow County, Consolidated Government of, Montana
1292. Flathead, County of, Montana
1293. Helena, City of, Montana
1294. Lewis and Clark, County of, Montana
1295. Ravalli, County of, Montana
1296. Yellowstone, County of, Montana
1297. Adams, County of, Nebraska
1298. Bellevue, City of, Nebraska
1299. Buffalo, County of, Nebraska
1300. Dodge, County of, Nebraska
1301. Grand Island, City of, Nebraska
1302. Hall, County of, Nebraska
1303. Kearney, City of, Nebraska
1304. Lancaster, County of, Nebraska
1305. Lincoln, City of, Nebraska
1306. Madison, County of, Nebraska
1307. Omaha, City of, Nebraska
1308. Platte, County of, Nebraska
1309. Scotts Bluff, County of, Nebraska
1310. Boulder City, City of, Nevada
1311. Carson, City of, Nevada
1312. Churchill, County of, Nevada
1313. Douglas, County of, Nevada
1314. Elko, County of, Nevada
1315. Lyon, County of, Nevada
1316. Mesquite, City of, Nevada
1317. Reno, City of, Nevada
1318. Dover, City of, New Hampshire
1319. Merrimack, County of, New Hampshire

1320. Atlantic City, City of, New Jersey
1321. Atlantic, County of, New Jersey
1322. Belleville, Township of, New Jersey
1323. Bergen, County of, New Jersey
1324. Berkeley, Township of, New Jersey
1325. Bloomfield, Township of, New Jersey
1326. Brick, Township of, New Jersey
1327. Bridgewater, Township of, New Jersey
1328. Camden, City of, New Jersey
1329. Camden, County of, New Jersey
1330. Cape May, County of, New Jersey
1331. Cherry Hill, Township of, New Jersey
1332. Cumberland, County of, New Jersey
1333. Deptford, Township of, New Jersey
1334. East Brunswick, Township of, New Jersey
1335. East Orange, City of, New Jersey
1336. Edison, Township of, New Jersey
1337. Egg Harbor, Township of, New Jersey
1338. Essex, County of, New Jersey
1339. Evesham, Township of, New Jersey
1340. Ewing, Township of, New Jersey
1341. Fair Lawn, Borough of, New Jersey
1342. Fort Lee, Borough of, New Jersey
1343. Franklin, Township of, New Jersey
1344. Freehold, Township of, New Jersey
1345. Galloway, Township of, New Jersey
1346. Garfield, City of, New Jersey
1347. Gloucester, County of, New Jersey

1348. Gloucester, Township of, New Jersey
1349. Hackensack, City of, New Jersey
1350. Hamilton, Township of, New Jersey
1351. Hillsborough, Township of, New Jersey
1352. Hoboken, City of, New Jersey
1353. Howell, Township of, New Jersey
1354. Irvington, Township of, New Jersey
1355. Jackson, Township of, New Jersey
1356. Jersey City, City of, New Jersey
1357. Kearny, Town of, New Jersey
1358. Lakewood, Township of, New Jersey
1359. Lawrence, Township of, New Jersey
1360. Linden, City of, New Jersey
1361. Livingston, Township of, New Jersey
1362. Long Branch, City of, New Jersey
1363. Manalapan, Township of, New Jersey
1364. Manchester, Township of, New Jersey
1365. Marlboro, Township of, New Jersey
1366. Mercer, County of, New Jersey
1367. Middlesex, County of, New Jersey
1368. Middletown, Township of, New Jersey
1369. Monmouth, County of, New Jersey
1370. Monroe, Township of, New Jersey
1371. Monroe, Township of, New Jersey
1372. Montclair, Township of, New Jersey
1373. Morris, County of, New Jersey
1374. Mount Laurel, Township of, New Jersey
1375. New Brunswick, City of, New Jersey
1376. Newark, City of, New Jersey
1377. North Bergen, Township of, New Jersey
1378. North Brunswick, Township of, New Jersey
1379. Old Bridge, Township of, New Jersey
1380. Orange, Township of/ City of, New Jersey
1381. Parsippany-Troy Hills, Township of, New Jersey
1382. Passaic, City of, New Jersey
1383. Passaic, County of, New Jersey
1384. Paterson, City of, New Jersey
1385. Pennsauken, Township of, New Jersey
1386. Perth Amboy, City of, New Jersey
1387. Piscataway, Township of, New Jersey
1388. Plainfield, City of, New Jersey
1389. Princeton, Municipality of, New Jersey
1390. Salem, County of, New Jersey
1391. Sayreville, Borough of, New Jersey
1392. Somerset, County of, New Jersey
1393. South Brunswick, Township of, New Jersey
1394. Sussex, County of, New Jersey
1395. Teaneck, Township of, New Jersey
1396. Toms River, Township of, New Jersey
1397. Union City, City of, New Jersey
1398. Union, County of, New Jersey
1399. Union, Township of, New Jersey
1400. Warren, County of, New Jersey
1401. Washington, Township of, New Jersey
1402. Wayne, Township of, New Jersey

1403. West New York, Town of, New Jersey
1404. West Orange, Township of, New Jersey
1405. Willingboro, Township of, New Jersey
1406. Winslow, Township of, New Jersey
1407. Woodbridge, Township of, New Jersey
1408. Albany, County of, New York
1409. Amherst, Town of, New York
1410. Babylon, Town of, New York
1411. Bethlehem, Town of, New York
1412. Binghamton, City of, New York
1413. Brighton, Town of, New York
1414. Bronx, County of, New York
1415. Carmel, Town of, New York
1416. Cattaraugus, County of, New York
1417. Cayuga, County of, New York
1418. Chautauqua, County of, New York
1419. Cheektowaga, Town of, New York
1420. Chemung, County of, New York
1421. Chenango, County of, New York
1422. Cicero, Town of, New York
1423. Clarence, Town of, New York
1424. Clay, Town of, New York
1425. Clifton Park, Town of, New York
1426. Colonie, Town of, New York
1427. Cortlandt, Town of, New York
1428. Delaware, County of, New York
1429. Eastchester, Town of, New York
1430. Essex, County of, New York
1431. Freeport, Village of, New York
1432. Greece, Town of, New York
1433. Greenburgh, Town of, New York
1434. Guilderland, Town of, New York
1435. Hamburg, Town of, New York
1436. Henrietta, Town of, New York
1437. Irondequoit, Town of, New York
1438. Kings, County of, New York
1439. Lancaster, Town of, New York
1440. Livingston, County of, New York
1441. Madison, County of, New York
1442. Manlius, Town of, New York
1443. Mount Pleasant, Town of, New York
1444. Mount Vernon, City of, New York
1445. New Rochelle, City of, New York
1446. New York, County of, New York
1447. Newburgh, Town of, New York
1448. Niagara Falls, City of, New York
1449. North Tonawanda, City of, New York
1450. Orleans, County of, New York
1451. Ossining, Town of, New York
1452. Otsego, County of, New York
1453. Penfield, Town of, New York
1454. Perinton, Town of, New York
1455. Putnam, County of, New York
1456. Queens, County of, New York
1457. Richmond, County of, New York
1458. Rockland, County of, New York
1459. Rye, Town of, New York
1460. Salina, Town of, New York
1461. Spring Valley, Village of, New York
1462. Tioga, County of, New York
1463. Tonawanda, Town of, New York
1464. Union, Town of, New York
1465. Wappinger, Town of, New York
1466. Warren, County of, New York
1467. Warwick, Town of, New York
1468. Wayne, County of, New York
1469. Webster, Town of, New York
1470. West Seneca, Town of, New York
1471. White Plains, City of, New York
1472. Yates, County of, New York
1473. Yorktown, Town of, New York
1474. Alleghany, County of, North Carolina
1475. Apex, Town of, North Carolina
1476. Asheville, City of, North Carolina

1477. Bertie, County of, North Carolina
1478. Burlington, City of, North Carolina
1479. Cary, Town of, North Carolina
1480. Chapel Hill, Town of, North Carolina
1481. Charlotte, City of, North Carolina
1482. Chowan, County of, North Carolina
1483. Concord, City of, North Carolina
1484. Cornelius, Town of, North Carolina
1485. Currituck, County of, North Carolina
1486. Durham, City of, North Carolina
1487. Edgecombe, County of, North Carolina
1488. Fuquay-Varina, Town of, North Carolina
1489. Garner, Town of, North Carolina
1490. Gastonia, City of, North Carolina
1491. Goldsboro, City of, North Carolina
1492. Greenville, City of, North Carolina
1493. Harnett, County of, North Carolina
1494. Henderson, County of, North Carolina
1495. High Point, City of, North Carolina
1496. Hoke, County of, North Carolina
1497. Holly Springs, Town of, North Carolina
1498. Huntersville, Town of, North Carolina
1499. Indian Trail, Town of, North Carolina
1500. Jackson, County of, North Carolina
1501. Johnston, County of, North Carolina
1502. Kannapolis, City of, North Carolina
1503. Macon, County of, North Carolina
1504. Madison, County of, North Carolina
1505. Matthews, Town of, North Carolina
1506. Monroe, City of, North Carolina
1507. Mooresville, Town of, North Carolina
1508. Nash, County of, North Carolina
1509. Pender, County of, North Carolina
1510. Polk, County of, North Carolina
1511. Raleigh, City of, North Carolina
1512. Rocky Mount, City of, North Carolina
1513. Salisbury, City of, North Carolina
1514. Sanford, City of, North Carolina
1515. Stanly, County of, North Carolina
1516. Stokes, County of, North Carolina
1517. Transylvania, County of, North Carolina
1518. Union, County of, North Carolina
1519. Wake, County of, North Carolina
1520. Wake Forest, Town of, North Carolina
1521. Warren, County of, North Carolina
1522. Washington, County of, North Carolina
1523. Wilson, City of, North Carolina
1524. Wilson, County of, North Carolina
1525. Yadkin, County of, North Carolina
1526. Yancey, County of, North Carolina
1527. Cass, County of, North Dakota
1528. Fargo, City of, North Dakota
1529. Grand Forks, City of, North Dakota
1530. Minot, City of, North Dakota

1531. Morton, County of, North Dakota
1532. West Fargo, City of, North Dakota
1533. Anderson, Township of, Ohio
1534. Athens, Township of, Ohio
1535. Austintown, Township of, Ohio
1536. Bath, Township of, Ohio
1537. Beavercreek, City of, Ohio
1538. Beavercreek, Township of, Ohio
1539. Boardman, Township of, Ohio
1540. Bowling Green, City of, Ohio
1541. Brown, County of, Ohio
1542. Brunswick, City of, Ohio
1543. Carroll, County of, Ohio
1544. Clark, County of, Ohio
1545. Clear Creek, Township of, Ohio
1546. Cleveland Heights, City of, Ohio
1547. Colerain, Township of, Ohio
1548. Columbus, City of, Ohio
1549. Concord, Township of, Ohio
1550. Deerfield, Township of, Ohio
1551. Defiance, County of, Ohio
1552. Delaware, City of, Ohio
1553. Dublin, City of, Ohio
1554. Fairborn, City of, Ohio
1555. Fostoria, City of, Ohio
1556. Franklin, Township of, Ohio
1557. Gahanna, City of, Ohio
1558. Green, Township of, Ohio
1559. Greene, County of, Ohio
1560. Grove City, City of, Ohio
1561. Hardin, County of, Ohio
1562. Highland, County of, Ohio
1563. Hilliard, City of, Ohio
1564. Holmes, County of, Ohio
1565. Huber Heights, City of, Ohio
1566. Jackson, Township of, Ohio
1567. Jackson, Township of, Ohio
1568. Kettering, City of, Ohio
1569. Lakewood, City of, Ohio
1570. Lancaster, City of, Ohio
1571. Liberty, Township of, Ohio
1572. Liberty, Township of, Ohio
1573. Madison, County of, Ohio
1574. Mahoning, County of, Ohio
1575. Mansfield, City of, Ohio
1576. Marion, City of, Ohio
1577. Marion, Township of, Ohio
1578. Mason, City of, Ohio
1579. Medina, County of, Ohio
1580. Mentor, City of, Ohio
1581. Miami, County of, Ohio
1582. Mifflin, Township of, Ohio
1583. Monroe, County of, Ohio
1584. Morrow, County of, Ohio
1585. Newark, City of, Ohio
1586. Norwalk, City of, Ohio
1587. Norwich, Township of, Ohio
1588. Orange, Township of, Ohio
1589. Perry, County of, Ohio
1590. Pickaway, County of, Ohio
1591. Plain, Township of, Ohio
1592. Preble, County of, Ohio
1593. Putnam, County of, Ohio
1594. Reynoldsburg, City of, Ohio
1595. Richland, County of, Ohio
1596. Sandusky, City of, Ohio
1597. Springfield, City of, Ohio
1598. Sylvania, Township of, Ohio
1599. Union, County of, Ohio
1600. Union, Township of, Ohio
1601. Upper Arlington, City of, Ohio
1602. Van Wert, City of, Ohio
1603. Vinton, County of, Ohio
1604. Violet, Township of, Ohio
1605. Warren, County of, Ohio
1606. Washington, Township of, Ohio
1607. Washington, Township of, Ohio
1608. West Chester, Township of, Ohio
1609. Westerville, City of, Ohio
1610. Westlake, City of, Ohio
1611. Wood, County of, Ohio
1612. Youngstown, City of, Ohio
1613. Bartlesville, City of, Oklahoma
1614. Bryan, County of, Oklahoma
1615. Canadian, County of, Oklahoma
1616. Carter, County of, Oklahoma
1617. Cherokee, County of, Oklahoma
1618. Garfield, County of, Oklahoma
1619. Moore, City of, Oklahoma
1620. Pontotoc, County of, Oklahoma
1621. Sequoyah, County of, Oklahoma

1622. Wagoner, County of, Oklahoma
1623. Albany, City of, Oregon
1624. Beaverton, City of, Oregon
1625. Bend, City of, Oregon
1626. Benton, County of, Oregon
1627. Corvallis, City of, Oregon
1628. Curry, County of, Oregon
1629. Deschutes, County of, Oregon
1630. Douglas, County of, Oregon
1631. Eugene, City of, Oregon
1632. Grants Pass, City of, Oregon
1633. Gresham, City of, Oregon
1634. Hillsboro, City of, Oregon
1635. Keizer, City of, Oregon
1636. Klamath, County of, Oregon
1637. Lake Oswego, City of, Oregon
1638. Lincoln, County of, Oregon
1639. Linn, County of, Oregon
1640. Malheur, County of, Oregon
1641. Marion, County of, Oregon
1642. McMinnville, City of, Oregon
1643. Medford, City of, Oregon
1644. Oregon City, City of, Oregon
1645. Polk, County of, Oregon
1646. Redmond, City of, Oregon
1647. Salem, City of, Oregon
1648. Springfield, City of, Oregon
1649. Tigard, City of, Oregon
1650. Umatilla, County of, Oregon
1651. Abington, Township of, Pennsylvania
1652. Allentown, City of, Pennsylvania
1653. Altoona, City of, Pennsylvania
1654. Bethel Park, Municipality of, Pennsylvania
1655. Bethlehem, City of, Pennsylvania
1656. Blair, County of, Pennsylvania
1657. Butler, County of, Pennsylvania
1658. Centre, County of, Pennsylvania
1659. Cheltenham, Township of, Pennsylvania
1660. Chester, City of, Pennsylvania
1661. Cranberry, Township of, Pennsylvania
1662. Crawford, County of, Pennsylvania

1663. Cumberland, County of, Pennsylvania
1664. Erie, City of, Pennsylvania
1665. Falls, Township of, Pennsylvania
1666. Hampden, Township of, Pennsylvania
1667. Harrisburg, City of, Pennsylvania
1668. Haverford, Township of, Pennsylvania
1669. Hempfield, Township of, Pennsylvania
1670. Jefferson, County of, Pennsylvania
1671. Lancaster, City of, Pennsylvania
1672. Lancaster, County of, Pennsylvania
1673. Lebanon, County of, Pennsylvania
1674. Lower Macungie, Township of, Pennsylvania
1675. Lower Merion, Township of, Pennsylvania
1676. Lower Paxton, Township of, Pennsylvania
1677. Lower Southampton, Township of, Pennsylvania
1678. Manheim, Township of, Pennsylvania
1679. McKean, County of, Pennsylvania
1680. Mifflin, County of, Pennsylvania
1681. Millcreek, Township of, Pennsylvania
1682. Montgomery, County of, Pennsylvania
1683. Mount Lebanon, Township of, Pennsylvania
1684. New Castle, City of, Pennsylvania
1685. Norristown, Borough of, Pennsylvania
1686. North Huntingdon, Township of, Pennsylvania
1687. Northampton, Township of, Pennsylvania

1688. Penn Hills, Township of, Pennsylvania
1689. Perry, County of, Pennsylvania
1690. Radnor, Township of, Pennsylvania
1691. Reading, City of, Pennsylvania
1692. Ridley, Township of, Pennsylvania
1693. Ross, Township of, Pennsylvania
1694. Scranton, City of, Pennsylvania
1695. Snyder, County of, Pennsylvania
1696. Somerset, County of, Pennsylvania
1697. State College, Borough of, Pennsylvania
1698. Susquehanna, County of, Pennsylvania
1699. Union, County of, Pennsylvania
1700. Upper Darby, Township of, Pennsylvania
1701. Upper Merion, Township of, Pennsylvania
1702. Venango, County of, Pennsylvania
1703. Warren, County of, Pennsylvania
1704. Wayne, County of, Pennsylvania
1705. York, City of, Pennsylvania
1706. York, County of, Pennsylvania
1707. Adjuntas, Municipality of, Puerto Rico
1708. Arroyo, Municipality of, Puerto Rico
1709. Barceloneta, Municipality of, Puerto Rico
1710. Bayamón, Municipality of, Puerto Rico
1711. Caguas, Municipality of, Puerto Rico
1712. Carolina, Municipality of, Puerto Rico
1713. Catano, Municipality of, Puerto Rico
1714. Ceiba, Municipality of, Puerto Rico
1715. Cidra, Municipality of, Puerto Rico
1716. Coamo, Municipality of, Puerto Rico
1717. Corozal, Municipality of, Puerto Rico
1718. Guayama, Municipality of, Puerto Rico
1719. Guaynabo, Municipality of, Puerto Rico
1720. Gurabo, Municipality of, Puerto Rico
1721. Humacao, Municipality of, Puerto Rico
1722. Las Piedras, Municipality of, Puerto Rico
1723. Mayagüez, Municipality of, Puerto Rico
1724. San Sebastián, Municipality of, Puerto Rico
1725. Toa Baja, Municipality of, Puerto Rico
1726. Vega Baja, Municipality of, Puerto Rico
1727. Villalba, Municipality of, Puerto Rico
1728. Yauco, Municipality of, Puerto Rico
1729. Barrington, Town of, Rhode Island
1730. Bristol, Town of, Rhode Island
1731. Providence, City of, Rhode Island
1732. Warren, Town of, Rhode Island
1733. Aiken, City of, South Carolina
1734. Columbia, City of, South Carolina
1735. Darlington, County of, South Carolina
1736. Florence, City of, South Carolina
1737. Goose Creek, City of, South Carolina
1738. Greenville, City of, South Carolina
1739. Greer, City of, South Carolina
1740. Hilton Head Island, Town of, South Carolina

1741. Mount Pleasant, Town of, South Carolina
1742. Rock Hill, City of, South Carolina
1743. Spartanburg, City of, South Carolina
1744. Sumter, City of, South Carolina
1745. Brookings, County of, South Dakota
1746. Brown, County of, South Dakota
1747. Lincoln, County of, South Dakota
1748. Minnehaha, County of, South Dakota
1749. Rapid City, City of, South Dakota
1750. Sioux Falls, City of, South Dakota
1751. Bartlett, City of, Tennessee
1752. Brentwood, City of, Tennessee
1753. Cannon, County of, Tennessee
1754. Carter, County of, Tennessee
1755. Chattanooga, City of, Tennessee
1756. Cheatham, County of, Tennessee
1757. Cleveland, City of, Tennessee
1758. Coffee, County of, Tennessee
1759. Collierville, Town of, Tennessee
1760. Crockett, County of, Tennessee
1761. Davidson, County of, Tennessee
1762. Decatur, County of, Tennessee
1763. Dickson, County of, Tennessee
1764. Dyer, County of, Tennessee
1765. Fayette, County of, Tennessee
1766. Franklin, City of, Tennessee
1767. Gallatin, City of, Tennessee
1768. Germantown, City of, Tennessee
1769. Gibson, County of, Tennessee
1770. Hamblen, County of, Tennessee
1771. Hendersonville, City of, Tennessee
1772. Henry, County of, Tennessee
1773. Jackson, City of, Tennessee
1774. Johnson City, City of, Tennessee
1775. Johnson, County of, Tennessee
1776. Kingsport, City of, Tennessee
1777. La Vergne, City of, Tennessee

1778. Lawrence, County of, Tennessee
1779. Lawrenceburg, City of, Tennessee
1780. Lebanon, City of, Tennessee
1781. Lincoln, County of, Tennessee
1782. Maryville, City of, Tennessee
1783. Maury, County of, Tennessee
1784. McMinnville, City of, Tennessee
1785. Memphis, City of, Tennessee
1786. Morgan, County of, Tennessee
1787. Morristown, City of, Tennessee
1788. Mount Juliet, City of, Tennessee
1789. Nashville-Davidson Metropolitan Government, Tennessee
1790. Obion, County of, Tennessee
1791. Overton, County of, Tennessee
1792. Robertson, County of, Tennessee
1793. Shelby, County of, Tennessee
1794. Smyrna, Town of, Tennessee
1795. Sullivan, County of, Tennessee
1796. Sumner, County of, Tennessee
1797. Tipton, County of, Tennessee
1798. Weakley, County of, Tennessee
1799. Wilson, County of, Tennessee
1800. Abilene, City of, Texas
1801. Allen, City of, Texas
1802. Amarillo, City of, Texas
1803. Anderson, County of, Texas
1804. Arlington, City of, Texas
1805. Atascosa, County of, Texas
1806. Austin, City of, Texas
1807. Austin, County of, Texas
1808. Bastrop, County of, Texas
1809. Baytown, City of, Texas
1810. Beaumont, City of, Texas
1811. Bedford, City of, Texas
1812. Bee, County of, Texas
1813. Bell, County of, Texas
1814. Blanco, County of, Texas
1815. Brazoria, County of, Texas
1816. Brown, County of, Texas
1817. Brownsville, City of, Texas
1818. Bryan, City of, Texas
1819. Burleson, City of, Texas
1820. Burnet, County of, Texas
1821. Caldwell, County of, Texas

1822. Calhoun, County of, Texas
1823. Cameron, County of, Texas
1824. Camp, County of, Texas
1825. Carrollton, City of, Texas
1826. Cass, County of, Texas
1827. Cedar Hill, City of, Texas
1828. Cedar Park, City of, Texas
1829. Chambers, County of, Texas
1830. Cibolo, City of, Texas
1831. Cleburne, City of, Texas
1832. College Station, City of, Texas
1833. Collin, County of, Texas
1834. Colorado, County of, Texas
1835. Comal, County of, Texas
1836. Conroe, City of, Texas
1837. Cooke, County of, Texas
1838. Coppell, City of, Texas
1839. Copperas Cove, City of, Texas
1840. Corpus Christi, City of, Texas
1841. Dallas, City of, Texas
1842. Deer Park, City of, Texas
1843. Del Rio, City of, Texas
1844. Denton, City of, Texas
1845. Denton, County of, Texas
1846. DeSoto, City of, Texas
1847. Duncanville, City of, Texas
1848. Ector, County of, Texas
1849. Edinburg, City of, Texas
1850. El Paso, City of, Texas
1851. El Paso, County of, Texas
1852. Erath, County of, Texas
1853. Euless, City of, Texas
1854. Falls, County of, Texas
1855. Fannin, County of, Texas
1856. Farmers Branch, City of, Texas
1857. Flower Mound, Town of, Texas
1858. Fort Bend, County of, Texas
1859. Fort Worth, City of, Texas
1860. Franklin, County of, Texas
1861. Friendswood, City of, Texas
1862. Frisco, City of, Texas
1863. Galveston, City of, Texas
1864. Galveston, County of, Texas
1865. Garland, City of, Texas
1866. Georgetown, City of, Texas
1867. Grand Prairie, City of, Texas

1868. Grapevine, City of, Texas
1869. Grayson, County of, Texas
1870. Gregg, County of, Texas
1871. Guadalupe, County of, Texas
1872. Hale, County of, Texas
1873. Haltom City, City of, Texas
1874. Hardin, County of, Texas
1875. Harker Heights, City of, Texas
1876. Harlingen, City of, Texas
1877. Harris, County of, Texas
1878. Harrison, County of, Texas
1879. Hays, County of, Texas
1880. Hidalgo, County of, Texas
1881. Hill, County of, Texas
1882. Hood, County of, Texas
1883. Hopkins, County of, Texas
1884. Houston, City of, Texas
1885. Houston, County of, Texas
1886. Howard, County of, Texas
1887. Hunt, County of, Texas
1888. Huntsville, City of, Texas
1889. Hurst, City of, Texas
1890. Irving, City of, Texas
1891. Jasper, County of, Texas
1892. Jefferson, County of, Texas
1893. Keller, City of, Texas
1894. Kerr, County of, Texas
1895. Killeen, City of, Texas
1896. Kyle, City of, Texas
1897. La Porte, City of, Texas
1898. Lancaster, City of, Texas
1899. League City, City of, Texas
1900. Leander, City of, Texas
1901. Leon, County of, Texas
1902. Leon Valley, City of, Texas
1903. Lewisville, City of, Texas
1904. Liberty, County of, Texas
1905. Limestone, County of, Texas
1906. Little Elm, City of, Texas
1907. Longview, City of, Texas
1908. Lubbock, City of, Texas
1909. Lubbock, County of, Texas
1910. Lufkin, City of, Texas
1911. Madison, County of, Texas
1912. Mansfield, City of, Texas
1913. Matagorda, County of, Texas

1914. McAllen, City of, Texas
1915. McKinney, City of, Texas
1916. Medina, County of, Texas
1917. Mesquite, City of, Texas
1918. Midland, City of, Texas
1919. Midland, County of, Texas
1920. Midlothian, City of, Texas
1921. Milam, County of, Texas
1922. Mission, City of, Texas
1923. Missouri City, City of, Texas
1924. Morris, County of, Texas
1925. Nacogdoches, City of, Texas
1926. Nacogdoches, County of, Texas
1927. Navarro, County of, Texas
1928. New Braunfels, City of, Texas
1929. Newton, County of, Texas
1930. North Richland Hills, City of, Texas
1931. Nueces, County of, Texas
1932. Odessa, City of, Texas
1933. Orange, County of, Texas
1934. Panola, County of, Texas
1935. Parker, County of, Texas
1936. Pasadena, City of, Texas
1937. Pearland, City of, Texas
1938. Pflugerville, City of, Texas
1939. Pharr, City of, Texas
1940. Plano, City of, Texas
1941. Port Arthur, City of, Texas
1942. Potter, County of, Texas
1943. Randall, County of, Texas
1944. Red River, County of, Texas
1945. Richardson, City of, Texas
1946. Robertson, County of, Texas
1947. Rockwall, City of, Texas
1948. Rosenberg, City of, Texas
1949. Round Rock, City of, Texas
1950. Rowlett, City of, Texas
1951. San Angelo, City of, Texas
1952. San Juan, City of, Texas
1953. San Marcos, City of, Texas
1954. San Patricio, County of, Texas
1955. Schertz, City of, Texas
1956. Shelby, County of, Texas
1957. Sherman, City of, Texas
1958. Socorro, City of, Texas
1959. Southlake, City of, Texas
1960. Starr, County of, Texas
1961. Sugar Land, City of, Texas
1962. Taylor, County of, Texas
1963. Temple, City of, Texas
1964. Texarkana, City of, Texas
1965. Texas City, City of, Texas
1966. The Colony, City of, Texas
1967. Tom Green, County of, Texas
1968. Travis, County of, Texas
1969. Trinity, County of, Texas
1970. Tyler, City of, Texas
1971. Uvalde, County of, Texas
1972. Val Verde, County of, Texas
1973. Van Zandt, County of, Texas
1974. Victoria, City of, Texas
1975. Victoria, County of, Texas
1976. Waco, City of, Texas
1977. Walker, County of, Texas
1978. Waller, County of, Texas
1979. Washington, County of, Texas
1980. Waxahachie, City of, Texas
1981. Weatherford, City of, Texas
1982. Weslaco, City of, Texas
1983. Wharton, County of, Texas
1984. Wichita Falls, City of, Texas
1985. Wilson, County of, Texas
1986. Wise, County of, Texas
1987. Wood, County of, Texas
1988. Wylie, City of, Texas
1989. American Fork, City of, Utah
1990. Bountiful, City of, Utah
1991. Box Elder, County of, Utah
1992. Carbon, County of, Utah
1993. Cedar City, City of, Utah
1994. Clearfield, City of, Utah
1995. Cottonwood Heights, City of, Utah
1996. Davis, County of, Utah
1997. Draper, City of, Utah
1998. Eagle Mountain, City of, Utah
1999. Herriman, City of, Utah
2000. Holladay, City of, Utah
2001. Iron, County of, Utah
2002. Kaysville, City of, Utah

2003. Kearns, Metro Township of, Utah
2004. Layton, City of, Utah
2005. Lehi, City of, Utah
2006. Logan, City of, Utah
2007. Midvale, City of, Utah
2008. Millard, County of, Utah
2009. Millcreek, City of, Utah
2010. Murray, City of, Utah
2011. Ogden, City of, Utah
2012. Orem, City of, Utah
2013. Pleasant Grove, City of, Utah
2014. Provo, City of, Utah
2015. Riverton, City of, Utah
2016. Roy, City of, Utah
2017. Salt Lake City, City of, Utah
2018. San Juan, County of, Utah
2019. Sandy, City of, Utah
2020. Sanpete, County of, Utah
2021. Saratoga Springs, City of, Utah
2022. South Jordan, City of, Utah
2023. Spanish Fork, City of, Utah
2024. Springville, City of, Utah
2025. St. George, City of, Utah
2026. Syracuse, City of, Utah
2027. Taylorsville, City of, Utah
2028. Tooele, City of, Utah
2029. West Jordan, City of, Utah
2030. West Valley City, City of, Utah
2031. Addison, County of, Vermont
2032. Bennington, County of, Vermont
2033. Burlington, City of, Vermont
2034. Chittenden, County of, Vermont
2035. Franklin, County of, Vermont
2036. Rutland, County of, Vermont
2037. Washington, County of, Vermont
2038. Windham, County of, Vermont
2039. Windsor, County of, Vermont
2040. Albemarle, County of, Virginia
2041. Augusta, County of, Virginia
2042. Bedford, County of, Virginia
2043. Blacksburg, Town of, Virginia
2044. Buchanan, County of, Virginia
2045. Campbell, County of, Virginia
2046. Caroline, County of, Virginia
2047. Carroll, County of, Virginia

2048. Charlottesville, City of, Virginia
2049. Gloucester, County of, Virginia
2050. Grayson, County of, Virginia
2051. Hampton, City of, Virginia
2052. Hanover, County of, Virginia
2053. Harrisonburg, City of, Virginia
2054. James City, County of, Virginia
2055. Leesburg, Town of, Virginia
2056. Lynchburg, City of, Virginia
2057. Manassas, City of, Virginia
2058. Martinsville, City of, Virginia
2059. Newport News, City of, Virginia
2060. Orange, County of, Virginia
2061. Petersburg, City of, Virginia
2062. Portsmouth, City of, Virginia
2063. Rockingham, County of, Virginia
2064. Spotsylvania, County of, Virginia
2065. Suffolk, City of, Virginia
2066. York, County of, Virginia
2067. Auburn, City of, Washington
2068. Bellevue, City of, Washington
2069. Bellingham, City of, Washington
2070. Benton, County of, Washington
2071. Bothell, City of, Washington
2072. Bremerton, City of, Washington,
2073. Burien, City of, Washington
2074. Crowlitz, County of, Washington
2075. Des Moines, City of, Washington
2076. Douglas, County of, Washington
2077. Edmonds, City of, Washington
2078. Federal Way, City of, Washington
2079. Grant, County of, Washington
2080. Grays Harbor, County of, Washington
2081. Issaquah, City of, Washington
2082. Kennewick, City of, Washington
2083. Kittitas, County of, Washington
2084. Lacey, City of, Washington
2085. Lake Stevens, City of, Washington
2086. Lincoln, County of, Washington
2087. Longview, City of, Washington
2088. Lynnwood, City of, Washington
2089. Marysville, City of, Washington

2090. Mason, County of, Washington
2091. Mount Vernon, City of, Washington
2092. Okanogan, County of, Washington
2093. Olympia, City of, Washington
2094. Pasco, City of, Washington
2095. Pullman, City of, Washington
2096. Puyallup, City of, Washington
2097. Redmond, City of, Washington
2098. Renton, City of, Washington
2099. Richland, City of, Washington
2100. Sammamish, City of, Washington
2101. San Juan, County of, Washington
2102. Seattle, City of, Washington
2103. Sedro-Woolley, City of, Washington
2104. Shoreline, City of, Washington
2105. Spokane Valley, City of, Washington
2106. Stevens, County of, Washington
2107. University Place, City of, Washington
2108. Vancouver, City of, Washington
2109. Walla Walla, City of, Washington
2110. Whatcom, County of, Washington
2111. Wenatchee, City of, Washington
2112. Yakima, City of, Washington
2113. Yakima, County of, Washington
2114. Appleton, City of, Wisconsin
2115. Beloit, City of, Wisconsin
2116. Brookfield, City of, Wisconsin
2117. Cudahy, City of, Wisconsin
2118. Eau Claire, City of, Wisconsin
2119. Fitchburg, City of, Wisconsin
2120. Fond du Lac, City of, Wisconsin
2121. Franklin, City of, Wisconsin
2122. Green Bay, City of, Wisconsin
2123. Greenfield, City of, Wisconsin
2124. Janesville, City of, Wisconsin
2125. La Crosse, City of, Wisconsin
2126. Madison, City of, Wisconsin
2127. Manitowoc, City of, Wisconsin

2128. Marinette, City of, Wisconsin
2129. Menomonee Falls, Village of, Wisconsin
2130. Mount Pleasant, Village of, Wisconsin
2131. New Berlin, City of, Wisconsin
2132. Oak Creek, City of, Wisconsin
2133. Oshkosh, City of, Wisconsin
2134. Polk, County of, Wisconsin
2135. Racine, City of, Wisconsin
2136. Sheboygan, City of, Wisconsin
2137. South Milwaukee, City of, Wisconsin
2138. Sun Prairie, City of, Wisconsin
2139. Superior, City of, Wisconsin
2140. Waukesha, City of, Wisconsin
2141. Wausau, City of, Wisconsin
2142. Wauwatosa, City of, Wisconsin
2143. West Allis, City of, Wisconsin
2144. West Bend, City of, Wisconsin
2145. Albany, County of, Wyoming
2146. Campbell, County of, Wyoming
2147. Fremont, County of, Wyoming
2148. Gillette, City of, Wyoming
2149. Laramie, City of, Wyoming
2150. Laramie, County of, Wyoming
2151. Natrona, County of, Wyoming
2152. Sheridan, County of, Wyoming

## EXHIBIT X

## Governor's Release of Opioid-Related Claims Pursuant to the Walmart Settlement Agreement

I, [NAME], Governor of the [Commonwealth]/[State]/[Territory] of [Commonwealth]/[State]/[Territory], hereby authorize Attorney General [NAME] to settle and release, to the maximum extent of my power as Governor, all Released Claims of (1) all of [Commonwealth]/[State]/[Territory]'s past and present executive departments, agencies, divisions, boards, commissions and instrumentalities with regulatory authority to enforce state and federal controlled substances acts and (2) all of [Commonwealth]/[State]/[Territory]'s past and present executive departments, agencies, divisions, boards, commissions and instrumentalities that have the authority to bring Claims related to Alleged Harms and/or Covered Conduct seeking money (including abatement and/or remediation) or revocation or suspension of a pharmaceutical distribution or dispensing license. The foregoing authorization is given in connection with Section X.G of that certain settlement agreement dated as of November [●], 2022 setting forth the terms of settlement between and among Walmart Inc., on the one hand, and certain Settling States and certain Participating Subdivisions on the other hand. This release is intended to be a "release from a State's Governor" as contemplated in such section. Capitalized terms used herein and defined in such settlement agreement have the meanings given to them in such settlement agreement.


_____
Governor of the [Commonwealth]/[State]/[Territory] of [Commonwealth]/[State]/[Territory]

Date: _____