UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION AND ORDER
DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO ALLERGAN
WEST VIRGINIA STATE-WIDE OPIOID SETTLEMENT
AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the West Virginia Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants Allergan Finance, LLC (f/k/a Actavis, Inc., which, in turn, was f/k/a Watson Pharmaceuticals, Inc.), Allergan Sales, LLC, Allergan USA, Inc., and Allergan Limited (f/k/a Allergan plc, which, in turn, was f/k/a Actavis plc) (collectively and together with their Released Entities, the "Allergan Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Allergan West Virginia State-Wide Opioid Settlement Agreement, which is dated November 22, 2022, which is binding on the Dismissing Plaintiffs and the Allergan Defendants, and which has an Effective Date of November 22, 2022 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Allergan Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Circuit Court of Kanawha County, West Virginia, shall retain jurisdiction with respect to the Allergan West Virginia State-Wide Opioid Settlement Agreement to the extent provided in under that Agreement.

---

[1] The Released Entities are each and every entity of any of the Allergan Defendants that is a "Released Entity" as set forth in Section II.HH of the Allergan West Virginia State-Wide Opioid Settlement Agreement, dated as of November 22, 2022, a copy of which is attached as Appendix B.

August 15, 2023

**Agreed as to form and substance:**

Signed as authorization for Subdivision Plaintiffs identified in Appendix A.

/s/ Linda Singer
Linda Singer
John Hurst
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 232-5504
Facsimile: (202) 386-9622
lsinger@motleyrice.com

**Agreed as to form and substance:**

/s/ Rebecca Fitzpatrick
Rebecca Fitzpatrick, P.C.
Kirkland and Ellis LLP
200 North LaSalle
Chicago, IL 60654
rebecca.fitzpatrick@kirkland.com

*Attorney for Allergan Finance, LLC Allergan Sales, LLC, Allergan USA, Inc., and Allergan Limited*

SO ORDERED this 16th day of August, 2023.

s/ Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge