IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:20-op-45060 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**MOTION FOR LEAVE TO FILE SETTLED DEFENDANTS' MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING KENTUCKY SUBDIVISION AS BARRED BY STATUTE**

In compliance with Case Management Order One ¶ 6(g) (Dkt. No. 232), Settled Defendants[1] move the Court for leave to file their Motion To Dismiss Claims Filed By Non-Participating Kentucky Subdivision As Barred By Statute (the "Motion"). The Motion seeks dismissal of claims asserted by Plaintiff Taylor County Hospital District Health Facilities Corporation pursuant to releases of such claims executed by the Attorney General pursuant to statutory authority. A copy of the Motion is attached hereto as **Exhibit A**.

---

[1] The Settled Defendants are Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen, Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. (collectively, "Janssen"), AmerisourceBergen Corporation, McKesson Corporation, Cardinal Health, Inc., and H. D. Smith, LLC (collectively, "Distributors"), as well as any other Released Entities, as that term is defined in the Settlement Agreements, that have been named as defendants in the Amended Complaint. *See* Exhibit A n. 1.

1

Dated:  August 18, 2023

Respectfully submitted,

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
Anne R. Bohnet
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Corporation*

*/s/ Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
(202) 434-5000 / tel.
(202) 434-5029/ fax
emainigi@wc.com

*Attorneys for Defendant Cardinal Health, Inc.*

*/s/ Timothy C. Hester*
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*
/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com

*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

/s/ Brian T. Himmel
Brian T. Himmel
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: 412.288.4058
Facsimile: 414.288.3063
bhimmel@reedsmith.com

Louis W. Schack
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
lschack@reedsmith.com

*Counsel for Defendant H. D. Smith, LLC, f/k/a. H. D. Smith Wholesale Drug Co.*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on August 18, 2023, the Motion for Leave to File Settling Distributors' Motion To Dismiss Claims Filed By Non-Participating Kentucky Subdivision As Barred By Statute was served on all counsel of record via the CM/ECF system.

/s/ *Robert A. Nicholas*
Robert A. Nicholas