# EXHIBIT 3

# Commonwealth of Kentucky
## Department of State



### Office of Secretary of State

THELMA L. STOVALL, SECRETARY

**DOMESTIC CORPORATION DEPARTMENT**

**NON-STOCK CORPORATION**

I, THELMA L. STOVALL, Secretary of the State of Kentucky, hereby certify that Articles of Incorporation of the

TAYLOR COUNTY HOSPITAL DISTRICT HEALTH FACILITIES CORPORATION, Campbellsville, Kentucky

has this day been filed in my office.

It appearing from said Articles of Incorporation that the said Corporation has no capital stock, and no private pecuniary profit is to be derived therefrom, the said Corporation is not required by law to pay a tax on organization; and it further appearing that the aforesaid Corporation has complied with all the requirements of the law, this certificate is issued as evidence of the fact that the said Corporation is now authorized and empowered to do business in this State under its charter, subject to the restrictions imposed by the statutes of Kentucky.

Given under my hand as Secretary of State, this 30TH day of MAY 19 72

_Mae Girkey, Acting_
Secretary of State

_____
Assistant Secretary of State



SECRETARY OF STATE



SECRETARY OF STATE
RECEIVED
Commonwealth of Kentucky

# ARTICLES OF INCORPORATION

## OF

## TAYLOR COUNTY HOSPITAL DISTRICT HEALTH FACILITIES CORPORATION

KNOW ALL MEN BY THESE PRESENTS:

That we, Floyd Hensley, Mildred Turner, Buster Hall, H. R. Richerson and Henry Ford, all of Taylor County, Kentucky, do declare that we hereby associate ourselves to form a nonprofit, no-stock corporation for charitable and public purposes pursuant to the provisions of KRS 273.161, et seq., as follows:

ARTICLE I.  The name of the Corporation shall be "Taylor County Hospital District Health Facilities Corporation."

ARTICLE II.  The purpose of the Corporation is solely to cooperate with the Taylor County Hospital District, a political subdivision of the Commonwealth of Kentucky organized under the provisions of KRS 216.310 to KRS 216.360, inclusive, and its Board of Trustees, and to act as an agency and instrumentality thereof, in the financing, by this Corporation, of public improvements and public projects constituting hospital or health facilities for the Taylor County Hospital District which may properly be undertaken pursuant to the terms of Chapter 58 of the Kentucky Revised Statutes and other statutes empowering governmental agencies to undertake such public projects, and (without in any way limiting the generality of the foregoing) for the particular purpose of acquiring, by purchase, lease, or otherwise, real estate located within or without the Taylor County Hospital District, or any interest therein, and to construct or otherwise acquire, develop and equip facilities, buildings, structures, or other improvements thereon which constitute hospital

or health facilities and which may be utilized by the Taylor County Hospital District for any of its public health functions and purposes, and by lease, sale, sub-lease, or otherwise, make all or any part of such properties available to the Taylor County Hospital District for public health and health care purposes. In carrying out its said corporate purposes, the Corporation shall have all the powers enumerated in KRS 273.171, and shall specifically have power to contract and be contracted with, to sue and be sued, to acquire, as aforesaid, own, hold and use real and personal property, by purchase, lease, gift, or in any other manner whatsoever, with power to deal with any and all such property in any manner consistent with the said purposes of the Corporation, specifically including, but not by way of limitation, the power to sell and dispose of the same, to mortgage, lease, or otherwise encumber the same or to dispose of the same by gift in the event such disposition will not violate the terms and conditions of any grant pursuant to which such property is received by the Corporation. The Corporation shall have power to make contracts, to borrow money, to incur indebtedness, to issue its notes or bonds in evidence of the same, and to hypothecate any or all of its property as security for the same in any manner consistent with the said purpose of its incorporation.

ARTICLE III. The Corporation is organized solely for charitable and public purposes and as an agency and instrumentality of the Taylor County Hospital District, in the Commonwealth of Kentucky, and no private pecuniary profit shall at any time be derived by any Officers or Directors of the Corporation. The Corporation shall not engage in propaganda or in any manner attempt to influence legislation. In the event the Corporation is dissolved, all of its properties (after provision has first been made for the payment of

any indebtedness and expenses) shall become the property of the Taylor County Hospital District automatically and without any necessity for formal conveyances.

ARTICLE IV. The duration of the Corporation shall be perpetual, or until dissolved by voluntary act of the Directors in such manner as may be prescribed by law.

ARTICLE V. The registered office of the Corporation in Kentucky shall be the office of Clyde Williams, Jr., Attorney at Law, 215 First Street, Campbellsville, Kentucky 42718.

The registered agent of the Corporation for the service of process shall be Clyde Williams, Jr., Attorney at Law, whose official address as process agent for the Corporation is 215 First Street, Campbellsville, Kentucky 42718.

ARTICLE VI. The Corporation shall have no capital stock. The five Incorporators, being the present members of the Board of Trustees of the Taylor County Hospital District, shall be the original Directors of the Corporation and shall serve as the Corporation's first Board of Directors, and each shall continue to be a Director during his tenure in such public office and until qualification of his duly appointed successor in such public office, at which time he shall automatically cease to be a Director of the Corporation and shall be succeeded automatically by such successor in public office, without necessity for resignation of the one or the appointment of the other; and thereafter each successor in such public office shall automatically replace his predecessor in such public office as a Director of the Corporation, and shall serve as a Director and be succeeded, all in the foregoing described manner.

Pursuant to authority of KRS 273.187, the Corporation shall not have any members.

- 3 -

Unless the Board of Directors shall make express provision to the contrary by Resolution, motion, or other corporate action which is made to appear in the official Minute Book of the Corporation, the signature, or any authorized facsimile of the signature, of any Director or Officer of the Corporation appearing upon any contract, note, bond, mortgage, certificate, or other document of the Corporation shall remain valid, binding and effective for all purposes, notwithstanding the fact that at the delivery or other intended effective date thereof, such Director, or Officer, shall have ceased to be a Director, or shall have ceased to hold such office of the Corporation.

It is the intent of these Articles that this Corporation shall be a legal corporate entity in its own right, separate and apart from the Taylor County Hospital District, and from the Board of Trustees of said District, but nevertheless as aforesaid, to be and to constitute the agency and instrumentality of said Taylor County Hospital District. The undertakings, promises, commitments, notes, bonds, mortgages, conveyances and contracts of this Corporation shall not in any manner or to any extent be deemed or construed to be binding upon the Taylor County Hospital District, or upon the Board of Trustees thereof, notwithstanding that it is the purpose of this Corporation to serve as an agency and instrumentality of said District and Board, and to serve and promote the same public interests and accomplish the same public objectives.

ARTICLE VII. The Corporation shall commence business immediately upon the recording of these Articles of Incorporation in the Office of the Secretary of State of Kentucky, and in the Office of the Clerk of the County Court of Taylor County, Kentucky, and upon the issuance by the Secretary of State of a Certificate of Incorporation.

- 4 -

ARTICLE VIII. The private property of the Incorporators and Directors shall not be subject to or in any way liable for any debt or contract of the Corporation or any judgment against the Corporation.

ARTICLE IX. The Corporation shall have such Officers as the Board of Directors may from time to time determine, and such Officers shall have such powers and duties as may be prescribed from time to time by the Board of Directors. The Board of Directors shall have power to make By-Laws and to alter the same at will.

ARTICLE X. The names and addresses of the Incorporators and original Directors are as follows:

| NAME | ADDRESS | |
|---|---|---|
| Floyd Hensley | Route #3 | Campbellsville Kentucky |
| Mildred Turner | 410 East First Street | Campbellsville Kentucky |
| Buster Hall | Route #5 | Campbellsville Kentucky |
| H. R. Richerson | Robert Road | Campbellsville Kentucky |
| Henry Ford | Route #1 | Campbellsville Kentucky |

IN TESTIMONY WHEREOF, witness our signatures this 24th day of May, 1972.

_____  _____
Floyd Hensley                Buster Hall

_____  _____
Mildred Turner               H. R. Richerson

_____
Henry Ford

- 5 -                                             (over)

STATE OF KENTUCKY )
               ) SS
COUNTY OF TAYLOR  )

The undersigned, a Notary Public in and for the State and County aforesaid, does hereby certify that on this day the foregoing Articles of Incorporation were produced before me in my said County and State by Floyd Hensley, Buster Hall, Mildred Turner, H. R. Richerson, and Henry Ford, and they thereupon acknowledged to me that they executed the Articles of Incorporation as their free and voluntary acts and deed for the uses and purposes therein expressed.

WITNESS my hand and Notarial Seal this 24 day of May, 1972. My commission expires August 10, 1974.

_____
Notary Public
Taylor County, Kentucky

(SEAL)

The foregoing document was prepared by William W. Davis, of GRAFTON, FERGUSON, FLEISCHER & HARPER, 310 West Liberty Street, Louisville, Kentucky 40202.

_____
William W. Davis

ORIGINAL COPY
FILED AND RECORDED
SECRETARY OF STATE OF KENTUCKY
FRANKFORT, KENTUCKY

- MAY 30 1972

_____
SECRETARY OF STATE
BY _____
ASSISTANT SECRETARY OF STATE

- 6 -

CLYDE WILLIAMS, JR.
ATTORNEY AT LAW
CAMPBELLSVILLE, KENTUCKY
TELEPHONE 465-4038

May 26, 1972

Secretary of State
Frankfort, Kentucky

Dear Sir:

Enclosed you will find four copies of Articles of Incorporation of Taylor County Hospital, District Health Facilities Corporation, a check to you for four dollars for the filing fee and issuance of a certificate of incorporation, and a check to the State Treasurer for ten dollars for the license fee.

Please return three copies to me with attached certificates of Incorporation.

Very truly yours,

Clyde Williams, Jr.

jsj

Enclosures