**Appendix A**

| Subdivision | Jurisdiction | Docket No. | Signed w/Permission | Firm |
|---|---|---|---|---|
| Berkeley County (WV) | NDOH | 17-op-45171 | /s/ Andrew C. Skinner | Skinner Law Firm |
| Bluefield City (WV) | NDOH | 1:18-op-45659 | /s/ John D. Hurst | Motley Rice |
| Braxton County (WV) | NDOH | 1:18-op-45313 | /s/ John D. Hurst | Motley Rice |
| Buckhannon City (WV) | NDOH | 1:18-op-46085 | /s/ John D. Hurst | Motley Rice |
| Cabell County (WV) | NDOH | 17-op-45053 | /s/ Anthony J. Majestro | Powell & Majestro |
| Charles Town City (WV) | NDOH | 19-op-45250 | /s/ Andrew C. Skinner | Skinner Law Firm |
| Charleston City (WV) | NDOH | 18-op-45224 | /s/ John D. Hurst | Motley Rice |
| Clendenin Town (WV) | NDOH | 18-op-46127 | /s/ John D. Hurst | Motley Rice |
| Dunbar City (WV) | NDOH | 18-op-45546 | /s/ John D. Hurst | Motley Rice |
| Fayette County (WV) | NDOH | 17-op-45062 | /s/ Anthony J. Majestro | Powell & Majestro |
| Fort Gay Town (WV) | NDOH | 18-op-45225 | /s/ John D. Hurst | Motley Rice |
| Gauley Bridge Town (WV) | NDOH | 18-op-46278 | /s/ John D. Hurst | Motley Rice |
| Granville Town (WV) | NDOH | 18-op-45320 | /s/ John D. Hurst | Motley Rice |
| Greenbrier County (WV) | NDOH | 1:19-op-45080 | /s/ Aaron L. Harrah | Hill, Peterson, Carper, Bee & Deitzler |
| Huntington City (WV) | NDOH | 17-op-45054 | /s/ John D. Hurst | Motley Rice |
| Huntington City (WV) | NDOH | 18-op-45984 | /s/ John D. Hurst | Motley Rice |
| Jefferson County (WV) | NDOH | 17-op-45170 | /s/ Andrew C. Skinner | Skinner Law Firm |
| Kanawha County (WV) | NDOH | 17-op-45063 | /s/ Anthony J. Majestro | Powell & Majestro |
| Kenova City (WV) | NDOH | 18-op-46346 | /s/ John D. Hurst | Motley Rice |
| Milton City (WV) | NDOH | 18-op-45321 | /s/ John D. Hurst | Motley Rice |
| Montgomery City (WV) | NDOH | 18-op-46128 | /s/ John D. Hurst | Motley Rice |
| Nicholas County (WV) | NDOH | 18-op-45314 | /s/ John D. Hurst | Motley Rice |
| Parkersburg City (WV) | NDOH | 1:18-op-45315 | /s/ John D. Hurst | Motley Rice |
| Princeton City (WV) | NDOH | 1:18-op-46054 | /s/ John D. Hurst | Motley Rice |
| Raleigh County (WV) | NDOH | 18-op-45108 | /s/ Christopher M. Davis | Wooton Davis Hussell & Ellis |
| Saint Albans City (WV) | NDOH | 18-op-45269 | /s/ John D. Hurst | Motley Rice |
| Smithers City (WV) | NDOH | 18-op-45319 | /s/ John D. Hurst | Motley Rice |
| Sophia Town (WV) | NDOH | 18-op-46129 | /s/ John D. Hurst | Motley Rice |
| Summersville City (WV) | NDOH | 1:18-op-45316 | /s/ John D. Hurst | Motley Rice |
| Vienna City (WV) | NDOH | 19-op-45042 | /s/ Aaron L. Harrah | Hill, Peterson, Carper, Bee & Deitzler |
| Wayne County (WV) | NDOH | 17-op-45052 | /s/ Anthony J. Majestro | Powell & Majestro |