UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Cases* | MDL No. 2804<br>Case No. 17-MD-2804<br>**Judge Dan Aaron Polster** |

## PROPOSED ORDER

**AND NOW**, this _____ day of _____, 2023, upon consideration of the Kroger defendants' Motion Seeking Leave to File Under Seal confidential documents as Exhibits in support of Kroger's Objection to the Order regarding Frances Tucker's deposition, pursuant to Local Rule 5.2 and the Case Management Order No. 2: Stipulated Protective Order dated May 15, 2018 (Doc. 441), it is hereby **ORDERED** that Kroger's Motion Seeking Leave is **GRANTED**.

BY THE COURT:

_____
DAN AARON POLSTER
United States District Judge