# EXHIBIT L

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |
| THIS DOCUMENT RELATES TO: | |
| *Track Nine* | |

## NOTICE OF DEPOSITION OF FRANCIE TUCKER

PLEASE TAKE NOTICE that, pursuant to the applicable Federal Rules of Civil Procedure, this Court's local rules, this Court's Case Management Orders, and any other applicable law or rule, Track Nine Plaintiffs, in the above-captioned litigation, by and through undersigned counsel, will take the oral videotaped deposition of Francie Tucker on August 4, 2023, beginning at 9:00 a.m. CDT, at a mutually agreed upon location to be determined by the parties.

The deposition will be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Northern District of Ohio, and all pretrial Orders and Case Management Orders entered by the Court. Court reporting services and video recording services will be provided by Golkow Litigation Services.