# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | **MDL No. 2804** |
| This document relates to: ) ) | **Case No. 1:17-md-2804** |
| *St. Bernard Parish Government v. Purdue Pharma L.P. et al.*, 1:18-op-45756 ) ) ) ) | **Hon. Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please take notice that Walter A. Dodgen hereby enters an appearance on behalf of Defendant Associated Pharmacies, Inc. in the above-styled civil action.

Dated: August 22, 2023                          Respectfully submitted,

                                                 */s/ Walter A. Dodgen*
                                                 Walter A. Dodgen
                                                 MAYNARD NEXSEN PC
                                                 655 Gallatin Street SW
                                                 Huntsville, Alabama 35801
                                                 Phone: (256) 551-0171
                                                 tdodgen@maynardnexsen.com

                                                 *Counsel for Associated Pharmacies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Walter A. Dodgen*
                                          Walter A. Dodgen