UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

### MASTER STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO WEST VIRGINIA CVS SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff West Virginia Subdivisions identified in Appendix A (collectively, "Dismissing WV Plaintiffs") and Defendant CVS Pharmacy, Inc. (together with the Released Entities, "CVS"[1]) that, pursuant to the election of each Dismissing WV Plaintiff to participate in the CVS West Virginia Settlement attached hereto as Appendix B, all claims of each Dismissing WV Plaintiff against any Released Entity that is a defendant in any action listed in Appendix A are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The CVS West Virginia Settlement is between the State of West Virginia and CVS Pharmacy, Inc., but the settlement provides for participation by the Dismissing WV Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Released Entities," which includes, among other CVS entities, CVS Health Corporation, CVS TN Distribution, L.L.C., CVS Rx Services, Inc., CVS Indiana, L.L.C., and West Virginia CVS Pharmacy, L.L.C.  Appendix B § II.HH.

8833532.1

Dated: August 21, 2023   Respectfully submitted,

Agreed as to form and substance:

| **CVS** | **DISMISSING WV PLAINTIFFS** |
|---|---|
| */s/ Eric R. Delinsky* | */s/ John D. Hurst* |
| Eric R. Delinsky | Joseph F. Rice |
| Alexandra W. Miller | Anne McGinness Kearse |
| Paul B. Hynes, Jr. | Motley Rice |
| ZUCKERMAN SPAEDER LLP | 28 Bridgeside Blvd. |
| 1800 M Street NW, Suite 1000 | Mount Pleasant, SC 29464 |
| Washington, DC 20036 | 843-216-9000 |
| (202) 778-1800 | 843-216-9450 (fax) |
| E-mail: edelinsky@zuckerman.com | jrice@motleyrice.com |
| E-mail: smiller@zuckerman.com | akearse@motleyrice.com |
| E-mail: gbush@zuckerman.com | |
| E-mail: phynes@zuckerman.com | John D. Hurst |
| | Motley Rice |
| *Counsel for CVS Pharmacy, Inc.* | 50 Clay Street, Suite 1 |
| | Morgantown, WV 26501 |
| | 304-413-0457 |
| | jhurst@motleyrice.com |

*Counsel for*
*Bluefield City (1:18-op-45659)*
*Braxton County (1:18-op-45313)*
*Buckhannon City (1:18-op-46085)*
*Charleston City (1:18-op-45224)*
*Clendenin Town (1:18-op-46127)*
*Dunbar City (1:18-op-45546)*
*Fort Gay Town (1:18-op-45225)*
*Gauley Bridge Town (1:18-op-46278)*
*Granville Town (1:18-op-45320)*
*Huntington City (1:17-op-45054)*
*Huntington City (1:18-op-45984)*
*Kenova City (1:18-op-46346)*
*Milton City (1:18-op-45321)*
*Montgomery City (1:18-op-46128)*
*Nicholas County (1:18-op-45314)*
*Parkersburg City (1:18-op-45315)*
*Princeton City (1:18-op-46054)*
*Saint Albans City (1:18-op-45269)*
*Smithers City (1:18-op-45319)*
*Sophia Town (1:18-op-46129)*
*Summersville City (1:18-op-45316)*

/s/ *Anthony J. Majestro*
Anthony J. Majestro
Powell & Majestro
Ste. P1200
405 Capitol Street
Charleston, WV 25301
304-346-2889
304-346-2895 (fax)
amajestro@powellmajestro.com

*Counsel for*
*Cabell County (1:17-op-45053)*
*Fayette County (1:17-op-45062)*
*Kanawha County (1:17-op-45052)*
*Wayne County (1:17-op-45052)*


/s/ *Andrew C. Skinner*
Andrew C. Skinner
Laura C. Davis
Macon Bryan Epps Gray
Stephen G. Skinner
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414
301-725-4029
304-725-4082 (fax)

*Counsel for*
*Berkeley County (1:17-op-45171)*
*Charles Town City (1:18-op-45332-DAP)*
*Jefferson County (1:19-op-45087-DAP)*

/s/ Aaron L. Harrah
Aaron L. Harrah
Hill, Peterson, Carper, Bee & Deitzler
500 Tracy Way
Charleston, WV 25311
304-345-5667
Fax: 304-345-1519
aaron@hpcbd.com

*Counsel for*
*Greenbrier County (1:19-op-45080)*
*Vienna City (1:19-op-45042)*


/s/ Christopher M. Davis
Christopher M. Davis
Wooton Davis Hussell & Ellis
201 North Kanawha Street
PO Box 2600
Beckley, WV 25802
304-255-2188
304-255-2189 (fax)
chris.davis@wwdhe.com

*Counsel for Raleigh County (1:22-op-45028)*


SO ORDERED this 22nd day of August, 2023.


 s/ Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge

8833532.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 21, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                       */s/ John D. Hurst*
                                       John D. Hurst

8833532.1