**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) Case No. 1:19-op-45278-DAP ) Case No. 1:21-op-45080-DAP ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE POLSTER<br><br><br><br><br>ORDER TO SHOW CAUSE REGARDING THE MOTION TO DISMISS AT DOCKET NO. 4674 |

After certain Defendants entered Settlement Agreements reaching global resolution of all opioid litigation filed by governmental entities, the Defendants filed a motion to dismiss all claims filed against them by Plaintiffs The Hospital Authority of Wayne County, Georgia and Bibb County School District.  *See* docket no. 4674.  The basis for the motion was that these claims were barred by Georgia statute – specifically, O.C.G.A. § 10-13B-1, *et seq.*, which "bar[s] any and all past, present or future claims on behalf of any governmental entity seeking to recover against any business or person that is a released entity under the terms of the relevant settlement."

In response, Plaintiffs challenged the constitutionality of the Georgia statute.  *See* docket no. 4695.  To obtain a quick and final answer on this issue, this Court certified two questions to the Georgia Supreme Court.  *See* docket no. 4799.  The first question was: "Does the Hospital Authority of Wayne County, Georgia have the legal authority to challenge the constitutionality of O.C.G.A. § 10-13B- 1, et seq.?"  *Id.* at 2.  The Georgia Supreme Court recently answered this question as

follows:

> [W]e conclude that the General Assembly's passage of the preemption provision [in the statute] took away any power HAWC otherwise may have had under OCGA § 31-7-75 to pursue claims that the preemption provision and the Settlement Act are unconstitutional, and the answer to the first question certified by the District Court is no.

*Hosp. Auth. of Wayne Cty. v. AmerisourceBergen Drug Corp.*, 2023 WL 5337867, at *4 (Ga. Aug. 21, 2023).

Accordingly, this Court intends to grant the original motion to dismiss. The Court will enter the proposed order supplied by Defendants at docket no. 4674-1 unless Plaintiffs **show cause**, on or before noon on September 1, 2023, why the Court should not do so.

    **IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated:** August 28, 2023