LR – Appendix G

United States District Court
Northern District of Ohio

# Non-Appeal Transcript Order

To Be Completed by Ordering Party

| Court Reporter | Greg Mizanin | | Judicial Officer | | Hon. Dan Aaron Polster |
|---|---|---|---|---|---|
| Requested by: | | Jackson Edwards | | Phone | 832-331-4104 |
| Case Name | In Re: National Prescription Opiate Litigation | | | | |
| Case Number | 1: 17-md-02804 | | Date(s) of Proceedings | 2023.08.30 | |
| Today's Date | 2023.08.30 | | Requested Completion Date | 2023.08.30 | |

**Financial arrangements must be made with the court reporter before transcript is prepared. If the method of payment is authorized under CJA, submit the AUTH-24 in the OHND CJA eVoucher System**

| Email Address | | jacksonedwards@quinnemanuel.com | *Jackson Edwards* |
|---|---|---|---|
| | | | Signature of Ordering Party |

| Maximum Rate Per Page | | | |
|---|---|---|---|
| **Transcript Type** | **Original** | **First Copy to each party** | **Each add'l Copy** |
| **Ordinary:** A transcript to be delivered within thirty (30) days after receipt of order. | $3.65 | $0.90 | $0.60 |
| **14-Day Transcript:** A transcript to be delivered within fourteen (14) days after receipt of an order. | $4.25 | $0.90 | $0.60 |
| **Expedited/7-Day Transcript:** A transcript to be delivered within seven (7) days after receipt of order. | $4.85 | $0.90 | $0.60 |
| **3-Day Transcript:** A transcript to be delivered within three (3) days after receipt of order. | $5.45 | $1.05 | $0.75 |
| **Daily:** A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | $6.05 | $1.20 | $0.90 |
| **Hourly:** A transcript of proceedings to be delivered within two (2) hours from receipt of the order. | ✓ $7.25 | $1.20 | $0.90 |
| **Realtime Unedited Transcript:** A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. | ✓ $3.05 One feed, $3.05 per page; two to four feeds, $2.10 per page; five or more feeds, $1.50 per page. | | |

Local Civil Rule 80.1/Criminal Rule 57.20 of the Northern District of Ohio requires transcript requests to be addressed to the court reporter who took the proceeding and filed with the Clerk of Court. Please electronically file the form and the appropriate court reporter and court staff will receive notification of the filing.