# EXHIBIT B

| | | | | | | | PHARMACY DATA LAYOUT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NDC** | **DRUG NAME** | **Number of prescriptions submitted in 2015** | **Number of prescriptions submitted in 2016** | **Number of prescriptions submitted in 2017** | **Number of prescriptions submitted in 2018** | **Number of prescriptions submitted in 2019** | **Total amount billed for all prescriptions in 2015** | **Total amount billed for all prescriptions in 2016** | **Total amount billed for all prescriptions in 2017** | **Total amount billed for all prescriptions in 2018** | **Total amount billed for all prescriptions in 2019** | **Total amount paid for all prescriptions in 2015** | **Total amount paid for all prescriptions in 2016** | **Total amount paid for all prescriptions in 2017** | **Total amount paid for all prescriptions in 2018** | **Total amount paid for all prescriptions in 2019** |
| 007270C2417 | 3P PANE CODEINE | | | | | | | | | | | | | | | |
| 007270C2475 | 3P PANE CODEINE | | | | | | | | | | | | | | | |
| 00727014025 | 3P RONCAP | | | | | | | | | | | | | | | |
| 12071000601 | A.B.C. COMPOUND W/CODEINE | | | | | | | | | | | | | | | |
| 12071000605 | A.B.C. COMPOUND W/CODEINE | | | | | | | | | | | | | | | |
| 00102307501 | A.B.C. W/CODEINE | | | | | | | | | | | | | | | |
| 49727019302 | A.B.C. W/CODEINE | | | | | | | | | | | | | | | |
| 52406091701 | A.B.C. W/CODEINE | | | | | | | | | | | | | | | |
| 52446000221 | A.B.C. W/CODEINE | | | | | | | | | | | | | | | |
| 00779061525 | A.P.C. W/BUTALBITAL & CODEINE | | | | | | | | | | | | | | | |
| 00081035655 | A.P.C. W/CODEINE | | | | | | | | | | | | | | | |
| 00081035675 | A.P.C. W/CODEINE | | | | | | | | | | | | | | | |
| 00081036955 | A.P.C. W/CODEINE | | | | | | | | | | | | | | | |
| 00081036975 | A.P.C. W/CODEINE | | | | | | | | | | | | | | | |
| 00359054450 | A.P.C. W/CODEINE | | | | | | | | | | | | | | | |
| 00359054550 | A.P.C. W/CODEINE | | | | | | | | | | | | | | | |
| 00580003910 | A.P.C. W/CODEINE | | | | | | | | | | | | | | | |
| 35470001401 | A.P.C. W/CODEINE | | | | | | | | | | | | | | | |
| 35470037501 | A.P.C. W/CODEINE | | | | | | | | | | | | | | | |
| 35470390001 | A.P.C. W/CODEINE | | | | | | | | | | | | | | | |
| 00002311202 | A.S.A. & CODEINE COMPOUND | | | | | | | | | | | | | | | |
| 00002311203 | A.S.A. & CODEINE COMPOUND | | | | | | | | | | | | | | | |
| 00002311302 | A.S.A. & CODEINE COMPOUND | | | | | | | | | | | | | | | |
| 00002406702 | A.S.A. & CODEINE COMPOUND | | | | | | | | | | | | | | | |
| 00002406703 | A.S.A. & CODEINE COMPOUND | | | | | | | | | | | | | | | |
| 51728054701 | ABC # 3 | | | | | | | | | | | | | | | |
| 51728054705 | ABC #3 | | | | | | | | | | | | | | | |
| 00157074901 | ABC COMPOUND W/CODEINE | | | | | | | | | | | | | | | |
| 00157074905 | ABC COMPOUND W/CODEINE | | | | | | | | | | | | | | | |
| 00172480260 | ABC COMPOUND W/CODEINE | | | | | | | | | | | | | | | |
| 00172480270 | ABC COMPOUND W/CODEINE | | | | | | | | | | | | | | | |
| 52446000201 | ABC COMPOUND W/CODEINE | | | | | | | | | | | | | | | |
| 00948559801 | ABC W/CODEINE | | | | | | | | | | | | | | | |
| 00879064801 | ABC/CODEINE #2 | | | | | | | | | | | | | | | |
| 00879064805 | ABC/CODEINE #2 | | | | | | | | | | | | | | | |
| 00879064701 | ABC/CODEINE #3 | | | | | | | | | | | | | | | |
| 00879064705 | ABC/CODEINE #3 | | | | | | | | | | | | | | | |
| 42358010032 | ABSTRAL | | | | | | | | | | | | | | | |
| 42358020032 | ABSTRAL | | | | | | | | | | | | | | | |
| 42358030032 | ABSTRAL | | | | | | | | | | | | | | | |
| 42358040032 | ABSTRAL | | | | | | | | | | | | | | | |
| 42358060032 | ABSTRAL | | | | | | | | | | | | | | | |
| 42358080032 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022104 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022132 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022204 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022232 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022304 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022332 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022404 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022432 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022604 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022632 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022804 | ABSTRAL | | | | | | | | | | | | | | | |
| 42747022832 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033104 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033132 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033204 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033232 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033304 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033332 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033404 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033432 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033604 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033632 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033804 | ABSTRAL | | | | | | | | | | | | | | | |
| 57881033832 | ABSTRAL | | | | | | | | | | | | | | | |
| 25332106604 | ACETACO (Acetaminophen/Codeine Phosphate) | | | | | | | | | | | | | | | |
| 48253015701 | ACETAMINOPHEN          W/COD | | | | | | | | | | | | | | | |
| 48253015801 | ACETAMINOPHEN          W/COD | | | | | | | | | | | | | | | |
| 47202256803 | ACETAMINOPHEN (Acetaminophen/Codeine Phosphate) | | | | | | | | | | | | | | | |
| 66267000284 | ACETAMINOPHEN AND CODEINE PHOSPHATE | | | | | | | | | | | | | | | |
| 66267000290 | ACETAMINOPHEN AND CODEINE PHOSPHATE | | | | | | | | | | | | | | | |