# EXHIBIT C

Identification Logic of Opioid Abuse using HCPCS and ICD Diagnosis Codes

| ICD CodeValues | HCPCS CodeValues | CODE DESCRIPTION |
|---|---|---|
| 304 | | Opioid dependence |
| 304.0 | | Opioid type dependence |
| 304.00 | | Opioid type dependence, unspecified |
| 304.01 | | Opioid type dependence, continuous |
| 304.02 | | Opioid type dependence, episodic |
| 304.03 | | Opioid type dependence, in remission |
| 304.7 | | Combinations of opioid type drug with any other drug dependence |
| 304.70 | | Combinations of opioid type drug with any other drug dependence, unspecified |
| 304.71 | | Combinations of opioid type drug with any other drug dependence, continuous |
| 304.72 | | Combinations of opioid type drug with any other drug dependence, episodic |
| 304.73 | | Combinations of opioid type drug with any other drug dependence, in remission |
| 305.5 | | Nondependent opioid abuse |
| 305.50 | | Opioid abuse, unspecified |
| 305.51 | | Opioid abuse, continuous |
| 305.52 | | Opioid abuse, episodic |
| 305.53 | | Opioid abuse, in remission |
| F11 | | Opioid related disorders |
| F11.1 | | Opioid abuse |
| F11.10 | | Opioid abuse, uncomplicated |
| F11.11 | | Opioid abuse, in remission |
| F11.12 | | Opioid abuse with intoxication |
| F11.120 | | Opioid abuse with intoxication, uncomplicated |
| F11.121 | | Opioid abuse with intoxication delirium |
| F11.122 | | Opioid abuse with intoxication with perceptual disturbance |
| F11.129 | | Opioid abuse with intoxication, unspecified |
| F11.14 | | Opioid abuse with opioid-induced mood disorder |
| F11.15 | | Opioid abuse with opioid-induced psychotic disorder |
| F11.150 | | Opioid abuse with opioid-induced psychotic disorder with delusions |
| F11.151 | | Opioid abuse with opioid-induced psychotic disorder with hallucinations |
| F11.159 | | Opioid abuse with opioid-induced psychotic disorder, unspecified |
| F11.18 | | Opioid abuse with other opioid-induced disorder |
| F11.181 | | Opioid abuse with opioid-induced sexual dysfunction |
| F11.182 | | Opioid abuse with opioid-induced sleep disorder |
| F11.188 | | Opioid abuse with other opioid-induced disorder |
| F11.19 | | Opioid abuse with unspecified opioid-induced disorder |
| F11.2 | | Opioid dependence |
| F11.20 | | Opioid dependence, uncomplicated |
| F11.21 | | Opioid dependence, in remission |
| F11.22 | | Opioid dependence with intoxication |
| F11.220 | | Opioid dependence with intoxication, uncomplicated |
| F11.221 | | Opioid dependence with intoxication delirium |
| F11.222 | | Opioid dependence with intoxication with perceptual disturbance |

| | | |
|---|---|---|
| F11.229 | | Opioid dependence with intoxication, unspecified |
| F11.23 | | Opioid dependence with withdrawal |
| F11.24 | | Opioid dependence with opioid-induced mood disorder |
| F11.25 | | Opioid dependence with opioid-induced psychotic disorder |
| F11.250 | | Opioid dependence with opioid-induced psychotic disorder with delusions |
| F11.251 | | Opioid dependence with opioid-induced psychotic disorder with hallucinations |
| F11.259 | | Opioid dependence with opioid-induced psychotic disorder, unspecified |
| F11.28 | | Opioid dependence with other opioid-induced disorder |
| F11.281 | | Opioid dependence with opioid-induced sexual dysfunction |
| F11.282 | | Opioid dependence with opioid-induced sleep disorder |
| F11.288 | | Opioid dependence with other opioid-induced disorder |
| F11.29 | | Opioid dependence with unspecified opioid-induced disorder |
| T40.0X1 | | POISONING BY OPIUM, ACCIDENTAL (UNINTENTIONAL) |
| T40.0X1A | | POISONING BY OPIUM, ACCIDENTAL (UNINTENTIONAL), INIT ENCNTR |
| T40.0X1D | | POISONING BY OPIUM, ACCIDENTAL (UNINTENTIONAL), SUBS ENCNTR |
| T40.0X1S | | POISONING BY OPIUM, ACCIDENTAL (UNINTENTIONAL), SEQUELA |
| T40.0X2 | | POISONING BY OPIUM, INTENTIONAL SELF-HARM |
| T40.0X2A | | POISONING BY OPIUM, INTENTIONAL SELF-HARM, INITIAL ENCOUNTER |
| T40.0X2D | | POISONING BY OPIUM, INTENTIONAL SELF-HARM, SUBS ENCNTR |
| T40.0X2S | | POISONING BY OPIUM, INTENTIONAL SELF-HARM, SEQUELA |
| T40.0X3 | | POISONING BY OPIUM, ASSAULT |
| T40.0X3A | | POISONING BY OPIUM, ASSAULT, INITIAL ENCOUNTER |
| T40.0X3D | | POISONING BY OPIUM, ASSAULT, SUBSEQUENT ENCOUNTER |
| T40.0X3S | | POISONING BY OPIUM, ASSAULT, SEQUELA |
| T40.0X4 | | POISONING BY OPIUM, UNDETERMINED |
| T40.0X4A | | POISONING BY OPIUM, UNDETERMINED, INITIAL ENCOUNTER |
| T40.0X4D | | POISONING BY OPIUM, UNDETERMINED, SUBSEQUENT ENCOUNTER |
| T40.0X4S | | POISONING BY OPIUM, UNDETERMINED, SEQUELA |
| T40.1 | | POISONING BY AND ADVERSE EFFECT OF HEROIN |
| T40.1X | | POISONING BY AND ADVERSE EFFECT OF HEROIN |
| T40.1X1 | | POISONING BY HEROIN, ACCIDENTAL (UNINTENTIONAL) |
| T40.1X1A | | POISONING BY HEROIN, ACCIDENTAL (UNINTENTIONAL), INIT ENCNTR |
| T40.1X1D | | POISONING BY HEROIN, ACCIDENTAL (UNINTENTIONAL), SUBS ENCNTR |
| T40.1X1S | | POISONING BY HEROIN, ACCIDENTAL (UNINTENTIONAL), SEQUELA |
| T40.1X2 | | POISONING BY HEROIN, INTENTIONAL SELF-HARM |
| T40.1X2A | | POISONING BY HEROIN, INTENTIONAL SELF-HARM, INIT ENCNTR |
| T40.1X2D | | POISONING BY HEROIN, INTENTIONAL SELF-HARM, SUBS ENCNTR |
| T40.1X2S | | POISONING BY HEROIN, INTENTIONAL SELF-HARM, SEQUELA |
| T40.1X3 | | POISONING BY HEROIN, ASSAULT |
| T40.1X3A | | POISONING BY HEROIN, ASSAULT, INITIAL ENCOUNTER |
| T40.1X3D | | POISONING BY HEROIN, ASSAULT, SUBSEQUENT ENCOUNTER |
| T40.1X3S | | POISONING BY HEROIN, ASSAULT, SEQUELA |
| T40.1X4 | | POISONING BY HEROIN, UNDETERMINED |
| T40.1X4A | | POISONING BY HEROIN, UNDETERMINED, INITIAL ENCOUNTER |
| T40.1X4D | | POISONING BY HEROIN, UNDETERMINED, SUBSEQUENT ENCOUNTER |
| T40.1X4S | | POISONING BY HEROIN, UNDETERMINED, SEQUELA |
| T40.1X5 | | ADVERSE EFFECT OF HEROIN |

| | | |
|---|---|---|
| T40.1X5A | | ADVERSE EFFECT OF HEROIN, INITIAL ENCOUNTER |
| T40.1X5D | | ADVERSE EFFECT OF HEROIN, SUBSEQUENT ENCOUNTER |
| T40.1X5S | | ADVERSE EFFECT OF HEROIN, SEQUELA |
| T40.1X6 | | UNDERDOSING OF HEROIN |
| T40.1X6A | | UNDERDOSING OF HEROIN, INITIAL ENCOUNTER |
| T40.1X6D | | UNDERDOSING OF HEROIN, SUBSEQUENT ENCOUNTER |
| T40.1X6S | | UNDERDOSING OF HEROIN, SEQUELA |
| T40.2X1 | | POISONING BY OTHER OPIOIDS, ACCIDENTAL (UNINTENTIONAL) |
| T40.2X1A | | POISONING BY OTH OPIOIDS, ACCIDENTAL (UNINTENTIONAL), INIT |
| T40.2X1D | | POISONING BY OTH OPIOIDS, ACCIDENTAL (UNINTENTIONAL), SUBS |
| T40.2X1S | | POISONING BY OTH OPIOIDS, ACCIDENTAL, SEQUELA |
| T40.2X2 | | POISONING BY OTHER OPIOIDS, INTENTIONAL SELF-HARM |
| T40.2X2A | | POISONING BY OTH OPIOIDS, INTENTIONAL SELF-HARM, INIT ENCNTR |
| T40.2X2D | | POISONING BY OTH OPIOIDS, INTENTIONAL SELF-HARM, SUBS ENCNTR |
| T40.2X2S | | POISONING BY OTHER OPIOIDS, INTENTIONAL SELF-HARM, SEQUELA |
| T40.2X3 | | POISONING BY OTHER OPIOIDS, ASSAULT |
| T40.2X3A | | POISONING BY OTHER OPIOIDS, ASSAULT, INITIAL ENCOUNTER |
| T40.2X3D | | POISONING BY OTHER OPIOIDS, ASSAULT, SUBSEQUENT ENCOUNTER |
| T40.2X3S | | POISONING BY OTHER OPIOIDS, ASSAULT, SEQUELA |
| T40.2X4 | | POISONING BY OTHER OPIOIDS, UNDETERMINED |
| T40.2X4A | | POISONING BY OTHER OPIOIDS, UNDETERMINED, INITIAL ENCOUNTER |
| T40.2X4D | | POISONING BY OTHER OPIOIDS, UNDETERMINED, SUBS ENCNTR |
| T40.2X4S | | POISONING BY OTHER OPIOIDS, UNDETERMINED, SEQUELA |
| T40.3X1 | | POISONING BY METHADONE, ACCIDENTAL (UNINTENTIONAL) |
| T40.3X1A | | POISONING BY METHADONE, ACCIDENTAL (UNINTENTIONAL), INIT |
| T40.3X1D | | POISONING BY METHADONE, ACCIDENTAL (UNINTENTIONAL), SUBS |
| T40.3X1S | | POISONING BY METHADONE, ACCIDENTAL (UNINTENTIONAL), SEQUELA |
| T40.3X2 | | POISONING BY METHADONE, INTENTIONAL SELF-HARM |
| T40.3X2A | | POISONING BY METHADONE, INTENTIONAL SELF-HARM, INIT ENCNTR |
| T40.3X2D | | POISONING BY METHADONE, INTENTIONAL SELF-HARM, SUBS ENCNTR |
| T40.3X2S | | POISONING BY METHADONE, INTENTIONAL SELF-HARM, SEQUELA |
| T40.3X3 | | POISONING BY METHADONE, ASSAULT |
| T40.3X3A | | POISONING BY METHADONE, ASSAULT, INITIAL ENCOUNTER |
| T40.3X3D | | POISONING BY METHADONE, ASSAULT, SUBSEQUENT ENCOUNTER |
| T40.3X3S | | POISONING BY METHADONE, ASSAULT, SEQUELA |
| T40.3X4 | | POISONING BY METHADONE, UNDETERMINED |
| T40.3X4A | | POISONING BY METHADONE, UNDETERMINED, INITIAL ENCOUNTER |
| T40.3X4D | | POISONING BY METHADONE, UNDETERMINED, SUBSEQUENT ENCOUNTER |
| T40.3X4S | | POISONING BY METHADONE, UNDETERMINED, SEQUELA |
| T40.4 | | SYNTHETIC NARCOTICS |
| T40.41 | | FENTANYL OR FENTANYL ANALOGS |
| T40.411 | | POISONING BY FENTANYL OR FENTANYL ANALOGS, ACCIDENTAL |
| T40.411A | | POISONING BY FENTANYL OR FENTANYL ANALOGS, ACCIDENTAL, INIT |
| T40.411D | | POISONING BY FENTANYL OR FENTANYL ANALOGS, ACCIDENTAL, SUBS |
| T40.411S | | POISONING BY FENTANYL OR FENTANYL ANALOGS, ACC, SEQUELA |
| T40.412 | | POISONING BY FENTANYL OR FENTANYL ANALOGS, SELF-HARM |
| T40.412A | | POISONING BY FENTANYL OR FENTANYL ANALOGS, SELF-HARM, INIT |

| T40.412D | | POISONING BY FENTANYL OR FENTANYL ANALOGS, SELF-HARM, SUBS |
| --- | --- | --- |
| T40.412S | | POISN BY FENTANYL OR FENTANYL ANALOGS, SELF-HARM, SEQUELA |
| T40.413 | | POISONING BY FENTANYL OR FENTANYL ANALOGS, ASSAULT |
| T40.413A | | POISONING BY FENTANYL OR FENTANYL ANALOGS, ASSAULT, INIT |
| T40.413D | | POISONING BY FENTANYL OR FENTANYL ANALOGS, ASSAULT, SUBS |
| T40.413S | | POISONING BY FENTANYL OR FENTANYL ANALOGS, ASSAULT, SEQUELA |
| T40.414 | | POISONING BY FENTANYL OR FENTANYL ANALOGS, UNDETERMINED |
| T40.414A | | POISONING BY FENTANYL OR FENTANYL ANALOGS, UNDET, INIT |
| T40.414D | | POISONING BY FENTANYL OR FENTANYL ANALOGS, UNDET, SUBS |
| T40.414S | | POISONING BY FENTANYL OR FENTANYL ANALOGS, UNDET, SEQUELA |
| T40.415 | | ADVERSE EFFECT OF FENTANYL OR FENTANYL ANALOGS |
| T40.415A | | ADVERSE EFFECT OF FENTANYL OR FENTANYL ANALOGS, INIT |
| T40.415D | | ADVERSE EFFECT OF FENTANYL OR FENTANYL ANALOGS, SUBS |
| T40.415S | | ADVERSE EFFECT OF FENTANYL OR FENTANYL ANALOGS, SEQUELA |
| T40.416 | | UNDERDOSING OF FENTANYL OR FENTANYL ANALOGS |
| T40.416A | | UNDERDOSING OF FENTANYL OR FENTANYL ANALOGS, INIT |
| T40.416D | | UNDERDOSING OF FENTANYL OR FENTANYL ANALOGS, SUBS |
| T40.416S | | UNDERDOSING OF FENTANYL OR FENTANYL ANALOGS, SEQUELA |
| T40.42 | | POISONING BY, ADVERSE EFFECT OF AND UNDERDOSING OF TRAMADOL |
| T40.421 | | POISONING BY TRAMADOL, ACCIDENTAL (UNINTENTIONAL) |
| T40.421A | | POISONING BY TRAMADOL, ACCIDENTAL (UNINTENTIONAL), INIT |
| T40.421D | | POISONING BY TRAMADOL, ACCIDENTAL (UNINTENTIONAL), SUBS |
| T40.421S | | POISONING BY TRAMADOL, ACCIDENTAL (UNINTENTIONAL), SEQUELA |
| T40.422 | | POISONING BY TRAMADOL, INTENTIONAL SELF-HARM |
| T40.422A | | POISONING BY TRAMADOL, SELF-HARM, INITIAL ENCOUNTER |
| T40.422D | | POISONING BY TRAMADOL, SELF-HARM, SUBSEQUENT ENCOUNTER |
| T40.422S | | POISONING BY TRAMADOL, INTENTIONAL SELF-HARM, SEQUELA |
| T40.423 | | POISONING BY TRAMADOL, ASSAULT |
| T40.423A | | POISONING BY TRAMADOL, ASSAULT, INITIAL ENCOUNTER |
| T40.423D | | POISONING BY TRAMADOL, ASSAULT, SUBSEQUENT ENCOUNTER |
| T40.423S | | POISONING BY TRAMADOL, ASSAULT, SEQUELA |
| T40.424 | | POISONING BY TRAMADOL, UNDETERMINED |
| T40.424A | | POISONING BY TRAMADOL, UNDETERMINED, INITIAL ENCOUNTER |
| T40.424D | | POISONING BY TRAMADOL, UNDETERMINED, SUBSEQUENT ENCOUNTER |
| T40.424S | | POISONING BY TRAMADOL, UNDETERMINED, SEQUELA |
| T40.425 | | ADVERSE EFFECT OF TRAMADOL |
| T40.425A | | ADVERSE EFFECT OF TRAMADOL, INITIAL ENCOUNTER |
| T40.425D | | ADVERSE EFFECT OF TRAMADOL, SUBSEQUENT ENCOUNTER |
| T40.425S | | ADVERSE EFFECT OF TRAMADOL, SEQUELA |
| T40.426 | | UNDERDOSING OF TRAMADOL |
| T40.426A | | UNDERDOSING OF TRAMADOL, INITIAL ENCOUNTER |
| T40.426D | | UNDERDOSING OF TRAMADOL, SUBSEQUENT ENCOUNTER |
| T40.426S | | UNDERDOSING OF TRAMADOL, SEQUELA |
| T40.49 | | OTHER SYNTHETIC NARCOTICS |
| T40.491 | | POISONING BY OTHER SYNTHETIC NARCOTICS, ACCIDENTAL |
| T40.491A | | POISONING BY OTHER SYNTHETIC NARCOTICS, ACCIDENTAL, INIT |
| T40.491D | | POISONING BY OTHER SYNTHETIC NARCOTICS, ACCIDENTAL, SUBS |

| | | |
|---|---|---|
| T40.491S | | POISONING BY OTHER SYNTHETIC NARCOTICS, ACCIDENTAL, SEQUELA |
| T40.492 | | POISONING BY OTHER SYNTHETIC NARCOTICS, SELF-HARM |
| T40.492A | | POISONING BY OTHER SYNTHETIC NARCOTICS, SELF-HARM, INIT |
| T40.492D | | POISONING BY OTHER SYNTHETIC NARCOTICS, SELF-HARM, SUBS |
| T40.492S | | POISONING BY OTHER SYNTHETIC NARCOTICS, SELF-HARM, SEQUELA |
| T40.493 | | POISONING BY OTHER SYNTHETIC NARCOTICS, ASSAULT |
| T40.493A | | POISONING BY OTHER SYNTHETIC NARCOTICS, ASSAULT, INIT |
| T40.493D | | POISONING BY OTHER SYNTHETIC NARCOTICS, ASSAULT, SUBS |
| T40.493S | | POISONING BY OTHER SYNTHETIC NARCOTICS, ASSAULT, SEQUELA |
| T40.494 | | POISONING BY OTHER SYNTHETIC NARCOTICS, UNDETERMINED |
| T40.494A | | POISONING BY OTHER SYNTHETIC NARCOTICS, UNDETERMINED, INIT |
| T40.494D | | POISONING BY OTHER SYNTHETIC NARCOTICS, UNDETERMINED, SUBS |
| T40.494S | | POISONING BY OTHER SYNTHETIC NARCOTICS, UNDET, SEQUELA |
| T40.495 | | ADVERSE EFFECT OF OTHER SYNTHETIC NARCOTICS |
| T40.495A | | ADVERSE EFFECT OF OTHER SYNTHETIC NARCOTICS, INIT |
| T40.495D | | ADVERSE EFFECT OF OTHER SYNTHETIC NARCOTICS, SUBS |
| T40.495S | | ADVERSE EFFECT OF OTHER SYNTHETIC NARCOTICS, SEQUELA |
| T40.496 | | UNDERDOSING OF OTHER SYNTHETIC NARCOTICS |
| T40.496A | | UNDERDOSING OF OTHER SYNTHETIC NARCOTICS, INITIAL ENCOUNTER |
| T40.496D | | UNDERDOSING OF OTHER SYNTHETIC NARCOTICS, SUBS |
| T40.496S | | UNDERDOSING OF OTHER SYNTHETIC NARCOTICS, SEQUELA |
| T40.4X | | SYNTHETIC NARCOTICS |
| T40.4X1 | | POISONING BY OTH SYNTHETIC NARCOTICS, ACCIDENTAL |
| T40.4X1A | | POISONING BY OTH SYNTHETIC NARCOTICS, ACCIDENTAL, INIT |
| T40.4X1D | | POISONING BY OTH SYNTHETIC NARCOTICS, ACCIDENTAL, SUBS |
| T40.4X1S | | POISONING BY OTH SYNTHETIC NARCOTICS, ACCIDENTAL, SEQUELA |
| T40.4X2 | | POISONING BY OTH SYNTHETIC NARCOTICS, INTENTIONAL SELF-HARM |
| T40.4X2A | | POISONING BY OTH SYNTHETIC NARCOTICS, SELF-HARM, INIT |
| T40.4X2D | | POISONING BY OTH SYNTHETIC NARCOTICS, SELF-HARM, SUBS |
| T40.4X2S | | POISONING BY OTH SYNTHETIC NARCOTICS, SELF-HARM, SEQUELA |
| T40.4X3 | | POISONING BY OTHER SYNTHETIC NARCOTICS, ASSAULT |
| T40.4X3A | | POISONING BY OTHER SYNTHETIC NARCOTICS, ASSAULT, INIT ENCNTR |
| T40.4X3D | | POISONING BY OTHER SYNTHETIC NARCOTICS, ASSAULT, SUBS ENCNTR |
| T40.4X3S | | POISONING BY OTHER SYNTHETIC NARCOTICS, ASSAULT, SEQUELA |
| T40.4X4 | | POISONING BY OTHER SYNTHETIC NARCOTICS, UNDETERMINED |
| T40.4X4A | | POISONING BY OTH SYNTHETIC NARCOTICS, UNDETERMINED, INIT |
| T40.4X4D | | POISONING BY OTH SYNTHETIC NARCOTICS, UNDETERMINED, SUBS |
| T40.4X4S | | POISONING BY OTH SYNTHETIC NARCOTICS, UNDETERMINED, SEQUELA |
| T40.4X5 | | ADVERSE EFFECT OF OTHER SYNTHETIC NARCOTICS |
| T40.4X5A | | ADVERSE EFFECT OF OTHER SYNTHETIC NARCOTICS, INIT ENCNTR |
| T40.4X5D | | ADVERSE EFFECT OF OTHER SYNTHETIC NARCOTICS, SUBS ENCNTR |
| T40.4X5S | | ADVERSE EFFECT OF OTHER SYNTHETIC NARCOTICS, SEQUELA |
| T40.4X6 | | UNDERDOSING OF OTHER SYNTHETIC NARCOTICS |
| T40.4X6A | | UNDERDOSING OF OTHER SYNTHETIC NARCOTICS, INITIAL ENCOUNTER |
| T40.4X6D | | UNDERDOSING OF OTHER SYNTHETIC NARCOTICS, SUBS ENCNTR |
| T40.4X6S | | UNDERDOSING OF OTHER SYNTHETIC NARCOTICS, SEQUELA |
| T40.601 | | POISONING BY UNSP NARCOTICS, ACCIDENTAL (UNINTENTIONAL) |

| | | |
|---|---|---|
| T40.601A | | POISONING BY UNSP NARCOTICS, ACCIDENTAL, INIT |
| T40.601D | | POISONING BY UNSP NARCOTICS, ACCIDENTAL, SUBS |
| T40.601S | | POISONING BY UNSP NARCOTICS, ACCIDENTAL, SEQUELA |
| T40.602 | | POISONING BY UNSPECIFIED NARCOTICS, INTENTIONAL SELF-HARM |
| T40.602A | | POISONING BY UNSP NARCOTICS, INTENTIONAL SELF-HARM, INIT |
| T40.602D | | POISONING BY UNSP NARCOTICS, INTENTIONAL SELF-HARM, SUBS |
| T40.602S | | POISONING BY UNSP NARCOTICS, INTENTIONAL SELF-HARM, SEQUELA |
| T40.603 | | POISONING BY UNSPECIFIED NARCOTICS, ASSAULT |
| T40.603A | | POISONING BY UNSPECIFIED NARCOTICS, ASSAULT, INIT ENCNTR |
| T40.603D | | POISONING BY UNSPECIFIED NARCOTICS, ASSAULT, SUBS ENCNTR |
| T40.603S | | POISONING BY UNSPECIFIED NARCOTICS, ASSAULT, SEQUELA |
| T40.604 | | POISONING BY UNSPECIFIED NARCOTICS, UNDETERMINED |
| T40.604A | | POISONING BY UNSP NARCOTICS, UNDETERMINED, INIT ENCNTR |
| T40.604D | | POISONING BY UNSP NARCOTICS, UNDETERMINED, SUBS ENCNTR |
| T40.604S | | POISONING BY UNSPECIFIED NARCOTICS, UNDETERMINED, SEQUELA |
| T40.691 | | POISONING BY OTHER NARCOTICS, ACCIDENTAL (UNINTENTIONAL) |
| T40.691A | | POISONING BY OTH NARCOTICS, ACCIDENTAL (UNINTENTIONAL), INIT |
| T40.691D | | POISONING BY OTH NARCOTICS, ACCIDENTAL (UNINTENTIONAL), SUBS |
| T40.691S | | POISONING BY OTH NARCOTICS, ACCIDENTAL, SEQUELA |
| T40.692 | | POISONING BY OTHER NARCOTICS, INTENTIONAL SELF-HARM |
| T40.692A | | POISONING BY OTH NARCOTICS, INTENTIONAL SELF-HARM, INIT |
| T40.692D | | POISONING BY OTH NARCOTICS, INTENTIONAL SELF-HARM, SUBS |
| T40.692S | | POISONING BY OTHER NARCOTICS, INTENTIONAL SELF-HARM, SEQUELA |
| T40.693 | | POISONING BY OTHER NARCOTICS, ASSAULT |
| T40.693A | | POISONING BY OTHER NARCOTICS, ASSAULT, INITIAL ENCOUNTER |
| T40.693D | | POISONING BY OTHER NARCOTICS, ASSAULT, SUBSEQUENT ENCOUNTER |
| T40.693S | | POISONING BY OTHER NARCOTICS, ASSAULT, SEQUELA |
| T40.694 | | POISONING BY OTHER NARCOTICS, UNDETERMINED |
| T40.694A | | POISONING BY OTHER NARCOTICS, UNDETERMINED, INIT ENCNTR |
| T40.694D | | POISONING BY OTHER NARCOTICS, UNDETERMINED, SUBS ENCNTR |
| T40.694S | | POISONING BY OTHER NARCOTICS, UNDETERMINED, SEQUELA |
| | G2067 | Medication assisted treatment, methadone; weekly bundle including dispensing and/or administration, substance use counseling, individual and group therapy, and toxicology testing, if performed (provision of the services by a medicare-enrolled opioid treatment program) |
| | G2068 | Medication assisted treatment, buprenorphine (oral); weekly bundle including dispensing and/or administration, substance use counseling, individual and group therapy, and toxicology testing if performed (provision of the services by a medicare-enrolled opioid treatment program) |
| | G2069 | Medication assisted treatment, buprenorphine (injectable); weekly bundle including dispensing and/or administration, substance use counseling, individual and group therapy, and toxicology testing if performed (provision of the services by a medicare-enrolled opioid treatment program) |
| | G2070 | Medication assisted treatment, buprenorphine (implant insertion); weekly bundle including dispensing and/or administration, substance use counseling, individual and group therapy, and toxicology testing if performed (provision of the services by a medicare-enrolled opioid treatment program) |

| | |
|---|---|
| G2071 | Medication assisted treatment, buprenorphine (implant removal); weekly bundle including dispensing and/or administration, substance use counseling, individual and group therapy, and toxicology testing if performed (provision of the services by a medicare-enrolled opioid treatment program) |
| G2072 | Medication assisted treatment, buprenorphine (implant insertion and removal); weekly bundle including dispensing and/or administration, substance use counseling, individual and group therapy, and toxicology testing if performed (provision of the services by a medicare-enrolled opioid treatment program) |
| G2073 | Medication assisted treatment, naltrexone; weekly bundle including dispensing and/or administration, substance use counseling, individual and group therapy, and toxicology testing if performed (provision of the services by a medicare-enrolled opioid treatment program) |
| G2074 | Medication assisted treatment, weekly bundle not including the drug, including substance use counseling, individual and group therapy, and toxicology testing if performed (provision of the services by a medicare-enrolled opioid treatment program) |
| G2075 | Medication assisted treatment, medication not otherwise specified; weekly bundle including dispensing and/or administration, substance use counseling, individual and group therapy, and toxicology testing, if performed (provision of the services by a medicare-enrolled opioid treatment program) |
| G2076 | Intake activities, including initial medical examination that is a complete, fully documented physical evaluation and initial assessment by a program physician or a primary care physician, or an authorized healthcare professional under the supervision of a program physician qualified personnel that includes preparation of a treatment plan that includes the patient's short-term goals and the tasks the patient must perform to complete the short-term goals; the patient's requirements for education, vocational rehabilitation, and employment; and the medical, psycho- social, economic, legal, or other supportive services that a patient needs, conducted by qualified personnel (provision of the services by a medicare-enrolled opioid treatment program); list separately in addition to code for primary procedure |
| G2077 | Periodic assessment; assessing periodically by qualified personnel to determine the most appropriate combination of services and treatment (provision of the services by a medicare-enrolled opioid treatment program); list separately in addition to code for primary |
| G2078 | Take-home supply of methadone; up to 7 additional day supply (provision of the services by a medicare-enrolled opioid treatment program); list separately in addition to code for primary procedure |
| G2079 | Take-home supply of buprenorphine (oral); up to 7 additional day supply (provision of the services by a medicare-enrolled opioid treatment program); list separately in addition to code for primary procedure |
| G2080 | Each additional 30 minutes of counseling in a week of medication assisted treatment, (provision of the services by a medicare-enrolled opioid treatment program); list separately in addition to code for primary procedure |
| G2086 | Office-based treatment for opioid use disorder, including development of the treatment plan, care coordination, individual therapy and group therapy and counseling; at least 70 minutes in the first calendar month |
| G2087 | Office-based treatment for opioid use disorder, including care coordination, individual therapy and group therapy and counseling; at least 60 minutes in a subsequent calendar month |

Identification Logic of Opioid Abuse using HCPCS and ICD Diagnosis Codes

| | |
|---|---|
| G2088 | Office-based treatment for opioid use disorder, including care coordination, individual therapy and group therapy and counseling; each additional 30 minutes beyond the first 120 minutes (list separately in addition to code for primary procedure) |
| G2087 | Office-based treatment for opioid use disorder, including care coordination, individual therapy and group therapy and counseling; at least 60 minutes in a subsequent calendar month |
| G2215 | Take home supply of nasal naxolone (provision of the services by a Medicare enrolled opioid treatment program) |
| G2216 | Take home supply of injectable naxolone (provision of the services by a Medicare enrolled opioid treatment program) |
| H0020 | METHADONE ADMIN &OR SERVICE |
| J0364 | INJECTION, APOMORPHINE HYDROCHLORIDE, 1 MG |
| J0570 | Buprenorphine implant 74.2mg |
| J0571 | Buprenorphine oral 1mg |
| J0572 | Buprenorphine/naloxone, oral, UP TO 3MG |
| J0573 | Buprenorphine implant, 74.2 mg; Physician office and Outpatient |
| J0574 | BUPRENORPHINE/NALOXONE, ORAL, GREATER THAN 6 MG, BUT LESS THAN OR EQUAL TO 10 MG BUPRENORPHINE |
| J0575 | Buprenorphine/naloxone, oral, greater than 10 mg buprenorphine |
| J0592 | INJECTION, BUPRENORPHINE HYDROCHLORIDE, 0.1 MG |
| J0595 | Butorphanol tartrate 1 mg |
| J0745 | INJECTION, CODEINE PHOSPHATE, PER 30 MG |
| J1170 | INJECTION, HYDROMORPHONE, UP TO 4 MG |
| J1230 | INJECTION, METHADONE HCL, UP TO 10 MG |
| J1960 | levorphanol tartrate, up to 2 mg |
| J2175 | INJECTION, MEPERIDINE HYDROCHLORIDE, PER 100 MG |
| J2180 | meperidine and promethazine hcl, up to 50 mg |
| J2212 | Methylnaltrexone injection |
| J2270 | Morphine sulfate injection |
| J2271 | INJECTION, MORPHINE SULFATE, 100MG |
| J2274 | Inj morphine pf epid ithc |
| J2275 | INJECTION, MORPHINE SULFATE (PRESERVATIVE-FREE STERILE SOLUTION), PER 10 MG |
| J2300 | INJECTION, NALBUPHINE HYDROCHLORIDE, PER 10 MG |
| J2310 | Injection, naloxone hydrochloride, per 1 mg |
| J2315 | Injection, naltrexone, depot form, 1 mg |
| J2410 | oxymorphone hcl, up to 1 mg |
| J3010 | INJECTION, FENTANYL CITRATE, 0.1 MG |
| J3070 | Pentazocine injection |
| J3490 | Buprenorphine extended-release injection, for subcutaneous use (Sublocade) |
| Q9991 | buprenorphine extended-release (sublocade), less than or equal to 100 mg |
| Q9992 | buprenorphine extended-release (sublocade), greater than 100 mg |
| S0012 | Butorphanol tartrate, nasal spray, 25 mg |
| S0092 | Hydromorphone 250 mg |
| S0093 | Morphine 500 mg |
| S0109 | Methadone oral 5mg |