UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Cases* | MDL No. 2804<br>Case No. 17-MD-2804<br>Judge Dan Aaron Polster |

## ORDER

**AND NOW**, this 6th day of September, 2023, upon consideration of the Plaintiff's Motion Seeking Leave to File Under Seal confidential documents as Exhibits in support of Plaintiff's Response to Kroger's Objection to the Order regarding Frances Tucker's deposition and to redact quotations from such confidential documents within Plaintiff's Response, pursuant to Local Rule 5.2 and the Case Management Order No. 2: Stipulated Protective Order dated May 15, 2018 (Doc. 441), it is hereby **ORDERED** that Plaintiff's Motion Seeking Leave is **GRANTED**.

Further, within five (5) days of the filing of the Response, Kroger shall advise Plaintiffs which of the sealed exhibits should remain under seal and should provide its reasoning for any such exhibits.

BY THE COURT:

*s/ Dan Aaron Polster*     9/6/2023
DAN AARON POLSTER
United States District Judge