UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION AND ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO WALMART ALABAMA STATE-WIDE OPIOID SETTLEMENT
AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Alabama Plaintiffs and Walmart and its related entities (collectively and together with their Released Entities, the "Walmart Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Walmart Alabama State-Wide Opioid Settlement Agreement, which was announced on and dated November 7, 2022, which is binding on the Dismissing Plaintiffs and the Walmart Defendants, and which has an Effective Date of November 7, 2022, all claims of each Dismissing Plaintiff against any Walmart Defendant are hereby voluntarily **DISMISSED, *PRO TANTO*, WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The Released Entities are each and every entity of any of the Walmart Defendants that is a "Released Entity" as set forth in Exhibit J of the Walmart Alabama State-Wide Opioid Settlement Agreement.

September 6, 2023

**Agreed as to form and substance:**

*/s/ Christina D. Crow*
Christina D. Crow (ASB-0637-C58C)
Jinks Crow, P.C.
Post Office Box 350
Union Springs, AL 36089
(334) 738-4225
christy.crow@jinkscrow.com

*/s/ Matthew D. Conn*
Matthew D. Conn (ASB-9628-T83C)
Friedman, Dazzio & Zulanas, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
(205) 278-7000
mconn@friedman-lawyers.com

*/s/ Keith Jackson*
Keith Jackson (ASB-7519-J66B)
Riley & Jackson, P.C.
3530 Independence Drive
Birmingham, AL 35209
(205) 879-5000
kj@rileyjacksonlaw.com

*Alabama Local Government Executive Committee*

| | | | | | |
|---|---|---|---|---|---|
| Alabaster, City of | AL | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:22op45013 |
| Albertville, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45230 |
| Arab, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45230 |
| Ashville, City of | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20op45261 |
| Athens, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19op45953 |
| Attalla, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Attentus Moulton, LLC, d/b/a Lawrence Medical Center f/k/a Lawrence County Health Care Authority | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op45143 |
| Auburn, City of | AL | /s/ Anthony J. Majestro | Powell & Majestro, PLLC | NDOH | 1:20op45282 |
| Baldwin, County of | AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18op45152 |
| Bay Minette, City of | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:22op45018 |
| Bessemer, City of | AL | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:22op45014 |
| Bibb, County of | AL | /s/ Abbey Herrin Clarkson | Lloyd & Hogan | NDOH | 1:18op45413 |
| Birmingham, City of | AL | /s/ Barry W. Walker | Walker Simon Law | NDOH | 1:17op45008 |
| Boaz, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45230 |
| Brewton, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21op45113 |
| Bridgeport, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45634 |
| Brookwood, Town of | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:20op45272 |
| Butler, Town of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:18op45216 |
| Calera, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:21op45070 |
| Calhoun, County of | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18op45191 |
| Camp Hill, Town of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Carbon Hill, City of | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18op45737 |
| Cedar Bluff, Town of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Centre, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |

| Centreville, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20op45208 |
| --- | --- | --- | --- | --- | --- |
| Cherokee, County of | AL | /s/ Abbey Herrin Clarkson | Lloyd & Hogan | NDOH | 1:18op45207 |
| Cherokee, Town of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45005 |
| Chilton, County of | AL | /s/ Abbey Herrin Clarkson | Lloyd & Hogan | NDOH | 1:18op45735 |
| City of Childersburg Alabama | AL | /s/ Luke Montgomery | Montgomery Ponder, LLC | NDOH | 1:22-op-45020 |
| City of Irondale | AL | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:22-op-45012 |
| City of Jacksonville | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Jasper | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| City of Lanett | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-46130 |
| City of Leeds | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45088 |
| City of Level Plains | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45100 |
| City of Lincoln | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-45786 |
| City of Linden | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45118 |
| City of Luverne | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45109 |
| City of Madison | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45198 |
| City of Marion | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45217 |
| City of Midfield | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45416 |
| City of Millbrook | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21-op-45135 |
| City of Mobile | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45076 |
| City of Monroeville | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45273 |
| City of Montgomery | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45494 |
| City of Moody | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Moulton | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45202 |
| City of Mountain Brook | AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |

| City of Muscle Shoals | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45268 |
| --- | --- | --- | --- | --- | --- |
| City of New Hope | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| City of Northport | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:20-op-45272 |
| City of Oneonta | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45210 |
| City of Opelika | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| City of Opp | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45011 |
| City of Orange Beach | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45784 |
| City of Oxford | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45774 |
| City of Ozark | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45214 |
| City of Pelham | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:22-op-45016 |
| City of Pell City | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45091 |
| City of Phenix City | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45179 |
| City of Piedmont | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:21-op-45049 |
| City of Pleasant Grove | AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |
| City of Prattville | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45783 |
| City of Prichard | AL | /s/ Brian Murphy | Braswell Murphy | NDOH | 1:18-op-45690 |
| City of Rainbow City | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Rainsville | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45135 |
| City of Red Bay | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| City of Roanoke | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45011 |
| City of Robertsdale | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:20-op-45272 |
| City of Russellville | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| City of Saraland | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45017 |
| City of Satsuma | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45116 |
| City of Scottsboro | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |

| City of Selma | AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18-op-45198 |
|---|---|---|---|---|---|
| City of Semmes | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21-op-45113 |
| City of Sheffield | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| City of Slocomb | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| City of Spanish Fort | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| City of Springville | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Sumiton | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| City of Sylacauga | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45900 |
| City of Talladega | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-45190 |
| City of Tarrant | AL | /s/ F. Jerome Tapley | Cory Watson, P.C. | NDOH | 1:20-op-45269 |
| City of Thomasville | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Troy | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45947 |
| City of Trussville | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45192 |
| City of Tuscaloosa | AL | /s/ Chad Hobbs | Montgomery Ponder | NDOH | 1:18-op-45553 |
| City of Tuscumbia | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45005 |
| City of Tuskegee | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45544 |
| City of Union Springs | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45204 |
| City of Uniontown | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45117 |
| City of Vernon | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45210 |
| City of Vestavia Hills | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45141 |
| City of Weaver | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45565 |
| City of Wetumpka | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21-op-45135 |
| City of Winfield | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45738 |
| Clanton, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op46084 |
| Coffee, County of, | AL | /s/ Anthony J. Majestro | Powell & Majestro, PLLC | NDOH | 1:18op45182 |
| Colbert County | AL | /s/ Jeffrey L. Bowling | Bedford Rogers & Bowling | NDOH | 1:18op45005 |

| Columbiana, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:22op45016 |
|---|---|---|---|---|---|
| Cordova, City of | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18op45737 |
| Cullman, City of | AL | /s/ Levin Papantonio | Levin Papantonio Thomas Mitchell Rafferty & Proctor | NDOH | 1:19op45248 |
| Cullman County | AL | /s/ Levin Papantonio | Levin Papantonio Thomas Mitchell Rafferty & Proctor | NDOH | 1:18op45227 |
| Dadeville, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Dallas County | AL | /s/ Diandra S. Debrosse-Zimmermann | DiCello Levitt Gutzler - Birmingham | NDOH | 1:18op45667 |
| Daphne, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45227 |
| Decatur, City of | AL | /s/ Abbey Herrin Clarkson | Lloyd & Hogan | NDOH | 1:18op45201 |
| Demopolis, City of | AL | /s/ Michael Lee Roberts | Cusimano Roberts & Mills | NDOH | 1:18op45183 |
| Dora, City of | AL | /s/ Edward R. Jackson | Jackson & Foster | NDOH | 1:18op45171 |
| Double Springs, Town of | AL | /s/ Levin Papantonio | Levin Papantonio Thomas Mitchell Rafferty & Proctor | NDOH | 1:18op45739 |
| Douglas, Town of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45230 |
| East Brewton, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22op45005 |
| Elmore County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22op45003 |
| Enterprise, City of | AL | /s/ Anthony J. Majestro | Powell & Majestro, PLLC | NDOH | 1:18op45213 |
| Etowah County Sheriff | AL | /s/ Abbey Herrin Clarkson | Llyod & Hogan | NDOH | 1:17op45101 |
| Etowah County | AL | /s/ Abbey Herrin Clarkson | Llyod & Hogan | NDOH | 1:17op45101 |
| Fairhope, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22op45002 |
| Fayette County Sheriff | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45211 |
| Fayette, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45211 |
| Fayette County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45211 |
| Florence, City of | AL | /s/ Joel DiLorenzo | The DiLorenzo Law Firm, LLC | NDOH | 1:19op45073 |

| Foley, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45287 |
| --- | --- | --- | --- | --- | --- |
| Fort Deposit, Town of | AL | /s/ S. Badala | Napoli Shklonik | NDOH | 1:19-op-45427 |
| Fort Payne, City of | AL | /s/ Anil Mujumdair | Zarzaur Mujumdar & Debrosse | NDOH | 1:17-op-45079 |
| Franklin County | AL | /s/ Jeffrey L. Bowling | Bedford Rogers & Bowling | NDOH | 1:18op45005 |
| Fultondale, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Gadsden, City of | AL | /s/ Abbey Herrin Clarkson | Llyod & Hogan | NDOH | 1:17-op-45101 |
| Geraldine, Town of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45634 |
| Gilbertown, Town of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Grant, Town of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| Graysville, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Guin, City of | AL | /s/ Archie Lamb | Levin Papantonio Thomas Mitchell Rafferty & Proctor | NDOH | 1:18-op-45457 |
| Gulf Shores, City of | AL | /s/ Christina D. Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:22-op-45019 |
| Guntersville, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| Haleyville, City of | AL | /s/ Anthony J. Majestro | Powell & Majestro, PLLC | NDOH | 1:19-op-46118 |
| Hamilton, City of | AL | /s/ Archie Lamb | Levin Papantonio Thomas Mitchell Rafferty & Proctor | NDOH | 1:18-op-45564 |
| Hartselle, City of | AL | /s/ Abbey Herrin Clarkson | Llyod & Hogan | NDOH | 1:18-op-45736 |
| Helena, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-46084 |
| Henagar, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| HH Health System – Jackson, LLC d/b/a Highlands Medical Centers f/k/a Jackson County Health Care Authority | AL | / Matt Conn | Friedman, Dazzio & Zulanas, P.C | NDOH | 1:19-op-45143 |
| HH Health System – Marshall, LLC d/b/a Marshall Medical Centers f/k/a Marshall | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45538 |

| County Health Care Authority | | | | | |
|---|---|---|---|---|---|
| Homewood, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45973 |
| Hoover City | AL | /s/ Kimberly R. West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:19-op-45746 |
| Hueytown, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45558 |
| Huntsville, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45947 |
| J. Paul Jones Hospital | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:18-op-45161 |
| Jackson County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| Jefferson County | AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |
| Lamar County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45210 |
| Lauderdale County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45845 |
| Lawrence County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45228 |
| Leesburg, City of | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| Limestone County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45328 |
| Louisville, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-46058 |
| Lowndes County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45203 |
| Loxley, Town of | AL | /s/ J. Bradley Ponder | Montgomery Ponder | NDOH | 1:22-op-45018 |
| Macon County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45982 |
| Madison County | AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:19-op-45006 |
| Marengo County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45188 |
| Marion County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| Marshall County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| Mobile County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45186 |
| Monroe County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45273 |
| Monroe County Healthcare Authority, d/b/a Monroe County Hospital | AL | /s/ Taylor Martino Taylor | Martino Rowan | NDOH | 1:17-op-45175 |

| Montgomery County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45445 |
| --- | --- | --- | --- | --- | --- |
| Morgan County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45200 |
| Parrish, City of | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45737 |
| Perry County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45158 |
| Pickens County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| Pike County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45803 |
| Ragland, City of | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| Randolph County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45003 |
| Russell County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45826 |
| Shelby County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45414 |
| Sheriff of Jefferson County | AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |
| Sheriff of Lamar County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45210 |
| St. Clair County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45614 |
| Summerdale, Town of | AL | /s/ J. Bradley Ponder | Montgomery Ponder | NDOH | 1:22-op-45018 |
| Sumter County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45194 |
| Talladega County | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-45190 |
| Tallapoosa County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:17-op-45097 |
| Town of Killen | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45218 |
| Town of Leighton | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| Town of Locust Fork | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45777 |
| Town of McKenzie | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45435 |
| Town of Munford | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-47585 |
| Town of Nauvoo | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45737 |
| Town of Oakman | AL | /s/ Mary Beth Mantiply | Mantiply & Associates | NDOH | 1:20-op-45265; 1:18-op-45737 |
| Town of Powell | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45209 |

| Town of Priceville | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45217 |
| Town of Rockford | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45915 |
| Town of Sipsey | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45737 |
| Town of Sweet Water | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45120 |
| Town of Vance | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45909 |
| Town of West Blocton | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| Town of Woodville | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| Town of Yellow Bluff | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45423 |
| Tuscaloosa County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45196 |
| Walker County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| Washington County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45180 |
| Wilcox County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45181 |
| Winston County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDAL | 6:22-cv-01394 |