# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

## STIPULATION AND ORDER
## DISMISSING WITH PREJUDICE CLAIMS
## PURSUANT TO WALMART ALABAMA STATE-WIDE OPIOID SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Alabama Plaintiffs and Walmart and its related entities (collectively and together with their Released Entities, the "Walmart Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Walmart Alabama State-Wide Opioid Settlement Agreement, which was announced on and dated November 7, 2022, which is binding on the Dismissing Plaintiffs and the Walmart Defendants, and which has an Effective Date of November 7, 2022, all claims of each Dismissing Plaintiff against any Walmart Defendant are hereby voluntarily **DISMISSED,** *PRO TANTO***, WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The Released Entities are each and every entity of any of the Walmart Defendants that is a "Released Entity" as set forth in Exhibit J of the Walmart Alabama State-Wide Opioid Settlement Agreement.

September 6, 2023

IT IS SO ORDERED.

s/ Dan Aaron Polster
DAN AARON POLSTER
U.S. DISTRICT JUDGE
Dated: September 7, 2023

**Agreed as to form and substance:**

*/s/ Christina D. Crow*
Christina D. Crow (ASB-0637-C58C)
Jinks Crow, P.C.
Post Office Box 350
Union Springs, AL 36089
(334) 738-4225
christy.crow@jinkscrow.com

*/s/ Matthew D. Conn*
Matthew D. Conn (ASB-9628-T83C)
Friedman, Dazzio & Zulanas, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
(205) 278-7000
mconn@friedman-lawyers.com

*/s/ Keith Jackson*
Keith Jackson (ASB-7519-J66B)
Riley & Jackson, P.C.
3530 Independence Drive
Birmingham, AL 35209
(205) 879-5000
kj@rileyjacksonlaw.com

*Alabama Local Government Executive Committee*