| Plaintiff | State | Signature | Firm | Court | Case No. |
|---|---|---|---|---|---|
| Alabaster, City of | AL | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:22op45013 |
| Albertville, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45230 |
| Arab, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45230 |
| Ashville, City of | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20op45261 |
| Athens, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19op45953 |
| Attalla, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Attentus Moulton, LLC, d/b/a Lawrence Medical Center f/k/a Lawrence County Health Care Authority | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op45143 |
| Auburn, City of | AL | /s/ Anthony J. Majestro | Powell & Majestro, PLLC | NDOH | 1:20op45282 |
| Baldwin, County of | AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18op45152 |
| Bay Minette, City of | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:22op45018 |
| Bessemer, City of | AL | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:22op45014 |
| Bibb, County of | AL | /s/ Abbey Herrin Clarkson | Lloyd & Hogan | NDOH | 1:18op45413 |
| Birmingham, City of | AL | /s/ Barry W. Walker | Walker Simon Law | NDOH | 1:17op45008 |
| Boaz, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45230 |
| Brewton, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21op45113 |
| Bridgeport, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45634 |
| Brookwood, Town of | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:20op45272 |
| Butler, Town of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:18op45216 |
| Calera, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:21op45070 |
| Calhoun, County of | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18op45191 |
| Camp Hill, Town of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Carbon Hill, City of | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18op45737 |
| Cedar Bluff, Town of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Centre, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |

| Centreville, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20op45208 |
| Cherokee, County of | AL | /s/ Abbey Herrin Clarkson | Lloyd & Hogan | NDOH | 1:18op45207 |
| Cherokee, Town of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45005 |
| Chilton, County of | AL | /s/ Abbey Herrin Clarkson | Lloyd & Hogan | NDOH | 1:18op45735 |
| City of Childersburg Alabama | AL | /s/ Luke Montgomery | Montgomery Ponder, LLC | NDOH | 1:22-op-45020 |
| City of Irondale | AL | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:22-op-45012 |
| City of Jacksonville | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Jasper | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| City of Lanett | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-46130 |
| City of Leeds | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45088 |
| City of Level Plains | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45100 |
| City of Lincoln | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-45786 |
| City of Linden | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45118 |
| City of Luverne | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45109 |
| City of Madison | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45198 |
| City of Marion | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45217 |
| City of Midfield | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45416 |
| City of Millbrook | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21-op-45135 |
| City of Mobile | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45076 |
| City of Monroeville | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45273 |
| City of Montgomery | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45494 |
| City of Moody | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Moulton | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45202 |
| City of Mountain Brook | AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |

| City of Muscle Shoals | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45268 |
| --- | --- | --- | --- | --- | --- |
| City of New Hope | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| City of Northport | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:20-op-45272 |
| City of Oneonta | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45210 |
| City of Opelika | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| City of Opp | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45011 |
| City of Orange Beach | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45784 |
| City of Oxford | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45774 |
| City of Ozark | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45214 |
| City of Pelham | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:22-op-45016 |
| City of Pell City | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45091 |
| City of Phenix City | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45179 |
| City of Piedmont | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:21-op-45049 |
| City of Pleasant Grove | AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |
| City of Prattville | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45783 |
| City of Prichard | AL | /s/ Brian Murphy | Braswell Murphy | NDOH | 1:18-op-45690 |
| City of Rainbow City | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Rainsville | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45135 |
| City of Red Bay | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| City of Roanoke | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45011 |
| City of Robertsdale | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:20-op-45272 |
| City of Russellville | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| City of Saraland | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45017 |
| City of Satsuma | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45116 |
| City of Scottsboro | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |

| City of Selma | AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18-op-45198 |
|---|---|---|---|---|---|
| City of Semmes | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21-op-45113 |
| City of Sheffield | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| City of Slocomb | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| City of Spanish Fort | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| City of Springville | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Sumiton | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| City of Sylacauga | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45900 |
| City of Talladega | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-45190 |
| City of Tarrant | AL | /s/ F. Jerome Tapley | Cory Watson, P.C. | NDOH | 1:20-op-45269 |
| City of Thomasville | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Troy | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45947 |
| City of Trussville | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45192 |
| City of Tuscaloosa | AL | /s/ Chad Hobbs | Montgomery Ponder | NDOH | 1:18-op-45553 |
| City of Tuscumbia | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45005 |
| City of Tuskegee | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45544 |
| City of Union Springs | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45204 |
| City of Uniontown | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45117 |
| City of Vernon | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45210 |
| City of Vestavia Hills | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45141 |
| City of Weaver | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45565 |
| City of Wetumpka | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21-op-45135 |
| City of Winfield | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45738 |
| Clanton, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op46084 |
| Coffee, County of, | AL | /s/ Anthony J. Majestro | Powell & Majestro, PLLC | NDOH | 1:18op45182 |
| Colbert County | AL | /s/ Jeffrey L. Bowling | Bedford Rogers & Bowling | NDOH | 1:18op45005 |

| | | | | | |
|---|---|---|---|---|---|
| Columbiana, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:22op45016 |
| Cordova, City of | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18op45737 |
| Cullman, City of | AL | /s/ Levin Papantonio | Levin Papantonio Thomas Mitchell Rafferty & Proctor | NDOH | 1:19op45248 |
| Cullman County | AL | /s/ Levin Papantonio | Levin Papantonio Thomas Mitchell Rafferty & Proctor | NDOH | 1:18op45227 |
| Dadeville, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Dallas County | AL | /s/ Diandra S. Debrosse-Zimmermann | DiCello Levitt Gutzler - Birmingham | NDOH | 1:18op45667 |
| Daphne, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45227 |
| Decatur, City of | AL | /s/ Abbey Herrin Clarkson | Lloyd & Hogan | NDOH | 1:18op45201 |
| Demopolis, City of | AL | /s/ Michael Lee Roberts | Cusimano Roberts & Mills | NDOH | 1:18op45183 |
| Dora, City of | AL | /s/ Edward R. Jackson | Jackson & Foster | NDOH | 1:18op45171 |
| Double Springs, Town of | AL | /s/ Levin Papantonio | Levin Papantonio Thomas Mitchell Rafferty & Proctor | NDOH | 1:18op45739 |
| Douglas, Town of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45230 |
| East Brewton, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22op45005 |
| Elmore County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22op45003 |
| Enterprise, City of | AL | /s/ Anthony J. Majestro | Powell & Majestro, PLLC | NDOH | 1:18op45213 |
| Etowah County Sheriff | AL | /s/ Abbey Herrin Clarkson | Llyod & Hogan | NDOH | 1:17op45101 |
| Etowah County | AL | /s/ Abbey Herrin Clarkson | Llyod & Hogan | NDOH | 1:17op45101 |
| Fairhope, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22op45002 |
| Fayette County Sheriff | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45211 |
| Fayette, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45211 |
| Fayette County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45211 |
| Florence, City of | AL | /s/ Joel DiLorenzo | The DiLorenzo Law Firm, LLC | NDOH | 1:19op45073 |

| | | | | | |
|---|---|---|---|---|---|
| Foley, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45287 |
| Fort Deposit, Town of | AL | /s/ S. Badala | Napoli Shklonik | NDOH | 1:19-op-45427 |
| Fort Payne, City of | AL | /s/ Anil Mujumdair | Zarzaur Mujumdar & Debrosse | NDOH | 1:17-op-45079 |
| Franklin County | AL | /s/ Jeffrey L. Bowling | Bedford Rogers & Bowling | NDOH | 1:18op45005 |
| Fultondale, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Gadsden, City of | AL | /s/ Abbey Herrin Clarkson | Llyod & Hogan | NDOH | 1:17-op-45101 |
| Geraldine, Town of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18op45634 |
| Gilbertown, Town of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Grant, Town of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| Graysville, City of | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:20op45265 |
| Guin, City of | AL | /s/ Archie Lamb | Levin Papantonio Thomas Mitchell Rafferty & Proctor | NDOH | 1:18-op-45457 |
| Gulf Shores, City of | AL | /s/ Christina D. Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:22-op-45019 |
| Guntersville, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| Haleyville, City of | AL | /s/ Anthony J. Majestro | Powell & Majestro, PLLC | NDOH | 1:19-op-46118 |
| Hamilton, City of | AL | /s/ Archie Lamb | Levin Papantonio Thomas Mitchell Rafferty & Proctor | NDOH | 1:18-op-45564 |
| Hartselle, City of | AL | /s/ Abbey Herrin Clarkson | Llyod & Hogan | NDOH | 1:18-op-45736 |
| Helena, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-46084 |
| Henagar, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| HH Health System – Jackson, LLC d/b/a Highlands Medical Centers f/k/a Jackson County Health Care Authority | AL | / Matt Conn | Friedman, Dazzio & Zulanas, P.C | NDOH | 1:19-op-45143 |
| HH Health System – Marshall, LLC d/b/a Marshall Medical Centers f/k/a Marshall | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45538 |

| | | | | | |
|---|---|---|---|---|---|
| County Health Care Authority | | | | | |
| Homewood, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45973 |
| Hoover City | AL | /s/ Kimberly R. West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:19-op-45746 |
| Hueytown, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45558 |
| Huntsville, City of | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45947 |
| J. Paul Jones Hospital | AL | /s/ T. Roe Frazer | Frazer PLC | NDOH | 1:18-op-45161 |
| Jackson County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| Jefferson County | AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |
| Lamar County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45210 |
| Lauderdale County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45845 |
| Lawrence County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45228 |
| Leesburg, City of | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| Limestone County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45328 |
| Louisville, City of | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-46058 |
| Lowndes County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45203 |
| Loxley, Town of | AL | /s/ J. Bradley Ponder | Montgomery Ponder | NDOH | 1:22-op-45018 |
| Macon County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45982 |
| Madison County | AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:19-op-45006 |
| Marengo County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45188 |
| Marion County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| Marshall County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| Mobile County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45186 |
| Monroe County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45273 |
| Monroe County Healthcare Authority, d/b/a Monroe County Hospital | AL | /s/ Taylor Martino Taylor | Martino Rowan | NDOH | 1:17-op-45175 |

| Montgomery County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45445 |
|---|---|---|---|---|---|
| Morgan County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45200 |
| Parrish, City of | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45737 |
| Perry County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45158 |
| Pickens County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| Pike County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45803 |
| Ragland, City of | AL | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| Randolph County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45003 |
| Russell County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45826 |
| Shelby County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45414 |
| Sheriff of Jefferson County | AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |
| Sheriff of Lamar County | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45210 |
| St. Clair County | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45614 |
| Summerdale, Town of | AL | /s/ J. Bradley Ponder | Montgomery Ponder | NDOH | 1:22-op-45018 |
| Sumter County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45194 |
| Talladega County | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-45190 |
| Tallapoosa County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:17-op-45097 |
| Town of Killen | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45218 |
| Town of Leighton | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| Town of Locust Fork | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45777 |
| Town of McKenzie | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45435 |
| Town of Munford | AL | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-47585 |
| Town of Nauvoo | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45737 |
| Town of Oakman | AL | /s/ Mary Beth Mantiply | Mantiply & Associates | NDOH | 1:20-op-45265; 1:18-op-45737 |
| Town of Powell | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45209 |

| Town of Priceville | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45217 |
| Town of Rockford | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45915 |
| Town of Sipsey | AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45737 |
| Town of Sweet Water | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45120 |
| Town of Vance | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45909 |
| Town of West Blocton | AL | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| Town of Woodville | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| Town of Yellow Bluff | AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45423 |
| Tuscaloosa County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45196 |
| Walker County | AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| Washington County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45180 |
| Wilcox County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45181 |
| Winston County | AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDAL | 6:22-cv-01394 |