UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Appendix A* | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND [PROPOSED] ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO WEST VIRGINIA KROGER SETTLEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff West Virginia Subdivisions identified in Appendix A (collectively, "Dismissing WV Plaintiffs") and Defendant Kroger (together with the Released Entities, "Kroger"[1]) that, pursuant to the election of each Dismissing WV Plaintiff to participate in the Kroger West Virginia Settlement attached hereto as Appendix B, all claims of each Dismissing WV Plaintiff against any Released Entity that is a defendant in any action listed in Appendix A are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The Kroger West Virginia Settlement is between the State of West Virginia and Kroger, but the settlement provides for participation by the Dismissing WV Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Released Entities." Settlement Agreement § II.II.

Dated: September 7, 2023                     Respectfully submitted,

Agreed as to form and substance:

| **KROGER** | **DISMISSING WV PLAINTIFFS** |
|---|---|
| */s/ Ronda L. Harvey* | */s/ John D. Hurst* |
| Ronda L. Harvey | Joseph F. Rice |
| Ashley Hardesty Odell | Anne McGinness Kearse |
| Fazal A. Shere | Motley Rice |
| **BOWLES RICE LLP** | 28 Bridgeside Blvd. |
| 600 Quarrier Street | Mount Pleasant, SC 29464 |
| Charleston, West Virginia 25301 | 843-216-9000 |
| 304-347-1100 | 843-216-9450 (fax) |
| 304-347-1701 Direct | jrice@motleyrice.com |
| 304-347-1746 Facsimile | akearse@motleyrice.com |
| rharvey@bowlesrice.com | |
| Ahardestyodell@bowlesrice.com | John D. Hurst |
| Fshere@bowlesrice.com | Motley Rice |
| | 50 Clay Street, Suite 1 |
| | Morgantown, WV 26501 |
| *Counsel for The Kroger Co., Kroger Limited Partnership I d/b/a Peyton's Southeastern, and Kroger Limited Partnership II d/b/a Peyton's Northern* | 304-413-0457 |
| | jhurst@motleyrice.com |
| | *Counsel for* |
| | *City of Bluefield (18-op-45659)* |
| | *City of Buckhannon (18-op-46085)* |
| | *City of Ceredo (18-op-45984)* |
| | *City of Charleston (18-op-45224)* |
| | *City of Charlestown (18-op-45984)* |
| | *City of Dunbar (18-op-45546)* |
| | *City of Huntington (18-op-45984)* |
| | *City of Huntington (17-op-45054)* |
| | *City of Kenova (18-op-45984)* |
| | *City of Logan (18-op-45317)* |
| | *City of Milton (18-op-45321)* |
| | *City of Montgomery (18-op-46128)* |
| | *City of Parkersburg (18-op-45315)* |
| | *City of Princeton (18-op-46054)* |
| | *City of Saint Albans (18-op-45269)* |
| | *City of Smithers (18-op-45319)* |
| | *Town of Clendenin (18-op-46127)* |
| | *Town of Gauley Bridge (18-op-46278)* |
| | *Town of Man (18-op-45385)* |

*Town of Quinwood (18-op-45324)*
*Town of Rainelle (18-op-45322)*
*Town of Rupert (18-op-45323)*
*Town of Sophia (18-op-46129)*
*Town of Whitesville (18-op-46130)*
*Summers County (18-op-45226)*


/s/ *Anthony J. Majestro*
Anthony J. Majestro
Powell & Majestro
Ste. P1200
405 Capitol Street
Charleston, WV 25301
304-346-2889
304-346-2895 (fax)
amajestro@powellmajestro.com

*Counsel for*
*Boone County (17-op-45061)*
*Cabell County (17-op-45053)*
*Fayette County (17-op-45062)*
*Kanawha County (17-op-45063)*
*Logan County (18-op-45000)*


/s/ *Aaron L. Harrah*
Aaron L. Harrah
Hill, Peterson, Carper, Bee & Deitzler
500 Tracy Way
Charleston, WV 25311
304-345-5667
Fax: 304-345-1519
aaron@hpcbd.com

*Counsel for*
*City of Vienna (19-op-45042)*
*Greenbrier County (19-op-45080)*

3

>  */s/ Christopher M. Davis*
> Christopher M. Davis
> Wooton Davis Hussell & Ellis
> 201 North Kanawha Street
> PO Box 2600
> Beckley, WV 25802
> 304-255-2188
> 304-255-2189 (fax)
> chris.davis@wwdhe.com
>
> *Counsel for*
> *Raleigh County (18-op-45108)*
> *Summers County (18-op-45226)*

SO ORDERED this _____ day of September 2023.


_____
Hon. Dan Aaron Polster
United States District Judge

8833532.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2023 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

> */s/ John D. Hurst*_____
> John D. Hurst