**Appendix A**

| Subdivision | Jurisdiction | Docket No. | Signed w/ Permission | Firm |
|---|---|---|---|---|
| Boone County (WV) | NDOH | 17-op-45061 | /s/ Anthony J. Majestro | Powell & Majestro |
| Cabell County (WV) | NDOH | 17-op-45053 | /s/ Anthony J. Majestro | Powell & Majestro |
| City of Bluefield (WV) | NDOH | 18-op-45659 | /s/ John D. Hurst | Motley Rice LLC |
| City of Buckhannon (WV) | NDOH | 18-op-46085 | /s/ John D. Hurst | Motley Rice LLC |
| City of Ceredo (WV) | NDOH | 18-op-45984 | /s/ John D. Hurst | Motley Rice LLC |
| City of Charleston (WV) | NDOH | 18-op-45224 | /s/ John D. Hurst | Motley Rice LLC |
| City of Charlestown (WV) | NDOH | 18-op-45984 | /s/ John D. Hurst | Motley Rice LLC |
| City of Dunbar (WV) | NDOH | 18-op-45546 | /s/ John D. Hurst | Motley Rice LLC |
| City of Huntington (WV) | NDOH | 18-op-45984 | /s/ John D. Hurst | Motley Rice LLC |
| City of Huntington (WV) | NDOH | 17-op-45054 | /s/ John D. Hurst | Motley Rice LLC |
| City of Kenova (WV) | NDOH | 18-op-45984 | /s/ John D. Hurst | Motley Rice LLC |
| City of Logan (WV) | NDOH | 18-op-45317 | /s/ John D. Hurst | Motley Rice LLC |
| City of Milton (WV) | NDOH | 18-op-45321 | /s/ John D. Hurst | Motley Rice LLC |

| **Subdivision** | **Jurisdiction** | **Docket No.** | **Signed w/ Permission** | **Firm** |
|---|---|---|---|---|
| City of Montgomery (WV) | NDOH | 18-op-46128 | /s/ John D. Hurst | Motley Rice LLC |
| City of Parkersburg (WV) | NDOH | 18-op-45315 | /s/ John D. Hurst | Motley Rice LLC |
| City of Princeton (WV) | NDOH | 18-op-46054 | /s/ John D. Hurst | Motley Rice LLC |
| City of Saint Albans (WV) | NDOH | 18-op-45269 | /s/ John D. Hurst | Motley Rice LLC |
| City of Smithers (WV) | NDOH | 18-op-45319 | /s/ John D. Hurst | Motley Rice LLC |
| City of Vienna (WV) | NDOH | 19-op-45042 | /s/ Aaron L. Harrah | Hill, Peterson, Carper, Bee & Deitzler |
| Fayette County (WV) | NDOH | 17-op-45062 | /s/ Anthony J. Majestro | Powell & Majestro |
| Greenbrier County (WV) | NDOH | 19-op-45080 | /s/ Aaron L. Harrah | Hill, Peterson, Carper, Bee & Deitzler |
| Kanawha County (WV) | NDOH | 17-op-45063 | /s/ Anthony J. Majestro | Powell & Majestro |
| Logan County (WV) | NDOH | 18-op-45000 | /s/ Anthony J. Majestro | Powell & Majestro |
| Raleigh County (WV) | NDOH | 18-op-45108 | /s/ Christopher M. Davis | Wooton Davis Hussell & Ellis |
| Summers County (WV) | NDOH | 18-op-45226 | /s/ Christopher M. Davis | Wooton Davis Hussell & Ellis |
| Town of Clendenin (WV) | NDOH | 18-op-46127 | /s/ John D. Hurst | Motley Rice LLC |

| **Subdivision** | **Jurisdiction** | **Docket No.** | **Signed w/ Permission** | **Firm** |
|---|---|---|---|---|
| Town of Gauley Bridge (WV) | NDOH | 18-op-46278 | /s/ John D. Hurst | Motley Rice LLC |
| Town of Man (WV) | NDOH | 18-op-45385 | /s/ John D. Hurst | Motley Rice LLC |
| Town of Quinwood (WV) | NDOH | 18-op-45324 | /s/ John D. Hurst | Motley Rice LLC |
| Town of Rainelle (WV) | NDOH | 18-op-45322 | /s/ John D. Hurst | Motley Rice LLC |
| Town of Rupert (WV) | NDOH | 18-op-45323 | /s/ John D. Hurst | Motley Rice LLC |
| Town of Sophia (WV) | NDOH | 18-op-46129 | /s/ John D. Hurst | Motley Rice LLC |
| Town of Whitesville (WV) | NDOH | 18-op-46130 | /s/ John D. Hurst | Motley Rice LLC |