UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND [PROPOSED] ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO WEST VIRGINIA WALGREENS SETTLEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff West Virginia Subdivisions identified in Appendix A (collectively, "Dismissing WV Plaintiffs") and Defendant Walgreens (together with the Released Entities, "Walgreens"[1]) that, pursuant to the election of each Dismissing WV Plaintiff to participate in the Walgreens West Virginia Settlement attached hereto as Appendix B, all claims of each Dismissing WV Plaintiff against any Released Entity that is a defendant in any action listed in Appendix A are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The Walgreens West Virginia Settlement is between the State of West Virginia and Walgreens, but the settlement provides for participation by the Dismissing WV Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Released Entities," which includes Walgreens Boots Alliance, Inc., Walgreen Co. and Walgreen Eastern Co., Inc. Appendix B § II.GG.

Dated: September __, 2023             Respectfully submitted,

Agreed as to form and substance:

| **WALGREENS** | **DISMISSING WV PLAINTIFFS** |
|---|---|
| */s/ Kaspar J. Stoffelmayr* _____ | */s/ John D. Hurst* _____ |
| Kaspar J. Stoffelmayr | Joseph F. Rice |
| Katherine M. Swift | Anne McGinness Kearse |
| BARTLIT BECK LLP | Motley Rice |
| 54 West Hubbard Street Chicago, IL | 28 Bridgeside Blvd. |
| 60654 (312) 494-4400 | Mount Pleasant, SC 29464 |
| kaspar.stoffelmayr@bartlitbeck.com | 843-216-9000 |
| kate.swift@bartlitbeck.com | 843-216-9450 (fax) |
| | jrice@motleyrice.com |
| | akearse@motleyrice.com |

John D. Hurst
Motley Rice
50 Clay Street, Suite 1
Morgantown, WV 26501
304-413-0457
jhurst@motleyrice.com

*Counsel for*
*Charleston City (1:18-op-45224)*
*Clendenin Town (1:18-op-46127)*
*Dunbar City (1:18-op-45546)*
*Eleanor Town (1:18-op-45387)*
*Granville Town (1:18-op-45320)*
*Huntington City (1:17-op-45054)*
*Huntington City (1:18-op-45984)*
*Hurricane City (1:18-op-45293)*
*Milton City (1:18-op-45321)*
*Nicholas County (1:18-op-45314)*
*Saint Albans City (1:18-op-45269)*
*Smithers City (1:18-op-45319)*
*Sophia Town (1:18-op-46129)*
*Summersville City (1:18-op-45316)*
*Winfield City (1:18-op-45294)*

/s/ *Anthony J. Majestro*
Anthony J. Majestro
Powell & Majestro
Ste. P1200
405 Capitol Street
Charleston, WV 25301
304-346-2889
304-346-2895 (fax)
amajestro@powellmajestro.com

*Counsel for*
*Cabell County (1:17-op-45053)*
*Fayette County (1:17-op-45062)*
*Kanawha County (1:17-op-45052)*
*Wayne County (1:17-op-45052)*


/s/ *Andrew C. Skinner*
Andrew C. Skinner
Laura C. Davis
Macon Bryan Epps Gray
Stephen G. Skinner
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414
301-725-4029
304-725-4082 (fax)

*Counsel for*
*Berkeley County (1:17-op-45171)*
*Charles Town City (1:18-op-45332-DAP)*
*Jefferson County (1:19-op-45087-DAP)*


/s/ *Christopher M. Davis*
Christopher M. Davis
Wooton Davis Hussell & Ellis
201 North Kanawha Street
PO Box 2600
Beckley, WV 25802
304-255-2188
304-255-2189 (fax)
chris.davis@wwdhe.com

*Counsel for*
*Raleigh County (18-op-45108)*

8833532.1

*/s/ Aaron L. Harrah*
Aaron L. Harrah
Hill, Peterson, Carper, Bee & Deitzler
500 Tracy Way
Charleston, WV 25311
304-345-5667
Fax: 304-345-1519
aaron@hpcbd.com

*Counsel for*
*Greenbrier County (19-op-45080)*
*City of Vienna (19-op-45042)*


SO ORDERED this ____ day of September 2023.


_____
Hon. Dan Aaron Polster
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will notify counsel of record regarding the filing.

*/s/ John D. Hurst*