UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*ALL CASES* | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### REVISED NOTICE OF PUBLIC DISCLOSURE OF ARCOS DATA

On July 15, 2019, the Court entered an Order (Dkt. 1845) regarding public access to the ARCOS data covering opioid shipments from 2006 to 2012. On January 14, 2020, the Court entered an Order (Dkt. 3080) regarding public access to the ARCOS data covering opioid shipments from 2013 to 2014. Then, on July 14, 2023, the Court entered an Order (Dkt. 5115) regarding public access to the ARCOS data covering opioid shipments from 2015-2019.

Please take notice the PEC has posted updated links to both the raw data provided by the DEA for the years 2006-2019 at **www.slcg.com/opioid-data/**. The two links allow anyone to download the raw and processed data.

The PEC has found, however, that the data was not useful as received, so we spent extensive resources making it useful. We are also providing you, again without charge, access to the result of that investment. The PEC's ARCOS website allows you to go straight to the county-level processed ARCOS data and county-level reports and download the information you need in order to understand from the ARCOS database exactly which opioid products flowed into your clients' jurisdictions and how they got there. While you have the right to download the unprocessed ARCOS data and process it yourself, we urge you to avoid that step and instead

simply access the PEC's processed ARCOS data and reports.

These files are very large; download time will depend on the user's computing resources and the number of users attempting to download the files. For any questions or support concerning this ARCOS data contact ARCOS@levinlaw.com.

                                              Respectfully Submitted,

                                              *s/Peter J. Mougey*_____
Peter J. Mougey
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR, & MOUGEY, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel.: 850-435-7068
Fax: 850-436-6068
opioidmail@levinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*s/Peter J. Mougey*
**Peter J. Mougey**
*For the PEC*
