# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

## SECOND STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO TRIBAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Walmart Inc. (collectively and together with their Released Entities, the "Walmart Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Walmart Tribal Settlement Agreement, which is now dated November 14, 2022, which is binding on the Dismissing Plaintiffs and the Walmart Defendants (a copy of which is attached as Appendix B), all Claims of each Dismissing Plaintiff against any Walmart Defendant are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Walmart Tribal Settlement Agreement to the extent provided under that Agreement.

---

[1] The Released Entities are each and every entity of any of the Walmart Defendants that is a "Released Entity" as set forth in Section VI of the Walmart Tribal Settlement Agreement, dated as of November 14, 2022, a copy of which is attached as Appendix B.

Dated: <u>September 12, 2023</u>   Agreed as to form and substance:


<u>/s/ Lloyd Miller</u>
Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

<u>/s/ Geoffrey Strommer</u>
Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

<u>/s/ Tim Purdon</u>
Tara Sutton / Tim Purdon
Robins Kaplan LLP

<u>/s/ Lynn Sarko</u>
Lynn Sarko
Keller Rohrback, L.L.P.

<u>/s/ T. Roe Frazer</u>
T. Roe Frazer
Frazer PLC

<u>/s/ Peter Mougey</u>
Peter Mougey
Levin Papantonio Rafferty

<u>/s/ Elizabeth J. Cabraser</u>
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

<u>/s/ Steve Skikos</u>
Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

Agreed as to form and substance:

**WALMART INC.**

<u>/s/   Tina M. Tabacchi</u>

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606
Phone: (312) 782-3939
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

**SO ORDERED:**

Dated: _____         _____
                                                                                              HON. DAN AARON POLSTER