# APPENDIX A

| Tribe | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Akiak Native Community | Alaska | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46309-DAP |
| Apache Tribe of Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:19-op-46119-DAP |
| Battle Mountain Band Te-Moak Tribe of Western Shoshone Indians of Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46017-DAP |
| Confederated Tribes and Bands of the Yakama Nation | Washington | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:18-op-46202-DAP |
| Consolidated Tribal Health Project, Inc. | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45919-DAP |
| Eastern Aleutian Tribes | Alaska | /s/ Sonosky Chambers; Lieff Cabraser | Sonosky Chambers; Lieff Cabraser | NDOH | 1:19-op-45836-DAP* |
| Elko Band of the Te-Moak Tribe of Western Shoshone Indians of Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45165-DAP |
| Feather River Tribal Health, Inc. | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:19-op-45334-DAP |
| Mi'kmaq Nation (also listed as Aroostook Band of Micmacs) | Maine | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:19-op-45349-DAP |
| Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada | Nevada | /s/ Lockridge Grindal Nauen | Lockridge Grindal Nauen | NDOH | 1:19-op-45650-DAP |
| Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana | Montana | /s/ Lockridge Grindal Nauen | Lockridge Grindal Nauen | NDOH | 1:19-op-45010-DAP |
| Quapaw Tribe of Oklahoma | Oklahoma | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:19-op-45460-DAP |
| Round Valley Indian Health Center, Inc. | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45915-DAP |
| Red Lake Band of Chippewa Indians, Minnesota | Minnesota | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:18-op-45959-DAP |
| Riverside San Bernardino County Indian Health Inc. | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:19-op-45025-DAP |
| Sac & Fox Nation, Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:19-op-46012-DAP |
| South Fork Band of the Te-Moak Tribe of Western Shoshone Indians of Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46016-DAP |
| Swinomish Tribe | Washington | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein LLP | NDOH | 1:18-op-45892-DAP |
| Tunica-Biloxi Indian Tribe | Louisiana | /s/ Laborde Earles Law Firm | Laborde Earles Law Firm | NDOH | 1:18-op-45996-DAP |
| Yurok Tribe of the Yurok Reservation, California ("Yurok Tribe") | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein LLP | NDOH | 1:18-op-45311-DAP* |

*Plaintiffs were listed in the first Stipulation and Order Dismissing with Prejudice Claims Pursuant to Tribal Settlement Agreement, ECF No. 4926, with the incorrect case number.