## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*All actions* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## <u>ENTRY OF APPEARANCE</u>

Please enter the appearance of Matthew R. Ladd of Morgan, Lewis & Bockius LLP, as counsel on behalf of Defendants Rite Aid Corporation; Rite Aid Hdqtrs. Corp.; Rite Aid of Maryland, Inc.; Eckerd Corporation; Thrifty Payless Inc.; Harco, Inc.; Rite Aid of Alabama, Inc.; Rite Aid of Georgia, Inc.; Rite Aid of Kentucky, Inc.; Rite Aid of Massachusetts, Inc.; Rite Aid of Maine, Inc.; Rite Aid of Ohio, Inc.; Rite Aid of Pennsylvania, Inc.; Rite Aid of Virginia, Inc.; Rite Aid of West Virginia, Inc.; and Rite Aid Drug Palace, Inc. (collectively, "Rite Aid") in the above-captioned actions.

Dated:  September 15, 2023

Respectfully submitted,

/s/ Matthew R. Ladd
Matthew R. Ladd
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Floor 32
Dallas, TX  75201-7347
(214) 466-4000 (telephone)
(214) 466-4001 (facsimile)
matthew.ladd@morganlewis.com

*Counsel for Rite Aid Corporation; Rite Aid Hdqtrs. Corp.; Rite Aid of Maryland, Inc.; Eckerd Corporation; Thrifty Payless Inc.; Harco, Inc.; Rite Aid of Alabama, Inc.; Rite Aid of Georgia, Inc.; Rite Aid of Kentucky, Inc.; Rite Aid of Massachusetts, Inc.; Rite Aid of Maine, Inc.; Rite Aid of Ohio, Inc.; Rite Aid of Pennsylvania, Inc.; Rite Aid of Virginia, Inc.; Rite Aid of West Virginia, Inc.; and Rite Aid Drug Palace, Inc.*