UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Appendix* | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO NEW MEXICO SETTLEMENT AGREEMENT

The undersigned Parties (the "Parties") have settled the above-referenced litigation against Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York, LLC (collectively, "Amneal") pursuant to the Amneal New Mexico Settlement Agreement, executed on April 24, 2023, in which Plaintiffs – the New Mexico subdivisions listed in **Appendix A** – have elected to participate. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Amneal agree that all claims of Plaintiffs in the actions identified in **Appendix A** against Amneal and the Releasees (as defined in the Amneal New Mexico Settlement Agreement) are dismissed with prejudice, with each party to bear its own costs.

Dated September 19, 2023                Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Peter J. Mougey*
Peter J. Mougey
Jeff R. Gaddy
Levin, Papantonio, Rafferty, Proctor
Buchanan, O'Brien, Barr & Mougey,P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7068
pmougey@levinlaw.com
jgaddy@levinlaw.com

*/s/ James C. Peterson*
James C. Peterson
Hill, Peterson, Carper, Bee & Deitzler, PLLC
500 Tracy Way
Charleston, WV 25311
(304) 345-5667
jcpeterson@hpcbd.com

*/s/ Paul T. Farrell , Jr.*
Paul T. Farrell , Jr.
Farrell & Fuller
270 Munoz Rivera Avenue
San Juan, PR 00918
(304) 654-8281
paul@farrellfuller.com

*s/ Shayna E. Sacks*
Shayna E. Sacks
Napoli Shkolnik PLLC
400 Broadhollow Road, St 350
Melville, NY 11747
(212) 397-1000
ssacks@napolilaw.com

**ATTORNEYS FOR DEFENDANTS AMNEAL PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS LLC, AND AMNEAL PHARMACEUTICALS OF NEW YORK, LLC**

*/s/ Paul J. Cosgrove*
Paul J. Cosgrove
ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 698-5000/Fax: (513) 698-5001
pcosgrove@ulmer.com

Joshua A. Klarfeld
Georgia Hatzis
ULMER & BERNE LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH  44113
Phone: (216) 583-7000/Fax: (216) 583-7001
jklarfeld@ulmer.com
ghatzis@ulmer.com

SO ORDERED this \_\_ day of September 2023.

_____
Hon. Dan Aaron Polster
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

/s/Peter J. Mougey

# APPENDIX A

| Subdivision | State | Signed With Permission | Jurisdiction | Docket Number |
|---|---|---|---|---|
| Alamogordo City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46067 |
| Catron County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45320 |
| Cibola County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45321 |
| Curry County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45347 |
| Dona Ana County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46206 |
| Grant County | NM | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45108 |
| Hobbs City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46068 |
| Las Cruces City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:21-op-45059 |
| Lincoln County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45513 |
| McKinley County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45033 |
| Otero County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45216 |
| Roosevelt County | NM | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46343 |
| Sierra County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45322 |
| Socorro County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45323 |
| Taos County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45051 |
| Valencia County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45324 |