UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO NEW MEXICO SETTLEMENT AGREEMENT**

The undersigned Parties (the "Parties") have settled the above-referenced litigation against Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York, LLC (collectively, "Amneal") pursuant to the Amneal New Mexico Settlement Agreement, executed on April 24, 2023, in which Plaintiffs – the New Mexico subdivisions listed in **Appendix A** – have elected to participate. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Amneal agree that all claims of Plaintiffs in the actions identified in **Appendix A** against Amneal and the Releasees (as defined in the Amneal New Mexico Settlement Agreement) are dismissed with prejudice, with each party to bear its own costs.

Dated September 19, 2023           Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Peter J. Mougey*_____
Peter J. Mougey
Jeff R. Gaddy
Levin, Papantonio, Rafferty, Proctor
Buchanan, O'Brien, Barr & Mougey,P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7068
pmougey@levinlaw.com
jgaddy@levinlaw.com

*/s/ James C. Peterson*
James C. Peterson
Hill, Peterson, Carper, Bee & Deitzler, PLLC
500 Tracy Way
Charleston, WV 25311
(304) 345-5667
jcpeterson@hpcbd.com

*/s/ Paul T. Farrell , Jr.*
Paul T. Farrell , Jr.
Farrell & Fuller
270 Munoz Rivera Avenue
San Juan, PR 00918
(304) 654-8281
paul@farrellfuller.com

*s/ Shayna E. Sacks*
Shayna E. Sacks
Napoli Shkolnik PLLC
400 Broadhollow Road, St 350
Melville, NY 11747
(212) 397-1000
ssacks@napolilaw.com

**ATTORNEYS FOR DEFENDANTS AMNEAL PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS LLC, AND AMNEAL PHARMACEUTICALS OF NEW YORK, LLC**

*/s/ Paul J. Cosgrove*
Paul J. Cosgrove
ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 698-5000/Fax: (513) 698-5001
pcosgrove@ulmer.com

Joshua A. Klarfeld
Georgia Hatzis
ULMER & BERNE LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH  44113
Phone: (216) 583-7000/Fax: (216) 583-7001
jklarfeld@ulmer.com
ghatzis@ulmer.com

SO ORDERED this 19th day of September 2023.

*s/ Dan Aaron Polster*
Hon. Dan Aaron Polster
United States District Judge