UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Listed In Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION AND ORDER DISMISSING
WITH PREJUDICE CLAIMS
PURSUANT TO SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiffs in cases listed in Appendix A (collectively, the "Dismissing West Virginia Plaintiffs") and Defendants Rite Aid of Maryland, Inc.; Rite Aid of West Virginia, Inc.; Rite Aid Corporation; and Rite Aid Hdqtrs. Corp. (collectively and together with their Released Entities, "Rite Aid"[1]) that, pursuant to the election of each Dismissing West Virginia Plaintiff to participate in the West Virginia Statewide Settlement Agreement attached hereto as Appendix B, all claims of each Dismissing West Virginia Plaintiff against any Released Entity that is a defendant in any action listed in Appendix A are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

The Court shall retain jurisdiction with respect to the West Virginia Statewide Settlement Agreement to the extent provided under that Agreement.

---

[1] The "Released Entities" are each and every entity of Rite Aid as set forth in Section II.FF of the West Virginia Statewide Settlement Agreement, a copy of which is attached as Appendix B. The West Virginia Statewide Settlement Agreement provides for participation by the Dismissing West Virginia Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Released Entities," including but not limited to Rite Aid Corporation, Rite Aid of Maryland, Inc.; and Rite Aid of West Virginia, Inc.

Dated September 19, 2023

Respectfully submitted,

Agreed as to form and substance:

<div style="display:flex">

**RITE AID OF MARYLAND, INC.;**
**RITE AID OF WEST VIRGINIA, INC.;**
**RITE AID CORPORATION;**
**AND RITE AID HDQTRS. CORP.**

*/s/ Webster J. Arceneaux, III*
Webster J. Arceneaux, III, State Bar #155
LEWIS GIANOLA PLLC
Post Office Box 1746
Charleston, WV 25326
(304) 345-2000
wjarceneaux@lewisgianola.com

Elisa P. McEnroe (Pro Hac Vice)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5917
elisa.mcenroe@morganlewis.com
*Counsel for Rite Aid of Maryland, Inc.;*
*Rite Aid of West Virginia, Inc.; Rite Aid*
*Corporation; and Rite Aid Hdqtrs. Corp.*

</div>

**DISMISSING WV PLAINTIFFS**

*/s/ John D. Hurst*
Joseph F. Rice
Anne McGinness Kearse
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
843-216-9450 (fax)
jrice@motleyrice.com
akearse@motleyrice.com

John D. Hurst
Motley Rice LLC
50 Clay Street, Suite 1
Morgantown, WV 26501
304-413-0457
Fax:  304-413-0458
jhurst@motleyrice.com
*Counsel for*
*Bluefield City (1:18-op-45659)*
*Braxton County (1:18-op-45313)*
*Buckhannon City (1:18-op-46085)*
*Calhoun County (1:18-op-45312)*
*Charleston City (1:18-op-45224)*
*Clendenin Town (1:18-op-46127)*
*Dunbar City (1:18-op-45546)*
*Eleanor Town (1:18-op-45387)*
*Fort Gay Town (1:18-op-45225)*
*Gauley Bridge Town (1:18-op-46278)*
*Gilmer County (1:18-op-46131)*
*Glenville Town (1:18-op-45384)*
*Granville Town (1:18-op-45320)*
*Huntington City (1:17-op-45054)*
*Huntington City (1:18-op-45984)*
*Hurricane City (1:18-op-45293)*
*Kenova City (1:18-op-46346)*

2

*Logan City (1:18-op-45317)*
*Milton City (1:18-op-45321)*
*Montgomery City (1:18-op-46128)*
*Nicholas County (1:18-op-45314)*
*Parkersburg City (1:18-op-45315)*
*Princeton City (1:18-op-46054)*
*Quinwood Town (1:18-op-45324)*
*Rainelle Town (1:18-op-45322)*
*Saint Albans City (1:18-op-45269)*
*Smithers City (1:18-op-45319)*
*Sophia Town (1:18-op-46129)*
*Summersville City (1:18-op-45316)*
*Sutton Town (1:18-op-45318)*
*Whitesville Town (1:18-op-46130)*

*/s/ Anthony J. Majestro*
Anthony J. Majestro
Powell & Majestro
Ste. P1200
405 Capitol Street
Charleston, WV 25301
304-346-2889
304-346-2895 (fax)
amajestro@powellmajestro.com

*Counsel for*
*Boone County (1:17-op-45061)*
*Cabell County (1:17-op-45053)*
*Fayette County (1:17-op-45062)*
*Greenbrier County (1:19-op-45080)*
*Kanawha County (1:17-op-45052)*
*Logan County (1:18-op-45000)*
*Wayne County (1:17-op-45052)*
*Wyoming County (1:17-op-45051)*

*/s/ Andrew C. Skinner*
Andrew C. Skinner
Laura C. Davis
Macon Bryan Epps Gray
Stephen G. Skinner
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414
301-725-4029
304-725-4082 (fax)

*Counsel for*
*Berkeley County (1:17-op-45171)*
*Charles Town City (1:18-op-45332)*
*Jefferson County (1:19-op-45087)*
*Morgan County (1:18-op-45444)*
*Pocahontas County (1:18-op-45443)*


*/s/ Aaron L. Harrah*
Aaron L. Harrah
Hill, Peterson, Carper, Bee & Deitzler
500 Tracy Way
Charleston, WV 25311
304-345-5667
Fax: 304-345-1519
aaron@hpcbd.com

*Counsel for*
*Vienna City (1:19-op-45042)*


*/s/ Christopher M. Davis*
Christopher M. Davis
Wooton Davis Hussell & Ellis
201 North Kanawha Street
PO Box 2600
Beckley, WV 25802
304-255-2188
304-255-2189 (fax)
chris.davis@wwdhe.com

*Counsel for*
*Raleigh County (1:22-op-45028)*
*Summers County (1:18-op-45226)*


*/s/ Letitia Neese Chafin*
*Letitia Neese Chafin*
Chafin Law Firm, PLLC
2 W 2nd Avenue
US Post Office-2nd Floor
Williamson, WV 25661
304-235-2221
chafin@thechafinlawfirm.com

*Counsel for*
*Clay County (1:18-op-45670)*

3

*Lincoln County (1:17-op-45060)*
*McDowell County (1:17-op-45066)*
*Mercer County (1:17-op-45064)*
*Mingo County (1:18-op-45940)*
*Chapmanville Town (1:17-op-45055)*
*Gilbert Town (1:17-op-45059)*

*Hamlin Town (1:18-op-45386)*
*Kermit Town (1:17-op-45058)*
*Welch City (1:17-op-45065)*
*West Hamlin Town (1:18-op-45941)*
*Williamson City (1:17-op-45057)*

**SO ORDERED** this ____ day of _____, 2023.

_____
Hon. Dan Aaron Polster
United States District Judge