## APPENDIX A – LIST OF CASES

| Subdivision | Jurisdiction | Docket No. | Signed w/ Permission | Firm |
|---|---|---|---|---|
| Berkeley County Council, WV | NDOH | 1:17-op-45171 | /s/ Andrew C. Skinner | Skinner Law Firm |
| Boone County Commission, WV | NDOH | 1:17-op-45061 | /s/ Anthony J. Majestro | Powell & Majestro |
| Braxton County Commission, WV | NDOH | 1:18-op-45313 | /s/ John D. Hurst | Motley Rice |
| Cabell County Commission, WV | NDOH | 1:17-op-45053 | /s/ Anthony J. Majestro | Powell & Majestro |
| Calhoun County Commission, WV | NDOH | 1:18-op-45312 | /s/ John D. Hurst | Motley Rice |
| County Commission of Clay County, WV | NDOH | 1:18-op-45670 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |
| Fayette County Commission, WV | NDOH | 1:17-op-45062 | /s/ Anthony J. Majestro | Powell & Majestro |
| Gilmer County Commission, WV | NDOH | 1:18-op-46131 | /s/ John D. Hurst | Motley Rice |
| Greenbrier County Commission, WV | NDOH | 1:19-op-45080 | /s/ Anthony J. Majestro | Powell & Majestro |
| Jefferson County Commission, WV | NDOH | 1:17-op-45170 | /s/ Andrew C. Skinner | Skinner Law Firm |
| Kanawha County Commission, WV | NDOH | 1:17-op-45063 | /s/ Anthony J. Majestro | Powell & Majestro |
| County Commission of Lincoln County, WV | NDOH | 1:17-op-45060 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |
| Logan County Commission, WV | NDOH | 1:18-op-45000 | /s/ Anthony J. Majestro | Powell & Majestro |
| County Commission of McDowell County, WV | NDOH | 1:17-op-45066 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |
| County Commission of Mercer County, WV | NDOH | 1:17-op-45064 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |
| Mingo County, WV | NDOH | 1:18-op-45940 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |
| Morgan County Commission, WV | NDOH | 1:18-op-45444 | /s/ Andrew C. Skinner | Skinner Law Firm |
| Nicholas County Commission, WV | NDOH | 1:18-op-45314 | /s/ John D. Hurst | Motley Rice |
| Pocahontas County Commission, WV | NDOH | 1:18-op-45443 | /s/ Andrew C. Skinner | Skinner Law Firm |
| Raleigh County Commission, WV | NDOH | 1:18-op-45108 | /s/ Christopher M. Davis | Wooton Davis Hussell & Ellis |
| Summers County Commission, WV | NDOH | 1:18-op-45226 | /s/ Christopher M. Davis | Wooton Davis Hussell & Ellis |
| Wayne County Commission, WV | NDOH | 1:17-op-45052 | /s/ Anthony J. Majestro | Powell & Majestro |
| Wyoming County Commission, WV | NDOH | 1:17-op-45051 | /s/ Anthony J. Majestro | Powell & Majestro |
| City of Bluefield, WV | NDOH | 1:18-op-45659 | /s/ John D. Hurst | Motley Rice |
| City of Buckhannon, WV | NDOH | 1:18-op-46085 | /s/ John D. Hurst | Motley Rice |
| Mayor Barker ex rel. Town of Chapmanville, WV | NDOH | 1:17-op-45055 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |
| The City of Charleston, WV | NDOH | 1:18-op-45224 | /s/ John D. Hurst | Motley Rice |
| City of Charles Town, WV | NDOH | 1:19-op-45250 | /s/ Andrew C. Skinner | Skinner Law Firm |
| The Town of Clendenin, WV | NDOH | 1:18-op-46127 | /s/ John D. Hurst | Motley Rice |
| City of Dunbar, WV | NDOH | 1:18-op-45546 | /s/ John D. Hurst | Motley Rice |
| Town of Eleanor, WV | NDOH | 1:18-op-45387 | /s/ John D. Hurst | Motley Rice |

| **Subdivision** | **Jurisdiction** | **Docket No.** | **Signed w/ Permission** | **Firm** |
|---|---|---|---|---|
| The Town of Fort Gay, WV | NDOH | 1:18-op-45225 | /s/ John D. Hurst | Motley Rice |
| The Town of Gauley Bridge, WV | NDOH | 1:18-op-46278 | /s/ John D. Hurst | Motley Rice |
| Mayor Vivian Livingood, on Behalf of the Town of Gilbert, WV | NDOH | 1:17-op-45059 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |
| Town of Glenville, WV | NDOH | 1:18-op-45384 | /s/ John D. Hurst | Motley Rice |
| Mayor David Adkins, on behalf of The Town of Hamlin, WV | NDOH | 1:18-op-45386 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |
| City of Huntington, WV | NDOH | 1:17-op-45054 | /s/ John D. Hurst | Motley Rice |
| City of Huntington; City of Charleston; City of Kenova; Town of Ceredo, WV | NDOH | 1:18-op-45984 | /s/ John D. Hurst | Motley Rice |
| City of Hurricane, West Virginia | NDOH | 1:18-op-45293 | /s/ John D. Hurst | Motley Rice |
| The City of Kenova, WV | NDOH | 1:18-op-46346 | /s/ John D. Hurst | Motley Rice |
| Mayor Charles Sparks, On Behalf of the Town of Kermit, WV | NDOH | 1:17-op-45058 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |
| The City of Logan, WV | NDOH | 1:18-op-45317 | /s/ John D. Hurst | Motley Rice |
| The City of Milton, WV | NDOH | 1:18-op-45321 | /s/ John D. Hurst | Motley Rice |
| The City of Montgomery, WV | NDOH | 1:18-op-46128 | /s/ John D. Hurst | Motley Rice |
| The City of Parkersburg, WV | NDOH | 1:18-op-45315 | /s/ John D. Hurst | Motley Rice |
| Town of Quinwood, WV | NDOH | 1:18-op-45324 | /s/ John D. Hurst | Motley Rice |
| Town of Rainelle, WV | NDOH | 1:18-op-45322 | /s/ John D. Hurst | Motley Rice |
| The City of Smithers, WV | NDOH | 1:18-op-45319 | /s/ John D. Hurst | Motley Rice |
| The Town of Sophia, WV | NDOH | 1:18-op-46129 | /s/ John D. Hurst | Motley Rice |
| The City of Saint Albans, WV | NDOH | 1:18-op-45269 | /s/ John D. Hurst | Motley Rice |
| Town of Sutton, WV | NDOH | 1:18-op-45318 | /s/ John D. Hurst | Motley Rice |
| City of Vienna, WV | NDOH | 1:19-op-45042 | /s/ Aaron L. Harrah | Hill, Peterson, Carper, Bee & Deitzler |
| Mayor Reba Honaker, on Behalf of the City of Welch, WV | NDOH | 1:17-op-45065 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |
| Mayor Farris Burton, on behalf of The Town of West Hamlin, WV | NDOH | 1:18-op-45941 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |
| Town of Whitesville, WV | NDOH | 1:18-op-46130 | /s/ John D. Hurst | Motley Rice |
| City of Williamson, WV | NDOH | 1:17-op-45057 | /s/ Letitia Neese Chafin | The Chafin Law Firm, PLLC |