UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO NEW MEXICO SETTLEMENT AGREEMENT

The undersigned Parties (the "Parties") have settled the above-referenced litigation against Defendant KVK-Tech, Inc. pursuant to the KVK-Tech New Mexico Settlement Agreement, executed on March 21, 2023, in which Plaintiffs – the New Mexico subdivisions listed in Appendix A – have elected to participate. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and KVK-Tech agree that all claims of Plaintiffs in the actions identified in Appendix A against KVK-Tech and the Releasees (as defined in the KVK-Tech New Mexico Settlement Agreement) are dismissed with prejudice, with each party to bear its own costs.

Dated September 19, 2023                                    Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Peter J. Mougey*
Peter J. Mougey
Jeff R. Gaddy
Levin, Papantonio, Rafferty, Proctor
Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850-435-7068
pmougey@levinlaw.com
jgaddy@levinlaw.com

/s/ Jayne Conroy
Jayne Conroy
Simmon Hanly Conroy
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

/s/ Erin K. Dickinson
Erin K. Dickinson
Crueger Dickinson
4532 N Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3767
ekd@cruegerdickinson.com

/s/ Shayna E. Sacks
Shayna E. Sacks
Napoli Shkolnik PLLC
400 Broadhollow Road, St 350
Melville, NY 11747
(212) 397-1000
ssacks@napolilaw.com

**ATTORNEYS FOR DEFENDANT KVK-TECH, INC.**

/s/ Thomas E. Rice
Baker Sterchi Cowden & Rice LLC
2400 Pershing Road, Suite 500
Kansas City, MO  64108
(816) 471-2121
rice@bscr-law.com

SO ORDERED this 19th day of September 2023.

s/ Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge