EXHIBIT B

| | |
|---|---|
| **From:** | David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law> |
| **Sent:** | Monday, August 28, 2023 1:12 PM |
| **To:** | Harder, Bradley; Carrie_Roush@ohnd.uscourts.gov; David R. Cohen (David@SpecialMaster.Law) |
| **Cc:** | jrice@motleyrice.com; paul@farrellfuller.com; PWeinberger@spanglaw.com; lsinger@motleyrice.com; joanne@cicalapllc.com; Boone, Brian; Jordan, Bill; Chemerinsky, Kim; McGowan, Emily; Bond, Ethan; Haley Plourde-Cole; jonathancooper@quinnemanuel.com; mikelyle@quinnemanuel.com; Eric Lyttle; Olga Vieira; Patrick King |
| **Subject:** | Re: MDL No. 2804 - PBMs' Status Report for August 30, 2023 Conference Relating to PBMs |

**EXTERNAL SENDER – Proceed with caution**

Dear Counsel:

This email was meant to be to my own files, and not to counsel. Please discard and disregard. I apologize.

-d


========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

**From:** David Cohen <david@davidrcohen.com>
**Sent:** Monday, August 28, 2023 12:50 PM
**To:** Harder, Bradley <Bradley.Harder@alston.com>; Carrie_Roush@ohnd.uscourts.gov <Carrie_Roush@ohnd.uscourts.gov>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** jrice@motleyrice.com <jrice@motleyrice.com>; paul@farrellfuller.com <paul@farrellfuller.com>; PWeinberger@spanglaw.com <PWeinberger@spanglaw.com>; lsinger@motleyrice.com <lsinger@motleyrice.com>; joanne@cicalapllc.com <joanne@cicalapllc.com>; Boone, Brian <Brian.Boone@alston.com>; Jordan, Bill <Bill.Jordan@alston.com>; Chemerinsky, Kim <Kim.Chemerinsky@alston.com>; McGowan, Emily <Emily.McGowan@alston.com>; Bond, Ethan <Ethan.Bond@alston.com>; Haley Plourde-Cole <haleyplourdecole@quinnemanuel.com>; jonathancooper@quinnemanuel.com; mikelyle@quinnemanuel.com <mikelyle@quinnemanuel.com>; Eric Lyttle <ericlyttle@quinnemanuel.com>; Olga Vieira <olgavieira@quinnemanuel.com>; Patrick King <patrickking@quinnemanuel.com>
**Subject:** Re: MDL No. 2804 - PBMs' Status Report for August 30, 2023 Conference Relating to PBMs

Notes on D's position:

I disagree that there should be briefing on whether amendment is allowed; just allow it.  Let them mandamus you, CTA6 has said that is allowed.

I have some sympathy for PBMs' argument that a briefing track should be in a different case, separate from the litigating cases.  But perhaps there are some truly overreaching threshold issues we should tee up more quickly.  Need to see what Ps are thinking.

I think we need 4 bellwethers, not 2 -- it is too easy for Ds to buy off 2 Ps, avoiding any global resolution.

The Pharmacies also sought to add third parties, like PBMs do here.  PBMs' goal is to complicate and delay (including a request to do nothing and set a status 4 weeks hence).  I say let Ps add claims against PBMs as mail-order pharmacies.  Two reasons: (1) Ps are the master of their own complaint, and (2) claims against PBMs as mail-order pharmacies will show how much PBMs knew (and they knew a lot).  And then let PBMs respond as they wish.  If that complicates the case, so be it.  We are used to that.


-d




========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

**From:** Harder, Bradley <Bradley.Harder@alston.com>
**Sent:** Monday, August 28, 2023 11:58 AM
**To:** Carrie_Roush@ohnd.uscourts.gov <Carrie_Roush@ohnd.uscourts.gov>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** jrice@motleyrice.com <jrice@motleyrice.com>; paul@farrellfuller.com <paul@farrellfuller.com>; PWeinberger@spanglaw.com <PWeinberger@spanglaw.com>; lsinger@motleyrice.com <lsinger@motleyrice.com>; joanne@cicalapllc.com <joanne@cicalapllc.com>; Boone, Brian <Brian.Boone@alston.com>; Jordan, Bill <Bill.Jordan@alston.com>; Chemerinsky, Kim <Kim.Chemerinsky@alston.com>; McGowan, Emily <Emily.McGowan@alston.com>; Bond, Ethan <Ethan.Bond@alston.com>; Haley Plourde-Cole <haleyplourdecole@quinnemanuel.com>; jonathancooper@quinnemanuel.com <jonathancooper@quinnemanuel.com>; mikelyle@quinnemanuel.com <mikelyle@quinnemanuel.com>; Eric Lyttle <ericlyttle@quinnemanuel.com>; Olga Vieira <olgavieira@quinnemanuel.com>; Patrick King <patrickking@quinnemanuel.com>
**Subject:** MDL No. 2804 - PBMs' Status Report for August 30, 2023 Conference Relating to PBMs

Dear Ms. Roush and Special Master Cohen,

Please find attached the PBMs' status report for the August 30th status conference.

Thank you,
Brad Harder

Bradley D. Harder
Senior Associate
**ALSTON & BIRD**
1201 West Peachtree Street
Atlanta, GA 30309
+1 404 881 7829 (O)
Bradley.Harder@alston.com

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.