EXHIBIT G

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
STATE OF MISSOURI

| | |
|---|---|
| JEFFERSON COUNTY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 20JE-CC00029 |
| ) | |
| DANNIE E. WILLIAMS, M.D., *et al.*, ) | Division No. 1 |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION AND CONSENT ORDER**

Plaintiff Jefferson County ("County") and Defendant OptumRx, Inc. ("OptumRx"), by and through their undersigned counsel, jointly stipulate as follows:

**WHEREAS**, on November 8, 2021, the County stipulated with the Express Scripts Defendants[1] that in the above-styled state court proceeding, "the Second Amended petition . . . does not seek to establish dispensing liability against any of the PBMs";

**WHEREAS**, on March 16, 2022, the County stipulated with the PBM Defendants,[2] including OptumRx, that in this state court proceeding, the County will not "seek to establish liability against any of the PBM Defendants in connection with any Federal Plan [defined below]"; and

**WHEREAS**, the County and OptumRx wish to enter into this agreement to obviate any dispute regarding the scope of dispensing activities at issue in the above-

---

[1] The "Express Scripts Defendants" are Express Scripts, Inc., Express Scripts Pharmacy, Inc., and Evernorth Health, Inc. (formerly Express Scripts Holding Company).

[2] The "PBM Defendants" are OptumRx, Inc., Express Scripts, Inc., Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts Pharmacy, Inc., CVS Pharmacy, Inc., Caremark L.L.C., and Caremark PCS Health, L.L.C

1

styled state court litigation related to OptumRx, Inc., Leehar Distributors, LLC ("LDI"), Diplomat Pharmacy, Inc., or any other OptumRx parent, subsidiary, sister company, or affiliate (collectively, the "Optum Entities").

**ACCORDINGLY, IT IS STIPULATED AND AGREED**, between the County and OptumRx, that:

1. The Second Amended Petition does not seek to establish pharmacy dispensing liability against any Optum Entity.

2. The County is not seeking and will not in the future seek recovery in this state court proceeding against the Optum Entities based on pharmacy dispensing activities (which include mail-order pharmacy activities).

3. The County does not seek to and will not pursue any claims in this state court proceeding against any Optum Entity for failure to comply with dispensing standards applicable to entities licensed or registered to dispense opioids.

4. The County will not now or at any time in the future in this state court proceeding seek to establish liability against any of the Optum Entities in connection with any Federal Plan. A "Federal Plan" means any health care plan that is fully or partially funded by the federal government, any plan that is administered for any federal agency, or any plan that is delegated for administration by any federal agency. Federal Plans include, but are not limited to TRICARE, Federal Employment Health Benefits Act ("FEHBA") plans, Employer Group Waiver Plans ("EGWP"), and Medicare Part D plans.

5. The County will not now or at any time in the future in this state court proceeding take the position or pursue any argument suggesting that the Optum Entities' conduct relating to prescription claims for Federal Plans caused an oversupply of prescription opioids in Jefferson County, contributed to the theories of liability against OptumRx upon which the County bases its

Electronically Filed - Jefferson - July 11, 2022 - 07:31 PM

lawsuit, or caused or contributed to the harms for which the County seeks recovery.

6. The County will not seek discovery focused primarily on the dispensing activities of any Optum Entity. OptumRx may withhold from production any document or information focused primarily on the dispensing activities of any Optum Entity and may redact from an otherwise responsive document information focused primarily on the dispensing activities of any Optum Entity.

7. Except as expressly set forth herein, nothing in this stipulation limits OptumRx's or the County's rights in this litigation in any way, including OptumRx's or the County's rights to pursue discovery related to the Optum Entities, to introduce or object to evidence, and to present arguments and defenses. OptumRx expressly reserves the right to object to any discovery request relating to any Optum Entity.

**SO ORDERED**, this __19__ day of July, 2022

Hon. Joseph Rathert

*/s/ John F. Garvey*
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114
John F. Garvey, #35879
Sarah Shoemake Doles, #45747
Alyson M. Petrick, #68323
8235 Forsyth Blvd
St. Louis, MO 63105
Tel: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
jgarvey@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

**THE CICALA LAW FIRM PLLC**
Joanne Cicala (admitted *pro hac vice*)

3

Joshua Wackerly (admitted *pro hac vice*)
R. Johan Conrod (admitted *pro hac vice*)
101 College Street
Dripping Springs, TX 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com

*(Attorneys for Plaintiff Jefferson County)*

4

*/s/ Bradley J. Schlozman*
Bradley J. Schlozman
Missouri Bar No. 48811
HINKLE LAW FIRM LLC
1617 North Waterfront Parkway,
Suite 400
Wichita, Kansas 67206
Tel.: (316) 267-2000
Fax: (316) 630-8466
bschlozman@hinklaw.com

Daniel S. Simon
Missouri Bar # 47566
**DANIEL SIMON LAW**
2635 S. Providence Rd. Suite 105
Columbia, MO 65203
Tel.: (573) 256-8989
Fax.: (573) 256-5044
dan@dansimonlaw.com

Brian D. Boone
(*Admitted pro hac vice*)
North Carolina Bar No. 38910
Emily C. McGowan
(*Admitted pro hac vice*)
North Carolina Bar No. 44543
**ALSTON & BIRD LLP**
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
Tel.: (704) 444-1000
Fax: (704) 444-1111
brian.boone@alston.com
emily.mcgowan@alston.com

William H. Jordan
(*Admitted pro hac vice*)
Georgia Bar No. 405112
Caroline Rawls Strumph
(*Admitted pro hac vice*)
Georgia Bar No. 250168
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW,
Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000

5

Fax: (404) 881-7777
bill.jordan@alston.com
caroline.strumph@alston.com

Kimberly K. Chemerinsky
(*Admitted pro hac vice*)
California Bar No. 277637
Ethan J. Bond
(*Admitted pro hac vice*)
California Bar No. 316532
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Tel.: (213) 576-1000
Fax: (213) 576-1100
kim.chemerinsky@alston.com

*(Attorneys for OptumRx, Inc.)*