EXHIBIT H

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY
## STATE OF MISSOURI

**JEFFERSON COUNTY,**

        **Plaintiff,**

        **v.**

**DANNIE E. WILLIAMS, M.D.,** *et. al.,*

        **Defendants.**



**Case No. 20JE-CC00029**

F I L E D
NOV 0 8 2021
MICHAEL E. REUTER
CIRCUIT CLERK

### JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO INTERVENE

Plaintiff Jefferson County, Defendants Express Scripts, Inc., Express Scripts Pharmacy, Inc., and Evernorth Health, Inc. (formerly "Express Scripts Holding Company") (together, the "Express Scripts Defendants"), and third-party ESI Mail Pharmacy Service, Inc., by and through their undersigned counsel, jointly stipulate as follows:

**WHEREAS**, on October 12, 2021, third-party ESI Mail Pharmacy Service, Inc. filed a Motion to Intervene (the "Motion") as a party defendant in the above-captioned litigation;

**WHEREAS**, on October 26, 2021, Jefferson County filed Plaintiff's Opposition to Motion to Intervene and Stipulation Mooting Motion to Intervene;

**WHEREAS**, Plaintiff Jefferson County, the Express Scripts Defendants, and ESI Mail Pharmacy Service, Inc. wish to resolve the Motion by agreement;

**ACCORDINGLY, IT IS STIPULATED AND AGREED**, by and among Plaintiff Jefferson County, the Express Scripts Defendants, and ESI Mail Pharmacy Service, Inc., that:

1.      The Second Amended Petition does not include specific allegations regarding dispensing practices against any Express Scripts Defendant and does not seek to establish dispensing liability against any of the PBMs.

2.      Plaintiff Jefferson County is not seeking and will not in the future seek recovery against the current Express Scripts Defendants based on dispensing activities.

3.      Plaintiff Jefferson County does not seek to and will not pursue any claims in the captioned litigation against any Express Scripts Defendant for failure to comply with dispensing standards applicable to entities licensed or registered to dispense opioids.

4.      There will be no judgment in this case that will bind ESI Mail Pharmacy Service, Inc.

5.      Based on the foregoing stipulations, third-party ESI Mail Pharmacy Service, Inc. withdraws its Motion without prejudice.

**SO ORDERED**, this ___ day of November, 2021.

Hon. Joseph Rathert

Dated: November 5, 2021

*/s/ John Garvey*
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114
John F. Garvey, #35879
Sarah Shoemake Doles, #45747
Alyson M. Petrick, #68323
8235 Forsyth Blvd
St. Louis, MO 63105
Tel: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
jgarvey@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

**THE CICALA LAW FIRM PLLC**
Joanne Cicala (admitted *pro hac vice*)
Joshua Wackerly (admitted *pro hac vice*)
R. Johan Conrod (admitted *pro hac vice*)
101 College Street
Dripping Springs, TX 78620
Tel: (512) 275-6550
Fax: (512) 858-1801

*/s/ Christopher J. Lang*
Christopher J. Lang #49256
**NICHOLS LANG & HAMLIN, LLC**
1795 Clarkson Road, Ste 230
Chesterfield, MO 63017
Tel.: (314) 429-1515
Fax: (314) 428-9592
chris@nlh-law.com

Adriana Riviere-Badell, *pro hac vice*
Florida Bar No. 30572
**KOBRE & KIM, LLP**
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
Tel.: (305) 967-6100
Fax: (305) 967-6120
adriana.riviere-badell@kobrekim.com

Rebecca G. Mangold, *pro hac vice*
New York Bar No. 4741021
**KOBRE & KIM, LLP**
800 Third Avenue, 6th Floor

joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com

New York, NY 10022
Tel.: (212) 488-1200
Fax: (212) 488-1220
rebecca.mangold@kobrekim.com

*Attorneys for Plaintiff Jefferson County*

*Attorneys for Defendants Express Scripts, Inc.,
Express Scripts Pharmacy, Inc., and Evernorth
Health, Inc., and third-party ESI Mail
Pharmacy Service, Inc.*