EXHIBIT J

| **From:** | Carrie Roush <Carrie_Roush@ohnd.uscourts.gov> |
| **Sent:** | Tuesday, August 8, 2023 1:19 PM |
| **To:** | From: Joanne Cicala; To: Rice, Joe; Jonathan Cooper; Boone, Brian; Jayne Conroy; Jordan, Bill; Paul Farrell; Weinberger, Peter H.; Singer, Linda; Mike Lyle; Eric Lyttle; Olga Vieira; Patrick King; Chemerinsky, Kim; McGowan, Emily |
| **Cc:** | david_specialmaster.law; michael@bordenadr.com; Scott Loge; Helen Norton; Corey McCardle |
| **Subject:** | Next SC with PBM and PECs -  August 30 at noon |

**EXTERNAL SENDER – Proceed with caution**

Good afternoon,

Judge Polster has rescheduled the next SC for the PBMs and PECs for August 30 at 12:00 p.m. with status reports due at 12:00 p.m. on August 28.  Please e-mail the status reports to me and Special Master David Cohen. The Zoom invitation is below.  Please forward to anyone who should attend and is not already included in this e-mail.

Chambers Polster is inviting you to a scheduled ZoomGov meeting.

Topic: PBM SC
Time: Aug 30, 2023 12:00 PM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://www.zoomgov.com/j/1616894188?pwd=VnR2MXd0OGNHUHdTZlg5aW5PemhBdz09

Meeting ID: 161 689 4188
Passcode: 308167

---

One tap mobile
+16692545252,,1616894188#,,,,*308167# US (San Jose)
+16468287666,,1616894188#,,,,*308167# US (New York)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 161 689 4188
Passcode: 308167

Find your local number: https://www.zoomgov.com/u/acuTCb7c8z

---

Join by SIP
• 1616894188@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 161 689 4188
Passcode: 308167

Thank you.

Chambers Polster is inviting you to a scheduled ZoomGov meeting.

Topic: PBM and PEC status conference
Time: Aug 10, 2023 12:00 PM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://www.zoomgov.com/j/1611970183?pwd=bXQ4cTEwc3Q5VmhJU0IzaVF4NGN5dz09

Meeting ID: 161 197 0183
Passcode: 624973
One tap mobile
+16692545252,,1611970183#,,,,*624973# US (San Jose)
+16469641167,,1611970183#,,,,*624973# US (US Spanish Line)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 964 1167 US (US Spanish Line)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 415 449 4000 US (US Spanish Line)
    +1 551 285 1373 US
Meeting ID: 161 197 0183
Passcode: 624973
Find your local number: https://www.zoomgov.com/u/ak1HVqqe0

Join by SIP
1611970183@sip.zoomgov.com

Join by H.323

161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 161 197 0183
Passcode: 624973



**Carrie M. Roush**
Career Law Clerk to the
Honorable Dan Aaron Polster
United States District Court Northern District of Ohio
801 W. Superior Ave., Courtroom 18B
Cleveland, Ohio 44113
**216.357.7193**