EXHIBIT K

| | |
|---|---|
| **From:** | david@specialmaster.law |
| **Sent:** | Wednesday, November 9, 2022 5:47 PM |
| **To:** | Boone, Brian; Chemerinsky, Kim; Mark Cheffo; Jordan, Bill; jonathancooper@quinnemanuel.com; mikelyle@quinnemanuel.com; Joe Rice; Joanne Cicala |
| **Subject:** | Telecon re: PBMs |

**EXTERNAL SENDER – Proceed with caution**

Dear Counsel:

The Court will hold a Zoom status conference with the PEC, ExpressScripts, and OptumRX on **December 12, 2022 at 3:00pm**. Also invited to attend are any plaintiffs' attorneys who have filed MDL cases against Express Scripts or OptumRX; the PEC is directed to forward this email to those attorneys.

Both clients and counsel for Express Scripts and Optum RX are required to attend.

All attending counsel shall email a status report to Special Master Cohen and Justin Washburn by noon of December 7, 2022 addressing these topics: (1) the current state of opioid-related litigation and settlement discussions in state and federal court; (2) suggestions regarding the setting of federal bellwether trials involving PBMs; and (3) any other topic related to PBM litigation the parties wish the Court to know.

Please let me know who will be attending this Zoom. Please forward this email as appropriate. Zoom call-in information is below.

Thanks,

-David

Topic: SC: MDL Plaintiffs and 2 PBMs

Time: Dec 12, 2022 03:00 PM Eastern Time (US and Canada)

Join ZoomGov Meeting

https://www.zoomgov.com/j/1619375633?pwd=cGhQNjZKOStCTmwyYi8xanYyQUtWZz09 Meeting ID: 161 937 5633 Passcode: 063124

One tap mobile

+16692545252,,1619375633#,,,,*063124# US (San Jose)

+16468287666,,1619375633#,,,,*063124# US (New York)

Dial by your location

+1 669 254 5252 US (San Jose)

+1 646 828 7666 US (New York)

+1 669 216 1590 US (San Jose)

+1 551 285 1373 US

Meeting ID: 161 937 5633

Passcode: 063124

Find your local number: https://www.zoomgov.com/u/ahfjy1QGh

Join by SIP

1619375633@sip.zoomgov.com

Join by H.323

161.199.138.10 (US West)

161.199.136.10 (US East)

Meeting ID: 161 937 5633

Passcode: 063124


========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law