EXHIBIT L

<u>Attachment A</u>

**MDL Opioid Cases Involving OptumRx, Inc., Express Scripts, Inc.,
and Their Affiliated Entities**

*In Re: National Prescription Opiate Litigation*, No. 1:17-md-02804 (Northern District of Ohio)

**Connecticut Cases**
1. *City of Middletown v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45651

2. *Norwich v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45840

3. *Town of Enfield v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45581

4. *Town of Wethersfield v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45663

**Missouri Cases**
5. *Camden County v. Dannie E. Williams M.D., et al.*, No. 1:20-op-45068

6. *City of Springfield, Missouri v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45899

7. *Jefferson County, et al. v. Dannie E. Williams, M.D., et al.*, No. 1:19-op-45371

8. *Lincoln County v. Richard Sackler, et al.*, No. 1:20-op-45069

9. *St. Francois County v. Dannie E. Williams M.D., et al.*, No. 1:19-op-45847

**New Hampshire Cases**
10. *Strafford County v. Evernorth Health, Inc., et al.*, No. 1:23-op-45006

**New Jersey Cases**
11. *City of Paterson v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45371

**New York Cases**
12. *Allegany County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-46151

13. *City of Amsterdam v. Purdue Pharma, L.P., et al.*, No. 1:19-op-46162

14. *City of Auburn v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45843

15. *City of Ogdensburg v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45852

16. *City of Rochester v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45853

17. *City of Saratoga Springs v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45857

18. *County of Jefferson, NY v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45437

**Ohio Cases**
19. *Butler County Board of Commissioners, Ohio v. Evernorth Health, Inc., et al.*, No. 1:23-op-45002

20. *County of Cuyahoga, et al. v. Mylan Pharmaceuticals Inc., et al.*, No. 1:23-op-45003

21. *County of Summit, Ohio v. Express Scripts, Inc., et al.*, No. 1:23-op-45001

22. *Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, et al. v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45446

**Texas Cases**
23. *County of Webb v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45175

**Vermont Cases**
24. *Town of Bennington, Vermont v. Mallinckrodt PLC, et al.*, No. 1:19-op-45791

**Virginia Cases**
25. *Accomack County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45715

26. *Alleghany County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45700

27. *Amherst County, Virginia v. Mallinckrodt PLC, et al.*, No. 1:20-op-45046

28. *Board of Supervisors, Prince William County v. Purdue Pharma L.P., et al.*, No. 1:19-op-45687

29. *Botetourt County, Virginia v. Mallinckrodt PLC, et al.*, No. 1:20-op-45064

30. *Buchanan County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45253

31. *Charlotte County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45851

32. *Chesterfield County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45173

33. *City of Alexandria v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45246

34. *City of Bristol, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45719

35. *City of Buena Vista, Virginia v. Mallinckrodt PLC, et al.*, No. 1:20-op-45159

36. *City of Chesapeake, Virginia v. Actavis, LLC, et al.*, No. 1:19-op-45712

37. *City of Covington, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45799

38. *City of Emporia, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-46850

39. *City of Fairfax, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45177

40. *City of Fredericksburg, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45898

41. *City of Galax, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45243

42. *City of Lexington, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45693

43. *City of Norton, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45249

44. *City of Portsmouth v. McKesson Corporation, et al.*, No. 1:19-op-45856

45. *City of Radford, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-46154

46. *City of Roanoke, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45696

47. *City of Salem, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45697

48. *City of Waynesboro, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-46152

49. *City of Winchester, Virginia v. Mallinckrodt PLC, et al.*, No. 1:20-op-45176

50. *County Board of Arlington County, Virginia v. Mallinckrodt PLC, et al.*, No. 1:21-op-45078

51. *Culpeper County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45849

52. *Cumberland County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-46153

53. *Dickenson County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45252

54. *Dinwiddie County v. Purdue Pharma L.P., et al.*, No. 1:20-op-45291

55. *Fairfax County Board of Supervisors v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45766

56. *Fauquier County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45686

57. *Floyd County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45698

58. *Franklin County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45701

59. *Frederick County, Virginia v. Mallinckrodt PLC, et al.*, No. 1:20-op-45233

60. *Giles County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45236

61. *Goochland County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45175

62. *Greensville County, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45848

63. *Halifax County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45692

64. *Henrico County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45172

65. *Henry County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45245

66. *Isle of Wight County v. Mallinckrodt PLC, et al.*, No. 1:20-op-45145

67. *King and Queen County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45138

68. *Lee County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45251

69. *Loudoun County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45842

70. *Louisa County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45720

71. *Madison County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45702

72. *Mecklenburg County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45174

73. *Montgomery County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45234

74. *Northampton County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45144

75. *Northumberland County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45688

76. *Page County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45275

77. *Patrick County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-46149

78. *Pittsylvania County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45247

79. *Prince George County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45929

80. *Roanoke County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45695

81. *Rockbridge County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45694

82. *Shenandoah County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-46150

83. *Stafford County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45178

84. *Washington County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45254

**West Virginia Cases**

85. *City of Huntington, West Virginia, et al. v. Express Scripts Holding Company, et al.* (*Huntington I*), No. 1:18-op-45984