UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 <br><br> Case No. 1:17-md-2804 <br><br> Judge Dan Aaron Polster |

# [PROPOSED] ORDER

Having considered Defendants OptumRx, Inc. and Express Scripts, Inc.'s Motion to Disqualify Special Master Cohen and Memorandum of Law in support, the Court GRANTS the motion. Special Master Cohen is disqualified from participating in any pending or future MDL proceedings involving OptumRx or Express Scripts or their parents or affiliates.

Dated: _____      By:_____
                                                        Judge Dan Aaron Polster