UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document relates to:<br><br>*Oglala Lakota Sioux Tribe v. Purdue Pharma L.P., et al.,*<br>Case No. 1:18-op-45353 (N.D. Ohio) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge DAN AARON POLSTER |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff, the Oglala Lakota Sioux Tribe a/k/a the Oglala Sioux Tribe (the "Plaintiff") and defendant, Darby Dental Supply, LLC, parties to the above-entitled action, that all of the claims of the Plaintiff against defendant, Darby Dental Supply, LLC, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Dated: September 20, 2023

1

**Agreed as to form and substance:**

*/s/ Timothy Q. Purdon, Esq.*
Timothy Q. Purdon, Esq.
ROBINS KAPLAN LLP
120 West Divided Avenue, Suite 200
Bismarck, ND 58503
Tel: 701-255-3000
Fax: 612-339-4181
Email: tpurdon@robinskaplan.com
*Counsel for Plaintiff*
*Oglala Lakota Sioux Tribe*

| | |
|---|---|
| */s/ John Paul Fulco, Esq.* | */s/ Richard P. Romeo, Esq.* |
| John Paul Fulco, Esq. | Richard P. Romeo, Esq. |
| OFFIT KURMAN P.A. | OFFIT KURMAN P.A. |
| 590 Madison Avenue, 6th Floor | 590 Madison Avenue, 6th Floor |
| New York, NY 10022 | New York, NY 10022 |
| Tel: 347-589-8550 | Tel: 347-589-8547 |
| Fax: 212-545-1656 | Fax: 212-545-1656 |
| Email: jfulco@offitkurman.com | Email: rromeo@offitkurman.com |
| *Counsel for Defendant* | *Counsel for Defendant* |
| *Darby Dental Supply, LLC* | *Darby Dental Supply, LLC* |

So Ordered:   *s/ Dan Aaron Polster*               9/20/2023
              The Honorable Dan Aaron Polster              Date
              United States District Judge