IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:19-op-45278-DAP<br><br>Case No. 1:21-op-45080-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING GEORGIA SUBDIVISIONS AS BARRED BY STATUTE

Upon consideration of Settling Defendants' Motion To Dismiss Claims Filed By Non-Participating Georgia Subdivision As Barred By Statute ("Settling Defendants' Motion"), and any opposition thereto, and as there is no just reason for delay, it is hereby ORDERED that Settling Defendants' Motion is GRANTED. It is further ORDERED that the claims asserted against Settling Defendants[1] in the above-captioned lawsuit filed by Plaintiffs The Hospital Authority of Wayne County, Georgia and Bibb County School District are hereby DISMISSED WITH PREJUDICE.

Dated: September 21, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/ Dan Aaron Polster*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Dan A. Polster
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Settling Defendants are Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen, Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. (collectively, "Janssen"), AmerisourceBergen Corporation, McKesson Corporation, and Cardinal Health, Inc. (collectively, "Distributors") as well as any other Released Entities, as that term is defined in the Settlement Agreements, that have been named as defendants in the Complaint. *See The Hospital Authority of Wayne County, Georgia. v. Purdue Pharma L.P., et al.*, MDL Case No. 1:19-op-45278-DAP (N.D. Ohio Apr. 16, 2019) (Doc. No. 1); *Texarkana Independent School District et al v. Abbvie, Inc et al.*, Docket No. 1:21-cv-00250 (E.D.Tex May 24, 2021); Exhibit 1 at Exhibit A p. 8-9 & Exhibit J thereto (Janssen Proposed Consent Judgment and Final Consent Judgment and Order of Dismissal); Exhibit 2 at Exhibit A p. 8 & Exhibit J thereto (Distributor Final Consent Judgment and Order of Dismissal)