EXHIBIT A TO MASTER STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS

| State | Subdivision Name | Case Number | Name of at Least One Law Firm of Record | Signature |
|---|---|---|---|---|
| Louisiana | Abbeville City | | Unknown | By: /s/ David C. Laborde<br>Its: Agent |
| Louisiana | Abita Springs Town | 1:20-op-45006 | Lamothe Law Firm, LLC | By: /s/ Frank Lamothe<br>Its: Outside Counsel |
| Louisiana | Acadia Parish | | Unknown | By: /s/ David C. Laborde<br>Its: Agent |
| Louisiana | Acadia-St. Landry Hospital Service District d/b/a Acadia-St. Landry Hospital | 1:20-op-45097 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Alexandria City | 1:18-op-46050 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Allen Parish | | Laborde Earles Law Firm | By: /s/ Tony Hebert<br>Its: Police Jury President |
| Louisiana | Andy Brown, in his Capacity as the Sheriff for Jackson Parish | 1:18-op-45926 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | Ascension Parish Government | 1:19-op-45027 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | Ascension Parish School Board | 1:21-op-45006 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | Assumption Parish Police Jury | 1:20-op-45205 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | Avoyelles Parish Police Jury | 1:19-op-45444 | Simmons Hanly Conroy, LLC | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Baker City | | Unknown | By: /s/ Darnell Waites<br>Its: Mayor |
| Louisiana | Baldwin Town | 1:18-op-46220 | Irpino Law Firm | By: /s/ Michael Stag<br>Its: Outside Counsel |

| | | | | |
|---|---|---|---|---|
| Louisiana | Bastrop City | 1:18-op-45771 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Baton Rouge City, Parish of East Baton Rouge | 1:18-op-45160 | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | By: /s/ J. Burton LeBlanc<br>Its: Outside Counsel |
| Louisiana | Beauregard Parish Police Jury | 1:18-op-46086 | Chehardy, Sherman, Wiliams, Murray, Recile, Stakelum & Hayes, LLP | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | Benton Fire Protection District No. 4 | 1:18-op-46254 | Chad Danenhower | By: /s/ Chad A. Danenhower<br>Its: Outside Counsel |
| Louisiana | Berwick Town | 1:18-op-46217 | Chehardy, Sherman, Wiliams, Murray, Recile, Stakelum & Hayes, LLP | By: /s/ Michael Stag<br>Its: Outside Counsel |
| Louisiana | Bienville Parish | | Barrios Kingsdorf & Casteix, LLP | By: /s/ Rodney L. Warren<br>Its: Police Jury Secretary |
| Louisiana | Board of Supervisors for Louisiana State University and Agricultural and Mechanical College | 1:20-op-45157 | Alvendia, Kelly & Demarest, LLC | By: /s/ Rico Alvendia<br>Its: Outside Counsel |
| Louisiana | Bobby Guidroz, Duly Elected Sheriff of St. Landry Parish, Louisiana, in his Capacity as Officer Ex Officio of the St. Landry Parish Sheriff's Office and the St. Landry Parish Law Enforcement District | 1:18-op-46051 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Bogalusa City | 1:18-op-46297 | Napoli Shkolnik, PLLC | By: /s/ Shayna E. Sacks<br>Its: Outside Counsel |
| Louisiana | Bossier City | 1:18-op-46088 | Chehardy, Sherman, Wiliams, Murray, Recile, Stakelum & Hayes, LLP | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | Bossier Parish | 1:18-op-45087 | Alvendia, Kelly & Demarest, LLC | By: /s/ John F. Young<br>Its: Outside Counsel |

| | | | | |
|---|---|---|---|---|
| Louisiana | Bossier Parish Emergency Medical Services Ambulance District | 1:18-op-46255 | Chad Danenhower | By: */s/ Chad A. Danenhower* <br> Its: Outside Counsel |
| Louisiana | Broussard City | | Unknown | By: */s/ Ray Bourque* <br> Its: Mayor |
| Louisiana | Caddo Fire Protection District No. 1 | 1:18-op-46259 | Chad Danenhower | By: */s/ Chad A. Danenhower* <br> Its: Outside Counsel |
| Louisiana | Caddo Parish | 1:18-op-46230 | Irpino Law Firm | By: */s/ John F. Young* Its: Outside Counsel |
| Louisiana | Calcasieu Parish Police Jury | 1:19-op-45445 | Simmons Hanly Conroy, LLC | By: */s/ David C. Laborde* <br> Its: Outside Counsel |
| Louisiana | Caldwell Parish | 1:18-op-46218 | Irpino Law Firm | By: */s/ John F. Young* <br> Its: Outside Counsel |
| Louisiana | Cameron Parish | 1:19-op-45628 | Irpino Law Firm | By: */s/ Michael Stag* <br> Its: Outside Counsel |
| Louisiana | Catahoula Parish Police Jury | 1:18-op-46225 | Irpino Law Firm | By: */s/ John F. Young* <br> Its: Outside Counsel |
| Louisiana | Central City | | Unknown | By: */s/ Sheri M. Morris* <br> Its: City Attorney |
| Louisiana | Claiborne Parish | 1:18-op-46180 | Chehardy, Sherman, Wiliams, Murray, Recile, Stakelum & Hayes, LLP | By: */s/ Michael Stag* <br> Its: Outside Counsel |
| Louisiana | Concordia Parish | 1:18-op-46213 | Chehardy, Sherman, Wiliams, Murray, Recile, Stakelum & Hayes, LLP | By: */s/ John F. Young* <br> Its: Outside Counsel |
| Louisiana | Covington City | 1:18-op-45661 | Porteous, Hainkel and Johnson, LLP | By: */s/ Ralph R. Alexis, III* <br> Its: Outside Counsel |
| Louisiana | Crowley City | | Unknown | By: */s/ David C. Laborde* <br> Its: Agent |
| Louisiana | Delhi Town | 1:18-op-45973 | Neblett, Beard & Arsenault | By: */s/ Richard J. Arsenault* <br> Its: Outside Counsel |

| Louisiana | DeRidder City | | Unknown | By: /s/ David C. Laborde<br>Its: Agent |
|---|---|---|---|---|
| Louisiana | DeSoto Fire Protection District No. 8 | 1:18-op-46256 | Chad Danenhower | By: /s/ Chad A. Danenhower<br>Its: Outside Counsel |
| Louisiana | DeSoto Parish | 1:19-op-45090 | Porteous, Hainkel and Johnson, LLP | By: /s/ Lucien Marioneaux<br>Its: Outside Counsel |
| Louisiana | District Attorney for the Parish of Orleans | 1:20-op-45240 | Jason Williams DA | By: /s/ Jason Williams<br>Its: District Attorney |
| Louisiana | Donaldsonville City | 1:19-op-45028 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | Douglas Anderson, Duly Elected Sheriff of Avoyelles Parish, in his Capacity as Officer Ex Officio of the Avoyelles Parish Sheriff's Office and the Avoyelles Parish Law Enforcement District | 1:17-op-45164 | Laborde Earles Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Douglas Hebert, III, Duly Elected Sheriff of Allen Parish, in his Capacity as Officer Ex Officio of the Allen Parish Sheriff's Office and the Allen Parish Law Enforcement Division | 1:18-op-45142 | Laborde Earles Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Dr. Bryan Bertucci in his Official Capacity as the Coroner of St. Bernard Parish and St. Bernard Parish Coroner's Office | 1:20-op-45077 | Porteous, Hainkel and Johnson, LLP | By: /s/ Ralph R. Alexis, III<br>Its: Attorney |
| Louisiana | Dusty Gates, in his Capacity as the Sheriff for Union Parish | 1:18-op-45927 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | East Baton Rouge Parish Clerk of Court Office | 1:19-op-46164 | Allan Kanner | By: /s/ Allan Kanner<br>Its: Outside Counsel |
| Louisiana | East Carroll Parish Police Jury | 1:19-op-45453 | Simmons Hanly Conroy, LLC | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | East Feliciana Parish | | Unknown | By: /s/ D. Blayne Honeycutt<br>Its: Outside Counsel |

| | | | | |
|---|---|---|---|---|
| Louisiana | Edrick Soileau, Duly Elected Sheriff of Evangeline Parish, in his Capacity as Officer Ex Officio of the Evangeline Parish Sheriff's Office and the Evangeline Parish Law Enforcement District | 1:18-op-45189 | Laborde Earles Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Eunice City | 1:18-op-46328 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Evangeline Parish Police Jury | 1:19-op-45450 | Simmons Hanly Conroy, LLC | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Ferriday Town | 1:18-op-46166 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Franklin City | 1:18-op-46226 | Irpino Law Firm | By: /s/ Michael Stag<br>Its: Outside Counsel |
| Louisiana | Franklin Parish | 1:18-op-46214 | Chehardy, Sherman, Wiliams, Murray, Recile, Stakelum & Hayes, LLP | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | Gary Gilley, Duly Elected Sheriff of Richland Parish, in his Capacity as Officer Ex Officio of the Richland Parish Sheriff's Office and the Richland Parish Law Enforcement District | 1:19-op-45007 | Laborde Earles Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Gonzales City | | Unknown | By: /s/ Barney Arceneaux<br>Its: Mayor |
| Louisiana | Gramercy Town | 1:21-op-45031 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | Grant Parish, Louisiana, By and Through its Duly Elected Police Jury | 1:19-op-45277 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Greg Champagne, in his Capacity as Sheriff on Behalf of the St. Charles Parish Sheriff's Office | 1:19-op-46127 | Michael Stag | By: /s/ Michael Stag<br>Its: Outside Counsel |
| Louisiana | Gretna City | 1:19-op-45043 | Colvin Law Firm | By: /s/ David Colvin<br>Its: Outside Counsel |

5

| | | | | |
|---|---|---|---|---|
| Louisiana | Hammond City | | Unknown | By: */s/ Kip Andrews*<br>Its: Council Chair |
| Louisiana | Hospital Service District No. 1 of Avoyelles Parish d/b/a Bunkie General Hospital | 1:20-op-45098 | Neblett, Beard & Arsenault | By: */s/ Richard J. Arsenault*<br>Its: Outside Counsel |
| Louisiana | Hospital Service District No. 1 of the Parish of LaSalle d/b/a Hardtner Medical Center | 1:18-op-46150 | Neblett, Beard & Arsenault | By: */s/ Richard J. Arsenault*<br>Its: Outside Counsel |
| Louisiana | Iberia Parish | 1:18-op-46221 | Irpino Law Firm | By: */s/ John F. Young*<br>Its: Outside Counsel |
| Louisiana | Iberia Parish School Board | 1:18-op-46245 | Stag Liuzza, LLC | By: */s/ John F. Young*<br>Its: Outside Counsel |
| Louisiana | Iberville Parish Council | 1:19-op-45140 | Pendley, Baudin & Coffin, LLP | By: */s/ Patrick W. Pendley*<br>Its: Counsel |
| Louisiana | Ivy Woods, Duly Elected Sheriff of Jefferson Davis Parish, in his Capacity as Officer Ex Officio of the Jefferson Davis Parish Sheriff's Office and the Jefferson Davis Parish Law Enforcement District | 1:18-op-45099 | Stag Liuzza, LLC | By: */s/ David C. Laborde*<br>Its: Outside Counsel |
| Louisiana | Jackson Parish Police Jury | 1:18-op-46257 | Irpino Law Firm | By: */s/ John F. Young*<br>Its: Outside Counsel |
| Louisiana | James Pohlmann, Sheriff of St. Bernard Parish, in his Capacity as Officer Ex Officio of the St. Bernard Parish Sheriff's Office and the St. Bernard Parish Law Enforcement Division | 1:18-op-46292 | Leger & Shaw | By: */s/ Walter J. Leger, Jr.*<br>Its: Outside Counsel |
| Louisiana | Jason Ard, Ex Officio Sheriff, Parish of Livingston | 1:20-op-45220 | Fayard & Honeycutt | By: */s/ D. Blayne Honeycutt*<br>Its: Outside Counsel |
| Louisiana | Jay Russell, Duly Elected Sheriff of Ouachita Parish, in his Capacity as Officer Ex Officio of the Ouachita Parish Sheriff's Office and the Ouachita Parish Law Enforcement District | 1:18-op-45154 | Laborde Earles Law Firm | By: */s/ David C. Laborde*<br>Its: Outside Counsel |

| | | | | |
|---|---|---|---|---|
| Louisiana | Jean Lafitte Town | 1:19-op-45041 | Colvin Law Firm | By: /s/ David Colvin<br>Its: Outside Counsel |
| Louisiana | Jefferson Davis Parish Police Jury | 1:18-op-46162 | Chehardy, Sherman, Wiliams, Murray, Recile, Stakelum & Hayes, LLP | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | Jefferson Parish | 1:18-op-45885 | The Lambert Firm | By: /s/ J. Christopher Zainey, Jr.<br>Its: Outside Counsel |
| Louisiana | Jefferson Parish Coroner's Office | 1:20-op-45203 | Nicaud & Sunseri, L.L.C. | By: /s/ Albert J. Nicaud<br>Its: Outside Counsel |
| Louisiana | Jefferson Parish Hospital Service District No. 1 | 1:18-op-45885 | LeBlanc Fantaci Villio, LLC | By: /s/ J. Christopher Zainey, Jr.<br>Its: Outside Counsel |
| Louisiana | Jefferson Parish Hospital Service District No. 2 | 1:18-op-45885 | LeBlanc Fantaci Villio, LLC | By: /s/ J. Christopher Zainey, Jr.<br>Its: Outside Counsel |
| Louisiana | Jeffrey F. Wiley, Duly Elected Sheriff of Ascension Parish, in his Capacity as Officer Ex Officio of the Ascension Parish Sheriff's Office and the Ascension Parish Law Enforcement Division | 1:18-op-45842 | Laborde Earles Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Jerry L. Philley, Duly Elected Sheriff of West Carroll Parish, in his Capacity as Officer Ex Officio of the West Carroll Parish Sheriff's Office and the West Carroll Parish Law Enforcement Division | 1:18-op-45260 | Laborde Earles Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | John Craft, Duly Elected Sheriff of Vernon Parish, in his Capacity as Officer Ex Officio of the Vernon Parish Sheriff's Office and the Vernon Parish Law Enforcement Division | 1:18-op-45140 | Laborde Earles Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | John E. Ballance, in his Capacity as Sheriff for Bienville Parish | 1:18-op-45925 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | Joseph P. Lopinto, III, in his Capacity as Sheriff on Behalf of | 1:18-op-46288 | Michael Stag | By: /s/ Michael Stag<br>Its: Outside Counsel |

| | | | | |
|---|---|---|---|---|
| | the Jefferson Parish Sheriff's Office | | | |
| Louisiana | Kenner City | 1:19-op-45093 | Alvendia, Kelly & Demarest, LLC | By: /s/ Anthony Irpino<br>Its: Outside Counsel |
| Louisiana | Kenneth Hedrick in his Capacity as Sheriff on Behalf of the Concordia Parish Sheriff's Office | 1:19-op-46124 | John F. Young | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | Lafayette City | | Laborde Earles Law Firm | By: /s/ Joshua S. Guillory<br>Its: Mayor-President |
| Louisiana | LaFourche Parish Government | 1:20-op-45212 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | LaFourche Parish School Board | 1:21-op-45036 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | Lake Charles City | 1:19-op-45449 | Simmons Hanly Conroy, LLC | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Lake Providence Town | 1:18-op-46002 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | LaSalle Parish | 1:18-op-46163 | Chehardy, Sherman, Wiliams, Murray, Recile, Stakelum & Hayes, LLP | By: /s/ Michael Stag<br>Its: Outside Counsel |
| Louisiana | Leland Falcon, Sheriff of Assumption Parish, Louisiana, in his Capacity as Officer Ex Officio of the Assumption Parish Sheriff's Office | 1:20-op-45206 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | Lincoln Parish | | Barrios Kingsdorf & Casteix, LLP | By: /s/ Doug Postel<br>Its: Parish Administrator |
| Louisiana | Livingston Parish | 1:19-op-46140 | Fayard & Honeycutt | By: /s/ D. Blayne Honeycutt<br>Its: Outside Counsel |
| Louisiana | Louis M. Ackal, Duly Elected Sheriff of Iberia Parish, in his Capacity as Officer Ex Officio of the Iberia Parish Sheriff's Office and the Iberia Parish Law Enforcement District | 1:18-op-46052 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |

| Louisiana | Lutcher Town | 1:21-op-45035 | Leger & Shaw | By: /s/ Walter J. Leger, Jr. Its: Outside Counsel |
|---|---|---|---|---|
| Louisiana | Madison Parish | | Unknown | By: /s/ John F. Young Its: Authorized Representative |
| Louisiana | Madisonville Town | 1:18-op-46063 | Braud & Gallagher, L.L.C. | By: /s/ C. Arlen Braud, II Its: Outside Counsel |
| Louisiana | Mandeville City | 1:19-op-45753 | Leger & Shaw | By: /s/ Walter J. Leger, Jr. Its: Outside Counsel |
| Louisiana | Mark Garber, Duly Elected Sheriff of Lafayette Parish, in his Capacity as Officer Ex Officio of the Lafayette Parish Sheriff's Office and the Lafayette Parish Law Enforcement District | 1:17-op-45180 | Laborde Earles Law Firm | By: /s/ David C. Laborde Its: Outside Counsel |
| Louisiana | Marlin N. Gusman, Sheriff of Orleans Parish | 1:18-op-45663 | Irpino Law Firm | By: /s/ James M. Williams Its: Outside Counsel |
| Louisiana | Michael Tubbs, Duly Elected Sheriff of Morehouse Parish, in his Capacity as Officer Ex Officio of the Morehouse Parish Sheriff's Office and the Morehouse Parish Law Enforcement District | 1:18-op-45884 | Laborde Earles Law Firm | By: /s/ David C. Laborde Its: Outside Counsel |
| Louisiana | Mike Stone, in his Capacity as the Sheriff for Lincoln Parish | 1:18-op-45920 | Leger & Shaw | By: /s/ Walter J. Leger, Jr. Its: Outside Counsel |
| Louisiana | Minden City | | Unknown | By: /s/ John F. Young Its: Authorized Representative |
| Louisiana | Monroe City | 1:18-op-45732 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault Its: Outside Counsel |
| Louisiana | Morehouse Parish Police Jury | 1:19-op-45452 | Simmons Hanly Conroy, LLC | By: /s/ David C. Laborde Its: Outside Counsel |
| Louisiana | Morgan City | 1:18-op-46233 | Irpino Law Firm | By: /s/ Michael Stag Its: Outside Counsel |

9

| | | | | |
|---|---|---|---|---|
| Louisiana | Natchitoches City | 1:21-op-45095 | Michael Stag | By: /s/ Michael Stag<br>Its: Outside Counsel |
| Louisiana | Natchitoches Parish Council | 1:20-op-45270 | Laborde Earles Law Firm | By: /s/ Michael Stag<br>Its: Outside Counsel |
| Louisiana | New Iberia City | 1:18-op-46228 | Irpino Law Firm | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | New Orleans City | 1:19-op-45003 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | New Roads City | 1:19-op-45011 | Gainsburgh, Benjamin, David, Meunier, & Warshauer, L.L.C. | By: /s/ Robert J. David<br>Its: Outside Counsel |
| Louisiana | North Caddo Hospital Service District d/b/a North Caddo Medical Center | 1:18-op-46244 | John F. Young | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | Opelousas City | 1:19-op-45685 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Opelousas General Hospital Authority, a Louisiana Public Trust d/b/a Opelousas General Health System | 1:18-op-46083 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Orleans Parish Hospital Service District - District A | 1:18-op-46212 | Matthew P. Chenevert, Attorney at Law | By: /s/ Bernard L. Charbonnet, Jr.<br>Its: Outside Counsel |
| Louisiana | Ouachita Parish Police Jury | 1:19-op-45446 | Simmons Hanly Conroy, LLC | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Patterson City | 1:18-op-46231 | Irpino Law Firm | By: /s/ Michael Stag<br>Its: Outside Counsel |
| Louisiana | Pearl River Town | 1:19-op-45754 | Leger & Shaw | By: /s/ Lawrence E. Abbott<br>Its: Outside Counsel |
| Louisiana | Phillip Terrell, Duly Elected District Attorney for Rapides Parish | 1:20-op-45123 | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | By: /s/ W. Jay Luneau<br>Its: Counsel |

| Louisiana | Pineville City | 1:19-op-45037 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
|---|---|---|---|---|
| Louisiana | Plaquemines Parish | | Unknown | By: /s/ Kirk Lepine<br>Its: President |
| Louisiana | Pointe Coupee Parish Health Services District Number 1 | 1:19-op-45019 | Gainsburgh, Benjamin, David, Meunier, & Warshauer, L.L.C. | By: /s/ Robert J. David<br>Its: Outside Counsel |
| Louisiana | Pointe Coupee Parish Police Jury | 1:19-op-45012 | Gainsburgh, Benjamin, David, Meunier, & Warshauer, L.L.C. | By: /s/ Robert J. David<br>Its: Outside Counsel |
| Louisiana | R. Chris Nevils, Duly Elected District Attorney of Winn Parish | 1:19-op-45296 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Randy Seal, Duly Elected Sheriff of Washington Parish, in his Capacity as Officer Ex Officio of the Washington Parish Sheriff's Office and the Washington Parish Law Enforcement Division | 1:18-op-45093 | Laborde Earles Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Randy Smith, Sheriff of St. Tammany Parish, in his Capacity as Officer Ex Officio of the St. Tammany Parish Sheriff's Office and the St. Tammany Parish Law Enforcement Division | 1:18-op-46280 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |
| Louisiana | Rapides Parish Police Jury | 1:20-op-45111 | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | By: /s/ W. Jay Luneau<br>Its: Counsel |
| Louisiana | Red River Fire Protection District | 1:18-op-46258 | Chad Danenhower | By: /s/ Chad A. Danenhower<br>Its: Outside Counsel |
| Louisiana | Red River Parish | 1:18-op-46222 | Irpino Law Firm | By: /s/ John F. Young<br>Its: Outside Counsel |

| | | | | |
|---|---|---|---|---|
| Louisiana | Richland Parish | 1:18-op-46234 | Irpino Law Firm | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | Richwood Town | 1:18-op-45772 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Rickey A. Jones, in his Capacity as Sheriff on Behalf of the Tensas Parish Sheriff's Office | 1:19-op-46126 | John F. Young | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | Ronald Richardson, Duly Elected Sheriff of Sabine Parish, in his Capacity as Officer Ex Officio of the Sabine Parish Sheriff's Office and the Sabine Parish Law Enforcement District | 1:18-op-45143 | Laborde Earles Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Ruston City | | Unknown | By: /s/ John F. Young<br>Its: Authorized Representative |
| Louisiana | Sabine Parish Police Jury | 1:19-op-45448 | Simmons Hanly Conroy, LLC | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Scott Anslum in his Capacity as Sheriff on Behalf of the St. Mary Parish Sheriff's Office | 1:18-op-46229 | John F. Young | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | Sheriff Jerry J. Larpenter, in his Official Capacity as Sheriff of Terrebonne Parish | 1:20-op-45101 | Ardoin, McKowen & Ory, LLC | By: /s/ David Ardoin<br>Its: Outside Counsel |
| Louisiana | Shreveport City | 1:18-op-46064 | Napoli Shkolnik, PLLC | By: /s/ Shayna E. Sacks<br>Its: Outside Counsel |
| Louisiana | Sid J. Gatreaux, III, Duly Elected Sheriff of East Baton Rouge Parish, in his Capacity as Officer Ex Officio of the East Baton Rouge Parish Sheriff's Office and the East Baton Rouge Parish Law Enforcement District | 1:18-op-45325 | Whaley Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Slidell City | 1:19-op-45769 | Leger & Shaw | By: /s/ Lawrence E. Abbott<br>Its: Outside Counsel |
| Louisiana | St. Bernard Parish Government | 1:18-op-45756 | Dan A. Robin, Jr. LLC | By: /s/ David Gernhauser, Jr.<br>Its: Outside Counsel |

| Louisiana | St. Bernard Parish School Board | 1:21-op-45014 | Leger & Shaw | By: */s/ Walter J. Leger, Jr.*<br>Its: Outside Counsel |
| --- | --- | --- | --- | --- |
| Louisiana | St. Charles Parish | 1:20-op-45166 | Stag Liuzza, LLC | By: */s/ Stephen M. Gelé*<br>Its: Outside Counsel |
| Louisiana | St. Helena Parish | | Christopher Moody | By: */s/ Christopher M. Moody*<br>Its: Counsel |
| Louisiana | St. James Parish | 1:18-op-46087 | Chehardy, Sherman, Wiliams, Murray, Recile, Stakelum & Hayes, LLP | By: */s/ Walter J. Leger, Jr.*<br>Its: Outside Counsel |
| Louisiana | St. James Parish School Board | 1:21-op-45034 | Leger & Shaw | By: */s/ Walter J. Leger, Jr.*<br>Its: Outside Counsel |
| Louisiana | St. John the Baptist Parish | 1:18-op-45987 | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | By: */s/ J. Burton LeBlanc*<br>Its: Outside Counsel |
| Louisiana | St. Landry Parish, Louisiana By and Through its Duly Elected President William K. "Bill" Fontenot, Jr. | 1:18-op-46042 | Neblett, Beard & Arsenault | By: */s/ Richard J. Arsenault*<br>Its: Outside Counsel |
| Louisiana | St. Martin Parish | 1:18-op-45720 | Alvendia, Kelly & Demarest, LLC | By: */s/ John F. Young*<br>Its: Outside Counsel |
| Louisiana | St. Martinville City | 1:19-op-45013 | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | By: */s/ Evan J. Weems*<br>Its: Outside Counsel |
| Louisiana | St. Mary Parish | 1:18-op-46219 | Irpino Law Firm | By: */s/ John F. Young*<br>Its: Outside Counsel |
| Louisiana | St. Mary Parish School Board | 1:18-op-46232 | Stag Liuzza, LLC | By: */s/ John F. Young*<br>Its: Outside Counsel |
| Louisiana | St. Tammany Fire Protection District No. 1 | 1:18-op-46252 | Chad Danenhower | By: */s/ Chad A. Danenhower*<br>Its: Outside Counsel |

| Louisiana | St. Tammany Fire Protection District No. 12 | 1:18-op-46249 | Chad Danenhower | By: /s/ Chad A. Danenhower<br>Its: Outside Counsel |
|---|---|---|---|---|
| Louisiana | St. Tammany Fire Protection District No. 13 | 1:18-op-46248 | Chad Danenhower | By: /s/ Chad A. Danenhower<br>Its: Outside Counsel |
| Louisiana | St. Tammany Fire Protection District No. 2 | 1:18-op-46246 | Chad Danenhower | By: /s/ Chad A. Danenhower<br>Its: Outside Counsel |
| Louisiana | St. Tammany Fire Protection District No. 3 | 1:18-op-46250 | Chad Danenhower | By: /s/ Chad A. Danenhower<br>Its: Outside Counsel |
| Louisiana | St. Tammany Fire Protection District No. 4 | 1:18-op-46253 | Chad Danenhower | By: /s/ Chad A. Danenhower<br>Its: Outside Counsel |
| Louisiana | St. Tammany Fire Protection District No. 5 | 1:18-op-46247 | Chad Danenhower | By: /s/ Chad A. Danenhower<br>Its: Outside Counsel |
| Louisiana | St. Tammany Parish Coroner's Office and Dr. Charles Preston in his Official Capacity as the Coroner of St. Tammany Parish | 1:18-op-45492 | Lillis Law Firm, LLC | By: /s/ Michael Lillis<br>Its: Outside Counsel |
| Louisiana | St. Tammany Parish Government | 1:18-op-46211 | Leger & Shaw | By: /s/ Ross Lagarde<br>Its: Outside Counsel |
| Louisiana | Steven McCain, Duly Elected Sheriff of Grant Parish, Louisiana, in his Capacity as Officer Ex Officio of the Grant Parish Sheriff's Office and the Grant Parish Law Enforcement District | 1:19-op-45244 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Sulphur City | | Unknown | By: /s/ David C. Laborde<br>Its: Agent |
| Louisiana | Tangipahoa Parish | | D Blaine Honeycutt | By: /s/ Christopher M. Moody<br>Its: Counsel |
| Louisiana | Tensas Parish | | Unknown | By: /s/ John F. Young<br>Its: Authorized Representative |

| | | | | |
|---|---|---|---|---|
| Louisiana | Terrebonne Parish Consolidated Government | 1:19-op-46180 | Waitz & Downer | By: /s/ Hunt Downer<br>Its: Outside Counsel |
| Louisiana | Thibodaux City | | Unknown | By: /s/ Tommy Eschete<br>Its: Mayor |
| Louisiana | Toney Edwards, in his Capacity as Sheriff on Behalf of the Catahoula Parish Sheriff's Office | 1:19-op-46125 | John F. Young | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | Tony Mancuso, Duly Elected Sheriff of Calcasieu Parish, in his Capacity as Officer Ex Officio of the Calcasieu Parish Sheriff's Office and the Calcasieu Parish Law Enforcement District | 1:17-op-45179 | Laborde Earles Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Union Parish | 1:18-op-46183 | Chehardy, Sherman, Wiliams, Murray, Recile, Stakelum & Hayes, LLP | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | University of Louisiana System | 1:19-op-45627 | Irpino Law Firm | |
| Louisiana | Vermilion Parish Police Jury | 1:18-op-46224 | Irpino Law Firm | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | Vernon Parish Police Jury | 1:19-op-45451 | Simmons Hanly Conroy, LLC | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Warren Montgomery, Duly Elected 22nd Judicial District Attorney for the Parish of St. Tammany | 1:20-op-45007 | Lamothe Law Firm, LLC | By: /s/ Frank Lamothe<br>Its: Outside Counsel |
| Louisiana | Warren Montgomery, Duly Elected 22nd Judicial District Attorney for the Parish of Washington | 1:20-op-45007 | Lamothe Law Firm, LLC | By: /s/ Frank Lamothe<br>Its: Outside Counsel |
| Louisiana | Washington Parish Government | 1:19-op-45773 | Leger & Shaw | By: /s/ Ross Lagarde<br>Its: Outside Counsel |
| Louisiana | Webster Parish | 1:18-op-45980 | Alvendia, Kelly & Demarest, LLC | By: /s/ John F. Young<br>Its: Outside Counsel |
| Louisiana | West Ascension Parish Hospital Service District d/b/a Prevost Memorial Hospital | 1:20-op-45207 | Leger & Shaw | By: /s/ Walter J. Leger, Jr.<br>Its: Outside Counsel |

| | | | | |
|---|---|---|---|---|
| Louisiana | West Baton Rouge Fire Protection District No. 1 | 1:18-op-46251 | Chad Danenhower | By: /s/ Chad A. Danenhower<br>Its: Outside Counsel |
| Louisiana | West Baton Rouge Parish | 1:19-op-46139 | Stag Liuzza, LLC | By: /s/ Chad A. Danenhower<br>Its: Outside Counsel |
| Louisiana | West Carroll Parish Police Jury | 1:19-op-45454 | Simmons Hanly Conroy, LLC | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | West Feliciana Parish | | Unknown | By: /s/ Walter J. Leger, Jr.<br>Its: Designee Attorney |
| Louisiana | West Monroe City | 1:18-op-46133 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Westwego City | 1:19-op-45047 | Colvin Law Firm | By: /s/ Michael S. Sepcich<br>Its: Outside Counsel |
| Louisiana | William Hilton, Duly Elected Sheriff of Rapides Parish, in his Capacity as Officer Ex Officio of the Rapides Parish Sheriff's Office and the Rapides Parish Law Enforcement District | 1:17-op-45178 | Laborde Earles Law Firm | By: /s/ W. Jay Luneau<br>Its: Counsel |
| Louisiana | Winn Parish Police Jury | 1:19-op-45295 | Neblett, Beard & Arsenault | By: /s/ Richard J. Arsenault<br>Its: Outside Counsel |
| Louisiana | Wydette Williams, Duly Elected Sheriff of East Carroll Parish, in his Capacity as Officer Ex Officio of the East Carroll Parish Sheriff's Office and the East Carroll Parish Law Enforcement District | 1:18-op-45259 | Laborde Earles Law Firm | By: /s/ David C. Laborde<br>Its: Outside Counsel |
| Louisiana | Youngsville City | | Unknown | By: /s/ Ken Ritter<br>Its: Mayor |
| Louisiana | Zachary City | | Unknown | By: /s/ David Amrhein<br>Its: Mayor |