IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Track Eight: Cobb County, Georgia*<br>*Track Ten: Durham County, North Carolina*<br><br>(Case Nos. 1:18-op-45817; 1:19-op-45346) | MDL No. 2804<br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**ORDER MODIFYING TRACKS 8 & 10 CASE MANAGEMENT ORDER**

It is hereby **ORDERED** that the following dates in the Case Management Order for **Tracks 8 and 10 (Docket No. 4932)** are revised to be the same as the Deadlines in Track 9 as follows:

| EVENT | CURRENT TRACKS 8 & 10 DEADLINES[1] | CURRENT TRACK 9[2] and NEW TRACKS 8 & 10 DEADLINES |
|---|---|---|
| Deadline for Plaintiff Expert Report Disclosures | September 25, 2023 | November 30, 2023 |
| Deadline for Deposition of Plaintiff Experts | October 30, 2023 | January 12, 2024 |
| Deadline for Defendant Expert Report Disclosures | November 30, 2023 | February 7, 2024 |
| Deadline for Deposition of Defendant Experts | January 18, 2024 | March 7, 2024 |
| Deadline to file Dispositive and *Daubert* motions | February 5, 2024 | March 21, 2024 |
| Deadline for responses to *Daubert* and dispositive motions. | March 4, 2024 | April 18, 2024 |
| Deadline for replies in support of *Daubert* and dispositive motions | March 21, 2024 | May 6, 2024 |

IT IS SO ORDERED.

Dated: September 22, 2023    *s/ Dan Aaron Polster*
                              Judge Dan Aaron Polster

---

[1] *See* ECF No. 4932, Case No. 1:17-md-2804
[2] *See* ECF No. 5143, Case No. 1:17-md-2804