UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:* 1:20-op-45060<br><br>*Taylor County Hospital District Health Facilities Corporation* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

### STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS

WHEREAS, Defendants AmerisourceBergen Drug Corporation, H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co., and Cardinal Health, Inc. (collectively, and together with their Distributor Released Entities,[1] the "Distributor Defendants"); and Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively, and together with their Released Entities,[2] the "Janssen Defendants") filed in the above-captioned case a Motion to Dismiss the claims of Plaintiff Taylor County Hospital District Health Facilities Corporation ("Plaintiff") as released by Kentucky statute, K.R.S. § 15.293 (Doc. No. 5152) ("the Motion to Dismiss");

AND WHEREAS, Plaintiff has reviewed the Motion to Dismiss and agrees that its claims against the Distributor Released Entities and Janssen Released Entities are released by K.R.S. § 15.293;

---

[1] The Distributor Released Entities are each and every entity that is a "Released Entity" as set forth in Section I.HHH and Exhibit J of the Distributor Settlement Agreement, dated as of March 25, 2022.
[2] The Janssen Released Entities are each and every entity that is a "Released Entity" as set forth in Section I.61 and Exhibit J of the Janssen Settlement Agreement, dated as of March 30, 2022.

- 2 -

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff, the Distributor Defendants, and the Janssen Defendants that all claims of Plaintiff that were or could have been asserted in this action against any Distributor Released Entity or any Janssen Released Entity, including any entity identified in the Distributor Settlement Agreement and the Janssen Settlement Agreement, are hereby voluntarily released and **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

September 27, 2023

Respectfully Submitted,

*/s/ John W. ("Don") Barrett*
Richard G. Meyer (#47554)
Mathew R. Klein (#84695)
Marie D. Guilfoyle (#27625)
Joseph M. Kramer (#97505)
DRESSMAN BENZINGER LAVELLE PSC
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-1881
rmeyer@dbllaw.com
mklein@dbllaw.com
mguilfoyle@dbllaw.com
jkram.er@dbllaw.com

Kent Wicker (#82926)
Mitchel. T. Denham (#89815)
DRESSMAN BENZINGER LAVELLE PSC
321 W. Main Street, #2100
Louisville, KY 40202
(502) 572-2500
kwicker@dbllaw.com
mdenham@dbllaw.com

John W. ("Don") Barrett
Sterling Starns
David McMullan, Jr.
Richard Barrett
BARRETT LAW GROUP, P.A.
P.O. Box 927

404. Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628

Warren Burns
BURNS CHAREST, LLP
900 Jackson St., Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

Korey A. Nelson
Lydia A. Wright
Rick Yelton
BURNS CHAREST, LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Tel: (504) 799-2845
Fax: (504) 881-1765-

Jonathan W. Cuneo
Monica Miller
Mark H. Dubester
David L. Black
Jennifer E. Kelly
Evelyn Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202)789-3960

Steve Martino
TAYLOR MARTINO, P.C. ·
51 St. Joseph St.
Mobile, AL 36602
Tel: (251) 433-3131

Gerald M. Abdalla, Jr.
ABDALLA LAW, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Tel: (601) 487-4590

*Attorney for Plaintiff*

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
Anne R. Bohnet
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Defendant AmerisourceBergen Drug Corporation*

/s/ Enu A. Mainigi
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Main Ave SW
Washington, DC 20024
Telephone: (202) 434-5000

Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*


/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com

*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

- 5 -

        */s/ Brian T. Himmel*
        Brian T. Himmel
        REED SMITH LLP
        225 Fifth Avenue
        Pittsburgh, PA 15222
        Telephone: 412.288.4058
        Facsimile: 414.288.3063
        bhimmel@reedsmith.com

        Louis W. Schack
        REED SMITH LLP
        Three Logan Square
        1717 Arch Street, Suite 3100
        Philadelphia, PA 19103
        Telephone: (215) 851-8100
        Fax: (215) 851-1420
        lschack@reedsmith.com

        *Counsel for Defendant H. D. Smith, LLC, f/k/a. H. D. Smith Wholesale Drug Co.*

SO ORDERED this ____ day of _____, 2023.

_____
Hon. Dan Aaron Polster
United States District Judge