AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| IN RE:  National Prescription Opiate Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    MDL No. 2804 |
|  | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Rite Aid of Kentucky, Inc.

Date:    09/27/2023

*Attorney's signature*

Elisabeth S. Gray, KY Bar No. 87407
*Printed name and bar number*
Gray Ice Higdon, PLLC
3939 Shelbyville Road, Suite 201
Louisville, Kentucky 40207

*Address*

egray@grayice.com
*E-mail address*

(502) 625-2848
*Telephone number*

(502) 561-0442
*FAX number*

MDL No. 1:17-MD-2804

In Re:  National Prescription Opiate Litigation

**List of Case Captions:**

1. Paintsville Hospital Co., LLC, et al. v. Amneal Pharmaceuticals, et al. – 1:20-op-45293-DAP (transferred from E.D. Ky 7:20-cv-00102)

2. Hardin Co. Fiscal Court, et al. v. Purdue Pharma, L.P., et al. – 1:20-op-45063-DAP (transferred from E.D. Ky 3:19-cv-00068)

3. City of Russell, Ky, et al. v. Abbott Laboratories, et al. – 1:21-op-45094-DAP (transferred from E.D. Ky 3:21-cv-00030)

4. City of Henderson, Ky et al. v. Purdue Pharma, L.P., et al. – 1:20-op-45062-DAP (transferred from E.D. Ky 3:19-cv-00067)

5. Bowling Green-Warren Co. Community Hosp., et al. v. Purdue Pharma, L.P., et al. – 1:20-op-45060-DAP (transferred from W.D. Ky 1:19-cv-00148)