**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **MDL 2804** |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | **Case No. 1:17-md-2804** |
| *Cases Indicated in the Chart Below* | ) ) ) ) | **Judge Dan Aaron Polster** |
| | | **ORDER** |

The defendants identified in the chart below move for their dismissal from certain cases for failure of plaintiff to properly perfect service. In all cases listed, the motions are unopposed. Accordingly, defendants' motions to dismiss are **GRANTED**. Defendants are hereby dismissed with prejudice from these cases according to the chart below, pursuant to the Court's April 6, 2023 Orders (MDL docket nos. 4985 & 4986).

| Case No. | Plaintiff | Defendant to be Dismissed | Docket No. of Motion to Dismiss |
|---|---|---|---|
| 17-op-45148 | Vernon County | KVK-Tech, Inc. | 21 |
| 18-op-45176 | Guayanilla | Amneal Pharmaceuticals, Inc. | 20 |
| 18-op-45197 | Municipality of Sabana Grande | Amneal Pharmaceuticals, Inc. | 24 |
| 18-op-45197 | Municipality of Sabana Grande | Mylan Pharmaceuticals, Inc. | 24 |
| 18-op-45197 | Municipality of Sabana Grande | Indivior Inc. | 24 |
| 18-op-45594 | City of Harrisburg | Sandoz, Inc. | 16 |
| 18-op-45594 | City of Harrisburg | Mylan Pharmaceuticals, Inc. | 16 |
| 18-op-45594 | City of Harrisburg | Amneal Pharmaceuticals, Inc. | 16 |

| Case No. | Plaintiff | Defendant to be Dismissed | Docket No. of Motion to Dismiss |
|---|---|---|---|
| 18-op-45594 | City of Harrisburg | Hikma Pharmaceuticals USA Inc. f/k/a West-Ward Pharmaceuticals Corp. | 16 |
| 18-op-45599 | City of Princeton | Sandoz, Inc. | 12 |
| 18-op-45599 | City of Princeton | Mylan Pharmaceuticals, Inc. | 12 |
| 18-op-45599 | City of Princeton | Amneal Pharmaceuticals, Inc. | 12 |
| 18-op-45599 | City of Princeton | Hikma Pharmaceuticals USA Inc. f/k/a West-Ward Pharmaceuticals Corp. | 12 |
| 18-op-45756 | St. Bernard Parish Government | Indivior Inc. | 42 |
| 18-op-45756 | St. Bernard Parish Government | Associated Pharmacies, Inc. | 41 |
| 18-op-45937 | County of Hudson | Sandoz, Inc. | 42 |
| 18-op-45937 | County of Hudson | Mylan Pharmaceuticals, Inc. | 42 |
| 18-op-45937 | County of Hudson | Amneal Pharmaceuticals, Inc. | 42 |
| 18-op-45937 | County of Hudson | Hikma Pharmaceuticals USA Inc. f/k/a West-Ward Pharmaceuticals Corp. | 42 |
| 18-op-46066 | Lanier | Amneal Pharmaceuticals, Inc. | 55 |
| 18-op-46338 | Grady | Amneal Pharmaceuticals, Inc. | 47 |
| 19-op-45444 | Avoyelles Parish Police Jury | Smith Drug Company | 12 |
| 19-op-45445 | Calcasieu Parish Police Jury | Smith Drug Company | 10 |
| 19-op-45448 | Sabine Parish Police Jury | Smith Drug Company | 10 |
| 19-op-45449 | City of Lake Charles | Smith Drug Company | 11 |
| 19-op-45450 | Evangeline Parish Police Jury | Smith Drug Company | 11 |
| 19-op-45451 | Vernon Parish Police Jury | Smith Drug Company | 10 |
| 19-op-45452 | Morehouse Parish Police Jury | Smith Drug Company | 10 |
| 19-op-45453 | East Carroll Parish Police Jury | Smith Drug Company | 11 |
| 19-op-45454 | West Carroll Parish Police Jury | Smith Drug Company | 10 |
| 19-op-45617 | City of Nashville, GA | Hikma Pharmaceuticals USA Inc. f/k/a West-Ward Pharmaceuticals Corp. | 11 |
| 19-op-45617 | City of Nashville, GA | Amneal Pharmaceuticals, Inc. | 11 |
| 20-op-45270 | Natchitoches Parish Council | Amneal Pharmaceuticals, Inc. | 12 |

3

| Case No. | Plaintiff | Defendant to be Dismissed | Docket No. of Motion to Dismiss |
|---|---|---|---|
| 20-op-45270 | Natchitoches Parish Council | Smith Drug Co. | 12 |
| 22-op-45019 | City of Gulf Shores | Hikma Pharmaceuticals USA Inc. f/k/a West-Ward Pharmaceuticals Corp. | 11 |

**IT IS SO ORDERED.**

  **/s/ Dan Aaron Polster  September 29, 2023**
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**