# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All actions* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## ORDER DESIGNATING SPECIAL MASTER
## PURSUANT TO GLOBAL TRIBAL OPIOID SETTLEMENT AGREEMENTS

The Tribal Leadership Committee (TLC) and Participating Tribes (collectively, "Tribes") have entered into Global Tribal Opioid Settlement Agreements with the following Settling Defendants: (1) Certain Distributors (McKesson Corporation, AmerisourceBergen Corporation (n/k/a Cencora, Inc.), and Cardinal Health, Inc.), dated October 6, 2022; (2) Janssen Pharmaceuticals, Inc., dated July 11, 2022; (3) Teva Pharmaceuticals, Inc., dated December 19, 2022.; (4) Allergan Finance LLC, dated December 16, 2022; (5) Walmart Inc., dated November 14, 2022; (6) CVS Health Corporation and CVS Pharmacy, Inc., dated December 22, 2022; and (7) Walgreens Co., dated December 2022.

The terms of each of these Agreements provide and agree that David R. Cohen shall serve as "Special Master … appointed by the MDL Court" to oversee and administer various provisions of the above-listed Global Tribal Settlement Agreements. Accordingly, pursuant to those Agreements and by consent of the parties therein, the Court hereby designates David R. Cohen to serve as "Special Master," charged with fairly, equitably, and reasonably fulfilling his functions, obligations and duties according to the terms of those Agreements, in addition to his current duties set forth in the Court's prior Order appointing him Special Master in this case (docket no. 69).

- 2 -

The Court's prior orders applicable to all settlement agreements in this MDL shall apply to the Global Tribal Settlement Agreements, as well. *See* Order at docket no. 5090.

**IT IS SO ORDERED.**

Dated: October 2 , 2023              *s/ Dan Aaron Polster*
                                     Dan Aaron Polster
                                     U.S. District Judge