EXHIBIT 2

| | |
|---|---|
| **From:** | David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law> |
| **Sent:** | Tuesday, September 19, 2023 9:59 PM |
| **To:** | Peter H. Weinberger; carrie_roush@ohnd.uscourts.gov |
| **Cc:** | Harder, Bradley; jrice@motleyrice.com; paul@farrellfuller.com; joanne@cicalapllc.com; Jordan, Bill; Chemerinsky, Kim; McGowan, Emily; Bond, Ethan; Haley Plourde-Cole; jonathancooper@quinnemanuel.com; Eric Lyttle; jconroy@simmonsfirm.com; Hunter Shkolnik; Peter Mougey; Boone, Brian; lsinger@motleyrice.com; Russell Budd |
| **Subject:** | Re: PBM Bellwether selection process - 7 day extension requested. |

**EXTERNAL SENDER – Proceed with caution**

This request is granted.   The deadline for the parties to submit their selection of 4 bellwether cases each is now Sept. 29 at 4:00p.  The deadline for each side to then strike 2 of the cases is Oct. 13 at 4:00p.
-d

**From:** Peter H. Weinberger <PWeinberger@spanglaw.com>
**Sent:** Tuesday, September 19, 2023 1:33 PM
**To:** carrie_roush@ohnd.uscourts.gov <Carrie_Roush@ohnd.uscourts.gov>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** Harder, Bradley <bradley.harder@alston.com>; jrice@motleyrice.com <jrice@motleyrice.com>; paul@farrellfuller.com <paul@farrellfuller.com>; joanne@cicalapllc.com <joanne@cicalapllc.com>; Jordan, Bill <Bill.Jordan@alston.com>; Chemerinsky, Kim <Kim.Chemerinsky@alston.com>; McGowan, Emily <Emily.McGowan@alston.com>; Bond, Ethan <Ethan.Bond@alston.com>; Haley Plourde-Cole <haleyplourdecole@quinnemanuel.com>; jonathancooper@quinnemanuel.com <jonathancooper@quinnemanuel.com>; Eric Lyttle <ericlyttle@quinnemanuel.com>; jconroy@simmonsfirm.com <jconroy@simmonsfirm.com>; Hunter Shkolnik <Hunter@nsprlaw.com>; Peter Mougey <pmougey@levinlaw.com>; Boone, Brian <Brian.Boone@alston.com>; lsinger@motleyrice.com <lsinger@motleyrice.com>; Russell Budd <RBUDD@baronbudd.com>
**Subject:** PBM Bellwether selection process - 7 day extension requested.

Dear Ms. Roush and SM Cohen:

The PEC respectfully requests that the Court grant us an extension until 9/29 at 4 pm within which to submit its selection of 4 bellwether cases.  And of course, the PEC agrees that the PBM defendants also be granted the same extension until 9/29 at 4 pm.   If the court agrees to the extension, that will move the deadline for each side to strike 2 of the cases until 10/13 at 4 pm.

Thank you for your consideration.

Pete

Peter H. Weinberger
Of Counsel
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700

Cleveland, Ohio 44114
216-696-3232 Office
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

Peter H. Weinberger
Of Counsel
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.