UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Case No. 17-MD-2804 |
| THIS DOCUMENT RELATES TO: | |
| *MDL No. 2804; Case No. 17-MD-2804; and GARY CARR, Individually and next friend and on behalf of all wrongful death beneficiaries of LUTHER GREER v. AKORN, INC. et al.,* MDL Case Nos. 19-OP-46116 and 19-OP-46117 | Judge Dan Aaron Polster |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANTS HI-TECH PHARMACAL CO., INC. AND AKORN, INC.**

Pending is the motion of attorney Andrew Scott Harris to withdraw as counsel for Hi-Tech Pharmacal Co., Inc. and Akorn, Inc. (collectively, the "Akorn Defendants") pursuant to Rule 1.16(b) of the Ohio Rules of Professional Conduct and Rule 83.9 of the Local Civil Rules of the Northern District of Ohio. Upon review of the motion, the Court finds that the movant complied with the requirements of the Rules of Professional Conduct and Local Rule 83.9 and that the Akorn Defendants were notified of and consented to withdrawal of Mr. Harris as counsel, and that withdrawal of Mr. Harris as counsel for the Akorn Defendants with have no material adverse effect on the Akorn Defendants.

The Court therefore finds that the Movant has demonstrated good cause to withdraw as counsel and GRANTS the motion. Andrew Scott Harris is no longer counsel of record in this MDL or in the member cases (*Carr v. Akorn, Inc. et al.*, Cause Nos. 19-OP-46116 and 19-OP-46117) for Akorn Defendants and can be removed from the certificates of service and further communication. The Clerk is further directed to terminate Mr. Harris's receipt of ECF notifications for the Akorn Defendants.

IT IS SO ORDERED

Entered this _____ day of _____, 2023.

_____

Judge Dan Aaron Polster