# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL 2804 |
| | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** | **Judge Dan Aaron Polster** |
| *Bergen County, NJ v. Purdue Pharma, L.P.,* No. *1:18-op-45616* | |
| *Jersey City, NJ v. Purdue Pharma, L.P.,* No. *1:18-op-45948* | |
| *Essex County, NJ v. Purdue Pharma, L.P.,* No. *1:18-op-45989* | |
| *Sussex County, NJ v. Purdue Pharma, L.P.,* No. *1:19-op-45616* | |
| *Passaic County, NJ v. Purdue Pharma, L.P.,* No. *1:19-op-* | |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Bergen County, NJ, Essex County, NJ, City of Jersey City, NJ, Passaic County, NJ, and Sussex County, NJ ("Plaintiff"), hereby voluntarily dismiss without prejudice each claim against Costco Wholesale Corporation.

**DATED**: October 9, 2023

Respectfully Submitted,

CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO, P.C.

*s/ James E. Cecchi*

James E. Cecchi
CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
jcecchi@carellabyrne.com

819182v1

SEEGER WEISS LLP

Christopher A. Seeger D
SEEGER WEISS LLP
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ  07660
Telephone: (973) 639-9100

***Counsel for Plaintiff***

819182v1