UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**OPTUMRX, INC. AND EXPRESS SCRIPTS, INC.'S
BELLWETHER SELECTION SUBMISSION**

In accordance with the Court's Order Regarding PBM Bellwether Process (Dkt. 5166), as modified by the Court's October 4, 2023 non-document order, OptumRx and Express Scripts identify the following four cases as their PBM bellwether selections:

- Third Circuit: *City of Paterson v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45371-DAP

- Fourth Circuit: *Goochland County, Virginia v. Mallinckrodt, PLC, et al.*, No. 1:20-op-45175-DAP

- Fifth Circuit: *County of Webb, Texas v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45175-DAP

- Eighth Circuit: *Lincoln County v. Richard S. Sackler, M.D., et al.*, No. 1:20-op-45069-DAP

OptumRx and Express Scripts reserve all rights, defenses, and objections with respect to the above-listed cases and the cases proposed by the Plaintiffs' Executive Committee.

Date: October 11, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Brian D. Boone* <br> Brian D. Boone <br> **ALSTON & BIRD LLP** <br> Vantage South End <br> 1120 South Tryon Street, Suite 300 <br> Charlotte, NC 28203 <br> Tel: (704) 444-1000 <br> brian.boone@alston.com <br><br> William H. Jordan <br> **ALSTON & BIRD LLP** <br> 1201 West Peachtree Street NW, Suite 4900 <br> Atlanta, GA 30309 <br> Tel.: (404) 881-7000 <br> bill.jordan@alston.com <br><br> *Attorneys for Defendant OptumRx, Inc.* | */s/ Jonathan G. Cooper* <br> Michael J. Lyle <br> Jonathan G. Cooper <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 1300 I St. NW, Suite 900 <br> Washington, DC 20005 <br> Tel: (202) 538-8000 <br> mikelyle@quinnemanuel.com <br> jonathancooper@quinnemanuel.com <br><br> *Attorneys for Defendant Express Scripts, Inc.* |