UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>This document relates to:<br>*All Cases* | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

**PEC'S SELECTION OF PBM BELLWETHER CASES**

Pursuant to the Court's Orders dated August 31, 2023 (Dkt. No. 5166) and October 4, 2023 (non-document order), the Plaintiff Executive Committee (PEC) submits the following list of Plaintiffs' Prescription Benefit Manager (PBM) bellwether selections for the Court's consideration.

1. Jefferson County (City of Independence, Missouri) v. Williams et al., No. 1:19-op-45371-DAP (E.D. Mo., 8th Cir.) (This is a multi-plaintiff case and the lead plaintiff, Jefferson County, has been remanded.  Plaintiffs seek to name Plaintiff City of Independence as the PBM bellwether selection here.)

2. City of Rochester v. Purdue Pharma, L.P., et al., No. 1:19-op-45853 (W.D.N.Y., 2d Cir.)

3. Strafford County v. Evernorth Health, Inc., et al., No. 1:23-op-45006  (D.N.H., 1st Cir.)

4. County of Summit, Ohio v. Express Scripts, Inc., et al., No. 1:23-op-45001 (N.D. Oh., 6th Cir.)

2859147.1

Respectfully submitted,

*s/ Jayne Conroy*
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*


*s/ Joseph F. Rice*
Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

*s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
FARRELL & FULLER
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304) 654-8281
paul@farrellfuller.com
*Plaintiffs' Co-Lead Counsel*

*s/ Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                              *s/Peter H. Weinberger*
                                              Peter H. Weinberger