UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All cases* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**SUGGESTION OF BANKRUPTCY FOR RITE AID CORPORATION AND CERTAIN OF ITS AFFILIATES AND NOTICE  OF AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that, on October 15, 2023, Rite Aid Corporation[1] and certain of its affiliates (each, a "Debtor" and, collectively, the "Debtors")[2] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").  A copy of the voluntary petition of the lead Debtor, Rite Aid Corporation (Case No. 3:23-bk-18993), is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that each of the Debtor's chapter 11 cases (collectively, the "Chapter 11 Cases") is pending before the Honorable Michael B. Kaplan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a stay of:

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the

---

[1] To the extent that any or all Debtors contend in this litigation that this Court lacks personal jurisdiction over any or all of them, by filing this Suggestion of Bankruptcy, Debtors do not waive, or intend to waive, any position that this Court lacks personal jurisdiction.

[2] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

>debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

11 U.S.C. § 362(a)(1)–(3).[3]  No order has been sought or entered in the Chapter 11 Cases granting any relief to any party from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtors without obtaining from the Bankruptcy Court relief from the automatic stay may be void *ab initio* and result in a finding of contempt for violation of the automatic stay.  Any party wishing to take action against the Debtors should contact the Debtors' counsel before taking any action in the above-captioned proceeding to ensure that such action does not constitute a violation of the automatic stay.  The Debtors reserve and retain all rights to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained free of charge by visiting the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.njb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

Date:  October 16, 2023

Respectfully submitted,

/s/  Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

---

[3]     Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.

       T: 212-309-6612
       F: 212-309-6001
       kelly.moore@morganlewis.com

       Matthew R. Ladd
       MORGAN, LEWIS & BOCKIUS LLP
       1717 Main Street
       Dallas, TX 75201
       T: 214-466-4121
       F: 214-466-4001
       matthew.ladd@morganlewis.com

       Elisa P. McEnroe
       MORGAN, LEWIS & BOCKIUS LLP
       1701 Market Street
       Philadelphia, PA 19103
       T: 215-963-5917
       F: 215-963-5001
       elisa.mcenroe@morganlewis.com

       John K. Gisleson
       MORGAN, LEWIS & BOCKIUS LLP
       One Oxford Centre, 32nd Floor
       Pittsburgh, PA 15219
       T: 412-560-7435
       F: 412-560-7001
       john.gisleson@morganlewis.com

       *Counsel for Rite Aid Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the *Suggestion of Bankruptcy for Rite Aid Corporation and Certain of its Affiliates and Notice of Automatic Stay of Proceedings* was served via ECF on all counsel of record in this case on this 16th day of October, 2023.

/s/ Kelly A. Moore
Kelly A. Moore