UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *Case Tracks 2-11* | Judge Dan Aaron Polster |

The Court has carefully considered the Plaintiff Executive Committee's Motion to segregate the Track One Common Benefit Fund contingency fees which the PEC earned from co-counsel fees generated in the CT 2-11 bellwether cases.

The Court therefore Orders that contingency fees generated to the PEC from representing the bellwether clients shall be deposited into the Track One Common Benefit Fund QSF and segregated, for accounting purposes, from other Track One Common Benefit Funds until further order of the Court.

IT IS SO ORDERED.

Dated:_____          _____
                                 Honorable Dan Aaron Polster