IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | : | |
|     OPIATE LITIGATION | : | MDL No. 2804 |
| | : | Hon. Judge Dan A. Polster |
| This document relates to: | : | |
|     *All Cases* | : | |
| | : | |

### TOPRX LLC'S STATUS REPORT

As directed by the Court, TopRx, LLC ("TopRx") submits the following Status Report in advance of the October 30, 2023 status conference.

TopRx is a secondary distributor of generic pharmaceuticals and is a defendant in thirteen (13) MDL cases. TopRx is not a party to any state litigation. Since the last status conference in June 2023, TopRx has been dismissed from two cases: (1) *St. Bernard Parish Government v. Purdue Pharma L.P. et al.*, 1:18-op-45756; and (2) *Summers County Commission v. Rite Aid of Maryland, Inc.*, 1:18-op-45226. In total, TopRx has been dismissed from sixty four (64) MDL cases since the inception of this MDL. Except for the two recent dismissals noted above, there has not been any change in status for TopRx's cases since the June 2023 status conference.

Dated: October 25, 2023

Respectfully submitted,

*/s/ Allen M. Lopus*
Robert J. Ridge, Esq.
Pa. ID #58651
Allen M. Lopus, Esq.
Pa. ID # 76544
Clark Hill, PLC
One Oxford Centre, 14th Floor
301 Grant Street
Pittsburgh, PA  15219
Phone: (412) 394-7713
Fax:    (412) 394-2555
rridge@clarkhill.com
alopus@clarkhill.com