UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION *This document relates to:* Track 8 – 1:18-op-45817 Track 9 – 1:18-op-45274 | MDL 2804 Case No. 17-md-2804 Hon. Dan Aaron Polster |

## STIPULATED ORDER ENTERING STAY AND MODIFYING TRACKS 8 AND 9 DEADLINES AS TO PUBLIX AND ALBERTSONS[1]

By stipulation of plaintiffs Cobb County, Georgia and Tarrant County, Texas ("Plaintiffs"), and Defendants Publix Super Markets, Inc. ("Publix) and Albertsons ("Defendants"), in these actions are hereby stayed for 45 days until Friday December 8, 2023, except for the pending motion to compel discovery from Texas State agencies brought by Albertsons in Track 9, which is currently before the Special Master. Upon expiration of the stay, the parties will confer and submit proposed modifications to the Tracks 8-9 discovery and other deadlines set forth in the Court's September 22, 2023, Order Modifying Tracks 8 & 10 Case Management Orders for Tracks Eight and Order Modifying Track 9 Case Management Order,[2] tracking the schedule in existence prior to the stay to the greatest extent possible, and will seek the Court's approval of a modified

---

[1] These Defendants are: Publix Super Markets, Inc. in Track 8 and Albertson Companies, Inc., Albertson's LLC, Safeway, Inc., Randall's Food & Drug LP and United Supermarkets L.L.C. d/b/a The United Family (collectively, "Albertsons") in Track 9.
[2] *See* ECF No. 5143, Case No. 1:17-md-2804 and ECF No. 5202, Case No. 1:17-md-2804

1

schedule. This stipulation applies solely to the deadlines in Tracks 8 and 9 as to Publix and Albertsons only.

Dated: October 25, 2023

                                         Respectfully submitted,

*Plaintiffs' Co-Lead Counsel*

 /s/ Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Liaison Counsel*

 /s/ Peter Weinberger
Peter Weinberger
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

**Counsel for Cobb County, GA (CT8):**

Jayne Conroy
SIMMONS HANLY CONROY LLP
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Sarah S. Burns
Jo Anna Pollock
SIMMONS HANLY CONROY LLP
One Court Street
Alton, IL 62002
(618) 259-2222
sburns@simmonsfirm.com
jpollock@simmonsfirm.com

Erin K. Dickinson
Charles J. Crueger
CRUEGER DICKINSON LLC
4532 N. Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3868
ekd@cruegerdickinson.com
cjc@cruegerdickinson.com

COBB COUNTY ATTORNEY'S OFFICE
H. William Rowling, Jr.
County Attorney
Lauren Bruce
Assistant County Attorney
100 Cherokee Street, Suite 300
Marietta, GA 30090
(770) 528-4000
H.William.Rowling@cobbcounty.org
Lauren.Bruce@cobbcounty.org

**Counsel for Tarrant County, TX (CT9):**

W. Mark Lanier
THE LANIER LAW FIRM
10940 W. Sam Houston Parkway N.
Houston, TX 77064
(713) 659-5200
mark.lanier@lanierlawfirm.com

Evan Janush
THE LANIER LAW FIRM
535 Madison Ave., 12th Floor
New York, NY 10022
(212) 421-2800
evan.janush@lanierlawfirm.com

Tom Hall
THE LAW OFFICES OF TOM HALL
2605 Airport Freeway, Suite 100
Fort Worth, TX 76111
docket@opioidcounsel.com

**Counsel for Publix:**

Meredith Thornburgh White (IN 28094-49)
Kara M. Kapke (IN 25906-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
mwhite@btlaw.com
kkapke@btlaw.com

**Counsel for Albertsons:**

Francis A. Citera
Gretchen N. Miller
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400
Email: citeraf@gtlaw.com
Email: millerg@gtlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

                                                  */s/ Peter Weinberger*
                                                  Peter Weinberger

**IT IS SO ORDERED.**

Dated: _____

                                                  Dan Aaron Polster
                                                  U.S. District Judge