# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This Document Relates to:*<br><br>*All Cases Naming Auburn Pharmaceutical Company as a Defendant, as Reported Herein* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan A. Polster |

## STATUS REPORT
## OF AUBURN PHARMACEUTICAL COMPANY

Defendant Auburn, by its undersigned attorneys, respectfully submits this Status Report. Auburn has provided the market share data for the jurisdiction in which each Plaintiff has sued the Defendant. It has also sent each Plaintiff that has sued it a letter demonstrating that Auburn is not a viable Defendant and its inclusion as a Tier 3 Defendant only weakens and dilutes the strength of each Plaintiff's case in this Lawsuit. Plaintiffs have conceded that Auburn is in compliance with the Order of Production.

Dated: October 25, 2023

Respectfully Submitted,

/s/ James C. Wright
James C. Wright, Attorney at Law
Zausmer, PC
32255 Northwestern Highway
Suite 225
Farmington Hills, MI  48334
(248) 851-4111
Fax:  (248) 851-0100
jwright@zausmer.com
Ohio Bar Number 00809070

{05197059}

## CERTIFICATE OF SERVICE

      I certify that the foregoing was electronically filed on October 25, 2023, with the Clerk of Court using the CM/ECF notification system thereby giving notice to all counsel of record.

                                            /s/ James C. Wright      .
                                            James C. Wright, Attorney at Law

{05197059}