UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

NOV 0 3 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION

This document relates to:

*Case Tracks 2-11*

MDL No. 2804

Case No. 17-md-2804

Judge Dan Aaron Polster

The Court has carefully considered the Plaintiff Executive Committee's Motion to segregate the Track One Common Benefit Fund contingency fees which the PEC earned from co-counsel fees generated in the CT 2-11 bellwether cases.

The Court therefore Orders that contingency fees generated to the PEC from representing the bellwether clients shall be deposited into the Track One Common Benefit Fund QSF and segregated, for accounting purposes, from other Track One Common Benefit Funds until further order of the Court.

IT IS SO ORDERED.

Dated:  11/3/2023                                          s/Dan Aaron Polster
                                                                  Honorable Dan Aaron Polster