# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL 2804 |
| **This document relates to:** | Case No.: 1:17-MD-2804 |
| *Camden County, New Jersey v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-46306-DAP | Judge Dan Aaron Polster |

## NOTICE OF VOLUNTARY DISMISSAL
## OF ABBOTT LABORATORIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff, Camden County, New Jersey, hereby submits this Notice of Voluntary Dismissal of Defendant Abbott Laboratories. The dismissal of Abbott Laboratories is without prejudice.

Dated:  November 3, 2023

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello
2nd Floor
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973-994-1700
Fax:  973-994-1744
Email:  jcecchi@carellabyrne.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. The foregoing will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

                                                  */s/ James E. Cecchi*
                                                  James E. Cecchi