UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
<u>**PURSUANT TO NEW MEXICO SETTLEMENT AGREEMENT**</u>

The undersigned Parties (the "Parties") have settled the above-referenced litigation against Defendant West-Ward Pharmaceuticals Corporation n/k/a Hikma Pharmaceuticals USA Inc. ("Hikma") pursuant to the Hikma New Mexico Settlement Agreement, executed on April 3, 2023, in which Plaintiffs – the New Mexico subdivisions listed in **Appendix A** – have elected to participate.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Hikma agree that all claims of Plaintiffs in the actions identified in **Appendix A** against Hikma and the Releasees (as defined in the Hikma New Mexico Settlement Agreement) are dismissed with prejudice, with each party to bear its own costs.

Dated November 15, 2023            Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Peter J. Mougey*
Peter J. Mougey
Jeff R. Gaddy
Levin, Papantonio, Rafferty, Proctor
Buchanan, O'Brien, Barr & Mougey P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850-435-7068
pmougey@levinlaw.com
jgaddy@levinlaw.com

/s/ Jayne Conroy
Jayne Conroy
Simmon Hanly Conroy
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

/s/ Erin K. Dickinson
Erin K. Dickinson
Crueger Dickinson
4532 N Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3767
ekd@cruegerdickinson.com

/s/ Shayna Sacks
Shayna E. Sacks
Napoli Shkolnik PLLC
400 Broadhollow Road St 350
Melville, NY 11747
(212)-397-1000
ssacks@napolilaw.com


**ATTORNEYS FOR DEFENDANT**

 /s/ Christopher B. Essig
Christopher B. Essig (*pro hac vice*)
Scott M. Ahmad (*pro hac vice*)
Reid F. Smith
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
CEssig@winston.com
SAhmad@winston.com
RFSmith@winston.com

*Attorneys for Defendant*
*West-Ward Pharmaceuticals Corporation n/k/a*
*Hikma Pharmaceuticals USA Inc.*

2

SO ORDERED this __ day of _____, 2023.

_____
Hon. Dan Aaron Polster
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Peter J. Mougey*

# APPENDIX A

| Subdivision | State | Signed with Permission | Jurisdiction | Docket Number |
|---|---|---|---|---|
| Bernalillo County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45301 |
| Cibola County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45321 |
| Colfax County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:21-op-45055 |
| Curry County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45347 |
| County of Hidalgo | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46069 |
| Lea County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45266 |
| Luna County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:21-op-45056 |
| Santa Fe County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:18-op-45776 |
| Socorro County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45323 |
| Torrance County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:22-op-45004 |
| Union County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:21-op-45057 |
| Valencia County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45324 |
| Española City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46142 |
| Hobbs City | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46068 |
| Lincoln County | NM | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45513 |
| Eddy County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:22-op-45015 |
| Rio Arriba County | NM | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45054 |
| Roosevelt County | NM | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46343 |
| San Juan County | NM | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:18-op-45829 |
| Sandoval County | NM | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45421 |
| Grant County | NM | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45108 |