# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO NEW MEXICO SETTLEMENT AGREEMENT

The undersigned Parties (the "Parties") have settled the above-referenced litigation against Defendant West-Ward Pharmaceuticals Corporation n/k/a Hikma Pharmaceuticals USA Inc. ("Hikma") pursuant to the Hikma New Mexico Settlement Agreement, executed on April 3, 2023, in which Plaintiffs – the New Mexico subdivisions listed in **Appendix A** – have elected to participate. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Hikma agree that all claims of Plaintiffs in the actions identified in **Appendix A** against Hikma and the Releasees (as defined in the Hikma New Mexico Settlement Agreement) are dismissed with prejudice, with each party to bear its own costs.

Dated November 15, 2023

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Peter J. Mougey*
Peter J. Mougey
Jeff R. Gaddy
Levin, Papantonio, Rafferty, Proctor
Buchanan, O'Brien, Barr & Mougey P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850-435-7068
pmougey@levinlaw.com
jgaddy@levinlaw.com

        */s/ Jayne Conroy*
Jayne Conroy
Simmon Hanly Conroy
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

*/s/ Erin K. Dickinson*
Erin K. Dickinson
Crueger Dickinson
4532 N Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3767
ekd@cruegerdickinson.com

*/s/ Shayna Sacks*
Shayna E. Sacks
Napoli Shkolnik PLLC
400 Broadhollow Road St 350
Melville, NY 11747
(212)-397-1000
ssacks@napolilaw.com


**ATTORNEYS FOR DEFENDANT**

 */s/ Christopher B. Essig*
Christopher B. Essig (*pro hac vice*)
Scott M. Ahmad (*pro hac vice*)
Reid F. Smith
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
CEssig@winston.com
SAhmad@winston.com
RFSmith@winston.com

*Attorneys for Defendant*
*West-Ward Pharmaceuticals Corporation n/k/a*
*Hikma Pharmaceuticals USA Inc.*

SO ORDERED this 16th day of November, 2023.

 *s/ Dan Aaron Polster*
Hon. Dan Aaron Polster
United States District Judge