UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION AND ORDER
DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO TEVA
WEST VIRGINIA STATE-WIDE OPIOID SETTLEMENT
AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the West Virginia Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Warner Chilcott Company, LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, Actavis Laboratories FL, Inc. f/k/a Watson Laboratories, Inc.-Florida, and Anda, Inc. (collectively and together with their Released Entities, the "Teva Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Teva/West Virginia State-Wide Opioid Settlement Agreement (the "Teva Settlement Agreement"), which is dated September 19, 2022, which is binding on the Dismissing Plaintiffs and the Teva Defendants, and which has an Effective Date of September 19, 2022 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Teva Defendant are

---

[1] The Released Entities are each and every entity of any of the Teva Defendants that is a "Released Entity" as set forth in in Section II and Exhibit I of the Teva Settlement Agreement.

hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Circuit Court of Kanawha County, West Virginia, shall retain jurisdiction with respect to the Teva/West Virginia State-Wide Opioid Settlement Agreement to the extent provided under that Agreement.

Dated: November 17, 2023                            Respectfully submitted,

**Agreed as to form and substance:**

Signed as authorization for Subdivision
Plaintiffs identified in Appendix A.

   */s/ Linda Singer*
   Linda Singer
   John Hurst
   MOTLEY RICE LLC
   401 9th Street NW, Suite 630
   Washington, DC 20004
   Telephone: (202) 232-5504
   Facsimile: (202) 386-9622
   lsinger@motleyrice.com


**Agreed as to form and substance:**

The Teva Defendants:

   */s/ Eric W. Sitarchuk*
   Eric W. Sitarchuk
   Rebecca J. Hillyer
   MORGAN LEWIS & BOCKIUS LLP
   1701 Market Street
   Philadelphia, PA 19103
   Telephone: (215) 964-5000
   eric.sitarchuk@morganlewis.com
   rebecca.hillyer@morganlewis.com

SO ORDERED this __ day of _____, 2023.


_____
Hon. Dan Aaron Polster
United State District Judge