# APPENDIX A

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Berkeley County | West Virginia | /s/Linda Singer | Skinner Law Firm | NDOH | 1:17-op-45171 |
| Bluefield City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45659 |
| Boone County | West Virginia | /s/Linda Singer | Farrell & Fuller, LLC | NDOH | 1:17-op-45061 |
| Braxton County | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45313 |
| Buckhannon City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-46085 |
| Calhoun County | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45312 |
| Chapmanville Town | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:17-op-45055 |
| Charles Town City | West Virginia | /s/Linda Singer | Skinner Law Firm | NDOH | 1:19-op-45250 |
| City of Charleston | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45224 |
| Clay County | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:18-op-45670 |
| Clendenin Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-46127 |
| Dunbar City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45546 |
| Eleanor Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45387 |
| Fayette County | West Virginia | /s/Linda Singer | Farrell & Fuller, LLC | NDOH | 1:17-op-45062 |
| Fort Gay Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45225 |
| Gauley Bridge Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-46278 |
| Gilbert Town | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:17-op-45059 |
| Gilmer County | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-46131 |
| Glenville Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45384 |
| Granville Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45320 |
| Greenbrier County | West Virginia | /s/Linda Singer | Farrell & Fuller, LLC | NDOH | 1:19-op-45080 |
| Hamlin Town | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:18-op-45386 |
| Hurricane City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45293 |
| Jefferson County | West Virginia | /s/Linda Singer | Skinner Law Firm | NDOH | 1:17-op-45170 |
| Kanawha County | West Virginia | /s/Linda Singer | Farrell & Fuller, LLC | NDOH | 1:17-op-45063 |
| Kenova City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-46346 |
| Kermit Town | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:17-op-45058 |
| Lincoln County | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:17-op-45060 |
| Logan City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45317 |
| Logan County | West Virginia | /s/Linda Singer | Farrell & Fuller, LLC | NDOH | 1:18-op-45000 |
| Man Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45385 |
| McDowell County | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:17-op-45066 |
| Mercer County | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:17-op-45064 |
| Milton Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45321 |
| Mingo County | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:18-op-45940 |
| Montgomery City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-46128 |
| Morgan County | West Virginia | /s/Linda Singer | Skinner Law Firm | NDOH | 1:18-op-45444 |
| Nicholas County | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45314 |
| Parkersburg City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45315 |
| Pocahontas County | West Virginia | /s/Linda Singer | Skinner Law Firm | NDOH | 1:18-op-45443 |
| Princeton City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-46054 |
| Putnam County | West Virginia | /s/Linda Singer | Pritt & Spano, PLLC | NDOH | 1:18-op-45251 |
| Quinwood Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45324 |
| Rainelle Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45322 |
| Raleigh County | West Virginia | /s/Linda Singer | Farrell & Fuller, LLC | NDOH | 1:18-op-45108 |
| Rupert Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45323 |
| Smithers City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45319 |
| Sophia Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-46129 |
| St. Albans City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45269 |
| Summersville City | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45316 |
| Sutton Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45318 |
| Vienna City | West Virginia | /s/Linda Singer | Farrell & Fuller, LLC | NDOH | 1:19-op-45042 |
| Wayne County | West Virginia | /s/Linda Singer | Farrell & Fuller, LLC | NDOH | 1:17-op-45052 |
| Welch City | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:17-op-45065 |
| West Hamlin Town | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:18-op-45941 |
| Whitesville Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-46130 |
| Williamson City | West Virginia | /s/Linda Singer | The Chafin Law Firm, PLLC | NDOH | 1:17-op-45057 |
| Winfield Town | West Virginia | /s/Linda Singer | The Webb Law Centre, PLLC | NDOH | 1:18-op-45294 |
| Wyoming County | West Virginia | /s/Linda Singer | Farrell & Fuller, LLC | NDOH | 1:17-op-45051 |