UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
NOV 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
|---|---|
| | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Patrick King of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters his appearance for Defendants Express Scripts, Inc., Express Scripts Pharmacy Inc., ESI Mail Pharmacy Service, Inc., and Evernorth Health, Inc. (formerly known as "Express Scripts Holding Company") in the above-captioned action.

Dated: November 20, 2023

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

By: /s/ *Patrick King*

Patrick King
711 Louisiana St., Suite 500
Houston, TX 77002
T: +1 713-221-7000
patrickking@quinnemanuel.com

*Attorney for Defendants Evernorth Health, Inc., Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., and Express Scripts Pharmacy, Inc.*