# APPENDIX A

| Docket Number | Subdivision Name | Subdivision State | Legal Representation |
|---|---|---|---|
| 1:17-op-45102 | Wayne County | MI | Robbins Geller Rudman & Dowd LLP |
| 1:17-op-45102 | Oakland County | MI | Robbins Geller Rudman & Dowd LLP |
| 1:18-op-45054 | Lansing city | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45056 | Grand Traverse County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45066 | Chippewa County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45067 | Delta County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45068 | Escanaba city | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45082 | Saginaw County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45083 | Genesee County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45084 | Detroit city | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45085 | Macomb County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45102 | Roscommon County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45104 | Marquette County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45105 | Crawford County | MI | Weitz & Luxenberg, P.C. |

| | | | |
|---|---|---|---|
| 1:18-op-45111 | Leelanau County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45112 | Mason County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45113 | Manistee County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45158 | Monroe County | MI | Robbins Geller Rudman & Dowd LLP |
| 1:18-op-45339 | Gratiot County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45340 | Alcona County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45341 | Arenac County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45342 | Dickinson County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45343 | Iosco County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45344 | Iron Mountain city | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45345 | Otsego County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45347 | Montmorency County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45348 | Ogemaw County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45349 | Isabella County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45350 | Shiawassee County | MI | Weitz & Luxenberg, P.C. |

| | | | |
|---|---|---|---|
| 1:18-op-45351 | Lenawee County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45352 | Sanilac County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45354 | Antrim County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45355 | Hillsdale County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45356 | Benzie County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45357 | Osceola County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45359 | Oceana County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45360 | Alger County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45361 | Baraga County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45362 | Luce County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45364 | Wexford County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45366 | Lake County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45406 | Grand Rapids city | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45868 | Cass County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45865 | Montcalm County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45866 | Houghton County | MI | Weitz & Luxenberg, P.C. |

| 1:18-op-45870 | Tuscola County | MI | Weitz & Luxenberg, P.C. |
| --- | --- | --- | --- |
| 1:18-op-45871 | Alpena County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45886 | Washtenaw County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45887 | Berrien County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45888 | Iron County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45889 | Clinton County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45893 | Ontonagon County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45894 | Presque Isle County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45896 | St Clair County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45897 | Charlevoix County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45901 | Traverse City city | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45902 | East Lansing city | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45903 | Westland city | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45904 | Jackson city | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-45928 | Sault Ste. Marie city | MI | Weitz & Luxenberg, P.C. |

| 1:18-op-45971 | Eaton County | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
|---|---|---|---|
| 1:18-op-46096 | Branch County | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| 1:18-op-46134 | HURON CHARTER TOWNSHIP | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| 1:18-op-46134 | VAN BUREN CHARTER TOWNSHIP | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| 1:18-op-46134 | NORTHVILLE CHARTER TOWNSHIP | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| 1:18-op-46134 | Romulus city | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |

| 1:18-op-46134 | CANTON CHARTER TOWNSHIP | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| --- | --- | --- | --- |
| 1:18-op-46134 | Wayne city | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| 1:18-op-46134 | Livonia city | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| 1:18-op-46135 | CLINTON CHARTER TOWNSHIP | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| 1:18-op-46178 | Ingham County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-46187 | Newaygo County | MI | Weitz & Luxenberg, P.C. |
| 1:18-op-46199 | Muskegon County | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| 1:18-op-46332 | Detroit Wayne, Mental Health Authority | MI | Robbins Geller Rudman & Dowd LLP |

| | | | |
|---|---|---|---|
| 1:19-op-45000 | Kent County | MI | Weitz & Luxenberg, P.C. |
| 1:19-op-45228 | Bay County | MI | Motley Rice LLC |
| 1:19-op-45261 | Ionia County | MI | Weitz & Luxenberg, P.C. |
| 1:19-op-45262 | Livingston County | MI | Weitz & Luxenberg, P.C. |
| 1:19-op-45560 | Calhoun County | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| 1:19-op-45561 | Kalamazoo County | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| 1:19-op-45566 | PITTSFIELD CHARTER TOWNSHIP | MI | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. |
| 1:19-op-46183 | Pontiac city | MI | Napoli Shkolnik, PLLC |