# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

### NOTICE OF WITHDRAWAL OF COUNSEL OF ADAM A. HAMMOUD, JEREMY A. MENKOWITZ, AND RICHARD G. SHEPHARD, JR.

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.9 of the United States District Court for the Northern District of Ohio, Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., in the above-captioned matter, request the withdrawal of Adam A. Hammoud, Jeremy A. Menkowitz, and Richard G. Shephard, Jr. as counsel of record for Defendants in this matter. Mr. Hammoud, Mr. Menkowitz, and Mr. Shephard are no longer affiliated with Morgan, Lewis & Bockius LLP.

Counsel of record from Morgan, Lewis and Bockius LLP continue to represent the defendants in this matter and should continue to receive service of all future pleadings, notices and filings.

Dated:  November 27, 2023

Respectfully submitted,

*/s/ Evan K. Jacobs*

Evan K. Jacobs (PA Bar No. 314126)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA  19103-3007
Phone: 215.963.5000
Fax: 215.963.5001
evan.jacobs@morganlewis.com

*Attorney for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, a true and correct copy of the foregoing **Notice of Withdrawal** was served via CM/ECF, which will send electronic notification of such filing to all registered.

/s/ *Evan K. Jacobs*
Evan K. Jacobs