# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
|  | Case No. 1:17-md-2804 |
|  | Hon. Dan Aaron Polster |

## NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please be advised that Eric W. Sitarchuk, counsel of record for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., in the above-captioned matter, makes the following updates to the contact information on file with this court and respectfully requests that the docket be updated accordingly:

Eric W. Sitarchuk (PA Bar No. 39082)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Phone: 215.963.5000
Fax: 215.963.5001
eric.sitarchuk@morganlewis.com

[signature on following page]

Dated:  November 27, 2023                    Respectfully submitted,

*/s/ Eric W. Sitarchuk*

Eric W. Sitarchuk (PA Bar No. 39082)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA  19103-3007
Phone: 215.963.5000
Fax: 215.963.5001
Eric.sitarchuk@morganlewis.com

*Attorney for Teva Pharmaceuticals USA, Inc.,*
*Cephalon, Inc., Watson Laboratories, Inc., Actavis*
*LLC and Actavis Pharma, Inc. f/k/a Watson Pharma,*
*Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 27, 2023, a true and correct copy of the foregoing **Notice of Change of Contact Information** was served via CM/ECF, which will send electronic notification of such filing to all registered.

/s/ *Eric W. Sitarchuk*
Eric W. Sitarchuk