# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please be advised that Rebecca J. Hillyer, counsel of record for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., in the above-captioned matter, makes the following updates to the contact information on file with this court and respectfully requests that the docket be updated accordingly:

Rebecca J. Hillyer (PA Bar No. 91552)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA  19103-3007
Phone: 215.963.5000
Fax: 215.963.5001
rebecca.hillyer@morganlewis.com

[signature on following page]

Dated: November 27, 2023       Respectfully submitted,

/s/ Rebecca J. Hillyer
Rebecca J. Hillyer (PA Bar No. 91552)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA  19103-3007
Phone: 215.963.5000
Fax: 215.963.5001
rebecca.hillyer@morganlewis.com

*Attorney for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, a true and correct copy of the foregoing **Notice of Change of Contact Information** was served via CM/ECF, which will send electronic notification of such filing to all registered.

/s/ *Rebecca J. Hillyer*
Rebecca J. Hillyer