IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**<u>NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION</u>**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please be advised that Mark Fiore, counsel of record for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., in the above-captioned matter, makes the following updates to the contact information on file with this court and respectfully requests that the docket be updated accordingly:

Mark Fiore (PA Bar No. 309907)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA  19103-3007
Phone: 215.963.5000
Fax: 215.963.5001
mark.fiore@morganlewis.com

[signature on following page]

Dated:  November 27, 2023 　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Mark Fiore*
　　　　　　　　　　　　　　　　　　Mark Fiore (PA Bar No. 309907)
　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　2222 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103-3007
　　　　　　　　　　　　　　　　　　Phone: 215.963.5000
　　　　　　　　　　　　　　　　　　Fax: 215.963.5001
　　　　　　　　　　　　　　　　　　mark.fiore@morganlewis.com

　　　　　　　　　　　　　　　　　　*Attorney for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, a true and correct copy of the foregoing **Notice of Change of Contact Information** was served via CM/ECF, which will send electronic notification of such filing to all registered.

/s/ *Mark Fiore*
Mark Fiore