IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*"All Cases"* | CASE NO. 1:17-MD-2804<br><br>**David R. Cohen**<br>**Randi S. Ellis**<br>**Hon. David R. Herndon**<br><br>**FEE PANEL ORDER NO. 27 REGARDING APPLICATION DEADLINE FOR TEVA/ALLERGAN CONTINGENCY FEE AWARDS** |

As of the date of this Order, 25 Settling States have entered into Consent Judgments with Teva Pharmaceutical Industries Ltd. and Allergan Finance, LLC.,[1] thereby making effective the Teva and Allergan Fee Agreements.[2] Counsel has been able to submit Teva/Allergan Contingency Fee Fund Applications since June 12, 2023. Accordingly, the Fee Panel hereby sets **December 14, 2023,** as the deadline for submission of applications for awards from the Teva and Allegan Contingency Fee Funds.

**IT IS SO ORDERED.**

/s/  David R. Cohen
    Randi S. Ellis
    <u>David R. Herndon</u>
    **FEE PANEL**

**Dated:** November 30, 2023

---

[1] *See* https://nationalopioidsettlement.com/state-participation-status/
[2] *See, e.g.,* Teva Global Opioid Settlement Agreement, Exh R. at R-1 ("This Fee Agreement becomes effective on the Effective Date of the Teva Agreement and Allergan Agreement or the date that the Consent Judgments anticipated under the Teva Agreement and Allergan Agreement become final in 25 Settling States (whichever is later).").