UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No.: 1:17-MD-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Olga Vieira of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters her appearance for Defendants Express Scripts, Inc., Express Scripts Pharmacy Inc., ESI Mail Pharmacy Service, Inc., and Evernorth Health, Inc. (formerly known as "Express Scripts Holding Company") in the above-captioned action.

Dated: November 30, 2023

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Olga Vieira*
Olga M. Vieira
2601 S. Bayshore Drive, Suite 1550
Miami, Florida 33133-5417
Tel. (305) 402-4880
olgavieira@quinnemanuel.com

*Attorney for Defendants Evernorth Health, Inc., Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., and Express Scripts Pharmacy, Inc.*