# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

## MASTER STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO WALMART WEST VIRGINIA SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff West Virginia Subdivisions identified in Appendix A (collectively, the "Dismissing WV Plaintiffs") and Walmart and its related entities (collectively and together with their Released Entities, the "Walmart Defendants"[1]) that, pursuant to the election of each Dismissing WV Plaintiff to participate in the Walmart West Virginia State-Wide Opioid Settlement Agreement, which is dated September 20, 2022 and is binding on the Dismissing WV Plaintiffs and the Walmart Defendants (a copy of which is attached as Appendix B), all claims of each Dismissing WV Plaintiff against any Walmart Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The Released Entities are each and every entity of any of the Walmart Defendants that is a "Released Entity" as defined in Section II.GG of the Walmart West Virginia State-Wide Opioid Settlement Agreement, including those listed in the Illustrative List of Released Entities in Exhibit H of the Walmart West Virginia State-Wide Opioid Settlement Agreement.

Dated: December 8, 2023                 Respectfully submitted,

Agreed as to form and substance:

**DISMISSING WV PLAINTIFFS**

/s/ *John D. Hurst*
Joseph F. Rice
Anne McGinness Kearse
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
843-216-9450 (fax)
jrice@motleyrice.com
akearse@motleyrice.com

John D. Hurst
Motley Rice
50 Clay Street, Suite 1
Morgantown, WV 26501
304-413-0457
jhurst@motleyrice.com

*Counsel for*
*Buckhannon, WV (1:18-op-46085)*
*Calhoun County, WV (1:18-op-45312)*
*Ceredo, WV (1:18-op-45984)*
*Charleston, WV (1:18-op-45224)*
*Charleston, WV (1:18-op-45984)*
*Clendenin, WV (1:18-op-46127)*
*Dunbar, WV (1:18-op-45546)*
*Eleanor, WV (1:18-op-45387)*
*Fort Gay, WV (1:18-op-45225)*
*Gauley Bridge, WV (1:18-op-46278)*
*Glenville, WV (1:18-op-45384)*
*Granville, WV (1:18-op-45320)*
*Huntington, WV (1:17-op-45054))*
*Huntington, WV (1:18-op-45984)*
*Hurricane, WV (1:18-op-45293)*
*Kenova, WV (1:18-op-45984)*
*Kenova, WV (1:18-op-46346)*
*Logan, WV (1:18-op-45317)*
*Milton, WV (1:18-op-45321)*
*Montgomery, WV (1:18-op-46128)*

*Nicholas County, WV (1:18-op-45314)*
*Parkersburg, WV (1:18-op-45315)*
*Princeton, WV (1:18-op-46054)*
*Quinwood, WV (1:18-op-45324)*
*Rainelle, WV (1:18-op-45322)*
*Rupert, WV (1:18-op-45323)*
*Saint Albans, WV (1:18-op-45269)*
*Smithers, WV (1:18-op-45319)*
*Sophia, WV (1:18-op-46129)*
*Summersville, WV (1:18-op-45316)*
*Winfield, WV (1:18-op-45294)*


/s/ *Anthony J. Majestro*
Anthony J. Majestro
Powell & Majestro
Ste. P1200
405 Capitol Street
Charleston, WV 25301
304-346-2889
304-346-2895 (fax)
amajestro@powellmajestro.com
*Counsel for*
*Cabell County, WV (1:17-op-45053)*
*Fayette County, WV (1:17-op-45062)*
*Kanawha County, WV (1:17-op-45063)*
*Kermit, WV (1:17-op-45058)*
*Lincoln County, WV (1:17-op-45060)*
*Logan County, WV (1:18-op-45000)*
*Wayne County, WV (1:17-op-45052)*
*Williamson, WV (1:17-op-45057)*


/s/ *Andrew C. Skinner*
Andrew C. Skinner
Laura C. Davis
Macon Bryan Epps Gray
Stephen G. Skinner
Skinner Law Firm

2

P.O. Box 487
Charles Town, WV 25414
301-725-4029
304-725-4082 (fax)
*Counsel for*
*Berkeley County, WV (1:17-op-45171)*
*Charles Town, WV (1:19-op-45250)*
*Jefferson County, WV (1:17-op-45170)*

*/s/ Aaron L. Harrah*
Aaron L. Harrah
Hill, Peterson, Carper, Bee & Deitzler
500 Tracy Way
Charleston, WV 25311
304-345-5667
Fax: 304-345-1519
aaron@hpcbd.com
*Counsel for*
*Greenbrier County, WV (1:19-op-45080)*
*Vienna, WV (1:19-op-45042)*

*/s/ Christopher M. Davis*
Christopher M. Davis
Wooton Davis Hussell & Ellis
201 North Kanawha Street
PO Box 2600
Beckley, WV 25802
304-255-2188
304-255-2189 (fax)
chris.davis@wwdhe.com
*Counsel for*
*Raleigh County, WV (1:18-op-45108)*

*/s/ Letitia Neese Chafin*
*Letitia Neese Chafin*
Chafin Law Firm, PLLC
2 W 2nd Avenue
US Post Office-2nd Floor
Williamson, WV 25661
304-235-2221
chafin@thechafinlawfirm.com
*Counsel for*
*Chapmanville, WV (1:17-op-45055)*
*Gilbert, WV (1:17-op-45059)*
*Hamlin, WV (1:18-op-45386)*
*McDowell County, WV (1:17-op-45066)*
*Mercer County, WV (1:17-op-45064)*
*Mingo County, WV (1:18-op-45940)*
*Welch, WV (1:17-op-45065)*
*West Hamlin, WV (1:18-op-45941)*

**WALMART, INC.**

*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60601
Phone: (312) 782-3939
E-mail: tmtabacchi@jonesday.com
E-mail:  tfumerton@jonesday.com

*Attorneys for Walmart Defendants*

**SO ORDERED:**

Dated: _____            _____
                                                                                              HON. DAN AARON POLSTER

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

*/s/ John D. Hurst*
Attorney for Plaintiffs
