| Subdivision | Jurisdiction | Docket No. | Signed with Permission |
|---|---|---|---|
| Berkeley County, WV | NDOH | 1:17-op-45171 | /s/ Andrew C. Skinner |
| Buckhannon, WV | NDOH | 1:18-op-46085 | /s/ John D. Hurst |
| Cabell County, WV | NDOH | 1:17-op-45053 | /s/ Anthony J. Majestro |
| Calhoun County, WV | NDOH | 1:18-op-45312 | /s/ John D. Hurst |
| Ceredo, WV | NDOH | 1:18-op-45984 | /s/ John D. Hurst |
| Chapmanville, WV | NDOH | 1:17-op-45055 | /s/ Letitia Neese Chafin |
| Charles Town, WV | NDOH | 1:19-op-45250 | /s/ Andrew C. Skinner |
| Charleston, WV | NDOH | 1:18-op-45224 | /s/ John D. Hurst |
| Charleston, WV | NDOH | 1:18-op-45984 | /s/ John D. Hurst |
| Clendenin, WV | NDOH | 1:18-op-46127 | /s/ John D. Hurst |
| Dunbar, WV | NDOH | 1:18-op-45546 | /s/ John D. Hurst |
| Eleanor, WV | NDOH | 1:18-op-45387 | /s/ John D. Hurst |
| Fayette County, WV | NDOH | 1:17-op-45062 | /s/ Anthony J. Majestro |
| Fort Gay, WV | NDOH | 1:18-op-45225 | /s/ John D. Hurst |
| Gauley Bridge, WV | NDOH | 1:18-op-46278 | /s/ John D. Hurst |
| Gilbert, WV | NDOH | 1:17-op-45059 | /s/ Letitia Neese Chafin |
| Glenville, WV | NDOH | 1:18-op-45384 | /s/ John D. Hurst |
| Granville, WV | NDOH | 1:18-op-45320 | /s/ John D. Hurst |
| Greenbrier County, WV | NDOH | 1:19-op-45080 | /s/ Aaron L. Harrah |
| Hamlin, WV | NDOH | 1:18-op-45386 | /s/ Letitia Neese Chafin |
| Huntington, WV | NDOH | 1:17-op-45054 | /s/ John D. Hurst |
| Huntington, WV | NDOH | 1:18-op-45984 | /s/ John D. Hurst |
| Hurricane, WV | NDOH | 1:18-op-45293 | /s/ John D. Hurst |
| Jefferson County, WV | NDOH | 1:17-op-45170 | /s/ Andrew C. Skinner |
| Kanawha County, WV | NDOH | 1:17-op-45063 | /s/ Anthony J. Majestro |
| Kenova, WV | NDOH | 1:18-op-45984 | /s/ John D. Hurst |
| Kenova, WV | NDOH | 1:18-op-46346 | /s/ John D. Hurst |
| Kermit, WV | NDOH | 1:17-op-45058 | /s/ Anthony J. Majestro |
| Lincoln County, WV | NDOH | 1:17-op-45060 | /s/ Anthony J. Majestro |
| Logan County, WV | NDOH | 1:18-op-45000 | /s/ Anthony J. Majestro |
| Logan, WV | NDOH | 1:18-op-45317 | /s/ John D. Hurst |
| McDowell County, WV | NDOH | 1:17-op-45066 | /s/ Letitia Neese Chafin |
| Mercer County, WV | NDOH | 1:17-op-45064 | /s/ Letitia Neese Chafin |
| Milton, WV | NDOH | 1:18-op-45321 | /s/ John D. Hurst |
| Mingo County, WV | NDOH | 1:18-op-45940 | /s/ Letitia Neese Chafin |
| Montgomery, WV | NDOH | 1:18-op-46128 | /s/ John D. Hurst |
| Nicholas County, WV | NDOH | 1:18-op-45314 | /s/ John D. Hurst |
| Parkersburg, WV | NDOH | 1:18-op-45315 | /s/ John D. Hurst |
| Princeton, WV | NDOH | 1:18-op-46054 | /s/ John D. Hurst |
| Quinwood, WV | NDOH | 1:18-op-45324 | /s/ John D. Hurst |
| Rainelle, WV | NDOH | 1:18-op-45322 | /s/ John D. Hurst |

| Raleigh County, WV | NDOH | 1:18-op-45108 | */s/ Christopher M. Davis* |
|---|---|---|---|
| Rupert, WV | NDOH | 1:18-op-45323 | */s/ John D. Hurst* |
| Saint Albans, WV | NDOH | 1:18-op-45269 | */s/ John D. Hurst* |
| Smithers, WV | NDOH | 1:18-op-45319 | */s/ John D. Hurst* |
| Sophia, WV | NDOH | 1:18-op-46129 | */s/ John D. Hurst* |
| Summersville, WV | NDOH | 1:18-op-45316 | */s/ John D. Hurst* |
| Vienna, WV | NDOH | 1:19-op-45042 | */s/ Aaron L. Harrah* |
| Wayne County, WV | NDOH | 1:17-op-45052 | */s/ Anthony J. Majestro* |
| Welch, WV | NDOH | 1:17-op-45065 | */s/ Letitia Neese Chafin* |
| West Hamlin, WV | NDOH | 1:18-op-45941 | */s/ Letitia Neese Chafin* |
| Williamson, WV | NDOH | 1:17-op-45057 | */s/ Anthony J. Majestro* |
| Winfield, WV | NDOH | 1:18-op-45294 | */s/ John D. Hurst* |

| Firm |
| --- |
| Skinner Law Firm |
| Motley Rice |
| Powell & Majestro |
| Motley Rice |
| Motley Rice |
| Chafin Law Firm |
| Skinner Law Firm |
| Motley Rice |
| Motley Rice |
| Motley Rice |
| Motley Rice |
| Motley Rice |
| Powell & Majestro |
| Motley Rice |
| Motley Rice |
| Chafin Law Firm |
| Motley Rice |
| Motley Rice |
| Hill, Peterson, Carper, Bee & Deitzler |
| Chafin Law Firm |
| Motley Rice |
| Motley Rice |
| Motley Rice |
| Skinner Law Firm |
| Powell & Majestro |
| Motley Rice |
| Motley Rice |
| Powell & Majestro |
| Powell & Majestro |
| Powell & Majestro |
| Motley Rice |
| Chafin Law Firm |
| Chafin Law Firm |
| Motley Rice |
| Chafin Law Firm |
| Motley Rice |
| Motley Rice |
| Motley Rice |
| Motley Rice |
| Motley Rice |
| Motley Rice |

| |
|---|
| Wooton Davis Hussell & Ellis |
| Motley Rice |
| Motley Rice |
| Motley Rice |
| Motley Rice |
| Motley Rice |
| Hill, Peterson, Carper, Bee & Deitzler |
| Powell & Majestro |
| Chafin Law Firm |
| Chafin Law Firm |
| Powell & Majestro |
| Motley Rice |