# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Appendix A* | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

## MASTER STIPULATION AND ORDER
## DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO
## WALMART WEST VIRGINIA SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff West Virginia Subdivisions identified in Appendix A (collectively, the "Dismissing WV Plaintiffs") and Walmart and its related entities (collectively and together with their Released Entities, the "Walmart Defendants"[1]) that, pursuant to the election of each Dismissing WV Plaintiff to participate in the Walmart West Virginia State-Wide Opioid Settlement Agreement, which is dated September 20, 2022 and is binding on the Dismissing WV Plaintiffs and the Walmart Defendants (a copy of which is attached as Appendix B), all claims of each Dismissing WV Plaintiff against any Walmart Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The Released Entities are each and every entity of any of the Walmart Defendants that is a "Released Entity" as defined in Section II.GG of the Walmart West Virginia State-Wide Opioid Settlement Agreement, including those listed in the Illustrative List of Released Entities in Exhibit H of the Walmart West Virginia State-Wide Opioid Settlement Agreement.

Dated: December 8, 2023                          Respectfully submitted,

Agreed as to form and substance:

**DISMISSING WV PLAINTIFFS**

/s/ John D. Hurst
Joseph F. Rice
Anne McGinness Kearse
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
843-216-9450 (fax)
jrice@motleyrice.com
akearse@motleyrice.com

John D. Hurst
Motley Rice
50 Clay Street, Suite 1
Morgantown, WV 26501
304-413-0457
jhurst@motleyrice.com

*Counsel for*
*Buckhannon, WV (1:18-op-46085)*
*Calhoun County, WV (1:18-op-45312)*
*Ceredo, WV (1:18-op-45984)*
*Charleston, WV (1:18-op-45224)*
*Charleston, WV (1:18-op-45984)*
*Clendenin, WV (1:18-op-46127)*
*Dunbar, WV (1:18-op-45546)*
*Eleanor, WV (1:18-op-45387)*
*Fort Gay, WV (1:18-op-45225)*
*Gauley Bridge, WV (1:18-op-46278)*
*Glenville, WV (1:18-op-45384)*
*Granville, WV (1:18-op-45320)*
*Huntington, WV (1:17-op-45054))*
*Huntington, WV (1:18-op-45984)*
*Hurricane, WV (1:18-op-45293)*
*Kenova, WV (1:18-op-45984)*
*Kenova, WV (1:18-op-46346)*
*Logan, WV (1:18-op-45317)*
*Milton, WV (1:18-op-45321)*
*Montgomery, WV (1:18-op-46128)*

*Nicholas County, WV (1:18-op-45314)*
*Parkersburg, WV (1:18-op-45315)*
*Princeton, WV (1:18-op-46054)*
*Quinwood, WV (1:18-op-45324)*
*Rainelle, WV (1:18-op-45322)*
*Rupert, WV (1:18-op-45323)*
*Saint Albans, WV (1:18-op-45269)*
*Smithers, WV (1:18-op-45319)*
*Sophia, WV (1:18-op-46129)*
*Summersville, WV (1:18-op-45316)*
*Winfield, WV (1:18-op-45294)*


/s/ Anthony J. Majestro
Anthony J. Majestro
Powell & Majestro
Ste. P1200
405 Capitol Street
Charleston, WV 25301
304-346-2889
304-346-2895 (fax)
amajestro@powellmajestro.com
*Counsel for*
*Cabell County, WV (1:17-op-45053)*
*Fayette County, WV (1:17-op-45062)*
*Kanawha County, WV (1:17-op-45063)*
*Kermit, WV (1:17-op-45058)*
*Lincoln County, WV (1:17-op-45060)*
*Logan County, WV (1:18-op-45000)*
*Wayne County, WV (1:17-op-45052)*
*Williamson, WV (1:17-op-45057)*


/s/ Andrew C. Skinner
Andrew C. Skinner
Laura C. Davis
Macon Bryan Epps Gray
Stephen G. Skinner
Skinner Law Firm

| | |
|---|---|
| P.O. Box 487<br>Charles Town, WV 25414<br>301-725-4029<br>304-725-4082 (fax)<br>*Counsel for*<br>*Berkeley County, WV (1:17-op-45171)*<br>*Charles Town, WV (1:19-op-45250)*<br>*Jefferson County, WV (1:17-op-45170)* | Beckley, WV 25802<br>304-255-2188<br>304-255-2189 (fax)<br>chris.davis@wwdhe.com<br>*Counsel for*<br>*Raleigh County, WV (1:18-op-45108)* |
| */s/ Aaron L. Harrah*<br>Aaron L. Harrah<br>Hill, Peterson, Carper, Bee & Deitzler<br>500 Tracy Way<br>Charleston, WV 25311<br>304-345-5667<br>Fax: 304-345-1519<br>aaron@hpcbd.com<br>*Counsel for*<br>*Greenbrier County, WV (1:19-op-45080)*<br>*Vienna, WV (1:19-op-45042)* | */s/ Letitia Neese Chafin*<br>*Letitia Neese Chafin*<br>Chafin Law Firm, PLLC<br>2 W 2nd Avenue<br>US Post Office-2nd Floor<br>Williamson, WV 25661<br>304-235-2221<br>chafin@thechafinlawfirm.com<br>*Counsel for*<br>*Chapmanville, WV (1:17-op-45055)*<br>*Gilbert, WV (1:17-op-45059)*<br>*Hamlin, WV (1:18-op-45386)*<br>*McDowell County, WV (1:17-op-45066)*<br>*Mercer County, WV (1:17-op-45064)*<br>*Mingo County, WV (1:18-op-45940)*<br>*Welch, WV (1:17-op-45065)*<br>*West Hamlin, WV (1:18-op-45941)* |
| */s/ Christopher M. Davis*<br>Christopher M. Davis<br>Wooton Davis Hussell & Ellis<br>201 North Kanawha Street<br>PO Box 2600 | |

**WALMART, INC.**

*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60601
Phone: (312) 782-3939
E-mail: tmtabacchi@jonesday.com
E-mail:  tfumerton@jonesday.com

*Attorneys for Walmart Defendants*

**SO ORDERED:**

Dated:   12/11/2023                                   *s/ Dan Aaron Polster*
                                                                                                  HON. DAN AARON POLSTER
                                                                                                   U.S. DISTRICT JUDGE