# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Appendices A-E* | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

### NOTICE OF ERRATA CONCERNING DOC. NOS.  4623, 4701, 4927, 4928, & 4933 DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO TRIBAL SETTLEMENT AGREEMENTS

Undersigned counsel of record for the Tribal Leadership Committee and the Tribal Plaintiffs identified in Appendices A-E (collectively, the "Dismissing Plaintiffs") hereby notify the Court of certain errors associated with the Dismissing Plaintiffs' cases as listed in Appendix A to each of the following documents: Doc. 4623, Stipulation and Order Dismissing With Prejudice Claims Pursuant to Tribal Settlement Agreement [with Janssen Defendants]; Doc. 4701, Stipulation and Order Releasing and Dismissing With Prejudice Claims Pursuant to Tribal Settlement Agreement [with Settling Distributor Defendants]; Doc. 4927, Stipulation and Order Releasing and Dismissing with Prejudice Claims Pursuant to Tribal Settlement Agreement [with Allergan Defendants]; Doc. 4928, Stipulation and Order Releasing and Dismissing With Prejudice Claims Pursuant to Tribal Settlement Agreement [with Teva and Anda "Settling Defendants"]; and Doc. 4933, Stipulation and Order Dismissing with Prejudice Claims Pursuant to CVS Tribal Settlement Agreement.

The above-named Orders contain inadvertent errors with respect to the listed Dismissing Plaintiffs' case numbers.  In most cases, the incorrect docket numbers should be substituted with the correct docket numbers as identified in the attached Appendices A-E.  In some cases, multiple

docket numbers were included for a single Dismissing Plaintiff, only one of which was correct. In those instances, the incorrect docket number should simply be stricken and the correct docket number should remain.

The Tribal Leadership Committee has conferred with Counsel for undersigned Defendants regarding these corrections, and all parties are in agreement. The Parties therefore request that the Court adopt the corrections as noted in the attached Appendices.

Dated:  December 13, 2023            Agreed as to form and substance:

**TRIBAL LEADERSHIP COMMITTEE**

*/s/ Lloyd B. Miller*
Lloyd B. Miller / Donald J. Simon / Whitney A. Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

*/s/ Geoffrey Strommer*
Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

*/s/ Tim Purdon*
Tara Sutton / Tim Purdon
Robins Kaplan LLP

*/s/ Lynn Sarko*
Lynn Sarko
Keller Rohrback, L.L.P.

*/s/ T. Roe Frazer II*
T. Roe Frazer II
Frazer PLC

*/s/ Peter Mougey*
Peter Mougey
Levin Papantonio Rafferty

*/s/ Elizabeth J. Cabraser by EBF*
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Steven Skikos*
Steven Skikos
Skikos, Crawford, Skikos & Joseph LLP


**SETTLING DEFENDANTS**

**JANSSEN DEFENDANTS**

*/s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com
*Counsel for Janssen Defendants*


**AMERISOURCEBERGEN CORPORATION**

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
Anne Rollins Bohnet
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com
*Attorneys for Defendants AmerisourceBergen Corporation (n/k/a Cencora, Inc.) and AmerisourceBergen Drug Corporation*


**MCKESSON CORPORATION**

*/s/ Timothy C. Hester*
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW

3

Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com
*Attorneys for McKesson Corporation*

**CARDINAL HEALTH, INC.**

*/s/ Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
*Attorneys for Defendant Cardinal Health, Inc.*

**ALLERGAN DEFENDANTS**

*/s/ Rebecca Fitzpatrick*
Rebecca Fitzpatrick, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
rebecca.fitzpatrick@kirkland.com
*Attorney for Allergan Defendants*

**TEVA DEFENDANTS**

 */s/ Eric W. Sitarchuk*
Eric W. Sitarchuk
Rebecca J. Hillyer
Morgan Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103
Eric.sitarchuck@morganlewis.com
Rebecca.hillyer@morganlewis.com
*Attorneys for Teva Defendants*

4

**CVS PHARMACY, INC.**

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
Zuckerman Spaeder LLP
*Attorneys for CVS Pharmacy, Inc.*

**SO ORDERED:**

Dated: _____    _____
                                                                                                HON. DAN AARON POLSTER