## Appendix B:  Errata to Doc. 4927 (Dismissal as to Allergan)

| Tribe | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Previously Listed Docket Number | Corrected Docket Number |
|---|---|---|---|---|---|---|
| Eastern Aleutian Tribes | Alaska | /s/ Sonosky Chambers | Sonosky Chambers; Lieff Cabraser | NDOH | 1:18-op-46268-DAP | 1:19-op-45836-DAP* |
| Quapaw Nation | Oklahoma | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:19-op-45264-DAP; 1:19-op-45460-DAP | ~~1:19-op-45264-DAP;~~ 1:19-op-45460-DAP** |
| Round Valley Indian Health Center, Inc.† | California | /s/ Frazer PLC | Frazer PLC | NDOH | (N/A)† | 1:18-op-45915-DAP |
| Swinomish Indian Tribal Community | Washington | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:21-op-45033-DAP; 1:18-op-45892-DAP | ~~1:21-op-45033-DAP;~~ 1:18-op-45892-DAP** |
| Yurok Tribe of the Yurok Reservation, California | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:21-op-45026-DAP | 1:18-op-45311-DAP* |

*Plaintiffs were listed in the first Stipulation and Order Dismissing with Prejudice Claims Pursuant to Tribal Settlement Agreement with the incorrect case number.  The corrected case number should be substituted.

**A correct and an incorrect case number were both included for Plaintiffs.  The incorrect case number should be stricken.

† Round Valley Indian Health Center, Inc., a co-plaintiff with Round Valley Indian Tribe, was omitted from the first Stipulation and Order Dismissing with Prejudice Claims Pursuant to Tribal Settlement Agreement.  Both co-plaintiffs should be included.

**APPENDIX B - Allergan**