## Appendix D: Errata to Doc. 4701 (Dismissal as to Distributors)

| Tribe | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Previously Listed Docket Number | Corrected Docket Number |
|---|---|---|---|---|---|---|
| Quapaw Nation | Oklahoma | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:19-op-45264-DAP | 1:19-op-45460-DAP* |
| Round Valley Indian Health Center, Inc.† | California | /s/ Frazer PLC | Frazer PLC | NDOH | (N/A)† | 1:18-op-45915-DAP |

*Plaintiffs were listed in the first Stipulation and Order Dismissing with Prejudice Claims Pursuant to Tribal Settlement Agreement with the incorrect case number.

† Round Valley Indian Health Center, Inc., a co-plaintiff with Round Valley Indian Tribe, was omitted from the first Stipulation and Order Dismissing with Prejudice Claims Pursuant to Tribal Settlement Agreement. Both co-plaintiffs should be included.

**APPENDIX D - Distributors**