# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL NO. 2804** |
| | **Case No. 17-MD-2804** |
| **THIS DOCUMENT RELATES TO**: | **Judge Dan Aaron Polster** |
| *City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 | GRANTED. Defendant is permitted a total of 20 pages for their motion. The 20-page limit applies to all four bellwether cases as a whole. Plaintiffs are granted 20 pages for their response. |
| *County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 | |
| *City of Independence, Missouri v. Williams*, No. 19-op-45371 | IT IS SO ORDERED. *s/ Dan Aaron Polster* DAN AARON POLSTER U.S. DISTRICT JUDGE Dated: December 14, 2023 |
| *Lincoln County v. Richard S. Sackler, M.D.*, No. 20-op-45069 | |

## OPTUMRX'S MOTION TO EXCEED PAGE LIMITATIONS

In accordance with Local Rule 7.1, OptumRx, Inc. respectfully moves this Court for leave to exceed page limits in its forthcoming memorandum in support of its motion to disqualify certain counsel. Under Local Rule 7.1(f), the existing page limit is fifteen pages. OptumRx requests an extension to twenty pages. The motion and brief are due Friday, December 15, 2023.

On December 5, 2023, this Court issued a text-only docket order allowing OptumRx to file "any motions to disqualify Plaintiffs' counsel" in the four bellwether cases by December 15. *See also* Dkt. 5265 at 3–6 (parties and Court recognizing that OptumRx may file "motions" to disqualify). Rather than file multiple "motions," OptumRx seeks leave to file one consolidated 20-page motion and brief covering all four bellwethers rather than four separate fifteen-page motions across the four bellwethers.

OptumRx would not oppose the Court's granting Plaintiffs the same number of pages for their opposition.