# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**THIS DOCUMENT RELATES TO**:<br><br>*City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12)<br><br>*Lincoln County v. Richard S. Sackler, M.D.*, No. 20-op-45069 (Track 13)<br><br>*City of Independence, Missouri v. Williams*, No. 19-op-45371 (Track 14)<br><br>*County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 (Track 15) | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## OPTUMRX, INC.'S MOTION TO DISQUALIFY MOTLEY RICE

Under Ohio Rule of Professional Conduct 1.11(c), Local Rule 83.7, and this Court's inherent authority, and for the reasons stated in the accompanying memorandum, OptumRx, Inc. moves the Court to disqualify the law firm Motley Rice and its attorneys from participating in any pending or future proceedings involving OptumRx or its parents or affiliates.

December 15, 2023.

Respectfully submitted,

 */s/ Brian D. Boone*
Brian D. Boone
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel.: (704) 444-1000
brian.boone@alston.com

William H. Jordan

**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
bill.jordan@alston.com

*Attorneys for OptumRx, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 15, 2023, a copy of the foregoing was served on all counsel of record by filing the same with the Court's ECF system.

                                             */s/ Brian D. Boone*
                                                    Brian D. Boone