# Exhibit D

to Declaration of Matthew Hooker

Hogan Lovells US LLP
Harbor East
100 International Drive
Suite 2000
Baltimore, MD 21202
T  +1 410 659 2700
F  +1 410 659 2701
www.hoganlovells.com

**Hogan
Lovells**

June 8, 2022

**BY ELECTRONIC MAIL AND SECURE FILE TRANSFER**

Mana Moriarty
Department of the Attorney General
State of Hawaiʻi
425 Queen St.
Honolulu, HI 96813

Linda Singer
Paige Boggs
Motley Rice LLC
401 9th St. NW, Suite 1001
Washington, DC 20004

Re:      Subpoena to OptumRx, Inc. Dated October 15, 2021

Dear Mana, Linda and Paige:

With this letter and accompanying document, OptumRx, Inc. (hereinafter "Optum," or "the Company") makes its first production in response to the Subpoena dated October, 15, 2021, as clarified by our various telephone calls (the "Subpoena").  Per our discussion with Paige on June 3, 2022, Optum is producing herein the documents that Optum previously produced to the Minnesota Attorney General's Office pursuant to a Civil Investigative Demand served upon OptumRx, Inc. in 2017.  These documents are branded with the same Bates-numbers as were provided to the Minnesota Attorney General's Office: Optum-MNAG-0000000001 - Optum-MNAG-0000068310.

*      *      *

The enclosed documents contain or constitute confidential business information, records, and/or trade secrets of Optum and are being produced in reliance on Paige's assertions during our June 3, 2022 discussion, that the State of Hawaiʻi will treat the documents previously produced to Minnesota as confidential pursuant to the State of Hawaiʻi's May 18, 2022 confidentiality agreement with Optum even if the confidentiality designations on the production images are worded slightly differently (e.g., "confidential" vs. "highly confidential").

The submission of the enclosed materials does not waive, nor is it intended to waive, any rights, privileges, or immunities of Optum with respect to this matter, including any applicable attorney-client privilege, protection provided under the work-product doctrine, or other privilege or immunity that may exist.  In the event of any inadvertent production of privileged materials, Optum requests that the government refrain from reviewing such materials and return the same promptly to Optum.  Moreover, to the extent that non-responsive documents, pages, or information have been produced inadvertently,

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com

- 2 -                                                    June 8, 2022

Optum does not agree to any expansion of the scope of your request.  Optum expressly reserves any applicable privileges and immunities to which it is entitled under the law.

Please call me if you have any questions about any aspect of this letter or the enclosed documents.


Sincerely,

*Allison J Caplis*

Allison J. Caplis
Counsel
allison.caplis@hoganlovells.com
D 410-659-2784