# Exhibit E

to Declaration of Matthew Hooker



Hogan Lovells US LLP
Harbor East
100 International Drive
Suite 2000
Baltimore, MD 21202
T  +1 410 659 2700
F  +1 410 659 2701
www.hoganlovells.com

September 1, 2022

**BY ELECTRONIC MAIL AND SECURE FILE TRANSFER**

Mana Moriarty
Department of the Attorney General
State of Hawaiʻi
425 Queen St.
Honolulu, HI 96813

Linda Singer
Paige Boggs
Motley Rice LLC
401 9th St. NW, Suite 1001
Washington, DC 20004

Re:   Subpoena to OptumRx, Inc. Dated October 15, 2021

Dear Mana, Linda and Paige:

With this letter and accompanying documents, OptumRx, Inc. (hereinafter "Optum," or "the Company") makes its second production in response to the Subpoena dated October 15, 2021, as clarified by our various telephone calls (the "Subpoena"). For ease of reference, this production has been labeled OPTUM1021_002 and has been Bates-numbered OPTUM1021_0000001-0000002.

This production includes a spreadsheet of the rebates, administrative fees, and price protection fees submitted by Optum to manufacturers of insulin products, and the amounts collected from those manufacturers, with respect to insulin prescriptions filled at pharmacies in the State of Hawaiʻi for which claims were submitted from Q1 2016 - Q3 2021. This production also includes a spreadsheet of transaction level data with respect to insulin prescriptions filled at pharmacies in the State of Hawaiʻi for which claims were submitted from Q1 2016 - Q3 2021.[1] Per our discussions, these spreadsheets do not include PHI; as such the transactions have been assigned scrambled claim numbers for ease of linking the two spreadsheets.[2]

\*       \*       \*

---

[1]   Per your request, we included the following fields in addition to Total Member Paid: (1) Flat Copay (CLT_FLAT_COPAY_AMT); (2) Co-insurance (CO_INSURANCE_AMT); and (3) Deductible (CLT_ATTRIB_TO_DED_AMT). We note, however, that those more granular fields may not add up to the Total Member Paid in every instance.

[2]   As discussed, we are producing two separate spreadsheets as the requested data is maintained in different systems.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante   Amsterdam   Baltimore   Beijing   Birmingham   Boston   Brussels   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi   Ho Chi Minh City   Hong Kong   Houston   Johannesburg   London   Los Angeles   Luxembourg   Madrid   Mexico City   Miami   Milan   Minneapolis   Monterrey   Munich   New York   Northern Virginia   Paris   Perth   Philadelphia   Rome   San Francisco   São Paulo   Shanghai   Silicon Valley   Singapore   Sydney   Tokyo   Warsaw   Washington, D.C.   Associated Offices: Budapest   Jakarta   Riyadh   Shanghai FTZ   Ulaanbaatar.   Business Service Centers:  Johannesburg   Louisville.   Legal Services Center: Berlin.  For more information see www.hoganlovells.com

- 2 -                                                                                         September 1, 2022

The enclosed documents contain or constitute confidential business information, records, and/or trade secrets of Optum and we have branded them "CONFIDENTIAL" and are producing them pursuant to our May 18, 2022 Confidentiality Agreement with the State of Hawaiʻi Department of the Attorney General.

The submission of the enclosed materials does not waive, nor is it intended to waive, any rights, privileges, or immunities of Optum with respect to this matter, including any applicable attorney-client privilege, protection provided under the work-product doctrine, or other privilege or immunity that may exist. In the event of any inadvertent production of privileged materials, Optum requests that the government refrain from reviewing such materials and return the same promptly to Optum. Moreover, to the extent that non-responsive documents, pages, or information have been produced inadvertently, Optum does not agree to any expansion of the scope of your request. Optum expressly reserves any applicable privileges and immunities to which it is entitled under the law.

Please call me if you have any questions about any aspect of this letter or the enclosed documents.

Sincerely,

*Allison J Caplis*

Allison J. Caplis
Counsel
allison.caplis@hoganlovells.com
D 410-659-2784