# Exhibit I

to Declaration of Matthew Hooker



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T  +1 202-637-5600
F  +1 202-637-5910
www.hoganlovells.com

July 13, 2021

**BY ELECTRONIC MAIL AND SECURE FILE TRANSFER**

Wendy J. Weinberg
Assistant Attorney General
Office of Consumer Protection
Public Advocacy Division
Office of the Attorney General
400 Sixth Street, NW, 10th Floor
Washington, DC 20001

Linda Singer
Paige Boggs
Motley Rice LLC
401 9th St. NW, Suite 1001
Washington, DC 20004

**Re:    Subpoena to OptumRx, Inc. Dated December 28, 2020**

Dear Wendy, Linda and Paige:

With this letter and accompanying document, which will be provided via a secure link, OptumRx, Inc. (hereinafter "Optum," or "the Company") makes its first production in response to the Subpoena dated December 28, 2020, as clarified by our various telephone calls (the "Subpoena").  For ease of reference, this production has been Bates-numbered OPTUM1220_0000001 – OPTUM1220_0000002.

This production includes information responsive to Request 1.  Per our telephone and email communications on February 5 and February 26, 2021, the enclosed document provides, by year, for 2016-2020, the total rebates associated with prescriptions filled at pharmacies in the District of Columbia for the ten manufacturers from whom Optum has received the largest such rebates.

*    *    *

The enclosed document contains or constitutes confidential business information, records, and/or trade secrets of Optum and we have branded it "CONFIDENTIAL" and are producing it pursuant to our July 1, 2021 Confidentiality Agreement with the Office of the Attorney General for the District of Columbia.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Zagreb.  Business Service Centers: Johannesburg  Louisville.  Legal Service Center: Birmingham.  For more information see www.hoganlovells.com

July 13, 2021

The submission of the enclosed materials does not waive, nor is it intended to waive, any rights, privileges, or immunities of Optum with respect to this matter, including any applicable attorney-client privilege, protection provided under the work-product doctrine, or other privilege or immunity that may exist.  In the event of any inadvertent production of privileged materials, Optum requests that the government refrain from reviewing such materials and return the same promptly to Optum. Moreover, to the extent that non-responsive documents, pages, or information have been produced inadvertently, Optum does not agree to any expansion of the scope of your request.  Optum expressly reserves any applicable privileges and immunities to which it is entitled under the law.

Please call me if you have any questions about any aspect of this letter or the enclosed document.


Sincerely,

/s/

Michelle A. Kisloff
Partner
Michelle.kisloff@hoganlovells.com
D 202-637-6631

cc:     Allison J. Caplis