# Exhibit J

to Declaration of Matthew Hooker



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T  +1 202-637-5600
F  +1 202-637-5910
www.hoganlovells.com

September 10, 2021

**BY ELECTRONIC MAIL AND SECURE FILE TRANSFER**

Wendy J. Weinberg
Assistant Attorney General
Office of Consumer Protection
Public Advocacy Division
Office of the Attorney General
400 Sixth Street, NW, 10th Floor
Washington, DC 20001

Linda Singer
Paige Boggs
Motley Rice LLC
401 9th St. NW, Suite 1001
Washington, DC 20004

**Re:      Subpoena to OptumRx, Inc. Dated December 28, 2020**

Dear Wendy, Linda and Paige:

With this letter and accompanying document, OptumRx, Inc. (hereinafter "Optum," or "the Company") makes its second production in response to the Subpoena dated December 28, 2020, as clarified by our various telephone calls (the "Subpoena").  Per our discussion with Paige on August 19, 2021, in response to Requests 12 and 14 1/, Optum is producing herein the documents that Optum previously produced to the Minnesota Attorney General's Office pursuant to a Civil Investigative Demand served upon OptumRx, Inc. in 2017.  These documents are branded with the same Bates-numbers as were provided to the Minnesota Attorney General's Office: Optum-MNAG-0000000001 - Optum-MNAG-0000068310.

*      *      *

The enclosed documents contain or constitute confidential business information, records, and/or trade secrets of Optum and are being produced in reliance on Paige's email of September 2, 2021, memorializing our discussion of earlier that day, that "the District will treat the documents previously

---

1/      Please note that certain documents may be responsive to more than one Request.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley Singapore  Sydney  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Zagreb.  Business Service Centers: Johannesburg  Louisville.  Legal Service Center: Birmingham.  For more information see www.hoganlovells.com

September 10, 2021

produced to Minnesota as confidential pursuant to the District's [July 1, 20201] confidentiality agreement with OptumRx even if the confidentiality designations [on the production images] are worded slightly differently (e.g., 'confidential' vs. 'high confidential')."

The submission of the enclosed materials does not waive, nor is it intended to waive, any rights, privileges, or immunities of Optum with respect to this matter, including any applicable attorney-client privilege, protection provided under the work-product doctrine, or other privilege or immunity that may exist.  In the event of any inadvertent production of privileged materials, Optum requests that the government refrain from reviewing such materials and return the same promptly to Optum.  Moreover, to the extent that non-responsive documents, pages, or information have been produced inadvertently, Optum does not agree to any expansion of the scope of your request.  Optum expressly reserves any applicable privileges and immunities to which it is entitled under the law.

Please call me if you have any questions about any aspect of this letter or the enclosed documents.


Sincerely,

/s/   *Michelle A. Kisloff*

Michelle A. Kisloff
Partner
Michelle.kisloff@hoganlovells.com
D 202-637-6631

cc:     Allison J. Caplis