# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**THIS DOCUMENT RELATES TO**:<br><br>*City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12)<br><br>*Lincoln County v. Richard S. Sackler, M.D.*, No. 20-op-45069 (Track 13)<br><br>*City of Independence, Missouri v. Williams*, No. 19-op-45371 (Track 14)<br><br>*County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 (Track 15) | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER

Having considered OptumRx, Inc.'s Motion to Disqualify Motely Rice and supporting memorandum, the Court **GRANTS** the motion. Motley Rice and its attorneys are disqualified from participating in any pending or future proceedings involving OptumRx or its parents or affiliates.

Dated: _____         By: _____
                                             Dan Aaron Polster
                                             United States District Judge