IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Track Nine: Tarrant County, Texas*<br><br>(Case No. 1:18-op-45274) | MDL No. 2804<br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**ORDER MODIFYING TRACK 9 CASE MANAGEMENT ORDER**

It is hereby **ORDERED** that the following dates in the Case Management Order for **Track 9 (Docket No. 5202)** are revised as follows:

| EVENT | FORMER DEADLINE[1] | REVISED DEADLINE |
|---|---|---|
| Close of Third-Party Discovery | October 30, 2023 | February 23, 2024 |
| Deadline for Plaintiff Non-Abatement Expert Report Disclosures | November 30, 2023 | March 14, 2024 |
| Deadline for Deposition of Plaintiff Experts | January 12, 2024 | April 25, 2024 |
| Deadline for Defendant Non-Abatement Expert Report Disclosures | February 7, 2024 | May 24, 2024 |
| Deadline for Deposition of Defendant Experts | March 7, 2024 | June 21, 2024 |
| Deadline to file Dispositive and *Daubert* motions | March 21, 2024 | July 10, 2024 |
| Deadline for responses to *Daubert* and dispositive motions. | April 18, 2024 | September 10, 2024 |
| Deadline for replies in support of *Daubert* and dispositive motions | May 6, 2024 | October 11, 2024 |

**IT IS SO ORDERED.**

Dated:  12/28/2023                          *s/Dan Aaron Polster*
                                    Judge Dan Aaron Polster

---

[1] *See* ECF No. 4932, Case No. 1:17-md-2804, ECF No. 5143, Case No. 1:17-md-2804, ECF No. 5202, Case No. 1:17-md-2804.