# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In Re: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster<br><br>**NOTICE OF ATTORNEY CHANGE OF ADDRESS** |

Please take notice that the address and contact information for John A. McCauley, attorney for Abbott Laboratories and Abbott Laboratories Inc., has changed, effective immediately.  The new address and contact information is set forth in the signature block, below.

Dated this 3d day of January 2024.

/s/
John A. McCauley
Law Office of John A McCauley
219 Edgevale Rd.
Baltimore, MD 21210
410-409-5959
johnarthurmccauley@gmail.com

Counsel for Abbott Laboratories and
Abbott Laboratories Inc.

NOTICE OF ATTORNEY CHANGE OF ADDRESS - 1