# EXHIBIT A



# Certificate of Destruction

**Case Name:**   39753_MR_DC PBM Litigation

**Date of Destruction:** 08/04/2022

This document certifies that the digital media listed has been destroyed in an unrecoverable and permanent manner. The following evidence items have been destroyed.

| Item # | Evidence Type | Evidence Description | Method of Destruction |
|---|---|---|---|
| 1 | Relativity DB Servers | Data stored in SQL | Relativity Workspace deletion process |
| 2 | Relativity File Servers | Source data imported or exported from Relativity on the file servers | Deleted from encrypted drives |

This document additionally certifies that all documents, media and information have remained confidential throughout the destruction process.

Certified by:

**Shipper** Alina Salageanu
Shipper Title National Technical Operations Specialist
Shipper Phone Number 602-349-3506
Shipper email alina.salageanu@ricoh-usa.com