# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*"All Cases"* | CASE NO. 1:17-MD-2804<br><br>**David R. Cohen**<br>**Randi S. Ellis**<br>**Hon. David R. Herndon**<br><br>**FEE PANEL ORDER NO. 29 REGARDING APPLICATION DEADLINE FOR SETTLING PHARMACIES CONTINGENCY FEE AWARDS** |

As of the date of this Order, 25 Settling States have entered into Consent Judgments with the Settling Pharmacies (CVS, Walgreens, Walmart), thereby making effective the Settling Pharmacy Fee Agreements.[1] Counsel has been able to submit Settling Pharmacy Contingency Fee Fund Applications since September 7, 2023. Accordingly, the Fee Panel hereby sets **February 7, 2024,** as the deadline for submission of applications for awards from the Settling Pharmacy Contingency Fee Funds.

**IT IS SO ORDERED.**

/s/  **David R. Cohen**
**Randi S. Ellis**
**David R. Herndon**
**FEE PANEL**

**Dated:** January 23, 2024

---

[1] *See, e.g.,* CVS Settlement Agreement, Exh R. at R-1 ("This Fee Agreement becomes effective on the Effective Date of the CVS Agreement or the date that the Consent Judgments anticipated under the CVS Agreement become final in 25 Settling States (whichever is later).").