# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE PRESCRIPTION OPIATE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*ALL CASES IN THE ATTACHED LIST* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## MOTION FOR LEAVE TO FILE MOTION TO DISMISS CASES PENDING IN STATES WHERE KROGER HAS NO STORES

Pursuant to CMO-1 (Dkt. No. 232), Defendants The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II (collectively "Kroger") request leave to file their Motion to Dismiss without prejudice cases pending in states where Kroger has no stores, and with prejudice cases pending in states where Kroger has no stores and has not been served.

This motion follows several directives from this Court to dismiss cases in jurisdictions where pharmacies do not operate. Although this Court agreed that pharmacies should not be sued where they do not operate stores, there are still twenty-five such cases pending against Kroger in the MDL. Kroger has reached a global settlement agreement in principle with the jurisdictions within the states in which Kroger does operate, and the pending cases in states in which Kroger does not operate are frustrating the parties' ability to finalize that global settlement. Therefore, Kroger seeks leave to file its motion, attached hereto as Exhibit 1.

Date:  January 26, 2024

                                                Respectfully submitted,

                                                */s/ Ronda L. Harvey*
                                                Ronda L. Harvey, Esq. (WVSB 6326)
                                                Ashley Hardesty Odell, Esq. (WVSB 9380)
                                                Fazal A. Shere, Esq. (WVSB 5433)
                                                Jennifer B. Hagedorn (WVSB 8879)
                                                **BOWLES RICE LLP**
                                                600 Quarrier Street

Charleston, West Virginia 25301
304-347-1100
rharvey@bowlesrice.com
ahardestyodell@bowlesrice.com
fshere@bowlesrice.com
jhagedorn@bowlesrice.com
*Counsel for The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 26, 2024, the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice to all counsel of record.  Copies of this document may be obtained through the CM/ECF system.

*s/ Ronda L. Harvey*
Ronda L. Harvey, Esq. (WVSB 6326)