# APPENDIX A

## List of Pending MDL Complaints in States with No Kroger Grocery Store or Pharmacy

| No. | Plaintiff | Jurisdiction | Kroger Defendant | Case No. | Plaintiff Counsel |
|---|---|---|---|---|---|
| 1 | Adair County, Iowa | Iowa | The Kroger Co. | 1:18-op-45122-DAP | Jayne Conroy (Simmons Hanly Conroy)<br>Paul James Hanly, Jr. (Simmons Hanly Conroy)<br>Erin K. Dickinson (Crueger Dickinson)<br>Nicholas J. Mauro (Crawford & Mauro) |
| 2 | Allamakee County, Iowa | Iowa | The Kroger Co. | 1:18-op-45983-DAP | Jayne Conroy (Simmons Hanly Conroy)<br>Paul James Hanly, Jr. (Simmons Hanly Conroy)<br>Erin K. Dickinson (Crueger Dickinson)<br>Nicholas J. Mauro (Crawford & Mauro) |
| 3 | Black Hawk County, Iowa | Iowa | The Kroger Co. | 1:18-op-45303-DAP | Jayne Conroy (Simmons Hanly Conroy)<br>Paul James Hanly, Jr. (Simmons Hanly Conroy)<br>Erin K. Dickinson (Crueger Dickinson)<br>Nicholas J. Mauro (Crawford & Mauro) |
| 4 | Polk County, Iowa | Iowa | The Kroger Co. | 1:18-op-45116-DAP | Jayne Conroy (Simmons Hanly Conroy)<br>Paul James Hanly, Jr. (Simmons Hanly Conroy)<br>Erin K. Dickinson (Crueger Dickinson)<br>Nicholas J. Mauro (Crawford & Mauro) |

| No. | Plaintiff | Jurisdiction | Kroger Defendant | Case No. | Plaintiff Counsel |
|---|---|---|---|---|---|
| 5 | Appanoose County, Cerro Gordo County, Cherokee County, Chickasaw County, Emmet County, Fremont County, Hancock County, Henry County, Ida County, Jones County, Keokuk County, Madison County, Muscatine County, Osceola County, Pocahontas County, Poweshiek Co | Iowa | The Kroger Co. | 1:21-op-45051-DAP | Jayne Conroy (Simmons Hanly Conroy) Nicholas J. Mauro (Crawford & Mauro) |
| 6 | County of Anoka, Minnesota | Minnesota | The Kroger Co. | 1:18-op-45101-DAP | Paul James Hanly, Jr. (Simmons Hanly Conroy) Erin K. Dickinson (Crueger Dickinson) Donald R. McNeil, Jr. (Heley, Duncan & Melander) Seth A. Nielsen (Heley, Duncan & Melander) |
| 7 | County of Burlington, New Jersey | New Jersey | The Kroger Co. | 1:19-op-45928-DAP | Gabriel C. Magee (Levy Baldante Funney & Rubenstein) Harris L. Pogust (Pogust Millrood) Kevin Patrick O'Brien (Stampone) Tobias L. Millrood (Pogust Millrood) |
| 8 | Ocean County, New Jersey | New Jersey | The Kroger Co. | 1:19-op-46157-DAP | Marc D. Grossman (Sanders Viener Grossman) |

| No. | Plaintiff | Jurisdiction | Kroger Defendant | Case No. | Plaintiff Counsel |
|---|---|---|---|---|---|
| | | | | | Judith S. Scolnick (Scott & Scott) |
| 9 | Barnes County, ND | North Dakota | The Kroger Company | 1:19-op-45640-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 10 | Benson County, ND | North Dakota | The Kroger Company | 1:19-op-45643-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 11 | Burleigh County, ND | North Dakota | The Kroger Company | 1:19-op-45630-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 12 | City of Bismark, ND | North Dakota | The Kroger Company | 1:19-op-45629-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 13 | City of Devils Lake, ND | North Dakota | The Kroger Company | 1:19-op-45637-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 14 | Grand Forks County, ND | North Dakota | The Kroger Company | 1:19-op-45647-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 15 | McKenzie County, ND | North Dakota | The Kroger Company | 1:19-op-46134-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law)<br>Matthew R. McCarley (Forester Haynie) |
| 16 | McLean County, ND | North Dakota | The Kroger Company | 1:19-op-45632-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 17 | Mountrail County, ND | North Dakota | The Kroger Company | 1:19-op-45634-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |

| No. | Plaintiff | Jurisdiction | Kroger Defendant | Case No. | Plaintiff Counsel |
|---|---|---|---|---|---|
| 18 | Ramsey County, ND | North Dakota | The Kroger Company | 1:19-op-45641-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 19 | Ransom County, ND | North Dakota | The Kroger Company | 1:19-op-45645-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 20 | Rolette County, ND | North Dakota | The Kroger Company | 1:19-op-45646-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 21 | Sargent County, ND | North Dakota | The Kroger Company | 1:19-op-45642-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 22 | Towner County, ND | North Dakota | The Kroger Company | 1:19-op-45639-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 23 | Wash County, ND | North Dakota | The Kroger Company | 1:19-op-45638-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law) |
| 24 | Pembina County, ND | North Dakota | The Kroger Company | 1:19-op-45674-DAP | McLain J. Schneider (Schneider, Schneider & Schneider)<br>John W. Raggio (Nachawati Law)<br>Matthew R. McCarley (Forester Haynie) |
| 25 | Modoc Nation f/k/a the Modoc Tribe of Oklahoma | Oklahoma | Kroger Co. | 1:19-op-45439-DAP | Steven J. Skikos (Skikos Crawford Skikos & Joseph)<br>Blake Follis<br>Brendan V. Johnson (Robins Kaplan)<br>Patrick R. Bergin (Fredericks Peebbles & Patterson)<br>Tara D. Sutton (Robins Kaplan)<br>Thomasina Real Bird (Fredericks Peebbles & Patterson) |

| No. | Plaintiff | Jurisdiction | Kroger Defendant | Case No. | Plaintiff Counsel |
|---|---|---|---|---|---|
|  |  |  |  |  | Timothy Q. Purdon (Robins Kaplan)<br>Holly H. Dolejsi (Robins Kaplan) |