**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853<br><br>*County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175<br><br>*City of Independence, Missouri v. Williams*, No. 19-op-45371<br><br>*Lincoln County v. Richard S. Sackler, M.D.*, No. 20-op-45069 | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

**OPTUMRX'S CONSENT MOTION TO EXCEED PAGE LIMITATIONS**

In accordance with Local Rule 7.1, OptumRx, Inc. respectfully requests three additional pages for its forthcoming reply in support of its Motion to Disqualify Motley Rice—expanding the page limit for the reply from ten pages (Dkt. 5282) to thirteen pages. The reply brief is due Monday, February 5, 2024.

This Court has granted numerous requests for page extensions in the MDL. *See, e.g.*, July 17, 2018 text-only order granting Cardinal's motion to exceed page limits; January 10, 2019 text-only order granting Ohio Board of Pharmacies' motion to exceed page limits; January 23, 2019 text-only order granting Endo's motion to exceed page limits; Dkt. 832 (granting pharmacies' motion for page extension); January 7, 2020 text-only order granting NAS plaintiffs' motion to exceed page limits; October 5, 2020 text-only order granting Defendants' motion to exceed page limits; November 13, 2020 text-only order granting NAS plaintiffs' motion to exceed page limits; Dkt. 5274 (granting OptumRx and Plaintiffs an expansion to 20 pages for opening and response briefs).

On January 30, 2024, OptumRx conferred with the PEC about a three-page expansion. The PEC consents to OptumRx filing a reply brief of thirteen pages.

Respectfully submitted,

*/s/ Brian D. Boone*
Brian D. Boone
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel: (704) 444-1000
brian.boone@alston.com

William H. Jordan
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
bill.jordan@alston.com

*Attorneys for Defendant OptumRx, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2024, a copy of the foregoing was served on all counsel of record by filing the same with the Court's ECF system.

/s/ Brian D. Boone
Brian D. Boone