IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> *This document relates to:* <br><br> *ALL HOSPITAL CASES* | MDL No. 2804 <br><br> Case No. 1:17-md-02804-DAP <br><br> Hon. Dan Aaron Polster |

## ORDER TO ALL HOSPITAL COUNSEL REGARDING FACT SHEETS

Pursuant to Document 5257, a repository has been created for the hospital fact sheets.

Defense counsel will be given access to the Hospital Fact Sheet Repository through Sharepoint. Defense counsel must request access by sending an email to hospitalfactsheet@spanglaw.com, with the subject line "Access Request."  An email will then be sent to counsel providing a link to the Sharepoint site.

IT IS SO ORDERED.


 *s/ Dan Aaron Polster*            2/2/2024
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE