# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL NO. 2804 |
| THIS DOCUMENT RELATES TO: ) ) | Case No. 1:17-md-2804 |
| *City of Rochester v. Purdue Pharma L.P.,* No. 19-op-45853 (Track 12) ) ) ) | JUDGE DAN AARON POLSTER |
| *Lincoln County v. Richard S. Sackler, M.D.,* No. 20-op-45069 (Track 13) ) ) ) | |
| *City of Independence, Missouri v. Williams,* No. 19-op-45371 (Track 14) ) ) ) | |
| *County of Webb, Texas v. Purdue Pharma, L.P.,* No. 18-op-45175 (Track 15) ) ) ) | |

## PLAINTIFFS' AND PEC'S JOINT NOTICE OF FILING SWORN BUT OTHERWISE IDENTICAL DECLARATION OF ELIZABETH PAIGE BOGGS

Plaintiffs and Plaintiffs' Executive Committee ("PEC") hereby provide notice of and file the attached Declaration of Elizabeth Paige Boggs, which is sworn but otherwise identical to the Declaration of Elizabeth Paige Boggs filed in support of Plaintiffs' and PEC's Joint Memorandum of Law in Opposition to OptumRx, Inc.'s Motion to Disqualify Motley Rice on January 22, 2024 [Dkt. 5288-6].

Dated: February 5, 2024

                                              Respectfully submitted,

                                              Jayne Conroy
                                              SIMMONS HANLY CONROY
                                              112 Madison Avenue, 7th Floor
                                              New York, NY 10016
                                              (212) 784-6400
                                              (212) 213-5949 (fax)
                                              jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (fax)
jrice@motleyrice.com

Paul T. Farrell, JR., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR 00907
(304) 654-8281
paul@farrellfuller.com

*MDL Plaintiffs' Co-Lead Counsel*

*/s/ Peter H. Weinberger*
Peter H. Weinberger (0022076)
Spangenberg Shibley & Liber
1001 Lakeside Avenue Ease, Suite 1700
Cleveland, PH 44114
(216) 696-3232
(216) 696-3924 (fax)
pweinberger@spanglaw.com

*MDL Plaintiffs' Liaison Counsel*

Certificate of Service

    I HEREBY CERTIFY that on this 5th day of February 2024, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court Cm/ECF system.

*/s/Peter H. Weinberger*

Peter H. Weinberger