UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All cases* | MDL NO. 1:17-MD-2804<br><br>**Honorable Dan Aaron Polster** |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to N. D. Ohio Civ. R. 83.9, Stephan A. Cornell of the law firm Fox Rothschild LLP seeks leave to withdraw from the representation of Defendant Prescription Supply, Inc. ("PSI").  PSI's counsel, John J. Haggerty, James C. Clark, and Lauren M. McGinley, of the law firm Fox Rothschild LLP, remain actively representing them in this matter.

Respectfully submitted,

BY:   s / Stephan A. Cornell
Stephan A. Cornell
2800 Kelly Road, Suite 200
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
scornell@foxrothschild.com
*Counsel for Defendant,*
Dated:  February 5, 2024              *Prescription Supply, Inc*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on February 5, 2024.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

|  |  |
|---|---|
| | BY:    s / Stephan A. Cornell |
| | Stephan A. Cornell |
| | 2800 Kelly Road, Suite 200 |
| | Warrington, PA 18976 |
| | Tel: (215) 345-7500 |
| | Fax: (215) 345-7507 |
| | scornell@foxrothschild.com |
| | *Counsel for Defendant,* |
| Dated:  February 5, 2024 | *Prescription Supply, Inc* |