**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All cases* | MDL NO. 1:17-MD-2804<br><br>Honorable Dan Aaron Polster |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

CONSIDERING the foregoing Motion to Withdraw Counsel; IT IS HEREBY ORDERED that said Motion is GRANTED and that Stephan A. Cornell of the law firm Fox Rothschild LLP be withdrawn as counsel of record for Defendant Prescription Supply, Inc., who have other counsel actively representing them in this matter.

Cleveland, Ohio this _____ day of _____, 2024.

_____
JUDGE DAN AARON POLSTER