# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**

This document relates to:

*Ballard Co., McCracken Co., City of Inez, City of Paducah, City of Paintsville, City of Prestonburg, City of West Liberty v. Richie Pharmacal Company Inc. .*

**MDL No. 2804**

**Case No. 17-MD-2804**

**Judge Dan Aaron Polster**

## MOTION TO DISMISS

The Plaintiff, BALLARD COUNTY et al, by and through its undersigned counsel, hereby voluntarily dismisses its claims against RICHIE PHARMACAL COMPANY INC. with prejudice, with each party to bear its own fees and costs.

Dated:  February 6, 2024

Respectfully submitted,

/s/ Emily Ward Roark
Emily Wark Roark
BRYANT LAW CENTER P.S.C.
601 Washington St., P.O. Box 1876
Paducah, KY 42002-1876
(270) 442-1422
(270) 443-8788
emily.roark@bryantpsc.com

*Counsel for Plaintiffs*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 6th day of February, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Emily Ward Roark
Emily Ward Roark

*Counsel for Plaintiffs*