# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-MD-2804 |
| | David R. Cohen |
| THIS DOCUMENT RELATES TO: | Randi S. Ellis |
| *"All Cases"* | Hon. David R. Herndon |
| | |
| | FEE PANEL ORDER NO. 30 REGARDING EXTENDING APPLICATION DEADLINE FOR SETTLING PHARMACIES CONTINGENCY FEE AWARDS |

In FPO 29, the Fee Panel set February 7, 2024, as the deadline for submission of applications for awards from the Settling Pharmacy Contingency Fee Funds (CVS, Walgreens, Walmart). That deadline is hereby extended to February 21, 2024.

**IT IS SO ORDERED.**

/s/  **David R. Cohen**
**Randi S. Ellis**
**David R. Herndon**
**FEE PANEL**

**Dated:** February 7, 2024