# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL NO. 2804** |
| | Case No. 17-MD-2804 |
| **THIS DOCUMENT RELATES TO**: | |
| | Judge Dan Aaron Polster |
| *City of Huntington, WV, et al. v. Express Scripts Holding Company, et al.,* No. 1:18-op-45984 | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Attorney Alice A. Jones gives her notice of withdrawal as counsel for Lincoln County Primary Care Center, Inc. in the above-referenced case, *City of Huntington, WV, et al. v. Express Scripts Holding Company, et al.*, No. 1:18-op-45984.  Attorney Philip M. Longmeyer of Dinsmore & Shohl LLP will continue to represent Lincoln County Primary Care Center, Inc.

Dated this 8th day of February, 2024.

                                                 Respectfully submitted,

                                               */s/ Alice A. Jones*
                                               Alice A. Jones (OH# 0097611)
                                               Dinsmore & Shohl LLP
                                               255 East Fifth Street, Suite 1900
                                               Cincinnati, Ohio 45202
                                               Tel: (513) 977-8200 / Fax: (513) 977-8141
                                               Email: alice.jones@dinsmore.com

                                               and

                                               Philip M. Longmeyer
                                               Dinsmore & Shohl LLP
                                               101 S. Fifth Street, Suite 2500
                                               Louisville, KY 40202
                                               Email: Philip.longmeyer@dinsmore.com

                                               *Counsel for Lincoln County Primary Care Center, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8th, 2024, a true and accurate copy of the foregoing was electronically filed with Court's CM/ECF system and that such system will send electronic notice of the filing to all counsel of record.

/s/ Alice A. Jones