UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that the undersigned, Ellison Ward Merkel of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters her appearance for Defendants Express Scripts, Inc., Express Scripts Pharmacy Inc., ESI Mail Pharmacy Service, Inc., and Evernorth Health, Inc., (formerly known as Express Scripts Holding Company) in the above-captioned action.

Dated: February 8, 2024

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

By: */s/ Ellison Ward Merkel*

Ellison Ward Merkel
51 Madison Avenue, 22nd Floor
New York, New York 10010
T: +1 212-849-7000
ellisonmerkel@quinnemanuel.com

*Attorney for Defendants Evernorth Health, Inc., Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., and Express Scripts Pharmacy, Inc.*