UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Sage R. Vanden Heuvel of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters his appearance for Defendants Express Scripts, Inc., Express Scripts Pharmacy Inc., ESI Mail Pharmacy Service, Inc., and Evernorth Health, Inc., (formerly known as Express Scripts Holding Company) in the above-captioned action.

Dated: February 9, 2024

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

By:/s/ *Sage R. Vanden Heuvel*

Sage R. Vanden Heuvel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
T: (213) 443-3000
sagevandenheuvel@quinnemanuel.com

*Attorney for Defendants Evernorth Health, Inc., Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., and Express Scripts Pharmacy, Inc.*