# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2804<br><br>Civ. No. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please enter the appearance of Michele F. Sutton of Scharnhorst Ast Kennard Griffin PC, on behalf of Defendant Hy-Vee, Inc., in the above-captioned action.

Dated: February 12, 2024

Respectfully submitted,

Michele F. Sutton          MO #57942
Jeffrey A. Kennard         MO #46689
SCHARNHORST AST KENNARD GRIFFIN PC
1100 Walnut Street, Ste 1950
Kansas City, MO 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
msutton@sakg.com
jkennard@sakg.com

*Counsel for Defendant Hy-Vee, Inc.*

{00233673.DOCX}

## CERTIFICATE OF SERVICE

      I hereby certify a copy of the foregoing Notice of Appearance was sent by the Court's electronic case filing system on February 12, 2024, and served upon all those participating therein.

_____
Attorney