# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| **Case Track 16:** *United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania v. Purdue Pharma, L.P. et al.*, No. 1:17-op-45177-DAP | Judge Dan Aaron Polster<br><br>**NOTICE OF SERVICE** |

PLEASE TAKE NOTICE that, pursuant to the "Directions Regarding Filing of Briefs under Seal" issued by Special Master Cohen on June 24, 2019, and agreement of the parties, the Plaintiffs in TPP Track cases served the Defendants, the Court, and the Special Masters by email on February 15, 2024, with the following document:

**UNITED FOOD AND COMMERCIAL WORKERS HEALTH AND WELFARE FUND OF NORTHEASTERN PENNSYLVANIA'S SUPPLEMENTAL AND AMENDED ALLEGATIONS TO BE ADDED TO PLAINTIFF'S CLASS ACTION COMPLAINT AND JURY DEMAND**

Dated: February 15, 2024						Respectfully submitted,

*Plaintiffs' Co-Lead Counsel*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Liaison Counsel*

 s/ Peter Weinberger
Peter Weinberger
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

2

**Counsel for United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania***:*

Eric L. Young, Esquire
Brandon J. Lauria, Esquire
**YOUNG LAW GROUP, P.C.**
3031C Walton Road, Suite 301
Plymouth Meeting, PA 19462
Phone: 215-367-5151
Fax: 215-367-5143
Eyoung@young-lawgroup.com
Blauria@young-lawgroup.com

*Counsel for Plaintiff*

James R. Dugan, II
David S. Scalia
TerriAnne Benedetto
Glenn E. Mintzer
**THE DUGAN LAW FIRM, APLC**
365 Canal Street
One Canal Place, Suite 1000
New Orleans, LA 70130
Phone: 504-648-0180
Fax: 504-648-0181
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
gmintzer@dugan-lawfirm.com

*MDL Chair TPP Committee of the Executive Committee and Counsel for Plaintiff*

W. Mark Lanier
Alex Abston
**THE LANIER LAW FIRM, PC**
10940 W. Sam Houston Pkwy N. Ste 100
Houston, TX 77064
Tel: 713-659-5200
Fax: 713-659-2204
mark.lanier@lanierlawfirm.com
alex.abston@lanierlawfirm.com

Evan Janush
**THE LANIER LAW FIRM, PLLC**
535 Madison Ave., 12th Floor
New York, NY 10022
Tel: 212-421-2800
Fax: 212-253-4094
evan.janush@lanierlawfirm.com

Roberta D. Liebenberg
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Phone: 215-567-6565
rliebenberg@finekaplan.com

Richard J. Hollawell
**RICHARD J. HOLLAWELL & ASSOCIATES**
121 Saratoga Lane
Woolwich Township, NJ 08085
Phone: 800-681-3550
rjh@richardhollawell.com

Elizabeth J. Cabraser
Eric B. Fastiff
Dan Drachler
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
efastiff@lchb.com

Paulina do Amaral
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
pdoamaral@lchb.com

*Counsel for Plaintiff*

4

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                    *s/Peter H. Weinberger*
                                    Peter H. Weinberger