# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| **Case Track 18:** *Louisiana Assessors' Insurance Fund a/k/a The Insurance Committee of The Assessors' Insurance Fund v. Purdue Pharma, L.P. et al.*, **No. 1:18-op-46223-DAP** | Judge Dan Aaron Polster |
| | **NOTICE OF SERVICE** |

PLEASE TAKE NOTICE that, pursuant to the "Directions Regarding Filing of Briefs under Seal" issued by Special Master Cohen on June 24, 2019, and agreement of the parties, the Plaintiffs in TPP Track cases served the Defendants, the Court, and the Special Masters by email on February 15, 2024, with the following document:

> **LOUISIANA ASSESSORS' INSURANCE FUND A/K/A THE INSURANCE COMMITTEE OF THE ASSESSORS' INSURANCE FUND SUPPLEMENTAL AND AMENDED ALLEGATIONS TO BE ADDED TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**

2946268.1

Dated: February 15, 2024                    Respectfully submitted,

*Plaintiffs' Co-Lead Counsel*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Liaison Counsel*

 s/ Peter Weinberger
Peter Weinberger
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

**Counsel for Louisiana Assessors' Insurance Fund a/k/a The Insurance Committee of The Assessors' Insurance Fund:**

**IRPINO, AVIN & HAWKINS**
Anthony D. Irpino, LA Bar No. 24727
Pearl A. Robertson, LA Bar No. 34060
2216 Magazine Street
New Orleans, LA 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
probertson@irpinolaw.com

**STAG LIUZZA, L.L.C.**
Michael G. Stag, LA Bar No. 23314
Ashley M. Liuzza, LA Bar No. 34645
Matthew D. Rogenes, LA Bar No. 36652
One Canal Place
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mstag@stagliuzza.com
aliuzza@stagliuzza.com
mrogenes@stagliuzza.com

**ALVENDIA, KELLY & DEMAREST, LLC**
Roderick Alvendia, LA Bar No. 25554
J. Bart Kelly, LA Bar No. 24488
Jeanne Demarest, LA Bar No. 23032
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001
rico@akdlalaw.com
bart@akdlalaw.com
jeanne@akdlalaw.com

**SMITH & FAWER, L.L.C.**
Randall A. Smith, LA Bar No. 2117
Stephen M. Gelé, LA Bar No. 22385
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Fax: (504) 525-2205
rasmith@smithfawer.com
sgele@smithfawer.com

**JOHN YOUNG LAW FIRM, LLC**
John F. Young, LA Bar No.: 01659
3408 6th Street
Metairie, La. 70002
Telephone: (504) 352-8855
john@johnyoungla.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

        *s/Peter H. Weinberger*
        Peter H. Weinberger

4