# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| **Case Track 19:** *Pioneer Telephone Cooperative, Inc. Employee Benefits Plan et al. v. Purdue Pharma, L.P. et al.*, **No. 1:18-op-46186-DAP** | Judge Dan Aaron Polster |
| | **NOTICE OF SERVICE** |

PLEASE TAKE NOTICE that, pursuant to the "Directions Regarding Filing of Briefs under Seal" issued by Special Master Cohen on June 24, 2019, and agreement of the parties, the Plaintiffs in TPP Track cases served the Defendants, the Court, and the Special Masters by email on February 15, 2024, with the following document:

> **PIONEER TELEPHONE COOPERATIVE, INC. EMPLOYEE BENEFITS PLAN AND PIONEER TELEPHONE COOPERATIVE, INC. AS PLAN SPONSOR AND FIDUCIARY OF PIONEER TELEPHONE COOPERATIVE, INC. EMPLOYEE BENEFITS PLAN'S SUPPLEMENTAL AND AMENDED ALLEGATIONS TO BE ADDED TO PLAINTIFFS' ORIGINAL COMPLAINT AND JURY DEMAND**

Dated: February 15, 2024	Respectfully submitted,

*Plaintiffs' Co-Lead Counsel*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Liaison Counsel*

 s/ Peter Weinberger
Peter Weinberger
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

2

**Counsel for Pioneer Telephone Cooperative, Inc. Employee Benefits Plan:**

Elizabeth J. Cabraser
Eric B. Fastiff
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
efastiff@lchb.com

Paulina do Amaral
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
pdoamaral@lchb.com

Dan Drachler
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
1215 Fourth Avenue, Suite 1350
Seattle, WA  98161
Telephone: (206) 895-5005 ext. 2373
Facsimile: (206) 895-3131
ddrachler@lchb.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

            *s/Peter H. Weinberger*
            Peter H. Weinberger