# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates To:<br><br>*United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania v. Purdue Pharma, L.P., et al.;*<br><br>Case No.: 17-op-45177-DAP<br><br>*Sheet Metal Workers Local No. 25 Health & Benefit Fund v. Purdue Pharma, L.P. et al.;*<br><br>Case No.: 18-op-45002-DAP<br><br>*Louisiana Health Service & Indemnity Co. d/b/a Blue Cross Blue Shield of Louisiana, et al. v. Purdue Pharma, L.P., et al.;*<br><br>Case No.: 18-op-45372-DAP | CASE NO. 1:17-MD-02804<br><br>MDL 2804<br><br>JUDGE DAN A. POLSTER |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK AND ALL PARTIES:

NOW COMES James R. Dugan, II, who represents to this Court that Glenn Mintzer is no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter. As such, the undersigned respectfully requests that Glenn Mintzer be

withdrawn as counsel of record for Plaintiff(s) in the above-numbered and entitled cause. All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED: February 19, 2024

Respectfully Submitted:

/s/ James R. Dugan, II
James R. Dugan, II (LA Bar No. 24785)
David S. Scalia (LA Bar No.21369)
TerriAnne Benedetto (PA Bar #59378)
The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana  70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
E-mail: jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com

**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2024, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

/s/ James R. Dugan, II
James R. Dugan, II