| Subdivision Name | State | Docket Number |
|---|---|---|
| Prichard city | AL | 1:18-op-45690 |
| Sheriff of Baldwin County | GA | 1:19-op-45361 |
| Massac Hospital District | IL | 1-20-op-45266 |
| Wabaunsee County | KS | 1:19-op-45377 |
| Cass County | MI | 1:18-op-45868 |
| Onslow County | NC | 1:18-op-45114 |
| Yancey County | NC | 1:18-op-46071 |
| Hamilton County | OH | 1:18-op-45272 |
| Angelina County | TX | 1:20-op-45053 |
| Bailey County | TX | 1:20-op-45264 |
| Bowie County | TX | 1:17-op-45159 |
| Brazos County | TX | 1:18-op-45863 |
| Camp County | TX | 1:18-op-45301 |
| Cherokee County | TX | 1:17-op-45155 |
| Clay County | TX | 1:18-op-45169 |
| Coryell County | TX | 1:22-op-45009 |
| Dallas County Hospital District | TX | 1:20-op-45142 |
| Duval County | TX | 1:19-op-45861 |
| Ellis County | TX | 1:19-op-45860 |
| Freestone County | TX | 19-op-45985 |
| Gonzales Healthcare Systems | TX | 1:18-op-45867 |
| Henderson County | TX | 1:19-op-45684 |
| Jim Hogg County | TX | 1:19-op-46160 |

| Jim Wells County | TX | 1:19-op-45884 |
|---|---|---|
| Kaufman County | TX | 1:18-op-46081 |
| Kleberg County | TX | 1:19-op-46159 |
| Lamar County | TX | 1:17-op-45162 |
| McLennan County | TX | 1:17-op-45075 |
| Montgomery County | TX | 1:18-op-45030 |
| Ochiltree County Hospital District | TX | 1:18-op-45869 |
| Polk County | TX | 1:18-op-45077 |
| Rusk County | TX | 1:17-op-45154 |
| Smith County | TX | 1:18-op-45081 |
| Stephens County | TX | 1:18-op-45804 |
| Tarrant County Hospital District, d/b/a JPS Health Network | TX | 1:21-op-45077 |
| Titus County | TX | 1:17-op-45161 |
| Walker County | TX | 1:19-op-45713 |
| Webb County | TX | 1:18-op-45175 |
| Wichita County | TX | 1:18-op-45064 |
| Williamson County | TX | 1:19-op-46161 |
| Anacortes City | WA | 1:19-op-45029 |
| Sedro-Woolley School District | WA | 1:19-op-45029 |
| Clay County | WV | 1:18-op-45670 |