# Exhibit A

| | |
|---|---|
| **From:** | Singer, Linda <lsinger@motleyrice.com> |
| **Sent:** | Monday, February 12, 2024 5:31 PM |
| **To:** | David R. Cohen (David@SpecialMaster.Law) |
| **Cc:** | Boone, Brian; Weinberger, Peter H.; McGowan, Emily; Tara MacNeill; Sage Vanden Heuvel; Boone, Brian; Harder, Bradley; Springer, Brandon; Eric Lyttle; Chemerinsky, Kim; Jordan, Bill; Olga Vieira; Cooper, Jonathan; Rice, Joe; Jayne Conroy; Paul Farrell |
| **Subject:** | correction of today's record |

**EXTERNAL SENDER – Proceed with caution**

Special Master Cohen:

I write to correct the record from today's hearing.  I made an inadvertent error by saying Motley Rice was not designated as special counsel in the City of Chicago's copay clawback investigation against OptumRx.  After the hearing, we checked the retainer and I realized that Motley Rice was in fact designated as Special Assistant Corporation Counsel for that investigation.  I apologize for my mistake, but certainly did not want to let it stand.

Sincerely,
Linda Singer



**Linda Singer** (she / her)
Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9626 **f.** 202.386.9622
lsinger@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.