APPENDIX A

| Plaintiff Name | State | Docket Number |
|---|---|---|
| Massac Memorial, LLC d/b/a Massac Memorial Hospital | IL | 1:20-op-45266 |
| St. Claire Medical Center, Inc. | KY | 1:18-op-46046 |
| Red River Parish | LA | 1:18-op-46222 |
| Bowie County | TX | 1:17-op-45159 |
| Brazos County | TX | 1:18-op-45863 |
| Childress County | TX | 1:18-op-45229 |
| Clay County | TX | 1:18-op-45169 |
| Gonzales Healthcare System | TX | 1:18-op-45867 |
| Henderson County | TX | 1:19-op-45684 |
| Jones County | TX | 1:18-op-45139 |
| Kaufman County | TX | 1:18-op-46081 |
| Lamar County | TX | 1:17-op-45162 |
| McLennan County | TX | 1:17-op-45075 |
| Montgomery County | TX | 1:18-op-45030 |
| Nolan County | TX | 1:18-op-45061 |
| Ochiltree County Hospital District | TX | 1:18-op-45869 |
| Polk County | TX | 1:18-op-45077 |
| Rusk County | TX | 1:17-op-45154 |
| Smith County | TX | 1:18-op-45081 |
| Stephens County | TX | 1:18-op-45804 |
| Tarrant County Hospital District, d/b/a JPS Health Network | TX | 1:21-op-45077 |
| Titus County | TX | 1:17-op-45161 |
| Upshur County | TX | 1:17-op-45085 |
| Webb County | TX | 1:18-op-45175 |
| Wichita County | TX | 1:18-op-45064 |
| Sedro-Woolley School District | WA | 1:19-op-45029 |
| Clay County | WV | 1:18-op-45670 |