## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION | ) | CASE NO. 1:17-MD-2804 |
| OPIATE LITIGATION | ) | |
| | ) | **David R. Cohen** |
| THIS DOCUMENT RELATES TO: | ) | **Randi S. Ellis** |
| *"All Cases"* | ) | **Hon. David R. Herndon** |
| | ) | |
| | ) | **FEE PANEL ORDER NO. 31** |
| | ) | **REGARDING APPLICATIONS** |
| | ) | **RECEIVED FOR AWARDS FROM** |
| | ) | **THE SETTLING PHARMACY** |
| | ) | **CONTINGENCY FEE FUNDS** |

On January 23, 2024, the Fee Panel issued *Fee Panel Order No. 29* (Doc. 5290), which set a February 7, 2024 deadline for submission of applications for awards from the Settling Pharmacy Contingency Fee Funds. On February 7, 2024, the Fee Panel issued *Fee Panel Order No. 30* (Doc. 5305), which extended the deadline to February 21, 2024.

The Fee Panel received more than 2,200 Settling Pharmacy Contingency Fee Fund Applications before the February 21, 2024 extended deadline. A list of the Participating Litigating Political Subdivisions whose Attorneys submitted timely applications to the Settling Pharmacy Contingency Fee Fund is attached as Exhibit A.[1]

---

[1] Inclusion of a Political Subdivision in Exhibit A is not a determination of eligibility by the Fee Panel. Contingency Fee Fund Applications may be determined ineligible for reasons other than failing to submit a timely application (*e.g.* failing to file a lawsuit naming a Settling Defendant before December 2, 2022). Notices of ineligibility for reasons other than missing the application deadline may be sent to counsel via Crosslink instead of by Fee Panel Order.

Pursuant to Section II.G.9 of the *Agreement on Attorneys' Fees, Costs, and Expenses* for the CVS, Walgreens, and Walmart national settlement agreements[2], notice is hereby provided to all Attorneys representing Political Subdivisions who are not included in Exhibit A that they are ***ineligible*** to participate in the Settling Pharmacy Contingency Fee Funds for those Political Subdivisions, for failure to timely submit an application.

Attorneys have 30 days from the date of this Order to provide a written statement with additional information such that the Fee Panel can reconsider the Attorney's eligibility to participate in the Settling Pharmacy Contingency Fee Funds. The written statement may be provided to the Fee Panel by sending an email with an attachment to the following email address: contingentfeefund@opioidfeepaneldocuments.com. The email attachment must be in .PDF format and be limited to **3 pages**, double-spaced, with standard margin, and 12-point font.

**IT IS SO ORDERED.**

> /s/ ***David R. Cohen***
> ***Randi S. Ellis***
> ***David R. Herndon***
> **FEE PANEL**

**Dated:** February 22, 2024

---

[2] Available at https://opioidfeepaneldocuments.com/.

**Exhibit A**

| State | Political Subdivision |
|---|---|
| AL | Abbeville city |
| AL | Alabaster city |
| AL | Albertville city |
| AL | Alexander city |
| AL | Anniston city |
| AL | Arab city |
| AL | Argo town |
| AL | Ashland town |
| AL | Ashville city |
| AL | Athens city |
| AL | Attalla city |
| AL | Auburn city |
| AL | Autauga County |
| AL | Baldwin County |
| AL | Barbour County |
| AL | Bay Minette city |
| AL | Berry town |
| AL | Bessemer city |
| AL | Bibb County |
| AL | Birmingham city |
| AL | Blount County |
| AL | Boaz city |
| AL | Brent city |
| AL | Brewton City |
| AL | Bridgeport city |
| AL | Brookwood town |
| AL | Brundidge city |
| AL | Bullock County |
| AL | Butler County |
| AL | Butler town |
| AL | Calera city |
| AL | Calhoun County |
| AL | Camp Hill town |
| AL | Carbon Hill city |
| AL | Cedar Bluff town |
| AL | Center Point city |

| AL | Centre city |
|----|-------------|
| AL | Centreville city |
| AL | Chambers County |
| AL | Cherokee County |
| AL | Cherokee town |
| AL | Chickasaw city |
| AL | Childersburg city |
| AL | Chilton County |
| AL | Clanton city |
| AL | Cleburne County |
| AL | Coffee County |
| AL | Colbert County |
| AL | Columbiana city |
| AL | Conecuh County |
| AL | Coosa County |
| AL | Cordova city |
| AL | Covington County |
| AL | Crenshaw County |
| AL | Cullman city |
| AL | Cullman County |
| AL | Dadeville city |
| AL | Dale County |
| AL | Daleville city |
| AL | Dallas County |
| AL | Daphne city |
| AL | Dauphin Island town |
| AL | Decatur city |
| AL | Demopolis city |
| AL | Dora city |
| AL | Dothan city |
| AL | Double Springs town |
| AL | Douglas town |
| AL | East Brewton city |
| AL | Elmore County |
| AL | Enterprise city |
| AL | Escambia County |
| AL | Etowah County |
| AL | Eufaula city |
| AL | Evergreen city |

| AL | Fairfield city |
|----|----------------|
| AL | Fairhope city |
| AL | Faunsdale town |
| AL | Fayette city |
| AL | Fayette County |
| AL | Florence city |
| AL | Foley city |
| AL | Fort Deposit town |
| AL | Fort Payne city |
| AL | Franklin County |
| AL | Fultondale city |
| AL | Gadsden city |
| AL | Geneva city |
| AL | Geneva County |
| AL | Georgiana town |
| AL | Geraldine town |
| AL | Gilbertown town |
| AL | Grant town |
| AL | Graysville city |
| AL | Greensboro city |
| AL | Greenville city |
| AL | Guin city |
| AL | Gulf Shores city |
| AL | Guntersville city |
| AL | Hale County |
| AL | Haleyville city |
| AL | Hamilton city |
| AL | Hartselle city |
| AL | Headland city |
| AL | Helena city |
| AL | Henagar city |
| AL | Henry County |
| AL | Homewood city |
| AL | Hoover city |
| AL | Houston County |
| AL | Hueytown city |
| AL | Huntsville city |
| AL | Irondale city |
| AL | Jackson County |

| AL | Jacksonville city |
|----|----|
| AL | Jasper city |
| AL | Jefferson County |
| AL | Jefferson County Board of Health |
| AL | Lamar County |
| AL | Lanett city |
| AL | Lauderdale County |
| AL | Lawrence County |
| AL | Leeds city |
| AL | Leesburg town |
| AL | Leighton town |
| AL | Level Plains town |
| AL | Limestone County |
| AL | Lincoln city |
| AL | Linden city |
| AL | Locust Fork town |
| AL | Loxley town |
| AL | Luverne city |
| AL | Macon County |
| AL | Madison County |
| AL | Marengo County |
| AL | Marion County |
| AL | Marshall County |
| AL | McKenzie town |
| AL | Midfield city |
| AL | Millbrook city |
| AL | Mobile city |
| AL | Mobile County |
| AL | Mobile County Board of Health |
| AL | Montgomery city |
| AL | Montgomery County |
| AL | Moody city |
| AL | Morgan County |
| AL | Moulton city |
| AL | Mountain Brook city |
| AL | Munford town |
| AL | Nauvoo town |
| AL | New Hope city |
| AL | Northport city |

| AL | Oakman town |
| AL | Opelika city |
| AL | Opp city |
| AL | Orange Beach city |
| AL | Oxford city |
| AL | Ozark city |
| AL | Parrish town |
| AL | Pelham city |
| AL | Pell City city |
| AL | Perry County |
| AL | Phenix City city |
| AL | Pickens County |
| AL | Piedmont city |
| AL | Pike County |
| AL | Pleasant Grove city |
| AL | Prattville city |
| AL | Prichard city |
| AL | Ragland town |
| AL | Rainbow City city |
| AL | Randolph County |
| AL | Red Bay city |
| AL | Roanoke city |
| AL | Robertsdale city |
| AL | Rockford town |
| AL | Russell County |
| AL | Russellville city |
| AL | Saraland city |
| AL | Satsuma city |
| AL | Scottsboro city |
| AL | Selma city |
| AL | Semmes City |
| AL | Sheffield city |
| AL | Shelby County |
| AL | Sipsey town |
| AL | Slocomb city |
| AL | Spanish Fort city |
| AL | Springville city |
| AL | St Clair County |
| AL | Sumiton city |

| | |
|---|---|
| AL | Summerdale town |
| AL | Sweet Water town |
| AL | Sylacauga city |
| AL | Talladega city |
| AL | Talladega County |
| AL | Tallapoosa County |
| AL | Thomasville city |
| AL | Troy city |
| AL | Trussville city |
| AL | Tuscaloosa city |
| AL | Tuscaloosa County |
| AL | Tuscumbia city |
| AL | Tuskegee city |
| AL | Union Springs city |
| AL | Uniontown town |
| AL | Vance town |
| AL | Vernon city |
| AL | Vestavia Hills city |
| AL | Walker County |
| AL | Weaver city |
| AL | West Blocton town |
| AL | Wetumpka city |
| AL | Wilcox County |
| AL | Winfield city |
| AL | Woodville town |
| AL | Yellow Bluff town |
| AR | Jefferson County |
| AR | Pulaski County |
| AZ | Cochise County |
| AZ | Kingman city |
| AZ | Maricopa County |
| AZ | Mohave County |
| AZ | Navajo County |
| AZ | Phoenix city |
| AZ | Pima County |
| AZ | Pinal County |
| AZ | Prescott city |
| AZ | Tucson city |
| AZ | Yuma County |

| CA | Alameda County |
|----|----------------|
| CA | Amador County |
| CA | Anaheim city |
| CA | Butte County |
| CA | Calaveras County |
| CA | Chico city |
| CA | Chula Vista city |
| CA | Clearlake city |
| CA | Costa Mesa city |
| CA | Del Norte County |
| CA | Dublin city |
| CA | El Dorado County |
| CA | Encinitas city |
| CA | Eureka city |
| CA | Fresno County |
| CA | Fullerton city |
| CA | Humboldt County |
| CA | Huntington Beach city |
| CA | Imperial County |
| CA | Inyo County |
| CA | La Habra city |
| CA | La Mesa city |
| CA | Laguna Beach city |
| CA | Lakeport city |
| CA | Lassen County |
| CA | Los Angeles city |
| CA | Los Angeles County |
| CA | Madera County |
| CA | Marin County |
| CA | Mariposa County |
| CA | Mendocino County |
| CA | Merced County |
| CA | Modoc County |
| CA | Mono County |
| CA | Monterey County |
| CA | Murrieta city |
| CA | Napa County |
| CA | Nevada County |
| CA | Oxnard city |

| | |
|---|---|
| CA | Placentia city |
| CA | Placer County |
| CA | Plumas County |
| CA | Riverside County |
| CA | Sacramento city |
| CA | Sacramento County |
| CA | San Benito County |
| CA | San Bernardino County |
| CA | San Clemente city |
| CA | San Diego County |
| CA | San Francisco County-San Francisco City |
| CA | San Jose city |
| CA | San Luis Obispo County |
| CA | San Mateo County |
| CA | Santa Ana city |
| CA | Santa Barbara County |
| CA | Santa Clara County |
| CA | Santa Cruz County |
| CA | Shasta County |
| CA | Siskiyou County |
| CA | Sonoma County |
| CA | Sutter County |
| CA | Tehama County |
| CA | Trinity County |
| CA | Tulare County |
| CA | Tuolumne County |
| CA | Ventura County |
| CA | Westminster city |
| CA | Yolo County |
| CA | Yuba County |
| CO | Adams County |
| CO | Alamosa city |
| CO | Alamosa County |
| CO | Arapahoe County |
| CO | Aurora city |
| CO | Black Hawk city |
| CO | Boulder County |
| CO | Brighton city |
| CO | Broomfield County-Broomfield City |

| CO | Chaffee County |
|----|----------------|
| CO | Commerce City city |
| CO | Conejos County |
| CO | Denver County-Denver City |
| CO | Federal Heights city |
| CO | Fremont County |
| CO | Greeley city |
| CO | Hudson town |
| CO | Jefferson County |
| CO | Lakewood city |
| CO | Larimer County |
| CO | Las Animas County |
| CO | Mesa County |
| CO | Northglenn city |
| CO | Otero County |
| CO | Pueblo County |
| CO | Sheridan city |
| CO | Teller County |
| CO | Thornton city |
| CO | Westminster city |
| CO | Wheat Ridge city |
| CT | BEACON FALLS TOWN |
| CT | BERLIN TOWN |
| CT | BETHLEHEM TOWN |
| CT | Bridgeport city |
| CT | Bristol city |
| CT | COVENTRY TOWN |
| CT | EAST HARTFORD TOWN |
| CT | ENFIELD TOWN |
| CT | FAIRFIELD TOWN |
| CT | MIDDLEBURY TOWN |
| CT | Middletown city |
| CT | Milford city |
| CT | MONROE TOWN |
| CT | Naugatuck borough |
| CT | NEW MILFORD TOWN |
| CT | NEWTOWN TOWN |
| CT | NORTH HAVEN TOWN |
| CT | Norwich city |

| | |
|---|---|
| CT | OXFORD TOWN |
| CT | PROSPECT TOWN |
| CT | ROXBURY TOWN |
| CT | SEYMOUR TOWN |
| CT | Shelton city |
| CT | SOUTHBURY TOWN |
| CT | SOUTHINGTON TOWN |
| CT | STRATFORD TOWN |
| CT | THOMASTON TOWN |
| CT | TOLLAND TOWN |
| CT | Torrington city |
| CT | Waterbury city |
| CT | West Haven city |
| CT | WETHERSFIELD TOWN |
| CT | WINDHAM TOWN |
| CT | WOLCOTT TOWN |
| CT | WOODBURY TOWN |
| DE | Dover city |
| DE | Kent County |
| DE | Seaford city |
| DE | Sussex County |
| GA | Albany city |
| GA | Appling County |
| GA | Arlington city |
| GA | Ashburn city |
| GA | Athens-Clarke County unified government |
| GA | Atlanta city |
| GA | Augusta-Richmond County consolidated government |
| GA | Bainbridge city |
| GA | Banks County |
| GA | Bartow County |
| GA | Ben Hill County |
| GA | Blakely city |
| GA | Brantley County |
| GA | Bulloch County |
| GA | Burke County |
| GA | Butts County |
| GA | Calhoun city |
| GA | Camden County |

| GA | Candler County |
|----|----------------|
| GA | Carroll County |
| GA | Cartersville city |
| GA | Catoosa County |
| GA | Charlton County |
| GA | Chatsworth city |
| GA | Chattooga County |
| GA | Cherokee County |
| GA | Clay County |
| GA | Clayton County |
| GA | Clinch County |
| GA | Cobb County |
| GA | Colquitt County |
| GA | Columbia County |
| GA | Cook County |
| GA | Crisp County |
| GA | Dade County |
| GA | Damascus city |
| GA | Dawson County |
| GA | Dawsonville city |
| GA | Decatur County |
| GA | Dekalb County |
| GA | Dooly County |
| GA | Dougherty County |
| GA | Early County |
| GA | Effingham County |
| GA | Elbert County |
| GA | Emanuel County |
| GA | Evans County |
| GA | Fayette County |
| GA | Fitzgerald city |
| GA | Floyd County |
| GA | Forsyth County |
| GA | Fulton County |
| GA | Gainesville city |
| GA | Glascock County |
| GA | Glynn County |
| GA | Gordon County |
| GA | Grady County |

| GA | Greene County |
|----|---------------|
| GA | Gwinnett County |
| GA | Habersham County |
| GA | Hall County |
| GA | Hancock County |
| GA | Helen city |
| GA | Henry County |
| GA | Houston County |
| GA | Irwin County |
| GA | Jackson city |
| GA | Jackson County |
| GA | Jasper County |
| GA | Jeff Davis County |
| GA | Jefferson County |
| GA | Johnson County |
| GA | Jones County |
| GA | Laurens County |
| GA | Lee County |
| GA | Liberty County |
| GA | Lincoln County |
| GA | Long County |
| GA | Lowndes County |
| GA | Lumpkin County |
| GA | Macon-Bibb County Unified Government |
| GA | Madison County |
| GA | Marietta city |
| GA | McDonough city |
| GA | Mcduffie County |
| GA | Mcintosh County |
| GA | Milledgeville city |
| GA | Monroe County |
| GA | Montgomery County |
| GA | Moultrie city |
| GA | Murray County |
| GA | Muscogee County-Columbus City |
| GA | Newton County |
| GA | Oconee County |
| GA | Oglethorpe County |
| GA | Pike County |

| GA | Polk County |
|----|-------------|
| GA | Pulaski County |
| GA | Rabun County |
| GA | Randolph County |
| GA | Ringgold city |
| GA | Rockdale County |
| GA | Rome city |
| GA | Sandy Springs city |
| GA | Savannah city |
| GA | Screven County |
| GA | Seminole County |
| GA | Snellville city |
| GA | Spalding County |
| GA | Springfield city |
| GA | Stephens County |
| GA | Sumter County |
| GA | Taliaferro County |
| GA | Tattnall County |
| GA | Telfair County |
| GA | Tifton city |
| GA | Toombs County |
| GA | Towns County |
| GA | Troup County |
| GA | Twiggs County |
| GA | Union County |
| GA | Valdosta city |
| GA | Villa Rica city |
| GA | Walton County |
| GA | Warren County |
| GA | Washington County |
| GA | Wayne County |
| GA | Whitfield County |
| GA | Wilkes County |
| GA | Winder city |
| GA | Woodstock city |
| GA | Worth County |
| HI | Kauai County |
| IA | Adair County |
| IA | Adams County |

| | |
|---|---|
| IA | Allamakee County |
| IA | Appanoose County |
| IA | Audubon County |
| IA | Benton County |
| IA | Black Hawk County |
| IA | Bremer County |
| IA | Buchanan County |
| IA | Buena Vista County |
| IA | Calhoun County |
| IA | Carroll County |
| IA | Cedar County |
| IA | Cerro Gordo County |
| IA | Cherokee County |
| IA | Chickasaw County |
| IA | Clay County |
| IA | Clayton County |
| IA | Clinton County |
| IA | Dallas County |
| IA | Delaware County |
| IA | Des Moines County |
| IA | Emmet County |
| IA | Fayette County |
| IA | Fremont County |
| IA | Hamilton County |
| IA | Hancock County |
| IA | Hardin County |
| IA | Harrison County |
| IA | Henry County |
| IA | Howard County |
| IA | Humboldt County |
| IA | Ida County |
| IA | Jasper County |
| IA | Johnson County |
| IA | Jones County |
| IA | Keokuk County |
| IA | Lee County |
| IA | Lyon County |
| IA | Madison County |
| IA | Mahaska County |

| IA | Marion County |
|----|---------------|
| IA | Mills County |
| IA | Mitchell County |
| IA | Monroe County |
| IA | Montgomery County |
| IA | Muscatine County |
| IA | O Brien County |
| IA | Osceola County |
| IA | Plymouth County |
| IA | Pocahontas County |
| IA | Polk County |
| IA | Pottawattamie County |
| IA | Poweshiek County |
| IA | Sac County |
| IA | Scott County |
| IA | Shelby County |
| IA | Sioux County |
| IA | Tama County |
| IA | Taylor County |
| IA | Union County |
| IA | Webster County |
| IA | Winnebago County |
| IA | Winneshiek County |
| IA | Worth County |
| IA | Wright County |
| ID | Ada County |
| ID | Adams County |
| ID | Bingham County |
| ID | Blaine County |
| ID | Boise County |
| ID | Bonneville County |
| ID | Camas County |
| ID | Canyon County |
| ID | Caribou County |
| ID | Cassia County |
| ID | Elmore County |
| ID | Gooding County |
| ID | Latah County |
| ID | Minidoka County |

| ID | Owyhee County |
|----|---------------|
| ID | Payette County |
| IL | Bond County |
| IL | Boone County |
| IL | Bureau County |
| IL | Calhoun County |
| IL | Champaign County |
| IL | Chicago city |
| IL | Christian County |
| IL | Coles County |
| IL | Cook County |
| IL | Dekalb County |
| IL | Dupage County |
| IL | Effingham County |
| IL | Franklin County |
| IL | Harrisburg city |
| IL | Henry County |
| IL | Herrin city |
| IL | Jasper County |
| IL | Jefferson County |
| IL | Jersey County |
| IL | Johnson County |
| IL | Kane County |
| IL | Kankakee County |
| IL | Kendall County |
| IL | Lawrence County |
| IL | Lee County |
| IL | Livingston County |
| IL | Logan County |
| IL | Macon County |
| IL | Macoupin County |
| IL | Marion city |
| IL | Marion County |
| IL | Massac County |
| IL | Mchenry County |
| IL | Metropolis city |
| IL | Piatt County |
| IL | Princeton city |
| IL | Putnam County |

| | |
|---|---|
| IL | Rock Island County |
| IL | Rockford city |
| IL | Saline County |
| IL | Sangamon County |
| IL | Schuyler County |
| IL | Shelby County |
| IL | St Clair County |
| IL | Stephenson County |
| IL | Union County |
| IL | Wabash County |
| IL | West Frankfort city |
| IL | White County |
| IL | Will County |
| IL | Winnebago County |
| IN | Alexandria city |
| IN | Allen County |
| IN | Atlanta town |
| IN | Austin city |
| IN | Beech Grove city |
| IN | Benton County |
| IN | Blackford County |
| IN | Bloomington city |
| IN | Brownstown town |
| IN | Chandler town |
| IN | Connersville city |
| IN | Danville town |
| IN | Delaware County |
| IN | Elwood city |
| IN | Evansville city |
| IN | Fayette County |
| IN | Fishers city |
| IN | Fort Wayne city |
| IN | Franklin city |
| IN | Franklin County |
| IN | Gary city |
| IN | Greenwood city |
| IN | Hammond city |
| IN | Harrison County |
| IN | Hartford City city |

| | |
|---|---|
| IN | Howard County |
| IN | Huntington city |
| IN | Jackson County |
| IN | Jasper city |
| IN | Jay County |
| IN | Jeffersonville city |
| IN | Jennings County |
| IN | La Porte County |
| IN | Lafayette city |
| IN | Lake County |
| IN | Lawrence city |
| IN | Lawrence County |
| IN | Logansport city |
| IN | Madison city |
| IN | Madison County |
| IN | Marion County-Indianapolis City |
| IN | Marshall County |
| IN | Martinsville city |
| IN | Monroe County |
| IN | Montpelier city |
| IN | Mooresville town |
| IN | Morgan County |
| IN | Muncie city |
| IN | New Albany city |
| IN | New Castle city |
| IN | Noblesville city |
| IN | Pendleton town |
| IN | Peru city |
| IN | Plainfield town |
| IN | Porter County |
| IN | Portland city |
| IN | Pulaski County |
| IN | Richmond city |
| IN | Ripley County |
| IN | Scott County |
| IN | Seymour city |
| IN | Sheridan town |
| IN | South Bend city |
| IN | St Joseph County |

| IN | Starke County |
|----|---------------|
| IN | Terre Haute city |
| IN | Tippecanoe County |
| IN | Upland town |
| IN | Vanderburgh County |
| IN | Vigo County |
| IN | West Lafayette city |
| IN | Westfield city |
| IN | Zionsville town |
| KS | Allen County |
| KS | Barber County |
| KS | Bourbon County |
| KS | Cherokee County |
| KS | Crawford County |
| KS | Dickinson County |
| KS | Elk County |
| KS | Elkhart city |
| KS | Finney County |
| KS | Ford County |
| KS | Grant County |
| KS | Greenwood County |
| KS | Harvey County |
| KS | Johnson County |
| KS | Leavenworth County |
| KS | Manter city |
| KS | Meade County |
| KS | Montgomery County |
| KS | Morton County |
| KS | Neosho County |
| KS | Overland Park city |
| KS | Pratt County |
| KS | Reno County |
| KS | Sedgwick County |
| KS | Seward County |
| KS | Stanton County |
| KS | Ulysses city |
| KS | Unified Government of Wyandotte County/Kansas City, Kansas |
| KS | Wabaunsee County |
| KS | Wichita city |

| KY | Adair County |
|----|----|
| KY | Anderson County |
| KY | Bell County |
| KY | Boone County |
| KY | Bourbon County |
| KY | Boyd County |
| KY | Boyle County |
| KY | Bullitt County |
| KY | Campbell County |
| KY | Christian County |
| KY | Clark County |
| KY | Covington city |
| KY | Edmonson County |
| KY | Estill County |
| KY | Florence city |
| KY | Floyd County |
| KY | Franklin County |
| KY | Grant County |
| KY | Grayson city |
| KY | Greenup County |
| KY | Harlan County |
| KY | Henderson County |
| KY | Henry County |
| KY | Hopkins County |
| KY | Jessamine County |
| KY | Kenton County |
| KY | Knott County |
| KY | Knox County |
| KY | Lawrence County |
| KY | Lee County |
| KY | Letcher County |
| KY | Lexington-Fayette urban county |
| KY | Lincoln County |
| KY | London city |
| KY | Louisville/Jefferson County Metro Government |
| KY | Madison County |
| KY | Manchester city |
| KY | Marshall County |
| KY | Monroe County |

| KY | Montgomery County |
|----|----|
| KY | Morehead city |
| KY | Oldham County |
| KY | Owsley County |
| KY | Pendleton County |
| KY | Perry County |
| KY | Pike County |
| KY | Pulaski County |
| KY | Rowan County |
| KY | Scott County |
| KY | Shelby County |
| KY | Union County |
| KY | Warren County |
| KY | Wayne County |
| KY | Whitley County |
| KY | Winchester city |
| KY | Woodford County |
| LA | Alexandria city |
| LA | Ascension Parish |
| LA | Assumption Parish |
| LA | Avoyelles Parish |
| LA | Baldwin town |
| LA | Bastrop city |
| LA | Beauregard Parish |
| LA | Berwick town |
| LA | Bogalusa city |
| LA | Bossier City |
| LA | Bossier Parish |
| LA | Caddo Parish |
| LA | Calcasieu Parish |
| LA | Caldwell Parish |
| LA | Cameron Parish |
| LA | Catahoula Parish |
| LA | Claiborne Parish |
| LA | Concordia Parish |
| LA | Donaldsonville city |
| LA | East Baton Rouge Parish-Baton Rouge City |
| LA | East Carroll Parish |
| LA | Eunice city |

| LA | Evangeline Parish |
|----|-------------------|
| LA | Ferriday town |
| LA | Franklin city |
| LA | Franklin Parish |
| LA | Gramercy town |
| LA | Grant Parish |
| LA | Iberia Parish |
| LA | Jackson Parish |
| LA | Jefferson Davis Parish |
| LA | Jefferson Parish |
| LA | Kenner city |
| LA | Lafourche Parish |
| LA | Lake Charles city |
| LA | Lake Providence town |
| LA | Lasalle Parish |
| LA | Lutcher town |
| LA | Madisonville town |
| LA | Mandeville city |
| LA | Monroe city |
| LA | Morehouse Parish |
| LA | Natchitoches city |
| LA | Natchitoches Parish |
| LA | New Iberia city |
| LA | Opelousas city |
| LA | Orleans Parish-New Orleans City |
| LA | Ouachita Parish |
| LA | Patterson city |
| LA | Pearl River town |
| LA | Pineville city |
| LA | Rapides Parish |
| LA | Red River Parish |
| LA | Richland Parish |
| LA | Richwood town |
| LA | Sabine Parish |
| LA | Sheriff of Allen Parish |
| LA | Sheriff of Ascension Parish |
| LA | Sheriff of Assumption Parish |
| LA | Sheriff of Avoyelles Parish |
| LA | Sheriff of Calcasieu Parish |

| LA | Sheriff of Catahoula Parish |
| LA | Sheriff of Concordia Parish |
| LA | Sheriff of East Baton Rouge Parish |
| LA | Sheriff of East Carroll Parish |
| LA | Sheriff of Evangeline Parish |
| LA | Sheriff of Grant Parish |
| LA | Sheriff of Iberia Parish |
| LA | Sheriff of Jefferson Davis Parish |
| LA | Sheriff of Jefferson Parish |
| LA | Sheriff of Lafayette Parish |
| LA | Sheriff of Morehouse Parish |
| LA | Sheriff of Orleans Parish |
| LA | Sheriff of Ouachita Parish |
| LA | Sheriff of Rapides Parish |
| LA | Sheriff of Richland Parish |
| LA | Sheriff of Sabine Parish |
| LA | Sheriff of St. Bernard Parish |
| LA | Sheriff of St. Charles Parish |
| LA | Sheriff of St. Landry Parish |
| LA | Sheriff of St. Mary Parish |
| LA | Sheriff of St. Tammany Parish |
| LA | Sheriff of Tensas Parish |
| LA | Sheriff of Vernon Parish |
| LA | Sheriff of Washington Parish |
| LA | Sheriff of West Carroll Parish |
| LA | Shreveport city |
| LA | Slidell city |
| LA | St Bernard Parish |
| LA | St Charles Parish |
| LA | St James Parish |
| LA | St John The Baptist Parish |
| LA | St Landry Parish |
| LA | St Martin Parish |
| LA | St Mary Parish |
| LA | St Tammany Parish |
| LA | St. Martinville city |
| LA | Union Parish |
| LA | Vermilion Parish |
| LA | Vernon Parish |

| | |
|----|-----------------------------|
| LA | Washington Parish |
| LA | Webster Parish |
| LA | West Baton Rouge Parish |
| LA | West Carroll Parish |
| LA | West Monroe city |
| LA | Winn Parish |
| MA | ACUSHNET TOWN |
| MA | Agawam Town city |
| MA | Amesbury Town city |
| MA | ANDOVER TOWN |
| MA | AQUINNAH TOWN |
| MA | ATHOL TOWN |
| MA | AUBURN TOWN |
| MA | AYER TOWN |
| MA | Barnstable Town city |
| MA | BELCHERTOWN TOWN |
| MA | Beverly city |
| MA | BILLERICA TOWN |
| MA | Boston city |
| MA | Braintree Town city |
| MA | BREWSTER TOWN |
| MA | BRIDGEWATER TOWN |
| MA | Brockton city |
| MA | BROOKLINE TOWN |
| MA | Cambridge city |
| MA | CANTON TOWN |
| MA | CARVER TOWN |
| MA | CHARLTON TOWN |
| MA | CHELMSFORD TOWN |
| MA | Chelsea city |
| MA | Chicopee city |
| MA | CLARKSBURG TOWN |
| MA | CLINTON TOWN |
| MA | DANVERS TOWN |
| MA | DEDHAM TOWN |
| MA | DENNIS TOWN |
| MA | DOUGLAS TOWN |
| MA | DUDLEY TOWN |
| MA | EAST BRIDGEWATER TOWN |

| MA | EASTHAM TOWN |
|----|--------------|
| MA | Easthampton Town city |
| MA | EASTON TOWN |
| MA | Everett city |
| MA | FAIRHAVEN TOWN |
| MA | Fall River city |
| MA | FALMOUTH TOWN |
| MA | Fitchburg city |
| MA | FRAMINGHAM TOWN |
| MA | FREETOWN TOWN |
| MA | GEORGETOWN TOWN |
| MA | Gloucester city |
| MA | GRAFTON TOWN |
| MA | Greenfield Town city |
| MA | HANSON TOWN |
| MA | Haverhill city |
| MA | HOLLISTON TOWN |
| MA | Holyoke city |
| MA | HOPEDALE TOWN |
| MA | HULL TOWN |
| MA | KINGSTON TOWN |
| MA | LAKEVILLE TOWN |
| MA | LEICESTER TOWN |
| MA | Leominster city |
| MA | LEVERETT TOWN |
| MA | LONGMEADOW TOWN |
| MA | Lowell city |
| MA | LUDLOW TOWN |
| MA | LUNENBURG TOWN |
| MA | Lynn city |
| MA | LYNNFIELD TOWN |
| MA | Malden city |
| MA | MARBLEHEAD TOWN |
| MA | MARSHFIELD TOWN |
| MA | MASHPEE TOWN |
| MA | MATTAPOISETT TOWN |
| MA | Medford city |
| MA | Melrose city |
| MA | Methuen Town city |

| MA | MIDDLEBOROUGH TOWN |
|----|--------------------|
| MA | MILFORD TOWN |
| MA | MILLBURY TOWN |
| MA | MILLIS TOWN |
| MA | NATICK TOWN |
| MA | New Bedford city |
| MA | Newburyport city |
| MA | North Adams city |
| MA | NORTH ANDOVER TOWN |
| MA | NORTH ATTLEBOROUGH TOWN |
| MA | NORTH READING TOWN |
| MA | Northampton city |
| MA | NORTHBRIDGE TOWN |
| MA | NORTON TOWN |
| MA | NORWELL TOWN |
| MA | NORWOOD TOWN |
| MA | ORANGE TOWN |
| MA | OXFORD TOWN |
| MA | Palmer Town city |
| MA | Peabody city |
| MA | PEMBROKE TOWN |
| MA | Pittsfield city |
| MA | PLAINVILLE TOWN |
| MA | PLYMOUTH TOWN |
| MA | PROVINCETOWN TOWN |
| MA | Quincy city |
| MA | RANDOLPH TOWN |
| MA | REHOBOTH TOWN |
| MA | Revere city |
| MA | ROCKLAND TOWN |
| MA | Salem city |
| MA | SALISBURY TOWN |
| MA | SANDWICH TOWN |
| MA | SCITUATE TOWN |
| MA | SEEKONK TOWN |
| MA | SHEFFIELD TOWN |
| MA | SHIRLEY TOWN |
| MA | SOMERSET TOWN |
| MA | Somerville city |

| MA | SOUTH HADLEY TOWN |
|----|-------------------|
| MA | Southbridge Town city |
| MA | SPENCER TOWN |
| MA | Springfield city |
| MA | STONEHAM TOWN |
| MA | STOUGHTON TOWN |
| MA | STURBRIDGE TOWN |
| MA | SUDBURY TOWN |
| MA | SUTTON TOWN |
| MA | SWAMPSCOTT TOWN |
| MA | TEMPLETON TOWN |
| MA | TEWKSBURY TOWN |
| MA | TRURO TOWN |
| MA | TYNGSBOROUGH TOWN |
| MA | UPTON TOWN |
| MA | WAKEFIELD TOWN |
| MA | WALPOLE TOWN |
| MA | WARE TOWN |
| MA | WARREN TOWN |
| MA | Watertown Town city |
| MA | WELLFLEET TOWN |
| MA | WEST BOYLSTON TOWN |
| MA | WEST BRIDGEWATER TOWN |
| MA | West Springfield Town city |
| MA | WESTBOROUGH TOWN |
| MA | WESTFORD TOWN |
| MA | Weymouth Town city |
| MA | WILLIAMSBURG TOWN |
| MA | WILMINGTON TOWN |
| MA | WINCHENDON TOWN |
| MA | Winthrop Town city |
| MA | Woburn city |
| MA | Worcester city |
| MD | Aberdeen city |
| MD | Allegany County |
| MD | Anne Arundel County |
| MD | Baltimore County |
| MD | Bel Air town |
| MD | Berlin town |

| MD | Bowie city |
| --- | --- |
| MD | Calvert County |
| MD | Cambridge city |
| MD | Caroline County |
| MD | Carroll County |
| MD | Cecil County |
| MD | Charles County |
| MD | Charlestown town |
| MD | Cumberland city |
| MD | Dorchester County |
| MD | Frederick city |
| MD | Frederick County |
| MD | Frostburg city |
| MD | Garrett County |
| MD | Grantsville town |
| MD | Hagerstown city |
| MD | Harford County |
| MD | Havre de Grace city |
| MD | Howard County |
| MD | Laurel city |
| MD | Mountain Lake Park town |
| MD | North East town |
| MD | Oakland town |
| MD | Perryville town |
| MD | Prince Georges County |
| MD | Rockville city |
| MD | Seat Pleasant city |
| MD | Somerset County |
| MD | St Marys County |
| MD | Talbot County |
| MD | Vienna town |
| MD | Washington County |
| MD | Westminster city |
| MD | Wicomico County |
| ME | Androscoggin County |
| ME | Aroostook County |
| ME | Auburn city |
| ME | Augusta city |
| ME | Bangor city |

| | |
|---|---|
| ME | Biddeford city |
| ME | Calais city |
| ME | Cumberland County |
| ME | Kennebec County |
| ME | Knox County |
| ME | Lewiston city |
| ME | Lincoln County |
| ME | Penobscot County |
| ME | Portland city |
| ME | Rockland city |
| ME | Saco city |
| ME | Sagadahoc County |
| ME | Sanford city |
| ME | Somerset County |
| ME | Waldo County |
| ME | Washington County |
| ME | Waterville city |
| ME | York County |
| MI | Alcona County |
| MI | Alger County |
| MI | Alpena County |
| MI | Antrim County |
| MI | Arenac County |
| MI | Baraga County |
| MI | Bay County |
| MI | Benzie County |
| MI | Berrien County |
| MI | Branch County |
| MI | Calhoun County |
| MI | CANTON CHARTER TOWNSHIP |
| MI | Cass County |
| MI | Charlevoix County |
| MI | Chippewa County |
| MI | CLINTON CHARTER TOWNSHIP |
| MI | Clinton County |
| MI | Crawford County |
| MI | Delta County |
| MI | Detroit city |
| MI | Dickinson County |

| MI | East Lansing city |
|----|-------------------|
| MI | Eaton County |
| MI | Escanaba city |
| MI | Flint city |
| MI | Genesee County |
| MI | Grand Rapids city |
| MI | Grand Traverse County |
| MI | Gratiot County |
| MI | Hillsdale County |
| MI | Houghton County |
| MI | HURON CHARTER TOWNSHIP |
| MI | Ingham County |
| MI | Ionia County |
| MI | Iosco County |
| MI | Iron County |
| MI | Iron Mountain city |
| MI | Isabella County |
| MI | Jackson city |
| MI | Kalamazoo County |
| MI | Kent County |
| MI | Lake County |
| MI | Lansing city |
| MI | Leelanau County |
| MI | Lenawee County |
| MI | Livingston County |
| MI | Livonia city |
| MI | Luce County |
| MI | Macomb County |
| MI | Manistee County |
| MI | Marquette County |
| MI | Mason County |
| MI | Monroe County |
| MI | Montcalm County |
| MI | Montmorency County |
| MI | Muskegon County |
| MI | Newaygo County |
| MI | NORTHVILLE CHARTER TOWNSHIP |
| MI | Oakland County |
| MI | Oceana County |

| MI | Ogemaw County |
|----|---------------|
| MI | Ontonagon County |
| MI | Osceola County |
| MI | Otsego County |
| MI | PITTSFIELD CHARTER TOWNSHIP |
| MI | Pontiac city |
| MI | Presque Isle County |
| MI | Romulus city |
| MI | Roscommon County |
| MI | Saginaw County |
| MI | Sanilac County |
| MI | Sault Ste. Marie city |
| MI | Shiawassee County |
| MI | St Clair County |
| MI | Traverse City city |
| MI | Tuscola County |
| MI | VAN BUREN CHARTER TOWNSHIP |
| MI | Washtenaw County |
| MI | Wayne city |
| MI | Wayne County |
| MI | Westland city |
| MI | Wexford County |
| MN | Anoka County |
| MN | Big Stone County |
| MN | Dakota County |
| MN | Douglas County |
| MN | Hennepin County |
| MN | Itasca County |
| MN | Mcleod County |
| MN | Meeker County |
| MN | Minneapolis city |
| MN | Morrison County |
| MN | Mower County |
| MN | Ramsey County |
| MN | Sibley County |
| MN | St Louis County |
| MN | St. Paul city |
| MN | Washington County |
| MN | Winona County |

| MO | Audrain County |
| MO | Barry County |
| MO | Barton County |
| MO | Boone County |
| MO | Buchanan County |
| MO | Butler County |
| MO | Callaway County |
| MO | Camden County |
| MO | Cape Girardeau County |
| MO | Cass County |
| MO | Chariton County |
| MO | Christian County |
| MO | Clinton County |
| MO | Cole County |
| MO | Crawford County |
| MO | Dent County |
| MO | Douglas County |
| MO | Dunklin County |
| MO | Franklin County |
| MO | Gasconade County |
| MO | Greene County |
| MO | Harrisonville city |
| MO | Henry County |
| MO | Howell County |
| MO | Independence city |
| MO | Iron County |
| MO | Jackson County |
| MO | Jasper County |
| MO | Jefferson County |
| MO | Johnson County |
| MO | Joplin city |
| MO | Kansas City city |
| MO | Knox County |
| MO | Lafayette County |
| MO | Lawrence County |
| MO | Lewis County |
| MO | Lincoln County |
| MO | Livingston County |
| MO | Madison County |

| MO | Maries County |
|---|---|
| MO | Mcdonald County |
| MO | Miller County |
| MO | Moniteau County |
| MO | Montgomery County |
| MO | Morgan County |
| MO | Nodaway County |
| MO | Osage County |
| MO | Ozark County |
| MO | Pemiscot County |
| MO | Perry County |
| MO | Pettis County |
| MO | Phelps County |
| MO | Pike County |
| MO | Polk County |
| MO | Pulaski County |
| MO | Randolph County |
| MO | Ray County |
| MO | Reynolds County |
| MO | Ripley County |
| MO | Schuyler County |
| MO | Scott County |
| MO | Sedalia city |
| MO | Shannon County |
| MO | Shelby County |
| MO | Springfield city |
| MO | St Charles County |
| MO | St Francois County |
| MO | St Louis County |
| MO | St. Joseph city |
| MO | Ste Genevieve County |
| MO | Stone County |
| MO | Taney County |
| MO | Texas County |
| MO | Vernon County |
| MO | Warren County |
| MO | Washington County |
| MO | Webster County |
| MO | Wright County |

| MS | Adams County |
| --- | --- |
| MS | Amite County |
| MS | Amory city |
| MS | Arcola town |
| MS | Bolivar County |
| MS | Brookhaven city |
| MS | Centreville town |
| MS | Clarksdale city |
| MS | Columbia city |
| MS | Covington County |
| MS | Desoto County |
| MS | Forrest County |
| MS | Greenwood city |
| MS | Grenada city |
| MS | Grenada County |
| MS | Gulfport city |
| MS | Harrison County |
| MS | Hattiesburg city |
| MS | Hinds County |
| MS | Holly Springs city |
| MS | Indianola city |
| MS | Issaquena County |
| MS | Itawamba County |
| MS | Iuka city |
| MS | Jackson city |
| MS | Jonestown town |
| MS | Lafayette County |
| MS | Laurel city |
| MS | Leflore County |
| MS | Lincoln County |
| MS | Long Beach city |
| MS | Lumberton city |
| MS | Madison County |
| MS | Marion County |
| MS | Marshall County |
| MS | Meridian city |
| MS | Monroe County |
| MS | Mound Bayou city |
| MS | Neshoba County |

| | |
|---|---|
| MS | New Albany city |
| MS | Pascagoula city |
| MS | Pearl River County |
| MS | Philadelphia city |
| MS | Prentiss County |
| MS | Scott County |
| MS | Stone County |
| MS | Summit town |
| MS | Sunflower County |
| MS | Tippah County |
| MS | Tishomingo County |
| MS | Union County |
| MS | Washington County |
| MS | Wiggins city |
| MT | Anaconda-Deer Lodge County |
| MT | Cascade County |
| MT | Gallatin County |
| MT | Great Falls city |
| MT | Lake County |
| MT | Missoula city |
| MT | Missoula County |
| NC | Alamance County |
| NC | Alexander County |
| NC | Alleghany County |
| NC | Anson County |
| NC | Ashe County |
| NC | Beaufort County |
| NC | Bladen County |
| NC | Brunswick County |
| NC | Buncombe County |
| NC | Burke County |
| NC | Cabarrus County |
| NC | Caldwell County |
| NC | Camden County |
| NC | Canton town |
| NC | Carteret County |
| NC | Caswell County |
| NC | Catawba County |
| NC | Chatham County |

| NC | Cherokee County |
|----|----|
| NC | Cleveland County |
| NC | Columbus County |
| NC | Craven County |
| NC | Cumberland County |
| NC | Dare County |
| NC | Davidson County |
| NC | Davie County |
| NC | Duplin County |
| NC | Durham County |
| NC | Fayetteville city |
| NC | Forsyth County |
| NC | Franklin County |
| NC | Gaston County |
| NC | Granville County |
| NC | Greene County |
| NC | Greensboro city |
| NC | Guilford County |
| NC | Halifax County |
| NC | Haywood County |
| NC | Henderson city |
| NC | Hickory city |
| NC | Iredell County |
| NC | Jacksonville city |
| NC | Lee County |
| NC | Lenoir County |
| NC | Lincoln County |
| NC | Madison County |
| NC | Martin County |
| NC | Mcdowell County |
| NC | Mecklenburg County |
| NC | Mitchell County |
| NC | Moore County |
| NC | New Hanover County |
| NC | Onslow County |
| NC | Orange County |
| NC | Pamlico County |
| NC | Pasquotank County |
| NC | Person County |

| NC | Pitt County |
|----|-------------|
| NC | Polk County |
| NC | Randolph County |
| NC | Richmond County |
| NC | Robeson County |
| NC | Rockingham County |
| NC | Rowan County |
| NC | Rutherford County |
| NC | Sampson County |
| NC | Scotland County |
| NC | Stokes County |
| NC | Surry County |
| NC | Vance County |
| NC | Warren County |
| NC | Washington County |
| NC | Watauga County |
| NC | Wayne County |
| NC | Wilkes County |
| NC | Wilmington city |
| NC | Winston-Salem city |
| NC | Yadkin County |
| NC | Yancey County |
| ND | Barnes County |
| ND | Benson County |
| ND | Bismarck city |
| ND | Burleigh County |
| ND | Devils Lake city |
| ND | Dickey County |
| ND | Dunn County |
| ND | Eddy County |
| ND | Foster County |
| ND | Grand Forks County |
| ND | La Moure County |
| ND | Lisbon city |
| ND | Mckenzie County |
| ND | Mclean County |
| ND | Mercer County |
| ND | Mountrail County |
| ND | Pembina County |

| | |
|------|-------------------|
| ND | Pierce County |
| ND | Ramsey County |
| ND | Ransom County |
| ND | Richland County |
| ND | Rolette County |
| ND | Sargent County |
| ND | Stark County |
| ND | Towner County |
| ND | Walsh County |
| ND | Ward County |
| ND | Wells County |
| ND | Williams County |
| NE | Douglas County |
| NE | Knox County |
| NE | Lincoln County |
| NE | Sarpy County |
| NE | South Sioux City city |
| NH | Belknap County |
| NH | BELMONT TOWN |
| NH | Berlin city |
| NH | Carroll County |
| NH | Cheshire County |
| NH | Claremont city |
| NH | Concord city |
| NH | Coos County |
| NH | DERRY TOWN |
| NH | Franklin city |
| NH | Grafton County |
| NH | Hillsborough County |
| NH | Keene city |
| NH | Laconia city |
| NH | LONDONDERRY TOWN |
| NH | Manchester city |
| NH | Merrimack County |
| NH | Nashua city |
| NH | Rochester city |
| NH | Rockingham County |
| NH | Strafford County |
| NH | Sullivan County |

| | |
|---|---|
| NJ | Atlantic County |
| NJ | BARNEGAT TOWNSHIP |
| NJ | Bayonne city |
| NJ | Bergen County |
| NJ | BRICK TOWNSHIP |
| NJ | Burlington County |
| NJ | Camden County |
| NJ | Clifton city |
| NJ | Clinton town |
| NJ | Elizabeth city |
| NJ | Essex County |
| NJ | Hudson County |
| NJ | Hunterdon County |
| NJ | Jersey City city |
| NJ | Newark city |
| NJ | Ocean County |
| NJ | Paramus borough |
| NJ | Passaic County |
| NJ | Paterson city |
| NJ | Ridgefield borough |
| NJ | SADDLE BROOK TOWNSHIP |
| NJ | Sussex County |
| NJ | Trenton city |
| NJ | Vineland city |
| NV | Carson City |
| NV | Churchill County |
| NV | Clark County |
| NV | Douglas County |
| NV | Esmeralda County |
| NV | Fernley city |
| NV | Henderson city |
| NV | Humboldt County |
| NV | Las Vegas city |
| NV | North Las Vegas city |
| NV | Nye County |
| NV | Sparks city |
| NV | Washoe County |
| NV | West Wendover city |
| NY | Albany city |

| | |
|---|---|
| NY | Albany County |
| NY | Allegany County |
| NY | Amsterdam city |
| NY | Auburn city |
| NY | Broome County |
| NY | Buffalo city |
| NY | Clinton County |
| NY | Columbia County |
| NY | Cortland County |
| NY | Dutchess County |
| NY | Erie County |
| NY | Franklin County |
| NY | Fulton County |
| NY | Genesee County |
| NY | Geneva city |
| NY | Greene County |
| NY | Hamilton County |
| NY | Herkimer County |
| NY | Herkimer village |
| NY | Ithaca city |
| NY | Jefferson County |
| NY | Kingston city |
| NY | Lackawanna city |
| NY | LANCASTER TOWN |
| NY | Lewis County |
| NY | Monroe County |
| NY | Montgomery County |
| NY | Nassau County |
| NY | New York City |
| NY | Niagara County |
| NY | Ogdensburg city |
| NY | Oneida County |
| NY | Onondaga County |
| NY | Ontario County |
| NY | Orange County |
| NY | Oswego County |
| NY | Plattsburgh city |
| NY | Poughkeepsie city |
| NY | POUGHKEEPSIE TOWN |

| | |
|------|-----------------------------|
| NY | Rensselaer County |
| NY | Rochester city |
| NY | Rockland County |
| NY | Rome city |
| NY | Saratoga County |
| NY | Saratoga Springs city |
| NY | Schenectady city |
| NY | Schenectady County |
| NY | Schoharie County |
| NY | Schuyler County |
| NY | Seneca County |
| NY | St Lawrence County |
| NY | Steuben County |
| NY | Suffolk County |
| NY | Sullivan County |
| NY | Syracuse city |
| NY | Tompkins County |
| NY | Troy city |
| NY | Ulster County |
| NY | Utica city |
| NY | Washington County |
| NY | Westchester County |
| NY | Wyoming County |
| NY | Yonkers city |
| OH | Adams County |
| OH | Akron city |
| OH | Allen County |
| OH | Alliance city |
| OH | Ashland city |
| OH | Ashland County |
| OH | Ashtabula County |
| OH | Athens County |
| OH | Auglaize County |
| OH | Aurora city |
| OH | Barberton city |
| OH | Belmont County |
| OH | Boston Heights village |
| OH | BOSTON TOWNSHIP |
| OH | Broadview Heights city |

| OH | Brooklyn Heights village |
|----|--------------------------|
| OH | Brown County |
| OH | Butler County |
| OH | Canton city |
| OH | Champaign County |
| OH | Cincinnati city |
| OH | CLARK COUNTY |
| OH | Clermont County |
| OH | Cleveland city |
| OH | Clinton County |
| OH | Clinton village |
| OH | Columbiana County |
| OH | COPLEY TOWNSHIP |
| OH | Coshocton County |
| OH | COVENTRY TOWNSHIP |
| OH | Crawford County |
| OH | Cuyahoga County |
| OH | Cuyahoga Falls city |
| OH | Darke County |
| OH | Dayton city |
| OH | Delaware County |
| OH | East Cleveland city |
| OH | Elyria city |
| OH | Erie County |
| OH | Euclid city |
| OH | Fairfield city |
| OH | Fairfield County |
| OH | Fairlawn city |
| OH | Fayette County |
| OH | Findlay city |
| OH | Franklin County |
| OH | Fulton County |
| OH | Gallia County |
| OH | Garfield Heights city |
| OH | Geauga County |
| OH | Green city |
| OH | Guernsey County |
| OH | Hamilton city |
| OH | Hamilton County |

| OH | Hancock County |
|----|----|
| OH | Harrison County |
| OH | Hocking County |
| OH | Huron city |
| OH | Huron County |
| OH | Ironton city |
| OH | Jackson County |
| OH | Jefferson County |
| OH | Kent city |
| OH | Knox County |
| OH | Lakemore village |
| OH | Lakewood city |
| OH | Lawrence County |
| OH | Lebanon city |
| OH | Lexington village |
| OH | Licking County |
| OH | Lima city |
| OH | Logan County |
| OH | Lorain city |
| OH | Lorain County |
| OH | Lucas County |
| OH | Lyndhurst city |
| OH | Macedonia city |
| OH | Marietta city |
| OH | Marion County |
| OH | Massillon city |
| OH | Mayfield Heights city |
| OH | Meigs County |
| OH | Mercer County |
| OH | Middletown city |
| OH | Mogadore village |
| OH | Montgomery County |
| OH | Munroe Falls city |
| OH | Muskingum County |
| OH | New Franklin city |
| OH | Newburgh Heights village |
| OH | Noble County |
| OH | North Olmsted city |
| OH | North Ridgeville city |

| | |
|---|---|
| OH | North Royalton city |
| OH | Norton city |
| OH | Olmsted Falls city |
| OH | Ottawa County |
| OH | PAINESVILLE TOWNSHIP |
| OH | Parma city |
| OH | Parma Heights city |
| OH | Peninsula village |
| OH | Perry County |
| OH | Pike County |
| OH | Portage County |
| OH | Portsmouth city |
| OH | Ravenna city |
| OH | Richfield village |
| OH | Richland County Children's Services |
| OH | Ross County |
| OH | Sandusky County |
| OH | Scioto County |
| OH | Seneca County |
| OH | Seven Hills city |
| OH | Shelby County |
| OH | Silver Lake village |
| OH | Springfield city |
| OH | SPRINGFIELD TOWNSHIP |
| OH | St. Marys city |
| OH | Stark County |
| OH | Stow city |
| OH | Strongsville city |
| OH | Summit County |
| OH | Tallmadge city |
| OH | Toledo city |
| OH | Tuscarawas County |
| OH | Van Wert city |
| OH | Van Wert County |
| OH | Warren city |
| OH | Warrensville Heights city |
| OH | Washington County |
| OH | Wayne County |
| OH | Wickliffe city |

| OH | Williams County |
|----|-----------------|
| OH | Wyandot County |
| OH | Youngstown city |
| OK | Ada city |
| OK | Altus city |
| OK | Anadarko city |
| OK | Atoka County |
| OK | Beckham County |
| OK | Bethany city |
| OK | Broken Arrow city |
| OK | Caddo County |
| OK | Choctaw County |
| OK | Cimarron County |
| OK | Cleveland County |
| OK | Coal County |
| OK | Collinsville city |
| OK | Comanche County |
| OK | Craig County |
| OK | Creek County |
| OK | Custer County |
| OK | Delaware County |
| OK | Dewey County |
| OK | Edmond city |
| OK | El Reno city |
| OK | Elk City city |
| OK | Enid city |
| OK | Garvin County |
| OK | Grady County |
| OK | Greer County |
| OK | Guthrie city |
| OK | Harmon County |
| OK | Harper County |
| OK | Haskell County |
| OK | Hughes County |
| OK | Jackson County |
| OK | Jefferson County |
| OK | Jenks city |
| OK | Johnston County |
| OK | Kay County |

| OK | Kiowa County |
|----|----|
| OK | Latimer County |
| OK | Lawton city |
| OK | Le Flore County |
| OK | Lincoln County |
| OK | Logan County |
| OK | Love County |
| OK | Major County |
| OK | Mayes County |
| OK | Mcclain County |
| OK | Mccurtain County |
| OK | Midwest City city |
| OK | Muskogee city |
| OK | Muskogee County |
| OK | Mustang city |
| OK | Noble County |
| OK | Nowata County |
| OK | Okfuskee County |
| OK | Oklahoma City |
| OK | Oklahoma County |
| OK | Okmulgee County |
| OK | Osage County |
| OK | Ottawa County |
| OK | Owasso city |
| OK | Pawnee County |
| OK | Payne County |
| OK | Pittsburg County |
| OK | Ponca City city |
| OK | Pottawatomie County |
| OK | Roger Mills County |
| OK | Rogers County |
| OK | Seminole city |
| OK | Seminole County |
| OK | Shawnee city |
| OK | Stephens County |
| OK | Stillwater city |
| OK | Texas County |
| OK | Tillman County |
| OK | Tulsa city |

| | |
|---|---|
| OK | Tulsa County |
| OK | Washington County |
| OK | Woods County |
| OK | Woodward County |
| OK | Yukon city |
| OR | Clackamas County |
| OR | Clatsop County |
| OR | Columbia County |
| OR | Coos County |
| OR | Jackson County |
| OR | Josephine County |
| OR | Lane County |
| OR | Multnomah County |
| OR | Portland city |
| OR | Washington County |
| OR | Yamhill County |
| PA | Adams County |
| PA | Allegheny County |
| PA | Armstrong County |
| PA | Beaver County |
| PA | Bedford County |
| PA | BENSALEM TOWNSHIP |
| PA | Bradford County |
| PA | BRISTOL TOWNSHIP |
| PA | Bucks County |
| PA | Cambria County |
| PA | Carbon County |
| PA | Clarion County |
| PA | Clinton County |
| PA | Coatesville city |
| PA | Columbia County |
| PA | Dauphin County |
| PA | Delaware County |
| PA | District Attorney of Clearfield County |
| PA | Edwardsville borough |
| PA | Erie County |
| PA | Exeter borough |
| PA | FAIRVIEW TOWNSHIP |
| PA | Fayette County |

| PA | Forty Fort borough |
|----|----|
| PA | Franklin County |
| PA | Greene County |
| PA | HANOVER TOWNSHIP |
| PA | Hazleton city |
| PA | Huntingdon County |
| PA | Indiana County |
| PA | Kingston borough |
| PA | Lackawanna County |
| PA | Lawrence County |
| PA | Lock Haven city |
| PA | LOWER MAKEFIELD TOWNSHIP |
| PA | LOWER SOUTHAMPTON TOWNSHIP |
| PA | Luzerne County |
| PA | Lycoming County |
| PA | Mercer County |
| PA | MIDDLETOWN TOWNSHIP |
| PA | Monroe County |
| PA | Morrisville borough |
| PA | Nanticoke city |
| PA | NEWTOWN TOWNSHIP |
| PA | Norristown borough |
| PA | Northampton County |
| PA | Northumberland County |
| PA | Philadelphia County-Philadelphia City |
| PA | Pike County |
| PA | Pittsburgh city |
| PA | PLAINS TOWNSHIP |
| PA | Schuylkill County |
| PA | Sugar Notch borough |
| PA | Tioga County |
| PA | WARMINSTER TOWNSHIP |
| PA | WARRINGTON TOWNSHIP |
| PA | Washington County |
| PA | WEST NORRITON TOWNSHIP |
| PA | West Pittston borough |
| PA | Westmoreland County |
| PA | WILKES BARRE TOWNSHIP |
| PA | Wilkes-Barre city |

| | |
|---|---|
| PA | WRIGHT TOWNSHIP |
| PA | Wyoming borough |
| PA | Wyoming County |
| PR | Aguada |
| PR | Aguadilla |
| PR | Aibonito |
| PR | Anasco |
| PR | Arecibo |
| PR | Barranquitas |
| PR | Cabo Rojo |
| PR | Camuy |
| PR | Canovanas |
| PR | Cayey |
| PR | Comerio |
| PR | Dorado |
| PR | Fajardo |
| PR | Guanica |
| PR | Guayanilla |
| PR | Hatillo |
| PR | Hormigueros |
| PR | Isabela |
| PR | Jayuya |
| PR | Juana Diaz |
| PR | Juncos |
| PR | Lares |
| PR | Las Marias |
| PR | Loiza |
| PR | Manati |
| PR | Maricao |
| PR | Moca |
| PR | Morovis |
| PR | Orocovis |
| PR | Penuelas |
| PR | Ponce |
| PR | Quebradillas |
| PR | Rincon |
| PR | Rio Grande |
| PR | Sabana Grande |
| PR | Salinas |

| PR | San German |
|----|------------|
| PR | San Juan |
| PR | San Lorenzo |
| PR | Santa Isabel |
| PR | Toa Alta |
| PR | Trujillo Alto |
| PR | Vega Alta |
| PR | Vega Baja |
| PR | Yabucoa |
| RI | BARRINGTON TOWN |
| RI | BRISTOL TOWN |
| RI | BURRILLVILLE TOWN |
| RI | Central Falls city |
| RI | CHARLESTOWN TOWN |
| RI | COVENTRY TOWN |
| RI | Cranston city |
| RI | CUMBERLAND TOWN |
| RI | EAST GREENWICH TOWN |
| RI | East Providence city |
| RI | FOSTER TOWN |
| RI | GLOCESTER TOWN |
| RI | HOPKINTON TOWN |
| RI | JAMESTOWN TOWN |
| RI | JOHNSTON TOWN |
| RI | MIDDLETOWN TOWN |
| RI | NARRAGANSETT TOWN |
| RI | Newport city |
| RI | NORTH KINGSTOWN TOWN |
| RI | NORTH PROVIDENCE TOWN |
| RI | Pawtucket city |
| RI | PORTSMOUTH TOWN |
| RI | Providence city |
| RI | RICHMOND TOWN |
| RI | SCITUATE TOWN |
| RI | SMITHFIELD TOWN |
| RI | SOUTH KINGSTOWN TOWN |
| RI | WARREN TOWN |
| RI | Warwick city |
| RI | WEST GREENWICH TOWN |

| RI | WEST WARWICK TOWN |
| RI | WESTERLY TOWN |
| RI | Woonsocket city |
| SC | Abbeville County |
| SC | Aiken County |
| SC | Allendale County |
| SC | Anderson County |
| SC | Bamberg County |
| SC | Barnwell County |
| SC | Beaufort County |
| SC | Berkeley County |
| SC | Calhoun County |
| SC | Charleston city |
| SC | Charleston County |
| SC | Cherokee County |
| SC | Chester city |
| SC | Chester County |
| SC | Chesterfield County |
| SC | Clarendon County |
| SC | Colleton County |
| SC | Columbia city |
| SC | Dillon County |
| SC | Dorchester County |
| SC | Edgefield County |
| SC | Fairfield County |
| SC | Florence County |
| SC | Georgetown city |
| SC | Georgetown County |
| SC | Greenville County |
| SC | Greenwood County |
| SC | Hampton County |
| SC | Horry County |
| SC | Jasper County |
| SC | Kershaw County |
| SC | Lancaster County |
| SC | Laurens County |
| SC | Lee County |
| SC | Lexington County |
| SC | Marion County |

| | |
|---|---|
| SC | Marlboro County |
| SC | Mccormick County |
| SC | Mount Pleasant town |
| SC | Myrtle Beach city |
| SC | Newberry County |
| SC | North Charleston city |
| SC | Oconee County |
| SC | Orangeburg city |
| SC | Orangeburg County |
| SC | Pickens County |
| SC | Richland County |
| SC | Saluda County |
| SC | Spartanburg County |
| SC | Summerville town |
| SC | Sumter County |
| SC | Union County |
| SC | Williamsburg County |
| SC | York County |
| SD | Pennington County |
| TN | Anderson County |
| TN | Arlington town |
| TN | Bedford County |
| TN | Bledsoe County |
| TN | Blount County |
| TN | Bradley County |
| TN | Campbell County |
| TN | Claiborne County |
| TN | Clarksville city |
| TN | Clay County |
| TN | Cocke County |
| TN | Columbia city |
| TN | Cookeville city |
| TN | Cumberland County |
| TN | De Kalb County |
| TN | Fentress County |
| TN | Franklin County |
| TN | Gatlinburg city |
| TN | Giles County |
| TN | Grainger County |

| TN | Greene County |
|----|---------------|
| TN | Grundy County |
| TN | Hamilton County |
| TN | Hawkins County |
| TN | Haywood County |
| TN | Henderson County |
| TN | Jefferson County |
| TN | Knox County |
| TN | Knoxville city |
| TN | La Vergne city |
| TN | Lauderdale County |
| TN | Lexington city |
| TN | Loudon County |
| TN | Lynchburg, Moore County metropolitan government |
| TN | Madison County |
| TN | Marion County |
| TN | Marshall County |
| TN | Mcminn County |
| TN | Meigs County |
| TN | Metropolitan Government of Nashville & Davidson County |
| TN | Millington city |
| TN | Monroe County |
| TN | Montgomery County |
| TN | Murfreesboro city |
| TN | Obion County |
| TN | Overton County |
| TN | Polk County |
| TN | Putnam County |
| TN | Rhea County |
| TN | Roane County |
| TN | Rutherford County |
| TN | Scott County |
| TN | Sequatchie County |
| TN | Sevier County |
| TN | Shelby County |
| TN | Smith County |
| TN | Spring Hill city |
| TN | Sumner County |
| TN | Union County |

| | |
|---|---|
| TN | Van Buren County |
| TN | Warren County |
| TN | Washington County |
| TN | Wayne County |
| TN | White County |
| TN | Williamson County |
| TX | Eagle Pass city |
| TX | Laredo city |
| TX | Maverick County |
| TX | San Antonio city |
| TX | Tarrant County |
| TX | Zavala County |
| UT | Beaver County |
| UT | Cache County |
| UT | Daggett County |
| UT | Duchesne County |
| UT | Emery County |
| UT | Garfield County |
| UT | Juab County |
| UT | Kane County |
| UT | Piute County |
| UT | Rich County |
| UT | Salt Lake County |
| UT | Sevier County |
| UT | Summit County |
| UT | Tooele County |
| UT | Tri-County Health Department |
| UT | Uintah County |
| UT | Utah County |
| UT | Wasatch County |
| UT | Washington County |
| UT | Wayne County |
| UT | Weber County |
| VA | Accomack County |
| VA | Alexandria city |
| VA | Alleghany County |
| VA | Amherst County |
| VA | Arlington County |
| VA | Botetourt County |

| VA | Bristol city |
|----|--------------|
| VA | Buchanan County |
| VA | Buena Vista city |
| VA | Carroll County |
| VA | Charlotte County |
| VA | Chesapeake city |
| VA | Chesterfield County |
| VA | Covington city |
| VA | Culpeper County |
| VA | Cumberland County |
| VA | Danville city |
| VA | Dickenson County |
| VA | Dinwiddie County |
| VA | Emporia city |
| VA | Fairfax city |
| VA | Fairfax County |
| VA | Fauquier County |
| VA | Floyd County |
| VA | Franklin County |
| VA | Frederick County |
| VA | Fredericksburg city |
| VA | Galax city |
| VA | Giles County |
| VA | Goochland County |
| VA | Greensville County |
| VA | Halifax County |
| VA | Henrico County |
| VA | Henry County |
| VA | Hopewell city |
| VA | Isle Of Wight County |
| VA | King And Queen County |
| VA | Lee County |
| VA | Lexington city |
| VA | Loudoun County |
| VA | Louisa County |
| VA | Madison County |
| VA | Martinsville city |
| VA | Mecklenburg County |
| VA | Montgomery County |

| VA | Norfolk city |
|----|----|
| VA | Northampton County |
| VA | Northumberland County |
| VA | Norton city |
| VA | Page County |
| VA | Patrick County |
| VA | Pittsylvania County |
| VA | Portsmouth city |
| VA | Prince George County |
| VA | Prince William County |
| VA | Pulaski County |
| VA | Radford city |
| VA | Richmond city |
| VA | Richmond County |
| VA | Roanoke city |
| VA | Roanoke County |
| VA | Rockbridge County |
| VA | Russell County |
| VA | Salem city |
| VA | Scott County |
| VA | Shenandoah County |
| VA | Smyth County |
| VA | Stafford County |
| VA | Tazewell County |
| VA | Virginia Beach city |
| VA | Warren County |
| VA | Washington County |
| VA | Waynesboro city |
| VA | Westmoreland County |
| VA | Winchester city |
| VA | Wise County |
| VA | Wythe County |
| VT | BENNINGTON TOWN |
| VT | BRATTLEBORO TOWN |
| VT | SHARON TOWN |
| VT | St. Albans city |
| WA | Anacortes city |
| WA | Bainbridge Island city |
| WA | Burlington city |

| WA | Chelan County |
|----|---------------|
| WA | Clallam County |
| WA | Clark County |
| WA | Everett city |
| WA | Franklin County |
| WA | Island County |
| WA | Jefferson County |
| WA | Kent city |
| WA | King County |
| WA | Kirkland city |
| WA | Kitsap County |
| WA | Kittitas County |
| WA | Lakewood city |
| WA | Lewis County |
| WA | Lincoln County |
| WA | Mount Vernon city |
| WA | Olympia city |
| WA | Pierce County |
| WA | Seattle city |
| WA | Sedro-Woolley city |
| WA | Skagit County |
| WA | Snohomish County |
| WA | Spokane city |
| WA | Spokane County |
| WA | Tacoma city |
| WA | Thurston County |
| WA | Vancouver city |
| WA | Walla Walla County |
| WA | Whatcom County |
| WA | Whitman County |
| WI | Adams County |
| WI | Ashland County |
| WI | Barron County |
| WI | Bayfield County |
| WI | Brown County |
| WI | Buffalo County |
| WI | Burnett County |
| WI | Calumet County |
| WI | Chippewa County |

| WI | Clark County |
|----|--------------|
| WI | Columbia County |
| WI | Crawford County |
| WI | Dane County |
| WI | Dodge County |
| WI | Door County |
| WI | Douglas County |
| WI | Dunn County |
| WI | Eau Claire County |
| WI | Florence County |
| WI | Fond Du Lac County |
| WI | Forest County |
| WI | Grant County |
| WI | Green County |
| WI | Green Lake County |
| WI | Iowa County |
| WI | Iron County |
| WI | Jackson County |
| WI | Jefferson County |
| WI | Juneau County |
| WI | Kenosha city |
| WI | Kenosha County |
| WI | Kewaunee County |
| WI | La Crosse County |
| WI | Lafayette County |
| WI | Langlade County |
| WI | Lincoln County |
| WI | Manitowoc County |
| WI | Marathon County |
| WI | Marinette County |
| WI | Marquette County |
| WI | Menominee County |
| WI | Milwaukee city |
| WI | Milwaukee County |
| WI | Monroe County |
| WI | Oconto County |
| WI | Oneida County |
| WI | Outagamie County |
| WI | Ozaukee County |

| WI | Pepin County |
|----|----|
| WI | Pierce County |
| WI | Pleasant Prairie village |
| WI | Portage County |
| WI | Price County |
| WI | Racine County |
| WI | Richland County |
| WI | Rock County |
| WI | Rusk County |
| WI | Sauk County |
| WI | Sawyer County |
| WI | Shawano County |
| WI | Sheboygan County |
| WI | St Croix County |
| WI | Taylor County |
| WI | Trempealeau County |
| WI | Vernon County |
| WI | Vilas County |
| WI | Walworth County |
| WI | Washburn County |
| WI | Washington County |
| WI | Waukesha County |
| WI | Waupaca County |
| WI | Waushara County |
| WI | Winnebago County |
| WI | Wood County |
| WY | Carbon County |
| WY | Casper city |
| WY | Cheyenne city |
| WY | Green River city |
| WY | Riverton city |
| WY | Rock Springs city |
| WY | Sweetwater County |