UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**THIS DOCUMENT RELATES TO**:<br><br>*City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12)<br><br>*Lincoln County v. Richard S. Sackler, M.D.*, No. 20-op-45069 (Track 13)<br><br>*City of Independence, Missouri v. Williams*, No. 19-op-45371 (Track 14)<br><br>*County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 (Track 15) | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

**OPTUMRX INC.'S NOTICE OF INTENT TO RESPOND TO PLAINTIFFS' REQUEST FOR IMMEDIATE STATUS CONFERENCE**

At approximately 11am EST on Friday, February 23, 2024, Plaintiffs filed a "Request for Immediate Status Conference."

OptumRx plans to respond to this request. Local Rule 7.1(d) allows fourteen days for a response to any non-dispositive motion, making the deadline to respond March 8, 2024.

OptumRx intends to respond sooner than March 8, given the supposed urgent nature of Plaintiffs' request. Due to travel and other commitments of counsel, OptumRx intends to file a response by noon EST on Monday, February 26, 2024.

Dated: February 23, 2024.

Respectfully submitted,

*/s/ Brian D. Boone*
Brian D. Boone
**ALSTON & BIRD LLP**

Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel: (704) 444-1000
brian.boone@alston.com

William H. Jordan
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
bill.jordan@alston.com

Kimberly K. Chemerinsky
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Tel: (213) 576-1000
kim.chemerinsky@alston.com

*Attorneys for Defendant OptumRx, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on February 23, 2024, a copy of the foregoing was served on all counsel of record by filing the same with the Court's ECF system.

                                               */s/ Brian D. Boone*
                                                Brian D. Boone