# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## DEFENDANT JOHN N. KAPOOR'S AMENDED NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., John N. Kapoor ("Dr. Kapoor") hereby submits this notice. The proper form for waiver of service for Dr. Kapoor is attached to this notice as Exhibit A. The standard form has been modified in accordance with this Court's orders. This notice and form replaces the notice and form filed on June 13, 2019 (Dkt. 1681). Requests for waiver of service to Dr. Kapoor shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Paras R. Aneja
panejalaw@gmail.com

Date:  February 23, 2024

                                              Respectfully submitted,

                                              */s/ Paras R. Aneja*
                                              Paras R. Aneja
                                              340 E. North Water St., Unit 4006
                                              Chicago, IL 60611
                                              Telephone:  (224) 639-2439
                                              panejalaw@gmail.com
                                              *Counsel for Defendant John N. Kapoor*

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 23rd day of February, 2024, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

                                             */s/ Paras R. Aneja*
                                              Paras R. Aneja