IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Track Nine: Tarrant County, Texas*<br><br>(Case No. 1:18-op-45274-DAP) | MDL No. 2804<br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### ORDER MODIFYING TRACK 9 CASE MANAGEMENT ORDER

It is hereby **ORDERED** that the following dates in the Case Management Order for **Track 9 (Docket No. 5283)** are revised as follows:

| EVENT | FORMER DEADLINE[1] | REVISED DEADLINE |
|---|---|---|
| Close of Third-Party Discovery[2] | February 23, 2024 | March 25, 2024 |
| Deadline for Plaintiff Expert Report Disclosures | March 14, 2024 | April 15, 2024 |
| Deadline for Deposition of Plaintiff Experts | April 25, 2024 | May 28, 2024 |
| Deadline for Defendant Expert Report Disclosures | May 24, 2024 | June 24, 2024 |
| Deadline for Deposition of Defendant Experts | June 21, 2024 | July 22, 2024 |
| Deadline to file Dispositive and *Daubert* motions | July 10, 2024 | August 9, 2024 |
| Deadline for responses to *Daubert* and dispositive motions. | September 10, 2024 | October 10, 2024 |
| Deadline for replies in support of *Daubert* and dispositive motions | October 11, 2024 | November 12, 2024 |

**IT IS SO ORDERED.**

Dated: February 23, 2024        _s/Dan Aaron Polster_
       Judge Dan Aaron Polster

---

[1] *See* ECF No. 5283, Case No. 1:17-md-2804
[2] Applicable to Track 9 only insofar to complete previously noticed remaining Third-Party depositions currently being scheduled.