# Exhibit J

| | |
|---|---|
| **From:** | Paul Farrell Jr. <Paul@FarrellFuller.com> |
| **Sent:** | Friday, February 23, 2024 10:02 AM |
| **To:** | Springer, Brandon |
| **Cc:** | Boone, Brian; McGowan, Emily; Harder, Bradley; Chemerinsky, Kim; Jordan, Bill; PBM@listserv.motleyrice.com; Optum Opioid Team; Jayne Conroy; Joe Rice; Peter H. Weinberger |
| **Subject:** | Re: MDL2804: PBM: Optum deficiency notice for discovery responses |

**EXTERNAL SENDER – Proceed with caution**

Mr. Springer,

As we informed your colleague, the PEC declines to meet with Optum in an unsupervised, off-the-record teleconference related to Optum's discovery responses. Optum has accused the PEC, and me personally, of taking a "frivolous" position regarding a discovery dispute in violation of Rule 11. Your firm has misrepresented and manipulated my spoken words during a teleconference with the Special Master. We will confer in writing with your law firm until further notice.

Optum needs to respond to our deficiency letter in writing.

The PEC Co-Leads are cc: on this email.

## Paul T. Farrell, Jr., Esq.

Farrell & Fuller, LLC
270 Munoz Rivera Ave., Suite 201
San Juan, Puerto Rico 00918
phone:     304.654.8281
email:      paul@farrellfuller.com
*"Facts are stubborn things."*
             -John Adams
              President of the United States.
              Trial lawyer.

**This communication is for use only by the intended recipient and may contain confidential, attorney-client privileged, and/or attorney-work product communications and information.**

> On Feb 23, 2024, at 10:08 AM, Springer, Brandon <Brandon.Springer@alston.com> wrote:



External
(brandon.springer@alston.com)

Paul,

Please let us know if you are available next Wednesday or Thursday for a meet and confer to discuss your February 13 letter regarding OptumRx's objections and responses to Plaintiffs' December 29, 2023 discovery requests.

During the February 14 "supervised meet and confer" with Special Master Cohen, we all agreed that discussions would be more fruitful after receiving the Court's order on Plaintiffs' motion for leave to amend the bellwether complaints. We now have that order.

Thanks,

**Brandon Springer**
ALSTON & BIRD LLP
(704) 444-1007

---

**From:** Paul Farrell Jr. <Paul@FarrellFuller.com>
**Sent:** Tuesday, February 13, 2024 3:37 PM
**To:** Boone, Brian <Brian.Boone@alston.com>
**Cc:** McGowan, Emily <Emily.McGowan@alston.com>; Harder, Bradley <Bradley.Harder@alston.com>; Springer, Brandon <Brandon.Springer@alston.com>; Chemerinsky, Kim <Kim.Chemerinsky@alston.com>; Jordan, Bill <Bill.Jordan@alston.com>; PBM@listserv.motleyrice.com
**Subject:** MDL2804: PBM: Optum deficiency notice for discovery responses

**EXTERNAL SENDER – Proceed with caution**

---

Dear Optum,

Please see attached deficiency letter related to discovery.

**Paul T. Farrell, Jr.**
FARRELL & FULLER, LC
270 Muñoz Rivera Ave., Suite 201

2

San Juan, PR 00918
Office: 939-293-8244
Cell: 304.654.8281
paul@farrellfuller.com

*"Facts are stubborn things."*
    -John Adams
     President of the United States.
     Trial lawyer.

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.