# Exhibit K

Page 1

1              IN THE UNITED STATES DISTRICT COURT
2                  NORTHERN DISTRICT OF OHIO
3                      EASTERN DIVISION
4
5    IN RE:  NATIONAL PRESCRIPTION      MDL No. 2804
              OPIATE LITIGATION
6
7    THIS DOCUMENT RELATES TO:
8    TRACK 12.
                 _____
9
10
11

         TRANSCRIPT OF STATUS CONFERENCE HELD BEFORE
12              SPECIAL MASTER DAVID COHEN
13
14
             Wednesday, February 14, 2024
15                    2:00 P.M.
16
17

         Taken remotely via teleconference
18
19
20
     REPORTER:  PAMELA S. GREENFIELD, RMR, CRR, RDR
21
22
23
24
     Job No. 6464931
25

```
                                                    Page 2

1    PHONE APPEARANCES OF COUNSEL:
     (INCOMPLETE LIST)
2
     On behalf of the Plaintiffs and the PEC:
3
             FARRELL & FULLER LAW
4            BY:  PAUL T. FARRELL, JR., ESQ.
             422 Ninth Street, Third Floor
5            Huntington, West Virginia 25701
             Paul@farrellfuller.com
6
             SPANGENBERG, SHIBLEY & LIBER, LLP
7            BY:  PETER H. WEINBERGER, ESQ.
             1001 Lakeside Avenue
8            Suite 1700
             Cleveland, Ohio  44114
9            PWeinberger@Spanglaw.com
10           THE CICALA LAW FIRM, PLLC
             BY:  JOANNE CICALA, ESQ.
11           BY:  JOHAN CONROD, ESQ.
             101 College Street
12           Dripping Springs, Texas  78620
             Joanne@cicalapllc.com
13           Johan@cicalapllc.com
14           BARON & BUDD, P.C.
             BY:  MARK PIFKO, ESQ.
15           15910 Ventura Boulevard
             Suite 1600
16           Encino, California  91436
             Mpifko@baronbudd.com
17
             MOTLEY RICE, LLC
18           BY:  MICHAEL E. ELSNER, ESQ.
             28 Bridgeside Boulevard
19           Mt. Pleasant, SC  29464
             Melsner@motleyrice.com
20
             LEVIN PAPANTONIO RAFFERTY
21           BY:  PETER MOUGEY, ESQ.
             BY:  LAURA S. DUNNING, ESQ.
22           316 South Baylen Street
             Pensacola, Florida  32502
23           Pmougey@levinlaw.com
24
25
```

```
                                                Page 3

 1   PHONE APPEARANCES OF COUNSEL (continued):
     (INCOMPLETE LIST)
 2
 3   ON BEHALF OF BELLWETHER PLAINTIFF CITY OF
     ROCHESTER:
 4
             NAPOLI SHKOLNIK
 5           BY:  HUNTER SHKOLNIK, ESQ.
             1302 Avendia Ponce de Leon
 6           Santurce, Puerto Rico  00907
             Hunter@nsprlaw.com
 7
 8   ON BEHALF OF DEFENDANT OPTUMRX, INC.:
 9           ALSTON & BIRD
             BY:  BRIAN D. BOONE, ESQ.
10           BY:  EMILY C. McGOWAN, ESQ.
             Vantage South End
11           1120 South Tryon Street
             Suite 300
12           Charlotte, North Carolina  28203-6818
             Brian.boone@alston.com
13           Emily.McGowan@alston.com
14
     On behalf of Defendant Express Scripts:
15
             QUINN EMANUEL URQUHART & SULLIVAN, LLP
16           BY:  OLGA M. VIEIRA, ESQ.
             2601 South Bayshore Drive
17           15th Floor
             Miami, Florida  33131
18           Olgavieira@quinnemanuel.com
             -and-
19           BY:  SAGE R. VANDEN HEUVEL, ESQ.
             (Of counsel)
20           865 S. Figueroa Street
             10th Floor
21           Los Angeles, California  90017
             Sagevandenheuvel@quinnemanuel.com
22           -and-
             BY:  HALEY PLOURDE-COLE, ESQ.
23           (Of counsel)
             51 Madison Avenue, 22nd Floor
24           New York, New York  10010
             Haleyplourdecole@quinnemanuel.com
25
```

Page 21

1              SPECIAL MASTER COHEN:   That is
2       correct.
3              MR. BOONE:   Thank you.
4              SPECIAL MASTER COHEN:   I'm not
5       going to make any rulings on any of this
6       stuff unless it's clear; but, no,
7       generally my practice, Brian, is that
8       I'm not going to rule on anything
9       without receiving some kind of written
10      position -- it might be an email, it
11      might be a formal letter, it might be a
12      formal motion -- so that I can have time
13      to digest it and think about it.
14             MR. BOONE:   Understood.  Thank
15      you.
16             And I know you had just talked,
17      started talking about the process, and I
18      wanted to talk about the process because
19      the PEC invited you to this meeting
20      before the parties had even spoken about
21      the PBMs' objections.  We had a call
22      with Paul and the PEC yesterday.  That
23      was the first time that we had talked
24      since serving our objections, and it
25      lasted about an hour.

Page 22

1            And by the way, Paul made it a
2       point on that call to explain that he's
3       not accustomed to losing in this
4       litigation, so they were essentially
5       saying we don't need to meet and confer
6       because we're going to win.  That is
7       improper.  If they think there's --
8            SPECIAL MASTER COHEN:  He may
9       not be accustomed to it, but it's
10      certainly happened and nobody should
11      feel like they win everything or can
12      expect to win anything; so you don't
13      need to worry about that.
14           If there's one thing that I hope
15      you will eventually conclude is that I
16      give everybody a chance to say what they
17      need to say and that I'm fair in the
18      end.
19           MR. MOUGEY:  Yeah.  This is Peter
20      Mougey.  I was going to sit and not say
21      anything.  That was, that comment was
22      totally inappropriate.  That was a
23      comment made in jest during -- there
24      were a lot of jokes made during that
25      meet and confer and that was a comment

Page 69

```
 1    1
 2    2
 3    3                    C E R T I F I C A T E
 4    4
 5    5          I, Pamela S. Greenfield, a Notary Public
 6    6     within and for the State of Ohio, do hereby
 7    7     certify that I attended the foregoing
 8    8     proceedings in their entirety, that I wrote the
 9    9     same in stenotypy, and that this is a true and
10   10     correct transcript of my stenotype notes.
11   11          IN WITNESS WHEREOF, I have hereunto set
12   12     my hand and seal of office, at Cleveland, Ohio,
13   13     this 15th day of February, 2024.
14   14
15
16   16
             Pamela S. Greenfield, RPR, RMR, CRR, RDR
17   17     Notary Public, State of Ohio
             My commission expires July 2, 2028
18   18
19   19
20   20
21   21
22   22
23   23
24   24
25   25
```