**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION** | ) | **MDL No. 1:17-md-02804** |
| **OPIATE LITIGATION** | ) | **NOTICE OF CHANGE OF ADDRESS** |
| | ) | |

**This applies to:**

**6:19-cv-00038 Appalachian Regional Healthcare, Inc. v. Purdue Pharma L.P. et al**

To the Clerk of Courts, All Parties and Counsel:

I, Jessica Ann Burke, hereby give notice to this Honorable Court, all parties and all counsel of record in this matter that my new contact information effective immediately is as follows:

Jessica Ann Burke
Burke Law Group
860 Geoghegan Road
Shelbyville, KY 40065
jessica@jblawoffices.net (email)
859-533-3269 (phone)
502-415-7297 (fax)

                                               Respectfully Submitted,

                                               /s/  Jessica A. Burke

                                               _____

                                             Jessica A. Burke (KY Bar 94066)
                                             Burke Law Group
                                             860 Geoghegan Road
                                             Shelbyville, KY 40065
                                             jessica@jblawoffices.net (email)
                                             859-533-3269 (phone)
                                             502-415-7297 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Notice of Address Change was sent by the Court's electronic case filing system this 26th day of February, 2024, and served upon all those participating therein.

        Respectfully Submitted,

        /s/  Jessica A. Burke

        _____

        Jessica A. Burke (KY Bar 94066)
        Burke Law Group
        860 Geoghegan Road
        Shelbyville, KY 40065
        jessica@jblawoffices.net (email)
        859-533-3269 (phone)
        502-415-7297 (fax)