UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION THIS DOCUMENT RELATES TO: *Hospital Cases* | ) MDL 2804 ) ) Case No. 1:17-md-2804 ) ) Judge Dan Aaron Polster ) ) **ORDER REGARDING HOSPITAL** ) **FACT SHEETS** |

On November 29, 2023, the Court ordered the Hospital Plaintiffs to submit to the Court by noon on February 2, 2024, "a list of pending Hospital cases where a PFS was not submitted." Order at 1 (docket no. 5257). The Court indicated it would dismiss with prejudice those cases where a Hospital Fact Sheet ("HFS") was not timely provided. *Id.*

The Hospital Plaintiffs timely submitted the list. On February 23, 2024, Defendants sent the Special Master and the Court: (1) a different list of approximately 29 additional Hospitals that had not submitted a HFS; and (2) another list of 38 HFSs submitted with material deficiencies. On February 28, 2024, the Court held a status conference with Hospital Plaintiffs and Defendants.

In their status reports and other emails prior to the conference, and during the status conference itself, it came to light that there was some confusion about which types of entities should be considered "Hospital Plaintiffs" for the purpose of the Court's prior orders. This confusion is what lead Defendants to identify the 29 additional "hospitals" that had not submitted HFSs. The Court now clarifies that, for the purpose of this MDL, a "Hospital Plaintiff" is a hospital *or non-hospital healthcare provider* whose complaint includes "claims relating to unreimbursed

and/or under-reimbursed care for patients with Opioid Use Disorder." Feb. 23, 2024 Email from J. Tinkham to Special Master Cohen.

The Hospital Plaintiffs listed below that may have previously been unaware of their obligation to complete a HFS, but which meet the Court's clarified definition, shall have until **Monday, June 3, 2024**, to complete and submit a HFS to the HFS Repository identified in docket no. 5299. Failure to timely meet this requirement will result in the case being dismissed.

|     | **Hospital Plaintiff** | **Case No.** |
| --- | --- | --- |
| 1.  | Family Health Care Clinic, PSC | 1:18-op-45390 |
| 2.  | Family Practice Clinic of Booneville, Inc. | 1:18-op-45390 |
| 3.  | Big Bend Community Based Care, Inc. | 1:18-op-45493 |
| 4.  | Central Florida Behavioral Health Network, Inc. | 1:18-op-45493 |
| 5.  | Central Florida Cares Health System, Inc. | 1:18-op-45493 |
| 6.  | Lutheran Services Florida, Inc. | 1:18-op-45493 |
| 7.  | Southeast Forida Behavioral Health Network, Inc. | 1:18-op-45493 |
| 8.  | ApolloMD Business Services, LLC | 1:18-op-45548 |
| 9.  | Westcare Foundation, Inc. | 1:18-op-45724 |
| 10. | Seattle Indian Health Bd | 1:18-op-45745 |
| 11. | Baton Rouge Area Alcohol and Drug Center, Inc. | 1:18-op-45757 |
| 12. | O'Brien House Treatment Center | 1:18-op-45757 |
| 13. | Odyssey House Louisiana, Inc. | 1:18-op-45757 |
| 14. | Plaquemines Community Care Centers Foundation, Inc. | 1:18-op-45757 |
| 15. | STC Addiction Wellness Center, Inc. | 1:18-op-45757 |
| 16. | Bellefonte Physician Services, Inc. (KY) | 1:18-op-45819 |
| 17. | Bon Secours Health System, Inc. (KY) | 1:18-op-45819 |
| 18. | Bon Secours Health System, Inc. (VA) | 1:18-op-45820 |
| 19. | Bon Secours Health System, Inc. (SC) | 1:18-op-45821 |
| 20. | St. Francis Physician Services, Inc. | 1:18-op-45821 |
| 21. | Center Point, Inc. | 1:18-op-45921 |
| 22. | New Orleans Mission, Inc. | 1:18-op-46030 |
| 23. | Bridge House Corporation | 1:18-op-46061 |
| 24. | A-MMED Ambulance, Inc. d/b/a A-MED Ambulance Service | 1:18-op-46227 |
| 25. | Detroit Wayne Mental Health Authority | 1:18-op-46332 |
| 26. | Broward Behavioral Health Coalition | 1:19-op-45338 |

| | **Hospital Plaintiff** | **Case No.** |
|---|---|---|
| 27. | Triad Health Systems, Inc. | 1:19-op-45780 |
| 28. | Howard Center, Inc. | 1:19-op-46010 |
| 29. | South Florida Behavioral Health Network | 1:19-op-46070 |
| 30. | Health Care & Rehab Services Southeastern Vermont, inc. | 1:20-op-45079 |
| 31. | Northeast Kingdom, Human Services, Inc. | 1:20-op-45079 |
| 32. | The Counseling Service of Addison County, Inc. | 1:20-op-45079 |
| 33. | Allegiance Specialty Hospital of Greenville, LLC et al. | 1:24-op-45006 |

Further, the Hospital Plaintiffs listed below whose HFS have been identified by Defendants as containing material deficiencies shall have until **Tuesday, March 19, 2024**, to cure those deficiencies. These Hospital Plaintiffs must timely submit a corrected HFS to the HFS Repository, or their case will be dismissed.[1]

| | **Hospital Plaintiff** | **Case No.** |
|---|---|---|
| 1. | Plaintiff Bon Secours-St. Francis Xavier Hospital, Inc | 1:18-op-45821 |
| 2. | Plaintiff St. Francis Hospital, Inc. | 1:18-op-45821 |
| 3. | Plaintiff Jefferson Parish Hospital Service District No. 1 | 1:18-op-45885 |
| 4. | Plaintiff Jefferson Parish Hospital Service District No. 2 | 1:18-op-45885 |
| 5. | Care Plan Oversight, LLC d/b/a Sage Rehabilitation Hospital (LA) | 1:19-op-45614 |
| 6. | CHP Properties, LLC d/b/a Capitol House (LA) | 1:19-op-45614 |
| 7. | Companion Home Services, LLC (LA) | 1:19-op-45614 |
| 8. | Plaintiff Bellator Healthcare Management, LLC | 1:19-op-45614 |
| 9. | Plaintiff Carpenter Hospice of Northwest Louisiana, LLC | 1:19-op-45614 |
| 10. | Plaintiff Grace Hospice of New Orleans, LLC | 1:19-op-45614 |
| 11. | Plaintiff Home Health Houston Bellaire, LLC | 1:19-op-45614 |
| 12. | Plaintiff Homedica of Louisiana | 1:19-op-45614 |
| 13. | Plaintiff Lakeshore Home Health Care, LLC | 1:19-op-45614 |
| 14. | Plaintiff NOLA SJH, LLC | 1:19-op-45614 |
| 15. | Plaintiff Sage LTAC, LLC | 1:19-op-45614 |
| 16. | Plaintiff St. Joseph Hospice & Palliative Care - Northshore, LLC | 1:19-op-45614 |

---

[1] The Hospital Plaintiffs listed here may also provide a written addendum to its HFS explaining why its HFS is not deficient. For example, while a hospital's failure to provide the number of beds available would constitute a material deficiency, an out-patient clinic's would not.

3

|     | **Hospital Plaintiff** | **Case No.** |
| --- | --- | --- |
| 17. | Plaintiff St. Joseph Hospice & Palliative Care of Monroe, LLC | 1:19-op-45614 |
| 18. | Plaintiff St. Joseph Hospice of Acadiana, LLC | 1:19-op-45614 |
| 19. | Plaintiff St. Joseph Hospice of Bayou Region, LLC | 1:19-op-45614 |
| 20. | Plaintiff St. Joseph Hospice of Cenla, LLC | 1:19-op-45614 |
| 21. | Plaintiff St. Joseph Hospice of Houston, LLC | 1:19-op-45614 |
| 22. | Plaintiff St. Joseph Hospice of Southern Mississippi | 1:19-op-45614 |
| 23. | Plaintiff St. Joseph Hospice of Southwest Louisiana, LLC | 1:19-op-45614 |
| 24. | Plaintiff St. Joseph Hospice of West Mississippi, LLC | 1:19-op-45614 |
| 25. | Plaintiff St. Joseph Hospice, LLC | 1:19-op-45614 |
| 26. | Plaintiff Stat Home Health Florid Panhandle, LLC | 1:19-op-45614 |
| 27. | Plaintiff Stat Home Health Houston, LLC | 1:19-op-45614 |
| 28. | Plaintiff Stat Home Health of Cenark, LLC | 1:19-op-45614 |
| 29. | Plaintiff Stat Home Health of Northwest Louisiana, LLC | 1:19-op-45614 |
| 30. | Plaintiff Stat Home Health of Southeast Louisiana, LLC | 1:19-op-45614 |
| 31. | Plaintiff Stat Home Health of Southwest Louisiana, LLC | 1:19-op-45614 |
| 32. | Plaintiff Stat Home Health-North, LLC | 1:19-op-45614 |
| 33. | Plaintiff Stat Home Health, LLC | 1:19-op-45614 |
| 34. | Plaintiff Stat-Home Health-West, LLC | 1:19-op-45614 |
| 35. | St. Joseph Hospice of South Alabama, LLC (LA) | 1:19-op-45614 |
| 36. | Plaintiff Chatham County Hospital Authority, Georgia | 1:19-op-45725 |
| 37. | Plaintiff I-Kare Treatment Center, LLC | 1:19-op-45829 |

Finally, the parties agree that the Hospital Plaintiffs listed below have failed to timely submit a HFS into the HFS Repository and their cases may properly be dismissed for failing to adhere to this Court's orders.

|     | **Hospital Plaintiff** | **Case No.** |
| --- | --- | --- |
| 1. | J. Paul Jones Hospital (AL) | 1:18-op-45161 |
| 2. | Our Lady of Bellefonte Hospital, Inc. (KY) | 1:18-op-45819 |
| 3. | Bon Secours Depaul Medical Center, Inc. (VA) | 1:18-op-45820 |
| 4. | Bon Secours—Virginia Healthsource, Inc. (VA) | 1:18-op-45820 |
| 5. | Bon Secours Health Systems, Inc. (MD) | 1:18-op-45822 |
| 6. | Bon Secours Hospital Baltimore, Inc., (MD) | 1:18-op-45822 |
| 7. | Round Valley Indian Health Center, Inc. (CA) | 1:18-op-45915 |

| | **Hospital Plaintiff** | **Case No.** |
|---|---|---|
| 8. | Southern Illinois Healthcare Foundation (IL), d/b/a SIHF Healthcare | 1:19-op-45456 |
| 9. | Touchette Regional Hospital | 1:19-op-45457 |
| 10. | Lebanon HMA, LLC | 1:19-op-46165 |
| 11. | Shelbyville Hospital Company, LLC | 1:19-op-46165 |
| 12. | Tullahoma HMA, LLC | 1:19-op-46165 |
| 13. | Hudson Regional Hospital (NJ) | 1:20-op-45026 |
| 14. | Boa Vida Hospital of Aberdeen, MS, LLC | 1:20-op-45127 |
| 15. | Clarksdale HMA, LLC | 1:20-op-45127 |
| 16. | Field Memorial Community Hospital | 1:20-op-45127 |
| 17. | Anna Hospital Corporation | 1:20-op-45266 |
| 18. | Blue Island Hospital Company, LLC | 1:20-op-45266 |
| 19. | Galesburg Hospital Corporation | 1:20-op-45266 |
| 20. | Granite City Illinois Hospital Company, LLC | 1:20-op-45266 |
| 21. | Marion Hospital Corporation | 1:20-op-45266 |
| 22. | National Healthcare of Mt. Vernon, Inc. | 1:20-op-45266 |
| 23. | Red Bud Illinois Hospital Company, LLC | 1:20-op-45266 |
| 24. | Waukegan Illinois Hospital Company, LLC | 1:20-op-45266 |

Accordingly, at the appropriate time, any defendant may move for dismissal with prejudice of any of the above-named plaintiffs' cases for failing to comply with this Order.

**IT IS SO ORDERED.**

    **/s/ Dan Aaron Polster  March 5, 2024**
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**