UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**THIS DOCUMENT RELATES TO**:<br><br>*City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12)<br><br>*Lincoln County v. Richard S. Sackler, M.D.*, No. 20-op-45069 (Track 13)<br><br>*City of Independence, Missouri v. Williams*, No. 19-op-45371 (Track 14)<br><br>*County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 (Track 15) | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

**SECOND SUPPLEMENTAL DECLARATION OF MATTHEW P. HOOKER SUPPORTING OPTUMRX, INC.'S MOTION TO DISQUALIFY MOTLEY RICE**

## SECOND SUPPLEMENTAL DECLARATION OF MATTHEW P. HOOKER

I, Matthew P. Hooker, declare as follows:

1. I am over eighteen years old, of sound mind, and under no legal disability.

2. I am an associate at Alston & Bird LLP.

3. I have personal knowledge of the facts set forth in this declaration, and if called to testify in person about those facts, could competently do so under oath.

4. Attached as **Exhibit A** is a true and correct copy of the Second Supplemental Expert Report and Opinion of Sari W. Montgomery and Wendy J. Muchman.

[Signature page follows]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 6th, 2024

_____
Matthew P. Hooker