# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | § § § § § § § § | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |
| This document relates to: | | |
| *All Cases Naming AbbVie Inc. Or Knoll Pharmaceutical Co.* | | |

## NOTICE OF WITHDRAWAL

Please take notice that attorney J. Laurens Wilkes hereby withdraws his appearance in the above-captioned action on behalf of Defendants AbbVie Inc. and Knoll Pharmaceutical Company (collectively, the "AbbVie Defendants"). The AbbVie Defendants will continue to be represented by attorney David B. Alden of Jones Day as indicated in the signature block below.

Dated: March 6, 2024

Respectfully submitted,

/s/ *David B. Alden*
David B. Alden (Ohio #6143)
JONES DAY
North Point, 901 Lakeside Ave.
Cleveland, Ohio  44114-1190
Telephone: (216) 586-7121
Facsimile: (216) 579-0212
dbalden@jonesday.com

*Counsel for AbbVie Inc. & Knoll Pharmaceutical Co.*

OF COUNSEL:
Stephanie E. Parker
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia  30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
separker@jonesday.com

NAI-1539474844v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2024, a copy of the foregoing was filed electronically via CM/ECF.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *David B. Alden*
David B. Alden

NAI-1539474844v1