# EXHIBIT A

**In Re National Prescription Opiate Litigation**
**Case No. 1:17-MD-2804**

# LIST OF CASES

| Case Name | Case No. | Date Filed | Plaintiff's Counsel |
|---|---|---|---|
| City of Jacksonville v INSYS, et al. | 1:18-op-46120 | 02/27/2018 | Scott + Scott, New York, NY; OGC, Jacksonville, FL |
| City of Paterson v. Purdue Pharma, et al. | 1:18-op-45371 | 04/06/2018 | Goldsmith & Goldsmith, Englewood Cliffs, NJ; Scott & Scott-New York, New York, NY |
| County of Multnomah v. Purdue Pharma L.P., et al. | 1:18-op-45377 | 04/09/2018 | Brent L. Crumpton, Birmingham, AL; Nicholas A. Kahl, Portland, OR; Wiggins, Childs, Pantazis, Fisher & Goldfarb, Birmingham, AL |
| Confederated Tribes of the Umatilla Indian Reservation v. Purdue Pharma, L.P., et al. | 1:18-op-45541 | 05/08/2018 | Johnson Johnson Lucas & Middleton, Eugene, OR; Skikos Crawford Skikos & Joseph, San Francisco, CA |
| County of Hudson v. Purdue Pharma, L.P., et al. | 1:18-op-45937 | 08/09/2018 | Sanders Viener Grossman, Mineola, NY; Milberg Coleman Bryson Phillips Grossman, Garden City, NJ |
| City of Portsmouth v. McKesson Corp., et al. | 1:19-op-45856 | 01/11/2019 | Furniss Davis Rashkind & Saunders PC, Norfolk, VA; Scott + Scott Attorneys at Law LLP, New York, NY |
| Stockbridge-Munsee Community v. Purdue Pharma, L.P. et al. | 1:19-op-45032 | 01/25/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Coeur D'Alene Tribe v. Purdue Pharma, et al. | 1:19-op-45115 | 03/08/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA & Cleveland, OH |
| Muckleshoot Indian Tribe v. Purdue Pharma, L.P., et al. | 1:19-op-45213 | 03/29/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |

| Case Name | Case No. | Date Filed | Plaintiff's Counsel |
|---|---|---|---|
| Tudhope v. Amerisource, et al. | 1:19-op-45235 | 04/11/2019 | Thomas J. Preuss, Preuss \| Foster, Leawood, KS |
| Bay Mills Indian Community v. Purdue Pharma, et al. | 1:19-op-45287 | 04/19/2019 | Skikos Crawford Skikos & Joseph-San Francisco, San Francisco, CA |
| Confederated Tribes of the Colville Reservation v. Purdue Pharma, et al. | 1:19-op-45312 | 05/08/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Mescalero Apache Tribe v. Purdue Pharma, L.P., et al. | 1:19-op-45317 | 05/10/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Johnson County, Missouri v. Purdue Pharma, L.P., et al. | 1:19-op-45363 | 06/05/2019 | Bertram & Graf-Kansas City, Kansas City, MO; Edgar Law Firm, Kansas City, MO |
| Morgan County, Missouri v. Purdue Pharma, L.P., et al. | 1:19-op-45367 | 06/05/2019 | Bertram & Graf-Kansas City, Kansas City, MO; Edgar Law Firm, Kansas City, MO |
| City of Rochester v. Purdue Pharma, et al. | 1:19-op-45853 | 06/05/2019 | Napoli Shkolnik, Melville, NY & Hato Rey and Santurce, PR |
| City of Harrisonville, Cass Cty., Missouri v. Purdue Pharma, L.P., et al. | 1:19-op-45369 | 06/06/2019 | Bertram & Graf-Kansas City, Kansas City, MO; Edgar Law Firm, Kansas City, MO |
| Shoshone-Bannock Tribes v. Purdue Pharma L.P. et al. | 1:19-op-45373 | 06/06/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Three Affiliated Tribes v. Purdue Pharma L.P. et al. | 1:19-op-45376 | 06/06/2019 | Skikos Crawford Skikos & Joseph- San Francisco, San Francisco, CA; Robins Kaplan,, Bismarck, ND |
| Wabaunsee Cty, KS, et al. v. Purdue Pharma, L.P., et al. | 1:19-op-45377 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| Board of Cty. Commissioners for Dickinson Cty., KS, et al. v. Purdue Pharma, L.P., et al. | 1:19-op-45379 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |

| Case Name | Case No. | Date Filed | Plaintiff's Counsel |
|---|---|---|---|
| City of Elkhardt, Morton Cty., KS v. Purdue Pharma, L.P., et al. | 1:19-op-45380 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| Kickapoo Tribe in KS v. Purdue Pharma L.P., et al. | 1:19-op-45381 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| Board of County Counselors for Elk County, KS, et al. v. Purdue Pharma, L.P., et al. | 1:19-op-45382 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| Board of County Commissioners for Greenwood County, KS, et al. v. Purdue Pharma, L.P., et al. | 1:19-op-45384 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| The Jicarilla Apache Nation v. Purdue Pharma L.P. et al. | 1:19-op-45385 | 06/06/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Board of County Commissioners of Finney Cty., KS, et al. v. Purdue Pharma, L.P., et al. | 1:19-op-45387 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| Board of County Commissioners for Stanton Cty., KS, et al. v. Purdue Pharma, L.P., et al. | 1:19-op-45388 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| City of Manter, Stanton County, KS v. Purdue Pharma, L.P., et al. | 1:19-op-45389 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| Board of County Commissioners of Meade Cty., KS, et al. v. Purdue Pharma, L.P., et al. | 1:19-op-45390 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| Board of County Commissioners of Seward Cty., KS, et al. v. Purdue Pharma, L.P., et al. | 1:19-op-45391 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| City of Ulysses, Grant County, KS v. Purdue Pharma, L.P., et al. | 1:19-op-45392 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| Board of County Commissioners for Morton Cty., KS, et al. v. Purdue Pharma, L.P., et al. | 1:19-op-45393 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |

| Case Name | Case No. | Date Filed | Plaintiff's Counsel |
|---|---|---|---|
| Board of County Commissioners for Grant Cty., KS, et al. v. Purdue Pharma, L.P., et al. | 1:19-op-45394 | 06/06/2019 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| Chippewa Cree Tribe of the Rocky Boy's Reservation v. Purdue Pharma L.P., et al. | 1:19-op-45395 | 06/06/2019 | Skikos Crawford Skikos & Joseph- San Francisco, San Francisco, CA |
| City of Coatesville, PA v. Purdue Pharma, L.P., et al. | 1:19-op-45396 | 06/06/2019 | Skikos Crawford Skikos & Joseph- San Francisco, San Francisco, CA |
| La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation v. Purdue Pharma, L.P., et al. | 1:19-op-45397 | 06/06/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Tonto Apache Tribe v. Purdue Pharma L.P., et al. | 1:19-op-45398 | 06/07/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Otoe-Missouria Tribe of Indians v. Purdue Pharma L.P., et al. | 1:19-op-45402 | 06/07/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Mechoopda Indian Tribe of Chico Rancehria v. Purdue Pharma L.P., et al. | 1:19-op-45403 | 06/07/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Gooding County, Idaho, et al. v. Purdue Pharma, et al. | 1:19-op-45404 | 06/07/2019 | Shkolnik, Melville, NY & Santurce, PR |
| Mashantucket (Western) Pequot Tribe v. Purdue Pharma L.P., et al. | 1:19-op-45405 | 06/07/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Camas County, Idaho v. Purdue Pharma, L.P., et al. | 1:19-op-45407 | 06/07/2019 | Napoli Shkolnik, Melville, NY & Santurce, PR |
| Sokaogon Chippewa Community v. Purdue Pharma L.P., et al. | 1:19-op-45410 | 06/07/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Tohono Oodham Nation v. Purdue Pharma L.P., et al. | 1:19-op-45411 | 06/07/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |

4

| Case Name | Case No. | Date Filed | Plaintiff's Counsel |
|---|---|---|---|
| Eastern Shoshone Tribe v. Purdue Pharma L.P., et al. | 1:19-op-45412 | 06/07/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| City of Seven Hills, Ohio v. Purdue Pharma L.P., et al. | 1:19-op-45413 | 06/10/2019 | Napoli Shkolnik, Melville, NY and Santurce, PR |
| Pettis County, Missouri v. Purdue Pharma, et al. | 1:19-op-45416 | 06/10/2019 | Napoli Shkolnik-Melville, Melville, NY and Santurce, PR |
| Covington Cty., Mississippi v. Purdue Pharma, et al. | 1:19-op-45417 | 06/10/2019 | Napoli Shkolnik, Melville, NY and Santurce, PR |
| Town of Summit, Mississippi v. Purdue Pharma L.P., et al. | 1:19-op-45418 | 06/10/2019 | Napoli Shkolnik, Melville, NY and Santurce, PR |
| Town of Arcola. Mississippi v. Purdue Pharma, et al. | 1:19-op-45419 | 06/10/2019 | Napoli Shkolnik, Melville, NY and Santurce, PR |
| Forsyth Cty., Georgia v. Purdue Pharma L.P., et al. | 1:19-op-45420 | 06/10/2019 | Napoli Shkolnik, Melville, NY & Santurce, PR |
| Sandoval County, New Mexico v. Purdue Pharma L.P., et al. | 1:19-op-45421 | 06/10/2019 | Napoli Shkolnik, Melville, NY and Santurce, PR |
| City of Mound Bayou v. Purdue Pharma L.P., et al. | 1:19-op-45422 | 06/10/2019 | Napoli Shkolnik, Melville, NY and Santurce, PR |
| Walton County, Florida v. Purdue Pharma L.P., et al. | 1:19-op-45423 | 06/10/2019 | Napoli Shkolnik, Melville, NY & Santurce, PR |
| City of Saint Paul, Minnesota v. Purdue Pharma, et al. | 1:19-op-45424 | 06/10/2019 | Napoli Shkolnik-Melville, Melville, NY and Santurce, PR |
| Town of Centreville, MO v. Purdue Pharma, et al. | 1:19-op-45425 | 6/10/2019 | Napoli Shkolnik, Melville, NY |
| Maverick County, TX v. Purdue Pharma, et al. | 1:19-op-45426 | 06/10/2019 | Napoli Shkolnik, Melville, NY |
| Town of Fort Deposit, Alabama v. Purdue Pharma L.P., et al. | 1:19-op-45427 | 06/10/2019 | Napoli Shkolnik, PLLC, Melville, NY |
| Township of Saddle Brook, New Jersey v. Purdue Pharma, et al. | 1:19-op-45431 | 06/10/2019 | Napoli Shkolnik, Melville, NY and Santurce, PR |

| Case Name | Case No. | Date Filed | Plaintiff's Counsel |
|---|---|---|---|
| City of Ogdensburg v. Purdue Pharma, L.P., et al. | 1:19-op-45852 | 06/10/2019 | Napoli Shkolnik, Melville, NY & Hato Rey and Santurce, PR |
| City of Saratoga Springs v. Purdue Pharma, L.P., et al. | 1:19-op-45857 | 06/10/2019 | Napoli Shkolnik, Melville, NY & Hato Rey and Santurce, PR |
| Bristol Township, PA v. Purdue Pharma, L.P., et al. | 1:19-op-45434 | 06/12/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Morrisville Borough, PA v. Purdue Pharma, L.P., et al. | 1:19-op-45435 | 06/12/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| The Comanche Nation v. Purdue Pharma, L.P., et al. | 1:19-op-45442 | 06/13/2019 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Johnson County, KS v. v. Purdue Pharma, L.P. et al. | 1:19-op-45443 | 06/13/2019 | Napoli Shkolnik, Mellville, NY & Santurce, PR |
| City of Laguna Beach, CA v. Purdue Pharma, L.P., et al. | 1:19-op-45447 | 06/13/2019 | Robinson, Calcagnie & Robinson, Newport Beach, CA |
| Town of Arlington, TN v. Purdue Pharma, et al. | 1:19-op-45471 | 06/14/2019 | Napoli Shkolnik, Melville, NY |
| City of Millington, TN v. Purdue Pharma, et al. | 1:19-op-45474 | 06/14/2019 | Napoli Shkolnik, Melville, NY |
| Town of Enfield v. Purdue Pharma, L.P., et al. | 1:19-op-45581 | 07/08/2019 | Scott + Scott, New York, NY & Colchester, CT |
| City of Middletown v. Purdue Pharma L.P., et al. | 1:19-op-45651 | 07/22/2019 | Scott + Scott, New York, NY & Colchester, CT |
| Town of Wethersfield v. Purdue Pharma L.P., et al. | 1:19-op-45663 | 07/29/2019 | Scott + Scott, New York, NY & Colchester, CT |
| City of Amsterdam v. Purdue Pharma, L.P., et al. | 1:19-op-46162 | 07/31/2019 | Napoli Shkolnik, Melville, NY & Hato Rey and Santurce, PR |
| City of Norwich v. Purdue Pharma L.P., et al. | 1:19-op-45840 | 10/02/2019 | Scott + Scott, New York, NY & Colchester, CT |
| City of Auburn v. Purdue Pharma, et al. | 1:19-op-45843 | 10/07/2019 | Napoli Shkolnik, Melville, NY & Hato Rey and Santurce, PR |
| County of Kauai v. Purdue Pharma L.P., et al. | 1:19-op-45862 | 10/18/2019 | Napoli Shkolnik, Melville, NY & Santurce, PR; John Y. Choi, Honolulu, HI |

| Case Name | Case No. | Date Filed | Plaintiff's Counsel |
|---|---|---|---|
| Mayflower Municipal Health Group, et al. v. Johnson & Johnson, et al. | 1:19-op-45897 | 10/20/2019 | Napoli Shkolnik, Melville, NY and Santurce, PR |
| Sheet Metal Workers Local 38 Ins. and Welfare Fund v. Johnson & Johnson, et al. | 1:19-op-46094 | 11/27/2019 | Napoli Shkolnik, Santurce, Puerto Rico |
| Pipefitters Local 636 Ins. Fund v. Johnson & Johnson, et al. | 1:19-op-46095 | 11/27/2019 | Napoli Shkolnik, Santurce, Puerto Rico |
| Allegany County v. Purdue Pharma, L.P., et al. | 1:19-op-46151 | 12/23/2019 | Napoli Shkolnik, Melville, NY & Hato Rey and Santurce, PR |
| County of Ocean, NJ v. Purdue Pharma, L.P., et al. | 1:19-op-46157 | 12/30/2019 | Sanders Viener Grossman, Mineola, NY; Scott & Scott, New York, NY |
| City of Trenton, NJ v. Purdue Pharma, L.P., et al. | 1:19-op-46158 | 12/31/2019 | Goldsmith & Goldsmith, Englewood Cliffs, NJ; Scott & Scott, New York, NY |
| City of Poughkeepsie v. Purdue Pharma, L.P., et al. | 1:19-op-46163 | 12/31/2019 | Napoli Shkolnik, Melville, NY and Hato Rey, PR |
| City of Hawaii v. Endo Health Solutions, Inc., et al. | 1:20-op-45014 | 01/08/2020 | Napoli Shkolnik, Melville, NY & Santurce, PR; John Y. Choi, Honolulu, HI |
| Iowa Tribe of KS and NE v. Cephalon, Inc., et al. | 1:20-op-45099 | 03/11/2020 | Skikos Crawford Skikos & Joseph-San Francisco, San Francisco, CA |
| Town of Windham v. Teva Pharma USA, Inc., et al. | 1:20-op-45103 | 03/12/2020 | Scott + Scott, Colchester, CT |
| City of Buffalo v. Purdue Pharma, L.P., et al | 1:19-op-46104 | 12/05/2019 | Napoli Shkolnik, Melville, NY & Hato Rey and Santurce, PR |
| County of Madison, MS v. Teva Pharma, USA, Inc., et al. | 1:20-op-45106 | 03/17/2020 | Napoli Shkolnik, Melville, NY and Santurce, PR |

| Case Name | Case No. | Date Filed | Plaintiff's Counsel |
| --- | --- | --- | --- |
| Quechan Tribe of the Fort Yuma Indian Reservation v. Cephalon, Inc., et al. | 1:20-op-45108 | 03/19/2020 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Prairie Band Potawatomi Nation v. Cephalon, Inc., et al. | 1:20-op-45139 | 03/30/2020 | Skikos Crawford Skikos & Joseph-San Francisco, San Francisco, CA |
| Dry Creek Band of Pomo Indians v. Cephalon, Inc., et al. | 1:20-op-45147 | 04/02/2020 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Board of Cty. Commissioners for Allen Cty., KS and Jerry Hathaway, Allen Cty. Attorney v. Purdue Pharma, L.P., et al. | 1:20-op-45151 | 04/08/2020 | Edgar Law Firm, Kansas City, MO; Bertram & Graf-Kansas City, Kansas City, MO |
| The City of Sedalia, Pettis Cty., MS v. Purdue Pharma, L.P., et al. | 1:20-op-45152 | 04/08/2020 | Edgar Law Firm, LLC, Kansas City, MO; Bertram & Graf- Kansas City, Kansas City, MO |
| Sac and Fox Nation of MS in KS and NE v. Cephalon, Inc., et al. | 1:20-op-45161 | 05/04/2020 | Skikos Crawford Skikos & Joseph-San Francisco, San Francisco, CA |
| Santa Rosa Rancheria Tachi Yokut Tribe v. Cephalon, Inc., et al. | 1:20-op-45163 | 05/05/2020 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Lower Southampton, PA v. Cephalon, Inc., et al. | 1:20-op-45181 | 06/09/2020 | Skikos Crawford Skikos & Joseph, San Francisco, CA |
| Shawnee County, KS, Board of Commissioners v. Allergan PLC, et al. | 1:20-op-45226 | 08/07/2020 | Palmer Law Group, L.L.P., Topeka, KS |
| Town of Poughkeepsie v. Teva Pharma USA, Inc., et al. | 1:20-op-45260 | 10/09/2020 | Napoli Shkolnik, Melville, NY and Hato Rey, PR |
| Ford Cty., KS, Board of Commissioners v. Allergan PLC, et al. | 1:20-op-45263 | 10/20/2020 | Palmer Law Group, L.L.P., Topeka, KS |