**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: ) ) | |
| *MDL No 2804 and (Case List Case Nos. identified on Ex. A)* ) ) ) ) ) ) ) ) | JUDGE DAN AARON POLSTER  PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR JOHN KAPOOR |

**THIS MATTER** comes before the Court upon a Motion to Withdraw by Nixon Peabody LLP as counsel of record for Defendant, John Kapoor. The Court has carefully considered the Motion and the record.

**IT IS** on this _____ day of _____ , 2024, hereby **ORDERED AND ADJUDGED** that:

1. The Motion to Withdraw as counsel of record is hereby granted.
2. Kurt M. Mullen, Brian T. Kelly, Mark T. Knights, Vernon W. Johnson, III, Steven M. Richard, Kacey Walker (formerly of Nixon Peabody LLP), and the law firm of Nixon Peabody LLP, are removed as counsel for Defendant, John Kapoor, with respect to this action and the cases identified on Exhibit A to Dkt. No. 5343.

_____
HONORABLE DAN AARON POLSTER