UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) *City of Rochester v. Purdue Pharma L.P.*, ) No. 19-op-45853 (Track 12) ) ) *Lincoln County v. Richard S. Sackler, M.D.*, ) No. 20-op-45069 (Track 13) ) ) *City of Independence, Missouri v. Williams*, ) No. 19-op-45371 (Track 14) ) ) *County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 (Track 15) ) ) ) | MDL NO. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**NOTICE OF FILING REDACTED SUPPLEMENTAL AND AMENDED COMPLAINTS**

Pursuant to the Court's February 20, 2024 Order (doc 5319), the Plaintiffs' Executive Committee ("PEC") hereby provides notice of, and files into the public record, the following redacted PBM Bellwether Plaintiffs' supplemental and amended complaints:

**Exhibit 1**: PLAINTIFF THE CITY OF ROCHESTER, NEW YORK'S SUPPLEMENTAL AND AMENDED ALLEGATIONS TO BE ADDED TO THE VERIFIED COMPLAINT AND JURY DEMAND

**Exhibit 2**: PLAINTIFF LINCOLN COUNTY, MISSOURI'S SUPPLEMENTAL AND AMENDED ALLEGATIONS TO BE ADDED TO COMPLAINT

**Exhibit 3**: PLAINTIFF CITY OF INDEPENDENCE, MISSOURI'S SUPPLEMENTAL AND AMENDED ALLEGATIONS TO BE ADDED TO COMPLAINT

**Exhibit 4**: PLAINTIFF WEBB COUNTY, TEXAS' SUPPLEMENTAL AND AMENDED ALLEGATIONS TO BE ADDED TO SECOND AMENDED COMPLAINT

As a result of the PEC's confidentiality challenges and the resulting ruling,[1] the attached PBM Bellwether Plaintiffs' supplemental and amended complaints, exhibits 1-4 hereto, can now be filed publicly with redactions in two paragraphs of each document.

Dated: March 6, 2024

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR 00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

---

[1] Special Master Cohen ruled that the PBM Defendants Express Scripts, Inc.'s and OptumRx, Inc.'s proposed redactions were unsupported with the exception of two paragraphs from each complaint. *See* Order Regarding Disputed Redactions (ECF No. 5287-1).

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 6th day of March, 2024, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                                                  s/Peter H. Weinberger  
                                                  Peter H. Weinberger