UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) *City of Rochester v. Purdue Pharma L.P.*, ) No. 19-op-45853 (Track 12) ) ) *Lincoln County v. Richard S. Sackler, M.D.*, ) No. 20-op-45069 (Track 13) ) ) *City of Independence, Missouri v. Williams*, ) No. 19-op-45371 (Track 14) ) ) *County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 (Track 15) ) ) | MDL NO. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER<br><br>IT IS SO ORDERED.<br>s/ Dan Aaron Polster<br>DAN AARON POLSTER<br>U.S. DISTRICT JUDGE<br><br>Dated:  March 7, 2024 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINTS UNDER SEAL**

Pursuant to Local Rule 5.2, PBM Bellwether Plaintiffs seek leave to file under seal their unredacted Supplemental and Amended Complaints per the Court's Order granting Plaintiffs' Motion (doc 5319).

Local Rule 5.2 states: "No document will be accepted for filling under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

The document Plaintiffs seek to attach contains internal language that *may* contain information that falls within the purview of the Protective and Confidentiality Orders, including Case Management Order No. 2 and the amendments thereto (ECF #s 441, 1357, 2687, 2688). Plaintiffs respectfully request to proceed in this manner so there are no inadvertent disclosures of information subject to Protective Orders and to comply with this Court's orders unless/until the