**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) ) | CASE NO. 1:17-MD-2804-DAP  JUDGE DAN AARON POLSTER |

**ABBVIE INC. AND KNOLL PHARMACEUTICAL COMPANY'S
AMENDED NOTICE OF FILING REQUESTED SERVICE
<u>WAIVER FORM AND DESIGNATION FOR ACCEPTANCE</u>**

Pursuant to the Court's Case Management Order One filed on April 11, 2018 (Dkt. 232), and in accordance with Section 6(d), defendants AbbVie Inc. and Knoll Pharmaceutical Company (a) give notice of attaching the forms for waiver of service, which are modified in accordance with the Court's orders, as Exhibits A and B and (b) designate David B. Alden as the person to electronically receive service waiver requests, complete with all required case information and a PDF copy of the complaint and any exhibits, for AbbVie Inc. and Knoll Pharmaceutical Company via email. Mr. Alden's contact information is as follows:

> **David B. Alden
> Ohio State Bar No. 0006143
> JONES DAY
> North Point, 901 Lakeside Avenue
> Cleveland, OH  44114-1190
> Telephone:    (216) 586-3939
> Facsimile:    (216) 579-0212
> dbalden@jonesday.com**

NAI-1539524500v1

This amended notice and the revised waiver of service forms replace the notice and forms filed on behalf of AbbVie Inc. and Knoll Pharmaceuticals Company on April 25, 2018 (Dkt. 286).

Dated:  March 7, 2024  

Respectfully submitted,

/s/ David B. Alden  
David B. Alden  
Ohio State Bar No. 0006143  
JONES DAY  
North Point, 901 Lakeside Avenue  
Cleveland, OH  44114-1190  
Telephone: (216) 586-3939  
Facsimile: (216) 579-0212  
dbalden@jonesday.com  

Stephanie E. Parker  
Georgia State Bar No. 563250  
JONES DAY  
1420 Peachtree Street, N.E., Suite 800  
Atlanta, GA  30309-3053  
Telephone: (404) 521-3939  
Facsimile: (404) 281-8330  
separker@jonesday.com  

*Attorneys for Defendants AbbVie Inc. and Knoll Pharmaceutical Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

Dated:  March 7, 2024                                               Respectfully submitted,

                                                                             /s/ David B. Alden  
                                                                             David B. Alden  
                                                                             Ohio State Bar No. 0006143  
                                                                             JONES DAY  
                                                                             North Point, 901 Lakeside Avenue  
                                                                             Cleveland, OH  44114-1190  
                                                                             Telephone:     (216) 586-7121  
                                                                             Facsimile:      (216) 579-0212  
                                                                             dbalden@jonesday.com

                                                          *An Attorney for Defendants AbbVie Inc. and Knoll Pharmaceutical Company*

NAI-1539524500v1