# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE: NATIONAL PRESCRIPTION** | ) | **CASE NO. 1:17-MD-2804-DAP** |
| **OPIATE LITIGATION** | ) | |
| | ) | |
| | ) | **JUDGE DAN AARON POLSTER** |

## NOTICE OF APPEARANCE

Please take notice that Emily C. McGowan, of the firm ALSTON & BIRD LLP, hereby enters her appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated: March 14, 2024

Respectfully submitted,

*/s/ Emily C. McGowan*

Emily C. McGowan
North Carolina Bar No. 44543
emily.mcgowan@alston.com
**ALSTON & BIRD LLP**
1120 South Tryon Street
Vantage South End, Suite 300
Charlotte, NC 28203
Tel.: (704) 444-1000
Fax: (704) 444-1111

*Attorneys for OptumRx, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

attorneys of record at their e-mail addresses on file with the Court.

*/s/ Emily C. McGowan*

Emily C. McGowan
ALSTON & BIRD LLP
North Carolina Bar No. 44543