# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please take notice that D. Andrew Hatchett, of the firm ALSTON & BIRD LLP, hereby enters his appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated:  March 14, 2024

                                             Respectfully submitted,

*/s/ D. Andrew Hatchett*
D. Andrew Hatchett
Georgia Bar No. 962180
andrew.hatchett@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW
Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Attorneys for OptumRx, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ D. Andrew Hatchett
D. Andrew Hatchett
ALSTON & BIRD LLP
Georgia Bar No. 962180