# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Caroline R. Strumph, of the firm ALSTON & BIRD LLP, hereby enters his appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated: March 14, 2024

                                                         Respectfully submitted,

                                                         */s/ Caroline R. Strumph*
                                                         Caroline R. Strumph
                                                         Georgia Bar No. 250168
                                                         caroline.strumph@alston.com
                                                         **ALSTON & BIRD LLP**
                                                          1201 West Peachtree Street NW
                                                          Suite 4900
                                                          Atlanta, GA 30309
                                                          Tel.: (404) 881-7000
                                                          Fax: (404) 881-7777

                                                          *Attorneys for OptumRx, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                        */s/ Caroline R. Strumph*
                                        Caroline R. Strumph
                                        ALSTON & BIRD LLP
                                        Georgia Bar No. 250168