# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Brandon C.E. Springer, of the firm ALSTON & BIRD LLP, hereby enter his appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated:  March 14, 2024

Respectfully submitted,

*/s/ Brandon C.E. Springer*
Brandon C.E. Springer
North Carolina Bar No. 54523
brandon.springer@alston.com
**ALSTON & BIRD LLP**
1120 South Tryon Street
Vantage South End, Suite 300
Charlotte, NC 28203
Tel.: (704) 444-1000
Fax: (704) 444-1111

*Attorneys for OptumRx, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                        */s/ Brandon C.E. Springer*
                                        Brandon C.E. Springer
                                        ALSTON & BIRD LLP
                                        North Carolina Bar No. 54523