# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Bradley Harder, of the firm ALSTON & BIRD LLP, hereby enters his appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated:  March 14, 2024

                                                               Respectfully submitted,

                                                               */s/ Bradley Harder*
                                                               Bradley Harder
                                                               Georgia Bar No. 117880
                                                               bradley.harder@alston.com
                                                               **ALSTON & BIRD LLP**
                                                               1201 West Peachtree Street NW
                                                               Suite 4900
                                                               Atlanta, GA 30309
                                                               Tel.: (404) 881-7000
                                                               Fax: (404) 881-7777

                                                               *Attorneys for OptumRx, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Bradley Harder
Bradley Harder
ALSTON & BIRD LLP
Georgia Bar No. 117880