# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Ethan J. Bond, of the firm ALSTON & BIRD LLP, hereby enters his appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated: March 14, 2024

                                                     Respectfully submitted,

                                                     */s/ Ethan J. Bond*
                                                     Ethan J. Bond
                                                     California Bar No. 316532
                                                   ethan.bond@alston.com
                                                   **ALSTON & BIRD LLP**
                                                   333 South Grand Avenue
                                                   51st Floor
                                                   Los Angeles, CA 90071
                                                   Tel.: (213) 576-1000
                                                   Fax: (213) 576-1100

                                                   *Attorneys for OptumRx, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Ethan J. Bond
Ethan J. Bond
ALSTON & BIRD LLP
California Bar No. 316532