# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) | **MDL NO. 2804** |
| **THIS DOCUMENT RELATES TO:** ) ) | **Case No. 1:17-md-2804** |
| *City of Rochester v. Purdue Pharma L.P.*, No. 19-op-45853 (Track 12) ) ) ) ) | **JUDGE DAN AARON POLSTER** |
| *Lincoln County v. Richard S. Sackler, M.D.*, No. 20-op-45069 (Track 13) ) ) ) | |
| *City of Independence, Missouri v. Williams*, No. 19-op-45371 (Track 14) ) ) ) | |
| *County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 (Track 15) ) ) ) | |

## NOTICE OF FILING EXHIBIT K TO PLAINTIFFS' AND PEC'S RESPONSE TO EXPRESS SCRIPTS' PROPOSED BRIEF IN SUPPORT OF OPTUMRX'S MOTION TO DISQUALIFY MOTLEY RICE

Plaintiffs and the PEC hereby note that Exhibit K referenced in its Response to Express Scripts' Proposed Brief in Support of OptumRx's Motion to Disqualify Motley Rice (doc 5360) was inadvertently unattached to the document and hereby provide same to correct their filing error.

Dated: March 15, 2024         Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

                    Joseph F. Rice
                    MOTLEY RICE LLC
                    28 Bridgeside Blvd.
                    Mt. Pleasant, SC 29464
                    (843) 216-9000
                    (843) 216-9290 (fax)
                    jrice@motleyrice.com

                    Paul T. Farrell, Jr., Esq.
                    FARRELL & FULLER LLC
                    1311 Ponce de Leone Ave., Suite 202
                    San Juan, PR 00907
                    (304) 654-8281
                    paul@farrellfuller.com

                    *MDL Plaintiffs' Co-Lead Counsel*

                    *s/ Peter H. Weinberger*
                    Peter H. Weinberger (0022076)
                    SPANGENBERG SHIBLEY & LIBER
                    1001 Lakeside Avenue East, Suite 1700
                    Cleveland, OH 44114
                    (216) 696-3232
                    (216) 696-3924 (fax)
                    pweinberger@spanglaw.com

                    *MDL Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                    *s/ Peter H. Weinberger*
                    Peter H. Weinberger