# **EXHIBIT K**



28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000   f. 843.216.9450

**Jodi Westbrook Flowers**
*Licensed in SC*
direct: 843.216.9163
jflowers@motleyrice.com

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

June 8, 2018

**VIA ELECTRONIC MAIL**

Mark S. Cheffo, Esq.
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Mark.cheffo@dechert.com

Carole Rendon, Esq.
BAKER HOSTETLER
Key Tower, 127 Public Square
Cleveland, OH 44114
crendon@bakerlaw.com

Geoffrey E. Hobart, Esq.
COVINGTON & BURLING
One City Center
850 Tenth Street, N.W.
Washington, DC 20001
ghobart@cov.com

Shannon McClure, Esq.
REEDSMITH
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
smcclure@reedsmith.com

Enu Mainigi, Esq.
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
emainigi@wc.com

Kaspar Stoffelmayr, Esq.
BARTLIT BECK
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Kaspar.stoffelmayr@bartlit-beck.com

Tina Tabacchi, Esq.
JONES DAY
77 West Wacker Drive
Chicago, IL 60601
tmtabacchi@jonesday.com

Tyler Tarney, Esq.
GORDON & REES
41 South High Street, Suite 2495
Columbus, OH 43215
ttarney@grsm.com

RE:   *In Re National Prescription Opioid Litigation*; Case No. 17-md-2804
      *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*; Case No. 18-op-45090
      Summit County Volume 005 Production; Akron Volume 003 Production;
      Chicago MDL Volumes 003 – 008 Productions

Counsel:

Enclosed please find Plaintiff Summit County's fifth production of documents, Bates labeled SUMMIT_000017145 – SUMMIT_000019853 and Akron's third production of documents, Bates labeled AKRON_000003677 – AKRON_000003929, dated June 8, 2018. The password to access these two productions is "fz#a>Bh". Also enclosed is Plaintiff Chicago MDL's third - eight productions of documents, Bates labeled:



June 8, 2018
Re:  Summit County Volume 005 Production; Akron Volume 003 Production; and
Chicago MDL Volumes 003 – 008 Productions
Page 2

| CHI-MDL003 | CHI_000826064 | CHI_001098660 |
| --- | --- | --- |
| CHI-MDL004 | CHI_001098661 | CHI_001328642 |
| CHI-MDL005 | CHI_001328643 | CHI_001529645 |
| CHI-MDL006 | CHI_001529646 | CHI_001782964 |
| CHI-MDL007 | CHI_001782966 | CHI_002059058 |
| CHI-MDL008 | CHI_002059059 | CHI_002428097 |

The password to access Chicago's productions is "#la?W5".  All productions are being made pursuant to this Court's protective order.

Please contact me should you have any questions regarding this production.

Sincerely,

/s/ *Jodi Westbrook Flowers*
Jodi Westbrook Flowers