UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12)<br><br>*Lincoln County v. Richard S. Sackler, M.D.*, No. 20-op-45069 (Track 13)<br><br>*City of Independence, Missouri v. Williams*, No. 19-op-45371 (Track 14)<br><br>*County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 (Track 15) | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## JOINT STIPULATION AND ORDER

Defendants UnitedHealth Group Incorporated; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc. (the "Optum Defendants") intend to move to dismiss the Amended Complaints in Tracks 12–15 on jurisdictional and other grounds.[1]

Plaintiffs City of Rochester, New York; Lincoln County, Missouri; City of Independence, Missouri; and County of Webb, Texas have requested that the Optum Defendants respond to discovery requests in Tracks 12–15. The Optum Defendants have not done so to preserve all Rule 12

---

[1] Seven of those Defendants—OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.—were not party to any of the four PBM Bellwether tracks before the Court's February 20, 2024 Order on Plaintiffs' motion for leave to amend.

and other defenses available to them, including defenses for lack of personal jurisdiction.

To preserve the Optum Defendants' jurisdictional and other defenses, Plaintiffs and the Optum Defendants stipulate as follows:

- Plaintiffs and the PEC agree that the Optum Defendants do not waive any jurisdictional or other defenses in any opioid litigation in this MDL by participating in discovery in the MDL or engaging in any other activities related to the MDL.

- Plaintiffs and the PEC agree that they will not argue that the Optum Defendants have waived any jurisdictional or other defenses in any opioid litigation in this MDL by participating in discovery in the MDL or engaging in any other activities related to the MDL.

Subject to the Court's adoption of this stipulation on the docket confirming that the Optum Defendants preserve all Rule 12 and other defenses available to them, including as to the Court's jurisdiction, the Optum Defendants agree to do the following by March 21, 2024:

1. Serve objections and responses to Plaintiffs' December 29, 2023 "Combined Discovery Requests" (1st Set),

2. Serve objections and responses to Plaintiffs' February 6, 2024 "National Data Requests,"

3. Serve objections and responses to Plaintiffs' February 6, 2024 "Geographic Specific Data Requests," and

4. Identify proposed search terms and custodians under the relevant case management orders for Tracks 12–15 (Dkt. 5282 and Dkt. 5295).

SO ORDERED.

Date:  March 18, 2024         *s/Dan Aaron Polster*
                                               The Honorable Dan A. Polster
                                               U.S. District Judge for the Northern District of Ohio

Submitted: March 18, 2024

| | |
|---|---|
| **Counsel for the Optum Defendants** | **Plaintiffs' Co-Lead Counsel:** |

/s/ *Brian Boone*
ALSTON & BIRD LLP
Brian D. Boone
**ALSTON & BIRD LLP**
Bank of America Plaza, Suite 4000
101 S. Tryon St.
Charlotte, NC 28280
Tel: (704) 444-1000
brian.boone@alston.com

William H. Jordan
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
bill.jordan@alston.com
caroline.strumph@alston.com

Kimberly K. Chemerinsky
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Tel: (213) 576-1000
kim.chemerinsky@alston.com
ethan.bond@alston.com

/s/ *Paul Farrell*
Joe Rice
Linda Singer
**Motley Rice LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com
lsinger@motleyrice.com

Paul Farrell, Jr.
**FARRELL & FULLER**
1311 Ponce de Leone Ave. Suite 202
San Juan, PR 00907
paul@farrellfuller.com

Peter H. Weinberger
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
pweinberger@spanglaw.com

Jayne Conroy
Laura Fitzpatrick
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
jconroy@simmonsfirm.com
lfitzpatrick@simmonsfirm.com

**Counsel for the City of Rochester, NY:**

/s/ *Hunter Shkolnik*
Hunter J. Shkolnik
Paul J. Napoli
**NSPR Law Services LLC**
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
hunter@nsprlaw.com
pnapoli@nsprlaw.com

Salvatore C. Badala
Shayna E. Sacks
Joseph L. Ciaccio

**Napoli Skholnik PLLC**
360 Lexington Avenue, 11th Floor
New York, NY 10017
sbadala@napolilaw.com
ssacks@napolilaw.com
jciaccio@napolilaw.com

**Counsel for Lincoln County, MO:**

*/s/ Joanne Cicala*
Joanne Cicala
Joshua Wackerly
R. Johan Conrod
Shelbi Flood
**The Cicala Law Firm PLLC**
101 College Street
Dripping Springs, TX 78620
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

John F. Garvey
Colleen Garvey
Ellen A. Thomas
**Stranch, Jennings & Garvey, PLLC**
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

Patrick A. Hamacher
Mark R. Niemeyer
**NIEMEYER, GREBEL & KRUSE, LLC**
211 N. Broadway, Suite 2950
St. Louis, MO 63102
Tel: (314) 241-1919
Fax: (314) 665-3017
hamacher@ngklawfirm.com
Niemeyer@ngklawfirm.com

**Counsel for City of Independence, MO:**

*/s/ Joanne Cicala*
Joanne Cicala
Joshua Wackerly

R. Johan Conrod
Shelbi Flood
**The Cicala Law Firm PLLC**
101 College Street
Dripping Springs, TX 78620
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

John F. Garvey
Colleen Garvey
Ellen A. Thomas
**Stranch, Jennings & Garvey, PLLC**
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

Daniel A. Thomas
**HUMPHREY FARRINGTON MCCLAIN**
221 W. Lexington Ave. Ste 400
Independence, MO 64050
Tel: (816) 836-5050
DAT@hfmlegal.com

**Counsel for County of Webb, TX:**

/s/ Joanne Cicala
Joanne Cicala
Joshua Wackerly
R. Johan Conrod
Shelbi Flood
**The Cicala Law Firm PLLC**
101 College Street
Dripping Springs, TX 78620
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

Kevin Sharp
Christine Dunn
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203

Tel: (615) 434-7000  
Fax: (615) 434-7020  
ksharp@sanfordheisler.com  
cdunn@sanfordheisler.com