# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No.: 2804 |
| | Case No.: 1:17-md-02804-DAP |
| | Hon. Dan Aaron Polster |
| This Document Relates to: *Standing Rock Sioux Tribe v. Purdue Pharma L.P., et al., Case No.: 1:18-op-45220-DAP* | |

## NOTICE OF WITHDRAWAL OF COUNSEL OF NEIL MERKL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.9 of the United States District Court for the Northern District of Ohio, Defendants Morton Grove Pharmaceuticals, Inc., in the above-captioned matter, request the withdrawal of Neil Merkl.

Counsel of record from Kelley Drye & Warren LLP will continue to represent Defendant Morton Grove Pharmaceuticals, Inc. in this matter and should continue to receive service of all future pleadings, notices and filings.

Dated: March 18, 2024
New York, NY

Respectfully Submitted,

*/s/ Clifford Katz*
Clifford Katz
Damon W. Suden
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Phone: (212) 808-7800
Fax: (212) 808-7897
CKatz@KelleyDrye.com
DSuden@KelleyDrye.com
*Attorney for Defendant*
*Morton Grove Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2024, a true and correct copy of the foregoing was served via CM/ECF, which will send electronic notification of such filing to all counsel of record.

                                                */s/ Clifford Katz*
                                                Clifford Katz