UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Christopher G. Michel of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters his appearance for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc. (formerly known as Express Scripts Holding Company), in the above-captioned action.

| | |
|---|---|
| Dated: March 20, 2024 | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| | By: /s/ *Christopher G. Michel* |
| | Christopher G. Michel<br>1300 I Street Northwest, Suite 900<br>Washington, D.C. 20005<br>T: (202) 538-8000<br>christophermichel@quinnemanuel.com |
| | *Attorney for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc.* |