IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Case No. 17-MD-2804 |
| *This document relates to:* | Judge Dan Aaron Polster |
| *All cases listed in the below notice* | |

## NOTICE OF WITHDRAWL OF COUNSEL

Attorney Cameron E. Grant gives his notice of withdrawal as counsel for defendant Hy-Vee, Inc. in the below cases:

*In Re: National Prescription Opiate Litigation,* 1:17-md-02804-DAP;

*Flandreau Santee Sioux Tribe et al v. Purdue Pharma L.P. et al,* 1:18-op-45095-DAP;

*Polk County v. Purdue Pharma LP et al,* 1:18-op-45116-DAP;

*Adair County et al v. Purdue Pharma LP et al,* 1:18-op-45122-DAP;

*Black Hawk County et al v. Purdue Pharma LP et al,* 1:18-op-45303-DAP

*Nodaway County, Missouri v. AmerisourceBergen Drug Corporation et al,* 1:18-op-45795-DAP;

*Dane County, Wisconsin v. Amerisourcebergen Drug Corporation et al,* 1:18-op-45802-DAP;

*Allamakee County v. Purdue Pharma LP et al,* 1:18-op-45983-DAP;

*Sarpy County, Nebraska v. AmerisourceBergen Drug Corporation et al,* 1:18-op-46038-DAP;

*Livingston County, Missouri v. AmerisourceBergen Drug Corporation et al,* 1:18-op-46168-DAP;

*Cole County, Missouri v. Purdue Pharma L.P. et al,* 1:18-op-46189-DAP;

*County of Douglas, State of Nebraska v. Purdue Pharma L.P. et al,* 1:19-op-45068-DAP;

*Knox County, Missouri v. Purdue Pharma L.P. et al,* 1:19-op-45406-DAP;

*Schuyler County, Missouri v. Purdue Pharma L.P. et al,* 1:19-op-45408-DAP;

*City of South Sioux City, Nebraska v. AmerisourceBergen Drug Corporation et al,* 1:19-op-45553-DAP; and

*Grundy County v. Allergan PLC et al,* 1:20-op-45300-DAP.

Attorney Jeffrey A. Kennard of Scharnhorst Ast Kennard Griffin PC will continue to represent Hy-Vee, Inc. in the above cases.

Dated this 21st day of March, 2024.

Respectfully submitted,

*/s/ Cameron E. Grant*
Cameron E. Grant
Gordon Rees Scully Mansukhani
8101 College Blvd., Ste. 100
Overland Park, KS 66210
Tel: 816-303-0816
cgrant@grsm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2024, I filed the foregoing via CM/ECF, thereby effecting service on all counsel of record.

*/s/ Cameron E. Grant*
Cameron E. Grant