# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *Hospital Cases* | MDL 2804 <br><br> Case No. 1:17-md-2804 <br><br> Judge Dan Aaron Polster <br><br> **ADDENDUM TO ORDER REGARDING HOSPITAL FACT SHEETS** |

On March 5, 2024, the Court issued an Order Regarding Hospital Fact Sheets. Docket no. 5340. In the Order, the Court clarified its definition of a "Hospital Plaintiff" for the purpose of this MDL. Shortly thereafter, Defendants identified five additional cases that met the Court's clarified definition of a "Hospital Plaintiff."[1]

Accordingly, all Hospital Plaintiffs in the cases listed below, must also comply with the Court's **Monday, June 3, 2024** deadline to complete and submit a HFS to the HFS Repository identified in docket no. 5299. Failure to timely meet this requirement will result in the case being dismissed.

| | **Hospital Plaintiff** | **Case No.** |
|---|---|---|
| 1. | Lakeview Center, Inc. v. McKesson Corp. | 1:18-op-45549 |
| 2. | Mobile County Emergency Medical Services System Rescue Squad, Inc. v. AmerisourceBergen Drug Corp. | 1:18-op-45148 |
| 3. | Newman's Medical Servs., Inc. v. AmerisourceBergen Drug Corp. | 1:18-op-46020 |
| 4. | Valley Hope Ass'n v. AmerisourceBergen Drug Corp. | 1:18-op-45734 |
| 5. | Edna House for Women, Inc., et al. v. Purdue Pharma L.P., et al. | 1:18-op-46209 |

---

[1] For the purpose of this MDL, a "Hospital Plaintiff" is a hospital ***or non-hospital healthcare provider*** whose complaint includes claims relating to unreimbursed and/or under-reimbursed care for patients with Opioid Use Disorder.

At the appropriate time, any defendant may move for dismissal with prejudice of any of the above-named plaintiffs' cases for failing to comply with this Order.

**IT IS SO ORDERED.**

<u> /s/ Dan Aaron Polster  March 21, 2024 </u>
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**