UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Matthew K. Wasserman of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters his appearance for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc. (formerly known as Express Scripts Holding Co.), in the above-captioned action.

| | |
|---|---|
| Dated: March 22, 2024 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>By: */s/ Matthew K. Wasserman*<br>Matthew K. Wasserman<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>Tel: (202) 538-8000<br>matthewwasserman@quinnemanuel.com<br><br>*Attorney for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc.* |