UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hospital Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE CERTAIN HOSPITAL PLAINTIFFS FOR FAILURE TO SUBMIT FACT SHEETS**

Defendants[1] hereby move to dismiss with prejudice the complaints of hospital plaintiffs that have failed to submit fact sheets and the complaints of hospital plaintiffs that have failed to cure material deficiencies in their fact sheets. Plaintiffs that fail to submit a fact sheet may be dismissed with prejudice under Fed. R. Civ. P. 41 for failure to prosecute and for failure to comply with the Court's orders. Doc. 4985 at 1, 4-6. The Court ordered hospital plaintiffs to submit fact sheets by January 26, 2024, and warned that it would dismiss with prejudice the cases of any hospital plaintiffs that failed to submit a fact sheet. Doc. 5257 at 1.

As stated in the Court's March 5, 2024 Order Regarding Hospital Fact Sheets, the "parties agree that the Hospital Plaintiffs listed below have failed to timely submit a [fact sheet] and their cases may properly be dismissed for failing to adhere to this Court' orders":

| | **Hospital Plaintiff** | **Case No.** |
|---|---|---|
| 1. | J. Paul Jones Hospital (AL) | 1:18-op-45161 |
| 2. | Our Lady of Bellefonte Hospital, Inc. (KY) | 1:18-op-45819 |

---

[1] Defendants are Walmart, Inc.; Walgreen Co. and Walgreen Eastern Co., Inc.; CVS Pharmacy, Inc.; AmerisourceBergen Corporation (n/k/a Cencora, Inc.) and AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation; Johnson & Johnson, Janssen Pharmaceutical, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co.

|     | **Hospital Plaintiff**                                            | **Case No.**   |
| --- | ----------------------------------------------------------------- | -------------- |
| 3.  | Bon Secours Depaul Medical Center, Inc. (VA)                      | 1:18-op-45820  |
| 4.  | Bon Secours—Virginia Healthsource, Inc. (VA)                      | 1:18-op-45820  |
| 5.  | Bon Secours Health Systems, Inc. (MD)                             | 1:18-op-45822  |
| 6.  | Bon Secours Hospital Baltimore, Inc., (MD)                        | 1:18-op-45822  |
| 7.  | Southern Illinois Healthcare Foundation (IL), d/b/a SIHF Healthcare | 1:19-op-45456 |
| 8.  | Touchette Regional Hospital                                       | 1:19-op-45457  |
| 9.  | Lebanon HMA, LLC                                                  | 1:19-op-46165  |
| 10. | Shelbyville Hospital Company, LLC                                 | 1:19-op-46165  |
| 11. | Tullahoma HMA, LLC                                                | 1:19-op-46165  |
| 12. | Hudson Regional Hospital (NJ)                                     | 1:20-op-45026  |
| 13. | Boa Vida Hospital of Aberdeen, MS, LLC                            | 1:20-op-45127  |
| 14. | Clarksdale HMA, LLC                                               | 1:20-op-45127  |
| 15. | Field Memorial Community Hospital                                 | 1:20-op-45127  |
| 16. | Anna Hospital Corporation                                         | 1:20-op-45266  |
| 17. | Blue Island Hospital Company, LLC                                 | 1:20-op-45266  |
| 18. | Galesburg Hospital Corporation                                    | 1:20-op-45266  |
| 19. | Granite City Illinois Hospital Company, LLC                       | 1:20-op-45266  |
| 20. | Marion Hospital Corporation                                       | 1:20-op-45266  |
| 21. | National Healthcare of Mt. Vernon, Inc.                           | 1:20-op-45266  |
| 22. | Red Bud Illinois Hospital Company, LLC                            | 1:20-op-45266  |
| 23. | Waukegan Illinois Hospital Company, LLC                           | 1:20-op-45266  |

Doc. 5340 at 4-5.

In that same Order, the Court directed hospital plaintiffs that submitted fact sheets with material deficiencies to cure those deficiencies by March 19, 2024, "or their case will be dismissed." *Id.* at 3-4. Defendants are reviewing the supplemental fact sheets that have been submitted. But the hospital plaintiffs listed below failed to submit supplemental facts sheets by the deadline and should have their cases dismissed with prejudice:

|     | **Hospital Plaintiff**                                              | **Case No.**  |
| --- | ------------------------------------------------------------------- | ------------- |
| 1.  | Bon Secours St. Francis Xavier Hospital, Inc.                       | 1:18-op-45821 |
| 2.  | Care Plan Oversight, LLC d/b/a Sage Rehabilitation Hospital (LA)    | 1:19-op-45614 |
| 3.  | CHP Properties, LLC d/b/a Capitol House (LA)                        | 1:19-op-45614 |
| 4.  | Companion Home Services, LLC (LA)                                   | 1:19-op-45614 |
| 5.  | Bellator Healthcare Management, LLC                                 | 1:19-op-45614 |
| 6.  | Carpenter Hospice of Northwest Louisiana, LLC                       | 1:19-op-45614 |
| 7.  | Grace Hospice of New Orleans, LLC                                   | 1:19-op-45614 |
| 8.  | Home Health Houston Bellaire, LLC                                   | 1:19-op-45614 |

2

| | **Hospital Plaintiff** | **Case No.** |
|---|---|---|
| 9. | Homedica of Louisiana | 1:19-op-45614 |
| 10. | Lakeshore Home Health Care, LLC | 1:19-op-45614 |
| 11. | NOLA SJH, LLC | 1:19-op-45614 |
| 12. | Sage LTAC, LLC | 1:19-op-45614 |
| 13. | St. Joseph Hospice & Palliative Care - Northshore, LLC | 1:19-op-45614 |
| 14. | St. Joseph Hospice & Palliative Care of Monroe, LLC | 1:19-op-45614 |
| 15. | St. Joseph Hospice of Acadiana, LLC | 1:19-op-45614 |
| 16. | St. Joseph Hospice of Bayou Region, LLC | 1:19-op-45614 |
| 17. | St. Joseph Hospice of Cenla, LLC | 1:19-op-45614 |
| 18. | St. Joseph Hospice of Houston, LLC | 1:19-op-45614 |
| 19. | St. Joseph Hospice of Southern Mississippi | 1:19-op-45614 |
| 20. | St. Joseph Hospice of Southwest Louisiana, LLC | 1:19-op-45614 |
| 21. | St. Joseph Hospice of West Mississippi, LLC | 1:19-op-45614 |
| 22. | St. Joseph Hospice, LLC | 1:19-op-45614 |
| 23. | Stat Home Health Florida Panhandle, LLC | 1:19-op-45614 |
| 24. | Stat Home Health Houston, LLC | 1:19-op-45614 |
| 25. | Stat Home Health of Cenark, LLC | 1:19-op-45614 |
| 26. | Stat Home Health of Northwest Louisiana, LLC | 1:19-op-45614 |
| 27. | Stat Home Health of Southeast Louisiana, LLC | 1:19-op-45614 |
| 28. | Stat Home Health of Southwest Louisiana, LLC | 1:19-op-45614 |
| 29. | Stat Home Health-North, LLC | 1:19-op-45614 |
| 30. | Stat Home Health, LLC | 1:19-op-45614 |
| 31. | Stat-Home Health-West, LLC | 1:19-op-45614 |
| 32. | St. Joseph Hospice of South Alabama, LLC (LA) | 1:19-op-45614 |
| 33. | Chatham County Hospital Authority, Georgia | 1:19-op-45725 |

Accordingly, defendants hereby move to dismiss with prejudice under Fed. R. Civ. P. 41 the cases brought by the above-named hospital plaintiffs.

Dated: March 27, 2024  Respectfully submitted,

*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
111 North Wacker, Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart, Inc.*

3

/s/ *Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Jean K. Tinkham
Michael A. Nance
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
jean.tinkham@bartlitbeck.com
michael.nance@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co., Inc.*

/s/ *Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M. Street NW, Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc.*

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
Anne Rollins Bohnet
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com

*Counsel for AmerisourceBergen Corporation* (n/k/a Cencora, Inc.) *and AmerisourceBergen Drug Corporation*


*/s/ Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Phone: (202) 434-5000
emainigi@wc.com
jwicht@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Phone: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
clifland@omm.com

*Counsel for Johnson & Johnson; Janssen Pharmaceutical, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

*/s/ Brian T. Himmel*
Brian T. Himmel
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-4058
bhimmel@reedsmith.com

Louis W. Schack
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
lschack@reedsmith.com

*Counsel for Defendant H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co.*
