# APPENDIX A

| Plaintiff Name | State | Case No. |
|---|---|---|
| Town of Munford | AL | 1:18-op-45785 |
| People of the State of California, acting by and through Santa Clara County Counsel James R. Williams | CA | 1:22-op-45030 |
| The People of the State of California | CA | 1:20-op-45189 |
| The People of the State of California, acting by and through the City of Clearlake | CA | 1:20-op-45251 |
| The People of the State of California | CA | 1:19-op-45128 |
| The People of the State of California | CA | 1:18-op-46092 |
| Christian County | IL | 1:17-op-45078 |
| People of Christian County | IL | 1:17-op-45078 |
| People of Franklin County | IL | 1:20-op-45194 |
| People of Johnson County | IL | 1:18-op-46148 |
| People of Schuyler County | IL | 1:18-op-46147 |
| People of the State of Illinois | IL | 1:17-op-45078 |
| People of the State of Illinois | IL | 1:20-op-45194 |
| People of the State of Illinois | IL | 1:18-op-46148 |
| People of the State of Illinois | IL | 1:18-op-46147 |
| People of the State of Illinois | IL | 1:19-op-45286 |
| People of Union County | IL | 1:19-op-45286 |
| The People of Sangamon County | IL | 1:20-op-45154 |
| The People of the State of Illinois | IL | 1:20-op-45154 |
| Taylor County Hospital District Health Facilities Corporation | KY | 1:20-op-45060 |
| Louisiana State University and Agricultural and Mechanical College | LA | 1:20-op-45157 |
| University System of Louisiana | LA | 1:19-op-45627 |
| Genesee County | MI | 1:18-op-45083 |
| Jackson City | MI | 1:18-op-45904 |
| Christian County | MO | 1:19-op-45371 |
| Charlotte County | VA | 1:19-op-45851 |