## APPENDIX C

Walmart
Wal-Mart
Wal-Mart Inc.
Wal-Mart, Inc.
Wal-Mart Stores
Wal-Mart Stores, Inc.
Walmart Stores, Inc.
Walmart Inc.
Wal-Mart Inc. f/k/a Walmart Stores, Inc.
Wal-Mart, Inc. f/k/a Walmart Stores, Inc.
Wal-Mart, Inc. f/k/a Wal-Mart Stores, Inc.
Walmart Inc. f/k/a Wal-Mart Stores, Inc.
Walmart, Inc. f/k/a Walmart Stores, Inc.
Walmart, Inc. f/k/a Walmart
Walmart, Inc. f/k/a Wal-Mart
Walmart, Inc. f/k/a Wal-Mart Stores
Walmart, Inc.
Walmart Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacy Warehouse #32
Walmart, Inc. f/k/a Wal-Mart Stores, Inc.
Walmart f/k/a Wal-Mart Stores, Inc.
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-1218
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-2778
Walmart, Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacies a/k/a Wal-Mart Pharmacy 10-1218, Wal-Mart Pharmacy 10-1381,Wal-Mart Pharmacy 10-2778, Wal-Mart Pharmacy 10-3751 and Wal-Mart Pharmacy 10-4430
Walmart, Inc. f/k/a Walmart Stores East, LP, Individually and d/b/a Wal-Mart Pharmacy Warehouses
Walmart, Inc. f/k/a Wal-Mart Stores East, LP, Individually and d/b/a Wal-Mart Pharmacy Warehouses
Wal-Mart Stores East
Walmart Stores East, Inc.
Walmart Stores East, LP
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #46
Walmart Stores East, LP, Individually and d/b/a Wal-Mart Warehouse #46
Wal-Mart Stores East, Inc.
Wal-Mart Stores East, LLC
Wal-Mart Stores East, LLC f/k/a Wal-Mart Stores East Inc.
Wal-Mart Stores East, LP
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse
Wal-Mart Stores East d/b/a Wal-Mart Pharmacy Warehouse
Wal-Mart Stores East LP d/b/a Wal-Mart Pharmacy Warehouse
Walmart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse
Wal-Mart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse

Wal-Mart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse #1
Wal-Mart Stores East, LP, individually and d/b/a Wal-Mart Pharmacy Warehouse #45
Walmart Stores East, LP, individually and d/b/a Walmart Warehouse #45
Walmart Stores East, LP, Individually and d/b/a Wal-Mart Warehouse #45
Walmart Stores East, LP, Individually and d/b/a Wal-Mart Warehouse #45 and d/b/a Wal-Mart Pharmacy Warehouse
Walmart, Inc. f/k/a Wal-Mart Stores, Inc., Individually and d/b/a Wal-Mart Warehouse #46
Walmart, Inc., Individually and d/b/a Wal-Mart Warehouse #46
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #1
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #32
Walmart Inc. f/k/a Wal-Mart Stores, Inc. d/b/a Wal-Mart Pharmacy Warehouse #32 and Wal-Mart Pharmacy Warehouse #45
Walmart Pharmacy Warehouse #45
Walmart Pharmacy Warehouse #46
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy Warehouse #45
Wal-Mart Stores East, LP d/b/a Walmart Pharmacy Warehouse #46
Wal-Mart Stores East, LP d/b/a Wal-Mart Pharmacy 10-3251
Wal-Mart Stores East I, LP
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East d/b/a Walmart #20
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #34
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #48
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East d/b/a Walmart #92
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #338
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #914
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #4282
Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores East, LP d/b/a Walmart #5261
Wal-Mart Pharmacy
Walmart Pharmacy
Wal-Mart Pharmacy Warehouse
Wal-Mart Pharmacy Warehouse #1
Wal-Mart Pharmacy Warehouse #32
Wal-Mart Pharmacy Warehouse #45
Wal-Mart Pharmacy Warehouse #46
Wal-Mart Pharmacy 10-0696
Wal-Mart Pharmacy 10-1218
Wal-Mart Pharmacy 10-1233
Walmart Pharmacy 10-1381
Walmart Pharmacy 10-2289
Walmart Pharmacy Warehouse
Wal-Mart Pharmacy 10-2778
Wal-Mart Pharmacy 10-3251
Wal-Mart Pharmacy 10-3751
Wal-Mart Pharmacy 10-4430
Wal-Mart Pharmacy 10-5296
Wal-Mart Pharmacy 10-5397
Wal-Mart Pharmacy Wholesale

Wal-Mart Stores Texas, LLC
Walmart Stores Texas, LLC
Sam's West, Inc.
Sam's East, Inc.
WSE Investment LLC
WSE Management LLC

C-3