# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) | **CASE NO. 1:17-MD-2804** |
| | ) | |
| | ) | **David R. Cohen** |
| **THIS DOCUMENT RELATES TO:** | ) | **Randi S. Ellis** |
| *"All Cases"* | ) | **Hon. David R. Herndon** |
| | ) | |
| | ) | **FEE PANEL ORDER NO. 33** |
| | ) | **REGARDING ELIGIBILITY OF** |
| | ) | **RHODE ISLAND SUBDIVISIONS** |
| | ) | **FOR TEVA AND ALLERGAN** |
| | ) | **CONTINGENCY FEE FUNDS** |

On December 18, 2023, the Fee Panel issued *Fee Panel Order No. 28* (Doc. 5278) ("FPO-28"). FPO-28 included an exhibit identifying more than 2,600 subdivisions whose counsel timely submitted applications to the Teva and Allergan Contingency Fee Funds ("CFFs"). Rhode Island subdivisions were not included because they were not listed in Exhibit C and Exhibit G of the Teva and Allergan national settlement agreements.[1] Therefore, the Contingent Fee Application Coordinator did not provide CFF applications to Contact Counsel for Rhode Island subdivisions.

However, pursuant to the terms and conditions of the confidential Rhode Island settlement agreements with Teva and Allergan, counsel for the Rhode Island subdivisions became eligible to file applications for Teva and Allergan national Contingency Fee Fund

---

[1] Available at https://nationalopioidsettlement.com/teva-allergan-settlement-documents/

Awards. Accordingly, Exhibit A of FPO-28 is hereby amended to include the 33 Rhode Island subdivisions listed in the attached Exhibit A.

**IT IS SO ORDERED.**

/s/     *David R. Cohen*
*Randi S. Ellis*
*David R. Herndon*
**FEE PANEL**

**Dated:** March 28, 2024

**Exhibit A**

| State | Political Subdivision |
|-------|----------------------|
| RI | BARRINGTON TOWN |
| RI | BRISTOL TOWN |
| RI | BURRILLVILLE TOWN |
| RI | Central Falls city |
| RI | CHARLESTOWN TOWN |
| RI | COVENTRY TOWN |
| RI | Cranston city |
| RI | CUMBERLAND TOWN |
| RI | EAST GREENWICH TOWN |
| RI | East Providence city |
| RI | FOSTER TOWN |
| RI | GLOCESTER TOWN |
| RI | HOPKINTON TOWN |
| RI | JAMESTOWN TOWN |
| RI | JOHNSTON TOWN |
| RI | MIDDLETOWN TOWN |
| RI | NARRAGANSETT TOWN |
| RI | Newport city |
| RI | NORTH KINGSTOWN TOWN |
| RI | NORTH PROVIDENCE TOWN |
| RI | Pawtucket city |
| RI | PORTSMOUTH TOWN |
| RI | Providence city |
| RI | RICHMOND TOWN |
| RI | SCITUATE TOWN |
| RI | SMITHFIELD TOWN |
| RI | SOUTH KINGSTOWN TOWN |
| RI | WARREN TOWN |
| RI | Warwick city |
| RI | WEST GREENWICH TOWN |
| RI | WEST WARWICK TOWN |
| RI | WESTERLY TOWN |
| RI | Woonsocket city |