# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, ] | MDL No. 2804 |
| ] | Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: ] | |
| ] | Case No. 1:18-OP-45817 |
| "Track Eight: Cobb County, Georgia, ] | |
| ] | Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that attorney Michael P. Kohler of Miller & Martin PLLC, hereby enters his appearance as counsel of record on behalf on defendant Publix Super Markets, Inc. in the above-captioned action.

This 1st day of April, 2024.

**MILLER & MARTIN PLLC**

By: */s/ Michael P. Kohler*
　　Michael P. Kohler
　　Georgia Bar No. 427727

1180 W. Peachtree Street, N.W., Suite 2100
Atlanta, Georgia 30309-3407
(404) 962-6100 Telephone
michael.kohler@millermartin.com
***Attorneys for Defendant Publix Super Markets, Inc.***

27377032v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to all parties.

This 1st day of April, 2024.

**MILLER & MARTIN PLLC**

By: */s/ Michael P. Kohler*
    Michael P. Kohler
    Georgia Bar No. 427727

1180 W. Peachtree Street, N.W., Suite 2100
Atlanta, Georgia 30309-3407
(404) 962-6100 Telephone
michael.kohler@millermartin.com
***Attorneys for Defendant Publix Super Markets, Inc.***

27377032v1