# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 17-md-2804 |
| *Hospital Cases* | Judge Dan Aaron Polster |

## THE TEVA AND ALLERGAN DEFENDANTS' JOINDER TO DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE CERTAIN HOSPITAL PLAINTIFFS FOR FAILURE TO SUBMIT FACT SHEETS

The undersigned Defendants[1] join Defendants' Motion to Dismiss with Prejudice Certain Hospital Plaintiffs for Failure to Submit Fact Sheets (ECF 5373) ("Defendants' Motion"). The same arguments and deficiencies in certain hospital plaintiffs' fact sheets that are set forth in Defendants' Motion apply equally to the Teva and Allergan Defendants. As such, the Teva and Allergan Defendants join in Defendants' request to dismiss with prejudice under Fed. R. Civ. P. 41 the cases brought by the hospital plaintiffs identified in Defendants' Motion.

Dated: April 1, 2024

Respectfully Submitted,

*/s/ Eric W. Sitarchuk*
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN, LEWIS & BOCKIUS LLP

---

[1] The Defendants to this joinder are: Allergan Limited f/k/a Allergan plc; Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Allergan Sales, LLC; Allergan USA, Inc. (collectively, the "Allergan Defendants"); and Watson Laboratories, Inc.; Warner Chilcott Company, LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Actavis South Atlantic LLC; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Actavis Totowa LLC; Actavis LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc., f/k/a Watson Laboratories, Inc.-Salt Lake City; Actavis Laboratories FL, Inc., f/.k/.a Watson Laboratories, Inc.-Florida; Teva Pharmaceuticals USA, Inc.; and Cephalon, Inc (collectively, the "Teva and Actavis Generic Defendants").

2222 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc.;
Cephalon, Inc.; and the Actavis Generic Defendants*


*/s/ Rebecca Fitzpatrick*
Rebecca Fitzpatrick, P.C.
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Phone: (312) 862-2690
rebecca.fitzpatrick@kirkland.com

*Counsel for Allergan Defendants*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on April 1, 2024.

/s/ Evan K. Jacobs