**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hospital Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**ABBVIE INC.'S JOINDER TO DEFENDANTS' MOTION
TO DISMISS WITH PREJUDICE CERTAIN HOSPITAL
<u>PLAINTIFFS FOR FAILURE TO SUBMIT FACT SHEETS</u>**

AbbVie Inc. ("AbbVie") joins Defendants' Motion to Dismiss with Prejudice Certain Hospital Plaintiffs for Failure to Submit Fact Sheets (ECF No. 5373) ("Defendants' Motion"). The same arguments and deficiencies in certain hospital plaintiffs' fact sheets that are set forth in Defendants' Motion apply equally to AbbVie.  As such, AbbVie joins in Defendants' request to dismiss with prejudice under Fed. R. Civ. P. 41 the case brought by the hospital plaintiffs identified in Defendants' Motion that names AbbVie as a defendant (Case No. 1:20-op-45266).

Dated:  April 1, 2024

Respectfully Submitted,

*/s/ David B. Alden*
David B. Alden
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Phone: (216) 586-3939
dbalden@jonesday.com

*Counsel for AbbVie Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served via the Court's ECF system to all counsel of record on April 1, 2024.

/s/ David B. Alden