UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> This document relates to: <br><br> *PBM Bellwether Cases* | **MDL No. 2804** <br><br> **Case No. 17-md-2804** <br><br> **Judge Dan Aaron Polster** |

## PLAINTIFFS' MOTION TO SERVE ADDITIONAL DISCOVERY

PBM Bellwether Plaintiffs request leave to serve additional written discovery requests pursuant to this Court's *Order* (Doc #: 5282) (Filed: 12/28/23) ("*PBM CMO-1*") which states: "The Parties may seek to propound additional requests for production and interrogatories after the Court rules on Plaintiffs' motion for leave to amend their complaints." (*PBM CMO-1*, p. 5).  The motion for leave to amend was granted.  See *Order Granting Plaintiffs' Motion For Leave To Amend And Supplement Complaints* (Doc #: 5319) (Filed: 02/20/24) making this motion ripe and timely.

The PEC served initial discovery on December 29, 2023, which included interrogatories and request for production of documents (attached as Exhibit 1).  Defendant PBMs responded with 485 pages of objections on January 29, 2024.  Since that time, numerous meet and confers have taken place yielding very little in substantive answers and/or responsive documents. Newly discovered documents from Purdue Pharma's prior productions reveals deeply rooted contractual relationships with the PBM Defendants and promotional activities related to OxyContin. Nonetheless, PBM Defendants continue to contest and refuse to comply with basic discovery requests.  For example, though ESI purports to have addressed Plaintiff's complaints regarding

ESI's initial discovery responses by recently serving "Amended" responses, those Amendments incorporate the objections from ESI's original responses and provide almost no substantive information.  When faced with similar intransigence in the past with other defendants[1], this Court permitted the PEC to serve additional discovery to prioritize, clarify and specify the production of certain documents. Anticipating the PBM Defendants will argue the PEC has exceeded its allotted number of interrogatories and requests for production of documents, ironically in the face of objecting to every propounded discovery request, the PEC seeks leave to serve the attached supplemental discovery and requests the Court order the PBMs to respond immediately.

Because these requests prioritize and clarify the previously served requests in response to PBM Defendants' objections (including vagueness), the PEC submits these requests should not be separately counted against the number of requests which the Plaintiffs are permitted to serve under the applicable CMOs.  In making this request, the PEC does not concede that the previous requests were impermissibly vague, but rather, the PEC makes this motion in an effort to resolve a discovery stalemate and obtain the foundational documents necessary to inform additional requests.  PEC reserves the right to seek to issue further discovery beyond these threshold issues regarding additional aspects of the PBMs' operations and Plaintiffs' allegations, including, but not limited to, Mail Order Pharmacy Operations.

**WHEREFORE**, the PBM Bellwether Plaintiffs request leave to serve the attached discovery (Exhibit 2) to supplement, clarify and/or prioritize the initial discovery requests and request a hearing, with the Court if necessary.

---

[1] This Court previously addressed a similar roadblock during the November 20, 2018, status conference and permitted the PEC to serve additional discovery to prioritize and clarify the discovery needs of the case.  *See*, e.g., Doc. #s: 1147, 1161, 1147 and 1169.

April 2, 2024                                        Respectfully submitted,

                                                     Jayne Conroy
                                                     SIMMONS HANLY CONROY
                                                     112 Madison Avenue, 7th Floor
                                                     New York, NY 10016
                                                     (212) 784-6400
                                                     jconroy@simmonsfirm.com

                                                     Joseph F. Rice
                                                     MOTLEY RICE LLC
                                                     28 Bridgeside Blvd.
                                                     Mt. Pleasant, SC  29464
                                                     (843) 216-9000
                                                     (843) 216-9290 (Fax)
                                                     jrice@motleyrice.com

                                                     Paul T. Farrell, Jr., Esq.
                                                     FARRELL & FULLER LLC
                                                     1311 Ponce de Leone Ave., Suite 202
                                                     San Juan, PR  00907
                                                     (304) 654-8281
                                                     paul@farrellfuller.com

                                                     *Plaintiffs' Co-Lead Counsel*

                                                      */s/ Peter Weinberger*
                                                     Peter Weinberger
                                                     SPANGENBERG SHIBLEY & LIBER, LLP
                                                     1001 Lakeside Avenue, E, Suite 1700
                                                     Cleveland, OH 44114
                                                     (216) 696-3232
                                                     (216) 696-3924 (Fax)
                                                     pweinberger@spanglaw.com

                                                     *Plaintiffs' Liaison Counsel*

**Counsel for City of Rochester:**

Hunter J. Shkolnik
Paul J. Napoli
NSPR LAW SERVICES LLC
1302 Avenida Ponce de Leon
Santurce, Puerto Rico  00907
(833) 271-4502
hunter@nsprlaw.com
pnapoli@nsprlaw.com

Salvatore C. Badala
Shayna E. Sacks
Joseph L. Ciaccio
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY  10017
(212) 397-1000
sbadala@napolilaw.com
ssacks@napolilawcom
jciaccio@napolilaw.com

**Counsel for Lincoln County, MO:**

John F. Garvey
Colleen Garvey
Ellen A. Thomas
STRANCH, JENNINGS & GARVEY, PLLC
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

/s/ *Joanne M. Cicala*
Joanne M. Cicala
Joshua Wackerly
R. Johan Conrod
Shelbi Flood
THE CICALA LAW FIRM PLLC
101 College Street
Dripping Springs, TX 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

/s/ *Patrick A. Hamacher*
Patrick A. Hamacher
Mark R. Niemeyer
NIEMEYER, GREBEL & KRUSE, LLC
211 N. Broadway, Suite 2950
St. Louis, MO  63102
Tel: (314) 241-1919
Fax: (314) 665-3017
hamacher@ngklawfirm.com
Niemeyer@ngklawfirm.com

**Counsel for City of Independence, Missouri:**

/s/ *John F. Garvey*
John F. Garvey
Colleen Garvey
Ellen A. Thomas
STRANCH, JENNINGS & GARVEY, PLLC
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

*/s/ Joanne M. Cicala*
Joanne M. Cicala
Joshua Wackerly
R. Johan Conrod
Shelbi Flood
THE CICALA LAW FIRM PLLC
101 College Street
Dripping Springs, TX 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

*/s/ Daniel A. Thomas*
Daniel A. Thomas
HUMPHREY FARRINGTON MCCLAIN
221 W. Lexington Ave. Ste 400
Independence, MO 64050
Tel: (816) 836-5050
DAT@hfmlegal.com


Counsel for County of Webb, Texas:

*/s/ Joanne M. Cicala*
Joanne M. Cicala
Joshua Wackerly
R. Johan Conrod
Shelbi Flood
THE CICALA LAW FIRM PLLC
101 College Street
Dripping Springs, TX 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

_/s/ Kevin Sharp_
Kevin Sharp
Christine Dunn
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Tel: (615) 434-7000
Fax: (615) 434-7020
ksharp@sanfordheisler.com
cdunn@sanfordheisler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

_s/ Peter H. Weinberger_
Peter H. Weinberger