UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**THIS DOCUMENT RELATES TO**:<br><br>*City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12)<br><br>*Lincoln County v. Richard S. Sackler, M.D.*, No. 20-op-45069 (Track 13)<br><br>*City of Independence, Missouri v. Williams*, No. 19-op-45371 (Track 14)<br><br>*County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 (Track 15) | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

**OPTUMRX AND EXPRESS SCRIPTS' NOTICE OF INTENT TO OPPOSE PLAINTIFFS' MOTION TO SERVE ADDITIONAL DISCOVERY**

Yesterday, the OptumRx and Express Scripts Defendants received via ECF Plaintiffs' motion to serve additional combined discovery on them. OptumRx and Express Scripts are evaluating Plaintiffs' motion and the combined discovery—neither of which were raised with or served on them before yesterday's filing—and intend to file an opposition.

Although Local Rule 7.1(d) allows fourteen days for a response to any non-dispositive motion—making the deadline to respond April 16, 2024—OptumRx and Express Scripts intend to file their opposition by Tuesday, April 9.

Dated: April 3, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian D. Boone*<br>Brian D. Boone | */s/ Jonathan G. Cooper*<br>Mike Lyle |

| | |
|---|---|
| **ALSTON & BIRD LLP**<br>Vantage South End<br>1120 South Tryon Street, Suite 300<br>Charlotte, NC 28203<br>Tel: (704) 444-1000<br>brian.boone@alston.com | Jonathan G. Cooper<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>Tel: (202) 538-8000<br>mikelyle@quinnemanuel.com<br>jonathancooper@quinnemanuel.com |
| William H. Jordan<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street NW, Suite 4900<br>Atlanta, GA 30309<br>Tel.: (404) 881-7000<br>bill.jordan@alston.com | Sage R. Vanden Heuvel<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 S. Figueroa St. Floor 10<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>sagevandenheuvel@quinnemanuel.com |
| Kimberly K. Chemerinsky<br>**ALSTON & BIRD LLP**<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071-1410<br>Tel: (213) 576-1000<br>kim.chemerinsky@alston.com | *Attorneys for Express Scripts Defendants* |
| *Attorneys for Defendant OptumRx, Inc.* | |

## CERTIFICATE OF SERVICE

I certify that on April 3, 2024, a copy of the foregoing was served on all counsel of record by filing the same with the Court's ECF system.

*/s/ Brian D. Boone*
Brian D. Boone
