UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Marianna Chapleau, Daniel Humphrey, Gilbert Olusegun Benson-Oladeinbo, and David Graham of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enter their appearance for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc. (formerly known as Express Scripts Holding Co.), in the above-captioned action.

Dated: April 4, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Marianna Chapleau*

Marianna Chapleau
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Tel: (305) 402-4880
mariannachapleau@quinnemanuel.com

By: */s/ Daniel Humphrey*

Daniel Humphrey
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Tel: (305) 402-4880
danielhumphrey@quinnemanuel.com

By: */s/ Gilbert Benson-Oladeinbo*

Gilbert Olusegun Benson-Oladeinbo
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Tel: +1 (404) 733 4869
gilbertoladeinbo@quinnemanuel.com

By: */s/ David Graham*

David Graham
3100 McKinnon Street, Suite 1125
Dallas, TX 75201
Tel: (469) 902-3600
davidgraham@quinnemanuel.com

*Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc.*

2