IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION ) <br> OPIATE LITIGATION ) <br> ) <br> ) <br> _____ ) <br> ) <br> This Document Relates To: ) <br> ALL ACTIONS. ) <br> ) <br> _____ ) | Case No.: 1:17-MD-2804-DAP <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that pursuant to the Court's Minute Entry (ECF No. 4), attorneys James P. Frantz, William B. Shinoff, and Kristina Aghazaryan of FRANTZ LAW GROUP, APLC ("Attorneys"), hereby enter their appearance as counsel of record on behalf of multiple school districts ("Plaintiffs"), in the above-captioned action. Attorneys are registered for Electronic Case Filing in multiple federal district courts. Please serve all notices, correspondence, filings, and orders on Attorneys at the following address:

James P. Frantz, Esq., SBN 87492
William B. Shinoff, Esq., SBN 280020
Kristina Aghazaryan, Esq., SBN 343598
FRANTZ LAW GROUP, APLC
402 West Broadway, Suite 860
San Diego, CA 92101
T: (619) 2335945
F: (619) 525-7672

E: jpf@frantzlawgroup.com
E: wshinoff@frantzlawgroup.com
E: kaghazaryan@frantzlawgroup.com

Respectfully Submitted this 4th day of April, 2024.

**FRANTZ LAW GROUP, APLC**

/s/ James P. Frantz

James P. Frantz, Esq.
jpf@frantzlawgroup.com
William B. Shinoff, Esq.
wshinoff@frantzlawgroup.com
Kristina Aghazaryan, Esq.
kaghazaryan@frantzlawgroup.com
402 West Broadway, Suite 860
San Diego, CA 92101
T: (619) 2335945
F: (619) 525-7672
Attorneys for Plaintiffs