IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>v.<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | Case No.: 1:17-MD-2804-DAP<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that pursuant to the Court's Minute Entry (ECF No. 4), attorney Patrick D. McMurtray of ONDERLAW, LLC, hereby enters his appearance as counsel of record on behalf of multiple claimants, in the above-captioned action. Attorney McMurtray is registered for Electronic Case Filing in multiple federal district courts. Please serve all notices, correspondence, filings and orders at the following address:

Patrick D. McMurtray #31597
Onderlaw, LLC
30 Burton Hills Blvd., Suite 450
Nashville, Tennessee 37215
Pmcmurtray@onderlaw.com
(314) 400-6907

Dated: April __, 2024

Respectfully submitted,

 /s/ *Patrick D. McMurtray*
Patrick D. McMurtray #31597
James G. Onder #38049
W. Wylie Blair #58196
pmcmurtray@onderlaw.com
onder@onerlaw.com
blair@onderlaw.com
OnderLaw, LLC
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119

1