UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United Food & Commercial Workers Health & Welfare Fund of Northeastern Penn.*, Case No. 17-op-45177<br><br>*Sheet Metal Workers Local No. 25 Health & Welfare Fund*, Case No. 18-op-45002<br><br>*Louisiana Assessors Ins. Fund*, Case No. 18-op-46223<br><br>*Pioneer Telephone Cooperative Inc. Employee Benefits Plan*, Case No. 18-op-46186 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**JOINT MOTION TO STAY DEADLINES IN THE *NUNC PRO TUNC* AMENDED CASE MANAGEMENT ORDER FOR TRACKS 16-19**

On February 2, 2024, the Court entered a *Nunc Pro Tunc* Amended Case Management Order for Third Party Payor Bellwether Cases (Dkt. 5298) (the "CMO"). Since that time, a pending dispute has arisen over the TPP Bellwether Plaintiffs' proposed Amended Complaints for Tracks 16 – 19 and the Court is in receipt of briefing on these issues.

Accordingly, TPP Bellwether Plaintiffs[1] and the undersigned Defendants jointly move the

---

[1] The TPP Bellwether Plaintiffs are the plaintiffs in *United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania v. Purdue Pharma, LP, et al.*, ("UFCW NEPA"), Case No. 1:17-OP-45177; *Local No. 25 Sheet Metal Workers Health & Welfare Fund v. Purdue Pharma, LP, et al.*, ("Local 25"), Case No. 1:18-OP-45002; *Louisiana Assessors Insurance Fund a/k/a The Insurance Committee of the Assessor" Insurance Fund v. AmerisourceBergen Drug Corp., et al.*, ("LAIF"), Case No. 1:18-OP-46223; and *Pioneer Telephone Cooperative Inc. Employee Benefits Plan et al. v. Purdue Pharma, LP, et al.*, ("Pioneer"), Case No. 1:18-OP-46186.

1

Court to stay all deadlines from March 15, 2024 forward in the *Nunc Pro Tunc* Amended Case Management Order for Third Party Payor Bellwether Cases (Dkt. 5298).[2] Once the Court has ruled on the pending dispute concerning the Amended Complaints, the Parties will submit a proposed Case Management Order that adjusts all other deadlines in the *Nunc Pro Tunc* Amended Case Management Order for Third Party Payor Bellwether Cases accordingly.

Dated: April 8, 2024  Respectfully submitted,

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker
Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Jean K. Tinkham
Michael A. Nance
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
jean.tinkham@bartlitbeck.com
michael.nance@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co., Inc.*

---

[2] The Parties excepted from this agreement the deadlines related to jurisdictional motions to dismiss which have now passed and the TPP Bellwether Plaintiffs are working to comply with the deadline to produce TPP Claims Data pursuant to Section F.1 of the CMO.

/s/  Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M. Street NW, Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com
sherman@zuckerman.com

*Counsel for CVS Pharmacy, Inc.*

/s/  Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
Anne Rollins Bohnet
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com

*Counsel for AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation*

/s/ Enu A. Mainigi
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Phone: (202) 434-5000
emainigi@wc.com

*Counsel for Cardinal Health, Inc.*

3

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Phone: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

*/s/ Rebecca Fitzpatrick*
Rebecca Fitzpatrick, P.C.
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Phone: (312) 862-2690
rebecca.fitzpatrick@kirkland.com

*Counsel for Allergan Defendants*

*/s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
clifland@omm.com

*Counsel for Johnson & Johnson; Janssen Pharmaceutical, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

*/s/  Eric W. Sitarchuk*
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Phone: (215) 963-5000

4

eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., and the Actavis Generic Defendants*

/s/ *Peter H. Weinberger*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein
275 Battery Street, Suite 2900

        San Francisco, CA  94111
        (415) 956-1000
        ecabraser@lchb.com

        James R. Dugan II
        Dugan Law Firm
        One Canal Place – Suite 1000
        365 Canal Street
        New Orleans, LA  70130
        (504) 648-0180
        *jdugan@dugan-lawfirm.com*

        Paul J. Geller
        Robbins Geller Rudman & Dowd
        225 NE Mizner Blvd., Suite 720
        Boca Raton, FL  33432
        (561) 750-3000
        pgeller@rgrdlaw.com

        *Plaintiffs' Executive Committee Members*
        *Representing TPP Plaintiffs*

**SO ORDERED**

                                            **JUDGE POLSTER**

Dated: April____, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which caused all parties or counsel of record to be served.

Dated: April 8, 2024

Respectfully submitted,

*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker Dr., Suite 4800
Chicago, IL 60606
Telephone:   +1.312.782.3939
Facsimile:   +1.312.782.8585
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*