UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IT IS SO ORDERED.
s/ Dan Aaron Polster
DAN AARON POLSTER
U.S. DISTRICT JUDGE

Dated: April 9, 2024

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United Food & Commercial Workers Health & Welfare Fund of Northeastern Penn.*, Case No. 17-op-45177<br><br>*Sheet Metal Workers Local No. 25 Health & Welfare Fund*, Case No. 18-op-45002<br><br>*Louisiana Assessors Ins. Fund*, Case No. 18-op-46223<br><br>*Pioneer Telephone Cooperative Inc. Employee Benefits Plan*, Case No. 18-op-46186 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**JOINT MOTION TO STAY DEADLINES IN THE *NUNC PRO TUNC* AMENDED CASE MANAGEMENT ORDER FOR TRACKS 16-19**

On February 2, 2024, the Court entered a *Nunc Pro Tunc* Amended Case Management Order for Third Party Payor Bellwether Cases (Dkt. 5298) (the "CMO"). Since that time, a pending dispute has arisen over the TPP Bellwether Plaintiffs' proposed Amended Complaints for Tracks 16 – 19 and the Court is in receipt of briefing on these issues.

Accordingly, TPP Bellwether Plaintiffs[1] and the undersigned Defendants jointly move the

---

[1] The TPP Bellwether Plaintiffs are the plaintiffs in *United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania v. Purdue Pharma, LP, et al.,* ("UFCW NEPA")*,* Case No. 1:17-OP-45177; *Local No. 25 Sheet Metal Workers Health & Welfare Fund v. Purdue Pharma, LP, et al.*, ("Local 25"), Case No. 1:18-OP-45002; *Louisiana Assessors Insurance Fund a/k/a The Insurance Committee of the Assessor" Insurance Fund v. AmerisourceBergen Drug Corp., et al.,* ("LAIF"), Case No. 1:18-OP-46223; and *Pioneer Telephone Cooperative Inc. Employee Benefits Plan et al. v. Purdue Pharma, LP, et al*., ("Pioneer"), Case No. 1:18-OP-46186.

1