UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that the undersigned, Eric Lyttle, Danielle Gilmore, David Mader, Erica Perdomo, and Tara MacNeill of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enter their appearance for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc. (formerly known as Express Scripts Holding Company), in the above-captioned action.

| | |
|---|---|
| Dated: April 11, 2024 | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| | By:/s/ *Eric Lyttle* |
| | Eric Lyttle<br>1300 I Street Northwest, Suite 900<br>Washington, D.C. 20005<br>T: (202) 538-8000<br>ericlyttle@quinnemanuel.com |
| | By:/s/ *Danielle Gilmore* |
| | Danielle Gilmore<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>T: (213) 443-3000<br>daniellegilmore@quinnemanuel.com |
| | By:/s/ *David Mader* |
| | David Mader<br>51 Madison Ave., 22nd Fl.<br>New York, NY 10010<br>T: (212) 849-7000<br>davidmader@quinnemanuel.com |
| | By:/s/ *Erica Perdomo* |
| | Erica Perdomo<br>2601 South Bayshore Drive, Suite 1550,<br>Miami, Florida 33133<br>T: (305) 402-4880<br>ericaperdomo@quinnemanuel.com |
| | By:/s/ *Tara MacNeill* |
| | Tara MacNeill<br>2601 South Bayshore Drive, Suite 1550,<br>Miami, Florida 33133<br>T: (305) 402-4880<br>taramacneill@quinnemanuel.com |
| | *Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc.* |