# EXHIBIT 5

# Situation Review for Express Scripts



Presented by:

Senior Director, Managed Care

"Changing the way pain is treated in America"





OxyContin tablets introduced in 1995

"Changed the Way Pain is Treated in America"

401



# WE HAVE COME A LONG WAY
# but
# WE HAVE A LONG WAY TO GO !

Unrelieved pain is an epidemic in U.S. –
50 million patients in pain

even with

## OxyContin

- 600,000 patients per month

401



# Purdue Pharma's Policies on Abuse and Diversion

- We are concerned about the rising incidence of prescription drug abuse and addiction in the U.S.

- We fully support law enforcement efforts to apprehend diverters and abusers of opioid analgesics

- We are committed to a partnership with healthcare professionals, third-party payors, and law enforcement officials on education and prevention to reduce drug abuse and diversion

- **Our first priority is the proper care of patients in pain**.

401



# An Unforeseen Problem

- In 16 years of marketing MS Contin® – with the same abuse potential – we experienced almost no abuse and diversion

- For the past nine months we have been working with public officials and healthcare professionals in affected states

- Problem appears to be primarily regional – along spine of Appalachian Mountains from Maine to Alabama

401

5

# OxyContin Hot Spots



**Washington County, ME**

**Altoona, PA**

**Huntington, WV**

**Hazard, KY**

**Lee County, VA**

**Avery County, NC**

**Port St. Lucie, FL**

**Logan, OH**

**St. Louis, MO**

**Gadsden, AL**

**New Orleans, LA**

401

6



# Total Prescriptions of Opioid Analgesics in the U.S.



ALL OTHER OXYCODONE 10.5%

OXYCONTIN® 3.5%

ALL OTHER OPIOIDS 6.2%

CODEINE 14.9%

PROPOXYPHENE 18.6%

HYDROCODONE 46.2%

**TOTAL PRESCRIPTIONS - 165 MILLION in 2000**

SOURCE: IMS HEALTH'S National Prescription Audit

7

401

# **Prescriptions of Oxycodone Products in the U.S.**





OXYCONTIN®
25.3%

ALL OTHERS
34.6%

ROXICET®
19.3%

PERCOCET®
8.9%

ENDOCET®
12.0%

**TOTAL PRESCRIPTIONS - 23.1 MILLION in 2000**

SOURCE: IMS HEALTH'S National Prescription Audit

8



# 1999 DAWN - ED Data (%)
## (Drug Abuse Warning Network)

**http://www.samhsa.gov/oas/DAWN/DetEDTbl/
1999/Text/TOC.pdf**



- **Cocaine (30)**
- **Marijuana (16)**
- **Heroin (15)**
- **Benzodiazepines (11.1)**
- **OTC NSAIDS (6)**
- **Rx opioids (5.5)**
- **Antidepressants (5.1)**
- **Acetaminophen (5)**
- **Amphet/Meth (4)**
- **Misc (2.3)**

**554,932 drug-related episodes with 1,015,206 drug mentions**

401

9

# DAWN Data – First 6 months 2000
# Drug Mention by Frequency



- # 1    Alcohol                    97,143
- # 2    Cocaine                    81,361
- # 3    Marijuana / hashish    47,535
- # 4    Heroin / morphine      47,008
- # 7    Hydrocodone             9,549
- # 16  Oxycodone                5,261
- # 26  Tylenol / codeine       2,070

401

10



# National Household Survey on Drug Abuse (SAMHSA)

- Estimated 14.8 million were current illicit drug abusers, or 6.7% of population over age 12.

11.1 MM   Marijuana

<span style="color:red">2.6 MM   Pain Relievers</span>

1.5 MM   Cocaine

1.1 MM   Tranquilizers

0.9 MM   Stimulants

0.9 MM   Hallucinogens

<span style="color:red">0.2 MM   Heroin</span>

401

11



# No Place to Hide Study
## Center for Addiction and Substance Abuse, Columbia University

- Funded by US DEA and NIDA

- Eighth graders in Rural America are more likely than those in urban centers to abuse…

  – Crack Cocaine by 83%

  – Cocaine by 50%

  – Marijuana by 34%

  – Alcohol by 29% (get drunk by 70%)

  – Cigarettes by 200%

  – Smokeless tobacco by 500%

401

12



# Fact Finding and Briefings With Governmental Officials

- **Maine** – US Attorney McCloskey - October, 2000
- **Virginia** – US Attorney Crouch - November, 2000
- **Maryland & Virginia** – Attorneys General Curran and Earley - 3/1
- **Alabama** – Attorney General Pryor - 3/8
- **Connecticut** – Attorney General Blumenthal - 3/12



# Fact Finding and Briefings With Governmental Officials

- **DEA** - 3/22

- **Connecticut Congressional Delegation** - 3/22

- **West Virginia** – Attorney General McGraw - 3/26

- **Pennsylvania** – Attorney General Fisher - 4/2

- **FDA** - 4/23

- **Ohio** – 4/24

401

14

# Fact Finding and Briefings With Law Enforcement Officials



- Source of diversion is principally prescriptions written by physicians.

- Sometimes altered or copied prescriptions - prescription fraud

- Sometimes careless prescribing for patients who then sell some of their medicines

- Sometimes doctors are fooled by doctor shoppers

401

15



# Fact Finding and Briefings With Law Enforcement Officials

- Sometimes doctors are dishonest

- Product may be coming from Mexico or Canada but we believe this is a minor problem.

- Users are teen experimenters and heroin addicts who crush the tablets and snort or inject the product.

- Most law enforcement people we met do not want to inhibit availability to and treatment of patients

- Most law enforcement people we met do not understand our approved indication

401

16



# To Stop Prescription Fraud

- We will be distributing tamper resistant prescription pads.

- We will be educating doctors on how to write scripts and protect their prescription pads.

- We will teach doctors how to treat pain properly (sales calls, mailings, brochures, documentation kit, medical education, etc..)

401

17

# Tamper-Resistant Pad



**AN ARTIFICIAL WATERMARK IS ON THE BACK - HOLD AT AN ANGLE TO VIEW THIS MARK**

**Standard Register Medical Center**
**1234 Document Avenue**
**City, State  00000**
**Ph. 123-456-0000 • Fax 123-456-0001**

02770531

| PATIENT'S FULL NAME | PHONE NUMBER | AGE | SEX |
| --- | --- | --- | --- |

| ADDRESS | DATE |
| --- | --- |
| | / / |

℞

VOID

Dr._____
DISPENSE AS WRITTEN

Dr._____
PRODUCT SELECTION PERMITTED

❑ *Refills*  1  2  3  4  _____

❑ *No Refills*  *Void After*_____

*DEA #:* **780978097890**

**VALID FOR CONTROLLED SUBSTANCES**

**"RX" ON BACK IS PRINTED IN DISAPPEARING INK - RUB BRISKLY TO ACTIVATE**

401

18



# **To Stop Prescription Fraud**

- Mailing of letter and brochure on prevention of abuse and diversion to 400,000 physicians

- Mailing of letter and brochure on abuse and diversion to 60,000 pharmacists; also made available on CD for large chains

401

19

# Anti-Diversion Brochures







401



# **To Stop Doctor Shopping**

- We will support development of prescription monitoring plans

- We will teach doctors how to treat pain properly (sales calls, mailings, brochures, documentation kit, medical education, etc..).

401

21



# **To Stop Illegal Imports**

- Surprise audit of licensee - no leakage

- Eliminated sales of 100 tablet bottles in border areas

- Halted shipment of 40 mg tablets

- New indicia will distinguish product made for Mexican market

- New indicia also ordered for product made for Canadian market

401

22



# To Stop Addiction and Diversion - Our Longer Term Solutions

- Millions of dollars targeted to development of a line of analgesic product that will be abuse-resistant analgesic products

- PSA campaign to alert "tweens" to dangers of Rx drug abuse

- Urging passage of Senate Bill 304

- Research

401

23



# **Research**

- There are still no data to confirm the media reports on abuse and diversion. All of our activities are being undertaken in the absence of data.

- Misuse, Abuse & Diversion Surveillance System (MAD SS):Objective: Develop more robust and reliable indicators of diversion or abuse than current publicly accessible databases

- Study of OxyContin Addiction in SW VA: Sidney Schnoll, MD, PhD  (MCV / VCU) Project has two phases: prevalence and case histories

401

24

# OxyContin News Articles
# 9/3/00 - 3/31/01





401

# OxyContin News and Newswires by State 9/3/00 - 3/31/01





**Hot Spots**
- Florida
- Kentucky
- Louisiana
- Maine
- Ohio
- Virginia
- West Virginia

401

26



# Fact Finding

| Media Report | Facts |
| --- | --- |
| "59 deaths in KY attributed to OxyContin overdoses" | In Pikeville, KY, where 28 deaths took place, Coroner stated "the vast majority" were due to multiple drugs, some including oxycodone. In <u>none</u> was OxyContin identified as the cause of death. |

401

# Fact Finding





> "I am unaware of any reliable data in Kentucky that proves OxyContin is causing a lot of deaths."

401

28



# Fact Finding

| Media Report | Facts |
|---|---|
| ██████████, Portsmouth, OH arrested; OxyContin prescribed in half cases for which he was charged. | According to IMS Data, in a 21-month period from Jan '99-Sept. 2000, ███████ wrote only 18 prescriptions for OxyContin, and over 1300 prescriptions for hydrocodone/ acetaminophen. |
| OxyContin described as the most seriously abused Rx drug in country. | According to DAWN data, oxycodone (all forms) was mentioned in less than 3% of all prescription-drug related ER visits in 1999. |

401

29

# **Fact Finding**





DRUGS

## The Potent Perils Of a Miracle Drug

OxyContin is a leading treatment for chronic pain, but officials fear it may succeed crack cocaine on the street

By TIMOTHY ROCHE

FOR A WOMAN DYING OF CANCER, TERRY Sanborn didn't seem to suffer. She and her unemployed husband Stephen lived on Medicaid and $512 a month in Social Security in a quiet blue-collar cul-de-sac in tiny Bangor, Maine. But they managed to pay $78,000 in cash for that roomy house at the bottom of Hershey Avenue, with a swing set in the backyard. They forked over an additional $17,000 for a Ford Econoline van. Not until drug agents raided the place did neighbors know how they were able to afford it all.

The Sanborns were accused of dealing OxyContin, the morphine-like drug prescribed for Terry's pain.

In any given week, her husband reportedly told investigators, the couple supplemented their Social Security by selling drug addicts $8,000 worth of the tiny white tablets that are chewed or smashed to remove the time-release coating, then snorted or injected, generating a high as intoxicating as that of heroin. So popular and addictive is OxyContin these days that it has stirred up a blizzard of a crime wave through the towns of Calais and Bangor, say drug counselors and police investigators. People are using bogus prescriptions to obtain the drug, or they are smuggling the pills across the nearby Canadian border. "Three months ago, we had needles show up outside the middle school," says local drug counselor Carrie McDonald.

Not just in rural Maine: OxyContin is quietly becoming a dangerously popular drug in other pockets of the nation. In the New Orleans suburb of St. Bernard Parish, police say OxyContin abuse is an "epidemic." Officers are making as many arrests for the "killers," as it is known there, as for crack cocaine. The town has had five documented overdoses, but police captain John Doran believes the number may be higher. "We're a suburb, so you see a lot of middle-class families—folks who'd never dream of taking a needleful of heroin," he says. The same is true in Pulaski, Va. (pop. 10,000), where OxyContin has overtaken cocaine and marijuana. Property crime is up 50%, says police chief Eric Montgomery. Four overdoses have been confirmed so far by police, who suspect more than have been reported. More alarming, says U.S. Attorney Bob Crouch, is a recent survey of students in southwestern Virginia indicating that 20% of high school kids and 10% of middle school kids know about OxyContin and how to obtain it.

With abuse of OxyContin on the rise, police in at least three states are reporting a record number of pharmacies being broken into. The homes of people with legitimate OxyContin prescriptions are being robbed in invasions targeting the pills. These patients are often tracked down by relatives who know what is inside their medicine chests or by their small-town neighbors who hear small-town talk about their prescriptions. Thieves are even accosting customers in drugstore parking lots, on a hunch that they might be carrying the sought-after drug, say Bangor authorities. OxyContin rings get prescriptions from sloppy or questionable doctors and use the usual means of forging them, either by photocopying the form or by using

a pen to change a prescription for 10 tablets, for example, to 100. The truly inventive ones ask their doctors for another drug, then take the prescription form home, soak the ink off with chemicals and write themselves a new prescription.

Not everyone agrees that OxyContin is problematic. Dr. David Haddox, senior medical director for Purdue Pharma, the drug's manufacturer, insists doctors are not overprescribing. But the company has a lot to lose if the controversy lingers and doctors take their patients off it. Last April the *Wall Street Journal* reported that OxyContin sales increased 95% in one year, generating $600 million in sales for Purdue Pharma. Indeed, the drug, introduced in 1995, has been hailed as a miracle; it eases chronic pain because its dissolvable coating allows a measured dose of the opiate oxycodone to be released into the bloodstream (see PERSONAL TIME: YOUR HEALTH). However, abusers quickly found that by smashing the pills, they can get all the drug's potency in a rush of euphoria.

Facing pressure from prosecutors, investigators and drug counselors, OxyContin's manufacturer has begun working with doctors to minimize forged prescriptions. In Maine the problems have caused a quandary for doctors. In 1999 the legislature passed new medical rules requiring doctors to treat pain more aggressively. Now Maine is the second largest consumer of OxyContin among all the states, and had 35 deaths from overdoses last year. "We haven't had a drug problem like this in the high schools in Maine until now," says U.S. Attorney Jay McCloskey, who is waging a war against the doctors who so readily write OxyContin prescriptions. "We've had people tell us if a doctor had just asked them to roll up their sleeve for a blood-pressure test, they would have seen the track marks." —*Reported by Elisabeth Kauffman/Nashville*

**THE NEW HIGH**
Used to treat chronic pain, OxyContin is now popular for its heroin-like euphoria.
● Abusers crush the pills, in packet, top, for snorting or boil them for injection

TIME, JANUARY 8, 2001                                                                47

## [Media Report](#)

"Now Maine is the second largest consumer of OxyContin among all the states, and had 35 deaths from overdoses last year."

*TIME* Magazine
1 / 8 / 2001, pg. 47

401

30

# Fact Finding



DRUGS

## The Potent Perils Of a Miracle Drug

OxyContin is a leading treatment for chronic pain, but officials fear it may succeed crack cocaine on the street

**By TIMOTHY ROCHE**

FOR A WOMAN DYING OF CANCER, TERRY Sanborn didn't seem to suffer. She and her unemployed husband Stephen lived on Medicaid and $512 a month in Social Security in a quiet blue-collar cul-de-sac in tiny Bangor, Maine. But they managed to pay $78,000 in cash for that roomy house at the bottom of Hershey Avenue, with a swing set in the backyard. They forked over an additional $17,000 for a Ford Econoline van. Not until drug agents raided the place did neighbors know how they were able to afford it all.

The Sanborns were accused of dealing OxyContin, the morphine-like drug prescribed for Terry's pain. In any given week, her husband reportedly told investigators, the couple supplemented their Social Security by selling drug addicts $8,000 worth of the tiny white tablets that are chewed or smashed to remove the time-release coating, then snorted or injected, generating a high as intoxicating as that of heroin. So popular and addictive is OxyContin these days that it has stirred up a blizzard of a crime wave through the towns of Calais and Bangor, say drug counselors and police investigators. People are using bogus prescriptions to obtain the drug, or they are smuggling the pills across the nearby Canadian border. "Three months ago, we had needles show up outside the middle school," says local drug counselor Carrie McDonald.

Not just in rural Maine: OxyContin is quietly becoming a dangerously popular drug in other pockets of the nation. In the New Orleans suburb of St. Bernard Parish, police say OxyContin abuse is an "epidemic." Officers are making as many arrests for the "killers," as it is known there, as for crack cocaine. The town has had five documented overdoses, but police captain John Doran believes the number may be higher. "We're a suburb, so you see a lot of middle-class families—folks who'd never dream of taking a needleful of heroin," he says. The same is true in Pulaski, Va. (pop. 10,000), where OxyContin has overtaken cocaine and marijuana. Property crime is up 50%, says police chief Eric Montgomery. Four overdoses have been confirmed so far by police, who suspect more than have been reported. More alarming, says U.S. Attorney Bob Crouch, is a recent survey of students in southwestern Virginia indicating that 20% of high school kids and 10% of middle school kids know about OxyContin and how to obtain it.

With abuse of OxyContin on the rise, police in at least three states are reporting a record number of pharmacies being broken into. The homes of people with legitimate OxyContin prescriptions are being robbed in invasions targeting the pills. These patients are often tracked down by relatives who know what is inside their medicine chests or by their small-town neighbors who hear small-town talk about their prescriptions. Thieves are even accosting customers in drugstore parking lots, on a hunch that they might be carrying the sought-after drug, say Bangor authorities. OxyContin rings get prescriptions from sloppy or questionable doctors and use the usual means of forging them, either by photocopying the form or using

a pen to change a prescription for 10 tablets, for example, to 100. The truly inventive ones ask their doctors for another drug, then take the prescription form home, soak the ink off with chemicals and write themselves a new prescription.

Not everyone agrees that OxyContin is problematic. Dr. David Haddox, senior medical director for Purdue Pharma, the drug's manufacturer, insists doctors are not overprescribing. But the company has a lot to lose if the controversy lingers and doctors take their patients off it. Last April the Wall Street Journal reported that OxyContin sales increased 95% in one year, generating $600 million in sales for Purdue Pharma. Indeed, the drug, introduced in 1995, has been hailed as a miracle; it eases chronic pain because its dissolvable coating allows a measured dose of the opiate oxycodone to be released into the bloodstream (see PERSONAL TIME: YOUR HEALTH). However, abusers quickly found that by smashing the pills, they can get all the drug's potency in a rush of euphoria.

Facing pressure from prosecutors, investigators and drug counselors, OxyContin's manufacturer has begun working with doctors to minimize forged prescriptions. In Maine the problems have caused a quandary for doctors. In 1999 the legislature passed new medical rules requiring doctors to treat pain more aggressively. Now Maine is the second largest consumer of OxyContin among all the states, and had 35 deaths from overdoses last year. "We haven't had a drug problem like this in the high schools in Maine until now," says U.S. Attorney Jay McCloskey, who is waging a war against the doctors who so readily write OxyContin prescriptions. "We've had people tell us if a doctor had just asked them to roll up their sleeve for a blood-pressure test, they would have seen the track marks." —Reported by Elisabeth Kauffman/Nashville

**THE NEW HIGH**
Used to treat chronic pain, OxyContin is now popular for its heroin-like euphoria. Abusers crush the pills, in packet, top, for snorting or boil them for injection

TIME, JANUARY 8, 2001                                              47

<u>Fact</u>

The Office of the Chief Medical Examiner stated that during 1999 and part of 2000, there were 12 overdose deaths in which oxycodone was identified.  Oxycodone was the sole chemical identified in only two cases, one of which  was a suicide.

401

31



# **The Media - Our Policy**

- We do not engage the media on their terms
- We aggressively correct their inaccuracies
- We strive for balance
- We issue releases as needed
- The problem is prescription drug abuse
- We focus on the patients

401



# **Our Approved Promotion**

- OxyContin Tablets are indicated for the management of (1) <u>moderate to severe pain</u> where(2) <u>use of an opioid analgesic is appropriate</u> for (3) <u>more than a few days</u>.

- OxyContin Tablets has been studied and proven effective for the treatment of pain due to osteoarthritis, low back, postherpetic neuralgia, cancer, postsurgical

401

33



# **People in Pain Express Concerns**

"I started taking OxyContin over a year ago and it has changed my life…. I lost every family member and friend, including my spouse, because my pain was so disabling…. I don't know what I will do if you take away or change this medicine. I cannot even imagine the nightmare that I may have to go through again…. Don't they realize that abusers will just move on to some other drug?… I am just sick over this. I cannot eat, I can't half sleep. I have so much anxiety I can't stand it…. I wish more people like me would speak up…"

– B.P.

401

34



# People in Pain Express Concerns

"When I finally was prescribed OxyContin, I found my life again. Without OxyContin, I would not be able to get out of bed in the morning. The bulging tissue in my back causes me severe pain. OxyContin has been sent from God in my opinion. Please don't take it away from us, the real patients in need…. I don't think it is fair that the War on Drugs seems to have switched over to OxyContin due to a few deaths…. I am pleading to you Sir, and everyone at Purdue, to continue the manufacture of OxyContin so the patients that really need this pain relief can have it, and can carry on with our lives."

– Jennifer S.



# A Law Enforcement Perspective

"What's the answer to this dilemma of drug abuse and legitimate pain patients? I think it is important to remember that OxyContin is only the current prescription drug of abuse getting media attention. Hydrocodone has long been the number one prescription drug of abuse, and usually overshadows the oxycodone products in second place…. We must remember that probably 90%+ of all pain medications are taken properly by legitimate patients, and none of us want to see them suffer…. Eliminating any of these proven pharmaceuticals is not only dangerous, but the equivalent of "throwing out the baby with the bath water." Lets go after the abusers, and safeguard those in pain."

–   John Burke
    Director, Warren County (OH) Drug Task Force
    Vice President, NADDI

401

36



# Purdue Pharma's 10-Point Plan to Prevent Prescription Drug Abuse
## Without Compromising Patient Access to Proper Pain Control

Prescription drug abuse is an important public health problem in the United States. It affects some 4 million Americans—more than those who abuse cocaine and heroin combined. Yet until now there has been no effective concerted effort to address this serious problem. Purdue Pharma L.P., a leading manufacturer of prescription pain medications, has made a commitment to tackle the problem of prescription drug abuse with a multifaceted program of prevention and education. Our 10-point plan includes the following initiatives:

**1** **CONTINUING MEDICAL EDUCATION PROGRAMS** are being provided by Purdue Pharma in those regions of the U.S. that have been most affected by the abuse of prescription pain medications. These high-quality, nonpromotional educational programs teach healthcare professionals how to properly assess and treat patients suffering from real pain and prevent prescription drugs from being diverted by abusers.

**2** **TAMPER-RESISTANT PRESCRIPTION PADS** are being offered by Purdue to physicians at no cost in selected regions experiencing the highest reported incidence of prescription drug abuse.



**3** **DRUG PREVENTION AND EDUCATION PROGRAMS FOR "TWEENS"** are being funded by Purdue. A series of public service announcements are now running in areas of highest drug abuse, and Purdue is working with the Community Anti-Drug Coalitions of America to develop new educational programs to alert the vulnerable "tween" population (ages 9-12) about the dangers of abusing prescription medicines.



**4** **OPIOID DOCUMENTATION KITS** are being offered to help physicians assess pain properly and distinguish between legitimate patients suffering from pain and those pretending to be in pain in order to obtain controlled substances.

**5** **ABUSE AND DIVERSION BROCHURES** have been mailed to 400,000 physicians and 60,000 pharmacists throughout the country, providing valuable information on how they can help prevent diversion of prescription drugs.

**6** **A MAJOR STUDY OF PRESCRIPTION MONITORING PROGRAMS** is being underwritten by Purdue. Working with the healthcare and law enforcement communities, the study will seek to develop a model prescription monitoring program that would prevent "doctor shopping" by drug abusers without interfering with the ability of legitimate patients to receive appropriate prescription medicines.

**7** **EDUCATION PROGRAMS WITH LAW ENFORCEMENT COMMUNITY,** including the National Association of Drug Diversion Investigators (NADDI), several State Attorneys General and the National Association of State Controlled Substance Authorities (NASCSA), to better understand the undertreatment of pain and explore new approaches to combat prescription drug abuse.

**8** **RESEARCH** on the prevalence and root cause of the abuse of specific prescription drugs is being collected by Purdue-sponsored researchers, so that more effective prevention programs can be developed and evaluated.

**9** **CROSS-BORDER SMUGGLING** is being addressed, in cooperation with the DEA, to prevent our products from being smuggled into the U.S. from Mexico and Canada. Tablets sold in Canada and Mexico will have unique markings to enable law enforcement to identify where the product was dispensed.

**10** **ABUSE-RESISTANT MEDICINES** are the number one priority in our research labs. Purdue is spending millions of dollars to test and develop new forms of pain relievers that would be resistant to abuse while providing safe and effective pain relief to legitimate patients.

Solving the public health problem of prescription drug abuse will require the cooperation of many elements of our society—law enforcement, schools, parents, religious organizations, healthcare providers, social service agencies, regulatory bodies, and the pharmaceutical industry. Purdue is taking the lead within our industry in addressing this critical social problem because we believe it is the right thing to do.

Looking ahead, we are working on a predictive model that will help us identify areas where drug abuse might spread. Based on this analysis, we will intensify our education and prevention activities in those regions of the country.

We are deeply troubled by the human tragedy of prescription drug abuse and are doing our part to help. We are also firmly committed to keeping pain-relieving medicines available for the millions of legitimate patients who need them most.

**We will not let patients suffer in silence. We are committed to being true partners against pain.**



www.partnersagainstpain.com



# Our Commitment -
# To Patients and Physicians

- Continue our responsible, committed, promotion of  OxyContin for the right patient

- Continue to teach healthcare professionals how to use these products to treat patients in pain.

- Develop new and improved tamper and abuse resistant narcotic analgesics.

401



# **Protect the Pain Management Movement**

- Purdue has changed the way pain is treated in America

- Millions of patients have benefited from our good work