# APPENDIX A

| Subdivision Name | State | Docket Number |
|---|---|---|
| People of the State of California, acting by and through Santa Clara County Counsel James R. Williams | CA | 1:22-op-45030 |
| The People of the State of California, acting by and through the City of Chico | CA | 1:20-op-45189 |
| The People of the State of California, acting by and through the City of Clearlake | CA | 1:20-op-45251 |
| People of the State of California | CA | 1:19-op-45128 |
| People of the State of California, acting by and through Interim Eureka City Attorney, Robert Norris Black | CA | 1:18-op-46092 |
| People of Christian County | IL | 1:17-op-45078 |
| People of the State of Illinois | IL | 1:17-op-45078 |
| People of Franklin County | IL | 1:20-op-45194 |
| People of the State of Illinois | IL | 1:20-op-45194 |
| The People of Sangamon County | IL | 1:20-op-45154 |
| The People of the State of Illinois | IL | 1:20-op-45154 |
| People of Johnson County | IL | 1:18-op-46148 |
| People of the State of Illinois | IL | 1:18-op-46148 |
| People of Schuyler County | IL | 1:18-op-46147 |
| People of the State of Illinois | IL | 1:18-op-46147 |
| People of the State of Illinois | IL | 1:19-op-45286 |
| People of Union County | IL | 1:19-op-45286 |
| Red River Parish | LA | 1:18-op-46222 |
| Board of Supervisors of Louisiana State University and Agricultural and Mechanical College | LA | 1:20-op-45157 |
| University System of Louisiana | LA | 1:19-op-45627 |