WITH TECHNICAL CORRECTIONS 02.03.2023

# CVS SETTLEMENT AGREEMENT

# TABLE OF CONTENTS

**Page**

I.      Definitions ............................................................................................................2

II.     Participation by States and Condition to Preliminary Agreement .....................14

III.    Injunctive Relief ................................................................................................15

IV.     Settlement Payments ..........................................................................................16

V.      Allocation and Use of Settlement Payments ......................................................31

VI.     Enforcement .......................................................................................................38

VII.    Participation by Subdivisions ............................................................................43

VIII.   Condition to Effectiveness of Agreement and Filing of Consent Judgment ....................46

IX.     Additional Remediation .....................................................................................46

X.      Plaintiffs' Attorneys' Fees and Costs ................................................................47

XI.     Release ...............................................................................................................47

XII.    Later Litigating Subdivisions; Non-Settling States ..........................................52

XIII.   Miscellaneous ....................................................................................................53

EXHIBIT A – Alleged Harms .......................................................................................... A-1

EXHIBIT B – Enforcement Committee Organization Bylaws ...................................... B-1

EXHIBIT C – Litigating Subdivision List ...................................................................... C-1

EXHIBIT D – [Intentionally Omitted] ........................................................................... D-1

EXHIBIT E – List of Opioid Remediation Uses ............................................................ E-1

EXHIBIT F – List of States and Allocation Percentages ............................................... F-1

EXHIBIT G – Subdivisions Eligible to Receive Direct Allocations from the Subdivision Fund and Subdivision Fund Allocation Percentages ...................................... G-1

EXHIBIT H – [Intentionally Omitted] ........................................................................... H-1

EXHIBIT I – Primary Subdivisions ................................................................................ I-1

EXHIBIT J – Illustrative List of Released Entities ........................................................ J-1

i

EXHIBIT K – Subdivision Participation Form and Release ................................................... K-1

EXHIBIT L – Settlement Fund Administrator ....................................................................... L-1

EXHIBIT M – Maximum Payment Amounts.......................................................................... M-1

EXHIBIT N – Additional Remediation Amount Allocation Percentages ................................ N-1

EXHIBIT O – Adoption of a State-Subdivision Agreement ..................................................... O-1

EXHIBIT P – Injunctive Relief ............................................................................................... P-1

EXHIBIT Q – [Intentionally Omitted] ..................................................................................... Q-1

EXHIBIT R – Agreement on Attorneys' Fees, Costs, and Expenses ........................................R-1

EXHIBIT S – Agreement on the State Outside Counsel Fee Fund ...........................................S-1

EXHIBIT T – Agreement on the Joint State Cost Fund ...........................................................T-1

EXHIBIT U – IRS Form 1098-F .............................................................................................. U-1

EXHIBIT V – CVS Settlement Agreement Sign-on Form......................................................... V-1

EXHIBIT W – Non-Litigating Threshold Subdivisions List..................................................... W-1

EXHIBIT X – Governor's Release of Opioid-Related Claims.................................................. X-1

## CVS SETTLEMENT AGREEMENT

This Settlement Agreement, dated as of December 9, 2022 (the "*Agreement*"), sets forth the terms of settlement between and among the Settling States, CVS, and the Participating Subdivisions (as those terms are defined below).  Upon satisfaction of the conditions set forth in Section II and Section VIII, this Agreement will be binding on all Settling States, Participating Subdivisions, and CVS.  This Agreement will then be submitted for entry as part of Consent Judgments in the respective courts of each of the Settling States, pursuant to the terms set forth in Section VIII.

WHEREAS, certain States and Subdivisions have filed or could file Actions in various forums against CVS raising Claims or allegations concerning, related to, based upon, or in connection with the Alleged Harms and/or the Covered Conduct;

WHEREAS, CVS (i) denies each and all of the Claims and allegations of wrongdoing made by the States and Litigating Subdivisions in each of the Actions and maintains that it has meritorious defenses; (ii) denies all assertions of wrongdoing or liability against CVS arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged, in the Actions already brought or that could be brought by any State or Subdivision related to the Covered Conduct and/or Alleged Harms and contends that the factual allegations made in the current Actions relating to CVS are false and materially inaccurate; (iii) denies that any State, Subdivision, or resident thereof was harmed by any conduct of CVS; (iv) denies liability, denies any wrongdoing, and denies it violated any federal or state statute, regulation, or common law; and (v) maintains that CVS would be able to successfully defend against the Claims and allegations at trial, that the facts do not support the allegations, that CVS engaged in no misconduct or unlawful activity, and that CVS caused no harm to any State, Subdivision, or resident thereof;

WHEREAS, the Parties have investigated the facts and analyzed the relevant legal issues regarding the Claims and defenses that have been or could have been asserted in the Actions;

WHEREAS, the Parties have determined that it is preferable to resolve any Claims the States and Subdivisions may have through a cooperative and mutually beneficial settlement that provides funding to remediate Alleged Harms;

WHEREAS, the Parties have each considered the costs, delays and uncertainty associated with the continued prosecution and defense of the Actions;

WHEREAS, the Parties believe the settlement set forth herein avoids the uncertainties of litigation and assures that the benefits reflected herein are obtained;

WHEREAS, the States have concluded that the terms of the settlement are fair, reasonable and adequate and in the best interests of the States and all Subdivisions and citizens and residents of the States;

WHEREAS, the Parties have agreed to the terms herein for the sole purpose of settlement, and nothing herein may be taken as or construed to be an admission or concession of any violation

1

of law, rule, or regulation, or of any other matter of fact or law, or of any liability or wrongdoing or lack thereof;

WHEREAS, no part of this Agreement, including its statements and commitments, shall constitute evidence of any liability, fault, or wrongdoing, or of any lack thereof; and

WHEREAS, unless the contrary is expressly stated, this Agreement is not intended for use by any Party or any third party for any purpose not expressly stated herein, including submission to any court for any purpose other than Court approvals associated with this Agreement.

NOW, THEREFORE, IT IS HEREBY AGREED by and between the Settling States, Participating Subdivisions, and CVS, by and through their respective counsel, as follows:

## I.     Definitions

For all sections of this Agreement except Exhibit E and Exhibit P, the following definitions apply:

A.      "*Actions*" means any lawsuit by a Settling State or Participating Subdivision asserting any Released Claim against one or more Released Entities.

B.      "*Additional Remediation Amount*" means the amount available to the Settling States totaling up to $28,527,739.

C.      "*Advisory Committee*" has the meaning set forth in Section V.E.2.d.

D.      "*Agreement*" has the definition set forth in the preamble, including all exhibits.

E.      "*Alleged Harms*" means the alleged past, present, and future financial and societal harms and related expenditures arising out of the alleged misuse and abuse of Products, non-exclusive examples of which are described in the documents listed on Exhibit A, including those expenditures that have allegedly arisen as a result of the physical and bodily injuries sustained by individuals suffering from opioid-related addiction, abuse, death, and other related diseases and disorders, and that have allegedly been caused by CVS.

F.      "*Allocation Statute*" means a state law that governs allocation, distribution, and/or use of some or all of the Settlement Fund amounts allocated to that State and/or its Subdivisions. In addition to modifying the allocation as set forth in Section V.D.2, an Allocation Statute may, without limitation, contain a Statutory Trust, further restrict expenditures of funds, form an advisory committee, establish oversight and reporting requirements, or address other default provisions and other matters related to the funds.  An Allocation Statute is not required to address all three (3) types of funds comprising the Settlement Fund or all default provisions.

G.      "*Annual Payment*" means the total amount payable to the Settlement Fund Administrator by CVS on the Payment Date each year, as calculated by the Settlement Fund Administrator pursuant to Section IV.C.3.  For the avoidance of doubt, this term does not include the Additional Remediation Amount, amounts paid pursuant to Section X, amounts paid for the

cost of the Settlement Fund Administrator pursuant to <u>Section V.C.4</u>, or amounts paid for the cost of the Implementation Administrator pursuant to <u>Section VIII.A</u>.

      H.     "*Appropriate Official*" has the meaning set forth in <u>Section XIII.F.3</u>.

      I.      "*Base Payment*" has the meaning set forth in <u>Section IV.G</u>.

      J.     "*Bankruptcy Code*" means Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*

      K.     "*Bar*" means either:  (1) a law barring Subdivisions in a State from maintaining Released Claims against Released Entities (either through a direct bar or through a grant of authority to release claims and the exercise of such authority in full); or (2) a ruling by the highest court of the State (or, in a State with a single intermediate court of appeals, the intermediate court of appeals when not subject to further review by the highest court of the State) setting forth the general principle that Subdivisions in the State may not maintain any Released Claims against Released Entities, whether on the ground of this Agreement (or the release in it) or otherwise.  For the avoidance of doubt, a law or ruling that is conditioned or predicated upon payment by a Released Entity (apart from payments made by CVS under this Agreement) shall not constitute a Bar.

      L.     "*Case-Specific Resolution*" means either:  (1) a law barring the Subdivision at issue from maintaining any Released Claims against any Released Entities (either through a direct bar or through a grant of authority to release claims and the exercise of such authority in full); or (2) a ruling by a court of competent jurisdiction over the Subdivision at issue that the Subdivision may not maintain any Released Claims at issue against any Released Entities, whether on the ground of this Agreement (or the release in it) or otherwise.  For the avoidance of doubt, a law or ruling that is conditioned or predicated upon payment by a Released Entity (apart from payments made by CVS under this Agreement) shall not constitute a Case-Specific Resolution.

      M.     "*Claim*" means any past, present or future cause of action, claim for relief, cross-claim or counterclaim, theory of liability, demand, derivative claim, request, assessment, charge, covenant, damage, debt, lien, loss, penalty, judgment, right, obligation, dispute, suit, contract, controversy, agreement, *parens patriae* claim, promise, performance, warranty, omission, or grievance of any nature whatsoever, whether legal, equitable, statutory, regulatory or administrative, whether arising under federal, state or local common law, statute, regulation, guidance, ordinance or principles of equity, whether filed or unfiled, whether asserted or unasserted, whether known or unknown, whether accrued or unaccrued, whether foreseen, unforeseen or unforeseeable, whether discovered or undiscovered, whether suspected or unsuspected, whether fixed or contingent, and whether existing or hereafter arising, in all such cases, including but not limited to any request for declaratory, injunctive, or equitable relief, compensatory, punitive, or statutory damages, absolute liability, strict liability, restitution, abatement, subrogation, contribution, indemnity, apportionment, disgorgement, reimbursement, attorney fees, expert fees, consultant fees, fines, penalties, expenses, costs or any other legal, equitable, civil, administrative, or regulatory remedy whatsoever.

N.  "*Claim-Over*" means a Claim asserted by a Non-Released Entity against a Released Entity on the basis of contribution, indemnity, or other claim-over on any theory relating to a Non-Party Covered Conduct Claim asserted by a Releasor.

O.  "*Consent Judgment*" means a state-specific consent judgment in a form to be agreed by the Settling States and CVS prior to the Initial Subdivision Participation Date that, among other things, (1) approves this Agreement and (2) provides for the release set forth in Section XI.A, including the dismissal with prejudice of any Released Claims that the Settling State has brought against Released Entities.

P.  "*Covered Conduct*" means any actual or alleged act, failure to act, negligence, statement, error, omission, breach of any duty, conduct, event, transaction, agreement, misstatement, misleading statement or other activity of any kind whatsoever from the beginning of time through the Effective Date (and any past, present or future consequence of any such act, failure to act, negligence, statement, error, omission, breach of duty, conduct, event, transaction, agreement, misstatement, misleading statement or other activity) in any line of business arising from or relating in any way to: (1) the distribution, dispensing, delivery, monitoring, reporting, supply, sale, prescribing, physical security, warehousing, coverage, purchases, reimbursement, discovery, development, manufacture, packaging, repackaging, marketing, promotion, advertising, labeling, recall, withdrawal, and/or any similar act or failure to act related to any Product; the use and/or abuse of any Product; orders, prescriptions, formularies, guidelines, payments and/or rebates for any Product; policies, practices and/or operating procedures, statements, contracts, commercial arrangements, insurance, claim and/or benefit administration, claim adjudication, plan design, data and/or sales thereof, and/or any similar act or failure to act relating to any Product; and/or any system, plan, policy and/or advocacy relating to any Product, including but not limited to unbranded promotion, marketing, programs, and/or campaigns related to any Product and/or class of Products; (2) the characteristics, properties, risks and/or benefits of any Product; (3) the reporting, disclosure, non-reporting and/or non-disclosure to federal, state and/or other regulators of orders and/or prescriptions, theft, diversion and/or any similar conduct related to any Product; (4) the purchasing, selling, acquiring, disposing of, importing, exporting, handling, processing, packaging, supplying, distributing, and/or converting any Product; and (5) controls against diversion, corresponding responsibility, and/or suspicious order monitoring related to any Product.

Q.  "*CVS*" means CVS Health Corporation and CVS Pharmacy, Inc. and all of their past and present direct and indirect parents and subsidiaries.  For the avoidance of doubt, this definition shall not in any way limit the definition of Released Entities.

R.  "*Designated State*" means New York.

S.  "*Effective Date*" means fifteen (15) calendar days after the Reference Date.

T.  "*Eligible State*" means the states, commonwealths, and territories of the United States of America, but excluding Florida, New Mexico, and West Virginia.  Eligible States are listed in Exhibit F-2.  The use of non-capitalized "state" to describe something (*e.g.*, "state court") shall also be read to include parallel entities in commonwealths, territories, and the District of Columbia (*e.g.*, "territorial court").

U.  "*Enforcement Committee*" means a committee consisting of certain representatives of the Settling States and of the Participating Subdivisions selected and operating pursuant to the organizational bylaws set forth at Exhibit B.  Notice pursuant to Section XIII.Q shall be provided when there are changes in membership or contact information.

V.  "*Final Order*" means an order or judgment of a court of competent jurisdiction with respect to the applicable subject matter (1) which has not been reversed or superseded by a modified or amended order, is not currently stayed, and as to which any right to appeal or seek *certiorari*, review, reargument, stay, or rehearing has expired, and as to which no appeal or petition for *certiorari*, review, reargument, stay, or rehearing is pending, or (2) as to which an appeal has been taken or petition for *certiorari*, review, reargument, stay, or rehearing has been filed and (a) such appeal or petition for *certiorari*, review, reargument, stay, or rehearing has been resolved by the highest court to which the order or judgment was appealed or from which *certiorari*, review, reargument, stay, or rehearing was sought, or (b) the time to appeal further or seek *certiorari*, review, reargument, stay, or rehearing has expired and no such further appeal or petition for *certiorari*, review, reargument, stay, or rehearing is pending.

W.  "*Global Settlement Amount*" means the sum of (a) the Maximum Remediation Payment, (b) the Additional Remediation Amount, and (c) any attorneys' fees and costs set forth in Exhibit R, Exhibit S and Exhibit T.

X.  "*Implementation Administrator*" means the vendor agreed to by CVS and the Enforcement Committee and retained by CVS to provide notice pursuant to Section VII.A and to manage the initial joinder period for Subdivisions, including the issuance and receipt of Subdivision Participation Agreements.

Y.  "*Incentive C Eligible Subdivisions*" has the meaning set forth in Section IV.H.8.e.

Z.  "*Incentive A*" and "*Incentive Payment A*" mean the incentive payment described in Section IV.H.6.

AA.  "*Incentive B*" and "*Incentive Payment B*" mean the incentive payment described in Section IV.H.7.

BB.  "*Incentive C*" and "*Incentive Payment C*" mean the incentive payment described in Section IV.H.8.

CC.  "*Incentive Payment D*" means the incentive payment described in Section IV.H.9.

DD.  "*Incentive Payment D Look-Back Dates*" has the meaning set forth in Section IV.H.9.d.

EE.  "*Initial Participating Subdivision*" means a Subdivision that meets the requirements set forth in Section VII.D.

FF.  "*Initial Subdivision Participation Date*" means ninety (90) calendar days after the Preliminary Agreement Date, unless it is extended by written agreement of CVS and the Enforcement Committee.

GG.  "*Injunctive Relief Terms*" means the terms described in <u>Section III</u> and set forth in <u>Exhibit P</u>.

HH.  "*Later Litigating Subdivision*" means a Subdivision (or Subdivision official asserting the right of or for the Subdivision to recover for Alleged Harms to the Subdivision and/or the people thereof) that:  (1) first files a lawsuit bringing a Released Claim against a Released Entity after the Initial Subdivision Participation Date; or (2) adds a Released Claim against a Released Entity after the Initial Subdivision Participation Date to a lawsuit brought before the Initial Subdivision Participation Date that, prior to the Initial Subdivision Participation Date, did not include any Released Claims against a Released Entity; or (3) (a) was a Litigating Subdivision whose Released Claims against Released Entities were resolved by a legislative Bar or legislative Case-Specific Resolution as of the Initial Subdivision Participation Date, (b) such legislative Bar or legislative Case-Specific Resolution is subject to a Revocation Event after the Initial Subdivision Participation Date, and (c) the earlier of the date of completion of opening statements in a trial in an action brought by a Subdivision in that Settling State that includes a Released Claim against a Released Entity or one hundred eighty (180) days from the Revocation Event passes without a Bar or Case-Specific Resolution being implemented as to that Litigating Subdivision or the Litigating Subdivision's Released Claims being dismissed; or (4) (a) was a Litigating Subdivision whose Released Claims against Released Entities were resolved by a judicial Bar or judicial Case-Specific Resolution as of the Initial Subdivision Participation Date, (b) such judicial Bar or judicial Case-Specific Resolution is subject to a Revocation Event after the Initial Subdivision Participation Date, and (c) such Litigating Subdivision takes any action in its lawsuit asserting a Released Claim against a Released Entity other than seeking a stay or dismissal.

II.  "*Later Participating Subdivision*" means a Participating Subdivision that is not an Initial Participating Subdivision, but meets the requirements set forth in <u>Section VII.E.</u>

JJ.  "*Litigating Subdivisions*" means all Subdivisions that have brought any Released Claim against any Released Entities as of the Initial Subdivision Participation Date. Attached as <u>Exhibit C</u> is a list of the Litigating Subdivisions in each Eligible State.  <u>Exhibit C</u> will be updated (including with any corrections) periodically, and a final version of <u>Exhibit C</u> will be attached hereto as of the Initial Subdivision Participation Date.

KK.  "*Maximum Remediation Payment*" means $4,279,160,837, the total amount available to Eligible States for Annual Payments as set forth in <u>Exhibit M-1</u>.[1]  The actual amount paid for Annual Payments is subject to reduction from the Maximum Remediation Payment for

---

[1]  The total maximum amount of this settlement is up to $5,022,083,578, which includes (i) up to $4,279,160,837 in the Maximum Remediation Payment; (ii) up to $539,457,124 in Common Benefit and Subdivision Attorneys' Fees, Expenses and Costs; (iii) up to $85,583,217 in the State Outside Counsel Fee Fund, State Cost Fund and Additional Remediation Amount; (iv) a credit of $117,882,400 for CVS's settlements with the state of New Mexico, state of West Virginia, and Nassau County and Suffolk County of New York.  In no event shall CVS's payment obligation under this Agreement exceed the sum of (i)-(iii) above ($4,904,201,178).

Non-Settling States, unachieved incentive payments, and as otherwise set forth in this Agreement. In no event shall CVS's total Annual Payments under this Agreement ever exceed the Maximum Remediation Payment.

LL.     "*Maximum Annual Remediation Payments*" means the total amount available to Eligible States for Annual Payments in each Payment Year as set forth in the "Total Remediation" column of Exhibit M-1. In no event shall an Annual Payment in Payment Years 1-5 exceed the Maximum Annual Remediation Payment for that Payment Year set forth in Exhibit M-1. For Payment Years 6-10, the Annual Payment may exceed the Maximum Annual Remediation Payment for that Payment Year only to the extent needed for Incentive Payment D for a Settling State that has not earned some or all Incentive Payment C in prior Payment Years, having resulted in correspondingly lower Annual Payments in those prior Payment Years. In no event shall an Annual Payment in Payment Years 6-10 exceed the range set forth in Exhibit M-2 for that Payment Year. For the avoidance of doubt, in no event shall the Annual Payments in Payment Years 6-10 cause CVS's total Annual Payments to exceed the Maximum Remediation Payment.

MM.     "*National Arbitration Panel*" means the panel comprised as described in Section VI.F.3.b.

NN.     "*National Disputes*" has the meaning set forth in Section VI.F.3.a.

OO.     "*Non-Litigating Subdivision*" means any Subdivision that is neither a Litigating Subdivision nor a Later Litigating Subdivision.

PP.     "*Non-Litigating Threshold Subdivision*" means (a) all Primary Subdivisions with populations equal to or greater than 30,000 that have not brought a Released Claim against any Released Entity as of the Initial Subdivision Participation Date and (b) any other Primary Subdivisions with populations between 10,000 and 30,000 that have not brought a Released Claim against any Released Entity but have brought a claim related to Products, including any Claims related to the Covered Conduct and/or Alleged Harms, against McKesson, AmerisourceBergen, Cardinal Health, Janssen Pharmaceuticals, or any parents, subsidiaries, divisions, predecessors, successors, and assigns of McKesson, AmerisourceBergen, Cardinal Health, or Janssen Pharmaceuticals. Attached as Exhibit W is a list of the Non-Litigating Threshold Subdivisions in each Eligible State. Exhibit W will be updated (including with any corrections) periodically, and a final version of Exhibit W will be attached hereto as of the Initial Subdivision Participation Date.

QQ.     "*Non-Participating Subdivision*" means any Subdivision that is not a Participating Subdivision.

RR.     "*Non-Party Covered Conduct Claim*" means a Claim against any Non-Released Entity involving, arising out of, or related to Alleged Harms and/or Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity).

SS.     "*Non-Party Settlement*" means a settlement by any Releasor that settles any Non-Party Covered Conduct Claim and includes a release of any Non-Released Entity.

TT.     "*Non-Released Entity*" means an entity that is not a Released Entity.

7

UU.    "*Non-Settling State*" means any Eligible State that is not a Settling State.

VV.    "*Opioid Remediation*" means care, treatment, and other programs and expenditures (including reimbursement for past such programs or expenditures[2] except where this Agreement restricts the use of funds solely to future Opioid Remediation) designed to remediate Alleged Harms, including to (1) address the misuse and abuse of opioid products, (2) treat or mitigate opioid use or related disorders, or (3) mitigate other alleged effects of, including on those injured as a result of, the opioid epidemic.  Exhibit E provides a non-exhaustive list of expenditures that qualify as being paid for Opioid Remediation.  Qualifying expenditures may include reasonable related administrative expenses.

WW.    "*Opioid Tax*" means any tax, assessment, surcharge or any other fee (other than a fixed prospective excise tax or similar tax or fee that has no restriction on pass-through) imposed by a Settling State on a pharmacy's ordering or dispensing of opioid products.  For the avoidance of doubt, an Opioid Tax shall not include a fee that a retail pharmacy pays to become registered or licensed to operate as a retail pharmacy or to dispense controlled substances in a Settling State, or to renew such a registration or license in a Settling State.

XX.    "*Overall Allocation Percentage*" means a Settling State's percentage as set forth in Exhibit F-2.  For the avoidance of doubt, the aggregate Overall Allocation Percentage of all Eligible States (including Settling States and Non-Settling States) shall equal one hundred percent (100%).

YY.    "*Participating Subdivision*" means any Subdivision in a Settling State that joins the Agreement and meets the requirements for becoming a Participating Subdivision under Section VII.B or Section VII.C, as applicable.

ZZ.    "*Participation Percentage of Incentive C Eligible Subdivision Population*" has the meaning set forth in Section IV.H.8.d.

AAA.    "*Participation Percentage of Litigating Subdivision Population*" has the meaning set forth in Section IV.H.7.d.

BBB.    "*Parties*" means CVS and the Settling States (each, a "*Party*").

CCC.    "*Payment Year*" means the calendar year during which the applicable Annual Payment is due pursuant to Section IV.B.  Payment Year 1 is 2023, Payment Year 2 is 2024 and so forth.  References to payment "*for a Payment Year*" mean the Annual Payment due during that year.  References to eligibility "*for a Payment Year*" mean eligibility for Annual Payment during that year.

DDD.    "*Preliminary Agreement Date*" has the meaning set forth in Section II.C.

EEE.    "*Primary Fire District*" means a fire district that covers a population of 25,000, or 0.20% of an Eligible State's population if an Eligible State's population is greater than 18 million.

---

[2] Reimbursement includes amounts paid to any governmental entities for past expenditures or programs.

If not easily calculable from state data sources and agreed to between the Eligible State and CVS, a fire district's population is calculated by dividing the population of the county or counties a fire district serves by the number of fire districts in the county or counties.  "Primary Fire Districts" shall mean fire districts as identified in connection with the implementation of the July 21, 2021 Janssen Settlement Agreement.

FFF.  "*Primary Subdivision*" means any General-Purpose Government (including, but not limited to, a municipality, county, county subdivision, city, town, township, parish, village, borough, gore, or any other entities that provide municipal-type government) with a population over 10,000.  Attached as Exhibit I is an agreed list of the Primary Subdivisions in each Eligible State.

GGG.  "*Prior Litigating Subdivision*" means a Subdivision (or Subdivision official) that brought any Released Claim against any Released Entity prior to the Initial Subdivision Participation Date and all such Released Claims were separately settled or finally adjudicated prior to the Initial Subdivision Participation Date; *provided*, *however*, that if the final adjudication was pursuant to a Bar, such Subdivision shall not be considered a Prior Litigating Subdivision. Notwithstanding the prior sentence, CVS and the Settling State of the relevant Subdivision may agree in writing that the Subdivision shall not be considered a Prior Litigating Subdivision.

HHH.  "*Product*" means any chemical substance, whether licit or illicit, whether used for medicinal or non-medicinal purposes, and whether natural, synthetic, or semi-synthetic, or any finished pharmaceutical product made from or with such substance, that is (1) an opioid or opiate, as well as any product containing any such substance; (2) a benzodiazepine, a muscle relaxer, carisoprodol, zolpidem, or gabapentin; or (3) a combination or "cocktail" of any stimulant or other chemical substance prescribed, sold, bought, or dispensed to be used together that includes opioids or opiates.  "Product" shall include, but is not limited to, any substance consisting of or containing buprenorphine, codeine, fentanyl, hydrocodone, hydromorphone, meperidine, methadone, morphine, oxycodone, oxymorphone, tapentadol, tramadol, opium, heroin, carfentanil, diazepam, estazolam, quazepam, alprazolam, clonazepam, oxazepam, flurazepam, triozolam, temazepam, midazolam, carisoprodol, gabapentin, or any variant of these substances or any similar substance. Notwithstanding the foregoing, nothing in this section prohibits a Settling State from taking administrative or regulatory action related to a benzodiazepine (including, but not limited to, diazepam, estazolam, quazepam, alprazolam, clonazepam, oxazepam, flurazepam, triozolam, temazepam, and midazolam), a muscle relaxer, carisoprodol, zolpidem, or gabapentin that is wholly independent from the use of such drugs in combination with opioids, provided such action does not seek money (including abatement and/or remediation) for conduct prior to the Effective Date.

III.  "*Reference Date*" means the date on which CVS is to provide notice to the Settling States and the Enforcement Committee of its determination whether to proceed with this Agreement as required by Section VIII.B.  The Reference Date shall be no later than thirty (30) days after the Initial Subdivision Participation Date, unless it is extended by the written agreement of CVS and the Enforcement Committee.

WITH TECHNICAL CORRECTIONS 02.03.2023

JJJ.    "*Released Claims*" means any and all Claims that directly or indirectly are based on, arise out of, or in any way relate to or concern Covered Conduct and/or Alleged Harms occurring prior to the Initial Subdivision Participation Date.  Without limiting the foregoing, "Released Claims" include any Claims that have been asserted against the Released Entities by any Settling State or any of its Litigating Subdivisions or Litigating Special Districts in any federal, state or local action or proceeding (whether judicial, arbitral, or administrative) based on, arising out of or relating to, in whole or in part, the Covered Conduct and/or Alleged Harms, or any such Claims that could be or could have been asserted now or in the future in those actions or in any comparable action or proceeding brought by a State, any of its Subdivisions or Special Districts, or any Releasors (whether or not such State, Subdivision, Special District, or Releasor has brought such action or proceeding).  Released Claims also include all Claims asserted in any proceeding to be dismissed pursuant to the Agreement, whether or not such claims relate to Covered Conduct and/or Alleged Harms.  The Parties intend that "Released Claims" be interpreted broadly.  This Agreement does not release Claims by private individuals.  It is the intent of the Parties that the use and/or effect of this Agreement in connection with Claims by private individuals be treated in accordance with applicable law.  Released Claims is also used herein to describe Claims brought by a Later Litigating Subdivision or other non-party Subdivision that would have been Released Claims if they had been brought by a Releasor against a Released Entity.

KKK.    "*Released Entities*" means CVS and (1) all of CVS's past and present direct or indirect parents, subsidiaries, divisions, predecessors, successors, and assigns; (2) the past and present direct or indirect parents, subsidiaries, divisions, predecessors, successors, assigns, and joint ventures of any of the foregoing; (3) all of CVS's insurers (solely in their role as insurers with respect to the Released Claims); (4) all of CVS's, or of any entity described in subsection (1), past and present joint ventures; and (5) the respective past and present officers, directors, members, shareholders (solely in their capacity as shareholders of the foregoing entities), partners, trustees, and employees of any of the foregoing (for actions that occurred during and related to their work for, or employment with, CVS).  Any person or entity described in subsections (3)-(5) shall be a Released Entity solely in the capacity described in such clause and shall not be a Released Entity with respect to its conduct in any other capacity.  For the avoidance of doubt, any joint venture partner of a joint venture in subsection (2) or (4) is not a Released Entity unless such entity independently falls within subsections (1)-(5) above.  An illustrative list of CVS's present joint ventures, subsidiaries, affiliates and predecessor entities is set forth in Exhibit J.  With respect to joint ventures (including predecessor entities), only entities listed on Exhibit J are Released Entities.  Current or former defendants in *In re: National Prescription Opiate Litigation*, No. 1:17-md-2804 (N.D. Ohio) ("*MDL*") (or in other pending litigation asserting a Claim for Covered Conduct, as identified in the *"National Opiate Litigation – Case and Defendant Extract"* provided to CVS by the Plaintiffs' Executive Committee on November 22, 2022) not identified in Exhibit J are not considered Released Entities, *provided, however*, that any CVS entities that fall within clauses (1)-(5) above against whom Released Claims are brought in the MDL on or after December 9, 2022 shall be considered Released Entities even if not listed on Exhibit J.  For the avoidance of doubt, any entity acquired, or joint venture entered into, by CVS before the Initial Subdivision Participation Date is a Released Entity, but any entity acquired, or joint venture entered into, by CVS after the Initial Subdivision Participation Date is not a Released Entity.

LLL.   "*Releasors*" means (1) each Settling State; (2) each Participating Subdivision; and (3) without limitation and to the maximum extent of the power of each Settling State's Attorney General and/or Participating Subdivision to release Claims, (a) the Settling State's and Participating Subdivision's departments, agencies, divisions, boards, commissions, Subdivisions, districts, instrumentalities of any kind and attorneys, including its Attorney General, and any person in their official capacity whether elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, (b) any public entities, public instrumentalities, public educational institutions, unincorporated districts, fire districts, irrigation districts, water districts, law enforcement districts, emergency services districts, school districts, hospital districts and other Special Districts in a Settling State, and (c) any person or entity acting in a *parens patriae*, sovereign, quasi-sovereign, private attorney general, qui tam, taxpayer, or other capacity seeking relief on behalf of or generally applicable to the general public with respect to a Settling State or Subdivision in a Settling State, whether or not any of them participate in the Agreement.  The inclusion of a specific reference to a type of entity in this definition shall not be construed as meaning that the entity is not a Subdivision. Each Settling State's Attorney General represents that he or she has or has obtained (or will obtain no later than the Initial Subdivision Participation Date) the authority set forth in <u>Section XI.G</u>.  In addition to being a Releasor as provided herein, a Participating Subdivision shall also provide the Subdivision Participation Agreement referenced in <u>Section VII</u> providing for a release to the fullest extent of the Participating Subdivision's authority.

MMM. "*Remediation Accounts Fund*" means the component of the Settlement Fund described in <u>Section V.E</u>.

NNN.   "*Revocation Event*" means, with respect to a Bar, Settlement Class Resolution, or Case-Specific Resolution, a revocation, rescission, reversal, overruling, or interpretation that in any way limits the effect of such Bar, Settlement Class Resolution, or Case-Specific Resolution on Released Claims, or any other action or event that otherwise deprives the Bar, Settlement Class Resolution, or Case-Specific Resolution of force or effect in any material respect.

OOO.   "*Settlement Class Resolution*" means a class action resolution in a court of competent jurisdiction in a Settling State (that is not successfully removed to federal court) with respect to a class of Subdivisions in that Settling State that (1) conforms with that Settling State's statutes, case law, and rules of procedure regarding class actions; (2) is approved and entered as an order of a court of competent jurisdiction in that Settling State and such order has become a Final Order; (3) is binding on all Non-Participating Subdivisions in that Settling State (other than opt outs as permitted under the next sentence); (4) provides that all such Non-Participating Subdivisions may not bring any Released Claims against any Released Entities, whether on the ground of this Agreement (or the releases herein) or otherwise; and (5) does not impose any costs or obligations on CVS other than those provided for in this Agreement, or contain any provision inconsistent with any provision of this Agreement.  If applicable state law requires that opt-out rights be afforded to members of the class, a class action resolution otherwise meeting the foregoing requirements shall qualify as a Settlement Class Resolution unless Subdivisions collectively representing more than one percent (1%) of the total population of that Settling State opt out.  In seeking certification of any Settlement Class, the applicable Settling State and Participating Subdivisions shall make clear that certification is sought solely for settlement

11

purposes and shall have no applicability beyond approval of the settlement for which certification is sought.  Nothing in this Agreement constitutes an admission by any Party that class certification would be appropriate for litigation purposes in any case or for purposes unrelated to this Agreement.

PPP.  "*Settlement Fund*" means the interest-bearing fund established pursuant to this Agreement into which the payment under <u>Section IV</u> is made.  The Settlement Fund is comprised of the Remediation Accounts Fund, State Fund, and Subdivision Fund.

QQQ.  "*Settlement Fund Administrator*" means the entity that determines the payments and reversions due under <u>Section IV</u> and <u>Section IX</u>, including annually determining the Payout Amount and calculating incentive payments, administers the Settlement Fund, and distributes amounts into three sub-funds (the Remediation Accounts Fund, State Fund, and Subdivision Fund) pursuant to this Agreement.  The duties of the Settlement Fund Administrator shall be governed by this Agreement.  Prior to the Initial Subdivision Participation Date, CVS and the Enforcement Committee shall agree to selection and removal processes for and the identity of the Settlement Fund Administrator, and a detailed description of the Settlement Fund Administrator's duties and responsibilities, including a detailed mechanism for paying the Settlement Fund Administrator's fees and costs, all of which shall be appended to the Agreement as <u>Exhibit L</u>.

RRR.  "*Settling State*" means an Eligible State that has entered into this Agreement with CVS and delivers an executed State Participation Form and executed releases in accordance with <u>Section II.A.</u>

SSS.  "*State Global Allocation Percentage*" means the allocation percentages for all States as set forth in <u>Exhibit F-1</u>, which represents allocations before adjusting for States that are not Eligible States due to prior settlements with CVS (Florida, New Mexico, and West Virginia).

TTT.  "*State Fund*" means the component of the Settlement Fund described in <u>Section V.C</u>.

UUU.  "*State Participation Form*" means the form attached as <u>Exhibit V</u>.

VVV.  "*State Participation Date*" has the meaning set forth in <u>Section II.A.</u>

WWW.  "*State-Subdivision Agreement*" means an agreement that a Settling State reaches with the Subdivisions in that Settling State regarding the allocation, distribution, and/or use of funds allocated to that Settling State and to its Subdivisions.  A State-Subdivision Agreement shall be effective if approved pursuant to the provisions of <u>Exhibit O</u> or if adopted by statute.  Preexisting agreements addressing funds other than those allocated pursuant to this Agreement shall qualify if the approval requirements of <u>Exhibit O</u> are met.  A Settling State and its Subdivisions may revise a State-Subdivision Agreement if approved pursuant to the provisions of <u>Exhibit O</u>, or if such revision is adopted by statute.

XXX.  "*Statewide Payment Amount*" means the amount from an Annual Payment to be paid to a Settling State, its separate types of funds (if applicable), and its Participating Subdivision listed on <u>Exhibit G</u>.

YYY.  "*Statutory Trust*" means a trust fund established by state law to receive funds allocated to a Settling State's Remediation Accounts Fund and restrict any expenditures made using funds from such Settling State's Remediation Accounts Fund to Opioid Remediation, subject to reasonable administrative expenses.  A Settling State may give a Statutory Trust authority to allocate one (1) or more of the three (3) types of funds comprising such State's Settlement Fund, but this is not required.

ZZZ.  "*Subdivision*" means any (1) General-Purpose Government (including, but not limited to, a municipality, county, county subdivision, city, town, township, parish, village, borough, gore, or any other entities that provide municipal-type government), School District, or Special District within a Settling State, and (2) any other subdivision, subdivision official (acting in an official capacity on behalf of the subdivision) or sub-entity of or located within a Settling State (whether political, geographical or otherwise, whether functioning or non-functioning, regardless of population overlap, and including, but not limited to, nonfunctioning governmental units and public institutions) that has filed a lawsuit that includes a Released Claim against a Released Entity in a direct, *parens patriae*, or any other capacity.  "General-Purpose Government," "School District," and "Special District" shall correspond to the "five basic types of local governments" recognized by the U.S. Census Bureau and match the 2017 list of Governmental Units.[3]  The three (3) General-Purpose Governments are county, municipal, and township governments; the two (2) special purpose governments are School Districts and Special Districts.[4]  The terms "Fire District," "Health District," "Hospital District," and "Library District" shall correspond to categories of Special Districts recognized by the U.S. Census Bureau.[5]  References to a Settling State's Subdivisions or to a Subdivision "in," "of," or "within" such Settling State include Subdivisions located within the Settling State even if they are not formally or legally a sub-entity of such Settling State; *provided*, *however*, that a "health district" that includes any of the following words or phrases in its name shall not be considered a Subdivision:  mosquito, pest, insect, spray, vector, animal, air quality, air pollution, clean air, coastal water, tuberculosis, and sanitary.

AAAA.  "*Subdivision Allocation Percentage*" means the portion of a Settling State's Subdivision Fund set forth in Exhibit G that a Subdivision will receive pursuant to Section V.C or Section V.D if it becomes a Participating Subdivision.  The aggregate Subdivision Allocation Percentage of all Subdivisions receiving a Subdivision Allocation Percentage in each State shall equal one hundred percent (100%).  Immediately upon the effectiveness of any State-Subdivision

---

[3] https://www.census.gov/data/datasets/2017/econ/gus/public-use-files.html.

[4] *E.g.*, U.S. Census Bureau, "Technical Documentation: 2017 Public Use Files for State and Local Government Organization" at 7 (noting that "the Census Bureau recognizes five basic types of local governments," that three of those are "general purpose governments" (county governments, municipal governments, and township governments), and that the other two are "school district and special district governments"), https://www2.census.gov/programs-surveys/gus/datasets/2017/2017_gov_org_meth_tech_doc.pdf.

[5] A list of 2017 Government Units provided by the Census Bureau identifies 38,542 Special Districts and categorizes them by "FUNCTION_NAME."  "Govt_Units_2017_Final" spreadsheet, "Special District" sheet, included in "Independent Governments - list of governments with reference information," https://www.census.gov/data/datasets/2017/econ/gus/public-use-files.html. As used herein, "fire district" corresponds to Special District function name "24 – Local Fire Protection," "Health District" corresponds to Special District function name "32 – Health," "Hospital District" corresponds to Special District function name "40 – Hospitals," and "Library District" corresponds to Special District function name "52 – Libraries." *See id.*

Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by <u>Section V.D.3</u> (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by <u>Section V.D.3</u>) that addresses allocation from the Subdivision Fund, whether before or after the Initial Subdivision Participation Date, <u>Exhibit G</u> will automatically be amended to reflect the allocation from the Subdivision Fund pursuant to the State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by <u>Section V.D.3</u>.  The Subdivision Allocation Percentages contained in <u>Exhibit G</u> may not change once notice is distributed pursuant to <u>Section VII.A</u>, except upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by <u>Section V.D.3</u> (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by <u>Section V.D.3</u>) that addresses allocation from the Subdivision Fund.  For the avoidance of doubt, no Subdivision not listed on <u>Exhibit G</u> shall receive an allocation from the Subdivision Fund and no provision of this Agreement shall be interpreted to create such an entitlement.

BBBB.  "*Subdivision Fund*" means the component of the Settlement Fund described in <u>Section V.C</u>.

CCCC. "*Subdivision Participation Agreement*" means the form of agreement attached as <u>Exhibit K</u> that Participating Subdivisions must execute and return to the Implementation Administrator or Settlement Fund Administrator.

DDDD.  "*Threshold Motion*" means a motion to dismiss or equivalent dispositive motion made at the outset of litigation under applicable procedure.  A Threshold Motion must include as potential grounds for dismissal any applicable Bar or the relevant release by a Settling State or Participating Subdivision provided under this Agreement and, where appropriate under applicable law, any applicable limitations defense.

EEEE.  "*Total Remediation Amount*" means the aggregate amount paid or incurred by CVS hereunder other than amounts paid as attorneys' fees and costs or identified pursuant to <u>Section V.B.2</u> as being used to pay attorneys' fees, investigation costs or litigation costs.

## II.    Participation by States and Condition to Preliminary Agreement

A.    *Notice to States*.  On December 9, 2022, this Agreement shall be distributed to all Eligible States by the Enforcement Committee.  The Eligible States' Attorneys General shall then have until December 31, 2022 (the "*State Participation Date*"), to decide whether to become Settling States.  Eligible States that determine to become Settling States shall sign a State Participation Form, in the form attached as <u>Exhibit Y</u>, and provide it to CVS and the Enforcement Committee on or before the State Participation Date.  The State Participation Date may be extended by the written agreement of CVS and the Enforcement Committee.

B.    *Condition to Preliminary Agreement—Settling States' Determination to Proceed*.  Following the State Participation Date, the Settling States on the Enforcement Committee shall determine whether enough Eligible States have agreed to become Settling States to proceed with notice to Subdivisions as set forth in <u>Section VII</u> below.  The Settling States shall have full, unfettered, and unilateral discretion to abandon the Agreement, without prejudice, should they

determine, based on any criteria or factors they deem relevant, that the Eligible State participation level is insufficient.  Within seven (7) calendar days after the State Participation Date, the Settling States shall provide notice to CVS and the Enforcement Committee whether they intend to proceed with the Agreement.  Should the Settling States give notice of insufficient Eligible State participation and elect not to proceed, then this Agreement shall have no further effect and all releases, payment obligations, and other commitments or obligations contained herein shall be void.

      C.    *Condition to Preliminary Agreement—CVS's Determination to Proceed*.  If the Settling States elect to proceed, then CVS shall determine whether enough Eligible States have agreed to become Settling States to proceed with notice to Subdivisions as set forth in <u>Section</u> VII below.  CVS shall have full, unfettered, and unilateral discretion to abandon the Agreement, without prejudice, should it determine, based on any criteria or factors it deems relevant, that the Eligible State participation level is insufficient.  Within seven (7) calendar days after receiving notice of the Settling States' election to proceed pursuant to <u>Section II.B</u>, CVS shall provide notice to the Settling States and the Enforcement Committee whether it intends to proceed with the Agreement.  Should CVS give notice of sufficient Eligible State participation and elect to proceed, the date of the notice shall be the Preliminary Agreement Date.  Should CVS give notice of insufficient Eligible State participation and elect not to proceed, then this Agreement shall have no further effect and all releases, payment obligations, and other commitments or obligations contained herein shall be void.

      D.    *Later Joinder by States*.  Should the Settling States and CVS elect to proceed with the Agreement, then an Eligible State may become a Settling State after the Preliminary Agreement Date only with the consent of CVS, in its sole discretion.  If an Eligible State becomes a Settling State more than sixty (60) calendar days after the Preliminary Agreement Date, but on or before May 31, 2023, then the Subdivisions in that Eligible State that become Participating Subdivisions within ninety (90) calendar days of that Eligible State becoming a Settling State shall be considered Initial Participating Subdivisions.  An Eligible State may not become a Settling State after May 31, 2023.

      E.    *Litigation Activity*.  Following the State Participation Date, Eligible States that determine to become Settling States shall make reasonable efforts to cease all litigation activity against the Released Entities, including by jointly seeking stays or severance of Claims against Released Entities, where feasible, and otherwise to minimize such activity by means of agreed deadline extensions and agreed postponement of depositions, document productions, and motion practice if a motion to stay or sever is not feasible or is denied.

## III.    Injunctive Relief

      A.    *Injunctive Relief*.  As part of the Consent Judgments, the Parties agree to the entry of the injunctive relief terms as set forth in <u>Exhibit P</u>.

## IV.    Settlement Payments

A.    *Settlement Fund.*  All payments under this <u>Section IV</u> shall be made into the Settlement Fund, except that, where specified, they shall be made into the Settlement Fund Escrow. The Settlement Fund shall be allocated and used only as specified in <u>Section V</u>.

B.    *Annual Payments by CVS*.

1.    CVS shall make ten (10) Annual Payments, each comprised of base payments and incentive payments as provided in this <u>Section IV</u> and <u>Exhibit M-1</u>; *provided that* the Annual Payment in Payment Year 1 shall consist solely of base payments.  As a result, and as set forth in <u>Exhibit M-1</u>, base payments in Payment Years 2 through 10 are less than base payments in Payment Year 1 to ensure they do not exceed thirty-eight percent (38%) of each Settling State's allocable share of the Maximum Remediation Amount.

2.    In no instance shall CVS's Annual Payment obligation exceed the Maximum Annual Remediation Payments, reduced for Non-Settling States, except as specified in the definition of "Maximum Annual Remediation Payments" for Payment Years 6-10.  In no instance shall the sum of CVS's Annual Payment obligations exceed the Maximum Remediation Payment, reduced for Non-Settling States.

C.    *Settlement Fund Payment Process*

1.    To determine each Annual Payment for Payment Year 2 forward, the Settlement Fund Administrator shall use the data as of April 30 of the Payment Year for each Annual Payment, unless another provision of the Agreement specifies a different date. Prior to the Effective Date, the Parties will include an exhibit to the Agreement setting forth in detail the process for the Settlement Fund Administrator obtaining relevant data and for distributing funds to Settling States and Participating Subdivisions listed on <u>Exhibit G</u> consistent with the terms of this Agreement as quickly as practical.

2.    The Settlement Fund Administrator shall determine the Annual Payment and the Statewide Payment Amount for each Settling State, consistent with the provisions in <u>Exhibit L</u>, by:

a.    determining, for each Settling State, the amount of base payments and incentive payments to which the State is entitled by applying the criteria in this Section;

b.    applying any reductions or offsets required by <u>Section IV</u> and <u>Section XII</u>; and

c.    determining the total amount owed by CVS to all Settling States and Participating Subdivisions listed on <u>Exhibit G</u>.

3.    As soon as possible, but no later than forty-five (45) days prior to the Payment Date, the Settlement Fund Administrator shall give notice to CVS, the Settling

16

States, and the Enforcement Committee of the amount of the Annual Payment, and the Statewide Payment Amount for each Settling State, following the determination described in <u>Section IV.C.2</u>, and the following timeline shall apply:

a.      Within twenty-one (21) days of the notice provided by the Settlement Fund Administrator, CVS, any Settling State or the Enforcement Committee may dispute, in writing, the calculation of the Annual Payment, or the Statewide Payment Amount for a Settling State.  Such disputing party must provide a written notice of dispute to the Settlement Fund Administrator, the Enforcement Committee, any affected Settling State, and CVS identifying the nature of the dispute, the amount of money that is disputed, and the Settling State(s) affected.

b.      Within twenty-one (21) days of the sending of a written notice of dispute, any affected party may submit a response, in writing, to the Settlement Fund Administrator, the Enforcement Committee, any affected Settling State, and CVS identifying the basis for disagreement with the notice of dispute.

c.      If no response is filed, the Settlement Fund Administrator shall adjust the amount calculated consistent with the written notice of dispute, and CVS shall pay the adjusted amount as the Annual Payment on the Payment Date. If a written response to the written notice of dispute is timely sent to the Settlement Fund Administrator, the Settlement Fund Administrator shall notify CVS of the preliminary amount to be paid, which shall be the greater of the amount originally calculated by the Settlement Fund Administrator or the amount that would be consistent with the notice of dispute, *provided, however,* that in no circumstances shall the preliminary amount to be paid be higher than the Maximum Annual Payment.  For the avoidance of doubt, a transfer of payments from the Settlement Fund Escrow for other Payment Years does not count toward determining whether the amount to be paid is higher than the Maximum Annual Remediation Payments.

d.      The Settlement Fund Administrator shall place any disputed amount of the preliminary amount paid by CVS into the Settlement Fund Escrow and shall disburse any undisputed amount to each Settling State and its Participating Subdivisions listed on <u>Exhibit G</u>.

e.      At any time before the Payment Date for an Annual Payment, CVS and the Enforcement Committee may agree on the amount of the Annual Payment and the Statewide Payment Amount for each Settling State.  If such agreement is reached, CVS and the Enforcement Committee shall inform the Settlement Fund Administrator, and the Settlement Fund Administrator shall treat those amounts as the determination described in <u>Section IV.C.2</u>.

4.      If a Settling State informs the Settlement Fund Administrator that it and its Participating Subdivisions listed on <u>Exhibit G</u> have reached consensus on the amount of its Statewide Payment Amount, determined pursuant to <u>Section IV.C.2</u> or <u>Section IV.C.3</u>, to be distributed to the Settling State, among its separate types of funds (if applicable), and among its Participating Subdivisions listed on <u>Exhibit G</u>, the Settlement Fund

Administrator shall disburse the Statewide Payment Amount pursuant to the consensus distribution amounts provided by the Settling State.  For a Settling State that does not so notify the Settlement Fund Administrator, the Settlement Fund Administrator shall allocate the Settling State's Statewide Payment Amount, pursuant to Section V, among the separate types of funds for the Settling State (if applicable), and among its Participating Subdivisions listed on Exhibit G using the following procedures:

      a.     As soon as possible for each payment and following the determination described in Section IV.C.2 or Section IV.C.3, the Settlement Fund Administrator shall give notice to the relevant Settling States and their Participating Subdivisions listed on Exhibit G of the amount to be received by each Settling State, the amount to be received by the separate types of funds for each Settling State (if applicable), and the amount to be received by each Participating Subdivision listed on Exhibit G for each Settling State.

      b.     Within twenty-one (21) days of the notice provided by the Settlement Fund Administrator, any Settling State or Participating Subdivision listed on Exhibit G may dispute, in writing, the calculation of the amount to be received by the relevant Settling State and/or its Participating Subdivision listed on Exhibit G.  A dispute will be deemed invalid and disregarded if it challenges the allocations adopted by a State-Subdivision Agreement approved pursuant to the provisions of Exhibit O or by statute.  Such disputing party must provide a written notice of dispute to the Settlement Fund Administrator, any affected Settling State, and any affected Participating Subdivision identifying the nature of the dispute, the amount of money that is disputed, and the Settling State(s) affected.

      c.     Within twenty-one (21) days of the sending of a written notice of dispute, any affected Settling State or any affected Participating Subdivision may submit a response, in writing, to the Settlement Fund Administrator, any affected Settling State and any affected Participating Subdivision identifying the basis for disagreement with the notice of dispute.

      d.     If no response is filed, the Settlement Fund Administrator shall adjust the amount calculated consistent with the written notice of dispute.

      e.     The Settlement Fund Administrator shall place any disputed amount into the Settlement Fund Escrow and shall disburse any undisputed amount to the Settling State and its Participating Subdivisions eligible for payment.

     5.     Disputes described in this subsection (other than those for which no response is filed under Section IV.C.3.c or Section IV.C.4.d) shall be resolved in accordance with the terms of Section VI.

     6.     The Settlement Fund Administrator may combine the disbursements of Annual Payments with disbursement of funds under other comparable opioid settlements. In determining when disbursements for each Annual Payment will be made, the Settlement Fund Administrator may take into account the timeline for the availability of disbursements

under other comparable opioid settlements.  No such disbursement determinations by the Settlement Fund Administrator shall impact in any respect the amount, composition, or determination of an Annual Payment under this Agreement or CVS's obligations under this Agreement.

7.     For the avoidance of doubt, Subdivisions not listed on Exhibit G shall not receive and are not eligible to receive an allocation from the Subdivision Fund and no provision of this Agreement shall be interpreted to create such an entitlement.

D.     *Payment Date and Procedure for Annual Payment in Payment Year 1*.  The procedure described in Section IV.C.2 and Section IV.C.3 for determining the amount of the Annual Payment shall not apply to Payment Year 1.  The procedure in lieu of Section IV.C.2 and Section IV.C.3 for determining the amount of the Annual Payment for Payment Year 1 is as set forth here.  The Payment Date for Payment Year 1 is June 30, 2023 or the Effective Date, whichever is later.  On or before such date, and *provided that* the conditions set forth in Section II.B, Section II.C, Section VIII.B, and Section VIII.C have been satisfied, CVS shall deposit into the Settlement Fund the Maximum Annual Remediation Payment for Payment Year 1 as specified in Exhibit M-1 (which, again, shall consist only of base payments).  The excess amount paid in Payment Year 1—including without limitation any amounts allocable to Non-Settling States— shall be deducted from the Annual Payment for Payment Year 2, along with any other deductions or reductions to the Annual Payment for Payment Year 2.

E.     *Payment Date for Payment Years 2 through 10*.  The Payment Date for Payment Years 2 through 10 is June 30 of each Payment Year or thirty (30) calendar days from when the Settlement Fund Administrator gives notice to CVS of the amount of the Annual Payment for a Payment Year, whichever is later.  The Annual Payments for those Payment Years shall be made pursuant to the process set forth in Section IV.C.

F.     *Offsets to Annual Payments to the Settlement Fund for Non-Settling States*.  An offset equal to the Maximum Remediation Payment of $4,279,160,837 times the Overall Allocation Percentage assigned to each Non-Settling State in Exhibit F-2 shall be deducted from the total amount to be paid by CVS to the Settlement Fund.  Non-Settling States shall not be eligible for any payments or have any rights in connection with this Agreement.  Accordingly, the Maximum Annual Remediation Payments specified in Exhibit M-1 are reduced by the aggregate Overall Allocation Percentage of Non-Settling States as set forth in Exhibit F-2.

G.     *Base Payments.*

1.     CVS shall make base payments into the Settlement Fund in an amount equal to thirty-eight percent (38%) of the Maximum Remediation Payment of $4,279,160,837 minus any offsets for Non-Settling States specified in Section IV.F. The maximum total for base payments is $1,626,081,118.  The base payments shall be due in annual installments consistent with Exhibit M-1 over the ten (10) Payment Years, subject to potential offsets for Non-Settling States as provided in Section IV.F.

19

2.      Each Settling State's total base payments for all Payment Years shall not exceed thirty-eight percent (38%) of each Settling State's Overall Allocation Percentage times the Maximum Remediation Payment.

3.       The base payment for any Settling State in each Payment Year shall be the base payment for that Payment Year specified in Exhibit M-1 times the Settling State's Overall Allocation Percentage specified in Exhibit F-2.

H.      *Incentive Payments.*

1.      CVS shall make potential incentive payments into the Settlement Fund, totaling up to a maximum of sixty-two percent (62%) of the Maximum Remediation Payment of $4,279,160,837, minus any offsets for Non-Settling States specified in Section IV.F, with the actual incentive payment amount depending on whether and the extent to which the criteria set forth below are met in each Settling State.  The potential maximum total for incentive payments is and cannot exceed $2,653,079,719.

2.      A Settling State qualifies to receive incentive payments in addition to base payments if it meets the incentive eligibility requirements specified below.  The maximum total Incentive Payment for any Settling State shall be no more than the maximum total for incentive payments listed in Section IV.H.1 times the Settling State's Overall Allocation Percentage specified in Exhibit F-2.  Incentive payments are state-specific, with the actual amount depending on whether and the extent to which the criteria set forth below are met in such Settling State.

3.      The incentive payments shall be available from four (4) categories, referred to as Incentive Payments A, B, C, and D.  Incentive Payments A, B, and C will be due in annual installments over the nine (9) Payment Years beginning with Payment Year 2, and Incentive Payment D will be due in installments over five (5) years beginning with Payment Year 6, as shown on Exhibit M-1.  The total amount of incentive payments in an Annual Payment shall be the sum of the incentive payments for which individual Settling States are eligible for that Payment Year under the criteria set forth below.  The incentive payments shall be determined with respect to a specific Settling State based on its eligibility for that Payment Year under the criteria set forth below.  For the avoidance of doubt, eligibility for Incentive Payments A, B, C, and D shall be determined on a Settling State-by-Settling State basis and for each Payment Year as set forth below.  Except to the limited extent provided below for Incentives A (see Section IV.H.6.c) and D (see Section IV.H.9.j), a Settling State may not earn and shall not be paid in any later Payment Year an annual incentive payment for a prior Payment Year, or any portion thereof, that it failed to qualify for in that prior Payment Year.

4.      A Settling State may either qualify for Incentive Payment A, or it can alternatively qualify for Incentive Payments B, C, and/or D.  A Settling State will be eligible for its full allocable share of the maximum amount available for incentive payments by either (a) achieving Incentive Payment A within two (2) years of the Effective Date or (b) by fully earning Incentive Payment B in each Payment Year it is available and

earning Incentive Payments C and D in a manner that produces that maximum possible combined amount from those two incentives.

5.      The following time periods apply to Incentive Payments B and C:

a.      Period 1: Zero to two hundred ten (210) days after the Effective Date.

b.      Period 2: Two hundred eleven (211) days to one year after the Effective Date.

c.      Period 3: One year and one day after the Effective Date to April 30, 2027.

6.      Incentive Payment A.

a.      Incentive Payment A is mutually exclusive with Incentive Payments B, C, and D; if a Settling State receives Incentive Payment A in an Annual Payment, such Settling State is not eligible for Incentive Payments B, C, or D in that Annual Payment.

b.      Incentive Payment A shall be up to a maximum of sixty-two percent (62%) of the Maximum Remediation Payment of $4,279,160,837, minus any offsets for Non-Settling States specified in Section IV.F, with the actual amount depending on whether and the extent to which the criteria set forth below are met in each Settling State.  The potential maximum total for Incentive Payment A is $2,653,079,719.

c.      The Incentive Payment A for any Settling State in each Payment Year shall be the Incentive Payment A for that Payment Year specified in Exhibit M-1 times the Settling State's Overall Allocation Percentage specified in Exhibit F-2, provided such Settling State achieves Incentive Payment A by two (2) years after the Effective Date.  If a Settling State achieves Incentive Payment A after April 30, 2024 but before two (2) years after the Effective Date, it shall receive a catch-up payment as part of the next Annual Payment for the difference between what it would have earned had it qualified for Incentive Payment A for Payment Year 2 and what it was actually paid for Payment Year 2.  The Settlement Fund Administrator shall decrease the catch-up payments payable pursuant to this Section IV.H.6.c to the extent they cannot be paid without exceeding an applicable payment limit shown in Exhibit M-1 for the next Payment Year.

d.      A Settling State is eligible for Incentive Payment A if: (i) there is a Bar in that State in full force and effect; (ii) there is a Settlement Class Resolution in that State in full force and effect; (iii) there is a ruling from the State's highest court barring all Subdivisions from bringing or maintaining Released Claims; (iv) the Released Claims of all of the following entities are released through the execution of Subdivision Participation Agreements:  (1) all Litigating Subdivisions,

(2) all Non-Litigating Primary Subdivisions, (3) all non-litigating School Districts with a K-12 student enrollment of at least 25,000 or 0.10% of a State's population, whichever is greater, (4) all non-litigating health districts and hospital districts that have at least one hundred twenty-five (125) hospital beds in one or more hospitals rendering services in that district, and (5) all Primary Fire Districts; or (v) a combination of the actions in clauses (i)-(iv) has achieved the same level of resolution of Claims by Subdivisions (*e.g.*, a Bar against future litigation combined with full joinder by Litigating Subdivisions).  For the avoidance of doubt, subsection (iv) cannot be satisfied unless all Litigating Subdivisions are Participating Subdivisions or there is a Case-Specific Resolution against any such Subdivisions that are not Participating Subdivisions.

e.      A Settling State that does not achieve Incentive Payment A as of two (2) years after the Effective Date shall not be eligible for, and shall not receive, Incentive Payment A for any Payment Year.

f.      CVS shall acknowledge on or before the Initial Subdivision Participation Date the sufficiency of any existing Bars in Settling States, provided that such States shall have provided no less than 30 days' notice to CVS of such Bars.  Any other Settling State that believes it qualifies for Incentive Payment A by two (2) years after the Effective Date shall provide prompt notice to CVS, the Enforcement Committee, and the Settlement Fund Administrator, including data sources or other information establishing such Settling State's entitlement to Incentive Payment A.  CVS and the Enforcement Committee shall meet and confer in order to agree on data sources for purposes of this Section prior to the Preliminary Agreement Date.

g.      If CVS made a payment under Incentive Payment A solely on the basis of a Bar or Settlement Class Resolution in a Settling State and that Bar or Settlement Class Resolution is subsequently subject to a Revocation Event, that Settling State shall not be eligible for Incentive Payment A thereafter, unless the State requalifies for Incentive Payment A through any method pursuant to <u>Section IV.H.6.d</u>, in which case the Settling State shall be eligible for Incentive Payment A less any litigation fees and costs incurred by CVS in the interim, except that, if the re-imposition occurs after the completion of opening statements in a trial involving a Released Claim, the Settling State shall not be eligible for Incentive Payment A (unless this exception is waived by CVS).

7.      <u>Incentive Payment B</u>.

a.      Incentive Payment B shall be available to Settling States that do not qualify for Incentive Payment A.

b.      Incentive Payment B shall be up to a potential maximum of twenty-eight percent (28%) of the Maximum Remediation Payment of $4,279,160,837 minus any offsets for Non-Settling States specified in <u>Section IV.F</u>, with the actual amount depending on whether and the extent to which the criteria set forth below

are met in each Settling State. The potential maximum total for Incentive Payment B is $1,198,165,035.

c.  The potential maximum Incentive Payment B for any Settling State in each Payment Year shall be the Incentive Payment B for that Payment Year specified in <u>Exhibit M-1</u> times the Settling State's Overall Allocation Percentage specified in <u>Exhibit F-2</u>, provided such Settling State becomes eligible for Incentive Payment B by April 30 of the Payment Year or April 30, 2027, whichever is earlier. The Incentive Payment B for any Settling State that qualifies for Incentive Payment B is subject to reduction in accordance with <u>Section IV.H.7.f</u>, <u>Section IV.H.7.g</u>, and <u>Section IV.H.7.h</u>.

d.  For Payment Years 2 through 5, the calculations specified by this <u>Section IV.H.7</u> shall be based on a Settling State's Participation Percentage of Litigating Subdivision Population[6] as of April 30 of that Payment Year. For Payment Years 6 through 10, the calculations specified by this <u>Section IV.H.7</u> shall be based on a Settling State's Participation Percentage of Litigating Subdivision Population as of April 30, 2027.

e.  A Settling State qualifies for an Incentive Payment B if Litigating Subdivisions collectively representing at least eighty-five percent (85%) of the Settling State's Litigating Subdivision population are either Participating Subdivisions or have their Claims resolved through Case-Specific Resolutions.

f.  <u>Within Period 1</u>: If Litigating Subdivisions collectively representing at least eighty-five percent (85%) of a Settling State's Litigating Subdivision population are Participating Subdivisions, or have their Claims resolved through Case-Specific Resolutions, during Period 1, then a sliding scale will determine the share of the Settling State's maximum Incentive Payment B for a Payment Year that it has earned. Under that sliding scale, if Litigating Subdivisions collectively representing eighty-five percent (85%) of a Settling State's Litigating Subdivision population become Participating Subdivisions, or achieve Case-Specific Resolution status, by the end of Period 1, a Settling State will receive twenty percent (20%) of its maximum Incentive Payment B for each Payment Year. If more Litigating

---

[6] The "Participation Percentage of Litigating Subdivision Population" shall be determined by the aggregate population of a Settling State's Litigating Subdivisions (including without limitation School Districts and Special Districts) that are Participating Subdivisions, or have their Claims resolved through Case-Specific Resolutions, divided by the aggregate population of that Settling State's Litigating Subdivisions (including without limitation School Districts and Special Districts). In calculating the Settling State's population that resides in Litigating Subdivisions, the population of the Settling State's Litigating Subdivisions shall be the sum of the population of all Litigating Subdivisions in the Settling State, notwithstanding that persons may be included within the population of more than one Litigating Subdivision. An individual Litigating Subdivision shall not be included more than once in the numerator, and shall not be included more than once in the denominator, of the calculation regardless if it (or any of its officials) is named as multiple plaintiffs in the same lawsuit; *provided*, *however*, that for the avoidance of doubt, no Litigating Subdivision will be excluded from the numerator or denominator under this sentence unless a Litigating Subdivision otherwise counted in the denominator has the authority to release the Claims (consistent with <u>Section XI</u>) of the Litigating Subdivision to be excluded.

23

Subdivisions become Participating Subdivisions, or achieve Case-Specific Resolution status, the Settling State shall receive an increased percentage of the maximum Incentive Payment B for each Payment Year as shown in the table below.

| Participation Percentage of Litigating Subdivision Population | Incentive Payment B Percentage |
|---|---|
| Participation of less than 85% | Payment of 0% of Incentive B |
| Participation of 85% but less than 86% | Payment of 20% of Incentive B |
| Participation of 86% but less than 87% | Payment of 30% of Incentive B |
| Participation of 87% but less than 88% | Payment of 33% of Incentive B |
| Participation of 88% but less than 89% | Payment of 36% of Incentive B |
| Participation of 89% but less than 90% | Payment of 40% of Incentive B |
| Participation of 90% but less than 91% | Payment of 43% of Incentive B |
| Participation of 91% but less than 92% | Payment of 46% of Incentive B |
| Participation of 92% but less than 93% | Payment of 50% of Incentive B |
| Participation of 93% but less than 94% | Payment of 55% of Incentive B |
| Participation of 94% but less than 95% | Payment of 58% of Incentive B |
| Participation of 95% but less than 96% | Payment of 60% of Incentive B |
| Participation of 96% but less than 97% | Payment of 70% of Incentive B |
| Participation of 97% but less than 98% | Payment of 75% of Incentive B |
| Participation of 98% but less than 99% | Payment of 85% of Incentive B |
| Participation of 99% but less than 100% | Payment of 95% of Incentive B |
| Participation of 100% | Payment of 100% of Incentive B |

g.     Within Period 2: If a Settling State did not qualify for Incentive Payment B in Period 1, but Litigating Subdivisions collectively representing at least eighty-five percent (85%) of the Settling State's Litigating Subdivision population become Participating Subdivisions, or achieve Case-Specific Resolution status, by the end of Period 2, then the Settling State qualifies in each Payment Year for seventy-five percent (75%) of the Incentive Payment B it would have qualified for in Period 1.  If a Settling State qualifies for Incentive Payment B in Period 1 and increases its Participation Percentage of Litigating Subdivision Population in Period 2, the additional Incentive Payment B for each Payment Year shall be eighty-seven and one-half percent (87.5%) of the difference between (i) the Incentive Payment B calculated pursuant to Section IV.H.7.f in Period 2 and (ii) the Incentive Payment B calculated pursuant to Section IV.H.7.f at the end of Period 1.

h.     Within Period 3: If a Settling State did not qualify for an Incentive Payment B in Periods 1 or 2, but Litigating Subdivisions collectively representing at least eighty-five percent (85%) of the Settling State's Litigating Subdivision population become Participating Subdivisions, or achieve Case-Specific Resolution status, by the end of Period 3, then the Settling State qualifies for fifty percent (50%) of the Incentive Payment B it would have qualified for in Period 1.  If a

Settling State qualifies for Incentive Payment B in Period 2 and increases its Participation Percentage of Litigating Subdivision Population in Period 3, the additional Incentive Payment B in each Payment Year shall be seventy-five percent (75%) of the difference between (i) the Incentive Payment B calculated pursuant to Section IV.H.7.f in Period 3 and (ii) the Incentive Payment B calculated pursuant to Section IV.H.7.f at the end of Period 2.

i.      For the avoidance of doubt, an increase in a Settling State's Participation Percentage of Litigating Subdivision Population in Periods 2 and/or 3 from an earlier Period entitles the Settling State to receive the Incentive Payment B Percentage it had earned as of the end of the earlier Period plus the additional Incentive Payment B Percentage specified by the calculations in Section IV.H.7.g and Section IV.H.7.h.

j.      If a Settling State has not qualified for Incentive Payment B by April 30, 2027, it shall no longer be eligible to qualify for and shall not receive any Incentive Payment B for any Payment Year.

k.      If there are no Litigating Subdivisions in a Settling State, and that Settling State is otherwise eligible for Incentive Payment B, that Settling State will receive its maximum Incentive Payment B for that Annual Payment provided by Section IV.H.7.c.

8.      Incentive Payment C.

a.      Incentive Payment C shall be available to Settling States that do not qualify for Incentive Payment A.

b.      Incentive Payment C shall be equal to up to a potential maximum of twenty-eight percent (28%) of the Maximum Remediation Payment of $4,279,160,837 minus any offsets for Non-Settling States specified in Section IV.F, with the actual amount depending on whether and the extent to which the criteria set forth below are met in each Settling State.  The potential maximum total for Incentive Payment C is $1,198,165,035.

c.      The potential maximum Incentive Payment C for any Settling State in each Payment Year shall be the Incentive Payment C for that Payment Year specified in Exhibit M-1 times the Settling State's Overall Allocation Percentage specified in Exhibit F-2, provided such Settling State becomes eligible for Incentive Payment B by April 30 of the Payment Year or April 30, 2027, whichever is earlier. The maximum Incentive Payment C for any Settling State that qualifies for Incentive Payment C is subject to reduction in accordance with Section IV.H.8.f, Section IV.H.8.g, and Section IV.H.8.h.

d.      For Payment Years 2 through 5, the calculations specified by this Section IV.H.8 shall be based on the participation percentage of a Settling State's Non-Litigating Threshold population and its Litigating Subdivision population

("*Participation Percentage of Incentive C Eligible Subdivision Population*")[7] as of April 30 of that Payment Year.  For Payment Years 6 through 10, the calculations specified by this <u>Section IV.H.8</u> shall be based on a Settling State's Participation Percentage of Incentive C Eligible Subdivision Population as of April 30, 2027.

e.    Incentive Payment C shall be available depending on the percentage of the aggregate population of a Settling State's Non-Litigating Threshold Subdivisions and Litigating Subdivisions (including without limitation School Districts and Special Districts) that are Participating Subdivisions or have their Claims resolved through Case-Specific Resolutions (the "*Incentive C Eligible Subdivisions*").  A Settling State qualifies for an Incentive Payment C if Incentive C Eligible Subdivisions collectively representing at least eighty-five percent (85%) of the Settling State's Incentive C Eligible Subdivision population are either Participating Subdivisions or have their Claims resolved through Case-Specific Resolutions.

f.    <u>Within Period 1</u>: If Incentive C Eligible Subdivisions collectively representing at least eighty-five percent (85%) of a Settling State's Incentive C Eligible Subdivision population are Participating Subdivisions, or have their Claims resolved through Case-Specific Resolutions, during Period 1, then a sliding scale will determine the share of the Settling State's maximum Incentive Payment C for a Payment Year that it has earned.  Under that sliding scale, if Incentive C Eligible Subdivisions collectively representing eighty-five percent (85%) of a Settling State's Incentive C Eligible population become Participating Subdivisions or achieve Case-Specific Resolution status by the end of Period 1, a Settling State will receive twenty percent (20%) of its maximum Incentive Payment C for each Payment Year.  If more Incentive C Eligible Subdivisions become Participating Subdivisions, or achieve Case-Specific Resolution status, the Settling State shall receive an increased percentage of the maximum Incentive Payment C for each Payment Year as shown in the table below.

---

[7] The "Participation Percentage of Incentive C Eligible Subdivision Population" shall be determined by the aggregate population of a Settling State's Non-Litigating Threshold Subdivisions and Litigating Subdivisions (including without limitation School Districts and Special Districts) that are Participating Subdivisions, or have their Claims resolved through Case-Specific Resolutions, divided by the aggregate population of that Settling State's Non-Litigating Threshold Subdivisions and Litigating Subdivisions (including without limitation School Districts and Special Districts).  In calculating the Settling State's population that resides in Non-Litigating Threshold Subdivisions and Litigating Subdivisions, the population of the Settling State's Non-Litigating Threshold Subdivisions and Litigating Subdivisions shall be the sum of the population of all Non-Litigating Threshold Subdivisions and Litigating Subdivisions in the Settling State, notwithstanding that persons may be included within the population of more than one Non-Litigating Threshold Subdivisions and Litigating Subdivision.  An individual Non-Litigating Threshold Subdivisions or Litigating Subdivision shall not be included more than once in the numerator, and shall not be included more than once in the denominator, of the calculation regardless if it (or any of its officials) is named as multiple plaintiffs in the same lawsuit; *provided*, *however*, that for the avoidance of doubt, no Non-Litigating Threshold Subdivision or Litigating Subdivision will be excluded from the numerator or denominator under this sentence unless a Non-Litigating Threshold Subdivision or Litigating Subdivision otherwise counted in the denominator has the authority to release the Claims (consistent with <u>Section XI</u>) of the Non-Litigating Threshold Subdivision or Litigating Subdivision to be excluded.

| Participation Percentage of Incentive C Eligible Subdivision Population | Incentive Payment C Percentage |
|---|---|
| Participation of less than 85% | Payment of 0% of Incentive C |
| Participation of 85% but less than 86% | Payment of 20% of Incentive C |
| Participation of 86% but less than 87% | Payment of 30% of Incentive C |
| Participation of 87% but less than 88% | Payment of 33% of Incentive C |
| Participation of 88% but less than 89% | Payment of 36% of Incentive C |
| Participation of 89% but less than 90% | Payment of 40% of Incentive C |
| Participation of 90% but less than 91% | Payment of 43% of Incentive C |
| Participation of 91% but less than 92% | Payment of 46% of Incentive C |
| Participation of 92% but less than 93% | Payment of 50% of Incentive C |
| Participation of 93% but less than 94% | Payment of 55% of Incentive C |
| Participation of 94% but less than 95% | Payment of 58% of Incentive C |
| Participation of 95% but less than 96% | Payment of 60% of Incentive C |
| Participation of 96% but less than 97% | Payment of 70% of Incentive C |
| Participation of 97% but less than 98% | Payment of 75% of Incentive C |
| Participation of 98% but less than 99% | Payment of 85% of Incentive C |
| Participation of 99% but less than 100% | Payment of 95% of Incentive C |
| Participation of 100% | Payment of 100% of Incentive C |

g. <u>Within Period 2</u>: If a Settling State did not qualify for Incentive Payment C in Period 1, but Incentive C Eligible Subdivisions collectively representing at least eighty-five percent (85%) of the Settling State's Incentive C Eligible Subdivision population become Participating Subdivisions, or achieve Case-Specific Resolution status, by the end of Period 2, then the Settling State qualifies in each Payment Year for seventy-five percent (75%) of the Incentive Payment C it would have qualified for in Period 1. If a Settling State qualifies for Incentive Payment C in Period 1 and increases its Participation Percentage of Incentive C Eligible Subdivision Population in Period 2, the additional Incentive Payment C for each Payment Year shall be eighty-seven and one-half percent (87.5%) of the difference between (i) the Incentive Payment C calculated pursuant to <u>Section IV.H.8.f</u> in Period 2 and (ii) the Incentive Payment C calculated pursuant to <u>Section IV.H.8.f</u> at the end of Period 1.

h. <u>Within Period 3</u>: If a Settling State did not qualify for an Incentive Payment C in Periods 1 or 2, but Incentive C Eligible Subdivisions collectively representing at least eighty-five percent (85%) of the Settling State's Incentive C Eligible Subdivision population become Participating Subdivisions, or achieve Case-Specific Resolution status, by the end of Period 3, then the Settling State qualifies for fifty percent (50%) of the Incentive Payment C it would have qualified for in Period 1. If a Settling State qualifies for Incentive Payment C in Period 2 and increases its Participation Percentage of Incentive C Eligible Subdivision Population in Period 3, the additional Incentive Payment B in each Payment Year shall be seventy-five percent (75%) of the difference between (i) the Incentive

27

Payment B calculated pursuant to Section IV.H.8.f in Period 3 and (ii) the Incentive Payment B calculated pursuant to Section IV.H.8.f at the end of Period 2.

i.     For the avoidance of doubt, an increase in a Settling State's Participation Percentage of Incentive C Eligible Subdivision Population in Periods 2 and/or 3 from an earlier Period entitles the Settling State to receive the Incentive Payment C Percentage it had earned as of the end of the earlier Period plus the additional Incentive Payment C Percentage specified by the calculations in Section IV.H.8.g and Section IV.H.8.h.

j.     If a Settling State has not qualified for Incentive Payment C by April 30, 2027, it shall no longer be eligible to qualify for and shall not receive any Incentive Payment C for any Payment Year.

k.     If there are no Incentive C Eligible Subdivisions in a Settling State, and that Settling State is otherwise eligible for Incentive Payment C, that Settling State will receive its maximum Incentive Payment C for that Annual Payment provided by Section IV.H.8.c.

9.     Incentive Payment D.

a.     Incentive Payment D shall be available to Settling States that do not qualify for Incentive Payment A.

b.     Incentive Payment D shall be equal to up to a potential maximum of fifteen percent (15%) of the Maximum Remediation Payment of $4,279,160,837 minus any offsets for Non-Settling States specified in Section IV.F, with the actual amount depending on whether and the extent to which the criteria set forth below are met in each Settling State.  The potential maximum total for Incentive Payment D is $641,874,126.[8]

c.     Incentive Payment D shall be available to be earned starting at Payment Year 6 and the amount of Incentive Payment D in Payment Years 6-10 will depend on (i) the Settling State's eligibility as set out in Section IV.H.9.d and (ii) the Participation Percentage of the Incentive C Eligible Subdivision Population achieved by the Settling State as of April 30, 2027.

d.     A Settling State is eligible for Incentive Payment D if no Later Litigating Subdivision (for purposes of Incentive Payment D, Later Litigating Subdivisions are limited to (i) a Primary Subdivision; (ii) a school district with a K-12 student enrollment of at least 25,000 or 0.10% of the State's population, whichever is greater; (iii) a health district or hospital district that has at least one

---

[8] The Incentive Payment C table specified in Section IV.H.8.f and Incentive Payment D table specified in Section IV.H.9.e operate so that the combined amount of Incentive Payment C and Incentive Payment D cannot exceed thirty-four percent (34%) of the Maximum Remediation Payment over the term of the Agreement.  CVS will have no obligation to pay more than $1,454,914,684 for the combined amounts of Incentive Payment C and Incentive Payment D minus any offsets for Non-Settling States specified in Section IV.F and reductions for unachieved incentives.

hundred twenty-five (125) hospital beds in one or more hospitals rendering services in that district; and (iv) Primary Fire Districts) in that State has a lawsuit against a Released Entity that survived in whole or in part a Threshold Motion and is pending as of April 30 in Payment Years 6 to 10 ("*Incentive Payment D Look-Back Dates*").

e.      The Incentive Payment D for any Settling State in Payment Years 6-10 shall be between six percent (6%) and fifteen percent (15%) of the Maximum Remediation Payment times the Settling State's Overall Allocation Percentage specified in Exhibit F-2.  The applicable percentage shall be determined based on the Participation Percentage of the Incentive C Eligible Subdivision Population achieved by the Settling State as of April 30, 2027 as shown in the table below:

| Participation Percentage of Incentive C Eligible Subdivision Population as of April 30, 2027 | Settling State's Applicable Incentive Payment D Percentage |
|---|---|
| Participation of less than 96% | 15% of Maximum Remediation Payment |
| Participation of 96% but less than 97% | 14.4% of Maximum Remediation Payment |
| Participation of 97% but less than 98% | 13% of Maximum Remediation Payment |
| Participation of 98% but less than 99% | 10.2% of Maximum Remediation Payment |
| Participation of 99% but less than 100% | 7.4% of Maximum Remediation Payment |
| Participation of 100% | 6% of Maximum Remediation Payment |

f.      Incentive Payment D shall be available in equal installments in Payment Years 6-10, unless an adjustment to payment is required by Section IV.H.9.i or Section IV.H.9.j after the Annual Payment is made for Payment Year 6, in which case the adjustment shall be made in a way that equalizes, to the extent possible, its effect over the remaining Payment Years.[9]

g.      Prior to determining the Annual Payment for each of Payment Years 6 through 10, the Settlement Fund Administrator shall determine a Settling State's eligibility for Incentive Payment D as of the Incentive Payment D Look-Back Date

---

[9] The top of the range for Incentive Payment D specified in Exhibit M-2 for Payment Years 6-10 represents five years of equal payments of Incentive Payment D at fifteen percent (15%) of the Maximum Remediation Payment for all Eligible States.  The bottom of the range for Incentive Payment D specified in Exhibit M-2 for Payment Years 6-10 represents five years of equal payments of Incentive Payment D at six percent (6%) of the Maximum Remediation Payment for all Eligible States.  Incentive Payment D cannot exceed the top of the range for Incentive Payment D specified in Exhibit M-2 for each of Payment Years 6-10.  Any Incentive Payment D in excess of the bottom of the range for Incentive Payment D must correspond to reductions to Incentive Payment C in a prior or the same Payment Year, as provided by the Incentive Payment C table specified in Section IV.H.8.f.

in each such Payment Year.  Prior to each Incentive Payment D Look-Back Date, CVS may provide the Settlement Fund Administrator and the Enforcement Committee with notice identifying any Settling State(s) it believes do not qualify for Incentive Payment D and information supporting its belief.

h.      If, at any time during the term of this Agreement any Subdivision becomes a Later Litigating Subdivision (as that term is limited by Section IV.H.9.c), then CVS shall, within thirty (30) calendar days of CVS or any Released Entity being served, provide notice to the Settling State in which such Released Claims are being pursued and shall give the relevant Settling State a reasonable opportunity to extinguish the Released Claims without any payment or any other obligations being imposed upon any Released Entities (apart from the Global Settlement Amount payable by CVS under the Agreement or the Injunctive Relief Terms incurred by it).  The relevant Settling State and CVS shall confer and use reasonable efforts to promptly resolve the lawsuit so that it is dismissed with prejudice.  Nothing in this subsection creates an obligation for a Settling State to make a monetary payment or incur any other obligation to an entity filing a lawsuit.

i.      If a Later Litigation Subdivision's lawsuit results in a money judgment being entered against a Released Entity or reasonable settlement being reached with a Released Entity, the amount is to be set off from the total Incentive Payment D for which the Settling State may become eligible. The total Incentive Payment D for which the Settling State may become eligible shall be reduced by the amount of the judgment or settlement.

j.      Notwithstanding Section IV.H.9.d, a Settling State can become re-eligible for Incentive Payment D if the lawsuit that survived a Threshold Motion is dismissed pursuant to a later motion on grounds included in the Threshold Motion, in which case the Settling State shall be eligible for any missed payments of Incentive Payment D in the following Payment Year, less any litigation fees and costs incurred by CVS in the interim, except that if the dismissal motion occurs after the completion of opening statements in such action, the Settling State shall not be eligible for Incentive Payment D.  The Settlement Fund Administrator shall decrease the missed payments payable pursuant to this Section IV.H.9.j to the extent it cannot be paid without exceeding the top end of an applicable payment range shown in Exhibit M-2 for the remaining Payment Years.

I.      In no event shall any Settling State receive base payments and incentive payments totaling more than one hundred percent (100%) of its respective Overall Allocation Percentage specified in Exhibit F-2 times the Maximum Remediation Payment.

J.      *Credit for Dispensing Services*.  CVS and a Settling State may enter into an agreement for CVS to earn credits against Annual Payments for dispensing free-of-charge opioid alternatives, for free-of-charge product provided in connection with other opioid-related resolutions, and/or for other initiatives and services.

## V.  Allocation and Use of Settlement Payments

A.  *Components of Settlement Fund*.  The Settlement Fund shall be comprised of a Remediation Accounts Fund, a State Fund, and a Subdivision Fund for each Settling State.  The payment made under <u>Section IV</u> into the Settlement Fund shall be initially allocated among those three (3) sub-funds and distributed and used as provided below or as provided for by a State-Subdivision Agreement (or other State-specific allocation of funds).

B.  *Use of Settlement Payments*.

1.  It is the intent of the Parties that the payments disbursed from the Settlement Fund to Settling States and Participating Subdivisions be for Opioid Remediation to address Alleged Harms, subject to exceptions that must be documented in accordance with <u>Section V.B.2</u>.  In no event may less than 95.5% of CVS's maximum payment amounts pursuant to <u>Section IV</u> as set forth on <u>Exhibit M-1</u> over the entirety of all Payment Years (but not in any single Payment Year) be spent on Opioid Remediation; *provided, however*, that the remaining 4.5% only may be spent outside of Opioid Remediation to the extent necessary to satisfy: (a) back-stop attorney fee agreements entered into by Settling States with respect to at least one opioid settlement on or before November 30, 2022, even if such an agreement did not as of that date apply to CVS's Annual Payments; or (b) contingency fee agreements entered into by Settling States covering CVS's Annual Payments.  Any amounts not spent to satisfy such agreements must be spent on Opioid Remediation.

2.  While disfavored by the Parties, a Settling State or a Participating Subdivision may, subject to the limitation in the second sentence of <u>Section V.B.1</u>, use monies from the Settlement Fund (that have not been restricted by this Agreement solely to future Opioid Remediation) for purposes that do not qualify as Opioid Remediation, provided that if, at any time, a Settling State or a Participating Subdivision listed on <u>Exhibit G</u> uses any monies from the Settlement Fund for a purpose that does not qualify as Opioid Remediation, such Settling State or Participating Subdivision listed on such <u>Exhibit G</u> shall identify such amounts and report to the Settlement Fund Administrator and CVS how such funds were used, including if used to pay attorneys' fees, investigation costs, litigation costs, or costs related to the operation and enforcement of this Agreement, respectively.  Such expenditures shall be reported to the Settlement Fund Administrator and CVS by January 31 of the year following the calendar year in which they are made.  It is the intent of the Parties that the reporting under this <u>Section V.B.2</u> shall be available to the public.  For the avoidance of doubt, (a) any amounts not identified under this <u>Section V.B.2</u> as used to pay attorneys' fees, investigation costs, or litigation costs shall be included in the Total Remediation Amount for purposes of <u>Section V.F</u> and (b) Participating Subdivisions not listed on <u>Exhibit G</u> may only use monies from the Settlement Fund for purposes that qualify as Opioid Remediation.

C.  *Allocation of Settlement Fund*.  The allocation of the Settlement Fund allows for different approaches to be taken in different Settling States, such as through a State-Subdivision Agreement.  Given the uniqueness of Settling States and their Participating Subdivisions, Settling States and their Participating Subdivisions are encouraged to enter into State-Subdivision

Agreements in order to direct the allocation of their portion of the Settlement Fund.  This Agreement has no effect on the ability of Settling States and their Participating Subdivisions to internally agree on the allocation of their portion of the Settlement Fund.  As set out below, the Settlement Fund Administrator will make an initial allocation to three (3) state-level sub-funds. The Settlement Fund Administrator will then, for each Settling State and its Participating Subdivisions, apply the terms of this Agreement and any relevant State-Subdivision Agreement, Statutory Trust, Allocation Statute, or voluntary redistribution of funds as set out below before disbursing the funds.

      1.    <u>Base Payments</u>.  The Settlement Fund Administrator will allocate base payments under <u>Section IV.G</u> among the Settling States pursuant to Section VI.G.  Base payments for each Settling State will then be allocated fifteen percent (15%) to its State Fund, seventy percent (70%) to its Remediation Accounts Fund, and fifteen percent (15%) to its Subdivision Fund.  Amounts may be reallocated and will be distributed as provided in <u>Section V.D</u>.

      2.    <u>Incentive Payments</u>.  The Settlement Fund Administrator will treat incentive payments under <u>Section IV.H</u> on a Settling State-specific basis in proportion to each Settling State's respective Overall Allocation Percentage.  Incentive payments for which a Settling State is eligible under <u>Section IV.H</u> will be allocated fifteen percent (15%) to its State Fund, seventy percent (70%) to its Remediation Accounts Fund, and fifteen percent (15%) to its Subdivision Fund.  Amounts may be reallocated and will be distributed as provided in <u>Section V.D</u>.

      3.    <u>Settlement Fund Administrator</u>.  Prior to the Initial Subdivision Participation Date, CVS and the Enforcement Committee will agree to a detailed mechanism consistent with the foregoing for the Settlement Fund Administrator to follow in allocating, apportioning, and distributing payments, which shall then be appended hereto as <u>Exhibit L</u>.

      4.    <u>Settlement Fund Administrator Costs</u>.  Any reasonable costs and fees of the Settlement Fund Administrator accruing under this Agreement as described in <u>Exhibit L</u> shall be paid from the interest accrued in the Settlement Fund; *provided*, *however*, that if such accrued interest is insufficient to pay the entirety of any such costs and fees, CVS shall pay fifty percent (50%) of the additional amount directly to the Settlement Fund Administrator and fifty percent (50%) shall be paid out of the Settlement Fund.

D.    *Settlement Fund Reallocation and Distribution*.

As set forth below, within a particular Settling State's account, amounts contained in the Settlement Fund sub-funds may be reallocated and distributed per a State-Subdivision Agreement or other means.  If the apportionment of amounts is not addressed and controlled under <u>Section V.D.1</u> and <u>Section V.D.2</u>, then the default provisions of <u>Section V.D.4</u> apply.  It is not necessary that a State-Subdivision Agreement or other means of allocating funds pursuant to <u>Section V.D.1</u> and <u>Section V.D.2</u> address all of the Settlement Fund sub-funds.  For example, a Statutory Trust might only address disbursements from a Settling State's Remediation Accounts Fund.

1.      Distribution by State-Subdivision Agreement.  If a Settling State has a State-Subdivision Agreement, amounts apportioned to that Settling State's State Fund, Remediation Accounts Fund, and Subdivision Fund under Section V.C shall be reallocated and distributed as provided by that agreement.  Any State-Subdivision Agreement entered into or amended after the Preliminary Agreement Date shall be applied only if it requires: (a) that all amounts be used for Opioid Remediation, except as allowed by Section V.B.2, and (b) that at least seventy percent (70%) of amounts be used solely for future Opioid Remediation.[10]  For a State-Subdivision Agreement to be applied to the relevant portion of the Annual Payment, notice must be provided to CVS and the Settlement Fund Administrator at least ten (10) business days prior to the Settlement Fund Administrator's disbursements of such portion to a Settlement State and its Participating Subdivisions.

2.      Distribution by Allocation Statute.  If a Settling State has an Allocation Statute and/or a Statutory Trust that addresses allocation or distribution of amounts apportioned to such Settling State's State Fund, Remediation Accounts Fund, and/or Subdivision Fund and that, to the extent any or all such sub-funds are addressed, requires (1) all amounts to be used for Opioid Remediation, except as allowed by Section V.B.2, and (2) at least seventy percent (70%) of all amounts to be used solely for future Opioid Remediation,[11] then, to the extent allocation or distribution is addressed, the amounts apportioned to that Settling State's State Fund, Remediation Accounts Fund, and Subdivision Fund under Section V.C shall be allocated and distributed as addressed and provided by the applicable Allocation Statute or Statutory Trust.  For the avoidance of doubt, an Allocation Statute or Statutory Trust need not address all three (3) sub-funds that comprise the Settlement Fund, and if the applicable Allocation Statute or Statutory Trust does not address distribution of all or some of these three (3) sub-funds, the applicable Allocation Statute or Statutory Trust does not replace the default provisions described in Section V.D.4 of any such unaddressed fund.  For example, if an Allocation Statute or Statutory Trust that meets the requirements of this Section V.D.2 only addresses funds restricted to remediation and abatement, then the default provisions in this Agreement concerning allocation among the three (3) sub-funds comprising the Settlement Fund and the distribution of the State Fund and Subdivision Fund for that Settling State would still apply, while the distribution of the applicable Settling State's Remediation Accounts Fund would be governed by the qualifying Allocation Statute or Statutory Trust.

3.      Voluntary Redistribution.  A Settling State may choose to reallocate all or a portion of its State Fund to its Remediation Accounts Fund.  A Participating Subdivision included on Exhibit G may choose to reallocate all or a portion of its allocation from the Subdivision Fund to the State's Remediation Accounts Fund or to another Participating Subdivision.  The Settlement Fund Administrator is not required to honor a voluntary

---

[10] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

[11] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

redistribution for which notice is provided to it less than sixty (60) calendar days prior to the applicable Payment Date.

4. <u>Distribution in the Absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust</u>.  If <u>Section V.D.1</u> and <u>Section V.D.2</u> do not apply, amounts apportioned to that Settling State's State Fund, Remediation Accounts Fund, and Subdivision Fund under <u>Section V.C</u> shall be distributed as follows:

a. Amounts apportioned to that Settling State's State Fund shall be distributed to that State.

b. Amounts apportioned to that Settling State's Remediation Accounts Fund shall be distributed consistent with <u>Section V.E</u>.  Each Settling State shall submit to the Settlement Fund Administrator a designation of a lead state agency or other entity to serve as the single point of contact for that Settling State's funding requests from the Remediation Accounts Fund and other communications with the Settlement Fund Administrator.  The designation of an individual entity is for administrative purposes only and such designation shall not limit funding to such entity or even require that such entity receive funds from this Agreement.  The designated entity shall be the only entity authorized to request funds from the Settlement Fund Administrator to be disbursed from that Settling State's Remediation Accounts Fund.  If a Settling State has established a Statutory Trust, then that Settling State's single point of contact may direct the Settlement Fund Administrator to release the State's Remediation Accounts Fund to the Statutory Trust.

c. Amounts apportioned to that Settling State's Subdivision Fund shall be distributed to Participating Subdivisions in that State included on <u>Exhibit G</u> per the Subdivision Allocation Percentage listed in <u>Exhibit G</u>.  <u>Section V.F</u> shall govern amounts that would otherwise be distributed to Non-Participating Subdivisions listed in <u>Exhibit G</u>.  For the avoidance of doubt and notwithstanding any other provision in this Agreement, no Non-Participating Subdivision will receive any amount from the Settlement Fund, regardless of whether such Subdivision is included on <u>Exhibit G</u>.

d. Special Districts shall not be allocated funds from the Subdivision Fund, except through a voluntary redistribution allowed by <u>Section V.D.3</u> to Special Districts that are Participating Subdivisions.  A Settling State may allocate funds from its State Fund or Remediation Accounts Fund for Special Districts that are Participating Subdivisions.

5. <u>Restrictions on Distribution</u>.  No amounts may be distributed from the Subdivision Fund contrary to <u>Section VII</u>, *i.e.*, no amounts may be distributed directly to Non-Participating Subdivisions to the extent such a distribution would violate <u>Section VII.G</u> or <u>Section VII.H</u>.  Amounts allocated to the Subdivision Fund that cannot be distributed by virtue of the preceding sentence shall be distributed into the sub-account in the Remediation Accounts Fund for the Settling State in which the Non-Participating

Subdivision is located, unless those payments are redirected elsewhere by a State-Subdivision Agreement described in <u>Section V.D.1</u> or by an Allocation Statute or a Statutory Trust described in <u>Section V.D.2</u>.

E.    *Provisions Regarding the Remediation Accounts Fund.*

1.    <u>State-Subdivision Agreement, Allocation Statute, and Statutory Trust</u> <u>Fund Provisions</u>.  A State-Subdivision Agreement, Allocation Statute, or Statutory Trust in a Settling State may govern the operation and use of amounts in that State's Remediation Accounts Fund so long as it complies with the requirements of <u>Section V.D.1</u> or <u>Section V.D.2</u>, as applicable, and all direct payments to Participating Subdivisions in that State comply with <u>Section VII.G</u> through <u>Section VII.I</u>.

2.    <u>Absence of a State-Subdivision Agreement, Allocation Statute, or</u> <u>Statutory Trust</u>.  In the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust that addresses distribution, the Remediation Accounts Fund will be used by a Settling State solely for future Opioid Remediation[12] and the following shall apply with respect to a Settling State:

a.    *Regional Remediation.*

(i)    At least fifty percent (50%) of distributions for remediation from a Settling State's Remediation Accounts Fund shall be annually allocated and tracked to the regional level.  A Settling State may allow the Advisory Committee established pursuant to <u>Section V.E.2.d</u> to define its regions and assign regional allocations percentages.  Otherwise, a Settling State shall (A) define its initial regions, which shall consist of one (1) or more General-Purpose Subdivision(s) and which shall be designated by the state agency with primary responsibility for substance abuse disorder services employing, to the maximum extent practical, existing regions established in that State for opioid abuse treatment or other public health purposes; (B) assign initial regional allocation percentages to the regions based on the Subdivision Allocation Percentages in <u>Exhibit G</u> and an assumption that all Subdivisions included on <u>Exhibit G</u> will become Participating Subdivisions.

(ii)    This minimum regional expenditure percentage is calculated using the Settling State's initial Remediation Accounts Fund allocation and does not include any additional amounts a Settling State has directed to its Remediation Accounts Fund from its State Fund, or any other amounts directed to the fund.  A Settling State may dedicate more than fifty percent (50%) of its Remediation Accounts Fund to the regional expenditure and may annually adjust the percentage of its Remediation Accounts Fund

---

[12] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

dedicated to regional expenditures as long as the percentage remains above the minimum amount.

(iii)     A Settling State (A) has the authority to adjust the definition of the regions, and (B) may annually revise the percentages allocated to each region to reflect the number of General-Purpose Subdivisions in each region that are Non-Participating Subdivisions.

b.     *Subdivision Block Grants.*  Certain Participating Subdivisions shall be eligible to receive regional allocation funds in the form of block grants for future Opioid Remediation.  A Participating Subdivision eligible for block grants is a county or parish (or in the case of Settling States that do not have counties or parishes that function as political subdivisions, a city) that (1) does not contain a Litigating Subdivision or a Later Litigating Subdivision for which it has the authority to end the litigation through a release, bar or other action, (2) either (i) has a population of 400,000 or more or (ii) in the case of California has a population of 750,000 or more, and (3) has funded or otherwise managed an established health care or treatment infrastructure (*e.g.*, health department or similar agency).  Each Participating Subdivision eligible to receive block grants shall be assigned its own region.

c.     *Small States.*  Notwithstanding the provisions of Section V.E.2.a, Settling States with populations under four (4) million that do not have existing regions described in Section V.E.2.a shall not be required to establish regions. However, such a Settling State that contains one (1) or more Participating Subdivisions eligible for block grants under Section V.E.2.c shall be divided regionally so that each block-grant eligible Participating Subdivision is a region and the remainder of the Settling State is a region.

d.     *Advisory Committee.*  A Settling State shall designate an Opioid Settlement Remediation Advisory Committee (the "*Advisory Committee*") to provide input and recommendations regarding remediation spending from that Settling State's Remediation Accounts Fund.  A Settling State may elect to use an existing advisory committee or similar entity (created outside of a State-Subdivision Agreement or Allocation Statute); *provided*, *however*, the Advisory Committee or similar entity shall meet the following requirements:

(i)     Written guidelines that establish the formation and composition of the Advisory Committee, terms of service for members, contingency for removal or resignation of members, a schedule of meetings, and any other administrative details;

(ii)     Composition that includes at least an equal number of local representatives as state representatives;

(iii)     A process for receiving input from Participating Subdivisions and other communities regarding how the opioid crisis is

affecting their communities, their abatement needs, and proposals for abatement strategies and responses; and

(iv)    A process by which Advisory Committee recommendations for expenditures for Opioid Remediation will be made to and considered by the appropriate state agencies.

3.    <u>Remediation Accounts Fund Reporting</u>.    The Settlement Fund Administrator shall track and assist in the report of remediation disbursements as agreed to between CVS and the Enforcement Committee.

F.    *Nature of Payment*.  CVS, the Settling States, and the Participating Subdivisions each acknowledge and agree that notwithstanding anything to the contrary in this Agreement, including, but not limited to, the scope of the Released Claims:

1.    They have entered into this Agreement to avoid the delay, expense, inconvenience, and uncertainty of further litigation;

2.    (a) The Settling States and Participating Subdivisions sought compensatory restitution and remediation (within the meaning of 26 U.S.C. § 162(f)(2)(A) and 26 C.F.R. § 1.162-21(e)(4)(i), (ii)) as damages for the Alleged Harms allegedly suffered by the Settling States and Participating Subdivisions; (b) the Total Remediation Amount is less than or equal to the amount, in the aggregate, of the Alleged Harms allegedly suffered by the Settling States and Participating Subdivisions; and (c) the portion of the Total Remediation Amount received by each Settling State or Participating Subdivision is less than or equal to the amount of the Alleged Harms allegedly suffered by such Settling State or Participating Subdivision;

3.    The payment of the Total Remediation Amount by CVS constitutes, and is paid for, compensatory restitution and remediation (within the meaning of 26 U.S.C. § 162(f)(2)(A) and 26 C.F.R. § 1.162-21(e)(4)(i), (ii)) for alleged damage or harm (as compensation for alleged damage or harm arising out of alleged bodily injury) allegedly caused by CVS in order to restore, in whole or in part, the Settling States, Participating Subdivisions, and persons to the same position or condition that they would be in had the Settling States, Participating Subdivisions, and persons not suffered the Alleged Harms, and constitutes compensatory restitution and remediation for alleged damage or harm allegedly caused by the potential violation of a law and/or is an amount paid to come into compliance with the law; and

4.    For the avoidance of doubt:  (a) the entire Total Remediation Amount is properly characterized as described in <u>Section V.F</u>, (b) no portion of the Total Remediation Amount represents reimbursement to any Settling State or Participating Subdivision or other person or entity for the fees or costs of any investigation or litigation, including without limitation attorneys' fees, (c) no portion of the Global Settlement Amount constitutes the disgorgement of any allegedly ill-gotten gains, and (d) no portion of the Global Settlement Amount is paid for, is in place of, or is properly characterized as the payment of any fine, penalty, punitive damages, or other punitive assessments.

## VI.    Enforcement

A.    *Enforceability.*  This Agreement is enforceable only by the Settling States and CVS; *provided*, *however*, that Released Entities may enforce Section XI and Participating Subdivisions listed on Exhibit G have the enforcement rights described in Section VI.D.  Except to the extent allowed by the Injunctive Relief Terms, Settling States and Participating Subdivisions shall not have enforcement rights with respect to either the terms of this Agreement that apply only to or in other States or any Consent Judgment entered into by another Settling State.  Participating Subdivisions shall not have enforcement rights against CVS with respect to this Agreement or any Consent Judgment except that Participating Subdivisions shall have enforcement rights as set forth herein as to payments that would be allocated to the Subdivision Fund or Remediation Accounts Fund pursuant to Section V; *provided*, *however*, that each Settling State shall allow Participating Subdivisions in such Settling State to notify it of any perceived violations of this Agreement or the applicable Consent Judgment.

B.    *Jurisdiction.*  CVS consents to the jurisdiction of the court in each Settling State in which the Consent Judgment is filed, limited to and for the sole and exclusive purpose of resolution of disputes identified in Section VI.F.2 for resolution in that court.

C.    *Specific Terms Dispute Resolution*.

1.    Any dispute that is addressed by the provisions set forth in the Injunctive Relief Terms shall be resolved as provided therein.

2.    In the event that CVS believes that the requirements established in Section V.B.1 are not being satisfied, CVS may request that CVS and the Enforcement Committee meet and confer regarding the use of funds to implement Section V.B.1.  The completion of such meet-and-confer process is a precondition to further action regarding any such dispute.  Further action concerning Section V.B.1 shall: (i) be limited to CVS obtaining a reduction of its Annual Payments by no more than five percent (5%) of the difference between the actual amount of Opioid Remediation and the 95.5% of CVS's maximum payment amounts pursuant to Section IV as set forth on Exhibit M-1 over the entirety of all Payment Years (but not in any single Payment Year);  (ii) only reduce Annual Payments to those Settling States and their Participating Subdivisions that are out of compliance with the requirements established in Section V.B.1; and (iii) not reduce Annual Payments restricted to future Opioid Remediation.

D.    *State-Subdivision Enforcement*.

1.    A Subdivision shall not have enforcement rights against a Settling State in which it is located with respect to this Agreement or any Consent Judgment except that a Participating Subdivision listed on Exhibit G shall have enforcement rights (a) as provided for in a State-Subdivision Agreement, Allocation Statute, or Statutory Trust with respect to intrastate allocation; or (b) in the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust, to address allegations that (i) the Settling State's use of Remediation Accounts Fund monies were not used for uses similar to or in the nature of those uses contained in Exhibit E, or (ii) a Settling State failed to pay funds directly from

the Remediation Accounts Fund to a Participating Subdivision eligible to receive a block grant pursuant to <u>Section V.E.2.b</u>.

2.      A Settling State shall have enforcement rights against a Participating Subdivision located in its territory (a) as provided for in a State-Subdivision Agreement, Allocation Statute, or Statutory Trust; or (b) in the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust, to address allegations that the Participating Subdivisions' uses of Remediation Accounts Fund monies were not used for purposes similar to or in the nature of those uses contained in <u>Exhibit E</u>.

3.      As between Settling States and Participating Subdivisions, the above rights are contractual in nature and nothing herein is intended to limit, restrict, change or alter any other existing rights under law.

E.      *Subdivision Payment Enforcement.*  A Participating Subdivision listed on <u>Exhibit G</u> shall have the same right as a Settling State pursuant to <u>Section VI.F.3.a(iv)</u> to seek resolution regarding the failure by CVS to make its allocable share of an Annual Payment in a Payment Year.

F.      *Other Terms Regarding Dispute Resolution.*

1.      Except as provided by <u>Section VI.C</u>, the parties to a dispute shall promptly meet and confer in good faith to resolve any dispute.  If the parties cannot resolve the dispute informally, and unless otherwise agreed in writing, they shall follow the remaining provisions of this <u>Section VI.F</u> to resolve the dispute.

2.      Except to the extent provided by <u>Section VI.C</u> or <u>Section VI.F.3</u>, all disputes shall be resolved in either the court that entered the relevant Consent Judgment or, if no such Consent Judgment was entered, a state or territorial court with jurisdiction located wherever the seat of the relevant state government is located.

a.      State court proceedings shall be governed by the rules and procedures of the relevant forum.

b.      For the avoidance of doubt, disputes to be resolved in state court include, but are not limited to, the following:

(i)      disputes concerning whether expenditures qualify as Opioid Remediation;

(ii)      disputes between a Settling State and its Participating Subdivisions as provided by <u>Section VI.D</u>, except to the extent the State-Subdivision Agreement provides for other dispute resolution mechanisms. For the avoidance of doubt, disputes between a Settling State and any Participating Subdivision shall not be considered National Disputes;

(iii)      whether this Agreement and relevant Consent Judgment are binding under state law;

39

(iv)    the extent of the Attorney General's or other participating entity's authority under state law, including the extent of the authority to release claims;

(v)    whether the definition of a Bar, a Case-Specific Resolution, Final Order, lead state agency as described in <u>Section V.D.4.b</u>, Later Litigating Subdivision, Litigating Subdivision, or Threshold Motion has been met; and

(vi)    all other disputes not specifically identified in <u>Section VI.C</u> or <u>Section VI.F.3</u>.

c.    Any Party may request that the National Arbitration Panel provide an interpretation of any provision of the Agreement that is relevant to the state court determination, and the National Arbitration Panel shall make reasonable best efforts to supply such interpretation within the earlier of thirty (30) calendar days or the time period required by the state court proceedings.  Any Party may submit that interpretation to the state court to the extent permitted by, and for such weight provided by, the state court's rules and procedures.  If requested by a Party, the National Arbitration Panel shall request that its interpretation be accepted in the form of an *amicus curiae* brief, and any attorneys' fees and costs for preparing any such filing shall be paid for by the requesting Party.

3.    National Disputes involving a Settling State, a Participating Subdivision that has enforcement rights pursuant to <u>Section VI.A</u>, and/or CVS (together, "*Participating Parties*") shall be resolved by the National Arbitration Panel.

a.    National Disputes are disputes that are not addressed by <u>Section VI.C</u>, and which are exceptions to <u>Section VI.F.2</u>'s presumption of resolution in state courts because they involve issues of interpretation of terms contained in this Agreement applicable to all Settling States without reference to a particular State's law.  Disputes between a Settling State and any Participating Subdivision shall not be considered National Disputes.  National Disputes are limited to the following:

(i)    The amount of withholding attributable to Non-Settling States;

(ii)    issues involving the scope and definition of Product;

(iii)    interpretation and application of the terms "Alleged Harms," "Covered Conduct," "Released Entities," and "Released Claims";

(iv)    the failure by CVS to pay the Annual Payment, the Additional Remediation Amount in a Payment Year, or the amounts due pursuant to <u>Exhibit S</u> and <u>Exhibit T</u>, but for the avoidance of doubt, disputes between CVS and a Settling State over the amounts owed only to that

Settling State that do not affect any other Settling State shall not be considered National Disputes;

(v)     the interpretation and application of any most-favored-nation provision in Section XIII.E;

(vi)    questions regarding the performance and/or removal of the Settlement Fund Administrator;

(vii)   disputes involving liability of successor entities;

(viii)  disputes that require a determination of the sufficiency of participation in order to qualify for Incentive Payments A, B, C or D;

(ix)    disputes requiring the interpretation of Agreement terms that are national in scope or impact, which shall mean disputes requiring the interpretation of Agreement terms that (i) concretely affect four (4) or more Settling States; and (ii) do not turn on unique definitions and interpretations under state law; and

(x)     any dispute subject to resolution under Section VI.F.2 but for which all Participating Parties to the dispute agree to arbitration before the National Arbitration Panel under the provisions of this SectionVI.F.3.

b.      The National Arbitration Panel shall be comprised of three (3) arbitrators.  One (1) arbitrator shall be chosen by CVS, one (1) arbitrator shall be chosen by the Enforcement Committee with due input from Participating Subdivisions listed on Exhibit G, and the third arbitrator shall be agreed upon by the first two (2) arbitrators.  The membership of the National Arbitration Panel is intended to remain constant throughout the term of this Agreement, but in the event that replacements are required, the retiring arbitrator shall be replaced by the party that selected him/her.

c.      The National Arbitration Panel shall make reasonable best efforts to decide all matters within one hundred eighty (180) calendar days of filing, and in no event shall it take longer than one (1) year.

d.      The National Arbitration Panel shall conduct all proceedings in a reasonably streamlined process consistent with an opportunity for the Participating Parties to be heard.  Issues shall be resolved without the need for live witnesses where feasible, and with a presumption in favor of remote participation to minimize the burdens on the Participating Parties.

e.      To the extent allowed under state law, a Settling State, a Participating Subdivision that has enforcement rights pursuant to Section VI.A, and (at any Participating Party's request) the National Arbitration Panel may certify to an appropriate state court any question of state law.  The National Arbitration Panel

shall be bound by a final state court determination of such a certified question.  The time period for the arbitration shall be tolled during the course of the certification process.

f.      The arbitrators will give due deference to any authoritative interpretation of state law, including any declaratory judgment or similar relief obtained by a Settling State, a Participating Subdivision that has enforcement rights pursuant to Section VI.A, or CVS on a state law issue.

g.      The decisions of the National Arbitration Panel shall be binding on Settling States, Participating Subdivisions, CVS, and the Settlement Fund Administrator.  In any proceeding before the National Arbitration Panel involving a dispute between a Settling State and CVS whose resolution could prejudice the rights of a Participating Subdivision(s) in that Settling State, such Participating Subdivision(s) shall be allowed to file a statement of view in the proceeding.

h.      Nothing herein shall be construed so as to limit or otherwise restrict a Settling State from seeking injunctive or other equitable relief in state court to protect the health, safety, or welfare of its citizens.

i.      Each Participating Party shall bear its own costs in any arbitration or court proceeding arising under this Section VI.  The costs for the arbitrators on the National Arbitration Panel shall be divided and paid equally by the disputing sides for each individual dispute, *e.g.*, a dispute between CVS and Settling States/Participating Subdivisions shall be split fifty percent (50%) by CVS and fifty percent (50%) by the Settling States/Participating Subdivisions that are parties to the dispute; a dispute between a Settling State and a Participating Subdivision shall be split fifty percent (50%) by the Settling State that is party to the dispute and fifty percent (50%) by any Participating Subdivisions that are parties to the dispute.

4.      Prior to initiating an action to enforce pursuant to this Section VI.F, the complaining Participating Party must:

a.      Provide written notice to the Enforcement Committee of its complaint, including the provision of the Consent Judgment and/or Agreement that the practice appears to violate, as well as the basis for its interpretation of the disputed provision.  The Enforcement Committee shall establish a reasonable process and timeline for obtaining additional information from the involved parties; *provided*, *however*, that the date the Enforcement Committee establishes for obtaining additional information from the Participating Parties shall not be more than forty-five (45) calendar days following the notice.  The Enforcement Committee may advise the Participating Parties of its views on the complaint and/or seek to resolve the complaint informally.

b.      Wait to commence any enforcement action until thirty (30) calendar days after the date that the Enforcement Committee establishes for obtaining additional information from the Participating Parties.

5.      If the Participating Parties to a dispute cannot agree on the proper forum for resolution of the dispute under the provisions of <u>Section VI.F.2</u> or <u>SectionVI.F.3</u>, a committee comprising the Enforcement Committee and sufficient representatives of CVS, such that the members of the Enforcement Committee have a majority of one (1) member, will determine, within twenty-eight (28) calendar days of receiving notification of the dispute relating to the proper forum, the forum where the dispute will be initiated.  The forum identified by such committee shall be the sole forum for resolving the issue of which forum will hear the substantive dispute, and the committee's identification of such forum in the first instance shall not be entitled to deference by the forum selected.

G.      *No Effect.*  Nothing in this Agreement shall be interpreted to limit the Settling States' Civil Investigative Demand ("*CID*") or investigative subpoena authority, to the extent such authority exists under applicable state law and the CID or investigative subpoena is issued pursuant to such authority, and CVS reserves all of its rights in connection with a CID or investigative subpoena issued pursuant to such authority.

## VII.  Participation by Subdivisions

A.      *Notice.*  Prior to the State Participation Date, the Parties shall agree on a vendor to serve as the Implementation Administrator and provide notice pursuant to this <u>Section VII.A</u>.  No later than fifteen (15) calendar days after the Preliminary Agreement Date, the Implementation Administrator shall send individual written notice (which may be delivered via e-mail or other electronic means) of the opportunity to participate in this Agreement and the requirements of participation to all Subdivisions in the Settling States that are (1) Litigating Subdivisions or (2) Non-Litigating Subdivisions listed on <u>Exhibit G</u>.  To the extent a Special District is entitled to an allocation for a direct payment through its inclusion in <u>Exhibit G</u> pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution, the Implementation Administrator, with the cooperation of the Settling States shall also send individual written notice (which may be delivered via e-mail or other electronic means) of the opportunity to participate in this Agreement and the requirements of participation to such Special Districts.  Unless otherwise agreed by the Parties, the version of <u>Exhibit G</u> used for notice shall be the one in place as of the State Participation Date.  Notice (which may be delivered via e-mail or other electronic means) shall also be provided simultaneously to counsel of record for Litigating Subdivisions and known counsel for Non-Litigating Subdivisions and Special Districts listed on <u>Exhibit G</u>.  The Settling States also may provide general notice reasonably calculated to alert Non-Litigating Subdivisions in the Settling States to this Agreement, the opportunity to participate in it, and the requirements for participation.  Such Notice may include publication and other standard forms of notification, as well as notice to national state and county organizations such as the National Association of Counties and the National League of Cities.  All notice provided under this subsection will include that the deadline for becoming a Participating Subdivision is the Initial Subdivision Participation Date. Nothing contained herein shall preclude a Settling State from providing further notice to or otherwise contacting any of its Subdivisions about becoming a Participating Subdivision, including beginning any of the activities described in this paragraph prior to the Preliminary Agreement Date.

B.  *Requirements for Becoming a Participating Subdivision—Non-Litigating Subdivisions*.  A Non-Litigating Subdivision in a Settling State may become a Participating Subdivision by returning an executed Subdivision Participation Agreement to the Implementation Administrator or Settlement Fund Administrator (which may be executed and returned by electronic means established by the Implementation Administrator or Settlement Fund Administrator) specifying (1) that the Subdivision agrees to the terms of this Agreement pertaining to Subdivisions, (2) that the Subdivision releases all Released Claims against all Released Entities, (3) that the Subdivision agrees to use monies it receives, if any, from the Settlement Fund pursuant to the applicable requirements of Section V; *provided*, *however*, that Non-Litigating Subdivisions may only use monies originating from the Settlement Fund for purposes that qualify as Opioid Remediation, and (4) that the Subdivision submits to the jurisdiction of the court where the applicable Consent Judgment is filed for purposes limited to that court's role under this Agreement.  The required Subdivision Participation Agreement is attached as Exhibit K.

C.  *Requirements for Becoming a Participating Subdivision—Litigating Subdivisions/Later Litigating Subdivisions*.  A Litigating Subdivision or Later Litigating Subdivision in a Settling State may become a Participating Subdivision by returning an executed Subdivision Participation Agreement to the Implementation Administrator or Settlement Fund Administrator (which may be executed and returned by electronic means established by the Implementation Administrator or Settlement Fund Administrator) and upon prompt dismissal with prejudice of its lawsuit following the Reference Date or the date on which the conditions for effectiveness in Section VIII.C have been met, whichever is later.  Following its execution of a Subdivision Participation Agreement, a Litigating Subdivision shall take reasonable steps to immediately cease all litigation activity against the Released Entities, where feasible, or to minimize such activity by means of agreed deadline extensions and agreed postponement of depositions, document productions, and motion practice, unless the Litigating Subdivision reasonably concludes that it would be prejudiced by doing so.  A Settling State may require each Litigating Subdivision in that State to specify on the Subdivision Participation Agreement whether its counsel has waived any contingency fee contract with that Participating Subdivision and whether, if eligible, it intends to seek fees pursuant to Exhibit R.  The Settlement Fund Administrator shall provide quarterly reports of this information to the parties organized by Settling State.  A Litigating Subdivision or Later Litigating Subdivision may not become a Participating Subdivision after the completion of opening statements in a trial of the lawsuit it brought that includes a Released Claim against a Released Entity.  For avoidance of doubt, where a subdivision official other than a General-Purpose Government has filed a lawsuit that includes a Released Claim against a Released Entity in a direct, *parens patriae*, or any other capacity, that Subdivision may become a Participating Subdivision only if, in addition to the other requirements of this Section VII.C, the lawsuit filed by the subdivision official has also been dismissed with prejudice.

D.  *Initial Participating Subdivisions.*  A Subdivision qualifies as an Initial Participating Subdivision if it meets the applicable requirements for becoming a Participating Subdivision set forth in Section VII.B or Section VII.C by the Initial Subdivision Participation Date.  All Subdivision Participation Agreements returned to the Implementation Administrator shall be held in escrow by the Implementation Administrator until the Reference Date.  Subdivision Participation Agreements returned to the Implementation Administrator shall not be withdrawn

unless notice of the withdrawal is provided to the Implementation Administrator within eighteen (18) days after the Initial Subdivision Participation Date.  If, for any reason, the Agreement does not become effective, all obligations created by such forms and releases in them shall be void *ab initio* and all Subdivision Participation Agreements shall be returned to Counsel for Litigating Subdivisions or to the Subdivisions not represented by counsel or destroyed to the extent that such destruction is not prohibited by then existing document preservation obligations.

      E.    *Later Participating Subdivisions.*  A Subdivision in a Settling State that is not an Initial Participating Subdivision may become a Later Participating Subdivision by meeting the applicable requirements for becoming a Participating Subdivision set forth in Section VII.B or Section VII.C after the Initial Subdivision Participation Date and by agreeing to be subject to the terms of a State-Subdivision Agreement (if any) or any other structure adopted or applicable pursuant to Section V.D or Section V.E.  The following provisions govern what a Later Participating Subdivision can receive (but do not apply to Initial Participating Subdivisions):

      1.    A Later Participating Subdivision shall not receive any share of any Annual Payment due before it became a Participating Subdivision.

      2.    A Subdivision that becomes a Later Participating Subdivision after November 30, 2023 shall receive seventy-five percent (75%) of the share of future base or incentive payments that it would have received had it become a Later Participating Subdivision prior to that date (unless the Later Participating Subdivision is subject to Section VII.E.3 or Section VII.E.4).

      3.    A Later Participating Subdivision that, after the Initial Subdivision Participation Date, maintains a lawsuit for a Released Claim(s) against a Released Entity and has judgment entered against it on every such Claim before it became a Participating Subdivision (other than a consensual dismissal with prejudice) is not eligible to become a Participation Subdivision.

      4.    A Subdivision that becomes a Later Participating Subdivision while a Bar or Case-Specific Resolution involving a different Subdivision exists in its State shall receive twenty-five percent (25%) of the share of future base or incentive payments that it would have received had it become a Later Participating Subdivision without such Bar or Case-Specific Resolution.

      F.    *No Increase in Payments*.  Amounts to be received by Later Participating Subdivisions shall not increase the payments due from CVS.

      G.    *Ineligible Subdivisions*.  Subdivisions in Non-Settling States and Prior Litigating Subdivisions are not eligible to be Participating Subdivisions.

      H.    *Non-Participating Subdivisions*.  Non-Participating Subdivisions shall not directly receive any portion of any Annual Payment, including from the State Fund and direct distributions from the Remediation Accounts Fund; however, a Settling State may choose to fund future Opioid Remediation that indirectly benefits Non-Participating Subdivisions.

I.      *Unpaid Allocations to Later Participating Subdivisions and Non-Participating Subdivisions*.  Any base payments and incentive payments allocated pursuant to <u>Section V.D</u> to a Later Participating Subdivision or Non-Participating Subdivision that cannot be paid pursuant to this <u>Section VII</u>, including the amounts that remain unpaid after the reductions required by <u>Section VII.E.2</u> through <u>Section VII.E.4</u>, will be allocated to the Remediation Accounts Fund for the Settling State in which the Non-Participating Subdivision is located, unless those payments are redirected elsewhere by a State-Subdivision Agreement or by a Statutory Trust.

## VIII.   Condition to Effectiveness of Agreement and Filing of Consent Judgment

A.      *Distribution of Subdivision Participation Agreements*.  No later than three (3) calendar days after the Initial Subdivision Participation Date, the Implementation Administrator shall report to the Settling States and CVS on which Subdivisions in the Settling States have and have not executed Subdivision Participation Agreements and shall provide notice under <u>Section XIII.Q</u> of any withdrawals of Subdivision Participation Agreements within one (1) business day of the withdrawal.  The Settling States and CVS each shall have online access to the Subdivision Participation Agreements for the purpose of auditing the Implementation Administrator's reports but may not maintain copies.  CVS shall pay up to and no more than $1.5 million of the Implementation Administrator's fees and costs, including advancing such fees and costs prior to the Effective Date.  If this Agreement becomes effective, then CVS may deduct from its Annual Payment for Payment Year 2 any amount in excess of $1.5 million it paid for the Implementation Administrator's fees and costs.

B.      *Determination to Proceed with Settlement—Settling States*.  Following the Initial Subdivision Participation Date, the Settling States on the Enforcement Committee shall determine whether to proceed with the Agreement.  No later than fifteen (15) calendar days prior to the Reference Date, the Settling States shall provide notice to CVS and the Enforcement Committee of their decision.  If the Settling States elect not to proceed, this Agreement will have no further effect, and all releases (including those contained in Subdivision Participation Agreements) and other commitments or obligations contained herein or in Subdivision Settlement Participation Forms will be void.

C.      *Determination to Proceed with Settlement—CVS*.  If the Settling States elect to proceed, CVS shall then determine whether to proceed with the Agreement.  This determination shall be in CVS's sole discretion and may be based on any criteria or factors it deems relevant.  CVS shall provide notice to the Settling States and the Enforcement Committee of its decision no later than the Reference Date.  If CVS elects to proceed with the Agreement, the Parties will proceed to file the Consent Judgments, and the obligations in the State Participation Forms and the Subdivision Participation Agreements will become effective as of the Reference Date.  If CVS elects not to proceed, this Agreement will have no further effect, and all releases (including those contained in Subdivision Participation Agreements) and other commitments or obligations contained herein or in Subdivision Participation Agreements will be void.

## IX.   Additional Remediation

A.      *Additional Remediation Amount*.  Subject to and without exceeding the maximum payment amounts set forth in the "Additional Remediation Amount" column of <u>Exhibit M-3</u> and

subject to the reduction specified in <u>Section IX.B</u>, CVS shall pay an Additional Remediation Amount to the Settling States listed in Exhibit N. Such funds shall be paid, on the schedule set forth in <u>Exhibit M-3</u>, on the Payment Date for each relevant Payment Year to such Settling States as allocated by the Settlement Fund Administrator pursuant to <u>Exhibit N</u>.

B.  *Reduction of Additional Remediation Amount.*  The amounts owed by CVS pursuant to this <u>Section IX</u> shall be reduced by the allocations set forth on <u>Exhibit N</u> for Non-Settling States.

C.  For the avoidance of doubt, (1) a Settling State that retained outside counsel in connection with opioid investigations that receives an Additional Remediation Amount because the Settling State was not otherwise eligible to receive funds from the State Outside Counsel Fee Fund may choose to have the Additional Remediation Amount designated to pay the Settling State's outside counsel, and may instruct the Settlement Fund Administrator to pay those funds directly to the Settling State's outside counsel, and (2) Additional Remediation Amount funds, including funds designated by a Settling State to pay its outside counsel under this paragraph, shall not be subject to allocation as provided in <u>Section V.C</u> through <u>Section V.E</u>.

## X.  Plaintiffs' Attorneys' Fees and Costs

The Agreement on Attorneys' Fees, Expenses and Costs is set forth in <u>Exhibit R</u> and incorporated herein by reference.  CVS shall pay subdivision attorneys' fees and costs into the Subdivision Attorney's Fee and Subdivision Cost and Expense Fund as set forth in <u>Exhibit R</u> and <u>Exhibit M-3</u>.  The Agreement on the State Outside Counsel Fee Fund and Agreement on the Joint State Cost Fund are set forth in <u>Exhibit S</u> and <u>Exhibit T</u>, respectively, and are incorporated herein by reference.  Attorneys' fees, expenses and costs shall not exceed the maximum annual and total amounts set forth in the relevant columns of <u>Exhibits M-1 and M-3</u> and shall be subject to reduction as set forth in <u>Exhibit R</u>, <u>Exhibit S</u>, and <u>Exhibit T</u>.

## XI.  Release

A.  *Scope.*  As of the Effective Date, the Released Entities are hereby released and forever discharged from all of the Releasors' Released Claims.  Each Settling State (for itself and its Releasors) and Participating Subdivision (for itself and its Releasors) hereby absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim; or to cause, assist in bringing or permit to be brought, filed, or claimed; or to otherwise seek to establish liability for any Released Claim against any Released Entity in any forum whatsoever.  The releases provided for in this Agreement are broad, shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to any Released Claim, and extend to the full extent of the power of each Settling State and its Attorney General to release claims.  This Agreement shall be a complete bar to any Released Claim.

B.  *Claim-Over and Non-Party Settlement*.

1.  It is the intent of the Parties that:

47

a.     Released Entities should not seek contribution or indemnification (other than pursuant to an insurance contract), from other parties for their payment obligations under this Agreement;

b.     the payments made under this Agreement shall be the sole payments made by the Released Entities to the Releasors involving, arising out of, or related to Alleged Harms and/or Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity);

c.     Claims by Releasors against non-Parties shall not result in additional payments by Released Entities, whether through contribution, indemnification or any other means; and

d.     the Agreement meets the requirements of the Uniform Contribution Among Joint Tortfeasors Act and any similar state law or doctrine that reduces or discharges a released party's liability to any other parties.

The provisions of this <u>Section XI.B</u> are to be implemented consistent with these principles. This Agreement and the releases and dismissals provided for herein are made in good faith.

2.     No Released Entity shall seek to recover for amounts paid under this Agreement based on indemnification, contribution, or any other theory from a manufacturer, pharmacy, hospital, pharmacy benefit manager, health insurer, third-party vendor, trade association, distributor, or health care practitioner; *provided* that a Released Entity shall be relieved of this prohibition with respect to any entity that asserts a Claim-Over against it.  For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.

3.     If any Releasor enters into a Non-Party Settlement on or after the Effective Date, including in any bankruptcy case or through any plan of reorganization (whether individually or as a class of creditors), the Releasor will include (or in the case of a Non-Party Settlement made in connection with a bankruptcy case, will cause the debtor to include), unless prohibited from doing so under applicable law, in the Non-Party Settlement a prohibition on contribution or indemnity of any kind substantially equivalent to that required from CVS in <u>Section XI.B.2</u>, or a release from such Non-Released Entity in favor of the Released Entities (in a form equivalent to the releases contained in this Agreement) of any Claim-Over.  The obligation to obtain the prohibition and/or release required by this subsection is a material term of this Agreement.

4.     If  any Releasor obtains a judgment with respect to a Non-Party Covered Conduct Claim against a Non-Released Entity that does not contain the prohibition described in <u>Section XI.B.3</u>, or any Releasor files a Non-Party Covered Conduct Claim against a Non-Released Entity in bankruptcy or a Releasor is prevented for any reason from obtaining a prohibition/release in a Non-Party Settlement as provided in <u>Section XI.B.3</u>, and such Non-Released Entity asserts a Claim-Over against a Released Entity, the Released Entity shall be relieved of the prohibition in <u>Section XI.B.2</u> with respect to that Non-Released Entity and that Releasor and CVS shall take the following actions to ensure that

48

the Released Entities do not pay more with respect to Alleged Harms and/or Covered Conduct to Releasors or to Non-Released Entities than the amounts owed under this Agreement by CVS:

     a.     CVS shall notify that Releasor of the Claim-Over within sixty (60) calendar days of the assertion of the Claim-Over or sixty (60) calendar days of the Effective Date of this Agreement, whichever is later;

     b.     CVS and that Releasor shall meet and confer concerning the means to hold Released Entities harmless and ensure that they are not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by CVS under this Agreement;

     c.     That Releasor and CVS shall take steps sufficient and permissible under the law of the State of the Releasor to hold Released Entities harmless from the Claim-Over and ensure Released Entities are not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by CVS under this Agreement. Such steps may include, where permissible:

     (i)     Filing of motions to dismiss or such other appropriate motion by CVS or Released Entities, and supported by Releasors, in response to any claim filed in litigation or arbitration;

     (ii)     Reduction of that Releasors' Claim and any judgment it has obtained or may obtain against such Non-Released Entity by whatever amount is necessary to extinguish such Claim-Over under applicable law, up to the amount that Releasor has obtained, may obtain, or has authority to control from such Non-Released Entity;

     (iii)     Placement into escrow of funds paid by the Non-Released Entities such that those funds are available to satisfy the Claim-Over;

     (iv)     Return of monies paid by CVS to that Releasor under this Agreement to permit satisfaction of a judgment against or settlement with the Non-Released Entity to satisfy the Claim-Over;

     (v)     Payment of monies to CVS by that Releasor to ensure CVS is held harmless from such Claim-Over, up to the amount that Releasor has obtained, may obtain, or has authority to control from such Non-Released Entity;

     (vi)     Credit to CVS under this Agreement to reduce the overall amounts to be paid under the Agreement such that it is held harmless from the Claim-Over; and

     (vii)     Such other actions as that Releasor and CVS may devise to hold CVS harmless from the Claim-Over.

      d.      The actions of that Releasor and CVS taken pursuant to clause (c) above must, in combination, ensure CVS is not required to pay more with respect to Alleged Harms and/or Covered Conduct than the amounts owed by CVS under this Agreement.

      e.      In the event of any dispute over the sufficiency of the actions taken pursuant to clause (c) above, Releasor and CVS may seek review by the National Arbitration Panel, or, upon consent of the parties to the dispute, by the state court where the relevant Consent Judgment was filed.  The National Arbitration Panel shall have authority to order a remedy, including one or more of the actions specified in clause (c), sufficient to hold Released Entities fully harmless.  In the event that the Panel's actions do not result in Released Entities being held fully harmless, CVS shall have a claim for breach of this Agreement by Releasors, with the remedy being payment of sufficient funds to hold CVS harmless from the Claim-Over.  For the avoidance of doubt, the prior sentence does not limit or eliminate any other remedy that CVS may have.

      5.      To the extent that the Claim-Over is based on a contractual indemnity, the obligations under Section XI.B.4 shall extend solely to a Non-Party Covered Conduct Claim against a pharmacy, distributor, clinic, hospital or other purchaser or dispenser of Products, a manufacturer that sold Products, a consultant, and/or a pharmacy benefit manager or other third-party payor.  CVS shall notify the Settling States, to the extent permitted by applicable law, in the event that any of these types of Non-Released Entity asserts a Claim-Over arising out of contractual indemnity against it.

      C.      *Indemnification and Contribution Prohibited.*  No Released Entity shall seek to recover for amounts paid under this Agreement based on indemnification, contribution, or any other theory, from a manufacturer, pharmacy, hospital, pharmacy benefit manager, health insurer, third-party vendor, trade association, distributor, or health care practitioner; *provided* that a Released Entity shall be relieved of this prohibition with respect to any entity that asserts a Claim-Over against it.  For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.  For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.

      D.      *General Release*.  In connection with the releases provided for in this Agreement, each Settling State (for itself and its Releasors) and Participating Subdivision (for itself and its Releasors) expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any State or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

      **General Release; extent**.  A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and

that if known by him or her, would have materially affected his or
her settlement with the debtor or released party.

A Releasor may hereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Settling State (for itself and its Releasors) and Participating Subdivision (for itself and its Releasors) hereby expressly waives and fully, finally, and forever settles, releases and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date even if Releasors do not know or suspect such claims to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and even if knowledge of the existence of such claims would materially affect the Settling States' decision to enter into this Agreement or the Participating Subdivisions' decision to participate in this Agreement.

E.     *Assigned Interest Waiver*.  To the extent that any Settling State has any direct or indirect interest in any rights of a third-party that is a debtor under the Bankruptcy Code as a result of a claim arising out of Covered Conduct or Alleged Harms by way of assignment or otherwise, including as a result of being the beneficiary of a trust or other distribution entity, to assert claims against CVS (whether derivatively or otherwise), under any legal or equitable theory, including for indemnification, contribution, or subrogation, such Settling State waives the right to assert any such claim, or to receive a distribution or any benefit on account of such claim and such claim, distribution, or benefit shall be deemed assigned to CVS.

F.     *Res Judicata*.  Nothing in this Agreement shall be deemed to reduce the scope of the res judicata or claim preclusive effect that the settlement memorialized in this Agreement, and/or any Consent Judgment or other judgment entered on this Agreement, gives rise to under applicable law.

G.     *Representation and Warranty*.  The signatories hereto on behalf of their respective Settling States expressly represent and warrant that they have (or will obtain no later than the Initial Subdivision Participation Date) the authority to settle and release, to the maximum extent of the State's power, all Released Claims of (1) their respective Settling States, (2) all past and present executive departments, state agencies, divisions, boards, commissions and instrumentalities with the regulatory authority to enforce state and federal controlled substances acts, and (3) any of their respective Settling State's past and present executive departments, agencies, divisions, boards, commissions and instrumentalities that have the authority to bring Claims related to Alleged Harms and/or Covered Conduct seeking money (including abatement and/or remediation) or revocation of a pharmaceutical distribution or dispensing license.  For the purposes of clause (3) above, executive departments, agencies, divisions, boards, commissions, and instrumentalities are those that are under the executive authority or direct control of the State's Governor.  Also for the purposes of clause (3), a release from a State's Governor, to be materially similar to that in Exhibit X, is sufficient to demonstrate that the appropriate releases have been obtained.

H.     *Effectiveness*.  The releases set forth in this Agreement shall not be impacted in any way by any dispute that exists, has existed, or may later exist between or among the Releasors. Nor shall such releases be impacted in any way by any current or future law, regulation, ordinance, or court or agency order limiting, seizing, or controlling the distribution or use of the Settlement

51

Fund or any portion thereof, or by the enactment of future laws, or by any seizure of the Settlement Fund or any portion thereof.

I.      *Cooperation*.  Settling States will meet and confer with CVS and simultaneously make reasonable efforts to resolve any action filed by a Subdivision involving any Covered Conduct, Alleged Harms, or a Product that remains pending against CVS after the Initial Subdivision Participation Date.  Releasors (i) will not encourage any person or entity to bring or maintain any Released Claim against any Released Entity and (ii) will reasonably cooperate with and not oppose any effort by a Released Entity to secure the prompt dismissal of any and all Released Claims.

J.      *Non-Released Claims.*  Notwithstanding the foregoing or anything in the definition of Released Claims, this Agreement does not waive, release or limit any criminal liability, Claims for liability under tax law, Claims under securities law by a State Releasor as investor, Claims against parties who are not Released Entities, Claims by private individuals, and any claims arising under this Agreement for enforcement of this Agreement.  Nothing in this Agreement precludes the Released Entities from asserting, in an action arising from or relating to Claims by private individuals, any defense or argument based on this Agreement that is available under applicable law.

## XII.    Later Litigating Subdivisions; Non-Settling States

A.      *Released Claims against Released Entities.*  If a Later Litigating Subdivision in a Settling State maintains a lawsuit for a Released Claim against a Released Entity after the Initial Subdivision Participation Date, the Released Entity shall take ordinary and reasonable measures to defend the action, including filing a Threshold Motion with respect to the Released Claim.  The Released Entity shall further notify the Settling State and Settlement Fund Administrator immediately upon notice of a Later Litigating Subdivision bringing a lawsuit for a Released Claim and shall not oppose a Settling State's submission in support of the Threshold Motion.  CVS shall give the relevant Settling State a reasonable opportunity to extinguish the Released Claims without any payment or any other obligations being imposed upon any Released Entities (apart from the Global Settlement Amount payable by CVS under the Agreement or the Injunctive Relief Terms incurred by it).  The relevant Settling State and CVS shall confer and use reasonable efforts to promptly resolve the lawsuit so that it is dismissed with prejudice. Nothing in this subsection creates an obligation for a Settling State to make a monetary payment or incur any other obligation to an entity filing a lawsuit.

B.      *Non-Settling States.*  Non-Settling States shall not be eligible for any payments or have any rights in connection with this Agreement.

C.      *Settlement Class Resolution Opt Outs.*  If a Settling State is eligible for Incentive Payment A on the basis of a Settlement Class Resolution, and a Primary Subdivision that opted out of the Settlement Class Resolution maintains a lawsuit asserting a Released Claim against a Released Entity, the following shall apply. The Released Entity shall take ordinary and reasonable measures to defend the action, including filing a Threshold Motion with respect to the Released Claim.  The Settling State shall seek to obtain either dismissal of the lawsuit in cooperation with CVS, or a release of the Primary Subdivision's claims.  If the lawsuit asserting a Released Claim

either survives a Threshold Motion or has an unresolved Threshold Motion fewer than sixty (60) calendar days prior to the scheduled start of a trial involving a Released Claim, and is resolved with finality on terms requiring payment by the Released Entity, CVS shall receive a dollar-for-dollar offset for the amount paid against its obligation to make remaining Incentive Payment A payments that would be apportioned to that Settling State and to its Subdivisions.

D.    *Revoked Bar, Settlement Class Resolution, or Case-Specific Resolution.* If CVS made any Annual Payments that included any incentive payments earned as a result of the existence of a Bar, Settlement Class Resolution, or Case-Specific Resolution in a Settling State, and there is subsequently a Revocation Event with respect to that Bar, Settlement Class Resolution, or Case-Specific Resolution after the determination of the amount of such Annual Payment, that Settling State shall seek to obtain a release of the claims impacted by the Revocation Event, including but not limited to defending the legality of the Bar, obtaining a dismissal of the claims made against the Released Entity, and obtaining releases from impacted Subdivisions. If the Settling State is unable to defend the legality of the bar and/or obtain releases form all impacted Subdivisions, then CVS shall receive a dollar-for-dollar offset against the portion of remaining Annual Payments that would be allocated to that Settling State and its Participating Subdivisions. This offset will be calculated as the dollar amount difference between (1) the total amount of incentive payments paid by CVS by virtue of the Bar, Settlement Class Resolution, or Case-Specific Resolution subject to the Revocation Event and (2) the total amount of incentive payments that would have been due from CVS during that time had the Bar, Settlement Class Resolution, or Case-Specific Resolution subject to the Revocation Event not been in effect. The amount of incentive payments that would have been due, referenced in clause (2) above, will be calculated one hundred eighty (180) calendar days after the Revocation Event; for purposes of calculating the amount of incentive payments that would have been due, any relevant Subdivision shall be included as a Participating Subdivision if: (1) its Released Claims are extinguished by any subsequent Bar, Settlement Class Resolution, or Case-Specific Resolution in effect as of the date of such calculation, or (2) it becomes a Participating Subdivision (in addition to all other Participating Subdivisions) prior to the date of such calculation.

E.    *Certain Taxes.* Amounts paid by CVS under an Opioid Tax in a Settling State in a Payment Year shall give rise to a dollar-for-dollar offset against CVS's obligation to pay its share of the Annual Payment in that Payment Year that would be allocated to the taxing Settling State or its Participating Subdivisions. If such amounts paid exceed CVS's allocable share of the Annual Payment allocable to the taxing Settling State or its Participating Subdivisions in that Payment Year, the excess shall carry forward as an offset against its allocable share of remaining Annual Payments that would be allocated to the taxing Settling State or its Participating Subdivisions. CVS represents that as of December 2, 2022, there is no Opioid Tax currently in effect in any Eligible State that would give rise to this offset provision.

## XIII.   Miscellaneous

A.    *Population of General-Purpose Governments.* The population figures for General-Purpose Governments shall be the published U.S. Census Bureau's population estimates for July

1, 2019, released May 2020.  These population figures shall remain unchanged during the term of this Agreement.[13]

B.     *Population of Special Districts*.  For any purpose in this Agreement in which the population of a Special District is used other than Section IV.H.6.d and Section IV.H.9.d:  (a) School Districts' populations will be measured by the number of students enrolled who are eligible under the Individuals with Disabilities Education Act ("*IDEA*") or Section 504 of the Rehabilitation Act of 1973; (b) Health Districts' and Hospital Districts' populations will be measured at twenty-five percent (25%) of discharges; and (c) all other Special Districts' (including fire districts' and library districts') populations will be measured at ten percent (10%) of the population served.  For the avoidance of doubt, this means that California healthcare districts will be measured at ten percent (10%) of their membership.  CVS and the Enforcement Committee shall meet and confer in order to agree on data sources for purposes of this Section XIII.B prior to the Preliminary Agreement Date.

C.     *Population Associated with Sheriffs*.  For any purpose in this Agreement in which the population associated with a lawsuit by a sheriff is used, the population will be measured at twenty percent (20%) of the capacity of the jail(s) operated by the sheriff.

D.     *No Admission.*  The Parties intend the settlement as described herein to be a final and complete resolution of all disputes between CVS and all Releasors.  CVS is entering into this Agreement solely for the purposes of settlement, to resolve all Actions and Released Claims and thereby avoid significant expense, inconvenience and uncertainty.  CVS denies the allegations in the Actions and denies any civil or criminal liability in the Actions.  Nothing contained herein may be taken as or deemed to be an admission or concession by CVS of: (i) any violation of any law, regulation, or ordinance; (ii) any fault, liability, or wrongdoing; (iii) the strength or weakness of any Claim or defense or allegation made in any Action, or in any other past, present or future proceeding relating to any Covered Conduct, Alleged Harms, or any Product; (iv) the legal viability of the claims and theories in any Action, including but not limited to the legal viability of the relief sought; or (v) any other matter of fact or law.  Nothing in this Agreement shall be construed or used to prohibit any Released Entity from engaging in the conduct of its business relating to any Product in accordance with the Injunctive Relief Terms and applicable laws and regulations.

E.     *Most-Favored-Nation Provision*.

1.     If, after the Effective Date, CVS enters into any settlement agreement with any Non-Settling State that resolves Claims similar in scope to the Claims released by a Settling State under this Agreement on overall payment terms that are more favorable to such Non-Settling State than the overall payment terms of the Agreement (after due consideration of relevant differences in population or other appropriate factors), then the Settling States may elect to seek review, pursuant to Section XIII.E.3, of the overall payment terms of this Agreement and the Non-Settling State agreement so that such

---

[13] The estimates for counties and parishes were accessed at https://www.census.gov/data/datasets/time-series/demo/popest/2010s-countiestotal.html.  The estimates for cities and towns can currently be found at https://www.census.gov/data/datasets/time-series/demo/popest/2010s-total-cities-and-towns.html.

Settling State(s) may obtain, with respect to CVS, overall payment terms at least as favorable as those obtained by such Non-Settling State.  "*Overall payment terms*" refers to consideration of all payment terms of the two agreements, taken together, including, but not limited to the amounts of payments, the timing of payments, and conditions or contingencies on payments.

2.      For any settlement with a Non-Settling State involving Released Claims that is entered into after the Effective Date, CVS shall provide the Enforcement Committee with a copy of the settlement agreement or relevant consent judgment within thirty (30) calendar days of the consummation of such settlement.  The Enforcement Committee will promptly distribute such copy to all Settling States.

3.      In the event that one or more Settling State(s) believes that the overall payment terms of an agreement by CVS with a Non-Settling State are more favorable to the Non-Settling State, based on the totality of the considerations set forth in Section XIII.E.1, the Settling State(s) and CVS shall engage in the following process:

a.      The Settling State(s) shall provide notice, within sixty (60) calendar days of the date on which a settlement agreement or consent judgment is provided to the Enforcement Committee, to CVS of its (their) intent to seek revision of this Agreement to provide payment terms that are, on an overall basis, as favorable as those obtained by the Non-Settling State.  To the extent allowed by law, such notice shall be confidential and not disclosed publicly and shall provide, in detail, the basis for the Settling State's (Settling States') belief that it (they) is (are) entitled to a revision of the Agreement.

b.      CVS shall, within thirty (30) calendar days, provide a response to the Settling State(s), explaining its position, in detail, as to whether the Settling State(s) is (are) entitled to more favorable overall payment terms than those provided for in this Agreement.

c.      In the event the Settling State(s) and CVS do not reach agreement as to the application of Section XIII.E.1, the Settling State(s) may petition the National Arbitration Panel to seek a ruling from the Panel as to the applicability of Section XIII.E.1, provided that the Settling State(s) may seek such review only if at least five (5) Settling States co-sign the petition.  The Panel shall consider submissions and argument by the parties pursuant to the procedures set forth in Section VI.F.3.

d.      The Settling State(s) and CVS shall be bound by the determination of the National Arbitration Panel.

4.      This Section XIII.E does not apply to, and there is no ability of any Settling State to seek or obtain revision of this Agreement based on, any Non-Settling State agreement with CVS that is entered into with: (a) a Non-Settling State after a date ninety (90) calendar days prior to the scheduled start date of a trial between CVS and the Non-Settling State or any severed or bifurcated portion thereof, provided that, where, in order

to complete a settlement, a Non-Settling State and CVS jointly request an adjournment of the scheduled start date of a trial within ninety (90) calendar days of that date, this exception will apply as if the trial date had not been adjourned; (b) a Non-Settling State that previously litigated to judgment a case related to opioids against any manufacturer, distributor, or pharmacy; or (c) a Non-Settling State that has obtained any court order or judicial determination that grants judgment (in whole or in part) against CVS. For avoidance of doubt, the National Arbitration Panel shall have no power to review agreements described in this paragraph.

5.    This Section XIII.E does not apply to, and there is no ability of any Settling State to seek or obtain revision of this Agreement based on, (a) any agreement between CVS and Non-Participating Subdivisions, and (b) any global tribal settlement or any agreement between CVS and any federally-recognized tribe.

6.    This Section XIII.E will not apply to any agreement entered into more than eighteen (18) months after the Effective Date.

F.    *Tax Cooperation and Reporting*.

1.    Upon request by CVS, the Settling States and Participating Subdivisions agree to perform such further acts and to execute and deliver such further documents as may be reasonably necessary for CVS to establish the statements set forth in Section V.F to the satisfaction of their tax advisors, their independent financial auditors, the Internal Revenue Service, or any other governmental authority, including as contemplated by Treasury Regulations Section 1.162-21(b)(3)(ii) and any subsequently proposed or finalized relevant regulations or administrative guidance.

2.    Without limiting the generality of Section XIII.F.1, each Settling State and Participating Subdivision shall cooperate in good faith with CVS with respect to any tax claim, dispute, investigation, audit, examination, contest, litigation, or other proceeding relating to this Agreement.

3.    The Designated State, on behalf of all Settling States and Participating Subdivisions, shall designate one of its officers or employees to act as the "appropriate official" within the meaning of Treasury Regulations Section 1.6050X-1(f)(1)(ii)(B) (the "*Appropriate Official*"). The Designated State shall direct and ensure that the Appropriate Official timely (a) files (i) at the time this Agreement becomes binding on the Parties, an IRS Form 1098-F in the form attached as Exhibit U with respect to CVS and (ii) any legally required returns or amended returns with any applicable governmental authority, or any returns requested by CVS, and (b) provides to CVS a copy of (i) the IRS Form 1098-F filed with respect to CVS and (ii) any legally required written statement pursuant to any applicable law and any other document referred to in clause (a)(ii) above. Any such form, return, or statement shall be prepared and filed in a manner fully consistent with Section V.F.

4.    Any return, amended return, or written statement filed or provided pursuant to Section XIII.F.3, and any similar document, shall be prepared and filed in a manner

56

consistent with reporting the Global Settlement Amount as the "Total amount to be paid" pursuant to this Agreement in Box 1 of IRS Form 1098-F and the Total Remediation Amount as "Restitution/remediation amount" in Box 3 of IRS Form 1098-F, as reflected in the attached Exhibit U.  If the Designated State or Appropriate Official shall be required to file any return, amended return, or written statement contemplated by this Section XIII.F other than an IRS Form 1098-F in the form attached as Exhibit U, the Designated State shall direct and ensure that the Appropriate Official provides to CVS a draft of such return, amended return, or written statement no later than sixty (60) calendar days prior to the due date thereof, and shall accept any reasonable revisions from CVS on the return, amended return, or written statement.

5.      For the avoidance of doubt, neither CVS nor the Settling States and Participating Subdivisions make any warranty or representation to any Settling State, Participating Subdivision, or Releasor as to the tax consequences of the payment of the Total Remediation Amount (or any portion thereof).

G.      *No Third-Party Beneficiaries.*  Except as expressly provided in this Agreement, no portion of this Agreement shall provide any rights to, or be enforceable by, any person or entity that is not a Settling State or Released Entity.  No Settling State may assign or otherwise convey any right to enforce any provision of this Agreement.

H.      *Calculation*.  Any figure or percentage referred to in this Agreement shall be carried to seven decimal places.

I.      *Construction*.  None of the Parties and no Participating Subdivision shall be considered to be the drafter of this Agreement or of any of its provisions for the purpose of any statute, case law, or rule of interpretation or construction that would or might cause any provision to be construed against the drafter of this Agreement.  The headings of the provisions of this Agreement are not binding and are for reference only and do not limit, expand, or otherwise affect the contents or meaning of this Agreement.

J.      *Cooperation*.  Each Party and each Participating Subdivision agrees to use reasonable efforts and to cooperate with the other Parties and Participating Subdivisions to cause this Agreement and Consent Judgments to become effective, to obtain all necessary approvals, consents and authorizations, if any, and to execute all documents and to take such other action as may be appropriate in connection herewith.  Consistent with the foregoing, each Party and each Participating Subdivision agrees that it will not directly or indirectly assist or encourage any challenge to this Agreement or any Consent Judgment by any other person, and will support the integrity and enforcement of the terms of this Agreement and the Consent Judgments.

K.      *Entire Agreement*.  This Agreement, including its exhibits and any other attachments, embodies the entire agreement and understanding between and among the Parties and Participating Subdivisions relating to the subject matter hereof and supersedes (1) all prior agreements and understandings relating to such subject matter, whether written or oral and (2) all purportedly contemporaneous oral agreements and understandings relating to such subject matter.

L.    *Execution*.  This Agreement may be executed in counterparts and by different signatories on separate counterparts, each of which shall be deemed an original, but all of which shall together be one and the same Agreement.  One or more counterparts of this Agreement may be delivered by facsimile or electronic transmission with the intent that it or they shall constitute an original counterpart hereof.  One or more counterparts of this Agreement may be signed by electronic signature.

M.    *Good Faith and Voluntary Entry*.  Each Party warrants and represents that it negotiated the terms of this Agreement in good faith.  Each of the Parties and Participating Subdivisions warrants and represents that it freely and voluntarily entered into this Agreement without any degree of duress or compulsion.  The Parties and Participating Subdivisions state that no promise of any kind or nature whatsoever (other than the written terms of this Agreement) was made to them to induce them to enter into this Agreement.

N.    *Legal Obligations*.  Nothing in this Agreement shall relieve CVS of the obligation to comply with all state and federal laws, regulations or rules, nor does any provision herein permit any acts or practices prohibited by such laws, regulations, or rules.  Except with respect to the Injunctive Relief Terms, in the event of a conflict between this Agreement and any requirement or requirements of federal, state, or local laws, such that CVS cannot comply with this Agreement without violating such a requirement or requirements, CVS shall document such conflicts and notify the Attorney(s) General of the relevant Settling State(s) that it intends to comply with the requirement or requirements to the extent necessary to eliminate the conflict.  With respect to the Injunctive Relief Terms, in the event of such a conflict, the procedures set forth in the Injunctive Relief Terms will be followed.

O.    *No Prevailing Party*.  The Parties and Participating Subdivisions each agree that they are not the prevailing party in this action, for purposes of any claim for fees, costs, or expenses as prevailing parties arising under common law or under the terms of any statute, because the Parties and Participating Subdivisions have reached a good faith settlement.  The Parties and Participating Subdivisions each further waive any right to challenge or contest the validity of this Agreement on any ground, including, without limitation, that any term is unconstitutional or is preempted by, or in conflict with, any current or future law.  Nothing in the previous sentence shall modify, or be construed to conflict with, <u>Section XIII.N</u>.

P.    *Non-Admissibility*.  Neither this Agreement nor any act performed or document executed pursuant to or in furtherance of this Agreement: (i) is or may be deemed to be or may be used as an admission or evidence relating to any matter of fact or law alleged in the Actions, the strength or weakness of any claim or defense or allegation made in those cases, or any wrongdoing, fault, or liability of any Released Entities; or (ii) is or may be deemed to be or may be used as an admission or evidence relating to any liability, fault or omission of Released Entities in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal. Neither this Agreement nor any act performed or document executed pursuant to or in furtherance of this Agreement shall be admissible in any proceeding for any purpose, except to enforce the terms of this Agreement, and except that Released Entities may file or use this Agreement in any action (1) involving a determination regarding insurance coverage; (2) involving a determination of the taxable income or tax liability of any Released Entities; (3) to support a defense or counterclaim

based on principles of res judicata, collateral estoppel, release, good-faith settlement, judgment bar or reduction or on any other theory of claim preclusion or issue preclusion or similar defense or counterclaim; (4) to support a claim for contribution and/or indemnification; or (5) to support any other argument or defense by a Released Entities that the Remediation Payment provides a measure of compensation for Alleged Harms or otherwise satisfy the relief sought.

Q. *Notices.* All notices or other communications under this Agreement shall be in writing (including, but not limited to, electronic communications) and shall be given to the recipients indicated below:

For the Attorney(s) General:

> Josh Stein, Attorney General
> North Carolina Department of Justice
> Attn: Daniel Mosteller, Deputy General Counsel
> PO Box 629
> Raleigh, NC 27602
> Dmosteller@ncdoj.gov

> Dave Yost, Attorney General
> Ohio Attorney's General Office
> Attn: Jonathan Blanton, First Assistant Attorney General
> 30 East Broad Street
> Columbus, OH 43215
> Jonathan.Blanton@OhioAGO.gov

> Letitia James, Attorney General
> New York State Office of the Attorney General
> Attn: Jennifer Levy, First Deputy Attorney General
> 28 Liberty Street
> New York, NY 10005
> Jennifer.Levy@ag.ny.gov

For the Plaintiffs' Executive Committee:

> Paul T. Farrell, Jr.
> Farrell & Fuller, LLP
> 270 Munoz Rivera Ave., Suite 201
> San Juan, Puerto Rico 00918
> paul@farrellfuller.com

> Jayne Conroy
> Simmons Hanly Conroy LLC
> 112 Madison Avenue, 7th Floor
> New York, NY 10016-7416
> JConroy@simmonsfirm.com

       Joseph F. Rice
       Motley Rice LLC
       28 Bridgeside Blvd.
       Mount Pleasant, SC 29464
       jrice@motleyrice.com

For CVS:

       Elizabeth Ferguson
       Senior Vice President and Deputy General Counsel
       CVS Health Corporation
       One CVS Drive
       Woonsocket, RI 02895
       betsy.ferguson@cvshealth.com

Notices to CVS's attorneys shall be delivered to:

       Eric Delinsky
       Zuckerman Spaeder LLP
       1800 M Street, NW, Suite 1000
       Washington, DC 20036-5807
       edelinsky@zuckerman.com

       Perry Rowthorn
       Jepsen Rowthorn LLP
       PO Box 370496
       West Hartford, CT 06137
       perry@jeprow.com

Any Party or the Plaintiffs' Executive Committee may change or add the contact information of the persons designated to receive notice on its behalf by notice given (effective upon the giving of such notice) as provided in this Section XIII.Q.

       R.    *No Waiver.*  The waiver of any rights conferred hereunder shall be effective only if made by written instrument executed by the waiving Party or Parties.  The waiver by any Party of any breach of this Agreement shall not be deemed to be or construed as a waiver of any other breach, whether prior, subsequent, or contemporaneous, nor shall such waiver be deemed to be or construed as a waiver by any other Party.

       S.    *Severability.*  In the event any one or more immaterial provisions of this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision of this Agreement.

       T.    *Preservation of Privilege.*  Nothing contained in this Agreement or any Consent Judgment, and no act required to be performed pursuant to this Agreement or any Consent

Judgment, is intended to constitute, cause, or effect any waiver (in whole or in part) of any attorney-client privilege, work product protection, or common interest/joint defense privilege, and each Party and Participating Subdivision agrees that it shall not make or cause to be made in any forum any assertion to the contrary.

U.      *Successors*.

1.      This Agreement shall be binding upon, and inure to the benefit of, the Parties and their respective successors and assigns.

2.      CVS shall not sell the majority of its voting stock or substantially all its assets without obtaining the acquiror's agreement that it will constitute a successor with respect to CVS's obligations under this Agreement.

3.      CVS shall not in one (1) transaction, or a series of related transactions, sell, or transfer assets (other than sales or transfers of inventories, or sales or transfers to an entity owed directly or indirectly by CVS) having a fair market value equal to twenty-five percent (25%) or more of the consolidated assets of CVS where the sale or transfer transaction is announced after the Effective Date, is not for fair consideration, and would foreseeably and unreasonably jeopardize CVS's ability to make the payments under this Agreement that are due on or before the third Payment Date following the close of a sale or transfer transaction. The above restriction shall not apply if CVS obtains the acquiror's agreement that it will be either a guarantor of or successor to the percentage of CVS's remaining payment obligations under this Agreement equal to the percentage of CVS's consolidated assets being sold or transferred in such transaction.  Percentages under this section shall be determined in accordance with the United States generally accepted accounting principles and as of the date of CVS's most recent publicly filed consolidated balance sheet prior to the date of entry into the sale or transfer agreement at issue.  This Section XIII.U.3 shall be enforceable solely by the Enforcement Committee, and any objection under this Section XIII.U.3 not raised within twenty (20) calendar days from the date that CVS transmits notice of the transaction to the Enforcement Committee is waived. Any dispute under this Section XIII.U.3 shall be a National Dispute as described in Section VI.F.3 and must be raised exclusively with the National Arbitration Panel as described therein within twenty (20) calendar days of the announcement, and the sole remedy shall be an order enjoining the transaction.

V.      *Waiver*. CVS, for good and valuable consideration the receipt of which is acknowledged, hereby (a) waives, foregoes and relinquishes all rights to utilize and/or seek relief under any of the following laws of the State of Texas for the restructuring of its debts or liabilities related to Released Claims, Claims that would have been Released Claims if they had been brought by a Releasor against a Released Entity before the Effective Date, or this Agreement: Tex. Bus. Orgs. Code § 10.003 (Contents of Plan of Merger: More Than One Successor) or any other statute of Subchapter A of Chapter 10 of Tex. Bus. Orgs. Code to the extent such statute relates to multi-successor mergers (and/or any other similar laws or statutes in any other state or territory); Tex. Bus. Orgs. Code §§ 11.01–11.414 (Winding Up and Termination of Domestic Entity); or Tex. Bus. & Com. Code §§ 23.01–23.33 (Assignments for the Benefit of Creditors) (collectively, the "*Texas*

*Statutes*"), and (b) agrees, warrants and represents that it will not file, request or petition for relief under the Texas Statutes related to its debts or liabilities related to Released Claims, Claims that would have been Released Claims if they had been brought by a Releasor against a Released Entity before the Effective Date, or this Agreement, in each case until such time as all of CVS's payment obligations incurred hereunder are satisfied in full. The foregoing waiver and relinquishment includes, without limitation, until such time as all of CVS's payment obligations incurred hereunder are satisfied in full, CVS's rights to execute a divisional merger or equivalent transaction or restructuring related to its debts or liabilities related to Released Claims, Claims that would have been Released Claims if they had been brought by a Releasor against a Released Entity before the Effective Date, or this Agreement that in each case has the intent or foreseeable effect of (i) separating material assets from material liabilities and (ii) assigning or allocating all or a substantial portion of those liabilities to any subsidiary or affiliate that files for relief under chapter 11 of the Bankruptcy Code, or pursuant to which such subsidiary or affiliate that files for relief under chapter 11 of the Bankruptcy Code would be assuming or retaining all or a substantial portion of those liabilities.

  W. *Modification, Amendment, Alteration.* In the event the Plaintiffs' Executive Committee, the Executive Committee of the State Attorneys General, or CVS concludes prior to January 18, 2023 that technical corrections are required to this Agreement, the Plaintiffs' Executive Committee, the Executive Committee of the State Attorneys General, and CVS shall meet and confer and make such amendments as they agree are appropriate. Except as otherwise provided in this Agreement, after the Reference Date, any modification, amendment, or alteration of this Agreement by the Parties shall be binding only if evidenced in writing signed by CVS, along with the signatures of at least two-thirds of the Settling States along with a representation from each such Settling State that either: (1) the Advisory Committee or similar entity established or recognized by that Settling State (either pursuant to Section V.E.2.d, by a State-Subdivision Agreement, or by statute) voted in favor of the modification, amendment or alteration of this Agreement including at least one member appointed by the Participating Subdivisions listed on Exhibit G; or (2) in States without any Advisory Committee, that 50.1% (by population) of the Participating Subdivisions listed on Exhibit G expressed approval of the modification, amendment, or alteration of this Agreement in a writing.

  X. *Termination.*

  1. Unless otherwise agreed to by CVS and the Settling State in question, this Agreement or the Consent Judgment as to that Settling State and all of its terms (except Section XIII.P and any other non-admissibility provisions, which shall continue in full force and effect) shall be canceled and terminated with respect to the Settling State, and the Agreement and all orders issued by the courts in the Settling State pursuant to the Agreement shall become null and void and of no effect, only if one or more of the following conditions applies:

    a. a Consent Judgment approving this Agreement without modification of any of the Agreement's terms has not been entered as to the Settling State by a court of competent jurisdiction on or before one hundred eighty (180) days after the Effective Date; or

      b.     this Agreement has been disapproved by a court of competent jurisdiction to which it was presented for approval and/or entry (or, in the event of an appeal from or review of a decision of such a court to approve this Agreement and the Consent Judgment, by the court hearing such appeal or conducting such review), and the time to appeal from such disapproval has expired, or, in the event of an appeal from such disapproval, the appeal has been dismissed or the disapproval has been affirmed by the court of last resort to which such appeal has been taken and such dismissal or disapproval has become no longer subject to further appeal (including, without limitation, review by the United States Supreme Court).

      2.     If this Agreement is terminated with respect to a Settling State for whatever reason pursuant to Section XIII.X.1, then:

      a.     an applicable statute of limitation or any similar time requirement (excluding any statute of repose) shall be tolled from the date the Settling State signed this Agreement until the later of the time permitted by applicable law or for one year from the date of such termination, with the effect that CVS and the Settling State in question shall be in the same position with respect to the statute of limitation as they were at the time the Settling State filed its action; and

      b.     CVS and the Settling State in question shall jointly move the relevant court of competent jurisdiction for an order reinstating the actions and claims dismissed pursuant to the terms of this Agreement governing dismissal, with the effect that CVS and the Settling State in question shall be in the same position with respect to those actions and claims as they were at the time the action or claim was stayed or dismissed.

      3.     Unless CVS and the Enforcement Committee agree otherwise, this Agreement, with the exception of the Injunctive Relief Terms that have their own provisions on duration, shall terminate as to all Parties after the Payment Date for Payment Year 10, *provided* that CVS has performed its payment obligations under the Agreement as of that date.  Notwithstanding any other provision in this Section XIII.X.3 or in this Agreement, all releases under this Agreement will remain effective in perpetuity.

      Y.     *Governing Law.*  Except (1) as otherwise provided in this Agreement or (2) as necessary, in the sole judgment of the National Arbitration Panel, to promote uniformity of interpretation for matters within the scope of the National Arbitration Panel's authority, this Agreement shall be governed by and interpreted in accordance with the respective laws of each Settling State, without regard to the conflict of law rules of such Settling State, that is seeking to enforce the Agreement against CVS or against which CVS is seeking enforcement. Notwithstanding any other provision in this subsection on governing law, any disputes relating to the Settlement Fund Escrow shall be governed by and interpreted in accordance with the law of the state where the escrow agent has its primary place of business.

## EXHIBIT A

## Alleged Harms

The following expert reports that were served in connection with the case captioned *In re: National Prescription Opiate Litigation*, No. 1:17-md-2804 (N.D. Ohio), provide non-exclusive examples of Alleged Harms:

1. Expert reports of G. Caleb Alexander, M.D., M.S., dated March 24, 2019, April 16, 2021, and August 22, 2022;

2. Expert reports of David Cutler dated March 25, 2019, April 16, 2021, April 21, 2021, May 10, 2021, and August 22, 2022;

3. Expert report of David Herzberg, Ph.D., dated April 16, 2021;

4. Expert reports of Katherine M. Keyes, Ph.D., dated March 25, 2019, April 16, 2021, June 2, 2021, and August 22, 2022;

5. Expert reports of Dr. Anna Lembke, M.D., dated March 25, 2019, April 16, 2021, and August 22, 2022;

6. Expert report of Nancy Young, Ph.D, M.S.W., dated March 25, 2019 and April 16, 2021;

7. Expert report of Harvey Rosen, dated April 16, 2021; and

8. Expert report of Professor Thomas McGuire dated March 25, 2019.

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

# EXHIBIT B

## Enforcement Committee Organization Bylaws

### ARTICLE I

These bylaws constitute the code of rules adopted by the Settling States and Participating Subdivisions for the creation of an Enforcement Committee (the "Committee") to exist and operate during the term of the Agreement in connection with CVS and shall control the regulation and management of the Committee's affairs.

### ARTICLE II
### Purpose

The Committee is organized for the sole purpose of evaluating and taking such action as deemed reasonable, necessary, and appropriate by the members of the Committee on the matters delegated to the Committee under that certain Settlement Agreement between the Settling States and CVS dated December 9, 2022.

### ARTICLE III
### Members of the Committee

**(1)**  **Number of Members**
  The Committee will consist of sixteen (16) members (the "Members").  Upon majority resolution of the Committee, the number of Members may be increased or decreased from time to time, but in no event shall a decrease have the effect of decreasing the total number of Members to less than seven Members.

**(2)**  **Initial Members**
  The Committee initially will consist of ten (10) Settling State Members and six (6) Participating Subdivision Members; three (3) of the Participating Subdivisions shall be counties and three (3) shall be municipalities.  The initial Settling State Members are representatives from: Connecticut, Delaware, Illinois, Indiana, Louisiana, New York, North Carolina, Ohio, Tennessee, and Texas.  The initial Participating Subdivision Members are: City of Boston, Massachusetts; City of Cleveland, Ohio; LaCrosse County, Wisconsin; Louisville-Jefferson County, Kentucky; Mobile County, Alabama; and New York City, New York.  Until fifteen (15) months from the Effective Date contained in the Settlement Agreement, the Participating Subdivisions may designate their outside counsel to serve as their representative.  After fifteen (15) months from the Effective Date, an employee or official of the Participating Subdivision must be the designated as the representative of the Participating Subdivision.

**(3)**  **Term of Members**
  The term of office for Members of the Committee will be until the end of the term of the Settlement Agreement unless and until a Member withdraws or resigns from the Committee.

**(4)**  **Resignation**
Any Member may resign at any time by delivering written notice to the Chairperson of the Committee.  Such resignation shall take effect upon receipt or, if later, at the time specified in the notice.

**(5)**  **Removal**
(a) Any Member may be removed without cause, at any time, by a majority of the entire Committee, at a Regular or Special Meeting called for that purpose.  Any Member under consideration of removal must first be notified about the consideration by written notice at least five days prior to the meeting at which the vote takes place.

(b) In the event that any Member is not a Settling State or a Participating Subdivision or the Member subsequently becomes a Later Litigating Subdivision, the Member shall be removed immediately without notice or vote of the Committee.

**(6)**  **Vacancies**
In the event of a vacancy, the Members of the same type (Settling State or Participating Subdivision) shall select another Settling State or Participating Subdivision to fill that Member's position.

**(7)**  **Compensation**
Members shall not receive any salaries or other compensation for their services, but, by resolution of the Committee, may be reimbursed for any actual expenses incurred in the performance of their duties for the Committee, as long as a majority of disinterested Members approve the reimbursement.  Any reimbursement shall be sought from the Settlement Fund Administrator.

### ARTICLE IV
### Conflicts of Interest and Code of Ethics

If a Member, agent, or employee of the Committee has a conflict of interest, he or she may not participate in a vote, discussion, or decision about the matter.  Each Member shall follow any applicable state or local law with respect to conflicts, gifts, and ethics.

### ARTICLE V
### Committee Meetings

**(1)**  **Place of Meetings**
Meetings of the Committee will be held at any place that the Chairperson may designate, including by telephonic or electronic means.

**(2)**  **Regular Meetings**
Regular meetings of the Committee shall be held as deemed necessary by the Chairperson or any three members.

**(3)**     **Notice of Meetings**

Written notice of the date, time, place and subject of each meeting must be provided to the Members at least 72 hours before the scheduled time of the meeting, except when there is an emergency or urgent public necessity.

**(4)**     **Quorum**

A majority of the incumbent Members (not counting vacancies) shall constitute a quorum for the purposes of convening a meeting or conducting business.

**(5)**     **Voting and Proxy**

When it is necessary to vote on any matter before the Committee, Members may vote by electronic means as provided in these Bylaws. Proxy voting is permitted. In order for a matter to pass, the matter must have a majority vote of Members present and must have at least one vote from a Settling State Member and a Participating Subdivision Member. In the event that there is a Quorum, but no Settling State or Participating Subdivision Member is present, then a matter may pass with a simple majority vote.

**(6)**     **Minutes**

The Committee shall prepare and keep minutes. The minutes must state the subject of each deliberation and indicate each vote, order, decision, or other action taken.

**ARTICLE VI**
**<u>Officers</u>**

**(1)**     **Roster of Officers**

The Committee shall have a Chairperson, a Vice Chairperson, and a Secretary. The Committee may have at its discretion, such other officers as may be appointed by the Members of the Committee. One person may hold two or more offices, except those serving as Chairperson.

**(2)**     **Election and Removal of Officers**

All officers shall serve two-year terms. The election shall be conducted at the first meeting of the fiscal year. Officers shall remain in office until their successors have been selected. Officers may serve consecutive terms without limit. The election of officers shall be by majority vote of the Members of the Committee attending the meeting.

**(3)**     **Vacancies**

If a vacancy occurs during the term of office for any elected officer, the Members of the Committee shall elect a new officer to fill the remainder of the term as soon as practical, by majority vote of Members present.

**(4)**     **Chairperson**

The Chairperson will supervise and control the affairs of the Committee and shall exercise such supervisory powers as may be given him/her by the Members of the Committee. The Chairperson will perform all duties incident to such office and such other duties as may be provided in these bylaws or as may be prescribed from time to time by the Committee. The Chairperson shall preside at all meetings and shall exercise parliamentary control in accordance with Robert's Rules of Order.

**(5)**     **Vice Chairperson**

The Vice Chairperson shall act in place of the Chairperson in the event of the Chairperson's absence, inability, or refusal to act, and shall exercise and discharge such other duties as may be required by the Committee.  The Vice Chairperson shall serve as the parliamentarian and interpret any ambiguities of the bylaws.

**(6)**     **Secretary**

The Secretary will keep and maintain all records related to the Committee and take minutes of all meetings.

**(7)**     **Records**

All elected officers and committee chairpersons shall relinquish their records to the Chairperson immediately upon the completion of their term of office or completion of a project.

**(8)**     **Resignation**

An officer may resign the office while not resigning membership from the Committee, by submitting a letter to the Chairperson.  Vacancies occurring in any office shall be appointed for the remainder of the term.

**ARTICLE VII**
**<u>Duties</u>**

**(1)**     **Prior to the Effective Date**

The Committee shall be responsible for any additional negotiations with CVS, including, but not limited to, negotiating extensions of any periods created by the Settlement Agreement, except that any additional negotiations related to the Injunctive Relief Terms (Exhibit [●]) shall be handled by the States Injunctive Relief Committee in accordance with the terms of Exhibit [●].

**(2)**     **After the Effective Date**

The Committee shall establish procedures for the receipt of notices that a dispute exists concerning the Agreement and review of such disputes, pursuant to Section [●] of the Agreement.  Members may engage with CVS, Settling States, and Participating Subdivisions attempting to resolve any dispute without further action by the Committee.  The Committee may request additional information from CVS, Settling States, and Participating Subdivisions to the extent the Committee believes such information is necessary to understand, resolve, or provide advice related to a dispute.  The Committee shall endeavor to provide advice relative to the dispute no later than 60 days after receipt of notice.

**ARTICLE VIII**
**<u>Rules of Procedure</u>**

The proceedings and business of the Committee shall be governed by Robert's Rules of Order unless otherwise waived by the Committee.

B-4

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

## ARTICLE IX
### Operations

**(1)  Records**

The Committee will keep correct and complete records and will also keep minutes of the proceedings of the Committee meetings and Committees.  The Committee will keep such records at its principal place of business at a place designated by the Chairperson**.**

All elected officers and committee chairpersons shall relinquish their records to the Chairperson, immediately upon the completion of their term of office.

**(2)  Inspection of Books and Records**

The minutes of a meeting are public records and shall be available for public inspection and copying on request to the Committee's Chairperson or the Chairperson's designee.

**(3)  Amendments**

The bylaws may be amended at any time by a vote of a majority of Members present and must have at least one vote from a Settling State Member and a Participating Subdivision Member.  In the event that there is a Quorum, but no Settling State or Participating Subdivision Member is present, then a matter may pass with a simple majority vote.

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023
FURTHER UPDATED 12.15.2023

**EXHIBIT C**

**Litigating Subdivisions**

1. Alabaster City, Alabama
2. Albertville City, Alabama
3. Arab City, Alabama
4. Ashville City, Alabama
5. Athens City, Alabama
6. Atalla City, Alabama
7. Auburn City, Alabama
8. Baldwin County, Alabama
9. Bay Minette City, Alabama
10. Berry Town, Alabama
11. Bessemer City, Alabama
12. Bibb County, Alabama
13. Bibb County Healthcare Authority, Alabama
14. Birmingham City, Alabama
15. Boaz City, Alabama
16. Brewton City, Alabama
17. Bridgeport City, Alabama
18. Bullock County, Alabama
19. Butler Town, Alabama
20. Calera City, Alabama
21. Calhoun County, Alabama
22. Camp Hill Town, Alabama
23. Cedar Bluff Town, Alabama
24. Centre City, Alabama
25. Centreville City, Alabama
26. Cherokee County, Alabama
27. Cherokee Town, Alabama
28. Childersburg City, Alabama
29. Chilton County, Alabama
30. Clanton City, Alabama
31. Coffee County, Alabama
32. Colbert County, Alabama
33. Columbiana City, Alabama
34. Conecuh County, Alabama
35. Cullman City, Alabama
36. Cullman County, Alabama
37. Dadeville City, Alabama
38. Dale County Healthcare Authority, Alabama
39. Dallas County, Alabama
40. Daphne City, Alabama
41. DCH Health Care Authority, Alabama
42. Decatur City, Alabama
43. Demopolis City, Alabama
44. Dora City, Alabama
45. Double Springs Town, Alabama
46. Douglas Town, Alabama
47. East Brewton City, Alabama
48. Elmore County, Alabama
49. Enterprise City, Alabama
50. Escambia County Health Care Authority d/b/a D.W. McMillan Memorial Hospital and Atmore Community Hospital, Alabama
51. Etowah County, Alabama
52. Fairhope City, Alabama
53. Family Oriented Primary Health Care Clinic, Alabama
54. Fayette City, Alabama
55. Fayette County, Alabama
56. Florence City, Alabama
57. Foley City, Alabama
58. Fort Deposit Town, Alabama
59. Franklin County, Alabama
60. Fultondale City, Alabama
61. Gadsden City, Alabama
62. Geraldine Town, Alabama
63. Gilbertown Town, Alabama
64. Grant Town, Alabama
65. Graysville City, Alabama
66. Greene County Hospital Board, Alabama
67. Gulf Shores City, Alabama
68. Guntersville City, Alabama
69. Haleyville City, Alabama
70. Hartselle City, Alabama
71. Healthcare Authority for Baptist Health, Alabama
72. Healthcare Authority for Baptist Health, an affiliate of UAB Health

|   | System d/b/a Baptist Medical Center South (Montgomery), Alabama |
|---|---|
| 73. | Healthcare Authority for Baptist Health, an affiliate of UAB Health System d/b/a Prattville Baptist Hospital, Alabama |
| 74. | Health Care Authority of Clarke County, Alabama |
| 75. | Helena City, Alabama |
| 76. | Henagar City, Alabama |
| 77. | Homewood City, Alabama |
| 78. | Hoover City, Alabama |
| 79. | Hueytown City, Alabama |
| 80. | Huntsville City, Alabama |
| 81. | Irondale City, Alabama |
| 82. | J. Paul Jones Hospital, Alabama |
| 83. | Jackson County, Alabama |
| 84. | Jacksonville City, Alabama |
| 85. | Jasper City, Alabama |
| 86. | Jefferson County, Alabama |
| 87. | Jefferson County Board of Health, Alabama |
| 88. | Lakeland Community Hospital HCA Winston County, Alabama |
| 89. | Lamar County, Alabama |
| 90. | Lauderdale County, Alabama |
| 91. | Lawrence County, Alabama |
| 92. | Leesburg City, Alabama |
| 93. | Leighton Town, Alabama |
| 94. | Lincoln City, Alabama |
| 95. | Loxley Town, Alabama |
| 96. | Madison County, Alabama |
| 97. | Marengo County, Alabama |
| 98. | Marion County, Alabama |
| 99. | Marshall County, Alabama |
| 100. | Medical West Hospital Authority, Alabama |
| 101. | Millbrook City, Alabama |
| 102. | Mobile City, Alabama |
| 103. | Mobile County, Alabama |
| 104. | Mobile County Board of Health, Alabama |
| 105. | Monroe County Health Care Authority D/B/A Monroe County Hospital, Alabama |
| 106. | Moody City, Alabama |
| 107. | Morgan County, Alabama |
| 108. | Moulton City, Alabama |
| 109. | Mountain Brook City, Alabama |
| 110. | Munford Town, Alabama |
| 111. | New Hope City, Alabama |
| 112. | Northport City, Alabama |
| 113. | Oakman Town, Alabama |
| 114. | Opelika City, Alabama |
| 115. | Opp City, Alabama |
| 116. | Orange Beach City, Alabama |
| 117. | Ozark City, Alabama |
| 118. | Pelham City, Alabama |
| 119. | Phenix City, Alabama |
| 120. | Pickens County, Alabama |
| 121. | Piedmont City, Alabama |
| 122. | Pike County, Alabama |
| 123. | Pleasant Grove City, Alabama |
| 124. | Prattville City, Alabama |
| 125. | Prichard City, Alabama |
| 126. | Ragland City, Alabama |
| 127. | Rainbow City, Alabama |
| 128. | Randolph County, Alabama |
| 129. | Red Bay City, Alabama |
| 130. | Roanoke City, Alabama |
| 131. | Russellville City, Alabama |
| 132. | Saraland City, Alabama |
| 133. | Scottsboro City, Alabama |
| 134. | Semmes City, Alabama |
| 135. | Selma City, Alabama |
| 136. | Sheffield City, Alabama |
| 137. | Sheriff of Fayette County, Alabama |
| 138. | Sheriff of Jefferson County, Alabama |
| 139. | Sheriff of Lamar County, Alabama |
| 140. | Slocumb City, Alabama |
| 141. | Spanish Fort City, Alabama |
| 142. | Springville City, Alabama |
| 143. | Sumiton City, Alabama |
| 144. | Summerdale Town, Alabama |
| 145. | Sylacauga City, Alabama |
| 146. | Sylacauga Health Care Authority, Alabama |
| 147. | Talladega City, Alabama |
| 148. | Talladega County, Alabama |
| 149. | Thomasville City, Alabama |

| | | | | |
|---|---|---|---|---|
| 150. | Tombigbee Health Care Authority, Alabama | | 195. | Lakeport City, California |
| 151. | Troy City, Alabama | | 196. | Lassen County, California |
| 152. | Trussville City, Alabama | | 197. | Los Angeles City, California |
| 153. | Tuscaloosa City, Alabama | | 198. | Los Angeles County, California |
| 154. | Tuscaloosa County, Alabama | | 199. | Madera County, California |
| 155. | Tuscumbia City, Alabama | | 200. | Marin County, California |
| 156. | Union Springs City, Alabama | | 201. | Mariposa County, California |
| 157. | Vernon City, Alabama | | 202. | Mendocino County, California |
| 158. | Vestavia Hills City, Alabama | | 203. | Merced County, California |
| 159. | Walker County, Alabama | | 204. | Modoc County, California |
| 160. | West Blocton Town, Alabama | | 205. | Mono County, California |
| 161. | Wetumpkia City, Alabama | | 206. | Monterey County, California |
| 162. | Wilcox County, Alabama | | 207. | Murrieta City, California |
| 163. | Winston County, Alabama | | 208. | Napa County, California |
| 164. | Woodville Town, Alabama | | 209. | Nevada County, California |
| 165. | Cochise County, Arizona | | 210. | Oxnard City, California |
| 166. | Kingman City, Arizona | | 211. | Placentia City, California |
| 167. | Maricopa County, Arizona | | 212. | Placer County, California |
| 168. | Mohave County, Arizona | | 213. | Plumas County, California |
| 169. | Navajo County, Arizona | | 214. | Riverside County, California |
| 170. | Phoenix City, Arizona | | 215. | Sacramento City, California |
| 171. | Yuma County, Arizona | | 216. | Sacramento County, California |
| 172. | Alameda County, California | | 217. | San Bernardino County, California |
| 173. | Amador County, California | | 218. | San Clemente City, California |
| 174. | Anaheim City, California | | 219. | San Diego County, California |
| 175. | Butte County, California | | 220. | San Jose City, California |
| 176. | Calaveras County, California | | 221. | San Leandro Unified School District, California |
| 177. | Chico City, California | | 222. | San Luis Obispo County, California |
| 178. | Chula Vista City, California | | 223. | Santa Ana City, California |
| 179. | Clearlake City, California | | 224. | Santa Barbara County, California |
| 180. | Costa Mesa City, California | | 225. | Santa Clara County, California |
| 181. | Del Norte County, California | | 226. | Santa Cruz County, California |
| 182. | Dublin City, California | | 227. | Shasta County, California |
| 183. | El Dorado County, California | | 228. | Sonoma County, California |
| 184. | Encinitas City, California | | 229. | Susanville Elementary School District, California |
| 185. | Eureka City, California | | 230. | Sutter County, California |
| 186. | Fresno County, California | | 231. | Tehama County, California |
| 187. | Fullerton City, California | | 232. | Trinity County, California |
| 188. | Humboldt County, California | | 233. | Tulare County, California |
| 189. | Huntington Beach City, California | | 234. | Tuolumne County, California |
| 190. | Imperial County, California | | 235. | Ventura County, California |
| 191. | Inyo County, California | | 236. | Ventura County Medi-Cal Managed Care, California |
| 192. | La Habra City, California | | 237. | Westminster City, California |
| 193. | La Mesa City, California | | | |
| 194. | Laguna Beach City, California | | | |

| | |
|---|---|
| 238. | Yolo County, California |
| 239. | Yuba County, California |
| 240. | Adams County, Colorado |
| 241. | Arapahoe County, Colorado |
| 242. | Aurora City, Colorado |
| 243. | Black Hawk City, Colorado |
| 244. | Boulder County, Colorado |
| 245. | Brighton City, Colorado |
| 246. | Broomfield City / Broomfield County, Colorado |
| 247. | Commerce City, Colorado |
| 248. | Denver City / Denver County, Colorado |
| 249. | Federal Heights City, Colorado |
| 250. | Fremont County, Colorado |
| 251. | Greeley City, Colorado |
| 252. | Hudson Town, Colorado |
| 253. | Jefferson County, Colorado |
| 254. | Larimer County, Colorado |
| 255. | Mesa County, Colorado |
| 256. | Northglenn City, Colorado |
| 257. | Pueblo County, Colorado |
| 258. | Sheridan City, Colorado |
| 259. | Teller County, Colorado |
| 260. | Thornton City, Colorado |
| 261. | Westminster City, Colorado |
| 262. | Beacon Falls Town, Connecticut |
| 263. | Berlin Town, Connecticut |
| 264. | Bethlehem Town, Connecticut |
| 265. | Bridgeport City, Connecticut |
| 266. | Bristol City, Connecticut |
| 267. | Coventry Town, Connecticut |
| 268. | East Hartford Town, Connecticut |
| 269. | Enfield Town, Connecticut |
| 270. | Fairfield Town, Connecticut |
| 271. | Middlebury Town, Connecticut |
| 272. | Middletown City, Connecticut |
| 273. | Milford City, Connecticut |
| 274. | Monroe Town, Connecticut |
| 275. | Naugatuck Town, Connecticut |
| 276. | New Milford Town, Connecticut |
| 277. | Newtown Town, Connecticut |
| 278. | North Haven Town, Connecticut |
| 279. | Norwich City, Connecticut |
| 280. | Oxford Town, Connecticut |
| 281. | Prospect Town, Connecticut |

| | |
|---|---|
| 282. | Roxbury Town, Connecticut |
| 283. | Seymour Town, Connecticut |
| 284. | Shelton City, Connecticut |
| 285. | Southbury Town, Connecticut |
| 286. | Southington Town, Connecticut |
| 287. | Stratford Town, Connecticut |
| 288. | Thomaston Town, Connecticut |
| 289. | Tolland Town, Connecticut |
| 290. | Torrington City, Connecticut |
| 291. | Waterbury City, Connecticut |
| 292. | West Haven City, Connecticut |
| 293. | Wethersfield Town, Connecticut |
| 294. | Windham Town, Connecticut |
| 295. | Wolcott Town, Connecticut |
| 296. | Woodbury Town, Connecticut |
| 297. | Dover City, Delaware |
| 298. | Kent County, Delaware |
| 299. | Seaford City, Delaware |
| 300. | Sussex County, Delaware |
| 301. | Albany City, Georgia |
| 302. | Appling County, Georgia |
| 303. | Arlington City, Georgia |
| 304. | Ashburn City, Georgia |
| 305. | Athens City / Clarke County (Unified Government of Athens-Clarke County), Georgia |
| 306. | Atlanta City, Georgia |
| 307. | Augusta City / Richmond County (Augusta-Richmond County), Georgia |
| 308. | Bainbridge City, Georgia |
| 309. | Banks County, Georgia |
| 310. | Bartow County, Georgia |
| 311. | Ben Hill County, Georgia |
| 312. | Bibb County / Macon County (Unified Government of Macon-Bibb County), Georgia |
| 313. | Blakely City, Georgia |
| 314. | Brantley County, Georgia |
| 315. | Bulloch County, Georgia |
| 316. | Burke County, Georgia |
| 317. | Butts County, Georgia |
| 318. | Calhoun City, Georgia |
| 319. | Camden County, Georgia |
| 320. | Candler County, Georgia |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023
FURTHER UPDATED 12.15.2023

| | |
|---|---|
| 321. | Candler County Hospital Authority, Georgia |
| 322. | Carroll County, Georgia |
| 323. | Cartersville City, Georgia |
| 324. | Catoosa County, Georgia |
| 325. | Charlton County, Georgia |
| 326. | Chatsworth City, Georgia |
| 327. | Chattooga County, Georgia |
| 328. | Cherokee County, Georgia |
| 329. | Clay County, Georgia |
| 330. | Clayton County, Georgia |
| 331. | Clinch County, Georgia |
| 332. | Clinch County Hospital Authority, Georgia |
| 333. | Cobb County, Georgia |
| 334. | Colquitt County, Georgia |
| 335. | Columbia County, Georgia |
| 336. | Columbus City / Muscogee County, Georgia |
| 337. | Cook County, Georgia |
| 338. | Crisp County, Georgia |
| 339. | Dade County, Georgia |
| 340. | Damascus City, Georgia |
| 341. | Dawson County, Georgia |
| 342. | Dawsonville City, Georgia |
| 343. | Decatur County, Georgia |
| 344. | Dekalb County, Georgia |
| 345. | Dooly County, Georgia |
| 346. | Dougherty County, Georgia |
| 347. | Early County, Georgia |
| 348. | Effingham County, Georgia |
| 349. | Elbert County, Georgia |
| 350. | Emanuel County, Georgia |
| 351. | Evans County, Georgia |
| 352. | Fayette County, Georgia |
| 353. | Fitzgerald City, Georgia |
| 354. | Floyd County, Georgia |
| 355. | Forsyth County, Georgia |
| 356. | Fulton County, Georgia |
| 357. | Gainesville City, Georgia |
| 358. | Glascock County, Georgia |
| 359. | Glynn County, Georgia |
| 360. | Gordon County, Georgia |
| 361. | Greene County, Georgia |
| 362. | Gwinnett County, Georgia |
| 363. | Habersham County, Georgia |
| 364. | Hall County, Georgia |
| 365. | Hancock County, Georgia |
| 366. | Helen City, Georgia |
| 367. | Henry County, Georgia |
| 368. | Hospital Authority of Bainbridge and Decatur County, Georgia |
| 369. | Houston County, Georgia |
| 370. | Irwin County, Georgia |
| 371. | Jackson City, Georgia |
| 372. | Jackson County, Georgia |
| 373. | Jasper County, Georgia |
| 374. | Jeff Davis County, Georgia |
| 375. | Jefferson County, Georgia |
| 376. | Johnson County, Georgia |
| 377. | Jones County, Georgia |
| 378. | Laurens County, Georgia |
| 379. | Lee County, Georgia |
| 380. | Liberty County, Georgia |
| 381. | Lincoln County, Georgia |
| 382. | Long County, Georgia |
| 383. | Lowndes County, Georgia |
| 384. | Lumpkin County, Georgia |
| 385. | Macon County, Georgia |
| 386. | Madison County, Georgia |
| 387. | Marietta City, Georgia |
| 388. | McDonough City, Georgia |
| 389. | McDuffie County, Georgia |
| 390. | McIntosh County, Georgia |
| 391. | Milledgeville City, Georgia |
| 392. | Monroe County, Georgia |
| 393. | Montgomery County, Georgia |
| 394. | Moultrie City, Georgia |
| 395. | Murray County, Georgia |
| 396. | Newton County, Georgia |
| 397. | Oconee County, Georgia |
| 398. | Oglethorpe County, Georgia |
| 399. | Peach County, Georgia |
| 400. | Pike County, Georgia |
| 401. | Polk County, Georgia |
| 402. | Pulaski County, Georgia |
| 403. | Rabun County, Georgia |
| 404. | Randolph County, Georgia |
| 405. | Ringgold City, Georgia |
| 406. | Rockdale County, Georgia |
| 407. | Rome City, Georgia |
| 408. | Sandy Springs City, Georgia |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023
FURTHER UPDATED 12.15.2023

| | |
|---|---|
| 409. | Savannah City, Georgia |
| 410. | Screven County, Georgia |
| 411. | Seminole County, Georgia |
| 412. | Sheriff of Appling County, Georgia |
| 413. | Sheriff of Baldwin County, Georgia |
| 414. | Sheriff of Bibb County, Georgia |
| 415. | Sheriff of Coffee County, Georgia |
| 416. | Sheriff of Crisp County, Georgia |
| 417. | Sheriff of Glynn County, Georgia |
| 418. | Sheriff of Houston County, Georgia |
| 419. | Sheriff of Jeff Davis County, Georgia |
| 420. | Sheriff of Murray County, Georgia |
| 421. | Sheriff of Oconee County, Georgia |
| 422. | Sheriff of Peach County, Georgia |
| 423. | Sheriff of Tift County, Georgia |
| 424. | Sheriff of Wayne County, Georgia |
| 425. | Snellville City, Georgia |
| 426. | Spalding County, Georgia |
| 427. | Springfield City, Georgia |
| 428. | Stephens County, Georgia |
| 429. | Sumter County, Georgia |
| 430. | Taliaferro County, Georgia |
| 431. | Tattnall County, Georgia |
| 432. | Taylor County Hospital District Health Facilities Corporation d/b/a Taylor Regional Hospital, Georgia |
| 433. | Telfair County, Georgia |
| 434. | Tifton City, Georgia |
| 435. | Toombs County, Georgia |
| 436. | Towns County, Georgia |
| 437. | Troup County, Georgia |
| 438. | Twiggs County, Georgia |
| 439. | Union County, Georgia |
| 440. | Valdosta City, Georgia |
| 441. | Villa Rica City, Georgia |
| 442. | Walton County, Georgia |
| 443. | Warren County, Georgia |
| 444. | Washington County, Georgia |
| 445. | Wayne County, Georgia |
| 446. | Wayne County Hospital Authority, Georgia |
| 447. | Whitfield County, Georgia |
| 448. | Wilkes County, Georgia |
| 449. | Winder City, Georgia |
| 450. | Woodbury City, Georgia |
| 451. | Woodstock City, Georgia |
| 452. | Worth County, Georgia |
| 453. | Kaua'i County, Hawai'i |
| 454. | Ada County, Idaho |
| 455. | Adams County, Idaho |
| 456. | Bannock County, Idaho |
| 457. | Bingham County, Idaho |
| 458. | Blaine County, Idaho |
| 459. | Boise City, Idaho |
| 460. | Boise County, Idaho |
| 461. | Bonneville County, Idaho |
| 462. | Camas County, Idaho |
| 463. | Canyon County, Idaho |
| 464. | Caribou County, Idaho |
| 465. | Cassia County, Idaho |
| 466. | Chubbuck City, Idaho |
| 467. | Elmore County, Idaho |
| 468. | Gooding County, Idaho |
| 469. | Latah County, Idaho |
| 470. | Minidoka County, Idaho |
| 471. | Owyhee County, Idaho |
| 472. | Payette County, Idaho |
| 473. | Pocatello City, Idaho |
| 474. | Preston City, Idaho |
| 475. | Twin Falls City, Idaho |
| 476. | Twin Falls County, Idaho |
| 477. | Bond County, Illinois |
| 478. | Boone County, Illinois |
| 479. | Bureau County, Illinois |
| 480. | Calhoun County, Illinois |
| 481. | Champaign County, Illinois |
| 482. | Chicago City, Illinois |
| 483. | Chicago Public School District 299, Illinois |
| 484. | Christian County, Illinois |
| 485. | Coles County, Illinois |
| 486. | Cook County, Illinois |
| 487. | Dekalb County, Illinois |
| 488. | Dupage County, Illinois |
| 489. | East Aurora Public Schools, District 131, Illinois |
| 490. | Franklin County, Illinois |
| 491. | Harrisburg City, Illinois |
| 492. | Henry County, Illinois |
| 493. | Herrin City, Illinois |
| 494. | Jasper County, Illinois |

495.  Jefferson County, Illinois
496.  Johnson County, Illinois
497.  Joliet Public Schools, District 204, Illinois
498.  Kane County, Illinois
499.  Kankakee County, Illinois
500.  Kendall County, Illinois
501.  Lawrence County, Illinois
502.  Logan County, Illinois
503.  Macon County, Illinois
504.  Macoupin County, Illinois
505.  Marion City, Illinois
506.  Marion County, Illinois
507.  McHenry County, Illinois
508.  Piatt County, Illinois
509.  Princeton City, Illinois
510.  Putnam County, Illinois
511.  Rock Island County, Illinois
512.  Rockford City, Illinois
513.  Saline County, Illinois
514.  Sangamon County, Illinois
515.  Schuyler County, Illinois
516.  Shelby County, Illinois
517.  Stephenson County, Illinois
518.  Thornton High Schools, District 205, Illinois
519.  Thornton Fractional High Schools, District 215, Illinois
520.  Union County, Illinois
521.  Wabash County, Illinois
522.  West Frankfort City, Illinois
523.  White County, Illinois
524.  Will County, Illinois
525.  Winnebago County, Illinois
526.  Alexandria City, Indiana
527.  Allen County, Indiana
528.  Atlanta Town, Indiana
529.  Austin City, Indiana
530.  Beech Grove City, Indiana
531.  Benton County, Indiana
532.  Blackford County, Indiana
533.  Bloomington City, Indiana
534.  Brownstown Town, Indiana
535.  Chandler Town, Indiana
536.  Connersville City, Indiana
537.  Danville Town, Indiana
538.  Delaware County, Indiana
539.  Elwood City, Indiana
540.  Evansville City, Indiana
541.  Fayette County, Indiana
542.  Fishers City, Indiana
543.  Fort Wayne City, Indiana
544.  Franklin City, Indiana
545.  Franklin County, Indiana
546.  Gary City, Indiana
547.  Greenwood City, Indiana
548.  Hammond City, Indiana
549.  Harrison County, Indiana
550.  Hartford City, Indiana
551.  Howard County, Indiana
552.  Huntington City, Indiana
553.  Indianapolis City / Marion County, Indiana
554.  Jackson County, Indiana
555.  Jasper City, Indiana
556.  Jay County, Indiana
557.  Jeffersonville City, Indiana
558.  Jennings County, Indiana
559.  Lafayette City, Indiana
560.  Lake County, Indiana
561.  LaPorte County, Indiana
562.  Lawrence City, Indiana
563.  Lawrence County, Indiana
564.  Logansport City, Indiana
565.  Madison City, Indiana
566.  Madison County, Indiana
567.  Marshall County, Indiana
568.  Martinsville City, Indiana
569.  Monroe County, Indiana
570.  Montpelier City, Indiana
571.  Mooresville Town, Indiana
572.  Morgan County, Indiana
573.  Muncie City, Indiana
574.  New Castle City, Indiana
575.  Noblesville City, Indiana
576.  Pendleton Town, Indiana
577.  Peru City, Indiana
578.  Plainfield Town, Indiana
579.  Porter County, Indiana
580.  Portland City, Indiana
581.  Pulaski County, Indiana
582.  Richmond City, Indiana

| | |
|---|---|
| 583. Ripley County, Indiana | 629. Humboldt County, Iowa |
| 584. Scott County, Indiana | 630. Ida County, Iowa |
| 585. Seymour City, Indiana | 631. Jasper County, Iowa |
| 586. Sheridan Town, Indiana | 632. Johnson County, Iowa |
| 587. South Bend City, Indiana | 633. Jones County, Iowa |
| 588. St. Joseph County, Indiana | 634. Keokuk County, Iowa |
| 589. Starke County, Indiana | 635. Lee County, Iowa |
| 590. Terre Haute City, Indiana | 636. Lyon County, Iowa |
| 591. Tippecanoe County, Indiana | 637. Madison County, Iowa |
| 592. Upland Town, Indiana | 638. Mahaska County, Iowa |
| 593. Vanderburgh County, Indiana | 639. Marion County, Iowa |
| 594. Vigo County, Indiana | 640. Mills County, Iowa |
| 595. West Lafayette City, Indiana | 641. Mitchell County, Iowa |
| 596. Westfield City, Indiana | 642. Monroe County, Iowa |
| 597. Zionsville Town, Indiana | 643. Montgomery County, Iowa |
| 598. Adair County, Iowa | 644. Muscatine County, Iowa |
| 599. Adams County, Iowa | 645. O'Brien County, Iowa |
| 600. Allamakee County, Iowa | 646. Osceola County, Iowa |
| 601. Appanoose County, Iowa | 647. Plymouth County, Iowa |
| 602. Audubon County, Iowa | 648. Pocahontas County, Iowa |
| 603. Benton County, Iowa | 649. Polk County, Iowa |
| 604. Black Hawk County, Iowa | 650. Pottawattamie County, Iowa |
| 605. Bremer County, Iowa | 651. Poweshiek County, Iowa |
| 606. Buchanan County, Iowa | 652. Sac County, Iowa |
| 607. Buena Vista County, Iowa | 653. Scott County, Iowa |
| 608. Calhoun County, Iowa | 654. Shelby County, Iowa |
| 609. Carroll County, Iowa | 655. Sioux County, Iowa |
| 610. Cedar County, Iowa | 656. Tama County, Iowa |
| 611. Cerro Gordo County, Iowa | 657. Taylor County, Iowa |
| 612. Cherokee County, Iowa | 658. Union County, Iowa |
| 613. Chickasaw County, Iowa | 659. Webster County, Iowa |
| 614. Clay County, Iowa | 660. Winnebago County, Iowa |
| 615. Clayton County, Iowa | 661. Winneshiek County, Iowa |
| 616. Clinton County, Iowa | 662. Worth County, Iowa |
| 617. Dallas County, Iowa | 663. Wright County, Iowa |
| 618. Delaware County, Iowa | 664. Allen County, Kansas |
| 619. Des Moines County, Iowa | 665. Barber County, Kansas |
| 620. Emmet County, Iowa | 666. Cowley County, Kansas |
| 621. Fayette County, Iowa | 667. Dickinson County, Kansas |
| 622. Fremont County, Iowa | 668. Elk County, Kansas |
| 623. Hamilton County, Iowa | 669. Elkhardt City, Kansas |
| 624. Hancock County, Iowa | 670. Finney County, Kansas |
| 625. Hardin County, Iowa | 671. Grant County, Kansas |
| 626. Harrison County, Iowa | 672. Greenwood County, Kansas |
| 627. Henry County, Iowa | 673. Johnson County, Kansas |
| 628. Howard County, Iowa | |

674. Kansas City / Wyandotte County (Unified Government of Wyandotte County/Kansas City), Kansas
675. Leavenworth County, Kansas
676. Manter City, Kansas
677. Meade County, Kansas
678. Morton County, Kansas
679. Overland Park City, Kansas
680. Reno County, Kansas
681. Sedgwick County, Kansas
682. Seward County, Kansas
683. Stanton County, Kansas
684. Ulysses City, Kansas
685. Wabaunsee County, Kansas
686. Wichita City, Kansas
687. Adair County, Kentucky
688. Arh Tug Valley Health Services, Inc. f/k/a Highlands Hospital Corporation, Kentucky
689. Baptist Health Madisonville, Inc., Kentucky
690. Bellefont City, Kentucky
691. Benham City, Kentucky
692. Boone County, Kentucky
693. Bourbon County, Kentucky
694. Boyd County, Kentucky
695. Boyle County, Kentucky
696. Breathitt County Public Schools, Kentucky
697. Breckinridge County, Kentucky
698. Buckhorn City, Kentucky
699. Bullitt County Public Schools, Kentucky
700. Clark County, Kentucky
701. Covington City, Kentucky
702. Edmonson County, Kentucky
703. Estill County, Kentucky
704. Estill County Emergency Medical Services, Kentucky
705. Estill County Public Schools, Kentucky
706. Fayette County Public Schools, Kentucky
707. Floyd County, Kentucky
708. Franklin County, Kentucky

709. Grayson County Hospital Foundation, Inc., Kentucky
710. Green County, Kentucky
711. Greenup City, Kentucky
712. Greenup County, Kentucky
713. Hardin County, Kentucky
714. Hardin Memorial Hospital, Kentucky
715. Harlan City, Kentucky
716. Harlan County, Kentucky
717. Harrison County Public Schools, Kentucky
718. Hart County Public Schools, Kentucky
719. Henderson City, Kentucky
720. Henderson County, Kentucky
721. Henry County, Kentucky
722. Hopkins County, Kentucky
723. Hyden City, Kentucky
724. Jefferson County Public Schools, Kentucky
725. Jenkins City, Kentucky
726. Jessamine County, Kentucky
727. Johnson County Public Schools, Kentucky
728. Kenton County, Kentucky
729. Kentucky River District Health Department, Kentucky
730. Knott County, Kentucky
731. Larue County Public Schools, Kentucky
732. Lawrence County, Kentucky
733. Lawrence County Public Schools, Kentucky
734. Lee County, Kentucky
735. Lexington City / Fayette County (Lexington -Fayette Urban County Government), Kentucky
736. London City, Kentucky
737. Louisville City / Jefferson County (Louisville/Jefferson County Metro Government), Kentucky
738. Loyall City, Kentucky
739. Lynch City, Kentucky
740. Madison County, Kentucky
741. Manchester City, Kentucky
742. Marshall County, Kentucky

743. Martin County Public Schools, Kentucky
744. McCracken County, Kentucky
745. Meade County, Kentucky
746. Menifee County Public Schools, Kentucky
747. Montgomery County, Kentucky
748. Morehead City, Kentucky
749. Ohio County, Kentucky
750. Oldham County, Kentucky
751. Owsley County, Kentucky
752. Owsley County Public Schools, Kentucky
753. Paducah City, Kentucky
754. Pendleton County, Kentucky
755. Perry County, Kentucky
756. Pike County, Kentucky
757. Pikeville Medical Center Inc. d/b/a Pikeville Medical Center, Kentucky
758. Pineville City, Kentucky
759. Pippa Passes City, Kentucky
760. Pulaski County, Kentucky
761. Russell City, Kentucky
762. Scott County, Kentucky
763. Shelby County, Kentucky
764. South Shore City, Kentucky
765. St. Claire Medical Center, Inc., Kentucky
766. The Harrison Memorial Hospital, Inc., Kentucky
767. The Medical Center at Franklin, Inc., Kentucky
768. Vanceburg City, Kentucky
769. Warren County, Kentucky
770. Whitesburg City, Kentucky
771. Wolfe County Public Schools, Kentucky
772. Woodford County, Kentucky
773. Worthington City, Kentucky
774. Acadia-St. Landry Hospital Service District d/b/a Acadia-St. Landry Hospital, Louisiana
775. Alexandria City, Louisiana
776. Ascension Parish, Louisiana
777. Ascension Parish School Board, Louisiana
778. Assumption Parish, Louisiana
779. Avoyelles Parish, Louisiana
780. Baldwin Town, Louisiana
781. Bastrop City, Louisiana
782. Baton Rouge City / East Baton Rouge, Louisiana
783. Beauregard Parish, Louisiana
784. Benton Fire District 4, Louisiana
785. Berwick Town, Louisiana
786. Bogalusa City, Louisiana
787. Bossier City, Louisiana
788. Bossier Parish, Louisiana
789. Bossier Parish Emergency Medical Services Ambulance District, Louisiana
790. Caddo Fire District 1, Louisiana
791. Caddo Parish, Louisiana
792. Calcasieu Parish, Louisiana
793. Caldwell Parish, Louisiana
794. Cameron Parish, Louisiana
795. Catahoula Parish, Louisiana
796. Claiborne Parish, Louisiana
797. Concordia Parish, Louisiana
798. Desoto Fire District 8, Louisiana
799. District Attorney of Rapides Parish, Louisiana
800. District Attorney of Winn Parish, Louisiana
801. Donaldsonville City, Louisiana
802. East Carroll Parish, Louisiana
803. Eunice City, Louisiana
804. Evangeline Parish, Louisiana
805. Ferriday Town, Louisiana
806. Franklin City, Louisiana
807. Franklin Parish, Louisiana
808. Gramercy Town, Louisiana
809. Grant Parish, Louisiana
810. Hospital Service District No. 1 of the Parish of Avoyelles, State of Louisiana d/b/a Bunkie General Hospital, Louisiana
811. Hospital Service District No. 1 of the Parish of Lasalle, State of Louisiana d/b/a Hardtner Medical Center, Louisiana
812. Iberia Parish, Louisiana

813. Iberia Parish School Board, Louisiana
814. Jackson Parish, Louisiana
815. Jefferson Davis Parish, Louisiana
816. Jefferson Parish, Louisiana
817. Jefferson Parish Hospital Service District 1, Louisiana
818. Jefferson Parish Hospital Service District 2, Louisiana
819. Kenner City, Louisiana
820. Lafourche Parish, Louisiana
821. LaFourche Parish School Board, Louisiana
822. Lake Charles City, Louisiana
823. Lake Providence Town, Louisiana
824. LaSalle Parish, Louisiana
825. Lutcher Town, Louisiana
826. Madisonville Town, Louisiana
827. Mandeville City, Louisiana
828. Monroe City, Louisiana
829. Morehouse Parish, Louisiana
830. Natchitoches Parish Council, Louisiana
831. New Iberia City, Louisiana
832. North Caddo Hospital Service District d/b/a North Caddo Medical Center, Louisiana
833. Opelousas City, Louisiana
834. Opelousas General Hospital Authority, A Louisiana Public Trust, d/b/a Opelousas General Health System, Louisiana
835. Ouachita Parish, Louisiana
836. Patterson City, Louisiana
837. Pearl River Town, Louisiana
838. Pineville City, Louisiana
839. Rapides Parish, Louisiana
840. Red River Fire District, Louisiana
841. Red River Parish, Louisiana
842. Richland Parish, Louisiana
843. Richwood Town, Louisiana
844. Sabine Parish, Louisiana
845. Saint Martinville City, Louisiana
846. Sheriff of Allen Parish, Louisiana
847. Sheriff of Ascension Parish, Louisiana
848. Sheriff of Assumption Parish, Louisiana
849. Sheriff of Avoyelles Parish, Louisiana
850. Sheriff of Calcasieu Parish, Louisiana
851. Sheriff of Catahoula Parish, Louisiana
852. Sheriff of Concordia Parish, Louisiana
853. Sheriff of East Baton Rouge Parish, Louisiana
854. Sheriff of East Carroll Parish, Louisiana
855. Sheriff of Evangeline Parish, Louisiana
856. Sheriff of Grant Parish, Louisiana
857. Sheriff of Iberia Parish, Louisiana
858. Sheriff of Jefferson Davis Parish, Louisiana
859. Sheriff of Jefferson Parish, Louisiana
860. Sheriff of Lafayette Parish, Louisiana
861. Sheriff of Morehouse Parish, Louisiana
862. Sheriff of New Orleans City / Orleans Parish, Louisian
863. Sheriff of Ouachita Parish, Louisiana
864. Sheriff of Rapides Parish, Louisiana
865. Sheriff of Richland Parish, Louisiana
866. Sheriff of Sabine Parish, Louisiana
867. Sheriff of St. Charles Parish, Louisiana
868. Sheriff of St. Landry Parish, Louisiana
869. Sheriff of St. Mary Parish, Louisiana
870. Sheriff of St. Tammany Parish, Louisiana
871. Sheriff of Tensas Parish, Louisiana
872. Sheriff of Vernon Parish, Louisiana
873. Sheriff of Washington Parish, Louisiana
874. Sheriff of West Carroll Parish, Louisiana
875. Shreveport City, Louisiana
876. Slidell City, Louisiana

877. St. Bernard Parish School Board, Louisiana
878. St. Charles Parish, Louisiana
879. St. James Parish, Louisiana
880. St. James Parish School Board, Louisiana
881. St. John the Baptist Parish, Louisiana
882. St. Landry Parish, Louisiana
883. St. Martin Parish, Louisiana
884. St. Mary Parish, Louisiana
885. St. Mary Parish School Board, Louisiana
886. St. Tammany Fire District 1, Louisiana
887. St. Tammany Fire District 12, Louisiana
888. St. Tammany Fire District 13, Louisiana
889. St. Tammany Fire District 2, Louisiana
890. St. Tammany Fire District 3, Louisiana
891. St. Tammany Fire District 4, Louisiana
892. St. Tammany Fire District 5, Louisiana
893. St. Tammany Parish, Louisiana
894. St. Tammany Parish Coroner, Louisiana
895. Union Parish, Louisiana
896. Vermilion Parish, Louisiana
897. Vernon Parish, Louisiana
898. Washington Parish, Louisiana
899. Webster Parish, Louisiana
900. West Ascension Parish Hospital Service District d/b/a Prevost Memorial Hospital, Louisiana
901. West Baton Rouge Fire District 1, Louisiana
902. West Baton Rouge Parish, Louisiana
903. West Carroll Parish, Louisiana
904. West Monroe City, Louisiana
905. Winn Parish, Louisiana
906. Androscoggin County, Maine
907. Aroostook County, Maine
908. Auburn City, Maine
909. Augusta City, Maine
910. Bangor City, Maine
911. Bangor School Department, Maine
912. Biddeford City, Maine
913. Calais City, Maine
914. Cape Elizabeth School District, Maine
915. Cumberland County, Maine
916. Ellsworth School Department, Maine
917. Kennebec County, Maine
918. Knox County, Maine
919. Lewiston City, Maine
920. Lincoln County, Maine
921. Maine Regional School Unit 10, Maine
922. Maine Regional School Unit 13, Maine
923. Maine Regional School Unit 25, Maine
924. Maine Regional School Unit 26, Maine
925. Maine Regional School Unit 29, Maine
926. Maine Regional School Unit 34, Maine
927. Maine Regional School Unit 40, Maine
928. Maine Regional School Unit 50, Maine
929. Maine Regional School Unit 57, Maine
930. Maine Regional School Unit 60, Maine
931. Maine Regional School Unit 71, Maine
932. Maine Regional School Unit 9, Maine
933. Maine School Administrative District 11, Maine
934. Maine School Administrative District 15, Maine
935. Maine School Administrative District 28/Five Town Central School District, Maine
936. Maine School Administrative District 35, Maine

| | | | | |
|---|---|---|---|---|
| 937. | Maine School Administrative District 44, Maine | | 974. | Dorchester County, Maryland |
| 938. | Maine School Administrative District 53, Maine | | 975. | Forest Heights Town, Maryland |
| 939. | Maine School Administrative District 55, Maine | | 976. | Frederick City, Maryland |
| 940. | Maine School Administrative District 6, Maine | | 977. | Frederick County, Maryland |
| 941. | Maine School Administrative District 61, Maine | | 978. | Frostburg City, Maryland |

937. Maine School Administrative District 44, Maine
938. Maine School Administrative District 53, Maine
939. Maine School Administrative District 55, Maine
940. Maine School Administrative District 6, Maine
941. Maine School Administrative District 61, Maine
942. Maine School Administrative District 72, Maine
943. Penobscot County, Maine
944. Portland City, Maine
945. Portland School District, Maine
946. Rockland City, Maine
947. Saco City, Maine
948. Sagadahoc County, Maine
949. Sanford City, Maine
950. Scarborough School District, Maine
951. Somerset County, Maine
952. South Portland School Department, Maine
953. St. George Municipal School District, Maine
954. Waldo County, Maine
955. Washington County, Maine
956. Waterville City, Maine
957. Waterville School District, Maine
958. York County, Maine
959. Aberdeen City, Maryland
960. Allegany County, Maryland
961. Baltimore City, Maryland
962. Baltimore Public School District, Maryland
963. Bel Air City, Maryland
964. Berlin City, Maryland
965. Bowie City, Maryland
966. Calvert County, Maryland
967. Cambridge City, Maryland
968. Caroline County, Maryland
969. Carroll County, Maryland
970. Charles County, Maryland
971. Charlestown City, Maryland
972. Cottage City Town, Maryland
973. Cumberland City, Maryland

974. Dorchester County, Maryland
975. Forest Heights Town, Maryland
976. Frederick City, Maryland
977. Frederick County, Maryland
978. Frostburg City, Maryland
979. Garrett County, Maryland
980. Grantsville City, Maryland
981. Hagerstown City, Maryland
982. Harford County, Maryland
983. Havre de Grace City, Maryland
984. Howard County, Maryland
985. Laurel City, Maryland
986. Montgomery County, Maryland
987. Mountain Lake Park City, Maryland
988. North Brentwood Town, Maryland
989. North East City, Maryland
990. Oakland City, Maryland
991. Perryville City, Maryland
992. Prince George's County, Maryland
993. Rockville City, Maryland
994. Seat Pleasant City, Maryland
995. Somerset County, Maryland
996. St. Mary's County, Maryland
997. Talbot County, Maryland
998. Upper Marlboro Town, Maryland
999. Vienna City, Maryland
1000. Washington County, Maryland
1001. Westminster City, Maryland
1002. Wicomico County, Maryland
1003. Acushnet Town, Massachusetts
1004. Agawam Town, Massachusetts
1005. Amesbury City, Massachusetts
1006. Aquinnah Town, Massachusetts
1007. Athol Town, Massachusetts
1008. Auburn Town, Massachusetts
1009. Ayer Town, Massachusetts
1010. Barnstable Town, Massachusetts
1011. Belchertown Town, Massachusetts
1012. Beverly City, Massachusetts
1013. Billerica Town, Massachusetts
1014. Braintree Town, Massachusetts
1015. Brewster Town, Massachusetts
1016. Bridgewater Town, Massachusetts
1017. Brockton City, Massachusetts
1018. Brookline Town, Massachusetts
1019. Cambridge City, Massachusetts

| | |
|---|---|
| 1020. Canton Town, Massachusetts | 1065. Malden City, Massachusetts |
| 1021. Carver Town, Massachusetts | 1066. Marblehead Town, Massachusetts |
| 1022. Charlton Town, Massachusetts | 1067. Marshfield Town, Massachusetts |
| 1023. Chelmsford Town, Massachusetts | 1068. Mashpee Town, Massachusetts |
| 1024. Chelsea City, Massachusetts | 1069. Mattapoisett Town, Massachusetts |
| 1025. Chicopee City, Massachusetts | 1070. Medford City, Massachusetts |
| 1026. Clarksburg Town, Massachusetts | 1071. Melrose City, Massachusetts |
| 1027. Clinton Town, Massachusetts | 1072. Methuen City, Massachusetts |
| 1028. Danvers Town, Massachusetts | 1073. Middleborough Town, Massachusetts |
| 1029. Dedham Town, Massachusetts | 1074. Milford Town, Massachusetts |
| 1030. Dennis Town, Massachusetts | 1075. Millbury Town, Massachusetts |
| 1031. Douglas Town, Massachusetts | 1076. Millis Town, Massachusetts |
| 1032. Dudley Town, Massachusetts | 1077. Natick Town, Massachusetts |
| 1033. East Bridgewater Town, Massachusetts | 1078. New Bedford City, Massachusetts |
| 1034. Eastham Town, Massachusetts | 1079. Newburyport City, Massachusetts |
| 1035. Easthampton City, Massachusetts | 1080. North Adams City, Massachusetts |
| 1036. Easton Town, Massachusetts | 1081. North Andover Town, Massachusetts |
| 1037. Everett City, Massachusetts | 1082. North Attleborough Town, Massachusetts |
| 1038. Fairhaven Town, Massachusetts | 1083. North Reading Town, Massachusetts |
| 1039. Fall River City, Massachusetts | 1084. Northampton City, Massachusetts |
| 1040. Falmouth Town, Massachusetts | 1085. Northbridge Town, Massachusetts |
| 1041. Fitchburg City, Massachusetts | 1086. Norton Town, Massachusetts |
| 1042. Framingham City, Massachusetts | 1087. Norwell Town, Massachusetts |
| 1043. Freetown Town, Massachusetts | 1088. Norwood Town, Massachusetts |
| 1044. Georgetown Town, Massachusetts | 1089. Orange Town, Massachusetts |
| 1045. Gloucester City, Massachusetts | 1090. Oxford Town, Massachusetts |
| 1046. Grafton Town, Massachusetts | 1091. Palmer Town, Massachusetts |
| 1047. Greenfield City, Massachusetts | 1092. Peabody City, Massachusetts |
| 1048. Hanson Town, Massachusetts | 1093. Pembroke Town, Massachusetts |
| 1049. Haverhill City, Massachusetts | 1094. Pittsfield City, Massachusetts |
| 1050. Holliston Town, Massachusetts | 1095. Plainville Town, Massachusetts |
| 1051. Holyoke City, Massachusetts | 1096. Plymouth Town, Massachusetts |
| 1052. Hopedale Town, Massachusetts | 1097. Provincetown Town, Massachusetts |
| 1053. Hull Town, Massachusetts | 1098. Quincy City, Massachusetts |
| 1054. Kingston Town, Massachusetts | 1099. Randolph Town, Massachusetts |
| 1055. Lakeville Town, Massachusetts | 1100. Rehoboth Town, Massachusetts |
| 1056. Leicester Town, Massachusetts | 1101. Revere City, Massachusetts |
| 1057. Leominster City, Massachusetts | 1102. Rockland Town, Massachusetts |
| 1058. Leverett Town, Massachusetts | 1103. Salem City, Massachusetts |
| 1059. Longmeadow Town, Massachusetts | 1104. Salisbury Town, Massachusetts |
| 1060. Lowell City, Massachusetts | 1105. Sandwich Town, Massachusetts |
| 1061. Ludlow Town, Massachusetts | 1106. Scituate Town, Massachusetts |
| 1062. Lunenberg Town, Massachusetts | 1107. Seekonk Town, Massachusetts |
| 1063. Lynn City, Massachusetts | 1108. Sheffield Town, Massachusetts |
| 1064. Lynnfield Town, Massachusetts | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023
FURTHER UPDATED 12.15.2023

1109.	Shirley Town, Massachusetts
1110.	Somerset Town, Massachusetts
1111.	Somerville City, Massachusetts
1112.	South Hadley Town, Massachusetts
1113.	Southbridge Town, Massachusetts
1114.	Spencer Town, Massachusetts
1115.	Springfield City, Massachusetts
1116.	Stoneham Town, Massachusetts
1117.	Stoughton Town, Massachusetts
1118.	Sturbridge Town, Massachusetts
1119.	Sudbury Town, Massachusetts
1120.	Sutton Town, Massachusetts
1121.	Swampscott Town, Massachusetts
1122.	Templeton Town, Massachusetts
1123.	Tewksbury Town, Massachusetts
1124.	Truro Town, Massachusetts
1125.	Tyngsborough Town, Massachusetts
1126.	Upton Town, Massachusetts
1127.	Wakefield Town, Massachusetts
1128.	Walpole Town, Massachusetts
1129.	Ware Town, Massachusetts
1130.	Warren Town, Massachusetts
1131.	Watertown Town, Massachusetts
1132.	Wellfleet Town, Massachusetts
1133.	West Boylston Town, Massachusetts
1134.	West Bridgewater Town, Massachusetts
1135.	West Springfield Town, Massachusetts
1136.	Westborough Town, Massachusetts
1137.	Westford Town, Massachusetts
1138.	Weymouth Town, Massachusetts
1139.	Williamsburg Town, Massachusetts
1140.	Wilmington Town, Massachusetts
1141.	Winchendon Town, Massachusetts
1142.	Winthrop Town, Massachusetts
1143.	Woburn City, Massachusetts
1144.	Worcester City, Massachusetts
1145.	Alcona County, Michigan
1146.	Alger County, Michigan
1147.	Alpena County, Michigan
1148.	Antrim County, Michigan
1149.	Arenac County, Michigan
1150.	Baraga County, Michigan
1151.	Benzie County, Michigan
1152.	Berrien County, Michigan
1153.	Branch County, Michigan
1154.	Calhoun County, Michigan
1155.	Canton Charter Township, Michigan
1156.	Cass County, Michigan
1157.	Charlevoix County, Michigan
1158.	Chippewa County, Michigan
1159.	Clinton Charter Township, Michigan
1160.	Clinton County, Michigan
1161.	Crawford County, Michigan
1162.	Delta County, Michigan
1163.	Detroit City, Michigan
1164.	Detroit Wayne Mental Health Authority, Michigan
1165.	Dickinson County, Michigan
1166.	East Lansing City, Michigan
1167.	Eaton County, Michigan
1168.	Escanaba City, Michigan
1169.	Genesee County, Michigan
1170.	Grand Rapids City, Michigan
1171.	Grand Traverse County, Michigan
1172.	Gratiot County, Michigan
1173.	Hillsdale County, Michigan
1174.	Houghton County, Michigan
1175.	Huron Charter Township, Michigan
1176.	Ingham County, Michigan
1177.	Ionia County, Michigan
1178.	Iosco County, Michigan
1179.	Iron County, Michigan
1180.	Iron Mountain City, Michigan
1181.	Isabella County, Michigan
1182.	Jackson City, Michigan
1183.	Kalamazoo County, Michigan
1184.	Kent County, Michigan
1185.	Lake County, Michigan
1186.	Lansing City, Michigan
1187.	Leelanau County, Michigan
1188.	Lenawee County, Michigan
1189.	Livingston County, Michigan
1190.	Livonia City, Michigan
1191.	Luce County, Michigan
1192.	Macomb County, Michigan
1193.	Manistee County, Michigan
1194.	Marquette County, Michigan
1195.	Mason County, Michigan
1196.	Monroe County, Michigan
1197.	Montcalm County, Michigan

1198. Montmorency County, Michigan
1199. Muskegon County, Michigan
1200. Newaygo County, Michigan
1201. Northville Charter Township, Michigan
1202. Oakland County, Michigan
1203. Oceana County, Michigan
1204. Ogemaw County, Michigan
1205. Ontonagon County, Michigan
1206. Osceola County, Michigan
1207. Otsego County, Michigan
1208. Pittsfield Charter Township, Michigan
1209. Pontiac City, Michigan
1210. Presque Isle County, Michigan
1211. Romulus City, Michigan
1212. Roscommon County, Michigan
1213. Saginaw County, Michigan
1214. Sanilac County, Michigan
1215. Sault Ste. Marie City, Michigan
1216. Shiawassee County, Michigan
1217. St. Clair County, Michigan
1218. Traverse City, Michigan
1219. Tuscola County, Michigan
1220. Van Buren Charter Township, Michigan
1221. Washtenaw County, Michigan
1222. Wayne City, Michigan
1223. Wayne County, Michigan
1224. Westland City, Michigan
1225. Wexford County, Michigan
1226. Anoka County, Minnesota
1227. Big Stone County, Minnesota
1228. Coon Rapids City, Minnesota
1229. Duluth City, Minnesota
1230. Minnetonka Public School District No. 276, Minnesota
1231. North St. Paul City, Minnesota
1232. Pine County, Minnesota
1233. Proctor City, Minnesota
1234. Rochester City, Minnesota
1235. Saint Paul City, Minnesota
1236. Yellow Medicine County, Minnesota
1237. Adams County, Mississippi
1238. Alliance Healthcare System, Mississippi

1239. Amite County, Mississippi
1240. Anderson Regional Health System, Mississippi
1241. Arcola Town, Mississippi
1242. Bolivar County, Mississippi
1243. Centreville Town, Mississippi
1244. Clarksdale City, Mississippi
1245. Community Hospital, Sharkeyissaquena, Mississippi
1246. Covington County, Mississippi
1247. Delta Regional Medical Center, Mississippi
1248. DeSoto County, Mississippi
1249. Field Memorial Community Hospital d/b/a Field Health System, Mississippi
1250. Forrest County, Mississippi
1251. Greenwood City, Mississippi
1252. Greenwood LeFlore Hospital, Mississippi
1253. Grenada City, Mississippi
1254. Grenada County, Mississippi
1255. Gulfport City, Mississippi
1256. Harrison County, Mississippi
1257. Hattiesburg City, Mississippi
1258. Hinds County, Mississippi
1259. Holly Springs City, Mississippi
1260. Indianola City, Mississippi
1261. Issaquena County, Mississippi
1262. Jackson City, Mississippi
1263. Jonestown City, Mississippi
1264. Laurel City, Mississippi
1265. Leflore County, Mississippi
1266. Long Beach City, Mississippi
1267. Lumberton City, Mississippi
1268. Madison County, Mississippi
1269. Magnolia Regional Health Center, Mississippi
1270. Memorial Hospital at Gulfport, Mississippi
1271. Meridian City, Mississippi
1272. Mound Bayou City, Mississippi
1273. North Sunflower Medical Center, Mississippi
1274. Pascagoula City, Mississippi
1275. Pearl River County, Mississippi

1276. Pearl River County Hospital, Mississippi
1277. Prentiss County, Mississippi
1278. Quitman County Hospital, LLC, Mississippi
1279. Regional Medical Center, South Central, Mississippi
1280. Scott County, Mississippi
1281. Singing River Health System, Mississippi
1282. South Sunflower County Hospital, Mississippi
1283. Southwest Mississippi Regional Medical Center, Mississippi
1284. Stone County, Mississippi
1285. Summit Town, Mississippi
1286. Tippah County, Mississippi
1287. Tippah County Hospital, Mississippi
1288. Washington County, Mississippi
1289. Audrain County, Missouri
1290. Boone County, Missouri
1291. Buchanan County, Missouri
1292. Butler County, Missouri
1293. Callaway County, Missouri
1294. Camden County, Missouri
1295. Cape Girardeau County, Missouri
1296. Cass County, Missouri
1297. Chariton County, Missouri
1298. Christian County, Missouri
1299. Citizens Memorial Hospital District D/B/A Citizens Memorial Hospital, Missouri
1300. Cole County, Missouri
1301. Crawford County, Missouri
1302. Dent County, Missouri
1303. Douglas County, Missouri
1304. Dunklin County, Missouri
1305. Franklin County, Missouri
1306. Gasconade County, Missouri
1307. Greene County, Missouri
1308. Harrisonville City, Missouri
1309. Howell County, Missouri
1310. Independence City, Missouri
1311. Iron County, Missouri
1312. Jackson County, Missouri
1313. Jasper County, Missouri
1314. Jefferson County, Missouri
1315. Johnson County, Missouri
1316. Joplin City, Missouri
1317. Kansas City, Missouri
1318. Knox County, Missouri
1319. Lewis County, Missouri
1320. Lincoln County, Missouri
1321. Madison County, Missouri
1322. Maries County, Missouri
1323. Miller County, Missouri
1324. Moniteau County, Missouri
1325. Montgomery County, Missouri
1326. Morgan County, Missouri
1327. Osage County, Missouri
1328. Ozark County, Missouri
1329. Pemiscot County, Missouri
1330. Perry County, Missouri
1331. Pettis County, Missouri
1332. Phelps County, Missouri
1333. Pulaski County, Missouri
1334. Randolph County, Missouri
1335. Reynolds County, Missouri
1336. Ripley County, Missouri
1337. Saint Joseph City, Missouri
1338. Ste Genevieve County, Missouri
1339. Schuyler County, Missouri
1340. Sedalia City, Missouri
1341. Shannon County, Missouri
1342. Shelby County, Missouri
1343. Springfield City, Missouri
1344. St. Charles County, Missouri
1345. St. Francois County, Missouri
1346. St. Louis County, Missouri
1347. Stone County, Missouri
1348. Taney County, Missouri
1349. Texas County, Missouri
1350. Warren County, Missouri
1351. Washington County, Missouri
1352. Webster County, Missouri
1353. Wright County, Missouri
1354. Anaconda City / Deer Lodge County, Montana
1355. Cascade County, Montana
1356. Gallatin County, Montana
1357. Great Falls City, Montana
1358. Lake County, Montana

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023
FURTHER UPDATED 12.15.2023

1359. Missoula City, Montana
1360. Missoula County, Montana
1361. Douglas County, Nebraska
1362. Knox County, Nebraska
1363. Lincoln County, Nebraska
1364. Sarpy County, Nebraska
1365. Boulder City, Nevada
1366. Carson City, Nevada
1367. Churchill County, Nevada
1368. Clark County, Nevada
1369. Henderson City, Nevada
1370. Las Vegas City, Nevada
1371. Mesquite City, Nevada
1372. North Las Vegas City, Nevada
1373. Nye County, Nevada
1374. Sparks City, Nevada
1375. Washoe County, Nevada
1376. West Wendover City, Nevada
1377. Belknap County, New Hampshire
1378. Belmont City, New Hampshire
1379. Berlin City, New Hampshire
1380. Carroll County, New Hampshire
1381. Cheshire County, New Hampshire
1382. Claremont City, New Hampshire
1383. Concord City, New Hampshire
1384. Coos County, New Hampshire
1385. Derry Town, New Hampshire
1386. Franklin City, New Hampshire
1387. Grafton County, New Hampshire
1388. Goshen School District, New Hampshire
1389. Hillsborough County, New Hampshire
1390. Keene City, New Hampshire
1391. Kearsarge Regional School District-School Administrative Unit 65, New Hampshire
1392. Laconia City, New Hampshire
1393. Lebanon School District, New Hampshire
1394. Londonderry Town, New Hampshire
1395. Manchester City, New Hampshire
1396. Nashua City, New Hampshire
1397. Pittsfield School District, New Hampshire

1398. Rockingham County, New Hampshire
1399. Strafford County, New Hampshire
1400. Sullivan County, New Hampshire
1401. Tamworth School District, New Hampshire
1402. Atlantic County, New Jersey
1403. Barnegat Township, New Jersey
1404. Bayonne City, New Jersey
1405. Bergen County, New Jersey
1406. Burlington County, New Jersey
1407. Camden County, New Jersey
1408. Clifton City, New Jersey
1409. Clinton Town, New Jersey
1410. Elizabeth City, New Jersey
1411. Essex County, New Jersey
1412. Hudson County, New Jersey
1413. Hunterdon County, New Jersey
1414. Jersey City, New Jersey
1415. Ocean County, New Jersey
1416. Paramus Borough, New Jersey
1417. Passaic County, New Jersey
1418. Paterson City, New Jersey
1419. Ridgefield Borough, New Jersey
1420. Saddle Brook Township, New Jersey
1421. Sussex County, New Jersey
1422. Trenton City, New Jersey
1423. Vineland City, New Jersey
1424. Albany City, New York
1425. Albany County, New York
1426. Allegany County, New York
1427. Amityville Village, New York
1428. Amsterdam City, New York
1429. Auburn City, New York
1430. Babylon Town, New York
1431. Babylon Village, New York
1432. Bellmore Fire District, New York
1433. Bellport Village, New York
1434. Branch Village, New York
1435. Brookhaven Town, New York
1436. Broome County, New York
1437. Buffalo City, New York
1438. Centerport Fire District, New York
1439. Centereach Fire District, New York
1440. Clarkstown Town, New York
1441. Clinton County, Michigan

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023
FURTHER UPDATED 12.15.2023

1442. Columbia County, New York
1443. Cortland County, New York
1444. Dutchess County, New York
1445. East Hampton Village, New York
1446. East Rockaway Village, New York
1447. Erie County, New York
1448. Erie County Medical Center Corp., New York
1449. Farmingdale Village, New York
1450. Floral Park Village, New York
1451. Franklin County, New York
1452. Fulton County, New York
1453. Garden City Village, New York
1454. Genesee County, New York
1455. Geneva City, New York
1456. Great Neck Village, New York
1457. Greene County, New York
1458. Greenport Village, New York
1459. Hamilton County, New York
1460. Hauppauge Fire District, New York
1461. Haverstraw Town, New York
1462. Hempstead Town, New York
1463. Hempstead Village, New York
1464. Herkimer County, New York
1465. Herkimer Village, New York
1466. Hicksville Water District, New York
1467. Huntington Town, New York
1468. Island Park Village, New York
1469. Islandia Village, New York
1470. Islip Terrace Fire District, New York
1471. Islip Town, New York
1472. Ithaca City, New York
1473. Jefferson County, New York
1474. Kingston City, New York
1475. Lackawanna City, New York
1476. Lake Grove Village, New York
1477. Lawrence Village, New York
1478. Levittown Fire District, New York
1479. Lewis County, New York
1480. Lindenhurst Village, New York
1481. Lloyd Harbor Village, New York
1482. Long Beach City, New York
1483. Lynbrook Village, New York
1484. Massapequa Park Village, New York
1485. Melville Fire District, New York
1486. Merrick Library, New York
1487. Mill Neck Village, New York
1488. Miller Place Fire District, New York
1489. Monroe County, New York
1490. Montgomery County, New York
1491. Mount Sinai Fire District, New York
1492. Nassau University Medical Center, New York
1493. Nesconset Fire District, New York
1494. New Hyde Park Village, New York
1495. New York City, New York
1496. Niagara County, New York
1497. Nissequogue Village, New York
1498. North Hempstead Town, New York
1499. North Merrick Fire District, New York
1500. North Patchogue Fire District, New York
1501. Northport Village, New York
1502. Ogdensburg City, New York
1503. Old Westbury Village, New York
1504. Oneida County, New York
1505. Onondaga County, New York
1506. Ontario County, New York
1507. Orange County, New York
1508. Orangetown Town, New York
1509. Oswego County, New York
1510. Oyster Bay Town, New York
1511. Patchogue Village, New York
1512. Plattsburgh City, New York
1513. Plainview – Old Bethpage Public Library, New York
1514. Poquott Village, New York
1515. Port Washington North Village, New York
1516. Port Washington Water District, New York
1517. Poughkeepsie City, New York
1518. Poughkeepsie Town, New York
1519. Ramapo Town, New York
1520. Rensselaer County, New York
1521. Ridge Fire District, New York
1522. Riverhead Town, New York
1523. Rochester City, New York
1524. Rochester Public School District, New York

1525. Rockland County, New York
1526. Rockville Centre Public Library, New York
1527. Rome City, New York
1528. Roslyn Water District, New York
1529. Saltaire Village, New York
1530. Saratoga County, New York
1531. Saratoga Springs City, New York
1532. Schenectady City, New York
1533. Schenectady County, New York
1534. Schoharie County, New York
1535. Schuyler County, New York
1536. Seneca County, New York
1537. Smithtown Fire District, New York
1538. Smithtown Town, New York
1539. South Farmingdale Fire District, New York
1540. Southampton Town, New York
1541. Southold Town, New York
1542. Southwestern Central School District, New York
1543. St. James Fire District, New York
1544. St. Lawrence County, New York
1545. Steuben County, New York
1546. Stewart Manor Village, New York
1547. Stony Brook Fire District, New York
1548. Stony Point Town, New York
1549. Suffern Village, New York
1550. Sullivan County, New York
1551. Syracuse City, New York
1552. Tompkins County, New York
1553. Troy City, New York
1554. Ulster County, New York
1555. Uniondale Fire District, New York
1556. Utica City, New York
1557. Valley Stream Village, New York
1558. Washington County, New York
1559. West Hampton Dunes, New York
1560. West Haverstraw Village, New York
1561. West Hempstead Public Library, New York
1562. Westbury Village, New York
1563. Westchester County, New York
1564. Wyoming County, New York
1565. Yonkers City, New York
1566. Alamance County, North Carolina

1567. Anson County, North Carolina
1568. Ashe County, North Carolina
1569. Beaufort County, North Carolina
1570. Bladen County, North Carolina
1571. Brunswick County, North Carolina
1572. Buncombe County, North Carolina
1573. Burke County, North Carolina
1574. Cabarrus County, North Carolina
1575. Caldwell County, North Carolina
1576. Camden County, North Carolina
1577. Canton City, North Carolina
1578. Carteret County, North Carolina
1579. Catawba County, North Carolina
1580. Chatham County, North Carolina
1581. Cleveland County, North Carolina
1582. Columbus County, North Carolina
1583. Craven County, North Carolina
1584. Cumberland County, North Carolina
1585. Dare County, North Carolina
1586. Davidson County, North Carolina
1587. Davie County, North Carolina
1588. Duplin County, North Carolina
1589. Durham County, North Carolina
1590. Fayetteville City, North Carolina
1591. Forsyth County, North Carolina
1592. Franklin County, North Carolina
1593. Gaston County, North Carolina
1594. Granville County, North Carolina
1595. Greensboro City, North Carolina
1596. Guilford County, North Carolina
1597. Halifax County, North Carolina
1598. Haywood County, North Carolina
1599. Henderson City, North Carolina
1600. Hickory City, North Carolina
1601. Iredell County, North Carolina
1602. Jacksonville City, North Carolina
1603. Lee County, North Carolina
1604. Lincoln County, North Carolina
1605. Madison County, North Carolina
1606. Martin County, North Carolina
1607. McDowell County, North Carolina
1608. Mecklenburg County, North Carolina
1609. Mitchell County, North Carolina
1610. Moore County, North Carolina

1611.  New Hanover County, North Carolina
1612.  Onslow County, North Carolina
1613.  Orange County, North Carolina
1614.  Pamlico County, North Carolina
1615.  Pasquotank County, North Carolina
1616.  Person County, North Carolina
1617.  Pitt County, North Carolina
1618.  Polk County, North Carolina
1619.  Randolph County, North Carolina
1620.  Richmond County, North Carolina
1621.  Robeson County, North Carolina
1622.  Rockingham County, North Carolina
1623.  Rowan County, North Carolina
1624.  Rutherford County, North Carolina
1625.  Sampson County, North Carolina
1626.  Scotland County, North Carolina
1627.  Stokes County, North Carolina
1628.  Surry County, North Carolina
1629.  Vance County, North Carolina
1630.  Watauga County, North Carolina
1631.  Wayne County, North Carolina
1632.  Wilkes County, North Carolina
1633.  Wilmington City, North Carolina
1634.  Winston-Salem City, North Carolina
1635.  Yadkin County, North Carolina
1636.  Yancey County, North Carolina
1637.  Barnes County, North Dakota
1638.  Benson County, North Dakota
1639.  Bismarck City, North Dakota
1640.  Burleigh County, North Dakota
1641.  Devils Lake City, North Dakota
1642.  Dickey County, North Dakota
1643.  Dunn County, North Dakota
1644.  Eddy County, North Dakota
1645.  Foster County, North Dakota
1646.  Grand Forks County, North Dakota
1647.  Lamoure County, North Dakota
1648.  Lisbon City, North Dakota
1649.  McKenzie County, North Dakota
1650.  McLean County, North Dakota
1651.  Mercer County, North Dakota
1652.  Mountrail County, North Dakota
1653.  Pembina County, North Dakota
1654.  Pierce County, North Dakota
1655.  Ramsey County, North Dakota

1656.  Ransom County, North Dakota
1657.  Richland County, North Dakota
1658.  Rolette County, North Dakota
1659.  Sargent County, North Dakota
1660.  Stark County, North Dakota
1661.  Towner County, North Dakota
1662.  Walsh County, North Dakota
1663.  Ward County, North Dakota
1664.  Wells County, North Dakota
1665.  Williams County, North Dakota
1666.  Akron City, Ohio
1667.  Ashland City, Ohio
1668.  Ashland County, Ohio
1669.  Ashtabula County, Ohio
1670.  Athens County, Ohio
1671.  Auglaize County, Ohio
1672.  Aurora City, Ohio
1673.  Barberton City, Ohio
1674.  Belmont County, Ohio
1675.  Boardman Local Schools BOE, Ohio
1676.  Boston Heights Village, Ohio
1677.  Boston Township, Ohio
1678.  Broadview Heights City, Ohio
1679.  Brooklyn Heights Village, Ohio
1680.  Brown County, Ohio
1681.  Butler County, Ohio
1682.  Champaign County, Ohio
1683.  Cincinnati City, Ohio
1684.  Clermont County, Ohio
1685.  Cleveland City, Ohio
1686.  Clinton County, Ohio
1687.  Clinton Village, Ohio
1688.  Copley Township, Ohio
1689.  Coshocton County, Ohio
1690.  Coventry Township, Ohio
1691.  Crawford County, Ohio
1692.  Cuyahoga County, Ohio
1693.  Cuyahoga Falls City, Ohio
1694.  Darke County, Ohio
1695.  Dayton City, Ohio
1696.  Delaware County, Ohio
1697.  East Cleveland City, Ohio
1698.  Elyria City, Ohio
1699.  Erie County, Ohio
1700.  Euclid City, Ohio
1701.  Fairfield City, Ohio

1702. Fairfield County, Ohio
1703. Fairlawn City, Ohio
1704. Fayette County, Ohio
1705. Findlay City, Ohio
1706. Four County Board of Alcohol, Drug Addiction and Mental Health Services, Ohio
1707. Franklin County, Ohio
1708. Fulton County, Ohio
1709. Gallia County, Ohio
1710. Garfield Heights City, Ohio
1711. Geauga County, Ohio
1712. Green City, Ohio
1713. Guernsey County, Ohio
1714. Hamilton City, Ohio
1715. Hamilton County, Ohio
1716. Hocking County, Ohio
1717. Huron City, Ohio
1718. Huron County, Ohio
1719. Ironton City, Ohio
1720. Jackson County, Ohio
1721. Jefferson County, Ohio
1722. Kent City, Ohio
1723. Knox County, Ohio
1724. Lake County, Ohio
1725. Lakemore Village, Ohio
1726. Lakewood City, Ohio
1727. Lawrence County, Ohio
1728. Lebanon City, Ohio
1729. Lexington Village, Ohio
1730. Liberty Local Schools, Ohio
1731. Licking County, Ohio
1732. Logan County, Ohio
1733. Lorain City, Ohio
1734. Lorain County, Ohio
1735. Lucas County, Ohio
1736. Lucas County Children Services Board Of Trustees, Ohio
1737. Lyndhurst City, Ohio
1738. Macedonia City, Ohio
1739. Marietta City, Ohio
1740. Marion County, Ohio
1741. Mayfield Heights City, Ohio
1742. Meigs County, Ohio

1743. Mental Health & Recovery Services Board Of Allen, Auglaize, And Hardin Counties, Ohio
1744. Mental Health & Recovery Services Board Of Lucas County, Ohio
1745. Mercer County, Ohio
1746. Middletown City, Ohio
1747. Mogadore Village, Ohio
1748. Montgomery County, Ohio
1749. Munroe Falls City, Ohio
1750. Muskingum County, Ohio
1751. New Franklin City, Ohio
1752. Newburgh Heights Village, Ohio
1753. Noble County, Ohio
1754. North Olmsted City, Ohio
1755. North Ridgeville City, Ohio
1756. North Royalton City, Ohio
1757. Norton City, Ohio
1758. Olmsted Falls City, Ohio
1759. Painesville Township, Ohio
1760. Parma City, Ohio
1761. Parma Heights City, Ohio
1762. Peninsula Village, Ohio
1763. Perry County, Ohio
1764. Portage County, Ohio
1765. Portsmouth City, Ohio
1766. Ravenna City, Ohio
1767. Richfield Village, Ohio
1768. Richland County Children's Services, Ohio
1769. Ross County, Ohio
1770. Sandusky County, Ohio
1771. Scioto County, Ohio
1772. Seneca County, Ohio
1773. Seven Hills City, Ohio
1774. Shelby County, Ohio
1775. Silver Lake Village, Ohio
1776. Springfield Township, Summit County, Ohio
1777. St. Mary's City, Ohio
1778. Stark County, Ohio
1779. Stow City, Ohio
1780. Strongsville City, Ohio
1781. Summit County, Ohio
1782. Tallmadge City, Ohio
1783. Toledo City, Ohio

1784.  Trumbull County, Ohio
1785.  Tuscarawas County, Ohio
1786.  Valley Fire District, Ohio
1787.  Van Wert City, Ohio
1788.  Van Wert County, Ohio
1789.  Warren City, Ohio
1790.  Warrensville Heights, Ohio
1791.  Washington County, Ohio
1792.  Wayne County, Ohio
1793.  Wickliffe City, Ohio
1794.  Williams County, Ohio
1795.  Ada City, Oklahoma
1796.  Altus City, Oklahoma
1797.  Anadarko City, Oklahoma
1798.  Atoka County, Oklahoma
1799.  Beckham County, Oklahoma
1800.  Bethany City, Oklahoma
1801.  Broken Arrow City, Oklahoma
1802.  Caddo County, Oklahoma
1803.  Choctaw County, Oklahoma
1804.  Cimarron County, Oklahoma
1805.  Cleveland County, Oklahoma
1806.  Coal County, Oklahoma
1807.  Collinsville City, Oklahoma
1808.  Comanche County, Oklahoma
1809.  Craig County, Oklahoma
1810.  Creek County, Oklahoma
1811.  Custer County, Oklahoma
1812.  Delaware County, Oklahoma
1813.  Dewey County, Oklahoma
1814.  Edmond City, Oklahoma
1815.  El Reno City, Oklahoma
1816.  Elk City, Oklahoma
1817.  Enid City, Oklahoma
1818.  Garvin County, Oklahoma
1819.  Grady County, Oklahoma
1820.  Greer County, Oklahoma
1821.  Guthrie City, Oklahoma
1822.  Harmon County, Oklahoma
1823.  Harper County, Oklahoma
1824.  Haskell County, Oklahoma
1825.  Hughes County, Oklahoma
1826.  Jackson County, Oklahoma
1827.  Jefferson County, Oklahoma
1828.  Jenks City, Oklahoma
1829.  Johnston County, Oklahoma

1830.  Kay County, Oklahoma
1831.  Kiowa County, Oklahoma
1832.  Latimer County, Oklahoma
1833.  Lawton City, Oklahoma
1834.  LeFlore County, Oklahoma
1835.  Lincoln County, Oklahoma
1836.  Logan County, Oklahoma
1837.  Love County, Oklahoma
1838.  Major County, Oklahoma
1839.  Mayes County, Oklahoma
1840.  McClain County, Oklahoma
1841.  McCurtain County, Oklahoma
1842.  Midwest City, Oklahoma
1843.  Muskogee City, Oklahoma
1844.  Muskogee County, Oklahoma
1845.  Mustang City, Oklahoma
1846.  Noble County, Oklahoma
1847.  Nowata County, Oklahoma
1848.  Okfuskee County, Oklahoma
1849.  Oklahoma City, Oklahoma
1850.  Oklahoma County, Oklahoma
1851.  Okmulgee County, Oklahoma
1852.  Osage County, Oklahoma
1853.  Ottawa County, Oklahoma
1854.  Owasso City, Oklahoma
1855.  Pawnee County, Oklahoma
1856.  Payne County, Oklahoma
1857.  Pittsburg County, Oklahoma
1858.  Ponca City, Oklahoma
1859.  Pottawatomie County, Oklahoma
1860.  Roger Mills County, Oklahoma
1861.  Rogers County, Oklahoma
1862.  Seminole City, Oklahoma
1863.  Seminole County, Oklahoma
1864.  Shawnee City, Oklahoma
1865.  Stephens County, Oklahoma
1866.  Stillwater City, Oklahoma
1867.  Texas County, Oklahoma
1868.  Tillman County, Oklahoma
1869.  Tulsa City, Oklahoma
1870.  Tulsa County, Oklahoma
1871.  Washington County, Oklahoma
1872.  Woods County, Oklahoma
1873.  Woodward County, Oklahoma
1874.  Yukon City, Oklahoma
1875.  Coos County, Oregon

1876. Multnomah County, Oregon
1877. Portland City, Oregon
1878. Adams County, Pennsylvania
1879. Allegheny County, Pennsylvania
1880. Armstrong County, Pennsylvania
1881. Beaver County, Pennsylvania
1882. Bedford County, Pennsylvania
1883. Bensalem Township, Pennsylvania
1884. Bradford County, Pennsylvania
1885. Bristol Township, Pennsylvania
1886. Bucks County, Pennsylvania
1887. Cambria County, Pennsylvania
1888. Carbon County, Pennsylvania
1889. Clarion County, Pennsylvania
1890. Clinton County, Pennsylvania
1891. Coatesville City, Pennsylvania
1892. Columbia County, Pennsylvania
1893. Dauphin County, Pennsylvania
1894. Delaware County, Pennsylvania
1895. District Attorney of Allegheny County, Pennsylvania
1896. District Attorney of Beaver County, Pennsylvania
1897. District Attorney of Berks County, Pennsylvania
1898. District Attorney of Bucks County, Pennsylvania
1899. District Attorney of Butler County, Pennsylvania
1900. District Attorney of Chester County, Pennsylvania
1901. District Attorney of Clearfield County, Pennsylvania
1902. District Attorney of Dauphin County, Pennsylvania
1903. District Attorney of Delaware County, Pennsylvania
1904. District Attorney of Erie County, Pennsylvania
1905. District Attorney of Lawrence County, Pennsylvania
1906. District Attorney of Lehigh County, Pennsylvania
1907. District Attorney of Northampton County, Pennsylvania
1908. District Attorney of Philadelphia, Pennsylvania
1909. District Attorney of Westmoreland County, Pennsylvania
1910. District Attorney of Wyoming County, Pennsylvania
1911. Edwardsville Borough, Pennsylvania
1912. Erie County, Pennsylvania
1913. Exeter Borough, Pennsylvania
1914. Fairview Township, Luzerne County, Pennsylvania
1915. Fayette County, Pennsylvania
1916. Forty Fort Borough, Pennsylvania
1917. Franklin County, Pennsylvania
1918. Greene County, Pennsylvania
1919. Hanover Township, Luzerne County, Pennsylvania
1920. Hazleton City, Pennsylvania
1921. Huntingdon County, Pennsylvania
1922. Indiana County, Pennsylvania
1923. Kingston Borough, Pennsylvania
1924. Lackawanna County, Pennsylvania
1925. Lawrence County, Pennsylvania
1926. Lehigh County, Pennsylvania
1927. Lock Haven City, Pennsylvania
1928. Lower Makefield Township, Pennsylvania
1929. Luzerne County, Pennsylvania
1930. Lycoming County, Pennsylvania
1931. Mercer County, Pennsylvania
1932. Middletown Township, Bucks County, Pennsylvania
1933. Monroe County, Pennsylvania
1934. Morrisville Borough, Pennsylvania
1935. Nanticoke City, Pennsylvania
1936. Newtown Township, Bucks County, Pennsylvania
1937. Norristown Municipality, Pennsylvania
1938. Northampton County, Pennsylvania
1939. Northumberland County, Pennsylvania
1940. Philadelphia City / Philadelphia County, Pennsylvania
1941. Pike County, Pennsylvania
1942. Pittsburgh City, Pennsylvania

1943. Plains Township, Pennsylvania
1944. Schuylkill County, Pennsylvania
1945. Sugar Notch Borough, Pennsylvania
1946. Tioga County, Pennsylvania
1947. Warminster Township, Pennsylvania
1948. Warrington Township, Pennsylvania
1949. Washington County, Pennsylvania
1950. West Norriton Township, Pennsylvania
1951. West Pittston, Pennsylvania
1952. Westmoreland County, Pennsylvania
1953. Wilkes-Barre City, Pennsylvania
1954. Wilkes-Barre Township, Pennsylvania
1955. Wright Township, Pennsylvania
1956. Wyoming Borough, Pennsylvania
1957. Wyoming County, Pennsylvania
1958. Aibonito Municipality, Puerto Rico
1959. Aguada Municipality, Puerto Rico
1960. Aguadilla Municipality, Puerto Rico
1961. Anasco Municipality, Puerto Rico
1962. Arecibo Municipality, Puerto Rico
1963. Barranquitas Municipality, Puerto Rico
1964. Cabo Rojo Municipality, Puerto Rico
1965. Camuy Municipality, Puerto Rico
1966. Canovanas Municipality, Puerto Rico
1967. Cayey Municipality, Puerto Rico
1968. Comerio Municipality, Puerto Rico
1969. Dorado Municipality, Puerto Rico
1970. Fajardo Municipality, Puerto Rico
1971. Guanica Municipality, Puerto Rico
1972. Guayanilla Municipality, Puerto Rico
1973. Hatillo Municipality, Puerto Rico
1974. Hormigueros Municipality, Puerto Rico
1975. Isabela Municipality, Puerto Rico
1976. Jayuya Municipality, Puerto Rico
1977. Juana Diaz Municipality, Puerto Rico
1978. Juncos Municipality, Puerto Rico
1979. Lares Municipality, Puerto Rico
1980. Las Marias Municipality, Puerto Rico
1981. Loiza Municipality, Puerto Rico
1982. Manati Municipality, Puerto Rico
1983. Maricao Municipality, Puerto Rico
1984. Moca Municipality, Puerto Rico
1985. Morovis Municipality, Puerto Rico
1986. Orocovis Municipality, Puerto Rico
1987. Penuelas Municipality, Puerto Rico
1988. Ponce Municipality, Puerto Rico
1989. Quebradillas Municipality, Puerto Rico
1990. Rincon Municipality, Puerto Rico
1991. Rio Grande Municipality, Puerto Rico
1992. Sabana Grande Municipality, Puerto Rico
1993. Salinas Municipality, Puerto Rico
1994. San German Municipality, Puerto Rico
1995. San Juan Municipality, Puerto Rico
1996. San Lorenzo Municipality, Puerto Rico
1997. Santa Isabel Municipality, Puerto Rico
1998. Toa Alta Municipality, Puerto Rico
1999. Trujillo Alto Municipality, Puerto Rico
2000. Vega Alta Municipality, Puerto Rico
2001. Vega Baja Municipality, Puerto Rico
2002. Yabucoa Municipality, Puerto Rico
2003. Barrington Town, Rhode Island
2004. Bristol Town, Rhode Island
2005. Burrillville Town, Rhode Island
2006. Central Falls City, Rhode Island
2007. Charlestown Town, Rhode Island
2008. Coventry Town, Rhode Island
2009. Cranston City, Rhode Island
2010. Cumberland Town, Rhode Island
2011. East Greenwich Town, Rhode Island
2012. East Providence City, Rhode Island
2013. Foster Town, Rhode Island
2014. Glocester Town, Rhode Island
2015. Hopkinton Town, Rhode Island
2016. Jamestown Town, Rhode Island
2017. Johnston Town, Rhode Island
2018. Middletown Town, Rhode Island
2019. Narragansett Town, Rhode Island

2020. Newport City, Rhode Island
2021. North Kingstown Town, Rhode Island
2022. North Providence Town, Rhode Island
2023. Pawtucket City, Rhode Island
2024. Portsmouth Town, Rhode Island
2025. Richmond Town, Rhode Island
2026. Scituate Town, Rhode Island
2027. Smithfield Town, Rhode Island
2028. South Kingstown Town, Rhode Island
2029. Warren Town, Rhode Island
2030. Warwick City, Rhode Island
2031. West Greenwich Town, Rhode Island
2032. West Warwick Town, Rhode Island
2033. Westerly Town, Rhode Island
2034. Woonsocket City, Rhode Island
2035. Abbeville County, South Carolina
2036. Aiken County, South Carolina
2037. Allendale County, South Carolina
2038. Anderson County, South Carolina
2039. Bamberg County, South Carolina
2040. Barnwell County, South Carolina
2041. Beaufort County, South Carolina
2042. Berkeley County, South Carolina
2043. Calhoun County, South Carolina
2044. Charleston City, South Carolina
2045. Charleston County, South Carolina
2046. Cherokee County, South Carolina
2047. Chester City, South Carolina
2048. Chester County, South Carolina
2049. Chesterfield County, South Carolina
2050. Clarendon County, South Carolina
2051. Colleton County, South Carolina
2052. Dillon County, South Carolina
2053. Dorchester County, South Carolina
2054. Edgefield County, South Carolina
2055. Fairfield County, South Carolina
2056. Florence County, South Carolina
2057. Georgetown City, South Carolina
2058. Georgetown County, South Carolina
2059. Greenville County, South Carolina
2060. Greenwood County, South Carolina
2061. Hampton County, South Carolina
2062. Horry County, South Carolina
2063. Jasper County, South Carolina
2064. Kershaw County, South Carolina
2065. Kershaw County Hospital Board, South Carolina
2066. Lancaster County, South Carolina
2067. Laurens County, South Carolina
2068. Lee County, South Carolina
2069. Lexington County, South Carolina
2070. Marion County, South Carolina
2071. Marlboro County, South Carolina
2072. McCormick County, South Carolina
2073. Mt. Pleasant Town, South Carolina
2074. Myrtle Beach City, South Carolina
2075. Newberry County, South Carolina
2076. North Charleston City, South Carolina
2077. Oconee County, South Carolina
2078. Orangeburg City, South Carolina
2079. Orangeburg County, South Carolina
2080. Pickens County, South Carolina
2081. Richland County, South Carolina
2082. Saluda County, South Carolina
2083. Spartanburg County, South Carolina
2084. Summerville Town, South Carolina
2085. Sumter County, South Carolina
2086. Union County, South Carolina
2087. Williamsburg County, South Carolina
2088. York County, South Carolina
2089. Alexandria Town, Tennessee
2090. Algood City, Tennessee
2091. Anderson County, Tennessee
2092. Arlington Town, Tennessee
2093. Baxter Town, Tennessee
2094. Bedford County, Tennessee
2095. Bledsoe County, Tennessee
2096. Blount County, Tennessee
2097. Bradley County, Tennessee
2098. Campbell County, Tennessee
2099. Celina City, Tennessee
2100. Centertown Town, Tennessee
2101. Claiborne County, Tennessee
2102. Clay County, Tennessee
2103. Clifton City, Tennessee
2104. Cocke County, Tennessee

2105. Columbia City, Tennessee
2106. Cookeville City, Tennessee
2107. Cornersville Town, Tennessee
2108. Crossville City, Tennessee
2109. Cumberland County, Tennessee
2110. De Kalb County, Tennessee
2111. Eagleville City, Tennessee
2112. Fayetville City, Tennessee
2113. Franklin County, Tennessee
2114. Gatlinburg City, Tennessee
2115. Giles County, Tennessee
2116. Grainger County, Tennessee
2117. Greene County, Tennessee
2118. Grundy County, Tennessee
2119. Hamblen County Board of Education, Tennessee
2120. Hamilton County, Tennessee
2121. Hancock County Board of Education, Tennessee
2122. Hawkins County, Tennessee
2123. Jefferson County, Tennessee
2124. Knox County, Tennessee
2125. Knoxville City, Tennessee
2126. La Vergene City, Tennessee
2127. Lewisburg City, Tennessee
2128. Loudon County, Tennessee
2129. Lynchburg City / Moore County (Lynchburg-Moore County Metropolitan Government), Tennessee
2130. Madison County, Tennessee
2131. Marion County, Tennessee
2132. Marshall County, Tennessee
2133. McMinn County, Tennessee
2134. Meigs County, Tennessee
2135. Memphis City, Tennessee
2136. Millington City, Tennessee
2137. Monroe County, Tennessee
2138. Mount Pleasant City, Tennessee
2139. Murfreesboro City, Tennessee
2140. Pickett County, Tennessee
2141. Polk County, Tennessee
2142. Putnam County, Tennessee
2143. Rhea County, Tennessee
2144. Roane County, Tennessee
2145. Rutherford County, Tennessee
2146. Rutledge Town, Tennessee
2147. Sequatchie County, Tennessee
2148. Sevier County, Tennessee
2149. Shelby County, Tennessee
2150. Shelbyville City, Tennessee
2151. Smithville City, Tennessee
2152. Sparta City, Tennessee
2153. Spencer Town, Tennessee
2154. Spring Hill City, Tennessee
2155. Union County, Tennessee
2156. Van Buren County, Tennessee
2157. Warren County, Tennessee
2158. Wartrace Town, Tennessee
2159. Washington County, Tennessee
2160. Wayne County, Tennessee
2161. White County, Tennessee
2162. Williamson County, Tennessee
2163. Angelina County, Texas
2164. Bailey County, Texas
2165. Bexar County, Texas
2166. Bowie County, Texas
2167. Brazos County, Texas
2168. Camp County, Texas
2169. Cherokee County, Texas
2170. Clay County, Texas
2171. Coryell County, Texas
2172. Dallas County, Texas
2173. Dallas County Hospital District d/b/a Parkland Health Hospital System, Texas
2174. Duval County, Texas
2175. Eagle Pass City, Texas
2176. El Campo Memorial Hospital, Texas
2177. Ellis County, Texas
2178. Freestone County, Texas
2179. Guadalupe Valley Hospital a/k/a Guadalupe Regional Medical Center, Texas
2180. Harris County Hospital District d/b/a Harris Health System, Texas
2181. Henderson County, Texas
2182. Jim Hogg County, Texas
2183. Jim Wells County, Texas
2184. Johnson County, Texas
2185. Kaufman County, Texas
2186. Kleberg County, Texas

2187.  Lamar County, Texas
2188.  Laredo City, Texas
2189.  Maverick County, Texas
2190.  McLennan County, Texas
2191.  Montgomery County, Texas
2192.  Ochiltree County Hospital District, Texas
2193.  Palo Pinto County Hospital District a/k/a Palo Pinto General Hospital, Texas
2194.  Polk County, Texas
2195.  Rockwall County, Texas
2196.  Rusk County, Texas
2197.  San Antonio City, Texas
2198.  Smith County, Texas
2199.  Stephens County, Texas
2200.  Tarrant County, Texas
2201.  Tarrant County Hospital District d/b/a JPS Health, Texas
2202.  Titus County, Texas
2203.  Walker County, Texas
2204.  Webb County, Texas
2205.  West Wharton County Hospital District, Texas
2206.  Wichita County, Texas
2207.  Williamson County, Texas
2208.  Zavala County, Texas
2209.  Beaver County, Utah
2210.  Cache County, Utah
2211.  Daggett County, Utah
2212.  Davis County, Utah
2213.  Duchesne County, Utah
2214.  Emery County, Utah
2215.  Garfield County, Utah
2216.  Iron County, Utah
2217.  Juab County, Utah
2218.  Kane County, Utah
2219.  Millard County, Utah
2220.  Piute County, Utah
2221.  Rich County, Utah
2222.  Salt Lake County, Utah
2223.  San Juan County, Utah
2224.  Sanpete County, Utah
2225.  Sevier County, Utah
2226.  Summit County, Utah
2227.  Tooele County, Utah

2228.  Tri-County Health Department, Utah
2229.  Uintah County, Utah
2230.  Utah County, Utah
2231.  Wasatch County, Utah
2232.  Washington County, Utah
2233.  Wayne County, Utah
2234.  Weber County, Utah
2235.  Bennington Town, Vermont
2236.  Brattleboro Town, Vermont
2237.  Sharon Town, Vermont
2238.  St. Albans City, Vermont
2239.  Accomack County, Virginia
2240.  Alexandria City, Virginia
2241.  Alleghany County, Virginia
2242.  Amherst County, Virginia
2243.  Arlington County, Virginia
2244.  Botetourt County, Virginia
2245.  Bristol City, Virginia
2246.  Buchanan County, Virginia
2247.  Buena Vista City, Virginia
2248.  Carroll County, Virginia
2249.  Charlotte County, Virginia
2250.  Chesapeake City, Virginia
2251.  Chesterfield County, Virginia
2252.  Covington City, Virginia
2253.  Culpeper County, Virginia
2254.  Cumberland County, Virginia
2255.  Danville City, Virginia
2256.  Dickenson County, Virginia
2257.  Dinwiddie County, Virginia
2258.  Emporia City, Virginia
2259.  Fairfax City, Virginia
2260.  Fairfax County, Virginia
2261.  Fauquier County, Virginia
2262.  Floyd County, Virginia
2263.  Franklin County, Virginia
2264.  Frederick County, Virginia
2265.  Fredericksburg City, Virginia
2266.  Galax City, Virginia
2267.  Giles County, Virginia
2268.  Goochland County, Virginia
2269.  Greensville County, Virginia
2270.  Halifax County, Virginia
2271.  Henrico County, Virginia
2272.  Henry County, Virginia
2273.  Hopewell City, Virginia

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023
FURTHER UPDATED 12.15.2023

2274. Isle of Wight County, Virginia
2275. King & Queen County, Virginia
2276. Lee County, Virginia
2277. Lexington City, Virginia
2278. Loudoun County, Virginia
2279. Louisa County, Virginia
2280. Madison County, Virginia
2281. Martinsville City, Virginia
2282. Mecklenburg County, Virginia
2283. Montgomery County, Virginia
2284. Norfolk City, Virginia
2285. Northampton County, Virginia
2286. Northumberland County, Virginia
2287. Norton City, Virginia
2288. Page County, Virginia
2289. Patrick County, Virginia
2290. Pittsylvania County, Virginia
2291. Portsmouth City, Virginia
2292. Prince George County, Virginia
2293. Prince William County, Virginia
2294. Pulaski County, Virginia
2295. Radford City, Virginia
2296. Richmond City, Virginia
2297. Richmond County, Virginia
2298. Roanoke City, Virginia
2299. Roanoke County, Virginia
2300. Rockbridge County, Virginia
2301. Salem City, Virginia
2302. Scott County, Virginia
2303. Shenandoah County, Virginia
2304. Sheriff of Virginia Beach City, Virginia
2305. Smyth County, Virginia
2306. Stafford County, Virginia
2307. Tazewell County, Virginia
2308. Virginia Beach City, Virginia
2309. Warren County, Virginia
2310. Washington County, Virginia
2311. Waynesboro City, Virginia
2312. Westmoreland County, Virginia
2313. Winchester City, Virginia
2314. Wise County, Virginia
2315. Wythe County, Virginia
2316. Bainbridge Island City, Washington
2317. Burlington City, Washington
2318. Chelan County, Washington
2319. Clallam County, Washington
2320. Clark County, Washington
2321. Franklin County, Washington
2322. Island County, Washington
2323. Jefferson County, Washington
2324. Kent City, Washington
2325. King County, Washington
2326. Kirkland City, Washington
2327. Kittitas County, Washington
2328. Kitsap County, Washington
2329. Lewis County, Washington
2330. Lincoln County, Washington
2331. Mount Vernon City, Washington
2332. Olympia City, Washington
2333. Pierce County, Washington
2334. Sedro-Woolley City, Washington
2335. Skagit County, Washington
2336. Spokane City, Washington
2337. Spokane County, Washington
2338. Tacoma City, Washington
2339. Thurston County, Washington
2340. Vancouver City, Washington
2341. Walla Walla County, Washington
2342. Whatcom County, Washington
2343. Adams County, Wisconsin
2344. Ashland County, Wisconsin
2345. Barron County, Wisconsin
2346. Bayfield County, Wisconsin
2347. Brown County, Wisconsin
2348. Buffalo County, Wisconsin
2349. Burnett County, Wisconsin
2350. Calumet County, Wisconsin
2351. Chippewa County, Wisconsin
2352. Clark County, Wisconsin
2353. Columbia County, Wisconsin
2354. Crawford County, Wisconsin
2355. Cudahy City, Wisconsin
2356. Dane County, Wisconsin
2357. Dodge County, Wisconsin
2358. Door County, Wisconsin
2359. Douglas County, Wisconsin
2360. Dunn County, Wisconsin
2361. Eau Claire County, Wisconsin
2362. Florence County, Wisconsin
2363. Fond du Lac County, Wisconsin
2364. Forest County, Wisconsin

2365.  Franklin City, Wisconsin
2366.  Grant County, Wisconsin
2367.  Green County, Wisconsin
2368.  Green Lake County, Wisconsin
2369.  Greenfield City, Wisconsin
2370.  Iowa County, Wisconsin
2371.  Iron County, Wisconsin
2372.  Jackson County, Wisconsin
2373.  Jefferson County, Wisconsin
2374.  Juneau County, Wisconsin
2375.  Kenosha City, Wisconsin
2376.  Kenosha County, Wisconsin
2377.  Kewaunee County, Wisconsin
2378.  La Crosse County, Wisconsin
2379.  Lafayette County, Wisconsin
2380.  Langlade County, Wisconsin
2381.  Lincoln County, Wisconsin
2382.  Manitowoc County, Wisconsin
2383.  Marathon County, Wisconsin
2384.  Marinette City, Wisconsin
2385.  Marinette County, Wisconsin
2386.  Marquette County, Wisconsin
2387.  Menominee County, Wisconsin
2388.  Milwaukee City, Wisconsin
2389.  Milwaukee County, Wisconsin
2390.  Monroe County, Wisconsin
2391.  Oak Creek City, Wisconsin
2392.  Oconto County, Wisconsin
2393.  Oneida County, Wisconsin
2394.  Outagamie County, Wisconsin
2395.  Ozaukee County, Wisconsin
2396.  Pepin County, Wisconsin
2397.  Pierce County, Wisconsin
2398.  Pleasant Prairie Village, Wisconsin
2399.  Portage County, Wisconsin
2400.  Price County, Wisconsin
2401.  Racine County, Wisconsin
2402.  Richland County, Wisconsin
2403.  Rock County, Wisconsin
2404.  Rusk County, Wisconsin
2405.  Sauk County, Wisconsin
2406.  Sawyer County, Wisconsin
2407.  Shawano County, Wisconsin
2408.  Sheboygan County, Wisconsin
2409.  South Milwaukee City, Wisconsin
2410.  St. Croix County, Wisconsin

2411.  Superior City, Wisconsin
2412.  Taylor County, Wisconsin
2413.  Trempealeau County, Wisconsin
2414.  Vernon County, Wisconsin
2415.  Vilas County, Wisconsin
2416.  Walworth County, Wisconsin
2417.  Washburn County, Wisconsin
2418.  Washington County, Wisconsin
2419.  Waukesha County, Wisconsin
2420.  Waupaca County, Wisconsin
2421.  Waushara County, Wisconsin
2422.  Wauwatosa City, Wisconsin
2423.  West Allis City, Wisconsin
2424.  Winnebago County, Wisconsin
2425.  Wood County, Wisconsin
2426.  Sheridan City, Wyoming

WITH TECHNICAL CORRECTIONS 02.03.2023

## **<u>EXHIBIT D</u>**

## **<u>[Intentionally Omitted]</u>**

**EXHIBIT E**

**List of Opioid Remediation Uses**

**Schedule A**
**Core Strategies**

Settling States and Participating Subdivisions listed on Exhibit G may choose from among the abatement strategies listed in Schedule B. However, priority may be given to the following core abatement strategies ("*Core Strategies*").[1]

A.  **NALOXONE OR OTHER FDA-APPROVED DRUG TO REVERSE OPIOID OVERDOSES**

1.  Expand training for first responders, schools, community support groups and families; and

2.  Increase distribution to individuals who are uninsured or whose insurance does not cover the needed service.

B.  **MEDICATION-ASSISTED TREATMENT ("*MAT*") DISTRIBUTION AND OTHER OPIOID-RELATED TREATMENT**

1.  Increase distribution of MAT to individuals who are uninsured or whose insurance does not cover the needed service;

2.  Provide education to school-based and youth-focused programs that discourage or prevent misuse;

3.  Provide MAT education and awareness training to healthcare providers, EMTs, law enforcement, and other first responders; and

4.  Provide treatment and recovery support services such as residential and inpatient treatment, intensive outpatient treatment, outpatient therapy or counseling, and recovery housing that allow or integrate medication and with other support services.

---

[1] As used in this Schedule A, words like "expand," "fund," "provide" or the like shall not indicate a preference for new or existing programs.

C.     **PREGNANT & POSTPARTUM WOMEN**

1.     Expand Screening, Brief Intervention, and Referral to Treatment ("*SBIRT*") services to non-Medicaid eligible or uninsured pregnant women;

2.     Expand comprehensive evidence-based treatment and recovery services, including MAT, for women with co-occurring Opioid Use Disorder ("*OUD*") and other Substance Use Disorder ("*SUD*")/Mental Health disorders for uninsured individuals for up to 12 months postpartum; and

3.     Provide comprehensive wrap-around services to individuals with OUD, including housing, transportation, job placement/training, and childcare.

D.     **EXPANDING TREATMENT FOR NEONATAL ABSTINENCE SYNDROME ("*NAS*")**

1.     Expand comprehensive evidence-based and recovery support for NAS babies;

2.     Expand services for better continuum of care with infant-need dyad; and

3.     Expand long-term treatment and services for medical monitoring of NAS babies and their families.

E.     **EXPANSION OF WARM HAND-OFF PROGRAMS AND RECOVERY SERVICES**

1.     Expand services such as navigators and on-call teams to begin MAT in hospital emergency departments;

2.     Expand warm hand-off services to transition to recovery services;

3.     Broaden scope of recovery services to include co-occurring SUD or mental health conditions;

4.     Provide comprehensive wrap-around services to individuals in recovery, including housing, transportation, job placement/training, and childcare; and

5.     Hire additional social workers or other behavioral health workers to facilitate expansions above.

**F.     <u>TREATMENT FOR INCARCERATED POPULATION</u>**

1.     Provide evidence-based treatment and recovery support, including MAT for persons with OUD and co-occurring SUD/MH disorders within and transitioning out of the criminal justice system; and

2.     Increase funding for jails to provide treatment to inmates with OUD.

**G.     <u>PREVENTION PROGRAMS</u>**

1.     Funding for media campaigns to prevent opioid use (similar to the FDA's "Real Cost" campaign to prevent youth from misusing tobacco);

2.     Funding for evidence-based prevention programs in schools;

3.     Funding for medical provider education and outreach regarding best prescribing practices for opioids consistent with the CDC guidelines, including providers at hospitals (academic detailing);

4.     Funding for community drug disposal programs; and

5.     Funding and training for first responders to participate in pre-arrest diversion programs, post-overdose response teams, or similar strategies that connect at-risk individuals to behavioral health services and supports.

**H.     <u>EXPANDING SYRINGE SERVICE PROGRAMS</u>**

1.     Provide comprehensive syringe services programs with more wrap-around services, including linkage to OUD treatment, access to sterile syringes and linkage to care and treatment of infectious diseases.

**I.     <u>EVIDENCE-BASED DATA COLLECTION AND RESEARCH ANALYZING THE EFFECTIVENESS OF THE ABATEMENT STRATEGIES WITHIN THE STATE</u>**

**Schedule B**
**Approved Uses**

Support treatment of Opioid Use Disorder (OUD) and any co-occurring Substance Use Disorder or Mental Health (SUD/MH) conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

| PART ONE:  TREATMENT |
| --- |

### A. <u>TREAT OPIOID USE DISORDER (OUD)</u>

Support treatment of Opioid Use Disorder ("*OUD*") and any co-occurring Substance Use Disorder or Mental Health ("*SUD/MH*") conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:[2]

1. Expand availability of treatment for OUD and any co-occurring SUD/MH conditions, including all forms of Medication-Assisted Treatment ("*MAT*") approved by the U.S. Food and Drug Administration.

2. Support and reimburse evidence-based services that adhere to the American Society of Addiction Medicine ("*ASAM*") continuum of care for OUD and any co-occurring SUD/MH conditions.

3. Expand telehealth to increase access to treatment for OUD and any co-occurring SUD/MH conditions, including MAT, as well as counseling, psychiatric support, and other treatment and recovery support services.

4. Improve oversight of Opioid Treatment Programs ("*OTPs*") to assure evidence-based or evidence-informed practices such as adequate methadone dosing and low threshold approaches to treatment.

5. Support mobile intervention, treatment, and recovery services, offered by qualified professionals and service providers, such as peer recovery coaches, for persons with OUD and any co-occurring SUD/MH conditions and for persons who have experienced an opioid overdose.

6. Provide treatment of trauma for individuals with OUD (*e.g.*, violence, sexual assault, human trafficking, or adverse childhood experiences) and family members (*e.g.*, surviving family members after an overdose or overdose fatality), and training of health care personnel to identify and address such trauma.

---

[2] As used in this Schedule B, words like "expand," "fund," "provide" or the like shall not indicate a preference for new or existing programs.

7. Support evidence-based withdrawal management services for people with OUD and any co-occurring mental health conditions.

8. Provide training on MAT for health care providers, first responders, students, or other supporting professionals, such as peer recovery coaches or recovery outreach specialists, including telementoring to assist community-based providers in rural or underserved areas.

9. Support workforce development for addiction professionals who work with persons with OUD and any co-occurring SUD/MH conditions.

10. Offer fellowships for addiction medicine specialists for direct patient care, instructors, and clinical research for treatments.

11. Offer scholarships and supports for behavioral health practitioners or workers involved in addressing OUD and any co-occurring SUD/MH or mental health conditions, including, but not limited to, training, scholarships, fellowships, loan repayment programs, or other incentives for providers to work in rural or underserved areas.

12. Provide funding and training for clinicians to obtain a waiver under the federal Drug Addiction Treatment Act of 2000 ("*DATA 2000*") to prescribe MAT for OUD, and provide technical assistance and professional support to clinicians who have obtained a DATA 2000 waiver.

13. Disseminate web-based training curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service–Opioids web-based training curriculum and motivational interviewing.

14. Develop and disseminate new curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service for Medication–Assisted Treatment.

## B. SUPPORT PEOPLE IN TREATMENT AND RECOVERY

Support people in recovery from OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the programs or strategies that:

1. Provide comprehensive wrap-around services to individuals with OUD and any co-occurring SUD/MH conditions, including housing, transportation, education, job placement, job training, or childcare.

2. Provide the full continuum of care of treatment and recovery services for OUD and any co-occurring SUD/MH conditions, including supportive housing, peer support

services and counseling, community navigators, case management, and connections to community-based services.

3. Provide counseling, peer-support, recovery case management and residential treatment with access to medications for those who need it to persons with OUD and any co-occurring SUD/MH conditions.

4. Provide access to housing for people with OUD and any co-occurring SUD/MH conditions, including supportive housing, recovery housing, housing assistance programs, training for housing providers, or recovery housing programs that allow or integrate FDA-approved mediation with other support services.

5. Provide community support services, including social and legal services, to assist in deinstitutionalizing persons with OUD and any co-occurring SUD/MH conditions.

6. Support or expand peer-recovery centers, which may include support groups, social events, computer access, or other services for persons with OUD and any co-occurring SUD/MH conditions.

7. Provide or support transportation to treatment or recovery programs or services for persons with OUD and any co-occurring SUD/MH conditions.

8. Provide employment training or educational services for persons in treatment for or recovery from OUD and any co-occurring SUD/MH conditions.

9. Identify successful recovery programs such as physician, pilot, and college recovery programs, and provide support and technical assistance to increase the number and capacity of high-quality programs to help those in recovery.

10. Engage non-profits, faith-based communities, and community coalitions to support people in treatment and recovery and to support family members in their efforts to support the person with OUD in the family.

11. Provide training and development of procedures for government staff to appropriately interact and provide social and other services to individuals with or in recovery from OUD, including reducing stigma.

12. Support stigma reduction efforts regarding treatment and support for persons with OUD, including reducing the stigma on effective treatment.

13. Create or support culturally appropriate services and programs for persons with OUD and any co-occurring SUD/MH conditions, including new Americans.

14. Create and/or support recovery high schools.

15. Hire or train behavioral health workers to provide or expand any of the services or supports listed above.

## C. CONNECT PEOPLE WHO NEED HELP TO THE HELP THEY NEED (CONNECTIONS TO CARE)

Provide connections to care for people who have—or are at risk of developing—OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1. Ensure that health care providers are screening for OUD and other risk factors and know how to appropriately counsel and treat (or refer if necessary) a patient for OUD treatment.

2. Fund SBIRT programs to reduce the transition from use to disorders, including SBIRT services to pregnant women who are uninsured or not eligible for Medicaid.

3. Provide training and long-term implementation of SBIRT in key systems (health, schools, colleges, criminal justice, and probation), with a focus on youth and young adults when transition from misuse to opioid disorder is common.

4. Purchase automated versions of SBIRT and support ongoing costs of the technology.

5. Expand services such as navigators and on-call teams to begin MAT in hospital emergency departments.

6. Provide training for emergency room personnel treating opioid overdose patients on post-discharge planning, including community referrals for MAT, recovery case management or support services.

7. Support hospital programs that transition persons with OUD and any co-occurring SUD/MH conditions, or persons who have experienced an opioid overdose, into clinically appropriate follow-up care through a bridge clinic or similar approach.

8. Support crisis stabilization centers that serve as an alternative to hospital emergency departments for persons with OUD and any co-occurring SUD/MH conditions or persons that have experienced an opioid overdose.

9. Support the work of Emergency Medical Systems, including peer support specialists, to connect individuals to treatment or other appropriate services following an opioid overdose or other opioid-related adverse event.

10. Provide funding for peer support specialists or recovery coaches in emergency departments, detox facilities, recovery centers, recovery housing, or similar settings; offer services, supports, or connections to care to persons with OUD and any co-

occurring SUD/MH conditions or to persons who have experienced an opioid overdose.

11. Expand warm hand-off services to transition to recovery services.

12. Create or support school-based contacts that parents can engage with to seek immediate treatment services for their child; and support prevention, intervention, treatment, and recovery programs focused on young people.

13. Develop and support best practices on addressing OUD in the workplace.

14. Support assistance programs for health care providers with OUD.

15. Engage non-profits and the faith community as a system to support outreach for treatment.

16. Support centralized call centers that provide information and connections to appropriate services and supports for persons with OUD and any co-occurring SUD/MH conditions.

## D.  **ADDRESS THE NEEDS OF CRIMINAL JUSTICE-INVOLVED PERSONS**

Address the needs of persons with OUD and any co-occurring SUD/MH conditions who are involved in, are at risk of becoming involved in, or are transitioning out of the criminal justice system through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1. Support pre-arrest or pre-arraignment diversion and deflection strategies for persons with OUD and any co-occurring SUD/MH conditions, including established strategies such as:

    1. Self-referral strategies such as the Angel Programs or the Police Assisted Addiction Recovery Initiative ("*PAARI*");

    2. Active outreach strategies such as the Drug Abuse Response Team ("*DART*") model;

    3. "Naloxone Plus" strategies, which work to ensure that individuals who have received naloxone to reverse the effects of an overdose are then linked to treatment programs or other appropriate services;

    4. Officer prevention strategies, such as the Law Enforcement Assisted Diversion ("*LEAD*") model;

     5.   Officer intervention strategies such as the Leon County, Florida Adult Civil Citation Network or the Chicago Westside Narcotics Diversion to Treatment Initiative; or

     6.   Co-responder and/or alternative responder models to address OUD-related 911 calls with greater SUD expertise.

2.   Support pre-trial services that connect individuals with OUD and any co-occurring SUD/MH conditions to evidence-informed treatment, including MAT, and related services.

3.   Support treatment and recovery courts that provide evidence-based options for persons with OUD and any co-occurring SUD/MH conditions.

4.   Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any co-occurring SUD/MH conditions who are incarcerated in jail or prison.

5.   Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any co-occurring SUD/MH conditions who are leaving jail or prison or have recently left jail or prison, are on probation or parole, are under community corrections supervision, or are in re-entry programs or facilities.

6.   Support critical time interventions ("*CTI*"), particularly for individuals living with dual-diagnosis OUD/serious mental illness, and services for individuals who face immediate risks and service needs and risks upon release from correctional settings.

7.   Provide training on best practices for addressing the needs of criminal justice-involved persons with OUD and any co-occurring SUD/MH conditions to law enforcement, correctional, or judicial personnel or to providers of treatment, recovery, harm reduction, case management, or other services offered in connection with any of the strategies described in this section.

**E.  ADDRESS THE NEEDS OF PREGNANT OR PARENTING WOMEN AND THEIR FAMILIES, INCLUDING BABIES WITH NEONATAL ABSTINENCE SYNDROME**

Address the needs of pregnant or parenting women with OUD and any co-occurring SUD/MH conditions, and the needs of their families, including babies with neonatal abstinence syndrome ("*NAS*"), through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1.   Support evidence-based or evidence-informed treatment, including MAT, recovery services and supports, and prevention services for pregnant women—or women who

could become pregnant—who have OUD and any co-occurring SUD/MH conditions, and other measures to educate and provide support to families affected by Neonatal Abstinence Syndrome.

2. Expand comprehensive evidence-based treatment and recovery services, including MAT, for uninsured women with OUD and any co-occurring SUD/MH conditions for up to 12 months postpartum.

3. Provide training for obstetricians or other healthcare personnel who work with pregnant women and their families regarding treatment of OUD and any co-occurring SUD/MH conditions.

4. Expand comprehensive evidence-based treatment and recovery support for NAS babies; expand services for better continuum of care with infant-need dyad; and expand long-term treatment and services for medical monitoring of NAS babies and their families.

5. Provide training to health care providers who work with pregnant or parenting women on best practices for compliance with federal requirements that children born with NAS get referred to appropriate services and receive a plan of safe care.

6. Provide child and family supports for parenting women with OUD and any co-occurring SUD/MH conditions.

7. Provide enhanced family support and child care services for parents with OUD and any co-occurring SUD/MH conditions.

8. Provide enhanced support for children and family members suffering trauma as a result of addiction in the family; and offer trauma-informed behavioral health treatment for adverse childhood events.

9. Offer home-based wrap-around services to persons with OUD and any co-occurring SUD/MH conditions, including, but not limited to, parent skills training.

10. Provide support for Children's Services—Fund additional positions and services, including supportive housing and other residential services, relating to children being removed from the home and/or placed in foster care due to custodial opioid use.

| PART TWO:  PREVENTION |
| --- |

## F.  PREVENT OVER-PRESCRIBING AND ENSURE APPROPRIATE PRESCRIBING AND DISPENSING OF OPIOIDS

Support efforts to prevent over-prescribing and ensure appropriate prescribing and dispensing of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Funding medical provider education and outreach regarding best prescribing practices for opioids consistent with the Guidelines for Prescribing Opioids for Chronic Pain from the U.S. Centers for Disease Control and Prevention, including providers at hospitals (academic detailing).

2. Training for health care providers regarding safe and responsible opioid prescribing, dosing, and tapering patients off opioids.

3. Continuing Medical Education (CME) on appropriate prescribing of opioids.

4. Providing Support for non-opioid pain treatment alternatives, including training providers to offer or refer to multi-modal, evidence-informed treatment of pain.

5. Supporting enhancements or improvements to Prescription Drug Monitoring Programs ("*PDMPs*"), including, but not limited to, improvements that:

   1. Increase the number of prescribers using PDMPs;

   2. Improve point-of-care decision-making by increasing the quantity, quality, or format of data available to prescribers using PDMPs, by improving the interface that prescribers use to access PDMP data, or both; or

   3. Enable states to use PDMP data in support of surveillance or intervention strategies, including MAT referrals and follow-up for individuals identified within PDMP data as likely to experience OUD in a manner that complies with all relevant privacy and security laws and rules.

6. Ensuring PDMPs incorporate available overdose/naloxone deployment data, including the United States Department of Transportation's Emergency Medical Technician overdose database in a manner that complies with all relevant privacy and security laws and rules.

7. Increasing electronic prescribing to prevent diversion or forgery.

8. Educating dispensers on appropriate opioid dispensing.

### G. **PREVENT MISUSE OF OPIOIDS**

Support efforts to discourage or prevent misuse of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1. Funding media campaigns to prevent opioid misuse.

2. Corrective advertising or affirmative public education campaigns based on evidence.

3. Public education relating to drug disposal.

4. Drug take-back disposal or destruction programs.

5. Funding community anti-drug coalitions that engage in drug prevention efforts.

6. Supporting community coalitions in implementing evidence-informed prevention, such as reduced social access and physical access, stigma reduction—including staffing, educational campaigns, support for people in treatment or recovery, or training of coalitions in evidence-informed implementation, including the Strategic Prevention Framework developed by the U.S. Substance Abuse and Mental Health Services Administration ("*SAMHSA*").

7. Engaging non-profits and faith-based communities as systems to support prevention.

8. Funding evidence-based prevention programs in schools or evidence-informed school and community education programs and campaigns for students, families, school employees, school athletic programs, parent-teacher and student associations, and others.

9. School-based or youth-focused programs or strategies that have demonstrated effectiveness in preventing drug misuse and seem likely to be effective in preventing the uptake and use of opioids.

10. Create or support community-based education or intervention services for families, youth, and adolescents at risk for OUD and any co-occurring SUD/MH conditions.

11. Support evidence-informed programs or curricula to address mental health needs of young people who may be at risk of misusing opioids or other drugs, including emotional modulation and resilience skills.

12. Support greater access to mental health services and supports for young people, including services and supports provided by school nurses, behavioral health workers or other school staff, to address mental health needs in young people that (when not properly addressed) increase the risk of opioid or another drug misuse.

## H.  PREVENT OVERDOSE DEATHS AND OTHER HARMS (HARM REDUCTION)

Support efforts to prevent or reduce overdose deaths or other opioid-related harms through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1.  Increased availability and distribution of naloxone and other drugs that treat overdoses for first responders, overdose patients, individuals with OUD and their friends and family members, schools, community navigators and outreach workers, persons being released from jail or prison, or other members of the general public.

2.  Public health entities providing free naloxone to anyone in the community.

3.  Training and education regarding naloxone and other drugs that treat overdoses for first responders, overdose patients, patients taking opioids, families, schools, community support groups, and other members of the general public.

4.  Enabling school nurses and other school staff to respond to opioid overdoses, and provide them with naloxone, training, and support.

5.  Expanding, improving, or developing data tracking software and applications for overdoses/naloxone revivals.

6.  Public education relating to emergency responses to overdoses.

7.  Public education relating to immunity and Good Samaritan laws.

8.  Educating first responders regarding the existence and operation of immunity and Good Samaritan laws.

9.  Syringe service programs and other evidence-informed programs to reduce harms associated with intravenous drug use, including supplies, staffing, space, peer support services, referrals to treatment, fentanyl checking, connections to care, and the full range of harm reduction and treatment services provided by these programs.

10. Expanding access to testing and treatment for infectious diseases such as HIV and Hepatitis C resulting from intravenous opioid use.

11. Supporting mobile units that offer or provide referrals to harm reduction services, treatment, recovery supports, health care, or other appropriate services to persons that use opioids or persons with OUD and any co-occurring SUD/MH conditions.

12. Providing training in harm reduction strategies to health care providers, students, peer recovery coaches, recovery outreach specialists, or other professionals that provide care to persons who use opioids or persons with OUD and any co-occurring SUD/MH conditions.

13. Supporting screening for fentanyl in routine clinical toxicology testing.

| PART THREE:  OTHER STRATEGIES |
| --- |

## I.  **FIRST RESPONDERS**

In addition to items in section C, D and H relating to first responders, support the following:

1. Education of law enforcement or other first responders regarding appropriate practices and precautions when dealing with fentanyl or other drugs.

2. Provision of wellness and support services for first responders and others who experience secondary trauma associated with opioid-related emergency events.

## J.  **LEADERSHIP, PLANNING AND COORDINATION**

Support efforts to provide leadership, planning, coordination, facilitations, training and technical assistance to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, the following:

1. Statewide, regional, local or community regional planning to identify root causes of addiction and overdose, goals for reducing harms related to the opioid epidemic, and areas and populations with the greatest needs for treatment intervention services, and to support training and technical assistance and other strategies to abate the opioid epidemic described in this opioid abatement strategy list.

2. A dashboard to (a) share reports, recommendations, or plans to spend opioid settlement funds; (b) to show how opioid settlement funds have been spent; (c) to report program or strategy outcomes; or (d) to track, share or visualize key opioid- or health-related indicators and supports as identified through collaborative statewide, regional, local or community processes.

3. Invest in infrastructure or staffing at government or not-for-profit agencies to support collaborative, cross-system coordination with the purpose of preventing overprescribing, opioid misuse, or opioid overdoses, treating those with OUD and any co-occurring SUD/MH conditions, supporting them in treatment or recovery, connecting them to care, or implementing other strategies to abate the opioid epidemic described in this opioid abatement strategy list.

4. Provide resources to staff government oversight and management of opioid abatement programs.

**K. TRAINING**

In addition to the training referred to throughout this document, support training to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, those that:

1. Provide funding for staff training or networking programs and services to improve the capability of government, community, and not-for-profit entities to abate the opioid crisis.

2. Support infrastructure and staffing for collaborative cross-system coordination to prevent opioid misuse, prevent overdoses, and treat those with OUD and any co-occurring SUD/MH conditions, or implement other strategies to abate the opioid epidemic described in this opioid abatement strategy list (*e.g.*, health care, primary care, pharmacies, PDMPs, etc.).

**L. RESEARCH**

Support opioid abatement research that may include, but is not limited to, the following:

1. Monitoring, surveillance, data collection and evaluation of programs and strategies described in this opioid abatement strategy list.

2. Research non-opioid treatment of chronic pain.

3. Research on improved service delivery for modalities such as SBIRT that demonstrate promising but mixed results in populations vulnerable to opioid use disorders.

4. Research on novel harm reduction and prevention efforts such as the provision of fentanyl test strips.

5. Research on innovative supply-side enforcement efforts such as improved detection of mail-based delivery of synthetic opioids.

6. Expanded research on swift/certain/fair models to reduce and deter opioid misuse within criminal justice populations that build upon promising approaches used to address other substances (*e.g.*, Hawaii HOPE and Dakota 24/7).

7. Epidemiological surveillance of OUD-related behaviors in critical populations, including individuals entering the criminal justice system, including, but not limited to approaches modeled on the Arrestee Drug Abuse Monitoring ("ADAM") system.

8. Qualitative and quantitative research regarding public health risks and harm reduction opportunities within illicit drug markets, including surveys of market participants who sell or distribute illicit opioids.

E-15

Geospatial analysis of access barriers to MAT and their association with treatment engagement and treatment outcomes

## EXHIBIT F

### Exhibit F-1:  List of States and State Global Allocation Percentage

| | |
|---|---|
| **Alabama** | 1.5958653635% |
| **Alaska** | 0.2283101787% |
| **American Samoa** | 0.0171221696% |
| **Arizona** | 2.3755949882% |
| **Arkansas** | 0.9322152924% |
| **California** | 9.9213830698% |
| **Colorado** | 1.6616291219% |
| **Connecticut** | 1.2938102647% |
| **Delaware** | 0.4420285052% |
| **District of Columbia** | 0.1799774824% |
| **Florida** | 7.0259134409% |
| **Georgia** | 2.7882080114% |
| **Guam** | 0.0480366565% |
| **Hawaii** | 0.3246488040% |
| **Idaho** | 0.4919080117% |
| **Illinois** | 3.3263363702% |
| **Indiana** | 2.2168933059% |
| **Iowa** | 0.7419256132% |
| **Kansas** | 0.7840793410% |
| **Kentucky** | 1.9963344879% |
| **Louisiana** | 1.4650905059% |
| **Maine** | 0.5293231313% |
| **Maryland** | 2.1106090494% |
| **Massachusetts** | 2.3035761083% |
| **Michigan** | 3.4020234989% |
| **Minnesota** | 1.2972597706% |
| **Mississippi** | 0.8624327860% |
| **Missouri** | 2.0056475170% |
| **Montana** | 0.3125481816% |
| **N. Mariana Islands** | 0.0167059202% |
| **Nebraska** | 0.4171546352% |
| **Nevada** | 1.2017657135% |
| **New Hampshire** | 0.5784834777% |
| **New Jersey** | 2.7551354545% |
| **New Mexico** | 0.7989379794% |
| **New York** | 5.3903813405% |

| | |
|---|---|
| **North Carolina** | 3.2502525994% |
| **North Dakota** | 0.1700251989% |
| **Ohio** | 4.3567051408% |
| **Oklahoma** | 1.5322312508% |
| **Oregon** | 1.3741405009% |
| **Pennsylvania** | 4.5882419559% |
| **Puerto Rico** | 0.7101195950% |
| **Rhode Island** | 0.4465429178% |
| **South Carolina** | 1.5393083548% |
| **South Dakota** | 0.1982071487% |
| **Tennessee** | 2.6881474977% |
| **Texas** | 6.2932157196% |
| **Utah** | 1.1466798699% |
| **Vermont** | 0.2544890561% |
| **Virgin Islands** | 0.0315673573% |
| **Virginia** | 2.2801150757% |
| **Washington** | 2.3189040182% |
| **West Virginia** | 1.0567416533% |
| **Wisconsin** | 1.7582560561% |
| **Wyoming** | 0.1668134842% |

**Exhibit F-2: Adjusted Allocation Percentages (to be multiplied by $4,279,160,837)**

| | |
|---|---|
| **Alabama** | 1.7662713506% |
| **Alaska** | 0.2526890657% |
| **American Samoa** | 0.0189504693% |
| **Arizona** | 2.6292602523% |
| **Arkansas** | 1.0317569396% |
| California | 10.9807851434% |
| **Colorado** | 1.8390573418% |
| **Connecticut** | 1.4319629061% |
| **Delaware** | 0.4892281659% |
| **District of Columbia** | 0.1991954197% |
| **Georgia** | 3.0859319606% |
| **Guam** | 0.0531659951% |
| **Hawaii** | 0.3593146982% |
| **Idaho** | 0.5444337900% |
| **Illinois** | 3.6815214914% |
| **Indiana** | 2.4536124557% |
| **Iowa** | 0.8211481901% |
| **Kansas** | 0.8678030794% |
| Kentucky | 2.2095024385% |
| **Louisiana** | 1.6215323960% |
| **Maine** | 0.5858440840% |
| **Maryland** | 2.3359792007% |
| **Massachusetts** | 2.5495512198% |
| **Michigan** | 3.7652904672% |
| **Minnesota** | 1.4357807492% |
| **Mississippi** | 0.9545230798% |
| **Missouri** | 2.2198099098% |
| **Montana** | 0.3459219753% |
| **N. Mariana Islands** | 0.0184897729% |
| **Nebraska** | 0.4616982721% |
| **Nevada** | 1.3300898675% |
| **New Hampshire** | 0.6402537562% |
| **New Jersey** | 3.0493279268% |
| **New York** | 5.1179635833% |
| **North Carolina** | 3.5973135202% |
| **North Dakota** | 0.1881804346% |
| **Ohio** | 4.8219127059% |
| **Oklahoma** | 1.6958424079% |

| | |
|---|---|
| **Oregon** | 1.5208707790% |
| **Pennsylvania** | 5.0781729473% |
| **Puerto Rico** | 0.7859459356% |
| **Rhode Island** | 0.4942246260% |
| **South Carolina** | 1.7036752028% |
| **South Dakota** | 0.2193716438% |
| **Tennessee** | 2.9751870176% |
| **Texas** | 6.9652032577% |
| **Utah** | 1.2691219754% |
| **Vermont** | 0.2816633151% |
| **Virgin Islands** | 0.0349381095% |
| **Virginia** | 2.5235850256% |
| **Washington** | 2.5665158389% |
| **Wisconsin** | 1.9460020688% |
| **Wyoming** | 0.1846257740% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

## EXHIBIT G

### Subdivisions Eligible to Receive Direct Allocations from the Subdivision Fund and Default Subdivision Fund Allocation Percentages

The Subdivisions set forth on this Exhibit G are eligible to receive direct allocations from the Subdivision Fund, if such Subdivisions are otherwise eligible to receive such funds under this Agreement. By default, the Subdivisions set forth on this Exhibit G shall include all Subdivisions set forth on Exhibit G of the national opioid settlement agreement dated July 21, 2021 with Janssen Pharmaceuticals, Inc., et al., including all amendments up to the Preliminary Agreement Date of this Agreement. A State may elect to add any additional Subdivisions to this Exhibit G at any time prior to the Initial Subdivision Participation Date.

Immediately upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3 (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3) that addresses allocation from the Subdivision Fund, whether before or after the Initial Subdivision Participation Date, this Exhibit G will automatically be amended to reflect the allocation from the Subdivision Fund pursuant to the State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3.

For the avoidance of doubt, inclusion on this Exhibit G shall not create any claim for any amount of the Settlement Fund, and no such amounts shall be allocated or distributed to any Subdivision included herein if such Subdivision does not otherwise meet all requirements to receive any such funds pursuant to the Agreement.

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL1 | Abbeville City, Alabama | 0.05373276788371% |
| AL2 | Alabaster City, Alabama | 0.50906155914420% |
| AL3 | Albertville City, Alabama | 0.30073173498551% |
| AL4 | Alexander City, Alabama | 0.31021586558805% |
| AL5 | Anniston City, Alabama | 0.80101152336447% |
| AL6 | Arab City, Alabama | 0.19249341507944% |
| AL7 | Argo Town, Alabama | 0.02394095067075% |
| AL8 | Ashland Town, Alabama | 0.03903714157458% |
| AL9 | Ashville City, Alabama | 0.01799180180480% |
| AL10 | Athens City, Alabama | 0.34982234331958% |
| AL11 | Attalla City, Alabama | 0.16452490218524% |
| AL12 | Auburn City, Alabama | 0.49379760320342% |
| AL13 | Autauga County, Alabama | 0.25196509791885% |
| AL14 | Baldwin County, Alabama | 1.47023732753838% |
| AL15 | Barbour County, Alabama | 0.07277031699064% |
| AL235 | Bay Minette City, Alabama | 0.12614031368064% |
| AL16 | Berry Town, Alabama | 0.02060389726110% |
| AL17 | Bessemer City, Alabama | 0.58643322270761% |
| AL18 | Bibb County, Alabama | 0.32904730429155% |
| AL19 | Birmingham City, Alabama | 4.18442675390468% |
| AL20 | Blount County, Alabama | 0.74378299576171% |
| AL21 | Boaz City, Alabama | 0.16593254403002% |
| AL22 | Brent City, Alabama | 0.06233303941215% |
| AL236 | Brewton City, Alabama | 0.22130588319049% |
| AL23 | Bridgeport City, Alabama | 0.00151300231408% |
| AL24 | Brookwood Town, Alabama | 0.00696629136887% |
| AL25 | Brundidge City, Alabama | 0.01089862331296% |
| AL26 | Bullock County, Alabama | 0.06418709145492% |
| AL27 | Butler County, Alabama | 0.05373624201937% |
| AL28 | Butler Town, Alabama | 0.08203304449913% |
| AL29 | Calera City, Alabama | 0.24319709382201% |
| AL30 | Calhoun County, Alabama | 0.73004532177506% |
| AL31 | Camp Hill Town, Alabama | 0.00607441256105% |
| AL32 | Carbon Hill City, Alabama | 0.09325758719295% |
| AL33 | Cedar Bluff Town, Alabama | 0.05726177540570% |
| AL34 | Center Point City, Alabama | 0.01073160505284% |
| AL35 | Centre City, Alabama | 0.14450358825257% |
| AL36 | Centreville City, Alabama | 0.02291656767950% |
| AL37 | Chambers County, Alabama | 0.42645541213545% |
| AL39 | Cherokee County, Alabama | 0.30474566041478% |
| AL40 | Cherokee Town, Alabama | 0.00837480986470% |
| AL41 | Chickasaw City, Alabama | 0.08065098877772% |
| AL237 | Childersburg City, Alabama | 0.09673766459870% |
| AL42 | Chilton County, Alabama | 0.65834253848868% |
| AL43 | Choctaw County, Alabama | 0.12575403525127% |
| AL44 | Clanton City, Alabama | 0.16879497206515% |
| AL45 | Clarke County, Alabama | 0.24012462668797% |
| AL46 | Clay County, Alabama | 0.16558350703617% |
| AL47 | Cleburne County, Alabama | 0.20515352257755% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL48 | Cleveland Town, Alabama | 0.01274799988344% |
| AL49 | Coffee County, Alabama | 0.31178909707642% |
| AL50 | Colbert County, Alabama | 0.31838531182613% |
| AL238 | Columbiana City, Alabama | 0.05006719760858% |
| AL51 | Conecuh County, Alabama | 0.15445396734178% |
| AL52 | Coosa County, Alabama | 0.12178647492221% |
| AL53 | Cordova City, Alabama | 0.09563175305939% |
| AL54 | Covington County, Alabama | 0.45692575726444% |
| AL55 | Crenshaw County, Alabama | 0.14376470128801% |
| AL56 | Cullman City, Alabama | 0.53795721169973% |
| AL57 | Cullman County, Alabama | 0.89679454743357% |
| AL58 | Dadeville City, Alabama | 0.02418310117309% |
| AL59 | Dale County, Alabama | 0.24320907471975% |
| AL60 | Daleville City, Alabama | 0.07752611649176% |
| AL61 | Dallas County, Alabama | 0.20683597829357% |
| AL62 | Daphne City, Alabama | 0.32129647516618% |
| AL63 | Dauphin Island Town, Alabama | 0.04612275489251% |
| AL64 | De Kalb County, Alabama | 0.40059258260517% |
| AL65 | Decatur City, Alabama | 1.88368966680214% |
| AL66 | Demopolis City, Alabama | 0.14633737991542% |
| AL67 | Dora City, Alabama | 0.09240281994643% |
| AL68 | Dothan City, Alabama | 1.09030734534639% |
| AL69 | Double Springs Town, Alabama | 0.08025220905367% |
| AL70 | Douglas Town, Alabama | 0.00097275798472% |
| AL239 | East Brewton City, Alabama | 0.02656781932074% |
| AL71 | Elmore County, Alabama | 0.55644997087924% |
| AL72 | Enterprise City, Alabama | 0.33245406769430% |
| AL73 | Escambia County, Alabama | 0.65163401499834% |
| AL74 | Etowah County, Alabama | 1.02826912043695% |
| AL75 | Eufaula City, Alabama | 0.21259346526420% |
| AL76 | Evergreen City, Alabama | 0.04145059439568% |
| AL77 | Fairfield City, Alabama | 0.11699106378085% |
| AL78 | Fairhope City, Alabama | 0.22328055592462% |
| AL79 | Faunsdale Town, Alabama | 0.00027565805375% |
| AL80 | Fayette City, Alabama | 0.07882554063416% |
| AL81 | Fayette County, Alabama | 0.13876915395782% |
| AL82 | Florence City, Alabama | 0.89173419286246% |
| AL83 | Foley City, Alabama | 0.34393082614331% |
| AL84 | Fort Deposit Town, Alabama | 0.00516071488254% |
| AL85 | Fort Payne City, Alabama | 0.58210250156216% |
| AL86 | Franklin County, Alabama | 0.28807497174883% |
| AL87 | Fultondale City, Alabama | 0.09530547652440% |
| AL88 | Gadsden City, Alabama | 0.83652189774753% |
| AL90 | Geneva City, Alabama | 0.06639031036577% |
| AL91 | Geneva County, Alabama | 0.22068995465343% |
| AL92 | Georgiana Town, Alabama | 0.01833389052733% |
| AL93 | Geraldine Town, Alabama | 0.01101187364176% |
| AL94 | Gilbertown, Alabama | 0.00201561558522% |
| AL95 | Grant Town, Alabama | 0.01702349201247% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL96 | Graysville City, Alabama | 0.03683772148497% |
| AL97 | Greene County, Alabama | 0.07053609060731% |
| AL98 | Greensboro City, Alabama | 0.02495617752877% |
| AL99 | Greenville City, Alabama | 0.17114173446901% |
| AL100 | Guin City, Alabama | 0.02535375501618% |
| AL101 | Gulf Shores City, Alabama | 0.48785192847313% |
| AL102 | Guntersville City, Alabama | 0.25418471345127% |
| AL103 | Gurley Town, Alabama | 0.00751669836675% |
| AL104 | Hale County, Alabama | 0.13189455379552% |
| AL105 | Haleyville City, Alabama | 0.14259976191105% |
| AL106 | Hamilton City, Alabama | 0.09032285168011% |
| AL107 | Hammondville Town, Alabama | 0.00490310934680% |
| AL108 | Hartselle City, Alabama | 0.06358502699195% |
| AL109 | Headland City, Alabama | 0.06278880055472% |
| AL110 | Helena City, Alabama | 0.13940462856652% |
| AL111 | Henagar City, Alabama | 0.03432173295908% |
| AL112 | Henry County, Alabama | 0.08134656178648% |
| AL113 | Homewood City, Alabama | 0.40003759755067% |
| AL114 | Hoover City, Alabama | 1.41830120728766% |
| AL115 | Houston County, Alabama | 0.55870611353893% |
| AL116 | Hueytown City, Alabama | 0.19444760015375% |
| AL117 | Huntsville City, Alabama | 3.18917672789720% |
| AL118 | Irondale City, Alabama | 0.17364096921920% |
| AL119 | Jackson County, Alabama | 0.15808077015917% |
| AL120 | Jacksonville City, Alabama | 0.25009708439633% |
| AL121 | Jasper City, Alabama | 1.40982301753567% |
| AL122 | Jefferson County, Alabama | 5.50780373047089% |
| AL123 | Killen Town, Alabama | 0.01833161772830% |
| AL124 | Lamar County, Alabama | 0.16280419850840% |
| AL125 | Lanett City, Alabama | 0.12800105424627% |
| AL126 | Lauderdale County, Alabama | 0.47859088932963% |
| AL127 | Lawrence County, Alabama | 0.45357831391636% |
| AL129 | Leeds City, Alabama | 0.14992359703585% |
| AL130 | Leesburg Town, Alabama | 0.01918722915732% |
| AL131 | Leighton Town, Alabama | 0.00564699646923% |
| AL132 | Level Plains Town, Alabama | 0.00350595484612% |
| AL133 | Limestone County, Alabama | 0.58188759217962% |
| AL134 | Lincoln City, Alabama | 0.18466222627409% |
| AL135 | Linden City, Alabama | 0.01718012033418% |
| AL136 | Locust Fork Town, Alabama | 0.00390814286871% |
| AL137 | Louisville Town, Alabama | 0.00463180207977% |
| AL138 | Lowndes County, Alabama | 0.06941452922326% |
| AL240 | Loxley Town, Alabama | 0.04113340905681% |
| AL139 | Luverne City, Alabama | 0.01532252921863% |
| AL140 | Macon County, Alabama | 0.13647706860490% |
| AL141 | Madison City, Alabama | 0.47088048355844% |
| AL142 | Madison County, Alabama | 1.31238390221929% |
| AL143 | Marengo County, Alabama | 0.04980089049941% |
| AL144 | Marion City, Alabama | 0.02355243191090% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL145 | Marion County, Alabama | 0.22296850061784% |
| AL146 | Marshall County, Alabama | 0.74162828487587% |
| AL147 | McKenzie Town, Alabama | 0.00440552870209% |
| AL148 | Midfield City, Alabama | 0.00038923306812% |
| AL149 | Millbrook City, Alabama | 0.24754158163587% |
| AL150 | Mobile City, Alabama | 3.22757190115156% |
| AL151 | Mobile County, Alabama | 2.76021701591658% |
| AL152 | Monroe County, Alabama | 0.18825776187055% |
| AL153 | Monroeville City, Alabama | 0.10619523592115% |
| AL154 | Montgomery City, Alabama | 1.77726471583620% |
| AL155 | Montgomery County, Alabama | 0.98033322388421% |
| AL156 | Moody City, Alabama | 0.03620711715990% |
| AL157 | Morgan County, Alabama | 0.31373818458719% |
| AL158 | Moulton City, Alabama | 0.13546080275305% |
| AL159 | Mountain Brook City, Alabama | 0.35653362663731% |
| AL160 | Munford Town, Alabama | 0.02417891272917% |
| AL161 | Muscle Shoals City, Alabama | 0.26828019094231% |
| AL162 | Nauvoo Town, Alabama | 0.01870510354600% |
| AL163 | New Hope City, Alabama | 0.01307908176496% |
| AL164 | Northport City, Alabama | 0.42416628142128% |
| AL165 | Oakman Town, Alabama | 0.04189836873309% |
| AL166 | Oneonta City, Alabama | 0.27040610221760% |
| AL167 | Opelika City, Alabama | 0.53658372677752% |
| AL168 | Opp City, Alabama | 0.09265286030826% |
| AL169 | Orange Beach City, Alabama | 0.29416707967375% |
| AL170 | Oxford City, Alabama | 0.35237875519965% |
| AL171 | Ozark City, Alabama | 0.29499421617778% |
| AL172 | Parrish Town, Alabama | 0.11686245582433% |
| AL173 | Pelham City, Alabama | 0.68738196181712% |
| AL174 | Pell City, Alabama | 0.44443071991301% |
| AL175 | Perry County, Alabama | 0.05087894401632% |
| AL176 | Phenix City, Alabama | 0.62594382078864% |
| AL177 | Pickens County, Alabama | 0.28661898422184% |
| AL178 | Piedmont City, Alabama | 0.14348703018370% |
| AL179 | Pike County, Alabama | 0.02971580831969% |
| AL181 | Pleasant Grove City, Alabama | 0.05168400190121% |
| AL182 | Powell Town, Alabama | 0.00530497268382% |
| AL183 | Prattville City, Alabama | 0.60331346344410% |
| AL184 | Priceville Town, Alabama | 0.01217687795583% |
| AL185 | Prichard City, Alabama | 0.11003827933194% |
| AL186 | Ragland Town, Alabama | 0.01519801230036% |
| AL187 | Rainbow City, Alabama | 0.13460113275434% |
| AL188 | Rainsville City, Alabama | 0.18816655769234% |
| AL189 | Randolph County, Alabama | 0.17748105799125% |
| AL190 | Red Bay City, Alabama | 0.06274639661854% |
| AL241 | Roanoke City, Alabama | 0.10908084650639% |
| AL191 | Robertsdale City, Alabama | 0.08564458709446% |
| AL192 | Rockford Town, Alabama | 0.00588596505293% |
| AL193 | Russell County, Alabama | 0.17037596353878% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL194 | Russellville City, Alabama | 0.31690084937415% |
| AL195 | Saraland City, Alabama | 0.24847953332688% |
| AL196 | Satsuma City, Alabama | 0.06260301546832% |
| AL197 | Scottsboro City, Alabama | 0.66355520306333% |
| AL198 | Selma City, Alabama | 0.26395099581907% |
| AL271 | Semmes City, Alabama | 0.04200467033057% |
| AL199 | Sheffield City, Alabama | 0.16093939937308% |
| AL200 | Shelby County, Alabama | 1.63752907032528% |
| AL201 | Sipsey Town, Alabama | 0.03758758282199% |
| AL202 | Slocomb City, Alabama | 0.04424009805052% |
| AL203 | Spanish Fort City, Alabama | 0.02939683721014% |
| AL204 | Springville City, Alabama | 0.05781214992503% |
| AL205 | St Clair County, Alabama | 1.03787114437202% |
| AL206 | Sumiton City, Alabama | 0.23258714845438% |
| AL242 | Summerdale Town, Alabama | 0.02450324115071% |
| AL207 | Sumter County, Alabama | 0.11813782076557% |
| AL208 | Sweet Water Town, Alabama | 0.00030000947192% |
| AL209 | Sylacauga City, Alabama | 0.23084021018303% |
| AL210 | Talladega City, Alabama | 0.22820288665750% |
| AL211 | Talladega County, Alabama | 0.51585677368324% |
| AL212 | Tallapoosa County, Alabama | 0.19470098477700% |
| AL213 | Tarrant City, Alabama | 0.09199699544540% |
| AL214 | Thomasville City, Alabama | 0.08852500271049% |
| AL215 | Troy City, Alabama | 0.32823721378024% |
| AL216 | Trussville City, Alabama | 0.24448154995938% |
| AL217 | Tuscaloosa City, Alabama | 1.95122494838196% |
| AL218 | Tuscaloosa County, Alabama | 1.01248511560961% |
| AL219 | Tuscumbia City, Alabama | 0.08432211027618% |
| AL220 | Tuskegee City, Alabama | 0.09179124219610% |
| AL221 | Union Springs City, Alabama | 0.04230906305776% |
| AL222 | Uniontown, Alabama | 0.01814515080219% |
| AL223 | Vance Town, Alabama | 0.00962932999198% |
| AL224 | Vernon City, Alabama | 0.03170902060019% |
| AL225 | Vestavia Hills City, Alabama | 0.30835957321481% |
| AL226 | Walker County, Alabama | 1.46359656592768% |
| AL227 | Washington County, Alabama | 0.16134379525758% |
| AL228 | Weaver City, Alabama | 0.04227639968885% |
| AL229 | West Blocton Town, Alabama | 0.04044773805810% |
| AL243 | Wetumpka City, Alabama | 0.16601095559654% |
| AL230 | Wilcox County, Alabama | 0.08791066513276% |
| AL231 | Winfield City, Alabama | 0.19023873350485% |
| AL233 | Woodville Town, Alabama | 0.00046128079736% |
| AL234 | Yellow Bluff Town, Alabama | 0.00293074188026% |
| AL243 | Attentus Mouton, LLC d/b/a Lawrence Medical Center (Lawrence County Health Care Authority), Alabama | 0.14143420563150% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL244 | Bibb County Healthcare Authority d/b/a Bibb Medical Center, Alabama | 0.52488215603592% |
| AL245 | Cullman Regional Medical Center, Inc. (Healthcare Authority of Cullman County), Alabama | 0.43745923357493% |
| AL246 | Dale County Healthcare Authority d/b/a Dale Medical Center, Alabama | 0.29945201925755% |
| AL247 | DCH Health Care Authority (Tuscaloosa) d/b/a DCH Regional Medical Center and Northport Medical Center, Alabama | 2.03896534839883% |
| AL248 | Decatur Morgan Hospital-Parkway (Health Care Authority of the City of Huntsville), Alabama | 0.39470005890361% |
| AL249 | Escambia County Health Care Authority d/b/a D.W. McMillan Memorial Hospital and Atmore Community Hospital, Alabama | 0.15477293845133% |
| AL250 | Geneva County Health Care Authority d/b/a Wiregrass Medical Center, Alabama | 0.48787124726488% |
| AL251 | Greene County Health System, Alabama | 0.30954587690265% |
| AL252 | Health Care Authority of Clarke County d/b/a Grove Hill Memorial Hospital, Alabama | 0.10093886866801% |
| AL253 | Health Care Authority of the City of Huntsville d/b/a Huntsville Hospital, Alabama | 3.03261217443931% |
| AL254 | Healthcare Authority for Baptist Health, an affiliate of UAB Health System d/b/a Baptist Medical Center East (Montgomery), Alabama | 0.61909178627386% |
| AL255 | Healthcare Authority for Baptist Health, an affiliate of UAB Health System d/b/a Baptist Medical Center South (Montgomery), Alabama | 1.30211153244469% |
| AL256 | Healthcare Authority for Baptist Health, an affiliate of UAB Health System d/b/a Prattville Baptist Hospital, Alabama | 0.18505460879230% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AL257 | HH Health System-Athens Limestone, LLC d/b/a Athens Limestone Hospital (Healthcare Authority of the City of Huntsville), Alabama | 0.21708503564384% |
| AL258 | HH Health System-Morgan, LLC d/b/a Decatur Morgan Hospital Decatur, Alabama | 1.08542517821921% |
| AL259 | HH Health Systems-Shoals LLC d/b/a Hellen Keller Hospital (Healthcare Authority of the City of Huntsville), Alabama | 0.56573675758889% |
| AL260 | HH Health Systems-Shoals, LLC d/b/a Red Bay Hospital (Healthcare Authority of the City of Huntsville), Alabama | 0.08222918705539% |
| AL261 | Jackson County Healthcare Authority, Alabama | 0.31247087184822% |
| AL262 | Jefferson County Board of Health, Alabama | 3.08543617986526% |
| AL263 | Lakeland Community Hospital HCA Winston County, Alabama | 0.19514849890595% |
| AL264 | Marshall County Health Care Authority, Alabama | 0.29602506041199% |
| AL265 | Marshall County Health Care Authority, Alabama | 0.64138762006979% |
| AL266 | Medical West Hospital Authority (UAB), Alabama | 0.83442806540712% |
| AL267 | Mobile County Board of Health, Alabama | 1.93445993855628% |
| AL268 | Monroe County Health Care Authority d/b/a Monroe County Hospital, Alabama | 0.16486682856498% |
| AL269 | Sylacauga Health Care Authority d/b/a Coosa Valley Medical Center, Alabama | 0.47777735715122% |
| AL270 | Tombigbee Health Care Authority d/b/a Brian W. Whitfield Memorial Hospital, Alabama | 0.20524238901961% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AK1 | Anchorage Municipality, Alaska | 47.6578000000% |
| AK2 | Fairbanks City, Alaska | 5.1226000000% |
| AK3 | Fairbanks North Star Borough, Alaska | 10.9627000000% |
| AK4 | Juneau City and Borough, Alaska | 5.2324000000% |
| AK5 | Kenai Peninsula Borough, Alaska | 9.4922000000% |
| AK6 | Ketchikan Gateway Borough, Alaska | 2.2406000000% |
| AK7 | Kodiak Island Borough, Alaska | 2.1839000000% |
| AK8 | Matanuska-Susitna Borough, Alaska | 15.4726000000% |
| AK9 | Wasilla City, Alaska | 1.6351000000% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AZ1 | Apache County, Arizona | 0.3907470000% |
| AZ2 | Apache Junction City, Arizona | 0.2201340000% |
| AZ3 | Avondale City, Arizona | 0.5677140000% |
| AZ4 | Benson City, Arizona | 0.0652960000% |
| AZ5 | Bisbee City, Arizona | 0.0643685000% |
| AZ6 | Buckeye City, Arizona | 0.2664780000% |
| AZ7 | Bullhead City, Arizona | 0.6416380000% |
| AZ8 | Camp Verde Town, Arizona | 0.0416227000% |
| AZ9 | Carefree Town, Arizona | 0.0231720000% |
| AZ10 | Casa Grande City, Arizona | 0.2125144000% |
| AZ11 | Cave Creek Town, Arizona | 0.0347580000% |
| AZ12 | Chandler City, Arizona | 1.6567980000% |
| AZ13 | Chino Valley Town, Arizona | 0.0291788000% |
| AZ14 | Clarkdale Town, Arizona | 0.0308952000% |
| AZ15 | Clifton Town, Arizona | 0.0102870000% |
| AZ16 | Cochise County, Arizona | 1.1773685000% |
| AZ17 | Coconino County, Arizona | 1.2011808000% |
| AZ18 | Colorado City Town, Arizona | 0.0298778000% |
| AZ19 | Coolidge City, Arizona | 0.0644448000% |
| AZ20 | Cottonwood City, Arizona | 0.2098299000% |
| AZ21 | Dewey-Humboldt Town, Arizona | 0.0660814000% |
| AZ22 | Douglas City, Arizona | 0.1565620000% |
| AZ23 | Duncan Town, Arizona | 0.0002520000% |
| AZ24 | Eagar Town, Arizona | 0.1425540000% |
| AZ25 | El Mirage City, Arizona | 0.2259270000% |
| AZ26 | Eloy City, Arizona | 1.3418328000% |
| AZ27 | Flagstaff City, Arizona | 0.3114360000% |
| AZ28 | Florence Town, Arizona | 0.0456484000% |
| AZ29 | Fountain Hills Town, Arizona | 0.0984810000% |
| AZ30 | Fredonia Town, Arizona | 0.0052328000% |
| AZ31 | Gila Bend Town, Arizona | 0.0173790000% |
| AZ32 | Gila County, Arizona | 0.7780446000% |
| AZ33 | Gilbert Town, Arizona | 0.9906030000% |
| AZ34 | Glendale City, Arizona | 1.5235590000% |
| AZ35 | Globe City, Arizona | 0.1168266000% |
| AZ36 | Goodyear City, Arizona | 0.4402680000% |
| AZ37 | Graham County, Arizona | 0.4476494000% |
| AZ38 | Greenlee County, Arizona | 0.0794610000% |
| AZ39 | Guadalupe Town, Arizona | 0.0000000000% |
| AZ40 | Hayden Town, Arizona | 0.0263802000% |
| AZ41 | Holbrook City, Arizona | 0.0575625000% |
| AZ42 | Huachuca City Town, Arizona | 0.0168805000% |
| AZ43 | Jerome Town, Arizona | 0.0012873000% |
| AZ44 | Kearny Town, Arizona | 0.0107408000% |
| AZ45 | Kingman City, Arizona | 0.4853918000% |
| AZ46 | La Paz County, Arizona | 0.2670171000% |
| AZ47 | Lake Havasu City, Arizona | 0.6793526000% |
| AZ48 | Litchfield Park City, Arizona | 0.0231720000% |
| AZ49 | Mammoth Town, Arizona | 0.0061376000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AZ50 | Marana Town, Arizona | 0.3841282000% |
| AZ51 | Maricopa City, Arizona | 0.1047228000% |
| AZ52 | Maricopa County, Arizona | 29.8513290000% |
| AZ53 | Mesa City, Arizona | 3.5105580000% |
| AZ54 | Miami Town, Arizona | 0.0309482000% |
| AZ55 | Mohave County, Arizona | 3.0617398000% |
| AZ56 | Navajo County, Arizona | 1.0789515000% |
| AZ57 | Nogales City, Arizona | 0.0834350000% |
| AZ58 | Oro Valley Town, Arizona | 0.3207284000% |
| AZ59 | Page City, Arizona | 0.0575608000% |
| AZ60 | Paradise Valley Town, Arizona | 0.1969620000% |
| AZ61 | Parker Town, Arizona | 0.0156219000% |
| AZ62 | Patagonia Town, Arizona | 0.0024790000% |
| AZ63 | Payson Town, Arizona | 0.1846614000% |
| AZ64 | Peoria City, Arizona | 0.8747430000% |
| AZ65 | Phoenix City, Arizona | 12.3275040000% |
| AZ66 | Pima County, Arizona | 13.4612693000% |
| AZ67 | Pima Town, Arizona | 0.0159618000% |
| AZ68 | Pinal County, Arizona | 2.0334636000% |
| AZ69 | Pinetop-Lakeside Town, Arizona | 0.0729125000% |
| AZ70 | Prescott City, Arizona | 0.5917289000% |
| AZ71 | Prescott Valley Town, Arizona | 0.3471419000% |
| AZ72 | Quartzsite Town, Arizona | 0.0183911000% |
| AZ73 | Queen Creek Town, Arizona | 0.0637230000% |
| AZ74 | Safford City, Arizona | 0.1929077000% |
| AZ75 | Sahuarita Town, Arizona | 0.1510407000% |
| AZ76 | San Luis City, Arizona | 0.0963840000% |
| AZ77 | Santa Cruz County, Arizona | 0.2840860000% |
| AZ78 | Scottsdale City, Arizona | 2.3114070000% |
| AZ79 | Sedona City, Arizona | 0.0690392000% |
| AZ80 | Show Low City, Arizona | 0.1441365000% |
| AZ81 | Sierra Vista City, Arizona | 0.3084865000% |
| AZ82 | Snowflake Town, Arizona | 0.0451290000% |
| AZ83 | Somerton City, Arizona | 0.0449792000% |
| AZ84 | South Tucson City, Arizona | 0.0578057000% |
| AZ85 | Springerville Town, Arizona | 0.0740370000% |
| AZ86 | St. Johns City, Arizona | 0.0826620000% |
| AZ87 | Star Valley Town, Arizona | 0.0039970000% |
| AZ88 | Superior Town, Arizona | 0.0168784000% |
| AZ89 | Surprise City, Arizona | 0.5677140000% |
| AZ90 | Taylor Town, Arizona | 0.0411380000% |
| AZ91 | Tempe City, Arizona | 1.8943110000% |
| AZ92 | Thatcher Town, Arizona | 0.0624092000% |
| AZ93 | Tolleson City, Arizona | 0.1564110000% |
| AZ94 | Tombstone City, Arizona | 0.0215180000% |
| AZ95 | Tucson City, Arizona | 4.2720277000% |
| AZ96 | Tusayan Town, Arizona | 0.0113096000% |
| AZ97 | Wellton Town, Arizona | 0.0122488000% |
| AZ98 | Wickenburg Town, Arizona | 0.0579300000% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| AZ99 | Willcox City, Arizona | 0.0443345000% |
| AZ100 | Williams City, Arizona | 0.0324096000% |
| AZ101 | Winkelman Town, Arizona | 0.0011420000% |
| AZ102 | Winslow City, Arizona | 0.0950165000% |
| AZ103 | Yavapai County, Arizona | 2.9740921000% |
| AZ104 | Youngtown, Arizona | 0.0289650000% |
| AZ105 | Yuma City, Arizona | 0.5285056000% |
| AZ106 | Yuma County, Arizona | 1.3258824000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR1 | Adona City, Arkansas | 0.0020790506% |
| AR2 | Alexander City, Arkansas | 0.0103476018% |
| AR3 | Alicia City, Arkansas | 0.0002309579% |
| AR4 | Allport Town, Arkansas | 0.0026587350% |
| AR5 | Alma City, Arkansas | 0.1875236673% |
| AR6 | Almyra Town, Arkansas | 0.0010881066% |
| AR7 | Alpena Town, Arkansas | 0.0141319347% |
| AR8 | Altheimer City, Arkansas | 0.0071081808% |
| AR9 | Altus City, Arkansas | 0.0161149675% |
| AR10 | Amagon Town, Arkansas | 0.0016587759% |
| AR11 | Amity City, Arkansas | 0.0105947297% |
| AR12 | Anthonyville Town, Arkansas | 0.0010978372% |
| AR13 | Antoine Town, Arkansas | 0.0010576270% |
| AR14 | Arkadelphia City, Arkansas | 0.2710593166% |
| AR15 | Arkansas City, Arkansas | 0.0026365550% |
| AR16 | Arkansas County, Arkansas | 0.2272004928% |
| AR17 | Ash Flat City, Arkansas | 0.0560964456% |
| AR18 | Ashdown City, Arkansas | 0.0210645360% |
| AR19 | Ashley County, Arkansas | 0.3024558569% |
| AR20 | Atkins City, Arkansas | 0.0507540769% |
| AR21 | Aubrey Town, Arkansas | 0.0021166850% |
| AR22 | Augusta City, Arkansas | 0.0134645321% |
| AR23 | Austin City, Arkansas | 0.0201747613% |
| AR24 | Avoca Town, Arkansas | 0.0030227727% |
| AR25 | Bald Knob City, Arkansas | 0.1048227005% |
| AR26 | Banks Town, Arkansas | 0.0006822846% |
| AR27 | Barling City, Arkansas | 0.1588678563% |
| AR28 | Bassett Town, Arkansas | 0.0011499243% |
| AR29 | Batesville City, Arkansas | 0.1318965785% |
| AR30 | Bauxite Town, Arkansas | 0.0049816222% |
| AR31 | Baxter County, Arkansas | 0.8690235470% |
| AR32 | Bay City, Arkansas | 0.0250493472% |
| AR33 | Bearden City, Arkansas | 0.0161101022% |
| AR34 | Beaver Town, Arkansas | 0.0051365958% |
| AR35 | Beebe City, Arkansas | 0.2412092213% |
| AR36 | Beedeville Town, Arkansas | 0.0018030172% |
| AR37 | Bella Vista City, Arkansas | 0.5136648745% |
| AR38 | Bellefonte Town, Arkansas | 0.0008435545% |
| AR39 | Belleville City, Arkansas | 0.0050880860% |
| AR40 | Ben Lomond Town, Arkansas | 0.0012499489% |
| AR41 | Benton City, Arkansas | 1.3762616667% |
| AR42 | Benton County, Arkansas | 1.9493524156% |
| AR43 | Bentonville City, Arkansas | 1.3212148347% |
| AR44 | Bergman Town, Arkansas | 0.0080191338% |
| AR45 | Berryville City, Arkansas | 0.1767673815% |
| AR47 | Big Flat Town, Arkansas | 0.0005552148% |
| AR48 | Bigelow Town, Arkansas | 0.0028351731% |
| AR49 | Biggers Town, Arkansas | 0.0002571446% |
| AR50 | Birdsong Town, Arkansas | 0.0001210597% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| AR51 | Black Oak Town, Arkansas | 0.0003079439% |
| AR52 | Black Rock City, Arkansas | 0.0020552966% |
| AR53 | Black Springs Town, Arkansas | 0.0007714338% |
| AR54 | Blevins City, Arkansas | 0.0042289340% |
| AR55 | Blue Eye Town, Arkansas | 0.0007084713% |
| AR56 | Blue Mountain Town, Arkansas | 0.0023457827% |
| AR57 | Bluff City Town, Arkansas | 0.0001956131% |
| AR58 | Blytheville City, Arkansas | 0.3444881956% |
| AR59 | Bodcaw Town, Arkansas | 0.0004892473% |
| AR60 | Bonanza City, Arkansas | 0.0271534397% |
| AR61 | Bono City, Arkansas | 0.0166311169% |
| AR62 | Boone County, Arkansas | 0.6844345049% |
| AR63 | Booneville City, Arkansas | 0.2395670446% |
| AR64 | Bradford City, Arkansas | 0.0196136795% |
| AR65 | Bradley City, Arkansas | 0.0127167093% |
| AR66 | Bradley County, Arkansas | 0.0903557767% |
| AR67 | Branch City, Arkansas | 0.0001595527% |
| AR68 | Briarcliff City, Arkansas | 0.0001841653% |
| AR69 | Brinkley City, Arkansas | 0.0788794288% |
| AR70 | Brookland City, Arkansas | 0.0336729211% |
| AR71 | Bryant City, Arkansas | 1.0536173112% |
| AR72 | Buckner City, Arkansas | 0.0065180504% |
| AR73 | Bull Shoals City, Arkansas | 0.0692543217% |
| AR74 | Burdette Town, Arkansas | 0.0001210597% |
| AR75 | Cabot City, Arkansas | 0.9626014299% |
| AR76 | Caddo Valley Town, Arkansas | 0.0447599031% |
| AR77 | Caldwell Town, Arkansas | 0.0042239256% |
| AR78 | Cale Town, Arkansas | 0.0007827384% |
| AR79 | Calhoun County, Arkansas | 0.1397959405% |
| AR80 | Calico Rock City, Arkansas | 0.0024459503% |
| AR81 | Calion City, Arkansas | 0.0029361993% |
| AR82 | Camden City, Arkansas | 0.4098542963% |
| AR83 | Cammack Village City, Arkansas | 0.0112054660% |
| AR84 | Campbell Station City, Arkansas | 0.0043090681% |
| AR85 | Caraway City, Arkansas | 0.0225855098% |
| AR86 | Carlisle City, Arkansas | 0.1468534652% |
| AR87 | Carroll County, Arkansas | 0.5928260605% |
| AR88 | Carthage City, Arkansas | 0.0016610654% |
| AR89 | Casa Town, Arkansas | 0.0015121018% |
| AR90 | Cash Town, Arkansas | 0.0012319187% |
| AR91 | Caulksville Town, Arkansas | 0.0006928738% |
| AR92 | Cave City, Arkansas | 0.0850463202% |
| AR93 | Cave Springs City, Arkansas | 0.0320796835% |
| AR94 | Cedarville City, Arkansas | 0.0178802072% |
| AR95 | Centerton City, Arkansas | 0.1131077079% |
| AR96 | Central City Town, Arkansas | 0.0174268772% |
| AR97 | Charleston City, Arkansas | 0.0410054775% |
| AR98 | Cherokee Village City, Arkansas | 0.2125413902% |
| AR99 | Cherry Valley City, Arkansas | 0.0081466329% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR100 | Chester Town, Arkansas | 0.0004361585% |
| AR101 | Chicot County, Arkansas | 0.2832352637% |
| AR102 | Chidester City, Arkansas | 0.0007419559% |
| AR103 | Clarendon City, Arkansas | 0.0270484068% |
| AR104 | Clark County, Arkansas | 0.3342708117% |
| AR105 | Clarksville City, Arkansas | 0.2458837581% |
| AR106 | Clay County, Arkansas | 0.0479674136% |
| AR107 | Cleburne County, Arkansas | 0.3503158049% |
| AR108 | Cleveland County, Arkansas | 0.1143679597% |
| AR109 | Clinton City, Arkansas | 0.0824034689% |
| AR110 | Coal Hill City, Arkansas | 0.1328713526% |
| AR111 | Colt City, Arkansas | 0.0085205444% |
| AR112 | Columbia County, Arkansas | 0.0671663991% |
| AR113 | Concord Town, Arkansas | 0.0150785188% |
| AR114 | Conway City, Arkansas | 2.0922743015% |
| AR115 | Conway County, Arkansas | 0.5138971203% |
| AR116 | Corning City, Arkansas | 0.0191809554% |
| AR117 | Cotter City, Arkansas | 0.0233925747% |
| AR118 | Cotton Plant City, Arkansas | 0.0024986099% |
| AR119 | Cove Town, Arkansas | 0.0001777260% |
| AR120 | Coy Town, Arkansas | 0.0078196572% |
| AR121 | Craighead County, Arkansas | 0.9265189050% |
| AR122 | Crawford County, Arkansas | 0.9565887967% |
| AR123 | Crawfordsville Town, Arkansas | 0.0037229444% |
| AR124 | Crittenden County, Arkansas | 0.4864689351% |
| AR125 | Cross County, Arkansas | 0.3114968436% |
| AR126 | Crossett City, Arkansas | 0.2482926464% |
| AR127 | Cushman City, Arkansas | 0.0031235127% |
| AR128 | Daisy Town, Arkansas | 0.0019036142% |
| AR129 | Dallas County, Arkansas | 0.1170103816% |
| AR130 | Damascus Town, Arkansas | 0.0328833141% |
| AR131 | Danville City, Arkansas | 0.0554598088% |
| AR132 | Dardanelle City, Arkansas | 0.1270318663% |
| AR133 | Datto Town, Arkansas | 0.0002041989% |
| AR134 | De Queen City, Arkansas | 0.1825177187% |
| AR135 | De Valls Bluff City, Arkansas | 0.0153369512% |
| AR136 | Decatur City, Arkansas | 0.0461206088% |
| AR137 | Delaplaine Town, Arkansas | 0.0012409338% |
| AR138 | Delight City, Arkansas | 0.0019036142% |
| AR139 | Dell Town, Arkansas | 0.0049627334% |
| AR140 | Denning Town, Arkansas | 0.0066893371% |
| AR141 | Dermott City, Arkansas | 0.0098811069% |
| AR142 | Des Arc City, Arkansas | 0.0461902968% |
| AR143 | Desha County, Arkansas | 0.1880442527% |
| AR144 | Dewitt City, Arkansas | 0.0561472449% |
| AR145 | Diamond City, Arkansas | 0.0067481498% |
| AR146 | Diaz City, Arkansas | 0.0144799456% |
| AR147 | Dierks City, Arkansas | 0.0109843817% |
| AR148 | Donaldson Town, Arkansas | 0.0097288521% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR149 | Dover City, Arkansas | 0.0357561215% |
| AR150 | Drew County, Arkansas | 0.4314342663% |
| AR151 | Dumas City, Arkansas | 0.0345209116% |
| AR152 | Dyer City, Arkansas | 0.0039248537% |
| AR153 | Dyess Town, Arkansas | 0.0004842389% |
| AR154 | Earle City, Arkansas | 0.0169920066% |
| AR155 | East Camden Town, Arkansas | 0.0077825952% |
| AR156 | Edmondson Town, Arkansas | 0.0080664988% |
| AR157 | Egypt Town, Arkansas | 0.0007186312% |
| AR158 | El Dorado City, Arkansas | 0.7549722601% |
| AR159 | Elaine City, Arkansas | 0.0061272536% |
| AR160 | Elkins City, Arkansas | 0.0584820092% |
| AR161 | Elm Springs City, Arkansas | 0.0169270407% |
| AR162 | Emerson Town, Arkansas | 0.0007712907% |
| AR163 | Emmet City, Arkansas | 0.0006732695% |
| AR164 | England City, Arkansas | 0.1277733929% |
| AR165 | Enola Town, Arkansas | 0.0166283981% |
| AR166 | Etowah Town, Arkansas | 0.0016945500% |
| AR167 | Eudora City, Arkansas | 0.0090127967% |
| AR168 | Eureka Springs City, Arkansas | 0.3891361972% |
| AR169 | Evening Shade City, Arkansas | 0.0112877465% |
| AR170 | Everton Town, Arkansas | 0.0023825585% |
| AR171 | Fairfield Bay City, Arkansas | 0.0994183710% |
| AR172 | Fargo Town, Arkansas | 0.0003540210% |
| AR173 | Farmington City, Arkansas | 0.0908450240% |
| AR174 | Faulkner County, Arkansas | 1.0072116540% |
| AR175 | Fayetteville City, Arkansas | 2.1103658624% |
| AR176 | Felsenthal Town, Arkansas | 0.0017181610% |
| AR177 | Fifty-Six City, Arkansas | 0.0004614866% |
| AR178 | Fisher City, Arkansas | 0.0019605666% |
| AR179 | Flippin City, Arkansas | 0.0956901320% |
| AR180 | Fordyce City, Arkansas | 0.0545063561% |
| AR181 | Foreman City, Arkansas | 0.0020583016% |
| AR182 | Forrest City, Arkansas | 0.2961090931% |
| AR183 | Fort Smith City, Arkansas | 3.8434930088% |
| AR184 | Fouke City, Arkansas | 0.0054372418% |
| AR185 | Fountain Hill Town, Arkansas | 0.0007150537% |
| AR186 | Fountain Lake Town, Arkansas | 0.0028270166% |
| AR187 | Fourche Town, Arkansas | 0.0009659021% |
| AR188 | Franklin County, Arkansas | 0.5981687154% |
| AR189 | Franklin Town, Arkansas | 0.0147063245% |
| AR190 | Fredonia (Biscoe) Town, Arkansas | 0.0078030580% |
| AR191 | Friendship Town, Arkansas | 0.0051302995% |
| AR192 | Fulton County, Arkansas | 0.4958178657% |
| AR193 | Fulton Town, Arkansas | 0.0066352466% |
| AR194 | Garfield Town, Arkansas | 0.0074476060% |
| AR195 | Garland County, Arkansas | 1.7334588443% |
| AR196 | Garland Town, Arkansas | 0.0002891982% |
| AR197 | Garner Town, Arkansas | 0.0077934705% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR198 | Gassville City, Arkansas | 0.0727563250% |
| AR199 | Gateway Town, Arkansas | 0.0062878080% |
| AR200 | Gentry City, Arkansas | 0.0904861377% |
| AR201 | Georgetown, Arkansas | 0.0040265954% |
| AR202 | Gilbert Town, Arkansas | 0.0024831554% |
| AR203 | Gillett City, Arkansas | 0.0114616089% |
| AR204 | Gillham Town, Arkansas | 0.0013801668% |
| AR205 | Gilmore City, Arkansas | 0.0000954454% |
| AR206 | Glenwood City, Arkansas | 0.0480021861% |
| AR207 | Goshen Town, Arkansas | 0.0031660124% |
| AR208 | Gosnell City, Arkansas | 0.0272347186% |
| AR209 | Gould City, Arkansas | 0.0171248002% |
| AR210 | Grady City, Arkansas | 0.0313103962% |
| AR211 | Grannis City, Arkansas | 0.0009242610% |
| AR212 | Grant County, Arkansas | 0.2664481715% |
| AR213 | Gravette City, Arkansas | 0.0803454535% |
| AR214 | Green Forest City, Arkansas | 0.1176088116% |
| AR215 | Greenbrier City, Arkansas | 0.0720066419% |
| AR216 | Greene County, Arkansas | 0.5298528213% |
| AR217 | Greenland City, Arkansas | 0.0237445924% |
| AR218 | Greenway City, Arkansas | 0.0004757962% |
| AR219 | Greenwood City, Arkansas | 0.2310067194% |
| AR220 | Greers Ferry City, Arkansas | 0.0499860774% |
| AR221 | Griffithville Town, Arkansas | 0.0045461792% |
| AR222 | Grubbs City, Arkansas | 0.0056885194% |
| AR223 | Guion Town, Arkansas | 0.0188333737% |
| AR224 | Gum Springs Town, Arkansas | 0.0030512489% |
| AR225 | Gurdon City, Arkansas | 0.0633258293% |
| AR226 | Guy City, Arkansas | 0.0155481618% |
| AR227 | Hackett City, Arkansas | 0.0171567108% |
| AR228 | Hamburg City, Arkansas | 0.0524650830% |
| AR229 | Hampton City, Arkansas | 0.0149258347% |
| AR230 | Hardy City, Arkansas | 0.0225704847% |
| AR231 | Harrell Town, Arkansas | 0.0015608978% |
| AR232 | Harrisburg City, Arkansas | 0.0610374284% |
| AR233 | Harrison City, Arkansas | 0.7509041666% |
| AR234 | Hartford City, Arkansas | 0.0079703379% |
| AR235 | Hartman City, Arkansas | 0.0041808536% |
| AR236 | Haskell City, Arkansas | 0.0719017520% |
| AR237 | Hatfield Town, Arkansas | 0.0003119506% |
| AR238 | Havana City, Arkansas | 0.0028832535% |
| AR239 | Haynes Town, Arkansas | 0.0021807923% |
| AR240 | Hazen City, Arkansas | 0.0648458015% |
| AR241 | Heber Springs City, Arkansas | 0.3767547633% |
| AR242 | Hector Town, Arkansas | 0.0046732490% |
| AR243 | Helena-West Helena City, Arkansas | 0.1739214762% |
| AR244 | Hempstead County, Arkansas | 0.2734659153% |
| AR245 | Hermitage City, Arkansas | 0.0121839606% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR246 | Hickory Ridge City, Arkansas | 0.0037770349% |
| AR247 | Higden Town, Arkansas | 0.0085654767% |
| AR248 | Higginson Town, Arkansas | 0.0151972889% |
| AR249 | Highfill Town, Arkansas | 0.0156011076% |
| AR250 | Highland City, Arkansas | 0.0298718460% |
| AR251 | Hindsville Town, Arkansas | 0.0033816590% |
| AR252 | Holland City, Arkansas | 0.0148864831% |
| AR253 | Holly Grove City, Arkansas | 0.0044608936% |
| AR254 | Hope City, Arkansas | 0.2248866206% |
| AR255 | Horatio City, Arkansas | 0.0029417800% |
| AR256 | Horseshoe Bend City, Arkansas | 0.1112109623% |
| AR257 | Horseshoe Lake Town, Arkansas | 0.0014319677% |
| AR258 | Hot Spring County, Arkansas | 0.4782149797% |
| AR259 | Hot Springs City, Arkansas | 3.5617977507% |
| AR260 | Houston Town, Arkansas | 0.0052922849% |
| AR261 | Howard County, Arkansas | 0.1730249760% |
| AR262 | Hoxie City, Arkansas | 0.0120318489% |
| AR263 | Hughes City, Arkansas | 0.0136608689% |
| AR264 | Humnoke City, Arkansas | 0.0148176536% |
| AR265 | Humphrey City, Arkansas | 0.0142685920% |
| AR266 | Hunter Town, Arkansas | 0.0001735762% |
| AR267 | Huntington City, Arkansas | 0.0062142563% |
| AR268 | Huntsville City, Arkansas | 0.0854508543% |
| AR269 | Huttig City, Arkansas | 0.0090756161% |
| AR270 | Imboden Town, Arkansas | 0.0007621325% |
| AR271 | Independence County, Arkansas | 1.0893020276% |
| AR272 | Izard County, Arkansas | 0.5513048629% |
| AR273 | Jackson County, Arkansas | 0.1817241049% |
| AR274 | Jacksonport Town, Arkansas | 0.0050680525% |
| AR275 | Jacksonville City, Arkansas | 2.6389305280% |
| AR276 | Jasper City, Arkansas | 0.0070526594% |
| AR277 | Jefferson County, Arkansas | 0.5992841535% |
| AR278 | Jennette Town, Arkansas | 0.0012409338% |
| AR279 | Jericho Town, Arkansas | 0.0009641849% |
| AR281 | Johnson City, Arkansas | 0.1307711237% |
| AR282 | Johnson County, Arkansas | 0.3136687844% |
| AR283 | Joiner City, Arkansas | 0.0294738943% |
| AR284 | Jonesboro City, Arkansas | 2.1740597362% |
| AR285 | Judsonia City, Arkansas | 0.0470208295% |
| AR286 | Junction City, Arkansas | 0.0041819983% |
| AR287 | Keiser City, Arkansas | 0.0065363668% |
| AR288 | Kensett City, Arkansas | 0.0362397881% |
| AR289 | Kibler City, Arkansas | 0.0431741065% |
| AR290 | Kingsland City, Arkansas | 0.0062036672% |
| AR291 | Knobel City, Arkansas | 0.0009218283% |
| AR292 | Knoxville Town, Arkansas | 0.0058832739% |
| AR293 | Lafayette County, Arkansas | 0.0910619584% |
| AR294 | Lafe Town, Arkansas | 0.0028363178% |
| AR295 | Lagrange Town, Arkansas | 0.0008239503% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR296 | Lake City, Arkansas | 0.0259733220% |
| AR297 | Lake View City, Arkansas | 0.0047133160% |
| AR298 | Lake Village City, Arkansas | 0.0224886334% |
| AR299 | Lakeview City, Arkansas | 0.0193402219% |
| AR300 | Lamar City, Arkansas | 0.1021685446% |
| AR301 | Lavaca City, Arkansas | 0.0302604964% |
| AR302 | Lawrence County, Arkansas | 0.4807663922% |
| AR303 | Leachville City, Arkansas | 0.0232401768% |
| AR304 | Lead Hill Town, Arkansas | 0.0069168607% |
| AR305 | Lee County, Arkansas | 0.0989039387% |
| AR306 | Leola Town, Arkansas | 0.0013687190% |
| AR307 | Lepanto City, Arkansas | 0.0682260295% |
| AR308 | Leslie City, Arkansas | 0.0254444370% |
| AR309 | Lewisville City, Arkansas | 0.0166148039% |
| AR310 | Lincoln City, Arkansas | 0.0464338472% |
| AR311 | Lincoln County, Arkansas | 0.1387881111% |
| AR312 | Little Flock City, Arkansas | 0.0530723850% |
| AR313 | Little River County, Arkansas | 0.3040825791% |
| AR314 | Little Rock City, Arkansas | 6.7135694892% |
| AR315 | Lockesburg City, Arkansas | 0.0062672021% |
| AR316 | Logan County, Arkansas | 0.5058103018% |
| AR317 | London City, Arkansas | 0.0142372538% |
| AR318 | Lonoke City, Arkansas | 0.2452247983% |
| AR319 | Lonoke County, Arkansas | 0.5819398431% |
| AR320 | Louann Town, Arkansas | 0.0002119261% |
| AR321 | Luxora City, Arkansas | 0.0119226662% |
| AR322 | Lynn Town, Arkansas | 0.0001385175% |
| AR323 | Madison City, Arkansas | 0.0058260353% |
| AR324 | Madison County, Arkansas | 0.3196927018% |
| AR325 | Magazine City, Arkansas | 0.0318730520% |
| AR326 | Magness Town, Arkansas | 0.0014179443% |
| AR327 | Magnolia City, Arkansas | 0.5824169272% |
| AR328 | Malvern City, Arkansas | 0.3835695961% |
| AR329 | Mammoth Spring City, Arkansas | 0.0072408314% |
| AR330 | Manila City, Arkansas | 0.0409146647% |
| AR331 | Mansfield City, Arkansas | 0.0007997669% |
| AR332 | Marianna City, Arkansas | 0.0846648246% |
| AR333 | Marie Town, Arkansas | 0.0009849339% |
| AR334 | Marion City, Arkansas | 0.1126915829% |
| AR335 | Marion County, Arkansas | 0.3952336867% |
| AR336 | Marked Tree City, Arkansas | 0.0992021520% |
| AR337 | Marmaduke City, Arkansas | 0.0391761304% |
| AR338 | Marvell City, Arkansas | 0.0610375715% |
| AR339 | Maumelle City, Arkansas | 0.2572012688% |
| AR340 | Mayflower City, Arkansas | 0.0608694329% |
| AR341 | Maynard Town, Arkansas | 0.0013140561% |
| AR342 | McCaskill Town, Arkansas | 0.0012894435% |
| AR343 | McCrory City, Arkansas | 0.0147483949% |
| AR344 | McDougal Town, Arkansas | 0.0001189133% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR345 | McGehee City, Arkansas | 0.0429993856% |
| AR346 | McNab Town, Arkansas | 0.0009151028% |
| AR347 | Mcrae City, Arkansas | 0.0307843730% |
| AR348 | Melbourne City, Arkansas | 0.0687295865% |
| AR349 | Mena City, Arkansas | 0.7716866592% |
| AR350 | Menifee Town, Arkansas | 0.0106144770% |
| AR351 | Midland Town, Arkansas | 0.0002701664% |
| AR352 | Miller County, Arkansas | 0.3769094507% |
| AR353 | Mineral Springs City, Arkansas | 0.0133569235% |
| AR354 | Minturn Town, Arkansas | 0.0002323889% |
| AR355 | Mississippi County, Arkansas | 0.4561503415% |
| AR356 | Mitchellville City, Arkansas | 0.0000190318% |
| AR357 | Monette City, Arkansas | 0.0230987974% |
| AR358 | Monroe County, Arkansas | 0.0751267203% |
| AR359 | Montgomery County, Arkansas | 0.2264091685% |
| AR360 | Monticello City, Arkansas | 0.0526747196% |
| AR361 | Montrose City, Arkansas | 0.0059883068% |
| AR362 | Moorefield Town, Arkansas | 0.0009616092% |
| AR363 | Moro Town, Arkansas | 0.0019858947% |
| AR364 | Morrilton City, Arkansas | 0.2597150469% |
| AR365 | Morrison Bluff Town, Arkansas | 0.0001732900% |
| AR366 | Mount Ida City, Arkansas | 0.0133550632% |
| AR367 | Mount Pleasant Town, Arkansas | 0.0122294653% |
| AR368 | Mount Vernon Town, Arkansas | 0.0071675659% |
| AR369 | Mountain Home City, Arkansas | 0.8447100025% |
| AR370 | Mountain Pine City, Arkansas | 0.0111311989% |
| AR371 | Mountainburg City, Arkansas | 0.0505877986% |
| AR372 | Mulberry City, Arkansas | 0.0839496278% |
| AR373 | Murfreesboro City, Arkansas | 0.0401878235% |
| AR374 | Nashville City, Arkansas | 0.1174004630% |
| AR375 | Nevada County, Arkansas | 0.1042972498% |
| AR376 | Newark City, Arkansas | 0.0743959259% |
| AR377 | Newport City, Arkansas | 0.2957024125% |
| AR378 | Newton County, Arkansas | 0.2538955941% |
| AR379 | Norfork City, Arkansas | 0.0071735760% |
| AR380 | Norman Town, Arkansas | 0.0054255078% |
| AR381 | Norphlet City, Arkansas | 0.0199309247% |
| AR382 | North Little Rock City, Arkansas | 1.6145764729% |
| AR383 | Oak Grove Heights Town, Arkansas | 0.0108133813% |
| AR384 | Oak Grove Town, Arkansas | 0.0031881924% |
| AR385 | Oakhaven Town, Arkansas | 0.0008458440% |
| AR386 | Oden Town, Arkansas | 0.0002086349% |
| AR387 | Ogden City, Arkansas | 0.0000829960% |
| AR388 | Oil Trough Town, Arkansas | 0.0018456600% |
| AR389 | O'Kean Town, Arkansas | 0.0001714297% |
| AR390 | Okolona Town, Arkansas | 0.0019046158% |
| AR391 | Ola City, Arkansas | 0.0262882776% |
| AR392 | Omaha Town, Arkansas | 0.0030405167% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR393 | Oppelo City, Arkansas | 0.0090335457% |
| AR394 | Osceola City, Arkansas | 0.2492878833% |
| AR395 | Ouachita County, Arkansas | 0.2913601460% |
| AR396 | Oxford City, Arkansas | 0.0264156336% |
| AR397 | Ozan Town, Arkansas | 0.0011369025% |
| AR398 | Ozark City, Arkansas | 0.1131238778% |
| AR399 | Palestine City, Arkansas | 0.0190803585% |
| AR400 | Pangburn City, Arkansas | 0.0157168727% |
| AR401 | Paragould City, Arkansas | 1.0056390223% |
| AR402 | Paris City, Arkansas | 0.1616167421% |
| AR403 | Parkdale City, Arkansas | 0.0007150537% |
| AR404 | Parkin City, Arkansas | 0.0145157198% |
| AR405 | Patmos Town, Arkansas | 0.0012638292% |
| AR406 | Patterson City, Arkansas | 0.0019780244% |
| AR407 | Pea Ridge City, Arkansas | 0.1099874863% |
| AR408 | Peach Orchard City, Arkansas | 0.0002743162% |
| AR409 | Perla Town, Arkansas | 0.0015089537% |
| AR410 | Perry County, Arkansas | 0.2411764522% |
| AR411 | Perry Town, Arkansas | 0.0054813155% |
| AR412 | Perrytown, Arkansas | 0.0014218079% |
| AR413 | Perryville City, Arkansas | 0.0413931262% |
| AR414 | Phillips County, Arkansas | 0.3245121955% |
| AR415 | Piggott City, Arkansas | 0.3895380125% |
| AR416 | Pike County, Arkansas | 0.3481536152% |
| AR417 | Pindall Town, Arkansas | 0.0030350790% |
| AR418 | Pine Bluff City, Arkansas | 0.9840818047% |
| AR419 | Pineville Town, Arkansas | 0.0022012551% |
| AR420 | Plainview City, Arkansas | 0.0125505741% |
| AR421 | Pleasant Plains Town, Arkansas | 0.0024498139% |
| AR422 | Plumerville City, Arkansas | 0.0292462276% |
| AR423 | Pocahontas City, Arkansas | 0.4671181241% |
| AR424 | Poinsett County, Arkansas | 0.4009911787% |
| AR425 | Polk County, Arkansas | 0.0691418478% |
| AR426 | Pollard City, Arkansas | 0.0004521853% |
| AR427 | Pope County, Arkansas | 0.8568421621% |
| AR428 | Portia Town, Arkansas | 0.0009455824% |
| AR429 | Portland City, Arkansas | 0.0081334680% |
| AR430 | Pottsville City, Arkansas | 0.0356473681% |
| AR431 | Powhatan Town, Arkansas | 0.0001556891% |
| AR432 | Poyen Town, Arkansas | 0.0022812461% |
| AR433 | Prairie County, Arkansas | 0.0903177130% |
| AR434 | Prairie Grove City, Arkansas | 0.0877670159% |
| AR435 | Prattsville Town, Arkansas | 0.0011406231% |
| AR436 | Prescott City, Arkansas | 0.0925564594% |
| AR437 | Pulaski County, Arkansas | 2.3536109191% |
| AR438 | Pyatt Town, Arkansas | 0.0061435666% |
| AR439 | Quitman City, Arkansas | 0.0720876345% |
| AR440 | Randolph County, Arkansas | 0.0533049170% |
| AR441 | Ratcliff City, Arkansas | 0.0038192484% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR442 | Ravenden Springs Town, Arkansas | 0.0001143342% |
| AR443 | Ravenden Town, Arkansas | 0.0021246984% |
| AR444 | Rector City, Arkansas | 0.0056501695% |
| AR445 | Redfield City, Arkansas | 0.0199888788% |
| AR446 | Reed Town, Arkansas | 0.0009294125% |
| AR447 | Reyno City, Arkansas | 0.0001714297% |
| AR448 | Rison City, Arkansas | 0.0266158258% |
| AR449 | Rockport City, Arkansas | 0.0466258829% |
| AR450 | Roe Town, Arkansas | 0.0006297682% |
| AR451 | Rogers City, Arkansas | 1.7409808606% |
| AR452 | Rondo Town, Arkansas | 0.0001282146% |
| AR453 | Rose Bud Town, Arkansas | 0.0201332633% |
| AR454 | Rosston Town, Arkansas | 0.0012719857% |
| AR455 | Rudy Town, Arkansas | 0.0043610122% |
| AR456 | Russell Town, Arkansas | 0.0072738867% |
| AR457 | Russellville City, Arkansas | 0.9171601007% |
| AR458 | Salem City, Arkansas | 0.0044962385% |
| AR459 | Salesville City, Arkansas | 0.0064404921% |
| AR460 | Saline County, Arkansas | 1.0800200662% |
| AR461 | Scott County, Arkansas | 0.3380405487% |
| AR462 | Scranton City, Arkansas | 0.0072753177% |
| AR463 | Searcy City, Arkansas | 0.9880873649% |
| AR464 | Searcy County, Arkansas | 0.2116252857% |
| AR465 | Sebastian County, Arkansas | 2.1934833834% |
| AR466 | Sedgwick Town, Arkansas | 0.0005311746% |
| AR467 | Sevier County, Arkansas | 0.2613059949% |
| AR468 | Shannon Hills City, Arkansas | 0.0498163648% |
| AR469 | Sharp County, Arkansas | 0.2811885530% |
| AR470 | Sheridan City, Arkansas | 0.2276671308% |
| AR471 | Sherrill Town, Arkansas | 0.0025761682% |
| AR472 | Sherwood City, Arkansas | 0.4241829888% |
| AR473 | Shirley Town, Arkansas | 0.0009145304% |
| AR474 | Sidney Town, Arkansas | 0.0035774152% |
| AR475 | Siloam Springs City, Arkansas | 0.7477783644% |
| AR476 | Smackover City, Arkansas | 0.0008007686% |
| AR477 | Smithville Town, Arkansas | 0.0001624146% |
| AR478 | South Lead Hill Town, Arkansas | 0.0018313504% |
| AR479 | Sparkman City, Arkansas | 0.0035065824% |
| AR480 | Springdale City, Arkansas | 2.0136786333% |
| AR481 | Springtown, Arkansas | 0.0002924895% |
| AR482 | St Francis County, Arkansas | 0.2044215163% |
| AR483 | St. Charles County, Arkansas | 0.0024664131% |
| AR484 | St. Francis City, Arkansas | 0.0007137659% |
| AR485 | St. Joe Town, Arkansas | 0.0076757020% |
| AR486 | St. Paul Town, Arkansas | 0.0041619648% |
| AR487 | Stamps City, Arkansas | 0.0180207281% |
| AR488 | Star City, Arkansas | 0.0564865270% |
| AR489 | Stephens City, Arkansas | 0.0116586529% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR490 | Stone County, Arkansas | 0.2837768844% |
| AR491 | Strawberry Town, Arkansas | 0.0006928738% |
| AR492 | Strong City, Arkansas | 0.0029361993% |
| AR493 | Stuttgart City, Arkansas | 0.2203815101% |
| AR494 | Subiaco Town, Arkansas | 0.0109146937% |
| AR495 | Success Town, Arkansas | 0.0001784415% |
| AR496 | Sulphur Rock Town, Arkansas | 0.0032654646% |
| AR497 | Sulphur Springs City, Arkansas | 0.0120908047% |
| AR498 | Summit City, Arkansas | 0.0074467474% |
| AR499 | Sunset Town, Arkansas | 0.0016041130% |
| AR500 | Swifton City, Arkansas | 0.0178930859% |
| AR501 | Taylor City, Arkansas | 0.0014103602% |
| AR502 | Texarkana City, Arkansas | 0.7683955804% |
| AR503 | Thornton City, Arkansas | 0.0022437548% |
| AR504 | Tillar City, Arkansas | 0.0003265465% |
| AR505 | Tinsman Town, Arkansas | 0.0003150987% |
| AR506 | Tollette Town, Arkansas | 0.0032731918% |
| AR507 | Tontitown City, Arkansas | 0.0610355681% |
| AR508 | Traskwood City, Arkansas | 0.0177678764% |
| AR509 | Trumann City, Arkansas | 0.2319945153% |
| AR510 | Tuckerman City, Arkansas | 0.0405439909% |
| AR511 | Tull Town, Arkansas | 0.0030797252% |
| AR512 | Tupelo Town, Arkansas | 0.0005171511% |
| AR513 | Turrell City, Arkansas | 0.0090687475% |
| AR514 | Twin Groves Town, Arkansas | 0.0156102657% |
| AR515 | Tyronza City, Arkansas | 0.0382955139% |
| AR516 | Ulm Town, Arkansas | 0.0000892216% |
| AR517 | Union County, Arkansas | 0.4520045466% |
| AR518 | Valley Springs Town, Arkansas | 0.0032716177% |
| AR519 | Van Buren City, Arkansas | 1.7649031789% |
| AR520 | Van Buren County, Arkansas | 0.3641848711% |
| AR521 | Vandervoort Town, Arkansas | 0.0000659675% |
| AR522 | Victoria Town, Arkansas | 0.0005446257% |
| AR523 | Vilonia City, Arkansas | 0.1035441323% |
| AR524 | Viola Town, Arkansas | 0.0032700437% |
| AR525 | Wabbaseka Town, Arkansas | 0.0082530968% |
| AR526 | Waldenburg Town, Arkansas | 0.0023526513% |
| AR527 | Waldo City, Arkansas | 0.0028426141% |
| AR528 | Waldron City, Arkansas | 0.1501465474% |
| AR529 | Walnut Ridge City, Arkansas | 0.0315460763% |
| AR530 | Ward City, Arkansas | 0.1482609634% |
| AR531 | Warren City, Arkansas | 0.1331456688% |
| AR532 | Washington City, Arkansas | 0.0014218079% |
| AR533 | Washington County, Arkansas | 2.0141562897% |
| AR534 | Watson City, Arkansas | 0.0000569524% |
| AR535 | Weiner City, Arkansas | 0.0115016760% |
| AR536 | Weldon Town, Arkansas | 0.0015514534% |
| AR537 | West Fork City, Arkansas | 0.0278779379% |
| AR538 | West Memphis City, Arkansas | 0.6402086383% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR539 | West Point Town, Arkansas | 0.0031173596% |
| AR540 | Western Grove Town, Arkansas | 0.0057204300% |
| AR541 | Wheatley City, Arkansas | 0.0050976735% |
| AR542 | Whelen Springs Town, Arkansas | 0.0002381128% |
| AR543 | White County, Arkansas | 0.9979591705% |
| AR544 | White Hall City, Arkansas | 0.0551959387% |
| AR545 | Wickes Town, Arkansas | 0.0001422380% |
| AR546 | Widener Town, Arkansas | 0.0014565804% |
| AR547 | Wiederkehr Village City, Arkansas | 0.0015955272% |
| AR548 | Williford Town, Arkansas | 0.0025041906% |
| AR549 | Willisville Town, Arkansas | 0.0003913692% |
| AR550 | Wilmar City, Arkansas | 0.0018078825% |
| AR551 | Wilmot City, Arkansas | 0.0171605744% |
| AR552 | Wilson City, Arkansas | 0.0038733390% |
| AR553 | Wilton City, Arkansas | 0.0002323889% |
| AR554 | Winchester Town, Arkansas | 0.0011094280% |
| AR555 | Winslow City, Arkansas | 0.0059329284% |
| AR556 | Winthrop City, Arkansas | 0.0004315794% |
| AR557 | Woodruff County, Arkansas | 0.2136270641% |
| AR558 | Wooster Town, Arkansas | 0.0052930004% |
| AR559 | Wrightsville City, Arkansas | 0.0089014675% |
| AR560 | Wynne City, Arkansas | 0.1541190523% |
| AR561 | Yell County, Arkansas | 0.5032933325% |
| AR562 | Yellville City, Arkansas | 0.0268081476% |
| AR563 | Zinc Town, Arkansas | 0.0018492375% |
| AR564 | Keo Town, Arkansas | 0.0137063654% |
| AR565 | Letona Town, Arkansas | 0.0096119422% |
| AR567 | Lexa Town, Arkansas | 0.0073056542% |
| AR568 | Lonsdale Town, Arkansas | 0.0009432928% |
| AR569 | Lowell City, Arkansas | 0.2449366017% |
| AR570 | Marshall City, Arkansas | 0.0391797079% |
| AR571 | McNeil City, Arkansas | 0.0006390694% |
| AR572 | Mountain View City, Arkansas | 0.1444262605% |
| AR573 | Nimmons Town, Arkansas | 0.0001405209% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA1 | Adelanto City, California | |
| CA2 | Agoura Hills City, California | |
| CA3 | Alameda City, California | |
| CA4 | Alameda County, California | |
| CA5 | Albany City, California | |
| CA6 | Alhambra City, California | |
| CA7 | Aliso Viejo City, California | |
| CA9 | Amador County, California | |
| CA10 | American Canyon City, California | |
| CA11 | Anaheim City, California | |
| CA12 | Anderson City, California | |
| CA13 | Antioch City, California | |
| CA14 | Apple Valley Town, California | |
| CA15 | Arcadia City, California | |
| CA16 | Arcata City, California | |
| CA17 | Arroyo Grande City, California | |
| CA18 | Artesia City, California | |
| CA19 | Arvin City, California | |
| CA20 | Atascadero City, California | |
| CA21 | Atwater City, California | |
| CA22 | Auburn City, California | |
| CA23 | Avenal City, California | Allocations in California |
| CA24 | Azusa City, California | will be made in |
| CA25 | Bakersfield City, California | accordance with the |
| CA26 | Baldwin Park City, California | California State- |
| CA27 | Banning City, California | Subdivision Agreement. |
| CA28 | Barstow City, California | |
| CA29 | Beaumont City, California | |
| CA30 | Bell City, California | |
| CA31 | Bell Gardens City, California | |
| CA32 | Bellflower City, California | |
| CA33 | Belmont City, California | |
| CA34 | Benicia City, California | |
| CA35 | Berkeley City, California | |
| CA36 | Beverly Hills City, California | |
| CA37 | Blythe City, California | |
| CA38 | Brawley City, California | |
| CA39 | Brea City, California | |
| CA40 | Brentwood City, California | |
| CA41 | Buena Park City, California | |
| CA42 | Burbank City, California | |
| CA43 | Burlingame City, California | |
| CA44 | Butte County, California | |
| CA45 | Calabasas City, California | |
| CA46 | Calaveras County, California | |
| CA47 | Calexico City, California | |
| CA48 | California City, California | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA49 | Camarillo City, California | |
| CA50 | Campbell City, California | |
| CA51 | Canyon Lake City, California | |
| CA52 | Capitola City, California | |
| CA53 | Carlsbad City, California | |
| CA54 | Carpinteria City, California | |
| CA55 | Carson City, California | |
| CA56 | Cathedral City, California | |
| CA57 | Ceres City, California | |
| CA58 | Cerritos City, California | |
| CA59 | Chico City, California | |
| CA60 | Chino City, California | |
| CA61 | Chino Hills City, California | |
| CA62 | Chowchilla City, California | |
| CA63 | Chula Vista City, California | |
| CA64 | Citrus Heights City, California | |
| CA65 | Claremont City, California | |
| CA66 | Clayton City, California | |
| CA67 | Clearlake City, California | |
| CA68 | Clovis City, California | |
| CA69 | Coachella City, California | |
| CA70 | Coalinga City, California | |
| CA71 | Colton City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA72 | Colusa County, California | |
| CA73 | Commerce City, California | |
| CA74 | Compton City, California | |
| CA75 | Concord City, California | |
| CA76 | Contra Costa County, California | |
| CA77 | Corcoran City, California | |
| CA78 | Corona City, California | |
| CA79 | Coronado City, California | |
| CA80 | Costa Mesa City, California | |
| CA81 | Covina City, California | |
| CA82 | Cudahy City, California | |
| CA83 | Culver City, California | |
| CA84 | Cupertino City, California | |
| CA85 | Cypress City, California | |
| CA86 | Daly City, California | |
| CA87 | Dana Point City, California | |
| CA88 | Danville Town, California | |
| CA89 | Davis City, California | |
| CA90 | Del Norte County, California | |
| CA91 | Delano City, California | |
| CA92 | Desert Hot Springs City, California | |
| CA93 | Diamond Bar City, California | |
| CA94 | Dinuba City, California | |
| CA95 | Dixon City, California | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA96 | Downey City, California | |
| CA97 | Duarte City, California | |
| CA98 | Dublin City, California | |
| CA99 | East Palo Alto City, California | |
| CA100 | Eastvale City, California | |
| CA101 | El Cajon City, California | |
| CA102 | El Centro City, California | |
| CA103 | El Cerrito City, California | |
| CA104 | El Dorado County, California | |
| CA105 | El Monte City, California | |
| CA106 | El Paso De Robles (Paso Robles) City, California | |
| CA107 | El Segundo City, California | |
| CA108 | Elk Grove City, California | |
| CA109 | Emeryville City, California | |
| CA110 | Encinitas City, California | |
| CA111 | Escondido City, California | |
| CA112 | Eureka City, California | |
| CA113 | Exeter City, California | |
| CA114 | Fairfield City, California | |
| CA115 | Farmersville City, California | |
| CA116 | Fillmore City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA117 | Folsom City, California | |
| CA118 | Fontana City, California | |
| CA119 | Fortuna City, California | |
| CA120 | Foster City, California | |
| CA121 | Fountain Valley City, California | |
| CA122 | Fremont City, California | |
| CA123 | Fresno City, California | |
| CA124 | Fresno County, California | |
| CA125 | Fullerton City, California | |
| CA126 | Galt City, California | |
| CA127 | Garden Grove City, California | |
| CA128 | Gardena City, California | |
| CA129 | Gilroy City, California | |
| CA130 | Glendale City, California | |
| CA131 | Glendora City, California | |
| CA132 | Glenn County, California | |
| CA133 | Goleta City, California | |
| CA134 | Grand Terrace City, California | |
| CA135 | Grass Valley City, California | |
| CA136 | Greenfield City, California | |
| CA137 | Grover Beach City, California | |
| CA138 | Half Moon Bay City, California | |
| CA139 | Hanford City, California | |
| CA140 | Hawaiian Gardens City, California | |
| CA141 | Hawthorne City, California | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA142 | Hayward City, California | |
| CA143 | Healdsburg City, California | |
| CA144 | Hemet City, California | |
| CA145 | Hercules City, California | |
| CA146 | Hermosa Beach City, California | |
| CA147 | Hesperia City, California | |
| CA148 | Highland City, California | |
| CA149 | Hillsborough Town, California | |
| CA150 | Hollister City, California | |
| CA151 | Humboldt County, California | |
| CA152 | Huntington Beach City, California | |
| CA153 | Huntington Park City, California | |
| CA154 | Imperial Beach City, California | |
| CA155 | Imperial City, California | |
| CA156 | Imperial County, California | |
| CA157 | Indio City, California | |
| CA158 | Inglewood City, California | |
| CA159 | Inyo County, California | |
| CA160 | Irvine City, California | |
| CA161 | Jurupa Valley City, California | |
| CA162 | Kerman City, California | |
| CA163 | Kern County, California | |
| CA164 | King City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA165 | Kings County, California | |
| CA166 | Kingsburg City, California | |
| CA167 | La Cañada Flintridge City, California | |
| CA168 | La Habra City, California | |
| CA169 | La Mesa City, California | |
| CA170 | La Mirada City, California | |
| CA171 | La Palma City, California | |
| CA172 | La Puente City, California | |
| CA173 | La Quinta City, California | |
| CA174 | La Verne City, California | |
| CA175 | Lafayette City, California | |
| CA176 | Laguna Beach City, California | |
| CA177 | Laguna Hills City, California | |
| CA178 | Laguna Niguel City, California | |
| CA179 | Laguna Woods City, California | |
| CA180 | Lake County, California | |
| CA181 | Lake Elsinore City, California | |
| CA182 | Lake Forest City, California | |
| CA183 | Lakeport City, California | |
| CA184 | Lakewood City, California | |
| CA185 | Lancaster City, California | |
| CA186 | Larkspur City, California | |
| CA187 | Lassen County, California | |
| CA188 | Lathrop City, California | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA189 | Lawndale City, California | |
| CA190 | Lemon Grove City, California | |
| CA191 | Lemoore City, California | |
| CA192 | Lincoln City, California | |
| CA193 | Lindsay City, California | |
| CA194 | Livermore City, California | |
| CA195 | Livingston City, California | |
| CA196 | Lodi City, California | |
| CA197 | Loma Linda City, California | |
| CA198 | Lomita City, California | |
| CA199 | Lompoc City, California | |
| CA200 | Long Beach City, California | |
| CA201 | Los Alamitos City, California | |
| CA202 | Los Altos City, California | |
| CA203 | Los Angeles City, California | |
| CA204 | Los Angeles County, California | |
| CA205 | Los Banos City, California | |
| CA206 | Los Gatos Town, California | |
| CA207 | Lynwood City, California | |
| CA208 | Madera City, California | |
| CA209 | Madera County, California | |
| CA210 | Malibu City, California | Allocations in California |
| CA211 | Manhattan Beach City, California | will be made in |
| CA212 | Manteca City, California | accordance with the |
| CA213 | Marin County, California | California State- |
| CA214 | Marina City, California | Subdivision Agreement. |
| CA215 | Mariposa County, California | |
| CA216 | Martinez City, California | |
| CA217 | Marysville City, California | |
| CA218 | Maywood City, California | |
| CA219 | McFarland City, California | |
| CA220 | Mendocino County, California | |
| CA221 | Mendota City, California | |
| CA222 | Menifee City, California | |
| CA223 | Menlo Park City, California | |
| CA224 | Merced City, California | |
| CA225 | Merced County, California | |
| CA226 | Mill Valley City, California | |
| CA227 | Millbrae City, California | |
| CA228 | Milpitas City, California | |
| CA229 | Mission Viejo City, California | |
| CA230 | Modesto City, California | |
| CA231 | Modoc County, California | |
| CA232 | Mono County, California | |
| CA233 | Monrovia City, California | |
| CA234 | Montclair City, California | |
| CA235 | Montebello City, California | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA236 | Monterey City, California | |
| CA237 | Monterey County, California | |
| CA238 | Monterey Park City, California | |
| CA239 | Moorpark City, California | |
| CA240 | Moraga Town, California | |
| CA241 | Moreno Valley City, California | |
| CA242 | Morgan Hill City, California | |
| CA243 | Morro Bay City, California | |
| CA244 | Mountain View City, California | |
| CA245 | Murrieta City, California | |
| CA246 | Napa City, California | |
| CA247 | Napa County, California | |
| CA248 | National City, California | |
| CA249 | Nevada County, California | |
| CA250 | Newark City, California | |
| CA251 | Newman City, California | |
| CA252 | Newport Beach City, California | |
| CA253 | Norco City, California | |
| CA254 | Norwalk City, California | |
| CA255 | Novato City, California | |
| CA256 | Oakdale City, California | |
| CA257 | Oakland City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA258 | Oakley City, California | |
| CA259 | Oceanside City, California | |
| CA260 | Ontario City, California | |
| CA261 | Orange City, California | |
| CA262 | Orange County, California | |
| CA263 | Orange Cove City, California | |
| CA264 | Orinda City, California | |
| CA265 | Oroville City, California | |
| CA266 | Oxnard City, California | |
| CA267 | Pacific Grove City, California | |
| CA268 | Pacifica City, California | |
| CA269 | Palm Desert City, California | |
| CA270 | Palm Springs City, California | |
| CA271 | Palmdale City, California | |
| CA272 | Palo Alto City, California | |
| CA273 | Palos Verdes Estates City, California | |
| CA274 | Paramount City, California | |
| CA275 | Parlier City, California | |
| CA276 | Pasadena City, California | |
| CA277 | Patterson City, California | |
| CA278 | Perris City, California | |
| CA279 | Petaluma City, California | |
| CA280 | Pico Rivera City, California | |
| CA281 | Piedmont City, California | |
| CA282 | Pinole City, California | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA283 | Pittsburg City, California | |
| CA284 | Placentia City, California | |
| CA285 | Placer County, California | |
| CA286 | Placerville City, California | |
| CA287 | Pleasant Hill City, California | |
| CA288 | Pleasanton City, California | |
| CA289 | Plumas County, California | |
| CA290 | Pomona City, California | |
| CA291 | Port Hueneme City, California | |
| CA292 | Porterville City, California | |
| CA293 | Poway City, California | |
| CA294 | Rancho Cordova City, California | |
| CA295 | Rancho Cucamonga City, California | |
| CA296 | Rancho Mirage City, California | |
| CA297 | Rancho Palos Verdes City, California | |
| CA298 | Rancho Santa Margarita City, California | |
| CA299 | Red Bluff City, California | |
| CA300 | Redding City, California | |
| CA301 | Redlands City, California | |
| CA302 | Redondo Beach City, California | |
| CA303 | Redwood City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA304 | Reedley City, California | |
| CA305 | Rialto City, California | |
| CA306 | Richmond City, California | |
| CA307 | Ridgecrest City, California | |
| CA308 | Ripon City, California | |
| CA309 | Riverbank City, California | |
| CA310 | Riverside City, California | |
| CA311 | Riverside County, California | |
| CA312 | Rocklin City, California | |
| CA313 | Rohnert Park City, California | |
| CA314 | Rosemead City, California | |
| CA315 | Roseville City, California | |
| CA316 | Sacramento City, California | |
| CA317 | Sacramento County, California | |
| CA318 | Salinas City, California | |
| CA319 | San Anselmo Town, California | |
| CA320 | San Benito County, California | |
| CA321 | San Bernardino City, California | |
| CA322 | San Bernardino County, California | |
| CA323 | San Bruno City, California | |
| CA324 | San Buenaventura (Ventura) City, California | |
| CA325 | San Carlos City, California | |
| CA326 | San Clemente City, California | |
| CA327 | San Diego City, California | |
| CA328 | San Diego County, California | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA329 | San Dimas City, California | |
| CA330 | San Fernando City, California | |
| CA331 | San Francisco City, California | |
| CA332 | San Gabriel City, California | |
| CA333 | San Jacinto City, California | |
| CA334 | San Joaquin County, California | |
| CA335 | San Jose City, California | |
| CA336 | San Juan Capistrano City, California | |
| CA337 | San Leandro City, California | |
| CA338 | San Luis Obispo City, California | |
| CA339 | San Luis Obispo County, California | |
| CA340 | San Marcos City, California | |
| CA341 | San Marino City, California | |
| CA342 | San Mateo City, California | |
| CA343 | San Mateo County, California | |
| CA344 | San Pablo City, California | |
| CA345 | San Rafael City, California | |
| CA346 | San Ramon City, California | |
| CA347 | Sanger City, California | |
| CA348 | Santa Ana City, California | |
| CA349 | Santa Barbara City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA350 | Santa Barbara County, California | |
| CA351 | Santa Clara City, California | |
| CA352 | Santa Clara County, California | |
| CA353 | Santa Clarita City, California | |
| CA354 | Santa Cruz City, California | |
| CA355 | Santa Cruz County, California | |
| CA356 | Santa Fe Springs City, California | |
| CA357 | Santa Maria City, California | |
| CA358 | Santa Monica City, California | |
| CA359 | Santa Paula City, California | |
| CA360 | Santa Rosa City, California | |
| CA361 | Santee City, California | |
| CA362 | Saratoga City, California | |
| CA363 | Scotts Valley City, California | |
| CA364 | Seal Beach City, California | |
| CA365 | Seaside City, California | |
| CA366 | Selma City, California | |
| CA367 | Shafter City, California | |
| CA368 | Shasta County, California | |
| CA369 | Shasta Lake City, California | |
| CA371 | Sierra Madre City, California | |
| CA372 | Signal Hill City, California | |
| CA373 | Simi Valley City, California | |
| CA374 | Siskiyou County, California | |
| CA375 | Solana Beach City, California | |
| CA376 | Solano County, California | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA377 | Soledad City, California | |
| CA378 | Sonoma City, California | |
| CA379 | Sonoma County, California | |
| CA380 | South El Monte City, California | |
| CA381 | South Gate City, California | |
| CA382 | South Lake Tahoe City, California | |
| CA383 | South Pasadena City, California | |
| CA384 | South San Francisco City, California | |
| CA385 | Stanislaus County, California | |
| CA386 | Stanton City, California | |
| CA387 | Stockton City, California | |
| CA388 | Suisun City, California | |
| CA389 | Sunnyvale City, California | |
| CA390 | Susanville City, California | |
| CA391 | Sutter County, California | |
| CA392 | Tehachapi City, California | |
| CA393 | Tehama County, California | |
| CA394 | Temecula City, California | |
| CA395 | Temple City, California | |
| CA396 | Thousand Oaks City, California | |
| CA397 | Torrance City, California | Allocations in California |
| CA398 | Tracy City, California | will be made in |
| CA399 | Trinity County, California | accordance with the |
| CA400 | Truckee Town, California | California State- |
| CA401 | Tulare City, California | Subdivision Agreement. |
| CA402 | Tulare County, California | |
| CA403 | Tuolumne County, California | |
| CA404 | Turlock City, California | |
| CA405 | Tustin City, California | |
| CA406 | Twentynine Palms City, California | |
| CA407 | Ukiah City, California | |
| CA408 | Union City, California | |
| CA409 | Upland City, California | |
| CA410 | Vacaville City, California | |
| CA411 | Vallejo City, California | |
| CA412 | Ventura County, California | |
| CA413 | Victorville City, California | |
| CA414 | Visalia City, California | |
| CA415 | Vista City, California | |
| CA416 | Walnut City, California | |
| CA417 | Walnut Creek City, California | |
| CA418 | Wasco City, California | |
| CA419 | Watsonville City, California | |
| CA420 | West Covina City, California | |
| CA421 | West Hollywood City, California | |
| CA422 | West Sacramento City, California | |
| CA423 | Westminster City, California | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA424 | Whittier City, California | |
| CA425 | Wildomar City, California | |
| CA426 | Windsor Town, California | Allocations in California |
| CA427 | Woodland City, California | will be made in |
| CA428 | Yolo County, California | accordance with the |
| CA429 | Yorba Linda City, California | California State- |
| CA430 | Yuba City, California | Subdivision Agreement. |
| CA431 | Yuba County, California | |
| CA432 | Yucaipa City, California | |
| CA433 | Yucca Valley Town, California | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO1 | Adams County, Colorado | |
| CO2 | Alamosa City, Colorado | |
| CO3 | Alamosa County, Colorado | |
| CO4 | Arapahoe County, Colorado | |
| CO5 | Archuleta County, Colorado | |
| CO6 | Arvada City, Colorado | |
| CO7 | Aurora City, Colorado | |
| CO8 | Baca County, Colorado | |
| CO9 | Bent County, Colorado | |
| CO10 | Black Hawk City, Colorado | |
| CO11 | Boulder City, Colorado | |
| CO12 | Boulder County, Colorado | |
| CO13 | Brighton City, Colorado | |
| CO14 | Broomfield City, Colorado | |
| CO15 | Cañon City, Colorado | |
| CO16 | Castle Pines City, Colorado | |
| CO17 | Castle Rock Town, Colorado | |
| CO18 | Centennial City, Colorado | |
| CO19 | Chaffee County, Colorado | |
| CO20 | Cheyenne County, Colorado | |
| CO21 | Clear Creek County, Colorado | |
| CO22 | Colorado Springs City, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO23 | Commerce City, Colorado | |
| CO24 | Conejos County, Colorado | |
| CO25 | Costilla County, Colorado | |
| CO26 | Crowley County, Colorado | |
| CO27 | Custer County, Colorado | |
| CO28 | Delta County, Colorado | |
| CO29 | Denver City, Colorado | |
| CO30 | Dolores County, Colorado | |
| CO31 | Douglas County, Colorado | |
| CO32 | Durango City, Colorado | |
| CO33 | Eagle County, Colorado | |
| CO34 | El Paso County, Colorado | |
| CO35 | Elbert County, Colorado | |
| CO36 | Englewood City, Colorado | |
| CO37 | Erie Town, Colorado | |
| CO38 | Evans City, Colorado | |
| CO39 | Federal Heights City, Colorado | |
| CO40 | Firestone Town, Colorado | |
| CO41 | Fort Collins City, Colorado | |
| CO42 | Fort Morgan City, Colorado | |
| CO43 | Fountain City, Colorado | |
| CO44 | Frederick Town, Colorado | |
| CO45 | Fremont County, Colorado | |
| CO46 | Fruita City, Colorado | |
| CO47 | Garfield County, Colorado | |
| CO48 | Gilpin County, Colorado | |
| CO49 | Golden City, Colorado | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO50 | Grand County, Colorado | |
| CO51 | Grand Junction City, Colorado | |
| CO52 | Greeley City, Colorado | |
| CO53 | Greenwood Village City, Colorado | |
| CO54 | Gunnison County, Colorado | |
| CO55 | Hinsdale County, Colorado | |
| CO56 | Hudson Town, Colorado | |
| CO57 | Huerfano County, Colorado | |
| CO58 | Jackson County, Colorado | |
| CO59 | Jefferson County, Colorado | |
| CO60 | Johnstown, Colorado | |
| CO61 | Kiowa County, Colorado | |
| CO62 | Kit Carson County, Colorado | |
| CO63 | La Plata County, Colorado | |
| CO64 | Lafayette City, Colorado | |
| CO65 | Lake County, Colorado | |
| CO66 | Lakewood City, Colorado | |
| CO67 | Larimer County, Colorado | |
| CO68 | Las Animas County, Colorado | |
| CO69 | Lincoln County, Colorado | |
| CO70 | Littleton City, Colorado | |
| CO71 | Logan County, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO72 | Lone Tree City, Colorado | |
| CO73 | Longmont City, Colorado | |
| CO74 | Louisville City, Colorado | |
| CO75 | Loveland City, Colorado | |
| CO76 | Mesa County, Colorado | |
| CO77 | Mineral County, Colorado | |
| CO78 | Moffat County, Colorado | |
| CO79 | Montezuma County, Colorado | |
| CO80 | Montrose City, Colorado | |
| CO81 | Montrose County, Colorado | |
| CO82 | Morgan County, Colorado | |
| CO83 | Northglenn City, Colorado | |
| CO84 | Otero County, Colorado | |
| CO85 | Ouray County, Colorado | |
| CO86 | Park County, Colorado | |
| CO87 | Parker Town, Colorado | |
| CO88 | Phillips County, Colorado | |
| CO89 | Pitkin County, Colorado | |
| CO90 | Prowers County, Colorado | |
| CO91 | Pueblo City, Colorado | |
| CO92 | Pueblo County, Colorado | |
| CO93 | Rio Blanco County, Colorado | |
| CO94 | Rio Grande County, Colorado | |
| CO95 | Routt County, Colorado | |
| CO96 | Saguache County, Colorado | |
| CO97 | San Juan County, Colorado | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO98 | San Miguel County, Colorado | |
| CO99 | Sedgwick County, Colorado | |
| CO100 | Sheridan City, Colorado | |
| CO101 | Steamboat Springs City, Colorado | |
| CO102 | Sterling City, Colorado | |
| CO103 | Summit County, Colorado | |
| CO104 | Superior Town, Colorado | |
| CO105 | Teller County, Colorado | |
| CO106 | Thornton City, Colorado | |
| CO107 | Washington County, Colorado | |
| CO108 | Weld County, Colorado | |
| CO109 | Wellington Town, Colorado | |
| CO110 | Westminster City, Colorado | |
| CO111 | Wheat Ridge City, Colorado | |
| CO112 | Windsor Town, Colorado | |
| CO113 | Yuma County, Colorado | |
| CO114 | Aguilar Town, Colorado | |
| CO115 | Akron Town, Colorado | |
| CO116 | Alma Town, Colorado | |
| CO117 | Antonito Town, Colorado | |
| CO118 | Arriba Town, Colorado | |
| CO119 | Aspen City, Colorado | |
| CO120 | Ault Town, Colorado | Allocations in Colorado |
| CO121 | Avon Town, Colorado | will be made in |
| CO122 | Basalt Town, Colorado | accordance with the |
| CO123 | Bayfield Town, Colorado | Colorado Opioids |
| CO124 | Bennett Town, Colorado | Settlement Memorandum |
| CO125 | Berthoud Town, Colorado | of Understanding. |
| CO126 | Bethune Town, Colorado | |
| CO127 | Blanca Town, Colorado | |
| CO128 | Blue River Town, Colorado | |
| CO129 | Boone Town, Colorado | |
| CO130 | Bow Mar Town, Colorado | |
| CO131 | Branson Town, Colorado | |
| CO132 | Breckenridge Town, Colorado | |
| CO133 | Brookside Town, Colorado | |
| CO134 | Brush City, Colorado | |
| CO135 | Buena Vista Town, Colorado | |
| CO136 | Burlington City, Colorado | |
| CO137 | Calhan Town, Colorado | |
| CO138 | Campo Town, Colorado | |
| CO139 | Carbondale Town, Colorado | |
| CO140 | Cedaredge Town, Colorado | |
| CO141 | Center Town, Colorado | |
| CO142 | Central City, Colorado | |
| CO143 | Cheraw Town, Colorado | |
| CO144 | Cherry Hills Village City, Colorado | |
| CO145 | Cheyenne Wells Town, Colorado | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO146 | City Of Creede Town, Colorado | |
| CO147 | Coal Creek Town, Colorado | |
| CO148 | Cokedale Town, Colorado | |
| CO149 | Collbran Town, Colorado | |
| CO150 | Columbine Valley Town, Colorado | |
| CO151 | Cortez City, Colorado | |
| CO152 | Craig City, Colorado | |
| CO153 | Crawford Town, Colorado | |
| CO154 | Crested Butte Town, Colorado | |
| CO155 | Crestone Town, Colorado | |
| CO156 | Cripple Creek City, Colorado | |
| CO157 | Crook Town, Colorado | |
| CO158 | Crowley Town, Colorado | |
| CO159 | Dacono City, Colorado | |
| CO160 | De Beque Town, Colorado | |
| CO161 | Deer Trail Town, Colorado | |
| CO162 | Del Norte Town, Colorado | |
| CO163 | Delta City, Colorado | |
| CO164 | Dillon Town, Colorado | |
| CO165 | Dinosaur Town, Colorado | |
| CO166 | Dolores Town, Colorado | |
| CO167 | Dove Creek Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO168 | Eads Town, Colorado | |
| CO169 | Eagle Town, Colorado | |
| CO170 | Eaton Town, Colorado | |
| CO171 | Eckley Town, Colorado | |
| CO172 | Edgewater City, Colorado | |
| CO173 | Elizabeth Town, Colorado | |
| CO174 | Empire Town, Colorado | |
| CO175 | Estes Park Town, Colorado | |
| CO176 | Fairplay Town, Colorado | |
| CO177 | Flagler Town, Colorado | |
| CO178 | Fleming Town, Colorado | |
| CO179 | Florence City, Colorado | |
| CO180 | Fort Lupton City, Colorado | |
| CO181 | Fowler Town, Colorado | |
| CO182 | Foxfield Town, Colorado | |
| CO183 | Fraser Town, Colorado | |
| CO184 | Frisco Town, Colorado | |
| CO185 | Garden City Town, Colorado | |
| CO186 | Genoa Town, Colorado | |
| CO187 | Georgetown Town, Colorado | |
| CO188 | Gilcrest Town, Colorado | |
| CO189 | Glendale City, Colorado | |
| CO190 | Glenwood Springs City, Colorado | |
| CO191 | Granada Town, Colorado | |
| CO192 | Granby Town, Colorado | |
| CO193 | Grand Lake Town, Colorado | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO194 | Green Mountain Falls Town, Colorado | |
| CO195 | Grover Town, Colorado | |
| CO196 | Gunnison City, Colorado | |
| CO197 | Gypsum Town, Colorado | |
| CO198 | Hartman Town, Colorado | |
| CO199 | Haswell Town, Colorado | |
| CO200 | Haxtun Town, Colorado | |
| CO201 | Hayden Town, Colorado | |
| CO202 | Hillrose Town, Colorado | |
| CO203 | Holly Town, Colorado | |
| CO204 | Holyoke City, Colorado | |
| CO205 | Hooper Town, Colorado | |
| CO206 | Hot Sulphur Springs Town, Colorado | |
| CO207 | Hotchkiss Town, Colorado | |
| CO208 | Hugo Town, Colorado | |
| CO209 | Idaho Springs City, Colorado | |
| CO210 | Ignacio Town, Colorado | |
| CO211 | Iliff Town, Colorado | |
| CO212 | Jamestown Town, Colorado | |
| CO213 | Julesburg Town, Colorado | |
| CO214 | Keenesburg Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO215 | Kersey Town, Colorado | |
| CO216 | Kim Town, Colorado | |
| CO217 | Kiowa Town, Colorado | |
| CO218 | Kit Carson Town, Colorado | |
| CO219 | Kremmling Town, Colorado | |
| CO220 | La Jara Town, Colorado | |
| CO221 | La Junta City, Colorado | |
| CO222 | La Salle Town, Colorado | |
| CO223 | La Veta Town, Colorado | |
| CO224 | Lake City Town, Colorado | |
| CO225 | Lakeside Town, Colorado | |
| CO226 | Lamar City, Colorado | |
| CO227 | Larkspur Town, Colorado | |
| CO228 | Las Animas City, Colorado | |
| CO229 | Leadville City, Colorado | |
| CO230 | Limon Town, Colorado | |
| CO231 | Lochbuie Town, Colorado | |
| CO232 | Log Lane Village Town, Colorado | |
| CO233 | Lyons Town, Colorado | |
| CO234 | Manassa Town, Colorado | |
| CO235 | Mancos Town, Colorado | |
| CO236 | Manitou Springs City, Colorado | |
| CO237 | Manzanola Town, Colorado | |
| CO238 | Marble Town, Colorado | |
| CO239 | Mead Town, Colorado | |
| CO240 | Meeker Town, Colorado | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO241 | Merino Town, Colorado | |
| CO242 | Milliken Town, Colorado | |
| CO243 | Minturn Town, Colorado | |
| CO244 | Moffat Town, Colorado | |
| CO245 | Monte Vista City, Colorado | |
| CO246 | Montezuma Town, Colorado | |
| CO247 | Monument Town, Colorado | |
| CO248 | Morrison Town, Colorado | |
| CO249 | Mount Crested Butte Town, Colorado | |
| CO250 | Mountain View Town, Colorado | |
| CO251 | Mountain Village Town, Colorado | |
| CO252 | Naturita Town, Colorado | |
| CO253 | Nederland Town, Colorado | |
| CO254 | New Castle Town, Colorado | |
| CO255 | Norwood Town, Colorado | |
| CO256 | Nucla Town, Colorado | |
| CO257 | Nunn Town, Colorado | |
| CO258 | Oak Creek Town, Colorado | |
| CO259 | Olathe Town, Colorado | |
| CO260 | Olney Springs Town, Colorado | |
| CO261 | Ophir Town, Colorado | |
| CO262 | Orchard City Town, Colorado | Allocations in Colorado will be made in accordance with the Colorado Opioids Settlement Memorandum of Understanding. |
| CO263 | Ordway Town, Colorado | |
| CO264 | Otis Town, Colorado | |
| CO265 | Ouray City, Colorado | |
| CO266 | Ovid Town, Colorado | |
| CO267 | Pagosa Springs Town, Colorado | |
| CO268 | Palisade Town, Colorado | |
| CO269 | Palmer Lake Town, Colorado | |
| CO270 | Paoli Town, Colorado | |
| CO271 | Paonia Town, Colorado | |
| CO272 | Parachute Town, Colorado | |
| CO273 | Peetz Town, Colorado | |
| CO274 | Pierce Town, Colorado | |
| CO275 | Pitkin Town, Colorado | |
| CO276 | Platteville Town, Colorado | |
| CO277 | Poncha Springs Town, Colorado | |
| CO278 | Pritchett Town, Colorado | |
| CO279 | Ramah Town, Colorado | |
| CO280 | Rangely Town, Colorado | |
| CO281 | Raymer (New Raymer) Town, Colorado | |
| CO282 | Red Cliff Town, Colorado | |
| CO283 | Rico Town, Colorado | |
| CO284 | Ridgway Town, Colorado | |
| CO285 | Rifle City, Colorado | |
| CO286 | Rockvale Town, Colorado | |
| CO287 | Rocky Ford City, Colorado | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO288 | Romeo Town, Colorado | |
| CO289 | Rye Town, Colorado | |
| CO290 | Saguache Town, Colorado | |
| CO291 | Salida City, Colorado | |
| CO292 | San Luis Town, Colorado | |
| CO293 | Sanford Town, Colorado | |
| CO294 | Sawpit Town, Colorado | |
| CO295 | Sedgwick Town, Colorado | |
| CO296 | Seibert Town, Colorado | |
| CO297 | Severance Town, Colorado | |
| CO298 | Sheridan Lake Town, Colorado | |
| CO299 | Silt Town, Colorado | |
| CO300 | Silver Cliff Town, Colorado | |
| CO301 | Silver Plume Town, Colorado | |
| CO302 | Silverthorne Town, Colorado | |
| CO303 | Silverton Town, Colorado | |
| CO304 | Simla Town, Colorado | |
| CO305 | Snowmass Village Town, Colorado | |
| CO306 | South Fork Town, Colorado | |
| CO307 | Springfield Town, Colorado | |
| CO308 | Starkville Town, Colorado | Allocations in Colorado |
| CO309 | Stratton Town, Colorado | will be made in |
| CO310 | Sugar City Town, Colorado | accordance with the |
| CO311 | Swink Town, Colorado | Colorado Opioids |
| CO312 | Telluride Town, Colorado | Settlement Memorandum |
| CO313 | Timnath Town, Colorado | of Understanding. |
| CO314 | Trinidad City, Colorado | |
| CO315 | Two Buttes Town, Colorado | |
| CO316 | Vail Town, Colorado | |
| CO317 | Victor City, Colorado | |
| CO318 | Vilas Town, Colorado | |
| CO319 | Vona Town, Colorado | |
| CO320 | Walden Town, Colorado | |
| CO321 | Walsenburg City, Colorado | |
| CO322 | Walsh Town, Colorado | |
| CO323 | Ward Town, Colorado | |
| CO324 | Westcliffe Town, Colorado | |
| CO325 | Wiggins Town, Colorado | |
| CO326 | Wiley Town, Colorado | |
| CO327 | Williamsburg Town, Colorado | |
| CO328 | Winter Park Town, Colorado | |
| CO329 | Woodland Park City, Colorado | |
| CO330 | Wray City, Colorado | |
| CO331 | Yampa Town, Colorado | |
| CO332 | Yuma City, Colorado | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| CT1 | Andover Town, Connecticut | 0.0513214640% |
| CT2 | Ansonia City, Connecticut | 0.5316052437% |
| CT3 | Ashford Town, Connecticut | 0.1096965130% |
| CT4 | Avon Town, Connecticut | 0.5494886534% |
| CT5 | Barkhamsted Town, Connecticut | 0.0620629520% |
| CT6 | Beacon Falls Town, Connecticut | 0.1953947308% |
| CT7 | Berlin Town, Connecticut | 0.5215629385% |
| CT8 | Bethany Town, Connecticut | 0.1039156068% |
| CT9 | Bethel Town, Connecticut | 0.3522422145% |
| CT10 | Bethlehem Town, Connecticut | 0.0078647202% |
| CT11 | Bloomfield Town, Connecticut | 0.4888368136% |
| CT12 | Bolton Town, Connecticut | 0.1520831395% |
| CT13 | Bozrah Town, Connecticut | 0.0582057867% |
| CT14 | Branford Town, Connecticut | 0.8903816954% |
| CT15 | Bridgeport City, Connecticut | 3.2580743095% |
| CT16 | Bridgewater Town, Connecticut | 0.0118125935% |
| CT17 | Bristol City, Connecticut | 1.3355768908% |
| CT18 | Brookfield Town, Connecticut | 0.3087903124% |
| CT19 | Brooklyn Town, Connecticut | 0.1880661562% |
| CT20 | Burlington Town, Connecticut | 0.2348761319% |
| CT21 | Canaan Town, Connecticut | 0.0343343640% |
| CT22 | Canterbury Town, Connecticut | 0.1354310071% |
| CT23 | Canton Town, Connecticut | 0.2669011966% |
| CT24 | Chaplin Town, Connecticut | 0.0523959290% |
| CT25 | Cheshire Town, Connecticut | 0.9783113499% |
| CT26 | Chester Town, Connecticut | 0.0772387574% |
| CT27 | Clinton Town, Connecticut | 0.5348726093% |
| CT28 | Colchester Town, Connecticut | 0.6134395770% |
| CT29 | Colebrook Town, Connecticut | 0.0296870114% |
| CT30 | Columbia Town, Connecticut | 0.1005666237% |
| CT31 | Cornwall Town, Connecticut | 0.0486027928% |
| CT32 | Coventry Town, Connecticut | 0.3460011479% |
| CT33 | Cromwell Town, Connecticut | 0.4750451453% |
| CT34 | Danbury City, Connecticut | 1.1556465907% |
| CT35 | Darien Town, Connecticut | 0.6429649345% |
| CT36 | Deep River Town, Connecticut | 0.0924563595% |
| CT37 | Derby City, Connecticut | 0.3503125449% |
| CT38 | Durham Town, Connecticut | 0.0079309232% |
| CT39 | East Granby Town, Connecticut | 0.1455975170% |
| CT40 | East Haddam Town, Connecticut | 0.3145964377% |
| CT41 | East Hampton Town, Connecticut | 0.4637546663% |
| CT42 | East Hartford Town, Connecticut | 1.2645454069% |
| CT43 | East Haven Town, Connecticut | 0.8590923735% |
| CT44 | East Lyme Town, Connecticut | 0.6375826296% |
| CT45 | East Windsor Town, Connecticut | 0.2419743793% |
| CT46 | Eastford Town, Connecticut | 0.0446651958% |
| CT47 | Easton Town, Connecticut | 0.1354961231% |
| CT48 | Ellington Town, Connecticut | 0.4010047839% |
| CT49 | Enfield Town, Connecticut | 0.9173431190% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT50 | Essex Town, Connecticut | 0.1431870357% |
| CT51 | Fairfield Town, Connecticut | 1.4212308415% |
| CT52 | Farmington Town, Connecticut | 0.6572091547% |
| CT53 | Franklin Town, Connecticut | 0.0446032416% |
| CT54 | Glastonbury Town, Connecticut | 1.0420644550% |
| CT55 | Goshen Town, Connecticut | 0.0030464255% |
| CT56 | Granby Town, Connecticut | 0.2928405247% |
| CT57 | Greenwich Town, Connecticut | 1.5644702467% |
| CT58 | Griswold Town, Connecticut | 0.3865570141% |
| CT59 | Groton Town, Connecticut | 1.4033874500% |
| CT60 | Guilford Town, Connecticut | 0.8399392493% |
| CT61 | Haddam Town, Connecticut | 0.0151716553% |
| CT62 | Hamden Town, Connecticut | 1.7724359413% |
| CT63 | Hampton Town, Connecticut | 0.0429454985% |
| CT64 | Hartford City, Connecticut | 5.3268549899% |
| CT65 | Hartland Town, Connecticut | 0.0359782738% |
| CT66 | Harwinton Town, Connecticut | 0.0126363764% |
| CT67 | Hebron Town, Connecticut | 0.1593443254% |
| CT68 | Kent Town, Connecticut | 0.0835899976% |
| CT69 | Killingly Town, Connecticut | 0.6116898413% |
| CT70 | Killingworth Town, Connecticut | 0.2652963170% |
| CT71 | Lebanon Town, Connecticut | 0.2746607824% |
| CT72 | Ledyard Town, Connecticut | 0.5514380850% |
| CT73 | Lisbon Town, Connecticut | 0.1156355161% |
| CT74 | Litchfield Town, Connecticut | 0.3481982974% |
| CT75 | Lyme Town, Connecticut | 0.0023141411% |
| CT76 | Madison Town, Connecticut | 0.7594223560% |
| CT77 | Manchester Town, Connecticut | 1.3929765818% |
| CT78 | Mansfield Town, Connecticut | 0.3058754037% |
| CT79 | Marlborough Town, Connecticut | 0.0766010346% |
| CT80 | Meriden City, Connecticut | 1.8508778149% |
| CT81 | Middlebury Town, Connecticut | 0.0276033951% |
| CT82 | Middlefield Town, Connecticut | 0.0075627554% |
| CT83 | Middletown City, Connecticut | 1.5343128975% |
| CT84 | Milford City, Connecticut | 1.8215679630% |
| CT85 | Monroe Town, Connecticut | 0.4307375445% |
| CT86 | Montville Town, Connecticut | 0.5806185940% |
| CT87 | Morris Town, Connecticut | 0.0099785725% |
| CT88 | Naugatuck Borough, Connecticut | 1.0644527326% |
| CT89 | New Britain City, Connecticut | 1.5740557511% |
| CT90 | New Canaan Town, Connecticut | 0.6136187204% |
| CT91 | New Fairfield Town, Connecticut | 0.2962030448% |
| CT92 | New Hartford Town, Connecticut | 0.1323482193% |
| CT93 | New Haven City, Connecticut | 5.8061427601% |
| CT94 | New London City, Connecticut | 1.0536729060% |
| CT95 | New Milford Town, Connecticut | 1.0565475001% |
| CT96 | Newington Town, Connecticut | 0.7132456565% |
| CT97 | Newtown, Connecticut | 0.5964476353% |
| CT98 | Norfolk Town, Connecticut | 0.0442819100% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT99 | North Branford Town, Connecticut | 0.4795791623% |
| CT100 | North Canaan Town, Connecticut | 0.0913148022% |
| CT101 | North Haven Town, Connecticut | 0.7922543069% |
| CT102 | North Stonington Town, Connecticut | 0.1803885830% |
| CT103 | Norwalk City, Connecticut | 1.5918210823% |
| CT104 | Norwich City, Connecticut | 1.1639182124% |
| CT105 | Old Lyme Town, Connecticut | 0.0247921386% |
| CT106 | Old Saybrook Town, Connecticut | 0.4181170767% |
| CT107 | Orange Town, Connecticut | 0.3683598812% |
| CT108 | Oxford Town, Connecticut | 0.3955127994% |
| CT109 | Plainfield Town, Connecticut | 0.5352043161% |
| CT110 | Plainville Town, Connecticut | 0.3937549612% |
| CT111 | Plymouth Town, Connecticut | 0.4213382978% |
| CT112 | Pomfret Town, Connecticut | 0.1174722050% |
| CT113 | Portland Town, Connecticut | 0.3205523149% |
| CT114 | Preston Town, Connecticut | 0.1319895374% |
| CT115 | Prospect Town, Connecticut | 0.3056173107% |
| CT116 | Putnam Town, Connecticut | 0.2953254103% |
| CT117 | Redding Town, Connecticut | 0.1726435223% |
| CT118 | Ridgefield Town, Connecticut | 0.6645173744% |
| CT119 | Rocky Hill Town, Connecticut | 0.3929175425% |
| CT120 | Roxbury Town, Connecticut | 0.0037924445% |
| CT121 | Salem Town, Connecticut | 0.1075219911% |
| CT122 | Salisbury Town, Connecticut | 0.1052257347% |
| CT123 | Scotland Town, Connecticut | 0.0395212218% |
| CT124 | Seymour Town, Connecticut | 0.5301171581% |
| CT125 | Sharon Town, Connecticut | 0.0761294123% |
| CT126 | Shelton City, Connecticut | 0.5601099879% |
| CT127 | Sherman Town, Connecticut | 0.0494382353% |
| CT128 | Simsbury Town, Connecticut | 0.6988446241% |
| CT129 | Somers Town, Connecticut | 0.2491740063% |
| CT130 | South Windsor Town, Connecticut | 0.7310935932% |
| CT131 | Southbury Town, Connecticut | 0.0581965974% |
| CT132 | Southington Town, Connecticut | 0.9683065927% |
| CT133 | Sprague Town, Connecticut | 0.0874709763% |
| CT134 | Stafford Town, Connecticut | 0.3388202949% |
| CT135 | Stamford City, Connecticut | 2.9070395589% |
| CT136 | Sterling Town, Connecticut | 0.0949826467% |
| CT137 | Stonington Town, Connecticut | 0.5576891315% |
| CT138 | Stratford Town, Connecticut | 0.9155695700% |
| CT139 | Suffield Town, Connecticut | 0.3402792315% |
| CT140 | Thomaston Town, Connecticut | 0.2664061562% |
| CT141 | Thompson Town, Connecticut | 0.2673479187% |
| CT142 | Tolland Town, Connecticut | 0.4342020371% |
| CT143 | Torrington City, Connecticut | 1.3652460176% |
| CT144 | Trumbull Town, Connecticut | 0.7617744403% |
| CT145 | Union Town, Connecticut | 0.0153941764% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| CT146 | Vernon Town, Connecticut | 0.7027162157% |
| CT147 | Voluntown, Connecticut | 0.0733181557% |
| CT148 | Wallingford Town, Connecticut | 1.5350353996% |
| CT149 | Warren Town, Connecticut | 0.0489758024% |
| CT150 | Washington Town, Connecticut | 0.1553517897% |
| CT151 | Waterbury City, Connecticut | 4.6192219654% |
| CT152 | Waterford Town, Connecticut | 0.7608802056% |
| CT153 | Watertown, Connecticut | 0.6868118808% |
| CT154 | West Hartford Town, Connecticut | 1.6216697477% |
| CT155 | West Haven City, Connecticut | 1.4026972589% |
| CT156 | Westbrook Town, Connecticut | 0.2586999280% |
| CT157 | Weston Town, Connecticut | 0.3664201329% |
| CT158 | Westport Town, Connecticut | 0.8921084083% |
| CT159 | Wethersfield Town, Connecticut | 0.6208707168% |
| CT160 | Willington Town, Connecticut | 0.0975268185% |
| CT161 | Wilton Town, Connecticut | 0.6378099925% |
| CT162 | Winchester Town, Connecticut | 0.3760305376% |
| CT163 | Windham Town, Connecticut | 1.0108949901% |
| CT164 | Windsor Locks Town, Connecticut | 0.3174167624% |
| CT165 | Windsor Town, Connecticut | 0.7548324123% |
| CT166 | Wolcott Town, Connecticut | 0.5443693820% |
| CT167 | Woodbridge Town, Connecticut | 0.2435300513% |
| CT168 | Woodbury Town, Connecticut | 0.3411988605% |
| CT169 | Woodmont Borough, Connecticut | 0.0173159412% |
| CT170 | Woodstock Town, Connecticut | 0.1817110623% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| DE1 | Dover City, Delaware | 25.00000000% ($1.00) |
| DE2 | Kent County, Delaware | 25.00000000% ($1.00) |
| DE3 | Middletown, Delaware | 0.0000000000% |
| DE4 | Milford City, Delaware | 0.0000000000% |
| DE5 | New Castle County, Delaware | 0.0000000000% |
| DE6 | Newark City, Delaware | 0.0000000000% |
| DE7 | Seaford City, Delaware | 25.00000000% ($1.00) |
| DE8 | Smyrna Town, Delaware | 0.0000000000% |
| DE9 | Sussex County, Delaware | 25.00000000% ($1.00) |
| DE10 | Wilmington City, Delaware | 0.0000000000% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA1 | Acworth City, Georgia | 0.1010066057% |
| GA2 | Adel City, Georgia | 0.0545649432% |
| GA3 | Albany City, Georgia | 0.3157843012% |
| GA4 | Alma City, Georgia | 0.0720108615% |
| GA5 | Alpharetta City, Georgia | 0.2110377863% |
| GA6 | Americus City, Georgia | 0.0651732444% |
| GA7 | Appling County, Georgia | 0.1891925647% |
| GA8 | Arlington City, Georgia | 0.0057755147% |
| GA9 | Athens-Clarke County Unified Government, Georgia | 1.3856330305% |
| GA10 | Atkinson County, Georgia | 0.0986720780% |
| GA11 | Atlanta City, Georgia | 2.9922320659% |
| GA12 | Augusta-Richmond County Consolidated Government, Georgia | 2.7761021713% |
| GA13 | Bacon County, Georgia | 0.1326313298% |
| GA14 | Bainbridge City, Georgia | 0.0569861790% |
| GA15 | Baker County, Georgia | 0.0138992540% |
| GA16 | Baldwin County, Georgia | 0.2940093402% |
| GA17 | Banks County, Georgia | 0.2108287241% |
| GA18 | Barrow County, Georgia | 0.7562315570% |
| GA19 | Bartow County, Georgia | 1.0945235112% |
| GA20 | Ben Hill County, Georgia | 0.0834031458% |
| GA21 | Berrien County, Georgia | 0.1225733642% |
| GA22 | Blackshear City, Georgia | 0.0349161927% |
| GA23 | Blakely City, Georgia | 0.0158441397% |
| GA24 | Bleckley County, Georgia | 0.1430561858% |
| GA25 | Brantley County, Georgia | 0.2875410777% |
| GA26 | Braselton Town, Georgia | 0.0371467624% |
| GA27 | Brookhaven City, Georgia | 0.0913450445% |
| GA28 | Brooks County, Georgia | 0.1455943886% |
| GA29 | Brunswick City, Georgia | 0.1020085339% |
| GA30 | Bryan County, Georgia | 0.2289883650% |
| GA31 | Buford City, Georgia | 0.0023586547% |
| GA32 | Bulloch County, Georgia | 0.4088475182% |
| GA33 | Burke County, Georgia | 0.1875413288% |
| GA34 | Butts County, Georgia | 0.3178860983% |
| GA35 | Calhoun City, Georgia | 0.1780085402% |
| GA36 | Calhoun County, Georgia | 0.0360783561% |
| GA37 | Camden County, Georgia | 0.3387009665% |
| GA38 | Candler County, Georgia | 0.0990882539% |
| GA39 | Canton City, Georgia | 0.1378274535% |
| GA40 | Carroll County, Georgia | 1.4108548814% |
| GA41 | Carrollton City, Georgia | 0.4395018339% |
| GA42 | Cartersville City, Georgia | 0.2991406477% |
| GA43 | Catoosa County, Georgia | 1.0548339612% |
| GA44 | Chamblee City, Georgia | 0.0537051979% |
| GA45 | Charlton County, Georgia | 0.1046313818% |
| GA46 | Chatham County, Georgia | 1.4544033708% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA47 | Chattooga County, Georgia | 0.3317513109% |
| GA48 | Cherokee County, Georgia | 2.1190683851% |
| GA49 | Clarkston City, Georgia | 0.0175253481% |
| GA50 | Clay County, Georgia | 0.0274637104% |
| GA51 | Clayton County, Georgia | 1.6728881377% |
| GA52 | Clinch County, Georgia | 0.0617206810% |
| GA53 | Cobb County, Georgia | 5.8580801967% |
| GA54 | Coffee County, Georgia | 0.4164755944% |
| GA55 | College Park City, Georgia | 0.1805996391% |
| GA56 | Colquitt County, Georgia | 0.2578612394% |
| GA57 | Columbia County, Georgia | 1.2905730633% |
| GA58 | Columbus City, Georgia | 1.8227140298% |
| GA59 | Conyers City, Georgia | 0.1202231912% |
| GA60 | Cook County, Georgia | 0.0973405674% |
| GA61 | Cordele City, Georgia | 0.0583989534% |
| GA62 | Covington City, Georgia | 0.1969084378% |
| GA63 | Coweta County, Georgia | 0.9767276305% |
| GA64 | Crawford County, Georgia | 0.1282569558% |
| GA65 | Crisp County, Georgia | 0.1296658905% |
| GA66 | Cusseta-Chattahoochee County Unified Government, Georgia | 0.0695538650% |
| GA67 | Dade County, Georgia | 0.1799465490% |
| GA68 | Dallas City, Georgia | 0.0916776643% |
| GA69 | Dalton City, Georgia | 0.3628092518% |
| GA70 | Damascus City, Georgia | 0.0005040301% |
| GA71 | Dawson City, Georgia | 0.0138696254% |
| GA72 | Dawson County, Georgia | 0.3192782415% |
| GA73 | Decatur City, Georgia | 0.1040340531% |
| GA74 | Decatur County, Georgia | 0.1633371087% |
| GA75 | Dekalb County, Georgia | 4.0579602979% |
| GA76 | Demorest City, Georgia | 0.0233539880% |
| GA77 | Dodge County, Georgia | 0.3228398634% |
| GA78 | Dooly County, Georgia | 0.0758970226% |
| GA79 | Doraville City, Georgia | 0.0619484258% |
| GA80 | Dougherty County, Georgia | 0.4519146718% |
| GA81 | Douglas City, Georgia | 0.2364366638% |
| GA82 | Douglas County, Georgia | 1.2411219485% |
| GA83 | Douglasville City, Georgia | 0.2313289102% |
| GA84 | Dublin City, Georgia | 0.1598683843% |
| GA85 | Duluth City, Georgia | 0.1174400509% |
| GA86 | Dunwoody City, Georgia | 0.0823645400% |
| GA87 | Early County, Georgia | 0.0433467628% |
| GA88 | East Point City, Georgia | 0.2308433908% |
| GA89 | Echols County, Georgia | 0.0262187359% |
| GA90 | Effingham County, Georgia | 0.4370293068% |
| GA91 | Elbert County, Georgia | 0.2655117233% |
| GA92 | Emanuel County, Georgia | 0.2278497555% |
| GA93 | Evans County, Georgia | 0.1156959749% |
| GA94 | Fairburn City, Georgia | 0.0542552469% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA95 | Fannin County, Georgia | 0.5651805280% |
| GA96 | Fayette County, Georgia | 0.6527012475% |
| GA97 | Fayetteville City, Georgia | 0.1201203794% |
| GA98 | Fitzgerald City, Georgia | 0.0569093853% |
| GA99 | Floyd County, Georgia | 0.9887350092% |
| GA100 | Forest Park City, Georgia | 0.1455200592% |
| GA101 | Forsyth County, Georgia | 1.7110664570% |
| GA102 | Franklin County, Georgia | 0.5550296650% |
| GA103 | Fulton County, Georgia | 3.2792330120% |
| GA104 | Gainesville City, Georgia | 0.3640437388% |
| GA105 | Georgetown-Quitman County Unified Government, Georgia | 0.0176595651% |
| GA106 | Gilmer County, Georgia | 0.4239021158% |
| GA107 | Glascock County, Georgia | 0.0283662653% |
| GA108 | Glynn County, Georgia | 0.7968809706% |
| GA109 | Gordon County, Georgia | 0.4175279543% |
| GA110 | Grady County, Georgia | 0.1716497947% |
| GA111 | Greene County, Georgia | 0.1737385827% |
| GA112 | Griffin City, Georgia | 0.2287480123% |
| GA113 | Grovetown City, Georgia | 0.0632622854% |
| GA114 | Gwinnett County, Georgia | 4.8912732775% |
| GA115 | Habersham County, Georgia | 0.4635124652% |
| GA116 | Hall County, Georgia | 1.5772937095% |
| GA117 | Hancock County, Georgia | 0.0536800967% |
| GA118 | Haralson County, Georgia | 1.0934912667% |
| GA119 | Harris County, Georgia | 0.2037540782% |
| GA120 | Hart County, Georgia | 0.2935398099% |
| GA121 | Heard County, Georgia | 0.1232058232% |
| GA122 | Henry County, Georgia | 1.9715208583% |
| GA123 | Hinesville City, Georgia | 0.2572364025% |
| GA124 | Holly Springs City, Georgia | 0.0823108417% |
| GA125 | Houston County, Georgia | 0.8378076437% |
| GA126 | Irwin County, Georgia | 0.0610553841% |
| GA127 | Jackson County, Georgia | 0.9201220386% |
| GA128 | Jasper County, Georgia | 0.1152245534% |
| GA129 | Jeff Davis County, Georgia | 0.3659791686% |
| GA130 | Jefferson City, Georgia | 0.0881783943% |
| GA131 | Jefferson County, Georgia | 0.1517559349% |
| GA132 | Jenkins County, Georgia | 0.0808740550% |
| GA133 | Johns Creek City, Georgia | 0.1877697040% |
| GA134 | Johnson County, Georgia | 0.0876584323% |
| GA135 | Jones County, Georgia | 0.2773521617% |
| GA136 | Kennesaw City, Georgia | 0.1446191663% |
| GA137 | Kingsland City, Georgia | 0.1313198199% |
| GA138 | Lagrange City, Georgia | 0.2069622772% |
| GA139 | Lakeland City, Georgia | 0.0155232109% |
| GA140 | Lamar County, Georgia | 0.2083015245% |
| GA141 | Lanier County, Georgia | 0.0574613256% |
| GA142 | Laurens County, Georgia | 0.5249834521% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA143 | Lawrenceville City, Georgia | 0.1647173317% |
| GA144 | Lee County, Georgia | 0.2162850866% |
| GA145 | Liberty County, Georgia | 0.2931642086% |
| GA146 | Lilburn City, Georgia | 0.0538355752% |
| GA147 | Lincoln County, Georgia | 0.1000487479% |
| GA148 | Loganville City, Georgia | 0.1468681321% |
| GA149 | Long County, Georgia | 0.1216766548% |
| GA150 | Lowndes County, Georgia | 0.6253829866% |
| GA151 | Lumpkin County, Georgia | 0.3139555802% |
| GA152 | Macon County, Georgia | 0.1110857755% |
| GA153 | Macon-Bibb County Unified Government, Georgia | 2.0265214623% |
| GA154 | Madison County, Georgia | 0.5114434091% |
| GA155 | Marietta City, Georgia | 0.7354006996% |
| GA156 | Marion County, Georgia | 0.0615218771% |
| GA157 | McDonough City, Georgia | 0.0803644086% |
| GA158 | McDuffie County, Georgia | 0.2216409869% |
| GA159 | McIntosh County, Georgia | 0.1678759014% |
| GA160 | Meriwether County, Georgia | 0.2015834534% |
| GA161 | Milledgeville City, Georgia | 0.1343842887% |
| GA162 | Miller County, Georgia | 0.0562389307% |
| GA163 | Milton City, Georgia | 0.0765630644% |
| GA164 | Mitchell County, Georgia | 0.1842864232% |
| GA165 | Monroe City, Georgia | 0.1616058698% |
| GA166 | Monroe County, Georgia | 0.2463868890% |
| GA167 | Montgomery County, Georgia | 0.0685440855% |
| GA168 | Morgan County, Georgia | 0.1807932852% |
| GA169 | Moultrie City, Georgia | 0.1150272968% |
| GA170 | Murray County, Georgia | 0.5636808736% |
| GA171 | Nashville City, Georgia | 0.0288042758% |
| GA172 | Newnan City, Georgia | 0.2037973462% |
| GA173 | Newton County, Georgia | 0.6206699754% |
| GA174 | Norcross City, Georgia | 0.0762036242% |
| GA175 | Oconee County, Georgia | 0.2721000475% |
| GA176 | Oglethorpe County, Georgia | 0.1461658711% |
| GA177 | Paulding County, Georgia | 1.7495211188% |
| GA178 | Peach County, Georgia | 0.2319656673% |
| GA179 | Peachtree City, Georgia | 0.2219833492% |
| GA180 | Peachtree Corners City, Georgia | 0.2099400952% |
| GA181 | Perry City, Georgia | 0.0954580908% |
| GA182 | Pickens County, Georgia | 0.3905362384% |
| GA183 | Pierce County, Georgia | 0.2012068205% |
| GA184 | Pike County, Georgia | 0.1072270653% |
| GA185 | Polk County, Georgia | 0.7130941429% |
| GA186 | Pooler City, Georgia | 0.0516303360% |
| GA187 | Powder Springs City, Georgia | 0.0633430906% |
| GA188 | Pulaski County, Georgia | 0.1671565625% |
| GA189 | Putnam County, Georgia | 0.2061208707% |
| GA190 | Rabun County, Georgia | 0.3170130000% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| GA191 | Randolph County, Georgia | 0.0382245100% |
| GA192 | Richmond Hill City, Georgia | 0.0716382402% |
| GA193 | Riverdale City, Georgia | 0.0684460876% |
| GA194 | Rockdale County, Georgia | 0.7947696030% |
| GA195 | Rome City, Georgia | 0.3719383578% |
| GA196 | Roswell City, Georgia | 0.2174642134% |
| GA197 | Sandy Springs City, Georgia | 0.2590143480% |
| GA198 | Savannah City, Georgia | 1.1246685243% |
| GA199 | Schley County, Georgia | 0.0238356678% |
| GA200 | Screven County, Georgia | 0.1132053955% |
| GA201 | Seminole County, Georgia | 0.0804817769% |
| GA202 | Smyrna City, Georgia | 0.2661908888% |
| GA203 | Snellville City, Georgia | 0.0758688840% |
| GA204 | Spalding County, Georgia | 0.5900646014% |
| GA205 | Springfield City, Georgia | 0.0124802329% |
| GA206 | St. Marys City, Georgia | 0.0962803562% |
| GA207 | Statesboro City, Georgia | 0.1844690660% |
| GA208 | Stephens County, Georgia | 0.7520555284% |
| GA209 | Stewart County, Georgia | 0.0419742764% |
| GA210 | Stockbridge City, Georgia | 0.0302698888% |
| GA211 | Sugar Hill City, Georgia | 0.0106058369% |
| GA212 | Sumter County, Georgia | 0.1314426325% |
| GA213 | Suwanee City, Georgia | 0.0700562332% |
| GA214 | Talbot County, Georgia | 0.0410357316% |
| GA215 | Taliaferro County, Georgia | 0.0068637499% |
| GA216 | Tattnall County, Georgia | 0.2930768128% |
| GA217 | Taylor County, Georgia | 0.0819435502% |
| GA218 | Telfair County, Georgia | 0.1855378735% |
| GA219 | Terrell County, Georgia | 0.0334710962% |
| GA220 | Thomas County, Georgia | 0.2077911904% |
| GA221 | Thomasville City, Georgia | 0.1281973547% |
| GA222 | Tift County, Georgia | 0.2088288220% |
| GA223 | Tifton City, Georgia | 0.1416502311% |
| GA224 | Toombs County, Georgia | 0.2423104056% |
| GA225 | Towns County, Georgia | 0.2454408368% |
| GA226 | Treutlen County, Georgia | 0.0571447522% |
| GA227 | Troup County, Georgia | 0.4334095739% |
| GA228 | Tucker City, Georgia | 0.0615225648% |
| GA229 | Turner County, Georgia | 0.0490657711% |
| GA230 | Twiggs County, Georgia | 0.0640416265% |
| GA231 | Union City, Georgia | 0.1531538090% |
| GA232 | Union County, Georgia | 0.2949759089% |
| GA233 | Upson County, Georgia | 0.3355566667% |
| GA234 | Valdosta City, Georgia | 0.2598246932% |
| GA235 | Vidalia City, Georgia | 0.1252530050% |
| GA236 | Villa Rica City, Georgia | 0.1397113628% |
| GA237 | Walker County, Georgia | 0.8453605309% |
| GA238 | Walton County, Georgia | 0.8194381956% |
| GA239 | Ware County, Georgia | 0.5170078559% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA240 | Warner Robins City, Georgia | 0.3969845574% |
| GA241 | Warren County, Georgia | 0.0447828045% |
| GA242 | Warwick City, Georgia | 0.0103298381% |
| GA243 | Washington County, Georgia | 0.1959988913% |
| GA244 | Waycross City, Georgia | 0.1358274367% |
| GA245 | Wayne County, Georgia | 0.6609347902% |
| GA246 | Webster County Unified Government, Georgia | 0.0143656323% |
| GA247 | Wheeler County, Georgia | 0.0675300652% |
| GA248 | White County, Georgia | 0.3873386988% |
| GA249 | Whitfield County, Georgia | 0.7644288806% |
| GA250 | Wilcox County, Georgia | 0.0828696590% |
| GA251 | Wilkes County, Georgia | 0.0976306068% |
| GA252 | Wilkinson County, Georgia | 0.0847297279% |
| GA253 | Winder City, Georgia | 0.2007720766% |
| GA254 | Woodbury City, Georgia | 0.0085236394% |
| GA255 | Woodstock City, Georgia | 0.1942956763% |
| GA256 | Worth County, Georgia | 0.1491832321% |
| GA257 | Rincon town, Georgia | 0.0275488139% |
| GA258 | South Fulton City, Georgia | 0.2561412300% |
| GA259 | Stonecrest City, Georgia | 0.0904388800% |
| GA260 | Ashburn City, Georgia | 0.0207294209% |
| GA261 | Chatsworth City, Georgia | 0.1226056863% |
| GA262 | Dawsonville City, Georgia | 0.0022440946% |
| GA263 | Helen City, Georgia | 0.0478552392% |
| GA264 | Jackson City, Georgia | 0.0568159148% |
| GA265 | Ringgold City, Georgia | 0.0585728853% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| HI1 | Hawaii County, Hawaii | 18.2671692501% |
| HI2 | Kalawao, Hawaii | 0.0034501514% |
| HI3 | Kauai County, Hawaii | 5.7006273580% |
| HI4 | Maui County, Hawaii | 13.9979969296% |
| HI5 | City and County of Honolulu, Hawaii | 62.0307563109% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ID1 | Ada County, Idaho | 13.2776278333% |
| ID2 | Adams County, Idaho | 0.1446831902% |
| ID3 | Ammon City, Idaho | 0.0812916024% |
| ID4 | Bannock County, Idaho | 3.0595589832% |
| ID5 | Bear Lake County, Idaho | 0.6082712041% |
| ID6 | Benewah County, Idaho | 0.6526829809% |
| ID7 | Bingham County, Idaho | 1.6421270812% |
| ID8 | Blackfoot City, Idaho | 0.6283857401% |
| ID9 | Blaine County, Idaho | 0.9137717551% |
| ID10 | Boise City, Idaho | 12.7586409110% |
| ID11 | Boise County, Idaho | 0.3309644652% |
| ID12 | Bonner County, Idaho | 2.5987361786% |
| ID13 | Bonneville County, Idaho | 3.7761253875% |
| ID14 | Boundary County, Idaho | 0.8788284447% |
| ID15 | Burley City, Idaho | 0.4485975363% |
| ID16 | Butte County, Idaho | 0.1839745518% |
| ID17 | Caldwell City, Idaho | 1.1958553249% |
| ID18 | Camas County, Idaho | 0.0422073443% |
| ID19 | Canyon County, Idaho | 5.0120113688% |
| ID20 | Caribou County, Idaho | 0.4396183832% |
| ID21 | Cassia County, Idaho | 0.7270235866% |
| ID22 | Chubbuck City, Idaho | 0.4841935447% |
| ID23 | Clark County, Idaho | 0.0420924425% |
| ID24 | Clearwater County, Idaho | 0.4890418390% |
| ID25 | Coeur D'Alene City, Idaho | 2.7593778237% |
| ID26 | Custer County, Idaho | 0.2133243878% |
| ID27 | Eagle City, Idaho | 0.1711876661% |
| ID28 | Elmore County, Idaho | 0.8899512165% |
| ID29 | Franklin County, Idaho | 0.5753624958% |
| ID30 | Fremont County, Idaho | 0.5716071696% |
| ID31 | Garden City, Idaho | 0.5582782838% |
| ID32 | Gem County, Idaho | 1.3784025725% |
| ID33 | Gooding County, Idaho | 0.6966472013% |
| ID34 | Hayden City, Idaho | 0.0047132146% |
| ID35 | Idaho County, Idaho | 0.8474305547% |
| ID36 | Idaho Falls City, Idaho | 3.8875027578% |
| ID37 | Jefferson County, Idaho | 0.9842670749% |
| ID38 | Jerome City, Idaho | 0.4169017424% |
| ID39 | Jerome County, Idaho | 0.6223444291% |
| ID40 | Kootenai County, Idaho | 5.6394798565% |
| ID41 | Kuna City, Idaho | 0.1849461724% |
| ID42 | Latah County, Idaho | 1.2943861166% |
| ID43 | Lemhi County, Idaho | 0.4880814284% |
| ID44 | Lewis County, Idaho | 0.2882543555% |
| ID45 | Lewiston City, Idaho | 2.0176549375% |
| ID46 | Lincoln County, Idaho | 0.1930184422% |
| ID47 | Madison County, Idaho | 1.2748404845% |
| ID48 | Meridian City, Idaho | 2.4045650754% |
| ID49 | Minidoka County, Idaho | 0.9140620922% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| ID50 | Moscow City, Idaho | 0.6590552650% |
| ID51 | Mountain Home City, Idaho | 0.5706694591% |
| ID52 | Nampa City, Idaho | 3.3274647954% |
| ID53 | Nez Perce County, Idaho | 1.2765833482% |
| ID54 | Oneida County, Idaho | 0.2371656647% |
| ID55 | Owyhee County, Idaho | 0.5554298409% |
| ID56 | Payette County, Idaho | 1.2750728102% |
| ID57 | Pocatello City, Idaho | 2.9494898116% |
| ID58 | Post Falls City, Idaho | 0.6781328826% |
| ID59 | Power County, Idaho | 0.3505171035% |
| ID60 | Preston City, Idaho | 0.1496220047% |
| ID61 | Rexburg City, Idaho | 0.1336231941% |
| ID62 | Shoshone County, Idaho | 1.2841091340% |
| ID63 | Star City, Idaho | 0.0001322772% |
| ID64 | Teton County, Idaho | 0.4258195211% |
| ID65 | Twin Falls City, Idaho | 1.8245765222% |
| ID66 | Twin Falls County, Idaho | 3.3104301873% |
| ID67 | Valley County, Idaho | 0.8074710814% |
| ID68 | Washington County, Idaho | 0.4917358652% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL1 | Adams County, Illinois | |
| IL3 | Addison Village, Illinois | |
| IL4 | Alexander County, Illinois | |
| IL6 | Algonquin Village, Illinois | |
| IL10 | Anna City, Illinois | |
| IL13 | Arlington Heights Village, Illinois | |
| IL14 | Aurora City, Illinois | |
| IL19 | Bartlett Village, Illinois | |
| IL22 | Bedford Park Village, Illinois | |
| IL23 | Belleville City, Illinois | |
| IL24 | Bellwood Village, Illinois | |
| IL27 | Bensenville Village, Illinois | |
| IL28 | Benton City, Illinois | |
| IL30 | Berkeley Village, Illinois | |
| IL31 | Berwyn City, Illinois | |
| IL37 | Bloomington City, Illinois | |
| IL39 | Bolingbrook Village, Illinois | |
| IL40 | Bond County, Illinois | |
| IL41 | Boone County, Illinois | |
| IL46 | Bridgeview Village, Illinois | |
| IL47 | Broadview Village, Illinois | |
| IL49 | Brown County, Illinois | |
| IL51 | Buffalo Grove Village, Illinois | Allocations in Illinois will |
| IL52 | Burbank City, Illinois | be made in accordance |
| IL53 | Bureau County, Illinois | with the Illinois Opioid |
| IL56 | Calhoun County, Illinois | Allocation Agreement. |
| IL57 | Calumet City, Illinois | |
| IL63 | Carbondale City, Illinois | |
| IL65 | Carol Stream Village, Illinois | |
| IL66 | Carpentersville Village, Illinois | |
| IL67 | Carroll County, Illinois | |
| IL70 | Cass County, Illinois | |
| IL75 | Champaign City, Illinois | |
| IL76 | Champaign County, Illinois | |
| IL84 | Chicago City, Illinois | |
| IL85 | Chicago Heights City, Illinois | |
| IL86 | Chicago Ridge Village, Illinois | |
| IL87 | Christian County, Illinois | |
| IL88 | Clark County, Illinois | |
| IL89 | Clay County, Illinois | |
| IL90 | Clinton County, Illinois | |
| IL91 | Coles County, Illinois | |
| IL96 | Cook County, Illinois | |
| IL99 | Countryside City, Illinois | |
| IL100 | Crawford County, Illinois | |
| IL104 | Crystal Lake City, Illinois | |
| IL106 | Cumberland County, Illinois | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL107 | Danville City, Illinois | |
| IL110 | De Witt County, Illinois | |
| IL111 | Decatur City, Illinois | |
| IL114 | Dekalb City, Illinois | |
| IL115 | Dekalb County, Illinois | |
| IL117 | Des Plaines City, Illinois | |
| IL120 | Dolton Village, Illinois | |
| IL122 | Douglas County, Illinois | |
| IL125 | Downers Grove Village, Illinois | |
| IL127 | Dupage County, Illinois | |
| IL131 | Edgar County, Illinois | |
| IL132 | Edwards County, Illinois | |
| IL136 | Effingham County, Illinois | |
| IL138 | Elgin City, Illinois | |
| IL141 | Elk Grove Village, Illinois | |
| IL142 | Elmhurst City, Illinois | |
| IL144 | Evanston City, Illinois | |
| IL145 | Evergreen Park Village, Illinois | |
| IL147 | Fayette County, Illinois | |
| IL150 | Ford County, Illinois | |
| IL151 | Forest Park Village, Illinois | |
| IL155 | Franklin County, Illinois | Allocations in Illinois will be made in accordance with the Illinois Opioid Allocation Agreement. |
| IL156 | Franklin Park Village, Illinois | |
| IL160 | Fulton County, Illinois | |
| IL162 | Galesburg City, Illinois | |
| IL163 | Gallatin County, Illinois | |
| IL168 | Glendale Heights Village, Illinois | |
| IL169 | Glenview Village, Illinois | |
| IL174 | Granite City, Illinois | |
| IL177 | Greene County, Illinois | |
| IL180 | Grundy County, Illinois | |
| IL181 | Gurnee Village, Illinois | |
| IL182 | Hamilton County, Illinois | |
| IL183 | Hancock County, Illinois | |
| IL184 | Hanover Park Village, Illinois | |
| IL186 | Hardin County, Illinois | |
| IL188 | Harrisburg City, Illinois | |
| IL190 | Harvey City, Illinois | |
| IL191 | Harwood Heights Village, Illinois | |
| IL193 | Henderson County, Illinois | |
| IL194 | Henry County, Illinois | |
| IL195 | Herrin City, Illinois | |
| IL199 | Hillside Village, Illinois | |
| IL201 | Hodgkins Village, Illinois | |
| IL202 | Hoffman Estates Village, Illinois | |
| IL206 | Iroquois County, Illinois | |
| IL207 | Jackson County, Illinois | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL210 | Jasper County, Illinois | |
| IL211 | Jefferson County, Illinois | |
| IL212 | Jersey County, Illinois | |
| IL213 | Jo Daviess County, Illinois | |
| IL214 | Johnson County, Illinois | |
| IL215 | Joliet City, Illinois | |
| IL218 | Kane County, Illinois | |
| IL219 | Kankakee City, Illinois | |
| IL220 | Kankakee County, Illinois | |
| IL222 | Kendall County, Illinois | |
| IL224 | Knox County, Illinois | |
| IL225 | La Grange Park Village, Illinois | |
| IL227 | Lake County, Illinois | |
| IL233 | Lasalle County, Illinois | |
| IL234 | Lawrence County, Illinois | |
| IL235 | Lee County, Illinois | |
| IL247 | Livingston County, Illinois | |
| IL250 | Logan County, Illinois | |
| IL251 | Lombard Village, Illinois | |
| IL254 | Lyons Township, Illinois | |
| IL255 | Lyons Village, Illinois | |
| IL259 | Macon County, Illinois | |
| IL260 | Macoupin County, Illinois | Allocations in Illinois will be made in accordance with the Illinois Opioid Allocation Agreement. |
| IL261 | Madison County, Illinois | |
| IL266 | Marion City, Illinois | |
| IL267 | Marion County, Illinois | |
| IL269 | Marshall County, Illinois | |
| IL270 | Mason County, Illinois | |
| IL271 | Massac County, Illinois | |
| IL275 | Maywood Village, Illinois | |
| IL276 | McCook Village, Illinois | |
| IL277 | McDonough County, Illinois | |
| IL279 | McHenry County, Illinois | |
| IL281 | McLean County, Illinois | |
| IL283 | Melrose Park Village, Illinois | |
| IL284 | Menard County, Illinois | |
| IL285 | Mercer County, Illinois | |
| IL286 | Merrionette Park Village, Illinois | |
| IL287 | Metropolis City, Illinois | |
| IL292 | Moline City, Illinois | |
| IL295 | Monroe County, Illinois | |
| IL296 | Montgomery County, Illinois | |
| IL299 | Morgan County, Illinois | |
| IL304 | Moultrie County, Illinois | |
| IL305 | Mount Prospect Village, Illinois | |
| IL307 | Mundelein Village, Illinois | |
| IL309 | Naperville City, Illinois | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL317 | Normal Town, Illinois | |
| IL322 | North Riverside Village, Illinois | |
| IL323 | Northbrook Village, Illinois | |
| IL325 | Northlake City, Illinois | |
| IL329 | Oak Lawn Village, Illinois | |
| IL331 | Oak Park Village, Illinois | |
| IL333 | Ogle County, Illinois | |
| IL334 | Orland Park Village, Illinois | |
| IL337 | Oswego Village, Illinois | |
| IL341 | Palatine Village, Illinois | |
| IL342 | Palos Heights City, Illinois | |
| IL343 | Palos Hills City, Illinois | |
| IL346 | Park Ridge City, Illinois | |
| IL347 | Pekin City, Illinois | |
| IL350 | Peoria City, Illinois | |
| IL351 | Peoria County, Illinois | |
| IL352 | Perry County, Illinois | |
| IL354 | Piatt County, Illinois | |
| IL355 | Pike County, Illinois | |
| IL356 | Plainfield Village, Illinois | |
| IL360 | Pope County, Illinois | |
| IL361 | Posen Village, Illinois | Allocations in Illinois will be made in accordance with the Illinois Opioid Allocation Agreement. |
| IL362 | Princeton City, Illinois | |
| IL365 | Pulaski County, Illinois | |
| IL366 | Putnam County, Illinois | |
| IL367 | Quincy City, Illinois | |
| IL369 | Randolph County, Illinois | |
| IL373 | Richland County, Illinois | |
| IL376 | River Forest Village, Illinois | |
| IL377 | River Grove Village, Illinois | |
| IL380 | Riverside Village, Illinois | |
| IL381 | Rock Island City, Illinois | |
| IL382 | Rock Island County, Illinois | |
| IL384 | Rockford City, Illinois | |
| IL388 | Romeoville Village, Illinois | |
| IL395 | Saline County, Illinois | |
| IL396 | Sangamon County, Illinois | |
| IL399 | Schaumburg Village, Illinois | |
| IL400 | Schiller Park Village, Illinois | |
| IL401 | Schuyler County, Illinois | |
| IL402 | Scott County, Illinois | |
| IL403 | Sesser City, Illinois | |
| IL404 | Shelby County, Illinois | |
| IL408 | Skokie Village, Illinois | |
| IL413 | Springfield City, Illinois | |
| IL414 | St Clair County, Illinois | |
| IL415 | St. Charles City, Illinois | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL416 | Stark County, Illinois | |
| IL417 | Stephenson County, Illinois | |
| IL421 | Stone Park Village, Illinois | |
| IL422 | Streamwood Village, Illinois | |
| IL423 | Streator City, Illinois | |
| IL425 | Summit Village, Illinois | |
| IL431 | Tazewell County, Illinois | |
| IL433 | Tinley Park Village, Illinois | |
| IL436 | Union County, Illinois | |
| IL437 | Urbana City, Illinois | |
| IL438 | Vermilion County, Illinois | |
| IL441 | Wabash County, Illinois | Allocations in Illinois will be made in accordance with the Illinois Opioid Allocation Agreement. |
| IL442 | Warren County, Illinois | |
| IL446 | Washington County, Illinois | |
| IL451 | Waukegan City, Illinois | |
| IL453 | Wayne County, Illinois | |
| IL456 | West Frankfort City, Illinois | |
| IL461 | Wheaton City, Illinois | |
| IL463 | Wheeling Village, Illinois | |
| IL464 | White County, Illinois | |
| IL465 | Whiteside County, Illinois | |
| IL466 | Will County, Illinois | |
| IL467 | Williamson County, Illinois | |
| IL470 | Winnebago County, Illinois | |
| IL475 | Woodford County, Illinois | |
| IL476 | Woodridge Village, Illinois | |
| IL485 | Cicero Town, Illinois | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN1 | Adams County, Indiana | 0.3093066943% |
| IN2 | Advance Town, Indiana | 0.0005697863% |
| IN3 | Akron Town, Indiana | 0.0003285254% |
| IN4 | Alamo Town, Indiana | 0.0005749195% |
| IN5 | Albany Town, Indiana | 0.0256968486% |
| IN6 | Albion Town, Indiana | 0.0216621457% |
| IN7 | Alexandria City, Indiana | 0.1062420448% |
| IN8 | Alfordsville Town, Indiana | 0.0001539963% |
| IN9 | Allen County, Indiana | 1.5529191846% |
| IN10 | Alton Town, Indiana | 0.0000307993% |
| IN11 | Altona Town, Indiana | 0.0012473700% |
| IN12 | Ambia Town, Indiana | 0.0006519177% |
| IN13 | Amboy Town, Indiana | 0.0004825217% |
| IN14 | Amo Town, Indiana | 0.0005749195% |
| IN15 | Anderson City, Indiana | 1.3828918739% |
| IN16 | Andrews Town, Indiana | 0.0060520544% |
| IN17 | Angola City, Indiana | 0.0947539211% |
| IN18 | Arcadia Town, Indiana | 0.0063138481% |
| IN19 | Argos Town, Indiana | 0.0167907295% |
| IN20 | Ashley Town, Indiana | 0.0062368500% |
| IN21 | Atlanta Town, Indiana | 0.0011652386% |
| IN22 | Attica City, Indiana | 0.0207587007% |
| IN23 | Auburn City, Indiana | 0.1472615249% |
| IN24 | Aurora City, Indiana | 0.0094399730% |
| IN25 | Austin City, Indiana | 0.0232277747% |
| IN26 | Avilla Town, Indiana | 0.0199579200% |
| IN27 | Avon Town, Indiana | 0.0164108720% |
| IN28 | Bainbridge Town, Indiana | 0.0014783644% |
| IN29 | Bargersville Town, Indiana | 0.0121041089% |
| IN30 | Bartholomew County, Indiana | 1.1839235258% |
| IN31 | Batesville City, Indiana | 0.1547046792% |
| IN32 | Battle Ground Town, Indiana | 0.0136286722% |
| IN33 | Bedford City, Indiana | 0.3269803359% |
| IN34 | Beech Grove City, Indiana | 0.0544736232% |
| IN35 | Benton County, Indiana | 0.0744315432% |
| IN36 | Berne City, Indiana | 0.0028078658% |
| IN37 | Bethany Town, Indiana | 0.0002720601% |
| IN38 | Beverly Shores Town, Indiana | 0.0154458285% |
| IN39 | Bicknell City, Indiana | 0.0013295014% |
| IN40 | Birdseye Town, Indiana | 0.0029464625% |
| IN41 | Blackford County, Indiana | 0.2715365360% |
| IN42 | Bloomfield Town, Indiana | 0.0042862302% |
| IN43 | Bloomingdale Town, Indiana | 0.0026025374% |
| IN44 | Bloomington City, Indiana | 0.8390231543% |
| IN45 | Blountsville Town, Indiana | 0.0002566605% |
| IN46 | Bluffton City, Indiana | 0.1002977878% |
| IN47 | Boone County, Indiana | 0.6762798684% |
| IN48 | Boonville City, Indiana | 0.1007854427% |
| IN49 | Borden Town, Indiana | 0.0017504246% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN50 | Boston Town, Indiana | 0.0005697863% |
| IN51 | Boswell Town, Indiana | 0.0021097493% |
| IN52 | Bourbon Town, Indiana | 0.0173040505% |
| IN53 | Brazil City, Indiana | 0.0626816258% |
| IN54 | Bremen Town, Indiana | 0.0529387935% |
| IN55 | Bristol Town, Indiana | 0.0158462189% |
| IN56 | Brook Town, Indiana | 0.0037369768% |
| IN57 | Brooklyn Town, Indiana | 0.0065705086% |
| IN58 | Brooksburg Town, Indiana | 0.0009547770% |
| IN59 | Brookston Town, Indiana | 0.0116677860% |
| IN60 | Brookville Town, Indiana | 0.0538935705% |
| IN61 | Brown County, Indiana | 0.1879165471% |
| IN62 | Brownsburg Town, Indiana | 0.1125918254% |
| IN63 | Brownstown, Indiana | 0.0033622525% |
| IN64 | Bruceville Town, Indiana | 0.0002412609% |
| IN65 | Bryant Town, Indiana | 0.0003747243% |
| IN66 | Bunker Hill Town, Indiana | 0.0010985069% |
| IN67 | Burket Town, Indiana | 0.0011139065% |
| IN68 | Burlington Town, Indiana | 0.0063805799% |
| IN69 | Burnettsville Town, Indiana | 0.0004619889% |
| IN70 | Burns Harbor Town, Indiana | 0.0397977762% |
| IN71 | Butler City, Indiana | 0.0239156248% |
| IN72 | Cadiz Town, Indiana | 0.0002823265% |
| IN73 | Cambridge City Town, Indiana | 0.0241517525% |
| IN74 | Camden Town, Indiana | 0.0064216456% |
| IN75 | Campbellsburg Town, Indiana | 0.0081874698% |
| IN76 | Cannelburg Town, Indiana | 0.0002258612% |
| IN77 | Cannelton City, Indiana | 0.0018325559% |
| IN78 | Carbon Town, Indiana | 0.0026846688% |
| IN79 | Carlisle Town, Indiana | 0.0017658242% |
| IN80 | Carmel City, Indiana | 0.3676250917% |
| IN81 | Carroll County, Indiana | 0.1629794136% |
| IN82 | Carthage Town, Indiana | 0.0013141017% |
| IN83 | Cass County, Indiana | 0.3389612478% |
| IN84 | Cayuga Town, Indiana | 0.0078486779% |
| IN85 | Cedar Grove Town, Indiana | 0.0004055236% |
| IN86 | Cedar Lake Town, Indiana | 0.0511678360% |
| IN87 | Center Point Town, Indiana | 0.0016374940% |
| IN88 | Centerville Town, Indiana | 0.0350752231% |
| IN89 | Chalmers Town, Indiana | 0.0006827169% |
| IN90 | Chandler Town, Indiana | 0.0347518309% |
| IN91 | Charlestown City, Indiana | 0.0146039821% |
| IN92 | Chesterfield Town, Indiana | 0.0379036217% |
| IN93 | Chesterton Town, Indiana | 0.2160003384% |
| IN94 | Chrisney Town, Indiana | 0.0032339222% |
| IN95 | Churubusco Town, Indiana | 0.0000564653% |
| IN96 | Cicero Town, Indiana | 0.0173297165% |
| IN97 | Clark County, Indiana | 1.9376070659% |
| IN98 | Clarks Hill Town, Indiana | 0.0040603690% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN99 | Clarksville Town, Indiana | 0.1071762890% |
| IN100 | Clay City Town, Indiana | 0.0057697279% |
| IN101 | Clay County, Indiana | 0.2954521608% |
| IN102 | Claypool Town, Indiana | 0.0024690740% |
| IN103 | Clayton Town, Indiana | 0.0006981165% |
| IN104 | Clear Lake Town, Indiana | 0.0019762858% |
| IN105 | Clifford Town, Indiana | 0.0002309944% |
| IN106 | Clinton City, Indiana | 0.0336584572% |
| IN107 | Clinton County, Indiana | 0.2744214000% |
| IN108 | Cloverdale Town, Indiana | 0.0050202793% |
| IN109 | Coatesville Town, Indiana | 0.0007494486% |
| IN110 | Colfax Town, Indiana | 0.0046147557% |
| IN111 | Columbia City, Indiana | 0.0886402681% |
| IN112 | Columbus City, Indiana | 0.0764283618% |
| IN113 | Connersville City, Indiana | 0.4636161164% |
| IN114 | Converse Town, Indiana | 0.0045736900% |
| IN115 | Corunna Town, Indiana | 0.0016374940% |
| IN116 | Corydon Town, Indiana | 0.0069811654% |
| IN117 | Country Club Heights Town, Indiana | 0.0012217040% |
| IN118 | Covington City, Indiana | 0.0257122483% |
| IN119 | Crandall Town, Indiana | 0.0000153996% |
| IN120 | Crane Town, Indiana | 0.0015656290% |
| IN121 | Crawford County, Indiana | 0.1338946464% |
| IN122 | Crawfordsville City, Indiana | 0.2738413473% |
| IN123 | Cromwell Town, Indiana | 0.0034546502% |
| IN124 | Crothersville Town, Indiana | 0.0018222895% |
| IN125 | Crown Point City, Indiana | 0.1246189362% |
| IN126 | Culver Town, Indiana | 0.0289821030% |
| IN127 | Cynthiana Town, Indiana | 0.0032749879% |
| IN128 | Dale Town, Indiana | 0.0059750563% |
| IN129 | Daleville Town, Indiana | 0.0199784528% |
| IN130 | Dana Town, Indiana | 0.0050510785% |
| IN131 | Danville Town, Indiana | 0.0039473384% |
| IN132 | Darlington Town, Indiana | 0.0074790868% |
| IN133 | Darmstadt Town, Indiana | 0.0109491367% |
| IN134 | Daviess County, Indiana | 0.3758998260% |
| IN135 | Dayton Town, Indiana | 0.0114727241% |
| IN136 | DeKalb County, Indiana | 0.2773473296% |
| IN137 | De Motte Town, Indiana | 0.0070940960% |
| IN138 | Dearborn County, Indiana | 0.9577234994% |
| IN139 | Decatur City, Indiana | 0.0090909147% |
| IN140 | Decatur County, Indiana | 0.3533239690% |
| IN141 | Decker Town, Indiana | 0.0001231970% |
| IN142 | Delaware County, Indiana | 1.2035734533% |
| IN143 | Delphi City, Indiana | 0.0177249737% |
| IN144 | Denver Town, Indiana | 0.0006005856% |
| IN145 | Dillsboro Town, Indiana | 0.0060007223% |
| IN146 | Dublin Town, Indiana | 0.0051588759% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN147 | Dubois County, Indiana | 0.2728968366% |
| IN148 | Dugger Town, Indiana | 0.0023407437% |
| IN149 | Dune Acres Town, Indiana | 0.0046917538% |
| IN150 | Dunkirk City, Indiana | 0.0079872746% |
| IN151 | Dunreith Town, Indiana | 0.0003387919% |
| IN152 | Dupont Town, Indiana | 0.0039783277% |
| IN153 | Dyer Town, Indiana | 0.0533186510% |
| IN154 | Earl Park Town, Indiana | 0.0009188446% |
| IN155 | East Chicago City, Indiana | 0.4621018195% |
| IN156 | East Germantown, Indiana | 0.0015861619% |
| IN157 | Eaton Town, Indiana | 0.0166418664% |
| IN158 | Economy Town, Indiana | 0.0007648483% |
| IN159 | Edgewood Town, Indiana | 0.0243673473% |
| IN160 | Edinburgh Town, Indiana | 0.0198963215% |
| IN161 | Edwardsport Town, Indiana | 0.0001488631% |
| IN162 | Elberfeld Town, Indiana | 0.0031569241% |
| IN163 | Elizabeth Town, Indiana | 0.0000153996% |
| IN164 | Elizabethtown, Indiana | 0.0005133210% |
| IN165 | Elkhart City, Indiana | 0.5425802839% |
| IN166 | Elkhart County, Indiana | 1.1662652839% |
| IN167 | Ellettsville Town, Indiana | 0.0677889032% |
| IN168 | Elnora Town, Indiana | 0.0013551674% |
| IN169 | Elwood City, Indiana | 0.2112777853% |
| IN170 | English Town, Indiana | 0.0003747243% |
| IN171 | Etna Green Town, Indiana | 0.0033725189% |
| IN172 | Evansville City, Indiana | 1.9321196646% |
| IN173 | Fairland Town, Indiana | 0.0005133210% |
| IN174 | Fairmount Town, Indiana | 0.0104409489% |
| IN175 | Fairview Park Town, Indiana | 0.0093373088% |
| IN176 | Farmersburg Town, Indiana | 0.0039731044% |
| IN177 | Farmland Town, Indiana | 0.0182074954% |
| IN178 | Fayette County, Indiana | 0.2945127834% |
| IN179 | Ferdinand Town, Indiana | 0.0189415444% |
| IN180 | Fillmore Town, Indiana | 0.0010420416% |
| IN181 | Fishers City, Indiana | 0.1521842732% |
| IN182 | Flora Town, Indiana | 0.0175966435% |
| IN183 | Floyd County, Indiana | 1.5760956272% |
| IN184 | Fort Branch Town, Indiana | 0.0073250905% |
| IN185 | Fort Wayne City, Indiana | 2.7340040454% |
| IN186 | Fortville Town, Indiana | 0.0152712994% |
| IN187 | Fountain City Town, Indiana | 0.0045993560% |
| IN188 | Fountain County, Indiana | 0.1640779205% |
| IN189 | Fowler Town, Indiana | 0.0093886409% |
| IN190 | Fowlerton Town, Indiana | 0.0022688788% |
| IN191 | Francesville Town, Indiana | 0.0011498390% |
| IN192 | Francisco Town, Indiana | 0.0027668001% |
| IN193 | Frankfort City, Indiana | 0.1520302769% |
| IN194 | Franklin City, Indiana | 0.1074072834% |
| IN195 | Franklin County, Indiana | 0.2948618417% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN196 | Frankton Town, Indiana | 0.0115548554% |
| IN197 | Fremont Town, Indiana | 0.0201427156% |
| IN198 | French Lick Town, Indiana | 0.0211642243% |
| IN199 | Fulton County, Indiana | 0.2359941908% |
| IN200 | Fulton Town, Indiana | 0.0002925930% |
| IN201 | Galveston Town, Indiana | 0.0012730360% |
| IN202 | Garrett City, Indiana | 0.0387249353% |
| IN203 | Gary City, Indiana | 0.7295266544% |
| IN204 | Gas City, Indiana | 0.0544736232% |
| IN205 | Gaston Town, Indiana | 0.0083209332% |
| IN206 | Geneva Town, Indiana | 0.0008367132% |
| IN207 | Gentryville Town, Indiana | 0.0017966235% |
| IN208 | Georgetown, Indiana | 0.0044864254% |
| IN209 | Gibson County, Indiana | 0.2588523744% |
| IN210 | Glenwood Town, Indiana | 0.0027103348% |
| IN211 | Goodland Town, Indiana | 0.0046352885% |
| IN212 | Goshen City, Indiana | 0.2386377939% |
| IN213 | Gosport Town, Indiana | 0.0097336316% |
| IN214 | Grabill Town, Indiana | 0.0057543283% |
| IN215 | Grandview Town, Indiana | 0.0048406169% |
| IN216 | Grant County, Indiana | 0.7449878825% |
| IN217 | Greencastle City, Indiana | 0.0286279115% |
| IN218 | Greendale City, Indiana | 0.0136543383% |
| IN219 | Greene County, Indiana | 0.4315540875% |
| IN220 | Greenfield City, Indiana | 0.0612889274% |
| IN221 | Greens Fork Town, Indiana | 0.0017504246% |
| IN222 | Greensboro Town, Indiana | 0.0002720601% |
| IN223 | Greensburg City, Indiana | 0.0195369968% |
| IN224 | Greentown, Indiana | 0.0017452914% |
| IN225 | Greenville Town, Indiana | 0.0009291110% |
| IN226 | Greenwood City, Indiana | 0.1803758618% |
| IN227 | Griffin Town, Indiana | 0.0010112423% |
| IN228 | Griffith Town, Indiana | 0.0696165923% |
| IN229 | Hagerstown, Indiana | 0.0234433695% |
| IN230 | Hamilton County, Indiana | 2.0269762499% |
| IN231 | Hamilton Town, Indiana | 0.0034341174% |
| IN232 | Hamlet Town, Indiana | 0.0188234806% |
| IN233 | Hammond City, Indiana | 1.0770244302% |
| IN234 | Hancock County, Indiana | 0.8954422640% |
| IN235 | Hanover Town, Indiana | 0.0079667417% |
| IN236 | Hardinsburg Town, Indiana | 0.0034649167% |
| IN237 | Harmony Town, Indiana | 0.0043529620% |
| IN238 | Harrison County, Indiana | 0.5610033742% |
| IN239 | Hartford City, Indiana | 0.1033058488% |
| IN240 | Hartsville Town, Indiana | 0.0003849907% |
| IN241 | Haubstadt Town, Indiana | 0.0066783060% |
| IN242 | Hazleton Town, Indiana | 0.0014937641% |
| IN243 | Hebron Town, Indiana | 0.0722037301% |
| IN244 | Hendricks County, Indiana | 1.5700846384% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN245 | Henry County, Indiana | 1.1653207733% |
| IN246 | Highland Town, Indiana | 0.0864997196% |
| IN247 | Hillsboro Town, Indiana | 0.0040501026% |
| IN248 | Hobart City, Indiana | 0.1594631648% |
| IN249 | Holland Town, Indiana | 0.0044453598% |
| IN250 | Holton Town, Indiana | 0.0060058556% |
| IN251 | Hope Town, Indiana | 0.0036805115% |
| IN252 | Howard County, Indiana | 1.8693507742% |
| IN253 | Hudson Town, Indiana | 0.0029669953% |
| IN254 | Huntertown, Indiana | 0.0415225347% |
| IN255 | Huntingburg City, Indiana | 0.0455829037% |
| IN256 | Huntington City, Indiana | 0.2487142849% |
| IN257 | Huntington County, Indiana | 0.2617013059% |
| IN258 | Hymera Town, Indiana | 0.0020173515% |
| IN259 | Indian Village Town, Indiana | 0.0006005856% |
| IN260 | Indianapolis City, Indiana | 15.8348539612% |
| IN261 | Ingalls Town, Indiana | 0.0015194301% |
| IN262 | Jackson County, Indiana | 0.7183516565% |
| IN263 | Jamestown, Indiana | 0.0010471748% |
| IN264 | Jasonville City, Indiana | 0.0039628380% |
| IN265 | Jasper City, Indiana | 0.0892100544% |
| IN266 | Jasper County, Indiana | 0.4269598647% |
| IN267 | Jay County, Indiana | 0.3117552354% |
| IN268 | Jefferson County, Indiana | 0.3577898616% |
| IN269 | Jeffersonville City, Indiana | 0.1772754031% |
| IN270 | Jennings County, Indiana | 0.4175198917% |
| IN271 | Johnson County, Indiana | 1.7413644524% |
| IN272 | Jonesboro City, Indiana | 0.0065499758% |
| IN273 | Jonesville Town, Indiana | 0.0001847956% |
| IN274 | Kempton Town, Indiana | 0.0027462673% |
| IN275 | Kendallville City, Indiana | 0.0955393022% |
| IN276 | Kennard Town, Indiana | 0.0009034449% |
| IN277 | Kentland Town, Indiana | 0.0053796040% |
| IN278 | Kewanna Town, Indiana | 0.0005389870% |
| IN279 | Kingman Town, Indiana | 0.0037934421% |
| IN280 | Kingsbury Town, Indiana | 0.0012935689% |
| IN281 | Kingsford Heights Town, Indiana | 0.0045942228% |
| IN282 | Kirklin Town, Indiana | 0.0053282719% |
| IN283 | Knightstown, Indiana | 0.0036856447% |
| IN284 | Knightsville Town, Indiana | 0.0053026058% |
| IN285 | Knox City, Indiana | 0.0998614649% |
| IN286 | Knox County, Indiana | 0.5298755895% |
| IN287 | Kokomo City, Indiana | 0.2824600066% |
| IN288 | Kosciusko County, Indiana | 0.4936351277% |
| IN289 | Kouts Town, Indiana | 0.0383502110% |
| IN290 | La Crosse Town, Indiana | 0.0028283986% |
| IN291 | La Fontaine Town, Indiana | 0.0017555578% |
| IN292 | La Paz Town, Indiana | 0.0034187178% |
| IN293 | La Porte City, Indiana | 0.1637904607% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN294 | La Porte County, Indiana | 0.7761413333% |
| IN295 | Laconia Town, Indiana | 0.0000051332% |
| IN296 | Ladoga Town, Indiana | 0.0108156732% |
| IN297 | Lafayette City, Indiana | 1.0122433215% |
| IN298 | Lagrange County, Indiana | 0.2088446438% |
| IN299 | Lagrange Town, Indiana | 0.0232996396% |
| IN300 | Lagro Town, Indiana | 0.0008264468% |
| IN301 | Lake County, Indiana | 1.8344141478% |
| IN302 | Lake Station City, Indiana | 0.0738514905% |
| IN303 | Lakeville Town, Indiana | 0.0035470480% |
| IN304 | Lanesville Town, Indiana | 0.0000513321% |
| IN305 | Lapel Town, Indiana | 0.0216570125% |
| IN306 | Larwill Town, Indiana | 0.0024998732% |
| IN307 | Laurel Town, Indiana | 0.0013295014% |
| IN308 | Lawrence City, Indiana | 0.1413634668% |
| IN309 | Lawrence County, Indiana | 0.4144758982% |
| IN310 | Lawrenceburg City, Indiana | 0.0397721101% |
| IN311 | Leavenworth Town, Indiana | 0.0001385967% |
| IN312 | Lebanon City, Indiana | 0.0221087349% |
| IN313 | Leesburg Town, Indiana | 0.0032236558% |
| IN314 | Leo-Cedarville Town, Indiana | 0.0196037285% |
| IN315 | Lewisville Town, Indiana | 0.0006981165% |
| IN316 | Liberty Town, Indiana | 0.0173399830% |
| IN317 | Ligonier City, Indiana | 0.0407012211% |
| IN318 | Linden Town, Indiana | 0.0066885725% |
| IN319 | Linton City, Indiana | 0.0214516841% |
| IN320 | Little York Town, Indiana | 0.0026795356% |
| IN321 | Livonia Town, Indiana | 0.0017966235% |
| IN322 | Lizton Town, Indiana | 0.0006827169% |
| IN323 | Logansport City, Indiana | 0.0184076906% |
| IN324 | Long Beach Town, Indiana | 0.0039115059% |
| IN325 | Loogootee City, Indiana | 0.0178533039% |
| IN326 | Losantville Town, Indiana | 0.0065191765% |
| IN327 | Lowell Town, Indiana | 0.0413531388% |
| IN328 | Lynn Town, Indiana | 0.0149633068% |
| IN329 | Lynnville Town, Indiana | 0.0045377575% |
| IN330 | Lyons Town, Indiana | 0.0016426272% |
| IN331 | Mackey Town, Indiana | 0.0006159852% |
| IN332 | Macy Town, Indiana | 0.0002617937% |
| IN333 | Madison City, Indiana | 0.1309584504% |
| IN334 | Madison County, Indiana | 1.3792626945% |
| IN335 | Marengo Town, Indiana | 0.0004825217% |
| IN336 | Marion City, Indiana | 0.7936558454% |
| IN337 | Markle Town, Indiana | 0.0068887677% |
| IN338 | Markleville Town, Indiana | 0.0080540063% |
| IN339 | Marshall County, Indiana | 0.2679792216% |
| IN340 | Marshall Town, Indiana | 0.0025409389% |
| IN341 | Martin County, Indiana | 0.0865151193% |
| IN342 | Martinsville City, Indiana | 0.0794004904% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN343 | Matthews Town, Indiana | 0.0050818778% |
| IN344 | Mauckport Town, Indiana | 0.0000051332% |
| IN345 | McCordsville Town, Indiana | 0.0170833225% |
| IN346 | Mecca Town, Indiana | 0.0025460721% |
| IN347 | Medaryville Town, Indiana | 0.0008110472% |
| IN348 | Medora Town, Indiana | 0.0008007807% |
| IN349 | Mellott Town, Indiana | 0.0014732312% |
| IN350 | Mentone Town, Indiana | 0.0056311312% |
| IN351 | Merom Town, Indiana | 0.0005903191% |
| IN352 | Merrillville Town, Indiana | 0.1076947432% |
| IN353 | Miami County, Indiana | 0.2157180118% |
| IN354 | Michiana Shores Town, Indiana | 0.0016066947% |
| IN355 | Michigan City, Indiana | 0.5192652447% |
| IN356 | Michigantown, Indiana | 0.0030593931% |
| IN357 | Middlebury Town, Indiana | 0.0186335519% |
| IN358 | Middletown, Indiana | 0.0039063727% |
| IN359 | Milan Town, Indiana | 0.0291463657% |
| IN360 | Milford Town, Indiana | 0.0156562901% |
| IN361 | Millersburg Town, Indiana | 0.0043940277% |
| IN362 | Millhousen Town, Indiana | 0.0001693959% |
| IN363 | Milltown, Indiana | 0.0004773885% |
| IN364 | Milton Town, Indiana | 0.0000564653% |
| IN365 | Mishawaka City, Indiana | 0.5537912143% |
| IN366 | Mitchell City, Indiana | 0.0424721785% |
| IN367 | Modoc Town, Indiana | 0.0044453598% |
| IN368 | Monon Town, Indiana | 0.0132898804% |
| IN369 | Monroe City Town, Indiana | 0.0002669269% |
| IN370 | Monroe County, Indiana | 1.1604288242% |
| IN371 | Monroe Town, Indiana | 0.0007597151% |
| IN372 | Monroeville Town, Indiana | 0.0067501710% |
| IN373 | Monrovia Town, Indiana | 0.0058929249% |
| IN374 | Monterey Town, Indiana | 0.0002874598% |
| IN375 | Montezuma Town, Indiana | 0.0078948768% |
| IN376 | Montgomery County, Indiana | 0.3881322652% |
| IN377 | Montgomery Town, Indiana | 0.0003028594% |
| IN378 | Monticello City, Indiana | 0.0859504662% |
| IN379 | Montpelier City, Indiana | 0.0238026942% |
| IN380 | Mooreland Town, Indiana | 0.0007083830% |
| IN381 | Moores Hill Town, Indiana | 0.0009804431% |
| IN382 | Mooresville Town, Indiana | 0.0679534323% |
| IN383 | Morgan County, Indiana | 1.1892004656% |
| IN384 | Morgantown, Indiana | 0.0033263200% |
| IN385 | Morocco Town, Indiana | 0.0043324291% |
| IN386 | Morristown, Indiana | 0.0014218991% |
| IN387 | Mount Auburn Town, Indiana | 0.0004568557% |
| IN388 | Mount Ayr Town, Indiana | 0.0004619889% |
| IN389 | Mount Carmel Town, Indiana | 0.0002207280% |
| IN390 | Mount Etna Town, Indiana | 0.0009496438% |
| IN391 | Mount Summit Town, Indiana | 0.0006724505% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN392 | Mount Vernon City, Indiana | 0.0528001968% |
| IN393 | Mulberry Town, Indiana | 0.0102048212% |
| IN394 | Muncie City, Indiana | 1.1426730513% |
| IN395 | Munster Town, Indiana | 0.1401776953% |
| IN396 | Napoleon Town, Indiana | 0.0029207964% |
| IN397 | Nappanee City, Indiana | 0.0750937273% |
| IN398 | Nashville Town, Indiana | 0.0122940377% |
| IN399 | New Albany City, Indiana | 0.1005493151% |
| IN400 | New Amsterdam Town, Indiana | 0.0000000000% |
| IN401 | New Carlisle Town, Indiana | 0.0260048412% |
| IN402 | New Castle City, Indiana | 0.0525435363% |
| IN403 | New Chicago Town, Indiana | 0.0302397394% |
| IN404 | New Harmony Town, Indiana | 0.0046404217% |
| IN405 | New Haven City, Indiana | 0.1210256893% |
| IN406 | New Market Town, Indiana | 0.0055849323% |
| IN407 | New Middletown, Indiana | 0.0000102664% |
| IN408 | New Palestine Town, Indiana | 0.0039269056% |
| IN409 | New Pekin Town, Indiana | 0.0237000300% |
| IN410 | New Point Town, Indiana | 0.0004311896% |
| IN411 | New Richmond Town, Indiana | 0.0029464625% |
| IN412 | New Ross Town, Indiana | 0.0030542599% |
| IN413 | New Whiteland Town, Indiana | 0.0149735732% |
| IN414 | Newberry Town, Indiana | 0.0004311896% |
| IN415 | Newburgh Town, Indiana | 0.0335968586% |
| IN416 | Newport Town, Indiana | 0.0042554310% |
| IN417 | Newton County, Indiana | 0.1317386983% |
| IN418 | Newtown, Indiana | 0.0019352201% |
| IN419 | Noble County, Indiana | 0.3308610426% |
| IN420 | Noblesville City, Indiana | 0.1813255057% |
| IN421 | North Judson Town, Indiana | 0.0550690756% |
| IN422 | North Liberty Town, Indiana | 0.0258405785% |
| IN423 | North Manchester Town, Indiana | 0.0190904075% |
| IN424 | North Salem Town, Indiana | 0.0007289158% |
| IN425 | North Vernon City, Indiana | 0.1513680928% |
| IN426 | North Webster Town, Indiana | 0.0116061875% |
| IN427 | Oakland City, Indiana | 0.0117550506% |
| IN428 | Oaktown, Indiana | 0.0003028594% |
| IN429 | Odon Town, Indiana | 0.0001129306% |
| IN430 | Ogden Dunes Town, Indiana | 0.0007545819% |
| IN431 | Ohio County, Indiana | 0.0605102780% |
| IN432 | Oldenburg Town, Indiana | 0.0017555578% |
| IN433 | Onward Town, Indiana | 0.0000205328% |
| IN434 | Oolitic Town, Indiana | 0.0059288574% |
| IN435 | Orange County, Indiana | 0.1597198253% |
| IN436 | Orestes Town, Indiana | 0.0064113791% |
| IN437 | Orland Town, Indiana | 0.0025255393% |
| IN438 | Orleans Town, Indiana | 0.0250859967% |
| IN439 | Osceola Town, Indiana | 0.0333607310% |
| IN440 | Osgood Town, Indiana | 0.0249576664% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN441 | Ossian Town, Indiana | 0.0269134194% |
| IN442 | Otterbein Town, Indiana | 0.0047636188% |
| IN443 | Owen County, Indiana | 0.2265234186% |
| IN444 | Owensville Town, Indiana | 0.0056362644% |
| IN445 | Oxford Town, Indiana | 0.0039166391% |
| IN446 | Palmyra Town, Indiana | 0.0000821314% |
| IN447 | Paoli Town, Indiana | 0.0428417696% |
| IN448 | Paragon Town, Indiana | 0.0022226799% |
| IN449 | Parke County, Indiana | 0.1418203225% |
| IN450 | Parker City Town, Indiana | 0.0194291994% |
| IN451 | Patoka Town, Indiana | 0.0042605642% |
| IN452 | Patriot Town, Indiana | 0.0022740120% |
| IN453 | Pendleton Town, Indiana | 0.0746163388% |
| IN454 | Pennville Town, Indiana | 0.0010009759% |
| IN455 | Perry County, Indiana | 0.2167651867% |
| IN456 | Perrysville Town, Indiana | 0.0037934421% |
| IN457 | Peru City, Indiana | 0.1826036749% |
| IN458 | Petersburg City, Indiana | 0.0103588175% |
| IN459 | Pierceton Town, Indiana | 0.0102869526% |
| IN460 | Pike County, Indiana | 0.1238284218% |
| IN461 | Pine Village Town, Indiana | 0.0008880453% |
| IN462 | Pittsboro Town, Indiana | 0.0022842784% |
| IN463 | Plainfield Town, Indiana | 0.1021046776% |
| IN464 | Plainville Town, Indiana | 0.0007186494% |
| IN465 | Plymouth City, Indiana | 0.1356142717% |
| IN466 | Poneto Town, Indiana | 0.0011087733% |
| IN467 | Portage City, Indiana | 0.4894412953% |
| IN468 | Porter County, Indiana | 1.1076491603% |
| IN469 | Porter Town, Indiana | 0.1634722017% |
| IN470 | Portland City, Indiana | 0.0123299701% |
| IN471 | Posey County, Indiana | 0.1942714610% |
| IN472 | Poseyville Town, Indiana | 0.0044658926% |
| IN473 | Pottawattamie Park Town, Indiana | 0.0012319704% |
| IN474 | Princes Lakes Town, Indiana | 0.0039063727% |
| IN475 | Princeton City, Indiana | 0.0453005772% |
| IN476 | Pulaski County, Indiana | 0.1885530652% |
| IN477 | Putnam County, Indiana | 0.4476056348% |
| IN478 | Randolph County, Indiana | 0.1948463805% |
| IN479 | Redkey Town, Indiana | 0.0011601054% |
| IN480 | Remington Town, Indiana | 0.0024228751% |
| IN481 | Rensselaer City, Indiana | 0.0101278231% |
| IN482 | Reynolds Town, Indiana | 0.0007083830% |
| IN483 | Richland Town, Indiana | 0.0026898020% |
| IN484 | Richmond City, Indiana | 0.6900830697% |
| IN485 | Ridgeville Town, Indiana | 0.0178943696% |
| IN486 | Riley Town, Indiana | 0.0014629648% |
| IN487 | Ripley County, Indiana | 0.2963915383% |
| IN488 | Rising Sun City, Indiana | 0.0356090769% |
| IN489 | River Forest Town, Indiana | 0.0003439251% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN490 | Roachdale Town, Indiana | 0.0017760906% |
| IN491 | Roann Town, Indiana | 0.0009599102% |
| IN492 | Roanoke Town, Indiana | 0.0123402365% |
| IN493 | Rochester City, Indiana | 0.0090652486% |
| IN494 | Rockport City, Indiana | 0.0104768814% |
| IN495 | Rockville Town, Indiana | 0.0245162104% |
| IN496 | Rome City Town, Indiana | 0.0125096325% |
| IN497 | Rosedale Town, Indiana | 0.0056105984% |
| IN498 | Roseland Town, Indiana | 0.0028283986% |
| IN499 | Rossville Town, Indiana | 0.0134079442% |
| IN500 | Royal Center Town, Indiana | 0.0001796623% |
| IN501 | Rush County, Indiana | 0.2195011875% |
| IN502 | Rushville City, Indiana | 0.0154047628% |
| IN503 | Russellville Town, Indiana | 0.0006929833% |
| IN504 | Russiaville Town, Indiana | 0.0008059140% |
| IN505 | Salamonia Town, Indiana | 0.0002258612% |
| IN506 | Salem City, Indiana | 0.0949284502% |
| IN507 | Saltillo Town, Indiana | 0.0012833025% |
| IN508 | Sandborn Town, Indiana | 0.0002053284% |
| IN509 | Santa Claus Town, Indiana | 0.0075252857% |
| IN510 | Saratoga Town, Indiana | 0.0045018251% |
| IN511 | Schererville Town, Indiana | 0.1304861951% |
| IN512 | Schneider Town, Indiana | 0.0009342442% |
| IN513 | Scott County, Indiana | 1.2220735416% |
| IN514 | Scottsburg City, Indiana | 0.0625019635% |
| IN515 | Seelyville Town, Indiana | 0.0082952672% |
| IN516 | Sellersburg Town, Indiana | 0.0135722069% |
| IN517 | Selma Town, Indiana | 0.0080899388% |
| IN518 | Seymour City, Indiana | 0.0450541831% |
| IN519 | Shadeland Town, Indiana | 0.0129356889% |
| IN520 | Shamrock Lakes Town, Indiana | 0.0030901923% |
| IN521 | Sharpsville Town, Indiana | 0.0050818778% |
| IN522 | Shelburn Town, Indiana | 0.0044402265% |
| IN523 | Shelby County, Indiana | 0.0450541831% |
| IN524 | Shelbyville City, Indiana | 0.5457372080% |
| IN525 | Sheridan Town, Indiana | 0.0121657074% |
| IN526 | Shipshewana Town, Indiana | 0.0047174199% |
| IN527 | Shirley Town, Indiana | 0.0011806383% |
| IN528 | Shoals Town, Indiana | 0.0066983389% |
| IN529 | Sidney Town, Indiana | 0.0004773885% |
| IN530 | Silver Lake Town, Indiana | 0.0053128722% |
| IN531 | Somerville Town, Indiana | 0.0016939593% |
| IN532 | South Bend City, Indiana | 1.3582319336% |
| IN533 | South Whitley Town, Indiana | 0.0000564653% |
| IN534 | Southport City, Indiana | 0.0003490583% |
| IN535 | Speedway Town, Indiana | 0.0716390770% |
| IN536 | Spencer County, Indiana | 0.1563113739% |
| IN537 | Spencer Town, Indiana | 0.0335301269% |
| IN538 | Spiceland Town, Indiana | 0.0016836928% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN539 | Spring Grove Town, Indiana | 0.0014167659% |
| IN540 | Spring Lake Town, Indiana | 0.0003079926% |
| IN541 | Springport Town, Indiana | 0.0002771933% |
| IN542 | Spurgeon Town, Indiana | 0.0006827169% |
| IN543 | St. Joseph County, Indiana | 1.3360462005% |
| IN544 | St. Joe Town, Indiana | 0.0029823949% |
| IN545 | St. John Town, Indiana | 0.0653868274% |
| IN546 | St. Leon Town, Indiana | 0.0011190398% |
| IN547 | St. Paul Town, Indiana | 0.0016220943% |
| IN548 | Starke County, Indiana | 0.5754687596% |
| IN549 | State Line City Town, Indiana | 0.0005800527% |
| IN550 | Staunton Town, Indiana | 0.0035419148% |
| IN551 | Steuben County, Indiana | 0.2289052280% |
| IN552 | Stilesville Town, Indiana | 0.0004517225% |
| IN553 | Stinesville Town, Indiana | 0.0014321656% |
| IN554 | Straughn Town, Indiana | 0.0004260564% |
| IN555 | Sullivan City, Indiana | 0.0150608378% |
| IN556 | Sullivan County, Indiana | 0.4997077150% |
| IN557 | Sulphur Springs Town, Indiana | 0.0007494486% |
| IN558 | Summitville Town, Indiana | 0.0154098960% |
| IN559 | Sunman Town, Indiana | 0.0161336786% |
| IN560 | Swayzee Town, Indiana | 0.0084954623% |
| IN561 | Sweetser Town, Indiana | 0.0043786280% |
| IN562 | Switz City Town, Indiana | 0.0006570509% |
| IN563 | Switzerland County, Indiana | 0.1390381227% |
| IN564 | Syracuse Town, Indiana | 0.0288332399% |
| IN565 | Tell City, Indiana | 0.0071351617% |
| IN566 | Tennyson Town, Indiana | 0.0014372988% |
| IN567 | Terre Haute City, Indiana | 1.0172687340% |
| IN568 | Thorntown Town, Indiana | 0.0019968186% |
| IN569 | Tippecanoe County, Indiana | 0.9836513425% |
| IN570 | Tipton City, Indiana | 0.0756840464% |
| IN571 | Tipton County, Indiana | 0.1461219523% |
| IN572 | Topeka Town, Indiana | 0.0102510201% |
| IN573 | Town of Pines Town, Indiana | 0.0177506398% |
| IN574 | Trafalgar Town, Indiana | 0.0034751831% |
| IN575 | Trail Creek Town, Indiana | 0.0070068315% |
| IN576 | Troy Town, Indiana | 0.0003695911% |
| IN577 | Ulen Town, Indiana | 0.0001385967% |
| IN578 | Union City, Indiana | 0.0467276095% |
| IN579 | Union County, Indiana | 0.0788666365% |
| IN580 | Uniondale Town, Indiana | 0.0020532840% |
| IN581 | Universal Town, Indiana | 0.0029823949% |
| IN582 | Upland Town, Indiana | 0.0132693475% |
| IN583 | Utica Town, Indiana | 0.0015553626% |
| IN584 | Valparaiso City, Indiana | 0.4508549566% |
| IN585 | Van Buren Town, Indiana | 0.0074585540% |
| IN586 | Vanderburgh County, Indiana | 1.8730004864% |
| IN587 | Veedersburg Town, Indiana | 0.0174477804% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN588 | Vera Cruz Town, Indiana | 0.0005287206% |
| IN589 | Vermillion County, Indiana | 0.1479237090% |
| IN590 | Vernon Town, Indiana | 0.0044556262% |
| IN591 | Versailles Town, Indiana | 0.0325753499% |
| IN592 | Vevay Town, Indiana | 0.0222627312% |
| IN593 | Vigo County, Indiana | 0.7949340146% |
| IN594 | Vincennes City, Indiana | 0.0141984585% |
| IN595 | Wabash City, Indiana | 0.0616549838% |
| IN596 | Wabash County, Indiana | 0.5254353629% |
| IN597 | Wakarusa Town, Indiana | 0.0133566121% |
| IN598 | Walkerton Town, Indiana | 0.0293414277% |
| IN599 | Wallace Town, Indiana | 0.0007443154% |
| IN600 | Walton Town, Indiana | 0.0010215088% |
| IN601 | Wanatah Town, Indiana | 0.0034289842% |
| IN602 | Warren County, Indiana | 0.0576818794% |
| IN603 | Warren Town, Indiana | 0.0076587491% |
| IN604 | Warrick County, Indiana | 0.3991430003% |
| IN605 | Warsaw City, Indiana | 0.2580772597% |
| IN606 | Washington City, Indiana | 0.0149581736% |
| IN607 | Washington County, Indiana | 0.3404396122% |
| IN608 | Waterloo Town, Indiana | 0.0127970922% |
| IN609 | Waveland Town, Indiana | 0.0037215772% |
| IN610 | Wayne County, Indiana | 0.7657876490% |
| IN611 | Waynetown, Indiana | 0.0084133310% |
| IN612 | Wells County, Indiana | 0.2019866754% |
| IN613 | West Baden Springs Town, Indiana | 0.0054822681% |
| IN614 | West College Corner Town, Indiana | 0.0065345762% |
| IN615 | West Harrison Town, Indiana | 0.0004773885% |
| IN616 | West Lafayette City, Indiana | 0.2612290506% |
| IN617 | West Lebanon Town, Indiana | 0.0029772617% |
| IN618 | West Terre Haute Town, Indiana | 0.0180175667% |
| IN619 | Westfield City, Indiana | 0.1106874046% |
| IN620 | Westport Town, Indiana | 0.0022021470% |
| IN621 | Westville Town, Indiana | 0.0405164256% |
| IN622 | Wheatfield Town, Indiana | 0.0014064995% |
| IN623 | Wheatland Town, Indiana | 0.0002361277% |
| IN624 | White County, Indiana | 0.2045738132% |
| IN625 | Whiteland Town, Indiana | 0.0126892948% |
| IN626 | Whitestown, Indiana | 0.0075560849% |
| IN627 | Whitewater Town, Indiana | 0.0002977262% |
| IN628 | Whiting City, Indiana | 0.0746933369% |
| IN629 | Whitley County, Indiana | 0.3073920070% |
| IN630 | Wilkinson Town, Indiana | 0.0006365180% |
| IN631 | Williamsport Town, Indiana | 0.0094553726% |
| IN632 | Winamac Town, Indiana | 0.0021559481% |
| IN633 | Winchester City, Indiana | 0.0715004804% |
| IN634 | Windfall City Town, Indiana | 0.0058877917% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| IN635 | Winfield Town, Indiana | 0.0246548070% |
| IN636 | Wingate Town, Indiana | 0.0023253441% |
| IN637 | Winona Lake Town, Indiana | 0.0964016815% |
| IN638 | Winslow Town, Indiana | 0.0028489315% |
| IN639 | Wolcott Town, Indiana | 0.0013397678% |
| IN640 | Wolcottville Town, Indiana | 0.0086494586% |
| IN641 | Woodburn City, Indiana | 0.0082131358% |
| IN642 | Woodlawn Heights Town, Indiana | 0.0012217040% |
| IN643 | Worthington Town, Indiana | 0.0026128038% |
| IN644 | Yeoman Town, Indiana | 0.0014578316% |
| IN645 | Yorktown, Indiana | 0.0901956307% |
| IN646 | Zanesville Town, Indiana | 0.0025922710% |
| IN647 | Zionsville Town, Indiana | 0.0375853627% |
| IN648 | Cumberland Town, Indiana | 0.0148247101% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IA1 | Adair County, Iowa | 0.2556895492% |
| IA2 | Adams County, Iowa | 0.1116738610% |
| IA3 | Allamakee County, Iowa | 0.4458620571% |
| IA7 | Appanoose County, Iowa | 0.5319573473% |
| IA8 | Audubon County, Iowa | 0.1208090649% |
| IA9 | Benton County, Iowa | 0.5190077951% |
| IA11 | Black Hawk County, Iowa | 3.3423948145% |
| IA13 | Boone County, Iowa | 0.8229376316% |
| IA14 | Bremer County, Iowa | 0.7313291658% |
| IA15 | Buchanan County, Iowa | 0.3770114677% |
| IA16 | Buena Vista County, Iowa | 0.3269761930% |
| IA18 | Butler County, Iowa | 0.2707546223% |
| IA19 | Calhoun County, Iowa | 0.1889544807% |
| IA20 | Carroll County, Iowa | 0.6033080977% |
| IA21 | Cass County, Iowa | 0.3356626501% |
| IA22 | Cedar County, Iowa | 0.3655363695% |
| IA25 | Cerro Gordo County, Iowa | 1.6302973365% |
| IA26 | Cherokee County, Iowa | 0.2378358349% |
| IA27 | Chickasaw County, Iowa | 0.2431246372% |
| IA28 | Clarke County, Iowa | 0.3046029568% |
| IA29 | Clay County, Iowa | 0.2957241797% |
| IA30 | Clayton County, Iowa | 0.4574012621% |
| IA32 | Clinton County, Iowa | 1.4586196098% |
| IA36 | Crawford County, Iowa | 0.3305341145% |
| IA37 | Dallas County, Iowa | 1.4775951912% |
| IA39 | Davis County, Iowa | 0.1538560657% |
| IA40 | Decatur County, Iowa | 0.2531573348% |
| IA41 | Delaware County, Iowa | 0.3021348491% |
| IA43 | Des Moines County, Iowa | 1.5679856298% |
| IA44 | Dickinson County, Iowa | 0.3322329419% |
| IA46 | Dubuque County, Iowa | 2.7454332795% |
| IA47 | Emmet County, Iowa | 0.1753318082% |
| IA49 | Fayette County, Iowa | 0.5284635324% |
| IA50 | Floyd County, Iowa | 0.3285468070% |
| IA53 | Franklin County, Iowa | 0.2107187034% |
| IA54 | Fremont County, Iowa | 0.2047888342% |
| IA55 | Greene County, Iowa | 0.3578435662% |
| IA57 | Grundy County, Iowa | 0.3230977380% |
| IA58 | Guthrie County, Iowa | 0.2308482053% |
| IA59 | Hamilton County, Iowa | 0.3501828163% |
| IA60 | Hancock County, Iowa | 0.1901084012% |
| IA61 | Hardin County, Iowa | 0.4491314985% |
| IA62 | Harrison County, Iowa | 0.6178282639% |
| IA63 | Henry County, Iowa | 0.4451248302% |
| IA64 | Howard County, Iowa | 0.1714212999% |
| IA65 | Humboldt County, Iowa | 0.1929611491% |
| IA66 | Ida County, Iowa | 0.1680556985% |
| IA69 | Iowa County, Iowa | 0.2658504602% |
| IA70 | Jackson County, Iowa | 0.5490417812% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IA71 | Jasper County, Iowa | 1.6780568235% |
| IA72 | Jefferson County, Iowa | 0.5728253647% |
| IA73 | Johnson County, Iowa | 3.8223936863% |
| IA75 | Jones County, Iowa | 0.3884865660% |
| IA77 | Keokuk County, Iowa | 0.1980255779% |
| IA78 | Kossuth County, Iowa | 0.3482275621% |
| IA80 | Lee County, Iowa | 1.4586837165% |
| IA81 | Linn County, Iowa | 7.3285811041% |
| IA82 | Louisa County, Iowa | 0.3358870235% |
| IA83 | Lucas County, Iowa | 0.3300533143% |
| IA84 | Lyon County, Iowa | 0.1619335092% |
| IA85 | Madison County, Iowa | 0.4031349456% |
| IA86 | Mahaska County, Iowa | 0.7161999860% |
| IA88 | Marion County, Iowa | 1.1788259436% |
| IA89 | Marshall County, Iowa | 1.0363488161% |
| IA92 | Mills County, Iowa | 0.4947113580% |
| IA93 | Mitchell County, Iowa | 0.1894673343% |
| IA94 | Monona County, Iowa | 0.4457658971% |
| IA95 | Monroe County, Iowa | 0.2157510788% |
| IA96 | Montgomery County, Iowa | 0.5308995868% |
| IA98 | Muscatine County, Iowa | 1.0607414131% |
| IA102 | O Brien County, Iowa | 0.2348228203% |
| IA103 | Osceola County, Iowa | 0.1453939821% |
| IA106 | Page County, Iowa | 0.5824093155% |
| IA107 | Palo Alto County, Iowa | 0.1666132978% |
| IA110 | Plymouth County, Iowa | 0.4452850969% |
| IA111 | Pocahontas County, Iowa | 0.1165780231% |
| IA112 | Polk County, Iowa | 22.8108926250% |
| IA113 | Pottawattamie County, Iowa | 3.6145597841% |
| IA114 | Poweshiek County, Iowa | 0.4747100695% |
| IA115 | Ringgold County, Iowa | 0.1195910378% |
| IA116 | Sac County, Iowa | 0.2200782807% |
| IA117 | Scott County, Iowa | 8.8614042123% |
| IA118 | Shelby County, Iowa | 0.2859158555% |
| IA120 | Sioux County, Iowa | 0.4096738283% |
| IA123 | Story County, Iowa | 2.1665177789% |
| IA124 | Tama County, Iowa | 0.3449901740% |
| IA125 | Taylor County, Iowa | 0.1784409829% |
| IA126 | Union County, Iowa | 0.4629785445% |
| IA128 | Van Buren County, Iowa | 0.1525418785% |
| IA129 | Wapello County, Iowa | 1.0026607483% |
| IA130 | Warren County, Iowa | 1.3316563022% |
| IA131 | Washington County, Iowa | 0.5543626368% |
| IA135 | Wayne County, Iowa | 0.2440541843% |
| IA136 | Webster County, Iowa | 1.5957758817% |
| IA138 | Winnebago County, Iowa | 0.2340535400% |
| IA139 | Winneshiek County, Iowa | 0.3674595703% |
| IA140 | Woodbury County, Iowa | 2.5662230163% |
| IA141 | Worth County, Iowa | 0.2345663935% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IA142 | Wright County, Iowa | 0.2810437467% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS1 | Allen County, Kansas | 0.2469590982% |
| KS2 | Anderson County, Kansas | 0.1033070846% |
| KS3 | Andover City, Kansas | 0.2965259109% |
| KS4 | Arkansas City, Kansas | 0.2517607353% |
| KS5 | Atchison City, Kansas | 0.2261465530% |
| KS6 | Atchison County, Kansas | 0.2081347289% |
| KS7 | Barber County, Kansas | 0.0868011735% |
| KS8 | Barton County, Kansas | 0.3334574382% |
| KS9 | Bourbon County, Kansas | 0.2875114592% |
| KS10 | Brown County, Kansas | 0.1232303153% |
| KS11 | Butler County, Kansas | 0.8706438812% |
| KS12 | Chase County, Kansas | 0.0336082678% |
| KS14 | Cherokee County, Kansas | 0.3919995171% |
| KS17 | Clay County, Kansas | 0.1042947986% |
| KS19 | Coffey County, Kansas | 0.1060232980% |
| KS20 | Comanche County, Kansas | 0.0219636398% |
| KS21 | Cowley County, Kansas | 0.6897088195% |
| KS22 | Crawford County, Kansas | 0.7714110714% |
| KS24 | Derby City, Kansas | 0.5453586914% |
| KS25 | Dickinson County, Kansas | 0.3638160245% |
| KS26 | Dodge City, Kansas | 0.5788024418% |
| KS28 | Douglas County, Kansas | 1.5924288685% |
| KS29 | Edwards County, Kansas | 0.0357396506% |
| KS30 | El Dorado City, Kansas | 0.2788280508% |
| KS31 | Elk County, Kansas | 0.0499335801% |
| KS32 | Elkhart City, Kansas | 0.0460427074% |
| KS33 | Ellis County, Kansas | 0.3726150991% |
| KS34 | Ellsworth County, Kansas | 0.0784192915% |
| KS35 | Emporia City, Kansas | 0.5314129512% |
| KS37 | Finney County, Kansas | 0.7153826866% |
| KS38 | Ford County, Kansas | 0.6591551252% |
| KS39 | Franklin County, Kansas | 0.3340422689% |
| KS40 | Garden City, Kansas | 0.5639674708% |
| KS41 | Gardner City, Kansas | 0.4851729540% |
| KS42 | Geary County, Kansas | 0.4187127502% |
| KS43 | Gove County, Kansas | 0.0340631361% |
| KS44 | Graham County, Kansas | 0.0310480092% |
| KS45 | Grant County, Kansas | 0.1409572980% |
| KS47 | Great Bend City, Kansas | 0.3231811438% |
| KS48 | Greeley County Unified Government, Kansas | 0.0155434990% |
| KS49 | Greenwood County, Kansas | 0.1168768440% |
| KS50 | Hamilton County, Kansas | 0.0315158737% |
| KS51 | Harper County, Kansas | 0.0693479184% |
| KS52 | Harvey County, Kansas | 0.6829965673% |
| KS53 | Haskell County, Kansas | 0.0509842361% |
| KS54 | Hays City, Kansas | 0.4517508922% |
| KS55 | Haysville City, Kansas | 0.2470109420% |
| KS57 | Hutchinson City, Kansas | 0.8720750695% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS58 | Jackson County, Kansas | 0.1711734320% |
| KS59 | Jefferson County, Kansas | 0.2473443746% |
| KS61 | Johnson County, Kansas | 12.0944036669% |
| KS62 | Junction City, Kansas | 0.4741551685% |
| KS63 | Kansas City, Kansas | 4.4060498188% |
| KS64 | Kearny County, Kansas | 0.0486709060% |
| KS65 | Kingman County, Kansas | 0.0906357539% |
| KS66 | Kiowa County, Kansas | 0.0319187570% |
| KS67 | Labette County, Kansas | 0.2545442897% |
| KS69 | Lansing City, Kansas | 0.2592649750% |
| KS70 | Lawrence City, Kansas | 2.1351947685% |
| KS71 | Leavenworth City, Kansas | 0.7793565010% |
| KS72 | Leavenworth County, Kansas | 1.6381480759% |
| KS73 | Leawood City, Kansas | 0.7519204801% |
| KS74 | Lenexa City, Kansas | 1.2179424409% |
| KS75 | Liberal City, Kansas | 0.4082002757% |
| KS78 | Logan County, Kansas | 0.0355057183% |
| KS79 | Lyon County, Kansas | 0.4294606379% |
| KS80 | Manhattan City, Kansas | 1.1916559134% |
| KS81 | Manter City, Kansas | 0.0039724166% |
| KS83 | Marshall County, Kansas | 0.1254396755% |
| KS84 | McPherson City, Kansas | 0.2822331538% |
| KS85 | McPherson County, Kansas | 0.3697169383% |
| KS86 | Meade County, Kansas | 0.0802482625% |
| KS87 | Merriam City, Kansas | 0.2413502294% |
| KS88 | Miami County, Kansas | 0.4462127868% |
| KS90 | Montgomery County, Kansas | 0.6274462063% |
| KS92 | Morton County, Kansas | 0.0505510276% |
| KS94 | Neosho County, Kansas | 0.3172684471% |
| KS95 | Ness County, Kansas | 0.0359735829% |
| KS96 | Newton City, Kansas | 0.4065302570% |
| KS98 | Olathe City, Kansas | 3.0725090086% |
| KS99 | Osage County, Kansas | 0.2049506509% |
| KS101 | Ottawa City, Kansas | 0.2675066256% |
| KS103 | Overland Park City, Kansas | 5.2622788811% |
| KS104 | Pawnee County, Kansas | 0.0827340421% |
| KS105 | Phillips County, Kansas | 0.0673335017% |
| KS106 | Pittsburg City, Kansas | 0.4330770471% |
| KS107 | Pottawatomie County, Kansas | 0.3212929608% |
| KS108 | Prairie Village City, Kansas | 0.4839800835% |
| KS109 | Pratt County, Kansas | 0.1817885063% |
| KS110 | Rawlins County, Kansas | 0.0326335501% |
| KS111 | Reno County, Kansas | 1.2307721233% |
| KS112 | Republic County, Kansas | 0.0589509291% |
| KS113 | Rice County, Kansas | 0.1216707669% |
| KS114 | Riley County, Kansas | 0.9513505103% |
| KS117 | Russell County, Kansas | 0.0884263937% |
| KS118 | Salina City, Kansas | 1.0036161498% |
| KS119 | Saline County, Kansas | 0.7008350540% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS120 | Scott County, Kansas | 0.0622519732% |
| KS121 | Sedgwick County, Kansas | 10.3553321948% |
| KS122 | Seward County, Kansas | 0.4190277852% |
| KS123 | Shawnee City, Kansas | 1.4379077560% |
| KS124 | Shawnee County, Kansas | 3.5054886950% |
| KS125 | Sheridan County, Kansas | 0.0327505162% |
| KS126 | Sherman County, Kansas | 0.0750792587% |
| KS127 | Smith County, Kansas | 0.0460586624% |
| KS130 | Stanton County, Kansas | 0.0392178776% |
| KS131 | Stevens County, Kansas | 0.0700237227% |
| KS132 | Sumner County, Kansas | 0.2934290296% |
| KS133 | Thomas County, Kansas | 0.1000970142% |
| KS134 | Topeka City, Kansas | 2.7014829146% |
| KS135 | Trego County, Kansas | 0.0358436205% |
| KS136 | Ulysses City, Kansas | 0.1478592097% |
| KS137 | Wabaunsee County, Kansas | 0.1375513777% |
| KS138 | Wallace County, Kansas | 0.0199622194% |
| KS139 | Washington County, Kansas | 0.0705305759% |
| KS140 | Wichita City, Kansas | 10.4437497448% |
| KS141 | Wichita County, Kansas | 0.0269541947% |
| KS142 | Wilson County, Kansas | 0.1086745303% |
| KS143 | Winfield City, Kansas | 0.2560767576% |
| KS145 | Abilene City, Kansas | 0.1327990164% |
| KS146 | Anthony City, Kansas | 0.0440711418% |
| KS147 | Augusta City, Kansas | 0.2017035526% |
| KS148 | Baxter Springs City, Kansas | 0.0844335409% |
| KS149 | Bel Aire City, Kansas | 0.1836803642% |
| KS150 | Belleville City, Kansas | 0.0399286280% |
| KS151 | Beloit City, Kansas | 0.0772980066% |
| KS152 | Bentley City, Kansas | 0.0111696053% |
| KS153 | Benton City, Kansas | 0.0187605992% |
| KS154 | Bonner Springs City, Kansas | 0.1727710215% |
| KS155 | Burlingame City, Kansas | 0.0191726818% |
| KS156 | Burrton City, Kansas | 0.0185220252% |
| KS157 | Caney City, Kansas | 0.0422493033% |
| KS158 | Chanute City, Kansas | 0.1950017894% |
| KS159 | Cheney City, Kansas | 0.0471292279% |
| KS160 | Coffeyville City, Kansas | 0.1988623520% |
| KS161 | Colby City, Kansas | 0.1152746647% |
| KS162 | Concordia City, Kansas | 0.1064040461% |
| KS163 | Edwardsville City, Kansas | 0.0976201818% |
| KS164 | Ellsworth City, Kansas | 0.0636559061% |
| KS165 | Enterprise City, Kansas | 0.0167652523% |
| KS166 | Eudora City, Kansas | 0.1386549260% |
| KS167 | Fairway City, Kansas | 0.0859517397% |
| KS168 | Fall River City, Kansas | 0.0030797747% |
| KS169 | Fort Scott City, Kansas | 0.1658740613% |
| KS170 | Galena City, Kansas | 0.0612484766% |
| KS171 | Garden Plain City, Kansas | 0.0197799613% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS172 | Garnett City, Kansas | 0.0706613091% |
| KS173 | Goddard City, Kansas | 0.1076186052% |
| KS174 | Halstead City, Kansas | 0.0439834876% |
| KS175 | Harper City, Kansas | 0.0280433004% |
| KS176 | Herington City, Kansas | 0.0485823611% |
| KS177 | Hiawatha City, Kansas | 0.0670393205% |
| KS178 | Highland City, Kansas | 0.0213849143% |
| KS179 | Hillsboro City, Kansas | 0.0599037863% |
| KS180 | Hoisington City, Kansas | 0.0531803345% |
| KS181 | Hugoton City, Kansas | 0.0797705018% |
| KS182 | Humboldt City, Kansas | 0.0385622491% |
| KS183 | Independence City, Kansas | 0.1827043793% |
| KS184 | Iola City, Kansas | 0.1141685485% |
| KS185 | Johnson City City, Kansas | 0.0286505799% |
| KS186 | Kechi City, Kansas | 0.0457411605% |
| KS187 | Kingman City, Kansas | 0.0599688519% |
| KS188 | Leoti City, Kansas | 0.0307977467% |
| KS189 | Lincoln Center City, Kansas | 0.0257876908% |
| KS190 | Longton City, Kansas | 0.0066366975% |
| KS191 | Maize City, Kansas | 0.1142336141% |
| KS192 | Marysville City, Kansas | 0.0705094892% |
| KS193 | Meade City, Kansas | 0.0329449136% |
| KS194 | Medicine Lodge City, Kansas | 0.0391261515% |
| KS195 | Mission City, Kansas | 0.2141310941% |
| KS196 | Mission Hills City, Kansas | 0.0766256614% |
| KS197 | Moundridge City, Kansas | 0.0403623991% |
| KS198 | Mount Hope City, Kansas | 0.0174809746% |
| KS199 | Neodesha City, Kansas | 0.0479533930% |
| KS200 | North Newton City, Kansas | 0.0382152322% |
| KS201 | Norton City, Kansas | 0.0587542929% |
| KS202 | Oakley City, Kansas | 0.0440277647% |
| KS203 | Osawatomie City, Kansas | 0.0915907637% |
| KS204 | Park City City, Kansas | 0.1722721848% |
| KS205 | Parsons City, Kansas | 0.2052387869% |
| KS206 | Phillipsburg City, Kansas | 0.0524863008% |
| KS207 | Pleasanton City, Kansas | 0.0251153456% |
| KS208 | Pratt City, Kansas | 0.1401731248% |
| KS209 | Rantoul City, Kansas | 0.0040557596% |
| KS210 | Roeland Park City, Kansas | 0.1442722615% |
| KS211 | Russell City, Kansas | 0.0950609324% |
| KS212 | Sabetha City, Kansas | 0.0553491899% |
| KS213 | Satanta City, Kansas | 0.0243128691% |
| KS214 | Scott City, Kansas | 0.0810284379% |
| KS215 | Sedgwick City, Kansas | 0.0359379341% |
| KS216 | Spring Hill City, Kansas | 0.1707106089% |
| KS217 | Sterling City, Kansas | 0.0471942936% |
| KS218 | Sublette City, Kansas | 0.0287156456% |
| KS219 | Syracuse City, Kansas | 0.0353740316% |
| KS220 | Tonganoxie City, Kansas | 0.1234078725% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS221 | Tribune City, Kansas | 0.0157025131% |
| KS222 | Valley Falls City, Kansas | 0.0249852143% |
| KS223 | Wakeeney City, Kansas | 0.0376947069% |
| KS224 | Wamego City, Kansas | 0.1023265980% |
| KS225 | Washington City, Kansas | 0.0230983101% |
| KS226 | Weir City, Kansas | 0.0137505433% |
| KS227 | Wellington City, Kansas | 0.1637485830% |
| KS228 | Westwood City, Kansas | 0.0356126057% |
| KS229 | Wilson City, Kansas | 0.0154639390% |
| KS230 | Wyandotte County, Kansas | 3.2916925050% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY1 | Adair County, Kentucky | 0.2072149972% |
| KY2 | Allen County, Kentucky | 0.3652932746% |
| KY3 | Anderson County, Kentucky | 0.3621159370% |
| KY4 | Ashland City, Kentucky | 0.9834499202% |
| KY5 | Ballard County, Kentucky | 0.1275818571% |
| KY6 | Bardstown City, Kentucky | 0.2352870373% |
| KY7 | Barren County, Kentucky | 0.3122030586% |
| KY8 | Bath County, Kentucky | 0.1600781328% |
| KY9 | Bell County, Kentucky | 0.6418579913% |
| KY12 | Berea City, Kentucky | 0.1673960319% |
| KY13 | Boone County, Kentucky | 2.0430819725% |
| KY14 | Bourbon County, Kentucky | 0.2554835051% |
| KY15 | Bowling Green City, Kentucky | 0.6707865957% |
| KY16 | Boyd County, Kentucky | 0.8927787584% |
| KY17 | Boyle County, Kentucky | 0.3790292999% |
| KY18 | Bracken County, Kentucky | 0.1275577166% |
| KY19 | Breathitt County, Kentucky | 0.5390554414% |
| KY20 | Breckinridge County, Kentucky | 0.3244963382% |
| KY22 | Bullitt County, Kentucky | 1.0630204077% |
| KY23 | Butler County, Kentucky | 0.1624898322% |
| KY24 | Caldwell County, Kentucky | 0.1441008473% |
| KY25 | Calloway County, Kentucky | 0.0270405279% |
| KY26 | Campbell County, Kentucky | 1.0519698931% |
| KY27 | Campbellsville City, Kentucky | 0.2769609681% |
| KY28 | Carlisle County, Kentucky | 0.0604084438% |
| KY29 | Carroll County, Kentucky | 0.2541479356% |
| KY30 | Carter County, Kentucky | 0.6015849596% |
| KY31 | Casey County, Kentucky | 0.2668572392% |
| KY32 | Christian County, Kentucky | 0.4386166388% |
| KY33 | Clark County, Kentucky | 0.6110238861% |
| KY34 | Clay County, Kentucky | 0.7834161044% |
| KY35 | Clinton County, Kentucky | 0.3920484376% |
| KY36 | Columbia City, Kentucky | 0.0941274300% |
| KY37 | Covington City, Kentucky | 1.7146827203% |
| KY38 | Crittenden County, Kentucky | 0.2010231527% |
| KY39 | Cumberland County, Kentucky | 0.1857249004% |
| KY40 | Danville City, Kentucky | 0.2799464970% |
| KY41 | Daviess County, Kentucky | 1.1263935276% |
| KY42 | Edmonson County, Kentucky | 0.1884368528% |
| KY44 | Elliott County, Kentucky | 0.1458221479% |
| KY45 | Erlanger City, Kentucky | 0.3397777298% |
| KY46 | Estill County, Kentucky | 0.4049309515% |
| KY47 | Fleming County, Kentucky | 0.1823914480% |
| KY48 | Florence City, Kentucky | 0.7389020512% |
| KY49 | Floyd County, Kentucky | 1.9179322449% |
| KY50 | Fort Thomas City, Kentucky | 0.3651296923% |
| KY51 | Frankfort City, Kentucky | 0.4254271088% |
| KY52 | Franklin County, Kentucky | 0.4438483122% |
| KY53 | Fulton County, Kentucky | 0.1040009320% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY54 | Gallatin County, Kentucky | 0.2347861459% |
| KY55 | Garrard County, Kentucky | 0.3127117464% |
| KY56 | Georgetown City, Kentucky | 0.2129888920% |
| KY57 | Glasgow City, Kentucky | 0.4100978120% |
| KY58 | Grant County, Kentucky | 0.5343736918% |
| KY59 | Graves County, Kentucky | 0.2447866907% |
| KY60 | Grayson City, Kentucky | 0.1405700912% |
| KY61 | Grayson County, Kentucky | 0.4371371187% |
| KY62 | Green County, Kentucky | 0.1363993307% |
| KY64 | Greenup County, Kentucky | 0.6872346204% |
| KY65 | Hancock County, Kentucky | 0.1001482246% |
| KY66 | Hardin County, Kentucky | 1.6677965130% |
| KY68 | Harlan County, Kentucky | 0.9236857078% |
| KY69 | Harrison County, Kentucky | 0.2078604027% |
| KY70 | Hart County, Kentucky | 0.2333469695% |
| KY71 | Henderson City, Kentucky | 0.5644511762% |
| KY72 | Henderson County, Kentucky | 0.3796057595% |
| KY73 | Henry County, Kentucky | 0.2263086115% |
| KY74 | Hickman County, Kentucky | 0.0533625713% |
| KY76 | Hopkins County, Kentucky | 0.5493362318% |
| KY77 | Hopkinsville City, Kentucky | 0.5662686160% |
| KY79 | Independence City, Kentucky | 0.1255237640% |
| KY81 | Jackson County, Kentucky | 0.1930879337% |
| KY83 | Jefferson County, Kentucky | 14.4939132925% |
| KY84 | Jeffersontown City, Kentucky | 0.1981991396% |
| KY85 | Jenkins City, Kentucky | 0.0688654541% |
| KY86 | Jessamine County, Kentucky | 0.6407795601% |
| KY87 | Johnson County, Kentucky | 0.6400798620% |
| KY88 | Kenton County, Kentucky | 2.5731398261% |
| KY89 | Knott County, Kentucky | 0.4910894879% |
| KY90 | Knox County, Kentucky | 0.8060755114% |
| KY91 | Larue County, Kentucky | 0.1917133825% |
| KY92 | Laurel County, Kentucky | 0.9215642107% |
| KY93 | Lawrence County, Kentucky | 0.4474957316% |
| KY94 | Lawrenceburg City, Kentucky | 0.0804801232% |
| KY95 | Lee County, Kentucky | 0.2235931366% |
| KY96 | Leslie County, Kentucky | 0.5525464926% |
| KY97 | Letcher County, Kentucky | 0.6327552468% |
| KY98 | Lewis County, Kentucky | 0.2492484050% |
| KY99 | Lexington-Fayette Urban County, Kentucky | 6.2597070666% |
| KY100 | Lincoln County, Kentucky | 0.4109182594% |
| KY101 | Livingston County, Kentucky | 0.2056037847% |
| KY102 | Logan County, Kentucky | 0.3022584972% |
| KY103 | London City, Kentucky | 0.1961505806% |
| KY106 | Lyndon City, Kentucky | 0.0748780766% |
| KY107 | Lyon County, Kentucky | 0.1367346673% |
| KY108 | Madison County, Kentucky | 1.1073052673% |
| KY109 | Madisonville City, Kentucky | 0.3927355489% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY110 | Magoffin County, Kentucky | 0.3084779576% |
| KY111 | Manchester City, Kentucky | 0.1800397241% |
| KY112 | Marion County, Kentucky | 0.2018769929% |
| KY113 | Marshall County, Kentucky | 0.6110803392% |
| KY114 | Martin County, Kentucky | 0.4692913886% |
| KY115 | Mason County, Kentucky | 0.1741746215% |
| KY116 | McCracken County, Kentucky | 0.3377504933% |
| KY117 | McCreary County, Kentucky | 0.3011869230% |
| KY118 | McLean County, Kentucky | 0.1433881867% |
| KY119 | Meade County, Kentucky | 0.3762152436% |
| KY120 | Menifee County, Kentucky | 0.1152561711% |
| KY121 | Mercer County, Kentucky | 0.2841928256% |
| KY122 | Metcalfe County, Kentucky | 0.1167070889% |
| KY123 | Monroe County, Kentucky | 0.2890192303% |
| KY124 | Montgomery County, Kentucky | 0.5746052526% |
| KY125 | Morehead City, Kentucky | 0.1176937487% |
| KY126 | Morgan County, Kentucky | 0.0505889526% |
| KY127 | Morganfield City, Kentucky | 0.1082087956% |
| KY129 | Muhlenberg County, Kentucky | 0.5338036196% |
| KY130 | Murray City, Kentucky | 0.5765962314% |
| KY131 | Nelson County, Kentucky | 0.4816564321% |
| KY132 | Newport City, Kentucky | 0.7312996326% |
| KY133 | Nicholas County, Kentucky | 0.1324383199% |
| KY134 | Nicholasville City, Kentucky | 0.3723153354% |
| KY135 | Ohio County, Kentucky | 0.4467150643% |
| KY136 | Oldham County, Kentucky | 0.7333447161% |
| KY137 | Owen County, Kentucky | 0.2198857418% |
| KY138 | Owensboro City, Kentucky | 0.5118319344% |
| KY139 | Owsley County, Kentucky | 0.1294761331% |
| KY140 | Paducah City, Kentucky | 1.1041080161% |
| KY141 | Paintsville City, Kentucky | 0.3642660363% |
| KY142 | Pendleton County, Kentucky | 0.3094900729% |
| KY143 | Perry County, Kentucky | 1.4848386091% |
| KY144 | Pike County, Kentucky | 1.9294441527% |
| KY145 | Pineville City, Kentucky | 0.0736606264% |
| KY147 | Powell County, Kentucky | 0.5788951657% |
| KY148 | Prestonsburg City, Kentucky | 0.4197933602% |
| KY149 | Pulaski County, Kentucky | 0.8723902940% |
| KY151 | Richmond City, Kentucky | 0.5069051167% |
| KY152 | Robertson County, Kentucky | 0.0346199801% |
| KY153 | Rockcastle County, Kentucky | 0.4380501830% |
| KY154 | Rowan County, Kentucky | 0.4245058255% |
| KY155 | Russell City, Kentucky | 0.1455248537% |
| KY156 | Russell County, Kentucky | 0.5599110288% |
| KY158 | Scott County, Kentucky | 0.6332443967% |
| KY159 | Shelby County, Kentucky | 0.5093783884% |
| KY160 | Shelbyville City, Kentucky | 0.1168374662% |
| KY161 | Shepherdsville City, Kentucky | 0.1717991328% |
| KY162 | Shively City, Kentucky | 0.1040826057% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| KY163 | Simpson County, Kentucky | 0.2049906448% |
| KY164 | Somerset City, Kentucky | 0.3108498299% |
| KY166 | Spencer County, Kentucky | 0.2447695951% |
| KY167 | St. Matthews City, Kentucky | 0.1131834246% |
| KY168 | Taylor County, Kentucky | 0.1908446071% |
| KY169 | Todd County, Kentucky | 0.1788746408% |
| KY170 | Trigg County, Kentucky | 0.2047738501% |
| KY171 | Trimble County, Kentucky | 0.1174427629% |
| KY172 | Union County, Kentucky | 0.2531192882% |
| KY175 | Warren County, Kentucky | 0.9893070387% |
| KY176 | Washington County, Kentucky | 0.1549834119% |
| KY177 | Wayne County, Kentucky | 0.3477965951% |
| KY178 | Webster County, Kentucky | 0.2371207742% |
| KY179 | West Liberty City, Kentucky | 0.1691975502% |
| KY181 | Whitley County, Kentucky | 1.5794132485% |
| KY182 | Winchester City, Kentucky | 0.4646999075% |
| KY183 | Wolfe County, Kentucky | 0.2600699609% |
| KY184 | Woodford County, Kentucky | 0.2675359435% |
| KY186 | Albany City, Kentucky | 0.1264298304% |
| KY187 | Alexandria City, Kentucky | 0.1080131826% |
| KY192 | Barbourville City, Kentucky | 0.0730470168% |
| KY193 | Beattyville City, Kentucky | 0.1448233239% |
| KY195 | Bellevue City, Kentucky | 0.0965704087% |
| KY205 | Carrollton City, Kentucky | 0.0887635005% |
| KY206 | Catlettsburg City, Kentucky | 0.1263485793% |
| KY207 | Cave City City, Kentucky | 0.0700133478% |
| KY208 | Central City City, Kentucky | 0.0844674819% |
| KY211 | Cold Spring City, Kentucky | 0.0750717640% |
| KY212 | Corbin City, Kentucky | 0.2036058550% |
| KY215 | Crittenden City, Kentucky | 0.1485297325% |
| KY216 | Cynthiana City, Kentucky | 0.2429917006% |
| KY218 | Dayton City, Kentucky | 0.1369669607% |
| KY220 | Dry Ridge City, Kentucky | 0.1124383105% |
| KY222 | Edgewood City, Kentucky | 0.0997328111% |
| KY228 | Flatwoods City, Kentucky | 0.0815134672% |
| KY230 | Flemingsburg City, Kentucky | 0.0974474500% |
| KY231 | Fort Mitchell City, Kentucky | 0.1045834032% |
| KY232 | Fort Wright City, Kentucky | 0.0888485558% |
| KY233 | Franklin City, Kentucky | 0.1059281781% |
| KY238 | Harrodsburg City, Kentucky | 0.1433328138% |
| KY240 | Hazard City, Kentucky | 0.2853655644% |
| KY242 | Highland Heights City, Kentucky | 0.1099203272% |
| KY247 | Irvine City, Kentucky | 0.0767877105% |
| KY252 | La Grange City, Kentucky | 0.0727992716% |
| KY255 | Lebanon City, Kentucky | 0.1122041854% |
| KY256 | Leitchfield City, Kentucky | 0.1135380642% |
| KY258 | Louisa City, Kentucky | 0.0866211036% |
| KY259 | Ludlow City, Kentucky | 0.0669617849% |
| KY261 | Martin City, Kentucky | 0.2943288201% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY262 | Mayfield City, Kentucky | 0.2929381596% |
| KY263 | Maysville City, Kentucky | 0.1796298526% |
| KY264 | Middlesborough City, Kentucky | 0.9627869870% |
| KY267 | Morgantown City, Kentucky | 0.1066840944% |
| KY268 | Mount Sterling City, Kentucky | 0.1357736978% |
| KY269 | Mount Vernon City, Kentucky | 0.1195254191% |
| KY275 | Owingsville City, Kentucky | 0.1120741368% |
| KY276 | Paris City, Kentucky | 0.1357848757% |
| KY278 | Pikeville City, Kentucky | 0.9232553122% |
| KY280 | Princeton City, Kentucky | 0.1044295429% |
| KY283 | Russellville City, Kentucky | 0.1019054071% |
| KY286 | Southgate City, Kentucky | 0.0952700635% |
| KY288 | Stanford City, Kentucky | 0.0735805495% |
| KY291 | Taylor Mill City, Kentucky | 0.1020398235% |
| KY294 | Union City, Kentucky | 0.1260059161% |
| KY295 | Versailles City, Kentucky | 0.1700135829% |
| KY297 | Walton City, Kentucky | 0.0725720505% |
| KY301 | Wilder City, Kentucky | 0.1271712342% |
| KY302 | Williamsburg City, Kentucky | 0.2511273232% |
| KY303 | Williamstown City, Kentucky | 0.1029710636% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA2 | Acadia Parish, Louisiana | |
| LA3 | Alexandria City, Louisiana | |
| LA4 | Allen Parish, Louisiana | |
| LA5 | Ascension Parish, Louisiana | |
| LA6 | Assumption Parish, Louisiana | |
| LA7 | Avoyelles Parish, Louisiana | |
| LA9 | Baldwin Town, Louisiana | |
| LA10 | Bastrop City, Louisiana | |
| LA12 | Beauregard Parish, Louisiana | |
| LA13 | Berwick Town, Louisiana | |
| LA14 | Bienville Parish, Louisiana | |
| LA15 | Bogalusa City, Louisiana | |
| LA16 | Bossier City, Louisiana | |
| LA17 | Bossier Parish, Louisiana | |
| LA19 | Caddo Parish, Louisiana | |
| LA20 | Calcasieu Parish, Louisiana | |
| LA21 | Caldwell Parish, Louisiana | |
| LA22 | Cameron Parish, Louisiana | |
| LA23 | Catahoula Parish, Louisiana | |
| LA25 | Claiborne Parish, Louisiana | |
| LA26 | Concordia Parish, Louisiana | |
| LA27 | Covington City, Louisiana | Allocations in Louisiana |
| LA29 | De Soto Parish, Louisiana | will be made in |
| LA30 | Delhi Town, Louisiana | accordance with the |
| LA32 | Donaldsonville City, Louisiana | Louisiana State-Local |
| LA33 | East Carroll Parish, Louisiana | Government Opioid |
| LA34 | East Feliciana Parish, Louisiana | Litigation Memorandum |
| LA35 | Eunice City, Louisiana | of Understanding. |
| LA36 | Evangeline Parish, Louisiana | |
| LA37 | Ferriday Town, Louisiana | |
| LA38 | Franklin City, Louisiana | |
| LA39 | Franklin Parish, Louisiana | |
| LA41 | Gramercy Town, Louisiana | |
| LA42 | Grant Parish, Louisiana | |
| LA43 | Gretna City, Louisiana | |
| LA46 | Iberia Parish, Louisiana | |
| LA47 | Iberville Parish, Louisiana | |
| LA48 | Jackson Parish, Louisiana | |
| LA49 | Jean Lafitte Town, Louisiana | |
| LA50 | Jefferson Davis Parish, Louisiana | |
| LA51 | Jefferson Parish, Louisiana | |
| LA52 | Kenner City, Louisiana | |
| LA54 | Lafourche Parish, Louisiana | |
| LA55 | Lake Charles City, Louisiana | |
| LA56 | Lake Providence Town, Louisiana | |
| LA57 | Lasalle Parish, Louisiana | |
| LA58 | Lincoln Parish, Louisiana | |
| LA59 | Livingston Parish, Louisiana | |
| LA60 | Lutcher Town, Louisiana | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA61 | Madison Parish, Louisiana | |
| LA62 | Madisonville Town, Louisiana | |
| LA63 | Mandeville City, Louisiana | |
| LA65 | Monroe City, Louisiana | |
| LA66 | Morehouse Parish, Louisiana | |
| LA67 | Morgan City, Louisiana | |
| LA68 | Natchitoches City, Louisiana | |
| LA69 | Natchitoches Parish, Louisiana | |
| LA70 | New Iberia City, Louisiana | |
| LA72 | New Roads City, Louisiana | |
| LA73 | Opelousas City, Louisiana | |
| LA74 | Ouachita Parish, Louisiana | |
| LA75 | Patterson City, Louisiana | |
| LA76 | Pearl River Town, Louisiana | |
| LA77 | Pineville City, Louisiana | |
| LA78 | Plaquemines Parish, Louisiana | |
| LA79 | Pointe Coupee Parish, Louisiana | |
| LA80 | Rapides Parish, Louisiana | |
| LA81 | Red River Parish, Louisiana | |
| LA82 | Richland Parish, Louisiana | |
| LA83 | Richwood Town, Louisiana | |
| LA85 | Sabine Parish, Louisiana | Allocations in Louisiana |
| LA86 | Shreveport City, Louisiana | will be made in |
| LA87 | Slidell City, Louisiana | accordance with the |
| LA88 | St Bernard Parish, Louisiana | Louisiana State-Local |
| LA89 | St Charles Parish, Louisiana | Government Opioid |
| LA90 | St Helena Parish, Louisiana | Litigation Memorandum |
| LA91 | St James Parish, Louisiana | of Understanding. |
| LA92 | St John The Baptist Parish, Louisiana | |
| LA93 | St Landry Parish, Louisiana | |
| LA94 | St Martin Parish, Louisiana | |
| LA95 | St Mary Parish, Louisiana | |
| LA96 | St Tammany Parish, Louisiana | |
| LA97 | St. Martinville City, Louisiana | |
| LA99 | Tangipahoa Parish, Louisiana | |
| LA100 | Tensas Parish, Louisiana | |
| LA102 | Union Parish, Louisiana | |
| LA103 | Vermilion Parish, Louisiana | |
| LA104 | Vernon Parish, Louisiana | |
| LA105 | Washington Parish, Louisiana | |
| LA106 | Webster Parish, Louisiana | |
| LA107 | West Baton Rouge Parish, Louisiana | |
| LA108 | West Carroll Parish, Louisiana | |
| LA109 | West Feliciana Parish, Louisiana | |
| LA110 | West Monroe City, Louisiana | |
| LA111 | Westwego City, Louisiana | |
| LA112 | Winn Parish, Louisiana | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA115 | East Baton Rouge Parish, Louisiana | |
| LA116 | Lafayette Parish, Louisiana | |
| LA117 | Orleans Parish, Louisiana | |
| LA118 | Terrebonne Parish, Louisiana | |
| LA119 | Sheriff of Acadia Parish, Louisiana | |
| LA120 | Sheriff of Allen Parish, Louisiana | |
| LA121 | Sheriff of Ascension Parish, Louisiana | |
| LA122 | Sheriff of Assumption Parish, Louisiana | |
| LA123 | Sheriff of Avoyelles Parish, Louisiana | |
| LA124 | Sheriff of Beauregard Parish, Louisiana | |
| LA125 | Sheriff of Bienville Parish, Louisiana | |
| LA126 | Sheriff of Bossier Parish, Louisiana | |
| LA127 | Sheriff of Caddo Parish, Louisiana | |
| LA128 | Sheriff of Calcasieu Parish, Louisiana | Allocations in Louisiana will be made in accordance with the Louisiana State-Local Government Opioid Litigation Memorandum of Understanding. |
| LA129 | Sheriff of Caldwell Parish, Louisiana | |
| LA130 | Sheriff of Cameron Parish, Louisiana | |
| LA131 | Sheriff of Catahoula Parish, Louisiana | |
| LA132 | Sheriff of Claiborne Parish, Louisiana | |
| LA133 | Sheriff of Concordia Parish, Louisiana | |
| LA134 | Sheriff of De Soto Parish, Louisiana | |
| LA135 | Sheriff of East Baton Rouge Parish, Louisiana | |
| LA136 | Sheriff of East Carroll Parish, Louisiana | |
| LA137 | Sheriff of East Feliciana Parish, Louisiana | |
| LA138 | Sheriff of Evangeline Parish, Louisiana | |
| LA139 | Sheriff of Franklin Parish, Louisiana | |
| LA140 | Sheriff of Grant Parish, Louisiana | |
| LA141 | Sheriff of Iberia Parish, Louisiana | |
| LA142 | Sheriff of Iberville Parish, Louisiana | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA143 | Sheriff of Jackson Parish, Louisiana | |
| LA144 | Sheriff of Jefferson Davis Parish, Louisiana | |
| LA145 | Sheriff of Jefferson Parish, Louisiana | |
| LA146 | Sheriff of Lafayette Parish, Louisiana | |
| LA147 | Sheriff of Lafourche Parish, Louisiana | |
| LA148 | Sheriff of Lasalle Parish, Louisiana | |
| LA149 | Sheriff of Lincoln Parish, Louisiana | |
| LA150 | Sheriff of Livingston Parish, Louisiana | |
| LA151 | Sheriff of Madison Parish, Louisiana | |
| LA152 | Sheriff of Morehouse Parish, Louisiana | |
| LA153 | Sheriff of Natchitoches Parish, Louisiana | |
| LA154 | Sheriff of Orleans Parish, Louisiana | Allocations in Louisiana will be made in accordance with the Louisiana State-Local Government Opioid Litigation Memorandum of Understanding. |
| LA155 | Sheriff of Ouachita Parish, Louisiana | |
| LA156 | Sheriff of Plaquemines Parish, Louisiana | |
| LA157 | Sheriff of Pointe Coupee Parish, Louisiana | |
| LA158 | Sheriff of Rapides Parish, Louisiana | |
| LA159 | Sheriff of Red River Parish, Louisiana | |
| LA160 | Sheriff of Richland Parish, Louisiana | |
| LA161 | Sheriff of Sabine Parish, Louisiana | |
| LA162 | Sheriff of St Bernard Parish, Louisiana | |
| LA163 | Sheriff of St Charles Parish, Louisiana | |
| LA164 | Sheriff of St Helena Parish, Louisiana | |
| LA165 | Sheriff of St James Parish, Louisiana | |
| LA166 | Sheriff of St John The Baptist Parish, Louisiana | |
| LA167 | Sheriff of St Landry Parish, Louisiana | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA168 | Sheriff of St Martin Parish, Louisiana | |
| LA169 | Sheriff of St Mary Parish, Louisiana | |
| LA170 | Sheriff of St Tammany Parish, Louisiana | |
| LA171 | Sheriff of Tangipahoa Parish, Louisiana | |
| LA172 | Sheriff of Tensas Parish, Louisiana | |
| LA173 | Sheriff of Terrebonne Parish, Louisiana | Allocations in Louisiana will be made in accordance with the Louisiana State-Local Government Opioid Litigation Memorandum of Understanding. |
| LA174 | Sheriff of Union Parish, Louisiana | |
| LA175 | Sheriff of Vermilion Parish, Louisiana | |
| LA176 | Sheriff of Vernon Parish, Louisiana | |
| LA177 | Sheriff of Washington Parish, Louisiana | |
| LA178 | Sheriff of Webster Parish, Louisiana | |
| LA179 | Sheriff of West Baton Rouge Parish, Louisiana | |
| LA180 | Sheriff of West Carroll Parish, Louisiana | |
| LA181 | Sheriff of West Feliciana Parish, Louisiana | |
| LA182 | Sheriff of Winn Parish, Louisiana | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|------------------------------|
| ME1 | Androscoggin County, Maine | 1.6799535986% |
| ME2 | Aroostook County, Maine | 4.0537116218% |
| ME3 | Auburn City, Maine | 2.6283332826% |
| ME4 | Augusta City, Maine | 3.6779545807% |
| ME5 | Bangor City, Maine | 5.2042873123% |
| ME6 | Biddeford City, Maine | 2.7393997300% |
| ME7 | Brunswick Town, Maine | 1.6113929261% |
| ME8 | Calais City, Maine | 0.8369049504% |
| ME9 | Cumberland County, Maine | 3.5025701951% |
| ME10 | Falmouth Town, Maine | 1.2353278939% |
| ME11 | Franklin County, Maine | 1.9717572454% |
| ME12 | Gorham Town, Maine | 1.4582940317% |
| ME13 | Hancock County, Maine | 3.8494340111% |
| ME14 | Kennebec County, Maine | 4.9959268385% |
| ME15 | Kennebunk Town, Maine | 0.2185679049% |
| ME16 | Knox County, Maine | 2.1010369789% |
| ME17 | Lewiston City, Maine | 4.3451006968% |
| ME18 | Lincoln County, Maine | 2.1621727981% |
| ME19 | Orono Town, Maine | 0.2094180830% |
| ME20 | Oxford County, Maine | 3.8454418782% |
| ME21 | Penobscot County, Maine | 6.7801027597% |
| ME22 | Piscataquis County, Maine | 1.2760851978% |
| ME23 | Portland City, Maine | 7.2016026249% |
| ME24 | Rockland City, Maine | 0.6184398003% |
| ME25 | Saco City, Maine | 0.4366518238% |
| ME26 | Sagadahoc County, Maine | 1.9708146889% |
| ME27 | Sanford City, Maine | 2.6908215844% |
| ME28 | Scarborough Town, Maine | 1.8363769930% |
| ME29 | Somerset County, Maine | 3.6977198467% |
| ME30 | South Portland City, Maine | 2.2275994495% |
| ME31 | Standish Town, Maine | 0.0664145731% |
| ME32 | Waldo County, Maine | 2.4723925078% |
| ME33 | Washington County, Maine | 2.6998574469% |
| ME34 | Waterville City, Maine | 2.8132809688% |
| ME35 | Wells Town, Maine | 0.2541311729% |
| ME36 | Westbrook City, Maine | 1.5416150467% |
| ME37 | Windham Town, Maine | 0.1935482073% |
| ME38 | York County, Maine | 6.7950503019% |
| ME39 | York Town, Maine | 2.1005084476% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MD1 | Aberdeen City, Maryland | 0.0372796529% |
| MD2 | Allegany County, Maryland | 1.6120411494% |
| MD3 | Annapolis City, Maryland | 0.2413230958% |
| MD4 | Anne Arundel County, Maryland | 9.5850095156% |
| MD5 | Baltimore City, Maryland | 20.9970334354% |
| MD6 | Baltimore County, Maryland | 17.7565394434% |
| MD7 | Bel Air Town, Maryland | 0.0322364280% |
| MD8 | Berlin Town, Maryland | 0.0109236186% |
| MD9 | Bowie City, Maryland | 0.0263270946% |
| MD10 | Calvert County, Maryland | 1.6948343688% |
| MD11 | Cambridge City, Maryland | 0.0196746185% |
| MD12 | Caroline County, Maryland | 0.5865017850% |
| MD13 | Carroll County, Maryland | 2.9605563001% |
| MD14 | Cecil County, Maryland | 3.7958577634% |
| MD15 | Charles County, Maryland | 1.9663409179% |
| MD16 | Charlestown, Maryland | 0.0013846587% |
| MD17 | College Park City, Maryland | 0.0050334845% |
| MD18 | Cottage City Town, Maryland | 0.0015972023% |
| MD19 | Cumberland City, Maryland | 0.1627132426% |
| MD20 | Dorchester County, Maryland | 0.3951913125% |
| MD21 | Easton Town, Maryland | 0.0630108370% |
| MD22 | Elkton Town, Maryland | 0.0884110160% |
| MD23 | Forest Heights Town, Maryland | 0.0014812182% |
| MD24 | Frederick City, Maryland | 0.1530889274% |
| MD25 | Frederick County, Maryland | 3.4957333212% |
| MD26 | Frostburg City, Maryland | 0.0194678741% |
| MD27 | Gaithersburg City, Maryland | 0.0243966914% |
| MD28 | Garrett County, Maryland | 0.3513434690% |
| MD29 | Grantsville Town, Maryland | 0.0002207076% |
| MD30 | Greenbelt Town, Maryland | 0.0369938028% |
| MD31 | Hagerstown City, Maryland | 0.1829328174% |
| MD32 | Harford County, Maryland | 5.1958110720% |
| MD33 | Havre De Grace City, Maryland | 0.0458009931% |
| MD34 | Howard County, Maryland | 3.2487213744% |
| MD35 | Hyattsville City, Maryland | 0.0127377562% |
| MD36 | Kent County, Maryland | 0.4683852152% |
| MD37 | Laurel City, Maryland | 0.0300516480% |
| MD38 | Montgomery County, Maryland | 8.5574378958% |
| MD39 | Mountain Lake Park Town, Maryland | 0.0001004445% |
| MD40 | New Carrollton City, Maryland | 0.0062727689% |
| MD41 | North Brentwood Town, Maryland | 0.0000662686% |
| MD42 | North East City, Maryland | 0.0183814522% |
| MD43 | Oakland Town, Maryland | 0.0011777453% |
| MD44 | Perryville Town, Maryland | 0.0184160785% |
| MD45 | Prince Georges County, Maryland | 7.1382650655% |
| MD46 | Queen Annes County, Maryland | 0.7381792535% |
| MD47 | Rockville City, Maryland | 0.0611045878% |
| MD48 | Salisbury City, Maryland | 0.1347806691% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MD49 | Seat Pleasant City, Maryland | 0.0040128808% |
| MD50 | Somerset County, Maryland | 0.3875128839% |
| MD51 | St Marys County, Maryland | 1.3684562511% |
| MD52 | Takoma Park City, Maryland | 0.0195596479% |
| MD53 | Talbot County, Maryland | 0.4896824850% |
| MD54 | Upper Marlboro Town, Maryland | 0.0009443695% |
| MD55 | Vienna Town, Maryland | 0.0001582676% |
| MD56 | Washington County, Maryland | 3.0474490505% |
| MD57 | Westminster City, Maryland | 0.0440087573% |
| MD58 | Wicomico County, Maryland | 1.6694422411% |
| MD59 | Worcester County, Maryland | 0.9876031064% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA1 | Abington Town, Massachusetts | 0.2400899791% |
| MA2 | Acton Town, Massachusetts | 0.1586479343% |
| MA3 | Acushnet Town, Massachusetts | 0.1547305792% |
| MA4 | Adams Town, Massachusetts | 0.0189731986% |
| MA5 | Agawam Town City, Massachusetts | 0.4341901730% |
| MA6 | Alford Town, Massachusetts | 0.0007449491% |
| MA7 | Amesbury Town City, Massachusetts | 0.2580959424% |
| MA8 | Amherst Town, Massachusetts | 0.3675897982% |
| MA9 | Andover Town, Massachusetts | 0.7102727131% |
| MA10 | Aquinnah Town, Massachusetts | 0.0049293930% |
| MA11 | Arlington Town, Massachusetts | 0.3350233330% |
| MA12 | Ashburnham Town, Massachusetts | 0.0140160133% |
| MA13 | Ashby Town, Massachusetts | 0.0069876989% |
| MA14 | Ashfield Town, Massachusetts | 0.0027296132% |
| MA15 | Ashland Town, Massachusetts | 0.1613930923% |
| MA16 | Athol Town, Massachusetts | 0.0359559233% |
| MA17 | Attleboro City, Massachusetts | 0.9357205930% |
| MA18 | Auburn Town, Massachusetts | 0.3036683195% |
| MA19 | Avon Town, Massachusetts | 0.0739889948% |
| MA20 | Ayer Town, Massachusetts | 0.0179210686% |
| MA21 | Barnstable County, Massachusetts | 0.0639482242% |
| MA22 | Barnstable Town City, Massachusetts | 0.8578313582% |
| MA23 | Barre Town, Massachusetts | 0.0096522017% |
| MA24 | Becket Town, Massachusetts | 0.0067279376% |
| MA25 | Bedford Town, Massachusetts | 0.1982937972% |
| MA26 | Belchertown, Massachusetts | 0.3492785905% |
| MA27 | Bellingham Town, Massachusetts | 0.1961076781% |
| MA28 | Belmont Town, Massachusetts | 0.2420315678% |
| MA29 | Berkley Town, Massachusetts | 0.1212759115% |
| MA30 | Berlin Town, Massachusetts | 0.0397753511% |
| MA31 | Bernardston Town, Massachusetts | 0.0040751589% |
| MA32 | Beverly City, Massachusetts | 0.4801566147% |
| MA33 | Billerica Town, Massachusetts | 0.3870913124% |
| MA34 | Blackstone Town, Massachusetts | 0.0221473318% |
| MA35 | Blandford Town, Massachusetts | 0.0009007116% |
| MA36 | Bolton Town, Massachusetts | 0.0110088433% |
| MA37 | Boston City, Massachusetts | 10.5767780349% |
| MA38 | Bourne Town, Massachusetts | 0.3783946742% |
| MA39 | Boxborough Town, Massachusetts | 0.0399298051% |
| MA40 | Boxford Town, Massachusetts | 0.0912309051% |
| MA41 | Boylston Town, Massachusetts | 0.0562367737% |
| MA42 | Braintree Town City, Massachusetts | 0.4457226214% |
| MA43 | Brewster Town, Massachusetts | 0.1284470083% |
| MA44 | Bridgewater Town, Massachusetts | 0.0570448443% |
| MA45 | Brimfield Town, Massachusetts | 0.0355644757% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA46 | Bristol County, Massachusetts | 0.1015083030% |
| MA47 | Brockton City, Massachusetts | 2.1170344615% |
| MA48 | Brookfield Town, Massachusetts | 0.0372953453% |
| MA49 | Brookline Town, Massachusetts | 0.8244968622% |
| MA50 | Buckland Town, Massachusetts | 0.0031396937% |
| MA51 | Burlington Town, Massachusetts | 0.3034752912% |
| MA52 | Cambridge City, Massachusetts | 4.3053779748% |
| MA53 | Canton Town, Massachusetts | 0.2909840866% |
| MA54 | Carlisle Town, Massachusetts | 0.0526144568% |
| MA55 | Carver Town, Massachusetts | 0.2179547901% |
| MA56 | Charlemont Town, Massachusetts | 0.0066765925% |
| MA57 | Charlton Town, Massachusetts | 0.0305379405% |
| MA58 | Chatham Town, Massachusetts | 0.1685335181% |
| MA59 | Chelmsford Town, Massachusetts | 0.3162632088% |
| MA60 | Chelsea City, Massachusetts | 0.5236031155% |
| MA61 | Cheshire Town, Massachusetts | 0.0015830626% |
| MA62 | Chester Town, Massachusetts | 0.0096828727% |
| MA63 | Chesterfield Town, Massachusetts | 0.0168042468% |
| MA64 | Chicopee City, Massachusetts | 0.8816952708% |
| MA65 | Chilmark Town, Massachusetts | 0.0062328576% |
| MA66 | Clarksburg Town, Massachusetts | 0.0303920178% |
| MA67 | Clinton Town, Massachusetts | 0.2371744557% |
| MA68 | Cohasset Town, Massachusetts | 0.1430861241% |
| MA69 | Colrain Town, Massachusetts | 0.0016018525% |
| MA70 | Concord Town, Massachusetts | 0.1749597704% |
| MA71 | Conway Town, Massachusetts | 0.0354590115% |
| MA72 | Cummington Town, Massachusetts | 0.0009757143% |
| MA73 | Dalton Town, Massachusetts | 0.0123034626% |
| MA74 | Danvers Town, Massachusetts | 0.4037368656% |
| MA75 | Dartmouth Town, Massachusetts | 0.5505881937% |
| MA76 | Dedham Town, Massachusetts | 0.3188835370% |
| MA77 | Deerfield Town, Massachusetts | 0.0872700035% |
| MA78 | Dennis Town, Massachusetts | 0.0970183530% |
| MA79 | Dighton Town, Massachusetts | 0.0228752705% |
| MA80 | Douglas Town, Massachusetts | 0.1659192613% |
| MA81 | Dover Town, Massachusetts | 0.0683428114% |
| MA82 | Dracut Town, Massachusetts | 0.2045887296% |
| MA83 | Dudley Town, Massachusetts | 0.0179390734% |
| MA84 | Dukes County, Massachusetts | 0.0054256244% |
| MA85 | Dunstable Town, Massachusetts | 0.0041607864% |
| MA86 | Duxbury Town, Massachusetts | 0.3742011756% |
| MA87 | East Bridgewater Town, Massachusetts | 0.2308047825% |
| MA88 | East Brookfield Town, Massachusetts | 0.0052365739% |
| MA89 | East Longmeadow Town, Massachusetts | 0.2715713403% |
| MA90 | Eastham Town, Massachusetts | 0.0786916528% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA91 | Easthampton Town City, Massachusetts | 0.2670463228% |
| MA92 | Easton Town, Massachusetts | 0.5676857515% |
| MA93 | Edgartown, Massachusetts | 0.0809809332% |
| MA94 | Egremont Town, Massachusetts | 0.0050750540% |
| MA95 | Erving Town, Massachusetts | 0.0513752128% |
| MA96 | Essex Town, Massachusetts | 0.0113333487% |
| MA97 | Everett City, Massachusetts | 0.4368228534% |
| MA98 | Fairhaven Town, Massachusetts | 0.3265362625% |
| MA99 | Fall River City, Massachusetts | 2.1055901006% |
| MA100 | Falmouth Town, Massachusetts | 0.6632841320% |
| MA101 | Fitchburg City, Massachusetts | 0.6913634212% |
| MA102 | Florida Town, Massachusetts | 0.0170875086% |
| MA103 | Foxborough Town, Massachusetts | 0.2588100112% |
| MA104 | Framingham Town, Massachusetts | 0.6902310022% |
| MA105 | Franklin Town City, Massachusetts | 0.4506715894% |
| MA106 | Freetown, Massachusetts | 0.0347111837% |
| MA107 | Gardner City, Massachusetts | 0.3080580392% |
| MA108 | Georgetown, Massachusetts | 0.1361143365% |
| MA109 | Gill Town, Massachusetts | 0.0032293514% |
| MA110 | Gloucester City, Massachusetts | 0.4219402015% |
| MA111 | Goshen Town, Massachusetts | 0.0020598761% |
| MA112 | Gosnold Town, Massachusetts | 0.0011645031% |
| MA113 | Grafton Town, Massachusetts | 0.2787903277% |
| MA114 | Granby Town, Massachusetts | 0.1421420753% |
| MA115 | Granville Town, Massachusetts | 0.0205788719% |
| MA116 | Great Barrington Town, Massachusetts | 0.0238735954% |
| MA117 | Greenfield Town City, Massachusetts | 0.4522917084% |
| MA118 | Groton Town, Massachusetts | 0.0112861907% |
| MA119 | Groveland Town, Massachusetts | 0.0109548289% |
| MA120 | Hadley Town, Massachusetts | 0.1036658447% |
| MA121 | Halifax Town, Massachusetts | 0.0744074497% |
| MA122 | Hamilton Town, Massachusetts | 0.0148754814% |
| MA123 | Hampden Town, Massachusetts | 0.0086441416% |
| MA124 | Hancock Town, Massachusetts | 0.0080083205% |
| MA125 | Hanover Town, Massachusetts | 0.2979987927% |
| MA126 | Hanson Town, Massachusetts | 0.0306151413% |
| MA127 | Hardwick Town, Massachusetts | 0.0046489576% |
| MA128 | Harvard Town, Massachusetts | 0.1646144358% |
| MA129 | Harwich Town, Massachusetts | 0.2864309104% |
| MA130 | Hatfield Town, Massachusetts | 0.0627393895% |
| MA131 | Haverhill City, Massachusetts | 0.8142937865% |
| MA132 | Hawley Town, Massachusetts | 0.0002691301% |
| MA133 | Heath Town, Massachusetts | 0.0011790011% |
| MA134 | Hingham Town, Massachusetts | 0.4828724626% |
| MA135 | Hinsdale Town, Massachusetts | 0.0037015067% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA136 | Holbrook Town, Massachusetts | 0.1222501079% |
| MA137 | Holden Town, Massachusetts | 0.0343745879% |
| MA138 | Holland Town, Massachusetts | 0.0238040885% |
| MA139 | Holliston Town, Massachusetts | 0.1672190621% |
| MA140 | Holyoke City, Massachusetts | 0.9664659552% |
| MA141 | Hopedale Town, Massachusetts | 0.1372305825% |
| MA142 | Hopkinton Town, Massachusetts | 0.2027514537% |
| MA143 | Hubbardston Town, Massachusetts | 0.0076647112% |
| MA144 | Hudson Town, Massachusetts | 0.1994512345% |
| MA145 | Hull Town, Massachusetts | 0.1954841045% |
| MA146 | Huntington Town, Massachusetts | 0.0026561285% |
| MA147 | Ipswich Town, Massachusetts | 0.2079635850% |
| MA148 | Kingston Town, Massachusetts | 0.1369378473% |
| MA149 | Lakeville Town, Massachusetts | 0.0202228058% |
| MA150 | Lancaster Town, Massachusetts | 0.0116656002% |
| MA151 | Lanesborough Town, Massachusetts | 0.0575248505% |
| MA152 | Lawrence City, Massachusetts | 1.4758837913% |
| MA153 | Lee Town, Massachusetts | 0.1519018348% |
| MA154 | Leicester Town, Massachusetts | 0.1926291380% |
| MA155 | Lenox Town, Massachusetts | 0.1609461124% |
| MA156 | Leominster City, Massachusetts | 0.7902530708% |
| MA157 | Leverett Town, Massachusetts | 0.0395342227% |
| MA158 | Lexington Town, Massachusetts | 0.5090924410% |
| MA159 | Leyden Town, Massachusetts | 0.0007689206% |
| MA160 | Lincoln Town, Massachusetts | 0.1099619285% |
| MA161 | Littleton Town, Massachusetts | 0.1043597104% |
| MA162 | Longmeadow Town, Massachusetts | 0.2992108201% |
| MA163 | Lowell City, Massachusetts | 1.0242474790% |
| MA164 | Ludlow Town, Massachusetts | 0.3042665608% |
| MA165 | Lunenburg Town, Massachusetts | 0.1916440550% |
| MA166 | Lynn City, Massachusetts | 1.5917595154% |
| MA167 | Lynnfield Town, Massachusetts | 0.2333154069% |
| MA168 | Malden City, Massachusetts | 0.4659742140% |
| MA169 | Manchester-By-The-Sea Town, Massachusetts | 0.0201100664% |
| MA170 | Mansfield Town, Massachusetts | 0.6816694002% |
| MA171 | Marblehead Town, Massachusetts | 0.3485912672% |
| MA172 | Marion Town, Massachusetts | 0.0698025620% |
| MA173 | Marlborough City, Massachusetts | 0.3668295136% |
| MA174 | Marshfield Town, Massachusetts | 0.4930551259% |
| MA175 | Mashpee Town, Massachusetts | 0.3459150927% |
| MA176 | Mattapoisett Town, Massachusetts | 0.0843720139% |
| MA177 | Maynard Town, Massachusetts | 0.1014940666% |
| MA178 | Medfield Town, Massachusetts | 0.2083772770% |
| MA179 | Medford City, Massachusetts | 0.3972200658% |
| MA180 | Medway Town, Massachusetts | 0.1940731867% |
| MA181 | Melrose City, Massachusetts | 0.2296395466% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA182 | Mendon Town, Massachusetts | 0.0164096065% |
| MA183 | Merrimac Town, Massachusetts | 0.0100336001% |
| MA184 | Methuen Town City, Massachusetts | 0.7149217230% |
| MA185 | Middleborough Town, Massachusetts | 0.3933419654% |
| MA186 | Middlefield Town, Massachusetts | 0.0003252381% |
| MA187 | Middleton Town, Massachusetts | 0.0917093411% |
| MA188 | Milford Town, Massachusetts | 0.5323916620% |
| MA189 | Millbury Town, Massachusetts | 0.2332340712% |
| MA190 | Millis Town, Massachusetts | 0.0999797258% |
| MA191 | Millville Town, Massachusetts | 0.0062130209% |
| MA192 | Milton Town, Massachusetts | 0.3520463069% |
| MA193 | Monroe Town, Massachusetts | 0.0001025332% |
| MA194 | Monson Town, Massachusetts | 0.1266258006% |
| MA195 | Montague Town, Massachusetts | 0.0291412591% |
| MA196 | Monterey Town, Massachusetts | 0.0042137017% |
| MA197 | Montgomery Town, Massachusetts | 0.0002324400% |
| MA198 | Mt Washington Town, Massachusetts | 0.0001746048% |
| MA199 | Nahant Town, Massachusetts | 0.0355497159% |
| MA200 | Nantucket Town, Massachusetts | 0.1102324194% |
| MA201 | Natick Town, Massachusetts | 0.3421702489% |
| MA202 | Needham Town, Massachusetts | 0.4914063771% |
| MA203 | New Ashford Town, Massachusetts | 0.0002677169% |
| MA204 | New Bedford City, Massachusetts | 2.3617391681% |
| MA205 | New Braintree Town, Massachusetts | 0.0013480056% |
| MA206 | New Marlborough Town, Massachusetts | 0.0032940955% |
| MA207 | New Salem Town, Massachusetts | 0.0024476600% |
| MA208 | Newbury Town, Massachusetts | 0.0135400372% |
| MA209 | Newburyport City, Massachusetts | 0.2905748435% |
| MA210 | Newton City, Massachusetts | 1.0088865481% |
| MA211 | Norfolk County, Massachusetts | 0.0563017795% |
| MA212 | Norfolk Town, Massachusetts | 0.0892988423% |
| MA213 | North Adams City, Massachusetts | 0.3428675166% |
| MA214 | North Andover Town, Massachusetts | 0.4494773051% |
| MA215 | North Attleborough Town, Massachusetts | 0.6369959028% |
| MA216 | North Brookfield Town, Massachusetts | 0.0698725924% |
| MA217 | North Reading Town, Massachusetts | 0.1664230820% |
| MA218 | Northampton City, Massachusetts | 0.5405649568% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA219 | Northborough Town, Massachusetts | 0.2422641125% |
| MA220 | Northbridge Town, Massachusetts | 0.2823159735% |
| MA221 | Northfield Town, Massachusetts | 0.0153010544% |
| MA222 | Norton Town, Massachusetts | 0.4563834066% |
| MA223 | Norwell Town, Massachusetts | 0.2753854817% |
| MA224 | Norwood Town, Massachusetts | 0.3412282413% |
| MA225 | Oak Bluffs Town, Massachusetts | 0.0769116887% |
| MA226 | Oakham Town, Massachusetts | 0.0026269230% |
| MA227 | Orange Town, Massachusetts | 0.1376712816% |
| MA228 | Orleans Town, Massachusetts | 0.0935051641% |
| MA229 | Otis Town, Massachusetts | 0.0035269019% |
| MA230 | Oxford Town, Massachusetts | 0.2336229019% |
| MA231 | Palmer Town City, Massachusetts | 0.1621757259% |
| MA232 | Paxton Town, Massachusetts | 0.0115100470% |
| MA233 | Peabody City, Massachusetts | 0.7162928627% |
| MA234 | Pelham Town, Massachusetts | 0.0235476246% |
| MA235 | Pembroke Town, Massachusetts | 0.3388218249% |
| MA236 | Pepperell Town, Massachusetts | 0.0102363113% |
| MA237 | Peru Town, Massachusetts | 0.0011523603% |
| MA238 | Petersham Town, Massachusetts | 0.0159775433% |
| MA239 | Phillipston Town, Massachusetts | 0.0039835646% |
| MA240 | Pittsfield City, Massachusetts | 1.1541979937% |
| MA241 | Plainfield Town, Massachusetts | 0.0004986914% |
| MA242 | Plainville Town, Massachusetts | 0.0738004154% |
| MA243 | Plymouth County, Massachusetts | 0.0008974666% |
| MA244 | Plymouth Town, Massachusetts | 1.0727134492% |
| MA245 | Plympton Town, Massachusetts | 0.0311939123% |
| MA246 | Princeton Town, Massachusetts | 0.0094015998% |
| MA247 | Provincetown Town, Massachusetts | 0.0895015011% |
| MA248 | Quincy City, Massachusetts | 1.0277365393% |
| MA249 | Randolph Town, Massachusetts | 0.3517891103% |
| MA250 | Raynham Town, Massachusetts | 0.0739771661% |
| MA251 | Reading Town, Massachusetts | 0.2463903024% |
| MA252 | Rehoboth Town, Massachusetts | 0.0342848256% |
| MA253 | Revere City, Massachusetts | 0.5754964378% |
| MA254 | Richmond Town, Massachusetts | 0.0346755405% |
| MA255 | Rochester Town, Massachusetts | 0.0656757963% |
| MA256 | Rockland Town, Massachusetts | 0.3048431858% |
| MA257 | Rockport Town, Massachusetts | 0.1188536886% |
| MA258 | Rowe Town, Massachusetts | 0.0242459391% |
| MA259 | Rowley Town, Massachusetts | 0.0134543050% |
| MA260 | Royalston Town, Massachusetts | 0.0020739031% |
| MA261 | Russell Town, Massachusetts | 0.0012348998% |
| MA262 | Rutland Town, Massachusetts | 0.0122272562% |
| MA263 | Salem City, Massachusetts | 0.6254547137% |
| MA264 | Salisbury Town, Massachusetts | 0.0319290215% |
| MA265 | Sandisfield Town, Massachusetts | 0.0020719142% |
| MA266 | Sandwich Town, Massachusetts | 0.4944903815% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA267 | Saugus Town, Massachusetts | 0.3330802265% |
| MA268 | Savoy Town, Massachusetts | 0.0103246605% |
| MA269 | Scituate Town, Massachusetts | 0.3938536371% |
| MA270 | Seekonk Town, Massachusetts | 0.3325159013% |
| MA271 | Sharon Town, Massachusetts | 0.3157804286% |
| MA272 | Sheffield Town, Massachusetts | 0.0066580643% |
| MA273 | Shelburne Town, Massachusetts | 0.0145706034% |
| MA274 | Sherborn Town, Massachusetts | 0.0361347676% |
| MA275 | Shirley Town, Massachusetts | 0.0049654026% |
| MA276 | Shrewsbury Town, Massachusetts | 0.6471205738% |
| MA277 | Shutesbury Town, Massachusetts | 0.0358178516% |
| MA278 | Somerset Town, Massachusetts | 0.2943717652% |
| MA279 | Somerville Town, Massachusetts | 0.5538327759% |
| MA280 | South Hadley Town, Massachusetts | 0.3289508962% |
| MA281 | Southampton Town, Massachusetts | 0.0773861993% |
| MA282 | Southborough Town, Massachusetts | 0.2173688486% |
| MA283 | Southbridge Town City, Massachusetts | 0.2906114812% |
| MA284 | Southwick Town, Massachusetts | 0.0165255910% |
| MA285 | Spencer Town, Massachusetts | 0.0203153945% |
| MA286 | Springfield City, Massachusetts | 3.4410224370% |
| MA287 | Sterling Town, Massachusetts | 0.0196759620% |
| MA288 | Stockbridge Town, Massachusetts | 0.0092305018% |
| MA289 | Stoneham Town, Massachusetts | 0.1669780908% |
| MA290 | Stoughton Town, Massachusetts | 0.3118943726% |
| MA291 | Stow Town, Massachusetts | 0.0087733680% |
| MA292 | Sturbridge Town, Massachusetts | 0.1235688557% |
| MA293 | Sudbury Town, Massachusetts | 0.1950193814% |
| MA294 | Sunderland Town, Massachusetts | 0.0394445127% |
| MA295 | Sutton Town, Massachusetts | 0.1720631416% |
| MA296 | Swampscott Town, Massachusetts | 0.2802270489% |
| MA297 | Swansea Town, Massachusetts | 0.3127370397% |
| MA298 | Taunton City, Massachusetts | 1.3156698571% |
| MA299 | Templeton Town, Massachusetts | 0.0167725290% |
| MA300 | Tewksbury Town, Massachusetts | 0.2526508477% |
| MA301 | Tisbury Town, Massachusetts | 0.0665566713% |
| MA302 | Tolland Town, Massachusetts | 0.0005593530% |
| MA303 | Topsfield Town, Massachusetts | 0.0713350646% |
| MA304 | Townsend Town, Massachusetts | 0.0093843801% |
| MA305 | Truro Town, Massachusetts | 0.0604250384% |
| MA306 | Tyngsborough Town, Massachusetts | 0.1162396935% |
| MA307 | Tyringham Town, Massachusetts | 0.0012803829% |
| MA308 | Upton Town, Massachusetts | 0.0211017442% |
| MA309 | Uxbridge Town, Massachusetts | 0.2255606716% |
| MA310 | Wakefield Town, Massachusetts | 0.2116065761% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA311 | Wales Town, Massachusetts | 0.0147604390% |
| MA312 | Walpole Town, Massachusetts | 0.3194149930% |
| MA313 | Waltham City, Massachusetts | 0.5322671985% |
| MA314 | Ware Town, Massachusetts | 0.2035588439% |
| MA315 | Wareham Town, Massachusetts | 0.3595394490% |
| MA316 | Warren Town, Massachusetts | 0.0179304373% |
| MA317 | Warwick Town, Massachusetts | 0.0065997057% |
| MA318 | Washington Town, Massachusetts | 0.0004074112% |
| MA319 | Watertown Town City, Massachusetts | 0.2540965713% |
| MA320 | Wayland Town, Massachusetts | 0.2147389946% |
| MA321 | Webster Town, Massachusetts | 0.2405963644% |
| MA322 | Wellesley Town, Massachusetts | 0.4811483972% |
| MA323 | Wellfleet Town, Massachusetts | 0.0667808417% |
| MA324 | Wendell Town, Massachusetts | 0.0010508215% |
| MA325 | Wenham Town, Massachusetts | 0.0112119209% |
| MA326 | West Boylston Town, Massachusetts | 0.1222726663% |
| MA327 | West Bridgewater Town, Massachusetts | 0.1467598909% |
| MA328 | West Brookfield Town, Massachusetts | 0.0059191866% |
| MA329 | West Newbury Town, Massachusetts | 0.0086981560% |
| MA330 | West Springfield Town City, Massachusetts | 0.4627594653% |
| MA331 | West Stockbridge Town, Massachusetts | 0.0028401544% |
| MA332 | West Tisbury Town, Massachusetts | 0.0099183484% |
| MA333 | Westborough Town, Massachusetts | 0.5070384269% |
| MA334 | Westfield City, Massachusetts | 0.6538385669% |
| MA335 | Westford Town, Massachusetts | 0.2939962811% |
| MA336 | Westhampton Town, Massachusetts | 0.0199373981% |
| MA337 | Westminster Town, Massachusetts | 0.0226744436% |
| MA338 | Weston Town, Massachusetts | 0.2254658323% |
| MA339 | Westport Town, Massachusetts | 0.2811335179% |
| MA340 | Westwood Town, Massachusetts | 0.2903783084% |
| MA341 | Weymouth Town City, Massachusetts | 0.5656639786% |
| MA342 | Whately Town, Massachusetts | 0.0314223222% |
| MA343 | Whitman Town, Massachusetts | 0.0448742719% |
| MA344 | Wilbraham Town, Massachusetts | 0.0313150261% |
| MA345 | Williamsburg Town, Massachusetts | 0.0343998679% |
| MA346 | Williamstown, Massachusetts | 0.0783021941% |
| MA347 | Wilmington Town, Massachusetts | 0.2467559990% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| MA348 | Winchendon Town, Massachusetts | 0.1830720373% |
| MA349 | Winchester Town, Massachusetts | 0.2570095300% |
| MA350 | Windsor Town, Massachusetts | 0.0005238144% |
| MA351 | Winthrop Town City, Massachusetts | 0.1505890537% |
| MA352 | Woburn City, Massachusetts | 0.3503541163% |
| MA353 | Worcester City, Massachusetts | 3.7929503518% |
| MA354 | Worthington Town, Massachusetts | 0.0015069609% |
| MA355 | Wrentham Town, Massachusetts | 0.0961794021% |
| MA356 | Yarmouth Town, Massachusetts | 0.1308391883% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI1 | Ada Township, Michigan | 0.0042278554% |
| MI2 | Adrian City, Michigan | 0.0328126789% |
| MI3 | Alcona County, Michigan | 0.0934629817% |
| MI4 | Alger County, Michigan | 0.0879525875% |
| MI5 | Algoma Township, Michigan | 0.0016941585% |
| MI6 | Allegan County, Michigan | 0.4460242903% |
| MI7 | Allen Park City, Michigan | 0.0620457416% |
| MI8 | Allendale Charter Township, Michigan | 0.0044901249% |
| MI9 | Alpena County, Michigan | 0.3552566921% |
| MI10 | Alpine Charter Township, Michigan | 0.0014679355% |
| MI11 | Ann Arbor City, Michigan | 0.2674253148% |
| MI12 | Antrim County, Michigan | 0.2666725680% |
| MI13 | Antwerp Township, Michigan | 0.0007581775% |
| MI14 | Arenac County, Michigan | 0.1805504304% |
| MI15 | Auburn Hills City, Michigan | 0.0679482559% |
| MI16 | Bangor Charter Township, Michigan | 0.0063071908% |
| MI17 | Baraga County, Michigan | 0.0830045795% |
| MI18 | Barry County, Michigan | 0.2499588316% |
| MI19 | Bath Charter Township, Michigan | 0.0310575579% |
| MI20 | Battle Creek City, Michigan | 0.1976545014% |
| MI21 | Bay City, Michigan | 0.0662640083% |
| MI22 | Bay County, Michigan | 1.1889740912% |
| MI23 | Bedford Township, Michigan | 0.0238194433% |
| MI24 | Benton Charter Township, Michigan | 0.0523760917% |
| MI25 | Benzie County, Michigan | 0.1559708495% |
| MI26 | Berkley City, Michigan | 0.0207220905% |
| MI27 | Berrien County, Michigan | 1.4353008205% |
| MI28 | Beverly Hills Village, Michigan | 0.0265585450% |
| MI29 | Big Rapids City, Michigan | 0.0141485793% |
| MI30 | Birmingham City, Michigan | 0.0595211261% |
| MI278 | Blackman Charter Township, Michigan | 0.0000000000% |
| MI31 | Bloomfield Charter Township, Michigan | 0.1382971973% |
| MI32 | Branch County, Michigan | 0.3823019725% |
| MI33 | Brandon Charter Township, Michigan | 0.0172309269% |
| MI34 | Brighton Township, Michigan | 0.0005844508% |
| MI35 | Brownstown Charter Township, Michigan | 0.0597655290% |
| MI36 | Burton City, Michigan | 0.0191573337% |
| MI37 | Byron Township, Michigan | 0.0082898139% |
| MI38 | Cadillac City, Michigan | 0.0572782844% |
| MI39 | Caledonia Charter Township, Kent County, Michigan | 0.0026644035% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI40 | Calhoun County, Michigan | 1.7844560932% |
| MI41 | Cannon Township, Michigan | 0.0031972842% |
| MI42 | Canton Charter Township, Michigan | 0.2635380816% |
| MI43 | Cascade Charter Township, Michigan | 0.0117082940% |
| MI44 | Cass County, Michigan | 0.4127454052% |
| MI45 | Charlevoix County, Michigan | 0.2142857345% |
| MI46 | Cheboygan County, Michigan | 0.3054122146% |
| MI47 | Chesterfield Charter Township, Michigan | 0.1219762582% |
| MI48 | Chippewa County, Michigan | 0.2775926422% |
| MI49 | Clare County, Michigan | 0.2705014687% |
| MI50 | Clawson City, Michigan | 0.0134773906% |
| MI51 | Clinton Charter Township, Michigan | 0.6524315825% |
| MI52 | Clinton County, Michigan | 0.5402667258% |
| MI53 | Coldwater City, Michigan | 0.0074666730% |
| MI54 | Commerce Charter Township, Michigan | 0.0192121087% |
| MI55 | Comstock Charter Township, Michigan | 0.0081656838% |
| MI56 | Cooper Charter Township, Michigan | 0.0009266020% |
| MI57 | Crawford County, Michigan | 0.2886252314% |
| MI58 | Davison Township, Michigan | 0.0085451532% |
| MI59 | Dearborn City, Michigan | 0.2895118016% |
| MI60 | Dearborn Heights City, Michigan | 0.1017944247% |
| MI61 | Delhi Charter Township, Michigan | 0.0190090980% |
| MI62 | Delta Charter Township, Michigan | 0.0391807240% |
| MI63 | Delta County, Michigan | 0.2697501609% |
| MI64 | Detroit City, Michigan | 7.3863527308% |
| MI65 | Dewitt Charter Township, Michigan | 0.0355251274% |
| MI66 | Dickinson County, Michigan | 0.2772928270% |
| MI67 | East Bay Township, Michigan | 0.0014150822% |
| MI68 | East Grand Rapids City, Michigan | 0.0200332982% |
| MI69 | East Lansing City, Michigan | 0.1928772515% |
| MI70 | Eastpointe City, Michigan | 0.1620457585% |
| MI71 | Eaton County, Michigan | 1.0040379149% |
| MI72 | Egelston Township, Michigan | 0.0057198661% |
| MI73 | Emmet County, Michigan | 0.1751859110% |
| MI74 | Emmett Charter Township, Michigan | 0.0078634499% |
| MI75 | Escanaba City, Michigan | 0.0187485817% |
| MI76 | Farmington City, Michigan | 0.0212789632% |
| MI77 | Farmington Hills City, Michigan | 0.1595279696% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI78 | Fenton Charter Township, Michigan | 0.0017899625% |
| MI79 | Fenton City, Michigan | 0.0463367531% |
| MI80 | Ferndale City, Michigan | 0.0860957347% |
| MI81 | Flat Rock City, Michigan | 0.0165965372% |
| MI82 | Flint Charter Township, Michigan | 0.0247094958% |
| MI83 | Flint City, Michigan | 2.8492826162% |
| MI84 | Flushing Charter Township, Michigan | 0.0036163716% |
| MI85 | Fort Gratiot Charter Township, Michigan | 0.0091219411% |
| MI86 | Fraser City, Michigan | 0.0773787868% |
| MI87 | Frenchtown Charter Township, Michigan | 0.0472286300% |
| MI88 | Fruitport Charter Township, Michigan | 0.0124893804% |
| MI89 | Gaines Township, Kent County, Michigan | 0.0086869609% |
| MI90 | Garden City, Michigan | 0.0348032319% |
| MI91 | Garfield Charter Township, Michigan | 0.0003928875% |
| MI92 | Genesee Charter Township, Michigan | 0.0125078610% |
| MI93 | Genesee County, Michigan | 2.1444091585% |
| MI94 | Genoa Township, Michigan | 0.0000730563% |
| MI95 | Georgetown Charter Township, Michigan | 0.0069588066% |
| MI96 | Gladwin County, Michigan | 0.2077497604% |
| MI97 | Gogebic County, Michigan | 0.0721438406% |
| MI98 | Grand Blanc Charter Township, Michigan | 0.0202728576% |
| MI99 | Grand Haven Charter Township, Michigan | 0.0108943696% |
| MI100 | Grand Haven City, Michigan | 0.0335954698% |
| MI101 | Grand Rapids Charter Township, Michigan | 0.0036296214% |
| MI102 | Grand Rapids City, Michigan | 1.3440305744% |
| MI103 | Grand Traverse County, Michigan | 0.9563577517% |
| MI104 | Grandville City, Michigan | 0.0268602038% |
| MI105 | Gratiot County, Michigan | 0.3525171058% |
| MI106 | Green Oak Township, Michigan | 0.0310802595% |
| MI107 | Grosse Ile Township, Michigan | 0.0206969233% |
| MI108 | Grosse Pointe Park City, Michigan | 0.0273525288% |
| MI109 | Grosse Pointe Woods City, Michigan | 0.0194917954% |
| MI110 | Hamburg Township, Michigan | 0.0327814289% |
| MI111 | Hamtramck City, Michigan | 0.1045696825% |
| MI112 | Harper Woods City, Michigan | 0.0291877050% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI113 | Harrison Charter Township, Michigan | 0.1197690060% |
| MI114 | Hartland Township, Michigan | 0.0002817888% |
| MI115 | Hazel Park City, Michigan | 0.0425097355% |
| MI116 | Highland Charter Township, Michigan | 0.0169953269% |
| MI117 | Highland Park City, Michigan | 0.0226020911% |
| MI118 | Hillsdale County, Michigan | 0.4179676993% |
| MI119 | Holland Charter Township, Michigan | 0.0168424444% |
| MI120 | Holland City, Michigan | 0.0955964916% |
| MI121 | Holly Township, Michigan | 0.0023667091% |
| MI122 | Houghton County, Michigan | 0.2492719347% |
| MI123 | Huron Charter Township, Michigan | 0.0404726791% |
| MI124 | Huron County, Michigan | 0.1691383539% |
| MI125 | Independence Charter Township, Michigan | 0.0476500991% |
| MI126 | Ingham County, Michigan | 2.3910799665% |
| MI127 | Inkster City, Michigan | 0.0963789326% |
| MI128 | Ionia City, Michigan | 0.0259372614% |
| MI129 | Ionia County, Michigan | 0.5298085345% |
| MI130 | Iosco County, Michigan | 0.3597971837% |
| MI131 | Iron County, Michigan | 0.1234778574% |
| MI132 | Iron Mountain City, Michigan | 0.0102890396% |
| MI133 | Isabella County, Michigan | 0.6406627159% |
| MI134 | Jackson City, Michigan | 0.1975960490% |
| MI135 | Jackson County, Michigan | 0.6266962818% |
| MI136 | Kalamazoo Charter Township, Michigan | 0.0300335110% |
| MI137 | Kalamazoo City, Michigan | 0.2186435127% |
| MI138 | Kalamazoo County, Michigan | 2.1433241424% |
| MI139 | Kalkaska County, Michigan | 0.0950485976% |
| MI140 | Kent County, Michigan | 3.0032910409% |
| MI141 | Kentwood City, Michigan | 0.0821691991% |
| MI142 | Keweenaw County, Michigan | 0.0039070602% |
| MI143 | Lake County, Michigan | 0.0815750583% |
| MI144 | Lansing City, Michigan | 0.6157258774% |
| MI145 | Lapeer County, Michigan | 0.4570551035% |
| MI146 | Leelanau County, Michigan | 0.1385869050% |
| MI147 | Lenawee County, Michigan | 0.8823790089% |
| MI148 | Lenox Township, Michigan | 0.0064611477% |
| MI149 | Leoni Township, Michigan | 0.0052492697% |
| MI150 | Lincoln Charter Township, Michigan | 0.0103038346% |
| MI151 | Lincoln Park City, Michigan | 0.0917234908% |
| MI152 | Livingston County, Michigan | 1.4441655813% |
| MI153 | Livonia City, Michigan | 0.4479739512% |
| MI154 | Luce County, Michigan | 0.0715137120% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI155 | Lyon Charter Township, Michigan | 0.0034804545% |
| MI156 | Mackinac County, Michigan | 0.0525087280% |
| MI157 | Macomb County, Michigan | 8.9600697690% |
| MI158 | Macomb Township, Michigan | 0.0624612667% |
| MI159 | Madison Heights City, Michigan | 0.0833167256% |
| MI160 | Manistee County, Michigan | 0.3495467119% |
| MI161 | Marion Township, Livingston County, Michigan | 0.0001148028% |
| MI162 | Marquette City, Michigan | 0.0180973752% |
| MI163 | Marquette County, Michigan | 0.6035272233% |
| MI164 | Mason County, Michigan | 0.2785769407% |
| MI165 | Mecosta County, Michigan | 0.1917457546% |
| MI166 | Melvindale City, Michigan | 0.0300027854% |
| MI167 | Menominee County, Michigan | 0.0912256468% |
| MI168 | Meridian Charter Township, Michigan | 0.0408752583% |
| MI169 | Midland City, Michigan | 0.1745254871% |
| MI170 | Midland County, Michigan | 0.3108652798% |
| MI171 | Milford Charter Township, Michigan | 0.0037106999% |
| MI172 | Missaukee County, Michigan | 0.0578937210% |
| MI173 | Monitor Charter Township, Michigan | 0.0025502597% |
| MI174 | Monroe Charter Township, Michigan | 0.0069121111% |
| MI175 | Monroe City, Michigan | 0.1213473624% |
| MI176 | Monroe County, Michigan | 1.7767045087% |
| MI177 | Montcalm County, Michigan | 0.6957831869% |
| MI178 | Montmorency County, Michigan | 0.0985847841% |
| MI179 | Mount Clemens City, Michigan | 0.0290390165% |
| MI180 | Mount Morris Charter Township, Michigan | 0.0143743799% |
| MI181 | Mount Pleasant City, Michigan | 0.0206549613% |
| MI182 | Mundy Charter Township, Michigan | 0.0087055516% |
| MI183 | Muskegon Charter Township, Michigan | 0.0208333463% |
| MI184 | Muskegon City, Michigan | 0.1009248080% |
| MI185 | Muskegon County, Michigan | 1.9100367830% |
| MI186 | Muskegon Heights City, Michigan | 0.0288916451% |
| MI187 | New Baltimore City, Michigan | 0.0277364435% |
| MI188 | Newaygo County, Michigan | 0.5231811022% |
| MI189 | Niles City, Michigan | 0.0336753397% |
| MI190 | Niles Township, Michigan | 0.0124323128% |
| MI191 | Northville Charter Township, Michigan | 0.0937410207% |
| MI192 | Norton Shores City, Michigan | 0.0405173975% |
| MI193 | Novi City, Michigan | 0.0846232347% |
| MI194 | Oak Park City, Michigan | 0.0599120079% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI195 | Oakland Charter Township, Michigan | 0.0158387451% |
| MI196 | Oakland County, Michigan | 6.0626269110% |
| MI197 | Oceana County, Michigan | 0.2437641356% |
| MI198 | Oceola Township, Michigan | 0.0002087325% |
| MI199 | Ogemaw County, Michigan | 0.6231250992% |
| MI200 | Ontonagon County, Michigan | 0.0564870701% |
| MI201 | Orion Charter Township, Michigan | 0.0279774995% |
| MI202 | Osceola County, Michigan | 0.2155121164% |
| MI203 | Oscoda County, Michigan | 0.0566748663% |
| MI204 | Oshtemo Charter Township, Michigan | 0.0071811704% |
| MI205 | Otsego County, Michigan | 0.3179204956% |
| MI206 | Ottawa County, Michigan | 0.8561297014% |
| MI207 | Owosso City, Michigan | 0.0346613348% |
| MI208 | Oxford Charter Township, Michigan | 0.0127384634% |
| MI209 | Park Township, Ottawa County, Michigan | 0.0040071188% |
| MI210 | Pittsfield Charter Township, Michigan | 0.0274648128% |
| MI211 | Plainfield Charter Township, Michigan | 0.0085009554% |
| MI212 | Plymouth Charter Township, Michigan | 0.0357383127% |
| MI213 | Pontiac City, Michigan | 0.3248498872% |
| MI214 | Port Huron Charter Township, Michigan | 0.0083327500% |
| MI215 | Port Huron City, Michigan | 0.1504374166% |
| MI216 | Portage City, Michigan | 0.0567022991% |
| MI217 | Presque Isle County, Michigan | 0.1629846266% |
| MI218 | Redford Charter Township, Michigan | 0.1223763279% |
| MI219 | Riverview City, Michigan | 0.0278625766% |
| MI220 | Rochester City, Michigan | 0.0230459632% |
| MI221 | Rochester Hills City, Michigan | 0.0390185719% |
| MI222 | Romulus City, Michigan | 0.1043054243% |
| MI223 | Roscommon County, Michigan | 0.4301835283% |
| MI224 | Roseville City, Michigan | 0.2467127304% |
| MI225 | Royal Oak City, Michigan | 0.1498737243% |
| MI226 | Saginaw Charter Township, Michigan | 0.0399524841% |
| MI227 | Saginaw City, Michigan | 0.2486892685% |
| MI228 | Saginaw County, Michigan | 1.8697499899% |
| MI229 | Sanilac County, Michigan | 0.3884583961% |
| MI230 | Sault Ste. Marie City, Michigan | 0.1102861372% |
| MI231 | Schoolcraft County, Michigan | 0.0455825815% |
| MI232 | Scio Charter Township, Michigan | 0.0029747576% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI233 | Shelby Charter Township, Michigan | 0.2924370238% |
| MI234 | Shiawassee County, Michigan | 0.8126038392% |
| MI235 | South Lyon City, Michigan | 0.0149498906% |
| MI236 | Southfield City, Michigan | 0.2271237501% |
| MI237 | Southfield Township, Michigan | 0.0000642545% |
| MI238 | Southgate City, Michigan | 0.0512897499% |
| MI239 | Spring Lake Township, Michigan | 0.0060017466% |
| MI240 | Springfield Charter Township, Michigan | 0.0025808909% |
| MI241 | St Clair County, Michigan | 2.2355263751% |
| MI242 | St Joseph County, Michigan | 0.2462634133% |
| MI243 | St. Clair Shores City, Michigan | 0.1962350188% |
| MI244 | Sterling Heights City, Michigan | 1.0160154348% |
| MI245 | Sturgis City, Michigan | 0.0345993898% |
| MI246 | Summit Township, Jackson County, Michigan | 0.0084993840% |
| MI247 | Superior Charter Township, Michigan | 0.0069991428% |
| MI248 | Taylor City, Michigan | 0.2173451175% |
| MI249 | Texas Charter Township, Michigan | 0.0030056684% |
| MI250 | Thomas Township, Michigan | 0.0073384407% |
| MI251 | Traverse City, Michigan | 0.0694748526% |
| MI252 | Trenton City, Michigan | 0.0278175688% |
| MI253 | Troy City, Michigan | 0.1362571155% |
| MI254 | Tuscola County, Michigan | 0.4964108264% |
| MI255 | Tyrone Township, Livingston County, Michigan | 0.0055627194% |
| MI256 | Union Charter Township, Michigan | 0.0000295731% |
| MI257 | Van Buren Charter Township, Michigan | 0.0769291242% |
| MI258 | Van Buren County, Michigan | 0.4404295489% |
| MI259 | Vienna Charter Township, Genesee County, Michigan | 0.0049907472% |
| MI260 | Walker City, Michigan | 0.0333201255% |
| MI261 | Warren City, Michigan | 1.2684334598% |
| MI262 | Washington Township, Macomb County, Michigan | 0.0466960473% |
| MI263 | Washtenaw County, Michigan | 2.6615283392% |
| MI264 | Waterford Charter Township, Michigan | 0.1262119884% |
| MI265 | Wayne City, Michigan | 0.0938477408% |
| MI266 | Wayne County, Michigan | 11.4087490300% |
| MI267 | West Bloomfield Charter Township, Michigan | 0.1514104788% |
| MI268 | Westland City, Michigan | 0.3653115305% |
| MI269 | Wexford County, Michigan | 0.3345380363% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI270 | White Lake Charter Township, Michigan | 0.0337978902% |
| MI271 | Wixom City, Michigan | 0.0213271541% |
| MI272 | Woodhaven City, Michigan | 0.0330180645% |
| MI273 | Wyandotte City, Michigan | 0.0563902282% |
| MI274 | Wyoming City, Michigan | 0.1474722212% |
| MI275 | Ypsilanti Charter Township, Michigan | 0.0334144094% |
| MI276 | Ypsilanti City, Michigan | 0.0518771364% |
| MI277 | Zeeland Charter Township, Michigan | 0.0035509487% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MN1 | Aitkin County, Minnesota | 0.5760578506% |
| MN4 | Andover City, Minnesota | 0.1364919451% |
| MN6 | Anoka County, Minnesota | 5.0386504681% |
| MN7 | Apple Valley City, Minnesota | 0.2990817345% |
| MN10 | Becker County, Minnesota | 0.6619330684% |
| MN11 | Beltrami County, Minnesota | 0.7640787093% |
| MN13 | Benton County, Minnesota | 0.6440948102% |
| MN15 | Big Stone County, Minnesota | 0.1194868775% |
| MN16 | Blaine City, Minnesota | 0.4249516913% |
| MN17 | Bloomington City, Minnesota | 0.4900195550% |
| MN18 | Blue Earth County, Minnesota | 0.6635420705% |
| MN20 | Brooklyn Center City, Minnesota | 0.1413853902% |
| MN21 | Brooklyn Park City, Minnesota | 0.2804136235% |
| MN22 | Brown County, Minnesota | 0.3325325416% |
| MN24 | Burnsville City, Minnesota | 0.5135361297% |
| MN25 | Carlton County, Minnesota | 0.9839591749% |
| MN26 | Carver County, Minnesota | 1.1452829660% |
| MN27 | Cass County, Minnesota | 0.8895681513% |
| MN31 | Chippewa County, Minnesota | 0.2092611794% |
| MN32 | Chisago County, Minnesota | 0.9950193750% |
| MN33 | Clay County, Minnesota | 0.9428475282% |
| MN34 | Clearwater County, Minnesota | 0.1858592043% |
| MN37 | Cook County, Minnesota | 0.1074594960% |
| MN38 | Coon Rapids City, Minnesota | 0.5772642445% |
| MN39 | Cottage Grove City, Minnesota | 0.2810994719% |
| MN40 | Cottonwood County, Minnesota | 0.1739065270% |
| MN41 | Crow Wing County, Minnesota | 1.1394859175% |
| MN43 | Dakota County, Minnesota | 4.4207140603% |
| MN44 | Dodge County, Minnesota | 0.2213963258% |
| MN45 | Douglas County, Minnesota | 0.6021779472% |
| MN46 | Duluth City, Minnesota | 1.1502115380% |
| MN47 | Eagan City, Minnesota | 0.3657951576% |
| MN49 | Eden Prairie City, Minnesota | 0.2552171573% |
| MN50 | Edina City, Minnesota | 0.1973054822% |
| MN54 | Faribault County, Minnesota | 0.2169409335% |
| MN57 | Fillmore County, Minnesota | 0.2329591105% |
| MN59 | Freeborn County, Minnesota | 0.3507169824% |
| MN62 | Goodhue County, Minnesota | 0.5616542387% |
| MN64 | Grant County, Minnesota | 0.0764556498% |
| MN67 | Hennepin County, Minnesota | 19.0624622262% |
| MN70 | Houston County, Minnesota | 0.3099019273% |
| MN71 | Hubbard County, Minnesota | 0.4582368775% |
| MN74 | Inver Grove Heights City, Minnesota | 0.2193400520% |
| MN75 | Isanti County, Minnesota | 0.7712992708% |
| MN76 | Itasca County, Minnesota | 1.1406408131% |
| MN77 | Jackson County, Minnesota | 0.1408950444% |
| MN78 | Kanabec County, Minnesota | 0.3078966750% |
| MN79 | Kandiyohi County, Minnesota | 0.1581167542% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MN80 | Kittson County, Minnesota | 0.0812834506% |
| MN81 | Koochiching County, Minnesota | 0.2612581866% |
| MN82 | Lac Qui Parle County, Minnesota | 0.0985665133% |
| MN83 | Lake County, Minnesota | 0.1827750321% |
| MN84 | Lake of the Woods County, Minnesota | 0.1123105028% |
| MN85 | Lakeville City, Minnesota | 0.2822249627% |
| MN86 | Le Sueur County, Minnesota | 0.3225703347% |
| MN87 | Lincoln County, Minnesota | 0.1091919984% |
| MN90 | Lyon County, Minnesota | 0.2935118186% |
| MN91 | Mahnomen County, Minnesota | 0.1416417688% |
| MN92 | Mankato City, Minnesota | 0.3698584321% |
| MN93 | Maple Grove City, Minnesota | 0.1814019047% |
| MN94 | Maplewood City, Minnesota | 0.1875101678% |
| MN96 | Marshall County, Minnesota | 0.1296352091% |
| MN97 | Martin County, Minnesota | 0.2543064014% |
| MN98 | McLeod County, Minnesota | 0.1247104518% |
| MN99 | Meeker County, Minnesota | 0.3744031515% |
| MN101 | Mille Lacs County, Minnesota | 0.9301506696% |
| MN102 | Minneapolis City, Minnesota | 4.8777618689% |
| MN103 | Minnetonka City, Minnesota | 0.1967231071% |
| MN105 | Moorhead City, Minnesota | 0.4337377038% |
| MN106 | Morrison County, Minnesota | 0.7178981419% |
| MN108 | Mower County, Minnesota | 0.5801769149% |
| MN109 | Murray County, Minnesota | 0.1348775389% |
| MN113 | Nicollet County, Minnesota | 0.1572381053% |
| MN114 | Nobles County, Minnesota | 0.1562005112% |
| MN115 | Norman County, Minnesota | 0.1087596675% |
| MN118 | North St. Paul City, Minnesota | 0.0575844069% |
| MN121 | Olmsted County, Minnesota | 1.9236715095% |
| MN123 | Otter Tail County, Minnesota | 0.8336175419% |
| MN125 | Pennington County, Minnesota | 0.3082576395% |
| MN126 | Pine County, Minnesota | 0.5671222707% |
| MN127 | Pipestone County, Minnesota | 0.1535154503% |
| MN128 | Plymouth City, Minnesota | 0.1762541473% |
| MN129 | Polk County, Minnesota | 0.8654291474% |
| MN130 | Pope County, Minnesota | 0.1870129873% |
| MN132 | Proctor City, Minnesota | 0.0214374128% |
| MN134 | Ramsey County, Minnesota | 7.1081424150% |
| MN135 | Red Lake County, Minnesota | 0.0532649128% |
| MN137 | Redwood County, Minnesota | 0.2809842367% |
| MN138 | Renville County, Minnesota | 0.2706888807% |
| MN139 | Rice County, Minnesota | 0.2674764398% |
| MN140 | Richfield City, Minnesota | 0.2534018444% |
| MN142 | Rochester City, Minnesota | 0.7363082849% |
| MN143 | Rock County, Minnesota | 0.2043437336% |
| MN145 | Roseau County, Minnesota | 0.2517872793% |
| MN147 | Roseville City, Minnesota | 0.1721905549% |
| MN150 | Savage City, Minnesota | 0.1883576635% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MN151 | Scott County, Minnesota | 1.3274301646% |
| MN152 | Shakopee City, Minnesota | 0.2879873611% |
| MN153 | Sherburne County, Minnesota | 1.2543449472% |
| MN155 | Sibley County, Minnesota | 0.2393480708% |
| MN157 | St Louis County, Minnesota | 4.7407767170% |
| MN158 | St. Cloud City, Minnesota | 0.7330089009% |
| MN159 | St. Louis Park City, Minnesota | 0.1476314588% |
| MN161 | St. Paul City, Minnesota | 3.7475206798% |
| MN163 | Stearns County, Minnesota | 2.4158085321% |
| MN164 | Steele County, Minnesota | 0.3969975263% |
| MN165 | Stevens County, Minnesota | 0.1439474275% |
| MN167 | Swift County, Minnesota | 0.1344167568% |
| MN168 | Todd County, Minnesota | 0.4180909817% |
| MN169 | Traverse County, Minnesota | 0.0903964134% |
| MN172 | Wabasha County, Minnesota | 0.3103038997% |
| MN174 | Wadena County, Minnesota | 0.2644094337% |
| MN175 | Waseca County, Minnesota | 0.2857912156% |
| MN176 | Washington County, Minnesota | 3.0852862513% |
| MN177 | Watonwan County, Minnesota | 0.1475626356% |
| MN181 | Wilkin County, Minnesota | 0.0937962507% |
| MN184 | Winona County, Minnesota | 0.7755267356% |
| MN185 | Woodbury City, Minnesota | 0.4677270172% |
| MN187 | Wright County, Minnesota | 1.6985269385% |
| MN188 | Yellow Medicine County, Minnesota | 0.1742264836% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS1 | Adams County, Mississippi | 0.8956021658% |
| MS2 | Alcorn County, Mississippi | 0.0576303986% |
| MS3 | Amite County, Mississippi | 0.2745886356% |
| MS4 | Amory City, Mississippi | 0.2116578721% |
| MS5 | Arcola Town, Mississippi | 0.0010555296% |
| MS6 | Attala County, Mississippi | 0.4297320534% |
| MS7 | Bay St. Louis City, Mississippi | 0.0311256106% |
| MS8 | Benton County, Mississippi | 0.1960786050% |
| MS9 | Biloxi City, Mississippi | 0.6644756012% |
| MS10 | Bolivar County, Mississippi | 0.5038105720% |
| MS11 | Brandon City, Mississippi | 0.5570155492% |
| MS12 | Brookhaven City, Mississippi | 0.4683109010% |
| MS13 | Byram City, Mississippi | 0.0545969857% |
| MS14 | Caledonia Town, Mississippi | 0.0029947276% |
| MS15 | Calhoun County, Mississippi | 0.4153220669% |
| MS16 | Canton City, Mississippi | 0.3608017931% |
| MS17 | Carroll County, Mississippi | 0.2031667197% |
| MS18 | Charleston City, Mississippi | 0.0470291747% |
| MS19 | Chickasaw County, Mississippi | 0.5108771217% |
| MS21 | Claiborne County, Mississippi | 0.1646672179% |
| MS22 | Clarke County, Mississippi | 0.5113660366% |
| MS23 | Clarksdale City, Mississippi | 0.2773552028% |
| MS24 | Clay County, Mississippi | 0.1859817703% |
| MS25 | Cleveland City, Mississippi | 0.1374553964% |
| MS26 | Clinton City, Mississippi | 0.3236049121% |
| MS27 | Coahoma County, Mississippi | 0.4236109040% |
| MS28 | Columbia City, Mississippi | 0.1694898620% |
| MS29 | Columbus City, Mississippi | 0.7039619868% |
| MS30 | Copiah County, Mississippi | 0.7217351157% |
| MS31 | Corinth City, Mississippi | 1.5764666245% |
| MS32 | Covington County, Mississippi | 0.6154346319% |
| MS33 | Desoto County, Mississippi | 2.2448793903% |
| MS34 | Diamondhead City, Mississippi | 0.0001700502% |
| MS35 | D'Iberville City, Mississippi | 0.0448007432% |
| MS36 | Forrest County, Mississippi | 3.0515951697% |
| MS37 | Franklin County, Mississippi | 0.2573154510% |
| MS38 | Gautier City, Mississippi | 0.1317584671% |
| MS39 | George County, Mississippi | 1.0369751373% |
| MS40 | Greene County, Mississippi | 0.2945187519% |
| MS41 | Greenville City, Mississippi | 0.0840497499% |
| MS42 | Greenwood City, Mississippi | 0.5923599857% |
| MS43 | Grenada City, Mississippi | 0.0559274271% |
| MS44 | Grenada County, Mississippi | 0.5256607907% |
| MS45 | Gulfport City, Mississippi | 8.3388565634% |
| MS46 | Hancock County, Mississippi | 2.4051379780% |
| MS47 | Harrison County, Mississippi | 1.2832402872% |
| MS48 | Hattiesburg City, Mississippi | 0.3234276187% |
| MS49 | Hernando City, Mississippi | 0.4421794662% |
| MS50 | Hinds County, Mississippi | 2.0884106343% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS51 | Holly Springs City, Mississippi | 0.1628192181% |
| MS52 | Holmes County, Mississippi | 0.3324136124% |
| MS53 | Horn Lake City, Mississippi | 0.6519689260% |
| MS54 | Humphreys County, Mississippi | 0.1373681489% |
| MS55 | Indianola City, Mississippi | 0.0232023896% |
| MS56 | Issaquena County, Mississippi | 0.0175685090% |
| MS57 | Itawamba County, Mississippi | 1.0516508171% |
| MS58 | Iuka City, Mississippi | 0.2854290491% |
| MS59 | Jackson City, Mississippi | 2.6935044677% |
| MS60 | Jackson County, Mississippi | 7.6551484963% |
| MS61 | Jasper County, Mississippi | 0.3922097231% |
| MS62 | Jefferson County, Mississippi | 0.0985148834% |
| MS63 | Jefferson Davis County, Mississippi | 0.3514052425% |
| MS64 | Jones County, Mississippi | 2.2232472901% |
| MS65 | Jonestown Town, Mississippi | 0.0093331726% |
| MS66 | Kemper County, Mississippi | 0.2223267538% |
| MS67 | Kosciusko City, Mississippi | 0.0408553475% |
| MS68 | Lafayette County, Mississippi | 0.7048655741% |
| MS69 | Lamar County, Mississippi | 1.3104023941% |
| MS70 | Lauderdale County, Mississippi | 1.4705760391% |
| MS71 | Laurel City, Mississippi | 0.1485572230% |
| MS72 | Lawrence County, Mississippi | 0.3428210810% |
| MS73 | Leake County, Mississippi | 0.5797418641% |
| MS74 | Leakesville Town, Mississippi | 0.0098347632% |
| MS75 | Lee County, Mississippi | 1.4757534345% |
| MS76 | Leflore County, Mississippi | 0.1018212326% |
| MS77 | Lincoln County, Mississippi | 0.5740134928% |
| MS78 | Long Beach City, Mississippi | 0.1390459339% |
| MS79 | Lowndes County, Mississippi | 0.9389249700% |
| MS80 | Lumberton City, Mississippi | 0.0397795700% |
| MS81 | Madison City, Mississippi | 0.5725467480% |
| MS82 | Madison County, Mississippi | 1.0787464185% |
| MS83 | Marion County, Mississippi | 1.6272546828% |
| MS84 | Marshall County, Mississippi | 0.6280361270% |
| MS85 | McComb City, Mississippi | 1.1130669319% |
| MS86 | McLain Town, Mississippi | 0.0044580156% |
| MS87 | Meridian City, Mississippi | 1.1163039769% |
| MS88 | Monroe County, Mississippi | 0.8129934804% |
| MS90 | Morton City, Mississippi | 0.0606710545% |
| MS91 | Moss Point City, Mississippi | 0.0032837966% |
| MS92 | Mound Bayou City, Mississippi | 0.0140942496% |
| MS93 | Natchez City, Mississippi | 0.1092408876% |
| MS94 | Neshoba County, Mississippi | 1.0185173628% |
| MS95 | Nettleton City, Mississippi | 0.0307813947% |
| MS96 | New Albany City, Mississippi | 0.2729042659% |
| MS97 | Newton County, Mississippi | 0.5457293507% |
| MS98 | Noxubee County, Mississippi | 0.1848128191% |
| MS99 | Ocean Springs City, Mississippi | 0.1196569163% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS100 | Oktibbeha County, Mississippi | 0.7875343449% |
| MS101 | Olive Branch City, Mississippi | 1.0909549707% |
| MS102 | Oxford City, Mississippi | 0.6004111146% |
| MS103 | Panola County, Mississippi | 1.1255480914% |
| MS104 | Pascagoula City, Mississippi | 0.2495505924% |
| MS105 | Pearl City, Mississippi | 1.1955733896% |
| MS106 | Pearl River County, Mississippi | 3.0538998193% |
| MS107 | Perry County, Mississippi | 0.3690679129% |
| MS108 | Petal City, Mississippi | 0.0271853181% |
| MS109 | Philadelphia City, Mississippi | 0.1153977591% |
| MS110 | Picayune City, Mississippi | 0.5890519903% |
| MS111 | Pike County, Mississippi | 0.1094726695% |
| MS112 | Pontotoc County, Mississippi | 1.1484080759% |
| MS113 | Prentiss County, Mississippi | 0.7976901129% |
| MS114 | Quitman City, Mississippi | 0.0879446078% |
| MS115 | Quitman County, Mississippi | 0.2137490124% |
| MS116 | Rankin County, Mississippi | 3.4667662820% |
| MS117 | Ridgeland City, Mississippi | 0.7136640679% |
| MS118 | Scott County, Mississippi | 0.6318066984% |
| MS119 | Shannon Town, Mississippi | 0.0293651874% |
| MS121 | Shubuta Town, Mississippi | 0.0061489699% |
| MS122 | Simpson County, Mississippi | 0.9196253399% |
| MS123 | Smith County, Mississippi | 0.3871515110% |
| MS124 | Southaven City, Mississippi | 1.5562258742% |
| MS125 | Starkville City, Mississippi | 0.1006588660% |
| MS126 | Stone County, Mississippi | 0.5647051775% |
| MS127 | Summit Town, Mississippi | 0.0051133591% |
| MS128 | Sunflower County, Mississippi | 0.4655324812% |
| MS129 | Tallahatchie County, Mississippi | 0.2607829611% |
| MS130 | Tate County, Mississippi | 1.1558030382% |
| MS131 | Tippah County, Mississippi | 0.6672446377% |
| MS132 | Tishomingo County, Mississippi | 1.3184671864% |
| MS133 | Tunica County, Mississippi | 0.1788702799% |
| MS134 | Tupelo City, Mississippi | 1.4774876833% |
| MS135 | Union County, Mississippi | 0.4956048669% |
| MS136 | Verona City, Mississippi | 0.0613919160% |
| MS137 | Vicksburg City, Mississippi | 0.7337408588% |
| MS138 | Walthall County, Mississippi | 0.4949152827% |
| MS139 | Warren County, Mississippi | 0.5604664329% |
| MS140 | Washington County, Mississippi | 0.9201293998% |
| MS141 | Wayne County, Mississippi | 0.9415916143% |
| MS142 | Waynesboro City, Mississippi | 0.0134621171% |
| MS143 | Webb Town, Mississippi | 0.0120388314% |
| MS145 | West Point City, Mississippi | 0.2116244547% |
| MS146 | Wiggins City, Mississippi | 0.1726424580% |
| MS148 | Winston County, Mississippi | 0.5339311906% |
| MS149 | Yalobusha County, Mississippi | 0.2986267900% |
| MS150 | Yazoo City, Mississippi | 0.2539988955% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| MS151 | Yazoo County, Mississippi | 0.4223639239% |
| MS152 | Centreville Town, Mississippi | 0.0101440801% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO1 | Adair County, Missouri | |
| MO2 | Andrew County, Missouri | |
| MO3 | Arnold City, Missouri | |
| MO4 | Atchison County, Missouri | |
| MO5 | Audrain County, Missouri | |
| MO6 | Ballwin City, Missouri | |
| MO7 | Barry County, Missouri | |
| MO8 | Barton County, Missouri | |
| MO9 | Bates County, Missouri | |
| MO10 | Bellefontaine Neighbors City, Missouri | |
| MO11 | Belton City, Missouri | |
| MO12 | Benton County, Missouri | |
| MO13 | Blue Springs City, Missouri | |
| MO14 | Bolivar City, Missouri | |
| MO15 | Bollinger County, Missouri | |
| MO16 | Boone County, Missouri | |
| MO17 | Branson City, Missouri | Allocations in Missouri |
| MO18 | Bridgeton City, Missouri | will be made in |
| MO19 | Buchanan County, Missouri | accordance with the |
| MO20 | Butler County, Missouri | Memorandum of |
| MO21 | Caldwell County, Missouri | Understanding Between |
| MO22 | Callaway County, Missouri | the State of Missouri and |
| MO23 | Camden County, Missouri | its Political Subdivisions |
| MO24 | Cape Girardeau City, Missouri | on Proceeds Relating to |
| MO25 | Cape Girardeau County, Missouri | the Settlement of Opioid |
| MO26 | Carroll County, Missouri | Litigation and with the |
| MO27 | Carter County, Missouri | ancillary Memorandum of |
| MO28 | Carthage City, Missouri | Understanding Between |
| MO29 | Cass County, Missouri | the Litigating |
| MO30 | Cedar County, Missouri | Subdivisions of the State |
| MO31 | Chariton County, Missouri | of Missouri. |
| MO32 | Chesterfield City, Missouri | |
| MO33 | Christian County, Missouri | |
| MO34 | Clark County, Missouri | |
| MO35 | Clay County, Missouri | |
| MO36 | Clayton City, Missouri | |
| MO37 | Clinton County, Missouri | |
| MO38 | Cole County, Missouri | |
| MO39 | Columbia City, Missouri | |
| MO40 | Cooper County, Missouri | |
| MO41 | Crawford County, Missouri | |
| MO42 | Crestwood City, Missouri | |
| MO43 | Creve Coeur City, Missouri | |
| MO44 | Dade County, Missouri | |
| MO45 | Dallas County, Missouri | |
| MO46 | Dardenne Prairie City, Missouri | |
| MO47 | Daviess County, Missouri | |
| MO48 | De Kalb County, Missouri | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO49 | Dent County, Missouri | |
| MO50 | Douglas County, Missouri | |
| MO51 | Dunklin County, Missouri | |
| MO52 | Eureka City, Missouri | |
| MO53 | Excelsior Springs City, Missouri | |
| MO54 | Farmington City, Missouri | |
| MO55 | Ferguson City, Missouri | |
| MO56 | Festus City, Missouri | |
| MO57 | Florissant City, Missouri | |
| MO58 | Franklin County, Missouri | |
| MO59 | Fulton City, Missouri | |
| MO60 | Gasconade County, Missouri | |
| MO61 | Gentry County, Missouri | |
| MO62 | Gladstone City, Missouri | |
| MO63 | Grain Valley City, Missouri | |
| MO64 | Grandview City, Missouri | |
| MO65 | Greene County, Missouri | |
| MO66 | Grundy County, Missouri | Allocations in Missouri |
| MO67 | Hannibal City, Missouri | will be made in |
| MO68 | Harrison County, Missouri | accordance with the |
| MO69 | Harrisonville City, Missouri | Memorandum of |
| MO70 | Hazelwood City, Missouri | Understanding Between |
| MO71 | Henry County, Missouri | the State of Missouri and |
| MO72 | Hickory County, Missouri | its Political Subdivisions |
| MO73 | Holt County, Missouri | on Proceeds Relating to |
| MO74 | Howard County, Missouri | the Settlement of Opioid |
| MO75 | Howell County, Missouri | Litigation and with the |
| MO76 | Independence City, Missouri | ancillary Memorandum of |
| MO77 | Iron County, Missouri | Understanding Between |
| MO78 | Jackson City, Missouri | the Litigating |
| MO79 | Jackson County, Missouri | Subdivisions of the State |
| MO80 | Jasper County, Missouri | of Missouri. |
| MO81 | Jefferson City, Missouri | |
| MO82 | Jefferson County, Missouri | |
| MO83 | Jennings City, Missouri | |
| MO84 | Johnson County, Missouri | |
| MO85 | Joplin City, Missouri | |
| MO86 | Kansas City, Missouri | |
| MO87 | Kearney City, Missouri | |
| MO88 | Kennett City, Missouri | |
| MO89 | Kirksville City, Missouri | |
| MO90 | Kirkwood City, Missouri | |
| MO91 | Knox County, Missouri | |
| MO92 | Laclede County, Missouri | |
| MO93 | Lafayette County, Missouri | |
| MO94 | Lake St. Louis City, Missouri | |
| MO95 | Lawrence County, Missouri | |
| MO96 | Lebanon City, Missouri | |
| MO97 | Lee's Summit City, Missouri | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO98 | Lewis County, Missouri | |
| MO99 | Liberty City, Missouri | |
| MO100 | Lincoln County, Missouri | |
| MO101 | Linn County, Missouri | |
| MO102 | Livingston County, Missouri | |
| MO103 | Macon County, Missouri | |
| MO104 | Madison County, Missouri | |
| MO105 | Manchester City, Missouri | |
| MO106 | Maries County, Missouri | |
| MO107 | Marion County, Missouri | |
| MO108 | Marshall City, Missouri | |
| MO109 | Maryland Heights City, Missouri | |
| MO110 | Maryville City, Missouri | |
| MO111 | McDonald County, Missouri | |
| MO112 | Mercer County, Missouri | |
| MO113 | Mexico City, Missouri | |
| MO114 | Miller County, Missouri | |
| MO115 | Mississippi County, Missouri | Allocations in Missouri |
| MO116 | Moberly City, Missouri | will be made in |
| MO117 | Moniteau County, Missouri | accordance with the |
| MO118 | Monroe County, Missouri | Memorandum of |
| MO119 | Montgomery County, Missouri | Understanding Between |
| MO120 | Morgan County, Missouri | the State of Missouri and |
| MO121 | Neosho City, Missouri | its Political Subdivisions |
| MO122 | New Madrid County, Missouri | on Proceeds Relating to |
| MO123 | Newton County, Missouri | the Settlement of Opioid |
| MO124 | Nixa City, Missouri | Litigation and with the |
| MO125 | Nodaway County, Missouri | ancillary Memorandum of |
| MO126 | O'Fallon City, Missouri | Understanding Between |
| MO127 | Oregon County, Missouri | the Litigating |
| MO128 | Osage County, Missouri | Subdivisions of the State |
| MO129 | Overland City, Missouri | of Missouri. |
| MO130 | Ozark City, Missouri | |
| MO131 | Ozark County, Missouri | |
| MO132 | Pemiscot County, Missouri | |
| MO133 | Perry County, Missouri | |
| MO134 | Pettis County, Missouri | |
| MO135 | Phelps County, Missouri | |
| MO136 | Pike County, Missouri | |
| MO137 | Platte County, Missouri | |
| MO138 | Polk County, Missouri | |
| MO139 | Poplar Bluff City, Missouri | |
| MO140 | Pulaski County, Missouri | |
| MO141 | Putnam County, Missouri | |
| MO142 | Ralls County, Missouri | |
| MO143 | Randolph County, Missouri | |
| MO144 | Ray County, Missouri | |
| MO145 | Raymore City, Missouri | |
| MO146 | Raytown City, Missouri | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO147 | Republic City, Missouri | |
| MO148 | Reynolds County, Missouri | |
| MO149 | Ripley County, Missouri | |
| MO150 | Rolla City, Missouri | |
| MO151 | Saline County, Missouri | |
| MO152 | Schuyler County, Missouri | |
| MO153 | Scotland County, Missouri | |
| MO154 | Scott County, Missouri | |
| MO155 | Sedalia City, Missouri | |
| MO156 | Shannon County, Missouri | |
| MO157 | Shelby County, Missouri | |
| MO158 | Sikeston City, Missouri | |
| MO159 | Smithville City, Missouri | |
| MO160 | Springfield City, Missouri | |
| MO161 | St Charles County, Missouri | |
| MO162 | St Clair County, Missouri | |
| MO163 | St Francois County, Missouri | |
| MO164 | St Louis County, Missouri | Allocations in Missouri |
| MO165 | St. Ann City, Missouri | will be made in |
| MO166 | St. Charles City, Missouri | accordance with the |
| MO167 | St. Joseph City, Missouri | Memorandum of |
| MO168 | St. Louis City, Missouri | Understanding Between |
| MO169 | St. Peters City, Missouri | the State of Missouri and |
| MO170 | Ste Genevieve County, Missouri | its Political Subdivisions |
| MO171 | Stoddard County, Missouri | on Proceeds Relating to |
| MO172 | Stone County, Missouri | the Settlement of Opioid |
| MO173 | Sullivan County, Missouri | Litigation and with the |
| MO174 | Taney County, Missouri | ancillary Memorandum of |
| MO175 | Texas County, Missouri | Understanding Between |
| MO176 | Town and Country City, Missouri | the Litigating |
| MO177 | Troy City, Missouri | Subdivisions of the State |
| MO178 | Union City, Missouri | of Missouri. |
| MO179 | University City, Missouri | |
| MO180 | Vernon County, Missouri | |
| MO181 | Warren County, Missouri | |
| MO182 | Warrensburg City, Missouri | |
| MO183 | Washington City, Missouri | |
| MO184 | Washington County, Missouri | |
| MO185 | Wayne County, Missouri | |
| MO186 | Webb City, Missouri | |
| MO187 | Webster County, Missouri | |
| MO188 | Webster Groves City, Missouri | |
| MO189 | Wentzville City, Missouri | |
| MO190 | West Plains City, Missouri | |
| MO191 | Wildwood City, Missouri | |
| MO192 | Worth County, Missouri | |
| MO193 | Wright County, Missouri | |
| MO194 | Northeast Ambulance and Fire Protection District, Missouri | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO195 | Kinloch Fire Protection District, Missouri | Allocations in Missouri will be made in accordance with the Memorandum of Understanding Between the State of Missouri and its Political Subdivisions on Proceeds Relating to the Settlement of Opioid Litigation and with the ancillary Memorandum of Understanding Between the Litigating Subdivisions of the State of Missouri. |
| MO196 | Citizens Memorial Hospital District D/B/A Citizens Memorial Hospital, Missouri | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| MT1 | Anaconda-Deer Lodge County, Montana | 1.4480190514% |
| MT2 | Beaverhead County, Montana | 0.6841480225% |
| MT3 | Big Horn County, Montana | 0.8504903609% |
| MT4 | Billings City, Montana | 9.1331142413% |
| MT5 | Blaine County, Montana | 0.3691094337% |
| MT6 | Bozeman City, Montana | 2.0161886507% |
| MT7 | Broadwater County, Montana | 0.4143251264% |
| MT8 | Butte-Silver Bow, Montana | 5.6101260434% |
| MT9 | Carbon County, Montana | 0.7105360522% |
| MT10 | Carter County, Montana | 0.0374679104% |
| MT11 | Cascade County, Montana | 3.8993050480% |
| MT12 | Chouteau County, Montana | 0.4053063424% |
| MT13 | Custer County, Montana | 1.5139056450% |
| MT14 | Daniels County, Montana | 0.1787602908% |
| MT15 | Dawson County, Montana | 0.7800682133% |
| MT16 | Fallon County, Montana | 0.1543582011% |
| MT17 | Fergus County, Montana | 0.8667027669% |
| MT18 | Flathead County, Montana | 8.0141785369% |
| MT19 | Gallatin County, Montana | 4.0205572717% |
| MT20 | Garfield County, Montana | 0.0398838599% |
| MT21 | Glacier County, Montana | 1.5230709367% |
| MT22 | Golden Valley County, Montana | 0.0264303648% |
| MT23 | Granite County, Montana | 0.1831398237% |
| MT24 | Great Falls City, Montana | 4.3577779784% |
| MT25 | Helena City, Montana | 1.7360655042% |
| MT26 | Hill County, Montana | 1.8438532922% |
| MT27 | Jefferson County, Montana | 0.7770843087% |
| MT28 | Judith Basin County, Montana | 0.0614804228% |
| MT29 | Kalispell City, Montana | 2.4735432710% |
| MT30 | Lake County, Montana | 3.6175099064% |
| MT31 | Lewis and Clark County, Montana | 4.9326712334% |
| MT32 | Liberty County, Montana | 0.1210395973% |
| MT33 | Lincoln County, Montana | 2.1915597624% |
| MT34 | Madison County, Montana | 0.5498047673% |
| MT35 | McCone County, Montana | 0.0823035394% |
| MT36 | Meagher County, Montana | 0.0912086373% |
| MT37 | Mineral County, Montana | 0.7546909914% |
| MT38 | Missoula City, Montana | 4.4312558575% |
| MT39 | Missoula County, Montana | 8.0272833629% |
| MT40 | Musselshell County, Montana | 0.3895510594% |
| MT41 | Park County, Montana | 2.0831835653% |
| MT42 | Petroleum County, Montana | 0.0144742922% |
| MT43 | Phillips County, Montana | 0.2085622347% |
| MT44 | Pondera County, Montana | 0.4003873948% |
| MT45 | Powder River County, Montana | 0.1504386452% |
| MT46 | Powell County, Montana | 0.8872723490% |
| MT47 | Prairie County, Montana | 0.0572069653% |
| MT48 | Ravalli County, Montana | 3.6906819270% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MT49 | Richland County, Montana | 0.7541525281% |
| MT50 | Roosevelt County, Montana | 0.8182976782% |
| MT51 | Rosebud County, Montana | 0.5641981949% |
| MT52 | Sanders County, Montana | 1.0679134558% |
| MT53 | Sheridan County, Montana | 0.2700355225% |
| MT54 | Stillwater County, Montana | 0.5055604014% |
| MT55 | Sweet Grass County, Montana | 0.2836540766% |
| MT56 | Teton County, Montana | 0.5735903832% |
| MT57 | Toole County, Montana | 0.3258040487% |
| MT58 | Treasure County, Montana | 0.0226554138% |
| MT59 | Valley County, Montana | 0.5598291268% |
| MT60 | Wheatland County, Montana | 0.0720998508% |
| MT61 | Wibaux County, Montana | 0.0630373047% |
| MT62 | Yellowstone County, Montana | 7.3090889550% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NE1 | Adams County, Nebraska | 0.7130410264% |
| NE2 | Antelope County, Nebraska | 0.2406339800% |
| NE3 | Arthur County, Nebraska | 0.0110831278% |
| NE4 | Banner County, Nebraska | 0.0183674606% |
| NE5 | Beatrice City, Nebraska | 0.9248205382% |
| NE6 | Bellevue City, Nebraska | 2.4787880023% |
| NE7 | Blaine County, Nebraska | 0.0123640997% |
| NE8 | Boone County, Nebraska | 0.2533407507% |
| NE9 | Box Butte County, Nebraska | 0.7492533620% |
| NE10 | Boyd County, Nebraska | 0.0902847433% |
| NE11 | Brown County, Nebraska | 0.1375135354% |
| NE12 | Buffalo County, Nebraska | 0.9630320332% |
| NE13 | Burt County, Nebraska | 0.3365661770% |
| NE14 | Butler County, Nebraska | 0.2899805672% |
| NE15 | Cass County, Nebraska | 1.2356339344% |
| NE16 | Cedar County, Nebraska | 0.3502588009% |
| NE17 | Chase County, Nebraska | 0.1707898814% |
| NE18 | Cherry County, Nebraska | 0.3082161558% |
| NE19 | Cheyenne County, Nebraska | 0.7408263023% |
| NE20 | Clay County, Nebraska | 0.1772971991% |
| NE21 | Colfax County, Nebraska | 0.2670475913% |
| NE22 | Columbus City, Nebraska | 0.7291294061% |
| NE23 | Cuming County, Nebraska | 0.4019883978% |
| NE24 | Custer County, Nebraska | 0.4848137961% |
| NE25 | Dakota County, Nebraska | 0.3940917673% |
| NE26 | Dawes County, Nebraska | 0.6577293164% |
| NE27 | Dawson County, Nebraska | 0.7540316373% |
| NE28 | Deuel County, Nebraska | 0.1500055852% |
| NE29 | Dixon County, Nebraska | 0.2144571499% |
| NE30 | Dodge County, Nebraska | 1.8317996330% |
| NE31 | Douglas County, Nebraska | 14.9119111455% |
| NE32 | Dundy County, Nebraska | 0.1513630330% |
| NE33 | Fillmore County, Nebraska | 0.3541443667% |
| NE34 | Franklin County, Nebraska | 0.1630162987% |
| NE35 | Fremont City, Nebraska | 0.1476946393% |
| NE36 | Frontier County, Nebraska | 0.0732649260% |
| NE37 | Furnas County, Nebraska | 0.2315426581% |
| NE38 | Gage County, Nebraska | 0.5390651380% |
| NE39 | Garden County, Nebraska | 0.1132118364% |
| NE40 | Garfield County, Nebraska | 0.1104479177% |
| NE41 | Gosper County, Nebraska | 0.0528581072% |
| NE42 | Grand Island City, Nebraska | 1.5052861196% |
| NE43 | Grant County, Nebraska | 0.0167075406% |
| NE44 | Greeley County, Nebraska | 0.1006996872% |
| NE45 | Hall County, Nebraska | 1.3023214397% |
| NE46 | Hamilton County, Nebraska | 0.3285553228% |
| NE47 | Harlan County, Nebraska | 0.1831157431% |
| NE48 | Hastings City, Nebraska | 0.7738158635% |
| NE49 | Hayes County, Nebraska | 0.0464208924% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NE50 | Hitchcock County, Nebraska | 0.1428727336% |
| NE51 | Holt County, Nebraska | 0.4319086269% |
| NE52 | Hooker County, Nebraska | 0.0195391111% |
| NE53 | Howard County, Nebraska | 0.3117590505% |
| NE54 | Jefferson County, Nebraska | 0.4621587809% |
| NE55 | Johnson County, Nebraska | 0.3674281385% |
| NE56 | Kearney City, Nebraska | 1.3128662946% |
| NE57 | Kearney County, Nebraska | 0.3284087439% |
| NE58 | Keith County, Nebraska | 0.5586120928% |
| NE59 | Keya Paha County, Nebraska | 0.0207700795% |
| NE60 | Kimball County, Nebraska | 0.2074517582% |
| NE61 | Knox County, Nebraska | 0.4262180329% |
| NE62 | La Vista City, Nebraska | 0.6948539706% |
| NE63 | Lancaster County, Nebraska | 7.9530599340% |
| NE64 | Lexington City, Nebraska | 0.2672235840% |
| NE65 | Lincoln City, Nebraska | 8.9584993437% |
| NE66 | Lincoln County, Nebraska | 0.7588461895% |
| NE67 | Logan County, Nebraska | 0.0192253637% |
| NE68 | Loup County, Nebraska | 0.0163070224% |
| NE69 | Madison County, Nebraska | 1.0198085515% |
| NE70 | McPherson County, Nebraska | 0.0133651501% |
| NE71 | Merrick County, Nebraska | 0.5571149293% |
| NE72 | Morrill County, Nebraska | 0.2640807173% |
| NE73 | Nance County, Nebraska | 0.1820220392% |
| NE74 | Nemaha County, Nebraska | 0.5862140225% |
| NE75 | Norfolk City, Nebraska | 0.6855964607% |
| NE76 | North Platte City, Nebraska | 1.2668714124% |
| NE77 | Nuckolls County, Nebraska | 0.2606241030% |
| NE78 | Omaha City, Nebraska | 16.7836032733% |
| NE79 | Otoe County, Nebraska | 0.8114537890% |
| NE80 | Papillion City, Nebraska | 1.1943452635% |
| NE81 | Pawnee County, Nebraska | 0.2449303588% |
| NE82 | Perkins County, Nebraska | 0.0938742100% |
| NE83 | Phelps County, Nebraska | 0.4453164270% |
| NE84 | Pierce County, Nebraska | 0.2791606931% |
| NE85 | Platte County, Nebraska | 0.5054632790% |
| NE86 | Polk County, Nebraska | 0.2126035890% |
| NE87 | Red Willow County, Nebraska | 0.6782282985% |
| NE88 | Richardson County, Nebraska | 0.6780640713% |
| NE89 | Rock County, Nebraska | 0.0420632348% |
| NE90 | Saline County, Nebraska | 0.6431415318% |
| NE91 | Sarpy County, Nebraska | 4.1205096407% |
| NE92 | Saunders County, Nebraska | 0.9147340487% |
| NE93 | Scotts Bluff County, Nebraska | 1.8428925654% |
| NE94 | Scottsbluff City, Nebraska | 0.5159537183% |
| NE95 | Seward County, Nebraska | 0.7637450614% |
| NE96 | Sheridan County, Nebraska | 0.1814092513% |
| NE97 | Sherman County, Nebraska | 0.1198260243% |
| NE98 | Sioux County, Nebraska | 0.0355730752% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NE99 | South Sioux City, Nebraska | 0.4431368628% |
| NE100 | Stanton County, Nebraska | 0.2162062918% |
| NE101 | Thayer County, Nebraska | 0.2059575361% |
| NE102 | Thomas County, Nebraska | 0.0173570958% |
| NE103 | Thurston County, Nebraska | 0.2564159657% |
| NE104 | Valley County, Nebraska | 0.3103957199% |
| NE105 | Washington County, Nebraska | 0.7878555706% |
| NE106 | Wayne County, Nebraska | 0.3510034608% |
| NE107 | Webster County, Nebraska | 0.1652355715% |
| NE108 | Wheeler County, Nebraska | 0.0210156849% |
| NE109 | York County, Nebraska | 0.8321939645% |
| NE110 | Region 1 Behavioral Health Authority, Nebraska | 0.0000000000% |
| NE111 | Region II Human Services, Nebraska | 0.0000000000% |
| NE112 | Region 3 Behavioral Health Services, Nebraska | 0.0000000000% |
| NE113 | Region 4 Behavioral Health System, Nebraska | 0.0000000000% |
| NE114 | Region V Systems, Nebraska | 0.0000000000% |
| NE115 | Region 6 Behavioral Healthcare, Nebraska | 0.0000000000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NV1 | Boulder City, Nevada | 0.1478660452% |
| NV2 | Carson City, Nevada | 1.8146007537% |
| NV3 | Churchill County, Nevada | 0.7013051988% |
| NV4 | Clark County, Nevada | 66.9248026834% |
| NV5 | Douglas County, Nevada | 1.6601462472% |
| NV7 | Elko County, Nevada | 1.0825745225% |
| NV8 | Ely City, Nevada | 0.0066172807% |
| NV9 | Esmeralda County, Nevada | 0.0497291448% |
| NV10 | Eureka County, Nevada | 0.1033573623% |
| NV11 | Fernley City, Nevada | 0.0144506991% |
| NV12 | Henderson City, Nevada | 2.3020643974% |
| NV13 | Humboldt County, Nevada | 1.0192724731% |
| NV14 | Lander County, Nevada | 0.3627438791% |
| NV15 | Las Vegas City, Nevada | 4.7206970773% |
| NV16 | Lincoln County, Nevada | 0.2373284219% |
| NV17 | Lyon County, Nevada | 1.5721396872% |
| NV18 | Mesquite City, Nevada | 0.1465069544% |
| NV19 | Mineral County, Nevada | 0.5992930253% |
| NV20 | North Las Vegas City, Nevada | 2.4258866892% |
| NV21 | Nye County, Nevada | 1.6016841576% |
| NV22 | Pershing County, Nevada | 0.3624498791% |
| NV23 | Reno City, Nevada | 1.3562863383% |
| NV24 | Sparks City, Nevada | 0.4253229218% |
| NV25 | Storey County, Nevada | 0.1263908620% |
| NV26 | Washoe County, Nevada | 9.1139488828% |
| NV27 | West Wendover City, Nevada | 0.0564015794% |
| NV28 | White Pine County, Nevada | 1.0458576594% |
| NV29 | Central Lyon Fire Protection District, Nevada | 0.0150922618% |
| NV30 | North Lyon Fire Protection District, Nevada | 0.0051829150% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NH3 | Belknap County, New Hampshire | 2.868905% |
| NH4 | Belmont Town, New Hampshire | 0.530951% |
| NH5 | Berlin City, New Hampshire | 0.684196% |
| NH6 | Carroll County, New Hampshire | 3.637455% |
| NH7 | Cheshire County, New Hampshire | 3.877305% |
| NH8 | Claremont City, New Hampshire | 0.940017% |
| NH9 | Concord City, New Hampshire | 3.191730% |
| NH11 | Coos County, New Hampshire | 1.585665% |
| NH12 | Derry Town, New Hampshire | 2.491200% |
| NH13 | Dover City, New Hampshire | 2.376792% |
| NH16 | Franklin City, New Hampshire | 0.634542% |
| NH18 | Grafton County, New Hampshire | 6.614598% |
| NH21 | Hillsborough County, New Hampshire | 15.676694% |
| NH24 | Keene City, New Hampshire | 1.673068% |
| NH25 | Laconia City, New Hampshire | 1.224729% |
| NH27 | Londonderry Town, New Hampshire | 1.874806% |
| NH28 | Manchester City, New Hampshire | 8.396484% |
| NH29 | Merrimack County, New Hampshire | 7.339228% |
| NH32 | Nashua City, New Hampshire | 6.629407% |
| NH36 | Rochester City, New Hampshire | 2.358716% |
| NH37 | Rockingham County, New Hampshire | 18.441209% |
| NH40 | Strafford County, New Hampshire | 4.766215% |
| NH41 | Sullivan County, New Hampshire | 2.186088% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ1 | Aberdeen Township, New Jersey | 0.0797396894% |
| NJ2 | Asbury Park City, New Jersey | 0.3916349671% |
| NJ3 | Atlantic City, New Jersey | 1.2847690915% |
| NJ4 | Atlantic County, New Jersey | 2.8915764045% |
| NJ5 | Barnegat Township, New Jersey | 0.1626638814% |
| NJ6 | Bayonne City, New Jersey | 0.8502340058% |
| NJ7 | Beachwood Borough, New Jersey | 0.0492329228% |
| NJ8 | Belleville Township, New Jersey | 0.0872090223% |
| NJ9 | Bellmawr Borough, New Jersey | 0.0640989992% |
| NJ10 | Bergen County, New Jersey | 4.9446361090% |
| NJ11 | Bergenfield Borough, New Jersey | 0.0618076073% |
| NJ12 | Berkeley Heights Township, New Jersey | 0.0272673062% |
| NJ13 | Berkeley Township, New Jersey | 0.2619731788% |
| NJ14 | Bernards Township, New Jersey | 0.0910577073% |
| NJ15 | Bloomfield Township, New Jersey | 0.1173874959% |
| NJ16 | Bordentown Township, New Jersey | 0.0545891482% |
| NJ17 | Bound Brook Borough, New Jersey | 0.0527105023% |
| NJ18 | Branchburg Township, New Jersey | 0.0561024563% |
| NJ19 | Brick Township, New Jersey | 0.5908193174% |
| NJ20 | Bridgeton City, New Jersey | 0.2079614154% |
| NJ21 | Bridgewater Township, New Jersey | 0.1828057629% |
| NJ22 | Burlington County, New Jersey | 4.4940916659% |
| NJ23 | Burlington Township, New Jersey | 0.1157900630% |
| NJ24 | Camden City, New Jersey | 1.6603828843% |
| NJ25 | Camden County, New Jersey | 6.8741218172% |
| NJ26 | Cape May County, New Jersey | 1.2842777540% |
| NJ27 | Carteret Borough, New Jersey | 0.1794847100% |
| NJ28 | Cedar Grove Township, New Jersey | 0.0187911021% |
| NJ29 | Chatham Township, New Jersey | 0.0498541051% |
| NJ30 | Cherry Hill Township, New Jersey | 0.3440044947% |
| NJ31 | Cinnaminson Township, New Jersey | 0.0701648926% |
| NJ32 | Clark Township, New Jersey | 0.0429898704% |
| NJ33 | Cliffside Park Borough, New Jersey | 0.1142449150% |
| NJ34 | Clifton City, New Jersey | 0.3535258812% |
| NJ35 | Clinton Town, New Jersey | 0.0294193343% |
| NJ36 | Clinton Township, New Jersey | 0.0799778554% |
| NJ37 | Collingswood Borough, New Jersey | 0.1128930571% |
| NJ38 | Cranford Township, New Jersey | 0.0684441330% |
| NJ39 | Cumberland County, New Jersey | 0.9862828059% |
| NJ40 | Delran Township, New Jersey | 0.0837486054% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ41 | Denville Township, New Jersey | 0.0795654377% |
| NJ42 | Deptford Township, New Jersey | 0.2200095463% |
| NJ43 | Dover Town, New Jersey | 0.1186530251% |
| NJ44 | Dumont Borough, New Jersey | 0.0403826120% |
| NJ45 | East Brunswick Township, New Jersey | 0.0972927881% |
| NJ46 | East Greenwich Township, New Jersey | 0.0212104162% |
| NJ47 | East Hanover Township, New Jersey | 0.0890156417% |
| NJ48 | East Orange City, New Jersey | 1.2844844553% |
| NJ49 | East Windsor Township, New Jersey | 0.0422463462% |
| NJ50 | Eatontown Borough, New Jersey | 0.0974794194% |
| NJ51 | Edgewater Borough, New Jersey | 0.0546948904% |
| NJ52 | Edison Township, New Jersey | 2.4018132631% |
| NJ53 | Egg Harbor Township, New Jersey | 0.1572891336% |
| NJ54 | Elizabeth City, New Jersey | 0.7646308101% |
| NJ55 | Elmwood Park Borough, New Jersey | 0.0462435391% |
| NJ56 | Englewood City, New Jersey | 0.6429812736% |
| NJ57 | Essex County, New Jersey | 1.4898498664% |
| NJ58 | Evesham Township, New Jersey | 0.1745115947% |
| NJ59 | Ewing Township, New Jersey | 0.0839796907% |
| NJ60 | Fair Lawn Borough, New Jersey | 0.0699332916% |
| NJ61 | Fairview Borough, New Jersey | 0.0347025484% |
| NJ62 | Florence Township, New Jersey | 0.0676007282% |
| NJ63 | Florham Park Borough, New Jersey | 0.0674975182% |
| NJ64 | Fort Lee Borough, New Jersey | 0.1848366682% |
| NJ65 | Franklin Lakes Borough, New Jersey | 0.0273076336% |
| NJ66 | Franklin Township, Gloucester County, New Jersey | 0.0870963870% |
| NJ67 | Franklin Township, Somerset County, New Jersey | 0.3236022203% |
| NJ68 | Freehold Borough, New Jersey | 0.0816675723% |
| NJ69 | Freehold Township, New Jersey | 0.1512818556% |
| NJ70 | Galloway Township, New Jersey | 0.0846515634% |
| NJ71 | Garfield City, New Jersey | 0.0989196224% |
| NJ72 | Glassboro Borough, New Jersey | 0.1948186777% |
| NJ73 | Glen Rock Borough, New Jersey | 0.0253178060% |
| NJ74 | Gloucester City, New Jersey | 0.1325275640% |
| NJ75 | Gloucester County, New Jersey | 4.7022029491% |
| NJ76 | Gloucester Township, New Jersey | 0.3259502581% |
| NJ77 | Guttenberg Town, New Jersey | 0.0382186733% |
| NJ78 | Hackensack City, New Jersey | 0.2554139785% |
| NJ79 | Haddon Township, New Jersey | 0.0831057121% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ80 | Haddonfield Borough, New Jersey | 0.0710479214% |
| NJ81 | Hamilton Township, Atlantic County, New Jersey | 0.0939608561% |
| NJ82 | Hamilton Township, Mercer County, New Jersey | 0.1394262176% |
| NJ83 | Hammonton Town, New Jersey | 0.0463451547% |
| NJ84 | Hanover Township, New Jersey | 0.0711651990% |
| NJ85 | Harrison Town, New Jersey | 0.2059190684% |
| NJ86 | Harrison Township, New Jersey | 0.0478487561% |
| NJ87 | Hasbrouck Heights Borough, New Jersey | 0.0360845581% |
| NJ88 | Hawthorne Borough, New Jersey | 0.0380122534% |
| NJ89 | Hazlet Township, New Jersey | 0.0810519234% |
| NJ90 | Highland Park Borough, New Jersey | 0.0606246554% |
| NJ91 | Hillsborough Township, New Jersey | 0.1405113053% |
| NJ92 | Hillsdale Borough, New Jersey | 0.0247027667% |
| NJ93 | Hillside Township, New Jersey | 0.1085603967% |
| NJ94 | Hoboken City, New Jersey | 0.1803633309% |
| NJ95 | Holmdel Township, New Jersey | 0.1058875828% |
| NJ96 | Hopatcong Borough, New Jersey | 0.0677558479% |
| NJ97 | Hopewell Township, Mercer County, New Jersey | 0.0275878151% |
| NJ98 | Howell Township, New Jersey | 0.2067529072% |
| NJ99 | Hudson County, New Jersey | 0.9363280231% |
| NJ100 | Hunterdon County, New Jersey | 0.8037645396% |
| NJ101 | Irvington Township, New Jersey | 0.9244040630% |
| NJ102 | Jackson Township, New Jersey | 0.2670097394% |
| NJ103 | Jefferson Township, New Jersey | 0.0866198206% |
| NJ104 | Jersey City, New Jersey | 0.9916102863% |
| NJ105 | Kearny Town, New Jersey | 0.1071857960% |
| NJ106 | Lacey Township, New Jersey | 0.1502291236% |
| NJ107 | Lakewood Township, New Jersey | 0.7730028665% |
| NJ108 | Lawrence Township, Mercer County, New Jersey | 0.0644503163% |
| NJ109 | Lincoln Park Borough, New Jersey | 0.0595261565% |
| NJ110 | Linden City, New Jersey | 0.2495261821% |
| NJ111 | Lindenwold Borough, New Jersey | 0.1004455914% |
| NJ112 | Little Egg Harbor Township, New Jersey | 0.1465902816% |
| NJ113 | Little Falls Township, New Jersey | 0.0348320180% |
| NJ114 | Little Ferry Borough, New Jersey | 0.0258966914% |
| NJ115 | Livingston Township, New Jersey | 0.0484285793% |
| NJ116 | Lodi Borough, New Jersey | 0.1078340351% |
| NJ117 | Long Branch City, New Jersey | 0.5243184480% |
| NJ118 | Lower Township, New Jersey | 0.0710329159% |
| NJ119 | Lumberton Township, New Jersey | 0.0461973502% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ120 | Lyndhurst Township, New Jersey | 0.0645354727% |
| NJ121 | Madison Borough, New Jersey | 0.1424930674% |
| NJ122 | Mahwah Township, New Jersey | 0.0610985020% |
| NJ123 | Manalapan Township, New Jersey | 0.1318410608% |
| NJ124 | Manchester Township, New Jersey | 0.2136801182% |
| NJ125 | Mantua Township, New Jersey | 0.0853984170% |
| NJ126 | Manville Borough, New Jersey | 0.0574532358% |
| NJ127 | Maple Shade Township, New Jersey | 0.1058088976% |
| NJ128 | Maplewood Township, New Jersey | 0.0589307182% |
| NJ129 | Marlboro Township, New Jersey | 0.1588151495% |
| NJ130 | Medford Township, New Jersey | 0.1130775783% |
| NJ131 | Mercer County, New Jersey | 1.1117204895% |
| NJ132 | Metuchen Borough, New Jersey | 0.0339468322% |
| NJ133 | Middle Township, New Jersey | 0.0695160908% |
| NJ134 | Middlesex Borough, New Jersey | 0.0317606196% |
| NJ135 | Middlesex County, New Jersey | 2.2387299770% |
| NJ136 | Middletown Township, New Jersey | 0.3292948041% |
| NJ137 | Millburn Township, New Jersey | 0.0627532842% |
| NJ138 | Millstone Township, New Jersey | 0.0066098909% |
| NJ139 | Millville City, New Jersey | 0.2397981412% |
| NJ140 | Monmouth County, New Jersey | 4.4617935668% |
| NJ141 | Monroe Township, Gloucester County, New Jersey | 0.2271632002% |
| NJ142 | Monroe Township, Middlesex County, New Jersey | 0.1024216796% |
| NJ143 | Montclair Township, New Jersey | 0.5843666564% |
| NJ144 | Montgomery Township, New Jersey | 0.0805666350% |
| NJ145 | Montville Township, New Jersey | 0.0902727303% |
| NJ146 | Moorestown Township, New Jersey | 0.1000871936% |
| NJ147 | Morris County, New Jersey | 2.3575766204% |
| NJ148 | Morris Township, New Jersey | 0.1125747053% |
| NJ149 | Morristown, New Jersey | 0.2369807115% |
| NJ150 | Mount Laurel Township, New Jersey | 0.1725831491% |
| NJ151 | Mount Olive Township, New Jersey | 0.1068809023% |
| NJ152 | Neptune Township, New Jersey | 0.2450351195% |
| NJ153 | New Brunswick City, New Jersey | 1.8327331194% |
| NJ154 | New Milford Borough, New Jersey | 0.0368443070% |
| NJ155 | New Providence Borough, New Jersey | 0.0258412178% |
| NJ156 | Newark City, New Jersey | 1.7760400546% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ157 | North Arlington Borough, New Jersey | 0.0408890956% |
| NJ158 | North Bergen Township, New Jersey | 0.1110635074% |
| NJ159 | North Brunswick Township, New Jersey | 0.1217197343% |
| NJ160 | North Plainfield Borough, New Jersey | 0.1454941742% |
| NJ161 | Nutley Township, New Jersey | 0.0574061090% |
| NJ162 | Oakland Borough, New Jersey | 0.0335231134% |
| NJ163 | Ocean City, New Jersey | 0.1910428164% |
| NJ164 | Ocean County, New Jersey | 4.9497293624% |
| NJ165 | Ocean Township, Monmouth County, New Jersey | 0.1387263032% |
| NJ166 | Old Bridge Township, New Jersey | 0.1263966779% |
| NJ167 | Orange City Township, New Jersey | 0.5609302630% |
| NJ168 | Palisades Park Borough, New Jersey | 0.0366345109% |
| NJ169 | Paramus Borough, New Jersey | 0.1129786355% |
| NJ170 | Parsippany-Troy Hills Township, New Jersey | 0.2342890939% |
| NJ171 | Passaic City, New Jersey | 0.4984612868% |
| NJ172 | Passaic County, New Jersey | 2.1805505203% |
| NJ173 | Paterson City, New Jersey | 0.9805526614% |
| NJ174 | Pemberton Township, New Jersey | 0.1182059071% |
| NJ175 | Pennsauken Township, New Jersey | 0.3221185950% |
| NJ176 | Pennsville Township, New Jersey | 0.0340920576% |
| NJ177 | Pequannock Township, New Jersey | 0.0769477223% |
| NJ178 | Perth Amboy City, New Jersey | 0.3436749356% |
| NJ179 | Phillipsburg Town, New Jersey | 0.1544595119% |
| NJ180 | Pine Hill Borough, New Jersey | 0.0482528270% |
| NJ181 | Piscataway Township, New Jersey | 0.1067019613% |
| NJ182 | Plainfield City, New Jersey | 0.3012229667% |
| NJ183 | Plainsboro Township, New Jersey | 0.0503298743% |
| NJ184 | Pleasantville City, New Jersey | 0.1421175070% |
| NJ185 | Point Pleasant Borough, New Jersey | 0.1109970141% |
| NJ186 | Pompton Lakes Borough, New Jersey | 0.0290573727% |
| NJ187 | Princeton, New Jersey | 0.0503970240% |
| NJ188 | Rahway City, New Jersey | 0.1444485698% |
| NJ189 | Ramsey Borough, New Jersey | 0.0402523452% |
| NJ190 | Randolph Township, New Jersey | 0.0853331898% |
| NJ191 | Raritan Township, New Jersey | 0.1071670391% |
| NJ192 | Readington Township, New Jersey | 0.0850076166% |
| NJ193 | Red Bank Borough, New Jersey | 0.1420636747% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ194 | Ridgefield Borough, New Jersey | 0.0201153405% |
| NJ195 | Ridgefield Park Village, New Jersey | 0.0392827532% |
| NJ196 | Ridgewood Village, New Jersey | 0.0849185213% |
| NJ197 | Ringwood Borough, New Jersey | 0.0309825545% |
| NJ198 | River Edge Borough, New Jersey | 0.0266057498% |
| NJ199 | Robbinsville Township, New Jersey | 0.0338593312% |
| NJ200 | Rockaway Township, New Jersey | 0.1290497970% |
| NJ201 | Roselle Borough, New Jersey | 0.0912325687% |
| NJ202 | Roselle Park Borough, New Jersey | 0.0316673040% |
| NJ203 | Roxbury Township, New Jersey | 0.1057717120% |
| NJ204 | Rutherford Borough, New Jersey | 0.0459830524% |
| NJ205 | Saddle Brook Township, New Jersey | 0.0390656888% |
| NJ206 | Salem County, New Jersey | 0.9344056735% |
| NJ207 | Sayreville Borough, New Jersey | 0.1477057086% |
| NJ208 | Scotch Plains Township, New Jersey | 0.0484435504% |
| NJ209 | Secaucus Town, New Jersey | 0.0516659295% |
| NJ210 | Somers Point City, New Jersey | 0.0439926621% |
| NJ211 | Somerset County, New Jersey | 1.4647125488% |
| NJ212 | Somerville Borough, New Jersey | 0.0756287358% |
| NJ213 | South Brunswick Township, New Jersey | 0.1037777110% |
| NJ214 | South Orange Village Township, New Jersey | 0.0488891085% |
| NJ215 | South Plainfield Borough, New Jersey | 0.0899775902% |
| NJ216 | South River Borough, New Jersey | 0.0421568288% |
| NJ217 | Southampton Township, New Jersey | 0.0127996268% |
| NJ218 | Sparta Township, New Jersey | 0.1069549921% |
| NJ219 | Springfield Township, Union County, New Jersey | 0.0573437423% |
| NJ220 | Stafford Township, New Jersey | 0.2155115906% |
| NJ221 | Summit City, New Jersey | 0.5428090174% |
| NJ222 | Sussex County, New Jersey | 1.2735318221% |
| NJ223 | Teaneck Township, New Jersey | 0.1723477966% |
| NJ224 | Tenafly Borough, New Jersey | 0.0450713724% |
| NJ225 | Tinton Falls Borough, New Jersey | 0.0881640307% |
| NJ226 | Toms River Township, New Jersey | 0.5620940829% |
| NJ227 | Totowa Borough, New Jersey | 0.0342545863% |
| NJ228 | Trenton City, New Jersey | 1.9352906929% |
| NJ229 | Union City, New Jersey | 0.9841875644% |
| NJ230 | Union County, New Jersey | 1.7400474523% |
| NJ231 | Union Township, Union County, New Jersey | 0.2247240506% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ232 | Upper Township, New Jersey | 0.0173930552% |
| NJ233 | Vernon Township, New Jersey | 0.0783616187% |
| NJ234 | Verona Township, New Jersey | 0.0234318917% |
| NJ235 | Vineland City, New Jersey | 0.5000169856% |
| NJ236 | Voorhees Township, New Jersey | 0.1406021825% |
| NJ237 | Waldwick Borough, New Jersey | 0.0421770394% |
| NJ238 | Wall Township, New Jersey | 0.1650847899% |
| NJ239 | Wallington Borough, New Jersey | 0.0235956865% |
| NJ240 | Wanaque Borough, New Jersey | 0.0311245257% |
| NJ241 | Wantage Township, New Jersey | 0.0091403397% |
| NJ242 | Warren County, New Jersey | 1.0382472049% |
| NJ243 | Warren Township, New Jersey | 0.0736326246% |
| NJ244 | Washington Township, Gloucester County, New Jersey | 0.2470375143% |
| NJ245 | Washington Township, Morris County, New Jersey | 0.0524274135% |
| NJ246 | Waterford Township, New Jersey | 0.0648566849% |
| NJ247 | Wayne Township, New Jersey | 0.1724444886% |
| NJ248 | Weehawken Township, New Jersey | 0.0282451513% |
| NJ249 | West Caldwell Township, New Jersey | 0.0246748189% |
| NJ250 | West Deptford Township, New Jersey | 0.1402059895% |
| NJ251 | West Milford Township, New Jersey | 0.0644752630% |
| NJ252 | West New York Town, New Jersey | 0.6157331463% |
| NJ253 | West Orange Township, New Jersey | 0.1051193933% |
| NJ254 | West Windsor Township, New Jersey | 0.0458605228% |
| NJ255 | Westfield Town, New Jersey | 0.0887745684% |
| NJ256 | Westwood Borough, New Jersey | 0.0348328152% |
| NJ257 | Willingboro Township, New Jersey | 0.2091808026% |
| NJ258 | Winslow Township, New Jersey | 0.1817978600% |
| NJ259 | Woodbridge Township, New Jersey | 0.3688029685% |
| NJ260 | Woodland Park Borough, New Jersey | 0.0292498655% |
| NJ261 | Woolwich Township, New Jersey | 0.0599291958% |
| NJ262 | Wyckoff Township, New Jersey | 0.0296665036% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NY1 | Albany City, New York | |
| NY2 | Albany County, New York | |
| NY3 | Allegany County, New York | |
| NY4 | Broome County, New York | |
| NY5 | Buffalo City, New York | |
| NY6 | Cattaraugus County, New York | |
| NY7 | Cayuga County, New York | |
| NY8 | Chautauqua County, New York | |
| NY9 | Chemung County, New York | |
| NY10 | Chenango County, New York | |
| NY11 | Clinton County, New York | |
| NY12 | Columbia County, New York | |
| NY13 | Cortland County, New York | |
| NY14 | Delaware County, New York | |
| NY15 | Dutchess County, New York | |
| NY16 | Erie County, New York | |
| NY17 | Essex County, New York | |
| NY18 | Franklin County, New York | |
| NY19 | Fulton County, New York | |
| NY20 | Genesee County, New York | |
| NY21 | Greene County, New York | |
| NY22 | Hamilton County, New York | |
| NY23 | Herkimer County, New York | Allocations in New York will be made in accordance with the New York Agreement. |
| NY24 | Jefferson County, New York | |
| NY25 | Lewis County, New York | |
| NY26 | Livingston County, New York | |
| NY27 | Madison County, New York | |
| NY28 | Monroe County, New York | |
| NY29 | Montgomery County, New York | |
| NY30 | Nassau County, New York | |
| NY31 | New York City, New York | |
| NY32 | Niagara County, New York | |
| NY33 | Oneida County, New York | |
| NY34 | Onondaga County, New York | |
| NY35 | Ontario County, New York | |
| NY36 | Orange County, New York | |
| NY37 | Orleans County, New York | |
| NY38 | Oswego County, New York | |
| NY39 | Otsego County, New York | |
| NY40 | Putnam County, New York | |
| NY41 | Rensselaer County, New York | |
| NY42 | Rochester City, New York | |
| NY43 | Rockland County, New York | |
| NY44 | Saratoga County, New York | |
| NY45 | Schenectady County, New York | |
| NY46 | Schoharie County, New York | |
| NY47 | Schuyler County, New York | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NY48 | Seneca County, New York | |
| NY49 | St Lawrence County, New York | |
| NY50 | Steuben County, New York | |
| NY51 | Suffolk County, New York | |
| NY52 | Sullivan County, New York | |
| NY53 | Syracuse City, New York | |
| NY54 | Tioga County, New York | |
| NY55 | Tompkins County, New York | |
| NY56 | Ulster County, New York | |
| NY57 | Warren County, New York | |
| NY58 | Washington County, New York | |
| NY59 | Wayne County, New York | |
| NY60 | Westchester County, New York | |
| NY61 | Wyoming County, New York | |
| NY62 | Yates County, New York | |
| NY63 | Yonkers City, New York | |
| NY64 | Geneva City, New York | Allocations in New York will be made in accordance with the New York Agreement. |
| NY65 | Herkimer Village, New York | |
| NY66 | Lackawanna City, New York | |
| NY67 | Rome City, New York | |
| NY68 | Utica City, New York | |
| NY69 | Plattsburgh City, New York | |
| NY70 | Saratoga Springs City, New York | |
| NY71 | Schenectady City, New York | |
| NY72 | Troy City, New York | |
| NY73 | Amherst Town, New York | |
| NY74 | Amsterdam City, New York | |
| NY75 | Auburn City, New York | |
| NY76 | Cheektowaga Town, New York | |
| NY77 | Ithaca City, New York | |
| NY78 | Lancaster Town, New York | |
| NY79 | Mount Vernon City, New York | |
| NY80 | Ogdensburg City, New York | |
| NY81 | Poughkeepsie City, New York | |
| NY82 | Tonawanda Town, New York | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NC1 | Alamance County, North Carolina | 1.3780289676% |
| NC2 | Alexander County, North Carolina | 0.5100078796% |
| NC3 | Alleghany County, North Carolina | 0.1490905989% |
| NC4 | Anson County, North Carolina | 0.1821929604% |
| NC5 | Ashe County, North Carolina | 0.3386391883% |
| NC6 | Asheville City, North Carolina | 0.2358147243% |
| NC7 | Avery County, North Carolina | 0.2659967669% |
| NC8 | Beaufort County, North Carolina | 0.4778884349% |
| NC9 | Bertie County, North Carolina | 0.1394685751% |
| NC10 | Bladen County, North Carolina | 0.4292178095% |
| NC11 | Brunswick County, North Carolina | 2.1132385076% |
| NC12 | Buncombe County, North Carolina | 2.5115878573% |
| NC13 | Burke County, North Carolina | 2.0901968270% |
| NC14 | Cabarrus County, North Carolina | 1.6695734466% |
| NC15 | Caldwell County, North Carolina | 1.2763011462% |
| NC16 | Camden County, North Carolina | 0.0730364004% |
| NC17 | Canton Town, North Carolina | 0.0114538232% |
| NC18 | Carteret County, North Carolina | 1.1284655939% |
| NC19 | Cary Town, North Carolina | 0.1441516454% |
| NC20 | Caswell County, North Carolina | 0.1729202375% |
| NC21 | Catawba County, North Carolina | 2.0726952227% |
| NC22 | Charlotte City, North Carolina | 1.2474838144% |
| NC23 | Chatham County, North Carolina | 0.4498143831% |
| NC24 | Cherokee County, North Carolina | 0.7827591529% |
| NC25 | Chowan County, North Carolina | 0.1137055961% |
| NC26 | Clay County, North Carolina | 0.2244299489% |
| NC27 | Cleveland County, North Carolina | 1.1199280277% |
| NC28 | Columbus County, North Carolina | 1.2209369390% |
| NC29 | Concord City, North Carolina | 0.2274558703% |
| NC30 | Craven County, North Carolina | 1.3368601902% |
| NC31 | Cumberland County, North Carolina | 2.6372996596% |
| NC32 | Currituck County, North Carolina | 0.1867785513% |
| NC33 | Dare County, North Carolina | 0.5331267313% |
| NC34 | Davidson County, North Carolina | 1.9402695304% |
| NC35 | Davie County, North Carolina | 0.5131475269% |
| NC36 | Duplin County, North Carolina | 0.3827851474% |
| NC37 | Durham City, North Carolina | 0.3804050267% |
| NC38 | Durham County, North Carolina | 1.7979943624% |
| NC39 | Edgecombe County, North Carolina | 0.4171019390% |
| NC40 | Fayetteville City, North Carolina | 0.3097690552% |
| NC41 | Forsyth County, North Carolina | 3.0684508095% |
| NC42 | Franklin County, North Carolina | 0.5005036433% |
| NC43 | Gaston County, North Carolina | 3.0981738869% |
| NC44 | Gastonia City, North Carolina | 0.2577638238% |
| NC45 | Gates County, North Carolina | 0.0795675166% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NC46 | Graham County, North Carolina | 0.1834845617% |
| NC47 | Granville County, North Carolina | 0.5901034093% |
| NC48 | Greene County, North Carolina | 0.1232784186% |
| NC49 | Greensboro City, North Carolina | 0.5273916964% |
| NC50 | Greenville City, North Carolina | 0.1626564747% |
| NC51 | Guilford County, North Carolina | 3.3750152311% |
| NC52 | Halifax County, North Carolina | 0.4531611740% |
| NC53 | Harnett County, North Carolina | 0.9889807722% |
| NC54 | Haywood County, North Carolina | 0.8033151101% |
| NC55 | Henderson City, North Carolina | 0.0322534788% |
| NC56 | Henderson County, North Carolina | 1.3815950870% |
| NC57 | Hertford County, North Carolina | 0.2068430501% |
| NC58 | Hickory City, North Carolina | 0.0948758357% |
| NC59 | High Point City, North Carolina | 0.2064287629% |
| NC60 | Hoke County, North Carolina | 0.3324858046% |
| NC61 | Hyde County, North Carolina | 0.0272373541% |
| NC62 | Iredell County, North Carolina | 2.1159313745% |
| NC63 | Jackson County, North Carolina | 0.5077577313% |
| NC64 | Jacksonville City, North Carolina | 0.0950098698% |
| NC65 | Johnston County, North Carolina | 1.2508874682% |
| NC66 | Jones County, North Carolina | 0.0879669870% |
| NC67 | Lee County, North Carolina | 0.6531156836% |
| NC68 | Lenoir County, North Carolina | 0.6042825926% |
| NC69 | Lincoln County, North Carolina | 0.9268336271% |
| NC70 | Macon County, North Carolina | 0.2377764961% |
| NC71 | Madison County, North Carolina | 0.2328822206% |
| NC72 | Martin County, North Carolina | 0.5875445765% |
| NC73 | McDowell County, North Carolina | 0.4667676661% |
| NC74 | Mecklenburg County, North Carolina | 5.0383012599% |
| NC75 | Mitchell County, North Carolina | 0.3093141516% |
| NC76 | Montgomery County, North Carolina | 0.2260505430% |
| NC77 | Moore County, North Carolina | 0.9717391128% |
| NC78 | Nash County, North Carolina | 0.8456536396% |
| NC79 | New Hanover County, North Carolina | 2.8972648920% |
| NC80 | Northampton County, North Carolina | 0.1209962389% |
| NC81 | Onslow County, North Carolina | 1.6440013647% |
| NC82 | Orange County, North Carolina | 1.0558394190% |
| NC83 | Pamlico County, North Carolina | 0.1199361510% |
| NC84 | Pasquotank County, North Carolina | 0.3748162108% |
| NC85 | Pender County, North Carolina | 0.5857493319% |
| NC86 | Perquimans County, North Carolina | 0.1118331803% |
| NC87 | Person County, North Carolina | 0.4030242967% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NC88 | Pitt County, North Carolina | 1.3690080664% |
| NC89 | Polk County, North Carolina | 0.2661429860% |
| NC90 | Raleigh City, North Carolina | 0.5667246127% |
| NC91 | Randolph County, North Carolina | 1.5254339862% |
| NC92 | Richmond County, North Carolina | 0.7491328400% |
| NC93 | Robeson County, North Carolina | 1.3597353436% |
| NC94 | Rockingham County, North Carolina | 1.3653688375% |
| NC95 | Rowan County, North Carolina | 2.3352192879% |
| NC96 | Rutherford County, North Carolina | 0.9289416180% |
| NC97 | Sampson County, North Carolina | 0.6195137405% |
| NC98 | Scotland County, North Carolina | 0.4491482742% |
| NC99 | Stanly County, North Carolina | 0.7249742086% |
| NC100 | Stokes County, North Carolina | 0.6239531124% |
| NC101 | Surry County, North Carolina | 1.4108267061% |
| NC102 | Swain County, North Carolina | 0.2811629286% |
| NC103 | Transylvania County, North Carolina | 0.4975955095% |
| NC104 | Tyrrell County, North Carolina | 0.0414409072% |
| NC105 | Union County, North Carolina | 1.4667026799% |
| NC106 | Vance County, North Carolina | 0.5362582553% |
| NC107 | Wake County, North Carolina | 4.9024556672% |
| NC108 | Warren County, North Carolina | 0.1063905835% |
| NC109 | Washington County, North Carolina | 0.0747707205% |
| NC110 | Watauga County, North Carolina | 0.4696757999% |
| NC111 | Wayne County, North Carolina | 0.9706993331% |
| NC112 | Wilkes County, North Carolina | 1.9971771606% |
| NC113 | Wilmington City, North Carolina | 0.1194974940% |
| NC114 | Wilson County, North Carolina | 0.6464708415% |
| NC115 | Winston-Salem City, North Carolina | 0.4944599238% |
| NC116 | Yadkin County, North Carolina | 0.5621471451% |
| NC117 | Yancey County, North Carolina | 0.3821149769% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ND1 | Adams County, North Dakota | 0.3266859369% |
| ND2 | Barnes County, North Dakota | 1.1596409120% |
| ND3 | Benson County, North Dakota | 0.8243618844% |
| ND4 | Billings County, North Dakota | 0.0531198558% |
| ND5 | Bismarck City, North Dakota | 7.8720018475% |
| ND6 | Bottineau County, North Dakota | 0.6564106964% |
| ND7 | Bowman County, North Dakota | 0.3537618912% |
| ND8 | Burke County, North Dakota | 0.1340272238% |
| ND9 | Burleigh County, North Dakota | 5.9258321732% |
| ND10 | Cass County, North Dakota | 9.2593207065% |
| ND11 | Cavalier County, North Dakota | 0.4775832577% |
| ND12 | Devils Lake City, North Dakota | 0.3622623619% |
| ND13 | Dickey County, North Dakota | 0.6064663883% |
| ND14 | Dickinson City, North Dakota | 1.0573324109% |
| ND15 | Divide County, North Dakota | 0.1925705034% |
| ND16 | Dunn County, North Dakota | 0.5017615248% |
| ND17 | Eddy County, North Dakota | 0.2227970127% |
| ND18 | Emmons County, North Dakota | 0.7218887252% |
| ND19 | Fargo City, North Dakota | 12.8639966005% |
| ND20 | Foster County, North Dakota | 0.3938546507% |
| ND21 | Golden Valley County, North Dakota | 0.2278631874% |
| ND22 | Grand Forks City, North Dakota | 7.1999971538% |
| ND23 | Grand Forks County, North Dakota | 5.4639296523% |
| ND24 | Grant County, North Dakota | 0.2093626818% |
| ND25 | Griggs County, North Dakota | 0.2073426807% |
| ND26 | Hettinger County, North Dakota | 0.2096684753% |
| ND27 | Jamestown City, North Dakota | 0.7024664288% |
| ND28 | Kidder County, North Dakota | 0.3074782839% |
| ND29 | La Moure County, North Dakota | 0.3036088203% |
| ND30 | Lisbon City, North Dakota | 0.1372424658% |
| ND31 | Logan County, North Dakota | 0.1641331799% |
| ND32 | Mandan City, North Dakota | 1.1262932510% |
| ND33 | McHenry County, North Dakota | 0.3973374621% |
| ND34 | McIntosh County, North Dakota | 0.2870077627% |
| ND35 | McKenzie County, North Dakota | 1.2312553926% |
| ND36 | McLean County, North Dakota | 1.1384661837% |
| ND37 | Mercer County, North Dakota | 1.1241071216% |
| ND38 | Minot City, North Dakota | 2.8909627339% |
| ND39 | Morton County, North Dakota | 2.6703636118% |
| ND40 | Mountrail County, North Dakota | 1.1142893867% |
| ND41 | Nelson County, North Dakota | 0.4740975060% |
| ND42 | Oliver County, North Dakota | 0.2228234756% |
| ND43 | Pembina County, North Dakota | 1.2530005434% |
| ND44 | Pierce County, North Dakota | 0.7284574044% |
| ND45 | Ramsey County, North Dakota | 1.2734343106% |
| ND46 | Ransom County, North Dakota | 0.6183673413% |
| ND47 | Renville County, North Dakota | 0.2860845016% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ND48 | Richland County, North Dakota | 2.4309493698% |
| ND49 | Rolette County, North Dakota | 1.8198034592% |
| ND50 | Sargent County, North Dakota | 0.5773674924% |
| ND51 | Sheridan County, North Dakota | 0.0895886685% |
| ND52 | Sioux County, North Dakota | 0.6666209643% |
| ND53 | Slope County, North Dakota | 0.0470907257% |
| ND54 | Stark County, North Dakota | 3.3526741338% |
| ND55 | Steele County, North Dakota | 0.2434939387% |
| ND56 | Stutsman County, North Dakota | 1.9758860377% |
| ND57 | Towner County, North Dakota | 0.1807489391% |
| ND58 | Traill County, North Dakota | 1.0587643476% |
| ND59 | Walsh County, North Dakota | 2.0521094729% |
| ND60 | Ward County, North Dakota | 3.4849842097% |
| ND61 | Wells County, North Dakota | 0.4346604383% |
| ND62 | West Fargo City, North Dakota | 1.8417059171% |
| ND63 | Williams County, North Dakota | 2.3067369406% |
| ND64 | Williston City, North Dakota | 1.5016973817% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1 | Aberdeen Village, Ohio | 0.0087437716% |
| OH2 | Ada Village, Ohio | 0.0077636351% |
| OH3 | Adams County, Ohio | 0.3473544585% |
| OH4 | Adams Township, Champaign County, Ohio | 0.0001374611% |
| OH5 | Adams Township, Clinton County, Ohio | 0.0003122525% |
| OH6 | Adams Township, Darke County, Ohio | 0.0016731027% |
| OH7 | Adams Township, Monroe County, Ohio | 0.0000311703% |
| OH8 | Adams Township, Muskingum County, Ohio | 0.0001003092% |
| OH9 | Adams Township, Seneca County, Ohio | 0.0003810303% |
| OH10 | Adams Township, Washington County, Ohio | 0.0001169753% |
| OH11 | Adamsville Village, Ohio | 0.0000910884% |
| OH12 | Addyston Village, Ohio | 0.0025217854% |
| OH13 | Adelphi Village, Ohio | 0.0020068066% |
| OH14 | Adena Village, Ohio | 0.0003568983% |
| OH15 | Aid Township, Ohio | 0.0003303244% |
| OH16 | Akron City, Ohio | 0.8812077621% |
| OH17 | Albany Village, Ohio | 0.0019488925% |
| OH18 | Alexander Township, Ohio | 0.0001250626% |
| OH19 | Alexandria Village, Ohio | 0.0005560173% |
| OH20 | Alger Village, Ohio | 0.0005166462% |
| OH21 | Allen County, Ohio | 0.4092999560% |
| OH22 | Allen Township, Darke County, Ohio | 0.0006643202% |
| OH23 | Allen Township, Hancock County, Ohio | 0.0005903230% |
| OH24 | Allen Township, Ottawa County, Ohio | 0.0005976710% |
| OH25 | Allen Township, Union County, Ohio | 0.0028518922% |
| OH26 | Alliance City, Ohio | 0.0889490116% |
| OH27 | Amanda Township, Fairfield County, Ohio | 0.0018577114% |
| OH28 | Amanda Township, Hancock County, Ohio | 0.0001616361% |
| OH29 | Amanda Village, Ohio | 0.0005782400% |
| OH30 | Amberley Village, Ohio | 0.0192140009% |
| OH31 | Amboy Township, Ohio | 0.0017244001% |
| OH32 | Amelia Village, Ohio | 0.0138770427% |
| OH33 | American Township, Ohio | 0.0193901533% |
| OH34 | Ames Township, Ohio | 0.0004272973% |
| OH35 | Amesville Village, Ohio | 0.0000937970% |
| OH36 | Amherst City, Ohio | 0.0344767089% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| OH37 | Amherst Township, Ohio | 0.0134400730% |
| OH38 | Amsterdam Village, Ohio | 0.0003984552% |
| OH39 | Anderson Township, Ohio | 0.0760877775% |
| OH40 | Andover Township, Ohio | 0.0010566751% |
| OH41 | Andover Village, Ohio | 0.0040505880% |
| OH42 | Anna Village, Ohio | 0.0028715504% |
| OH43 | Ansonia Village, Ohio | 0.0014885693% |
| OH44 | Antioch Village, Ohio | 0.0000311703% |
| OH45 | Antwerp Village, Ohio | 0.0009282725% |
| OH46 | Apple Creek Village, Ohio | 0.0004832518% |
| OH47 | Aquilla Village, Ohio | 0.0000095709% |
| OH48 | Arcadia Village, Ohio | 0.0000210830% |
| OH49 | Arcanum Village, Ohio | 0.0034200188% |
| OH50 | Archbold Village, Ohio | 0.0168893369% |
| OH51 | Arlington Heights Village, Ohio | 0.0024048815% |
| OH52 | Arlington Village, Ohio | 0.0017280808% |
| OH53 | Ashland City, Ohio | 0.0677959091% |
| OH54 | Ashland County, Ohio | 0.2064379332% |
| OH55 | Ashley Village, Ohio | 0.0012125812% |
| OH56 | Ashtabula City, Ohio | 0.0931048204% |
| OH57 | Ashtabula County, Ohio | 0.7429130666% |
| OH58 | Ashtabula Township, Ohio | 0.0174821031% |
| OH59 | Ashville Village, Ohio | 0.0024582550% |
| OH60 | Athalia Village, Ohio | 0.0000173855% |
| OH61 | Athens City, Ohio | 0.0700871751% |
| OH62 | Athens County, Ohio | 0.4584170235% |
| OH63 | Athens Township, Athens County, Ohio | 0.0025846274% |
| OH64 | Athens Township, Harrison County, Ohio | 0.0003148983% |
| OH65 | Attica Village, Ohio | 0.0007921419% |
| OH66 | Atwater Township, Ohio | 0.0004753019% |
| OH67 | Auburn Township, Crawford County, Ohio | 0.0007613308% |
| OH68 | Auburn Township, Geauga County, Ohio | 0.0067953249% |
| OH69 | Auburn Township, Tuscarawas County, Ohio | 0.0000098536% |
| OH70 | Auglaize County, Ohio | 0.1648586210% |
| OH71 | Auglaize Township, Allen County, Ohio | 0.0010226874% |
| OH72 | Auglaize Township, Paulding County, Ohio | 0.0000730923% |
| OH73 | Augusta Township, Ohio | 0.0004684152% |
| OH74 | Aurelius Township, Ohio | 0.0000083554% |
| OH75 | Aurora City, Ohio | 0.0294524674% |
| OH76 | Austinburg Township, Ohio | 0.0004813742% |
| OH77 | Austintown Township, Ohio | 0.0890063352% |
| OH78 | Avon City, Ohio | 0.0729757005% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH79 | Avon Lake City, Ohio | 0.0663140992% |
| OH80 | Bailey Lakes Village, Ohio | 0.0000813388% |
| OH81 | Bainbridge Township, Ohio | 0.0406379571% |
| OH82 | Bainbridge Village, Ohio | 0.0022724133% |
| OH83 | Bairdstown Village, Ohio | 0.0000612234% |
| OH84 | Ballville Township, Ohio | 0.0021521086% |
| OH85 | Baltic Village, Ohio | 0.0009410120% |
| OH86 | Baltimore Village, Ohio | 0.0031532207% |
| OH87 | Barberton City, Ohio | 0.1164193916% |
| OH88 | Barlow Township, Ohio | 0.0003258598% |
| OH89 | Barnesville Village, Ohio | 0.0106861443% |
| OH90 | Barnhill Village, Ohio | 0.0006601909% |
| OH91 | Bartlow Township, Ohio | 0.0001082864% |
| OH92 | Batavia Township, Ohio | 0.0000517157% |
| OH93 | Batavia Village, Ohio | 0.0047750818% |
| OH94 | Batesville Village, Ohio | 0.0000517432% |
| OH95 | Bath Township, Allen County, Ohio | 0.0088564730% |
| OH96 | Bath Township, Greene County, Ohio | 0.0001754181% |
| OH97 | Bath Township, Summit County, Ohio | 0.0489522386% |
| OH98 | Baughman Township, Ohio | 0.0001353105% |
| OH99 | Bay Township, Ohio | 0.0000549583% |
| OH100 | Bay View Village, Ohio | 0.0012986334% |
| OH101 | Bay Village City, Ohio | 0.0295102794% |
| OH102 | Bazetta Township, Ohio | 0.0331455317% |
| OH103 | Beach City Village, Ohio | 0.0006531299% |
| OH104 | Beachwood City, Ohio | 0.0573216138% |
| OH105 | Beallsville Village, Ohio | 0.0001580913% |
| OH106 | Bearfield Township, Ohio | 0.0005486478% |
| OH107 | Beaver Township, Mahoning County, Ohio | 0.0148139167% |
| OH108 | Beaver Township, Pike County, Ohio | 0.0003380168% |
| OH109 | Beaver Village, Ohio | 0.0001859093% |
| OH110 | Beavercreek City, Ohio | 0.0843658046% |
| OH111 | Beavercreek Township, Ohio | 0.1348759090% |
| OH112 | Beaverdam Village, Ohio | 0.0000749971% |
| OH113 | Bedford City, Ohio | 0.0429793572% |
| OH114 | Bedford Heights City, Ohio | 0.0386687782% |
| OH115 | Bedford Township, Ohio | 0.0000306151% |
| OH116 | Bellaire Village, Ohio | 0.0010264323% |
| OH117 | Bellbrook City, Ohio | 0.0237949542% |
| OH118 | Belle Center Village, Ohio | 0.0005231767% |
| OH119 | Belle Valley Village, Ohio | 0.0001073626% |
| OH120 | Bellefontaine City, Ohio | 0.0729400123% |
| OH121 | Bellevue City, Ohio | 0.0299834456% |
| OH122 | Bellville Village, Ohio | 0.0011239941% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH123 | Belmont County, Ohio | 0.4904799617% |
| OH124 | Belmont Village, Ohio | 0.0011248573% |
| OH125 | Belmore Village, Ohio | 0.0002483511% |
| OH126 | Beloit Village, Ohio | 0.0037587550% |
| OH127 | Belpre City, Ohio | 0.0099429019% |
| OH128 | Belpre Township, Ohio | 0.0009358025% |
| OH129 | Bennington Township, Licking County, Ohio | 0.0005560173% |
| OH130 | Bennington Township, Morrow County, Ohio | 0.0001476031% |
| OH131 | Bentleyville Village, Ohio | 0.0019992236% |
| OH132 | Benton Ridge Village, Ohio | 0.0000914068% |
| OH133 | Benton Township, Hocking County, Ohio | 0.0001089904% |
| OH134 | Benton Township, Ottawa County, Ohio | 0.0007968947% |
| OH135 | Benton Township, Paulding County, Ohio | 0.0002485139% |
| OH136 | Benton Township, Pike County, Ohio | 0.0003718185% |
| OH137 | Berea City, Ohio | 0.0293403849% |
| OH138 | Bergholz Village, Ohio | 0.0002390731% |
| OH139 | Berkey Village, Ohio | 0.0003639406% |
| OH140 | Berkshire Township, Ohio | 0.0000742397% |
| OH141 | Berlin Heights Village, Ohio | 0.0009142379% |
| OH142 | Berlin Township, Delaware County, Ohio | 0.0000164977% |
| OH143 | Berlin Township, Erie County, Ohio | 0.0001350579% |
| OH144 | Berlin Township, Holmes County, Ohio | 0.0000814306% |
| OH145 | Berlin Township, Mahoning County, Ohio | 0.0014985886% |
| OH146 | Bern Township, Ohio | 0.0001354845% |
| OH147 | Berne Township, Ohio | 0.0001629571% |
| OH148 | Bethel Township, Clark County, Ohio | 0.0138134025% |
| OH149 | Bethel Township, Monroe County, Ohio | 0.0000498724% |
| OH150 | Bethel Village, Ohio | 0.0057576798% |
| OH151 | Bethesda Village, Ohio | 0.0006889751% |
| OH152 | Bethlehem Township, Coshocton County, Ohio | 0.0000765378% |
| OH153 | Bethlehem Township, Stark County, Ohio | 0.0015140738% |
| OH154 | Bettsville Village, Ohio | 0.0009525757% |
| OH155 | Beverly Village, Ohio | 0.0019551589% |
| OH156 | Bexley City, Ohio | 0.0458668476% |
| OH157 | Big Island Township, Ohio | 0.0005578783% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH158 | Black Creek Township, Ohio | 0.0001534027% |
| OH159 | Blakeslee Village, Ohio | 0.0000628635% |
| OH160 | Blanchard Township, Hancock County, Ohio | 0.0001475808% |
| OH161 | Blanchard Township, Putnam County, Ohio | 0.0006457128% |
| OH162 | Blanchester Village, Ohio | 0.0114641267% |
| OH163 | Blendon Township, Ohio | 0.0282639366% |
| OH164 | Bloom Township, Fairfield County, Ohio | 0.0118551321% |
| OH165 | Bloom Township, Morgan County, Ohio | 0.0001713719% |
| OH166 | Bloom Township, Scioto County, Ohio | 0.0000852977% |
| OH167 | Bloom Township, Seneca County, Ohio | 0.0009926842% |
| OH168 | Bloomdale Village, Ohio | 0.0005693772% |
| OH169 | Bloomfield Township, Jackson County, Ohio | 0.0013260530% |
| OH170 | Bloomfield Township, Logan County, Ohio | 0.0000099754% |
| OH171 | Bloomingburg Village, Ohio | 0.0002078369% |
| OH172 | Bloomingdale Village, Ohio | 0.0002231349% |
| OH173 | Bloominggrove Township, Ohio | 0.0001784118% |
| OH174 | Bloomville Village, Ohio | 0.0004411930% |
| OH175 | Blue Ash City, Ohio | 0.0851895858% |
| OH176 | Blue Creek Township, Ohio | 0.0000767469% |
| OH177 | Blue Rock Township, Ohio | 0.0001103402% |
| OH178 | Bluffton Village, Ohio | 0.0052836661% |
| OH179 | Boardman Township, Ohio | 0.1408673271% |
| OH180 | Bokescreek Township, Ohio | 0.0013367015% |
| OH181 | Bolivar Village, Ohio | 0.0004334118% |
| OH182 | Boston Heights Village, Ohio | 0.0077201699% |
| OH183 | Boston Township, Ohio | 0.0003662503% |
| OH184 | Botkins Village, Ohio | 0.0019522626% |
| OH185 | Bowerston Village, Ohio | 0.0000572542% |
| OH186 | Bowersville Village, Ohio | 0.0000916319% |
| OH187 | Bowling Green City, Ohio | 0.0752741164% |
| OH188 | Bowling Green Township, Ohio | 0.0000370678% |
| OH189 | Braceville Township, Ohio | 0.0037680877% |
| OH190 | Bradford Village, Ohio | 0.0028661348% |
| OH191 | Bradner Village, Ohio | 0.0009183503% |
| OH192 | Brady Lake Village, Ohio | 0.0002559318% |
| OH193 | Brady Township, Ohio | 0.0005029083% |
| OH194 | Bratenahl Village, Ohio | 0.0051323943% |
| OH195 | Bratton Township, Ohio | 0.0000790580% |
| OH196 | Brecksville City, Ohio | 0.0241013127% |
| OH197 | Bremen Village, Ohio | 0.0006844200% |
| OH198 | Brewster Village, Ohio | 0.0058880648% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH199 | Brice Village, Ohio | 0.0005574892% |
| OH200 | Bridgeport Village, Ohio | 0.0050477971% |
| OH201 | Bridgewater Township, Ohio | 0.0004164709% |
| OH202 | Brighton Township, Ohio | 0.0000194784% |
| OH203 | Brimfield Township, Ohio | 0.0111960000% |
| OH204 | Bristol Township, Morgan County, Ohio | 0.0001285289% |
| OH205 | Bristol Township, Trumbull County, Ohio | 0.0252513027% |
| OH206 | Broadview Heights City, Ohio | 0.0226789401% |
| OH207 | Bronson Township, Ohio | 0.0009334281% |
| OH208 | Brook Park City, Ohio | 0.0389572037% |
| OH209 | Brookfield Township, Noble County, Ohio | 0.0000517432% |
| OH210 | Brookfield Township, Trumbull County, Ohio | 0.0346459468% |
| OH211 | Brooklyn City, Ohio | 0.0212407634% |
| OH212 | Brooklyn Heights Village, Ohio | 0.0100909430% |
| OH213 | Brookside Village, Ohio | 0.0001124857% |
| OH214 | Brookville City, Ohio | 0.0216648650% |
| OH215 | Broughton Village, Ohio | 0.0000070092% |
| OH216 | Brown County, Ohio | 0.4653422837% |
| OH217 | Brown Township, Carroll County, Ohio | 0.0009477238% |
| OH218 | Brown Township, Darke County, Ohio | 0.0007873425% |
| OH219 | Brown Township, Delaware County, Ohio | 0.0000082489% |
| OH220 | Brown Township, Franklin County, Ohio | 0.0003894787% |
| OH221 | Brown Township, Knox County, Ohio | 0.0039027192% |
| OH222 | Brown Township, Miami County, Ohio | 0.0006132702% |
| OH223 | Brown Township, Paulding County, Ohio | 0.0001315662% |
| OH224 | Brown Township, Vinton County, Ohio | 0.0000390135% |
| OH225 | Brunswick City, Ohio | 0.1197413086% |
| OH226 | Brunswick Hills Township, Ohio | 0.0200631640% |
| OH227 | Brush Creek Township, Jefferson County, Ohio | 0.0001275057% |
| OH228 | Brush Creek Township, Scioto County, Ohio | 0.0011088700% |
| OH229 | Brushcreek Township, Ohio | 0.0059850824% |
| OH230 | Bryan City, Ohio | 0.0285400457% |
| OH231 | Buchtel Village, Ohio | 0.0001849243% |
| OH232 | Buckeye Lake Village, Ohio | 0.0040562680% |
| OH233 | Buckland Village, Ohio | 0.0001068314% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH234 | Bucks Township, Ohio | 0.0002857543% |
| OH235 | Bucyrus City, Ohio | 0.0467130847% |
| OH236 | Bucyrus Township, Ohio | 0.0002175231% |
| OH237 | Buffalo Township, Ohio | 0.0000689910% |
| OH238 | Burbank Village, Ohio | 0.0001559017% |
| OH239 | Burgoon Village, Ohio | 0.0001532454% |
| OH240 | Burkettsville Village, Ohio | 0.0000203512% |
| OH241 | Burlington Township, Ohio | 0.0012973736% |
| OH242 | Burton Township, Ohio | 0.0022682986% |
| OH243 | Burton Village, Ohio | 0.0036177927% |
| OH244 | Butler County, Ohio | 2.6887406714% |
| OH245 | Butler Township, Columbiana County, Ohio | 0.0017704304% |
| OH246 | Butler Township, Darke County, Ohio | 0.0006643202% |
| OH247 | Butler Township, Mercer County, Ohio | 0.0021025197% |
| OH248 | Butler Township, Montgomery County, Ohio | 0.0308007959% |
| OH249 | Butler Township, Richland County, Ohio | 0.0003925059% |
| OH250 | Butler Village, Ohio | 0.0004817118% |
| OH251 | Butlerville Village, Ohio | 0.0001866800% |
| OH252 | Byesville Village, Ohio | 0.0018493145% |
| OH253 | Byrd Township, Ohio | 0.0018293707% |
| OH254 | Cadiz Township, Ohio | 0.0013359320% |
| OH255 | Cadiz Village, Ohio | 0.0042081859% |
| OH256 | Caesarscreek Township, Ohio | 0.0004643421% |
| OH257 | Cairo Village, Ohio | 0.0000409075% |
| OH258 | Caldwell Village, Ohio | 0.0017937650% |
| OH259 | Caledonia Village, Ohio | 0.0007098142% |
| OH260 | Cambridge City, Ohio | 0.0668200845% |
| OH261 | Cambridge Township, Ohio | 0.0000951853% |
| OH262 | Camden Township, Ohio | 0.0003116539% |
| OH263 | Camden Village, Ohio | 0.0031099397% |
| OH264 | Camp Creek Township, Ohio | 0.0001943597% |
| OH265 | Campbell City, Ohio | 0.0206854359% |
| OH266 | Canaan Township, Morrow County, Ohio | 0.0000885618% |
| OH267 | Canaan Township, Wayne County, Ohio | 0.0002435589% |
| OH268 | Canal Fulton City, Ohio | 0.0143391696% |
| OH269 | Canal Winchester City, Ohio | 0.0017001990% |
| OH270 | Canfield City, Ohio | 0.0340253310% |
| OH271 | Canfield Township, Ohio | 0.0024198521% |
| OH272 | Canton City, Ohio | 0.4906093929% |
| OH273 | Canton Township, Ohio | 0.0238293446% |
| OH274 | Cardington Village, Ohio | 0.0026450469% |
| OH275 | Carey Village, Ohio | 0.0048237347% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH276 | Carlisle Township, Ohio | 0.0046455904% |
| OH277 | Carlisle Village, Ohio | 0.0081658806% |
| OH278 | Carroll County, Ohio | 0.1274960868% |
| OH279 | Carroll Township, Ohio | 0.0031394902% |
| OH280 | Carroll Village, Ohio | 0.0008718207% |
| OH281 | Carrollton Village, Ohio | 0.0061329714% |
| OH282 | Carryall Township, Ohio | 0.0000511646% |
| OH283 | Carthage Township, Ohio | 0.0002397033% |
| OH284 | Cass Township, Muskingum County, Ohio | 0.0002006185% |
| OH285 | Cass Township, Richland County, Ohio | 0.0007850118% |
| OH286 | Casstown Village, Ohio | 0.0005337723% |
| OH287 | Castalia Village, Ohio | 0.0011427974% |
| OH288 | Castine Village, Ohio | 0.0005289957% |
| OH289 | Catawba Island Township, Ohio | 0.0060247984% |
| OH290 | Catawba Village, Ohio | 0.0002313575% |
| OH291 | Cecil Village, Ohio | 0.0000109638% |
| OH292 | Cedarville Township, Ohio | 0.0036837809% |
| OH293 | Cedarville Village, Ohio | 0.0036321873% |
| OH294 | Celina City, Ohio | 0.0165674940% |
| OH295 | Center Township, Carroll County, Ohio | 0.0001634007% |
| OH296 | Center Township, Columbiana County, Ohio | 0.0003327877% |
| OH297 | Center Township, Guernsey County, Ohio | 0.0001903706% |
| OH298 | Center Township, Mercer County, Ohio | 0.0004241134% |
| OH299 | Center Township, Monroe County, Ohio | 0.0005361288% |
| OH300 | Center Township, Morgan County, Ohio | 0.0000535537% |
| OH301 | Center Township, Noble County, Ohio | 0.0001724774% |
| OH302 | Center Township, Williams County, Ohio | 0.0005107662% |
| OH303 | Center Township, Wood County, Ohio | 0.0002510158% |
| OH304 | Centerburg Village, Ohio | 0.0041342364% |
| OH305 | Centerville City, Ohio | 0.0591550598% |
| OH306 | Centerville Village, Ohio | 0.0005060807% |
| OH307 | Cessna Township, Ohio | 0.0001110677% |
| OH308 | Chagrin Falls Township, Ohio | 0.0000039510% |
| OH309 | Chagrin Falls Village, Ohio | 0.0125168784% |
| OH310 | Champaign County, Ohio | 0.2269483026% |
| OH311 | Champion Township, Ohio | 0.0283714840% |
| OH312 | Chardon City, Ohio | 0.0479405386% |
| OH313 | Chardon Township, Ohio | 0.0039336317% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH314 | Charlestown Township, Ohio | 0.0000121872% |
| OH315 | Chatfield Township, Ohio | 0.0008265878% |
| OH316 | Chatfield Village, Ohio | 0.0000870092% |
| OH317 | Chatham Township, Ohio | 0.0003778818% |
| OH318 | Chauncey Village, Ohio | 0.0000833751% |
| OH319 | Cherry Fork Village, Ohio | 0.0004264208% |
| OH320 | Cherry Valley Township, Ohio | 0.0004696334% |
| OH321 | Chesapeake Village, Ohio | 0.0021905725% |
| OH322 | Cheshire Township, Ohio | 0.0010496489% |
| OH323 | Cheshire Village, Ohio | 0.0001686936% |
| OH324 | Chester Township, Clinton County, Ohio | 0.0019181224% |
| OH325 | Chester Township, Geauga County, Ohio | 0.0252766944% |
| OH326 | Chester Township, Morrow County, Ohio | 0.0005136587% |
| OH327 | Chester Township, Wayne County, Ohio | 0.0004213956% |
| OH328 | Chesterhill Village, Ohio | 0.0000958805% |
| OH329 | Chesterville Village, Ohio | 0.0000531371% |
| OH330 | Cheviot City, Ohio | 0.0177109500% |
| OH331 | Chickasaw Village, Ohio | 0.0003251707% |
| OH332 | Chillicothe City, Ohio | 0.3116747707% |
| OH333 | Chilo Village, Ohio | 0.0001537865% |
| OH334 | Chippewa Lake Village, Ohio | 0.0005077787% |
| OH335 | Chippewa Township, Ohio | 0.0025863636% |
| OH336 | Christiansburg Village, Ohio | 0.0002537744% |
| OH337 | Cincinnati City, Ohio | 1.9225774768% |
| OH338 | Circleville City, Ohio | 0.3452050773% |
| OH339 | Circleville Township, Ohio | 0.0006412839% |
| OH340 | Claibourne Township, Ohio | 0.0000211028% |
| OH341 | Claridon Township, Ohio | 0.0025745668% |
| OH342 | Clarington Village, Ohio | 0.0000498724% |
| OH343 | Clark County, Ohio | 1.2151983585% |
| OH344 | Clark Township, Brown County, Ohio | 0.0053640868% |
| OH345 | Clark Township, Clinton County, Ohio | 0.0010928837% |
| OH346 | Clarksburg Village, Ohio | 0.0000295119% |
| OH347 | Clarksfield Township, Ohio | 0.0007412517% |
| OH348 | Clarksville Village, Ohio | 0.0004237712% |
| OH349 | Clay Center Village, Ohio | 0.0000618280% |
| OH350 | Clay Township, Auglaize County, Ohio | 0.0004451307% |
| OH351 | Clay Township, Highland County, Ohio | 0.0003613635% |
| OH352 | Clay Township, Montgomery County, Ohio | 0.0058148642% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH353 | Clay Township, Muskingum County, Ohio | 0.0004012369% |
| OH354 | Clay Township, Ottawa County, Ohio | 0.0026311263% |
| OH355 | Clay Township, Scioto County, Ohio | 0.0064826249% |
| OH356 | Clay Township, Tuscarawas County, Ohio | 0.0000492680% |
| OH357 | Clayton City, Ohio | 0.0375148659% |
| OH358 | Clayton Township, Ohio | 0.0004303120% |
| OH359 | Clear Creek Township, Ohio | 0.0874295648% |
| OH360 | Clearcreek Township, Ohio | 0.0010918129% |
| OH361 | Clermont County, Ohio | 1.9148426650% |
| OH362 | Cleveland City, Ohio | 1.8006406770% |
| OH363 | Cleveland Heights City, Ohio | 0.0861404621% |
| OH364 | Cleves Village, Ohio | 0.0031981583% |
| OH365 | Clifton Village, Ohio | 0.0002996729% |
| OH366 | Clinton County, Ohio | 0.4003299792% |
| OH367 | Clinton Township, Franklin County, Ohio | 0.0107832149% |
| OH368 | Clinton Township, Fulton County, Ohio | 0.0006481787% |
| OH369 | Clinton Township, Seneca County, Ohio | 0.0007420064% |
| OH370 | Clinton Township, Shelby County, Ohio | 0.0005501831% |
| OH371 | Clinton Township, Vinton County, Ohio | 0.0002860993% |
| OH372 | Clinton Township, Wayne County, Ohio | 0.0001933007% |
| OH373 | Clinton Village, Ohio | 0.0011373034% |
| OH374 | Cloverdale Village, Ohio | 0.0001986809% |
| OH375 | Clyde City, Ohio | 0.0219912947% |
| OH376 | Coal Grove Village, Ohio | 0.0050070228% |
| OH377 | Coal Township, Jackson County, Ohio | 0.0004972699% |
| OH378 | Coal Township, Perry County, Ohio | 0.0003550074% |
| OH379 | Coalton Village, Ohio | 0.0024310971% |
| OH380 | Coitsville Township, Ohio | 0.0048028536% |
| OH381 | Coldwater Village, Ohio | 0.0054593322% |
| OH382 | Colerain Township, Belmont County, Ohio | 0.0006046108% |
| OH383 | Colerain Township, Hamilton County, Ohio | 0.1398087860% |
| OH384 | College Corner Village, Ohio | 0.0022611881% |
| OH385 | College Township, Ohio | 0.0028608916% |
| OH386 | Columbia Township, Hamilton County, Ohio | 0.0091268592% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH387 | Columbia Township, Lorain County, Ohio | 0.0044508068% |
| OH388 | Columbia Township, Meigs County, Ohio | 0.0000676625% |
| OH389 | Columbiana City, Ohio | 0.0212455929% |
| OH390 | Columbiana County, Ohio | 0.6832396894% |
| OH391 | Columbus City, Ohio | 4.0358741733% |
| OH392 | Columbus Grove Village, Ohio | 0.0013907661% |
| OH393 | Commercial Point Village, Ohio | 0.0008841945% |
| OH394 | Concord Township, Delaware County, Ohio | 0.0132064120% |
| OH395 | Concord Township, Fayette County, Ohio | 0.0003201811% |
| OH396 | Concord Township, Highland County, Ohio | 0.0000677557% |
| OH397 | Concord Township, Lake County, Ohio | 0.0329119594% |
| OH398 | Concord Township, Miami County, Ohio | 0.0048266640% |
| OH399 | Concord Township, Ross County, Ohio | 0.0034233759% |
| OH400 | Conesville Village, Ohio | 0.0001949904% |
| OH401 | Congress Township, Morrow County, Ohio | 0.0000354247% |
| OH402 | Congress Township, Wayne County, Ohio | 0.0000386601% |
| OH403 | Congress Village, Ohio | 0.0001394121% |
| OH404 | Conneaut City, Ohio | 0.0500864015% |
| OH405 | Continental Village, Ohio | 0.0013742094% |
| OH406 | Convoy Village, Ohio | 0.0015735393% |
| OH407 | Coolville Village, Ohio | 0.0002918128% |
| OH408 | Copley Township, Ohio | 0.0644889601% |
| OH409 | Corning Village, Ohio | 0.0010865378% |
| OH410 | Cortland City, Ohio | 0.0349699000% |
| OH411 | Corwin Village, Ohio | 0.0004993129% |
| OH412 | Coshocton City, Ohio | 0.0177337984% |
| OH413 | Coshocton County, Ohio | 0.1889793769% |
| OH414 | Coventry Township, Ohio | 0.0112670146% |
| OH415 | Covington Village, Ohio | 0.0077226624% |
| OH416 | Craig Beach Village, Ohio | 0.0004176394% |
| OH417 | Cranberry Township, Ohio | 0.0001631423% |
| OH418 | Crane Township, Paulding County, Ohio | 0.0001169477% |
| OH419 | Crane Township, Wyandot County, Ohio | 0.0005667045% |
| OH420 | Crawford County, Ohio | 0.2595376809% |
| OH421 | Crawford Township, Coshocton County, Ohio | 0.0002372670% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH422 | Crawford Township, Wyandot County, Ohio | 0.0001079437% |
| OH423 | Crestline Village, Ohio | 0.0166501207% |
| OH424 | Creston Village, Ohio | 0.0007596505% |
| OH425 | Cridersville Village, Ohio | 0.0045581388% |
| OH426 | Crooksville Village, Ohio | 0.0043353934% |
| OH427 | Crosby Township, Ohio | 0.0044757516% |
| OH428 | Cross Creek Township, Ohio | 0.0061202713% |
| OH429 | Crown City Village, Ohio | 0.0005435682% |
| OH430 | Cumberland Village, Ohio | 0.0007050617% |
| OH431 | Custar Village, Ohio | 0.0000244893% |
| OH432 | Cuyahoga Falls City, Ohio | 0.1811685822% |
| OH433 | Cuyahoga Heights Village, Ohio | 0.0193798260% |
| OH434 | Cygnet Village, Ohio | 0.0002510158% |
| OH435 | Cynthian Township, Ohio | 0.0000266218% |
| OH436 | Dallas Township, Ohio | 0.0001522662% |
| OH437 | Dalton Village, Ohio | 0.0011945985% |
| OH438 | Damascus Township, Ohio | 0.0007850761% |
| OH439 | Danbury Township, Ohio | 0.0038539475% |
| OH440 | Danville Village, Ohio | 0.0021828768% |
| OH441 | Darby Township, Madison County, Ohio | 0.0011346056% |
| OH442 | Darby Township, Union County, Ohio | 0.0004220559% |
| OH443 | Darbyville Village, Ohio | 0.0000242911% |
| OH444 | Darke County, Ohio | 0.2651621760% |
| OH445 | Dayton City, Ohio | 1.3353086202% |
| OH446 | De Graff Village, Ohio | 0.0013067754% |
| OH447 | Decatur Township, Lawrence County, Ohio | 0.0001043130% |
| OH448 | Decatur Township, Washington County, Ohio | 0.0001169753% |
| OH449 | Deer Park City, Ohio | 0.0107468140% |
| OH450 | Deercreek Township, Ohio | 0.0004275226% |
| OH451 | Deerfield Township, Portage County, Ohio | 0.0008693556% |
| OH452 | Deerfield Township, Ross County, Ohio | 0.0015346168% |
| OH453 | Deerfield Township, Warren County, Ohio | 0.1151454582% |
| OH454 | Deersville Village, Ohio | 0.0000209231% |
| OH455 | Defiance City, Ohio | 0.0658767007% |
| OH456 | Defiance County, Ohio | 0.1709704524% |
| OH457 | Defiance Township, Ohio | 0.0007172505% |
| OH458 | Delaware City, Ohio | 0.1151374756% |
| OH459 | Delaware County, Ohio | 0.4816174702% |
| OH460 | Delaware Township, Defiance County, Ohio | 0.0015007088% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH461 | Delaware Township, Delaware County, Ohio | 0.0075064553% |
| OH462 | Delaware Township, Hancock County, Ohio | 0.0001335254% |
| OH463 | Delhi Township, Ohio | 0.0630446356% |
| OH464 | Dellroy Village, Ohio | 0.0002505477% |
| OH465 | Delphos City, Ohio | 0.0171051813% |
| OH466 | Delta Village, Ohio | 0.0085241620% |
| OH467 | Dennison Village, Ohio | 0.0062570335% |
| OH468 | Deshler Village, Ohio | 0.0009475056% |
| OH469 | Dexter City Village, Ohio | 0.0000689910% |
| OH470 | Dillonvale Village, Ohio | 0.0012431801% |
| OH471 | Dinsmore Township, Ohio | 0.0004170743% |
| OH472 | Dodson Township, Ohio | 0.0105924667% |
| OH473 | Donnelsville Village, Ohio | 0.0002721853% |
| OH474 | Dorset Township, Ohio | 0.0001174083% |
| OH475 | Dover City, Ohio | 0.0416708574% |
| OH476 | Dover Township, Athens County, Ohio | 0.0005002505% |
| OH477 | Dover Township, Tuscarawas County, Ohio | 0.0000886824% |
| OH478 | Dover Township, Union County, Ohio | 0.0005124965% |
| OH479 | Doylestown Village, Ohio | 0.0020721837% |
| OH480 | Dresden Village, Ohio | 0.0028086586% |
| OH481 | Dublin City, Ohio | 0.0949912950% |
| OH482 | Dublin Township, Ohio | 0.0004331371% |
| OH483 | Duchouquet Township, Ohio | 0.0010861190% |
| OH484 | Dunham Township, Ohio | 0.0004344797% |
| OH485 | Dunkirk Village, Ohio | 0.0005233559% |
| OH486 | Dupont Village, Ohio | 0.0006622696% |
| OH487 | Eagle Township, Brown County, Ohio | 0.0090538344% |
| OH488 | Eagle Township, Vinton County, Ohio | 0.0002210767% |
| OH489 | East Canton Village, Ohio | 0.0024838727% |
| OH490 | East Cleveland City, Ohio | 0.0558083674% |
| OH491 | East Liverpool City, Ohio | 0.0368861843% |
| OH492 | East Palestine Village, Ohio | 0.0165861370% |
| OH493 | East Sparta Village, Ohio | 0.0004354199% |
| OH494 | East Union Township, Ohio | 0.0003556733% |
| OH495 | Eastlake City, Ohio | 0.0700788770% |
| OH496 | Eaton City, Ohio | 0.0615604375% |
| OH497 | Eaton Township, Ohio | 0.0004480024% |
| OH498 | Eden Township, Licking County, Ohio | 0.0004448138% |
| OH499 | Eden Township, Seneca County, Ohio | 0.0001102982% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH500 | Eden Township, Wyandot County, Ohio | 0.0000944507% |
| OH501 | Edgerton Village, Ohio | 0.0042354308% |
| OH502 | Edinburg Township, Ohio | 0.0011740363% |
| OH503 | Edison Village, Ohio | 0.0001948360% |
| OH504 | Edon Village, Ohio | 0.0013908558% |
| OH505 | Eldorado Village, Ohio | 0.0003273621% |
| OH506 | Elgin Village, Ohio | 0.0000619504% |
| OH507 | Elida Village, Ohio | 0.0011181382% |
| OH508 | Elizabeth Township, Lawrence County, Ohio | 0.0009562023% |
| OH509 | Elizabeth Township, Miami County, Ohio | 0.0000454274% |
| OH510 | Elk Township, Noble County, Ohio | 0.0000344955% |
| OH511 | Elk Township, Vinton County, Ohio | 0.0002600903% |
| OH512 | Elkrun Township, Ohio | 0.0004259682% |
| OH513 | Ellsworth Township, Ohio | 0.0001965362% |
| OH514 | Elmore Village, Ohio | 0.0016556174% |
| OH515 | Elmwood Place Village, Ohio | 0.0045008025% |
| OH516 | Elyria City, Ohio | 0.2638149975% |
| OH517 | Elyria Township, Ohio | 0.0007693955% |
| OH518 | Empire Village, Ohio | 0.0010041070% |
| OH519 | Englewood City, Ohio | 0.0628005329% |
| OH520 | Enon Village, Ohio | 0.0038378123% |
| OH521 | Erie County, Ohio | 0.4532438208% |
| OH522 | Erie Township, Ohio | 0.0006045408% |
| OH523 | Euclid City, Ohio | 0.0936790366% |
| OH524 | Evendale Village, Ohio | 0.0340357530% |
| OH525 | Fairborn City, Ohio | 0.1544298717% |
| OH526 | Fairfax Village, Ohio | 0.0079411190% |
| OH527 | Fairfield City, Ohio | 0.2893759753% |
| OH528 | Fairfield County, Ohio | 0.6244843622% |
| OH529 | Fairfield Township, Butler County, Ohio | 0.0801075425% |
| OH530 | Fairfield Township, Columbiana County, Ohio | 0.0024759402% |
| OH531 | Fairfield Township, Huron County, Ohio | 0.0006726173% |
| OH532 | Fairfield Township, Tuscarawas County, Ohio | 0.0004138510% |
| OH533 | Fairfield Township, Washington County, Ohio | 0.0000501323% |
| OH534 | Fairlawn City, Ohio | 0.0675346202% |
| OH535 | Fairport Harbor Village, Ohio | 0.0091069372% |
| OH536 | Fairview Park City, Ohio | 0.0218966352% |
| OH537 | Fairview Village, Ohio | 0.0000924858% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH538 | Falls Township, Hocking County, Ohio | 0.0002873384% |
| OH539 | Falls Township, Muskingum County, Ohio | 0.0022068032% |
| OH540 | Farmer Township, Ohio | 0.0002869002% |
| OH541 | Farmersville Village, Ohio | 0.0013667928% |
| OH542 | Farmington Township, Ohio | 0.0015345154% |
| OH543 | Fayette County, Ohio | 0.2554820842% |
| OH544 | Fayette Township, Ohio | 0.0013386832% |
| OH545 | Fayette Village, Ohio | 0.0012352086% |
| OH546 | Fayetteville Village, Ohio | 0.0029455968% |
| OH547 | Fearing Township, Ohio | 0.0004177690% |
| OH548 | Felicity Village, Ohio | 0.0030684641% |
| OH549 | Findlay City, Ohio | 0.1162163280% |
| OH550 | Fitchville Township, Ohio | 0.0003431721% |
| OH551 | Flatrock Township, Ohio | 0.0001691974% |
| OH552 | Fletcher Village, Ohio | 0.0012151836% |
| OH553 | Florence Township, Erie County, Ohio | 0.0013194115% |
| OH554 | Florence Township, Williams County, Ohio | 0.0002671700% |
| OH555 | Florida Village, Ohio | 0.0015566164% |
| OH556 | Flushing Township, Ohio | 0.0005905501% |
| OH557 | Flushing Village, Ohio | 0.0004640036% |
| OH558 | Forest Park City, Ohio | 0.0861415180% |
| OH559 | Forest Village, Ohio | 0.0023324226% |
| OH560 | Fort Jennings Village, Ohio | 0.0004221969% |
| OH561 | Fort Loramie Village, Ohio | 0.0012778446% |
| OH562 | Fort Recovery Village, Ohio | 0.0009926059% |
| OH563 | Fostoria City, Ohio | 0.0512205361% |
| OH564 | Fowler Township, Ohio | 0.0047569976% |
| OH565 | Frankfort Village, Ohio | 0.0079678326% |
| OH566 | Franklin City, Ohio | 0.0535002847% |
| OH567 | Franklin County, Ohio | 5.7883029997% |
| OH568 | Franklin Township, Adams County, Ohio | 0.0010014012% |
| OH569 | Franklin Township, Brown County, Ohio | 0.0023874837% |
| OH570 | Franklin Township, Clermont County, Ohio | 0.0034132353% |
| OH571 | Franklin Township, Columbiana County, Ohio | 0.0006123293% |
| OH572 | Franklin Township, Coshocton County, Ohio | 0.0002449208% |
| OH573 | Franklin Township, Darke County, Ohio | 0.0004797868% |
| OH574 | Franklin Township, Franklin County, Ohio | 0.0440874644% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH575 | Franklin Township, Fulton County, Ohio | 0.0007733787% |
| OH576 | Franklin Township, Jackson County, Ohio | 0.0003038871% |
| OH577 | Franklin Township, Mercer County, Ohio | 0.0012091744% |
| OH578 | Franklin Township, Portage County, Ohio | 0.0001990581% |
| OH579 | Franklin Township, Richland County, Ohio | 0.0008563765% |
| OH580 | Franklin Township, Shelby County, Ohio | 0.0011802315% |
| OH581 | Franklin Township, Tuscarawas County, Ohio | 0.0031235899% |
| OH582 | Franklin Township, Warren County, Ohio | 0.0035372089% |
| OH583 | Frazeysburg Village, Ohio | 0.0003209896% |
| OH584 | Fredericksburg Village, Ohio | 0.0001198464% |
| OH585 | Fredericktown Village, Ohio | 0.0055729507% |
| OH586 | Freedom Township, Portage County, Ohio | 0.0004265530% |
| OH587 | Freedom Township, Wood County, Ohio | 0.0012305895% |
| OH588 | Freeport Township, Ohio | 0.0002576440% |
| OH589 | Freeport Village, Ohio | 0.0001049661% |
| OH590 | Fremont City, Ohio | 0.0724844646% |
| OH591 | Fulton County, Ohio | 0.1830065436% |
| OH592 | Fulton Village, Ohio | 0.0001234266% |
| OH593 | Fultonham Village, Ohio | 0.0000100309% |
| OH594 | Gahanna City, Ohio | 0.0724048588% |
| OH595 | Galena Village, Ohio | 0.0001403305% |
| OH596 | Galion City, Ohio | 0.0440049221% |
| OH597 | Gallia County, Ohio | 0.3272280412% |
| OH598 | Gallipolis Village, Ohio | 0.0421733929% |
| OH599 | Gambier Village, Ohio | 0.0019348227% |
| OH600 | Gann Village, Ohio | 0.0000330739% |
| OH601 | Garfield Heights City, Ohio | 0.0512449222% |
| OH602 | Garrettsville Village, Ohio | 0.0040959299% |
| OH603 | Gasper Township, Ohio | 0.0060234621% |
| OH604 | Gates Mills Village, Ohio | 0.0065784730% |
| OH605 | Geauga County, Ohio | 0.4034987358% |
| OH606 | Geneva City, Ohio | 0.0306905423% |
| OH607 | Geneva Township, Ohio | 0.0015497902% |
| OH608 | Geneva-On-The-Lake Village, Ohio | 0.0052011898% |
| OH609 | Genoa Township, Ohio | 0.0490971668% |
| OH610 | Genoa Village, Ohio | 0.0023769444% |
| OH611 | Georgetown Village, Ohio | 0.0263243336% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH612 | German Township, Auglaize County, Ohio | 0.0003115915% |
| OH613 | German Township, Clark County, Ohio | 0.0120986353% |
| OH614 | German Township, Fulton County, Ohio | 0.0012718979% |
| OH615 | German Township, Harrison County, Ohio | 0.0002671864% |
| OH616 | German Township, Montgomery County, Ohio | 0.0069298793% |
| OH617 | Germantown City, Ohio | 0.0166173231% |
| OH618 | Gettysburg Village, Ohio | 0.0016993673% |
| OH619 | Gibson Township, Ohio | 0.0000992606% |
| OH620 | Gibsonburg Village, Ohio | 0.0033999699% |
| OH621 | Gilboa Village, Ohio | 0.0001572890% |
| OH622 | Gilead Township, Ohio | 0.0002952061% |
| OH623 | Girard City, Ohio | 0.0699056997% |
| OH624 | Glandorf Village, Ohio | 0.0007698884% |
| OH625 | Glendale Village, Ohio | 0.0089682038% |
| OH626 | Glenford Village, Ohio | 0.0004004647% |
| OH627 | Glenmont Village, Ohio | 0.0000756142% |
| OH628 | Glenwillow Village, Ohio | 0.0043105790% |
| OH629 | Gloria Glens Park Village, Ohio | 0.0002361762% |
| OH630 | Glouster Village, Ohio | 0.0025846274% |
| OH631 | Gnadenhutten Village, Ohio | 0.0020889623% |
| OH632 | Golf Manor Village, Ohio | 0.0149804075% |
| OH633 | Good Hope Township, Ohio | 0.0000544952% |
| OH634 | Gordon Village, Ohio | 0.0000369067% |
| OH635 | Gorham Township, Ohio | 0.0003913532% |
| OH636 | Goshen Township, Auglaize County, Ohio | 0.0000178052% |
| OH637 | Goshen Township, Belmont County, Ohio | 0.0007592787% |
| OH638 | Goshen Township, Champaign County, Ohio | 0.0009305060% |
| OH639 | Goshen Township, Clermont County, Ohio | 0.0551461609% |
| OH640 | Goshen Township, Hardin County, Ohio | 0.0002665626% |
| OH641 | Goshen Township, Mahoning County, Ohio | 0.0098390939% |
| OH642 | Goshen Township, Tuscarawas County, Ohio | 0.0000492680% |
| OH643 | Grafton Township, Ohio | 0.0022594905% |
| OH644 | Grafton Village, Ohio | 0.0066908189% |
| OH645 | Grand Prairie Township, Ohio | 0.0006880499% |
| OH646 | Grand Rapids Township, Ohio | 0.0003306061% |
| OH647 | Grand Rapids Village, Ohio | 0.0005020315% |
| OH648 | Grand River Village, Ohio | 0.0044444886% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH649 | Grand Township, Ohio | 0.0000371919% |
| OH650 | Grandview Heights City, Ohio | 0.0363742583% |
| OH651 | Grandview Township, Ohio | 0.0005932320% |
| OH652 | Granger Township, Ohio | 0.0028459226% |
| OH653 | Granville Township, Licking County, Ohio | 0.0126030583% |
| OH654 | Granville Township, Mercer County, Ohio | 0.0015971931% |
| OH655 | Granville Village, Ohio | 0.0103882561% |
| OH656 | Gratiot Village, Ohio | 0.0002067581% |
| OH657 | Gratis Village, Ohio | 0.0064162966% |
| OH658 | Graysville Village, Ohio | 0.0000309746% |
| OH659 | Green Camp Township, Ohio | 0.0011901403% |
| OH660 | Green Camp Village, Ohio | 0.0002045554% |
| OH661 | Green City, Ohio | 0.0847580205% |
| OH662 | Green Creek Township, Ohio | 0.0006872280% |
| OH663 | Green Springs Village, Ohio | 0.0016423298% |
| OH664 | Green Township, Adams County, Ohio | 0.0000263527% |
| OH665 | Green Township, Brown County, Ohio | 0.0034727036% |
| OH666 | Green Township, Clark County, Ohio | 0.0007485095% |
| OH667 | Green Township, Clinton County, Ohio | 0.0001561262% |
| OH668 | Green Township, Fayette County, Ohio | 0.0001235787% |
| OH669 | Green Township, Gallia County, Ohio | 0.0009184428% |
| OH670 | Green Township, Hamilton County, Ohio | 0.0953852812% |
| OH671 | Green Township, Harrison County, Ohio | 0.0005725423% |
| OH672 | Green Township, Hocking County, Ohio | 0.0033142996% |
| OH673 | Green Township, Mahoning County, Ohio | 0.0033902496% |
| OH674 | Green Township, Monroe County, Ohio | 0.0000062341% |
| OH675 | Green Township, Ross County, Ohio | 0.0105357346% |
| OH676 | Green Township, Scioto County, Ohio | 0.0218077775% |
| OH677 | Green Township, Shelby County, Ohio | 0.0000621174% |
| OH678 | Greene County, Ohio | 0.9063855073% |
| OH679 | Greene Township, Ohio | 0.0000341003% |
| OH680 | Greenfield Township, Fairfield County, Ohio | 0.0084982150% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH681 | Greenfield Township, Huron County, Ohio | 0.0011256045% |
| OH682 | Greenfield Village, Ohio | 0.0148836578% |
| OH683 | Greenhills Village, Ohio | 0.0082250286% |
| OH684 | Greensburg Township, Ohio | 0.0001324539% |
| OH685 | Greenville City, Ohio | 0.0550893674% |
| OH686 | Greenville Township, Ohio | 0.0140737464% |
| OH687 | Greenwich Village, Ohio | 0.0017844949% |
| OH688 | Groton Township, Ohio | 0.0005921768% |
| OH689 | Grove City, Ohio | 0.0733060057% |
| OH690 | Groveport City, Ohio | 0.0125549613% |
| OH691 | Grover Hill Village, Ohio | 0.0001863854% |
| OH692 | Guernsey County, Ohio | 0.2910222727% |
| OH693 | Guilford Township, Ohio | 0.0060579183% |
| OH694 | Gustavus Township, Ohio | 0.0000515505% |
| OH695 | Guyan Township, Ohio | 0.0003561309% |
| OH696 | Hambden Township, Ohio | 0.0039432026% |
| OH697 | Hamden Village, Ohio | 0.0009493296% |
| OH698 | Hamer Township, Ohio | 0.0000451704% |
| OH699 | Hamersville Village, Ohio | 0.0007131445% |
| OH700 | Hamilton City, Ohio | 0.6764224012% |
| OH701 | Hamilton County, Ohio | 5.8561869769% |
| OH702 | Hamilton Township, Franklin County, Ohio | 0.0255910434% |
| OH703 | Hamilton Township, Jackson County, Ohio | 0.0005248960% |
| OH704 | Hamilton Township, Lawrence County, Ohio | 0.0009909733% |
| OH705 | Hamilton Township, Warren County, Ohio | 0.0450761424% |
| OH706 | Hamler Village, Ohio | 0.0004060738% |
| OH707 | Hancock County, Ohio | 0.2855617267% |
| OH708 | Hanging Rock Village, Ohio | 0.0019993320% |
| OH709 | Hanover Township, Butler County, Ohio | 0.0098235954% |
| OH710 | Hanover Township, Columbiana County, Ohio | 0.0013178391% |
| OH711 | Hanover Township, Licking County, Ohio | 0.0043184009% |
| OH712 | Hanover Village, Ohio | 0.0008062251% |
| OH713 | Hanoverton Village, Ohio | 0.0010440744% |
| OH714 | Harbor View Village, Ohio | 0.0001526700% |
| OH715 | Hardin County, Ohio | 0.2235793641% |
| OH716 | Harding Township, Ohio | 0.0000272955% |
| OH717 | Hardy Township, Ohio | 0.0013901375% |
| OH718 | Harlan Township, Ohio | 0.0030485156% |
| OH719 | Harlem Township, Ohio | 0.0049245646% |
| OH720 | Harmony Township, Clark County, Ohio | 0.0018916876% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH721 | Harmony Township, Morrow County, Ohio | 0.0001180824% |
| OH722 | Harpersfield Township, Ohio | 0.0005048559% |
| OH723 | Harpster Village, Ohio | 0.0000822938% |
| OH724 | Harris Township, Ohio | 0.0004190567% |
| OH725 | Harrisburg Village, Ohio | 0.0002978367% |
| OH726 | Harrison City, Ohio | 0.0560804997% |
| OH727 | Harrison County, Ohio | 0.0770641930% |
| OH728 | Harrison Township, Champaign County, Ohio | 0.0001374611% |
| OH729 | Harrison Township, Gallia County, Ohio | 0.0002811560% |
| OH730 | Harrison Township, Hamilton County, Ohio | 0.0022712769% |
| OH731 | Harrison Township, Henry County, Ohio | 0.0000203037% |
| OH732 | Harrison Township, Knox County, Ohio | 0.0000165369% |
| OH733 | Harrison Township, Licking County, Ohio | 0.0003058095% |
| OH734 | Harrison Township, Vinton County, Ohio | 0.0000199508% |
| OH735 | Harrison Township, Montgomery County, Ohio | 0.0328749640% |
| OH736 | Harrison Township, Muskingum County, Ohio | 0.0004112679% |
| OH737 | Harrison Township, Paulding County, Ohio | 0.0000657831% |
| OH738 | Harrison Township, Perry County, Ohio | 0.0020762554% |
| OH739 | Harrison Township, Pickaway County, Ohio | 0.0068306454% |
| OH740 | Harrison Township, Preble County, Ohio | 0.0015877060% |
| OH741 | Harrison Township, Scioto County, Ohio | 0.0071650064% |
| OH742 | Harrison Township, Van Wert County, Ohio | 0.0001858511% |
| OH743 | Harrison Township, Vinton County, Ohio | 0.0005201806% |
| OH744 | Harrisville Township, Ohio | 0.0067192115% |
| OH745 | Harrisville Village, Ohio | 0.0000619645% |
| OH746 | Harrod Village, Ohio | 0.0000673593% |
| OH747 | Harrison Township, Vinton County, Ohio | 0.0007413564% |
| OH748 | Hartford Township, Trumbull County, Ohio | 0.0014833648% |
| OH749 | Hartford Village, Ohio | 0.0002502078% |
| OH750 | Hartland Township, Ohio | 0.0000960882% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH751 | Hartsgrove Township, Ohio | 0.0005870417% |
| OH752 | Hartville Village, Ohio | 0.0099058031% |
| OH753 | Harveysburg Village, Ohio | 0.0012100978% |
| OH754 | Haskins Village, Ohio | 0.0008938610% |
| OH755 | Haviland Village, Ohio | 0.0000511646% |
| OH756 | Hayesville Village, Ohio | 0.0000894727% |
| OH757 | Heath City, Ohio | 0.0429986695% |
| OH758 | Hebron Village, Ohio | 0.0150402674% |
| OH759 | Helena Village, Ohio | 0.0000542548% |
| OH760 | Hemlock Village, Ohio | 0.0003549573% |
| OH761 | Henrietta Township, Ohio | 0.0004674808% |
| OH762 | Henry County, Ohio | 0.1089766836% |
| OH763 | Hicksville Township, Ohio | 0.0002096578% |
| OH764 | Hicksville Village, Ohio | 0.0077242363% |
| OH765 | Higginsport Village, Ohio | 0.0015866304% |
| OH766 | Highland County, Ohio | 0.3882850462% |
| OH767 | Highland Heights City, Ohio | 0.0224853394% |
| OH768 | Highland Hills Village, Ohio | 0.0015764629% |
| OH769 | Highland Township, Defiance County, Ohio | 0.0027365866% |
| OH770 | Highland Township, Muskingum County, Ohio | 0.0001705257% |
| OH771 | Highland Village, Ohio | 0.0000677557% |
| OH772 | Hilliard City, Ohio | 0.0500136505% |
| OH773 | Hills and Dales Village, Ohio | 0.0006069453% |
| OH774 | Hillsboro City, Ohio | 0.0707143136% |
| OH775 | Hinckley Township, Ohio | 0.0165323306% |
| OH776 | Hiram Township, Ohio | 0.0008287315% |
| OH777 | Hiram Village, Ohio | 0.0032539898% |
| OH778 | Hocking County, Ohio | 0.2559590488% |
| OH779 | Holgate Village, Ohio | 0.0002774838% |
| OH780 | Holiday City Village, Ohio | 0.0000613051% |
| OH781 | Holland Village, Ohio | 0.0097536077% |
| OH782 | Hollansburg Village, Ohio | 0.0003567645% |
| OH783 | Holloway Village, Ohio | 0.0002671536% |
| OH784 | Holmes County, Ohio | 0.1337033098% |
| OH785 | Holmes Township, Ohio | 0.0003480370% |
| OH786 | Holmesville Village, Ohio | 0.0000436236% |
| OH787 | Homer Township, Medina County, Ohio | 0.0010864103% |
| OH788 | Homer Township, Morgan County, Ohio | 0.0001820827% |
| OH789 | Hopedale Village, Ohio | 0.0002767288% |
| OH790 | Hopewell Township, Licking County, Ohio | 0.0002502078% |
| OH791 | Hopewell Township, Muskingum County, Ohio | 0.0007422883% |
| OH792 | Hopewell Township, Perry County, Ohio | 0.0012909360% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH793 | Hopewell Township, Seneca County, Ohio | 0.0001303525% |
| OH794 | Howard Township, Ohio | 0.0000496108% |
| OH795 | Howland Township, Ohio | 0.0502639031% |
| OH796 | Hoytville Village, Ohio | 0.0002378935% |
| OH797 | Hubbard City, Ohio | 0.0289341396% |
| OH798 | Hubbard Township, Ohio | 0.0153110532% |
| OH799 | Huber Heights City, Ohio | 0.1252489167% |
| OH800 | Hudson City, Ohio | 0.0660214283% |
| OH801 | Hunting Valley Village, Ohio | 0.0076690112% |
| OH802 | Huntington Township, Brown County, Ohio | 0.0072244638% |
| OH803 | Huntington Township, Ross County, Ohio | 0.0066106570% |
| OH804 | Huntsburg Township, Ohio | 0.0006508198% |
| OH805 | Huntsville Village, Ohio | 0.0008479077% |
| OH806 | Huron City, Ohio | 0.0302737409% |
| OH807 | Huron County, Ohio | 0.3638859630% |
| OH808 | Huron Township, Ohio | 0.0007791800% |
| OH809 | Independence City, Ohio | 0.0311578609% |
| OH810 | Independence Township, Ohio | 0.0000751984% |
| OH811 | Irondale Village, Ohio | 0.0001593821% |
| OH812 | Ironton City, Ohio | 0.0888572696% |
| OH813 | Island Creek Township, Ohio | 0.0026616805% |
| OH814 | Israel Township, Ohio | 0.0004746750% |
| OH815 | Ithaca Village, Ohio | 0.0003813690% |
| OH816 | Jackson Center Village, Ohio | 0.0015263144% |
| OH817 | Jackson City, Ohio | 0.0556665988% |
| OH818 | Jackson County, Ohio | 0.4838159524% |
| OH819 | Jackson Township, Allen County, Ohio | 0.0004227108% |
| OH820 | Jackson Township, Ashland County, Ohio | 0.0000162678% |
| OH821 | Jackson Township, Auglaize County, Ohio | 0.0003115915% |
| OH822 | Jackson Township, Brown County, Ohio | 0.0004961005% |
| OH823 | Jackson Township, Clermont County, Ohio | 0.0014652778% |
| OH824 | Jackson Township, Coshocton County, Ohio | 0.0005510719% |
| OH825 | Jackson Township, Crawford County, Ohio | 0.0000108762% |
| OH826 | Jackson Township, Franklin County, Ohio | 0.0661350150% |
| OH827 | Jackson Township, Guernsey County, Ohio | 0.0010334405% |
| OH828 | Jackson Township, Hardin County, Ohio | 0.0015327348% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH829 | Jackson Township, Highland County, Ohio | 0.0000451704% |
| OH830 | Jackson Township, Jackson County, Ohio | 0.0001105044% |
| OH831 | Jackson Township, Mahoning County, Ohio | 0.0058960862% |
| OH832 | Jackson Township, Monroe County, Ohio | 0.0000561065% |
| OH833 | Jackson Township, Montgomery County, Ohio | 0.0086323757% |
| OH834 | Jackson Township, Muskingum County, Ohio | 0.0011435253% |
| OH835 | Jackson Township, Noble County, Ohio | 0.0001207342% |
| OH836 | Jackson Township, Monroe County, Ohio | 0.0001534939% |
| OH837 | Jackson Township, Pickaway County, Ohio | 0.0001894702% |
| OH838 | Jackson Township, Pike County, Ohio | 0.0004309715% |
| OH839 | Jackson Township, Richland County, Ohio | 0.0004638706% |
| OH840 | Jackson Township, Sandusky County, Ohio | 0.0004340387% |
| OH841 | Jackson Township, Seneca County, Ohio | 0.0004311659% |
| OH842 | Jackson Township, Shelby County, Ohio | 0.0013665838% |
| OH843 | Jackson Township, Stark County, Ohio | 0.1371869620% |
| OH844 | Jackson Township, Union County, Ohio | 0.0001416902% |
| OH845 | Jackson Township, Vinton County, Ohio | 0.0000910316% |
| OH846 | Jackson Township, Wood County, Ohio | 0.0001346914% |
| OH847 | Jackson Township, Wyandot County, Ohio | 0.0001214367% |
| OH848 | Jacksonburg Village, Ohio | 0.0002870780% |
| OH849 | Jacksonville Village, Ohio | 0.0008441727% |
| OH850 | Jamestown Village, Ohio | 0.0034877253% |
| OH851 | Jefferson County, Ohio | 0.6622324840% |
| OH852 | Jefferson Township, Adams County, Ohio | 0.0007642272% |
| OH853 | Jefferson Township, Brown County, Ohio | 0.0006821382% |
| OH854 | Jefferson Township, Clinton County, Ohio | 0.0014720474% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH855 | Jefferson Township, Coshocton County, Ohio | 0.0000612302% |
| OH856 | Jefferson Township, Crawford County, Ohio | 0.0004567985% |
| OH857 | Jefferson Township, Fayette County, Ohio | 0.0005898074% |
| OH858 | Jefferson Township, Franklin County, Ohio | 0.0261561693% |
| OH859 | Jefferson Township, Greene County, Ohio | 0.0000619123% |
| OH860 | Jefferson Township, Guernsey County, Ohio | 0.0000679895% |
| OH861 | Jefferson Township, Jackson County, Ohio | 0.0000828783% |
| OH862 | Jefferson Township, Knox County, Ohio | 0.0006284039% |
| OH863 | Jefferson Township, Logan County, Ohio | 0.0002493846% |
| OH864 | Jefferson Township, Madison County, Ohio | 0.0262668976% |
| OH865 | Jefferson Township, Montgomery County, Ohio | 0.0133322246% |
| OH866 | Jefferson Township, Muskingum County, Ohio | 0.0005015462% |
| OH867 | Jefferson Township, Noble County, Ohio | 0.0000172477% |
| OH868 | Jefferson Township, Preble County, Ohio | 0.0008020371% |
| OH869 | Jefferson Township, Richland County, Ohio | 0.0017662765% |
| OH870 | Jefferson Township, Ross County, Ohio | 0.0009148677% |
| OH871 | Jefferson Township, Scioto County, Ohio | 0.0036109358% |
| OH872 | Jefferson Township, Tuscarawas County, Ohio | 0.0008079949% |
| OH873 | Jefferson Township, Williams County, Ohio | 0.0002200224% |
| OH874 | Jefferson Village, Ohio | 0.0039566613% |
| OH875 | Jeffersonville Village, Ohio | 0.0000112344% |
| OH876 | Jenera Village, Ohio | 0.0001194701% |
| OH877 | Jennings Township, Ohio | 0.0002731862% |
| OH878 | Jerome Township, Ohio | 0.0044044550% |
| OH879 | Jeromesville Village, Ohio | 0.0003085668% |
| OH880 | Jerry City Village, Ohio | 0.0003417298% |
| OH881 | Jersey Township, Ohio | 0.0017699883% |
| OH882 | Jerusalem Township, Ohio | 0.0021563480% |
| OH883 | Jerusalem Village, Ohio | 0.0000311703% |
| OH884 | Jewett Village, Ohio | 0.0001813051% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH885 | Johnson Township, Ohio | 0.0002326265% |
| OH886 | Johnston Township, Ohio | 0.0002216522% |
| OH887 | Johnstown Village, Ohio | 0.0092206199% |
| OH888 | Junction City Village, Ohio | 0.0017212480% |
| OH889 | Kalida Village, Ohio | 0.0022682733% |
| OH890 | Kelleys Island Village, Ohio | 0.0028777715% |
| OH891 | Kent City, Ohio | 0.0513285414% |
| OH892 | Kenton City, Ohio | 0.0306658035% |
| OH893 | Kettering City, Ohio | 0.3384195127% |
| OH894 | Kettlersville Village, Ohio | 0.0000266218% |
| OH895 | Killbuck Township, Ohio | 0.0002093931% |
| OH896 | Killbuck Village, Ohio | 0.0010702314% |
| OH897 | Kingston Township, Ohio | 0.0000164977% |
| OH898 | Kingston Village, Ohio | 0.0076824625% |
| OH899 | Kingsville Township, Ohio | 0.0011036385% |
| OH900 | Kinsman Township, Ohio | 0.0020801208% |
| OH901 | Kipton Village, Ohio | 0.0000973918% |
| OH902 | Kirby Village, Ohio | 0.0000472254% |
| OH903 | Kirkersville Village, Ohio | 0.0005560173% |
| OH904 | Kirkwood Township, Ohio | 0.0000140607% |
| OH905 | Kirtland City, Ohio | 0.0223930205% |
| OH906 | Kirtland Hills Village, Ohio | 0.0096850050% |
| OH907 | Knox County, Ohio | 0.3115395206% |
| OH908 | Knox Township, Columbiana County, Ohio | 0.0005191487% |
| OH909 | Knox Township, Guernsey County, Ohio | 0.0002039685% |
| OH910 | Knox Township, Jefferson County, Ohio | 0.0010041070% |
| OH911 | Knox Township, Vinton County, Ohio | 0.0001170406% |
| OH912 | La Grange Township, Ohio | 0.0042170664% |
| OH913 | La Rue Village, Ohio | 0.0006694539% |
| OH914 | Lafayette Township, Ohio | 0.0073805047% |
| OH915 | Lafayette Village, Ohio | 0.0000886329% |
| OH916 | Lagrange Village, Ohio | 0.0054247251% |
| OH917 | Lake County, Ohio | 1.2794251773% |
| OH918 | Lake Township, Stark County, Ohio | 0.0367336076% |
| OH919 | Lake Township, Wood County, Ohio | 0.0141058613% |
| OH920 | Lakeline Village, Ohio | 0.0000947652% |
| OH921 | Lakemore Village, Ohio | 0.0083562888% |
| OH922 | Lakeview Village, Ohio | 0.0008279569% |
| OH923 | Lakewood City, Ohio | 0.1081106545% |
| OH924 | Lancaster City, Ohio | 0.1565040398% |
| OH925 | Latty Township, Ohio | 0.0000877108% |
| OH926 | Latty Village, Ohio | 0.0000219277% |
| OH927 | Laura Village, Ohio | 0.0001135686% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH928 | Laurel Township, Ohio | 0.0001089904% |
| OH929 | Laurelville Village, Ohio | 0.0007183460% |
| OH930 | Lawrence County, Ohio | 0.5322395718% |
| OH931 | Lawrence Township, Lawrence County, Ohio | 0.0093186258% |
| OH932 | Lawrence Township, Stark County, Ohio | 0.0140521883% |
| OH933 | Lawrence Township, Tuscarawas County, Ohio | 0.0052322595% |
| OH934 | Lawrence Township, Washington County, Ohio | 0.0000334215% |
| OH935 | Lebanon City, Ohio | 0.0873597515% |
| OH936 | Lebanon Township, Ohio | 0.0004736376% |
| OH937 | Lee Township, Athens County, Ohio | 0.0005836255% |
| OH938 | Lee Township, Carroll County, Ohio | 0.0000980404% |
| OH939 | Lee Township, Monroe County, Ohio | 0.0000872768% |
| OH940 | Leesburg Township, Ohio | 0.0001989692% |
| OH941 | Leesburg Village, Ohio | 0.0054882077% |
| OH942 | Leesville Village, Ohio | 0.0000217868% |
| OH943 | Leetonia Village, Ohio | 0.0074544436% |
| OH944 | Leipsic Village, Ohio | 0.0030629968% |
| OH945 | Lemon Township, Ohio | 0.0041524079% |
| OH946 | Lenox Township, Ohio | 0.0002582984% |
| OH947 | Leroy Township, Ohio | 0.0053731877% |
| OH948 | Letart Township, Ohio | 0.0005413001% |
| OH949 | Lewis Township, Ohio | 0.0039998104% |
| OH950 | Lewisburg Village, Ohio | 0.0132254277% |
| OH951 | Lewisville Village, Ohio | 0.0001745536% |
| OH952 | Lexington Township, Ohio | 0.0014349065% |
| OH953 | Lexington Village, Ohio | 0.0093220146% |
| OH954 | Liberty Center Village, Ohio | 0.0002842517% |
| OH955 | Liberty Township, Adams County, Ohio | 0.0005534059% |
| OH956 | Liberty Township, Butler County, Ohio | 0.1149425287% |
| OH957 | Liberty Township, Clinton County, Ohio | 0.0016058699% |
| OH958 | Liberty Township, Crawford County, Ohio | 0.0001413900% |
| OH959 | Liberty Township, Darke County, Ohio | 0.0010825959% |
| OH960 | Liberty Township, Delaware County, Ohio | 0.0646792482% |
| OH961 | Liberty Township, Guernsey County, Ohio | 0.0001631748% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH962 | Liberty Township, Hancock County, Ohio | 0.0013703927% |
| OH963 | Liberty Township, Hardin County, Ohio | 0.0010773571% |
| OH964 | Liberty Township, Henry County, Ohio | 0.0006632539% |
| OH965 | Liberty Township, Highland County, Ohio | 0.0016487208% |
| OH966 | Liberty Township, Jackson County, Ohio | 0.0018785750% |
| OH967 | Liberty Township, Knox County, Ohio | 0.0003803498% |
| OH968 | Liberty Township, Licking County, Ohio | 0.0000926695% |
| OH969 | Liberty Township, Logan County, Ohio | 0.0003591138% |
| OH970 | Liberty Township, Mercer County, Ohio | 0.0002526633% |
| OH971 | Liberty Township, Putnam County, Ohio | 0.0002235160% |
| OH972 | Liberty Township, Seneca County, Ohio | 0.0003409218% |
| OH973 | Liberty Township, Trumbull County, Ohio | 0.0688997396% |
| OH974 | Liberty Township, Union County, Ohio | 0.0017726349% |
| OH975 | Liberty Township, Wood County, Ohio | 0.0002142817% |
| OH976 | Lick Township, Ohio | 0.0000552522% |
| OH977 | Licking County, Ohio | 0.7119059883% |
| OH978 | Licking Township, Licking County, Ohio | 0.0031507646% |
| OH979 | Licking Township, Muskingum County, Ohio | 0.0012839582% |
| OH980 | Lima City, Ohio | 0.1727455397% |
| OH981 | Limaville Village, Ohio | 0.0003869608% |
| OH982 | Lincoln Heights Village, Ohio | 0.0083419326% |
| OH983 | Lincoln Township, Ohio | 0.0001771237% |
| OH984 | Lindsey Village, Ohio | 0.0006510581% |
| OH985 | Linndale Village, Ohio | 0.0028091858% |
| OH986 | Lisbon Village, Ohio | 0.0009584285% |
| OH987 | Litchfield Township, Ohio | 0.0019838797% |
| OH988 | Lithopolis Village, Ohio | 0.0014069809% |
| OH989 | Liverpool Township, Columbiana County, Ohio | 0.0053112911% |
| OH990 | Liverpool Township, Medina County, Ohio | 0.0054202427% |
| OH991 | Lockbourne Village, Ohio | 0.0000076368% |
| OH992 | Lockington Village, Ohio | 0.0000443696% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH993 | Lockland Village, Ohio | 0.0146296956% |
| OH994 | Lodi Township, Ohio | 0.0003856097% |
| OH995 | Lodi Village, Ohio | 0.0068845348% |
| OH996 | Logan City, Ohio | 0.0081742815% |
| OH997 | Logan County, Ohio | 0.2671308245% |
| OH998 | Logan Township, Ohio | 0.0001602471% |
| OH999 | London City, Ohio | 0.0432082694% |
| OH1000 | Londonderry Township, Ohio | 0.0001223811% |
| OH1001 | Lorain City, Ohio | 0.2833225817% |
| OH1002 | Lorain County, Ohio | 1.3357776870% |
| OH1003 | Lordstown Village, Ohio | 0.0208012082% |
| OH1004 | Lore City Village, Ohio | 0.0001903706% |
| OH1005 | Lostcreek Township, Ohio | 0.0008063368% |
| OH1006 | Loudon Township, Carroll County, Ohio | 0.0003703748% |
| OH1007 | Loudon Township, Seneca County, Ohio | 0.0000802169% |
| OH1008 | Loudonville Village, Ohio | 0.0063961356% |
| OH1009 | Louisville City, Ohio | 0.0170110645% |
| OH1010 | Loveland City, Ohio | 0.0476149868% |
| OH1011 | Lowell Village, Ohio | 0.0000835538% |
| OH1012 | Lowellville Village, Ohio | 0.0039921417% |
| OH1013 | Lower Salem Village, Ohio | 0.0000220891% |
| OH1014 | Lucas County, Ohio | 3.1972089435% |
| OH1015 | Lucas Village, Ohio | 0.0007671706% |
| OH1016 | Luckey Village, Ohio | 0.0005693772% |
| OH1017 | Ludlow Falls Village, Ohio | 0.0002558525% |
| OH1018 | Ludlow Township, Ohio | 0.0000501323% |
| OH1019 | Lykens Township, Ohio | 0.0000217523% |
| OH1020 | Lynchburg Village, Ohio | 0.0028908592% |
| OH1021 | Lyndhurst City, Ohio | 0.0338761729% |
| OH1022 | Lynn Township, Ohio | 0.0000111068% |
| OH1023 | Lyons Village, Ohio | 0.0001442518% |
| OH1024 | Macedonia City, Ohio | 0.0527014847% |
| OH1025 | Macksburg Village, Ohio | 0.0000477742% |
| OH1026 | Mad River Township, Champaign County, Ohio | 0.0003806616% |
| OH1027 | Mad River Township, Clark County, Ohio | 0.0132962505% |
| OH1028 | Madeira City, Ohio | 0.0133187012% |
| OH1029 | Madison County, Ohio | 0.2562654482% |
| OH1030 | Madison Township, Butler County, Ohio | 0.0065436778% |
| OH1031 | Madison Township, Clark County, Ohio | 0.0028035083% |
| OH1032 | Madison Township, Columbiana County, Ohio | 0.0001863611% |
| OH1033 | Madison Township, Fayette County, Ohio | 0.0003651188% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1034 | Madison Township, Franklin County, Ohio | 0.0648596631% |
| OH1035 | Madison Township, Guernsey County, Ohio | 0.0001087832% |
| OH1036 | Madison Township, Hancock County, Ohio | 0.0001546084% |
| OH1037 | Madison Township, Highland County, Ohio | 0.0000451704% |
| OH1038 | Madison Township, Lake County, Ohio | 0.0185550292% |
| OH1039 | Madison Township, Licking County, Ohio | 0.0016124501% |
| OH1040 | Madison Township, Muskingum County, Ohio | 0.0000200618% |
| OH1041 | Madison Township, Pickaway County, Ohio | 0.0005781272% |
| OH1042 | Madison Township, Richland County, Ohio | 0.0162443911% |
| OH1043 | Madison Township, Sandusky County, Ohio | 0.0010398844% |
| OH1044 | Madison Township, Scioto County, Ohio | 0.0090415557% |
| OH1045 | Madison Township, Williams County, Ohio | 0.0001650168% |
| OH1046 | Madison Village, Ohio | 0.0069557668% |
| OH1047 | Magnetic Springs Village, Ohio | 0.0003286007% |
| OH1048 | Magnolia Village, Ohio | 0.0039121470% |
| OH1049 | Mahoning County, Ohio | 1.6000258367% |
| OH1050 | Maineville Village, Ohio | 0.0020362222% |
| OH1051 | Malaga Township, Ohio | 0.0000561065% |
| OH1052 | Malinta Village, Ohio | 0.0000609111% |
| OH1053 | Malta Village, Ohio | 0.0001392397% |
| OH1054 | Malvern Village, Ohio | 0.0005882424% |
| OH1055 | Manchester Township, Ohio | 0.0013966912% |
| OH1056 | Manchester Village, Ohio | 0.0025562084% |
| OH1057 | Mansfield City, Ohio | 0.2140405926% |
| OH1058 | Mantua Township, Ohio | 0.0000649985% |
| OH1059 | Mantua Village, Ohio | 0.0015884020% |
| OH1060 | Maple Heights City, Ohio | 0.0395380059% |
| OH1061 | Marble Cliff Village, Ohio | 0.0004658471% |
| OH1062 | Marblehead Village, Ohio | 0.0019235388% |
| OH1063 | Marengo Village, Ohio | 0.0002597814% |
| OH1064 | Margaretta Township, Ohio | 0.0078229674% |
| OH1065 | Mariemont Village, Ohio | 0.0153812210% |
| OH1066 | Marietta City, Ohio | 0.0852917164% |
| OH1067 | Marietta Township, Ohio | 0.0002088845% |
| OH1068 | Marion City, Ohio | 0.2496505326% |
| OH1069 | Marion County, Ohio | 0.3374233828% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1070 | Marion Township, Allen County, Ohio | 0.0001840837% |
| OH1071 | Marion Township, Clinton County, Ohio | 0.0020965523% |
| OH1072 | Marion Township, Fayette County, Ohio | 0.0007695582% |
| OH1073 | Marion Township, Hardin County, Ohio | 0.0006108726% |
| OH1074 | Marion Township, Henry County, Ohio | 0.0000947506% |
| OH1075 | Marion Township, Hocking County, Ohio | 0.0001634856% |
| OH1076 | Marion Township, Marion County, Ohio | 0.0526451142% |
| OH1077 | Marion Township, Mercer County, Ohio | 0.0015069562% |
| OH1078 | Marion Township, Pike County, Ohio | 0.0001943597% |
| OH1079 | Mark Township, Ohio | 0.0001324155% |
| OH1080 | Marlboro Township, Delaware County, Ohio | 0.0001979724% |
| OH1081 | Marlboro Township, Stark County, Ohio | 0.0048193068% |
| OH1082 | Marseilles Township, Ohio | 0.0000067465% |
| OH1083 | Marseilles Village, Ohio | 0.0000067465% |
| OH1084 | Marshall Township, Ohio | 0.0006323861% |
| OH1085 | Marshallville Village, Ohio | 0.0004600557% |
| OH1086 | Martins Ferry City, Ohio | 0.0347299689% |
| OH1087 | Martinsburg Village, Ohio | 0.0000165369% |
| OH1088 | Martinsville Village, Ohio | 0.0006022012% |
| OH1089 | Mary Ann Township, Ohio | 0.0009452294% |
| OH1090 | Marysville City, Ohio | 0.0386422342% |
| OH1091 | Mason City, Ohio | 0.1510527828% |
| OH1092 | Mason Township, Ohio | 0.0000347710% |
| OH1093 | Massie Township, Ohio | 0.0001279911% |
| OH1094 | Massillon City, Ohio | 0.1194930798% |
| OH1095 | Matamoras Village, Ohio | 0.0003175044% |
| OH1096 | Maumee City, Ohio | 0.0830057490% |
| OH1097 | Mayfield Heights City, Ohio | 0.0460098010% |
| OH1098 | Mayfield Village, Ohio | 0.0222206201% |
| OH1099 | McArthur Village, Ohio | 0.0034201873% |
| OH1100 | McClure Village, Ohio | 0.0000744469% |
| OH1101 | McComb Village, Ohio | 0.0019536880% |
| OH1102 | McConnelsville Village, Ohio | 0.0038344466% |
| OH1103 | McDonald Township, Ohio | 0.0004331642% |
| OH1104 | McDonald Village, Ohio | 0.0085762358% |
| OH1105 | McGuffey Village, Ohio | 0.0000111068% |
| OH1106 | McKean Township, Ohio | 0.0016773188% |
| OH1107 | McLean Township, Ohio | 0.0000088739% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1108 | Mead Township, Ohio | 0.0016310431% |
| OH1109 | Mecca Township, Ohio | 0.0015686157% |
| OH1110 | Mechanicsburg Village, Ohio | 0.0059742716% |
| OH1111 | Medina City, Ohio | 0.0850942672% |
| OH1112 | Medina County, Ohio | 0.7825696764% |
| OH1113 | Medina Township, Ohio | 0.0180792844% |
| OH1114 | Meigs County, Ohio | 0.1986571471% |
| OH1115 | Meigs Township, Ohio | 0.0019764498% |
| OH1116 | Meigsville Township, Ohio | 0.0000749752% |
| OH1117 | Melrose Village, Ohio | 0.0001123652% |
| OH1118 | Mendon Village, Ohio | 0.0000902369% |
| OH1119 | Mentor City, Ohio | 0.2495262895% |
| OH1120 | Mentor-On-The-Lake City, Ohio | 0.0195974466% |
| OH1121 | Mercer County, Ohio | 0.1655486085% |
| OH1122 | Mesopotamia Township, Ohio | 0.0029496795% |
| OH1123 | Metamora Village, Ohio | 0.0001589872% |
| OH1124 | Meyers Lake Village, Ohio | 0.0015027860% |
| OH1125 | Miami County, Ohio | 0.5778482109% |
| OH1126 | Miami Township, Clermont County, Ohio | 0.2187745945% |
| OH1127 | Miami Township, Greene County, Ohio | 0.0056649739% |
| OH1128 | Miami Township, Hamilton County, Ohio | 0.0222368033% |
| OH1129 | Miami Township, Logan County, Ohio | 0.0002394092% |
| OH1130 | Miami Township, Montgomery County, Ohio | 0.1354683508% |
| OH1131 | Miamisburg City, Ohio | 0.1660413479% |
| OH1132 | Middle Point Village, Ohio | 0.0010159860% |
| OH1133 | Middleburg Heights City, Ohio | 0.0377244809% |
| OH1134 | Middlebury Township, Ohio | 0.0002811281% |
| OH1135 | Middlefield Village, Ohio | 0.0110639374% |
| OH1136 | Middleport Village, Ohio | 0.0066985891% |
| OH1137 | Middleton Township, Columbiana County, Ohio | 0.0013311506% |
| OH1138 | Middleton Township, Wood County, Ohio | 0.0032264709% |
| OH1139 | Middletown City, Ohio | 0.5826547123% |
| OH1140 | Midland Village, Ohio | 0.0000223037% |
| OH1141 | Midvale Village, Ohio | 0.0004926798% |
| OH1142 | Midway Village, Ohio | 0.0006778443% |
| OH1143 | Mifflin Township, Ashland County, Ohio | 0.0003416231% |
| OH1144 | Mifflin Township, Franklin County, Ohio | 0.0915733216% |
| OH1145 | Mifflin Township, Pike County, Ohio | 0.0001267563% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1146 | Mifflin Township, Richland County, Ohio | 0.0080552911% |
| OH1147 | Mifflin Township, Wyandot County, Ohio | 0.0001214367% |
| OH1148 | Mifflin Village, Ohio | 0.0001545438% |
| OH1149 | Milan Township, Ohio | 0.0020258680% |
| OH1150 | Milan Village, Ohio | 0.0040820332% |
| OH1151 | Milford Center Village, Ohio | 0.0000633084% |
| OH1152 | Milford City, Ohio | 0.0751522099% |
| OH1153 | Milford Township, Butler County, Ohio | 0.0015672512% |
| OH1154 | Milford Township, Defiance County, Ohio | 0.0002979348% |
| OH1155 | Mill Creek Township, Coshocton County, Ohio | 0.0000229613% |
| OH1156 | Mill Creek Township, Williams County, Ohio | 0.0000628635% |
| OH1157 | Mill Township, Ohio | 0.0121593375% |
| OH1158 | Millbury Village, Ohio | 0.0009905091% |
| OH1159 | Millcreek Township, Ohio | 0.0000180881% |
| OH1160 | Milledgeville Village, Ohio | 0.0000257235% |
| OH1161 | Miller City Village, Ohio | 0.0000248351% |
| OH1162 | Miller Township, Ohio | 0.0008599212% |
| OH1163 | Millersburg Village, Ohio | 0.0018263731% |
| OH1164 | Millersport Village, Ohio | 0.0058664571% |
| OH1165 | Millville Village, Ohio | 0.0076100550% |
| OH1166 | Millwood Township, Ohio | 0.0000543916% |
| OH1167 | Milton Center Village, Ohio | 0.0000061223% |
| OH1168 | Milton Township, Ashland County, Ohio | 0.0000162678% |
| OH1169 | Milton Township, Mahoning County, Ohio | 0.0048642711% |
| OH1170 | Miltonsburg Village, Ohio | 0.0000172975% |
| OH1171 | Mineral City Village, Ohio | 0.0026506173% |
| OH1172 | Minerva Park Village, Ohio | 0.0030776456% |
| OH1173 | Minerva Village, Ohio | 0.0118214870% |
| OH1174 | Mingo Junction Village, Ohio | 0.0074909571% |
| OH1175 | Minster Village, Ohio | 0.0056442578% |
| OH1176 | Mississinawa Township, Ohio | 0.0003444623% |
| OH1177 | Mogadore Village, Ohio | 0.0107618198% |
| OH1178 | Monclova Township, Ohio | 0.0108181339% |
| OH1179 | Monday Creek Township, Ohio | 0.0000430312% |
| OH1180 | Monroe City, Ohio | 0.1198391105% |
| OH1181 | Monroe County, Ohio | 0.0768222745% |
| OH1182 | Monroe Township, Adams County, Ohio | 0.0016865705% |
| OH1183 | Monroe Township, Allen County, Ohio | 0.0002727166% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1184 | Monroe Township, Carroll County, Ohio | 0.0010130841% |
| OH1185 | Monroe Township, Clermont County, Ohio | 0.0034821896% |
| OH1186 | Monroe Township, Darke County, Ohio | 0.0006151113% |
| OH1187 | Monroe Township, Guernsey County, Ohio | 0.0001903706% |
| OH1188 | Monroe Township, Harrison County, Ohio | 0.0003530677% |
| OH1189 | Monroe Township, Knox County, Ohio | 0.0021828768% |
| OH1190 | Monroe Township, Licking County, Ohio | 0.0160503654% |
| OH1191 | Monroe Township, Logan County, Ohio | 0.0001895323% |
| OH1192 | Monroe Township, Muskingum County, Ohio | 0.0001203711% |
| OH1193 | Monroe Township, Perry County, Ohio | 0.0000753046% |
| OH1194 | Monroe Township, Pickaway County, Ohio | 0.0003740823% |
| OH1195 | Monroe Township, Preble County, Ohio | 0.0020296448% |
| OH1196 | Monroe Township, Putnam County, Ohio | 0.0007698884% |
| OH1197 | Monroe Township, Richland County, Ohio | 0.0011596765% |
| OH1198 | Monroeville Village, Ohio | 0.0057515643% |
| OH1199 | Monterey Township, Ohio | 0.0001158972% |
| OH1200 | Montezuma Village, Ohio | 0.0003248528% |
| OH1201 | Montgomery City, Ohio | 0.0491831661% |
| OH1202 | Montgomery County, Ohio | 5.1644746001% |
| OH1203 | Montgomery Township, Marion County, Ohio | 0.0007252418% |
| OH1204 | Montgomery Township, Wood County, Ohio | 0.0011448768% |
| OH1205 | Montpelier Village, Ohio | 0.0054141221% |
| OH1206 | Montville Township, Geauga County, Ohio | 0.0005742528% |
| OH1207 | Montville Township, Medina County, Ohio | 0.0202875314% |
| OH1208 | Moorefield Township, Ohio | 0.0090773788% |
| OH1209 | Moraine City, Ohio | 0.0890573422% |
| OH1210 | Moreland Hills Village, Ohio | 0.0034611065% |
| OH1211 | Morgan County, Ohio | 0.0873568346% |
| OH1212 | Morgan Township, Ashtabula County, Ohio | 0.0013032327% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1213 | Morgan Township, Butler County, Ohio | 0.0060266465% |
| OH1214 | Morgan Township, Gallia County, Ohio | 0.0004498495% |
| OH1215 | Morgan Township, Knox County, Ohio | 0.0013394926% |
| OH1216 | Morgan Township, Scioto County, Ohio | 0.0014216283% |
| OH1217 | Morral Village, Ohio | 0.0008926053% |
| OH1218 | Morris Township, Ohio | 0.0000330739% |
| OH1219 | Morristown Village, Ohio | 0.0004780643% |
| OH1220 | Morrow County, Ohio | 0.2192732037% |
| OH1221 | Morrow Village, Ohio | 0.0015475289% |
| OH1222 | Moscow Village, Ohio | 0.0010343137% |
| OH1223 | Moulton Township, Ohio | 0.0002403706% |
| OH1224 | Mount Blanchard Village, Ohio | 0.0000632489% |
| OH1225 | Mount Cory Village, Ohio | 0.0001194701% |
| OH1226 | Mount Eaton Village, Ohio | 0.0003286112% |
| OH1227 | Mount Gilead Village, Ohio | 0.0047705309% |
| OH1228 | Mount Healthy City, Ohio | 0.0150472097% |
| OH1229 | Mount Orab Village, Ohio | 0.0858253892% |
| OH1230 | Mount Pleasant Township, Ohio | 0.0009562924% |
| OH1231 | Mount Pleasant Village, Ohio | 0.0001593821% |
| OH1232 | Mount Sterling Village, Ohio | 0.0092167280% |
| OH1233 | Mount Vernon City, Ohio | 0.0916146794% |
| OH1234 | Mount Victory Village, Ohio | 0.0003726928% |
| OH1235 | Mowrystown Village, Ohio | 0.0099826658% |
| OH1236 | Munroe Falls City, Ohio | 0.0144765234% |
| OH1237 | Munson Township, Ohio | 0.0126431327% |
| OH1238 | Murray City Village, Ohio | 0.0003666041% |
| OH1239 | Muskingum County, Ohio | 0.5186890264% |
| OH1240 | Muskingum Township, Ohio | 0.0034591272% |
| OH1241 | Mutual Village, Ohio | 0.0000512624% |
| OH1242 | Napoleon City, Ohio | 0.0200262083% |
| OH1243 | Napoleon Township, Ohio | 0.0008595230% |
| OH1244 | Nashville Village, Ohio | 0.0001163295% |
| OH1245 | Navarre Village, Ohio | 0.0045125337% |
| OH1246 | Nellie Village, Ohio | 0.0000766034% |
| OH1247 | Nelsonville City, Ohio | 0.0153618582% |
| OH1248 | Nevada Village, Ohio | 0.0000539719% |
| OH1249 | Neville Village, Ohio | 0.0000172386% |
| OH1250 | New Albany City, Ohio | 0.0355984449% |
| OH1251 | New Alexandria Village, Ohio | 0.0001593821% |
| OH1252 | New Athens Village, Ohio | 0.0001049661% |
| OH1253 | New Bavaria Village, Ohio | 0.0001925555% |
| OH1254 | New Bloomington Village, Ohio | 0.0006286558% |
| OH1255 | New Boston Village, Ohio | 0.0217793450% |
| OH1256 | New Bremen Village, Ohio | 0.0076829566% |
| OH1257 | New Carlisle City, Ohio | 0.0121258538% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1258 | New Concord Village, Ohio | 0.0073426360% |
| OH1259 | New Franklin City, Ohio | 0.0293867642% |
| OH1260 | New Haven Township, Ohio | 0.0016334992% |
| OH1261 | New Holland Village, Ohio | 0.0001903085% |
| OH1262 | New Jasper Township, Ohio | 0.0016406755% |
| OH1263 | New Knoxville Village, Ohio | 0.0011840478% |
| OH1264 | New Lebanon Village, Ohio | 0.0058388430% |
| OH1265 | New Lexington Village, Ohio | 0.0129954223% |
| OH1266 | New London Township, Ohio | 0.0002882646% |
| OH1267 | New London Village, Ohio | 0.0030473682% |
| OH1268 | New Madison Village, Ohio | 0.0016608005% |
| OH1269 | New Market Township, Ohio | 0.0002484374% |
| OH1270 | New Miami Village, Ohio | 0.0024074272% |
| OH1271 | New Middletown Village, Ohio | 0.0007615778% |
| OH1272 | New Paris Village, Ohio | 0.0016204423% |
| OH1273 | New Philadelphia City, Ohio | 0.0774788253% |
| OH1274 | New Richmond Village, Ohio | 0.0330808011% |
| OH1275 | New Riegel Village, Ohio | 0.0002406507% |
| OH1276 | New Russia Township, Ohio | 0.0008375698% |
| OH1277 | New Straitsville Village, Ohio | 0.0021300444% |
| OH1278 | New Vienna Village, Ohio | 0.0009144537% |
| OH1279 | New Washington Village, Ohio | 0.0012290055% |
| OH1280 | New Waterford Village, Ohio | 0.0048586998% |
| OH1281 | New Weston Village, Ohio | 0.0000861156% |
| OH1282 | Newark City, Ohio | 0.1777772576% |
| OH1283 | Newark Township, Ohio | 0.0018255901% |
| OH1284 | Newberry Township, Ohio | 0.0019874499% |
| OH1285 | Newburgh Heights Village, Ohio | 0.0042789708% |
| OH1286 | Newbury Township, Ohio | 0.0027755552% |
| OH1287 | Newcomerstown Village, Ohio | 0.0076759513% |
| OH1288 | Newton Falls Village, Ohio | 0.0365044154% |
| OH1289 | Newton Township, Licking County, Ohio | 0.0011027676% |
| OH1290 | Newton Township, Muskingum County, Ohio | 0.0020262466% |
| OH1291 | Newton Township, Pike County, Ohio | 0.0002281614% |
| OH1292 | Newton Township, Trumbull County, Ohio | 0.0026939270% |
| OH1293 | Newtonsville Village, Ohio | 0.0005516340% |
| OH1294 | Newtown Village, Ohio | 0.0057282940% |
| OH1295 | Ney Village, Ohio | 0.0000662077% |
| OH1296 | Nile Township, Ohio | 0.0052315920% |
| OH1297 | Niles City, Ohio | 0.1643806952% |
| OH1298 | Nimishillen Township, Ohio | 0.0122610291% |
| OH1299 | Noble County, Ohio | 0.0987433126% |
| OH1300 | Noble Township, Auglaize County, Ohio | 0.0000089026% |

G-180

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1301 | Noble Township, Defiance County, Ohio | 0.0003420733% |
| OH1302 | Noble Township, Noble County, Ohio | 0.0008278915% |
| OH1303 | North Baltimore Village, Ohio | 0.0034529973% |
| OH1304 | North Bend Village, Ohio | 0.0025608089% |
| OH1305 | North Bloomfield Township, Ohio | 0.0004132886% |
| OH1306 | North Canton City, Ohio | 0.0524878920% |
| OH1307 | North College Hill City, Ohio | 0.0194144077% |
| OH1308 | North Fairfield Village, Ohio | 0.0000686344% |
| OH1309 | North Hampton Village, Ohio | 0.0018236413% |
| OH1310 | North Kingsville Village, Ohio | 0.0058586766% |
| OH1311 | North Lewisburg Village, Ohio | 0.0040569220% |
| OH1312 | North Olmsted City, Ohio | 0.0399884238% |
| OH1313 | North Perry Village, Ohio | 0.0021416939% |
| OH1314 | North Randall Village, Ohio | 0.0010272691% |
| OH1315 | North Ridgeville City, Ohio | 0.1099748579% |
| OH1316 | North Robinson Village, Ohio | 0.0000652569% |
| OH1317 | North Royalton City, Ohio | 0.0490362937% |
| OH1318 | North Star Village, Ohio | 0.0006041028% |
| OH1319 | North Township, Ohio | 0.0006202542% |
| OH1320 | Northfield Center Township, Ohio | 0.0055419447% |
| OH1321 | Northfield Village, Ohio | 0.0204907382% |
| OH1322 | Northwest Township, Ohio | 0.0003378915% |
| OH1323 | Northwood City, Ohio | 0.0154037964% |
| OH1324 | Norton City, Ohio | 0.0374368018% |
| OH1325 | Norwalk City, Ohio | 0.0671930963% |
| OH1326 | Norwalk Township, Ohio | 0.0009746088% |
| OH1327 | Norwich Township, Franklin County, Ohio | 0.0881825657% |
| OH1328 | Norwich Township, Huron County, Ohio | 0.0005490754% |
| OH1329 | Norwich Village, Ohio | 0.0000776491% |
| OH1330 | Norwood City, Ohio | 0.1133550899% |
| OH1331 | Nottingham Township, Ohio | 0.0002290169% |
| OH1332 | Oak Harbor Village, Ohio | 0.0043210926% |
| OH1333 | Oak Hill Village, Ohio | 0.0009945397% |
| OH1334 | Oakwood City, Ohio | 0.0665292396% |
| OH1335 | Oakwood Village, Cuyahoga County, Ohio | 0.0160412015% |
| OH1336 | Oakwood Village, Paulding County, Ohio | 0.0006103209% |
| OH1337 | Oberlin City, Ohio | 0.0523286319% |
| OH1338 | Obetz Village, Ohio | 0.0012677151% |
| OH1339 | Octa Village, Ohio | 0.0000132032% |
| OH1340 | Ohio City Village, Ohio | 0.0013381279% |
| OH1341 | Ohio Township, Clermont County, Ohio | 0.0024995915% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1342 | Ohio Township, Monroe County, Ohio | 0.0002805325% |
| OH1343 | Old Washington Village, Ohio | 0.0016589439% |
| OH1344 | Olive Township, Meigs County, Ohio | 0.0005413001% |
| OH1345 | Olive Township, Noble County, Ohio | 0.0002069729% |
| OH1346 | Olmsted Falls City, Ohio | 0.0116318466% |
| OH1347 | Olmsted Township, Ohio | 0.0148163807% |
| OH1348 | Ontario City, Ohio | 0.0192773910% |
| OH1349 | Orange Township, Ashland County, Ohio | 0.0004880329% |
| OH1350 | Orange Township, Carroll County, Ohio | 0.0003703748% |
| OH1351 | Orange Township, Delaware County, Ohio | 0.0531556020% |
| OH1352 | Orange Township, Meigs County, Ohio | 0.0003383126% |
| OH1353 | Orange Township, Shelby County, Ohio | 0.0011891054% |
| OH1354 | Orange Village, Ohio | 0.0100237754% |
| OH1355 | Orangeville Village, Ohio | 0.0005285553% |
| OH1356 | Oregon City, Ohio | 0.0936692081% |
| OH1357 | Orrville City, Ohio | 0.0089614214% |
| OH1358 | Orwell Township, Ohio | 0.0004813742% |
| OH1359 | Orwell Village, Ohio | 0.0054712290% |
| OH1360 | Osgood Village, Ohio | 0.0000984178% |
| OH1361 | Osnaburg Township, Ohio | 0.0017515756% |
| OH1362 | Ostrander Village, Ohio | 0.0001237328% |
| OH1363 | Ottawa County, Ohio | 0.2393019717% |
| OH1364 | Ottawa Hills Village, Ohio | 0.0134021121% |
| OH1365 | Ottawa Village, Ohio | 0.0047352274% |
| OH1366 | Ottoville Village, Ohio | 0.0010927448% |
| OH1367 | Otway Village, Ohio | 0.0001137303% |
| OH1368 | Owensville Village, Ohio | 0.0008791667% |
| OH1369 | Oxford City, Ohio | 0.0794612533% |
| OH1370 | Oxford Township, Butler County, Ohio | 0.1101599888% |
| OH1371 | Oxford Township, Coshocton County, Ohio | 0.0002143057% |
| OH1372 | Oxford Township, Guernsey County, Ohio | 0.0001223811% |
| OH1373 | Oxford Township, Tuscarawas County, Ohio | 0.0000788288% |
| OH1374 | Painesville City, Ohio | 0.0828627046% |
| OH1375 | Painesville Township, Ohio | 0.0334236916% |
| OH1376 | Paint Township, Fayette County, Ohio | 0.0000280861% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1377 | Paint Township, Highland County, Ohio | 0.0002710226% |
| OH1378 | Paint Township, Holmes County, Ohio | 0.0004187862% |
| OH1379 | Paint Township, Madison County, Ohio | 0.0000155425% |
| OH1380 | Paint Township, Ross County, Ohio | 0.0003836542% |
| OH1381 | Paint Township, Wayne County, Ohio | 0.0001894347% |
| OH1382 | Palestine Village, Ohio | 0.0005121741% |
| OH1383 | Palmer Township, Ohio | 0.0000584877% |
| OH1384 | Palmyra Township, Ohio | 0.0008124819% |
| OH1385 | Pandora Village, Ohio | 0.0009188990% |
| OH1386 | Paris Township, Portage County, Ohio | 0.0001503091% |
| OH1387 | Paris Township, Stark County, Ohio | 0.0010390703% |
| OH1388 | Parkman Township, Ohio | 0.0008613792% |
| OH1389 | Parma City, Ohio | 0.1543116176% |
| OH1390 | Parma Heights City, Ohio | 0.0326118418% |
| OH1391 | Parral Village, Ohio | 0.0000098536% |
| OH1392 | Pataskala City, Ohio | 0.0174033408% |
| OH1393 | Patterson Village, Ohio | 0.0000841761% |
| OH1394 | Paulding County, Ohio | 0.0839721160% |
| OH1395 | Paulding Township, Ohio | 0.0001534939% |
| OH1396 | Paulding Village, Ohio | 0.0016847781% |
| OH1397 | Paxton Township, Ohio | 0.0010329152% |
| OH1398 | Payne Village, Ohio | 0.0005664655% |
| OH1399 | Pease Township, Ohio | 0.0005202465% |
| OH1400 | Pebble Township, Ohio | 0.0003464673% |
| OH1401 | Pee Pee Township, Ohio | 0.0015041749% |
| OH1402 | Peebles Village, Ohio | 0.0067989872% |
| OH1403 | Pemberville Village, Ohio | 0.0012856905% |
| OH1404 | Peninsula Village, Ohio | 0.0050407601% |
| OH1405 | Penn Township, Ohio | 0.0001392397% |
| OH1406 | Pepper Pike City, Ohio | 0.0193758750% |
| OH1407 | Perkins Township, Ohio | 0.0512077107% |
| OH1408 | Perry County, Ohio | 0.2380485965% |
| OH1409 | Perry Township, Allen County, Ohio | 0.0045543679% |
| OH1410 | Perry Township, Brown County, Ohio | 0.0143559087% |
| OH1411 | Perry Township, Columbiana County, Ohio | 0.0048853229% |
| OH1412 | Perry Township, Fayette County, Ohio | 0.0003538844% |
| OH1413 | Perry Township, Franklin County, Ohio | 0.0091642053% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1414 | Perry Township, Lake County, Ohio | 0.0025586608% |
| OH1415 | Perry Township, Lawrence County, Ohio | 0.0009214313% |
| OH1416 | Perry Township, Licking County, Ohio | 0.0016309840% |
| OH1417 | Perry Township, Logan County, Ohio | 0.0026933538% |
| OH1418 | Perry Township, Monroe County, Ohio | 0.0000872768% |
| OH1419 | Perry Township, Muskingum County, Ohio | 0.0027986277% |
| OH1420 | Perry Township, Pickaway County, Ohio | 0.0000291493% |
| OH1421 | Perry Township, Pike County, Ohio | 0.0001267563% |
| OH1422 | Perry Township, Putnam County, Ohio | 0.0000082784% |
| OH1423 | Perry Township, Richland County, Ohio | 0.0004103471% |
| OH1424 | Perry Township, Stark County, Ohio | 0.0537347763% |
| OH1425 | Perry Township, Wood County, Ohio | 0.0001040797% |
| OH1426 | Perry Village, Ohio | 0.0054300469% |
| OH1427 | Perrysburg City, Ohio | 0.0576846462% |
| OH1428 | Perrysburg Township, Ohio | 0.0342177338% |
| OH1429 | Perrysville Village, Ohio | 0.0008459238% |
| OH1430 | Peru Township, Huron County, Ohio | 0.0000274538% |
| OH1431 | Peru Township, Morrow County, Ohio | 0.0000708495% |
| OH1432 | Phillipsburg Village, Ohio | 0.0041962937% |
| OH1433 | Philo Village, Ohio | 0.0010532470% |
| OH1434 | Pickaway County, Ohio | 0.0934088328% |
| OH1435 | Pickaway Township, Ohio | 0.0005441197% |
| OH1436 | Pickerington City, Ohio | 0.0350194279% |
| OH1437 | Pierce Township, Ohio | 0.0721778605% |
| OH1438 | Pierpont Township, Ohio | 0.0011858243% |
| OH1439 | Pike County, Ohio | 0.3072066041% |
| OH1440 | Pike Township, Brown County, Ohio | 0.0024184900% |
| OH1441 | Pike Township, Clark County, Ohio | 0.0026810249% |
| OH1442 | Pike Township, Perry County, Ohio | 0.0022268646% |
| OH1443 | Pike Township, Stark County, Ohio | 0.0021276201% |
| OH1444 | Piketon Village, Ohio | 0.0023999196% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1445 | Pioneer Village, Ohio | 0.0028760068% |
| OH1446 | Piqua City, Ohio | 0.0869480927% |
| OH1447 | Pitsburg Village, Ohio | 0.0005659024% |
| OH1448 | Pitt Township, Ohio | 0.0002833522% |
| OH1449 | Plain City Village, Ohio | 0.0102501421% |
| OH1450 | Plain Township, Franklin County, Ohio | 0.0388485937% |
| OH1451 | Plain Township, Stark County, Ohio | 0.0464019090% |
| OH1452 | Plain Township, Wayne County, Ohio | 0.0002976831% |
| OH1453 | Plain Township, Wood County, Ohio | 0.0002693828% |
| OH1454 | Plainfield Village, Ohio | 0.0000153076% |
| OH1455 | Pleasant City Village, Ohio | 0.0008654831% |
| OH1456 | Pleasant Hill Village, Ohio | 0.0002839214% |
| OH1457 | Pleasant Plain Village, Ohio | 0.0000116356% |
| OH1458 | Pleasant Township, Brown County, Ohio | 0.0012092450% |
| OH1459 | Pleasant Township, Clark County, Ohio | 0.0032390047% |
| OH1460 | Pleasant Township, Fairfield County, Ohio | 0.0068849393% |
| OH1461 | Pleasant Township, Franklin County, Ohio | 0.0137844922% |
| OH1462 | Pleasant Township, Hancock County, Ohio | 0.0002811062% |
| OH1463 | Pleasant Township, Henry County, Ohio | 0.0002233406% |
| OH1464 | Pleasant Township, Knox County, Ohio | 0.0045641970% |
| OH1465 | Pleasant Township, Marion County, Ohio | 0.0096326984% |
| OH1466 | Pleasant Township, Perry County, Ohio | 0.0001828826% |
| OH1467 | Pleasant Township, Seneca County, Ohio | 0.0003208676% |
| OH1468 | Pleasant Township, Van Wert County, Ohio | 0.0002849717% |
| OH1469 | Pleasantville Village, Ohio | 0.0000570350% |
| OH1470 | Plymouth Township, Ohio | 0.0017493844% |
| OH1471 | Plymouth Village, Ohio | 0.0065060016% |
| OH1472 | Poland Township, Ohio | 0.0148262002% |
| OH1473 | Poland Village, Ohio | 0.0061663235% |
| OH1474 | Polk Township, Ohio | 0.0010767393% |
| OH1475 | Polk Village, Ohio | 0.0000406694% |
| OH1476 | Pomeroy Village, Ohio | 0.0093881741% |
| OH1477 | Port Clinton City, Ohio | 0.0145364578% |
| OH1478 | Port Jefferson Village, Ohio | 0.0003105872% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1479 | Port Washington Village, Ohio | 0.0003251687% |
| OH1480 | Port William Village, Ohio | 0.0010928837% |
| OH1481 | Portage County, Ohio | 0.9187057360% |
| OH1482 | Portage Township, Hancock County, Ohio | 0.0001686637% |
| OH1483 | Portage Township, Ottawa County, Ohio | 0.0000480885% |
| OH1484 | Portage Township, Wood County, Ohio | 0.0001408137% |
| OH1485 | Portage Village, Ohio | 0.0016040519% |
| OH1486 | Porter Township, Delaware County, Ohio | 0.0036954857% |
| OH1487 | Porter Township, Scioto County, Ohio | 0.0395496982% |
| OH1488 | Portsmouth City, Ohio | 0.2233662325% |
| OH1489 | Potsdam Village, Ohio | 0.0000227137% |
| OH1490 | Powell City, Ohio | 0.0184361841% |
| OH1491 | Powhatan Point Village, Ohio | 0.0016591645% |
| OH1492 | Prairie Township, Franklin County, Ohio | 0.0344574120% |
| OH1493 | Prairie Township, Holmes County, Ohio | 0.0003867956% |
| OH1494 | Preble County, Ohio | 0.3067055248% |
| OH1495 | Proctorville Village, Ohio | 0.0018254771% |
| OH1496 | Prospect Village, Ohio | 0.0011157566% |
| OH1497 | Providence Township, Ohio | 0.0026476678% |
| OH1498 | Pulaski Township, Ohio | 0.0002907439% |
| OH1499 | Pultney Township, Ohio | 0.0018560145% |
| OH1500 | Pusheta Township, Ohio | 0.0002670784% |
| OH1501 | Put In Bay Township, Ohio | 0.0034623699% |
| OH1502 | Put-In-Bay Village, Ohio | 0.0040050827% |
| OH1503 | Putnam County, Ohio | 0.1372967601% |
| OH1504 | Quaker City Village, Ohio | 0.0004351328% |
| OH1505 | Quincy Village, Ohio | 0.0003391631% |
| OH1506 | Raccoon Township, Ohio | 0.0003561309% |
| OH1507 | Racine Village, Ohio | 0.0010826003% |
| OH1508 | Radnor Township, Ohio | 0.0001814747% |
| OH1509 | Randolph Township, Ohio | 0.0013730943% |
| OH1510 | Range Township, Ohio | 0.0007149570% |
| OH1511 | Rarden Township, Ohio | 0.0020471447% |
| OH1512 | Rarden Village, Ohio | 0.0005117862% |
| OH1513 | Ravenna City, Ohio | 0.0218557620% |
| OH1514 | Ravenna Township, Ohio | 0.0059636168% |
| OH1515 | Rawson Village, Ohio | 0.0001405531% |
| OH1516 | Rayland Village, Ohio | 0.0003984552% |
| OH1517 | Reading City, Ohio | 0.0457344992% |
| OH1518 | Reading Township, Ohio | 0.0019364040% |
| OH1519 | Recovery Township, Ohio | 0.0000812132% |
| OH1520 | Reily Township, Ohio | 0.0012764211% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1521 | Reminderville Village, Ohio | 0.0151415568% |
| OH1522 | Rendville Village, Ohio | 0.0001828826% |
| OH1523 | Republic Village, Ohio | 0.0011130095% |
| OH1524 | Reynoldsburg City, Ohio | 0.0697130845% |
| OH1525 | Rice Township, Ohio | 0.0003978688% |
| OH1526 | Richfield Township, Henry County, Ohio | 0.0023349246% |
| OH1527 | Richfield Township, Lucas County, Ohio | 0.0047039321% |
| OH1528 | Richfield Township, Summit County, Ohio | 0.0095996121% |
| OH1529 | Richfield Village, Ohio | 0.0399887454% |
| OH1530 | Richland County, Ohio | 0.7455113947% |
| OH1531 | Richland Township, Allen County, Ohio | 0.0002999883% |
| OH1532 | Richland Township, Belmont County, Ohio | 0.0026715361% |
| OH1533 | Richland Township, Clinton County, Ohio | 0.0005798975% |
| OH1534 | Richland Township, Darke County, Ohio | 0.0002952534% |
| OH1535 | Richland Township, Fairfield County, Ohio | 0.0003503579% |
| OH1536 | Richland Township, Holmes County, Ohio | 0.0001483201% |
| OH1537 | Richland Township, Wyandot County, Ohio | 0.0001079437% |
| OH1538 | Richmond Heights City, Ohio | 0.0218650269% |
| OH1539 | Richmond Township, Ashtabula County, Ohio | 0.0003170025% |
| OH1540 | Richmond Township, Huron County, Ohio | 0.0015099572% |
| OH1541 | Richmond Village, Ohio | 0.0007609773% |
| OH1542 | Richwood Village, Ohio | 0.0014048433% |
| OH1543 | Ridgefield Township, Ohio | 0.0003431721% |
| OH1544 | Ridgeville Township, Ohio | 0.0002165727% |
| OH1545 | Ridgeway Village, Ohio | 0.0003864298% |
| OH1546 | Riley Township, Ohio | 0.0007202182% |
| OH1547 | Rio Grande Village, Ohio | 0.0014432672% |
| OH1548 | Ripley Township, Holmes County, Ohio | 0.0000348988% |
| OH1549 | Ripley Township, Huron County, Ohio | 0.0000137269% |
| OH1550 | Ripley Village, Ohio | 0.0111932679% |
| OH1551 | Risingsun Village, Ohio | 0.0004530528% |
| OH1552 | Rittman City, Ohio | 0.0059649971% |
| OH1553 | Riverlea Village, Ohio | 0.0001680104% |
| OH1554 | Riverside City, Ohio | 0.0817797700% |
| OH1555 | Roaming Shores Village, Ohio | 0.0034987688% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1556 | Rochester Township, Ohio | 0.0013537465% |
| OH1557 | Rochester Village, Ohio | 0.0000194784% |
| OH1558 | Rock Creek Village, Ohio | 0.0002113350% |
| OH1559 | Rockford Village, Ohio | 0.0018408327% |
| OH1560 | Rocky Ridge Village, Ohio | 0.0002129632% |
| OH1561 | Rocky River City, Ohio | 0.0503638414% |
| OH1562 | Rogers Village, Ohio | 0.0005457718% |
| OH1563 | Rome Township, Ashtabula County, Ohio | 0.0014206410% |
| OH1564 | Rome Township, Athens County, Ohio | 0.0002813909% |
| OH1565 | Rome Township, Lawrence County, Ohio | 0.0010605153% |
| OH1566 | Rome Village, Ohio | 0.0002586036% |
| OH1567 | Rootstown Township, Ohio | 0.0026527533% |
| OH1568 | Rose Township, Ohio | 0.0004790086% |
| OH1569 | Roseville Village, Ohio | 0.0016522526% |
| OH1570 | Ross County, Ohio | 1.0109583321% |
| OH1571 | Ross Township, Butler County, Ohio | 0.0261747113% |
| OH1572 | Ross Township, Greene County, Ohio | 0.0002579678% |
| OH1573 | Ross Township, Jefferson County, Ohio | 0.0004940844% |
| OH1574 | Rossburg Village, Ohio | 0.0000984178% |
| OH1575 | Rossford City, Ohio | 0.0126977241% |
| OH1576 | Roswell Village, Ohio | 0.0002759007% |
| OH1577 | Roundhead Township, Ohio | 0.0002332423% |
| OH1578 | Royalton Township, Ohio | 0.0009661532% |
| OH1579 | Rumley Township, Ohio | 0.0006297965% |
| OH1580 | Rush Creek Township, Ohio | 0.0026562014% |
| OH1581 | Rush Township, Scioto County, Ohio | 0.0047482384% |
| OH1582 | Rush Township, Tuscarawas County, Ohio | 0.0000689752% |
| OH1583 | Rushcreek Township, Ohio | 0.0004189662% |
| OH1584 | Rushsylvania Village, Ohio | 0.0000099754% |
| OH1585 | Rushville Village, Ohio | 0.0000244436% |
| OH1586 | Russell Township, Ohio | 0.0185770784% |
| OH1587 | Russells Point Village, Ohio | 0.0022943385% |
| OH1588 | Russellville Village, Ohio | 0.0057671685% |
| OH1589 | Russia Village, Ohio | 0.0003460829% |
| OH1590 | Rutland Village, Ohio | 0.0004567220% |
| OH1591 | Sabina Village, Ohio | 0.0072933257% |
| OH1592 | Sagamore Hills Township, Ohio | 0.0226207726% |
| OH1593 | Salem City, Ohio | 0.0383095249% |
| OH1594 | Salem Township, Auglaize County, Ohio | 0.0001157340% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1595 | Salem Township, Champaign County, Ohio | 0.0003806616% |
| OH1596 | Salem Township, Columbiana County, Ohio | 0.0009051824% |
| OH1597 | Salem Township, Muskingum County, Ohio | 0.0003912060% |
| OH1598 | Salem Township, Ottawa County, Ohio | 0.0007213271% |
| OH1599 | Salem Township, Shelby County, Ohio | 0.0010648705% |
| OH1600 | Salem Township, Tuscarawas County, Ohio | 0.0026407637% |
| OH1601 | Salem Township, Warren County, Ohio | 0.0074583911% |
| OH1602 | Salem Township, Washington County, Ohio | 0.0005013228% |
| OH1603 | Salesville Village, Ohio | 0.0000679895% |
| OH1604 | Salineville Village, Ohio | 0.0034609917% |
| OH1605 | Salisbury Township, Ohio | 0.0003552282% |
| OH1606 | Salt Creek Township, Hocking County, Ohio | 0.0001833021% |
| OH1607 | Salt Creek Township, Holmes County, Ohio | 0.0000465318% |
| OH1608 | Salt Creek Township, Wayne County, Ohio | 0.0001391765% |
| OH1609 | Salt Lick Township, Ohio | 0.0000430312% |
| OH1610 | Salt Rock Township, Ohio | 0.0007066458% |
| OH1611 | Saltcreek Township, Ohio | 0.0003935151% |
| OH1612 | Sandusky City, Ohio | 0.1261336610% |
| OH1613 | Sandusky County, Ohio | 0.3072903644% |
| OH1614 | Sandusky Township, Crawford County, Ohio | 0.0000108762% |
| OH1615 | Sandusky Township, Sandusky County, Ohio | 0.0015100930% |
| OH1616 | Sandy Township, Stark County, Ohio | 0.0049479536% |
| OH1617 | Sandy Township, Tuscarawas County, Ohio | 0.0006897517% |
| OH1618 | Sarahsville Village, Ohio | 0.0000689910% |
| OH1619 | Sardinia Village, Ohio | 0.0044028921% |
| OH1620 | Savannah Village, Ohio | 0.0002294615% |
| OH1621 | Saybrook Township, Ohio | 0.0161906113% |
| OH1622 | Scio Village, Ohio | 0.0001526779% |
| OH1623 | Scioto County, Ohio | 0.9401796346% |
| OH1624 | Scioto Township, Delaware County, Ohio | 0.0019714756% |
| OH1625 | Scioto Township, Pickaway County, Ohio | 0.0062913839% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1626 | Scioto Township, Pike County, Ohio | 0.0002619631% |
| OH1627 | Scioto Township, Ross County, Ohio | 0.0146969071% |
| OH1628 | Scipio Township, Meigs County, Ohio | 0.0004736376% |
| OH1629 | Scipio Township, Seneca County, Ohio | 0.0005615183% |
| OH1630 | Scott Township, Marion County, Ohio | 0.0001301716% |
| OH1631 | Scott Township, Sandusky County, Ohio | 0.0009313747% |
| OH1632 | Scott Village, Ohio | 0.0006416289% |
| OH1633 | Seal Township, Ohio | 0.0013351665% |
| OH1634 | Seaman Village, Ohio | 0.0025035030% |
| OH1635 | Sebring Village, Ohio | 0.0078737318% |
| OH1636 | Seneca County, Ohio | 0.2801274556% |
| OH1637 | Seneca Township, Monroe County, Ohio | 0.0000124681% |
| OH1638 | Seneca Township, Noble County, Ohio | 0.0000172477% |
| OH1639 | Senecaville Village, Ohio | 0.0007886782% |
| OH1640 | Seven Hills City, Ohio | 0.0208535620% |
| OH1641 | Seven Mile Village, Ohio | 0.0013087356% |
| OH1642 | Seville Village, Ohio | 0.0055383307% |
| OH1643 | Shadyside Village, Ohio | 0.0078177582% |
| OH1644 | Shaker Heights City, Ohio | 0.1048407101% |
| OH1645 | Shalersville Township, Ohio | 0.0000934354% |
| OH1646 | Sharon Township, Franklin County, Ohio | 0.0053763338% |
| OH1647 | Sharon Township, Medina County, Ohio | 0.0058099333% |
| OH1648 | Sharon Township, Richland County, Ohio | 0.0000802853% |
| OH1649 | Sharonville City, Ohio | 0.1284229161% |
| OH1650 | Shawnee Hills Village, Ohio | 0.0030520752% |
| OH1651 | Shawnee Township, Ohio | 0.0289829613% |
| OH1652 | Shawnee Village, Ohio | 0.0005916790% |
| OH1653 | Sheffield Lake City, Ohio | 0.0113266702% |
| OH1654 | Sheffield Township, Ashtabula County, Ohio | 0.0012562693% |
| OH1655 | Sheffield Township, Lorain County, Ohio | 0.0039054125% |
| OH1656 | Sheffield Village, Ohio | 0.0383431647% |
| OH1657 | Shelby City, Ohio | 0.0301426674% |
| OH1658 | Shelby County, Ohio | 0.2601922372% |
| OH1659 | Sherrodsville Village, Ohio | 0.0010675510% |
| OH1660 | Sherwood Village, Ohio | 0.0012358778% |
| OH1661 | Shiloh Village, Ohio | 0.0001516500% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| OH1662 | Shreve Village, Ohio | 0.0012061965% |
| OH1663 | Sidney City, Ohio | 0.0768126600% |
| OH1664 | Silver Lake Village, Ohio | 0.0087129009% |
| OH1665 | Silverton Village, Ohio | 0.0117488480% |
| OH1666 | Sinking Spring Village, Ohio | 0.0018697801% |
| OH1667 | Smith Township, Belmont County, Ohio | 0.0011670394% |
| OH1668 | Smith Township, Mahoning County, Ohio | 0.0056258490% |
| OH1669 | Smithfield Township, Ohio | 0.0003028259% |
| OH1670 | Smithfield Village, Ohio | 0.0021516579% |
| OH1671 | Smithville Village, Ohio | 0.0012448566% |
| OH1672 | Solon City, Ohio | 0.0575665779% |
| OH1673 | Somerford Township, Ohio | 0.0018806477% |
| OH1674 | Somers Township, Ohio | 0.0009493500% |
| OH1675 | Somerset Village, Ohio | 0.0013447250% |
| OH1676 | Somerville Village, Ohio | 0.0001615723% |
| OH1677 | South Amherst Village, Ohio | 0.0020257501% |
| OH1678 | South Bloomfield Township, Ohio | 0.0004782339% |
| OH1679 | South Bloomfield Village, Ohio | 0.0012874261% |
| OH1680 | South Charleston Village, Ohio | 0.0026810249% |
| OH1681 | South Euclid City, Ohio | 0.0416202012% |
| OH1682 | South Lebanon Village, Ohio | 0.0058643200% |
| OH1683 | South Point Village, Ohio | 0.0061370801% |
| OH1684 | South Russell Village, Ohio | 0.0067283287% |
| OH1685 | South Salem Village, Ohio | 0.0005572426% |
| OH1686 | South Solon Village, Ohio | 0.0007460421% |
| OH1687 | South Vienna Village, Ohio | 0.0009118207% |
| OH1688 | South Webster Village, Ohio | 0.0024736332% |
| OH1689 | South Zanesville Village, Ohio | 0.0015547932% |
| OH1690 | Southington Township, Ohio | 0.0014492645% |
| OH1691 | Sparta Village, Ohio | 0.0000770825% |
| OH1692 | Spencer Township, Allen County, Ohio | 0.0001636300% |
| OH1693 | Spencer Township, Guernsey County, Ohio | 0.0001631748% |
| OH1694 | Spencer Township, Lucas County, Ohio | 0.0024565990% |
| OH1695 | Spencer Township, Medina County, Ohio | 0.0000708528% |
| OH1696 | Spencer Village, Ohio | 0.0016178066% |
| OH1697 | Spencerville Village, Ohio | 0.0025294469% |
| OH1698 | Sprigg Township, Ohio | 0.0001054107% |
| OH1699 | Spring Valley Township, Ohio | 0.0070786377% |
| OH1700 | Spring Valley Village, Ohio | 0.0001444620% |
| OH1701 | Springboro City, Ohio | 0.0299889938% |
| OH1702 | Springdale City, Ohio | 0.0692154947% |
| OH1703 | Springfield City, Ohio | 0.4735887613% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1704 | Springfield Township, Clark County, Ohio | 0.0105063514% |
| OH1705 | Springfield Township, Gallia County, Ohio | 0.0009746740% |
| OH1706 | Springfield Township, Hamilton County, Ohio | 0.1053972703% |
| OH1707 | Springfield Township, Jefferson County, Ohio | 0.0002231349% |
| OH1708 | Springfield Township, Lucas County, Ohio | 0.0432543386% |
| OH1709 | Springfield Township, Mahoning County, Ohio | 0.0039675747% |
| OH1710 | Springfield Township, Richland County, Ohio | 0.0177162881% |
| OH1711 | Springfield Township, Ross County, Ohio | 0.0053121351% |
| OH1712 | Springfield Township, Summit County, Ohio | 0.0469667767% |
| OH1713 | Springfield Township, Williams County, Ohio | 0.0004950504% |
| OH1714 | St Albans Township, Ohio | 0.0043369348% |
| OH1715 | St Clair Township, Butler County, Ohio | 0.0005493458% |
| OH1716 | St Clair Township, Columbiana County, Ohio | 0.0167991211% |
| OH1717 | St Marys Township, Ohio | 0.0002136628% |
| OH1718 | St. Bernard Village, Ohio | 0.0379854367% |
| OH1719 | St. Clairsville City, Ohio | 0.0187569954% |
| OH1720 | St. Henry Village, Ohio | 0.0014076956% |
| OH1721 | St. Louisville Village, Ohio | 0.0003799451% |
| OH1722 | St. Marys City, Ohio | 0.0281144576% |
| OH1723 | St. Paris Village, Ohio | 0.0038066155% |
| OH1724 | Stafford Village, Ohio | 0.0000249362% |
| OH1725 | Stark County, Ohio | 1.5315796664% |
| OH1726 | Starr Township, Ohio | 0.0001436692% |
| OH1727 | Staunton Township, Ohio | 0.0003747763% |
| OH1728 | Sterling Township, Ohio | 0.0043408795% |
| OH1729 | Steubenville City, Ohio | 0.1367338744% |
| OH1730 | Steubenville Township, Ohio | 0.0000318764% |
| OH1731 | Stock Township, Harrison County, Ohio | 0.0003339830% |
| OH1732 | Stock Township, Noble County, Ohio | 0.0000344955% |
| OH1733 | Stockport Village, Ohio | 0.0002249256% |
| OH1734 | Stokes Township, Logan County, Ohio | 0.0047782092% |
| OH1735 | Stokes Township, Madison County, Ohio | 0.0007615846% |
| OH1736 | Stone Creek Village, Ohio | 0.0001379503% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1737 | Stonelick Township, Ohio | 0.0184280231% |
| OH1738 | Stoutsville Village, Ohio | 0.0000733307% |
| OH1739 | Stow City, Ohio | 0.1475892163% |
| OH1740 | Strasburg Village, Ohio | 0.0032911011% |
| OH1741 | Stratton Village, Ohio | 0.0014981914% |
| OH1742 | Streetsboro City, Ohio | 0.0206045399% |
| OH1743 | Strongsville City, Ohio | 0.0739396664% |
| OH1744 | Struthers City, Ohio | 0.0252671862% |
| OH1745 | Stryker Village, Ohio | 0.0016737417% |
| OH1746 | Suffield Township, Ohio | 0.0026771277% |
| OH1747 | Sugar Bush Knolls Village, Ohio | 0.0000982645% |
| OH1748 | Sugar Creek Township, Allen County, Ohio | 0.0002727166% |
| OH1749 | Sugar Creek Township, Putnam County, Ohio | 0.0001655674% |
| OH1750 | Sugar Creek Township, Wayne County, Ohio | 0.0003634054% |
| OH1751 | Sugar Grove Village, Ohio | 0.0001955486% |
| OH1752 | Sugarcreek Township, Ohio | 0.0470017417% |
| OH1753 | Sugarcreek Village, Ohio | 0.0027688605% |
| OH1754 | Sullivan Township, Ohio | 0.0017162492% |
| OH1755 | Summerfield Village, Ohio | 0.0001212800% |
| OH1756 | Summit Township, Ohio | 0.0000062341% |
| OH1757 | Summitville Village, Ohio | 0.0004792142% |
| OH1758 | Sunbury Village, Ohio | 0.0082323543% |
| OH1759 | Sunfish Township, Ohio | 0.0000676034% |
| OH1760 | Swan Creek Township, Ohio | 0.0048429959% |
| OH1761 | Swanton Township, Ohio | 0.0015012549% |
| OH1762 | Swanton Village, Ohio | 0.0072434936% |
| OH1763 | Switzerland Township, Ohio | 0.0001807876% |
| OH1764 | Sycamore Township, Hamilton County, Ohio | 0.0584269292% |
| OH1765 | Sycamore Township, Wyandot County, Ohio | 0.0002766058% |
| OH1766 | Sycamore Village, Ohio | 0.0012008738% |
| OH1767 | Sylvania City, Ohio | 0.0526622027% |
| OH1768 | Sylvania Township, Ohio | 0.1247952267% |
| OH1769 | Symmes Township, Hamilton County, Ohio | 0.0305202839% |
| OH1770 | Symmes Township, Lawrence County, Ohio | 0.0000521565% |
| OH1771 | Syracuse Village, Ohio | 0.0005413001% |
| OH1772 | Tallmadge City, Ohio | 0.0580737905% |
| OH1773 | Tarlton Village, Ohio | 0.0002242634% |
| OH1774 | Tate Township, Ohio | 0.0267197716% |
| OH1775 | Taylor Creek Township, Ohio | 0.0001110677% |
| OH1776 | Terrace Park Village, Ohio | 0.0056698421% |
| OH1777 | Texas Township, Ohio | 0.0002936562% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1778 | The Village of Indian Hill City, Ohio | 0.0264202950% |
| OH1779 | Thompson Township, Delaware County, Ohio | 0.0002474656% |
| OH1780 | Thompson Township, Geauga County, Ohio | 0.0022491568% |
| OH1781 | Thorn Township, Ohio | 0.0007422882% |
| OH1782 | Thornville Village, Ohio | 0.0006131946% |
| OH1783 | Thurston Village, Ohio | 0.0013688400% |
| OH1784 | Tiffin City, Ohio | 0.0703803061% |
| OH1785 | Tiffin Township, Ohio | 0.0005075927% |
| OH1786 | Tiltonsville Village, Ohio | 0.0016575735% |
| OH1787 | Timberlake Village, Ohio | 0.0023312243% |
| OH1788 | Tipp City, Ohio | 0.0376479790% |
| OH1789 | Tiro Village, Ohio | 0.0000326285% |
| OH1790 | Toledo City, Ohio | 1.0197706186% |
| OH1791 | Tontogany Village, Ohio | 0.0001897924% |
| OH1792 | Toronto City, Ohio | 0.0279077997% |
| OH1793 | Townsend Township, Huron County, Ohio | 0.0006177098% |
| OH1794 | Townsend Township, Sandusky County, Ohio | 0.0000271274% |
| OH1795 | Tremont City Village, Ohio | 0.0006396354% |
| OH1796 | Trenton City, Ohio | 0.0416371797% |
| OH1797 | Trenton Township, Ohio | 0.0000577420% |
| OH1798 | Trimble Township, Ohio | 0.0023032365% |
| OH1799 | Trimble Village, Ohio | 0.0004320101% |
| OH1800 | Trotwood City, Ohio | 0.0811683100% |
| OH1801 | Troy City, Ohio | 0.0899917302% |
| OH1802 | Troy Township, Ashland County, Ohio | 0.0002358826% |
| OH1803 | Troy Township, Athens County, Ohio | 0.0008754383% |
| OH1804 | Troy Township, Geauga County, Ohio | 0.0026032794% |
| OH1805 | Troy Township, Richland County, Ohio | 0.0034790294% |
| OH1806 | Troy Township, Wood County, Ohio | 0.0027734180% |
| OH1807 | Trumbull County, Ohio | 2.0203599712% |
| OH1808 | Trumbull Township, Ohio | 0.0006457459% |
| OH1809 | Truro Township, Ohio | 0.0493339720% |
| OH1810 | Tully Township, Ohio | 0.0007929647% |
| OH1811 | Turtle Creek Township, Ohio | 0.0003372090% |
| OH1812 | Turtlecreek Township, Ohio | 0.0071325956% |
| OH1813 | Tuscarawas County, Ohio | 0.3721703206% |
| OH1814 | Tuscarawas Township, Ohio | 0.0020979323% |
| OH1815 | Tuscarawas Village, Ohio | 0.0003842902% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1816 | Twin Township, Darke County, Ohio | 0.0003813690% |
| OH1817 | Twin Township, Ross County, Ohio | 0.0052531114% |
| OH1818 | Twinsburg City, Ohio | 0.0833508485% |
| OH1819 | Tymochtee Township, Ohio | 0.0003170847% |
| OH1820 | Uhrichsville City, Ohio | 0.0101787647% |
| OH1821 | Union City Village, Ohio | 0.0076150778% |
| OH1822 | Union City, Ohio | 0.0198982889% |
| OH1823 | Union County, Ohio | 0.3002174205% |
| OH1824 | Union Township, Auglaize County, Ohio | 0.0001691497% |
| OH1825 | Union Township, Carroll County, Ohio | 0.0000762536% |
| OH1826 | Union Township, Champaign County, Ohio | 0.0000211479% |
| OH1827 | Union Township, Clermont County, Ohio | 0.3185341547% |
| OH1828 | Union Township, Clinton County, Ohio | 0.0085869431% |
| OH1829 | Union Township, Fayette County, Ohio | 0.0014043033% |
| OH1830 | Union Township, Highland County, Ohio | 0.0112248527% |
| OH1831 | Union Township, Lawrence County, Ohio | 0.0011822137% |
| OH1832 | Union Township, Licking County, Ohio | 0.0076823054% |
| OH1833 | Union Township, Logan County, Ohio | 0.0001197046% |
| OH1834 | Union Township, Mercer County, Ohio | 0.0004692319% |
| OH1835 | Union Township, Miami County, Ohio | 0.0038499743% |
| OH1836 | Union Township, Muskingum County, Ohio | 0.0003209896% |
| OH1837 | Union Township, Pike County, Ohio | 0.0001098555% |
| OH1838 | Union Township, Ross County, Ohio | 0.0119227921% |
| OH1839 | Union Township, Tuscarawas County, Ohio | 0.0002167791% |
| OH1840 | Union Township, Union County, Ohio | 0.0002502189% |
| OH1841 | Union Township, Van Wert County, Ohio | 0.0002973617% |
| OH1842 | Union Township, Warren County, Ohio | 0.0079936267% |
| OH1843 | Unionville Center Village, Ohio | 0.0001475046% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1844 | Uniopolis Village, Ohio | 0.0002492732% |
| OH1845 | Unity Township, Ohio | 0.0000798690% |
| OH1846 | University Heights City, Ohio | 0.0306916388% |
| OH1847 | Upper Arlington City, Ohio | 0.1198448950% |
| OH1848 | Upper Sandusky City, Ohio | 0.0108550896% |
| OH1849 | Upper Township, Ohio | 0.0007475763% |
| OH1850 | Urbana City, Ohio | 0.0575116162% |
| OH1851 | Urbancrest Village, Ohio | 0.0003436577% |
| OH1852 | Utica Village, Ohio | 0.0044986588% |
| OH1853 | Valley Hi Village, Ohio | 0.0001316045% |
| OH1854 | Valley Township, Guernsey County, Ohio | 0.0005439160% |
| OH1855 | Valley Township, Scioto County, Ohio | 0.0018196842% |
| OH1856 | Valley View Village, Ohio | 0.0158831601% |
| OH1857 | Valleyview Village, Ohio | 0.0016073359% |
| OH1858 | Van Buren Township, Darke County, Ohio | 0.0003444623% |
| OH1859 | Van Buren Township, Putnam County, Ohio | 0.0002317943% |
| OH1860 | Van Buren Township, Shelby County, Ohio | 0.0003904525% |
| OH1861 | Van Buren Village, Ohio | 0.0001188906% |
| OH1862 | Van Wert City, Ohio | 0.0528808311% |
| OH1863 | Van Wert County, Ohio | 0.1122540604% |
| OH1864 | Vandalia City, Ohio | 0.0967305650% |
| OH1865 | Vanlue Village, Ohio | 0.0001114793% |
| OH1866 | Venedocia Village, Ohio | 0.0000371702% |
| OH1867 | Venice Township, Ohio | 0.0000100271% |
| OH1868 | Vermilion City, Ohio | 0.0432196320% |
| OH1869 | Vermilion Township, Ohio | 0.0012778552% |
| OH1870 | Vermillion Township, Ohio | 0.0004880329% |
| OH1871 | Vernon Township, Crawford County, Ohio | 0.0000108762% |
| OH1872 | Vernon Township, Scioto County, Ohio | 0.0038952614% |
| OH1873 | Vernon Township, Trumbull County, Ohio | 0.0006308563% |
| OH1874 | Verona Village, Ohio | 0.0012373333% |
| OH1875 | Versailles Village, Ohio | 0.0100017096% |
| OH1876 | Vienna Township, Ohio | 0.0042113922% |
| OH1877 | Vinton County, Ohio | 0.1090168446% |
| OH1878 | Vinton Township, Ohio | 0.0001170406% |
| OH1879 | Vinton Village, Ohio | 0.0005060807% |
| OH1880 | Violet Township, Ohio | 0.0621844457% |
| OH1881 | Virginia Township, Ohio | 0.0000841915% |
| OH1882 | Wabash Township, Ohio | 0.0000492089% |
| OH1883 | Wadsworth City, Ohio | 0.0760959559% |
| OH1884 | Waite Hill Village, Ohio | 0.0053068521% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1885 | Wakeman Village, Ohio | 0.0018119487% |
| OH1886 | Walbridge Village, Ohio | 0.0029019871% |
| OH1887 | Waldo Township, Ohio | 0.0000743838% |
| OH1888 | Waldo Village, Ohio | 0.0004160980% |
| OH1889 | Walnut Township, Fairfield County, Ohio | 0.0087100593% |
| OH1890 | Walnut Township, Gallia County, Ohio | 0.0001499498% |
| OH1891 | Walton Hills Village, Ohio | 0.0099526568% |
| OH1892 | Wapakoneta City, Ohio | 0.0275268850% |
| OH1893 | Ward Township, Ohio | 0.0001486233% |
| OH1894 | Warren City, Ohio | 0.3520178232% |
| OH1895 | Warren County, Ohio | 1.0504230532% |
| OH1896 | Warren Township, Belmont County, Ohio | 0.0000984250% |
| OH1897 | Warren Township, Jefferson County, Ohio | 0.0004303316% |
| OH1898 | Warren Township, Trumbull County, Ohio | 0.0001534515% |
| OH1899 | Warren Township, Tuscarawas County, Ohio | 0.0002069255% |
| OH1900 | Warren Township, Washington County, Ohio | 0.0008773149% |
| OH1901 | Warrensville Heights City, Ohio | 0.0361164097% |
| OH1902 | Warsaw Village, Ohio | 0.0003911414% |
| OH1903 | Warwick Township, Ohio | 0.0008474093% |
| OH1904 | Washington County, Ohio | 0.3325608246% |
| OH1905 | Washington Court House City, Ohio | 0.0376016242% |
| OH1906 | Washington Township, Auglaize County, Ohio | 0.0023680955% |
| OH1907 | Washington Township, Belmont County, Ohio | 0.0000843643% |
| OH1908 | Washington Township, Brown County, Ohio | 0.0011782387% |
| OH1909 | Washington Township, Carroll County, Ohio | 0.0002178675% |
| OH1910 | Washington Township, Clermont County, Ohio | 0.0305984481% |
| OH1911 | Washington Township, Clinton County, Ohio | 0.0029440948% |
| OH1912 | Washington Township, Columbiana County, Ohio | 0.0006256408% |
| OH1913 | Washington Township, Coshocton County, Ohio | 0.0000841915% |
| OH1914 | Washington Township, Darke County, Ohio | 0.0003198579% |
| OH1915 | Washington Township, Defiance County, Ohio | 0.0003531079% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1916 | Washington Township, Franklin County, Ohio | 0.1225330619% |
| OH1917 | Washington Township, Guernsey County, Ohio | 0.0000951853% |
| OH1918 | Washington Township, Hancock County, Ohio | 0.0008925122% |
| OH1919 | Washington Township, Harrison County, Ohio | 0.0003339830% |
| OH1920 | Washington Township, Henry County, Ohio | 0.0002571801% |
| OH1921 | Washington Township, Highland County, Ohio | 0.0004065339% |
| OH1922 | Washington Township, Hocking County, Ohio | 0.0002427514% |
| OH1923 | Washington Township, Holmes County, Ohio | 0.0000261741% |
| OH1924 | Washington Township, Jackson County, Ohio | 0.0003315132% |
| OH1925 | Washington Township, Lawrence County, Ohio | 0.0000695420% |
| OH1926 | Washington Township, Licking County, Ohio | 0.0008154920% |
| OH1927 | Washington Township, Logan County, Ohio | 0.0017756185% |
| OH1928 | Washington Township, Lucas County, Ohio | 0.0071150384% |
| OH1929 | Washington Township, Mercer County, Ohio | 0.0001173080% |
| OH1930 | Washington Township, Miami County, Ohio | 0.0009766897% |
| OH1931 | Washington Township, Monroe County, Ohio | 0.0000062341% |
| OH1932 | Washington Township, Montgomery County, Ohio | 0.1316317394% |
| OH1933 | Washington Township, Morrow County, Ohio | 0.0002420690% |
| OH1934 | Washington Township, Muskingum County, Ohio | 0.0014845767% |
| OH1935 | Washington Township, Paulding County, Ohio | 0.0000402008% |
| OH1936 | Washington Township, Pickaway County, Ohio | 0.0003983733% |
| OH1937 | Washington Township, Preble County, Ohio | 0.0006874604% |
| OH1938 | Washington Township, Richland County, Ohio | 0.0012132000% |
| OH1939 | Washington Township, Sandusky County, Ohio | 0.0006510581% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1940 | Washington Township, Scioto County, Ohio | 0.0113445935% |
| OH1941 | Washington Township, Shelby County, Ohio | 0.0000798653% |
| OH1942 | Washington Township, Stark County, Ohio | 0.0006531299% |
| OH1943 | Washington Township, Wood County, Ohio | 0.0002265264% |
| OH1944 | Washingtonville Village, Ohio | 0.0014015930% |
| OH1945 | Waterford Township, Ohio | 0.0050048725% |
| OH1946 | Waterloo Township, Ohio | 0.0006670006% |
| OH1947 | Watertown Township, Ohio | 0.0001503968% |
| OH1948 | Waterville City, Ohio | 0.0124831621% |
| OH1949 | Waterville Township, Ohio | 0.0015558460% |
| OH1950 | Wauseon City, Ohio | 0.0277126990% |
| OH1951 | Waverly Village, Ohio | 0.0077490360% |
| OH1952 | Wayne County, Ohio | 0.2257675097% |
| OH1953 | Wayne Lakes Village, Ohio | 0.0075166600% |
| OH1954 | Wayne Township, Adams County, Ohio | 0.0012649279% |
| OH1955 | Wayne Township, Ashtabula County, Ohio | 0.0005165967% |
| OH1956 | Wayne Township, Auglaize County, Ohio | 0.0004273255% |
| OH1957 | Wayne Township, Belmont County, Ohio | 0.0000562429% |
| OH1958 | Wayne Township, Butler County, Ohio | 0.0007432325% |
| OH1959 | Wayne Township, Champaign County, Ohio | 0.0014909244% |
| OH1960 | Wayne Township, Clermont County, Ohio | 0.0020513889% |
| OH1961 | Wayne Township, Clinton County, Ohio | 0.0002007337% |
| OH1962 | Wayne Township, Columbiana County, Ohio | 0.0005990178% |
| OH1963 | Wayne Township, Darke County, Ohio | 0.0000369067% |
| OH1964 | Wayne Township, Fayette County, Ohio | 0.0001404303% |
| OH1965 | Wayne Township, Jefferson County, Ohio | 0.0021038433% |
| OH1966 | Wayne Township, Monroe County, Ohio | 0.0000062341% |
| OH1967 | Wayne Township, Muskingum County, Ohio | 0.0001404329% |
| OH1968 | Wayne Township, Noble County, Ohio | 0.0000862387% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1969 | Wayne Township, Pickaway County, Ohio | 0.0000437239% |
| OH1970 | Wayne Township, Tuscarawas County, Ohio | 0.0003941438% |
| OH1971 | Wayne Township, Warren County, Ohio | 0.0038164622% |
| OH1972 | Wayne Village, Ohio | 0.0008081483% |
| OH1973 | Waynesburg Village, Ohio | 0.0012073007% |
| OH1974 | Waynesfield Village, Ohio | 0.0007567223% |
| OH1975 | Waynesville Village, Ohio | 0.0046309511% |
| OH1976 | Weathersfield Township, Ohio | 0.0249955502% |
| OH1977 | Weller Township, Ohio | 0.0004460294% |
| OH1978 | Wellington Village, Ohio | 0.0164981765% |
| OH1979 | Wells Township, Ohio | 0.0100888848% |
| OH1980 | Wellston City, Ohio | 0.0406103723% |
| OH1981 | Wellsville Village, Ohio | 0.0125660620% |
| OH1982 | Wesley Township, Ohio | 0.0001253307% |
| OH1983 | West Alexandria Village, Ohio | 0.0099845432% |
| OH1984 | West Carrollton City, Ohio | 0.0603546931% |
| OH1985 | West Chester Township, Ohio | 0.3737167118% |
| OH1986 | West Elkton Village, Ohio | 0.0026843690% |
| OH1987 | West Farmington Village, Ohio | 0.0001875519% |
| OH1988 | West Jefferson Village, Ohio | 0.0159155640% |
| OH1989 | West Lafayette Village, Ohio | 0.0026252451% |
| OH1990 | West Leipsic Village, Ohio | 0.0002152376% |
| OH1991 | West Liberty Village, Ohio | 0.0035013600% |
| OH1992 | West Manchester Village, Ohio | 0.0025206880% |
| OH1993 | West Mansfield Village, Ohio | 0.0000798031% |
| OH1994 | West Millgrove Village, Ohio | 0.0001102020% |
| OH1995 | West Milton Village, Ohio | 0.0098350376% |
| OH1996 | West Rushville Village, Ohio | 0.0001070525% |
| OH1997 | West Salem Village, Ohio | 0.0004987159% |
| OH1998 | West Township, Ohio | 0.0005857063% |
| OH1999 | West Union Village, Ohio | 0.0111998820% |
| OH2000 | West Unity Village, Ohio | 0.0014694352% |
| OH2001 | Westerville City, Ohio | 0.2122517954% |
| OH2002 | Westfield Center Village, Ohio | 0.0015469538% |
| OH2003 | Westfield Township, Ohio | 0.0022200558% |
| OH2004 | Westlake City, Ohio | 0.0470647273% |
| OH2005 | Westland Township, Ohio | 0.0000407937% |
| OH2006 | Weston Township, Ohio | 0.0001040797% |
| OH2007 | Weston Village, Ohio | 0.0009305950% |
| OH2008 | Wharton Village, Ohio | 0.0000269859% |
| OH2009 | Wheeling Township, Belmont County, Ohio | 0.0005343072% |
| OH2010 | Wheeling Township, Guernsey County, Ohio | 0.0000407937% |
| OH2011 | Whetstone Township, Ohio | 0.0003262846% |
| OH2012 | White Eyes Township, Ohio | 0.0001913444% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH2013 | Whitehall City, Ohio | 0.0708163966% |
| OH2014 | Whitehouse Village, Ohio | 0.0191159792% |
| OH2015 | Whitewater Township, Ohio | 0.0072647461% |
| OH2016 | Wickliffe City, Ohio | 0.0543194216% |
| OH2017 | Wilkesville Township, Ohio | 0.0005461896% |
| OH2018 | Wilkesville Village, Ohio | 0.0001034151% |
| OH2019 | Willard City, Ohio | 0.0338504955% |
| OH2020 | Williams County, Ohio | 0.1507467614% |
| OH2021 | Williamsburg Township, Ohio | 0.0138253270% |
| OH2022 | Williamsburg Village, Ohio | 0.0064127452% |
| OH2023 | Williamsfield Township, Ohio | 0.0004696334% |
| OH2024 | Williamsport Village, Ohio | 0.0004226644% |
| OH2025 | Willoughby City, Ohio | 0.1356374532% |
| OH2026 | Willoughby Hills City, Ohio | 0.0528410843% |
| OH2027 | Willowick City, Ohio | 0.0540256495% |
| OH2028 | Wills Township, Ohio | 0.0001087832% |
| OH2029 | Willshire Village, Ohio | 0.0006690639% |
| OH2030 | Wilmington City, Ohio | 0.1278277818% |
| OH2031 | Wilmot Village, Ohio | 0.0024343932% |
| OH2032 | Wilson Township, Ohio | 0.0006914162% |
| OH2033 | Wilson Village, Ohio | 0.0001415832% |
| OH2034 | Winchester Village, Ohio | 0.0033994936% |
| OH2035 | Windham Township, Ohio | 0.0001218723% |
| OH2036 | Windham Village, Ohio | 0.0030305573% |
| OH2037 | Windsor Township, Ashtabula County, Ohio | 0.0006340051% |
| OH2038 | Windsor Township, Lawrence County, Ohio | 0.0007128053% |
| OH2039 | Windsor Township, Morgan County, Ohio | 0.0004926943% |
| OH2040 | Wintersville Village, Ohio | 0.0169582518% |
| OH2041 | Wood County, Ohio | 0.6017827347% |
| OH2042 | Woodlawn Village, Ohio | 0.0240822158% |
| OH2043 | Woodmere Village, Ohio | 0.0007072352% |
| OH2044 | Woodsfield Village, Ohio | 0.0011221301% |
| OH2045 | Woodstock Village, Ohio | 0.0001517571% |
| OH2046 | Woodville Township, Ohio | 0.0019622167% |
| OH2047 | Woodville Village, Ohio | 0.0034270973% |
| OH2048 | Wooster City, Ohio | 0.4046402646% |
| OH2049 | Wooster Township, Ohio | 0.0017358405% |
| OH2050 | Worthington City, Ohio | 0.0819890902% |
| OH2051 | Worthington Township, Ohio | 0.0017573559% |
| OH2052 | Wren Village, Ohio | 0.0008301349% |
| OH2053 | Wyandot County, Ohio | 0.0959147354% |
| OH2054 | Wyoming City, Ohio | 0.0220280462% |
| OH2055 | Xenia City, Ohio | 0.1268376308% |
| OH2056 | Xenia Township, Ohio | 0.0075532986% |
| OH2057 | Yankee Lake Village, Ohio | 0.0000341003% |
| OH2058 | Yellow Creek Township, Ohio | 0.0010782320% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH2059 | Yellow Springs Village, Ohio | 0.0142295064% |
| OH2060 | York Township, Athens County, Ohio | 0.0005523599% |
| OH2061 | York Township, Fulton County, Ohio | 0.0061882726% |
| OH2062 | York Township, Medina County, Ohio | 0.0023145263% |
| OH2063 | York Township, Sandusky County, Ohio | 0.0006239306% |
| OH2064 | York Township, Tuscarawas County, Ohio | 0.0007784341% |
| OH2065 | York Township, Van Wert County, Ohio | 0.0001115107% |
| OH2066 | Yorkshire Village, Ohio | 0.0007627380% |
| OH2067 | Yorkville Village, Ohio | 0.0011795516% |
| OH2068 | Youngstown City, Ohio | 0.5751891038% |
| OH2069 | Zaleski Village, Ohio | 0.0000780271% |
| OH2070 | Zane Township, Ohio | 0.0012568985% |
| OH2071 | Zanesfield Village, Ohio | 0.0001257699% |
| OH2072 | Zanesville City, Ohio | 0.1371227251% |
| OH2073 | Zoar Village, Ohio | 0.0002364863% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OK1 | Ada City, Oklahoma | 0.8751127538% |
| OK2 | Adair County, Oklahoma | 0.4266209709% |
| OK3 | Alfalfa County, Oklahoma | 0.0752358760% |
| OK4 | Altus City, Oklahoma | 0.0622184471% |
| OK5 | Anadarko City, Oklahoma | 0.2177062552% |
| OK6 | Ardmore City, Oklahoma | 0.8834203994% |
| OK7 | Atoka County, Oklahoma | 0.3570166411% |
| OK8 | Bartlesville City, Oklahoma | 0.7616370548% |
| OK9 | Beaver County, Oklahoma | 0.0784743727% |
| OK10 | Beckham County, Oklahoma | 0.2846460130% |
| OK11 | Bethany City, Oklahoma | 0.2482441625% |
| OK12 | Bixby City, Oklahoma | 0.2557077913% |
| OK13 | Blaine County, Oklahoma | 0.1909298641% |
| OK14 | Broken Arrow City, Oklahoma | 1.9405732012% |
| OK15 | Bryan County, Oklahoma | 0.5253079080% |
| OK16 | Burns Flat Town, Oklahoma | 0.0297825750% |
| OK17 | Caddo County, Oklahoma | 0.4845736458% |
| OK18 | Canadian County, Oklahoma | 0.5808839408% |
| OK19 | Carter County, Oklahoma | 1.0204659663% |
| OK20 | Cherokee County, Oklahoma | 0.0547155245% |
| OK21 | Chickasha City, Oklahoma | 0.1510124411% |
| OK22 | Choctaw City, Oklahoma | 0.0613538158% |
| OK23 | Choctaw County, Oklahoma | 0.4004199348% |
| OK24 | Cimarron County, Oklahoma | 0.0722904419% |
| OK25 | Claremore City, Oklahoma | 0.7190775254% |
| OK26 | Cleveland County, Oklahoma | 0.2725422694% |
| OK27 | Coal County, Oklahoma | 0.1610866236% |
| OK28 | Comanche County, Oklahoma | 2.0790341012% |
| OK29 | Cotton County, Oklahoma | 0.1077265239% |
| OK30 | Coweta City, Oklahoma | 0.3910652406% |
| OK31 | Craig County, Oklahoma | 0.2892248732% |
| OK32 | Creek County, Oklahoma | 1.2474865281% |
| OK33 | Custer County, Oklahoma | 0.4049880250% |
| OK34 | Del City, Oklahoma | 0.2643825434% |
| OK35 | Delaware County, Oklahoma | 0.8410533842% |
| OK36 | Dewey County, Oklahoma | 0.0676712782% |
| OK37 | Duncan City, Oklahoma | 0.8937861298% |
| OK38 | Durant City, Oklahoma | 0.7336303563% |
| OK39 | Edmond City, Oklahoma | 1.4615935748% |
| OK40 | El Reno City, Oklahoma | 0.2053992273% |
| OK41 | Elk City, Oklahoma | 0.3587477547% |
| OK42 | Ellis County, Oklahoma | 0.0583375351% |
| OK43 | Enid City, Oklahoma | 0.7392412881% |
| OK44 | Garfield County, Oklahoma | 0.2542221165% |
| OK45 | Garvin County, Oklahoma | 0.8411004189% |
| OK46 | Glenpool City, Oklahoma | 0.1608895657% |
| OK47 | Grady County, Oklahoma | 1.0545977812% |
| OK48 | Grant County, Oklahoma | 0.0405478903% |
| OK49 | Greer County, Oklahoma | 0.1583252054% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OK50 | Guthrie City, Oklahoma | 0.1856265512% |
| OK51 | Guymon City, Oklahoma | 0.0547591936% |
| OK52 | Harmon County, Oklahoma | 0.0673861249% |
| OK53 | Harper County, Oklahoma | 0.0522026584% |
| OK54 | Haskell County, Oklahoma | 0.2531508354% |
| OK55 | Hughes County, Oklahoma | 0.2061436213% |
| OK56 | Jackson County, Oklahoma | 0.4801048418% |
| OK57 | Jefferson County, Oklahoma | 0.3090924602% |
| OK58 | Jenks City, Oklahoma | 0.1806228639% |
| OK59 | Johnston County, Oklahoma | 0.4472082986% |
| OK60 | Kay County, Oklahoma | 0.5067583031% |
| OK61 | Kingfisher County, Oklahoma | 0.2717757463% |
| OK62 | Kiowa County, Oklahoma | 0.2298382701% |
| OK63 | Latimer County, Oklahoma | 0.3148762172% |
| OK64 | Lawton City, Oklahoma | 0.3312681144% |
| OK65 | Le Flore County, Oklahoma | 1.4166392289% |
| OK66 | Lincoln County, Oklahoma | 0.6999457500% |
| OK67 | Logan County, Oklahoma | 0.5399784520% |
| OK68 | Love County, Oklahoma | 0.2288662752% |
| OK69 | Major County, Oklahoma | 0.0852741304% |
| OK70 | Marshall County, Oklahoma | 0.2609426135% |
| OK71 | Mayes County, Oklahoma | 1.2431623622% |
| OK72 | McAlester City, Oklahoma | 1.2318612380% |
| OK73 | McClain County, Oklahoma | 0.6643227071% |
| OK74 | McCurtain County, Oklahoma | 0.8951427325% |
| OK75 | McIntosh County, Oklahoma | 0.6473819592% |
| OK76 | Miami City, Oklahoma | 0.3080134381% |
| OK77 | Midwest City, Oklahoma | 1.3662006673% |
| OK78 | Moore City, Oklahoma | 0.2533704430% |
| OK79 | Murray County, Oklahoma | 0.5297956437% |
| OK80 | Muskogee City, Oklahoma | 2.5039385148% |
| OK81 | Muskogee County, Oklahoma | 0.1783839604% |
| OK82 | Mustang City, Oklahoma | 0.1655020823% |
| OK83 | Newcastle City, Oklahoma | 0.2606099206% |
| OK84 | Noble County, Oklahoma | 0.1688783176% |
| OK85 | Norman City, Oklahoma | 4.4189589851% |
| OK86 | Nowata County, Oklahoma | 0.1569775216% |
| OK87 | Okfuskee County, Oklahoma | 0.2609296558% |
| OK88 | Oklahoma City, Oklahoma | 14.3489114350% |
| OK89 | Oklahoma County, Oklahoma | 3.3422940072% |
| OK90 | Okmulgee City, Oklahoma | 0.5086746948% |
| OK91 | Okmulgee County, Oklahoma | 0.4742639531% |
| OK92 | Osage County, Oklahoma | 0.5896618496% |
| OK93 | Ottawa County, Oklahoma | 0.3159777890% |
| OK94 | Owasso City, Oklahoma | 0.7456266521% |
| OK95 | Pawnee County, Oklahoma | 0.6201145221% |
| OK96 | Payne County, Oklahoma | 0.6719554590% |
| OK97 | Pittsburg County, Oklahoma | 0.1253496540% |
| OK98 | Ponca City, Oklahoma | 0.4343605817% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| OK99 | Pontotoc County, Oklahoma | 0.3451006157% |
| OK100 | Pottawatomie County, Oklahoma | 0.8536612997% |
| OK101 | Pushmataha County, Oklahoma | 0.3982344607% |
| OK102 | Roger Mills County, Oklahoma | 0.0439550052% |
| OK103 | Rogers County, Oklahoma | 1.2081401690% |
| OK104 | Sand Springs City, Oklahoma | 0.3849881687% |
| OK105 | Sapulpa City, Oklahoma | 1.1421081226% |
| OK106 | Seminole City, Oklahoma | 0.2214634802% |
| OK107 | Seminole County, Oklahoma | 0.4144393970% |
| OK108 | Sequoyah County, Oklahoma | 1.5345087624% |
| OK109 | Shawnee City, Oklahoma | 1.3614784311% |
| OK110 | Stephens County, Oklahoma | 0.8246887486% |
| OK111 | Stillwater City, Oklahoma | 0.8442351700% |
| OK112 | Tahlequah City, Oklahoma | 1.5329176592% |
| OK113 | Texas County, Oklahoma | 0.3711376613% |
| OK114 | Tillman County, Oklahoma | 0.1988848754% |
| OK115 | Tulsa City, Oklahoma | 11.8499277217% |
| OK116 | Tulsa County, Oklahoma | 5.3498014970% |
| OK117 | Wagoner County, Oklahoma | 0.8686244855% |
| OK118 | Warr Acres City, Oklahoma | 0.1616160377% |
| OK119 | Washington County, Oklahoma | 0.3936750370% |
| OK120 | Washita County, Oklahoma | 0.1931168527% |
| OK121 | Weatherford City, Oklahoma | 0.1872773945% |
| OK122 | Woods County, Oklahoma | 0.1975804400% |
| OK123 | Woodward City, Oklahoma | 0.2327716722% |
| OK124 | Woodward County, Oklahoma | 0.1781706634% |
| OK125 | Yukon City, Oklahoma | 0.3103071173% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OR1 | Albany City, Oregon | 1.1574421234% |
| OR2 | Ashland City, Oregon | 0.5725593238% |
| OR3 | Astoria City, Oregon | 0.1859283065% |
| OR4 | Baker County, Oregon | 0.4771636205% |
| OR5 | Beaverton City, Oregon | 0.9709676029% |
| OR6 | Bend City, Oregon | 0.9443519043% |
| OR7 | Benton County, Oregon | 1.0219885306% |
| OR8 | Canby City, Oregon | 0.1716812437% |
| OR9 | Central Point City, Oregon | 0.1718730043% |
| OR10 | Clackamas County, Oregon | 7.7713142577% |
| OR11 | Clatsop County, Oregon | 1.1423692099% |
| OR12 | Columbia County, Oregon | 1.0096699413% |
| OR13 | Coos Bay City, Oregon | 0.2538945929% |
| OR14 | Coos County, Oregon | 1.5633002470% |
| OR15 | Cornelius City, Oregon | 0.0949750265% |
| OR16 | Corvallis City, Oregon | 0.6633711425% |
| OR17 | Cottage Grove City, Oregon | 0.0910229575% |
| OR18 | Crook County, Oregon | 0.3513229911% |
| OR19 | Curry County, Oregon | 0.7612961295% |
| OR20 | Dallas City, Oregon | 0.1606964683% |
| OR21 | Deschutes County, Oregon | 2.2569753600% |
| OR22 | Douglas County, Oregon | 2.5689481047% |
| OR23 | Eugene City, Oregon | 2.7611039932% |
| OR24 | Forest Grove City, Oregon | 0.2522169415% |
| OR26 | Gladstone City, Oregon | 0.1181360032% |
| OR28 | Grants Pass City, Oregon | 0.8232581895% |
| OR29 | Gresham City, Oregon | 0.9831942718% |
| OR30 | Happy Valley City, Oregon | 0.0103506009% |
| OR32 | Hermiston City, Oregon | 0.1316304314% |
| OR33 | Hillsboro City, Oregon | 1.5083519364% |
| OR34 | Hood River County, Oregon | 0.3553687498% |
| OR35 | Independence City, Oregon | 0.0808970601% |
| OR36 | Jackson County, Oregon | 4.0769510640% |
| OR37 | Jefferson County, Oregon | 0.3674692915% |
| OR38 | Josephine County, Oregon | 1.6536523798% |
| OR39 | Keizer City, Oregon | 0.1916558451% |
| OR40 | Klamath County, Oregon | 1.2169628601% |
| OR41 | Klamath Falls City, Oregon | 0.3209275214% |
| OR42 | La Grande City, Oregon | 0.2715648669% |
| OR44 | Lake Oswego City, Oregon | 0.6934160342% |
| OR45 | Lane County, Oregon | 6.3326808234% |
| OR46 | Lebanon City, Oregon | 0.3269345282% |
| OR47 | Lincoln County, Oregon | 1.5190343268% |
| OR48 | Linn County, Oregon | 1.8185376689% |
| OR49 | Malheur County, Oregon | 0.5014027023% |
| OR50 | Marion County, Oregon | 4.1636475308% |
| OR51 | McMinnville City, Oregon | 0.4803592635% |
| OR52 | Medford City, Oregon | 1.5540758598% |
| OR53 | Milwaukie City, Oregon | 0.2113647118% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OR54 | Monmouth City, Oregon | 0.0706960930% |
| OR55 | Morrow County, Oregon | 0.1351544937% |
| OR56 | Multnomah County, Oregon | 13.9643815662% |
| OR57 | Newberg City, Oregon | 0.4093257361% |
| OR58 | Newport City, Oregon | 0.1908392623% |
| OR59 | Ontario City, Oregon | 0.1869780182% |
| OR60 | Oregon City, Oregon | 0.2765040475% |
| OR61 | Pendleton City, Oregon | 0.3521049458% |
| OR62 | Polk County, Oregon | 0.7074299681% |
| OR63 | Portland City, Oregon | 8.2736702858% |
| OR64 | Prineville City, Oregon | 0.0924861843% |
| OR65 | Redmond City, Oregon | 0.1550311086% |
| OR66 | Roseburg City, Oregon | 0.6370799877% |
| OR67 | Salem City, Oregon | 3.0438221421% |
| OR68 | Sandy City, Oregon | 0.0775015682% |
| OR70 | Sherwood City, Oregon | 0.1404204928% |
| OR71 | Silverton City, Oregon | 0.0775630731% |
| OR72 | Springfield City, Oregon | 1.1667234659% |
| OR73 | St. Helens City, Oregon | 0.1964453077% |
| OR74 | The Dalles City, Oregon | 0.1723418738% |
| OR75 | Tigard City, Oregon | 0.5049875956% |
| OR76 | Tillamook County, Oregon | 0.9001228870% |
| OR77 | Troutdale City, Oregon | 0.0899929610% |
| OR78 | Tualatin City, Oregon | 0.1551565618% |
| OR79 | Umatilla County, Oregon | 0.9738633884% |
| OR80 | Union County, Oregon | 0.4153841374% |
| OR82 | Wasco County, Oregon | 0.4116278731% |
| OR83 | Washington County, Oregon | 7.2167622210% |
| OR84 | West Linn City, Oregon | 0.1600504983% |
| OR86 | Wilsonville City, Oregon | 0.1383351396% |
| OR87 | Woodburn City, Oregon | 0.2069349266% |
| OR88 | Yamhill County, Oregon | 1.4120246444% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PA2 | Adams County, Pennsylvania | |
| PA4 | Aliquippa City, Pennsylvania | |
| PA5 | Allegheny County, Pennsylvania | |
| PA6 | Allentown City, Pennsylvania | |
| PA10 | Armstrong County, Pennsylvania | |
| PA13 | Beaver County, Pennsylvania | |
| PA14 | Bedford County, Pennsylvania | |
| PA15 | Bensalem Township, Pennsylvania | |
| PA16 | Berks County, Pennsylvania | |
| PA20 | Blair County, Pennsylvania | |
| PA22 | Bradford County, Pennsylvania | |
| PA23 | Bristol Township, Pennsylvania | |
| PA25 | Bucks County, Pennsylvania | |
| PA27 | Butler County, Pennsylvania | |
| PA30 | Cambria County, Pennsylvania | |
| PA31 | Cameron County, Pennsylvania | |
| PA32 | Carbon County, Pennsylvania | |
| PA36 | Centre County, Pennsylvania | |
| PA40 | Chester County, Pennsylvania | |
| PA42 | Clarion County, Pennsylvania | |
| PA43 | Clearfield County, Pennsylvania | |
| PA44 | Clinton County, Pennsylvania | |
| PA46 | Coatesville City, Pennsylvania | Allocations in |
| PA49 | Columbia County, Pennsylvania | Pennsylvania will be |
| PA53 | Crawford County, Pennsylvania | made in accordance with |
| PA54 | Cumberland County, Pennsylvania | the Pennsylvania Trust |
| PA57 | Dauphin County, Pennsylvania | and Allocation Order. |
| PA58 | Delaware County, Pennsylvania | |
| PA76 | Edwardsville Borough, Pennsylvania | |
| PA79 | Elk County, Pennsylvania | |
| PA84 | Erie County, Pennsylvania | |
| PA85 | Exeter Borough, Pennsylvania | |
| PA90 | Fayette County, Pennsylvania | |
| PA92 | Forest County, Pennsylvania | |
| PA94 | Forty Fort Borough, Pennsylvania | |
| PA96 | Franklin County, Pennsylvania | |
| PA98 | Fulton County, Pennsylvania | |
| PA99 | Greene County, Pennsylvania | |
| PA107 | Hanover Township, Luzerne County, Pennsylvania | |
| PA114 | Hazleton City, Pennsylvania | |
| PA120 | Huntingdon County, Pennsylvania | |
| PA122 | Indiana County, Pennsylvania | |
| PA123 | Jefferson County, Pennsylvania | |
| PA126 | Juniata County, Pennsylvania | |
| PA127 | Kingston Borough, Pennsylvania | |
| PA128 | Lackawanna County, Pennsylvania | |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| PA130 | Lancaster County, Pennsylvania | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PA134 | Lawrence County, Pennsylvania | |
| PA136 | Lebanon County, Pennsylvania | |
| PA137 | Lehigh County, Pennsylvania | |
| PA141 | Lock Haven City, Pennsylvania | |
| PA147 | Lower Makefield Township, Pennsylvania | |
| PA155 | Lower Southampton Township, Pennsylvania | |
| PA157 | Luzerne County, Pennsylvania | |
| PA158 | Lycoming County, Pennsylvania | |
| PA348 | Mahoning Township, Lawrence County, Pennsylvania | |
| PA164 | McKean County, Pennsylvania | |
| PA167 | Mercer County, Pennsylvania | |
| PA169 | Middletown Township, Bucks County, Pennsylvania | |
| PA171 | Mifflin County, Pennsylvania | |
| PA174 | Monroe County, Pennsylvania | |
| PA176 | Montgomery County, Pennsylvania | |
| PA178 | Montour County, Pennsylvania | |
| PA180 | Morrisville Borough, Pennsylvania | |
| PA187 | Nanticoke City, Pennsylvania | Allocations in Pennsylvania will be made in accordance with the Pennsylvania Trust and Allocation Order. |
| PA190 | New Castle City, Pennsylvania | |
| PA195 | Newtown Township, Bucks County, Pennsylvania | |
| PA197 | Norristown Borough, Pennsylvania | |
| PA205 | Northampton County, Pennsylvania | |
| PA207 | Northumberland County, Pennsylvania | |
| PA213 | Perry County, Pennsylvania | |
| PA215 | Philadelphia City, Pennsylvania | |
| PA217 | Pike County, Pennsylvania | |
| PA219 | Pittsburgh City, Pennsylvania | |
| PA220 | Plains Township, Pennsylvania | |
| PA225 | Potter County, Pennsylvania | |
| PA241 | Schuylkill County, Pennsylvania | |
| PA248 | Snyder County, Pennsylvania | |
| PA249 | Somerset County, Pennsylvania | |
| PA265 | Sugar Notch Borough, Pennsylvania | |
| PA266 | Sullivan County, Pennsylvania | |
| PA267 | Susquehanna County, Pennsylvania | |
| PA270 | Tioga County, Pennsylvania | |
| PA273 | Union County, Pennsylvania | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PA349 | Union Township, Lawrence County, Pennsylvania | |
| PA290 | Venango County, Pennsylvania | |
| PA350 | Wampum Borough, Pennsylvania | |
| PA291 | Warminster Township, Pennsylvania | |
| PA292 | Warren County, Pennsylvania | |
| PA293 | Warrington Township, Bucks County, Pennsylvania | |
| PA297 | Washington County, Pennsylvania | |
| PA299 | Wayne County, Pennsylvania | |
| PA310 | West Norriton Township, Pennsylvania | |
| PA311 | West Pittston Borough, Pennsylvania | |
| PA313 | Westmoreland County, Pennsylvania | |
| PA320 | Wilkes Barre Township, Pennsylvania | |
| PA321 | Wilkes-Barre City, Pennsylvania | |
| PA327 | Wright Township, Pennsylvania | |
| PA328 | Wyoming Borough, Pennsylvania | |
| PA329 | Wyoming County, Pennsylvania | Allocations in Pennsylvania will be made in accordance with the Pennsylvania Trust and Allocation Order. |
| PA333 | York County, Pennsylvania | |
| PA335 | Fairview Township, Luzerne County, Pennsylvania | |
| PA336 | District Attorney of Allegheny County, Pennsylvania | |
| PA337 | District Attorney of Berks County, Pennsylvania | |
| PA338 | District Attorney of Bucks County, Pennsylvania | |
| PA339 | District Attorney of Chester County, Pennsylvania | |
| PA340 | District Attorney of Clearfield County, Pennsylvania | |
| PA341 | District Attorney of Dauphin County, Pennsylvania | |
| PA342 | District Attorney of Delaware County, Pennsylvania | |
| PA343 | District Attorney of Erie County, Pennsylvania | |
| PA344 | District Attorney of Lehigh County, Pennsylvania | |
| PA345 | District Attorney of Northampton County, Pennsylvania | |
| PA346 | District Attorney of Philadelphia County, Pennsylvania | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PA347 | District Attorney of Westmoreland County, Pennsylvania | Allocations in Pennsylvania will be made in accordance with the Pennsylvania Trust and Allocation Order. |
| PA351 | Southeastern Pennsylvania Transportation Authority, Pennsylvania | |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| PR1 | Adjuntas, Puerto Rico | 0.4468461493% |
| PR2 | Aguada, Puerto Rico | 0.9238661758% |
| PR3 | Aguadilla, Puerto Rico | 1.6156167759% |
| PR4 | Aguas Buenas, Puerto Rico | 0.7490858028% |
| PR5 | Aibonito, Puerto Rico | 0.7959428477% |
| PR6 | Anasco, Puerto Rico | 0.5050154853% |
| PR7 | Arecibo, Puerto Rico | 1.3074850692% |
| PR8 | Arroyo, Puerto Rico | 2.0592191012% |
| PR9 | Barceloneta, Puerto Rico | 0.5768569406% |
| PR10 | Barranquitas, Puerto Rico | 0.7167107056% |
| PR11 | Bayamon, Puerto Rico | 5.7282390971% |
| PR12 | Cabo Rojo, Puerto Rico | 1.1570847420% |
| PR13 | Caguas, Puerto Rico | 4.7119895861% |
| PR14 | Camuy, Puerto Rico | 0.7759381807% |
| PR15 | Canovanas, Puerto Rico | 1.0721780377% |
| PR16 | Carolina, Puerto Rico | 4.3228006165% |
| PR17 | Catano, Puerto Rico | 0.7612066695% |
| PR18 | Cayey, Puerto Rico | 1.3596493469% |
| PR19 | Ceiba, Puerto Rico | 0.2896687707% |
| PR20 | Ciales, Puerto Rico | 0.4533215195% |
| PR21 | Cidra, Puerto Rico | 1.1671492158% |
| PR22 | Coamo, Puerto Rico | 0.9970822347% |
| PR23 | Comerio, Puerto Rico | 0.5268640655% |
| PR24 | Corozal, Puerto Rico | 0.8595048594% |
| PR25 | Culebra, Puerto Rico | 0.0380175870% |
| PR26 | Dorado, Puerto Rico | 0.8970759382% |
| PR27 | Fajardo, Puerto Rico | 1.1102770585% |
| PR28 | Florida, Puerto Rico | 0.2695408253% |
| PR29 | Guanica, Puerto Rico | 0.4269617539% |
| PR30 | Guayama, Puerto Rico | 1.3293151076% |
| PR31 | Guayanilla, Puerto Rico | 0.4886780984% |
| PR32 | Guaynabo, Puerto Rico | 2.3185934725% |
| PR33 | Gurabo, Puerto Rico | 0.9866291335% |
| PR34 | Hatillo, Puerto Rico | 1.0577790273% |
| PR35 | Hormigueros, Puerto Rico | 0.3963005262% |
| PR36 | Humacao, Puerto Rico | 1.8829438530% |
| PR37 | Isabela, Puerto Rico | 1.0062900243% |
| PR38 | Jayuya, Puerto Rico | 0.3757431113% |
| PR39 | Juana Diaz, Puerto Rico | 1.7179648597% |
| PR40 | Juncos, Puerto Rico | 0.9543672919% |
| PR41 | Lajas, Puerto Rico | 0.5633742491% |
| PR42 | Lares, Puerto Rico | 0.6852103333% |
| PR43 | Las Marias, Puerto Rico | 0.2285582941% |
| PR44 | Las Piedras, Puerto Rico | 0.8440153869% |
| PR45 | Loiza, Puerto Rico | 0.7971240145% |
| PR46 | Luquillo, Puerto Rico | 0.5035020683% |
| PR47 | Manati, Puerto Rico | 1.3858134207% |
| PR48 | Maricao, Puerto Rico | 0.1311593846% |
| PR49 | Maunabo, Puerto Rico | 0.2983734242% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PR50 | Mayaguez, Puerto Rico | 2.7384221211% |
| PR51 | Moca, Puerto Rico | 0.9400143856% |
| PR52 | Morovis, Puerto Rico | 0.7678286207% |
| PR53 | Naguabo, Puerto Rico | 0.6776685553% |
| PR54 | Naranjito, Puerto Rico | 0.6713715879% |
| PR55 | Orocovis, Puerto Rico | 0.5209419444% |
| PR56 | Patillas, Puerto Rico | 0.4307397840% |
| PR57 | Penuelas, Puerto Rico | 0.5782731381% |
| PR58 | Ponce, Puerto Rico | 5.1762853836% |
| PR59 | Quebradillas, Puerto Rico | 0.6086201563% |
| PR60 | Rincon, Puerto Rico | 0.3607312171% |
| PR61 | Rio Grande, Puerto Rico | 1.2995118170% |
| PR62 | Sabana Grande, Puerto Rico | 0.5625075422% |
| PR63 | Salinas, Puerto Rico | 0.8069301551% |
| PR64 | San German, Puerto Rico | 0.9914753253% |
| PR65 | San Juan, Puerto Rico | 13.8003700360% |
| PR66 | San Lorenzo, Puerto Rico | 1.0322446251% |
| PR67 | San Sebastian, Puerto Rico | 0.9222442638% |
| PR68 | Santa Isabel, Puerto Rico | 0.5210354055% |
| PR69 | Toa Alta, Puerto Rico | 1.7552873773% |
| PR70 | Toa Baja, Puerto Rico | 2.1783919223% |
| PR71 | Trujillo Alto, Puerto Rico | 1.9136501824% |
| PR72 | Utuado, Puerto Rico | 0.7718304061% |
| PR73 | Vega Alta, Puerto Rico | 0.9338331796% |
| PR74 | Vega Baja, Puerto Rico | 1.6886509241% |
| PR75 | Vieques, Puerto Rico | 0.1979351524% |
| PR76 | Villalba, Puerto Rico | 0.5576736281% |
| PR77 | Yabucoa, Puerto Rico | 0.8842993409% |
| PR78 | Yauco, Puerto Rico | 1.1383015829% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| RI1 | Barrington Town, Rhode Island | 2.3000539202% |
| RI2 | Bristol Town, Rhode Island | 1.0821868960% |
| RI3 | Burrillville Town, Rhode Island | 1.3272036109% |
| RI4 | Central Falls City, Rhode Island | 0.9147584689% |
| RI5 | Charlestown, Rhode Island | 0.5887860100% |
| RI6 | Coventry Town, Rhode Island | 3.5886939036% |
| RI7 | Cranston City, Rhode Island | 7.8869595262% |
| RI8 | Cumberland Town, Rhode Island | 2.4742003754% |
| RI9 | East Greenwich Town, Rhode Island | 1.7467671439% |
| RI10 | East Providence City, Rhode Island | 4.3247728580% |
| RI11 | Exeter Town, Rhode Island | 0.0071810640% |
| RI12 | Foster Town, Rhode Island | 0.2489021533% |
| RI13 | Glocester Town, Rhode Island | 0.8508469130% |
| RI14 | Hopkinton Town, Rhode Island | 0.7098006614% |
| RI15 | Jamestown, Rhode Island | 0.4220295287% |
| RI16 | Johnston Town, Rhode Island | 3.0898685140% |
| RI17 | Lincoln Town, Rhode Island | 2.1171973520% |
| RI18 | Little Compton Town, Rhode Island | 0.2663017745% |
| RI19 | Middletown, Rhode Island | 1.2877439601% |
| RI20 | Narragansett Town, Rhode Island | 1.2760123800% |
| RI21 | New Shoreham Town, Rhode Island | 0.2118269375% |
| RI22 | Newport City, Rhode Island | 2.3339316695% |
| RI23 | North Kingstown, Rhode Island | 2.6500524514% |
| RI24 | North Providence Town, Rhode Island | 2.5306229398% |
| RI25 | North Smithfield Town, Rhode Island | 1.1299013506% |
| RI26 | Pawtucket City, Rhode Island | 5.9652217345% |
| RI27 | Portsmouth Town, Rhode Island | 1.2807429020% |
| RI28 | Providence City, Rhode Island | 21.4858080262% |
| RI29 | Richmond Town, Rhode Island | 0.0818789542% |
| RI30 | Scituate Town, Rhode Island | 1.0248588645% |
| RI31 | Smithfield Town, Rhode Island | 1.7724673574% |
| RI32 | South Kingstown, Rhode Island | 2.3282747894% |
| RI33 | Tiverton Town, Rhode Island | 0.9907730639% |
| RI34 | Warren Town, Rhode Island | 0.1394116029% |
| RI35 | Warwick City, Rhode Island | 9.9418184427% |
| RI36 | West Greenwich Town, Rhode Island | 0.7104734659% |
| RI37 | West Warwick Town, Rhode Island | 3.0239943495% |
| RI38 | Westerly Town, Rhode Island | 2.0135754535% |
| RI39 | Woonsocket City, Rhode Island | 3.8740986306% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| SC1 | Abbeville County, South Carolina | 0.3350059823% |
| SC2 | Aiken City, South Carolina | 0.7838026892% |
| SC3 | Aiken County, South Carolina | 2.5661670597% |
| SC4 | Allendale County, South Carolina | 0.1220441823% |
| SC5 | Anderson City, South Carolina | 1.1735303052% |
| SC6 | Anderson County, South Carolina | 3.3392231904% |
| SC7 | Bamberg County, South Carolina | 0.2705913372% |
| SC8 | Barnwell County, South Carolina | 0.4653224769% |
| SC9 | Beaufort City, South Carolina | 0.0769982478% |
| SC10 | Beaufort County, South Carolina | 2.3364418352% |
| SC11 | Berkeley County, South Carolina | 2.0961440294% |
| SC12 | Bluffton Town, South Carolina | 0.0481968917% |
| SC13 | Calhoun County, South Carolina | 0.1833260393% |
| SC14 | Cayce City, South Carolina | 0.2572136960% |
| SC15 | Charleston City, South Carolina | 2.3004340552% |
| SC16 | Charleston County, South Carolina | 3.8016438488% |
| SC17 | Cherokee County, South Carolina | 0.9440700745% |
| SC18 | Chester City, South Carolina | 0.1299573133% |
| SC19 | Chester County, South Carolina | 0.3947965211% |
| SC20 | Chesterfield County, South Carolina | 0.9443488664% |
| SC21 | Clarendon County, South Carolina | 0.5705383575% |
| SC22 | Clemson City, South Carolina | 0.3311616877% |
| SC23 | Colleton County, South Carolina | 0.8589365535% |
| SC24 | Columbia City, South Carolina | 2.3918060702% |
| SC25 | Conway City, South Carolina | 0.2894739402% |
| SC26 | Darlington County, South Carolina | 1.6906462867% |
| SC27 | Dillon County, South Carolina | 0.6608411417% |
| SC28 | Dorchester County, South Carolina | 1.6015765975% |
| SC29 | Easley City, South Carolina | 0.8565835771% |
| SC30 | Edgefield County, South Carolina | 0.3586097074% |
| SC31 | Fairfield County, South Carolina | 0.3536421891% |
| SC32 | Florence City, South Carolina | 1.0065336904% |
| SC33 | Florence County, South Carolina | 2.2059006272% |
| SC34 | Forest Acres City, South Carolina | 0.0995929056% |
| SC35 | Fort Mill Town, South Carolina | 0.1714974802% |
| SC36 | Fountain Inn City, South Carolina | 0.1975697094% |
| SC37 | Gaffney City, South Carolina | 0.2044353782% |
| SC38 | Georgetown City, South Carolina | 0.2626233562% |
| SC39 | Georgetown County, South Carolina | 1.1895098900% |
| SC40 | Goose Creek City, South Carolina | 0.5473575768% |
| SC41 | Greenville City, South Carolina | 2.2705648395% |
| SC42 | Greenville County, South Carolina | 7.1502328364% |
| SC43 | Greenwood City, South Carolina | 0.0308220618% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SC44 | Greenwood County, South Carolina | 1.3388944490% |
| SC45 | Greer City, South Carolina | 0.5590564672% |
| SC46 | Hampton County, South Carolina | 0.3450376919% |
| SC47 | Hanahan City, South Carolina | 0.2279684840% |
| SC48 | Hilton Head Island Town, South Carolina | 0.2323878458% |
| SC49 | Horry County, South Carolina | 5.2166718879% |
| SC50 | Irmo Town, South Carolina | 0.0942740906% |
| SC51 | James Island Town, South Carolina | 0.0461551887% |
| SC52 | Jasper County, South Carolina | 0.4278548317% |
| SC53 | Kershaw County, South Carolina | 1.0780892823% |
| SC54 | Lancaster County, South Carolina | 1.4809282603% |
| SC55 | Laurens County, South Carolina | 1.3598442946% |
| SC56 | Lee County, South Carolina | 0.2176621820% |
| SC57 | Lexington County, South Carolina | 4.4881391605% |
| SC58 | Lexington Town, South Carolina | 0.2342104062% |
| SC59 | Marion County, South Carolina | 0.6973242307% |
| SC60 | Marlboro County, South Carolina | 0.4878238042% |
| SC61 | Mauldin City, South Carolina | 0.4253253929% |
| SC62 | McCormick County, South Carolina | 0.1281623493% |
| SC63 | Moncks Corner Town, South Carolina | 0.1965426445% |
| SC64 | Mount Pleasant Town, South Carolina | 0.5750801889% |
| SC65 | Myrtle Beach City, South Carolina | 1.9068234068% |
| SC66 | Newberry City, South Carolina | 0.0344864657% |
| SC67 | Newberry County, South Carolina | 0.5656551710% |
| SC68 | North Augusta City, South Carolina | 0.5139678525% |
| SC69 | North Charleston City, South Carolina | 1.7751090959% |
| SC70 | North Myrtle Beach City, South Carolina | 0.6366313248% |
| SC71 | Oconee County, South Carolina | 2.8099515214% |
| SC72 | Orangeburg City, South Carolina | 0.0468940344% |
| SC73 | Orangeburg County, South Carolina | 1.4543982912% |
| SC74 | Pickens County, South Carolina | 2.8143347165% |
| SC75 | Port Royal Town, South Carolina | 0.0206098617% |
| SC76 | Richland County, South Carolina | 3.8816723839% |
| SC77 | Rock Hill City, South Carolina | 1.3120073555% |
| SC78 | Saluda County, South Carolina | 0.2604801809% |
| SC79 | Simpsonville City, South Carolina | 0.3497064495% |
| SC80 | Spartanburg City, South Carolina | 1.1890308958% |
| SC81 | Spartanburg County, South Carolina | 6.4084293395% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SC82 | Summerville Town, South Carolina | 0.6446011912% |
| SC83 | Sumter City, South Carolina | 0.5390642671% |
| SC84 | Sumter County, South Carolina | 0.9480995733% |
| SC85 | Tega Cay City, South Carolina | 0.0433365022% |
| SC86 | Union County, South Carolina | 0.6499524020% |
| SC87 | West Columbia City, South Carolina | 0.3943858322% |
| SC88 | Williamsburg County, South Carolina | 0.4931357629% |
| SC89 | York County, South Carolina | 2.5800878865% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SD1 | Aberdeen City, South Dakota | 1.7806789284% |
| SD2 | Aurora County, South Dakota | 0.1283252150% |
| SD3 | Beadle County, South Dakota | 0.8743032704% |
| SD4 | Bennett County, South Dakota | 0.1895703332% |
| SD5 | Bon Homme County, South Dakota | 0.6047162426% |
| SD6 | Box Elder City, South Dakota | 0.2251076107% |
| SD7 | Brandon City, South Dakota | 0.4012895918% |
| SD8 | Brookings City, South Dakota | 2.4259611863% |
| SD9 | Brookings County, South Dakota | 0.2802421588% |
| SD10 | Brown County, South Dakota | 1.7764564315% |
| SD11 | Brule County, South Dakota | 0.8045710091% |
| SD12 | Buffalo County, South Dakota | 0.1823519926% |
| SD13 | Butte County, South Dakota | 0.8926544344% |
| SD14 | Campbell County, South Dakota | 0.0682419048% |
| SD15 | Charles Mix County, South Dakota | 0.8084433424% |
| SD16 | Clark County, South Dakota | 0.2550260601% |
| SD17 | Clay County, South Dakota | 0.4415194932% |
| SD18 | Codington County, South Dakota | 0.8721266365% |
| SD19 | Corson County, South Dakota | 0.3429322421% |
| SD20 | Custer County, South Dakota | 1.0868471426% |
| SD21 | Davison County, South Dakota | 0.6815458005% |
| SD22 | Day County, South Dakota | 0.3921680475% |
| SD23 | Deuel County, South Dakota | 0.4035008098% |
| SD24 | Dewey County, South Dakota | 0.3699996685% |
| SD25 | Douglas County, South Dakota | 0.2891518759% |
| SD26 | Edmunds County, South Dakota | 0.2529348056% |
| SD27 | Fall River County, South Dakota | 2.1968904590% |
| SD28 | Faulk County, South Dakota | 0.2772473959% |
| SD29 | Grant County, South Dakota | 0.6923230564% |
| SD30 | Gregory County, South Dakota | 0.5555128599% |
| SD31 | Haakon County, South Dakota | 0.1774497029% |
| SD32 | Hamlin County, South Dakota | 0.3340117176% |
| SD33 | Hand County, South Dakota | 0.2401311401% |
| SD34 | Hanson County, South Dakota | 0.1484271966% |
| SD35 | Harding County, South Dakota | 0.0620805393% |
| SD36 | Hughes County, South Dakota | 0.8137066032% |
| SD37 | Huron City, South Dakota | 0.8308959590% |
| SD38 | Hutchinson County, South Dakota | 0.5659237410% |
| SD39 | Hyde County, South Dakota | 0.0640529112% |
| SD40 | Jackson County, South Dakota | 0.1437421380% |
| SD41 | Jerauld County, South Dakota | 0.3258250234% |
| SD42 | Jones County, South Dakota | 0.0451732597% |
| SD43 | Kingsbury County, South Dakota | 0.3721763025% |
| SD44 | Lake County, South Dakota | 0.8273932428% |
| SD45 | Lawrence County, South Dakota | 2.3838237581% |
| SD46 | Lincoln County, South Dakota | 1.2611723923% |
| SD47 | Lyman County, South Dakota | 0.3239942300% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SD48 | Marshall County, South Dakota | 0.5625107271% |
| SD49 | McCook County, South Dakota | 0.3047773840% |
| SD50 | McPherson County, South Dakota | 0.1613184030% |
| SD51 | Meade County, South Dakota | 3.2698326502% |
| SD52 | Mellette County, South Dakota | 0.1848247525% |
| SD53 | Miner County, South Dakota | 0.1616739703% |
| SD54 | Minnehaha County, South Dakota | 12.2243522517% |
| SD55 | Mitchell City, South Dakota | 1.5031732329% |
| SD56 | Moody County, South Dakota | 0.4743937985% |
| SD57 | Oglala Lakota County, South Dakota | 1.3919692864% |
| SD58 | Pennington County, South Dakota | 8.0611767283% |
| SD59 | Perkins County, South Dakota | 0.3755374403% |
| SD60 | Pierre City, South Dakota | 0.6216678331% |
| SD61 | Potter County, South Dakota | 0.1893444561% |
| SD62 | Rapid City, South Dakota | 6.9492723574% |
| SD63 | Roberts County, South Dakota | 0.9943780269% |
| SD64 | Sanborn County, South Dakota | 0.1141857404% |
| SD65 | Sioux Falls City, South Dakota | 21.6732660428% |
| SD66 | Spearfish City, South Dakota | 0.8208633410% |
| SD67 | Spink County, South Dakota | 0.7324773052% |
| SD68 | Stanley County, South Dakota | 0.1733882380% |
| SD69 | Sully County, South Dakota | 0.0632218131% |
| SD70 | Todd County, South Dakota | 1.0677859248% |
| SD71 | Tripp County, South Dakota | 0.6252580903% |
| SD72 | Turner County, South Dakota | 0.6536969906% |
| SD73 | Union County, South Dakota | 1.4531041680% |
| SD74 | Vermillion City, South Dakota | 0.5912781760% |
| SD75 | Walworth County, South Dakota | 0.5615110318% |
| SD76 | Watertown City, South Dakota | 1.6132964277% |
| SD77 | Yankton City, South Dakota | 1.2219897393% |
| SD78 | Yankton County, South Dakota | 1.4233435084% |
| SD79 | Ziebach County, South Dakota | 0.3085103004% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TN3 | Anderson County, Tennessee | 1.2063249026% |
| TN5 | Arlington Town, Tennessee | 0.0036566309% |
| TN8 | Bartlett City, Tennessee | 0.0730561566% |
| TN10 | Bedford County, Tennessee | 0.5762663555% |
| TN12 | Benton County, Tennessee | 0.5216608068% |
| TN13 | Bledsoe County, Tennessee | 0.1398580820% |
| TN14 | Blount County, Tennessee | 1.9196465581% |
| TN15 | Bradley County, Tennessee | 1.0430217552% |
| TN16 | Brentwood City, Tennessee | 0.0478208600% |
| TN17 | Bristol City, Tennessee | 0.5426871150% |
| TN19 | Campbell County, Tennessee | 1.5974370559% |
| TN20 | Cannon County, Tennessee | 0.3205453949% |
| TN21 | Carroll County, Tennessee | 0.4438060785% |
| TN22 | Carter County, Tennessee | 0.8435596891% |
| TN27 | Chattanooga City, Tennessee | 0.4981237028% |
| TN28 | Cheatham County, Tennessee | 0.8209998781% |
| TN29 | Chester County, Tennessee | 0.1751399118% |
| TN30 | Claiborne County, Tennessee | 1.1929412357% |
| TN31 | Clarksville City, Tennessee | 0.2296815192% |
| TN32 | Clay County, Tennessee | 0.3261509170% |
| TN33 | Cleveland City, Tennessee | 0.5531282252% |
| TN36 | Cocke County, Tennessee | 0.8746257470% |
| TN37 | Coffee County, Tennessee | 0.8953551698% |
| TN39 | Collierville Town, Tennessee | 0.0617375387% |
| TN41 | Columbia City, Tennessee | 0.0390894158% |
| TN42 | Cookeville City, Tennessee | 0.8404101920% |
| TN45 | Crockett County, Tennessee | 0.1232062476% |
| TN47 | Cumberland County, Tennessee | 0.8784847959% |
| TN48 | Dandridge Town, Tennessee | 0.0109089663% |
| TN49 | De Kalb County, Tennessee | 0.4478425886% |
| TN50 | Decatur County, Tennessee | 0.3607195939% |
| TN51 | Decatur Town, Tennessee | 0.0050599481% |
| TN53 | Dickson County, Tennessee | 0.8341347308% |
| TN56 | Dyer County, Tennessee | 0.4019088559% |
| TN64 | Fayette County, Tennessee | 0.3157083831% |
| TN66 | Fentress County, Tennessee | 0.5526714656% |
| TN67 | Franklin City, Tennessee | 0.1089989646% |
| TN68 | Franklin County, Tennessee | 0.6323371108% |
| TN69 | Gallatin City, Tennessee | 0.0760079674% |
| TN70 | Gatlinburg City, Tennessee | 0.0507819668% |
| TN71 | Germantown City, Tennessee | 0.0687501047% |
| TN72 | Gibson County, Tennessee | 0.4940695219% |
| TN73 | Giles County, Tennessee | 0.4604367666% |
| TN75 | Grainger County, Tennessee | 0.4671260668% |
| TN76 | Greene County, Tennessee | 1.2127967101% |
| TN78 | Grundy County, Tennessee | 0.3896858892% |
| TN79 | Hamblen County, Tennessee | 2.2614488604% |
| TN80 | Hamilton County, Tennessee | 4.2055530346% |
| TN81 | Hancock County, Tennessee | 0.2089065376% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TN82 | Hardeman County, Tennessee | 0.2150658408% |
| TN83 | Hardin County, Tennessee | 0.5683946644% |
| TN84 | Hartsville/Trousdale County, Tennessee | 0.1139641522% |
| TN85 | Hawkins County, Tennessee | 1.0968095083% |
| TN86 | Haywood County, Tennessee | 0.1104263592% |
| TN87 | Henderson County, Tennessee | 0.2498867656% |
| TN88 | Hendersonville City, Tennessee | 0.1137407554% |
| TN89 | Henry County, Tennessee | 0.6661685991% |
| TN90 | Hickman County, Tennessee | 0.2804089244% |
| TN91 | Houston County, Tennessee | 0.1198735525% |
| TN92 | Humphreys County, Tennessee | 0.2441608982% |
| TN93 | Jackson City, Tennessee | 0.0431370644% |
| TN94 | Jackson County, Tennessee | 0.2780985367% |
| TN95 | Jefferson County, Tennessee | 0.8912247367% |
| TN96 | Johnson City, Tennessee | 1.0682855260% |
| TN97 | Johnson County, Tennessee | 0.2282065978% |
| TN98 | Kingsport City, Tennessee | 0.9871149359% |
| TN99 | Knox County, Tennessee | 9.1809198144% |
| TN100 | Knoxville City, Tennessee | 1.5417816888% |
| TN101 | La Vergne City, Tennessee | 0.0518950147% |
| TN102 | Lake County, Tennessee | 0.0671464632% |
| TN104 | Lauderdale County, Tennessee | 0.2733775153% |
| TN105 | Lawrence County, Tennessee | 0.6992850503% |
| TN107 | Lebanon City, Tennessee | 0.1110258247% |
| TN108 | Lewis County, Tennessee | 0.1528225920% |
| TN110 | Lexington City, Tennessee | 0.0796867496% |
| TN112 | Lincoln County, Tennessee | 0.4060784411% |
| TN115 | Loudon County, Tennessee | 0.8992484296% |
| TN116 | Lynchburg, Moore County Metropolitan Government, Tennessee | 0.0579106070% |
| TN118 | Macon County, Tennessee | 0.3091017000% |
| TN119 | Madison County, Tennessee | 0.8907256845% |
| TN121 | Marion County, Tennessee | 0.3637161259% |
| TN122 | Marshall County, Tennessee | 0.5422227344% |
| TN124 | Maryville City, Tennessee | 0.3223901040% |
| TN125 | Maury County, Tennessee | 1.0772540178% |
| TN126 | McMinn County, Tennessee | 0.9297273747% |
| TN128 | McNairy County, Tennessee | 0.4269884656% |
| TN129 | Meigs County, Tennessee | 0.2016450737% |
| TN130 | Memphis City, Tennessee | 4.9079216307% |
| TN131 | Millington City, Tennessee | 0.0212200583% |
| TN133 | Monroe County, Tennessee | 0.7506735593% |
| TN135 | Montgomery County, Tennessee | 1.6758545682% |
| TN136 | Morgan County, Tennessee | 0.5132562715% |
| TN138 | Morristown City, Tennessee | 0.3919462797% |
| TN139 | Mount Juliet City, Tennessee | 0.0577622481% |
| TN141 | Murfreesboro City, Tennessee | 0.7283549414% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TN142 | Nashville-Davidson Metropolitan Government, Tennessee | 8.9810236006% |
| TN145 | Oak Ridge City, Tennessee | 0.9598050011% |
| TN146 | Obion County, Tennessee | 0.3198033491% |
| TN147 | Overton County, Tennessee | 0.5461670803% |
| TN149 | Perry County, Tennessee | 0.0857864664% |
| TN151 | Pickett County, Tennessee | 0.1471132648% |
| TN152 | Pigeon Forge City, Tennessee | 0.0877322588% |
| TN154 | Polk County, Tennessee | 0.3220131560% |
| TN157 | Putnam County, Tennessee | 0.3930896023% |
| TN159 | Rhea County, Tennessee | 0.5404420504% |
| TN160 | Ripley City, Tennessee | 0.0190759934% |
| TN161 | Roane County, Tennessee | 1.6361535854% |
| TN162 | Robertson County, Tennessee | 0.9333043197% |
| TN163 | Rutherford County, Tennessee | 2.5756978154% |
| TN164 | Scott County, Tennessee | 0.5189341096% |
| TN165 | Sequatchie County, Tennessee | 0.2433974548% |
| TN166 | Sevier County, Tennessee | 1.4412782095% |
| TN168 | Shelby County, Tennessee | 3.5255489082% |
| TN170 | Smith County, Tennessee | 0.5711842980% |
| TN172 | Smyrna Town, Tennessee | 0.1314691656% |
| TN176 | Spring Hill City, Tennessee | 0.0244598773% |
| TN179 | Stewart County, Tennessee | 0.1459273147% |
| TN180 | Sullivan County, Tennessee | 1.4573397906% |
| TN181 | Sumner County, Tennessee | 1.7449087187% |
| TN182 | Tipton County, Tennessee | 0.6312749815% |
| TN184 | Unicoi County, Tennessee | 0.3464527663% |
| TN186 | Union County, Tennessee | 0.5606745148% |
| TN187 | Van Buren County, Tennessee | 0.0479172535% |
| TN189 | Warren County, Tennessee | 0.5719112694% |
| TN191 | Washington County, Tennessee | 1.1061046159% |
| TN192 | Wayne County, Tennessee | 0.2328717594% |
| TN194 | Weakley County, Tennessee | 0.3874777573% |
| TN195 | White County, Tennessee | 0.4162394991% |
| TN197 | Williamson County, Tennessee | 1.6843304984% |
| TN198 | Wilson County, Tennessee | 1.4019072760% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1 | Abbott City, Texas | 0.0004586670% |
| TX2 | Abernathy City, Texas | 0.0000733330% |
| TX3 | Abilene City, Texas | 0.3758786670% |
| TX4 | Ackerly City, Texas | 0.0000140000% |
| TX5 | Addison Town, Texas | 0.0387293330% |
| TX6 | Adrian City, Texas | 0.0001206670% |
| TX7 | Agua Dulce City, Texas | 0.0000286670% |
| TX8 | Alamo City, Texas | 0.0147473330% |
| TX9 | Alamo Heights City, Texas | 0.0187986670% |
| TX10 | Alba Town, Texas | 0.0021306670% |
| TX11 | Albany City, Texas | 0.0001200000% |
| TX12 | Aledo City, Texas | 0.0002206670% |
| TX13 | Alice City, Texas | 0.0475273330% |
| TX14 | Allen City, Texas | 0.2100540000% |
| TX15 | Alma Town, Texas | 0.0007380000% |
| TX16 | Alpine City, Texas | 0.0197906670% |
| TX17 | Alto Town, Texas | 0.0025113330% |
| TX18 | Alton City, Texas | 0.0076933330% |
| TX19 | Alvarado City, Texas | 0.0193526670% |
| TX20 | Alvin City, Texas | 0.0759746670% |
| TX21 | Alvord Town, Texas | 0.0002386670% |
| TX22 | Amarillo City, Texas | 0.6584406670% |
| TX23 | Ames City, Texas | 0.0037140000% |
| TX24 | Amherst City, Texas | 0.0000146670% |
| TX25 | Anahuac City, Texas | 0.0003613330% |
| TX26 | Anderson City, Texas | 0.0000126670% |
| TX27 | Anderson County, Texas | 0.1791753330% |
| TX28 | Andrews City, Texas | 0.0126553330% |
| TX29 | Andrews County, Texas | 0.0250706670% |
| TX30 | Angelina County, Texas | 0.1533040000% |
| TX31 | Angleton City, Texas | 0.0418606670% |
| TX32 | Angus City, Texas | 0.0002206670% |
| TX33 | Anna City, Texas | 0.0060500000% |
| TX34 | Annetta North Town, Texas | 0.0000226670% |
| TX35 | Annetta South Town, Texas | 0.0004013330% |
| TX36 | Annetta Town, Texas | 0.0039706670% |
| TX37 | Annona Town, Texas | 0.0004920000% |
| TX38 | Anson City, Texas | 0.0034226670% |
| TX39 | Anthony Town, Texas | 0.0030093330% |
| TX40 | Anton City, Texas | 0.0002960000% |
| TX41 | Appleby City, Texas | 0.0010340000% |
| TX42 | Aquilla City, Texas | 0.0001386670% |
| TX43 | Aransas County, Texas | 0.1776746670% |
| TX44 | Aransas Pass City, Texas | 0.0385420000% |
| TX45 | Archer City, Texas | 0.0070360000% |
| TX46 | Archer County, Texas | 0.0303560000% |
| TX47 | Arcola City, Texas | 0.0048600000% |
| TX48 | Argyle City, Texas | 0.0076040000% |
| TX49 | Arlington City, Texas | 0.4905353330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX50 | Armstrong County, Texas | 0.0006493330% |
| TX51 | Arp City, Texas | 0.0013393330% |
| TX52 | Asherton City, Texas | 0.0000746670% |
| TX53 | Aspermont Town, Texas | 0.0000060000% |
| TX54 | Atascosa County, Texas | 0.1179353330% |
| TX55 | Athens City, Texas | 0.0706280000% |
| TX56 | Atlanta City, Texas | 0.0206633330% |
| TX57 | Aubrey City, Texas | 0.0100940000% |
| TX58 | Aurora City, Texas | 0.0012326670% |
| TX59 | Austin City, Texas | 3.2518106670% |
| TX60 | Austin County, Texas | 0.0506866670% |
| TX61 | Austwell City, Texas | 0.0000726670% |
| TX62 | Avery Town, Texas | 0.0000920000% |
| TX63 | Avinger Town, Texas | 0.0007433330% |
| TX64 | Azle City, Texas | 0.0214753330% |
| TX65 | Bailey City, Texas | 0.0006333330% |
| TX66 | Bailey County, Texas | 0.0102513330% |
| TX67 | Bailey's Prairie Village, Texas | 0.0037360000% |
| TX68 | Baird City, Texas | 0.0018680000% |
| TX69 | Balch Springs City, Texas | 0.0182386670% |
| TX70 | Balcones Heights City, Texas | 0.0158740000% |
| TX71 | Ballinger City, Texas | 0.0061146670% |
| TX72 | Balmorhea City, Texas | 0.0000420000% |
| TX73 | Bandera City, Texas | 0.0019286670% |
| TX74 | Bandera County, Texas | 0.0578766670% |
| TX75 | Bangs City, Texas | 0.0020333330% |
| TX76 | Bardwell City, Texas | 0.0002413330% |
| TX77 | Barry City, Texas | 0.0001333330% |
| TX78 | Barstow City, Texas | 0.0000406670% |
| TX79 | Bartlett City, Texas | 0.0022493330% |
| TX80 | Bartonville Town, Texas | 0.0059246670% |
| TX81 | Bastrop City, Texas | 0.0308800000% |
| TX82 | Bastrop County, Texas | 0.2293066670% |
| TX83 | Bay City, Texas | 0.0386080000% |
| TX84 | Baylor County, Texas | 0.0198880000% |
| TX85 | Bayou Vista City, Texas | 0.0041600000% |
| TX86 | Bayside Town, Texas | 0.0001613330% |
| TX87 | Baytown City, Texas | 0.1440440000% |
| TX88 | Bayview Town, Texas | 0.0000273330% |
| TX89 | Beach City, Texas | 0.0083366670% |
| TX90 | Bear Creek Village, Texas | 0.0006040000% |
| TX91 | Beasley City, Texas | 0.0000866670% |
| TX92 | Beaumont City, Texas | 0.4553400000% |
| TX93 | Beckville City, Texas | 0.0008313330% |
| TX94 | Bedford City, Texas | 0.0628760000% |
| TX95 | Bedias City, Texas | 0.0023166670% |
| TX96 | Bee Cave City, Texas | 0.0085753330% |
| TX97 | Bee County, Texas | 0.0652293330% |
| TX98 | Beeville City, Texas | 0.0160180000% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX99 | Bell County, Texas | 0.4338320000% |
| TX100 | Bellaire City, Texas | 0.0275093330% |
| TX101 | Bellevue City, Texas | 0.0000373330% |
| TX102 | Bellmead City, Texas | 0.0096580000% |
| TX103 | Bells Town, Texas | 0.0012606670% |
| TX104 | Bellville City, Texas | 0.0049920000% |
| TX105 | Belton City, Texas | 0.0484533330% |
| TX106 | Benavides City, Texas | 0.0001013330% |
| TX107 | Benbrook City, Texas | 0.0292793330% |
| TX108 | Benjamin City, Texas | 0.0006340000% |
| TX109 | Berryville Town, Texas | 0.0095860000% |
| TX110 | Bertram City, Texas | 0.0001213330% |
| TX111 | Beverly Hills City, Texas | 0.0028906670% |
| TX112 | Bevil Oaks City, Texas | 0.0003660000% |
| TX113 | Bexar County, Texas | 4.6714346670% |
| TX114 | Big Lake City, Texas | 0.0003646670% |
| TX115 | Big Sandy Town, Texas | 0.0030526670% |
| TX116 | Big Spring City, Texas | 0.1266186670% |
| TX117 | Big Wells City, Texas | 0.0001573330% |
| TX118 | Bishop City, Texas | 0.0054753330% |
| TX119 | Bishop Hills Town, Texas | 0.0002153330% |
| TX120 | Blackwell City, Texas | 0.0000206670% |
| TX121 | Blanco City, Texas | 0.0041273330% |
| TX122 | Blanco County, Texas | 0.0328153330% |
| TX123 | Blanket Town, Texas | 0.0000980000% |
| TX124 | Bloomburg Town, Texas | 0.0006733330% |
| TX125 | Blooming Grove Town, Texas | 0.0002346670% |
| TX126 | Blossom City, Texas | 0.0001320000% |
| TX127 | Blue Mound City, Texas | 0.0019253330% |
| TX128 | Blue Ridge City, Texas | 0.0008966670% |
| TX129 | Blum Town, Texas | 0.0010813330% |
| TX130 | Boerne City, Texas | 0.0303840000% |
| TX131 | Bogata City, Texas | 0.0024326670% |
| TX132 | Bonham City, Texas | 0.0672726670% |
| TX133 | Bonney Village, Texas | 0.0016733330% |
| TX134 | Booker Town, Texas | 0.0006906670% |
| TX135 | Borden County, Texas | 0.0006666670% |
| TX136 | Borger City, Texas | 0.0464533330% |
| TX137 | Bosque County, Texas | 0.0473820000% |
| TX138 | Bovina City, Texas | 0.0001153330% |
| TX139 | Bowie City, Texas | 0.0557466670% |
| TX140 | Bowie County, Texas | 0.1554600000% |
| TX141 | Boyd Town, Texas | 0.0046353330% |
| TX142 | Brackettville City, Texas | 0.0000053330% |
| TX143 | Brady City, Texas | 0.0183200000% |
| TX144 | Brazoria City, Texas | 0.0076913330% |
| TX145 | Brazoria County, Texas | 0.6807266670% |
| TX146 | Brazos Bend City, Texas | 0.0003080000% |
| TX147 | Brazos Country City, Texas | 0.0006013330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX148 | Brazos County, Texas | 0.2280580000% |
| TX149 | Breckenridge City, Texas | 0.0159840000% |
| TX150 | Bremond City, Texas | 0.0037026670% |
| TX151 | Brenham City, Texas | 0.0365000000% |
| TX152 | Brewster County, Texas | 0.0400580000% |
| TX153 | Briarcliff Village, Texas | 0.0003813330% |
| TX154 | Briaroaks City, Texas | 0.0000380000% |
| TX155 | Bridge City, Texas | 0.0538373330% |
| TX156 | Bridgeport City, Texas | 0.0222006670% |
| TX157 | Briscoe County, Texas | 0.0006513330% |
| TX158 | Broaddus Town, Texas | 0.0000206670% |
| TX159 | Bronte Town, Texas | 0.0000660000% |
| TX160 | Brooks County, Texas | 0.0138066670% |
| TX161 | Brookshire City, Texas | 0.0042706670% |
| TX162 | Brookside Village City, Texas | 0.0007400000% |
| TX163 | Brown County, Texas | 0.1289446670% |
| TX164 | Browndell City, Texas | 0.0001013330% |
| TX165 | Brownfield City, Texas | 0.0096346670% |
| TX166 | Brownsboro City, Texas | 0.0021173330% |
| TX167 | Brownsville City, Texas | 0.2833713330% |
| TX168 | Brownwood City, Texas | 0.1110480000% |
| TX169 | Bruceville-Eddy City, Texas | 0.0011280000% |
| TX170 | Bryan City, Texas | 0.1645980000% |
| TX171 | Bryson City, Texas | 0.0008186670% |
| TX172 | Buckholts Town, Texas | 0.0007420000% |
| TX173 | Buda City, Texas | 0.0071893330% |
| TX174 | Buffalo City, Texas | 0.0079106670% |
| TX175 | Buffalo Gap Town, Texas | 0.0000586670% |
| TX176 | Buffalo Springs Village, Texas | 0.0001253330% |
| TX177 | Bullard Town, Texas | 0.0049913330% |
| TX178 | Bulverde City, Texas | 0.0096240000% |
| TX179 | Bunker Hill Village City, Texas | 0.0003146670% |
| TX180 | Burkburnett City, Texas | 0.0252293330% |
| TX181 | Burke City, Texas | 0.0007426670% |
| TX182 | Burleson City, Texas | 0.1011860000% |
| TX183 | Burleson County, Texas | 0.0468293330% |
| TX184 | Burnet City, Texas | 0.0222300000% |
| TX185 | Burnet County, Texas | 0.1265526670% |
| TX186 | Burton City, Texas | 0.0006246670% |
| TX187 | Byers City, Texas | 0.0000513330% |
| TX188 | Bynum Town, Texas | 0.0002533330% |
| TX189 | Cactus City, Texas | 0.0031860000% |
| TX190 | Caddo Mills City, Texas | 0.0000286670% |
| TX191 | Caldwell City, Texas | 0.0121633330% |
| TX192 | Caldwell County, Texas | 0.0576086670% |
| TX193 | Calhoun County, Texas | 0.0852840000% |
| TX194 | Callahan County, Texas | 0.0085960000% |
| TX195 | Callisburg City, Texas | 0.0000673330% |
| TX196 | Calvert City, Texas | 0.0005146670% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX197 | Cameron City, Texas | 0.0073940000% |
| TX198 | Cameron County, Texas | 0.3580173330% |
| TX199 | Camp County, Texas | 0.0192340000% |
| TX200 | Camp Wood City, Texas | 0.0002813330% |
| TX201 | Campbell City, Texas | 0.0007440000% |
| TX202 | Canadian City, Texas | 0.0007266670% |
| TX203 | Caney City Town, Texas | 0.0013366670% |
| TX204 | Canton City, Texas | 0.0378226670% |
| TX205 | Canyon City, Texas | 0.0175006670% |
| TX206 | Carbon Town, Texas | 0.0004133330% |
| TX207 | Carl's Corner Town, Texas | 0.0000320000% |
| TX208 | Carmine City, Texas | 0.0002566670% |
| TX209 | Carrizo Springs City, Texas | 0.0011140000% |
| TX210 | Carrollton City, Texas | 0.2068366670% |
| TX211 | Carson County, Texas | 0.0196620000% |
| TX212 | Carthage City, Texas | 0.0126180000% |
| TX213 | Cashion Community City, Texas | 0.0002146670% |
| TX214 | Cass County, Texas | 0.0621033330% |
| TX215 | Castle Hills City, Texas | 0.0085200000% |
| TX216 | Castro County, Texas | 0.0029466670% |
| TX217 | Castroville City, Texas | 0.0030166670% |
| TX218 | Cedar Hill City, Texas | 0.0467513330% |
| TX219 | Cedar Park City, Texas | 0.1237113330% |
| TX220 | Celeste City, Texas | 0.0008533330% |
| TX221 | Celina City, Texas | 0.0121886670% |
| TX222 | Center City, Texas | 0.0392253330% |
| TX223 | Centerville City, Texas | 0.0002566670% |
| TX224 | Chambers County, Texas | 0.1021253330% |
| TX225 | Chandler City, Texas | 0.0115760000% |
| TX226 | Channing City, Texas | 0.0000013330% |
| TX227 | Charlotte City, Texas | 0.0028380000% |
| TX228 | Cherokee County, Texas | 0.1044080000% |
| TX229 | Chester Town, Texas | 0.0007826670% |
| TX230 | Chico City, Texas | 0.0019520000% |
| TX231 | Childress City, Texas | 0.0252773330% |
| TX232 | Childress County, Texas | 0.0337213330% |
| TX233 | Chillicothe City, Texas | 0.0001146670% |
| TX234 | China City, Texas | 0.0003480000% |
| TX235 | China Grove Town, Texas | 0.0003986670% |
| TX236 | Chireno City, Texas | 0.0010453330% |
| TX237 | Christine Town, Texas | 0.0002360000% |
| TX238 | Cibolo City, Texas | 0.0091266670% |
| TX239 | Cisco City, Texas | 0.0048120000% |
| TX240 | Clarendon City, Texas | 0.0000760000% |
| TX241 | Clarksville City, Texas | 0.0139273330% |
| TX242 | Clarksville City, Texas | 0.0000360000% |
| TX243 | Claude City, Texas | 0.0000173330% |
| TX244 | Clay County, Texas | 0.0480333330% |
| TX245 | Clear Lake Shores City, Texas | 0.0044546670% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX246 | Cleburne City, Texas | 0.1521226670% |
| TX247 | Cleveland City, Texas | 0.0645980000% |
| TX248 | Clifton City, Texas | 0.0066260000% |
| TX249 | Clint Town, Texas | 0.0002500000% |
| TX250 | Clute City, Texas | 0.0342333330% |
| TX251 | Clyde City, Texas | 0.0115246670% |
| TX252 | Coahoma Town, Texas | 0.0015273330% |
| TX253 | Cochran County, Texas | 0.0022559330% |
| TX254 | Cockrell Hill City, Texas | 0.0003413330% |
| TX255 | Coffee City Town, Texas | 0.0007246670% |
| TX256 | Coke County, Texas | 0.0036813330% |
| TX257 | Coldspring City, Texas | 0.0002980000% |
| TX258 | Coleman City, Texas | 0.0036280000% |
| TX259 | Coleman County, Texas | 0.0027760000% |
| TX260 | College Station City, Texas | 0.1720980000% |
| TX261 | Colleyville City, Texas | 0.0306993330% |
| TX262 | Collin County, Texas | 0.8444806670% |
| TX263 | Collingsworth County, Texas | 0.0128226670% |
| TX264 | Collinsville Town, Texas | 0.0012206670% |
| TX265 | Colmesneil City, Texas | 0.0014740000% |
| TX266 | Colorado City, Texas | 0.0056033330% |
| TX267 | Colorado County, Texas | 0.0327226670% |
| TX268 | Columbus City, Texas | 0.0045780000% |
| TX269 | Comal County, Texas | 0.2640946670% |
| TX270 | Comanche City, Texas | 0.0110020000% |
| TX271 | Comanche County, Texas | 0.0339760000% |
| TX272 | Combes Town, Texas | 0.0011400000% |
| TX273 | Combine City, Texas | 0.0012613330% |
| TX274 | Commerce City, Texas | 0.0225793330% |
| TX275 | Como Town, Texas | 0.0002766670% |
| TX276 | Concho County, Texas | 0.0025726670% |
| TX277 | Conroe City, Texas | 0.3111140000% |
| TX278 | Converse City, Texas | 0.0184620000% |
| TX279 | Cooke County, Texas | 0.1336340000% |
| TX280 | Cool City, Texas | 0.0004873330% |
| TX281 | Coolidge Town, Texas | 0.0001620000% |
| TX282 | Cooper City, Texas | 0.0002413330% |
| TX283 | Coppell City, Texas | 0.0577286670% |
| TX284 | Copper Canyon Town, Texas | 0.0003260000% |
| TX285 | Copperas Cove City, Texas | 0.0889946670% |
| TX286 | Corinth City, Texas | 0.0501986670% |
| TX287 | Corpus Christi City, Texas | 1.2084713330% |
| TX288 | Corral City Town, Texas | 0.0000953330% |
| TX289 | Corrigan Town, Texas | 0.0142120000% |
| TX290 | Corsicana City, Texas | 0.0582066670% |
| TX291 | Coryell County, Texas | 0.0824393330% |
| TX292 | Cottle County, Texas | 0.0005833330% |
| TX293 | Cottonwood City, Texas | 0.0001926670% |
| TX294 | Cottonwood Shores City, Texas | 0.0008020000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX295 | Cotulla City, Texas | 0.0008340000% |
| TX296 | Coupland City, Texas | 0.0001773330% |
| TX297 | Cove City, Texas | 0.0002580000% |
| TX298 | Covington City, Texas | 0.0003460000% |
| TX299 | Coyote Flats City, Texas | 0.0009813330% |
| TX300 | Crandall City, Texas | 0.0080626670% |
| TX301 | Crane City, Texas | 0.0070660000% |
| TX302 | Crane County, Texas | 0.0174306670% |
| TX303 | Cranfills Gap City, Texas | 0.0000853330% |
| TX304 | Crawford Town, Texas | 0.0002553330% |
| TX305 | Creedmoor City, Texas | 0.0000106670% |
| TX306 | Cresson City, Texas | 0.0007240000% |
| TX307 | Crockett City, Texas | 0.0156020000% |
| TX308 | Crockett County, Texas | 0.0121400000% |
| TX309 | Crosby County, Texas | 0.0125586670% |
| TX310 | Crosbyton City, Texas | 0.0009986670% |
| TX311 | Cross Plains Town, Texas | 0.0032513330% |
| TX312 | Cross Roads Town, Texas | 0.0001626670% |
| TX313 | Cross Timber Town, Texas | 0.0003613330% |
| TX314 | Crowell City, Texas | 0.0042233330% |
| TX315 | Crowley City, Texas | 0.0148966670% |
| TX316 | Crystal City, Texas | 0.0129413330% |
| TX317 | Cuero City, Texas | 0.0164593330% |
| TX318 | Culberson County, Texas | 0.0005260000% |
| TX319 | Cumby City, Texas | 0.0035466670% |
| TX320 | Cuney Town, Texas | 0.0004040000% |
| TX321 | Cushing City, Texas | 0.0007466670% |
| TX322 | Cut and Shoot City, Texas | 0.0014273330% |
| TX323 | Daingerfield City, Texas | 0.0083173330% |
| TX324 | Daisetta City, Texas | 0.0035800000% |
| TX325 | Dalhart City, Texas | 0.0077393330% |
| TX326 | Dallam County, Texas | 0.0144573330% |
| TX327 | Dallas City, Texas | 1.9999346670% |
| TX328 | Dallas County, Texas | 5.6921940000% |
| TX329 | Dalworthington Gardens City, Texas | 0.0040400000% |
| TX330 | Danbury City, Texas | 0.0028206670% |
| TX331 | Darrouzett Town, Texas | 0.0000673330% |
| TX332 | Dawson County, Texas | 0.0312740000% |
| TX333 | Dawson Town, Texas | 0.0004000000% |
| TX334 | Dayton City, Texas | 0.0314146670% |
| TX335 | Dayton Lakes City, Texas | 0.0000253330% |
| TX336 | De Kalb City, Texas | 0.0006900000% |
| TX337 | De Leon City, Texas | 0.0054786670% |
| TX338 | De Witt County, Texas | 0.0459300000% |
| TX339 | Deaf Smith County, Texas | 0.0230213330% |
| TX340 | Dean City, Texas | 0.0000940000% |
| TX341 | Decatur City, Texas | 0.0377793330% |
| TX342 | Decordova City, Texas | 0.0091853330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX343 | Deer Park City, Texas | 0.0329253330% |
| TX344 | Del Rio City, Texas | 0.0393706670% |
| TX345 | Dell City, Texas | 0.0000100000% |
| TX346 | Delta County, Texas | 0.0203893330% |
| TX347 | Denison City, Texas | 0.1402840000% |
| TX348 | Denton City, Texas | 0.3055560000% |
| TX349 | Denton County, Texas | 0.7548653330% |
| TX350 | Denver City Town, Texas | 0.0014026670% |
| TX351 | Deport City, Texas | 0.0000280000% |
| TX352 | Desoto City, Texas | 0.0482666670% |
| TX353 | Detroit Town, Texas | 0.0006433330% |
| TX354 | Devers City, Texas | 0.0001273330% |
| TX355 | Devine City, Texas | 0.0029026670% |
| TX356 | Diboll City, Texas | 0.0170220000% |
| TX357 | Dickens City, Texas | 0.0000473330% |
| TX358 | Dickens County, Texas | 0.0012486670% |
| TX359 | Dickinson City, Texas | 0.0557886670% |
| TX360 | Dilley City, Texas | 0.0017553330% |
| TX361 | Dimmit County, Texas | 0.0219960000% |
| TX362 | Dimmitt City, Texas | 0.0006746670% |
| TX363 | Dish Town, Texas | 0.0000126670% |
| TX364 | Dodd City Town, Texas | 0.0008073330% |
| TX365 | Dodson Town, Texas | 0.0002980000% |
| TX366 | Domino Town, Texas | 0.0001306670% |
| TX367 | Donley County, Texas | 0.0149133330% |
| TX368 | Donna City, Texas | 0.0091986670% |
| TX369 | Dorchester City, Texas | 0.0001540000% |
| TX370 | Double Oak Town, Texas | 0.0031766670% |
| TX371 | Douglassville Town, Texas | 0.0003826670% |
| TX372 | Dripping Springs, Texas | 0.0005406670% |
| TX373 | Driscoll City, Texas | 0.0000260000% |
| TX374 | Dublin City, Texas | 0.0096520000% |
| TX375 | Dumas City, Texas | 0.0174860000% |
| TX376 | Duncanville City, Texas | 0.0388853330% |
| TX377 | Duval County, Texas | 0.0327393330% |
| TX378 | Eagle Lake City, Texas | 0.0032546670% |
| TX379 | Eagle Pass City, Texas | 0.0373366670% |
| TX380 | Early City, Texas | 0.0098920000% |
| TX381 | Earth City, Texas | 0.0001613330% |
| TX382 | East Bernard City, Texas | 0.0037026670% |
| TX383 | East Mountain City, Texas | 0.0016626670% |
| TX384 | East Tawakoni City, Texas | 0.0018153330% |
| TX385 | Eastland City, Texas | 0.0105973330% |
| TX386 | Eastland County, Texas | 0.0348500000% |
| TX387 | Easton City, Texas | 0.0002193330% |
| TX388 | Ector City, Texas | 0.0007386670% |
| TX389 | Ector County, Texas | 0.3200000000% |
| TX390 | Edcouch City, Texas | 0.0027340000% |
| TX391 | Eden City, Texas | 0.0003313330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX392 | Edgecliff Village Town, Texas | 0.0014880000% |
| TX393 | Edgewood Town, Texas | 0.0087693330% |
| TX394 | Edinburg City, Texas | 0.0805893330% |
| TX395 | Edmonson Town, Texas | 0.0000906670% |
| TX396 | Edna City, Texas | 0.0121293330% |
| TX397 | Edom City, Texas | 0.0014326670% |
| TX398 | Edwards County, Texas | 0.0006500000% |
| TX399 | El Campo City, Texas | 0.0211333330% |
| TX400 | El Cenizo City, Texas | 0.0004140000% |
| TX401 | El Lago City, Texas | 0.0037360000% |
| TX402 | El Paso City, Texas | 0.8162473330% |
| TX403 | El Paso County, Texas | 1.7280806670% |
| TX404 | Eldorado City, Texas | 0.0000333330% |
| TX405 | Electra City, Texas | 0.0104773330% |
| TX406 | Elgin City, Texas | 0.0175226670% |
| TX407 | Elkhart Town, Texas | 0.0002006670% |
| TX408 | Ellis County, Texas | 0.2102480000% |
| TX409 | Elmendorf City, Texas | 0.0004973330% |
| TX410 | Elsa City, Texas | 0.0051466670% |
| TX411 | Emhouse Town, Texas | 0.0000553330% |
| TX412 | Emory City, Texas | 0.0025853330% |
| TX413 | Enchanted Oaks Town, Texas | 0.0008660000% |
| TX414 | Encinal City, Texas | 0.0010100000% |
| TX415 | Ennis City, Texas | 0.0545593330% |
| TX416 | Erath County, Texas | 0.0684106670% |
| TX417 | Escobares City, Texas | 0.0000266670% |
| TX418 | Estelline Town, Texas | 0.0006000000% |
| TX419 | Euless City, Texas | 0.0618826670% |
| TX420 | Eureka City, Texas | 0.0002226670% |
| TX421 | Eustace City, Texas | 0.0013926670% |
| TX422 | Evant Town, Texas | 0.0013786670% |
| TX423 | Everman City, Texas | 0.0051280000% |
| TX424 | Fair Oaks Ranch City, Texas | 0.0053846670% |
| TX425 | Fairchilds Village, Texas | 0.0000540000% |
| TX426 | Fairfield City, Texas | 0.0008300000% |
| TX427 | Fairview Town, Texas | 0.0214966670% |
| TX428 | Falfurrias City, Texas | 0.0014806670% |
| TX429 | Falls City, Texas | 0.0000273330% |
| TX430 | Falls County, Texas | 0.0230146670% |
| TX431 | Fannin County, Texas | 0.0877686670% |
| TX432 | Farmers Branch City, Texas | 0.0630213330% |
| TX433 | Farmersville City, Texas | 0.0070213330% |
| TX434 | Farwell City, Texas | 0.0002286670% |
| TX435 | Fate City, Texas | 0.0023153330% |
| TX436 | Fayette County, Texas | 0.0616266670% |
| TX437 | Fayetteville City, Texas | 0.0002606670% |
| TX438 | Ferris City, Texas | 0.0092486670% |
| TX439 | Fisher County, Texas | 0.0036786670% |
| TX440 | Flatonia Town, Texas | 0.0037740000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX441 | Florence City, Texas | 0.0026326670% |
| TX442 | Floresville City, Texas | 0.0144660000% |
| TX443 | Flower Mound Town, Texas | 0.1435040000% |
| TX444 | Floyd County, Texas | 0.0060326670% |
| TX445 | Floydada City, Texas | 0.0042380000% |
| TX446 | Foard County, Texas | 0.0038426670% |
| TX447 | Follett City, Texas | 0.0001413330% |
| TX448 | Forest Hill City, Texas | 0.0174213330% |
| TX449 | Forney City, Texas | 0.0534080000% |
| TX450 | Forsan City, Texas | 0.0003840000% |
| TX451 | Fort Bend County, Texas | 1.0044793330% |
| TX452 | Fort Stockton City, Texas | 0.0029406670% |
| TX453 | Fort Worth City, Texas | 1.4138600000% |
| TX454 | Franklin City, Texas | 0.0026206670% |
| TX455 | Franklin County, Texas | 0.0171886670% |
| TX456 | Frankston Town, Texas | 0.0001826670% |
| TX457 | Fredericksburg City, Texas | 0.0376573330% |
| TX458 | Freeport City, Texas | 0.0486486670% |
| TX459 | Freer City, Texas | 0.0021806670% |
| TX460 | Freestone County, Texas | 0.0336633330% |
| TX461 | Friendswood City, Texas | 0.0935533330% |
| TX462 | Frio County, Texas | 0.0133026670% |
| TX463 | Friona City, Texas | 0.0018986670% |
| TX464 | Frisco City, Texas | 0.2702060000% |
| TX465 | Fritch City, Texas | 0.0030320000% |
| TX466 | Frost City, Texas | 0.0002140000% |
| TX467 | Fruitvale City, Texas | 0.0015626670% |
| TX468 | Fulshear City, Texas | 0.0035146670% |
| TX469 | Fulton Town, Texas | 0.0010680000% |
| TX470 | Gaines County, Texas | 0.0362313330% |
| TX471 | Gainesville City, Texas | 0.1026533330% |
| TX472 | Galena Park City, Texas | 0.0087286670% |
| TX473 | Gallatin City, Texas | 0.0008353330% |
| TX474 | Galveston City, Texas | 0.3254580000% |
| TX475 | Galveston County, Texas | 0.7493953330% |
| TX476 | Ganado City, Texas | 0.0036733330% |
| TX477 | Garden Ridge City, Texas | 0.0075673330% |
| TX478 | Garland City, Texas | 0.2801626670% |
| TX479 | Garrett Town, Texas | 0.0016733330% |
| TX480 | Garrison City, Texas | 0.0023700000% |
| TX481 | Gary City Town, Texas | 0.0003000000% |
| TX482 | Garza County, Texas | 0.0059626670% |
| TX483 | Gatesville City, Texas | 0.0179960000% |
| TX484 | George West City, Texas | 0.0041380000% |
| TX485 | Georgetown City, Texas | 0.1505973330% |
| TX486 | Gholson City, Texas | 0.0010033330% |
| TX487 | Giddings City, Texas | 0.0084493330% |
| TX488 | Gillespie County, Texas | 0.0421273330% |
| TX489 | Gilmer City, Texas | 0.0226340000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX490 | Gladewater City, Texas | 0.0164253330% |
| TX491 | Glasscock County, Texas | 0.0006666670% |
| TX492 | Glen Rose City, Texas | 0.0003600000% |
| TX493 | Glenn Heights City, Texas | 0.0110620000% |
| TX494 | Godley City, Texas | 0.0020766670% |
| TX495 | Goldsmith City, Texas | 0.0004513330% |
| TX496 | Goldthwaite City, Texas | 0.0008166670% |
| TX497 | Goliad City, Texas | 0.0023753330% |
| TX498 | Goliad County, Texas | 0.0231066670% |
| TX499 | Golinda City, Texas | 0.0000666670% |
| TX500 | Gonzales City, Texas | 0.0099213330% |
| TX501 | Gonzales County, Texas | 0.0221533330% |
| TX502 | Goodlow City, Texas | 0.0001473330% |
| TX503 | Goodrich City, Texas | 0.0064286670% |
| TX504 | Gordon City, Texas | 0.0002433330% |
| TX505 | Goree City, Texas | 0.0004993330% |
| TX506 | Gorman City, Texas | 0.0020713330% |
| TX507 | Graford City, Texas | 0.0000153330% |
| TX508 | Graham City, Texas | 0.1569520000% |
| TX509 | Granbury City, Texas | 0.0478233330% |
| TX510 | Grand Prairie City, Texas | 0.2969593330% |
| TX511 | Grand Saline City, Texas | 0.0242753330% |
| TX512 | Grandfalls Town, Texas | 0.0000433330% |
| TX513 | Grandview City, Texas | 0.0044000000% |
| TX514 | Granger City, Texas | 0.0018273330% |
| TX515 | Granite Shoals City, Texas | 0.0078893330% |
| TX516 | Granjeno City, Texas | 0.0000286670% |
| TX517 | Grapeland City, Texas | 0.0048580000% |
| TX518 | Grapevine City, Texas | 0.0861300000% |
| TX519 | Gray County, Texas | 0.0439226670% |
| TX520 | Grays Prairie Village, Texas | 0.0000113330% |
| TX521 | Grayson County, Texas | 0.3593886670% |
| TX522 | Greenville City, Texas | 0.1354080000% |
| TX523 | Gregg County, Texas | 0.1624960000% |
| TX524 | Gregory City, Texas | 0.0031313330% |
| TX525 | Grey Forest City, Texas | 0.0003160000% |
| TX526 | Grimes County, Texas | 0.0632520000% |
| TX527 | Groesbeck City, Texas | 0.0038300000% |
| TX528 | Groom Town, Texas | 0.0006433330% |
| TX529 | Groves City, Texas | 0.0271680000% |
| TX530 | Groveton City, Texas | 0.0058846670% |
| TX531 | Gruver City, Texas | 0.0007773330% |
| TX532 | Guadalupe County, Texas | 0.0978826670% |
| TX533 | Gun Barrel City, Texas | 0.0242013330% |
| TX534 | Gunter City, Texas | 0.0030726670% |
| TX535 | Gustine Town, Texas | 0.0000226670% |
| TX536 | Hackberry Town, Texas | 0.0000626670% |
| TX537 | Hale Center City, Texas | 0.0040280000% |
| TX538 | Hale County, Texas | 0.0527666670% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| TX539 | Hall County, Texas | 0.0059553330% |
| TX540 | Hallettsville City, Texas | 0.0045966670% |
| TX541 | Hallsburg City, Texas | 0.0001813330% |
| TX542 | Hallsville City, Texas | 0.0068260000% |
| TX543 | Haltom City, Texas | 0.0478666670% |
| TX544 | Hamilton City, Texas | 0.0023873330% |
| TX545 | Hamilton County, Texas | 0.0442380000% |
| TX546 | Hamlin City, Texas | 0.0031040000% |
| TX547 | Hansford County, Texas | 0.0109440000% |
| TX548 | Happy Town, Texas | 0.0002180000% |
| TX549 | Hardeman County, Texas | 0.0101460000% |
| TX550 | Hardin City, Texas | 0.0000666670% |
| TX551 | Hardin County, Texas | 0.2532000000% |
| TX552 | Harker Heights City, Texas | 0.0757873330% |
| TX553 | Harlingen City, Texas | 0.1102860000% |
| TX554 | Harris County, Texas | 9.9774680000% |
| TX555 | Harrison County, Texas | 0.1239400000% |
| TX556 | Hart City, Texas | 0.0000573330% |
| TX557 | Hartley County, Texas | 0.0005240000% |
| TX558 | Haskell City, Texas | 0.0072193330% |
| TX559 | Haskell County, Texas | 0.0146740000% |
| TX560 | Haslet City, Texas | 0.0012720000% |
| TX561 | Hawk Cove City, Texas | 0.0004493330% |
| TX562 | Hawkins City, Texas | 0.0052880000% |
| TX563 | Hawley City, Texas | 0.0006206670% |
| TX564 | Hays City, Texas | 0.0003373330% |
| TX565 | Hays County, Texas | 0.3529926670% |
| TX566 | Hearne City, Texas | 0.0112160000% |
| TX567 | Heath City, Texas | 0.0191673330% |
| TX568 | Hebron Town, Texas | 0.0004580000% |
| TX569 | Hedley City, Texas | 0.0000466670% |
| TX570 | Hedwig Village City, Texas | 0.0087113330% |
| TX571 | Helotes City, Texas | 0.0105266670% |
| TX572 | Hemphill City, Texas | 0.0053566670% |
| TX573 | Hemphill County, Texas | 0.0095960000% |
| TX574 | Hempstead City, Texas | 0.0141600000% |
| TX575 | Henderson City, Texas | 0.0399773330% |
| TX576 | Henderson County, Texas | 0.2186433330% |
| TX577 | Henrietta City, Texas | 0.0018133330% |
| TX578 | Hereford City, Texas | 0.0136153330% |
| TX579 | Hewitt City, Texas | 0.0131840000% |
| TX580 | Hickory Creek Town, Texas | 0.0110066670% |
| TX581 | Hico City, Texas | 0.0036893330% |
| TX582 | Hidalgo City, Texas | 0.0177473330% |
| TX583 | Hidalgo County, Texas | 0.8354020000% |
| TX584 | Hideaway City, Texas | 0.0006146670% |
| TX585 | Higgins City, Texas | 0.0000286670% |
| TX586 | Highland Haven City, Texas | 0.0002133330% |
| TX587 | Highland Park Town, Texas | 0.0289220000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX588 | Highland Village City, Texas | 0.0335433330% |
| TX589 | Hill Country Village City, Texas | 0.0043233330% |
| TX590 | Hill County, Texas | 0.0849846670% |
| TX591 | Hillcrest Village, Texas | 0.0035633330% |
| TX592 | Hillsboro City, Texas | 0.0310726670% |
| TX593 | Hilshire Village City, Texas | 0.0005726670% |
| TX594 | Hitchcock City, Texas | 0.0191973330% |
| TX595 | Hockley County, Texas | 0.0309380000% |
| TX596 | Holiday Lakes Town, Texas | 0.0011966670% |
| TX597 | Holland Town, Texas | 0.0000513330% |
| TX598 | Holliday City, Texas | 0.0039400000% |
| TX599 | Hollywood Park Town, Texas | 0.0062826670% |
| TX600 | Hondo City, Texas | 0.0768586670% |
| TX601 | Honey Grove City, Texas | 0.0047973330% |
| TX602 | Hood County, Texas | 0.1947366670% |
| TX603 | Hooks City, Texas | 0.0018013330% |
| TX604 | Hopkins County, Texas | 0.0996786670% |
| TX605 | Horizon City, Texas | 0.0050133330% |
| TX606 | Horseshoe Bay City, Texas | 0.0321153330% |
| TX607 | Houston City, Texas | 4.6811953330% |
| TX608 | Houston County, Texas | 0.0524320000% |
| TX609 | Howard County, Texas | 0.0595533330% |
| TX610 | Howardwick City, Texas | 0.0000560000% |
| TX611 | Howe Town, Texas | 0.0061180000% |
| TX612 | Hubbard City, Texas | 0.0024233330% |
| TX613 | Hudson City, Texas | 0.0045600000% |
| TX614 | Hudson Oaks City, Texas | 0.0104246670% |
| TX615 | Hudspeth County, Texas | 0.0006566670% |
| TX616 | Hughes Springs City, Texas | 0.0029613330% |
| TX617 | Humble City, Texas | 0.0493013330% |
| TX618 | Hunt County, Texas | 0.2065673330% |
| TX619 | Hunters Creek Village City, Texas | 0.0098053330% |
| TX620 | Huntington City, Texas | 0.0058613330% |
| TX621 | Huntsville City, Texas | 0.0535820000% |
| TX622 | Hurst City, Texas | 0.0661246670% |
| TX623 | Hutchins City, Texas | 0.0063673330% |
| TX624 | Hutchinson County, Texas | 0.0497533330% |
| TX625 | Hutto City, Texas | 0.0255640000% |
| TX626 | Huxley City, Texas | 0.0004920000% |
| TX627 | Idalou City, Texas | 0.0013326670% |
| TX628 | Impact Town, Texas | 0.0000053330% |
| TX629 | Indian Lake Town, Texas | 0.0003153330% |
| TX630 | Industry City, Texas | 0.0004026670% |
| TX631 | Ingleside City, Texas | 0.0269913330% |
| TX632 | Ingleside on the Bay City, Texas | 0.0000946670% |
| TX633 | Ingram City, Texas | 0.0034953330% |
| TX634 | Iola City, Texas | 0.0021093330% |
| TX635 | Iowa Colony Village, Texas | 0.0027266670% |
| TX636 | Iowa Park City, Texas | 0.0156580000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX637 | Iraan City, Texas | 0.0000373330% |
| TX638 | Iredell City, Texas | 0.0001440000% |
| TX639 | Irion County, Texas | 0.0060700000% |
| TX640 | Irving City, Texas | 0.2852120000% |
| TX641 | Italy Town, Texas | 0.0035660000% |
| TX642 | Itasca City, Texas | 0.0057960000% |
| TX643 | Ivanhoe City, Texas | 0.0000173330% |
| TX644 | Jacinto City, Texas | 0.0094273330% |
| TX645 | Jack County, Texas | 0.0098660000% |
| TX646 | Jacksboro City, Texas | 0.0155026670% |
| TX647 | Jackson County, Texas | 0.0253226670% |
| TX648 | Jacksonville City, Texas | 0.0534526670% |
| TX649 | Jamaica Beach City, Texas | 0.0032753330% |
| TX650 | Jarrell City, Texas | 0.0016153330% |
| TX651 | Jasper City, Texas | 0.0522813330% |
| TX652 | Jasper County, Texas | 0.1659033330% |
| TX653 | Jayton City, Texas | 0.0000420000% |
| TX654 | Jeff Davis County, Texas | 0.0056666670% |
| TX655 | Jefferson City, Texas | 0.0074626670% |
| TX656 | Jefferson County, Texas | 0.5044093330% |
| TX657 | Jersey Village City, Texas | 0.0242313330% |
| TX658 | Jewett City, Texas | 0.0062253330% |
| TX659 | Jim Hogg County, Texas | 0.0084786670% |
| TX660 | Jim Wells County, Texas | 0.1110260000% |
| TX661 | Joaquin City, Texas | 0.0005400000% |
| TX662 | Johnson City, Texas | 0.0023873330% |
| TX663 | Johnson County, Texas | 0.2724613330% |
| TX664 | Jolly City, Texas | 0.0000173330% |
| TX665 | Jones County, Texas | 0.0146673330% |
| TX666 | Jones Creek Village, Texas | 0.0033853330% |
| TX667 | Jonestown City, Texas | 0.0042793330% |
| TX668 | Josephine City, Texas | 0.0005873330% |
| TX669 | Joshua City, Texas | 0.0137460000% |
| TX670 | Jourdanton City, Texas | 0.0064000000% |
| TX671 | Junction City, Texas | 0.0032166670% |
| TX672 | Justin City, Texas | 0.0057166670% |
| TX673 | Karnes City, Texas | 0.0077546670% |
| TX674 | Karnes County, Texas | 0.0234993330% |
| TX675 | Katy City, Texas | 0.0349780000% |
| TX676 | Kaufman City, Texas | 0.0184046670% |
| TX677 | Kaufman County, Texas | 0.2353646670% |
| TX678 | Keene City, Texas | 0.0255306670% |
| TX679 | Keller City, Texas | 0.0527926670% |
| TX680 | Kemah City, Texas | 0.0188833330% |
| TX681 | Kemp City, Texas | 0.0042793330% |
| TX682 | Kempner City, Texas | 0.0002200000% |
| TX683 | Kendall County, Texas | 0.0670953330% |
| TX684 | Kendleton City, Texas | 0.0000086670% |
| TX685 | Kenedy City, Texas | 0.0004506670% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX686 | Kenedy County, Texas | 0.0006666670% |
| TX687 | Kenefick Town, Texas | 0.0002773330% |
| TX688 | Kennard City, Texas | 0.0000880000% |
| TX689 | Kennedale City, Texas | 0.0140160000% |
| TX690 | Kent County, Texas | 0.0006260000% |
| TX691 | Kerens City, Texas | 0.0012826670% |
| TX692 | Kermit City, Texas | 0.0037680000% |
| TX693 | Kerr County, Texas | 0.1456346670% |
| TX694 | Kerrville City, Texas | 0.1269046670% |
| TX695 | Kilgore City, Texas | 0.0703886670% |
| TX696 | Killeen City, Texas | 0.3571000000% |
| TX697 | Kimble County, Texas | 0.0136533330% |
| TX698 | King County, Texas | 0.0006666670% |
| TX699 | Kingsville City, Texas | 0.0133886670% |
| TX700 | Kinney County, Texas | 0.0014280000% |
| TX701 | Kirby City, Texas | 0.0058346670% |
| TX702 | Kirbyville City, Texas | 0.0071266670% |
| TX703 | Kirvin Town, Texas | 0.0000013330% |
| TX704 | Kleberg County, Texas | 0.0827393330% |
| TX705 | Knollwood City, Texas | 0.0007733330% |
| TX706 | Knox City Town, Texas | 0.0013080000% |
| TX707 | Knox County, Texas | 0.0078200000% |
| TX708 | Kosse Town, Texas | 0.0016453330% |
| TX709 | Kountze City, Texas | 0.0131440000% |
| TX710 | Kress City, Texas | 0.0001240000% |
| TX711 | Krugerville City, Texas | 0.0010053330% |
| TX712 | Krum City, Texas | 0.0064406670% |
| TX713 | Kurten Town, Texas | 0.0004573330% |
| TX714 | Kyle City, Texas | 0.0345566670% |
| TX715 | La Feria City, Texas | 0.0069206670% |
| TX716 | La Grange City, Texas | 0.0064153330% |
| TX717 | La Grulla City, Texas | 0.0011386670% |
| TX718 | La Joya City, Texas | 0.0056380000% |
| TX719 | La Marque City, Texas | 0.0659533330% |
| TX720 | La Porte City, Texas | 0.0610213330% |
| TX721 | La Salle County, Texas | 0.0099833330% |
| TX722 | La Vernia City, Texas | 0.0021446670% |
| TX723 | La Villa City, Texas | 0.0003813330% |
| TX724 | La Ward City, Texas | 0.0002140000% |
| TX725 | Lacoste City, Texas | 0.0001060000% |
| TX726 | Lacy-Lakeview City, Texas | 0.0077326670% |
| TX727 | Ladonia Town, Texas | 0.0013406670% |
| TX728 | Lago Vista City, Texas | 0.0091786670% |
| TX729 | Laguna Vista Town, Texas | 0.0024593330% |
| TX730 | Lake Bridgeport City, Texas | 0.0001546670% |
| TX731 | Lake City Town, Texas | 0.0019453330% |
| TX732 | Lake Dallas City, Texas | 0.0168760000% |
| TX733 | Lake Jackson City, Texas | 0.0505206670% |
| TX734 | Lake Tanglewood Village, Texas | 0.0004086670% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX735 | Lake Worth City, Texas | 0.0133673330% |
| TX736 | Lakeport City, Texas | 0.0003086670% |
| TX737 | Lakeside City Town, Texas | 0.0001480000% |
| TX738 | Lakeside Town, San Patricio County, Texas | 0.0029826670% |
| TX739 | Lakeside Town, Tarrant County, Texas | 0.0029826670% |
| TX740 | Lakeview Town, Texas | 0.0002846670% |
| TX741 | Lakeway City, Texas | 0.0211046670% |
| TX742 | Lakewood Village City, Texas | 0.0003713330% |
| TX743 | Lamar County, Texas | 0.0943986670% |
| TX744 | Lamb County, Texas | 0.0337873330% |
| TX745 | Lamesa City, Texas | 0.0197706670% |
| TX746 | Lampasas City, Texas | 0.0188073330% |
| TX747 | Lampasas County, Texas | 0.0285453330% |
| TX748 | Lancaster City, Texas | 0.0604353330% |
| TX749 | Laredo City, Texas | 0.5087826670% |
| TX750 | Latexo City, Texas | 0.0000826670% |
| TX751 | Lavaca County, Texas | 0.0306486670% |
| TX752 | Lavon City, Texas | 0.0049566670% |
| TX753 | Lawn Town, Texas | 0.0000386670% |
| TX754 | League City, Texas | 0.2016120000% |
| TX755 | Leakey City, Texas | 0.0001706670% |
| TX756 | Leander City, Texas | 0.0590940000% |
| TX757 | Leary City, Texas | 0.0005313330% |
| TX758 | Lee County, Texas | 0.0203046670% |
| TX759 | Lefors Town, Texas | 0.0001060000% |
| TX760 | Leon County, Texas | 0.0449286670% |
| TX761 | Leon Valley City, Texas | 0.0155053330% |
| TX762 | Leona City, Texas | 0.0005886670% |
| TX763 | Leonard City, Texas | 0.0056700000% |
| TX764 | Leroy City, Texas | 0.0001173330% |
| TX765 | Levelland City, Texas | 0.0312320000% |
| TX766 | Lewisville City, Texas | 0.2547293330% |
| TX767 | Lexington Town, Texas | 0.0015453330% |
| TX768 | Liberty City, Texas | 0.0482286670% |
| TX769 | Liberty County, Texas | 0.3541413330% |
| TX770 | Liberty Hill City, Texas | 0.0018533330% |
| TX771 | Limestone County, Texas | 0.0904560000% |
| TX772 | Lincoln Park Town, Texas | 0.0004513330% |
| TX773 | Lindale City, Texas | 0.0161346670% |
| TX774 | Linden City, Texas | 0.0024406670% |
| TX775 | Lindsay City, Texas | 0.0008186670% |
| TX776 | Lipan City, Texas | 0.0000293330% |
| TX777 | Lipscomb County, Texas | 0.0067546670% |
| TX778 | Little Elm City, Texas | 0.0462173330% |
| TX779 | Little River-Academy City, Texas | 0.0005320000% |
| TX780 | Littlefield City, Texas | 0.0051186670% |
| TX781 | Live Oak City, Texas | 0.0218266670% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX782 | Live Oak County, Texas | 0.0264773330% |
| TX783 | Liverpool City, Texas | 0.0009566670% |
| TX784 | Livingston Town, Texas | 0.0487766670% |
| TX785 | Llano City, Texas | 0.0154140000% |
| TX786 | Llano County, Texas | 0.0770980000% |
| TX787 | Lockhart City, Texas | 0.0327000000% |
| TX788 | Lockney Town, Texas | 0.0022006670% |
| TX789 | Log Cabin City, Texas | 0.0013066670% |
| TX790 | Lometa City, Texas | 0.0007840000% |
| TX791 | Lone Oak City, Texas | 0.0011366670% |
| TX792 | Lone Star City, Texas | 0.0055220000% |
| TX793 | Longview City, Texas | 0.3215026670% |
| TX794 | Loraine Town, Texas | 0.0001253330% |
| TX795 | Lorena City, Texas | 0.0022600000% |
| TX796 | Lorenzo City, Texas | 0.0075720000% |
| TX797 | Los Fresnos City, Texas | 0.0074566670% |
| TX798 | Los Indios Town, Texas | 0.0001060000% |
| TX799 | Lott City, Texas | 0.0010106670% |
| TX800 | Lovelady City, Texas | 0.0001660000% |
| TX801 | Loving County, Texas | 0.0006666670% |
| TX802 | Lowry Crossing City, Texas | 0.0005220000% |
| TX803 | Lubbock City, Texas | 0.2132446670% |
| TX804 | Lubbock County, Texas | 0.9198126670% |
| TX805 | Lucas City, Texas | 0.0035106670% |
| TX806 | Lueders City, Texas | 0.0003386670% |
| TX807 | Lufkin City, Texas | 0.1877280000% |
| TX808 | Luling City, Texas | 0.0196140000% |
| TX809 | Lumberton City, Texas | 0.0244060000% |
| TX810 | Lyford City, Texas | 0.0020473330% |
| TX811 | Lynn County, Texas | 0.0041833330% |
| TX812 | Lytle City, Texas | 0.0048153330% |
| TX813 | Mabank Town, Texas | 0.0129620000% |
| TX814 | Madison County, Texas | 0.0329946670% |
| TX815 | Madisonville City, Texas | 0.0076386670% |
| TX816 | Magnolia City, Texas | 0.0173540000% |
| TX817 | Malakoff City, Texas | 0.0084093330% |
| TX818 | Malone Town, Texas | 0.0002926670% |
| TX819 | Manor City, Texas | 0.0083326670% |
| TX820 | Mansfield City, Texas | 0.1005253330% |
| TX821 | Manvel City, Texas | 0.0082033330% |
| TX822 | Marble Falls City, Texas | 0.0246926670% |
| TX823 | Marfa City, Texas | 0.0000433330% |
| TX824 | Marietta Town, Texas | 0.0002253330% |
| TX825 | Marion City, Texas | 0.0001833330% |
| TX826 | Marion County, Texas | 0.0364853330% |
| TX827 | Marlin City, Texas | 0.0144226670% |
| TX828 | Marquez City, Texas | 0.0008813330% |
| TX829 | Marshall City, Texas | 0.0722473330% |
| TX830 | Mart City, Texas | 0.0006186670% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX831 | Martin County, Texas | 0.0072413330% |
| TX832 | Martindale City, Texas | 0.0016246670% |
| TX833 | Mason City, Texas | 0.0005180000% |
| TX834 | Mason County, Texas | 0.0020893330% |
| TX835 | Matador Town, Texas | 0.0008020000% |
| TX836 | Matagorda County, Texas | 0.0901593330% |
| TX837 | Mathis City, Texas | 0.0104800000% |
| TX838 | Maud City, Texas | 0.0002820000% |
| TX839 | Maverick County, Texas | 0.0772793330% |
| TX840 | Maypearl City, Texas | 0.0006573330% |
| TX841 | McAllen City, Texas | 0.2429493330% |
| TX842 | McCamey City, Texas | 0.0003613330% |
| TX843 | McCulloch County, Texas | 0.0133473330% |
| TX844 | McGregor City, Texas | 0.0061033330% |
| TX845 | McKinney City, Texas | 0.3002553330% |
| TX846 | McLean Town, Texas | 0.0000093330% |
| TX847 | McLendon-Chisholm City, Texas | 0.0002740000% |
| TX848 | McLennan County, Texas | 0.3530940000% |
| TX849 | McMullen County, Texas | 0.0006666670% |
| TX850 | Meadow Town, Texas | 0.0007473330% |
| TX851 | Meadowlakes City, Texas | 0.0006033330% |
| TX852 | Meadows Place City, Texas | 0.0120986670% |
| TX853 | Medina County, Texas | 0.0322366670% |
| TX854 | Megargel Town, Texas | 0.0004073330% |
| TX855 | Melissa City, Texas | 0.0102540000% |
| TX856 | Melvin Town, Texas | 0.0002300000% |
| TX857 | Memphis City, Texas | 0.0048020000% |
| TX858 | Menard City, Texas | 0.0006606670% |
| TX859 | Menard County, Texas | 0.0098113330% |
| TX860 | Mercedes City, Texas | 0.0142940000% |
| TX861 | Meridian City, Texas | 0.0023640000% |
| TX862 | Merkel Town, Texas | 0.0067446670% |
| TX863 | Mertens Town, Texas | 0.0001593330% |
| TX864 | Mertzon City, Texas | 0.0000193330% |
| TX865 | Mesquite City, Texas | 0.2071393330% |
| TX866 | Mexia City, Texas | 0.0140640000% |
| TX867 | Miami City, Texas | 0.0003033330% |
| TX868 | Midland City, Texas | 0.3478993330% |
| TX869 | Midland County, Texas | 0.1866180000% |
| TX870 | Midlothian City, Texas | 0.0638660000% |
| TX871 | Midway City, Texas | 0.0000520000% |
| TX872 | Milam County, Texas | 0.0649240000% |
| TX873 | Milano City, Texas | 0.0006026670% |
| TX874 | Mildred Town, Texas | 0.0001906670% |
| TX875 | Miles City, Texas | 0.0000620000% |
| TX876 | Milford Town, Texas | 0.0041180000% |
| TX877 | Miller's Cove Town, Texas | 0.0000646670% |
| TX878 | Millican Town, Texas | 0.0002780000% |
| TX879 | Mills County, Texas | 0.0132873330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX880 | Millsap Town, Texas | 0.0000226670% |
| TX881 | Mineola City, Texas | 0.0324793330% |
| TX882 | Mineral Wells City, Texas | 0.0613740000% |
| TX883 | Mingus City, Texas | 0.0001260000% |
| TX884 | Mission City, Texas | 0.0831786670% |
| TX885 | Missouri City, Texas | 0.1397553330% |
| TX886 | Mitchell County, Texas | 0.0139000000% |
| TX887 | Mobeetie City, Texas | 0.0000346670% |
| TX888 | Mobile City, Texas | 0.0013560000% |
| TX889 | Monahans City, Texas | 0.0038993330% |
| TX890 | Mont Belvieu City, Texas | 0.0131126670% |
| TX891 | Montague County, Texas | 0.0631973330% |
| TX892 | Montgomery City, Texas | 0.0012560000% |
| TX893 | Montgomery County, Texas | 1.8006073330% |
| TX894 | Moody City, Texas | 0.0005520000% |
| TX895 | Moore County, Texas | 0.0270846670% |
| TX896 | Moore Station City, Texas | 0.0005146670% |
| TX897 | Moran City, Texas | 0.0000333330% |
| TX898 | Morgan City, Texas | 0.0004033330% |
| TX899 | Morgan's Point, Texas | 0.0020700000% |
| TX900 | Morgan's Point Resort City, Texas | 0.0053493330% |
| TX901 | Morris County, Texas | 0.0355520000% |
| TX902 | Morton City, Texas | 0.0001113330% |
| TX903 | Motley County, Texas | 0.0022293330% |
| TX904 | Moulton Town, Texas | 0.0006660000% |
| TX905 | Mount Calm City, Texas | 0.0004033330% |
| TX906 | Mount Enterprise City, Texas | 0.0012213330% |
| TX907 | Mount Pleasant City, Texas | 0.0437893330% |
| TX908 | Mount Vernon Town, Texas | 0.0040326670% |
| TX909 | Mountain City, Texas | 0.0010320000% |
| TX910 | Muenster City, Texas | 0.0031040000% |
| TX911 | Muleshoe City, Texas | 0.0032733330% |
| TX912 | Mullin Town, Texas | 0.0002560000% |
| TX913 | Munday City, Texas | 0.0013646670% |
| TX914 | Murchison City, Texas | 0.0015346670% |
| TX915 | Murphy City, Texas | 0.0345953330% |
| TX916 | Mustang Ridge City, Texas | 0.0016413330% |
| TX917 | Mustang Town, Texas | 0.0000046670% |
| TX918 | Nacogdoches City, Texas | 0.1373280000% |
| TX919 | Nacogdoches County, Texas | 0.1323886670% |
| TX920 | Naples City, Texas | 0.0028160000% |
| TX921 | Nash City, Texas | 0.0053326670% |
| TX922 | Nassau Bay City, Texas | 0.0074980000% |
| TX923 | Natalia City, Texas | 0.0004166670% |
| TX924 | Navarro County, Texas | 0.0690086670% |
| TX925 | Navarro Town, Texas | 0.0002226670% |
| TX926 | Navasota City, Texas | 0.0251173330% |
| TX927 | Nazareth City, Texas | 0.0000826670% |
| TX928 | Nederland City, Texas | 0.0297233330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX929 | Needville City, Texas | 0.0068940000% |
| TX930 | Nevada City, Texas | 0.0001580000% |
| TX931 | New Berlin City, Texas | 0.0000026670% |
| TX932 | New Boston City, Texas | 0.0046353330% |
| TX933 | New Braunfels City, Texas | 0.2048753330% |
| TX934 | New Chapel Hill City, Texas | 0.0001920000% |
| TX935 | New Deal Town, Texas | 0.0002253330% |
| TX936 | New Fairview City, Texas | 0.0015560000% |
| TX937 | New Home City, Texas | 0.0000060000% |
| TX938 | New Hope Town, Texas | 0.0006826670% |
| TX939 | New London City, Texas | 0.0027526670% |
| TX940 | New Summerfield City, Texas | 0.0002946670% |
| TX941 | New Waverly City, Texas | 0.0017080000% |
| TX942 | Newark City, Texas | 0.0003466670% |
| TX943 | Newcastle City, Texas | 0.0006093330% |
| TX944 | Newton City, Texas | 0.0040680000% |
| TX945 | Newton County, Texas | 0.1053373330% |
| TX946 | Neylandville Town, Texas | 0.0001086670% |
| TX947 | Niederwald City, Texas | 0.0000106670% |
| TX948 | Nixon City, Texas | 0.0015220000% |
| TX949 | Nocona City, Texas | 0.0110240000% |
| TX950 | Nolan County, Texas | 0.0335080000% |
| TX951 | Nolanville City, Texas | 0.0028313330% |
| TX952 | Nome City, Texas | 0.0002606670% |
| TX953 | Noonday City, Texas | 0.0001506670% |
| TX954 | Nordheim City, Texas | 0.0004646670% |
| TX955 | Normangee Town, Texas | 0.0041280000% |
| TX956 | North Cleveland City, Texas | 0.0000700000% |
| TX957 | North Richland Hills City, Texas | 0.0976126670% |
| TX958 | Northlake Town, Texas | 0.0059366670% |
| TX959 | Novice City, Texas | 0.0000506670% |
| TX960 | Nueces County, Texas | 0.9119546670% |
| TX961 | Oak Grove Town, Texas | 0.0018460000% |
| TX962 | Oak Leaf City, Texas | 0.0004080000% |
| TX963 | Oak Point City, Texas | 0.0060073330% |
| TX964 | Oak Ridge North City, Texas | 0.0223413330% |
| TX965 | Oak Ridge Town, Cooke County, Texas | 0.0002386670% |
| TX966 | Oak Ridge Town, Kaufman County, Texas | 0.0002386670% |
| TX967 | Oak Valley Town, Texas | 0.0000046670% |
| TX968 | Oakwood Town, Texas | 0.0000986670% |
| TX969 | O'Brien City, Texas | 0.0000506670% |
| TX970 | Ochiltree County, Texas | 0.0103173330% |
| TX971 | Odem City, Texas | 0.0049466670% |
| TX972 | Odessa City, Texas | 0.3727753330% |
| TX973 | O'Donnell City, Texas | 0.0000180000% |
| TX974 | Oglesby City, Texas | 0.0000193330% |
| TX975 | Old River-Winfree City, Texas | 0.0144353330% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX976 | Oldham County, Texas | 0.0068786670% |
| TX977 | Olmos Park City, Texas | 0.0065340000% |
| TX978 | Olney City, Texas | 0.0040586670% |
| TX979 | Olton City, Texas | 0.0007980000% |
| TX980 | Omaha City, Texas | 0.0027900000% |
| TX981 | Onalaska City, Texas | 0.0211026670% |
| TX982 | Opdyke West Town, Texas | 0.0003193330% |
| TX983 | Orange City, Texas | 0.2075593330% |
| TX984 | Orange County, Texas | 0.4598786670% |
| TX985 | Orange Grove City, Texas | 0.0011180000% |
| TX986 | Orchard City, Texas | 0.0005780000% |
| TX987 | Ore City, Texas | 0.0045373330% |
| TX988 | Overton City, Texas | 0.0052666670% |
| TX989 | Ovilla City, Texas | 0.0089273330% |
| TX990 | Oyster Creek City, Texas | 0.0064220000% |
| TX991 | Paducah Town, Texas | 0.0000833330% |
| TX992 | Paint Rock Town, Texas | 0.0000940000% |
| TX993 | Palacios City, Texas | 0.0093573330% |
| TX994 | Palestine City, Texas | 0.1186726670% |
| TX995 | Palisades Village, Texas | 0.0001600000% |
| TX996 | Palm Valley City, Texas | 0.0012786670% |
| TX997 | Palmer Town, Texas | 0.0084440000% |
| TX998 | Palmhurst City, Texas | 0.0031066670% |
| TX999 | Palmview City, Texas | 0.0050513330% |
| TX1000 | Palo Pinto County, Texas | 0.0830806670% |
| TX1001 | Pampa City, Texas | 0.0448180000% |
| TX1002 | Panhandle Town, Texas | 0.0063573330% |
| TX1003 | Panola County, Texas | 0.0537993330% |
| TX1004 | Panorama Village City, Texas | 0.0008613330% |
| TX1005 | Pantego Town, Texas | 0.0085986670% |
| TX1006 | Paradise City, Texas | 0.0000346670% |
| TX1007 | Paris City, Texas | 0.1341200000% |
| TX1008 | Parker City, Texas | 0.0068713330% |
| TX1009 | Parker County, Texas | 0.3175026670% |
| TX1010 | Parmer County, Texas | 0.0105773330% |
| TX1011 | Pasadena City, Texas | 0.2376906670% |
| TX1012 | Pattison City, Texas | 0.0007653330% |
| TX1013 | Patton Village City, Texas | 0.0061786670% |
| TX1014 | Payne Springs Town, Texas | 0.0011800000% |
| TX1015 | Pearland City, Texas | 0.2225013330% |
| TX1016 | Pearsall City, Texas | 0.0077133330% |
| TX1017 | Pecan Gap City, Texas | 0.0004793330% |
| TX1018 | Pecan Hill City, Texas | 0.0001526670% |
| TX1019 | Pecos City, Texas | 0.0050813330% |
| TX1020 | Pecos County, Texas | 0.0313313330% |
| TX1021 | Pelican Bay City, Texas | 0.0007993330% |
| TX1022 | Penelope Town, Texas | 0.0002766670% |
| TX1023 | Penitas City, Texas | 0.0002080000% |
| TX1024 | Perryton City, Texas | 0.0155760000% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1025 | Petersburg City, Texas | 0.0011273330% |
| TX1026 | Petrolia City, Texas | 0.0000113330% |
| TX1027 | Petronila City, Texas | 0.0000033330% |
| TX1028 | Pflugerville City, Texas | 0.0576053330% |
| TX1029 | Pharr City, Texas | 0.0964806670% |
| TX1030 | Pilot Point City, Texas | 0.0077420000% |
| TX1031 | Pine Forest City, Texas | 0.0025960000% |
| TX1032 | Pine Island Town, Texas | 0.0020940000% |
| TX1033 | Pinehurst City, Texas | 0.0217806670% |
| TX1034 | Pineland City, Texas | 0.0027586670% |
| TX1035 | Piney Point Village City, Texas | 0.0104920000% |
| TX1036 | Pittsburg City, Texas | 0.0136840000% |
| TX1037 | Plains Town, Texas | 0.0000860000% |
| TX1038 | Plainview City, Texas | 0.0401986670% |
| TX1039 | Plano City, Texas | 0.7677386670% |
| TX1040 | Pleak Village, Texas | 0.0001800000% |
| TX1041 | Pleasant Valley Town, Texas | 0.0002053330% |
| TX1042 | Pleasanton City, Texas | 0.0193406670% |
| TX1043 | Plum Grove City, Texas | 0.0001720000% |
| TX1044 | Point Blank City, Texas | 0.0002366670% |
| TX1045 | Point City, Texas | 0.0010126670% |
| TX1046 | Point Comfort City, Texas | 0.0002980000% |
| TX1047 | Point Venture Village, Texas | 0.0003920000% |
| TX1048 | Polk County, Texas | 0.2472206670% |
| TX1049 | Ponder Town, Texas | 0.0008546670% |
| TX1050 | Port Aransas City, Texas | 0.0206813330% |
| TX1051 | Port Arthur City, Texas | 0.2452966670% |
| TX1052 | Port Isabel City, Texas | 0.0065346670% |
| TX1053 | Port Lavaca City, Texas | 0.0078346670% |
| TX1054 | Port Neches City, Texas | 0.0258993330% |
| TX1055 | Portland City, Texas | 0.0510113330% |
| TX1056 | Post City, Texas | 0.0015546670% |
| TX1057 | Post Oak Bend City Town, Texas | 0.0006893330% |
| TX1058 | Poteet City, Texas | 0.0045113330% |
| TX1059 | Poth Town, Texas | 0.0026493330% |
| TX1060 | Potter County, Texas | 0.2478006670% |
| TX1061 | Pottsboro Town, Texas | 0.0082013330% |
| TX1062 | Powell Town, Texas | 0.0000733330% |
| TX1063 | Poynor Town, Texas | 0.0007666670% |
| TX1064 | Prairie View City, Texas | 0.0050666670% |
| TX1065 | Premont City, Texas | 0.0022140000% |
| TX1066 | Presidio City, Texas | 0.0000986670% |
| TX1067 | Presidio County, Texas | 0.0005246670% |
| TX1068 | Primera Town, Texas | 0.0019720000% |
| TX1069 | Princeton City, Texas | 0.0128300000% |
| TX1070 | Progreso City, Texas | 0.0053813330% |
| TX1071 | Progreso Lakes City, Texas | 0.0000260000% |
| TX1072 | Prosper Town, Texas | 0.0151800000% |
| TX1073 | Providence Village Town, Texas | 0.0003386670% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1074 | Putnam Town, Texas | 0.0000093330% |
| TX1075 | Pyote Town, Texas | 0.0000146670% |
| TX1076 | Quanah City, Texas | 0.0001380000% |
| TX1077 | Queen City, Texas | 0.0032246670% |
| TX1078 | Quinlan City, Texas | 0.0048693330% |
| TX1079 | Quintana Town, Texas | 0.0003280000% |
| TX1080 | Quitaque City, Texas | 0.0000053330% |
| TX1081 | Quitman City, Texas | 0.0104126670% |
| TX1082 | Rains County, Texas | 0.0354600000% |
| TX1083 | Ralls City, Texas | 0.0026446670% |
| TX1084 | Rancho Viejo Town, Texas | 0.0025573330% |
| TX1085 | Randall County, Texas | 0.1854173330% |
| TX1086 | Ranger City, Texas | 0.0081240000% |
| TX1087 | Rankin City, Texas | 0.0010753330% |
| TX1088 | Ransom Canyon Town, Texas | 0.0006200000% |
| TX1089 | Ravenna City, Texas | 0.0004566670% |
| TX1090 | Raymondville City, Texas | 0.0049773330% |
| TX1091 | Reagan County, Texas | 0.0168100000% |
| TX1092 | Real County, Texas | 0.0033820000% |
| TX1093 | Red Lick City, Texas | 0.0000153330% |
| TX1094 | Red Oak City, Texas | 0.0178953330% |
| TX1095 | Red River County, Texas | 0.0195373330% |
| TX1096 | Redwater City, Texas | 0.0007053330% |
| TX1097 | Reeves County, Texas | 0.0689000000% |
| TX1098 | Refugio County, Texas | 0.0308106670% |
| TX1099 | Refugio Town, Texas | 0.0058926670% |
| TX1100 | Reklaw City, Texas | 0.0007573330% |
| TX1101 | Reno City, Lamar County, Texas | 0.0074426670% |
| TX1102 | Reno City, Parker County, Texas | 0.0025273330% |
| TX1103 | Retreat Town, Texas | 0.0000346670% |
| TX1104 | Rhome City, Texas | 0.0081900000% |
| TX1105 | Rice City, Texas | 0.0013146670% |
| TX1106 | Richardson City, Texas | 0.1735433330% |
| TX1107 | Richland Hills City, Texas | 0.0162920000% |
| TX1108 | Richland Springs Town, Texas | 0.0014893330% |
| TX1109 | Richland Town, Texas | 0.0001400000% |
| TX1110 | Richmond City, Texas | 0.0517373330% |
| TX1111 | Richwood City, Texas | 0.0080746670% |
| TX1112 | Riesel City, Texas | 0.0007453330% |
| TX1113 | Rio Bravo City, Texas | 0.0056986670% |
| TX1114 | Rio Grande City, Texas | 0.0172980000% |
| TX1115 | Rio Hondo City, Texas | 0.0023666670% |
| TX1116 | Rio Vista City, Texas | 0.0029460000% |
| TX1117 | Rising Star Town, Texas | 0.0012886670% |
| TX1118 | River Oaks City, Texas | 0.0079446670% |
| TX1119 | Riverside City, Texas | 0.0005720000% |
| TX1120 | Roanoke City, Texas | 0.0001833330% |
| TX1121 | Roaring Springs Town, Texas | 0.0003073330% |
| TX1122 | Robert Lee City, Texas | 0.0000566670% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| TX1123 | Roberts County, Texas | 0.0003646670% |
| TX1124 | Robertson County, Texas | 0.0297613330% |
| TX1125 | Robinson City, Texas | 0.0120013330% |
| TX1126 | Robstown City, Texas | 0.0267693330% |
| TX1127 | Roby City, Texas | 0.0002853330% |
| TX1128 | Rochester Town, Texas | 0.0004493330% |
| TX1129 | Rockdale City, Texas | 0.0139820000% |
| TX1130 | Rockport City, Texas | 0.0361686670% |
| TX1131 | Rocksprings Town, Texas | 0.0000166670% |
| TX1132 | Rockwall City, Texas | 0.0762053330% |
| TX1133 | Rockwall County, Texas | 0.1125466670% |
| TX1134 | Rocky Mound Town, Texas | 0.0001866670% |
| TX1135 | Rogers Town, Texas | 0.0025453330% |
| TX1136 | Rollingwood City, Texas | 0.0031693330% |
| TX1137 | Roma City, Texas | 0.0110860000% |
| TX1138 | Roman Forest Town, Texas | 0.0057400000% |
| TX1139 | Ropesville City, Texas | 0.0014146670% |
| TX1140 | Roscoe City, Texas | 0.0005186670% |
| TX1141 | Rose City, Texas | 0.0026746670% |
| TX1142 | Rose Hill Acres City, Texas | 0.0015406670% |
| TX1143 | Rosebud City, Texas | 0.0009926670% |
| TX1144 | Rosenberg City, Texas | 0.0843953330% |
| TX1145 | Ross City, Texas | 0.0000980000% |
| TX1146 | Rosser Village, Texas | 0.0003660000% |
| TX1147 | Rotan City, Texas | 0.0009953330% |
| TX1148 | Round Mountain Town, Texas | 0.0003026670% |
| TX1149 | Round Rock City, Texas | 0.3173280000% |
| TX1150 | Round Top Town, Texas | 0.0000933330% |
| TX1151 | Rowlett City, Texas | 0.0666420000% |
| TX1152 | Roxton City, Texas | 0.0000313330% |
| TX1153 | Royse City, Texas | 0.0156626670% |
| TX1154 | Rule Town, Texas | 0.0005333330% |
| TX1155 | Runaway Bay City, Texas | 0.0046206670% |
| TX1156 | Runge Town, Texas | 0.0001700000% |
| TX1157 | Runnels County, Texas | 0.0225540000% |
| TX1158 | Rusk City, Texas | 0.0119940000% |
| TX1159 | Rusk County, Texas | 0.1009266670% |
| TX1160 | Sabinal City, Texas | 0.0012073330% |
| TX1161 | Sabine County, Texas | 0.0309860000% |
| TX1162 | Sachse City, Texas | 0.0156000000% |
| TX1163 | Sadler City, Texas | 0.0006166670% |
| TX1164 | Saginaw City, Texas | 0.0213153330% |
| TX1165 | Salado Village, Texas | 0.0021400000% |
| TX1166 | San Angelo City, Texas | 0.3576726670% |
| TX1167 | San Antonio City, Texas | 2.9102773330% |
| TX1168 | San Augustine City, Texas | 0.0167880000% |
| TX1169 | San Augustine County, Texas | 0.0252360000% |
| TX1170 | San Benito City, Texas | 0.0266766670% |
| TX1171 | San Diego City, Texas | 0.0078473330% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1172 | San Elizario City, Texas | 0.0052206670% |
| TX1173 | San Felipe Town, Texas | 0.0009986670% |
| TX1174 | San Jacinto County, Texas | 0.1315986670% |
| TX1175 | San Juan City, Texas | 0.0192300000% |
| TX1176 | San Leanna Village, Texas | 0.0000240000% |
| TX1177 | San Marcos City, Texas | 0.2171253330% |
| TX1178 | San Patricio City, Texas | 0.0028086670% |
| TX1179 | San Patricio County, Texas | 0.1812773330% |
| TX1180 | San Perlita City, Texas | 0.0014793330% |
| TX1181 | San Saba City, Texas | 0.0067046670% |
| TX1182 | San Saba County, Texas | 0.0117080000% |
| TX1183 | Sanctuary Town, Texas | 0.0000113330% |
| TX1184 | Sandy Oaks City, Texas | 0.0065753330% |
| TX1185 | Sandy Point City, Texas | 0.0010913330% |
| TX1186 | Sanford Town, Texas | 0.0002053330% |
| TX1187 | Sanger City, Texas | 0.0148246670% |
| TX1188 | Sansom Park City, Texas | 0.0001486670% |
| TX1189 | Santa Anna Town, Texas | 0.0002193330% |
| TX1190 | Santa Clara City, Texas | 0.0000580000% |
| TX1191 | Santa Fe City, Texas | 0.0221813330% |
| TX1192 | Santa Rosa Town, Texas | 0.0014253330% |
| TX1193 | Savoy City, Texas | 0.0015660000% |
| TX1194 | Schertz City, Texas | 0.0400733330% |
| TX1195 | Schleicher County, Texas | 0.0037966670% |
| TX1196 | Schulenburg City, Texas | 0.0017066670% |
| TX1197 | Scotland City, Texas | 0.0000986670% |
| TX1198 | Scottsville City, Texas | 0.0004720000% |
| TX1199 | Scurry County, Texas | 0.0487440000% |
| TX1200 | Scurry Town, Texas | 0.0007400000% |
| TX1201 | Seabrook City, Texas | 0.0201800000% |
| TX1202 | Seadrift City, Texas | 0.0006606670% |
| TX1203 | Seagoville City, Texas | 0.0114040000% |
| TX1204 | Seagraves City, Texas | 0.0050206670% |
| TX1205 | Sealy City, Texas | 0.0137580000% |
| TX1206 | Seguin City, Texas | 0.2510253330% |
| TX1207 | Selma City, Texas | 0.0149526670% |
| TX1208 | Seminole City, Texas | 0.0107280000% |
| TX1209 | Seven Oaks City, Texas | 0.0026113330% |
| TX1210 | Seven Points City, Texas | 0.0049680000% |
| TX1211 | Seymour City, Texas | 0.0094786670% |
| TX1212 | Shackelford County, Texas | 0.0008586670% |
| TX1213 | Shady Shores Town, Texas | 0.0003960000% |
| TX1214 | Shallowater City, Texas | 0.0012713330% |
| TX1215 | Shamrock City, Texas | 0.0028853330% |
| TX1216 | Shavano Park City, Texas | 0.0021186670% |
| TX1217 | Shelby County, Texas | 0.0732833330% |
| TX1218 | Shenandoah City, Texas | 0.0314146670% |
| TX1219 | Shepherd City, Texas | 0.0000980000% |
| TX1220 | Sherman City, Texas | 0.2203900000% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1221 | Sherman County, Texas | 0.0052866670% |
| TX1222 | Shiner City, Texas | 0.0026946670% |
| TX1223 | Shoreacres City, Texas | 0.0006386670% |
| TX1224 | Silsbee City, Texas | 0.0442946670% |
| TX1225 | Silverton City, Texas | 0.0000093330% |
| TX1226 | Simonton City, Texas | 0.0012706670% |
| TX1227 | Sinton City, Texas | 0.0157720000% |
| TX1228 | Skellytown, Texas | 0.0002666670% |
| TX1229 | Slaton City, Texas | 0.0001026670% |
| TX1230 | Smiley City, Texas | 0.0004366670% |
| TX1231 | Smith County, Texas | 0.5059740000% |
| TX1232 | Smithville City, Texas | 0.0113393330% |
| TX1233 | Smyer Town, Texas | 0.0002000000% |
| TX1234 | Snook City, Texas | 0.0009480000% |
| TX1235 | Snyder City, Texas | 0.0060120000% |
| TX1236 | Socorro City, Texas | 0.0074166670% |
| TX1237 | Somerset City, Texas | 0.0010180000% |
| TX1238 | Somervell County, Texas | 0.0380506670% |
| TX1239 | Somerville City, Texas | 0.0025373330% |
| TX1240 | Sonora City, Texas | 0.0048913330% |
| TX1241 | Sour Lake City, Texas | 0.0119040000% |
| TX1242 | South Houston City, Texas | 0.0170800000% |
| TX1243 | South Mountain Town, Texas | 0.0001026670% |
| TX1244 | South Padre Island Town, Texas | 0.0204193330% |
| TX1245 | Southlake City, Texas | 0.0472306670% |
| TX1246 | Southmayd City, Texas | 0.0047306670% |
| TX1247 | Southside Place City, Texas | 0.0005900000% |
| TX1248 | Spearman City, Texas | 0.0093333330% |
| TX1249 | Splendora City, Texas | 0.0051706670% |
| TX1250 | Spofford City, Texas | 0.0000046670% |
| TX1251 | Spring Valley Village City, Texas | 0.0109360000% |
| TX1252 | Springlake Town, Texas | 0.0000020000% |
| TX1253 | Springtown City, Texas | 0.0094960000% |
| TX1254 | Spur City, Texas | 0.0002846670% |
| TX1255 | St. Hedwig Town, Texas | 0.0000740000% |
| TX1256 | St. Jo City, Texas | 0.0049066670% |
| TX1257 | St. Paul Town, Texas | 0.0000140000% |
| TX1258 | Stafford City, Texas | 0.0500966670% |
| TX1259 | Stagecoach Town, Texas | 0.0020240000% |
| TX1260 | Stamford City, Texas | 0.0002653330% |
| TX1261 | Stanton City, Texas | 0.0025586670% |
| TX1262 | Staples City, Texas | 0.0000126670% |
| TX1263 | Star Harbor City, Texas | 0.0001006670% |
| TX1264 | Starr County, Texas | 0.0665973330% |
| TX1265 | Stephens County, Texas | 0.0234960000% |
| TX1266 | Stephenville City, Texas | 0.0556480000% |
| TX1267 | Sterling City, Texas | 0.0000413330% |
| TX1268 | Sterling County, Texas | 0.0006260000% |
| TX1269 | Stinnett City, Texas | 0.0027313330% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1270 | Stockdale City, Texas | 0.0004940000% |
| TX1271 | Stonewall County, Texas | 0.0012146670% |
| TX1272 | Stratford City, Texas | 0.0055853330% |
| TX1273 | Strawn City, Texas | 0.0006580000% |
| TX1274 | Streetman Town, Texas | 0.0000033330% |
| TX1275 | Sudan City, Texas | 0.0000213330% |
| TX1276 | Sugar Land City, Texas | 0.2143740000% |
| TX1277 | Sullivan City, Texas | 0.0040806670% |
| TX1278 | Sulphur Springs City, Texas | 0.0830686670% |
| TX1279 | Sun Valley City, Texas | 0.0000026670% |
| TX1280 | Sundown City, Texas | 0.0017280000% |
| TX1281 | Sunnyvale Town, Texas | 0.0021653330% |
| TX1282 | Sunray City, Texas | 0.0017140000% |
| TX1283 | Sunrise Beach Village City, Texas | 0.0013886670% |
| TX1284 | Sunset Valley City, Texas | 0.0062833330% |
| TX1285 | Surfside Beach City, Texas | 0.0043533330% |
| TX1286 | Sutton County, Texas | 0.0043606670% |
| TX1287 | Sweeny City, Texas | 0.0030020000% |
| TX1288 | Sweetwater City, Texas | 0.0454986670% |
| TX1289 | Swisher County, Texas | 0.0048340000% |
| TX1290 | Taft City, Texas | 0.0039073330% |
| TX1291 | Tahoka City, Texas | 0.0002866670% |
| TX1292 | Talco City, Texas | 0.0002480000% |
| TX1293 | Talty Town, Texas | 0.0060826670% |
| TX1294 | Tarrant County, Texas | 4.1141060000% |
| TX1295 | Tatum City, Texas | 0.0006480000% |
| TX1296 | Taylor City, Texas | 0.0386300000% |
| TX1297 | Taylor County, Texas | 0.2340520000% |
| TX1298 | Taylor Lake Village City, Texas | 0.0002746670% |
| TX1299 | Taylor Landing City, Texas | 0.0001020000% |
| TX1300 | Teague City, Texas | 0.0011426670% |
| TX1301 | Tehuacana Town, Texas | 0.0000080000% |
| TX1302 | Temple City, Texas | 0.1871646670% |
| TX1303 | Tenaha Town, Texas | 0.0031453330% |
| TX1304 | Terrell City, Texas | 0.0911373330% |
| TX1305 | Terrell County, Texas | 0.0038246670% |
| TX1306 | Terrell Hills City, Texas | 0.0065720000% |
| TX1307 | Terry County, Texas | 0.0169486670% |
| TX1308 | Texarkana City, Texas | 0.1280626670% |
| TX1309 | Texas City, Texas | 0.1991346670% |
| TX1310 | Texhoma City, Texas | 0.0001040000% |
| TX1311 | Texline Town, Texas | 0.0005766670% |
| TX1312 | The Colony City, Texas | 0.0761980000% |
| TX1313 | The Hills Village, Texas | 0.0006693330% |
| TX1314 | Thompsons Town, Texas | 0.0012646670% |
| TX1315 | Thorndale City, Texas | 0.0010633330% |
| TX1316 | Thornton Town, Texas | 0.0001800000% |
| TX1317 | Thorntonville Town, Texas | 0.0000580000% |
| TX1318 | Thrall City, Texas | 0.0005500000% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1319 | Three Rivers City, Texas | 0.0031126670% |
| TX1320 | Throckmorton County, Texas | 0.0037966670% |
| TX1321 | Throckmorton Town, Texas | 0.0000193330% |
| TX1322 | Tiki Island Village, Texas | 0.0014520000% |
| TX1323 | Timbercreek Canyon Village, Texas | 0.0002460000% |
| TX1324 | Timpson City, Texas | 0.0084280000% |
| TX1325 | Tioga Town, Texas | 0.0015933330% |
| TX1326 | Tira Town, Texas | 0.0001233330% |
| TX1327 | Titus County, Texas | 0.0470740000% |
| TX1328 | Toco City, Texas | 0.0000026670% |
| TX1329 | Todd Mission City, Texas | 0.0011200000% |
| TX1330 | Tolar City, Texas | 0.0015793330% |
| TX1331 | Tom Bean City, Texas | 0.0015286670% |
| TX1332 | Tom Green County, Texas | 0.1882846670% |
| TX1333 | Tomball City, Texas | 0.0230800000% |
| TX1334 | Tool City, Texas | 0.0098580000% |
| TX1335 | Toyah Town, Texas | 0.0000266670% |
| TX1336 | Travis County, Texas | 3.1356486670% |
| TX1337 | Trent Town, Texas | 0.0000420000% |
| TX1338 | Trenton City, Texas | 0.0020593330% |
| TX1339 | Trinidad City, Texas | 0.0039060000% |
| TX1340 | Trinity City, Texas | 0.0157680000% |
| TX1341 | Trinity County, Texas | 0.0705106670% |
| TX1342 | Trophy Club Town, Texas | 0.0195800000% |
| TX1343 | Troup City, Texas | 0.0052786670% |
| TX1344 | Troy City, Texas | 0.0035466670% |
| TX1345 | Tulia City, Texas | 0.0059406670% |
| TX1346 | Turkey City, Texas | 0.0004913330% |
| TX1347 | Tuscola City, Texas | 0.0000920000% |
| TX1348 | Tye City, Texas | 0.0011773330% |
| TX1349 | Tyler City, Texas | 0.4825526670% |
| TX1350 | Tyler County, Texas | 0.0878286670% |
| TX1351 | Uhland City, Texas | 0.0010300000% |
| TX1352 | Uncertain City, Texas | 0.0001233330% |
| TX1353 | Union Grove City, Texas | 0.0006626670% |
| TX1354 | Union Valley City, Texas | 0.0004440000% |
| TX1355 | Universal City, Texas | 0.0189520000% |
| TX1356 | University Park City, Texas | 0.0338886670% |
| TX1357 | Upshur County, Texas | 0.0855333330% |
| TX1358 | Upton County, Texas | 0.0056660000% |
| TX1359 | Uvalde City, Texas | 0.0122926670% |
| TX1360 | Uvalde County, Texas | 0.0241626670% |
| TX1361 | Val Verde County, Texas | 0.0785433330% |
| TX1362 | Valentine Town, Texas | 0.0001380000% |
| TX1363 | Valley Mills City, Texas | 0.0014853330% |
| TX1364 | Valley View City, Texas | 0.0012160000% |
| TX1365 | Van Alstyne City, Texas | 0.0291660000% |
| TX1366 | Van City, Texas | 0.0041373330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1367 | Van Horn Town, Texas | 0.0001406670% |
| TX1368 | Van Zandt County, Texas | 0.1658313330% |
| TX1369 | Vega City, Texas | 0.0006493330% |
| TX1370 | Venus Town, Texas | 0.0065280000% |
| TX1371 | Vernon City, Texas | 0.0542246670% |
| TX1372 | Victoria City, Texas | 0.0563986670% |
| TX1373 | Victoria County, Texas | 0.3472573330% |
| TX1374 | Vidor City, Texas | 0.0637466670% |
| TX1375 | Vinton Village, Texas | 0.0004146670% |
| TX1376 | Volente Village, Texas | 0.0002220000% |
| TX1377 | Von Ormy City, Texas | 0.0003420000% |
| TX1378 | Waco City, Texas | 0.3413380000% |
| TX1379 | Waelder City, Texas | 0.0022846670% |
| TX1380 | Wake Village City, Texas | 0.0001160000% |
| TX1381 | Walker County, Texas | 0.1230826670% |
| TX1382 | Waller City, Texas | 0.0075300000% |
| TX1383 | Waller County, Texas | 0.0841373330% |
| TX1384 | Wallis City, Texas | 0.0017986670% |
| TX1385 | Walnut Springs City, Texas | 0.0001220000% |
| TX1386 | Ward County, Texas | 0.0452800000% |
| TX1387 | Warren City, Texas | 0.0000440000% |
| TX1388 | Washington County, Texas | 0.0558180000% |
| TX1389 | Waskom City, Texas | 0.0035640000% |
| TX1390 | Watauga City, Texas | 0.0221440000% |
| TX1391 | Waxahachie City, Texas | 0.1013960000% |
| TX1392 | Weatherford City, Texas | 0.1385813330% |
| TX1393 | Webb County, Texas | 0.3368693330% |
| TX1394 | Webberville Village, Texas | 0.0008533330% |
| TX1395 | Webster City, Texas | 0.0354680000% |
| TX1396 | Weimar City, Texas | 0.0038866670% |
| TX1397 | Weinert City, Texas | 0.0001560000% |
| TX1398 | Weir City, Texas | 0.0002953330% |
| TX1399 | Wellington City, Texas | 0.0060740000% |
| TX1400 | Wellman City, Texas | 0.0002553330% |
| TX1401 | Wells Town, Texas | 0.0009046670% |
| TX1402 | Weslaco City, Texas | 0.0492993330% |
| TX1403 | West City, Texas | 0.0023480000% |
| TX1404 | West Columbia City, Texas | 0.0119720000% |
| TX1405 | West Lake Hills City, Texas | 0.0113706670% |
| TX1406 | West Orange City, Texas | 0.0283013330% |
| TX1407 | West Tawakoni City, Texas | 0.0046633330% |
| TX1408 | West University Place City, Texas | 0.0231146670% |
| TX1409 | Westbrook City, Texas | 0.0000286670% |
| TX1410 | Westlake Town, Texas | 0.0276933330% |
| TX1411 | Weston City, Texas | 0.0001773330% |
| TX1412 | Weston Lakes City, Texas | 0.0001260000% |
| TX1413 | Westover Hills Town, Texas | 0.0030060000% |
| TX1414 | Westworth Village City, Texas | 0.0052280000% |
| TX1415 | Wharton City, Texas | 0.0211333330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1416 | Wharton County, Texas | 0.0485913330% |
| TX1417 | Wheeler City, Texas | 0.0002980000% |
| TX1418 | Wheeler County, Texas | 0.0175153330% |
| TX1419 | White Deer Town, Texas | 0.0008486670% |
| TX1420 | White Oak City, Texas | 0.0102033330% |
| TX1421 | White Settlement City, Texas | 0.0155360000% |
| TX1422 | Whiteface Town, Texas | 0.0001033330% |
| TX1423 | Whitehouse City, Texas | 0.0193446670% |
| TX1424 | Whitesboro City, Texas | 0.0126213330% |
| TX1425 | Whitewright Town, Texas | 0.0047320000% |
| TX1426 | Whitney Town, Texas | 0.0000486670% |
| TX1427 | Wichita County, Texas | 0.3682473330% |
| TX1428 | Wichita Falls City, Texas | 0.5550493330% |
| TX1429 | Wickett Town, Texas | 0.0000580000% |
| TX1430 | Wilbarger County, Texas | 0.0367493330% |
| TX1431 | Willacy County, Texas | 0.0163873330% |
| TX1432 | Williamson County, Texas | 0.7973246670% |
| TX1433 | Willis City, Texas | 0.0162560000% |
| TX1434 | Willow Park City, Texas | 0.0178246670% |
| TX1435 | Wills Point City, Texas | 0.0291766670% |
| TX1436 | Wilmer City, Texas | 0.0002840000% |
| TX1437 | Wilson City, Texas | 0.0000080000% |
| TX1438 | Wilson County, Texas | 0.0806893330% |
| TX1439 | Wimberley City, Texas | 0.0004826670% |
| TX1440 | Windcrest City, Texas | 0.0086053330% |
| TX1441 | Windom Town, Texas | 0.0007246670% |
| TX1442 | Windthorst Town, Texas | 0.0022566670% |
| TX1443 | Winfield City, Texas | 0.0001933330% |
| TX1444 | Wink City, Texas | 0.0000800000% |
| TX1445 | Winkler County, Texas | 0.0407753330% |
| TX1446 | Winnsboro City, Texas | 0.0191940000% |
| TX1447 | Winona Town, Texas | 0.0002126670% |
| TX1448 | Winters City, Texas | 0.0041526670% |
| TX1449 | Wise County, Texas | 0.1927160000% |
| TX1450 | Wixon Valley City, Texas | 0.0002940000% |
| TX1451 | Wolfe City, Texas | 0.0036440000% |
| TX1452 | Wolfforth City, Texas | 0.0026813330% |
| TX1453 | Wood County, Texas | 0.1780320000% |
| TX1454 | Woodbranch City, Texas | 0.0064113330% |
| TX1455 | Woodcreek City, Texas | 0.0002386670% |
| TX1456 | Woodloch Town, Texas | 0.0006746670% |
| TX1457 | Woodsboro Town, Texas | 0.0007533330% |
| TX1458 | Woodson Town, Texas | 0.0000813330% |
| TX1459 | Woodville Town, Texas | 0.0135600000% |
| TX1460 | Woodway City, Texas | 0.0171420000% |
| TX1461 | Wortham Town, Texas | 0.0002506670% |
| TX1462 | Wylie City, Texas | 0.0764720000% |
| TX1463 | Yantis Town, Texas | 0.0013813330% |
| TX1464 | Yoakum City, Texas | 0.0134733330% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| TX1465 | Yoakum County, Texas | 0.0232826670% |
| TX1466 | Yorktown City, Texas | 0.0036313330% |
| TX1467 | Young County, Texas | 0.0294133330% |
| TX1468 | Zapata County, Texas | 0.0376533330% |
| TX1469 | Zavala County, Texas | 0.0254313330% |
| TX1470 | Zavalla City, Texas | 0.0007253330% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| UT3 | Beaver County, Utah | 0.2280000000% |
| UT6 | Box Elder County, Utah | 1.4640000000% |
| UT8 | Cache County, Utah | 2.6490000000% |
| UT9 | Carbon County, Utah | 2.7180000000% |
| UT16 | Daggett County, Utah | 0.0280000000% |
| UT17 | Davis County, Utah | 8.6950000000% |
| UT19 | Duchesne County, Utah | 0.6410000000% |
| UT21 | Emery County, Utah | 0.9380000000% |
| UT23 | Garfield County, Utah | 0.1470000000% |
| UT24 | Grand County, Utah | 0.3040000000% |
| UT31 | Iron County, Utah | 1.6220000000% |
| UT32 | Juab County, Utah | 0.3520000000% |
| UT33 | Kane County, Utah | 0.4390000000% |
| UT41 | Millard County, Utah | 0.3550000000% |
| UT42 | Morgan County, Utah | 0.2160000000% |
| UT50 | Piute County, Utah | 0.0220000000% |
| UT54 | Rich County, Utah | 0.0610000000% |
| UT58 | Salt Lake County, Utah | 42.2710000000% |
| UT59 | San Juan County, Utah | 0.2490000000% |
| UT61 | Sanpete County, Utah | 1.0130000000% |
| UT64 | Sevier County, Utah | 0.6610000000% |
| UT72 | Summit County, Utah | 0.9440000000% |
| UT76 | Tooele County, Utah | 2.2330000000% |
| UT77 | Uintah County, Utah | 0.8660000000% |
| UT78 | Utah County, Utah | 15.4260000000% |
| UT81 | Wasatch County, Utah | 0.6010000000% |
| UT83 | Washington County, Utah | 4.8650000000% |
| UT84 | Wayne County, Utah | 0.1090000000% |
| UT85 | Weber County, Utah | 9.8830000000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT1 | Addison County, Vermont | 0.7355948910% |
| VT2 | Albany Town, Vermont | 0.0345075405% |
| VT3 | Albany Village, Vermont | 0.0160668267% |
| VT4 | Alburgh Town, Vermont | 0.0606145322% |
| VT5 | Alburgh Village, Vermont | 0.0525580527% |
| VT6 | Andover Town, Vermont | 0.0012398034% |
| VT7 | Arlington Town, Vermont | 0.0885559202% |
| VT8 | Athens Town, Vermont | 0.0006884140% |
| VT9 | Bakersfield Town, Vermont | 0.0549127180% |
| VT10 | Baltimore Town, Vermont | 0.0024796068% |
| VT11 | Barnard Town, Vermont | 0.0830636232% |
| VT12 | Barnet Town, Vermont | 0.0471074029% |
| VT13 | Barre City, Vermont | 2.1256028600% |
| VT14 | Barre Town, Vermont | 1.3320832015% |
| VT15 | Barton Town, Vermont | 0.3252065150% |
| VT16 | Barton Village, Vermont | 0.0324162133% |
| VT17 | Bellows Falls Village, Vermont | 0.9422159742% |
| VT18 | Belvidere Town, Vermont | 0.0049931720% |
| VT19 | Bennington County, Vermont | 0.9901518348% |
| VT20 | Bennington Town, Vermont | 2.4851413569% |
| VT21 | Benson Town, Vermont | 0.0225970986% |
| VT22 | Berlin Town, Vermont | 0.5526473249% |
| VT23 | Bethel Town, Vermont | 0.0892626402% |
| VT24 | Bloomfield Town, Vermont | 0.0119245379% |
| VT25 | Bolton Town, Vermont | 0.1874031696% |
| VT26 | Bradford Town, Vermont | 0.7724442824% |
| VT27 | Braintree Town, Vermont | 0.0619908100% |
| VT28 | Brandon Town, Vermont | 0.5039156835% |
| VT29 | Brattleboro Town, Vermont | 2.8616648398% |
| VT30 | Bridgewater Town, Vermont | 0.2045592293% |
| VT31 | Bridport Town, Vermont | 0.0525426753% |
| VT32 | Brighton Town, Vermont | 0.1371312246% |
| VT33 | Bristol Town, Vermont | 0.4536168281% |
| VT34 | Brookfield Town, Vermont | 0.0181094589% |
| VT35 | Brookline Town, Vermont | 0.0142663887% |
| VT36 | Brownington Town, Vermont | 0.0209132726% |
| VT37 | Brunswick Town, Vermont | 0.0071549790% |
| VT38 | Burke Town, Vermont | 0.0035553845% |
| VT39 | Burlington City, Vermont | 10.6984139884% |
| VT40 | Cabot Town, Vermont | 0.0223388863% |
| VT41 | Calais Town, Vermont | 0.0461347819% |
| VT42 | Caledonia County, Vermont | 0.8505961058% |
| VT43 | Cambridge Town, Vermont | 0.0682410850% |
| VT44 | Cambridge Village, Vermont | 0.0012481328% |
| VT45 | Canaan Town, Vermont | 0.1359388349% |
| VT46 | Castleton Town, Vermont | 0.4255786906% |
| VT47 | Cavendish Town, Vermont | 0.0216955982% |
| VT48 | Charleston Town, Vermont | 0.0460098405% |
| VT49 | Charlotte Town, Vermont | 0.2587947007% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT50 | Chelsea Town, Vermont | 0.0097511978% |
| VT51 | Chester Town, Vermont | 0.3719262791% |
| VT52 | Chittenden County, Vermont | 0.6721150355% |
| VT53 | Chittenden Town, Vermont | 0.0203372606% |
| VT54 | Clarendon Town, Vermont | 0.0632716198% |
| VT55 | Colchester Town, Vermont | 2.5489633597% |
| VT56 | Concord Town, Vermont | 0.0166940968% |
| VT57 | Corinth Town, Vermont | 0.0626872784% |
| VT58 | Cornwall Town, Vermont | 0.0577966224% |
| VT59 | Coventry Town, Vermont | 0.0376445314% |
| VT60 | Craftsbury Town, Vermont | 0.0501924950% |
| VT61 | Danby Town, Vermont | 0.0082858591% |
| VT62 | Danville Town, Vermont | 0.0302198071% |
| VT63 | Derby Center Village, Vermont | 0.0488117321% |
| VT64 | Derby Line Village, Vermont | 0.0549242511% |
| VT65 | Derby Town, Vermont | 0.5855806035% |
| VT66 | Dorset Town, Vermont | 0.0697288490% |
| VT67 | Dover Town, Vermont | 0.6426262960% |
| VT68 | Dummerston Town, Vermont | 0.0577133282% |
| VT69 | East Haven Town, Vermont | 0.0107321482% |
| VT70 | East Montpelier Town, Vermont | 0.1121807421% |
| VT71 | Eden Town, Vermont | 0.0299596726% |
| VT72 | Elmore Town, Vermont | 0.0195568572% |
| VT73 | Enosburg Falls Village, Vermont | 0.0515847910% |
| VT74 | Enosburgh Town, Vermont | 0.0873609676% |
| VT75 | Essex County, Vermont | 0.3791972294% |
| VT76 | Essex Junction Village, Vermont | 0.1451319610% |
| VT77 | Essex Town, Vermont | 1.8402135758% |
| VT78 | Fair Haven Town, Vermont | 0.3879168595% |
| VT79 | Fairfax Town, Vermont | 0.1256334098% |
| VT80 | Fairfield Town, Vermont | 0.0981770508% |
| VT81 | Fairlee Town, Vermont | 0.0592042959% |
| VT82 | Fayston Town, Vermont | 0.0053417265% |
| VT83 | Ferrisburgh Town, Vermont | 0.1296046250% |
| VT84 | Fletcher Town, Vermont | 0.0216321664% |
| VT85 | Franklin County, Vermont | 1.4110871894% |
| VT86 | Franklin Town, Vermont | 0.0432643327% |
| VT87 | Georgia Town, Vermont | 0.2512668196% |
| VT88 | Goshen Town, Vermont | 0.0148872515% |
| VT89 | Grafton Town, Vermont | 0.0220479971% |
| VT90 | Grand Isle County, Vermont | 0.4312958821% |
| VT91 | Grand Isle Town, Vermont | 0.1561992085% |
| VT92 | Granville Town, Vermont | 0.0131355086% |
| VT93 | Greensboro Town, Vermont | 0.2645567430% |
| VT94 | Groton Town, Vermont | 0.0719938128% |
| VT95 | Guildhall Town, Vermont | 0.0155017070% |
| VT96 | Guilford Town, Vermont | 0.0032420698% |
| VT97 | Halifax Town, Vermont | 0.0155632167% |
| VT98 | Hancock Town, Vermont | 0.0534179060% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT99 | Hardwick Town, Vermont | 0.7839350493% |
| VT100 | Hartford Town, Vermont | 3.2053851113% |
| VT101 | Hartland Town, Vermont | 0.0483504099% |
| VT102 | Highgate Town, Vermont | 0.2362905072% |
| VT103 | Hinesburg Town, Vermont | 0.2869757200% |
| VT104 | Holland Town, Vermont | 0.0010456636% |
| VT105 | Hubbardton Town, Vermont | 0.0632716198% |
| VT106 | Huntington Town, Vermont | 0.0422712086% |
| VT107 | Hyde Park Town, Vermont | 0.0374497510% |
| VT108 | Hyde Park Village, Vermont | 0.0025481644% |
| VT109 | Ira Town, Vermont | 0.0067888733% |
| VT110 | Irasburg Town, Vermont | 0.0909740173% |
| VT111 | Isle La Motte Town, Vermont | 0.0520666164% |
| VT112 | Jacksonville Village, Vermont | 0.0061977355% |
| VT113 | Jamaica Town, Vermont | 0.0259384809% |
| VT114 | Jay Town, Vermont | 0.0031369909% |
| VT115 | Jeffersonville Village, Vermont | 0.0039462269% |
| VT116 | Jericho Town, Vermont | 0.0422712086% |
| VT117 | Johnson Town, Vermont | 0.2812873611% |
| VT118 | Johnson Village, Vermont | 0.1616364031% |
| VT119 | Killington Town, Vermont | 0.2124125988% |
| VT120 | Kirby Town, Vermont | 0.0008886859% |
| VT121 | Lamoille County, Vermont | 1.1151624597% |
| VT122 | Landgrove Town, Vermont | 0.0125511672% |
| VT123 | Leicester Town, Vermont | 0.0481639588% |
| VT124 | Lincoln Town, Vermont | 0.0718080025% |
| VT125 | Londonderry Town, Vermont | 0.0382589870% |
| VT126 | Lowell Town, Vermont | 0.0481011678% |
| VT127 | Ludlow Town, Vermont | 0.7209171567% |
| VT128 | Ludlow Village, Vermont | 0.2940730337% |
| VT129 | Lunenburg Town, Vermont | 0.0965880521% |
| VT130 | Lyndon Town, Vermont | 0.4559618826% |
| VT131 | Lyndonville Village, Vermont | 0.0079994549% |
| VT132 | Maidstone Town, Vermont | 0.0214642963% |
| VT133 | Manchester Town, Vermont | 0.6972897719% |
| VT134 | Manchester Village, Vermont | 0.0076701221% |
| VT135 | Marlboro Town, Vermont | 0.0129695608% |
| VT136 | Marshfield Town, Vermont | 0.0174828296% |
| VT137 | Marshfield Village, Vermont | 0.0171445266% |
| VT138 | Mendon Town, Vermont | 0.0971672678% |
| VT139 | Middlebury Town, Vermont | 1.3520936922% |
| VT140 | Middlesex Town, Vermont | 0.0165114901% |
| VT141 | Middletown Springs Town, Vermont | 0.0587525845% |
| VT142 | Milton Town, Vermont | 0.9332579943% |
| VT143 | Monkton Town, Vermont | 0.0210170701% |
| VT144 | Montgomery Town, Vermont | 0.0432643327% |
| VT145 | Montpelier City, Vermont | 2.1358012840% |
| VT146 | Moretown, Vermont | 0.0140831413% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT147 | Morgan Town, Vermont | 0.0271878951% |
| VT148 | Morristown, Vermont | 0.5887893556% |
| VT149 | Morrisville Village, Vermont | 0.2266450291% |
| VT150 | Mount Holly Town, Vermont | 0.0918947396% |
| VT151 | Mount Tabor Town, Vermont | 0.0241034437% |
| VT152 | New Haven Town, Vermont | 0.1313563678% |
| VT153 | Newbury Town, Vermont | 0.0536325490% |
| VT154 | Newbury Village, Vermont | 0.0020894051% |
| VT155 | Newfane Town, Vermont | 0.0603069840% |
| VT156 | Newfane Village, Vermont | 0.0032420698% |
| VT157 | Newport City, Vermont | 1.2443589426% |
| VT158 | Newport Town, Vermont | 0.5761696308% |
| VT159 | North Bennington Village, Vermont | 0.1073823506% |
| VT160 | North Hero Town, Vermont | 0.0916986776% |
| VT161 | North Troy Village, Vermont | 0.0345075405% |
| VT162 | Northfield Town, Vermont | 0.5366215046% |
| VT163 | Norton Town, Vermont | 0.0131169276% |
| VT164 | Norwich Town, Vermont | 0.4866039276% |
| VT165 | Old Bennington Village, Vermont | 0.0014256137% |
| VT166 | Orange County, Vermont | 0.5836866196% |
| VT167 | Orange Town, Vermont | 0.0271641883% |
| VT168 | Orleans County, Vermont | 0.4475510820% |
| VT169 | Orleans Village, Vermont | 0.1150249216% |
| VT170 | Orwell Town, Vermont | 0.0350284502% |
| VT171 | Panton Town, Vermont | 0.0402823974% |
| VT172 | Pawlet Town, Vermont | 0.0497138732% |
| VT173 | Peacham Town, Vermont | 0.0373299353% |
| VT174 | Perkinsville Village, Vermont | 0.0463135443% |
| VT175 | Peru Town, Vermont | 0.0034861862% |
| VT176 | Pittsfield Town, Vermont | 0.0090387113% |
| VT177 | Pittsford Town, Vermont | 0.2538406130% |
| VT178 | Plainfield Town, Vermont | 0.0684736682% |
| VT179 | Plymouth Town, Vermont | 0.0681866233% |
| VT180 | Pomfret Town, Vermont | 0.0750052216% |
| VT181 | Poultney Town, Vermont | 0.1634522185% |
| VT182 | Poultney Village, Vermont | 0.3218151562% |
| VT183 | Pownal Town, Vermont | 0.1568905511% |
| VT184 | Proctor Town, Vermont | 0.1581796903% |
| VT185 | Putney Town, Vermont | 0.1348803568% |
| VT186 | Randolph Town, Vermont | 1.0482675385% |
| VT187 | Reading Town, Vermont | 0.0006195813% |
| VT188 | Readsboro Town, Vermont | 0.0495075597% |
| VT189 | Richford Town, Vermont | 0.3377954850% |
| VT190 | Richmond Town, Vermont | 0.3085809759% |
| VT191 | Ripton Town, Vermont | 0.0402823974% |
| VT192 | Rochester Town, Vermont | 0.1090982129% |
| VT193 | Rockingham Town, Vermont | 0.4824558723% |
| VT194 | Roxbury Town, Vermont | 0.0082557450% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT195 | Royalton Town, Vermont | 0.1989804344% |
| VT196 | Rutland City, Vermont | 6.2978142029% |
| VT197 | Rutland County, Vermont | 1.5426293676% |
| VT198 | Rutland Town, Vermont | 0.3201255637% |
| VT199 | Ryegate Town, Vermont | 0.0515514733% |
| VT200 | Salisbury Town, Vermont | 0.0271468887% |
| VT201 | Sandgate Town, Vermont | 0.0257994435% |
| VT202 | Saxtons River Village, Vermont | 0.0156375408% |
| VT203 | Searsburg Town, Vermont | 0.0118540581% |
| VT204 | Shaftsbury Town, Vermont | 0.0697288490% |
| VT205 | Sharon Town, Vermont | 0.1462910330% |
| VT206 | Sheffield Town, Vermont | 0.0302198071% |
| VT207 | Shelburne Town, Vermont | 0.7838991687% |
| VT208 | Sheldon Town, Vermont | 0.1372817951% |
| VT209 | Shoreham Town, Vermont | 0.0359043216% |
| VT210 | Shrewsbury Town, Vermont | 0.0323893028% |
| VT211 | South Burlington City, Vermont | 4.2811506559% |
| VT212 | South Hero Town, Vermont | 0.0559519744% |
| VT213 | Springfield Town, Vermont | 2.0400160607% |
| VT214 | St Albans Town, Vermont | 0.7155280165% |
| VT215 | St George Town, Vermont | 0.0117419312% |
| VT216 | St Johnsbury Town, Vermont | 1.7171904807% |
| VT217 | St. Albans City, Vermont | 3.9012902759% |
| VT218 | Stamford Town, Vermont | 0.0495075597% |
| VT219 | Stannard Town, Vermont | 0.0017773719% |
| VT220 | Starksboro Town, Vermont | 0.0070056900% |
| VT221 | Stockbridge Town, Vermont | 0.0737654182% |
| VT222 | Stowe Town, Vermont | 0.9395659345% |
| VT223 | Strafford Town, Vermont | 0.0821896740% |
| VT224 | Stratton Town, Vermont | 0.1614672516% |
| VT225 | Sudbury Town, Vermont | 0.0135583873% |
| VT226 | Sunderland Town, Vermont | 0.0341673154% |
| VT227 | Sutton Town, Vermont | 0.0364412494% |
| VT228 | Swanton Town, Vermont | 0.1297936389% |
| VT229 | Swanton Village, Vermont | 0.5715903674% |
| VT230 | Thetford Town, Vermont | 0.2618926073% |
| VT231 | Tinmouth Town, Vermont | 0.0120520422% |
| VT232 | Topsham Town, Vermont | 0.0592042959% |
| VT233 | Townshend Town, Vermont | 0.0596585701% |
| VT234 | Troy Town, Vermont | 0.0365988678% |
| VT235 | Underhill Town, Vermont | 0.0897092257% |
| VT236 | Vergennes City, Vermont | 1.4746932678% |
| VT237 | Vernon Town, Vermont | 0.3196917927% |
| VT238 | Vershire Town, Vermont | 0.0006964684% |
| VT239 | Victory Town, Vermont | 0.0095397585% |
| VT240 | Waitsfield Town, Vermont | 0.0485631307% |
| VT241 | Walden Town, Vermont | 0.0071107690% |
| VT242 | Wallingford Town, Vermont | 0.0165710775% |
| VT243 | Waltham Town, Vermont | 0.0201411987% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT244 | Warren Town, Vermont | 0.0480774609% |
| VT245 | Washington County, Vermont | 0.9081281087% |
| VT246 | Washington Town, Vermont | 0.0529360806% |
| VT247 | Waterbury Town, Vermont | 0.4584350821% |
| VT248 | Waterford Town, Vermont | 0.0577729156% |
| VT249 | Waterville Town, Vermont | 0.0004158307% |
| VT250 | Weathersfield Town, Vermont | 0.1692264346% |
| VT251 | Wells River Village, Vermont | 0.1107474397% |
| VT252 | Wells Town, Vermont | 0.0444407043% |
| VT253 | West Burke Village, Vermont | 0.0017773719% |
| VT254 | West Fairlee Town, Vermont | 0.0090542294% |
| VT255 | West Haven Town, Vermont | 0.0090387113% |
| VT256 | West Rutland Town, Vermont | 0.1212713522% |
| VT257 | West Windsor Town, Vermont | 0.0210760168% |
| VT258 | Westfield Town, Vermont | 0.0250965679% |
| VT259 | Westford Town, Vermont | 0.0657557117% |
| VT260 | Westminster Town, Vermont | 0.0752217867% |
| VT261 | Westminster Village, Vermont | 0.0079763888% |
| VT262 | Westmore Town, Vermont | 0.0365988678% |
| VT263 | Weston Town, Vermont | 0.0291344185% |
| VT264 | Weybridge Town, Vermont | 0.0245199151% |
| VT265 | Wheelock Town, Vermont | 0.0222203522% |
| VT266 | Whiting Town, Vermont | 0.0026269736% |
| VT267 | Whitingham Town, Vermont | 0.0901365894% |
| VT268 | Williston Town, Vermont | 1.4048183334% |
| VT269 | Wilmington Town, Vermont | 0.4344700351% |
| VT270 | Windham County, Vermont | 0.7048785219% |
| VT271 | Windham Town, Vermont | 0.0155632167% |
| VT272 | Windsor County, Vermont | 0.7909631647% |
| VT273 | Windsor Town, Vermont | 1.5118803214% |
| VT274 | Winhall Town, Vermont | 0.3772340472% |
| VT275 | Winooski City, Vermont | 1.3620774732% |
| VT276 | Wolcott Town, Vermont | 0.0337047118% |
| VT277 | Woodbury Town, Vermont | 0.0267099141% |
| VT278 | Woodford Town, Vermont | 0.0383512514% |
| VT279 | Woodstock Town, Vermont | 0.5151181240% |
| VT280 | Woodstock Village, Vermont | 0.3241960913% |
| VT281 | Worcester Town, Vermont | 0.0233102258% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VA1 | Accomack County, Virginia | 0.3480034800% |
| VA2 | Albemarle County, Virginia | 0.8630086301% |
| VA3 | Alexandria City, Virginia | 1.1620116201% |
| VA4 | Alleghany County, Virginia | 0.2130021300% |
| VA5 | Amelia County, Virginia | 0.1000010000% |
| VA6 | Amherst County, Virginia | 0.2990029900% |
| VA7 | Appomattox County, Virginia | 0.1330013300% |
| VA8 | Arlington County, Virginia | 1.3780137801% |
| VA9 | Augusta County, Virginia | 0.8350083501% |
| VA10 | Bath County, Virginia | 0.0370003700% |
| VA11 | Bedford County, Virginia | 0.7770077701% |
| VA12 | Bland County, Virginia | 0.1470014700% |
| VA13 | Botetourt County, Virginia | 0.3620036200% |
| VA14 | Bristol City, Virginia | 0.4340043400% |
| VA15 | Brunswick County, Virginia | 0.1070010700% |
| VA16 | Buchanan County, Virginia | 0.9290092901% |
| VA17 | Buckingham County, Virginia | 0.1270012700% |
| VA18 | Buena Vista City, Virginia | 0.0780007800% |
| VA19 | Campbell County, Virginia | 0.4560045600% |
| VA20 | Caroline County, Virginia | 0.3180031800% |
| VA21 | Carroll County, Virginia | 0.4400044000% |
| VA22 | Charles City County, Virginia | 0.0730007300% |
| VA23 | Charlotte County, Virginia | 0.1380013800% |
| VA24 | Charlottesville City, Virginia | 0.4630046300% |
| VA25 | Chesapeake City, Virginia | 2.9120291203% |
| VA26 | Chesterfield County, Virginia | 4.0880408804% |
| VA27 | Clarke County, Virginia | 0.1250012500% |
| VA28 | Colonial Heights City, Virginia | 0.2830028300% |
| VA29 | Covington City, Virginia | 0.1000010000% |
| VA30 | Craig County, Virginia | 0.0700007000% |
| VA31 | Culpeper County, Virginia | 0.7900079001% |
| VA32 | Cumberland County, Virginia | 0.1000010000% |
| VA33 | Danville City, Virginia | 0.6370063701% |
| VA34 | Dickenson County, Virginia | 0.9480094801% |
| VA35 | Dinwiddie County, Virginia | 0.1960019600% |
| VA36 | Emporia City, Virginia | 0.0500005000% |
| VA37 | Essex County, Virginia | 0.1010010100% |
| VA38 | Fairfax City, Virginia | 0.2690026900% |
| VA39 | Fairfax County, Virginia | 8.6720867209% |
| VA40 | Falls Church City, Virginia | 0.1020010200% |
| VA41 | Fauquier County, Virginia | 1.2100121001% |
| VA42 | Floyd County, Virginia | 0.1820018200% |
| VA43 | Fluvanna County, Virginia | 0.1940019400% |
| VA44 | Franklin City, Virginia | 0.0790007900% |
| VA45 | Franklin County, Virginia | 0.9540095401% |
| VA46 | Frederick County, Virginia | 1.2770127701% |
| VA47 | Fredericksburg City, Virginia | 0.5240052401% |
| VA48 | Galax City, Virginia | 0.1390013900% |
| VA49 | Giles County, Virginia | 0.4090040900% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VA50 | Gloucester County, Virginia | 0.4240042400% |
| VA51 | Goochland County, Virginia | 0.2250022500% |
| VA52 | Grayson County, Virginia | 0.2240022400% |
| VA53 | Greene County, Virginia | 0.1780017800% |
| VA54 | Greensville County, Virginia | 0.1240012400% |
| VA55 | Halifax County, Virginia | 0.3530035300% |
| VA56 | Hampton City, Virginia | 1.5380153802% |
| VA57 | Hanover County, Virginia | 1.0790107901% |
| VA58 | Harrisonburg City, Virginia | 0.5230052301% |
| VA59 | Henrico County, Virginia | 4.4730447304% |
| VA60 | Henry County, Virginia | 1.2200122001% |
| VA61 | Highland County, Virginia | 0.0230002300% |
| VA62 | Hopewell City, Virginia | 0.3440034400% |
| VA63 | Isle of Wight County, Virginia | 0.3560035600% |
| VA64 | James City County, Virginia | 0.6120061201% |
| VA65 | King and Queen County, Virginia | 0.0720007200% |
| VA66 | King George County, Virginia | 0.3060030600% |
| VA67 | King William County, Virginia | 0.1780017800% |
| VA68 | Lancaster County, Virginia | 0.1350013500% |
| VA69 | Lee County, Virginia | 0.5560055601% |
| VA70 | Lexington City, Virginia | 0.0930009300% |
| VA71 | Loudoun County, Virginia | 2.5670256703% |
| VA72 | Louisa County, Virginia | 0.4490044900% |
| VA73 | Lunenburg County, Virginia | 0.0880008800% |
| VA74 | Lynchburg City, Virginia | 0.8160081601% |
| VA75 | Madison County, Virginia | 0.1630016300% |
| VA76 | Manassas City, Virginia | 0.4520045200% |
| VA77 | Manassas Park City, Virginia | 0.0950009500% |
| VA78 | Martinsville City, Virginia | 0.4940049400% |
| VA79 | Mathews County, Virginia | 0.0880008800% |
| VA80 | Mecklenburg County, Virginia | 0.3440034400% |
| VA81 | Middlesex County, Virginia | 0.1080010800% |
| VA82 | Montgomery County, Virginia | 1.2050120501% |
| VA83 | Nelson County, Virginia | 0.1470014700% |
| VA84 | New Kent County, Virginia | 0.1560015600% |
| VA85 | Newport News City, Virginia | 2.0470204702% |
| VA86 | Norfolk City, Virginia | 3.3880338803% |
| VA87 | Northampton County, Virginia | 0.1220012200% |
| VA88 | Northumberland County, Virginia | 0.1290012900% |
| VA89 | Norton City, Virginia | 0.1100011000% |
| VA90 | Nottoway County, Virginia | 0.1330013300% |
| VA91 | Orange County, Virginia | 0.6380063801% |
| VA92 | Page County, Virginia | 0.4100041000% |
| VA93 | Patrick County, Virginia | 0.3290032900% |
| VA94 | Petersburg City, Virginia | 0.3950039500% |
| VA95 | Pittsylvania County, Virginia | 0.7500075001% |
| VA96 | Poquoson City, Virginia | 0.1860018600% |
| VA97 | Portsmouth City, Virginia | 1.9370193702% |
| VA98 | Powhatan County, Virginia | 0.2620026200% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VA99 | Prince Edward County, Virginia | 0.1900019000% |
| VA100 | Prince George County, Virginia | 0.3510035100% |
| VA101 | Prince William County, Virginia | 3.5560355604% |
| VA102 | Pulaski County, Virginia | 1.0610106101% |
| VA103 | Radford City, Virginia | 0.2470024700% |
| VA104 | Rappahannock County, Virginia | 0.0910009100% |
| VA105 | Richmond City, Virginia | 4.2250422504% |
| VA106 | Richmond County, Virginia | 0.0840008400% |
| VA107 | Roanoke City, Virginia | 1.8590185902% |
| VA108 | Roanoke County, Virginia | 1.4980149801% |
| VA109 | Rockbridge County, Virginia | 0.2350023500% |
| VA110 | Rockingham County, Virginia | 0.6140061401% |
| VA111 | Russell County, Virginia | 1.0640106401% |
| VA112 | Salem City, Virginia | 0.7860078601% |
| VA113 | Scott County, Virginia | 0.4210042100% |
| VA114 | Shenandoah County, Virginia | 0.6600066001% |
| VA115 | Smyth County, Virginia | 0.5920059201% |
| VA116 | Southampton County, Virginia | 0.1370013700% |
| VA117 | Spotsylvania County, Virginia | 1.4170141701% |
| VA118 | Stafford County, Virginia | 1.4430144301% |
| VA119 | Staunton City, Virginia | 0.4400044000% |
| VA120 | Suffolk City, Virginia | 0.7100071001% |
| VA121 | Surry County, Virginia | 0.0580005800% |
| VA122 | Sussex County, Virginia | 0.0810008100% |
| VA123 | Tazewell County, Virginia | 1.6060160602% |
| VA124 | Virginia Beach City, Virginia | 4.8590485905% |
| VA125 | Warren County, Virginia | 0.7660076601% |
| VA126 | Washington County, Virginia | 0.9960099601% |
| VA127 | Waynesboro City, Virginia | 0.3630036300% |
| VA128 | Westmoreland County, Virginia | 0.2230022300% |
| VA129 | Williamsburg City, Virginia | 0.0860008600% |
| VA130 | Winchester City, Virginia | 0.6490064901% |
| VA131 | Wise County, Virginia | 1.7560175602% |
| VA132 | Wythe County, Virginia | 0.6420064201% |
| VA133 | York County, Virginia | 0.5610056101% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WA1 | Aberdeen City, Washington | 0.2491525333% |
| WA2 | Adams County, Washington | 0.1638732475% |
| WA3 | Anacortes City, Washington | 0.1774962906% |
| WA4 | Arlington City, Washington | 0.2620524080% |
| WA5 | Asotin County, Washington | 0.4694498386% |
| WA6 | Auburn City, Washington | 0.3251297029% |
| WA7 | Bainbridge Island City, Washington | 0.1364686014% |
| WA8 | Battle Ground City, Washington | 0.1384729857% |
| WA9 | Bellevue City, Washington | 1.1300592573% |
| WA10 | Bellingham City, Washington | 0.8978614577% |
| WA11 | Benton County, Washington | 1.4848831892% |
| WA12 | Bonney Lake City, Washington | 0.1190773864% |
| WA13 | Bothell City, Washington | 0.4476161304% |
| WA14 | Bremerton City, Washington | 0.6193374389% |
| WA15 | Burien City, Washington | 0.0270962921% |
| WA16 | Burlington City, Washington | 0.1146861661% |
| WA17 | Camas City, Washington | 0.2691592724% |
| WA18 | Centralia City, Washington | 0.1909990353% |
| WA19 | Chelan County, Washington | 0.7434914485% |
| WA20 | Cheney City, Washington | 0.1238543349% |
| WA21 | Clallam County, Washington | 1.3076983401% |
| WA22 | Clark County, Washington | 4.5149775326% |
| WA23 | Columbia County, Washington | 0.0561699537% |
| WA24 | Covington City, Washington | 0.0118134406% |
| WA25 | Cowlitz County, Washington | 1.7226945990% |
| WA26 | Des Moines City, Washington | 0.1179764526% |
| WA27 | Douglas County, Washington | 0.3932175175% |
| WA28 | East Wenatchee City, Washington | 0.0799810865% |
| WA29 | Edgewood City, Washington | 0.0048016791% |
| WA30 | Edmonds City, Washington | 0.3058936009% |
| WA31 | Ellensburg City, Washington | 0.0955849915% |
| WA32 | Enumclaw City, Washington | 0.0537768326% |
| WA33 | Everett City, Washington | 1.9258363241% |
| WA34 | Federal Way City, Washington | 0.3061452240% |
| WA35 | Ferndale City, Washington | 0.0646101891% |
| WA36 | Ferry County, Washington | 0.1153487994% |
| WA37 | Fife City, Washington | 0.1955185481% |
| WA38 | Franklin County, Washington | 0.3361237144% |
| WA39 | Garfield County, Washington | 0.0321982209% |
| WA40 | Gig Harbor City, Washington | 0.0859963345% |
| WA41 | Grandview City, Washington | 0.0530606109% |
| WA42 | Grant County, Washington | 0.9932572167% |
| WA43 | Grays Harbor County, Washington | 0.9992429138% |
| WA44 | Island County, Washington | 0.6820422610% |
| WA45 | Issaquah City, Washington | 0.1876240107% |
| WA46 | Jefferson County, Washington | 0.4417137380% |
| WA47 | Kelso City, Washington | 0.1331145270% |
| WA48 | Kenmore City, Washington | 0.0204441024% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WA49 | Kennewick City, Washington | 0.5415650564% |
| WA50 | Kent City, Washington | 0.5377397676% |
| WA51 | King County, Washington | 13.9743722662% |
| WA52 | Kirkland City, Washington | 0.5453525246% |
| WA53 | Kitsap County, Washington | 2.6294133668% |
| WA54 | Kittitas County, Washington | 0.3855704683% |
| WA55 | Klickitat County, Washington | 0.2211673457% |
| WA56 | Lacey City, Washington | 0.2348627221% |
| WA57 | Lake Forest Park City, Washington | 0.0525439124% |
| WA58 | Lake Stevens City, Washington | 0.1385202891% |
| WA59 | Lakewood City, Washington | 0.5253640894% |
| WA60 | Lewis County, Washington | 1.0777374479% |
| WA61 | Liberty Lake City, Washington | 0.0389636519% |
| WA62 | Lincoln County, Washington | 0.1712669645% |
| WA63 | Longview City, Washington | 0.6162736905% |
| WA64 | Lynden City, Washington | 0.0827115612% |
| WA65 | Lynnwood City, Washington | 0.7704629214% |
| WA66 | Maple Valley City, Washington | 0.0093761587% |
| WA67 | Marysville City, Washington | 0.3945067827% |
| WA68 | Mason County, Washington | 0.8089918012% |
| WA69 | Mercer Island City, Washington | 0.1751797481% |
| WA70 | Mill Creek City, Washington | 0.1227939546% |
| WA71 | Monroe City, Washington | 0.1771621898% |
| WA72 | Moses Lake City, Washington | 0.2078293909% |
| WA73 | Mount Vernon City, Washington | 0.2801063665% |
| WA74 | Mountlake Terrace City, Washington | 0.2108935805% |
| WA75 | Mukilteo City, Washington | 0.2561790702% |
| WA76 | Newcastle City, Washington | 0.0033117880% |
| WA77 | Oak Harbor City, Washington | 0.2511550431% |
| WA78 | Okanogan County, Washington | 0.6145043345% |
| WA79 | Olympia City, Washington | 0.6039423385% |
| WA80 | Pacific County, Washington | 0.4895416466% |
| WA81 | Pasco City, Washington | 0.4278056066% |
| WA82 | Pend Oreille County, Washington | 0.2566374940% |
| WA83 | Pierce County, Washington | 7.2310164020% |
| WA84 | Port Angeles City, Washington | 0.4598370527% |
| WA85 | Port Orchard City, Washington | 0.1009497162% |
| WA86 | Poulsbo City, Washington | 0.0773748246% |
| WA87 | Pullman City, Washington | 0.2214837491% |
| WA88 | Puyallup City, Washington | 0.3845704814% |
| WA89 | Redmond City, Washington | 0.4839486007% |
| WA90 | Renton City, Washington | 0.7652626920% |
| WA91 | Richland City, Washington | 0.4756779517% |
| WA92 | Sammamish City, Washington | 0.0224369090% |
| WA93 | San Juan County, Washington | 0.2101495171% |
| WA94 | Seatac City, Washington | 0.1481551278% |
| WA95 | Seattle City, Washington | 6.6032403816% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WA96 | Sedro-Woolley City, Washington | 0.0661146351% |
| WA97 | Shelton City, Washington | 0.1239179888% |
| WA98 | Shoreline City, Washington | 0.0435834501% |
| WA99 | Skagit County, Washington | 1.0526023961% |
| WA100 | Skamania County, Washington | 0.1631931925% |
| WA101 | Snohomish City, Washington | 0.0861097964% |
| WA102 | Snohomish County, Washington | 6.9054415622% |
| WA103 | Snoqualmie City, Washington | 0.0649164481% |
| WA104 | Spokane City, Washington | 3.0872078287% |
| WA105 | Spokane County, Washington | 5.5623859292% |
| WA106 | Spokane Valley City, Washington | 0.0684217500% |
| WA107 | Stevens County, Washington | 0.7479240179% |
| WA108 | Sumner City, Washington | 0.1083157569% |
| WA109 | Sunnyside City, Washington | 0.1213478384% |
| WA110 | Tacoma City, Washington | 3.2816374617% |
| WA111 | Thurston County, Washington | 2.3258492094% |
| WA112 | Tukwila City, Washington | 0.3032205739% |
| WA113 | Tumwater City, Washington | 0.2065982350% |
| WA114 | University Place City, Washington | 0.0353733363% |
| WA115 | Vancouver City, Washington | 1.7306605325% |
| WA116 | Wahkiakum County, Washington | 0.0596582197% |
| WA117 | Walla Walla City, Washington | 0.3140768654% |
| WA118 | Walla Walla County, Washington | 0.5543870294% |
| WA119 | Washougal City, Washington | 0.1279328220% |
| WA120 | Wenatchee City, Washington | 0.2968333494% |
| WA121 | West Richland City, Washington | 0.0459360490% |
| WA122 | Whatcom County, Washington | 1.3452637306% |
| WA123 | Whitman County, Washington | 0.2626805837% |
| WA124 | Woodinville City, Washington | 0.0185516364% |
| WA125 | Yakima City, Washington | 0.6060410539% |
| WA126 | Yakima County, Washington | 1.9388392959% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WI1 | Adams County, Wisconsin | 0.3270000000% |
| WI4 | Ashland County, Wisconsin | 0.2250000000% |
| WI7 | Barron County, Wisconsin | 0.4780000000% |
| WI8 | Bayfield County, Wisconsin | 0.1240000000% |
| WI13 | Brown County, Wisconsin | 2.9000000000% |
| WI15 | Buffalo County, Wisconsin | 0.1260000000% |
| WI17 | Burnett County, Wisconsin | 0.2240000000% |
| WI19 | Calumet County, Wisconsin | 0.3860000000% |
| WI21 | Chippewa County, Wisconsin | 0.6960000000% |
| WI23 | Clark County, Wisconsin | 0.2610000000% |
| WI24 | Columbia County, Wisconsin | 1.0760000000% |
| WI25 | Crawford County, Wisconsin | 0.1950000000% |
| WI26 | Cudahy City, Wisconsin | 0.0870000000% |
| WI27 | Dane County, Wisconsin | 8.2480000000% |
| WI30 | Dodge County, Wisconsin | 1.3020000000% |
| WI31 | Door County, Wisconsin | 0.2820000000% |
| WI32 | Douglas County, Wisconsin | 0.5540000000% |
| WI33 | Dunn County, Wisconsin | 0.4420000000% |
| WI35 | Eau Claire County, Wisconsin | 1.1770000000% |
| WI38 | Florence County, Wisconsin | 0.0530000000% |
| WI40 | Fond Du Lac County, Wisconsin | 1.1960000000% |
| WI41 | Forest County, Wisconsin | 0.1270000000% |
| WI43 | Franklin City, Wisconsin | 0.1550000000% |
| WI48 | Grant County, Wisconsin | 0.4980000000% |
| WI50 | Green County, Wisconsin | 0.4660000000% |
| WI51 | Green Lake County, Wisconsin | 0.2800000000% |
| WI53 | Greenfield City, Wisconsin | 0.1630000000% |
| WI61 | Iowa County, Wisconsin | 0.2790000000% |
| WI62 | Iron County, Wisconsin | 0.0610000000% |
| WI63 | Jackson County, Wisconsin | 0.2360000000% |
| WI65 | Jefferson County, Wisconsin | 1.0510000000% |
| WI66 | Juneau County, Wisconsin | 0.4380000000% |
| WI68 | Kenosha City, Wisconsin | 0.4840000000% |
| WI69 | Kenosha County, Wisconsin | 3.7120000000% |
| WI70 | Kewaunee County, Wisconsin | 0.1560000000% |
| WI72 | La Crosse County, Wisconsin | 1.6490000000% |
| WI73 | Lafayette County, Wisconsin | 0.1340000000% |
| WI74 | Langlade County, Wisconsin | 0.3120000000% |
| WI75 | Lincoln County, Wisconsin | 0.3500000000% |
| WI80 | Manitowoc County, Wisconsin | 1.4030000000% |
| WI81 | Marathon County, Wisconsin | 1.2590000000% |
| WI82 | Marinette City, Wisconsin | 0.0320000000% |
| WI83 | Marinette County, Wisconsin | 0.5030000000% |
| WI84 | Marquette County, Wisconsin | 0.2460000000% |
| WI87 | Menominee County, Wisconsin | 0.0800000000% |
| WI92 | Milwaukee City, Wisconsin | 7.8150000000% |
| WI93 | Milwaukee County, Wisconsin | 25.2210000000% |
| WI95 | Monroe County, Wisconsin | 0.6550000000% |

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WI96 | Mount Pleasant Village, Wisconsin | 0.1170000000% |
| WI100 | Oak Creek City, Wisconsin | 0.1660000000% |
| WI102 | Oconto County, Wisconsin | 0.3360000000% |
| WI104 | Oneida County, Wisconsin | 0.5260000000% |
| WI107 | Outagamie County, Wisconsin | 1.8360000000% |
| WI108 | Ozaukee County, Wisconsin | 1.0360000000% |
| WI109 | Pepin County, Wisconsin | 0.0550000000% |
| WI111 | Pierce County, Wisconsin | 0.3870000000% |
| WI113 | Pleasant Prairie Village, Wisconsin | 0.0590000000% |
| WI118 | Portage County, Wisconsin | 0.7290000000% |
| WI119 | Price County, Wisconsin | 0.1490000000% |
| WI121 | Racine County, Wisconsin | 3.2080000000% |
| WI123 | Richland County, Wisconsin | 0.2180000000% |
| WI125 | Rock County, Wisconsin | 2.9470000000% |
| WI126 | Rusk County, Wisconsin | 0.1590000000% |
| WI128 | Sauk County, Wisconsin | 1.2260000000% |
| WI129 | Sawyer County, Wisconsin | 0.2580000000% |
| WI130 | Shawano County, Wisconsin | 0.4180000000% |
| WI132 | Sheboygan County, Wisconsin | 1.4100000000% |
| WI134 | South Milwaukee City, Wisconsin | 0.0960000000% |
| WI135 | St Croix County, Wisconsin | 0.8290000000% |
| WI138 | Sturtevant Village, Wisconsin | 0.0180000000% |
| WI141 | Superior City, Wisconsin | 0.0890000000% |
| WI143 | Taylor County, Wisconsin | 0.1590000000% |
| WI145 | Trempealeau County, Wisconsin | 0.3200000000% |
| WI147 | Union Grove Village, Wisconsin | 0.0070000000% |
| WI148 | Vernon County, Wisconsin | 0.3220000000% |
| WI150 | Vilas County, Wisconsin | 0.4680000000% |
| WI151 | Walworth County, Wisconsin | 1.5730000000% |
| WI152 | Washburn County, Wisconsin | 0.1850000000% |
| WI153 | Washington County, Wisconsin | 1.9910000000% |
| WI156 | Waukesha County, Wisconsin | 6.0350000000% |
| WI158 | Waupaca County, Wisconsin | 0.6060000000% |
| WI161 | Waushara County, Wisconsin | 0.2310000000% |
| WI162 | Wauwatosa City, Wisconsin | 0.3090000000% |
| WI163 | West Allis City, Wisconsin | 0.3780000000% |
| WI168 | Winnebago County, Wisconsin | 2.1760000000% |
| WI170 | Wood County, Wisconsin | 0.8420000000% |
| WI171 | Yorkville Town, Wisconsin | 0.0020000000% |

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WY1 | Albany County, Wyoming | 1.6329876137% |
| WY2 | Big Horn County, Wyoming | 3.0324432485% |
| WY3 | Campbell County, Wyoming | 4.4393335213% |
| WY4 | Carbon County, Wyoming | 3.6968556043% |
| WY5 | Casper City, Wyoming | 7.3503611059% |
| WY6 | Cheyenne City, Wyoming | 1.2286265328% |
| WY7 | Converse County, Wyoming | 1.8962432493% |
| WY8 | Crook County, Wyoming | 0.5448669885% |
| WY9 | Evanston City, Wyoming | 1.9702405199% |
| WY10 | Fremont County, Wyoming | 6.7374838437% |
| WY11 | Gillette City, Wyoming | 1.7410635670% |
| WY12 | Goshen County, Wyoming | 1.6361202905% |
| WY13 | Green River City, Wyoming | 0.6122218672% |
| WY14 | Hot Springs County, Wyoming | 0.8557309329% |
| WY15 | Jackson Town, Wyoming | 0.5598544963% |
| WY16 | Johnson County, Wyoming | 0.9322427236% |
| WY17 | Laramie City, Wyoming | 3.4181078811% |
| WY18 | Laramie County, Wyoming | 15.5855269922% |
| WY19 | Lincoln County, Wyoming | 3.1228011914% |
| WY20 | Natrona County, Wyoming | 7.9000169472% |
| WY21 | Niobrara County, Wyoming | 0.1540280861% |
| WY22 | Park County, Wyoming | 5.7964268009% |
| WY23 | Platte County, Wyoming | 1.7507027157% |
| WY24 | Riverton City, Wyoming | 1.2744483314% |
| WY25 | Rock Springs City, Wyoming | 1.5261479738% |
| WY26 | Sheridan City, Wyoming | 0.3405187102% |
| WY27 | Sheridan County, Wyoming | 3.9149494912% |
| WY28 | Sublette County, Wyoming | 0.7136740477% |
| WY29 | Sweetwater County, Wyoming | 7.6391306020% |
| WY30 | Teton County, Wyoming | 1.3290900349% |
| WY31 | Uinta County, Wyoming | 4.3911508108% |
| WY32 | Washakie County, Wyoming | 1.5007597928% |
| WY33 | Weston County, Wyoming | 0.7758434851% |

WITH TECHNICAL CORRECTIONS 02.03.2023

## **EXHIBIT H**

## **[Intentionally Omitted]**

**EXHIBIT I**

**Primary Subdivisions**

1.  Alabaster, City of, Alabama
2.  Albertville, City of, Alabama
3.  Alexander City, City of, Alabama
4.  Anniston, City of, Alabama
5.  Athens, City of, Alabama
6.  Auburn, City of, Alabama
7.  Autauga, County of, Alabama
8.  Baldwin, County of, Alabama
9.  Barbour, County of, Alabama
10. Bessemer, City of, Alabama
11. Bibb, County of, Alabama
12. Birmingham, City of, Alabama
13. Blount, County of, Alabama
14. Bullock, County of, Alabama
15. Butler, County of, Alabama
16. Calera, City of, Alabama
17. Calhoun, County of, Alabama
18. Center Point, City of, Alabama
19. Chambers, County of, Alabama
20. Chelsea, City of, Alabama
21. Cherokee, County of, Alabama
22. Chilton, County of, Alabama
23. Choctaw, County of, Alabama
24. Clarke, County of, Alabama
25. Clay, County of, Alabama
26. Cleburne, County of, Alabama
27. Coffee, County of, Alabama
28. Colbert, County of, Alabama
29. Conecuh, County of, Alabama
30. Coosa, County of, Alabama
31. Covington, County of, Alabama
32. Crenshaw, County of, Alabama
33. Cullman, City of, Alabama
34. Cullman, County of, Alabama
35. Dale, County of, Alabama
36. Dallas, County of, Alabama
37. Daphne, City of, Alabama
38. Decatur, City of, Alabama
39. DeKalb, County of, Alabama
40. Dothan, City of, Alabama
41. Elmore, County of, Alabama
42. Enterprise, City of, Alabama
43. Escambia, County of, Alabama
44. Etowah, County of, Alabama
45. Eufaula, City of, Alabama
46. Fairfield, City of, Alabama
47. Fairhope, City of, Alabama
48. Fayette, County of, Alabama
49. Florence, City of, Alabama
50. Foley, City of, Alabama
51. Fort Payne, City of, Alabama
52. Franklin, County of, Alabama
53. Gadsden, City of, Alabama
54. Gardendale, City of, Alabama
55. Geneva, County of, Alabama
56. Gulf Shores, City of, Alabama
57. Hale, County of, Alabama
58. Hartselle, City of, Alabama
59. Helena, City of, Alabama
60. Henry, County of, Alabama
61. Homewood, City of, Alabama
62. Hoover, City of, Alabama
63. Houston, County of, Alabama
64. Hueytown, City of, Alabama
65. Huntsville, City of, Alabama
66. Irondale, City of, Alabama
67. Jackson, County of, Alabama
68. Jacksonville, City of, Alabama
69. Jasper, City of, Alabama
70. Jefferson, County of, Alabama
71. Lamar, County of, Alabama
72. Lauderdale, County of, Alabama
73. Lawrence, County of, Alabama
74. Lee, County of, Alabama
75. Leeds, City of, Alabama
76. Limestone, County of, Alabama
77. Macon, County of, Alabama
78. Madison, City of, Alabama
79. Madison, County of, Alabama
80. Marengo, County of, Alabama
81. Marion, County of, Alabama
82. Marshall, County of, Alabama
83. Millbrook, City of, Alabama
84. Mobile, City of, Alabama
85. Mobile, County of, Alabama
86. Monroe, County of, Alabama

87. Montgomery, City of, Alabama
88. Montgomery, County of, Alabama
89. Moody, City of, Alabama
90. Morgan, County of, Alabama
91. Mountain Brook, City of, Alabama
92. Muscle Shoals, City of, Alabama
93. Northport, City of, Alabama
94. Opelika, City of, Alabama
95. Oxford, City of, Alabama
96. Ozark, City of, Alabama
97. Pelham, City of, Alabama
98. Pell City, City of, Alabama
99. Phenix City, City of, Alabama
100. Pickens, County of, Alabama
101. Pike, County of, Alabama
102. Pike Road, Town of, Alabama
103. Prattville, City of, Alabama
104. Prichard, City of, Alabama
105. Randolph, County of, Alabama
106. Russell, County of, Alabama
107. Saraland, City of, Alabama
108. Scottsboro, City of, Alabama
109. Selma, City of, Alabama
110. Shelby, County of, Alabama
111. St. Clair, County of, Alabama
112. Sumter, County of, Alabama
113. Sylacauga, City of, Alabama
114. Talladega, City of, Alabama
115. Talladega, County of, Alabama
116. Tallapoosa, County of, Alabama
117. Troy, City of, Alabama
118. Trussville, City of, Alabama
119. Tuscaloosa, City of, Alabama
120. Tuscaloosa, County of, Alabama
121. Vestavia Hills, City of, Alabama
122. Walker, County of, Alabama
123. Washington, County of, Alabama
124. Wilcox, County of, Alabama
125. Winston, County of, Alabama
126. Anchorage, Municipality of, Alaska
127. Fairbanks, City of, Alaska
128. Fairbanks North Star, Borough of, Alaska
129. Juneau, City of/ Borough of, Alaska
130. Kenai Peninsula, Borough of, Alaska
131. Ketchikan Gateway, Borough of, Alaska
132. Kodiak Island, Borough of, Alaska
133. Matanuska-Susitna, Borough of, Alaska
134. Wasilla, City of, Alaska
135. Apache, County of, Arizona
136. Apache Junction, City of, Arizona
137. Avondale, City of, Arizona
138. Buckeye, City of, Arizona
139. Bullhead City, City of, Arizona
140. Camp Verde, Town of, Arizona
141. Casa Grande, City of, Arizona
142. Chandler, City of, Arizona
143. Chino Valley, Town of, Arizona
144. Cochise, County of, Arizona
145. Coconino, County of, Arizona
146. Coolidge, City of, Arizona
147. Cottonwood, City of, Arizona
148. Douglas, City of, Arizona
149. El Mirage, City of, Arizona
150. Eloy, City of, Arizona
151. Flagstaff, City of, Arizona
152. Florence, Town of, Arizona
153. Fountain Hills, Town of, Arizona
154. Gila, County of, Arizona
155. Gilbert, Town of, Arizona
156. Glendale, City of, Arizona
157. Goodyear, City of, Arizona
158. Graham, County of, Arizona
159. Kingman, City of, Arizona
160. La Paz, County of, Arizona
161. Lake Havasu City, City of, Arizona
162. Marana, Town of, Arizona
163. Maricopa, City of, Arizona
164. Maricopa, County of, Arizona
165. Mesa, City of, Arizona
166. Mohave, County of, Arizona
167. Navajo, County of, Arizona
168. Nogales, City of, Arizona
169. Oro Valley, Town of, Arizona
170. Paradise Valley, Town of, Arizona
171. Payson, Town of, Arizona
172. Peoria, City of, Arizona
173. Phoenix, City of, Arizona
174. Pima, County of, Arizona

| | | | | |
|---|---|---|---|---|
| 175. | Pinal, County of, Arizona | | 221. | Desha, County of, Arkansas |
| 176. | Prescott, City of, Arizona | | 222. | Drew, County of, Arkansas |
| 177. | Prescott Valley, Town of, Arizona | | 223. | El Dorado, City of, Arkansas |
| 178. | Queen Creek, Town of, Arizona | | 224. | Faulkner, County of, Arkansas |
| 179. | Sahuarita, Town of, Arizona | | 225. | Fayetteville, City of, Arkansas |
| 180. | San Luis, City of, Arizona | | 226. | Forrest City, City of, Arkansas |
| 181. | Santa Cruz, County of, Arizona | | 227. | Fort Smith, City of, Arkansas |
| 182. | Scottsdale, City of, Arizona | | 228. | Franklin, County of, Arkansas |
| 183. | Sedona, City of, Arizona | | 229. | Fulton, County of, Arkansas |
| 184. | Show Low, City of, Arizona | | 230. | Garland, County of, Arkansas |
| 185. | Sierra Vista, City of, Arizona | | 231. | Grant, County of, Arkansas |
| 186. | Somerton, City of, Arizona | | 232. | Greene, County of, Arkansas |
| 187. | Surprise, City of, Arizona | | 233. | Harrison, City of, Arkansas |
| 188. | Tempe, City of, Arizona | | 234. | Helena-West Helena, City of, Arkansas |
| 189. | Tucson, City of, Arizona | | | |
| 190. | Yavapai, County of, Arizona | | 235. | Hempstead, County of, Arkansas |
| 191. | Yuma, City of, Arizona | | 236. | Hot Spring, County of, Arkansas |
| 192. | Yuma, County of, Arizona | | 237. | Hot Springs, City of, Arkansas |
| 193. | Arkadelphia, City of, Arkansas | | 238. | Howard, County of, Arkansas |
| 194. | Arkansas, County of, Arkansas | | 239. | Independence, County of, Arkansas |
| 195. | Ashley, County of, Arkansas | | 240. | Izard, County of, Arkansas |
| 196. | Batesville, City of, Arkansas | | 241. | Jackson, County of, Arkansas |
| 197. | Baxter, County of, Arkansas | | 242. | Jacksonville, City of, Arkansas |
| 198. | Bella Vista, City of, Arkansas | | 243. | Jefferson, County of, Arkansas |
| 199. | Benton, City of, Arkansas | | 244. | Johnson, County of, Arkansas |
| 200. | Benton, County of, Arkansas | | 245. | Jonesboro, City of, Arkansas |
| 201. | Bentonville, City of, Arkansas | | 246. | Lawrence, County of, Arkansas |
| 202. | Blytheville, City of, Arkansas | | 247. | Lincoln, County of, Arkansas |
| 203. | Boone, County of, Arkansas | | 248. | Little River, County of, Arkansas |
| 204. | Bradley, County of, Arkansas | | 249. | Little Rock, City of, Arkansas |
| 205. | Bryant, City of, Arkansas | | 250. | Logan, County of, Arkansas |
| 206. | Cabot, City of, Arkansas | | 251. | Lonoke, County of, Arkansas |
| 207. | Camden, City of, Arkansas | | 252. | Madison, County of, Arkansas |
| 208. | Carroll, County of, Arkansas | | 253. | Magnolia, City of, Arkansas |
| 209. | Centerton, City of, Arkansas | | 254. | Malvern, City of, Arkansas |
| 210. | Chicot, County of, Arkansas | | 255. | Marion, City of, Arkansas |
| 211. | Clark, County of, Arkansas | | 256. | Marion, County of, Arkansas |
| 212. | Clay, County of, Arkansas | | 257. | Maumelle, City of, Arkansas |
| 213. | Cleburne, County of, Arkansas | | 258. | Miller, County of, Arkansas |
| 214. | Columbia, County of, Arkansas | | 259. | Mississippi, County of, Arkansas |
| 215. | Conway, City of, Arkansas | | 260. | Mountain Home, City of, Arkansas |
| 216. | Conway, County of, Arkansas | | 261. | North Little Rock, City of, Arkansas |
| 217. | Craighead, County of, Arkansas | | 262. | Ouachita, County of, Arkansas |
| 218. | Crawford, County of, Arkansas | | 263. | Paragould, City of, Arkansas |
| 219. | Crittenden, County of, Arkansas | | 264. | Perry, County of, Arkansas |
| 220. | Cross, County of, Arkansas | | 265. | Phillips, County of, Arkansas |

| | |
|---|---|
| 266. | Pike, County of, Arkansas |
| 267. | Pine Bluff, City of, Arkansas |
| 268. | Poinsett, County of, Arkansas |
| 269. | Polk, County of, Arkansas |
| 270. | Pope, County of, Arkansas |
| 271. | Pulaski, County of, Arkansas |
| 272. | Randolph, County of, Arkansas |
| 273. | Rogers, City of, Arkansas |
| 274. | Russellville, City of, Arkansas |
| 275. | Saline, County of, Arkansas |
| 276. | Scott, County of, Arkansas |
| 277. | Searcy, City of, Arkansas |
| 278. | Sebastian, County of, Arkansas |
| 279. | Sevier, County of, Arkansas |
| 280. | Sharp, County of, Arkansas |
| 281. | Sherwood, City of, Arkansas |
| 282. | Siloam Springs, City of, Arkansas |
| 283. | Springdale, City of, Arkansas |
| 284. | St. Francis, County of, Arkansas |
| 285. | Stone, County of, Arkansas |
| 286. | Texarkana, City of, Arkansas |
| 287. | Union, County of, Arkansas |
| 288. | Van Buren, City of, Arkansas |
| 289. | Van Buren, County of, Arkansas |
| 290. | Washington, County of, Arkansas |
| 291. | West Memphis, City of, Arkansas |
| 292. | White, County of, Arkansas |
| 293. | Yell, County of, Arkansas |
| 294. | Adelanto, City of, California |
| 295. | Agoura Hills, City of, California |
| 296. | Alameda, City of, California |
| 297. | Alameda, County of, California |
| 298. | Albany, City of, California |
| 299. | Alhambra, City of, California |
| 300. | Aliso Viejo, City of, California |
| 301. | Amador, County of, California |
| 302. | American Canyon, City of, California |
| 303. | Anaheim, City of, California |
| 304. | Anderson, City of, California |
| 305. | Antioch, City of, California |
| 306. | Apple Valley, Town of, California |
| 307. | Arcadia, City of, California |
| 308. | Arcata, City of, California |
| 309. | Arroyo Grande, City of, California |
| 310. | Artesia, City of, California |

| | |
|---|---|
| 311. | Arvin, City of, California |
| 312. | Atascadero, City of, California |
| 313. | Atwater, City of, California |
| 314. | Auburn, City of, California |
| 315. | Avenal, City of, California |
| 316. | Azusa, City of, California |
| 317. | Bakersfield, City of, California |
| 318. | Baldwin Park, City of, California |
| 319. | Banning, City of, California |
| 320. | Barstow, City of, California |
| 321. | Beaumont, City of, California |
| 322. | Bell, City of, California |
| 323. | Bell Gardens, City of, California |
| 324. | Bellflower, City of, California |
| 325. | Belmont, City of, California |
| 326. | Benicia, City of, California |
| 327. | Berkeley, City of, California |
| 328. | Beverly Hills, City of, California |
| 329. | Blythe, City of, California |
| 330. | Brawley, City of, California |
| 331. | Brea, City of, California |
| 332. | Brentwood, City of, California |
| 333. | Buena Park, City of, California |
| 334. | Burbank, City of, California |
| 335. | Burlingame, City of, California |
| 336. | Butte, County of, California |
| 337. | Calabasas, City of, California |
| 338. | Calaveras, County of, California |
| 339. | Calexico, City of, California |
| 340. | California City, City of, California |
| 341. | Camarillo, City of, California |
| 342. | Campbell, City of, California |
| 343. | Canyon Lake, City of, California |
| 344. | Capitola, City of, California |
| 345. | Carlsbad, City of, California |
| 346. | Carpinteria, City of, California |
| 347. | Carson, City of, California |
| 348. | Cathedral City, City of, California |
| 349. | Ceres, City of, California |
| 350. | Cerritos, City of, California |
| 351. | Chico, City of, California |
| 352. | Chino, City of, California |
| 353. | Chino Hills, City of, California |
| 354. | Chowchilla, City of, California |
| 355. | Chula Vista, City of, California |
| 356. | Citrus Heights, City of, California |

| | | | | |
|---|---|---|---|---|
| 357. | Claremont, City of, California | 401. | Emeryville, City of, California |
| 358. | Clayton, City of, California | 402. | Encinitas, City of, California |
| 359. | Clearlake, City of, California | 403. | Escondido, City of, California |
| 360. | Clovis, City of, California | 404. | Eureka, City of, California |
| 361. | Coachella, City of, California | 405. | Exeter, City of, California |
| 362. | Coalinga, City of, California | 406. | Fairfield, City of, California |
| 363. | Colton, City of, California | 407. | Farmersville, City of, California |
| 364. | Colusa, County of, California | 408. | Fillmore, City of, California |
| 365. | Commerce, City of, California | 409. | Folsom, City of, California |
| 366. | Compton, City of, California | 410. | Fontana, City of, California |
| 367. | Concord, City of, California | 411. | Fortuna, City of, California |
| 368. | Contra Costa, County of, California | 412. | Foster City, City of, California |
| 369. | Corcoran, City of, California | 413. | Fountain Valley, City of, California |
| 370. | Corona, City of, California | 414. | Fremont, City of, California |
| 371. | Coronado, City of, California | 415. | Fresno, City of, California |
| 372. | Costa Mesa, City of, California | 416. | Fresno, County of, California |
| 373. | Covina, City of, California | 417. | Fullerton, City of, California |
| 374. | Cudahy, City of, California | 418. | Galt, City of, California |
| 375. | Culver City, City of, California | 419. | Garden Grove, City of, California |
| 376. | Cupertino, City of, California | 420. | Gardena, City of, California |
| 377. | Cypress, City of, California | 421. | Gilroy, City of, California |
| 378. | Daly City, City of, California | 422. | Glendale, City of, California |
| 379. | Dana Point, City of, California | 423. | Glendora, City of, California |
| 380. | Danville, Town of, California | 424. | Glenn, County of, California |
| 381. | Davis, City of, California | 425. | Goleta, City of, California |
| 382. | Del Norte, County of, California | 426. | Grand Terrace, City of, California |
| 383. | Delano, City of, California | 427. | Grass Valley, City of, California |
| 384. | Desert Hot Springs, City of, California | 428. | Greenfield, City of, California |
| | | 429. | Grover Beach, City of, California |
| 385. | Diamond Bar, City of, California | 430. | Half Moon Bay, City of, California |
| 386. | Dinuba, City of, California | 431. | Hanford, City of, California |
| 387. | Dixon, City of, California | 432. | Hawaiian Gardens, City of, California |
| 388. | Downey, City of, California | | |
| 389. | Duarte, City of, California | 433. | Hawthorne, City of, California |
| 390. | Dublin, City of, California | 434. | Hayward, City of, California |
| 391. | East Palo Alto, City of, California | 435. | Healdsburg, City of, California |
| 392. | Eastvale, City of, California | 436. | Hemet, City of, California |
| 393. | El Cajon, City of, California | 437. | Hercules, City of, California |
| 394. | El Centro, City of, California | 438. | Hermosa Beach, City of, California |
| 395. | El Cerrito, City of, California | 439. | Hesperia, City of, California |
| 396. | El Dorado, County of, California | 440. | Highland, City of, California |
| 397. | El Monte, City of, California | 441. | Hillsborough, Town of, California |
| 398. | El Paso de Robles (Paso Robles), City of, California | 442. | Hollister, City of, California |
| | | 443. | Humboldt, County of, California |
| 399. | El Segundo, City of, California | 444. | Huntington Beach, City of, California |
| 400. | Elk Grove, City of, California | | |

445. Huntington Park, City of, California
446. Imperial Beach, City of, California
447. Imperial, City of, California
448. Imperial, County of, California
449. Indio, City of, California
450. Inglewood, City of, California
451. Inyo, County of, California
452. Irvine, City of, California
453. Jurupa Valley, City of, California
454. Kerman, City of, California
455. Kern, County of, California
456. King City, City of, California
457. Kings, County of, California
458. Kingsburg, City of, California
459. La Cañada Flintridge, City of, California
460. La Habra, City of, California
461. La Mesa, City of, California
462. La Mirada, City of, California
463. La Palma, City of, California
464. La Puente, City of, California
465. La Quinta, City of, California
466. La Verne, City of, California
467. Lafayette, City of, California
468. Laguna Beach, City of, California
469. Laguna Hills, City of, California
470. Laguna Niguel, City of, California
471. Laguna Woods, City of, California
472. Lake, County of, California
473. Lake Elsinore, City of, California
474. Lake Forest, City of, California
475. Lakewood, City of, California
476. Lancaster, City of, California
477. Larkspur, City of, California
478. Lassen, County of, California
479. Lathrop, City of, California
480. Lawndale, City of, California
481. Lemon Grove, City of, California
482. Lemoore, City of, California
483. Lincoln, City of, California
484. Lindsay, City of, California
485. Livermore, City of, California
486. Livingston, City of, California
487. Lodi, City of, California
488. Loma Linda, City of, California
489. Lomita, City of, California
490. Lompoc, City of, California
491. Long Beach, City of, California
492. Los Alamitos, City of, California
493. Los Altos, City of, California
494. Los Angeles, City of, California
495. Los Angeles, County of, California
496. Los Banos, City of, California
497. Los Gatos, Town of, California
498. Lynwood, City of, California
499. Madera, City of, California
500. Madera, County of, California
501. Malibu, City of, California
502. Manhattan Beach, City of, California
503. Manteca, City of, California
504. Marin, County of, California
505. Marina, City of, California
506. Mariposa, County of, California
507. Martinez, City of, California
508. Marysville, City of, California
509. Maywood, City of, California
510. McFarland, City of, California
511. Mendocino, County of, California
512. Mendota, City of, California
513. Menifee, City of, California
514. Menlo Park, City of, California
515. Merced, City of, California
516. Merced, County of, California
517. Mill Valley, City of, California
518. Millbrae, City of, California
519. Milpitas, City of, California
520. Mission Viejo, City of, California
521. Modesto, City of, California
522. Mono, County of, California
523. Monrovia, City of, California
524. Montclair, City of, California
525. Montebello, City of, California
526. Monterey, City of, California
527. Monterey, County of, California
528. Monterey Park, City of, California
529. Moorpark, City of, California
530. Moraga, Town of, California
531. Moreno Valley, City of, California
532. Morgan Hill, City of, California
533. Morro Bay, City of, California
534. Mountain View, City of, California
535. Murrieta, City of, California

| | | | |
|---|---|---|---|
| 536. | Napa, City of, California | 581. | Port Hueneme, City of, California |
| 537. | Napa, County of, California | 582. | Porterville, City of, California |
| 538. | National City, City of, California | 583. | Poway, City of, California |
| 539. | Nevada, County of, California | 584. | Rancho Cordova, City of, California |
| 540. | Newark, City of, California | 585. | Rancho Cucamonga, City of, California |
| 541. | Newman, City of, California | | |
| 542. | Newport Beach, City of, California | 586. | Rancho Mirage, City of, California |
| 543. | Norco, City of, California | 587. | Rancho Palos Verdes, City of, California |
| 544. | Norwalk, City of, California | | |
| 545. | Novato, City of, California | 588. | Rancho Santa Margarita, City of, California |
| 546. | Oakdale, City of, California | | |
| 547. | Oakland, City of, California | 589. | Red Bluff, City of, California |
| 548. | Oakley, City of, California | 590. | Redding, City of, California |
| 549. | Oceanside, City of, California | 591. | Redlands, City of, California |
| 550. | Ontario, City of, California | 592. | Redondo Beach, City of, California |
| 551. | Orange, City of, California | 593. | Redwood City, City of, California |
| 552. | Orange, County of, California | 594. | Reedley, City of, California |
| 553. | Orange Cove, City of, California | 595. | Rialto, City of, California |
| 554. | Orinda, City of, California | 596. | Richmond, City of, California |
| 555. | Oroville, City of, California | 597. | Ridgecrest, City of, California |
| 556. | Oxnard, City of, California | 598. | Ripon, City of, California |
| 557. | Pacific Grove, City of, California | 599. | Riverbank, City of, California |
| 558. | Pacifica, City of, California | 600. | Riverside, City of, California |
| 559. | Palm Desert, City of, California | 601. | Riverside, County of, California |
| 560. | Palm Springs, City of, California | 602. | Rocklin, City of, California |
| 561. | Palmdale, City of, California | 603. | Rohnert Park, City of, California |
| 562. | Palo Alto, City of, California | 604. | Rosemead, City of, California |
| 563. | Palos Verdes Estates, City of, California | 605. | Roseville, City of, California |
| | | 606. | Sacramento, City of, California |
| 564. | Paramount, City of, California | 607. | Sacramento, County of, California |
| 565. | Parlier, City of, California | 608. | Salinas, City of, California |
| 566. | Pasadena, City of, California | 609. | San Anselmo, Town of, California |
| 567. | Patterson, City of, California | 610. | San Benito, County of, California |
| 568. | Perris, City of, California | 611. | San Bernardino, City of, California |
| 569. | Petaluma, City of, California | 612. | San Bernardino, County of, California |
| 570. | Pico Rivera, City of, California | | |
| 571. | Piedmont, City of, California | 613. | San Bruno, City of, California |
| 572. | Pinole, City of, California | 614. | San Buenaventura (Ventura), City of, California |
| 573. | Pittsburg, City of, California | | |
| 574. | Placentia, City of, California | 615. | San Carlos, City of, California |
| 575. | Placer, County of, California | 616. | San Clemente, City of, California |
| 576. | Placerville, City of, California | 617. | San Diego, City of, California |
| 577. | Pleasant Hill, City of, California | 618. | San Diego, County of, California |
| 578. | Pleasanton, City of, California | 619. | San Dimas, City of, California |
| 579. | Plumas, County of, California | 620. | San Fernando, City of, California |
| 580. | Pomona, City of, California | | |

621. San Francisco, City of/ County of, California
622. San Gabriel, City of, California
623. San Jacinto, City of, California
624. San Joaquin, County of, California
625. San Jose, City of, California
626. San Juan Capistrano, City of, California
627. San Leandro, City of, California
628. San Luis Obispo, City of, California
629. San Luis Obispo, County of, California
630. San Marcos, City of, California
631. San Marino, City of, California
632. San Mateo, City of, California
633. San Mateo, County of, California
634. San Pablo, City of, California
635. San Rafael, City of, California
636. San Ramon, City of, California
637. Sanger, City of, California
638. Santa Ana, City of, California
639. Santa Barbara, City of, California
640. Santa Barbara, County of, California
641. Santa Clara, City of, California
642. Santa Clara, County of, California
643. Santa Clarita, City of, California
644. Santa Cruz, City of, California
645. Santa Cruz, County of, California
646. Santa Fe Springs, City of, California
647. Santa Maria, City of, California
648. Santa Monica, City of, California
649. Santa Paula, City of, California
650. Santa Rosa, City of, California
651. Santee, City of, California
652. Saratoga, City of, California
653. Scotts Valley, City of, California
654. Seal Beach, City of, California
655. Seaside, City of, California
656. Selma, City of, California
657. Shafter, City of, California
658. Shasta, County of, California
659. Shasta Lake, City of, California
660. Sierra Madre, City of, California
661. Signal Hill, City of, California
662. Simi Valley, City of, California
663. Siskiyou, County of, California
664. Solana Beach, City of, California
665. Solano, County of, California
666. Soledad, City of, California
667. Sonoma, City of, California
668. Sonoma, County of, California
669. South El Monte, City of, California
670. South Gate, City of, California
671. South Lake Tahoe, City of, California
672. South Pasadena, City of, California
673. South San Francisco, City of, California
674. Stanislaus, County of, California
675. Stanton, City of, California
676. Stockton, City of, California
677. Suisun City, City of, California
678. Sunnyvale, City of, California
679. Susanville, City of, California
680. Sutter, County of, California
681. Tehachapi, City of, California
682. Tehama, County of, California
683. Temecula, City of, California
684. Temple City, City of, California
685. Thousand Oaks, City of, California
686. Torrance, City of, California
687. Tracy, City of, California
688. Trinity, County of, California
689. Truckee, Town of, California
690. Tulare, City of, California
691. Tulare, County of, California
692. Tuolumne, County of, California
693. Turlock, City of, California
694. Tustin, City of, California
695. Twentynine Palms, City of, California
696. Ukiah, City of, California
697. Union City, City of, California
698. Upland, City of, California
699. Vacaville, City of, California
700. Vallejo, City of, California
701. Ventura, County of, California
702. Victorville, City of, California
703. Visalia, City of, California
704. Vista, City of, California
705. Walnut, City of, California
706. Walnut Creek, City of, California

I-8

707. Wasco, City of, California
708. Watsonville, City of, California
709. West Covina, City of, California
710. West Hollywood, City of, California
711. West Sacramento, City of, California
712. Westminster, City of, California
713. Whittier, City of, California
714. Wildomar, City of, California
715. Windsor, Town of, California
716. Woodland, City of, California
717. Yolo, County of, California
718. Yorba Linda, City of, California
719. Yuba City, City of, California
720. Yuba, County of, California
721. Yucaipa, City of, California
722. Yucca Valley, Town of, California
723. Adams, County of, Colorado
724. Alamosa, County of, Colorado
725. Arapahoe, County of, Colorado
726. Archuleta, County of, Colorado
727. Arvada, City of, Colorado
728. Aurora, City of, Colorado
729. Boulder, City of, Colorado
730. Boulder, County of, Colorado
731. Brighton, City of, Colorado
732. Broomfield, City of/ County of, Colorado
733. Cañon City, City of, Colorado
734. Castle Pines, City of, Colorado
735. Castle Rock, Town of, Colorado
736. Centennial, City of, Colorado
737. Chaffee, County of, Colorado
738. Colorado Springs, City of, Colorado
739. Commerce City, City of, Colorado
740. Delta, County of, Colorado
741. Denver, City of/ County of, Colorado
742. Douglas, County of, Colorado
743. Durango, City of, Colorado
744. Eagle, County of, Colorado
745. El Paso, County of, Colorado
746. Elbert, County of, Colorado
747. Englewood, City of, Colorado
748. Erie, Town of, Colorado
749. Evans, City of, Colorado
750. Federal Heights, City of, Colorado
751. Firestone, Town of, Colorado
752. Fort Collins, City of, Colorado
753. Fort Morgan, City of, Colorado
754. Fountain, City of, Colorado
755. Frederick, Town of, Colorado
756. Fremont, County of, Colorado
757. Fruita, City of, Colorado
758. Garfield, County of, Colorado
759. Golden, City of, Colorado
760. Grand, County of, Colorado
761. Grand Junction, City of, Colorado
762. Greeley, City of, Colorado
763. Greenwood, Village of/ City of, Colorado
764. Gunnison, County of, Colorado
765. Jefferson, County of, Colorado
766. Johnstown, Town of, Colorado
767. La Plata, County of, Colorado
768. Lafayette, City of, Colorado
769. Lakewood, City of, Colorado
770. Larimer, County of, Colorado
771. Las Animas, County of, Colorado
772. Littleton, City of, Colorado
773. Logan, County of, Colorado
774. Lone Tree, City of, Colorado
775. Longmont, City of, Colorado
776. Louisville, City of, Colorado
777. Loveland, City of, Colorado
778. Mesa, County of, Colorado
779. Moffat, County of, Colorado
780. Montezuma, County of, Colorado
781. Montrose, City of, Colorado
782. Montrose, County of, Colorado
783. Morgan, County of, Colorado
784. Northglenn, City of, Colorado
785. Otero, County of, Colorado
786. Park, County of, Colorado
787. Parker, Town of, Colorado
788. Pitkin, County of, Colorado
789. Prowers, County of, Colorado
790. Pueblo, City of, Colorado
791. Pueblo, County of, Colorado
792. Rio Grande, County of, Colorado
793. Routt, County of, Colorado
794. Steamboat Springs, City of, Colorado

795. Sterling, City of, Colorado
796. Summit, County of, Colorado
797. Superior, Town of, Colorado
798. Teller, County of, Colorado
799. Thornton, City of, Colorado
800. Weld, County of, Colorado
801. Wellington, Town of, Colorado
802. Westminster, City of, Colorado
803. Wheat Ridge, City of, Colorado
804. Windsor, Town of, Colorado
805. Yuma, County of, Colorado
806. Ansonia, Town of/ City of, Connecticut
807. Avon, Town of, Connecticut
808. Berlin, Town of, Connecticut
809. Bethel, Town of, Connecticut
810. Bloomfield, Town of, Connecticut
811. Branford, Town of, Connecticut
812. Bridgeport, Town of/ City of, Connecticut
813. Bristol, City of/ Town of, Connecticut
814. Brookfield, Town of, Connecticut
815. Canton, Town of, Connecticut
816. Cheshire, Town of, Connecticut
817. Clinton, Town of, Connecticut
818. Colchester, Town of, Connecticut
819. Coventry, Town of, Connecticut
820. Cromwell, Town of, Connecticut
821. Danbury, City of/ Town of, Connecticut
822. Darien, Town of, Connecticut
823. Derby, City of/ Town of, Connecticut
824. East Hampton, Town of, Connecticut
825. East Hartford, Town of, Connecticut
826. East Haven, Town of, Connecticut
827. East Lyme, Town of, Connecticut
828. East Windsor, Town of, Connecticut
829. Ellington, Town of, Connecticut
830. Enfield, Town of, Connecticut
831. Fairfield, Town of, Connecticut
832. Farmington, Town of, Connecticut
833. Glastonbury, Town of, Connecticut
834. Granby, Town of, Connecticut
835. Greenwich, Town of, Connecticut
836. Griswold, Town of, Connecticut
837. Groton, Town of, Connecticut
838. Guilford, Town of, Connecticut
839. Hamden, Town of, Connecticut
840. Hartford, City of/ Town of, Connecticut
841. Killingly, Town of, Connecticut
842. Ledyard, Town of, Connecticut
843. Madison, Town of, Connecticut
844. Manchester, Town of, Connecticut
845. Mansfield, Town of, Connecticut
846. Meriden, City of/ Town of, Connecticut
847. Middletown, City of/ Town of, Connecticut
848. Milford, City of, Connecticut
849. Milford, Town of, Connecticut
850. Monroe, Town of, Connecticut
851. Montville, Town of, Connecticut
852. Naugatuck, Borough of/ Town of, Connecticut
853. New Britain, Town of/ City of, Connecticut
854. New Canaan, Town of, Connecticut
855. New Fairfield, Town of, Connecticut
856. New Haven, Town of/ City of, Connecticut
857. New London, City of/ Town of, Connecticut
858. New Milford, Town of, Connecticut
859. Newington, Town of, Connecticut
860. Newtown, Town of, Connecticut
861. North Branford, Town of, Connecticut
862. North Haven, Town of, Connecticut
863. Norwalk, City of/ Town of, Connecticut
864. Norwich, City of/ Town of, Connecticut
865. Old Saybrook, Town of, Connecticut
866. Orange, Town of, Connecticut
867. Oxford, Town of, Connecticut
868. Plainfield, Town of, Connecticut
869. Plainville, Town of, Connecticut
870. Plymouth, Town of, Connecticut
871. Ridgefield, Town of, Connecticut

872. Rocky Hill, Town of, Connecticut
873. Seymour, Town of, Connecticut
874. Shelton, City of/ Town of, Connecticut
875. Simsbury, Town of, Connecticut
876. Somers, Town of, Connecticut
877. South Windsor, Town of, Connecticut
878. Southbury, Town of, Connecticut
879. Southington, Town of, Connecticut
880. Stafford, Town of, Connecticut
881. Stamford, City of/ Town of, Connecticut
882. Stonington, Town of, Connecticut
883. Stratford, Town of, Connecticut
884. Suffield, Town of, Connecticut
885. Tolland, Town of, Connecticut
886. Torrington, City of/ Town of, Connecticut
887. Trumbull, Town of, Connecticut
888. Vernon, Town of, Connecticut
889. Wallingford, Town of, Connecticut
890. Waterbury, City of/ Town of, Connecticut
891. Waterford, Town of, Connecticut
892. Watertown, Town of, Connecticut
893. West Hartford, Town of, Connecticut
894. West Haven, City of/ Town of, Connecticut
895. Weston, Town of, Connecticut
896. Westport, Town of, Connecticut
897. Wethersfield, Town of, Connecticut
898. Wilton, Town of, Connecticut
899. Winchester, Town of, Connecticut
900. Windham, Town of, Connecticut
901. Windsor Locks, Town of, Connecticut
902. Windsor, Town of, Connecticut
903. Wolcott, Town of, Connecticut
904. Dover, City of, Delaware
905. Kent, County of, Delaware
906. Middletown, Town of, Delaware
907. Milford, City of, Delaware
908. New Castle, County of, Delaware
909. Newark, City of, Delaware
910. Smyrna, Town of, Delaware
911. Sussex, County of, Delaware
912. Wilmington, City of, Delaware
913. Acworth, City of, Georgia
914. Albany, City of, Georgia
915. Alpharetta, City of, Georgia
916. Americus, City of, Georgia
917. Appling, County of, Georgia
918. Athens-Clarke County, Unified Government of, Georgia
919. Atlanta, City of, Georgia
920. Augusta-Richmond County, Consolidated Government of, Georgia
921. Bacon, County of, Georgia
922. Bainbridge, City of, Georgia
923. Baldwin, County of, Georgia
924. Banks, County of, Georgia
925. Barrow, County of, Georgia
926. Bartow, County of, Georgia
927. Ben Hill, County of, Georgia
928. Berrien, County of, Georgia
929. Bleckley, County of, Georgia
930. Brantley, County of, Georgia
931. Braselton, Town of, Georgia
932. Brookhaven, City of, Georgia
933. Brooks, County of, Georgia
934. Brunswick, City of, Georgia
935. Bryan, County of, Georgia
936. Buford, City of, Georgia
937. Bulloch, County of, Georgia
938. Burke, County of, Georgia
939. Butts, County of, Georgia
940. Calhoun, City of, Georgia
941. Camden, County of, Georgia
942. Candler, County of, Georgia
943. Canton, City of, Georgia
944. Carroll, County of, Georgia
945. Carrollton, City of, Georgia
946. Cartersville, City of, Georgia
947. Catoosa, County of, Georgia
948. Chamblee, City of, Georgia
949. Charlton, County of, Georgia
950. Chatham, County of, Georgia
951. Chattooga, County of, Georgia
952. Cherokee, County of, Georgia
953. Clarkston, City of, Georgia

954. Clayton, County of, Georgia
955. Cobb, County of, Georgia
956. Coffee, County of, Georgia
957. College Park, City of, Georgia
958. Colquitt, County of, Georgia
959. Columbia, County of, Georgia
960. Columbus, City of, Georgia
961. Columbus, City of/ Muscogee, County of, Georgia
962. Conyers, City of, Georgia
963. Cook, County of, Georgia
964. Cordele, City of, Georgia
965. Covington, City of, Georgia
966. Coweta, County of, Georgia
967. Crawford, County of, Georgia
968. Crisp, County of, Georgia
969. Cusseta-Chattahoochee County, Unified Government of, Georgia
970. Dade, County of, Georgia
971. Dallas, City of, Georgia
972. Dalton, City of, Georgia
973. Dawson, County of, Georgia
974. Decatur, City of, Georgia
975. Decatur, County of, Georgia
976. DeKalb, County of, Georgia
977. Dodge, County of, Georgia
978. Dooly, County of, Georgia
979. Doraville, City of, Georgia
980. Dougherty, County of, Georgia
981. Douglas, City of, Georgia
982. Douglas, County of, Georgia
983. Douglasville, City of, Georgia
984. Dublin, City of, Georgia
985. Duluth, City of, Georgia
986. Dunwoody, City of, Georgia
987. Early, County of, Georgia
988. East Point, City of, Georgia
989. Effingham, County of, Georgia
990. Elbert, County of, Georgia
991. Emanuel, County of, Georgia
992. Evans, County of, Georgia
993. Fairburn, City of, Georgia
994. Fannin, County of, Georgia
995. Fayette, County of, Georgia
996. Fayetteville, City of, Georgia
997. Floyd, County of, Georgia
998. Forest Park, City of, Georgia
999. Forsyth, County of, Georgia
1000. Franklin, County of, Georgia
1001. Fulton, County of, Georgia
1002. Gainesville, City of, Georgia
1003. Gilmer, County of, Georgia
1004. Glynn, County of, Georgia
1005. Gordon, County of, Georgia
1006. Grady, County of, Georgia
1007. Greene, County of, Georgia
1008. Griffin, City of, Georgia
1009. Grovetown, City of, Georgia
1010. Gwinnett, County of, Georgia
1011. Habersham, County of, Georgia
1012. Hall, County of, Georgia
1013. Haralson, County of, Georgia
1014. Harris, County of, Georgia
1015. Hart, County of, Georgia
1016. Heard, County of, Georgia
1017. Henry, County of, Georgia
1018. Hinesville, City of, Georgia
1019. Holly Springs, City of, Georgia
1020. Houston, County of, Georgia
1021. Jackson, County of, Georgia
1022. Jasper, County of, Georgia
1023. Jeff Davis, County of, Georgia
1024. Jefferson, City of, Georgia
1025. Jefferson, County of, Georgia
1026. Johns Creek, City of, Georgia
1027. Jones, County of, Georgia
1028. Kennesaw, City of, Georgia
1029. Kingsland, City of, Georgia
1030. LaGrange, City of, Georgia
1031. Lamar, County of, Georgia
1032. Lanier, County of, Georgia
1033. Laurens, County of, Georgia
1034. Lawrenceville, City of, Georgia
1035. Lee, County of, Georgia
1036. Liberty, County of, Georgia
1037. Lilburn, City of, Georgia
1038. Loganville, City of, Georgia
1039. Long, County of, Georgia
1040. Lowndes, County of, Georgia
1041. Lumpkin, County of, Georgia
1042. Macon, County of, Georgia
1043. Macon-Bibb, County of, Georgia

1044.  Madison, County of, Georgia
1045.  Marietta, City of, Georgia
1046.  McDonough, City of, Georgia
1047.  McDuffie, County of, Georgia
1048.  McIntosh, County of, Georgia
1049.  Meriwether, County of, Georgia
1050.  Milledgeville, City of, Georgia
1051.  Milton, City of, Georgia
1052.  Mitchell, County of, Georgia
1053.  Monroe, City of, Georgia
1054.  Monroe, County of, Georgia
1055.  Morgan, County of, Georgia
1056.  Moultrie, City of, Georgia
1057.  Murray, County of, Georgia
1058.  Newnan, City of, Georgia
1059.  Newton, County of, Georgia
1060.  Norcross, City of, Georgia
1061.  Oconee, County of, Georgia
1062.  Oglethorpe, County of, Georgia
1063.  Paulding, County of, Georgia
1064.  Peach, County of, Georgia
1065.  Peachtree City, City of, Georgia
1066.  Peachtree Corners, City of, Georgia
1067.  Perry, City of, Georgia
1068.  Pickens, County of, Georgia
1069.  Pierce, County of, Georgia
1070.  Pike, County of, Georgia
1071.  Polk, County of, Georgia
1072.  Pooler, City of, Georgia
1073.  Powder Springs, City of, Georgia
1074.  Pulaski, County of, Georgia
1075.  Putnam, County of, Georgia
1076.  Rabun, County of, Georgia
1077.  Richmond Hill, City of, Georgia
1078.  Rincon, City of, Georgia
1079.  Riverdale, City of, Georgia
1080.  Rockdale, County of, Georgia
1081.  Rome, City of, Georgia
1082.  Roswell, City of, Georgia
1083.  Sandy Springs, City of, Georgia
1084.  Savannah, City of, Georgia
1085.  Screven, County of, Georgia
1086.  Smyrna, City of, Georgia
1087.  Snellville, City of, Georgia
1088.  South Fulton, City of, Georgia
1089.  Spalding, County of, Georgia

1090.  St. Marys, City of, Georgia
1091.  Statesboro, City of, Georgia
1092.  Stephens, County of, Georgia
1093.  Stockbridge, City of, Georgia
1094.  Stonecrest, City of, Georgia
1095.  Sugar Hill, City of, Georgia
1096.  Sumter, County of, Georgia
1097.  Suwanee, City of, Georgia
1098.  Tattnall, County of, Georgia
1099.  Telfair, County of, Georgia
1100.  Thomas, County of, Georgia
1101.  Thomasville, City of, Georgia
1102.  Tift, County of, Georgia
1103.  Tifton, City of, Georgia
1104.  Toombs, County of, Georgia
1105.  Towns, County of, Georgia
1106.  Troup, County of, Georgia
1107.  Tucker, City of, Georgia
1108.  Union City, City of, Georgia
1109.  Union, County of, Georgia
1110.  Upson, County of, Georgia
1111.  Valdosta, City of, Georgia
1112.  Vidalia, City of, Georgia
1113.  Villa Rica, City of, Georgia
1114.  Walker, County of, Georgia
1115.  Walton, County of, Georgia
1116.  Ware, County of, Georgia
1117.  Warner Robins, City of, Georgia
1118.  Washington, County of, Georgia
1119.  Waycross, City of, Georgia
1120.  Wayne, County of, Georgia
1121.  White, County of, Georgia
1122.  Whitfield, County of, Georgia
1123.  Winder, City of, Georgia
1124.  Woodstock, City of, Georgia
1125.  Worth, County of, Georgia
1126.  Hawaii, County of, Hawaii
1127.  Honolulu, County of/ City of, Hawaii
1128.  Kauai, County of, Hawaii
1129.  Maui, County of, Hawaii
1130.  Ada, County of, Idaho
1131.  Ammon, City of, Idaho
1132.  Bannock, County of, Idaho
1133.  Bingham, County of, Idaho
1134.  Blackfoot, City of, Idaho

1135. Blaine, County of, Idaho
1136. Boise City, City of, Idaho
1137. Bonner, County of, Idaho
1138. Bonneville, County of, Idaho
1139. Boundary, County of, Idaho
1140. Burley, City of, Idaho
1141. Caldwell, City of, Idaho
1142. Canyon, County of, Idaho
1143. Cassia, County of, Idaho
1144. Chubbuck, City of, Idaho
1145. Coeur d'Alene, City of, Idaho
1146. Eagle, City of, Idaho
1147. Elmore, County of, Idaho
1148. Franklin, County of, Idaho
1149. Fremont, County of, Idaho
1150. Garden City, City of, Idaho
1151. Gem, County of, Idaho
1152. Gooding, County of, Idaho
1153. Hayden, City of, Idaho
1154. Idaho, County of, Idaho
1155. Idaho Falls, City of, Idaho
1156. Jefferson, County of, Idaho
1157. Jerome, City of, Idaho
1158. Jerome, County of, Idaho
1159. Kootenai, County of, Idaho
1160. Kuna, City of, Idaho
1161. Latah, County of, Idaho
1162. Lewiston, City of, Idaho
1163. Madison, County of, Idaho
1164. Meridian, City of, Idaho
1165. Minidoka, County of, Idaho
1166. Moscow, City of, Idaho
1167. Mountain Home, City of, Idaho
1168. Nampa, City of, Idaho
1169. Nez Perce, County of, Idaho
1170. Owyhee, County of, Idaho
1171. Payette, County of, Idaho
1172. Pocatello, City of, Idaho
1173. Post Falls, City of, Idaho
1174. Rexburg, City of, Idaho
1175. Shoshone, County of, Idaho
1176. Star, City of, Idaho
1177. Teton, County of, Idaho
1178. Twin Falls, City of, Idaho
1179. Twin Falls, County of, Idaho
1180. Valley, County of, Idaho
1181. Washington, County of, Idaho
1182. Adams, County of, Illinois
1183. Addison Township, Illinois
1184. Addison, Village of, Illinois
1185. Algonquin Township, Illinois
1186. Algonquin, Village of, Illinois
1187. Alsip, Village of, Illinois
1188. Alton, City of, Illinois
1189. Alton Township, Illinois
1190. Antioch Township, Illinois
1191. Antioch, Village of, Illinois
1192. Arlington Heights, Village of, Illinois
1193. Aurora, City of, Illinois
1194. Aurora Township, Illinois
1195. Aux Sable Township, Illinois
1196. Avon Township, Illinois
1197. Barrington Township, Illinois
1198. Barrington, Village of, Illinois
1199. Bartlett, Village of, Illinois
1200. Batavia, City of, Illinois
1201. Batavia Township, Illinois
1202. Beach Park, Village of, Illinois
1203. Belleville, City of, Illinois
1204. Bellwood, Village of, Illinois
1205. Belvidere, City of, Illinois
1206. Belvidere Township, Illinois
1207. Bensenville, Village of, Illinois
1208. Benton Township, Illinois
1209. Berwyn, City of, Illinois
1210. Berwyn Township, Illinois
1211. Blackberry Township, Illinois
1212. Bloom Township, Illinois
1213. Bloomingdale Township, Illinois
1214. Bloomingdale, Village of, Illinois
1215. Bloomington, City of, Illinois
1216. Bloomington City Township, Illinois
1217. Blue Island, City of, Illinois
1218. Bolingbrook, Village of, Illinois
1219. Bond, County of, Illinois
1220. Boone, County of, Illinois
1221. Bourbonnais Township, Illinois
1222. Bourbonnais, Village of, Illinois
1223. Bradley, Village of, Illinois
1224. Bremen Township, Illinois
1225. Bridgeview, Village of, Illinois

1226. Bristol Township, Illinois
1227. Brookfield, Village of, Illinois
1228. Bruce Township, Illinois
1229. Buffalo Grove, Village of, Illinois
1230. Burbank, City of, Illinois
1231. Bureau, County of, Illinois
1232. Burr Ridge, Village of, Illinois
1233. Cahokia, Village of, Illinois
1234. Calumet City, City of, Illinois
1235. Calumet Township, Illinois
1236. Campton Hills, Village of, Illinois
1237. Campton Township, Illinois
1238. Canton, City of, Illinois
1239. Canton Township, Illinois
1240. Capital Township, Illinois
1241. Carbondale, City of, Illinois
1242. Carbondale Township, Illinois
1243. Carol Stream, Village of, Illinois
1244. Carpentersville, Village of, Illinois
1245. Carroll, County of, Illinois
1246. Cary, Village of, Illinois
1247. Caseyville Township, Illinois
1248. Cass, County of, Illinois
1249. Centralia, City of, Illinois
1250. Centralia Township, Illinois
1251. Centreville Township, Illinois
1252. Champaign, City of, Illinois
1253. Champaign City Township, Illinois
1254. Champaign, County of, Illinois
1255. Champaign Township, Illinois
1256. Channahon Township, Illinois
1257. Channahon, Village of, Illinois
1258. Charleston, City of, Illinois
1259. Charleston Township, Illinois
1260. Chatham, Village of, Illinois
1261. Cherry Valley Township, Illinois
1262. Chicago, City of, Illinois
1263. Chicago Heights, City of, Illinois
1264. Chicago Ridge, Village of, Illinois
1265. Christian, County of, Illinois
1266. Cicero, Town of/ Township of, Illinois
1267. Clark, County of, Illinois
1268. Clay, County of, Illinois
1269. Clinton, County of, Illinois
1270. Coles, County of, Illinois

1271. Collinsville, City of, Illinois
1272. Collinsville Township, Illinois
1273. Coloma Township, Illinois
1274. Columbia, City of, Illinois
1275. Cook, County of, Illinois
1276. Cortland Township, Illinois
1277. Country Club Hills, City of, Illinois
1278. Crawford, County of, Illinois
1279. Crest Hill, City of, Illinois
1280. Crestwood, Village of, Illinois
1281. Crete Township, Illinois
1282. Crystal Lake, City of, Illinois
1283. Cuba Township, Illinois
1284. Cumberland, County of, Illinois
1285. Cunningham Township, Illinois
1286. Danville, City of, Illinois
1287. Danville Township, Illinois
1288. Darien, City of, Illinois
1289. De Witt, County of, Illinois
1290. Decatur, City of, Illinois
1291. Decatur Township, Illinois
1292. Deerfield, Village of, Illinois
1293. DeKalb, City of, Illinois
1294. DeKalb, County of, Illinois
1295. DeKalb Township, Illinois
1296. Des Plaines, City of, Illinois
1297. Dixon, City of, Illinois
1298. Dixon Township, Illinois
1299. Dolton, Village of, Illinois
1300. Dorr Township, Illinois
1301. Douglas, County of, Illinois
1302. Douglas Township, Illinois
1303. Downers Grove Township, Illinois
1304. Downers Grove, Village of, Illinois
1305. Du Page Township, Illinois
1306. Dundee Township, Illinois
1307. DuPage, County of, Illinois
1308. East Moline, City of, Illinois
1309. East Peoria, City of, Illinois
1310. East St. Louis, City of, Illinois
1311. East St. Louis Township, Illinois
1312. Edgar, County of, Illinois
1313. Edwardsville, City of, Illinois
1314. Edwardsville Township, Illinois
1315. Effingham, City of, Illinois
1316. Effingham, County of, Illinois

1317. Ela Township, Illinois
1318. Elgin, City of, Illinois
1319. Elgin Township, Illinois
1320. Elk Grove Township, Illinois
1321. Elk Grove Village, Village of, Illinois
1322. Elmhurst, City of, Illinois
1323. Elmwood Park, Village of, Illinois
1324. Evanston, City of, Illinois
1325. Evergreen Park, Village of, Illinois
1326. Fairview Heights, City of, Illinois
1327. Fayette, County of, Illinois
1328. Flagg Township, Illinois
1329. Fondulac Township, Illinois
1330. Ford, County of, Illinois
1331. Forest Park, Village of, Illinois
1332. Fox Lake, Village of, Illinois
1333. Frankfort Township, Illinois
1334. Frankfort, Village of, Illinois
1335. Franklin, County of, Illinois
1336. Franklin Park, Village of, Illinois
1337. Freeport, City of, Illinois
1338. Freeport Township, Illinois
1339. Fremont Township, Illinois
1340. Fulton, County of, Illinois
1341. Galesburg, City of, Illinois
1342. Galesburg City Township, Illinois
1343. Geneva, City of, Illinois
1344. Geneva Township, Illinois
1345. Glen Carbon, Village of, Illinois
1346. Glen Ellyn, Village of, Illinois
1347. Glendale Heights, Village of, Illinois
1348. Glenview, Village of, Illinois
1349. Godfrey Township, Illinois
1350. Godfrey, Village of, Illinois
1351. Grafton Township, Illinois
1352. Granite City, City of, Illinois
1353. Granite City Township, Illinois
1354. Grant Township, Illinois
1355. Grayslake, Village of, Illinois
1356. Greene, County of, Illinois
1357. Greenwood Township, Illinois
1358. Groveland Township, Illinois
1359. Grundy, County of, Illinois
1360. Gurnee, Village of, Illinois
1361. Hampton Township, Illinois
1362. Hancock, County of, Illinois
1363. Hanover Park, Village of, Illinois
1364. Hanover Township, Illinois
1365. Harlem Township, Illinois
1366. Harrisburg Township, Illinois
1367. Harvey, City of, Illinois
1368. Hazel Crest, Village of, Illinois
1369. Henry, County of, Illinois
1370. Herrin, City of, Illinois
1371. Hickory Hills, City of, Illinois
1372. Hickory Point Township, Illinois
1373. Highland Park, City of, Illinois
1374. Hinsdale, Village of, Illinois
1375. Hoffman Estates, Village of, Illinois
1376. Homer Glen, Village of, Illinois
1377. Homer Township, Illinois
1378. Homewood, Village of, Illinois
1379. Huntley, Village of, Illinois
1380. Iroquois, County of, Illinois
1381. Jackson, County of, Illinois
1382. Jacksonville, City of, Illinois
1383. Jarvis Township, Illinois
1384. Jefferson, County of, Illinois
1385. Jersey, County of, Illinois
1386. Jo Daviess, County of, Illinois
1387. Johnson, County of, Illinois
1388. Joliet, City of, Illinois
1389. Joliet Township, Illinois
1390. Justice, Village of, Illinois
1391. Kane, County of, Illinois
1392. Kankakee, City of, Illinois
1393. Kankakee, County of, Illinois
1394. Kankakee Township, Illinois
1395. Kendall, County of, Illinois
1396. Kewanee, City of, Illinois
1397. Knox, County of, Illinois
1398. La Grange Park, Village of, Illinois
1399. La Grange, Village of, Illinois
1400. Lake, County of, Illinois
1401. Lake Forest, City of, Illinois
1402. Lake in the Hills, Village of, Illinois
1403. Lake Villa Township, Illinois
1404. Lake Zurich, Village of, Illinois
1405. Lansing, Village of, Illinois
1406. LaSalle, County of, Illinois
1407. LaSalle Township, Illinois

1408.  Lawrence, County of, Illinois
1409.  Lee, County of, Illinois
1410.  Lemont Township, Illinois
1411.  Lemont, Village of, Illinois
1412.  Leyden Township, Illinois
1413.  Libertyville Township, Illinois
1414.  Libertyville, Village of, Illinois
1415.  Limestone Township, Illinois
1416.  Lincoln, City of, Illinois
1417.  Lincolnwood, Village of, Illinois
1418.  Lindenhurst, Village of, Illinois
1419.  Lisle Township, Illinois
1420.  Lisle, Village of, Illinois
1421.  Little Rock Township, Illinois
1422.  Livingston, County of, Illinois
1423.  Lockport, City of, Illinois
1424.  Lockport Township, Illinois
1425.  Logan, County of, Illinois
1426.  Lombard, Village of, Illinois
1427.  Long Creek Township, Illinois
1428.  Loves Park, City of, Illinois
1429.  Lyons Township, Illinois
1430.  Lyons, Village of, Illinois
1431.  Machesney Park, Village of, Illinois
1432.  Macomb, City of, Illinois
1433.  Macomb City Township, Illinois
1434.  Macon, County of, Illinois
1435.  Macoupin, County of, Illinois
1436.  Madison, County of, Illinois
1437.  Mahomet Township, Illinois
1438.  Maine Township, Illinois
1439.  Manhattan Township, Illinois
1440.  Manteno Township, Illinois
1441.  Marion, City of, Illinois
1442.  Marion, County of, Illinois
1443.  Markham, City of, Illinois
1444.  Marshall, County of, Illinois
1445.  Mason, County of, Illinois
1446.  Massac, County of, Illinois
1447.  Matteson, Village of, Illinois
1448.  Mattoon, City of, Illinois
1449.  Mattoon, Township of, Illinois
1450.  Maywood, Village of, Illinois
1451.  McDonough, County of, Illinois
1452.  McHenry, City of, Illinois
1453.  McHenry, County of, Illinois

1454.  McHenry, Township of, Illinois
1455.  McLean, County of, Illinois
1456.  Medina, Township of, Illinois
1457.  Melrose Park, Village of, Illinois
1458.  Menard, County of, Illinois
1459.  Mercer, County of, Illinois
1460.  Midlothian, Village of, Illinois
1461.  Milton Township, Illinois
1462.  Minooka, Village of, Illinois
1463.  Mokena, Village of, Illinois
1464.  Moline, City of, Illinois
1465.  Moline, Township of, Illinois
1466.  Monee, Township of, Illinois
1467.  Monroe, County of, Illinois
1468.  Montgomery, County of, Illinois
1469.  Montgomery, Village of, Illinois
1470.  Moraine, Township of, Illinois
1471.  Morgan, County of, Illinois
1472.  Morris, City of, Illinois
1473.  Morton Grove, Village of, Illinois
1474.  Morton, Township of, Illinois
1475.  Morton, Village of, Illinois
1476.  Moultrie, County of, Illinois
1477.  Mount Prospect, Village of, Illinois
1478.  Mount Vernon, City of, Illinois
1479.  Mount Vernon, Township of, Illinois
1480.  Mundelein, Village of, Illinois
1481.  Nameoki, Township of, Illinois
1482.  Naperville, City of, Illinois
1483.  Naperville, Township of, Illinois
1484.  New Lenox, Township of, Illinois
1485.  New Lenox, Village of, Illinois
1486.  New Trier, Township of, Illinois
1487.  Newell, Township of, Illinois
1488.  Niles, Township of, Illinois
1489.  Niles, Village of, Illinois
1490.  Normal, Town of, Illinois
1491.  Normal, Township of, Illinois
1492.  Norridge, Village of, Illinois
1493.  North Aurora, Village of, Illinois
1494.  North Chicago, City of, Illinois
1495.  Northbrook, Village of, Illinois
1496.  Northfield, Township of, Illinois
1497.  Northlake, City of, Illinois
1498.  Norwood Park, Township of, Illinois
1499.  Nunda, Township of, Illinois

1500. Oak Forest, City of, Illinois
1501. Oak Lawn, Village of, Illinois
1502. Oak Park, Township of, Illinois
1503. Oak Park, Village of, Illinois
1504. O'Fallon, City of, Illinois
1505. O'Fallon, Township of, Illinois
1506. Ogle, County of, Illinois
1507. Orland Park, Village of, Illinois
1508. Orland, Township of, Illinois
1509. Oswego, Township of, Illinois
1510. Oswego, Village of, Illinois
1511. Ottawa, City of, Illinois
1512. Ottawa, Township of, Illinois
1513. Palatine, Township of, Illinois
1514. Palatine, Village of, Illinois
1515. Palos Heights, City of, Illinois
1516. Palos Hills, City of, Illinois
1517. Palos, Township of, Illinois
1518. Park Forest, Village of, Illinois
1519. Park Ridge, City of, Illinois
1520. Pekin, City of, Illinois
1521. Pekin, Township of, Illinois
1522. Peoria, City of, Illinois
1523. Peoria City Township, Illinois
1524. Peoria, County of, Illinois
1525. Perry, County of, Illinois
1526. Peru, Township of, Illinois
1527. Piatt, County of, Illinois
1528. Pike, County of, Illinois
1529. Plainfield, Township of, Illinois
1530. Plainfield, Village of, Illinois
1531. Plano, City of, Illinois
1532. Pontiac, City of, Illinois
1533. Pontiac, Township of, Illinois
1534. Prospect Heights, City of, Illinois
1535. Proviso, Township of, Illinois
1536. Quincy, City of, Illinois
1537. Quincy, Township of, Illinois
1538. Randolph, County of, Illinois
1539. Rantoul, Township of, Illinois
1540. Rantoul, Village of, Illinois
1541. Rich, Township of, Illinois
1542. Richland, County of, Illinois
1543. Richton Park, Village of, Illinois
1544. River Forest, Township of, Illinois
1545. River Forest, Village of, Illinois

1546. Riverdale, Village of, Illinois
1547. Riverside, Township of, Illinois
1548. Rock Island, City of, Illinois
1549. Rock Island, County of, Illinois
1550. Rock Island, Township of, Illinois
1551. Rockford, City of, Illinois
1552. Rockford, Township of, Illinois
1553. Rockton, Township of, Illinois
1554. Rolling Meadows, City of, Illinois
1555. Romeoville, Village of, Illinois
1556. Roscoe, Township of, Illinois
1557. Roscoe, Village of, Illinois
1558. Roselle, Village of, Illinois
1559. Round Lake Beach, Village of, Illinois
1560. Round Lake, Village of, Illinois
1561. Rutland, Township of, Illinois
1562. Saline, County of, Illinois
1563. Sangamon, County of, Illinois
1564. Sauk Village, Village of, Illinois
1565. Schaumburg, Township of, Illinois
1566. Schaumburg, Village of, Illinois
1567. Schiller Park, Village of, Illinois
1568. Shelby, County of, Illinois
1569. Shields, Township of, Illinois
1570. Shiloh Valley, Township of, Illinois
1571. Shiloh, Village of, Illinois
1572. Shorewood, Village of, Illinois
1573. Skokie, Village of, Illinois
1574. South Elgin, Village of, Illinois
1575. South Holland, Village of, Illinois
1576. South Moline, Township of, Illinois
1577. South Rock Island, Township of, Illinois
1578. Springfield, City of, Illinois
1579. St. Charles, City of, Illinois
1580. St. Charles, Township of, Illinois
1581. St. Clair, County of, Illinois
1582. St. Clair, Township of, Illinois
1583. Stephenson, County of, Illinois
1584. Sterling, City of, Illinois
1585. Sterling, Township of, Illinois
1586. Stickney, Township of, Illinois
1587. Streamwood, Village of, Illinois
1588. Streator, City of, Illinois
1589. Sugar Grove, Township of, Illinois

| | |
|---|---|
| 1590. Summit, Village of, Illinois | 1636. Winnebago, County of, Illinois |
| 1591. Swansea, Village of, Illinois | 1637. Winnetka, Village of, Illinois |
| 1592. Sycamore, City of, Illinois | 1638. Wood Dale, City of, Illinois |
| 1593. Sycamore, Township of, Illinois | 1639. Wood River, City of, Illinois |
| 1594. Taylorville, City of, Illinois | 1640. Wood River, Township of, Illinois |
| 1595. Taylorville, Township of, Illinois | 1641. Woodford, County of, Illinois |
| 1596. Tazewell, County of, Illinois | 1642. Woodridge, Village of, Illinois |
| 1597. Thornton, Township of, Illinois | 1643. Woodside, Township of, Illinois |
| 1598. Tinley Park, Village of, Illinois | 1644. Woodstock, City of, Illinois |
| 1599. Troy, City of, Illinois | 1645. Worth, Township of, Illinois |
| 1600. Troy, Township of, Illinois | 1646. Worth, Village of, Illinois |
| 1601. Union, County of, Illinois | 1647. York, Township of, Illinois |
| 1602. Urbana, City of, Illinois | 1648. Yorkville, City of, Illinois |
| 1603. Vermilion, County of, Illinois | 1649. Zion, City of, Illinois |
| 1604. Vernon Hills, Village of, Illinois | 1650. Zion, Township of, Illinois |
| 1605. Vernon, Township of, Illinois | 1651. Aboite, Township of, Indiana |
| 1606. Villa Park, Village of, Illinois | 1652. Adams, County of, Indiana |
| 1607. Wabash, County of, Illinois | 1653. Adams, Township of, Indiana |
| 1608. Warren, County of, Illinois | 1654. Addison, Township of, Indiana |
| 1609. Warren, Township of, Illinois | 1655. Allen, County of, Indiana |
| 1610. Warrenville, City of, Illinois | 1656. Anderson, City of, Indiana |
| 1611. Washington, City of, Illinois | 1657. Anderson, Township of, Indiana |
| 1612. Washington, County of, Illinois | 1658. Auburn, City of, Indiana |
| 1613. Washington, Township of, Illinois | 1659. Avon, Town of, Indiana |
| 1614. Waterloo, City of, Illinois | 1660. Bainbridge, Township of, Indiana |
| 1615. Wauconda, Township of, Illinois | 1661. Bartholomew, County of, Indiana |
| 1616. Wauconda, Village of, Illinois | 1662. Baugo, Township of, Indiana |
| 1617. Waukegan, City of, Illinois | 1663. Bedford, City of, Indiana |
| 1618. Waukegan, Township of, Illinois | 1664. Beech Grove, City of, Indiana |
| 1619. Wayne, County of, Illinois | 1665. Blackford, County of, Indiana |
| 1620. Wayne, Township of, Illinois | 1666. Bloomington, City of, Indiana |
| 1621. West Chicago, City of, Illinois | 1667. Bloomington, Township of, Indiana |
| 1622. West Deerfield, Township of, Illinois | 1668. Bluffton, City of, Indiana |
| 1623. Westchester, Village of, Illinois | 1669. Boon, Township of, Indiana |
| 1624. Western Springs, Village of, Illinois | 1670. Boone, County of, Indiana |
| 1625. Westmont, Village of, Illinois | 1671. Brown, County of, Indiana |
| 1626. Wheatland, Township of, Illinois | 1672. Brown, Township of, Indiana |
| 1627. Wheaton, City of, Illinois | 1673. Brownsburg, Town of, Indiana |
| 1628. Wheeling, Township of, Illinois | 1674. Calumet, Township of, Indiana |
| 1629. Wheeling, Village of, Illinois | 1675. Carmel, City of, Indiana |
| 1630. White, County of, Illinois | 1676. Carroll, County of, Indiana |
| 1631. Whiteside, County of, Illinois | 1677. Cass, County of, Indiana |
| 1632. Will, County of, Illinois | 1678. Cedar Creek, Township of, Indiana |
| 1633. Williamson, County of, Illinois | 1679. Cedar Lake, Town of, Indiana |
| 1634. Wilmette, Village of, Illinois | 1680. Center, Township of, Indiana |
| 1635. Winfield, Township of, Illinois | 1681. Centre, Township of, Indiana |

1682. Charlestown, Township of, Indiana
1683. Chesterton, Town of, Indiana
1684. Clark, County of, Indiana
1685. Clarksville, Town of, Indiana
1686. Clay, County of, Indiana
1687. Clay, Township of, Indiana
1688. Cleveland, Township of, Indiana
1689. Clinton, County of, Indiana
1690. Columbia, Township of, Indiana
1691. Columbus, City of, Indiana
1692. Columbus, Township of, Indiana
1693. Concord, Township of, Indiana
1694. Connersville, City of, Indiana
1695. Connersville, Township of, Indiana
1696. Coolspring, Township of, Indiana
1697. Crawford, County of, Indiana
1698. Crawfordsville, City of, Indiana
1699. Crown Point, City of, Indiana
1700. Danville, Town of, Indiana
1701. Daviess, County of, Indiana
1702. Dearborn, County of, Indiana
1703. Decatur, County of, Indiana
1704. Decatur, Township of, Indiana
1705. DeKalb, County of, Indiana
1706. Delaware, County of, Indiana
1707. Delaware, Township of, Indiana
1708. Dubois, County of, Indiana
1709. Dyer, Town of, Indiana
1710. East Chicago, City of, Indiana
1711. Eel, Township of, Indiana
1712. Elkhart, City of, Indiana
1713. Elkhart, County of, Indiana
1714. Elkhart, Township of, Indiana
1715. Evansville, City of, Indiana
1716. Fairfield, Township of, Indiana
1717. Fall Creek, Township of, Indiana
1718. Fayette, County of, Indiana
1719. Fishers, City of, Indiana
1720. Floyd, County of, Indiana
1721. Fort Wayne, City of, Indiana
1722. Fountain, County of, Indiana
1723. Frankfort, City of, Indiana
1724. Franklin, City of, Indiana
1725. Franklin, County of, Indiana
1726. Franklin, Township of, Indiana
1727. Fulton, County of, Indiana
1728. Gary, City of, Indiana
1729. Georgetown, Township of, Indiana
1730. Gibson, County of, Indiana
1731. Goshen, City of, Indiana
1732. Grant, County of, Indiana
1733. Greencastle, City of, Indiana
1734. Greencastle, Township of, Indiana
1735. Greene, County of, Indiana
1736. Greenfield, City of, Indiana
1737. Greensburg, City of, Indiana
1738. Greenwood, City of, Indiana
1739. Griffith, Town of, Indiana
1740. Guilford, Township of, Indiana
1741. Hamilton, County of, Indiana
1742. Hammond, City of, Indiana
1743. Hancock, County of, Indiana
1744. Hanover, Township of, Indiana
1745. Harris, Township of, Indiana
1746. Harrison, County of, Indiana
1747. Harrison, Township of, Indiana
1748. Hendricks, County of, Indiana
1749. Henry, County of, Indiana
1750. Henry, Township of, Indiana
1751. Highland, Town of, Indiana
1752. Hobart, City of, Indiana
1753. Hobart, Township of, Indiana
1754. Honey Creek, Township of, Indiana
1755. Howard, County of, Indiana
1756. Huntington, City of, Indiana
1757. Huntington, County of, Indiana
1758. Huntington, Township of, Indiana
1759. Jackson, County of, Indiana
1760. Jackson, Township of, Indiana
1761. Jasper, City of, Indiana
1762. Jasper, County of, Indiana
1763. Jay, County of, Indiana
1764. Jefferson, County of, Indiana
1765. Jefferson, Township of, Indiana
1766. Jeffersonville, City of, Indiana
1767. Jeffersonville, Township of, Indiana
1768. Jennings, County of, Indiana
1769. Johnson, County of, Indiana
1770. Keener, Township of, Indiana
1771. Knight, Township of, Indiana
1772. Knox, County of, Indiana
1773. Kokomo, City of, Indiana

1774. Kosciusko, County of, Indiana
1775. La Porte, City of, Indiana
1776. Lafayette, City of, Indiana
1777. LaGrange, County of, Indiana
1778. Lake, County of, Indiana
1779. Lake Station, City of, Indiana
1780. LaPorte, County of, Indiana
1781. Lawrence, City of, Indiana
1782. Lawrence, County of, Indiana
1783. Lawrence, Township of, Indiana
1784. Lawrenceburg, Township of, Indiana
1785. Lebanon, City of, Indiana
1786. Lincoln, Township of, Indiana
1787. Logansport, City of, Indiana
1788. Lost Creek, Township of, Indiana
1789. Madison, City of, Indiana
1790. Madison, County of, Indiana
1791. Madison, Township of, Indiana
1792. Marion, City of, Indiana
1793. Marion, County of/ Indianapolis, City of, Indiana
1794. Marshall, County of, Indiana
1795. Martin, County of, Indiana
1796. Martinsville, City of, Indiana
1797. Merrillville, Town of, Indiana
1798. Miami, County of, Indiana
1799. Michigan City, City of, Indiana
1800. Michigan, Township of, Indiana
1801. Mill, Township of, Indiana
1802. Mishawaka, City of, Indiana
1803. Monroe, County of, Indiana
1804. Montgomery, County of, Indiana
1805. Morgan, County of, Indiana
1806. Muncie, City of, Indiana
1807. Munster, Town of, Indiana
1808. New Albany, City of, Indiana
1809. New Albany, Township of, Indiana
1810. New Castle, City of, Indiana
1811. New Haven, City of, Indiana
1812. Newton, County of, Indiana
1813. Noble, County of, Indiana
1814. Noble, Township of, Indiana
1815. Noblesville, City of, Indiana
1816. Noblesville, Township of, Indiana
1817. North, Township of, Indiana
1818. Ohio, Township of, Indiana

1819. Orange, County of, Indiana
1820. Osolo, Township of, Indiana
1821. Owen, County of, Indiana
1822. Parke, County of, Indiana
1823. Patoka, Township of, Indiana
1824. Penn, Township of, Indiana
1825. Perry, County of, Indiana
1826. Perry, Township of, Indiana
1827. Peru, City of, Indiana
1828. Peru, Township of, Indiana
1829. Pigeon, Township of, Indiana
1830. Pike, County of, Indiana
1831. Pike, Township of, Indiana
1832. Pipe Creek, Township of, Indiana
1833. Plainfield, Town of, Indiana
1834. Pleasant, Township of, Indiana
1835. Portage, City of, Indiana
1836. Portage, Township of, Indiana
1837. Porter, County of, Indiana
1838. Posey, County of, Indiana
1839. Pulaski, County of, Indiana
1840. Putnam, County of, Indiana
1841. Randolph, County of, Indiana
1842. Richland, Township of, Indiana
1843. Richmond, City of, Indiana
1844. Ripley, County of, Indiana
1845. Ross, Township of, Indiana
1846. Rush, County of, Indiana
1847. Schererville, Town of, Indiana
1848. Scott, County of, Indiana
1849. Seymour, City of, Indiana
1850. Shawswick, Township of, Indiana
1851. Shelby, County of, Indiana
1852. Shelbyville, City of, Indiana
1853. Silver Creek, Township of, Indiana
1854. South Bend, City of, Indiana
1855. Speedway, Town of, Indiana
1856. Spencer, County of, Indiana
1857. St. John, Town of, Indiana
1858. St. John, Township of, Indiana
1859. St. Joseph, County of, Indiana
1860. St. Joseph, Township of, Indiana
1861. Starke, County of, Indiana
1862. Steuben, County of, Indiana
1863. Sugar Creek, Township of, Indiana
1864. Sullivan, County of, Indiana

1865. Switzerland, County of, Indiana
1866. Terre Haute, City of, Indiana
1867. Tippecanoe, County of, Indiana
1868. Tipton, County of, Indiana
1869. Troy, Township of, Indiana
1870. Union, Township of, Indiana
1871. Valparaiso, City of, Indiana
1872. Van Buren, Township of, Indiana
1873. Vanderburgh, County of, Indiana
1874. Vermillion, County of, Indiana
1875. Vernon, Township of, Indiana
1876. Vigo, County of, Indiana
1877. Vincennes, City of, Indiana
1878. Vincennes, Township of, Indiana
1879. Wabash, County of, Indiana
1880. Wabash, Township of, Indiana
1881. Warren, Township of, Indiana
1882. Warrick, County of, Indiana
1883. Warsaw, City of, Indiana
1884. Washington, City of, Indiana
1885. Washington, County of, Indiana
1886. Washington, Township of, Indiana
1887. Wayne, County of, Indiana
1888. Wayne, Township of, Indiana
1889. Wea, Township of, Indiana
1890. Wells, County of, Indiana
1891. West Lafayette, City of, Indiana
1892. Westchester, Township of, Indiana
1893. Westfield, City of, Indiana
1894. White, County of, Indiana
1895. White River, Township of, Indiana
1896. Whitley, County of, Indiana
1897. Winfield, Township of, Indiana
1898. Yorktown, Town of, Indiana
1899. Zionsville, Town of, Indiana
1900. Allamakee, County of, Iowa
1901. Altoona, City of, Iowa
1902. Ames, City of, Iowa
1903. Ankeny, City of, Iowa
1904. Appanoose, County of, Iowa
1905. Benton, County of, Iowa
1906. Bettendorf, City of, Iowa
1907. Black Hawk, County of, Iowa
1908. Boone, City of, Iowa
1909. Boone, County of, Iowa
1910. Bremer, County of, Iowa

1911. Buchanan, County of, Iowa
1912. Buena Vista, County of, Iowa
1913. Burlington, City of, Iowa
1914. Butler, County of, Iowa
1915. Carroll, County of, Iowa
1916. Cass, County of, Iowa
1917. Cedar, County of, Iowa
1918. Cedar Falls, City of, Iowa
1919. Cedar Rapids, City of, Iowa
1920. Cerro Gordo, County of, Iowa
1921. Cherokee, County of, Iowa
1922. Chickasaw, County of, Iowa
1923. Clay, County of, Iowa
1924. Clayton, County of, Iowa
1925. Clinton, City of, Iowa
1926. Clinton, County of, Iowa
1927. Clive, City of, Iowa
1928. Coralville, City of, Iowa
1929. Council Bluffs, City of, Iowa
1930. Crawford, County of, Iowa
1931. Dallas, County of, Iowa
1932. Davenport, City of, Iowa
1933. Delaware, County of, Iowa
1934. Des Moines, City of, Iowa
1935. Des Moines, County of, Iowa
1936. Dickinson, County of, Iowa
1937. Dubuque, City of, Iowa
1938. Dubuque, County of, Iowa
1939. Fairfield, City of, Iowa
1940. Fayette, County of, Iowa
1941. Floyd, County of, Iowa
1942. Fort Dodge, City of, Iowa
1943. Fort Madison, City of, Iowa
1944. Franklin, County of, Iowa
1945. Grimes, City of, Iowa
1946. Grundy, County of, Iowa
1947. Guthrie, County of, Iowa
1948. Hamilton, County of, Iowa
1949. Hancock, County of, Iowa
1950. Hardin, County of, Iowa
1951. Harrison, County of, Iowa
1952. Henry, County of, Iowa
1953. Indianola, City of, Iowa
1954. Iowa City, City of, Iowa
1955. Iowa, County of, Iowa
1956. Jackson, County of, Iowa

| | |
|---|---|
| 1957. Jasper, County of, Iowa | 2003. Urbandale, City of, Iowa |
| 1958. Jefferson, County of, Iowa | 2004. Wapello, County of, Iowa |
| 1959. Johnson, County of, Iowa | 2005. Warren, County of, Iowa |
| 1960. Johnston, City of, Iowa | 2006. Washington, County of, Iowa |
| 1961. Jones, County of, Iowa | 2007. Waterloo, City of, Iowa |
| 1962. Keokuk, City of, Iowa | 2008. Waukee, City of, Iowa |
| 1963. Keokuk, County of, Iowa | 2009. Waverly, City of, Iowa |
| 1964. Kossuth, County of, Iowa | 2010. Webster, County of, Iowa |
| 1965. Le Mars, City of, Iowa | 2011. West Des Moines, City of, Iowa |
| 1966. Lee, County of, Iowa | 2012. Winnebago, County of, Iowa |
| 1967. Linn, County of, Iowa | 2013. Winneshiek, County of, Iowa |
| 1968. Louisa, County of, Iowa | 2014. Woodbury, County of, Iowa |
| 1969. Lyon, County of, Iowa | 2015. Wright, County of, Iowa |
| 1970. Madison, County of, Iowa | 2016. Allen, County of, Kansas |
| 1971. Mahaska, County of, Iowa | 2017. Andover, City of, Kansas |
| 1972. Marion, City of, Iowa | 2018. Arkansas City, City of, Kansas |
| 1973. Marion, County of, Iowa | 2019. Atchison, City of, Kansas |
| 1974. Marshall, County of, Iowa | 2020. Atchison, County of, Kansas |
| 1975. Marshalltown, City of, Iowa | 2021. Barton, County of, Kansas |
| 1976. Mason City, City of, Iowa | 2022. Bourbon, County of, Kansas |
| 1977. Mills, County of, Iowa | 2023. Bruno, Township of, Kansas |
| 1978. Mitchell, County of, Iowa | 2024. Butler, County of, Kansas |
| 1979. Muscatine, City of, Iowa | 2025. Cherokee, County of, Kansas |
| 1980. Muscatine, County of, Iowa | 2026. Cowley, County of, Kansas |
| 1981. Newton, City of, Iowa | 2027. Crawford, County of, Kansas |
| 1982. North Liberty, City of, Iowa | 2028. Derby, City of, Kansas |
| 1983. Norwalk, City of, Iowa | 2029. Dickinson, County of, Kansas |
| 1984. O'Brien, County of, Iowa | 2030. Dodge City, City of, Kansas |
| 1985. Oskaloosa, City of, Iowa | 2031. Douglas, County of, Kansas |
| 1986. Ottumwa, City of, Iowa | 2032. El Dorado, City of, Kansas |
| 1987. Page, County of, Iowa | 2033. Ellis, County of, Kansas |
| 1988. Pella, City of, Iowa | 2034. Emporia, City of, Kansas |
| 1989. Pleasant Hill, City of, Iowa | 2035. Fairmount, Township of, Kansas |
| 1990. Plymouth, County of, Iowa | 2036. Finney, County of, Kansas |
| 1991. Polk, County of, Iowa | 2037. Ford, County of, Kansas |
| 1992. Pottawattamie, County of, Iowa | 2038. Franklin, County of, Kansas |
| 1993. Poweshiek, County of, Iowa | 2039. Garden City, City of, Kansas |
| 1994. Scott, County of, Iowa | 2040. Gardner, City of, Kansas |
| 1995. Shelby, County of, Iowa | 2041. Geary, County of, Kansas |
| 1996. Sioux City, City of, Iowa | 2042. Great Bend, City of, Kansas |
| 1997. Sioux, County of, Iowa | 2043. Harvey, County of, Kansas |
| 1998. Spencer, City of, Iowa | 2044. Hays, City of, Kansas |
| 1999. Storm Lake, City of, Iowa | 2045. Haysville, City of, Kansas |
| 2000. Story, County of, Iowa | 2046. Haysville, City of, Kansas |
| 2001. Tama, County of, Iowa | 2047. Hutchinson, City of, Kansas |
| 2002. Union, County of, Iowa | 2048. Jackson, County of, Kansas |

2049.   Jefferson, County of, Kansas
2050.   Johnson, County of, Kansas
2051.   Junction City, City of, Kansas
2052.   Kansas City, City of, Kansas
2053.   Kansas City, City of, Kansas
2054.   Labette, County of, Kansas
2055.   Lansing, City of, Kansas
2056.   Lawrence, City of, Kansas
2057.   Lawrence, City of, Kansas
2058.   Leavenworth, City of, Kansas
2059.   Leavenworth, County of, Kansas
2060.   Leawood, City of, Kansas
2061.   Lenexa, City of, Kansas
2062.   Liberal, City of, Kansas
2063.   Lyon, County of, Kansas
2064.   Madison, Township of, Kansas
2065.   Manhattan, City of, Kansas
2066.   Marion, County of, Kansas
2067.   McPherson, City of, Kansas
2068.   McPherson, County of, Kansas
2069.   Merriam, City of, Kansas
2070.   Miami, County of, Kansas
2071.   Montgomery, County of, Kansas
2072.   Nemaha, County of, Kansas
2073.   Neosho, County of, Kansas
2074.   Newton, City of, Kansas
2075.   Olathe, City of, Kansas
2076.   Osage, County of, Kansas
2077.   Ottawa, City of, Kansas
2078.   Overland Park, City of, Kansas
2079.   Pittsburg, City of, Kansas
2080.   Pottawatomie, County of, Kansas
2081.   Prairie, Village of, City of, Kansas
2082.   Reno, County of, Kansas
2083.   Riley, County of, Kansas
2084.   Riverside, Township of, Kansas
2085.   Rockford, Township of, Kansas
2086.   Salina, City of, Kansas
2087.   Saline, County of, Kansas
2088.   Sedgwick, County of, Kansas
2089.   Seward, County of, Kansas
2090.   Shawnee, City of, Kansas
2091.   Shawnee, County of, Kansas
2092.   Soldier, Township of, Kansas
2093.   Sumner, County of, Kansas
2094.   Topeka, City of, Kansas

2095.   Wichita, City of, Kansas
2096.   Winfield, City of, Kansas
2097.   Wyandotte, County of, Kansas
2098.   Adair, County of, Kentucky
2099.   Allen, County of, Kentucky
2100.   Anderson, County of, Kentucky
2101.   Ashland, City of, Kentucky
2102.   Bardstown, City of, Kentucky
2103.   Barren, County of, Kentucky
2104.   Bath, County of, Kentucky
2105.   Bell, County of, Kentucky
2106.   Berea, City of, Kentucky
2107.   Boone, County of, Kentucky
2108.   Bourbon, County of, Kentucky
2109.   Bowling Green, City of, Kentucky
2110.   Boyd, County of, Kentucky
2111.   Boyle, County of, Kentucky
2112.   Breathitt, County of, Kentucky
2113.   Breckinridge, County of, Kentucky
2114.   Bullitt, County of, Kentucky
2115.   Butler, County of, Kentucky
2116.   Caldwell, County of, Kentucky
2117.   Calloway, County of, Kentucky
2118.   Campbell, County of, Kentucky
2119.   Campbellsville, City of, Kentucky
2120.   Carroll, County of, Kentucky
2121.   Carter, County of, Kentucky
2122.   Casey, County of, Kentucky
2123.   Christian, County of, Kentucky
2124.   Clark, County of, Kentucky
2125.   Clay, County of, Kentucky
2126.   Clinton, County of, Kentucky
2127.   Covington, City of, Kentucky
2128.   Danville, City of, Kentucky
2129.   Daviess, County of, Kentucky
2130.   Edmonson, County of, Kentucky
2131.   Elizabethtown, City of, Kentucky
2132.   Erlanger, City of, Kentucky
2133.   Estill, County of, Kentucky
2134.   Fleming, County of, Kentucky
2135.   Florence, City of, Kentucky
2136.   Floyd, County of, Kentucky
2137.   Fort Thomas, City of, Kentucky
2138.   Frankfort, City of, Kentucky
2139.   Franklin, County of, Kentucky
2140.   Garrard, County of, Kentucky

| | |
|---|---|
| 2141. | Georgetown, City of, Kentucky |
| 2142. | Glasgow, City of, Kentucky |
| 2143. | Grant, County of, Kentucky |
| 2144. | Graves, County of, Kentucky |
| 2145. | Grayson, County of, Kentucky |
| 2146. | Green, County of, Kentucky |
| 2147. | Greenup, County of, Kentucky |
| 2148. | Hardin, County of, Kentucky |
| 2149. | Harlan, County of, Kentucky |
| 2150. | Harrison, County of, Kentucky |
| 2151. | Hart, County of, Kentucky |
| 2152. | Henderson, City of, Kentucky |
| 2153. | Henderson, County of, Kentucky |
| 2154. | Henry, County of, Kentucky |
| 2155. | Hopkins, County of, Kentucky |
| 2156. | Hopkinsville, City of, Kentucky |
| 2157. | Independence, City of, Kentucky |
| 2158. | Jackson, County of, Kentucky |
| 2159. | Jeffersontown, City of, Kentucky |
| 2160. | Jessamine, County of, Kentucky |
| 2161. | Johnson, County of, Kentucky |
| 2162. | Kenton, County of, Kentucky |
| 2163. | Knott, County of, Kentucky |
| 2164. | Knox, County of, Kentucky |
| 2165. | Larue, County of, Kentucky |
| 2166. | Laurel, County of, Kentucky |
| 2167. | Lawrence, County of, Kentucky |
| 2168. | Lawrenceburg, City of, Kentucky |
| 2169. | Letcher, County of, Kentucky |
| 2170. | Lewis, County of, Kentucky |
| 2171. | Lexington-Fayette, Urban County of, Kentucky |
| 2172. | Lincoln, County of, Kentucky |
| 2173. | Logan, County of, Kentucky |
| 2174. | Louisville/Jefferson, County Metro of, Kentucky |
| 2175. | Lyndon, City of, Kentucky |
| 2176. | Madison, County of, Kentucky |
| 2177. | Madisonville, City of, Kentucky |
| 2178. | Magoffin, County of, Kentucky |
| 2179. | Marion, County of, Kentucky |
| 2180. | Marshall, County of, Kentucky |
| 2181. | Martin, County of, Kentucky |
| 2182. | Mason, County of, Kentucky |
| 2183. | McCracken, County of, Kentucky |
| 2184. | McCreary, County of, Kentucky |
| 2185. | Meade, County of, Kentucky |
| 2186. | Mercer, County of, Kentucky |
| 2187. | Metcalfe, County of, Kentucky |
| 2188. | Monroe, County of, Kentucky |
| 2189. | Montgomery, County of, Kentucky |
| 2190. | Morgan, County of, Kentucky |
| 2191. | Mount Washington, City of, Kentucky |
| 2192. | Muhlenberg, County of, Kentucky |
| 2193. | Murray, City of, Kentucky |
| 2194. | Nelson, County of, Kentucky |
| 2195. | Newport, City of, Kentucky |
| 2196. | Nicholasville, City of, Kentucky |
| 2197. | Ohio, County of, Kentucky |
| 2198. | Oldham, County of, Kentucky |
| 2199. | Owen, County of, Kentucky |
| 2200. | Owensboro, City of, Kentucky |
| 2201. | Paducah, City of, Kentucky |
| 2202. | Pendleton, County of, Kentucky |
| 2203. | Perry, County of, Kentucky |
| 2204. | Pike, County of, Kentucky |
| 2205. | Powell, County of, Kentucky |
| 2206. | Pulaski, County of, Kentucky |
| 2207. | Radcliff, City of, Kentucky |
| 2208. | Richmond, City of, Kentucky |
| 2209. | Rockcastle, County of, Kentucky |
| 2210. | Rowan, County of, Kentucky |
| 2211. | Russell, County of, Kentucky |
| 2212. | Scott, County of, Kentucky |
| 2213. | Shelby, County of, Kentucky |
| 2214. | Shelbyville, City of, Kentucky |
| 2215. | Shepherdsville, City of, Kentucky |
| 2216. | Shively, City of, Kentucky |
| 2217. | Simpson, County of, Kentucky |
| 2218. | Somerset, City of, Kentucky |
| 2219. | Spencer, County of, Kentucky |
| 2220. | St. Matthews, City of, Kentucky |
| 2221. | Taylor, County of, Kentucky |
| 2222. | Todd, County of, Kentucky |
| 2223. | Trigg, County of, Kentucky |
| 2224. | Union, County of, Kentucky |
| 2225. | Warren, County of, Kentucky |
| 2226. | Washington, County of, Kentucky |
| 2227. | Wayne, County of, Kentucky |
| 2228. | Webster, County of, Kentucky |
| 2229. | Whitley, County of, Kentucky |

2230. Winchester, City of, Kentucky
2231. Woodford, County of, Kentucky
2232. Morgan, County of, Kentucky
       Louisiana
2233. Abbeville, City of, Louisiana
2234. Acadia, Parish of, Louisiana
2235. Alexandria, City of, Louisiana
2236. Allen, Parish of, Louisiana
2237. Ascension, Parish of, Louisiana
2238. Assumption, Parish of, Louisiana
2239. Avoyelles, Parish of, Louisiana
2240. Baker, City of, Louisiana
2241. Bastrop, City of, Louisiana
2242. Baton Rouge, City of, Louisiana
2243. Beauregard, Parish of, Louisiana
2244. Bienville, Parish of, Louisiana
2245. Bogalusa, City of, Louisiana
2246. Bossier City, City of, Louisiana
2247. Bossier, Parish of, Louisiana
2248. Broussard, City of, Louisiana
2249. Caddo, Parish of, Louisiana
2250. Calcasieu, Parish of, Louisiana
2251. Central, City of, Louisiana
2252. Claiborne, Parish of, Louisiana
2253. Concordia, Parish of, Louisiana
2254. Covington, City of, Louisiana
2255. Crowley, City of, Louisiana
2256. De Soto, Parish of, Louisiana
2257. DeRidder, City of, Louisiana
2258. East Baton Rouge, Parish of,
       Louisiana
2259. East Feliciana, Parish of, Louisiana
2260. Evangeline, Parish of, Louisiana
2261. Franklin, Parish of, Louisiana
2262. Gonzales, City of, Louisiana
2263. Grant, Parish of, Louisiana
2264. Gretna, City of, Louisiana
2265. Hammond, City of, Louisiana
2266. Iberia, Parish of, Louisiana
2267. Iberville, Parish of, Louisiana
2268. Jackson, Parish of, Louisiana
2269. Jefferson Davis, Parish of, Louisiana
2270. Jefferson, Parish of, Louisiana
2271. Kenner, City of, Louisiana
2272. Lafayette, City of, Louisiana
2273. Lafayette, Parish of, Louisiana

2274. Lafourche, Parish of, Louisiana
2275. Lake Charles, City of, Louisiana
2276. LaSalle, Parish of, Louisiana
2277. Lincoln, Parish of, Louisiana
2278. Livingston, Parish of, Louisiana
2279. Madison, Parish of, Louisiana
2280. Mandeville, City of, Louisiana
2281. Minden, City of, Louisiana
2282. Monroe, City of, Louisiana
2283. Morehouse, Parish of, Louisiana
2284. Morgan City, City of, Louisiana
2285. Natchitoches, City of, Louisiana
2286. Natchitoches, Parish of, Louisiana
2287. New Iberia, City of, Louisiana
2288. New Orleans, City of, Louisiana
2289. Orleans, Parish of, Louisiana
2290. Opelousas, City of, Louisiana
2291. Ouachita, Parish of, Louisiana
2292. Pineville, City of, Louisiana
2293. Plaquemines, Parish of, Louisiana
2294. Pointe Coupee, Parish of, Louisiana
2295. Rapides, Parish of, Louisiana
2296. Richland, Parish of, Louisiana
2297. Ruston, City of, Louisiana
2298. Sabine, Parish of, Louisiana
2299. Shreveport, City of, Louisiana
2300. Slidell, City of, Louisiana
2301. St. Bernard, Parish of, Louisiana
2302. St. Charles, Parish of, Louisiana
2303. St. Helena, Parish of, Louisiana
2304. St. James, Parish of, Louisiana
2305. St. John the Baptist, Parish of,
       Louisiana
2306. St. Landry, Parish of, Louisiana
2307. St. Martin, Parish of, Louisiana
2308. St. Mary, Parish of, Louisiana
2309. St. Tammany, Parish of, Louisiana
2310. Sulphur, City of, Louisiana
2311. Tangipahoa, Parish of, Louisiana
2312. Terrebonne, Parish of/ Houma, City
       of, Louisiana
2313. Thibodaux, City of, Louisiana
2314. Union, Parish of, Louisiana
2315. Vermilion, Parish of, Louisiana
2316. Vernon, Parish of, Louisiana
2317. Washington, Parish of, Louisiana

2318. Webster, Parish of, Louisiana
2319. West Baton Rouge, Parish of, Louisiana
2320. West Carroll, Parish of, Louisiana
2321. West Feliciana, Parish of, Louisiana
2322. West Monroe, City of, Louisiana
2323. Winn, Parish of, Louisiana
2324. Youngsville, City of, Louisiana
2325. Zachary, City of, Louisiana
2326. Androscoggin, County of, Maine
2327. Aroostook, County of, Maine
2328. Auburn, City of, Maine
2329. Augusta, City of, Maine
2330. Bangor, City of, Maine
2331. Biddeford, City of, Maine
2332. Brunswick, Town of, Maine
2333. Cumberland, County of, Maine
2334. Falmouth, Town of, Maine
2335. Franklin, County of, Maine
2336. Gorham, Town of, Maine
2337. Hancock, County of, Maine
2338. Kennebec, County of, Maine
2339. Kennebunk, Town of, Maine
2340. Knox, County of, Maine
2341. Lewiston, City of, Maine
2342. Lincoln, County of, Maine
2343. Orono, Town of, Maine
2344. Oxford, County of, Maine
2345. Penobscot, County of, Maine
2346. Piscataquis, County of, Maine
2347. Portland, City of, Maine
2348. Saco, City of, Maine
2349. Sagadahoc, County of, Maine
2350. Sanford, City of, Maine
2351. Scarborough, Town of, Maine
2352. Somerset, County of, Maine
2353. South Portland, City of, Maine
2354. Standish, Town of, Maine
2355. Waldo, County of, Maine
2356. Washington, County of, Maine
2357. Waterville, City of, Maine
2358. Wells, Town of, Maine
2359. Westbrook, City of, Maine
2360. Windham, Town of, Maine
2361. York, County of, Maine
2362. York, Town of, Maine

2363. Aberdeen, City of, Maryland
2364. Allegany, County of, Maryland
2365. Annapolis, City of, Maryland
2366. Anne Arundel, County of, Maryland
2367. Baltimore, City of, Maryland
2368. Baltimore, County of, Maryland
2369. Bel Air, Town of, Maryland
2370. Bowie, City of, Maryland
2371. Calvert, County of, Maryland
2372. Cambridge, City of, Maryland
2373. Caroline, County of, Maryland
2374. Carroll, County of, Maryland
2375. Cecil, County of, Maryland
2376. Charles, County of, Maryland
2377. College Park, City of, Maryland
2378. Cumberland, City of, Maryland
2379. Dorchester, County of, Maryland
2380. Easton, Town of, Maryland
2381. Elkton, Town of, Maryland
2382. Frederick, City of, Maryland
2383. Frederick, County of, Maryland
2384. Gaithersburg, City of, Maryland
2385. Garrett, County of, Maryland
2386. Greenbelt, City of, Maryland
2387. Hagerstown, City of, Maryland
2388. Harford, County of, Maryland
2389. Havre de Grace, City of, Maryland
2390. Howard, County of, Maryland
2391. Hyattsville, City of, Maryland
2392. Kent, County of, Maryland
2393. Laurel, City of, Maryland
2394. Montgomery, County of, Maryland
2395. New Carrollton, City of, Maryland
2396. Prince George's, County of, Maryland
2397. Queen Anne's, County of, Maryland
2398. Rockville, City of, Maryland
2399. Salisbury, City of, Maryland
2400. Somerset, County of, Maryland
2401. St. Mary's, County of, Maryland
2402. Takoma Park, City of, Maryland
2403. Talbot, County of, Maryland
2404. Washington, County of, Maryland
2405. Westminster, City of, Maryland
2406. Wicomico, County of, Maryland
2407. Worcester, County of, Maryland

2408. Abington, Town of, Massachusetts
2409. Acton, Town of, Massachusetts
2410. Acushnet, Town of, Massachusetts
2411. Agawam, Town of/ City of, Massachusetts
2412. Amesbury, Town of/ City of, Massachusetts
2413. Amherst, Town of, Massachusetts
2414. Andover, Town of, Massachusetts
2415. Arlington, Town of, Massachusetts
2416. Ashland, Town of, Massachusetts
2417. Athol, Town of, Massachusetts
2418. Attleboro, City of, Massachusetts
2419. Auburn, Town of, Massachusetts
2420. Barnstable, County of, Massachusetts
2421. Barnstable, Town of/ City of, Massachusetts
2422. Bedford, Town of, Massachusetts
2423. Belchertown, Town of, Massachusetts
2424. Bellingham, Town of, Massachusetts
2425. Belmont, Town of, Massachusetts
2426. Beverly, City of, Massachusetts
2427. Billerica, Town of, Massachusetts
2428. Boston, City of, Massachusetts
2429. Bourne, Town of, Massachusetts
2430. Braintree, Town of/ City of, Massachusetts
2431. Bridgewater, Town of/ City of, Massachusetts
2432. Bristol, County of, Massachusetts
2433. Brockton, City of, Massachusetts
2434. Brookline, Town of, Massachusetts
2435. Burlington, Town of, Massachusetts
2436. Cambridge, City of, Massachusetts
2437. Canton, Town of, Massachusetts
2438. Carver, Town of, Massachusetts
2439. Charlton, Town of, Massachusetts
2440. Chelmsford, Town of, Massachusetts
2441. Chelsea, City of, Massachusetts
2442. Chicopee, City of, Massachusetts
2443. Clinton, Town of, Massachusetts
2444. Concord, Town of, Massachusetts
2445. Danvers, Town of, Massachusetts
2446. Dartmouth, Town of, Massachusetts

2447. Dedham, Town of, Massachusetts
2448. Dennis, Town of, Massachusetts
2449. Dracut, Town of, Massachusetts
2450. Dudley, Town of, Massachusetts
2451. Dukes, County of, Massachusetts
2452. Duxbury, Town of, Massachusetts
2453. East Bridgewater, Town of, Massachusetts
2454. East Longmeadow, Town of, Massachusetts
2455. Easthampton, Town of, City of, Massachusetts
2456. Easton, Town of, Massachusetts
2457. Everett, City of, Massachusetts
2458. Fairhaven, Town of, Massachusetts
2459. Fall River, City of, Massachusetts
2460. Falmouth, Town of, Massachusetts
2461. Fitchburg, City of, Massachusetts
2462. Foxborough, Town of, Massachusetts
2463. Framingham, City of, Massachusetts
2464. Franklin, Town of, City of, Massachusetts
2465. Gardner, City of, Massachusetts
2466. Gloucester, City of, Massachusetts
2467. Grafton, Town of, Massachusetts
2468. Greenfield, Town of, City of, Massachusetts
2469. Groton, Town of, Massachusetts
2470. Hanover, Town of, Massachusetts
2471. Hanson, Town of, Massachusetts
2472. Harwich, Town of, Massachusetts
2473. Haverhill, City of, Massachusetts
2474. Hingham, Town of, Massachusetts
2475. Holbrook, Town of, Massachusetts
2476. Holden, Town of, Massachusetts
2477. Holliston, Town of, Massachusetts
2478. Holyoke, City of, Massachusetts
2479. Hopkinton, Town of, Massachusetts
2480. Hudson, Town of, Massachusetts
2481. Hull, Town of, Massachusetts
2482. Ipswich, Town of, Massachusetts
2483. Kingston, Town of, Massachusetts
2484. Lakeville, Town of, Massachusetts
2485. Lawrence, City of, Massachusetts
2486. Leicester, Town of, Massachusetts

2487.  Leominster, City of, Massachusetts
2488.  Lexington, Town of, Massachusetts
2489.  Littleton, Town of, Massachusetts
2490.  Longmeadow, Town of, Massachusetts
2491.  Lowell, City of, Massachusetts
2492.  Ludlow, Town of, Massachusetts
2493.  Lunenburg, Town of, Massachusetts
2494.  Lynn, City of, Massachusetts
2495.  Lynnfield, Town of, Massachusetts
2496.  Malden, City of, Massachusetts
2497.  Mansfield, Town of, Massachusetts
2498.  Marblehead, Town of, Massachusetts
2499.  Marlborough, City of, Massachusetts
2500.  Marshfield, Town of, Massachusetts
2501.  Mashpee, Town of, Massachusetts
2502.  Maynard, Town of, Massachusetts
2503.  Medfield, Town of, Massachusetts
2504.  Medford, City of, Massachusetts
2505.  Medway, Town of, Massachusetts
2506.  Melrose, City of, Massachusetts
2507.  Methuen, Town of, City of, Massachusetts
2508.  Middleborough, Town of, Massachusetts
2509.  Middleton, Town of, Massachusetts
2510.  Milford, Town of, Massachusetts
2511.  Millbury, Town of, Massachusetts
2512.  Milton, Town of, Massachusetts
2513.  Nantucket, Town of/ County of, Massachusetts
2514.  Natick, Town of, Massachusetts
2515.  Needham, Town of, Massachusetts
2516.  New Bedford, City of, Massachusetts
2517.  Newburyport, City of, Massachusetts
2518.  Newton, City of, Massachusetts
2519.  Norfolk, County of, Massachusetts
2520.  Norfolk, Town of, Massachusetts
2521.  North Adams, City of, Massachusetts
2522.  North Andover, Town of, Massachusetts
2523.  North Attleborough, Town of, Massachusetts
2524.  North Reading, Town of, Massachusetts
2525.  Northampton, City of, Massachusetts

2526.  Northborough, Town of, Massachusetts
2527.  Northbridge, Town of, Massachusetts
2528.  Norton, Town of, Massachusetts
2529.  Norwell, Town of, Massachusetts
2530.  Norwood, Town of, Massachusetts
2531.  Oxford, Town of, Massachusetts
2532.  Palmer, Town of/ City of, Massachusetts
2533.  Peabody, City of, Massachusetts
2534.  Pembroke, Town of, Massachusetts
2535.  Pepperell, Town of, Massachusetts
2536.  Pittsfield, City of, Massachusetts
2537.  Plymouth, County of, Massachusetts
2538.  Plymouth, Town of, Massachusetts
2539.  Quincy, City of, Massachusetts
2540.  Randolph, Town of/ City of, Massachusetts
2541.  Raynham, Town of, Massachusetts
2542.  Reading, Town of, Massachusetts
2543.  Rehoboth, Town of, Massachusetts
2544.  Revere, City of, Massachusetts
2545.  Rockland, Town of, Massachusetts
2546.  Salem, City of, Massachusetts
2547.  Sandwich, Town of, Massachusetts
2548.  Saugus, Town of, Massachusetts
2549.  Scituate, Town of, Massachusetts
2550.  Seekonk, Town of, Massachusetts
2551.  Sharon, Town of, Massachusetts
2552.  Shrewsbury, Town of, Massachusetts
2553.  Somerset, Town of, Massachusetts
2554.  Somerville, City of, Massachusetts
2555.  South Hadley, Town of, Massachusetts
2556.  Southborough, Town of, Massachusetts
2557.  Southbridge, Town of/ City of, Massachusetts
2558.  Spencer, Town of, Massachusetts
2559.  Springfield, City of, Massachusetts
2560.  Stoneham, Town of, Massachusetts
2561.  Stoughton, Town of, Massachusetts
2562.  Sudbury, Town of, Massachusetts
2563.  Swampscott, Town of, Massachusetts

2564. Swansea, Town of, Massachusetts
2565. Taunton, City of, Massachusetts
2566. Tewksbury, Town of, Massachusetts
2567. Tyngsborough, Town of, Massachusetts
2568. Uxbridge, Town of, Massachusetts
2569. Wakefield, Town of, Massachusetts
2570. Walpole, Town of, Massachusetts
2571. Waltham, City of, Massachusetts
2572. Wareham, Town of, Massachusetts
2573. Watertown, Town of/ City of, Massachusetts
2574. Wayland, Town of, Massachusetts
2575. Webster, Town of, Massachusetts
2576. Wellesley, Town of, Massachusetts
2577. West Springfield, Town of/ City of, Massachusetts
2578. Westborough, Town of, Massachusetts
2579. Westfield, City of, Massachusetts
2580. Westford, Town of, Massachusetts
2581. Weston, Town of, Massachusetts
2582. Westport, Town of, Massachusetts
2583. Westwood, Town of, Massachusetts
2584. Weymouth, Town of/ City of, Massachusetts
2585. Whitman, Town of, Massachusetts
2586. Wilbraham, Town of, Massachusetts
2587. Wilmington, Town of, Massachusetts
2588. Winchendon, Town of, Massachusetts
2589. Winchester, Town of, Massachusetts
2590. Winthrop, Town of/ City of, Massachusetts
2591. Woburn, City of, Massachusetts
2592. Worcester, City of, Massachusetts
2593. Wrentham, Town of, Massachusetts
2594. Yarmouth, Town of, Massachusetts
2595. Ada, Township of, Michigan
2596. Adrian, City of, Michigan
2597. Alcona, County of, Michigan
2598. Algoma, Township of, Michigan
2599. Allegan, County of, Michigan
2600. Allen Park, City of, Michigan

2601. Allendale, Charter Township of, Michigan
2602. Alpena, County of, Michigan
2603. Alpine, Township of, Michigan
2604. Ann Arbor, City of, Michigan
2605. Antrim, County of, Michigan
2606. Antwerp, Township of, Michigan
2607. Arenac, County of, Michigan
2608. Auburn Hills, City of, Michigan
2609. Bangor, Charter Township of, Michigan
2610. Barry, County of, Michigan
2611. Bath, Charter Township of, Michigan
2612. Battle Creek, City of, Michigan
2613. Bay City, City of, Michigan
2614. Bay, County of, Michigan
2615. Bedford, Township of, Michigan
2616. Benton, Charter Township of, Michigan
2617. Benzie, County of, Michigan
2618. Berkley, City of, Michigan
2619. Berrien, County of, Michigan
2620. Beverly Hills, Village of, Michigan
2621. Big Rapids, City of, Michigan
2622. Birmingham, City of, Michigan
2623. Blackman, Charter Township of, Michigan
2624. Bloomfield, Charter Township of, Michigan
2625. Branch, County of, Michigan
2626. Brandon, Charter Township of, Michigan
2627. Brighton, Township of, Michigan
2628. Brownstown, Charter Township of, Michigan
2629. Burton, City of, Michigan
2630. Byron, Township of, Michigan
2631. Cadillac, City of, Michigan
2632. Caledonia, Township of, Michigan
2633. Calhoun, County of, Michigan
2634. Cannon, Township of, Michigan
2635. Canton, Charter Township of, Michigan
2636. Cascade, Charter Township of, Michigan

2637. Cass, County of, Michigan
2638. Charlevoix, County of, Michigan
2639. Cheboygan, County of, Michigan
2640. Chesterfield, Township of, Michigan
2641. Chippewa, County of, Michigan
2642. Clare, County of, Michigan
2643. Clawson, City of, Michigan
2644. Clinton, Charter Township of, Michigan
2645. Clinton, County of, Michigan
2646. Coldwater, City of, Michigan
2647. Commerce, Charter Township of, Michigan
2648. Comstock, Charter Township of, Michigan
2649. Cooper, Charter Township of, Michigan
2650. Crawford, County of, Michigan
2651. Davison, Township of, Michigan
2652. Dearborn, City of, Michigan
2653. Dearborn Heights, City of, Michigan
2654. Delhi, Charter Township of, Michigan
2655. Delta, Charter Township of, Michigan
2656. Delta, County of, Michigan
2657. Detroit, City of, Michigan
2658. DeWitt, Charter Township of, Michigan
2659. Dickinson, County of, Michigan
2660. East Bay, Township of, Michigan
2661. East Grand Rapids, City of, Michigan
2662. East Lansing, City of, Michigan
2663. Eastpointe, City of, Michigan
2664. Eaton, County of, Michigan
2665. Egelston, Township of, Michigan
2666. Emmet, County of, Michigan
2667. Emmett, Charter Township of, Michigan
2668. Escanaba, City of, Michigan
2669. Farmington, City of, Michigan
2670. Farmington Hills, City of, Michigan
2671. Fenton, Charter Township of, Michigan
2672. Fenton, City of, Michigan
2673. Ferndale, City of, Michigan
2674. Flat Rock, City of, Michigan
2675. Flint, Charter Township of, Michigan
2676. Flint, City of, Michigan
2677. Flushing, Charter Township of, Michigan
2678. Fort Gratiot, Charter Township of, Michigan
2679. Fraser, City of, Michigan
2680. Frenchtown, Township of, Michigan
2681. Fruitport, Charter Township of, Michigan
2682. Gaines, Charter Township of, Michigan
2683. Garden City, City of, Michigan
2684. Garfield, Charter Township of, Michigan
2685. Genesee, Charter Township of, Michigan
2686. Genesee, County of, Michigan
2687. Genoa, Township of, Michigan
2688. Georgetown, Charter Township of, Michigan
2689. Gladwin, County of, Michigan
2690. Gogebic, County of, Michigan
2691. Grand Blanc, Charter Township of, Michigan
2692. Grand Haven, Charter Township of, Michigan
2693. Grand Haven, City of, Michigan
2694. Grand Rapids, Charter Township of, Michigan
2695. Grand Rapids, City of, Michigan
2696. Grand Traverse, County of, Michigan
2697. Grandville, City of, Michigan
2698. Gratiot, County of, Michigan
2699. Green Oak, Township of, Michigan
2700. Grosse Ile, Township of, Michigan
2701. Grosse Pointe Park, City of, Michigan
2702. Grosse Pointe Woods, City of, Michigan
2703. Hamburg, Township of, Michigan
2704. Hamtramck, City of, Michigan

2705. Harper Woods, City of, Michigan
2706. Harrison, Charter Township of, Michigan
2707. Hartland, Township of, Michigan
2708. Hazel Park, City of, Michigan
2709. Highland, Charter Township of, Michigan
2710. Highland Park, City of, Michigan
2711. Hillsdale, County of, Michigan
2712. Holland, Charter Township of, Michigan
2713. Holland, City of, Michigan
2714. Holly, Township of, Michigan
2715. Houghton, County of, Michigan
2716. Huron, Charter Township of, Michigan
2717. Huron, County of, Michigan
2718. Independence, Charter Township of, Michigan
2719. Ingham, County of, Michigan
2720. Inkster, City of, Michigan
2721. Ionia, City of, Michigan
2722. Ionia, County of, Michigan
2723. Iosco, County of, Michigan
2724. Iron, County of, Michigan
2725. Isabella, County of, Michigan
2726. Jackson, City of, Michigan
2727. Jackson, County of, Michigan
2728. Kalamazoo, Charter Township of, Michigan
2729. Kalamazoo, City of, Michigan
2730. Kalamazoo, County of, Michigan
2731. Kalkaska, County of, Michigan
2732. Kent, County of, Michigan
2733. Kentwood, City of, Michigan
2734. Lake, County of, Michigan
2735. Lansing, City of, Michigan
2736. Lapeer, County of, Michigan
2737. Leelanau, County of, Michigan
2738. Lenawee, County of, Michigan
2739. Lenox, Township of, Michigan
2740. Leoni, Township of, Michigan
2741. Lincoln, Charter Township of, Michigan
2742. Lincoln Park, City of, Michigan
2743. Livingston, County of, Michigan
2744. Livonia, City of, Michigan
2745. Lyon, Charter Township of, Michigan
2746. Mackinac, County of, Michigan
2747. Macomb, County of, Michigan
2748. Macomb, Township of, Michigan
2749. Madison Heights, City of, Michigan
2750. Manistee, County of, Michigan
2751. Marion, Township of, Michigan
2752. Marquette, City of, Michigan
2753. Marquette, County of, Michigan
2754. Mason, County of, Michigan
2755. Mecosta, County of, Michigan
2756. Melvindale, City of, Michigan
2757. Menominee, County of, Michigan
2758. Meridian, Charter Township of, Michigan
2759. Midland, City of, Michigan
2760. Midland, County of, Michigan
2761. Milford, Charter Township of, Michigan
2762. Missaukee, County of, Michigan
2763. Monitor, Charter Township of, Michigan
2764. Monroe, Charter Township of, Michigan
2765. Monroe, City of, Michigan
2766. Monroe, County of, Michigan
2767. Montcalm, County of, Michigan
2768. Mount Clemens, City of, Michigan
2769. Mount Morris, Township of, Michigan
2770. Mount Pleasant, City of, Michigan
2771. Mundy, Township of, Michigan
2772. Muskegon, Charter Township of, Michigan
2773. Muskegon, City of, Michigan
2774. Muskegon, County of, Michigan
2775. Muskegon Heights, City of, Michigan
2776. New Baltimore, City of, Michigan
2777. Newaygo, County of, Michigan
2778. Niles, City of, Michigan
2779. Niles, Township of, Michigan
2780. Northville, Township of, Michigan
2781. Norton Shores, City of, Michigan

2782. Novi, City of, Michigan
2783. Oak Park, City of, Michigan
2784. Oakland, Charter Township of, Michigan
2785. Oakland, County of, Michigan
2786. Oceana, County of, Michigan
2787. Oceola, Township of, Michigan
2788. Ogemaw, County of, Michigan
2789. Orion, Charter Township of, Michigan
2790. Osceola, County of, Michigan
2791. Oshtemo, Charter Township of, Michigan
2792. Otsego, County of, Michigan
2793. Ottawa, County of, Michigan
2794. Owosso, City of, Michigan
2795. Oxford, Charter Township of, Michigan
2796. Park, Township of, Michigan
2797. Pittsfield, Charter Township of, Michigan
2798. Plainfield, Charter Township of, Michigan
2799. Plymouth, Charter Township of, Michigan
2800. Pontiac, City of, Michigan
2801. Port Huron, Charter Township of, Michigan
2802. Port Huron, City of, Michigan
2803. Portage, City of, Michigan
2804. Presque Isle, County of, Michigan
2805. Redford, Charter Township of, Michigan
2806. Riverview, City of, Michigan
2807. Rochester, City of, Michigan
2808. Rochester Hills, City of, Michigan
2809. Romulus, City of, Michigan
2810. Roscommon, County of, Michigan
2811. Roseville, City of, Michigan
2812. Royal Oak, City of, Michigan
2813. Saginaw, Charter Township of, Michigan
2814. Saginaw, City of, Michigan
2815. Saginaw, County of, Michigan
2816. Sanilac, County of, Michigan
2817. Sault Ste. Marie, City of, Michigan
2818. Scio, Township of, Michigan
2819. Shelby, Charter Township of, Michigan
2820. Shiawassee, County of, Michigan
2821. South Lyon, City of, Michigan
2822. Southfield, City of, Michigan
2823. Southfield, Township of, Michigan
2824. Southgate, City of, Michigan
2825. Spring Lake, Township of, Michigan
2826. Springfield, Charter Township of, Michigan
2827. St. Clair, County of, Michigan
2828. St. Clair Shores, City of, Michigan
2829. St. Joseph, County of, Michigan
2830. Sterling Heights, City of, Michigan
2831. Sturgis, City of, Michigan
2832. Summit, Township of, Michigan
2833. Superior, Charter Township of, Michigan
2834. Taylor, City of, Michigan
2835. Texas, Charter Township of, Michigan
2836. Thomas, Township of, Michigan
2837. Traverse City, City of, Michigan
2838. Trenton, City of, Michigan
2839. Troy, City of, Michigan
2840. Tuscola, County of, Michigan
2841. Tyrone, Township of, Michigan
2842. Union, Charter Township of, Michigan
2843. Van Buren, Charter Township of, Michigan
2844. Van Buren, County of, Michigan
2845. Vienna, Charter Township of, Michigan
2846. Walker, City of, Michigan
2847. Warren, City of, Michigan
2848. Washington, Township of, Michigan
2849. Washtenaw, County of, Michigan
2850. Waterford, Charter Township of, Michigan
2851. Wayne, City of, Michigan
2852. Wayne, County of, Michigan
2853. West Bloomfield, Charter Township of, Michigan
2854. Westland, City of, Michigan

2855. Wexford, County of, Michigan
2856. White Lake, Charter Township of, Michigan
2857. Wixom, City of, Michigan
2858. Woodhaven, City of, Michigan
2859. Wyandotte, City of, Michigan
2860. Wyoming, City of, Michigan
2861. Ypsilanti, Charter Township of, Michigan
2862. Ypsilanti, City of, Michigan
2863. Zeeland, Charter Township of, Michigan
2864. Aitkin, County of, Minnesota
2865. Albert Lea, City of, Minnesota
2866. Alexandria, City of, Minnesota
2867. Andover, City of, Minnesota
2868. Anoka, City of, Minnesota
2869. Anoka, County of, Minnesota
2870. Apple Valley, City of, Minnesota
2871. Arden Hills, City of, Minnesota
2872. Austin, City of, Minnesota
2873. Becker, County of, Minnesota
2874. Beltrami, County of, Minnesota
2875. Bemidji, City of, Minnesota
2876. Benton, County of, Minnesota
2877. Big Lake, City of, Minnesota
2878. Blaine, City of, Minnesota
2879. Bloomington, City of, Minnesota
2880. Blue Earth, County of, Minnesota
2881. Brainerd, City of, Minnesota
2882. Brooklyn Center, City of, Minnesota
2883. Brooklyn Park, City of, Minnesota
2884. Brown, County of, Minnesota
2885. Buffalo, City of, Minnesota
2886. Burnsville, City of, Minnesota
2887. Carlton, County of, Minnesota
2888. Carver, County of, Minnesota
2889. Cass, County of, Minnesota
2890. Champlin, City of, Minnesota
2891. Chanhassen, City of, Minnesota
2892. Chaska, City of, Minnesota
2893. Chippewa, County of, Minnesota
2894. Chisago, County of, Minnesota
2895. Clay, County of, Minnesota
2896. Cloquet, City of, Minnesota

2897. Columbia Heights, City of, Minnesota
2898. Coon Rapids, City of, Minnesota
2899. Cottage Grove, City of, Minnesota
2900. Cottonwood, County of, Minnesota
2901. Crow Wing, County of, Minnesota
2902. Crystal, City of, Minnesota
2903. Dakota, County of, Minnesota
2904. Dodge, County of, Minnesota
2905. Douglas, County of, Minnesota
2906. Duluth, City of, Minnesota
2907. Eagan, City of, Minnesota
2908. East Bethel, City of, Minnesota
2909. Eden Prairie, City of, Minnesota
2910. Edina, City of, Minnesota
2911. Elk River, City of, Minnesota
2912. Fairmont, City of, Minnesota
2913. Faribault, City of, Minnesota
2914. Faribault, County of, Minnesota
2915. Farmington, City of, Minnesota
2916. Fergus Falls, City of, Minnesota
2917. Fillmore, County of, Minnesota
2918. Forest Lake, City of, Minnesota
2919. Freeborn, County of, Minnesota
2920. Fridley, City of, Minnesota
2921. Golden Valley, City of, Minnesota
2922. Goodhue, County of, Minnesota
2923. Grand Rapids, City of, Minnesota
2924. Ham Lake, City of, Minnesota
2925. Hastings, City of, Minnesota
2926. Hennepin, County of, Minnesota
2927. Hibbing, City of, Minnesota
2928. Hopkins, City of, Minnesota
2929. Houston, County of, Minnesota
2930. Hubbard, County of, Minnesota
2931. Hugo, City of, Minnesota
2932. Hutchinson, City of, Minnesota
2933. Inver Grove Heights, City of, Minnesota
2934. Isanti, County of, Minnesota
2935. Itasca, County of, Minnesota
2936. Kanabec, County of, Minnesota
2937. Kandiyohi, County of, Minnesota
2938. Koochiching, County of, Minnesota
2939. Lake, County of, Minnesota
2940. Lakeville, City of, Minnesota

2941. Le Sueur, County of, Minnesota
2942. Lino Lakes, City of, Minnesota
2943. Little Canada, City of, Minnesota
2944. Lyon, County of, Minnesota
2945. Mankato, City of, Minnesota
2946. Maple Grove, City of, Minnesota
2947. Maplewood, City of, Minnesota
2948. Marshall, City of, Minnesota
2949. Martin, County of, Minnesota
2950. McLeod, County of, Minnesota
2951. Meeker, County of, Minnesota
2952. Mendota Heights, City of, Minnesota
2953. Mille Lacs, County of, Minnesota
2954. Minneapolis, City of, Minnesota
2955. Minnetonka, City of, Minnesota
2956. Monticello, City of, Minnesota
2957. Moorhead, City of, Minnesota
2958. Morrison, County of, Minnesota
2959. Mounds View, City of, Minnesota
2960. Mower, County of, Minnesota
2961. New Brighton, City of, Minnesota
2962. New Hope, City of, Minnesota
2963. New Ulm, City of, Minnesota
2964. Nicollet, County of, Minnesota
2965. Nobles, County of, Minnesota
2966. North Branch, City of, Minnesota
2967. North Mankato, City of, Minnesota
2968. North St. Paul, City of, Minnesota
2969. Northfield, City of, Minnesota
2970. Oakdale, City of, Minnesota
2971. Olmsted, County of, Minnesota
2972. Otsego, City of, Minnesota
2973. Otter Tail, County of, Minnesota
2974. Owatonna, City of, Minnesota
2975. Pennington, County of, Minnesota
2976. Pine, County of, Minnesota
2977. Plymouth, City of, Minnesota
2978. Polk, County of, Minnesota
2979. Pope, County of, Minnesota
2980. Prior Lake, City of, Minnesota
2981. Ramsey, City of, Minnesota
2982. Ramsey, County of, Minnesota
2983. Red Wing, City of, Minnesota
2984. Redwood, County of, Minnesota
2985. Renville, County of, Minnesota
2986. Rice, County of, Minnesota

2987. Richfield, City of, Minnesota
2988. Robbinsdale, City of, Minnesota
2989. Rochester, City of, Minnesota
2990. Rogers, City of, Minnesota
2991. Roseau, County of, Minnesota
2992. Rosemount, City of, Minnesota
2993. Roseville, City of, Minnesota
2994. Sartell, City of, Minnesota
2995. Sauk Rapids, City of, Minnesota
2996. Savage, City of, Minnesota
2997. Scott, County of, Minnesota
2998. Shakopee, City of, Minnesota
2999. Sherburne, County of, Minnesota
3000. Shoreview, City of, Minnesota
3001. Sibley, County of, Minnesota
3002. South St. Paul, City of, Minnesota
3003. St. Cloud, City of, Minnesota
3004. St. Louis, County of, Minnesota
3005. St. Louis Park, City of, Minnesota
3006. St. Michael, City of, Minnesota
3007. St. Paul, City of, Minnesota
3008. St. Peter, City of, Minnesota
3009. Stearns, County of, Minnesota
3010. Steele, County of, Minnesota
3011. Stillwater, City of, Minnesota
3012. Todd, County of, Minnesota
3013. Vadnais Heights, City of, Minnesota
3014. Victoria, City of, Minnesota
3015. Wabasha, County of, Minnesota
3016. Waconia, City of, Minnesota
3017. Wadena, County of, Minnesota
3018. Waseca, County of, Minnesota
3019. Washington, County of, Minnesota
3020. Watonwan, County of, Minnesota
3021. West St. Paul, City of, Minnesota
3022. White Bear Lake, City of, Minnesota
3023. White Bear, Township of, Minnesota
3024. Willmar, City of, Minnesota
3025. Winona, City of, Minnesota
3026. Winona, County of, Minnesota
3027. Woodbury, City of, Minnesota
3028. Worthington, City of, Minnesota
3029. Wright, County of, Minnesota
3030. Adams, County of, Mississippi
3031. Alcorn, County of, Mississippi
3032. Amite, County of, Mississippi

3033. Attala, County of, Mississippi
3034. Bay St. Louis, City of, Mississippi
3035. Biloxi, City of, Mississippi
3036. Bolivar, County of, Mississippi
3037. Brandon, City of, Mississippi
3038. Brookhaven, City of, Mississippi
3039. Byram, City of, Mississippi
3040. Calhoun, County of, Mississippi
3041. Canton, City of, Mississippi
3042. Chickasaw, County of, Mississippi
3043. Clarke, County of, Mississippi
3044. Clarksdale, City of, Mississippi
3045. Clay, County of, Mississippi
3046. Cleveland, City of, Mississippi
3047. Clinton, City of, Mississippi
3048. Coahoma, County of, Mississippi
3049. Columbus, City of, Mississippi
3050. Copiah, County of, Mississippi
3051. Corinth, City of, Mississippi
3052. Covington, County of, Mississippi
3053. DeSoto, County of, Mississippi
3054. D'Iberville, City of, Mississippi
3055. Forrest, County of, Mississippi
3056. Gautier, City of, Mississippi
3057. George, County of, Mississippi
3058. Greene, County of, Mississippi
3059. Greenville, City of, Mississippi
3060. Greenwood, City of, Mississippi
3061. Grenada, City of, Mississippi
3062. Grenada, County of, Mississippi
3063. Gulfport, City of, Mississippi
3064. Hancock, County of, Mississippi
3065. Harrison, County of, Mississippi
3066. Hattiesburg, City of, Mississippi
3067. Hernando, City of, Mississippi
3068. Hinds, County of, Mississippi
3069. Holmes, County of, Mississippi
3070. Horn Lake, City of, Mississippi
3071. Itawamba, County of, Mississippi
3072. Jackson, City of, Mississippi
3073. Jackson, County of, Mississippi
3074. Jasper, County of, Mississippi
3075. Jefferson Davis, County of, Mississippi
3076. Jones, County of, Mississippi
3077. Lafayette, County of, Mississippi

3078. Lamar, County of, Mississippi
3079. Lauderdale, County of, Mississippi
3080. Laurel, City of, Mississippi
3081. Lawrence, County of, Mississippi
3082. Leake, County of, Mississippi
3083. Lee, County of, Mississippi
3084. Leflore, County of, Mississippi
3085. Lincoln, County of, Mississippi
3086. Long Beach, City of, Mississippi
3087. Lowndes, County of, Mississippi
3088. Madison, City of, Mississippi
3089. Madison, County of, Mississippi
3090. Marion, County of, Mississippi
3091. Marshall, County of, Mississippi
3092. McComb, City of, Mississippi
3093. Meridian, City of, Mississippi
3094. Monroe, County of, Mississippi
3095. Moss Point, City of, Mississippi
3096. Natchez, City of, Mississippi
3097. Neshoba, County of, Mississippi
3098. Newton, County of, Mississippi
3099. Noxubee, County of, Mississippi
3100. Ocean Springs, City of, Mississippi
3101. Oktibbeha, County of, Mississippi
3102. Olive Branch, City of, Mississippi
3103. Oxford, City of, Mississippi
3104. Panola, County of, Mississippi
3105. Pascagoula, City of, Mississippi
3106. Pearl, City of, Mississippi
3107. Pearl River, County of, Mississippi
3108. Perry, County of, Mississippi
3109. Petal, City of, Mississippi
3110. Picayune, City of, Mississippi
3111. Pike, County of, Mississippi
3112. Pontotoc, County of, Mississippi
3113. Prentiss, County of, Mississippi
3114. Rankin, County of, Mississippi
3115. Ridgeland, City of, Mississippi
3116. Scott, County of, Mississippi
3117. Simpson, County of, Mississippi
3118. Smith, County of, Mississippi
3119. Southaven, City of, Mississippi
3120. Starkville, City of, Mississippi
3121. Stone, County of, Mississippi
3122. Sunflower, County of, Mississippi
3123. Tallahatchie, County of, Mississippi

WITH TECHNICAL CORRECTIONS 02.03.2023

3124. Tate, County of, Mississippi
3125. Tippah, County of, Mississippi
3126. Tishomingo, County of, Mississippi
3127. Tupelo, City of, Mississippi
3128. Union, County of, Mississippi
3129. Vicksburg, City of, Mississippi
3130. Walthall, County of, Mississippi
3131. Warren, County of, Mississippi
3132. Washington, County of, Mississippi
3133. Wayne, County of, Mississippi
3134. West Point, City of, Mississippi
3135. Winston, County of, Mississippi
3136. Yalobusha, County of, Mississippi
3137. Yazoo City, City of, Mississippi
3138. Yazoo, County of, Mississippi
3139. Adair, County of, Missouri
3140. Andrew, County of, Missouri
3141. Arnold, City of, Missouri
3142. Audrain, County of, Missouri
3143. Ballwin, City of, Missouri
3144. Barry, County of, Missouri
3145. Barton, County of, Missouri
3146. Bates, County of, Missouri
3147. Bellefontaine Neighbors, City of, Missouri
3148. Belton, City of, Missouri
3149. Benton, County of, Missouri
3150. Blue Springs, City of, Missouri
3151. Bolivar, City of, Missouri
3152. Bollinger, County of, Missouri
3153. Boone, County of, Missouri
3154. Branson, City of, Missouri
3155. Bridgeton, City of, Missouri
3156. Buchanan, County of, Missouri
3157. Butler, County of, Missouri
3158. Callaway, County of, Missouri
3159. Camden, County of, Missouri
3160. Cape Girardeau, City of, Missouri
3161. Cape Girardeau, County of, Missouri
3162. Carthage, City of, Missouri
3163. Cass, County of, Missouri
3164. Cedar, County of, Missouri
3165. Chesterfield, City of, Missouri
3166. Christian, County of, Missouri
3167. Clay, County of, Missouri
3168. Clayton, City of, Missouri

3169. Clinton, County of, Missouri
3170. Cole, County of, Missouri
3171. Columbia, City of, Missouri
3172. Cooper, County of, Missouri
3173. Crawford, County of, Missouri
3174. Crestwood, City of, Missouri
3175. Creve Coeur, City of, Missouri
3176. Dallas, County of, Missouri
3177. Dardenne Prairie, City of, Missouri
3178. DeKalb, County of, Missouri
3179. Dent, County of, Missouri
3180. Douglas, County of, Missouri
3181. Dunklin, County of, Missouri
3182. Eureka, City of, Missouri
3183. Excelsior Springs, City of, Missouri
3184. Farmington, City of, Missouri
3185. Ferguson, City of, Missouri
3186. Festus, City of, Missouri
3187. Florissant, City of, Missouri
3188. Franklin, County of, Missouri
3189. Fulton, City of, Missouri
3190. Gasconade, County of, Missouri
3191. Gladstone, City of, Missouri
3192. Grain Valley, City of, Missouri
3193. Grandview, City of, Missouri
3194. Greene, County of, Missouri
3195. Hannibal, City of, Missouri
3196. Harrisonville, City of, Missouri
3197. Hazelwood, City of, Missouri
3198. Henry, County of, Missouri
3199. Howard, County of, Missouri
3200. Howell, County of, Missouri
3201. Independence, City of, Missouri
3202. Independence, Township of, Missouri
3203. Iron, County of, Missouri
3204. Jackson, City of, Missouri
3205. Jackson, County of, Missouri
3206. Jasper, County of, Missouri
3207. Jefferson City, City of, Missouri
3208. Jefferson, County of, Missouri
3209. Jennings, City of, Missouri
3210. Johnson, County of, Missouri
3211. Joplin, City of, Missouri
3212. Kansas City, City of, Missouri
3213. Kearney, City of, Missouri

3214. Kennett, City of, Missouri
3215. Kirksville, City of, Missouri
3216. Kirkwood, City of, Missouri
3217. Laclede, County of, Missouri
3218. Lafayette, County of, Missouri
3219. Lake St. Louis, City of, Missouri
3220. Lawrence, County of, Missouri
3221. Lebanon, City of, Missouri
3222. Lee's Summit, City of, Missouri
3223. Liberty, City of, Missouri
3224. Liberty, Township of, Missouri
3225. Lincoln, County of, Missouri
3226. Linn, County of, Missouri
3227. Livingston, County of, Missouri
3228. Macon, County of, Missouri
3229. Madison, County of, Missouri
3230. Manchester, City of, Missouri
3231. Marion, County of, Missouri
3232. Marshall, City of, Missouri
3233. Maryland Heights, City of, Missouri
3234. Maryville, City of, Missouri
3235. McDonald, County of, Missouri
3236. Mexico, City of, Missouri
3237. Miller, County of, Missouri
3238. Mississippi, County of, Missouri
3239. Moberly, City of, Missouri
3240. Moniteau, County of, Missouri
3241. Montgomery, County of, Missouri
3242. Morgan, County of, Missouri
3243. Neosho, City of, Missouri
3244. New Madrid, County of, Missouri
3245. Newton, County of, Missouri
3246. Nixa, City of, Missouri
3247. Nodaway, County of, Missouri
3248. O'Fallon, City of, Missouri
3249. Oregon, County of, Missouri
3250. Osage, County of, Missouri
3251. Overland, City of, Missouri
3252. Ozark, City of, Missouri
3253. Pemiscot, County of, Missouri
3254. Perry, County of, Missouri
3255. Pettis, County of, Missouri
3256. Phelps, County of, Missouri
3257. Pike, County of, Missouri
3258. Platte, County of, Missouri
3259. Polk, County of, Missouri

3260. Polk, Township of, Missouri
3261. Poplar Bluff, City of, Missouri
3262. Pulaski, County of, Missouri
3263. Ralls, County of, Missouri
3264. Randolph, County of, Missouri
3265. Ray, County of, Missouri
3266. Raymore, City of, Missouri
3267. Raytown, City of, Missouri
3268. Republic, City of, Missouri
3269. Ripley, County of, Missouri
3270. Rolla, City of, Missouri
3271. Saline, County of, Missouri
3272. Scott, County of, Missouri
3273. Sedalia, City of, Missouri
3274. Sikeston, City of, Missouri
3275. Smithville, City of, Missouri
3276. Springfield, City of, Missouri
3277. St. Ann, City of, Missouri
3278. St. Charles, City of, Missouri
3279. St. Charles, County of, Missouri
3280. St. Francois, County of, Missouri
3281. St. Joseph, City of, Missouri
3282. St. Louis, City of, Missouri
3283. St. Louis, County of, Missouri
3284. St. Peters, City of, Missouri
3285. Ste. Genevieve, County of, Missouri
3286. Stoddard, County of, Missouri
3287. Stone, County of, Missouri
3288. Taney, County of, Missouri
3289. Texas, County of, Missouri
3290. Town and Country, City of, Missouri
3291. Troy, City of, Missouri
3292. Union, City of, Missouri
3293. University City, City of, Missouri
3294. Vernon, County of, Missouri
3295. Warren, County of, Missouri
3296. Warrensburg, City of, Missouri
3297. Washington, City of, Missouri
3298. Washington, County of, Missouri
3299. Wayne, County of, Missouri
3300. Webb City, City of, Missouri
3301. Webster, County of, Missouri
3302. Webster Groves, City of, Missouri
3303. Wentzville, City of, Missouri
3304. West Plains, City of, Missouri
3305. Wildwood, City of, Missouri

3306. Wright, County of, Missouri
3307. Big Horn, County of, Montana
3308. Billings, City of, Montana
3309. Bozeman, City of, Montana
3310. Butte-Silver Bow, Montana
3311. Carbon, County of, Montana
3312. Cascade, County of, Montana
3313. Custer, County of, Montana
3314. Fergus, County of, Montana
3315. Flathead, County of, Montana
3316. Gallatin, County of, Montana
3317. Glacier, County of, Montana
3318. Great Falls, City of, Montana
3319. Helena, City of, Montana
3320. Hill, County of, Montana
3321. Jefferson, County of, Montana
3322. Kalispell, City of, Montana
3323. Lake, County of, Montana
3324. Lewis and Clark, County of, Montana
3325. Lincoln, County of, Montana
3326. Missoula, City of, Montana
3327. Missoula, County of, Montana
3328. Park, County of, Montana
3329. Ravalli, County of, Montana
3330. Richland, County of, Montana
3331. Roosevelt, County of, Montana
3332. Sanders, County of, Montana
3333. Yellowstone, County of, Montana
3334. Adams, County of, Nebraska
3335. Beatrice, City of, Nebraska
3336. Bellevue, City of, Nebraska
3337. Box Butte, County of, Nebraska
3338. Buffalo, County of, Nebraska
3339. Cass, County of, Nebraska
3340. Colfax, County of, Nebraska
3341. Columbus, City of, Nebraska
3342. Custer, County of, Nebraska
3343. Dakota, County of, Nebraska
3344. Dawson, County of, Nebraska
3345. Dodge, County of, Nebraska
3346. Douglas, County of, Nebraska
3347. Fremont, City of, Nebraska
3348. Gage, County of, Nebraska
3349. Grand Island, City of, Nebraska
3350. Hall, County of, Nebraska

3351. Hastings, City of, Nebraska
3352. Holt, County of, Nebraska
3353. Kearney, City of, Nebraska
3354. La Vista, City of, Nebraska
3355. Lancaster, County of, Nebraska
3356. Lexington, City of, Nebraska
3357. Lincoln, City of, Nebraska
3358. Lincoln, County of, Nebraska
3359. Madison, County of, Nebraska
3360. Norfolk, City of, Nebraska
3361. North Platte, City of, Nebraska
3362. Omaha, City of, Nebraska
3363. Otoe, County of, Nebraska
3364. Papillion, City of, Nebraska
3365. Platte, County of, Nebraska
3366. Red Willow, County of, Nebraska
3367. Saline, County of, Nebraska
3368. Sarpy, County of, Nebraska
3369. Saunders, County of, Nebraska
3370. Scotts Bluff, County of, Nebraska
3371. Scottsbluff, City of, Nebraska
3372. Seward, County of, Nebraska
3373. South Sioux City, City of, Nebraska
3374. Washington, County of, Nebraska
3375. York, County of, Nebraska
3376. Boulder City, City of, Nevada
3377. Carson, City of, Nevada
3378. Churchill, County of, Nevada
3379. Clark, County of, Nevada
3380. Douglas, County of, Nevada
3381. Elko, City of, Nevada
3382. Elko, County of, Nevada
3383. Fernley, City of, Nevada
3384. Henderson, City of, Nevada
3385. Humboldt, County of, Nevada
3386. Las Vegas, City of, Nevada
3387. Lyon, County of, Nevada
3388. Mesquite, City of, Nevada
3389. North Las Vegas, City of, Nevada
3390. Nye, County of, Nevada
3391. Reno, City of, Nevada
3392. Sparks, City of, Nevada
3393. Washoe, County of, Nevada
3394. Amherst, Town of, New Hampshire
3395. Bedford, Town of, New Hampshire
3396. Belknap, County of, New Hampshire

3397. Berlin, City of, New Hampshire
3398. Carroll, County of, New Hampshire
3399. Cheshire, County of, New Hampshire
3400. Claremont, City of, New Hampshire
3401. Concord, City of, New Hampshire
3402. Conway, Town of, New Hampshire
3403. Coos, County of, New Hampshire
3404. Derry, Town of, New Hampshire
3405. Dover, City of, New Hampshire
3406. Durham, Town of, New Hampshire
3407. Exeter, Town of, New Hampshire
3408. Goffstown, Town of, New Hampshire
3409. Grafton, County of, New Hampshire
3410. Hampton, Town of, New Hampshire
3411. Hanover, Town of, New Hampshire
3412. Hillsborough, County of, New Hampshire
3413. Hooksett, Town of, New Hampshire
3414. Hudson, Town of, New Hampshire
3415. Keene, City of, New Hampshire
3416. Laconia, City of, New Hampshire
3417. Lebanon, City of, New Hampshire
3418. Londonderry, Town of, New Hampshire
3419. Manchester, City of, New Hampshire
3420. Merrimack, County of, New Hampshire
3421. Merrimack, Town of, New Hampshire
3422. Milford, Town of, New Hampshire
3423. Nashua, City of, New Hampshire
3424. Pelham, Town of, New Hampshire
3425. Portsmouth, City of, New Hampshire
3426. Raymond, Town of, New Hampshire
3427. Rochester, City of, New Hampshire
3428. Rockingham, County of, New Hampshire
3429. Salem, Town of, New Hampshire
3430. Somersworth, City of, New Hampshire
3431. Strafford, County of, New Hampshire
3432. Sullivan, County of, New Hampshire
3433. Windham, Town of, New Hampshire

3434. Aberdeen, Township of, New Jersey
3435. Asbury Park, City of, New Jersey
3436. Atlantic City, City of, New Jersey
3437. Atlantic, County of, New Jersey
3438. Barnegat, Township of, New Jersey
3439. Bayonne, City of, New Jersey
3440. Beachwood, Borough of, New Jersey
3441. Belleville, Township of, New Jersey
3442. Bellmawr, Borough of, New Jersey
3443. Bergen, County of, New Jersey
3444. Bergenfield, Borough of, New Jersey
3445. Berkeley Heights, Township of, New Jersey
3446. Berkeley, Township of, New Jersey
3447. Bernards, Township of, New Jersey
3448. Bloomfield, Township of, New Jersey
3449. Bordentown, Township of, New Jersey
3450. Bound Brook, Borough of, New Jersey
3451. Branchburg, Township of, New Jersey
3452. Brick, Township of, New Jersey
3453. Bridgeton, City of, New Jersey
3454. Bridgewater, Township of, New Jersey
3455. Burlington, County of, New Jersey
3456. Burlington, Township of, New Jersey
3457. Camden, City of, New Jersey
3458. Camden, County of, New Jersey
3459. Cape May, County of, New Jersey
3460. Carteret, Borough of, New Jersey
3461. Cedar Grove, Township of, New Jersey
3462. Chatham, Township of, New Jersey
3463. Cherry Hill, Township of, New Jersey
3464. Cinnaminson, Township of, New Jersey
3465. City of Orange, Township of, New Jersey
3466. Clark, Township of, New Jersey
3467. Cliffside Park, Borough of, New Jersey

3468. Clifton, City of, New Jersey
3469. Clinton, Township of, New Jersey
3470. Collingswood, Borough of, New Jersey
3471. Cranford, Township of, New Jersey
3472. Cumberland, County of, New Jersey
3473. Delran, Township of, New Jersey
3474. Denville, Township of, New Jersey
3475. Deptford, Township of, New Jersey
3476. Dover, Town of, New Jersey
3477. Dumont, Borough of, New Jersey
3478. East Brunswick, Township of, New Jersey
3479. East Greenwich, Township of, New Jersey
3480. East Hanover, Township of, New Jersey
3481. East Orange, City of, New Jersey
3482. East Windsor, Township of, New Jersey
3483. Eatontown, Borough of, New Jersey
3484. Edgewater, Borough of, New Jersey
3485. Edison, Township of, New Jersey
3486. Egg Harbor, Township of, New Jersey
3487. Elizabeth, City of, New Jersey
3488. Elmwood Park, Borough of, New Jersey
3489. Englewood, City of, New Jersey
3490. Essex, County of, New Jersey
3491. Evesham, Township of, New Jersey
3492. Ewing, Township of, New Jersey
3493. Fair Lawn, Borough of, New Jersey
3494. Fairview, Borough of, New Jersey
3495. Florence, Township of, New Jersey
3496. Florham Park, Borough of, New Jersey
3497. Fort Lee, Borough of, New Jersey
3498. Franklin Lakes, Borough of, New Jersey
3499. Franklin, Township of, New Jersey
3500. Freehold, Borough of, New Jersey
3501. Freehold, Township of, New Jersey
3502. Galloway, Township of, New Jersey
3503. Garfield, City of, New Jersey
3504. Glassboro, Borough of, New Jersey

3505. Glen Rock, Borough of, New Jersey
3506. Gloucester City, City of, New Jersey
3507. Gloucester, County of, New Jersey
3508. Gloucester, Township of, New Jersey
3509. Guttenberg, Town of, New Jersey
3510. Hackensack, City of, New Jersey
3511. Haddon, Township of, New Jersey
3512. Haddonfield, Borough of, New Jersey
3513. Hamilton, Township of, New Jersey
3514. Hammonton, Town of, New Jersey
3515. Hanover, Township of, New Jersey
3516. Harrison, Town of, New Jersey
3517. Harrison, Township of, New Jersey
3518. Hasbrouck Heights, Borough of, New Jersey
3519. Hawthorne, Borough of, New Jersey
3520. Hazlet, Township of, New Jersey
3521. Highland Park, Borough of, New Jersey
3522. Hillsborough, Township of, New Jersey
3523. Hillsdale, Borough of, New Jersey
3524. Hillside, Township of, New Jersey
3525. Hoboken, City of, New Jersey
3526. Holmdel, Township of, New Jersey
3527. Hopatcong, Borough of, New Jersey
3528. Hopewell, Township of, New Jersey
3529. Howell, Township of, New Jersey
3530. Hudson, County of, New Jersey
3531. Hunterdon, County of, New Jersey
3532. Irvington, Township of, New Jersey
3533. Jackson, Township of, New Jersey
3534. Jefferson, Township of, New Jersey
3535. Jersey City, City of, New Jersey
3536. Kearny, Town of, New Jersey
3537. Lacey, Township of, New Jersey
3538. Lakewood, Township of, New Jersey
3539. Lawrence, Township of, New Jersey
3540. Lincoln Park, Borough of, New Jersey
3541. Linden, City of, New Jersey
3542. Lindenwold, Borough of, New Jersey

3543. Little Egg Harbor, Township of, New Jersey
3544. Little Falls, Township of, New Jersey
3545. Little Ferry, Borough of, New Jersey
3546. Livingston, Township of, New Jersey
3547. Lodi, Borough of, New Jersey
3548. Long Branch, City of, New Jersey
3549. Lower, Township of, New Jersey
3550. Lumberton, Township of, New Jersey
3551. Lyndhurst, Township of, New Jersey
3552. Madison, Borough of, New Jersey
3553. Mahwah, Township of, New Jersey
3554. Manalapan, Township of, New Jersey
3555. Manchester, Township of, New Jersey
3556. Mantua, Township of, New Jersey
3557. Manville, Borough of, New Jersey
3558. Maple Shade, Township of, New Jersey
3559. Maplewood, Township of, New Jersey
3560. Marlboro, Township of, New Jersey
3561. Medford, Township of, New Jersey
3562. Mercer, County of, New Jersey
3563. Metuchen, Borough of, New Jersey
3564. Middle, Township of, New Jersey
3565. Middlesex, Borough of, New Jersey
3566. Middlesex, County of, New Jersey
3567. Middletown, Township of, New Jersey
3568. Millburn, Township of, New Jersey
3569. Millstone, Township of, New Jersey
3570. Millville, City of, New Jersey
3571. Monmouth, County of, New Jersey
3572. Monroe, Township of, New Jersey
3573. Montclair, Township of, New Jersey
3574. Montgomery, Township of, New Jersey
3575. Montville, Township of, New Jersey
3576. Moorestown, Township of, New Jersey
3577. Morris, County of, New Jersey

3578. Morris, Township of, New Jersey
3579. Morristown, Town of, New Jersey
3580. Mount Laurel, Township of, New Jersey
3581. Mount Olive, Township of, New Jersey
3582. Neptune, Township of, New Jersey
3583. New Brunswick, City of, New Jersey
3584. New Milford, Borough of, New Jersey
3585. New Providence, Borough of, New Jersey
3586. Newark, City of, New Jersey
3587. North Arlington, Borough of, New Jersey
3588. North Bergen, Township of, New Jersey
3589. North Brunswick, Township of, New Jersey
3590. North Plainfield, Borough of, New Jersey
3591. Nutley, Township of, New Jersey
3592. Oakland, Borough of, New Jersey
3593. Ocean City, City of, New Jersey
3594. Ocean, County of, New Jersey
3595. Ocean, Township of, New Jersey
3596. Old Bridge, Township of, New Jersey
3597. Palisades Park, Borough of, New Jersey
3598. Paramus, Borough of, New Jersey
3599. Parsippany-Troy Hills, Township of, New Jersey
3600. Passaic, City of, New Jersey
3601. Passaic, County of, New Jersey
3602. Paterson, City of, New Jersey
3603. Pemberton, Township of, New Jersey
3604. Pennsauken, Township of, New Jersey
3605. Pennsville, Township of, New Jersey
3606. Pequannock, Township of, New Jersey
3607. Perth Amboy, City of, New Jersey
3608. Phillipsburg, Town of, New Jersey
3609. Pine Hill, Borough of, New Jersey

3610. Piscataway, Township of, New Jersey
3611. Plainfield, City of, New Jersey
3612. Plainsboro, Township of, New Jersey
3613. Pleasantville, City of, New Jersey
3614. Point Pleasant, Borough of, New Jersey
3615. Pompton Lakes, Borough of, New Jersey
3616. Princeton, New Jersey
3617. Rahway, City of, New Jersey
3618. Ramsey, Borough of, New Jersey
3619. Randolph, Township of, New Jersey
3620. Raritan, Township of, New Jersey
3621. Readington, Township of, New Jersey
3622. Red Bank, Borough of, New Jersey
3623. Ridgefield, Borough of, New Jersey
3624. Ridgefield Park, Village of, New Jersey
3625. Ridgewood, Village of, New Jersey
3626. Ringwood, Borough of, New Jersey
3627. River Edge, Borough of, New Jersey
3628. Robbinsville, Township of, New Jersey
3629. Rockaway, Township of, New Jersey
3630. Roselle, Borough of, New Jersey
3631. Roselle Park, Borough of, New Jersey
3632. Roxbury, Township of, New Jersey
3633. Rutherford, Borough of, New Jersey
3634. Saddle Brook, Township of, New Jersey
3635. Salem, County of, New Jersey
3636. Sayreville, Borough of, New Jersey
3637. Scotch Plains, Township of, New Jersey
3638. Secaucus, Town of, New Jersey
3639. Somers Point, City of, New Jersey
3640. Somerset, County of, New Jersey
3641. Somerville, Borough of, New Jersey
3642. South Brunswick, Township of, New Jersey
3643. South Orange Village, Township of, New Jersey

3644. South Plainfield, Borough of, New Jersey
3645. South River, Borough of, New Jersey
3646. Southampton, Township of, New Jersey
3647. Sparta, Township of, New Jersey
3648. Springfield, Township of, New Jersey
3649. Stafford, Township of, New Jersey
3650. Summit, City of, New Jersey
3651. Sussex, County of, New Jersey
3652. Teaneck, Township of, New Jersey
3653. Tenafly, Borough of, New Jersey
3654. Tinton Falls, Borough of, New Jersey
3655. Toms River, Township of, New Jersey
3656. Totowa, Borough of, New Jersey
3657. Trenton, City of, New Jersey
3658. Union City, City of, New Jersey
3659. Union, County of, New Jersey
3660. Union, Township of, New Jersey
3661. Upper, Township of, New Jersey
3662. Vernon, Township of, New Jersey
3663. Verona, Township of, New Jersey
3664. Vineland, City of, New Jersey
3665. Voorhees, Township of, New Jersey
3666. Waldwick, Borough of, New Jersey
3667. Wall, Township of, New Jersey
3668. Wallington, Borough of, New Jersey
3669. Wanaque, Borough of, New Jersey
3670. Wantage, Township of, New Jersey
3671. Warren, County of, New Jersey
3672. Warren, Township of, New Jersey
3673. Washington, Township of, New Jersey
3674. Waterford, Township of, New Jersey
3675. Wayne, Township of, New Jersey
3676. Weehawken, Township of, New Jersey
3677. West Caldwell, Township of, New Jersey
3678. West Deptford, Township of, New Jersey

3679. West Milford, Township of, New Jersey
3680. West New York, Town of, New Jersey
3681. West Orange, Township of, New Jersey
3682. West Windsor, Township of, New Jersey
3683. Westfield, Town of, New Jersey
3684. Westwood, Borough of, New Jersey
3685. Willingboro, Township of, New Jersey
3686. Winslow, Township of, New Jersey
3687. Woodbridge, Township of, New Jersey
3688. Woodland Park, Borough of, New Jersey
3689. Woolwich, Township of, New Jersey
3690. Wyckoff, Township of, New Jersey
3691. Albany, City of, New York
3692. Albany, County of, New York
3693. Allegany, County of, New York
3694. Amherst, Town of, New York
3695. Amsterdam, City of, New York
3696. Arcadia, Town of, New York
3697. Auburn, City of, New York
3698. Aurora, Town of, New York
3699. Babylon, Town of, New York
3700. Babylon, Village of, New York
3701. Ballston, Town of, New York
3702. Batavia, City of, New York
3703. Bath, Town of, New York
3704. Beacon, City of, New York
3705. Bedford, Town of, New York
3706. Beekman, Town of, New York
3707. Bethlehem, Town of, New York
3708. Binghamton, City of, New York
3709. Blooming Grove, Town of, New York
3710. Brighton, Town of, New York
3711. Bronx, County of, New York
3712. Brookhaven, Town of, New York
3713. Broome, County of, New York
3714. Brunswick, Town of, New York
3715. Buffalo, City of, New York
3716. Camillus, Town of, New York
3717. Canandaigua, City of, New York
3718. Canandaigua, Town of, New York
3719. Canton, Town of, New York
3720. Carmel, Town of, New York
3721. Catskill, Town of, New York
3722. Cattaraugus, County of, New York
3723. Cayuga, County of, New York
3724. Chautauqua, County of, New York
3725. Cheektowaga, Town of, New York
3726. Chemung, County of, New York
3727. Chenango, County of, New York
3728. Chenango, Town of, New York
3729. Chester, Town of, New York
3730. Chili, Town of, New York
3731. Cicero, Town of, New York
3732. Clarence, Town of, New York
3733. Clarkstown, Town of, New York
3734. Clay, Town of, New York
3735. Clifton Park, Town of, New York
3736. Clinton, County of, New York
3737. Cohoes, City of, New York
3738. Colonie, Town of, New York
3739. Columbia, County of, New York
3740. Corning, City of, New York
3741. Cornwall, Town of, New York
3742. Cortland, City of, New York
3743. Cortland, County of, New York
3744. Cortlandt, Town of, New York
3745. De Witt, Town of, New York
3746. Delaware, County of, New York
3747. Depew, Village of, New York
3748. Dobbs Ferry, Village of, New York
3749. Dryden, Town of, New York
3750. Dunkirk, City of, New York
3751. Dutchess, County of, New York
3752. East Fishkill, Town of, New York
3753. East Greenbush, Town of, New York
3754. East Hampton, Town of, New York
3755. Eastchester, Town of, New York
3756. Elma, Town of, New York
3757. Elmira, City of, New York
3758. Endicott, Village of, New York
3759. Erie, County of, New York
3760. Essex, County of, New York
3761. Evans, Town of, New York
3762. Fallsburg, Town of, New York

3763. Farmington, Town of, New York
3764. Fishkill, Town of, New York
3765. Floral Park, Village of, New York
3766. Franklin, County of, New York
3767. Fredonia, Village of, New York
3768. Freeport, Village of, New York
3769. Fulton, City of, New York
3770. Fulton, County of, New York
3771. Garden City, Village of, New York
3772. Gates, Town of, New York
3773. Geddes, Town of, New York
3774. Genesee, County of, New York
3775. Geneseo, Town of, New York
3776. Geneva, City of, New York
3777. German Flatts, Town of, New York
3778. Glen Cove, City of, New York
3779. Glens Falls, City of, New York
3780. Glenville, Town of, New York
3781. Gloversville, City of, New York
3782. Goshen, Town of, New York
3783. Grand Island, Town of, New York
3784. Great Neck, Village of, New York
3785. Greece, Town of, New York
3786. Greenburgh, Town of, New York
3787. Greene, County of, New York
3788. Guilderland, Town of, New York
3789. Halfmoon, Town of, New York
3790. Hamburg, Town of, New York
3791. Harrison, Town of, New York
3792. Harrison, Village of, New York
3793. Haverstraw, Town of, New York
3794. Haverstraw, Village of, New York
3795. Hempstead, Town of, New York
3796. Hempstead, Village of, New York
3797. Henrietta, Town of, New York
3798. Herkimer, County of, New York
3799. Highlands, Town of, New York
3800. Horseheads, Town of, New York
3801. Huntington, Town of, New York
3802. Hyde Park, Town of, New York
3803. Irondequoit, Town of, New York
3804. Islip, Town of, New York
3805. Ithaca, City of, New York
3806. Ithaca, Town of, New York
3807. Jamestown, City of, New York
3808. Jefferson, County of, New York

3809. Johnson City, Village of, New York
3810. Kenmore, Village of, New York
3811. Kent, Town of, New York
3812. Kings, County of, New York
3813. Kingsbury, Town of, New York
3814. Kingston, City of, New York
3815. Kirkland, Town of, New York
3816. Kiryas Joel, Village of, New York
3817. La Grange, Town of, New York
3818. Lackawanna, City of, New York
3819. Lake Grove, Village of, New York
3820. Lancaster, Town of, New York
3821. Lancaster, Village of, New York
3822. Lansing, Town of, New York
3823. Le Ray, Town of, New York
3824. Lewis, County of, New York
3825. Lewisboro, Town of, New York
3826. Lewiston, Town of, New York
3827. Lindenhurst, Village of, New York
3828. Livingston, County of, New York
3829. Lloyd, Town of, New York
3830. Lockport, City of, New York
3831. Lockport, Town of, New York
3832. Long Beach, City of, New York
3833. Lynbrook, Village of, New York
3834. Lysander, Town of, New York
3835. Madison, County of, New York
3836. Malone, Town of, New York
3837. Malta, Town of, New York
3838. Mamakating, Town of, New York
3839. Mamaroneck, Town of, New York
3840. Mamaroneck, Village of, New York
3841. Manlius, Town of, New York
3842. Massapequa Park, Village of, New York
3843. Massena, Town of, New York
3844. Massena, Village of, New York
3845. Middletown, City of, New York
3846. Milton, Town of, New York
3847. Mineola, Village of, New York
3848. Monroe, County of, New York
3849. Monroe, Town of, New York
3850. Montgomery, County of, New York
3851. Montgomery, Town of, New York
3852. Moreau, Town of, New York

3853. Mount Kisco, Village of/ Town of, New York
3854. Mount Pleasant, Town of, New York
3855. Mount Vernon, City of, New York
3856. Nassau, County of, New York
3857. New Castle, Town of, New York
3858. New Hartford, Town of, New York
3859. New Paltz, Town of, New York
3860. New Rochelle, City of, New York
3861. New Windsor, Town of, New York
3862. New York, City of, New York
3863. New York, County of, New York
3864. Newburgh, City of, New York
3865. Newburgh, Town of, New York
3866. Niagara, County of, New York
3867. Niagara Falls, City of, New York
3868. Niskayuna, Town of, New York
3869. North Castle, Town of, New York
3870. North Greenbush, Town of, New York
3871. North Hempstead, Town of, New York
3872. North Tonawanda, City of, New York
3873. Ogden, Town of, New York
3874. Ogdensburg, City of, New York
3875. Olean, City of, New York
3876. Oneida, City of, New York
3877. Oneida, County of, New York
3878. Oneonta, City of, New York
3879. Onondaga, County of, New York
3880. Onondaga, Town of, New York
3881. Ontario, County of, New York
3882. Ontario, Town of, New York
3883. Orange, County of, New York
3884. Orangetown, Town of, New York
3885. Orchard Park, Town of, New York
3886. Orleans, County of, New York
3887. Ossining, Town of, New York
3888. Ossining, Village of, New York
3889. Oswego, City of, New York
3890. Oswego, County of, New York
3891. Otsego, County of, New York
3892. Owego, Town of, New York
3893. Oyster Bay, Town of, New York
3894. Palm Tree, Town of, New York

3895. Parma, Town of, New York
3896. Patchogue, Village of, New York
3897. Patterson, Town of, New York
3898. Peekskill, City of, New York
3899. Pelham, Town of, New York
3900. Penfield, Town of, New York
3901. Perinton, Town of, New York
3902. Pittsford, Town of, New York
3903. Plattekill, Town of, New York
3904. Plattsburgh, City of, New York
3905. Plattsburgh, Town of, New York
3906. Pomfret, Town of, New York
3907. Port Chester, Village of, New York
3908. Potsdam, Town of, New York
3909. Poughkeepsie, City of, New York
3910. Poughkeepsie, Town of, New York
3911. Putnam, County of, New York
3912. Putnam Valley, Town of, New York
3913. Queens, County of, New York
3914. Queensbury, Town of, New York
3915. Ramapo, Town of, New York
3916. Red Hook, Town of, New York
3917. Rensselaer, County of, New York
3918. Richmond, County of, New York
3919. Riverhead, Town of, New York
3920. Rochester, City of, New York
3921. Rockland, County of, New York
3922. Rockville Centre, Village of, New York
3923. Rome, City of, New York
3924. Rotterdam, Town of, New York
3925. Rye, City of, New York
3926. Rye, Town of, New York
3927. Salina, Town of, New York
3928. Saratoga, County of, New York
3929. Saratoga Springs, City of, New York
3930. Saugerties, Town of, New York
3931. Scarsdale, Village of/ Scarsdale, Town of, New York
3932. Schenectady, City of, New York
3933. Schenectady, County of, New York
3934. Schodack, Town of, New York
3935. Schoharie, County of, New York
3936. Schuyler, County of, New York
3937. Seneca, County of, New York
3938. Shawangunk, Town of, New York

3939. Sleepy Hollow, Village of, New York
3940. Smithtown, Town of, New York
3941. Somers, Town of, New York
3942. Southampton, Town of, New York
3943. Southeast, Town of, New York
3944. Southold, Town of, New York
3945. Spring Valley, Village of, New York
3946. St. Lawrence, County of, New York
3947. Steuben, County of, New York
3948. Stony Point, Town of, New York
3949. Suffern, Village of, New York
3950. Suffolk, County of, New York
3951. Sullivan, County of, New York
3952. Sullivan, Town of, New York
3953. Sweden, Town of, New York
3954. Syracuse, City of, New York
3955. Tarrytown, Village of, New York
3956. Thompson, Town of, New York
3957. Tioga, County of, New York
3958. Tompkins, County of, New York
3959. Tonawanda, City of, New York
3960. Tonawanda, Town of, New York
3961. Troy, City of, New York
3962. Ulster, County of, New York
3963. Ulster, Town of, New York
3964. Union, Town of, New York
3965. Utica, City of, New York
3966. Valley Stream, Village of, New York
3967. Van Buren, Town of, New York
3968. Vestal, Town of, New York
3969. Victor, Town of, New York
3970. Wallkill, Town of, New York
3971. Wappinger, Town of, New York
3972. Warren, County of, New York
3973. Warwick, Town of, New York
3974. Washington, County of, New York
3975. Watertown, City of, New York
3976. Wawarsing, Town of, New York
3977. Wayne, County of, New York
3978. Webster, Town of, New York
3979. West Haverstraw, Village of, New York
3980. West Seneca, Town of, New York
3981. Westbury, Village of, New York
3982. Westchester, County of, New York
3983. Wheatfield, Town of, New York
3984. White Plains, City of, New York
3985. Whitestown, Town of, New York
3986. Wilton, Town of, New York
3987. Woodbury, Town of, New York
3988. Woodbury, Village of, New York
3989. Wyoming, County of, New York
3990. Yates, County of, New York
3991. Yonkers, City of, New York
3992. Yorktown, Town of, New York
3993. Alamance, County of, North Carolina
3994. Albemarle, City of, North Carolina
3995. Alexander, County of, North Carolina
3996. Alleghany, County of, North Carolina
3997. Anson, County of, North Carolina
3998. Apex, Town of, North Carolina
3999. Archdale, City of, North Carolina
4000. Ashe, County of, North Carolina
4001. Asheboro, City of, North Carolina
4002. Asheville, City of, North Carolina
4003. Avery, County of, North Carolina
4004. Beaufort, County of, North Carolina
4005. Belmont, City of, North Carolina
4006. Bertie, County of, North Carolina
4007. Bladen, County of, North Carolina
4008. Boone, Town of, North Carolina
4009. Brunswick, County of, North Carolina
4010. Buncombe, County of, North Carolina
4011. Burke, County of, North Carolina
4012. Burlington, City of, North Carolina
4013. Cabarrus, County of, North Carolina
4014. Caldwell, County of, North Carolina
4015. Camden, County of, North Carolina
4016. Carrboro, Town of, North Carolina
4017. Carteret, County of, North Carolina
4018. Cary, Town of, North Carolina
4019. Caswell, County of, North Carolina
4020. Catawba, County of, North Carolina
4021. Chapel Hill, Town of, North Carolina
4022. Charlotte, City of, North Carolina

4023. Chatham, County of, North Carolina
4024. Cherokee, County of, North Carolina
4025. Chowan, County of, North Carolina
4026. Clay, County of, North Carolina
4027. Clayton, Town of, North Carolina
4028. Clemmons, Village of, North Carolina
4029. Cleveland, County of, North Carolina
4030. Columbus, County of, North Carolina
4031. Concord, City of, North Carolina
4032. Cornelius, Town of, North Carolina
4033. Craven, County of, North Carolina
4034. Cumberland, County of, North Carolina
4035. Currituck, County of, North Carolina
4036. Dare, County of, North Carolina
4037. Davidson, County of, North Carolina
4038. Davidson, Town of, North Carolina
4039. Davie, County of, North Carolina
4040. Duplin, County of, North Carolina
4041. Durham, City of, North Carolina
4042. Durham, County of, North Carolina
4043. Eden, City of, North Carolina
4044. Edgecombe, County of, North Carolina
4045. Elizabeth City, City of, North Carolina
4046. Elon, Town of, North Carolina
4047. Fayetteville, City of, North Carolina
4048. Forsyth, County of, North Carolina
4049. Franklin, County of, North Carolina
4050. Fuquay-Varina, Town of, North Carolina
4051. Garner, Town of, North Carolina
4052. Gaston, County of, North Carolina
4053. Gastonia, City of, North Carolina
4054. Gates, County of, North Carolina
4055. Goldsboro, City of, North Carolina
4056. Graham, City of, North Carolina
4057. Granville, County of, North Carolina
4058. Greene, County of, North Carolina
4059. Greensboro, City of, North Carolina
4060. Greenville, City of, North Carolina
4061. Guilford, County of, North Carolina
4062. Halifax, County of, North Carolina
4063. Harnett, County of, North Carolina
4064. Harrisburg, Town of, North Carolina
4065. Havelock, City of, North Carolina
4066. Haywood, County of, North Carolina
4067. Henderson, City of, North Carolina
4068. Henderson, County of, North Carolina
4069. Hendersonville, City of, North Carolina
4070. Hertford, County of, North Carolina
4071. Hickory, City of, North Carolina
4072. High Point, City of, North Carolina
4073. Hoke, County of, North Carolina
4074. Holly Springs, Town of, North Carolina
4075. Hope Mills, Town of, North Carolina
4076. Huntersville, Town of, North Carolina
4077. Indian Trail, Town of, North Carolina
4078. Iredell, County of, North Carolina
4079. Jackson, County of, North Carolina
4080. Jacksonville, City of, North Carolina
4081. Johnston, County of, North Carolina
4082. Kannapolis, City of, North Carolina
4083. Kernersville, Town of, North Carolina
4084. Kings Mountain, City of, North Carolina
4085. Kinston, City of, North Carolina
4086. Knightdale, Town of, North Carolina
4087. Laurinburg, City of, North Carolina
4088. Lee, County of, North Carolina
4089. Leland, Town of, North Carolina
4090. Lenoir, City of, North Carolina
4091. Lenoir, County of, North Carolina
4092. Lewisville, Town of, North Carolina
4093. Lexington, City of, North Carolina
4094. Lincoln, County of, North Carolina
4095. Lincolnton, City of, North Carolina
4096. Lumberton, City of, North Carolina
4097. Macon, County of, North Carolina
4098. Madison, County of, North Carolina
4099. Martin, County of, North Carolina
4100. Matthews, Town of, North Carolina

4101. McDowell, County of, North Carolina
4102. Mebane, City of, North Carolina
4103. Mecklenburg, County of, North Carolina
4104. Mint Hill, Town of, North Carolina
4105. Mitchell, County of, North Carolina
4106. Monroe, City of, North Carolina
4107. Montgomery, County of, North Carolina
4108. Moore, County of, North Carolina
4109. Mooresville, Town of, North Carolina
4110. Morganton, City of, North Carolina
4111. Morrisville, Town of, North Carolina
4112. Mount Airy, City of, North Carolina
4113. Mount Holly, City of, North Carolina
4114. Nash, County of, North Carolina
4115. New Bern, City of, North Carolina
4116. New Hanover, County of, North Carolina
4117. Newton, City of, North Carolina
4118. Northampton, County of, North Carolina
4119. Onslow, County of, North Carolina
4120. Orange, County of, North Carolina
4121. Pamlico, County of, North Carolina
4122. Pasquotank, County of, North Carolina
4123. Pender, County of, North Carolina
4124. Perquimans, County of, North Carolina
4125. Person, County of, North Carolina
4126. Pinehurst, Village of, North Carolina
4127. Pitt, County of, North Carolina
4128. Polk, County of, North Carolina
4129. Raleigh, City of, North Carolina
4130. Randolph, County of, North Carolina
4131. Reidsville, City of, North Carolina
4132. Richmond, County of, North Carolina
4133. Roanoke Rapids, City of, North Carolina
4134. Robeson, County of, North Carolina
4135. Rockingham, County of, North Carolina
4136. Rocky Mount, City of, North Carolina
4137. Rowan, County of, North Carolina
4138. Rutherford, County of, North Carolina
4139. Salisbury, City of, North Carolina
4140. Sampson, County of, North Carolina
4141. Sanford, City of, North Carolina
4142. Scotland, County of, North Carolina
4143. Shelby, City of, North Carolina
4144. Smithfield, Town of, North Carolina
4145. Southern Pines, Town of, North Carolina
4146. Spring Lake, Town of, North Carolina
4147. Stallings, Town of, North Carolina
4148. Stanly, County of, North Carolina
4149. Statesville, City of, North Carolina
4150. Stokes, County of, North Carolina
4151. Summerfield, Town of, North Carolina
4152. Surry, County of, North Carolina
4153. Swain, County of, North Carolina
4154. Tarboro, Town of, North Carolina
4155. Thomasville, City of, North Carolina
4156. Transylvania, County of, North Carolina
4157. Union, County of, North Carolina
4158. Vance, County of, North Carolina
4159. Wake, County of, North Carolina
4160. Wake Forest, Town of, North Carolina
4161. Warren, County of, North Carolina
4162. Washington, County of, North Carolina
4163. Watauga, County of, North Carolina
4164. Waxhaw, Town of, North Carolina
4165. Wayne, County of, North Carolina
4166. Waynesville, Town of, North Carolina
4167. Weddington, Town of, North Carolina
4168. Wilkes, County of, North Carolina
4169. Wilmington, City of, North Carolina

4170. Wilson, City of, North Carolina
4171. Wilson, County of, North Carolina
4172. Winston-Salem, City of, North Carolina
4173. Yadkin, County of, North Carolina
4174. Yancey, County of, North Carolina
4175. Barnes, County of, North Dakota
4176. Bismarck, City of, North Dakota
4177. Burleigh, County of, North Dakota
4178. Cass, County of, North Dakota
4179. Dickinson, City of, North Dakota
4180. Fargo, City of, North Dakota
4181. Grand Forks, City of, North Dakota
4182. Grand Forks, County of, North Dakota
4183. Jamestown, City of, North Dakota
4184. Mandan, City of, North Dakota
4185. McKenzie, County of, North Dakota
4186. Minot, City of, North Dakota
4187. Morton, County of, North Dakota
4188. Mountrail, County of, North Dakota
4189. Ramsey, County of, North Dakota
4190. Richland, County of, North Dakota
4191. Rolette, County of, North Dakota
4192. Stark, County of, North Dakota
4193. Stutsman, County of, North Dakota
4194. Walsh, County of, North Dakota
4195. Ward, County of, North Dakota
4196. West Fargo, City of, North Dakota
4197. Williams, County of, North Dakota
4198. Williston, City of, North Dakota
4199. Adams, County of, Ohio
4200. Akron, City of, Ohio
4201. Allen, County of, Ohio
4202. Alliance, City of, Ohio
4203. American, Township of, Ohio
4204. Amherst, City of, Ohio
4205. Anderson, Township of, Ohio
4206. Ashland, City of, Ohio
4207. Ashland, County of, Ohio
4208. Ashtabula, City of, Ohio
4209. Ashtabula, County of, Ohio
4210. Ashtabula, Township of, Ohio
4211. Athens, City of, Ohio
4212. Athens, County of, Ohio
4213. Athens, Township of, Ohio

4214. Auglaize, County of, Ohio
4215. Aurora, City of, Ohio
4216. Austintown, Township of, Ohio
4217. Avon, City of, Ohio
4218. Avon Lake, City of, Ohio
4219. Bainbridge, Township of, Ohio
4220. Barberton, City of, Ohio
4221. Batavia, Township of, Ohio
4222. Bath, Township of, Ohio
4223. Bay, Village of, City of, Ohio
4224. Beachwood, City of, Ohio
4225. Beavercreek, City of, Ohio
4226. Beavercreek, Township of, Ohio
4227. Bedford, City of, Ohio
4228. Bedford Heights, City of, Ohio
4229. Bellefontaine, City of, Ohio
4230. Belmont, County of, Ohio
4231. Berea, City of, Ohio
4232. Bethel, Township of, Ohio
4233. Bexley, City of, Ohio
4234. Blue Ash, City of, Ohio
4235. Boardman, Township of, Ohio
4236. Bowling Green, City of, Ohio
4237. Brecksville, City of, Ohio
4238. Brimfield, Township of, Ohio
4239. Broadview Heights, City of, Ohio
4240. Brook Park, City of, Ohio
4241. Brooklyn, City of, Ohio
4242. Brown, County of, Ohio
4243. Brunswick, City of, Ohio
4244. Brunswick Hills, Township of, Ohio
4245. Bucyrus, City of, Ohio
4246. Butler, County of, Ohio
4247. Cambridge, City of, Ohio
4248. Cambridge, Township of, Ohio
4249. Canfield, Township of, Ohio
4250. Canton, City of, Ohio
4251. Canton, Township of, Ohio
4252. Carroll, County of, Ohio
4253. Celina, City of, Ohio
4254. Centerville, City of, Ohio
4255. Champaign, County of, Ohio
4256. Chester, Township of, Ohio
4257. Chillicothe, City of, Ohio
4258. Chippewa, Township of, Ohio
4259. Cincinnati, City of, Ohio

| | |
|---|---|
| 4260. | Circleville, City of, Ohio |
| 4261. | Clark, County of, Ohio |
| 4262. | Clayton, City of, Ohio |
| 4263. | Clear Creek, Township of, Ohio |
| 4264. | Clermont, County of, Ohio |
| 4265. | Cleveland, City of, Ohio |
| 4266. | Cleveland Heights, City of, Ohio |
| 4267. | Clinton, County of, Ohio |
| 4268. | Clinton, Township of, Ohio |
| 4269. | Colerain, Township of, Ohio |
| 4270. | Columbiana, County of, Ohio |
| 4271. | Columbus, City of, Ohio |
| 4272. | Concord, Township of, Ohio |
| 4273. | Conneaut, City of, Ohio |
| 4274. | Copley, Township of, Ohio |
| 4275. | Coshocton, City of, Ohio |
| 4276. | Coshocton, County of, Ohio |
| 4277. | Coventry, Township of, Ohio |
| 4278. | Crawford, County of, Ohio |
| 4279. | Cuyahoga, County of, Ohio |
| 4280. | Cuyahoga Falls, City of, Ohio |
| 4281. | Darke, County of, Ohio |
| 4282. | Dayton, City of, Ohio |
| 4283. | Deerfield, Township of, Ohio |
| 4284. | Defiance, City of, Ohio |
| 4285. | Defiance, County of, Ohio |
| 4286. | Defiance, Township of, Ohio |
| 4287. | Delaware, City of, Ohio |
| 4288. | Delaware City, Township of, Ohio |
| 4289. | Delaware, County of, Ohio |
| 4290. | Delhi, Township of, Ohio |
| 4291. | Dover, City of, Ohio |
| 4292. | Dublin, City of, Ohio |
| 4293. | Duchouquet, Township of, Ohio |
| 4294. | East Cleveland, City of, Ohio |
| 4295. | East Liverpool, City of, Ohio |
| 4296. | Eastlake, City of, Ohio |
| 4297. | Elyria, City of, Ohio |
| 4298. | Englewood, City of, Ohio |
| 4299. | Erie, County of, Ohio |
| 4300. | Etna, Township of, Ohio |
| 4301. | Euclid, City of, Ohio |
| 4302. | Fairborn, City of, Ohio |
| 4303. | Fairfield, City of, Ohio |
| 4304. | Fairfield, County of, Ohio |
| 4305. | Fairfield, Township of, Ohio |

| | |
|---|---|
| 4306. | Fairview Park, City of, Ohio |
| 4307. | Falls, Township of, Ohio |
| 4308. | Fayette, County of, Ohio |
| 4309. | Findlay, City of, Ohio |
| 4310. | Forest Park, City of, Ohio |
| 4311. | Fostoria, City of, Ohio |
| 4312. | Franklin, City of, Ohio |
| 4313. | Franklin, County of, Ohio |
| 4314. | Franklin, Township of, Ohio |
| 4315. | Fremont, City of, Ohio |
| 4316. | Fulton, County of, Ohio |
| 4317. | Gahanna, City of, Ohio |
| 4318. | Gallia, County of, Ohio |
| 4319. | Garfield Heights, City of, Ohio |
| 4320. | Geauga, County of, Ohio |
| 4321. | Geneva, Township of, Ohio |
| 4322. | Genoa, Township of, Ohio |
| 4323. | Goshen, Township of, Ohio |
| 4324. | Granville, Township of, Ohio |
| 4325. | Green, City of, Ohio |
| 4326. | Green, Township of, Ohio |
| 4327. | Greene, County of, Ohio |
| 4328. | Greenville, City of, Ohio |
| 4329. | Greenville, Township of, Ohio |
| 4330. | Grove City, City of, Ohio |
| 4331. | Guernsey, County of, Ohio |
| 4332. | Hamilton, City of, Ohio |
| 4333. | Hamilton, County of, Ohio |
| 4334. | Hamilton, Township of, Ohio |
| 4335. | Hancock, County of, Ohio |
| 4336. | Hardin, County of, Ohio |
| 4337. | Harrison, City of, Ohio |
| 4338. | Harrison, County of, Ohio |
| 4339. | Harrison, Township of, Ohio |
| 4340. | Heath, City of, Ohio |
| 4341. | Henry, County of, Ohio |
| 4342. | Highland, County of, Ohio |
| 4343. | Hilliard, City of, Ohio |
| 4344. | Hocking, County of, Ohio |
| 4345. | Holmes, County of, Ohio |
| 4346. | Howland, Township of, Ohio |
| 4347. | Hubbard, Township of, Ohio |
| 4348. | Huber Heights, City of, Ohio |
| 4349. | Hudson, City of, Ohio |
| 4350. | Huron, County of, Ohio |
| 4351. | Huron, Township of, Ohio |

| | |
|---|---|
| 4352. Ironton, City of, Ohio | 4398. Meigs, County of, Ohio |
| 4353. Jackson, County of, Ohio | 4399. Mentor, City of, Ohio |
| 4354. Jackson, Township of, Ohio | 4400. Mercer, County of, Ohio |
| 4355. Jefferson, County of, Ohio | 4401. Miami, County of, Ohio |
| 4356. Jefferson, Township of, Ohio | 4402. Miami, Township of, Ohio |
| 4357. Kent, City of, Ohio | 4403. Miamisburg, City of, Ohio |
| 4358. Kettering, City of, Ohio | 4404. Middleburg Heights, City of, Ohio |
| 4359. Knox, County of, Ohio | 4405. Middletown, City of, Ohio |
| 4360. Lake, County of, Ohio | 4406. Mifflin, Township of, Ohio |
| 4361. Lake, Township of, Ohio | 4407. Monclova, Township of, Ohio |
| 4362. Lakewood, City of, Ohio | 4408. Monroe, City of, Ohio |
| 4363. Lancaster, City of, Ohio | 4409. Monroe, County of, Ohio |
| 4364. Lancaster City, Township of, Ohio | 4410. Monroe, Township of, Ohio |
| 4365. Lawrence, County of, Ohio | 4411. Montgomery, City of, Ohio |
| 4366. Lawrence, Township of, Ohio | 4412. Montgomery, County of, Ohio |
| 4367. Lebanon, City of, Ohio | 4413. Montville, Township of, Ohio |
| 4368. Lemon, Township of, Ohio | 4414. Moorefield, Township of, Ohio |
| 4369. Liberty, Township of, Ohio | 4415. Morgan, County of, Ohio |
| 4370. Licking, County of, Ohio | 4416. Morrow, County of, Ohio |
| 4371. Lima, City of, Ohio | 4417. Mount Vernon, City of, Ohio |
| 4372. Logan, County of, Ohio | 4418. Muskingum, County of, Ohio |
| 4373. London, City of, Ohio | 4419. New Albany, City of, Ohio |
| 4374. Lorain, City of, Ohio | 4420. New Franklin, City of, Ohio |
| 4375. Lorain, County of, Ohio | 4421. New Philadelphia, City of, Ohio |
| 4376. Loveland, City of, Ohio | 4422. Newark, City of, Ohio |
| 4377. Lucas, County of, Ohio | 4423. Niles, City of, Ohio |
| 4378. Lyndhurst, City of, Ohio | 4424. Noble, County of, Ohio |
| 4379. Macedonia, City of, Ohio | 4425. North Canton, City of, Ohio |
| 4380. Mad River, Township of, Ohio | 4426. North Olmsted, City of, Ohio |
| 4381. Madison, County of, Ohio | 4427. North Ridgeville, City of, Ohio |
| 4382. Madison, Township of, Ohio | 4428. North Royalton, City of, Ohio |
| 4383. Mahoning, County of, Ohio | 4429. Norton, City of, Ohio |
| 4384. Mansfield, City of, Ohio | 4430. Norwalk, City of, Ohio |
| 4385. Maple Heights, City of, Ohio | 4431. Norwich, Township of, Ohio |
| 4386. Marietta, City of, Ohio | 4432. Norwood, City of, Ohio |
| 4387. Marion, City of, Ohio | 4433. Olmsted, Township of, Ohio |
| 4388. Marion, County of, Ohio | 4434. Orange, Township of, Ohio |
| 4389. Marion, Township of, Ohio | 4435. Oregon, City of, Ohio |
| 4390. Marysville, City of, Ohio | 4436. Ottawa, County of, Ohio |
| 4391. Mason, City of, Ohio | 4437. Oxford, City of, Ohio |
| 4392. Massillon, City of, Ohio | 4438. Oxford, Township of, Ohio |
| 4393. Maumee, City of, Ohio | 4439. Painesville, City of, Ohio |
| 4394. Mayfield Heights, City of, Ohio | 4440. Painesville, Township of, Ohio |
| 4395. Medina, City of, Ohio | 4441. Paris, Township of, Ohio |
| 4396. Medina City, Township of, Ohio | 4442. Parma, City of, Ohio |
| 4397. Medina, County of, Ohio | 4443. Parma Heights, City of, Ohio |

4444. Pataskala, City of, Ohio
4445. Paulding, County of, Ohio
4446. Pease, Township of, Ohio
4447. Perkins, Township of, Ohio
4448. Perry, County of, Ohio
4449. Perry, Township of, Ohio
4450. Perrysburg, City of, Ohio
4451. Perrysburg, Township of, Ohio
4452. Pickaway, County of, Ohio
4453. Pickerington, City of, Ohio
4454. Pierce, Township of, Ohio
4455. Pike, County of, Ohio
4456. Piqua, City of, Ohio
4457. Plain, Township of, Ohio
4458. Pleasant, Township of, Ohio
4459. Poland, Township of, Ohio
4460. Portage, County of, Ohio
4461. Portsmouth, City of, Ohio
4462. Powell, City of, Ohio
4463. Prairie, Township of, Ohio
4464. Preble, County of, Ohio
4465. Putnam, County of, Ohio
4466. Ravenna, City of, Ohio
4467. Reading, City of, Ohio
4468. Reynoldsburg, City of, Ohio
4469. Richland, County of, Ohio
4470. Richland, Township of, Ohio
4471. Richmond Heights, City of, Ohio
4472. Riverside, City of, Ohio
4473. Rocky River, City of, Ohio
4474. Ross, County of, Ohio
4475. Sagamore Hills, Township of, Ohio
4476. Salem, City of, Ohio
4477. Sandusky, City of, Ohio
4478. Sandusky, County of, Ohio
4479. Scioto, County of, Ohio
4480. Scioto, Township of, Ohio
4481. Seneca, County of, Ohio
4482. Seven Hills, City of, Ohio
4483. Shaker Heights, City of, Ohio
4484. Sharon, Township of, Ohio
4485. Sharonville, City of, Ohio
4486. Shawnee, Township of, Ohio
4487. Shelby, County of, Ohio
4488. Sidney, City of, Ohio
4489. Solon, City of, Ohio

4490. South Euclid, City of, Ohio
4491. Springboro, City of, Ohio
4492. Springdale, City of, Ohio
4493. Springfield, City of, Ohio
4494. Springfield, Township of, Ohio
4495. St. Marys, Township of, Ohio
4496. Stark, County of, Ohio
4497. Steubenville, City of, Ohio
4498. Stow, City of, Ohio
4499. Streetsboro, City of, Ohio
4500. Strongsville, City of, Ohio
4501. Struthers, City of, Ohio
4502. Summit, County of, Ohio
4503. Sycamore, Township of, Ohio
4504. Sylvania, City of, Ohio
4505. Sylvania, Township of, Ohio
4506. Symmes, Township of, Ohio
4507. Tallmadge, City of, Ohio
4508. Tiffin, City of, Ohio
4509. Tipp City, City of, Ohio
4510. Toledo, City of, Ohio
4511. Trenton, City of, Ohio
4512. Trotwood, City of, Ohio
4513. Troy, City of, Ohio
4514. Trumbull, County of, Ohio
4515. Truro, Township of, Ohio
4516. Turtlecreek, Township of, Ohio
4517. Tuscarawas, County of, Ohio
4518. Twinsburg, City of, Ohio
4519. Union, County of, Ohio
4520. Union, Township of, Ohio
4521. University Heights, City of, Ohio
4522. Upper Arlington, City of, Ohio
4523. Upper, Township of, Ohio
4524. Urbana, City of, Ohio
4525. Urbana, Township of, Ohio
4526. Van Wert, City of, Ohio
4527. Van Wert, County of, Ohio
4528. Vandalia, City of, Ohio
4529. Vermilion, City of, Ohio
4530. Vinton, County of, Ohio
4531. Violet, Township of, Ohio
4532. Wadsworth, City of, Ohio
4533. Warren, City of, Ohio
4534. Warren, County of, Ohio
4535. Warrensville Heights, City of, Ohio

| | | | |
|---|---|---|---|
| 4536. | Washington, County of, Ohio | 4581. | Creek, County of, Oklahoma |
| 4537. | Washington Court House, City of, Ohio | 4582. | Custer, County of, Oklahoma |
| | | 4583. | Del City, City of, Oklahoma |
| 4538. | Washington, Township of, Ohio | 4584. | Delaware, County of, Oklahoma |
| 4539. | Wayne, County of, Ohio | 4585. | Duncan, City of, Oklahoma |
| 4540. | Weathersfield, Township of, Ohio | 4586. | Durant, City of, Oklahoma |
| 4541. | West Carrollton, City of, Ohio | 4587. | Edmond, City of, Oklahoma |
| 4542. | West Chester, Township of, Ohio | 4588. | El Reno, City of, Oklahoma |
| 4543. | Westerville, City of, Ohio | 4589. | Elk City, City of, Oklahoma |
| 4544. | Westlake, City of, Ohio | 4590. | Enid, City of, Oklahoma |
| 4545. | Whitehall, City of, Ohio | 4591. | Garfield, County of, Oklahoma |
| 4546. | Wickliffe, City of, Ohio | 4592. | Garvin, County of, Oklahoma |
| 4547. | Williams, County of, Ohio | 4593. | Glenpool, City of, Oklahoma |
| 4548. | Willoughby, City of, Ohio | 4594. | Grady, County of, Oklahoma |
| 4549. | Willowick, City of, Ohio | 4595. | Guthrie, City of, Oklahoma |
| 4550. | Wilmington, City of, Ohio | 4596. | Guymon, City of, Oklahoma |
| 4551. | Wood, County of, Ohio | 4597. | Haskell, County of, Oklahoma |
| 4552. | Wooster, City of, Ohio | 4598. | Hughes, County of, Oklahoma |
| 4553. | Worthington, City of, Ohio | 4599. | Jackson, County of, Oklahoma |
| 4554. | Wyandot, County of, Ohio | 4600. | Jenks, City of, Oklahoma |
| 4555. | Xenia, City of, Ohio | 4601. | Johnston, County of, Oklahoma |
| 4556. | Youngstown, City of, Ohio | 4602. | Kay, County of, Oklahoma |
| 4557. | Zanesville, City of, Ohio | 4603. | Kingfisher, County of, Oklahoma |
| 4558. | Ada, City of, Oklahoma | 4604. | Latimer, County of, Oklahoma |
| 4559. | Adair, County of, Oklahoma | 4605. | Lawton, City of, Oklahoma |
| 4560. | Altus, City of, Oklahoma | 4606. | Le Flore, County of, Oklahoma |
| 4561. | Ardmore, City of, Oklahoma | 4607. | Lincoln, County of, Oklahoma |
| 4562. | Atoka, County of, Oklahoma | 4608. | Logan, County of, Oklahoma |
| 4563. | Bartlesville, City of, Oklahoma | 4609. | Love, County of, Oklahoma |
| 4564. | Beckham, County of, Oklahoma | 4610. | Marshall, County of, Oklahoma |
| 4565. | Bethany, City of, Oklahoma | 4611. | Mayes, County of, Oklahoma |
| 4566. | Bixby, City of, Oklahoma | 4612. | McAlester, City of, Oklahoma |
| 4567. | Broken Arrow, City of, Oklahoma | 4613. | McClain, County of, Oklahoma |
| 4568. | Bryan, County of, Oklahoma | 4614. | McCurtain, County of, Oklahoma |
| 4569. | Caddo, County of, Oklahoma | 4615. | McIntosh, County of, Oklahoma |
| 4570. | Canadian, County of, Oklahoma | 4616. | Miami, City of, Oklahoma |
| 4571. | Carter, County of, Oklahoma | 4617. | Midwest City, City of, Oklahoma |
| 4572. | Cherokee, County of, Oklahoma | 4618. | Moore, City of, Oklahoma |
| 4573. | Chickasha, City of, Oklahoma | 4619. | Murray, County of, Oklahoma |
| 4574. | Choctaw, City of, Oklahoma | 4620. | Muskogee, City of, Oklahoma |
| 4575. | Choctaw, County of, Oklahoma | 4621. | Muskogee, County of, Oklahoma |
| 4576. | Claremore, City of, Oklahoma | 4622. | Mustang, City of, Oklahoma |
| 4577. | Cleveland, County of, Oklahoma | 4623. | Newcastle, City of, Oklahoma |
| 4578. | Comanche, County of, Oklahoma | 4624. | Noble, County of, Oklahoma |
| 4579. | Coweta, City of, Oklahoma | 4625. | Norman, City of, Oklahoma |
| 4580. | Craig, County of, Oklahoma | 4626. | Nowata, County of, Oklahoma |

4627. Okfuskee, County of, Oklahoma
4628. Oklahoma City, City of, Oklahoma
4629. Oklahoma, County of, Oklahoma
4630. Okmulgee, City of, Oklahoma
4631. Okmulgee, County of, Oklahoma
4632. Osage, County of, Oklahoma
4633. Ottawa, County of, Oklahoma
4634. Owasso, City of, Oklahoma
4635. Pawnee, County of, Oklahoma
4636. Payne, County of, Oklahoma
4637. Pittsburg, County of, Oklahoma
4638. Ponca City, City of, Oklahoma
4639. Pontotoc, County of, Oklahoma
4640. Pottawatomie, County of, Oklahoma
4641. Pushmataha, County of, Oklahoma
4642. Rogers, County of, Oklahoma
4643. Sand Springs, City of, Oklahoma
4644. Sapulpa, City of, Oklahoma
4645. Seminole, County of, Oklahoma
4646. Sequoyah, County of, Oklahoma
4647. Shawnee, City of, Oklahoma
4648. Stephens, County of, Oklahoma
4649. Stillwater, City of, Oklahoma
4650. Tahlequah, City of, Oklahoma
4651. Texas, County of, Oklahoma
4652. Tulsa, City of, Oklahoma
4653. Tulsa, County of, Oklahoma
4654. Wagoner, County of, Oklahoma
4655. Warr Acres, City of, Oklahoma
4656. Washington, County of, Oklahoma
4657. Washita, County of, Oklahoma
4658. Weatherford, City of, Oklahoma
4659. Woodward, City of, Oklahoma
4660. Woodward, County of, Oklahoma
4661. Yukon, City of, Oklahoma
4662. Albany, City of, Oregon
4663. Ashland, City of, Oregon
4664. Astoria, City of, Oregon
4665. Baker, County of, Oregon
4666. Beaverton, City of, Oregon
4667. Bend, City of, Oregon
4668. Benton, County of, Oregon
4669. Canby, City of, Oregon
4670. Central Point, City of, Oregon
4671. Clackamas, County of, Oregon
4672. Clatsop, County of, Oregon

4673. Columbia, County of, Oregon
4674. Coos Bay, City of, Oregon
4675. Coos, County of, Oregon
4676. Cornelius, City of, Oregon
4677. Corvallis, City of, Oregon
4678. Cottage Grove, City of, Oregon
4679. Crook, County of, Oregon
4680. Curry, County of, Oregon
4681. Dallas, City of, Oregon
4682. Deschutes, County of, Oregon
4683. Douglas, County of, Oregon
4684. Eugene, City of, Oregon
4685. Forest Grove, City of, Oregon
4686. Gladstone, City of, Oregon
4687. Grants Pass, City of, Oregon
4688. Gresham, City of, Oregon
4689. Happy Valley, City of, Oregon
4690. Hermiston, City of, Oregon
4691. Hillsboro, City of, Oregon
4692. Hood River, County of, Oregon
4693. Independence, City of, Oregon
4694. Jackson, County of, Oregon
4695. Jefferson, County of, Oregon
4696. Josephine, County of, Oregon
4697. Keizer, City of, Oregon
4698. Klamath, County of, Oregon
4699. Klamath Falls, City of, Oregon
4700. La Grande, City of, Oregon
4701. Lake Oswego, City of, Oregon
4702. Lane, County of, Oregon
4703. Lebanon, City of, Oregon
4704. Lincoln, County of, Oregon
4705. Linn, County of, Oregon
4706. Malheur, County of, Oregon
4707. Marion, County of, Oregon
4708. McMinnville, City of, Oregon
4709. Medford, City of, Oregon
4710. Milwaukie, City of, Oregon
4711. Monmouth, City of, Oregon
4712. Morrow, County of, Oregon
4713. Multnomah, County of, Oregon
4714. Newberg, City of, Oregon
4715. Newport, City of, Oregon
4716. Ontario, City of, Oregon
4717. Oregon City, City of, Oregon
4718. Pendleton, City of, Oregon

4719. Polk, County of, Oregon
4720. Portland, City of, Oregon
4721. Prineville, City of, Oregon
4722. Redmond, City of, Oregon
4723. Roseburg, City of, Oregon
4724. Salem, City of, Oregon
4725. Sandy, City of, Oregon
4726. Sherwood, City of, Oregon
4727. Silverton, City of, Oregon
4728. Springfield, City of, Oregon
4729. St. Helens, City of, Oregon
4730. The Dalles, City of, Oregon
4731. Tigard, City of, Oregon
4732. Tillamook, County of, Oregon
4733. Troutdale, City of, Oregon
4734. Tualatin, City of, Oregon
4735. Umatilla, County of, Oregon
4736. Union, County of, Oregon
4737. Wasco, County of, Oregon
4738. Washington, County of, Oregon
4739. West Linn, City of, Oregon
4740. Wilsonville, City of, Oregon
4741. Woodburn, City of, Oregon
4742. Yamhill, County of, Oregon
4743. Abington, Township of, Pennsylvania
4744. Adams, County of, Pennsylvania
4745. Adams, Township of, Pennsylvania
4746. Allegheny, County of, Pennsylvania
4747. Allentown, City of, Pennsylvania
4748. Altoona, City of, Pennsylvania
4749. Amity, Township of, Pennsylvania
4750. Antrim, Township of, Pennsylvania
4751. Armstrong, County of, Pennsylvania
4752. Aston, Township of, Pennsylvania
4753. Baldwin, Borough of, Pennsylvania
4754. Beaver, County of, Pennsylvania
4755. Bedford, County of, Pennsylvania
4756. Bensalem, Township of, Pennsylvania
4757. Berks, County of, Pennsylvania
4758. Bethel Park, Municipality of, Pennsylvania
4759. Bethlehem, City of, Pennsylvania
4760. Bethlehem, Township of, Pennsylvania

4761. Blair, County of, Pennsylvania
4762. Bloomsburg, Town of, Pennsylvania
4763. Bradford, County of, Pennsylvania
4764. Bristol, Township of, Pennsylvania
4765. Buckingham, Township of, Pennsylvania
4766. Bucks, County of, Pennsylvania
4767. Butler, City of, Pennsylvania
4768. Butler, County of, Pennsylvania
4769. Butler, Township of, Pennsylvania
4770. Caln, Township of, Pennsylvania
4771. Cambria, County of, Pennsylvania
4772. Carbon, County of, Pennsylvania
4773. Carlisle, Borough of, Pennsylvania
4774. Cecil, Township of, Pennsylvania
4775. Center, Township of, Pennsylvania
4776. Centre, County of, Pennsylvania
4777. Chambersburg, Borough of, Pennsylvania
4778. Cheltenham, Township of, Pennsylvania
4779. Chester, City of, Pennsylvania
4780. Chester, County of, Pennsylvania
4781. Chestnuthill, Township of, Pennsylvania
4782. Clarion, County of, Pennsylvania
4783. Clearfield, County of, Pennsylvania
4784. Clinton, County of, Pennsylvania
4785. Coal, Township of, Pennsylvania
4786. Coatesville, City of, Pennsylvania
4787. College, Township of, Pennsylvania
4788. Columbia, Borough of, Pennsylvania
4789. Columbia, County of, Pennsylvania
4790. Concord, Township of, Pennsylvania
4791. Coolbaugh, Township of, Pennsylvania
4792. Cranberry, Township of, Pennsylvania
4793. Crawford, County of, Pennsylvania
4794. Cumberland, County of, Pennsylvania
4795. Cumru, Township of, Pennsylvania
4796. Darby, Borough of, Pennsylvania
4797. Dauphin, County of, Pennsylvania
4798. Delaware, County of, Pennsylvania
4799. Derry, Township of, Pennsylvania

WITH TECHNICAL CORRECTIONS 02.03.2023

4800. Dingman, Township of, Pennsylvania
4801. Douglass, Township of, Pennsylvania
4802. Dover, Township of, Pennsylvania
4803. Doylestown, Township of, Pennsylvania
4804. Dunmore, Borough of, Pennsylvania
4805. East Cocalico, Township of, Pennsylvania
4806. East Goshen, Township of, Pennsylvania
4807. East Hempfield, Township of, Pennsylvania
4808. East Lampeter, Township of, Pennsylvania
4809. East Norriton, Township of, Pennsylvania
4810. East Pennsboro, Township of, Pennsylvania
4811. East Stroudsburg, Borough of, Pennsylvania
4812. East Whiteland, Township of, Pennsylvania
4813. Easton, City of, Pennsylvania
4814. Easttown, Township of, Pennsylvania
4815. Elizabeth, Township of, Pennsylvania
4816. Elizabethtown, Borough of, Pennsylvania
4817. Elk, County of, Pennsylvania
4818. Emmaus, Borough of, Pennsylvania
4819. Ephrata, Borough of, Pennsylvania
4820. Ephrata, Township of, Pennsylvania
4821. Erie, City of, Pennsylvania
4822. Erie, County of, Pennsylvania
4823. Exeter, Township of, Pennsylvania
4824. Fairview, Township of, Pennsylvania
4825. Falls, Township of, Pennsylvania
4826. Fayette, County of, Pennsylvania
4827. Ferguson, Township of, Pennsylvania
4828. Forks, Township of, Pennsylvania
4829. Franconia, Township of, Pennsylvania

4830. Franklin, County of, Pennsylvania
4831. Franklin Park, Borough of, Pennsylvania
4832. Fulton, County of, Pennsylvania
4833. Greene, County of, Pennsylvania
4834. Greene, Township of, Pennsylvania
4835. Greensburg, City of, Pennsylvania
4836. Guilford, Township of, Pennsylvania
4837. Hamilton, Township of, Pennsylvania
4838. Hampden, Township of, Pennsylvania
4839. Hampton, Township of, Pennsylvania
4840. Hanover, Borough of, Pennsylvania
4841. Hanover, Township of, Pennsylvania
4842. Harborcreek, Township of, Pennsylvania
4843. Harrisburg, City of, Pennsylvania
4844. Harrison, Township of, Pennsylvania
4845. Hatfield, Township of, Pennsylvania
4846. Haverford, Township of, Pennsylvania
4847. Hazleton, City of, Pennsylvania
4848. Hempfield, Township of, Pennsylvania
4849. Hermitage, City of, Pennsylvania
4850. Hilltown, Township of, Pennsylvania
4851. Hopewell, Township of, Pennsylvania
4852. Horsham, Township of, Pennsylvania
4853. Huntingdon, County of, Pennsylvania
4854. Indiana, Borough of, Pennsylvania
4855. Indiana, County of, Pennsylvania
4856. Jefferson, County of, Pennsylvania
4857. Jefferson Hills, Borough of, Pennsylvania
4858. Johnstown, City of, Pennsylvania
4859. Juniata, County of, Pennsylvania
4860. Kingston, Borough of, Pennsylvania
4861. Lackawanna, County of, Pennsylvania
4862. Lancaster, City of, Pennsylvania
4863. Lancaster, County of, Pennsylvania

I-57

4864. Lancaster, Township of, Pennsylvania
4865. Lansdale, Borough of, Pennsylvania
4866. Lansdowne, Borough of, Pennsylvania
4867. Lawrence, County of, Pennsylvania
4868. Lebanon, City of, Pennsylvania
4869. Lebanon, County of, Pennsylvania
4870. Lehigh, County of, Pennsylvania
4871. Lehigh, Township of, Pennsylvania
4872. Lehman, Township of, Pennsylvania
4873. Limerick, Township of, Pennsylvania
4874. Logan, Township of, Pennsylvania
4875. Lower Allen, Township of, Pennsylvania
4876. Lower Burrell, City of, Pennsylvania
4877. Lower Gwynedd, Township of, Pennsylvania
4878. Lower Macungie, Township of, Pennsylvania
4879. Lower Makefield, Township of, Pennsylvania
4880. Lower Merion, Township of, Pennsylvania
4881. Lower Moreland, Township of, Pennsylvania
4882. Lower Paxton, Township of, Pennsylvania
4883. Lower Pottsgrove, Township of, Pennsylvania
4884. Lower Providence, Township of, Pennsylvania
4885. Lower Salford, Township of, Pennsylvania
4886. Lower Saucon, Township of, Pennsylvania
4887. Lower Southampton, Township of, Pennsylvania
4888. Loyalsock, Township of, Pennsylvania
4889. Luzerne, County of, Pennsylvania
4890. Lycoming, County of, Pennsylvania
4891. Manchester, Township of, Pennsylvania
4892. Manheim, Township of, Pennsylvania
4893. Manor, Township of, Pennsylvania
4894. Marple, Township of, Pennsylvania
4895. McCandless, Township of, Pennsylvania
4896. McKean, County of, Pennsylvania
4897. McKeesport, City of, Pennsylvania
4898. Meadville, City of, Pennsylvania
4899. Mercer, County of, Pennsylvania
4900. Middle Smithfield, Township of, Pennsylvania
4901. Middletown, Township of, Pennsylvania
4902. Mifflin, County of, Pennsylvania
4903. Milford, Township of, Pennsylvania
4904. Millcreek, Township of, Pennsylvania
4905. Monroe, County of, Pennsylvania
4906. Monroeville, Municipality of, Pennsylvania
4907. Montgomery, County of, Pennsylvania
4908. Montgomery, Township of, Pennsylvania
4909. Montour, County of, Pennsylvania
4910. Moon, Township of, Pennsylvania
4911. Mount Joy, Township of, Pennsylvania
4912. Mount Lebanon, Township of, Pennsylvania
4913. Mount Pleasant, Township of, Pennsylvania
4914. Muhlenberg, Township of, Pennsylvania
4915. Munhall, Borough of, Pennsylvania
4916. Murrysville, Municipality of, Pennsylvania
4917. Nanticoke, City of, Pennsylvania
4918. Nether Providence, Township of, Pennsylvania
4919. New Britain, Township of, Pennsylvania
4920. New Castle, City of, Pennsylvania
4921. New Garden, Township of, Pennsylvania

4922. New Hanover, Township of, Pennsylvania

4923. New Kensington, City of, Pennsylvania

4924. Newberry, Township of, Pennsylvania

4925. Newtown, Township of, Pennsylvania

4926. Norristown, Borough of, Pennsylvania

4927. North Fayette, Township of, Pennsylvania

4928. North Huntingdon, Township of, Pennsylvania

4929. North Lebanon, Township of, Pennsylvania

4930. North Middleton, Township of, Pennsylvania

4931. North Strabane, Township of, Pennsylvania

4932. North Union, Township of, Pennsylvania

4933. North Whitehall, Township of, Pennsylvania

4934. Northampton, County of, Pennsylvania

4935. Northampton, Township of, Pennsylvania

4936. Northumberland, County of, Pennsylvania

4937. Palmer, Township of, Pennsylvania

4938. Patton, Township of, Pennsylvania

4939. Penn Hills, Township of, Pennsylvania

4940. Penn, Township of, Pennsylvania

4941. Perry, County of, Pennsylvania

4942. Peters, Township of, Pennsylvania

4943. Philadelphia, City of/ County of, Pennsylvania

4944. Phoenixville, Borough of, Pennsylvania

4945. Pike, County of, Pennsylvania

4946. Pine, Township of, Pennsylvania

4947. Pittsburgh, City of, Pennsylvania

4948. Plum, Borough of, Pennsylvania

4949. Plumstead, Township of, Pennsylvania

4950. Plymouth, Township of, Pennsylvania

4951. Pocono, Township of, Pennsylvania

4952. Potter, County of, Pennsylvania

4953. Pottstown, Borough of, Pennsylvania

4954. Pottsville, City of, Pennsylvania

4955. Radnor, Township of, Pennsylvania

4956. Rapho, Township of, Pennsylvania

4957. Reading, City of, Pennsylvania

4958. Richland, Township of, Pennsylvania

4959. Ridley, Township of, Pennsylvania

4960. Robinson, Township of, Pennsylvania

4961. Ross, Township of, Pennsylvania

4962. Rostraver, Township of, Pennsylvania

4963. Salisbury, Township of, Pennsylvania

4964. Sandy, Township of, Pennsylvania

4965. Schuylkill, County of, Pennsylvania

4966. Scott, Township of, Pennsylvania

4967. Scranton, City of, Pennsylvania

4968. Shaler, Township of, Pennsylvania

4969. Sharon, City of, Pennsylvania

4970. Silver Spring, Township of, Pennsylvania

4971. Skippack, Township of, Pennsylvania

4972. Snyder, County of, Pennsylvania

4973. Somerset, County of, Pennsylvania

4974. Somerset, Township of, Pennsylvania

4975. South Fayette, Township of, Pennsylvania

4976. South Lebanon, Township of, Pennsylvania

4977. South Middleton, Township of, Pennsylvania

4978. South Park, Township of, Pennsylvania

4979. South Union, Township of, Pennsylvania

4980. South Whitehall, Township of, Pennsylvania

4981. Spring Garden, Township of, Pennsylvania

4982. Spring, Township of, Pennsylvania

4983. Springettsbury, Township of, Pennsylvania

4984. Springfield, Township of, Pennsylvania

4985. St. Marys, City of, Pennsylvania

4986. State College, Borough of, Pennsylvania

4987. Stroud, Township of, Pennsylvania

4988. Susquehanna, County of, Pennsylvania

4989. Susquehanna, Township of, Pennsylvania

4990. Swatara, Township of, Pennsylvania

4991. Tioga, County of, Pennsylvania

4992. Towamencin, Township of, Pennsylvania

4993. Tredyffrin, Township of, Pennsylvania

4994. Union, County of, Pennsylvania

4995. Unity, Township of, Pennsylvania

4996. Upper Allen, Township of, Pennsylvania

4997. Upper Chichester, Township of, Pennsylvania

4998. Upper Darby, Township of, Pennsylvania

4999. Upper Dublin, Township of, Pennsylvania

5000. Upper Gwynedd, Township of, Pennsylvania

5001. Upper Macungie, Township of, Pennsylvania

5002. Upper Merion, Township of, Pennsylvania

5003. Upper Moreland, Township of, Pennsylvania

5004. Upper Providence, Township of, Pennsylvania

5005. Upper Saucon, Township of, Pennsylvania

5006. Upper Southampton, Township of, Pennsylvania

5007. Upper St. Clair, Township of, Pennsylvania

5008. Upper Uwchlan, Township of, Pennsylvania

5009. Uwchlan, Township of, Pennsylvania

5010. Venango, County of, Pennsylvania

5011. Warminster, Township of, Pennsylvania

5012. Warren, County of, Pennsylvania

5013. Warrington, Township of, Pennsylvania

5014. Warwick, Township of, Pennsylvania

5015. Washington, City of, Pennsylvania

5016. Washington, County of, Pennsylvania

5017. Washington, Township of, Pennsylvania

5018. Wayne, County of, Pennsylvania

5019. Waynesboro, Borough of, Pennsylvania

5020. West Bradford, Township of, Pennsylvania

5021. West Chester, Borough of, Pennsylvania

5022. West Deer, Township of, Pennsylvania

5023. West Goshen, Township of, Pennsylvania

5024. West Hanover, Township of, Pennsylvania

5025. West Hempfield, Township of, Pennsylvania

5026. West Lampeter, Township of, Pennsylvania

5027. West Manchester, Township of, Pennsylvania

5028. West Mifflin, Borough of, Pennsylvania

5029. West Norriton, Township of, Pennsylvania

5030. West Whiteland, Township of, Pennsylvania

5031. Westmoreland, County of, Pennsylvania
5032. Westtown, Township of, Pennsylvania
5033. White, Township of, Pennsylvania
5034. Whitehall, Borough of, Pennsylvania
5035. Whitehall, Township of, Pennsylvania
5036. Whitemarsh, Township of, Pennsylvania
5037. Whitpain, Township of, Pennsylvania
5038. Wilkes-Barre, City of, Pennsylvania
5039. Wilkinsburg, Borough of, Pennsylvania
5040. Williamsport, City of, Pennsylvania
5041. Willistown, Township of, Pennsylvania
5042. Windsor, Township of, Pennsylvania
5043. Worcester, Township of, Pennsylvania
5044. Wyoming, County of, Pennsylvania
5045. Wyomissing, Borough of, Pennsylvania
5046. Yeadon, Borough of, Pennsylvania
5047. York, City of, Pennsylvania
5048. York, County of, Pennsylvania
5049. York, Township of, Pennsylvania
5050. Adjuntas, Municipality of, Puerto Rico
5051. Aguada, Municipality of, Puerto Rico
5052. Aguadilla, Municipality of, Puerto Rico
5053. Aguas Buenas, Municipality of, Puerto Rico
5054. Aibonito, Municipality of, Puerto Rico
5055. Añasco, Municipality of, Puerto Rico
5056. Arecibo, Municipality of, Puerto Rico
5057. Arroyo, Municipality of, Puerto Rico
5058. Barceloneta, Municipality of, Puerto Rico
5059. Barranquitas, Municipality of, Puerto Rico

5060. Bayamón, Municipality of, Puerto Rico
5061. Cabo Rojo, Municipality of, Puerto Rico
5062. Caguas, Municipality of, Puerto Rico
5063. Camuy, Municipality of, Puerto Rico
5064. Canóvanas, Municipality of, Puerto Rico
5065. Carolina, Municipality of, Puerto Rico
5066. Cataño, Municipality of, Puerto Rico
5067. Cayey, Municipality of, Puerto Rico
5068. Ceiba, Municipality of, Puerto Rico
5069. Ciales, Municipality of, Puerto Rico
5070. Cidra, Municipality of, Puerto Rico
5071. Coamo, Municipality of, Puerto Rico
5072. Comerío, Municipality of, Puerto Rico
5073. Corozal, Municipality of, Puerto Rico
5074. Dorado, Municipality of, Puerto Rico
5075. Fajardo, Municipality of, Puerto Rico
5076. Florida, Municipality of, Puerto Rico
5077. Guánica, Municipality of, Puerto Rico
5078. Guayama, Municipality of, Puerto Rico
5079. Guayanilla, Municipality of, Puerto Rico
5080. Guaynabo, Municipality of, Puerto Rico
5081. Gurabo, Municipality of, Puerto Rico
5082. Hatillo, Municipality of, Puerto Rico
5083. Hormigueros, Municipality of, Puerto Rico
5084. Humacao, Municipality of, Puerto Rico
5085. Isabela, Municipality of, Puerto Rico
5086. Jayuya, Municipality of, Puerto Rico
5087. Juana Díaz, Municipality of, Puerto Rico
5088. Juncos, Municipality of, Puerto Rico
5089. Lajas, Municipality of, Puerto Rico
5090. Lares, Municipality of, Puerto Rico

5091. Las Piedras, Municipality of, Puerto Rico

5092. Loíza, Municipality of, Puerto Rico

5093. Luquillo, Municipality of, Puerto Rico

5094. Manatí, Municipality of, Puerto Rico

5095. Maunabo, Municipality of, Puerto Rico

5096. Mayagüez, Municipality of, Puerto Rico

5097. Moca, Municipality of, Puerto Rico

5098. Morovis, Municipality of, Puerto Rico

5099. Naguabo, Municipality of, Puerto Rico

5100. Naranjito, Municipality of, Puerto Rico

5101. Orocovis, Municipality of, Puerto Rico

5102. Patillas, Municipality of, Puerto Rico

5103. Peñuelas, Municipality of, Puerto Rico

5104. Ponce, Municipality of, Puerto Rico

5105. Quebradillas, Municipality of, Puerto Rico

5106. Rincón, Municipality of, Puerto Rico

5107. Río Grande, Municipality of, Puerto Rico

5108. Sabana Grande, Municipality of, Puerto Rico

5109. Salinas, Municipality of, Puerto Rico

5110. San Germán, Municipality of, Puerto Rico

5111. San Juan, Municipality of, Puerto Rico

5112. San Lorenzo, Municipality of, Puerto Rico

5113. San Sebastián, Municipality of, Puerto Rico

5114. Santa Isabel, Municipality of, Puerto Rico

5115. Toa Alta, Municipality of, Puerto Rico

5116. Toa Baja, Municipality of, Puerto Rico

5117. Trujillo Alto, Municipality of, Puerto Rico

5118. Utuado, Municipality of, Puerto Rico

5119. Vega Alta, Municipality of, Puerto Rico

5120. Vega Baja, Municipality of, Puerto Rico

5121. Villalba, Municipality of, Puerto Rico

5122. Yabucoa, Municipality of, Puerto Rico

5123. Yauco, Municipality of, Puerto Rico

5124. Barrington, Town of, Rhode Island

5125. Bristol, Town of, Rhode Island

5126. Burrillville, Town of, Rhode Island

5127. Central Falls, City of, Rhode Island

5128. Coventry, Town of, Rhode Island

5129. Cranston, City of, Rhode Island

5130. Cumberland, Town of, Rhode Island

5131. East Greenwich, Town of, Rhode Island

5132. East Providence, City of, Rhode Island

5133. Glocester, Town of, Rhode Island

5134. Johnston, Town of, Rhode Island

5135. Lincoln, Town of, Rhode Island

5136. Middletown, Town of, Rhode Island

5137. Narragansett, Town of, Rhode Island

5138. Newport, City of, Rhode Island

5139. North Kingstown, Town of, Rhode Island

5140. North Providence, Town of, Rhode Island

5141. North Smithfield, Town of, Rhode Island

5142. Pawtucket, City of, Rhode Island

5143. Portsmouth, Town of, Rhode Island

5144. Providence, City of, Rhode Island

5145. Scituate, Town of, Rhode Island

5146. Smithfield, Town of, Rhode Island

5147. South Kingstown, Town of, Rhode Island

5148. Tiverton, Town of, Rhode Island

5149. Warren, Town of, Rhode Island

5150. Warwick, City of, Rhode Island

5151. West Warwick, Town of, Rhode Island
5152. Westerly, Town of, Rhode Island
5153. Woonsocket, City of, Rhode Island
5154. Abbeville, County of, South Carolina
5155. Aiken, City of, South Carolina
5156. Aiken, County of, South Carolina
5157. Anderson, City of, South Carolina
5158. Anderson, County of, South Carolina
5159. Bamberg, County of, South Carolina
5160. Barnwell, County of, South Carolina
5161. Beaufort, City of, South Carolina
5162. Beaufort, County of, South Carolina
5163. Berkeley, County of, South Carolina
5164. Bluffton, Town of, South Carolina
5165. Calhoun, County of, South Carolina
5166. Cayce, City of, South Carolina
5167. Charleston, City of, South Carolina
5168. Charleston, County of, South Carolina
5169. Cherokee, County of, South Carolina
5170. Chester, County of, South Carolina
5171. Chesterfield, County of, South Carolina
5172. Clarendon, County of, South Carolina
5173. Clemson, City of, South Carolina
5174. Colleton, County of, South Carolina
5175. Columbia, City of, South Carolina
5176. Conway, City of, South Carolina
5177. Darlington, County of, South Carolina
5178. Dillon, County of, South Carolina
5179. Dorchester, County of, South Carolina
5180. Easley, City of, South Carolina
5181. Edgefield, County of, South Carolina
5182. Fairfield, County of, South Carolina
5183. Florence, City of, South Carolina
5184. Florence, County of, South Carolina
5185. Forest Acres, City of, South Carolina
5186. Fort Mill, Town of, South Carolina
5187. Fountain Inn, City of, South Carolina
5188. Gaffney, City of, South Carolina
5189. Georgetown, County of, South Carolina
5190. Goose Creek, City of, South Carolina
5191. Greenville, City of, South Carolina
5192. Greenville, County of, South Carolina
5193. Greenwood, City of, South Carolina
5194. Greenwood, County of, South Carolina
5195. Greer, City of, South Carolina
5196. Hampton, County of, South Carolina
5197. Hanahan, City of, South Carolina
5198. Hilton Head Island, Town of, South Carolina
5199. Horry, County of, South Carolina
5200. Irmo, Town of, South Carolina
5201. James Island, Town of, South Carolina
5202. Jasper, County of, South Carolina
5203. Kershaw, County of, South Carolina
5204. Lancaster, County of, South Carolina
5205. Laurens, County of, South Carolina
5206. Lee, County of, South Carolina
5207. Lexington, County of, South Carolina
5208. Lexington, Town of, South Carolina
5209. Marion, County of, South Carolina
5210. Marlboro, County of, South Carolina
5211. Mauldin, City of, South Carolina
5212. Moncks Corner, Town of, South Carolina
5213. Mount Pleasant, Town of, South Carolina
5214. Myrtle Beach, City of, South Carolina
5215. Newberry, City of, South Carolina
5216. Newberry, County of, South Carolina
5217. North Augusta, City of, South Carolina
5218. North Charleston, City of, South Carolina
5219. North Myrtle Beach, City of, South Carolina
5220. Oconee, County of, South Carolina
5221. Orangeburg, City of, South Carolina

I-63

5222. Orangeburg, County of, South Carolina
5223. Pickens, County of, South Carolina
5224. Port Royal, Town of, South Carolina
5225. Richland, County of, South Carolina
5226. Rock Hill, City of, South Carolina
5227. Saluda, County of, South Carolina
5228. Simpsonville, City of, South Carolina
5229. Spartanburg, City of, South Carolina
5230. Spartanburg, County of, South Carolina
5231. Summerville, Town of, South Carolina
5232. Sumter, City of, South Carolina
5233. Sumter, County of, South Carolina
5234. Tega Cay, City of, South Carolina
5235. Union, County of, South Carolina
5236. West Columbia, City of, South Carolina
5237. Williamsburg, County of, South Carolina
5238. York, County of, South Carolina
5239. Aberdeen, City of, South Dakota
5240. Beadle, County of, South Dakota
5241. Box Elder, City of, South Dakota
5242. Brandon, City of, South Dakota
5243. Brookings, City of, South Dakota
5244. Brookings, County of, South Dakota
5245. Brown, County of, South Dakota
5246. Butte, County of, South Dakota
5247. Clay, County of, South Dakota
5248. Codington, County of, South Dakota
5249. Davison, County of, South Dakota
5250. Hughes, County of, South Dakota
5251. Huron, City of, South Dakota
5252. Lake, County of, South Dakota
5253. Lawrence, County of, South Dakota
5254. Lincoln, County of, South Dakota
5255. Meade, County of, South Dakota
5256. Minnehaha, County of, South Dakota
5257. Mitchell, City of, South Dakota
5258. Oglala Lakota, County of, South Dakota
5259. Pennington, County of, South Dakota

5260. Pierre, City of, South Dakota
5261. Rapid City, City of, South Dakota
5262. Roberts, County of, South Dakota
5263. Sioux Falls, City of, South Dakota
5264. Spearfish, City of, South Dakota
5265. Todd, County of, South Dakota
5266. Union, County of, South Dakota
5267. Vermillion, City of, South Dakota
5268. Watertown, City of, South Dakota
5269. Yankton, City of, South Dakota
5270. Yankton, County of, South Dakota
5271. Anderson, County of, Tennessee
5272. Arlington, Town of, Tennessee
5273. Athens, City of, Tennessee
5274. Bartlett, City of, Tennessee
5275. Bedford, County of, Tennessee
5276. Benton, County of, Tennessee
5277. Bledsoe, County of, Tennessee
5278. Blount, County of, Tennessee
5279. Bradley, County of, Tennessee
5280. Brentwood, City of, Tennessee
5281. Bristol, City of, Tennessee
5282. Campbell, County of, Tennessee
5283. Cannon, County of, Tennessee
5284. Carroll, County of, Tennessee
5285. Carter, County of, Tennessee
5286. Chattanooga, City of, Tennessee
5287. Cheatham, County of, Tennessee
5288. Chester, County of, Tennessee
5289. Claiborne, County of, Tennessee
5290. Clarksville, City of, Tennessee
5291. Cleveland, City of, Tennessee
5292. Clinton, City of, Tennessee
5293. Cocke, County of, Tennessee
5294. Coffee, County of, Tennessee
5295. Collegedale, City of, Tennessee
5296. Collierville, Town of, Tennessee
5297. Columbia, City of, Tennessee
5298. Cookeville, City of, Tennessee
5299. Crockett, County of, Tennessee
5300. Crossville, City of, Tennessee
5301. Cumberland, County of, Tennessee
5302. Decatur, County of, Tennessee
5303. DeKalb, County of, Tennessee
5304. Dickson, City of, Tennessee
5305. Dickson, County of, Tennessee

5306. Dyer, County of, Tennessee
5307. Dyersburg, City of, Tennessee
5308. East Ridge, City of, Tennessee
5309. Elizabethton, City of, Tennessee
5310. Farragut, Town of, Tennessee
5311. Fayette, County of, Tennessee
5312. Fentress, County of, Tennessee
5313. Franklin, City of, Tennessee
5314. Franklin, County of, Tennessee
5315. Gallatin, City of, Tennessee
5316. Germantown, City of, Tennessee
5317. Gibson, County of, Tennessee
5318. Giles, County of, Tennessee
5319. Goodlettsville, City of, Tennessee
5320. Grainger, County of, Tennessee
5321. Greene, County of, Tennessee
5322. Greeneville, Town of, Tennessee
5323. Grundy, County of, Tennessee
5324. Hamblen, County of, Tennessee
5325. Hamilton, County of, Tennessee
5326. Hardeman, County of, Tennessee
5327. Hardin, County of, Tennessee
5328. Hartsville/Trousdale, County of, Tennessee
5329. Hawkins, County of, Tennessee
5330. Haywood, County of, Tennessee
5331. Henderson, County of, Tennessee
5332. Hendersonville, City of, Tennessee
5333. Henry, County of, Tennessee
5334. Hickman, County of, Tennessee
5335. Humphreys, County of, Tennessee
5336. Jackson, City of, Tennessee
5337. Jackson, County of, Tennessee
5338. Jefferson, County of, Tennessee
5339. Johnson City, City of, Tennessee
5340. Johnson, County of, Tennessee
5341. Kingsport, City of, Tennessee
5342. Knox, County of, Tennessee
5343. Knoxville, City of, Tennessee
5344. La Vergne, City of, Tennessee
5345. Lakeland, City of, Tennessee
5346. Lauderdale, County of, Tennessee
5347. Lawrence, County of, Tennessee
5348. Lawrenceburg, City of, Tennessee
5349. Lebanon, City of, Tennessee
5350. Lewis, County of, Tennessee
5351. Lewisburg, City of, Tennessee
5352. Lincoln, County of, Tennessee
5353. Loudon, County of, Tennessee
5354. Macon, County of, Tennessee
5355. Madison, County of, Tennessee
5356. Manchester, City of, Tennessee
5357. Marion, County of, Tennessee
5358. Marshall, County of, Tennessee
5359. Martin, City of, Tennessee
5360. Maryville, City of, Tennessee
5361. Maury, County of, Tennessee
5362. McMinn, County of, Tennessee
5363. McMinnville, City of, Tennessee
5364. McNairy, County of, Tennessee
5365. Meigs, County of, Tennessee
5366. Memphis, City of, Tennessee
5367. Millington, City of, Tennessee
5368. Monroe, County of, Tennessee
5369. Montgomery, County of, Tennessee
5370. Morgan, County of, Tennessee
5371. Morristown, City of, Tennessee
5372. Mount Juliet, City of, Tennessee
5373. Murfreesboro, City of, Tennessee
5374. Nashville-Davidson, Metropolitan Government, Tennessee
5375. Nolensville, Town of, Tennessee
5376. Oak Ridge, City of, Tennessee
5377. Obion, County of, Tennessee
5378. Overton, County of, Tennessee
5379. Paris, City of, Tennessee
5380. Polk, County of, Tennessee
5381. Portland, City of, Tennessee
5382. Putnam, County of, Tennessee
5383. Red Bank, City of, Tennessee
5384. Rhea, County of, Tennessee
5385. Roane, County of, Tennessee
5386. Robertson, County of, Tennessee
5387. Rutherford, County of, Tennessee
5388. Scott, County of, Tennessee
5389. Sequatchie, County of, Tennessee
5390. Sevier, County of, Tennessee
5391. Sevierville, City of, Tennessee
5392. Shelby, County of, Tennessee
5393. Shelbyville, City of, Tennessee
5394. Smith, County of, Tennessee
5395. Smyrna, Town of, Tennessee

| | | | | |
|---|---|---|---|---|
| 5396. | Soddy-Daisy, City of, Tennessee | 5442. | Bedford, City of, Texas |
| 5397. | Spring Hill, City of, Tennessee | 5443. | Bee, County of, Texas |
| 5398. | Springfield, City of, Tennessee | 5444. | Beeville, City of, Texas |
| 5399. | Stewart, County of, Tennessee | 5445. | Bell, County of, Texas |
| 5400. | Sullivan, County of, Tennessee | 5446. | Bellaire, City of, Texas |
| 5401. | Sumner, County of, Tennessee | 5447. | Bellmead, City of, Texas |
| 5402. | Tipton, County of, Tennessee | 5448. | Belton, City of, Texas |
| 5403. | Tullahoma, City of, Tennessee | 5449. | Benbrook, City of, Texas |
| 5404. | Unicoi, County of, Tennessee | 5450. | Bexar, County of, Texas |
| 5405. | Union City, City of, Tennessee | 5451. | Big Spring, City of, Texas |
| 5406. | Union, County of, Tennessee | 5452. | Blanco, County of, Texas |
| 5407. | Warren, County of, Tennessee | 5453. | Boerne, City of, Texas |
| 5408. | Washington, County of, Tennessee | 5454. | Bonham, City of, Texas |
| 5409. | Wayne, County of, Tennessee | 5455. | Borger, City of, Texas |
| 5410. | Weakley, County of, Tennessee | 5456. | Bosque, County of, Texas |
| 5411. | White, County of, Tennessee | 5457. | Bowie, County of, Texas |
| 5412. | White House, City of, Tennessee | 5458. | Brazoria, County of, Texas |
| 5413. | Williamson, County of, Tennessee | 5459. | Brazos, County of, Texas |
| 5414. | Wilson, County of, Tennessee | 5460. | Brenham, City of, Texas |
| 5415. | Abilene, City of, Texas | 5461. | Brown, County of, Texas |
| 5416. | Addison, Town of, Texas | 5462. | Brownsville, City of, Texas |
| 5417. | Alamo, City of, Texas | 5463. | Brownwood, City of, Texas |
| 5418. | Alice, City of, Texas | 5464. | Bryan, City of, Texas |
| 5419. | Allen, City of, Texas | 5465. | Buda, City of, Texas |
| 5420. | Alton, City of, Texas | 5466. | Burkburnett, City of, Texas |
| 5421. | Alvin, City of, Texas | 5467. | Burleson, City of, Texas |
| 5422. | Amarillo, City of, Texas | 5468. | Burleson, County of, Texas |
| 5423. | Anderson, County of, Texas | 5469. | Burnet, County of, Texas |
| 5424. | Andrews, City of, Texas | 5470. | Caldwell, County of, Texas |
| 5425. | Andrews, County of, Texas | 5471. | Calhoun, County of, Texas |
| 5426. | Angelina, County of, Texas | 5472. | Callahan, County of, Texas |
| 5427. | Angleton, City of, Texas | 5473. | Cameron, County of, Texas |
| 5428. | Anna, City of, Texas | 5474. | Camp, County of, Texas |
| 5429. | Aransas, County of, Texas | 5475. | Canyon, City of, Texas |
| 5430. | Arlington, City of, Texas | 5476. | Carrollton, City of, Texas |
| 5431. | Atascosa, County of, Texas | 5477. | Cass, County of, Texas |
| 5432. | Athens, City of, Texas | 5478. | Cedar Hill, City of, Texas |
| 5433. | Austin, City of, Texas | 5479. | Cedar Park, City of, Texas |
| 5434. | Austin, County of, Texas | 5480. | Celina, City of, Texas |
| 5435. | Azle, City of, Texas | 5481. | Chambers, County of, Texas |
| 5436. | Balch Springs, City of, Texas | 5482. | Cherokee, County of, Texas |
| 5437. | Bandera, County of, Texas | 5483. | Cibolo, City of, Texas |
| 5438. | Bastrop, County of, Texas | 5484. | Clay, County of, Texas |
| 5439. | Bay City, City of, Texas | 5485. | Cleburne, City of, Texas |
| 5440. | Baytown, City of, Texas | 5486. | Clute, City of, Texas |
| 5441. | Beaumont, City of, Texas | 5487. | College Station, City of, Texas |

| | |
|---|---|
| 5488. Colleyville, City of, Texas | 5534. Fannin, County of, Texas |
| 5489. Collin, County of, Texas | 5535. Farmers Branch, City of, Texas |
| 5490. Colorado, County of, Texas | 5536. Fate, City of, Texas |
| 5491. Comal, County of, Texas | 5537. Fayette, County of, Texas |
| 5492. Comanche, County of, Texas | 5538. Flower Mound, Town of, Texas |
| 5493. Conroe, City of, Texas | 5539. Forest Hill, City of, Texas |
| 5494. Converse, City of, Texas | 5540. Forney, City of, Texas |
| 5495. Cooke, County of, Texas | 5541. Fort Bend, County of, Texas |
| 5496. Coppell, City of, Texas | 5542. Fort Worth, City of, Texas |
| 5497. Copperas Cove, City of, Texas | 5543. Franklin, County of, Texas |
| 5498. Corinth, City of, Texas | 5544. Fredericksburg, City of, Texas |
| 5499. Corpus Christi, City of, Texas | 5545. Freeport, City of, Texas |
| 5500. Corsicana, City of, Texas | 5546. Freestone, County of, Texas |
| 5501. Coryell, County of, Texas | 5547. Friendswood, City of, Texas |
| 5502. Crowley, City of, Texas | 5548. Frio, County of, Texas |
| 5503. Dallas, City of, Texas | 5549. Frisco, City of, Texas |
| 5504. Dallas, County of, Texas | 5550. Fulshear, City of, Texas |
| 5505. Dawson, County of, Texas | 5551. Gaines, County of, Texas |
| 5506. Deaf Smith, County of, Texas | 5552. Gainesville, City of, Texas |
| 5507. Deer Park, City of, Texas | 5553. Galena Park, City of, Texas |
| 5508. Del Rio, City of, Texas | 5554. Galveston, City of, Texas |
| 5509. Denison, City of, Texas | 5555. Galveston, County of, Texas |
| 5510. Denton, City of, Texas | 5556. Garland, City of, Texas |
| 5511. Denton, County of, Texas | 5557. Gatesville, City of, Texas |
| 5512. DeSoto, City of, Texas | 5558. Georgetown, City of, Texas |
| 5513. DeWitt, County of, Texas | 5559. Gillespie, County of, Texas |
| 5514. Dickinson, City of, Texas | 5560. Glenn Heights, City of, Texas |
| 5515. Dimmit, County of, Texas | 5561. Gonzales, County of, Texas |
| 5516. Donna, City of, Texas | 5562. Granbury, City of, Texas |
| 5517. Dumas, City of, Texas | 5563. Grand Prairie, City of, Texas |
| 5518. Duncanville, City of, Texas | 5564. Grapevine, City of, Texas |
| 5519. Duval, County of, Texas | 5565. Gray, County of, Texas |
| 5520. Eagle Pass, City of, Texas | 5566. Grayson, County of, Texas |
| 5521. Eastland, County of, Texas | 5567. Greenville, City of, Texas |
| 5522. Ector, County of, Texas | 5568. Gregg, County of, Texas |
| 5523. Edinburg, City of, Texas | 5569. Grimes, County of, Texas |
| 5524. El Campo, City of, Texas | 5570. Groves, City of, Texas |
| 5525. El Paso, City of, Texas | 5571. Guadalupe, County of, Texas |
| 5526. El Paso, County of, Texas | 5572. Hale, County of, Texas |
| 5527. Elgin, City of, Texas | 5573. Haltom City, City of, Texas |
| 5528. Ellis, County of, Texas | 5574. Hardin, County of, Texas |
| 5529. Ennis, City of, Texas | 5575. Harker Heights, City of, Texas |
| 5530. Erath, County of, Texas | 5576. Harlingen, City of, Texas |
| 5531. Euless, City of, Texas | 5577. Harris, County of, Texas |
| 5532. Fair Oaks Ranch, City of, Texas | 5578. Harrison, County of, Texas |
| 5533. Falls, County of, Texas | 5579. Hays, County of, Texas |

| | |
|---|---|
| 5580. Henderson, City of, Texas | 5626. Lakeway, City of, Texas |
| 5581. Henderson, County of, Texas | 5627. Lamar, County of, Texas |
| 5582. Hereford, City of, Texas | 5628. Lamb, County of, Texas |
| 5583. Hewitt, City of, Texas | 5629. Lampasas, County of, Texas |
| 5584. Hidalgo, City of, Texas | 5630. Lancaster, City of, Texas |
| 5585. Hidalgo, County of, Texas | 5631. Laredo, City of, Texas |
| 5586. Highland, Village of, City of, Texas | 5632. Lavaca, County of, Texas |
| 5587. Hill, County of, Texas | 5633. League City, City of, Texas |
| 5588. Hockley, County of, Texas | 5634. Leander, City of, Texas |
| 5589. Hood, County of, Texas | 5635. Lee, County of, Texas |
| 5590. Hopkins, County of, Texas | 5636. Leon, County of, Texas |
| 5591. Horizon City, City of, Texas | 5637. Leon Valley, City of, Texas |
| 5592. Houston, City of, Texas | 5638. Levelland, City of, Texas |
| 5593. Houston, County of, Texas | 5639. Lewisville, City of, Texas |
| 5594. Howard, County of, Texas | 5640. Liberty, County of, Texas |
| 5595. Humble, City of, Texas | 5641. Limestone, County of, Texas |
| 5596. Hunt, County of, Texas | 5642. Little Elm, City of, Texas |
| 5597. Huntsville, City of, Texas | 5643. Live Oak, City of, Texas |
| 5598. Hurst, City of, Texas | 5644. Live Oak, County of, Texas |
| 5599. Hutchinson, County of, Texas | 5645. Llano, County of, Texas |
| 5600. Hutto, City of, Texas | 5646. Lockhart, City of, Texas |
| 5601. Ingleside, City of, Texas | 5647. Longview, City of, Texas |
| 5602. Irving, City of, Texas | 5648. Lubbock, City of, Texas |
| 5603. Jacinto City, City of, Texas | 5649. Lubbock, County of, Texas |
| 5604. Jackson, County of, Texas | 5650. Lufkin, City of, Texas |
| 5605. Jacksonville, City of, Texas | 5651. Lumberton, City of, Texas |
| 5606. Jasper, County of, Texas | 5652. Madison, County of, Texas |
| 5607. Jefferson, County of, Texas | 5653. Manor, City of, Texas |
| 5608. Jim Wells, County of, Texas | 5654. Mansfield, City of, Texas |
| 5609. Johnson, County of, Texas | 5655. Manvel, City of, Texas |
| 5610. Jones, County of, Texas | 5656. Marshall, City of, Texas |
| 5611. Karnes, County of, Texas | 5657. Matagorda, County of, Texas |
| 5612. Katy, City of, Texas | 5658. Maverick, County of, Texas |
| 5613. Kaufman, County of, Texas | 5659. McAllen, City of, Texas |
| 5614. Keller, City of, Texas | 5660. McKinney, City of, Texas |
| 5615. Kendall, County of, Texas | 5661. McLennan, County of, Texas |
| 5616. Kerr, County of, Texas | 5662. Medina, County of, Texas |
| 5617. Kerrville, City of, Texas | 5663. Melissa, City of, Texas |
| 5618. Kilgore, City of, Texas | 5664. Mercedes, City of, Texas |
| 5619. Killeen, City of, Texas | 5665. Mesquite, City of, Texas |
| 5620. Kingsville, City of, Texas | 5666. Midland, City of, Texas |
| 5621. Kleberg, County of, Texas | 5667. Midland, County of, Texas |
| 5622. Kyle, City of, Texas | 5668. Midlothian, City of, Texas |
| 5623. La Marque, City of, Texas | 5669. Milam, County of, Texas |
| 5624. La Porte, City of, Texas | 5670. Mineral Wells, City of, Texas |
| 5625. Lake Jackson, City of, Texas | 5671. Mission, City of, Texas |

| | | | |
|---|---|---|---|
| 5672. | Missouri City, City of, Texas | 5718. | Red Oak, City of, Texas |
| 5673. | Montague, County of, Texas | 5719. | Red River, County of, Texas |
| 5674. | Montgomery, County of, Texas | 5720. | Reeves, County of, Texas |
| 5675. | Moore, County of, Texas | 5721. | Richardson, City of, Texas |
| 5676. | Morris, County of, Texas | 5722. | Richmond, City of, Texas |
| 5677. | Mount Pleasant, City of, Texas | 5723. | Rio Grande City, City of, Texas |
| 5678. | Murphy, City of, Texas | 5724. | Robertson, County of, Texas |
| 5679. | Nacogdoches, City of, Texas | 5725. | Robinson, City of, Texas |
| 5680. | Nacogdoches, County of, Texas | 5726. | Robstown, City of, Texas |
| 5681. | Navarro, County of, Texas | 5727. | Rockport, City of, Texas |
| 5682. | Nederland, City of, Texas | 5728. | Rockwall, City of, Texas |
| 5683. | New Braunfels, City of, Texas | 5729. | Rockwall, County of, Texas |
| 5684. | Newton, County of, Texas | 5730. | Roma, City of, Texas |
| 5685. | Nolan, County of, Texas | 5731. | Rosenberg, City of, Texas |
| 5686. | North Richland Hills, City of, Texas | 5732. | Round Rock, City of, Texas |
| 5687. | Nueces, County of, Texas | 5733. | Rowlett, City of, Texas |
| 5688. | Odessa, City of, Texas | 5734. | Royse City, City of, Texas |
| 5689. | Orange, City of, Texas | 5735. | Runnels, County of, Texas |
| 5690. | Orange, County of, Texas | 5736. | Rusk, County of, Texas |
| 5691. | Palestine, City of, Texas | 5737. | Sabine, County of, Texas |
| 5692. | Palo Pinto, County of, Texas | 5738. | Sachse, City of, Texas |
| 5693. | Pampa, City of, Texas | 5739. | Saginaw, City of, Texas |
| 5694. | Panola, County of, Texas | 5740. | San Angelo, City of, Texas |
| 5695. | Paris, City of, Texas | 5741. | San Antonio, City of, Texas |
| 5696. | Parker, County of, Texas | 5742. | San Benito, City of, Texas |
| 5697. | Pasadena, City of, Texas | 5743. | San Jacinto, County of, Texas |
| 5698. | Pearland, City of, Texas | 5744. | San Juan, City of, Texas |
| 5699. | Pearsall, City of, Texas | 5745. | San Marcos, City of, Texas |
| 5700. | Pecos, City of, Texas | 5746. | San Patricio, County of, Texas |
| 5701. | Pecos, County of, Texas | 5747. | Santa Fe, City of, Texas |
| 5702. | Pflugerville, City of, Texas | 5748. | Schertz, City of, Texas |
| 5703. | Pharr, City of, Texas | 5749. | Scurry, County of, Texas |
| 5704. | Plainview, City of, Texas | 5750. | Seabrook, City of, Texas |
| 5705. | Plano, City of, Texas | 5751. | Seagoville, City of, Texas |
| 5706. | Pleasanton, City of, Texas | 5752. | Seguin, City of, Texas |
| 5707. | Polk, County of, Texas | 5753. | Selma, City of, Texas |
| 5708. | Port Arthur, City of, Texas | 5754. | Shelby, County of, Texas |
| 5709. | Port Lavaca, City of, Texas | 5755. | Sherman, City of, Texas |
| 5710. | Port Neches, City of, Texas | 5756. | Smith, County of, Texas |
| 5711. | Portland, City of, Texas | 5757. | Snyder, City of, Texas |
| 5712. | Potter, County of, Texas | 5758. | Socorro, City of, Texas |
| 5713. | Princeton, City of, Texas | 5759. | South Houston, City of, Texas |
| 5714. | Prosper, Town of, Texas | 5760. | Southlake, City of, Texas |
| 5715. | Rains, County of, Texas | 5761. | Stafford, City of, Texas |
| 5716. | Randall, County of, Texas | 5762. | Starr, County of, Texas |
| 5717. | Raymondville, City of, Texas | 5763. | Stephenville, City of, Texas |

5764. Sugar Land, City of, Texas
5765. Sulphur Springs, City of, Texas
5766. Sweetwater, City of, Texas
5767. Tarrant, County of, Texas
5768. Taylor, City of, Texas
5769. Taylor, County of, Texas
5770. Temple, City of, Texas
5771. Terrell, City of, Texas
5772. Terry, County of, Texas
5773. Texarkana, City of, Texas
5774. Texas City, City of, Texas
5775. The Colony, City of, Texas
5776. Titus, County of, Texas
5777. Tom Green, County of, Texas
5778. Tomball, City of, Texas
5779. Travis, County of, Texas
5780. Trinity, County of, Texas
5781. Trophy Club, Town of, Texas
5782. Tyler, City of, Texas
5783. Tyler, County of, Texas
5784. Universal City, City of, Texas
5785. University Park, City of, Texas
5786. Upshur, County of, Texas
5787. Uvalde, City of, Texas
5788. Uvalde, County of, Texas
5789. Val Verde, County of, Texas
5790. Van Zandt, County of, Texas
5791. Vernon, City of, Texas
5792. Victoria, City of, Texas
5793. Victoria, County of, Texas
5794. Vidor, City of, Texas
5795. Waco, City of, Texas
5796. Walker, County of, Texas
5797. Waller, County of, Texas
5798. Ward, County of, Texas
5799. Washington, County of, Texas
5800. Watauga, City of, Texas
5801. Waxahachie, City of, Texas
5802. Weatherford, City of, Texas
5803. Webb, County of, Texas
5804. Webster, City of, Texas
5805. Weslaco, City of, Texas
5806. West University Place, City of, Texas
5807. Wharton, County of, Texas
5808. White Settlement, City of, Texas

5809. Wichita, County of, Texas
5810. Wichita Falls, City of, Texas
5811. Wilbarger, County of, Texas
5812. Willacy, County of, Texas
5813. Williamson, County of, Texas
5814. Wilson, County of, Texas
5815. Wise, County of, Texas
5816. Wood, County of, Texas
5817. Wylie, City of, Texas
5818. Young, County of, Texas
5819. Zapata, County of, Texas
5820. Zavala, County of, Texas
5821. Alpine, City of, Utah
5822. American Fork, City of, Utah
5823. Bluffdale, City of, Utah
5824. Bountiful, City of, Utah
5825. Box Elder, County of, Utah
5826. Brigham City, City of, Utah
5827. Cache, County of, Utah
5828. Carbon, County of, Utah
5829. Cedar City, City of, Utah
5830. Cedar Hills, City of, Utah
5831. Centerville, City of, Utah
5832. Clearfield, City of, Utah
5833. Clinton, City of, Utah
5834. Cottonwood Heights, City of, Utah
5835. Davis, County of, Utah
5836. Draper, City of, Utah
5837. Duchesne, County of, Utah
5838. Eagle Mountain, City of, Utah
5839. Emery, County of, Utah
5840. Farmington, City of, Utah
5841. Grantsville, City of, Utah
5842. Heber, City of, Utah
5843. Herriman, City of, Utah
5844. Highland, City of, Utah
5845. Holladay, City of, Utah
5846. Hurricane, City of, Utah
5847. Iron, County of, Utah
5848. Juab, County of, Utah
5849. Kaysville, City of, Utah
5850. Kearns metro, Township of, Utah
5851. Layton, City of, Utah
5852. Lehi, City of, Utah
5853. Lindon, City of, Utah
5854. Logan, City of, Utah

5855.  Magna metro, Township of, Utah
5856.  Mapleton, City of, Utah
5857.  Midvale, City of, Utah
5858.  Millard, County of, Utah
5859.  Millcreek, City of, Utah
5860.  Morgan, County of, Utah
5861.  Murray, City of, Utah
5862.  North Logan, City of, Utah
5863.  North Ogden, City of, Utah
5864.  North Salt Lake, City of, Utah
5865.  Ogden, City of, Utah
5866.  Orem, City of, Utah
5867.  Payson, City of, Utah
5868.  Pleasant Grove, City of, Utah
5869.  Pleasant View, City of, Utah
5870.  Provo, City of, Utah
5871.  Riverton, City of, Utah
5872.  Roy, City of, Utah
5873.  Salt Lake City, City of, Utah
5874.  Salt Lake, County of, Utah
5875.  San Juan, County of, Utah
5876.  Sandy, City of, Utah
5877.  Sanpete, County of, Utah
5878.  Santaquin, City of, Utah
5879.  Saratoga Springs, City of, Utah
5880.  Sevier, County of, Utah
5881.  Smithfield, City of, Utah
5882.  South Jordan, City of, Utah
5883.  South Ogden, City of, Utah
5884.  South Salt Lake, City of, Utah
5885.  Spanish Fork, City of, Utah
5886.  Springville, City of, Utah
5887.  St. George, City of, Utah
5888.  Summit, County of, Utah
5889.  Syracuse, City of, Utah
5890.  Taylorsville, City of, Utah
5891.  Tooele, City of, Utah
5892.  Tooele, County of, Utah
5893.  Uintah, County of, Utah
5894.  Utah, County of, Utah
5895.  Vernal, City of, Utah
5896.  Vineyard, Town of, Utah
5897.  Wasatch, County of, Utah
5898.  Washington, City of, Utah
5899.  Washington, County of, Utah
5900.  Weber, County of, Utah

5901.  West Haven, City of, Utah
5902.  West Jordan, City of, Utah
5903.  West Point, City of, Utah
5904.  West Valley City, City of, Utah
5905.  Woods Cross, City of, Utah
5906.  Addison, County of, Vermont
5907.  Bennington, County of, Vermont
5908.  Bennington, Town of, Vermont
5909.  Brattleboro, Town of, Vermont
5910.  Burlington, City of, Vermont
5911.  Caledonia, County of, Vermont
5912.  Chittenden, County of, Vermont
5913.  Colchester, Town of, Vermont
5914.  Essex Junction, Village of, Vermont
5915.  Essex, Town of, Vermont
5916.  Franklin, County of, Vermont
5917.  Lamoille, County of, Vermont
5918.  Milton, Town of, Vermont
5919.  Orange, County of, Vermont
5920.  Orleans, County of, Vermont
5921.  Rutland, City of, Vermont
5922.  Rutland, County of, Vermont
5923.  South Burlington, City of, Vermont
5924.  Washington, County of, Vermont
5925.  Williston, Town of, Vermont
5926.  Windham, County of, Vermont
5927.  Windsor, County of, Vermont
5928.  Accomack, County of, Virginia
5929.  Albemarle, County of, Virginia
5930.  Alexandria, City of, Virginia
5931.  Alleghany, County of, Virginia
5932.  Amelia, County of, Virginia
5933.  Amherst, County of, Virginia
5934.  Appomattox, County of, Virginia
5935.  Arlington, County of, Virginia
5936.  Augusta, County of, Virginia
5937.  Bedford, County of, Virginia
5938.  Blacksburg, Town of, Virginia
5939.  Botetourt, County of, Virginia
5940.  Bristol, City of, Virginia
5941.  Brunswick, County of, Virginia
5942.  Buchanan, County of, Virginia
5943.  Buckingham, County of, Virginia
5944.  Campbell, County of, Virginia
5945.  Caroline, County of, Virginia
5946.  Carroll, County of, Virginia

5947. Charlotte, County of, Virginia
5948. Charlottesville, City of, Virginia
5949. Chesapeake, City of, Virginia
5950. Chesterfield, County of, Virginia
5951. Christiansburg, Town of, Virginia
5952. Clarke, County of, Virginia
5953. Colonial Heights, City of, Virginia
5954. Culpeper, County of, Virginia
5955. Culpeper, Town of, Virginia
5956. Danville, City of, Virginia
5957. Dickenson, County of, Virginia
5958. Dinwiddie, County of, Virginia
5959. Essex, County of, Virginia
5960. Fairfax, City of, Virginia
5961. Fairfax, County of, Virginia
5962. Falls Church, City of, Virginia
5963. Fauquier, County of, Virginia
5964. Floyd, County of, Virginia
5965. Fluvanna, County of, Virginia
5966. Franklin, County of, Virginia
5967. Frederick, County of, Virginia
5968. Fredericksburg, City of, Virginia
5969. Front Royal, Town of, Virginia
5970. Giles, County of, Virginia
5971. Gloucester, County of, Virginia
5972. Goochland, County of, Virginia
5973. Grayson, County of, Virginia
5974. Greene, County of, Virginia
5975. Greensville, County of, Virginia
5976. Halifax, County of, Virginia
5977. Hampton, City of, Virginia
5978. Hanover, County of, Virginia
5979. Harrisonburg, City of, Virginia
5980. Henrico, County of, Virginia
5981. Henry, County of, Virginia
5982. Herndon, Town of, Virginia
5983. Hopewell, City of, Virginia
5984. Isle of Wight, County of, Virginia
5985. James City, County of, Virginia
5986. King George, County of, Virginia
5987. King William, County of, Virginia
5988. Lancaster, County of, Virginia
5989. Lee, County of, Virginia
5990. Leesburg, Town of, Virginia
5991. Loudoun, County of, Virginia
5992. Louisa, County of, Virginia
5993. Lunenburg, County of, Virginia
5994. Lynchburg, City of, Virginia
5995. Madison, County of, Virginia
5996. Manassas, City of, Virginia
5997. Manassas Park, City of, Virginia
5998. Martinsville, City of, Virginia
5999. Mecklenburg, County of, Virginia
6000. Middlesex, County of, Virginia
6001. Montgomery, County of, Virginia
6002. Nelson, County of, Virginia
6003. New Kent, County of, Virginia
6004. Newport News, City of, Virginia
6005. Norfolk, City of, Virginia
6006. Northampton, County of, Virginia
6007. Northumberland, County of, Virginia
6008. Nottoway, County of, Virginia
6009. Orange, County of, Virginia
6010. Page, County of, Virginia
6011. Patrick, County of, Virginia
6012. Petersburg, City of, Virginia
6013. Pittsylvania, County of, Virginia
6014. Poquoson, City of, Virginia
6015. Portsmouth, City of, Virginia
6016. Powhatan, County of, Virginia
6017. Prince Edward, County of, Virginia
6018. Prince George, County of, Virginia
6019. Prince William, County of, Virginia
6020. Pulaski, County of, Virginia
6021. Purcellville, Town of, Virginia
6022. Radford, City of, Virginia
6023. Richmond, City of, Virginia
6024. Roanoke, City of, Virginia
6025. Roanoke, County of, Virginia
6026. Rockbridge, County of, Virginia
6027. Rockingham, County of, Virginia
6028. Russell, County of, Virginia
6029. Salem, City of, Virginia
6030. Scott, County of, Virginia
6031. Shenandoah, County of, Virginia
6032. Smyth, County of, Virginia
6033. Southampton, County of, Virginia
6034. Spotsylvania, County of, Virginia
6035. Stafford, County of, Virginia
6036. Staunton, City of, Virginia
6037. Suffolk, City of, Virginia
6038. Sussex, County of, Virginia

6039. Tazewell, County of, Virginia
6040. Vienna, Town of, Virginia
6041. Virginia Beach, City of, Virginia
6042. Warren, County of, Virginia
6043. Warrenton, Town of, Virginia
6044. Washington, County of, Virginia
6045. Waynesboro, City of, Virginia
6046. Westmoreland, County of, Virginia
6047. Williamsburg, City of, Virginia
6048. Winchester, City of, Virginia
6049. Wise, County of, Virginia
6050. Wythe, County of, Virginia
6051. York, County of, Virginia
6052. Aberdeen, City of, Washington
6053. Adams, County of, Washington
6054. Anacortes, City of, Washington
6055. Arlington, City of, Washington
6056. Asotin, County of, Washington
6057. Auburn, City of, Washington
6058. Bainbridge Island, City of, Washington
6059. Battle Ground, City of, Washington
6060. Bellevue, City of, Washington
6061. Bellingham, City of, Washington
6062. Benton, County of, Washington
6063. Bonney Lake, City of, Washington
6064. Bothell, City of, Washington
6065. Bremerton, City of, Washington
6066. Burien, City of, Washington
6067. Camas, City of, Washington
6068. Centralia, City of, Washington
6069. Chelan, County of, Washington
6070. Cheney, City of, Washington
6071. Clallam, County of, Washington
6072. Clark, County of, Washington
6073. Covington, City of, Washington
6074. Cowlitz, County of, Washington
6075. Des Moines, City of, Washington
6076. Douglas, County of, Washington
6077. East Wenatchee, City of, Washington
6078. Edgewood, City of, Washington
6079. Edmonds, City of, Washington
6080. Ellensburg, City of, Washington
6081. Enumclaw, City of, Washington
6082. Everett, City of, Washington
6083. Federal Way, City of, Washington
6084. Ferndale, City of, Washington
6085. Fife, City of, Washington
6086. Franklin, County of, Washington
6087. Gig Harbor, City of, Washington
6088. Grandview, City of, Washington
6089. Grant, County of, Washington
6090. Grays Harbor, County of, Washington
6091. Island, County of, Washington
6092. Issaquah, City of, Washington
6093. Jefferson, County of, Washington
6094. Kelso, City of, Washington
6095. Kenmore, City of, Washington
6096. Kennewick, City of, Washington
6097. Kent, City of, Washington
6098. King, County of, Washington
6099. Kirkland, City of, Washington
6100. Kitsap, County of, Washington
6101. Kittitas, County of, Washington
6102. Klickitat, County of, Washington
6103. Lacey, City of, Washington
6104. Lake Forest Park, City of, Washington
6105. Lake Stevens, City of, Washington
6106. Lakewood, City of, Washington
6107. Lewis, County of, Washington
6108. Liberty Lake, City of, Washington
6109. Lincoln, County of, Washington
6110. Longview, City of, Washington
6111. Lynden, City of, Washington
6112. Lynnwood, City of, Washington
6113. Maple Valley, City of, Washington
6114. Marysville, City of, Washington
6115. Mason, County of, Washington
6116. Mercer Island, City of, Washington
6117. Mill Creek, City of, Washington
6118. Monroe, City of, Washington
6119. Moses Lake, City of, Washington
6120. Mount Vernon, City of, Washington
6121. Mountlake Terrace, City of, Washington
6122. Mukilteo, City of, Washington
6123. Newcastle, City of, Washington
6124. Oak Harbor, City of, Washington
6125. Okanogan, County of, Washington

6126. Olympia, City of, Washington
6127. Pacific, County of, Washington
6128. Pasco, City of, Washington
6129. Pend Oreille, County of, Washington
6130. Pierce, County of, Washington
6131. Port Angeles, City of, Washington
6132. Port Orchard, City of, Washington
6133. Poulsbo, City of, Washington
6134. Pullman, City of, Washington
6135. Puyallup, City of, Washington
6136. Redmond, City of, Washington
6137. Renton, City of, Washington
6138. Richland, City of, Washington
6139. Sammamish, City of, Washington
6140. San Juan, County of, Washington
6141. SeaTac, City of, Washington
6142. Seattle, City of, Washington
6143. Sedro-Woolley, City of, Washington
6144. Shelton, City of, Washington
6145. Shoreline, City of, Washington
6146. Skagit, County of, Washington
6147. Skamania, County of, Washington
6148. Snohomish, City of, Washington
6149. Snohomish, County of, Washington
6150. Snoqualmie, City of, Washington
6151. Spokane, City of, Washington
6152. Spokane, County of, Washington
6153. Spokane Valley, City of, Washington
6154. Stevens, County of, Washington
6155. Sumner, City of, Washington
6156. Sunnyside, City of, Washington
6157. Tacoma, City of, Washington
6158. Thurston, County of, Washington
6159. Tukwila, City of, Washington
6160. Tumwater, City of, Washington
6161. University Place, City of, Washington
6162. Vancouver, City of, Washington
6163. Walla Walla, City of, Washington
6164. Walla Walla, County of, Washington
6165. Washougal, City of, Washington
6166. Wenatchee, City of, Washington
6167. West Richland, City of, Washington
6168. Whatcom, County of, Washington
6169. Whitman, County of, Washington
6170. Woodinville, City of, Washington

6171. Yakima, City of, Washington
6172. Yakima, County of, Washington
6173. Adams, County of, Wisconsin
6174. Allouez, Village of, Wisconsin
6175. Appleton, City of, Wisconsin
6176. Ashland, County of, Wisconsin
6177. Ashwaubenon, Village of, Wisconsin
6178. Baraboo, City of, Wisconsin
6179. Barron, County of, Wisconsin
6180. Bayfield, County of, Wisconsin
6181. Beaver Dam, City of, Wisconsin
6182. Bellevue, Village of, Wisconsin
6183. Beloit, City of, Wisconsin
6184. Brookfield, City of, Wisconsin
6185. Brown, County of, Wisconsin
6186. Brown Deer, Village of, Wisconsin
6187. Buffalo, County of, Wisconsin
6188. Burlington, City of, Wisconsin
6189. Burnett, County of, Wisconsin
6190. Caledonia, Village of, Wisconsin
6191. Calumet, County of, Wisconsin
6192. Cedarburg, City of, Wisconsin
6193. Chippewa, County of, Wisconsin
6194. Chippewa Falls, City of, Wisconsin
6195. Clark, County of, Wisconsin
6196. Columbia, County of, Wisconsin
6197. Crawford, County of, Wisconsin
6198. Cudahy, City of, Wisconsin
6199. Dane, County of, Wisconsin
6200. De Pere, City of, Wisconsin
6201. DeForest, Village of, Wisconsin
6202. Dodge, County of, Wisconsin
6203. Door, County of, Wisconsin
6204. Douglas, County of, Wisconsin
6205. Dunn, County of, Wisconsin
6206. Eau Claire, City of, Wisconsin
6207. Eau Claire, County of, Wisconsin
6208. Elkhorn, City of, Wisconsin
6209. Fitchburg, City of, Wisconsin
6210. Fond du Lac, City of, Wisconsin
6211. Fond du Lac, County of, Wisconsin
6212. Fort Atkinson, City of, Wisconsin
6213. Fox Crossing, Village of, Wisconsin
6214. Franklin, City of, Wisconsin
6215. Germantown, Village of, Wisconsin
6216. Glendale, City of, Wisconsin

6217. Grafton, Village of, Wisconsin
6218. Grand Chute, Town of, Wisconsin
6219. Grant, County of, Wisconsin
6220. Green Bay, City of, Wisconsin
6221. Green, County of, Wisconsin
6222. Green Lake, County of, Wisconsin
6223. Greendale, Village of, Wisconsin
6224. Greenfield, City of, Wisconsin
6225. Greenville, Town of, Wisconsin
6226. Harrison, Village of, Wisconsin
6227. Hartford, City of, Wisconsin
6228. Hobart, Village of, Wisconsin
6229. Holmen, Village of, Wisconsin
6230. Howard, Village of, Wisconsin
6231. Hudson, City of, Wisconsin
6232. Iowa, County of, Wisconsin
6233. Jackson, County of, Wisconsin
6234. Janesville, City of, Wisconsin
6235. Jefferson, County of, Wisconsin
6236. Juneau, County of, Wisconsin
6237. Kaukauna, City of, Wisconsin
6238. Kenosha, City of, Wisconsin
6239. Kenosha, County of, Wisconsin
6240. Kewaunee, County of, Wisconsin
6241. La Crosse, City of, Wisconsin
6242. La Crosse, County of, Wisconsin
6243. Lafayette, County of, Wisconsin
6244. Langlade, County of, Wisconsin
6245. Lincoln, County of, Wisconsin
6246. Lisbon, Town of, Wisconsin
6247. Little Chute, Village of, Wisconsin
6248. Madison, City of, Wisconsin
6249. Manitowoc, City of, Wisconsin
6250. Manitowoc, County of, Wisconsin
6251. Marathon, County of, Wisconsin
6252. Marinette, City of, Wisconsin
6253. Marinette, County of, Wisconsin
6254. Marquette, County of, Wisconsin
6255. Marshfield, City of, Wisconsin
6256. Menasha, City of, Wisconsin
6257. Menomonee Falls, Village of, Wisconsin
6258. Menomonie, City of, Wisconsin
6259. Mequon, City of, Wisconsin
6260. Middleton, City of, Wisconsin
6261. Milwaukee, City of, Wisconsin
6262. Milwaukee, County of, Wisconsin
6263. Monroe, City of, Wisconsin
6264. Monroe, County of, Wisconsin
6265. Mount Pleasant, Village of, Wisconsin
6266. Muskego, City of, Wisconsin
6267. Neenah, City of, Wisconsin
6268. New Berlin, City of, Wisconsin
6269. Oak Creek, City of, Wisconsin
6270. Oconomowoc, City of, Wisconsin
6271. Oconto, County of, Wisconsin
6272. Onalaska, City of, Wisconsin
6273. Oneida, County of, Wisconsin
6274. Oregon, Village of, Wisconsin
6275. Oshkosh, City of, Wisconsin
6276. Outagamie, County of, Wisconsin
6277. Ozaukee, County of, Wisconsin
6278. Pewaukee, City of, Wisconsin
6279. Pierce, County of, Wisconsin
6280. Platteville, City of, Wisconsin
6281. Pleasant Prairie, Village of, Wisconsin
6282. Plover, Village of, Wisconsin
6283. Polk, County of, Wisconsin
6284. Port Washington, City of, Wisconsin
6285. Portage, City of, Wisconsin
6286. Portage, County of, Wisconsin
6287. Price, County of, Wisconsin
6288. Racine, City of, Wisconsin
6289. Racine, County of, Wisconsin
6290. Richfield, Village of, Wisconsin
6291. Richland, County of, Wisconsin
6292. River Falls, City of, Wisconsin
6293. Rock, County of, Wisconsin
6294. Rusk, County of, Wisconsin
6295. Salem Lakes, Village of, Wisconsin
6296. Sauk, County of, Wisconsin
6297. Sawyer, County of, Wisconsin
6298. Shawano, County of, Wisconsin
6299. Sheboygan, City of, Wisconsin
6300. Sheboygan, County of, Wisconsin
6301. Shorewood, Village of, Wisconsin
6302. South Milwaukee, City of, Wisconsin
6303. St. Croix, County of, Wisconsin
6304. Stevens Point, City of, Wisconsin

6305. Stoughton, City of, Wisconsin
6306. Suamico, Village of, Wisconsin
6307. Sun Prairie, City of, Wisconsin
6308. Superior, City of, Wisconsin
6309. Sussex, Village of, Wisconsin
6310. Taylor, County of, Wisconsin
6311. Trempealeau, County of, Wisconsin
6312. Two Rivers, City of, Wisconsin
6313. Vernon, County of, Wisconsin
6314. Verona, City of, Wisconsin
6315. Vilas, County of, Wisconsin
6316. Walworth, County of, Wisconsin
6317. Washburn, County of, Wisconsin
6318. Washington, County of, Wisconsin
6319. Watertown, City of, Wisconsin
6320. Waukesha, City of, Wisconsin
6321. Waukesha, County of, Wisconsin
6322. Waunakee, Village of, Wisconsin
6323. Waupaca, County of, Wisconsin
6324. Waupun, City of, Wisconsin
6325. Wausau, City of, Wisconsin
6326. Waushara, County of, Wisconsin
6327. Wauwatosa, City of, Wisconsin
6328. West Allis, City of, Wisconsin
6329. West Bend, City of, Wisconsin
6330. Weston, Village of, Wisconsin
6331. Whitefish Bay, Village of, Wisconsin
6332. Whitewater, City of, Wisconsin
6333. Winnebago, County of, Wisconsin
6334. Wisconsin Rapids, City of, Wisconsin
6335. Wood, County of, Wisconsin
6336. Albany, County of, Wyoming
6337. Big Horn, County of, Wyoming
6338. Campbell, County of, Wyoming
6339. Carbon, County of, Wyoming
6340. Casper, City of, Wyoming
6341. Cheyenne, City of, Wyoming
6342. Converse, County of, Wyoming
6343. Evanston, City of, Wyoming
6344. Fremont, County of, Wyoming
6345. Gillette, City of, Wyoming
6346. Goshen, County of, Wyoming
6347. Green River, City of, Wyoming
6348. Jackson, Town of, Wyoming
6349. Laramie, City of, Wyoming
6350. Laramie, County of, Wyoming
6351. Lincoln, County of, Wyoming
6352. Natrona, County of, Wyoming
6353. Park, County of, Wyoming
6354. Riverton, City of, Wyoming
6355. Rock Springs, City of, Wyoming
6356. Sheridan, City of, Wyoming
6357. Sheridan, County of, Wyoming
6358. Sweetwater, County of, Wyoming
6359. Teton, County of, Wyoming
6360. Uinta, County of, Wyoming

**EXHIBIT J**

**Illustrative List of Released Entities**

1. CVS Health Corporation
2. CVS Caremark Corporation
3. CVS/Caremark Corporation
4. CVS Corporation
5. CVS Pharmacy, Inc.
6. CVS, Inc.
7. CVS Distribution, Inc.
8. Mark Steven Service Merchandisers, Inc.
9. Mark Steven, Inc.
10. @Credentials Inc.
11. 103rd Avenue CVS, L.L.C.
12. 10th Ave Minneapolis CVS, L.L.C.
13. 115th Chicago CVS, L.L.C.
14. 131st Street CVS, L.L.C.
15. 1500 Lexington CVS, L.L.C.
16. 167th North Miami CVS, L.L.C.
17. 175 West Road Ellington, Inc.
18. 186th Miami CVS, L.L.C.
19. 18th and L Street CVS, Inc.
20. 25th Street CVS, Inc.
21. 26th Kostner CVS, L.L.C.
22. 27th Avenue CVS, Inc.
23. 295 Westport Ave. CVS, Inc.
24. 34th Street CVS, Inc.
25. 37th Minneapolis CVS, L.L.C.
26. 38th Street CVS, Inc.
27. 39th Independence CVS, Inc.
28. 419 West Main Street Pharmacy, Inc.
29. 41st Street CVS, Inc.
30. 42nd Minneapolis CVS, L.L.C.
31. 49th Hialeah CVS, L.L.C.
32. 4th Street NEC CVS, L.L.C.
33. 50th Street CVS, L.L.C.
34. 54th Western Chicago CVS, L.L.C.
35. 587 Boylston CVS, Inc.
36. 59th Ashland CVS, L.L.C.
37. 5th Street Perkasie CVS, Inc.
38. 6th NEC CVS, L.L.C.
39. 7 Mile CVS, Inc.
40. 711 Maple Road, Inc.
41. 74th Miami CVS, L.L.C.
42. 76th Stony Chicago CVS, L.L.C.
43. 79th Street CVS, L.L.C.
44. 7th Phoenix CVS, L.L.C.
45. 85th Ave CVS, L.L.C.
46. 87th Avenue CVS, L.L.C.
47. 8th Street CVS, L.L.C.
48. 976 MIAMI RE, L.L.C.
49. Aberdeen CVS, Inc.
50. Abington CVS, Inc.
51. Abrams Arlington CVS, L.P.
52. Absecon CVS, Inc.
53. Accendo Holding Company
54. Accendo Holding Company
55. Accendo Insurance Company
56. Accordant Common, L.L.C.
57. Accordant Health Services, Inc.
58. Accordant Health Services, L.L.C.
59. Accordant Integrated Services, Inc.
60. Accuscript MO, Inc.
61. Acme Hospital and Life Insurance Company
62. ACS ACQCO CORP.
63. ACS Primary Care Physicians-Midwest, S.C.
64. ACS Primary Care Physicians-New England, P.C.
65. ACS Primary Care Physicians-Northeast, P.C.
66. ACS Primary Care Physicians-Southeast, P.C.
67. ACS Primary Care Physicians-Southwest, P.A.
68. Active Health Management, Inc.

| | |
|---|---|
| 69. | Acton Plaza CVS, Inc. |
| 70. | Acton Woods CVS, Inc. |
| 71. | Acushnet CVS, Inc. |
| 72. | Acute Care Medical Management, Inc. |
| 73. | Acute Care Physician's Network, Inc. |
| 74. | Acute Care Specialists, Inc. |
| 75. | Acute General Medical PLLC |
| 76. | Adams Drug Co. of Edgewood, Inc. |
| 77. | Addison Chicago CVS, L.L.C. |
| 78. | ADI Realty, Inc. |
| 79. | Admar, Inc. |
| 80. | Adminco, Inc. |
| 81. | Administrative Enterprises, Inc. |
| 82. | Admiral Douglas CVS, Inc. |
| 83. | ADS Health Management, Inc. |
| 84. | Advance Funding Corporation |
| 85. | Advance Paradigm, Inc. |
| 86. | Advanced Care Scripts, Inc. |
| 87. | Advanced Healthcare Distributors, L.L.C. |
| 88. | AdvancePCS |
| 89. | AdvancePCS Health Systems, LLC |
| 90. | AdvancePCS Health, LLC |
| 91. | AdvancePCS Health, LP |
| 92. | AdvancePCS Holding, L.L.C. |
| 93. | AdvancePCS Mail Services of Birmingham, Inc. |
| 94. | AdvancePCS Research, LLC |
| 95. | AdvancePCS SpecialtyRx, LLC |
| 96. | AdvancePCS, L.P. |
| 97. | AdvancePriority Specialty Rx, L.L.C. |
| 98. | AdvanceRx.com, L.L.C. |
| 99. | AdvanceRx.com, L.P. |
| 100. | Advantus Inc. |
| 101. | Advent Financial Services, Inc. |
| 102. | Advent Investments, Inc. |
| 103. | ADVP Consolidation, L.L.C. |
| 104. | ADVP Management, L.P. |
| 105. | ADVP Operations, L.P. |
| 106. | AE Eleven, Incorporation |
| 107. | AE Fifteen, Incorporated |
| 108. | AE Fourteen, Incorporated |
| 109. | AE Housing Corp. |
| 110. | Aelan Inc. |
| 111. | AET Health Care Plan of California, Inc. |
| 112. | AET Health Care Plan of Georgia, Inc. |
| 113. | AET Health Care Plan, Inc. |
| 114. | Aetna (Beijing) Enterprise Management Services Co., Ltd |
| 115. | Aetna (Shanghai) Enterprise Services Co., Ltd. |
| 116. | Aetna ACO Holdings Inc. |
| 117. | Aetna Affordable Housing, Inc. |
| 118. | Aetna Asset Advisors, LLC |
| 119. | Aetna Behavioral Health of Delaware, LLC |
| 120. | Aetna Behavioral Health, LLC |
| 121. | Aetna Better Health Inc. |
| 122. | Aetna Better Health Inc. (CT) |
| 123. | Aetna Better Health Inc. (GA) |
| 124. | Aetna Better Health Inc. (IL) |
| 125. | Aetna Better Health Inc. (NJ) |
| 126. | Aetna Better Health Inc. (NY) |
| 127. | Aetna Better Health Inc. (OH) |
| 128. | Aetna Better Health Inc. (PA) |
| 129. | Aetna Better Health LLC |
| 130. | Aetna Better Health of California Inc. |
| 131. | Aetna Better Health of Florida Inc. |
| 132. | Aetna Better Health of Illinois Inc. |
| 133. | Aetna Better Health of Indiana Inc. |
| 134. | Aetna Better Health of Iowa Inc. |
| 135. | Aetna Better Health of Kansas Inc. |
| 136. | Aetna Better Health of Kentucky Insurance Company |
| 137. | Aetna Better Health of Michigan Inc. |
| 138. | Aetna Better Health of Missouri LLC |
| 139. | Aetna Better Health of Nevada  Inc. |

140. Aetna Better Health of North Carolina Inc.
141. Aetna Better Health of Oklahoma Inc.
142. Aetna Better Health of Tennessee Inc.
143. Aetna Better Health of Texas Inc.
144. Aetna Better Health of Washington, Inc.
145. Aetna Better Health Premier Plan MMAI Inc.
146. Aetna Better Health, Inc. (LA)
147. Aetna Business Resources, Inc.
148. Aetna Capital Management, LLC
149. Aetna Card Solutions, LLC
150. Aetna Casualty Company
151. Aetna Corporate Services LLC
152. Aetna Criterion Communications, Inc.
153. Aetna Dental Care for Groups, Inc.
154. Aetna Dental Care of California, Inc.
155. Aetna Dental Care of Kentucky, Inc.
156. Aetna Dental Care of New Jersey, Inc.
157. Aetna Dental Care of Texas, Inc.
158. Aetna Dental Inc.
159. Aetna Dental Inc. (NJ)
160. Aetna Dental Inc. (TX)
161. Aetna Dental Maintenance Organization, Inc.
162. Aetna Dental of California Inc.
163. Aetna Familly Plans of Georgia Inc.
164. Aetna Family Plans of Ohio Inc.
165. Aetna Family Plans of Pennsylvania Inc.
166. Aetna Financial Holdings, LLC
167. Aetna Florida Inc.
168. Aetna Foundation, Inc.
169. Aetna Global Benefits (Asia Pacific) Limited
170. Aetna Global Benefits (Bahamas) Limited
171. Aetna Global Benefits (Bermuda) Limited
172. Aetna Global Benefits (Europe) Limited
173. Aetna Global Benefits (Middle East) LLC
174. Aetna Global Benefits (Middle East) LLC - Abu Dhabi Branch
175. Aetna Global Benefits (Singapore) PTE. LTD.
176. Aetna Global Benefits (UK) Limited
177. Aetna Global Benefits Administrators Inc.
178. Aetna Global Benefits Limited
179. Aetna Global Holdings Limited
180. Aetna Government Health Plans, Inc.
181. Aetna Government Health Plans, LLC
182. Aetna Health Administrators, LLC
183. Aetna Health and Life Insurance Company
184. Aetna Health Finance, Inc.
185. Aetna Health Holdings, LLC
186. Aetna Health Inc.
187. Aetna Health Inc. (CT)
188. Aetna Health Inc. (DE)
189. Aetna Health Inc. (FL)
190. Aetna Health Inc. (GA)
191. Aetna Health Inc. (IA)
192. Aetna Health Inc. (LA)
193. Aetna Health Inc. (ME)
194. Aetna Health Inc. (NJ)
195. Aetna Health Inc. (NY)
196. Aetna Health Inc. (PA)
197. Aetna Health Inc. (TX)
198. Aetna Health Information Solutions, Inc.
199. Aetna Health Insurance (Thailand) Public Company Limited

WITH TECHNICAL CORRECTIONS 02.03.2023

200. Aetna Health Insurance Company
201. Aetna Health Insurance Company of Connecticut
202. Aetna Health Insurance Company of Europe DAC
203. Aetna Health Insurance Company of New York
204. Aetna Health Management, Inc.
205. Aetna Health Management, LLC
206. Aetna Health of  the Carolinas Inc.
207. Aetna Health of California Inc.
208. Aetna Health of Illinois Inc.
209. Aetna Health of Iowa Inc.
210. Aetna Health of Michigan Inc.
211. Aetna Health of North Texas Inc.
212. Aetna Health of Ohio Inc.
213. Aetna Health of Pennsylvania Inc.
214. Aetna Health of Utah Inc.
215. Aetna Health of Washington Inc.
216. Aetna Health Plans of Arizona, Inc.
217. Aetna Health Plans of California, Inc.
218. Aetna Health Plans of Central and Eastern Pennsylvania, Inc.
219. Aetna Health Plans of Florida, Inc.
220. Aetna Health Plans of Illinois, Inc.
221. Aetna Health Plans of Louisiana, Inc.
222. Aetna Health Plans of New Jersey, Inc.
223. Aetna Health Plans of New York, Inc.
224. Aetna Health Plans of North Texas, Inc.
225. Aetna Health Plans of Northern Ohio, Inc.
226. Aetna Health Plans of Ohio, Inc.
227. Aetna Health Plans of Phoenix, Inc.
228. Aetna Health Plans of Southern California
229. Aetna Health Plans of Southern New England, Inc.
230. Aetna Health Plans of Tennessee, Inc.
231. Aetna Health Plans of Texas, Inc.
232. Aetna Health Plans of the Carolinas, Inc.
233. Aetna Health Plans of the Mid-Atlantic, Inc.
234. Aetna Health Services (Middle East) FZ-LLC
235. Aetna Health Services (UK) Limited
236. Aetna Health Services of Phoenix, Inc.
237. Aetna HealthAssurance Pennsylvania, Inc.
238. Aetna Healthcare Programs, Inc.
239. Aetna Holdco (UK) Limited
240. Aetna Holdings (Thailand) Limited
241. Aetna Home Delivery, LLC
242. Aetna Inc.
243. Aetna Insurance (Singapore) PTE. LTD.
244. Aetna Insurance Company Limited
245. Aetna Insurance Company of Connecticut
246. Aetna Integrated Informatics, Inc.
247. Aetna InteliHealth Inc.
248. Aetna International Ex Pat LLC
249. Aetna International Inc.
250. Aetna International LLC
251. Aetna Ireland Inc.
252. Aetna Ireland, LLC
253. Aetna Korea Ltd.
254. Aetna Life & Casualty (Bermuda) Ltd.
255. Aetna Life Assignment Company
256. Aetna Life Insurance Company
257. Aetna Life Insurance Company of Illinois
258. Aetna Life Insurance Company Shanghai Representative Office
259. Aetna Medicaid Administrators LLC

J-4

260. Aetna Mortgage Investments I, Inc.
261. Aetna Multi-Strategy 1099 Fund
262. Aetna Multi-Strategy 1099 Fund, LLC
263. Aetna Network Services LLC
264. Aetna Partners Diversified Fund (Cayman), Limited
265. Aetna Partners Diversified Fund, LLC
266. Aetna Pharmacy Management Services LLC
267. Aetna Provider Solutions, LLC
268. Aetna Real Estate Properties, Inc.
269. Aetna Resources LLC
270. Aetna Risk Assurance Company of Connecticut Inc.
271. Aetna Risk Indemnity Company, Ltd.
272. Aetna Rx Home Delivery, LLC
273. Aetna Specialty Pharmacy, LLC
274. Aetna Student Health Agency Inc.
275. Aetna U.S. Healthcare Dental Plan Inc.
276. Aetna U.S. Healthcare Dental Plan of California Inc
277. Aetna U.S. Healthcare Holdings, Inc.
278. Aetna U.S. Healthcare Inc.
279. Aetna U.S. Healthcare Inc. (DE)
280. Aetna U.S. Healthcare of Alabama, Inc.
281. Aetna U.S. Healthcare of California Inc.
282. Aetna U.S. Healthcare of Colorado, Inc.
283. Aetna U.S. Healthcare of Georgia, Inc.
284. Aetna U.S. Healthcare of Illinois Inc.
285. Aetna U.S. Healthcare of North Texas Inc.
286. Aetna U.S. Healthcare of the Carolinas Inc.
287. Aetna U.S. Healthcare, Inc. (Michigan)
288. Aetna Ventures, LLC
289. Aetna Workers' Comp Access, LLC
290. Aetna/AREA Corporation
291. AFC Receivables Holding Corporation
292. AHP Holdings, Inc.
293. Airport Boulevard CVS, L.P.
294. Akron Cuyahoga CVS, Inc.
295. Alabama CVS Pharmacy, L.L.C.
296. Alabama Road CVS, Inc.
297. Alajasper Realty Services, Inc.
298. Alajasper Realty Services, L.L.C.
299. Alaska CVS Pharmacy, L.L.C.
300. Albany CVS, Inc.
301. Albany New Scotland CVS, L.L.C.
302. Albemarle CVS, Inc.
303. Alexander Baytown CVS, L.P.
304. Alexander Durham CVS, Inc.
305. Alexandria Duke CVS, Inc.
306. Algonquin CVS, L.L.C.
307. Alicia Mission Viejo CVS, L.L.C.
308. Aliso Creek CVS, L.L.C.
309. Allen CVS, Inc.
310. Allen Main TX CVS, L.L.C.
311. Allen Texas CVS, L.P.
312. Allentown CVS, Inc.
313. Allentown Village CVS, Inc.
314. Alliance Family Centers, Inc.
315. Allina Health and Aetna Health Plan Inc.
316. Allina Health and Aetna Insurance Company
317. Allina Health and Aetna Insurance Holding Company LLC
318. Allston Commonwealth CVS, Inc.
319. Allston Retailer, Inc.
320. Allviant Corporation
321. Almadea Burbank CVS, Inc.
322. Almond Ave CVS, L.L.C.
323. Almshouse CVS, Inc.
324. Aloma Winter Park CVS, L.L.C.

| | |
|---|---|
| 325. | Alpharetta CVS, Inc |
| 326. | Alta Health Strategies, Inc. |
| 327. | Alta Mere Fort Worth CVS, L.P. |
| 328. | Alta Mesa McCart CVS, L.P. |
| 329. | Altamonte Springs CVS, L.L.C. |
| 330. | Altius Health Plans Inc. |
| 331. | AMC - New York, Inc. |
| 332. | AMC - Tennessee, Inc. |
| 333. | AMC-New York, LLC |
| 334. | AMC-Tennessee, LLC |
| 335. | American Continental Insurance Company |
| 336. | American Drug Stores Delaware, L.L.C. |
| 337. | American Drug Stores, Inc. d/b/a Osco Drug, Inc. (for assets / pharmacies acquired by CVS) |
| 338. | American Health Holding, Inc. |
| 339. | American Service Life Insurance Company |
| 340. | Ames Plaza CVS, Inc. |
| 341. | Amesbury CVS, Inc. |
| 342. | Amherst Academia CVS, Inc. |
| 343. | Amherst CVS Store, Inc. |
| 344. | Amsterdam Mall CVS Store, Inc. |
| 345. | Anac Holding Corporation |
| 346. | Anaheim Hills CVS, Inc. |
| 347. | Ancillary Care Management, Inc. |
| 348. | Anderson CVS, Inc. |
| 349. | Anderson House CVS, Inc. |
| 350. | Andover CVS, Inc. |
| 351. | Angelini Ave. CVS, Inc. |
| 352. | Angell Street CVS, Inc. |
| 353. | Anita Street CVS, L.L.C. |
| 354. | Ann Mary Street CVS, Inc. |
| 355. | Annapolis CVS, Inc. |
| 356. | Annapolis Riva CVS, Inc. |
| 357. | Anoka MN CVS, L.L.C. |
| 358. | Anthem AZ CVS, L.L.C. |
| 359. | Antoine Houston CVS, L.P. |
| 360. | API  Properties 808 LLC |
| 361. | Apollo Beach CVS, L.L.C. |
| 362. | Apopka CVS, Inc. |

| | |
|---|---|
| 363. | APP Hedge Funds, LLC |
| 364. | Apple Valley MN CVS, L.L.C. |
| 365. | Apria Finance Holdings Inc. |
| 366. | APS Acquisition LLC |
| 367. | APS Enterprises Holding Company, Inc. |
| 368. | APS-Summit Care Pharmacy, L.L.C. |
| 369. | Aquia Harbor CVS, Inc. |
| 370. | Aquidneck Drug CVS, Inc. |
| 371. | Aramingo Avenue CVS, Inc. |
| 372. | Arbor Drugs - Civic, Inc. |
| 373. | Arbor Drugs - Civic, Inc. |
| 374. | Arbor Drugs of Ann Arbor, Inc. |
| 375. | Arbor Drugs of East Detroit, Inc. |
| 376. | Arbor Drugs of Inkster, Inc. |
| 377. | Arbor Drugs of Livonia, Inc. |
| 378. | Arbor Drugs of Merriman, Inc. |
| 379. | Arbor Drugs of Milford, Inc. |
| 380. | Arbor Drugs of Northville, Inc. |
| 381. | Arbor Drugs of Redford, Inc. |
| 382. | Arbor Drugs of Saline, Inc. |
| 383. | Arbor Drugs of Walled Lake, Inc. |
| 384. | Arbor Drugs of Westland, Inc. |
| 385. | Arbor Drugs, Inc. |
| 386. | Arbor Drugs, Inc. |
| 387. | ARC RetailCare, PLLC |
| 388. | Archer Oak CVS, L.L.C. |
| 389. | ARCP CV Bowling Green OH, LLC |
| 390. | ARCP CV Claremore OK, LLC |
| 391. | ARCP CV Duncan OK, LLC |
| 392. | ARCP CV Durant OK, LLC |
| 393. | ARCP CV Enid OK, LLC |
| 394. | ARCP CV Enterprise AL, LLC |
| 395. | ARCP CV Erwin NC, LLC |
| 396. | ARCP CV Green OH, LLC |
| 397. | ARCP CV Greeneville TN, LLC |
| 398. | ARCP CV Ironton OH, LLC |
| 399. | ARCP CV Knoxville (Kingston) TN, LLC |
| 400. | ARCP CV Lawrence MA, LLC |
| 401. | ARCP CV Lewes DE, LLC |

402. ARCP CV Liberty SC, LLC
403. ARCP CV Macon GA, LLC
404. ARCP CV Manchester GA, LLC
405. ARCP CV Morgantown WV, LLC
406. ARCP CV Muskogee OK, LLC
407. ARCP CV Norfolk NE, LLC
408. ARCP CV Oklahoma City (Pennsylvania) OK, LLC
409. ARCP CV Portsmouth (High) VA, LLC
410. ARCP CV Sanford NC, LLC
411. ARCP CV Toledo OH, LLC
412. Ardmore CVS, Inc.
413. Argonne Avenue CVS, Inc.
414. Arizona Acquisition Corporation
415. Arizona CVS Stores, L.L.C.
416. Arkansas CVS Pharmacy, L.L.C.
417. Arleta CVS, Inc.
418. Arlington 10th Street CVS, Inc.
419. Arlington CVS, Inc.
420. Arlington Pentagon CVS, Inc.
421. Arlington Peoples, Inc.
422. Arlington South Eads CVS, Inc.
423. Arlington-Walter Reed CVS, Inc.
424. Armcal Chicago CVS, L.L.C.
425. Armitage CVS, L.L.C.
426. Army Trail Bartlett CVS, L.L.C.
427. Arrow Glendora CVS, L.P.
428. Arsenal CVS, Inc.
429. ARV LLC
430. Asbury Evanston CVS, L.L.C.
431. ASCO Healthcare of New England Limited Partnership
432. ASCO Healthcare of New England, LLC
433. ASCO HealthCare, LLC
434. Ashburn Parkway CVS, Inc.
435. Ashford Dunwoody CVS, Inc.
436. Ashland Chicago CVS, L.L.C.
437. Ashland CVS, Inc.
438. ASI Wings, LLC
439. Assembly Square CVS, Inc.
440. Assurance Company of Connecticut

441. Aston Township CVS, Inc.
442. Astoria NY CVS, L.L.C.
443. Atlanta Bell Isle CVS, Inc.
444. Atlanta Brookwood Village CVS, Inc.
445. Atlanta Peachtree CVS, Inc.
446. Atlanta ProCare Pharmacy, Inc.
447. Atlanta Ridge CVS, Inc.
448. Atlantic Blvd CVS, Inc.
449. Atlantic City CVS, Inc.
450. Atlantic Jacksonville CVS, L.L.C.
451. Atlantic Jog Delray CVS, L.L.C.
452. Atlantic Medical Group, LLC
453. Atlee CVS, Inc.
454. Attleboro CVS, Inc.
455. Attleboro Pleasant CVS, Inc.
456. Atwood Avenue CVS, Inc.
457. Auburn AL CVS, Inc.
458. Auburn Clinton Stores,Inc.
459. Auburn CVS, Inc.
460. Auburn Glen CVS, Inc.
461. Auburn Mall (Me.) CVS, Inc.
462. Auburn PharmaCare Pharmacy, Inc.
463. Augusta Belair CVS, Inc.
464. Augusta Dr CVS, L.L.C.
465. AUSHC Holdings, Inc.
466. Austell Road CVS, Inc.
467. Austin Drug Co., Inc.
468. Austin Drugs of East Meadow, Inc.
469. Austin Drugs of Hicksville, Inc.
470. Austin Drugs of Lawrence, Inc.
471. Austin Drugs of Syosset, Inc.
472. Avenue 18 CVS, Inc.
473. Avenue of Americas CVS, L.L.C.
474. Avenue P Brooklyn CVS, Inc.
475. Aversboro Road CVS, Inc.
476. Avery Ranch CVS, L.L.C.
477. AV-Med of Louisiana, Inc.
478. Avon CVS, Inc.
479. Avon OH CVS, Inc.
480. Azalea Mall, L.L.C.
481. Azusa Avenue CVS, Inc.
482. Azusa CVS, L.P.

J-7

| | |
|---|---|
| 483. | B.H. Krueger, Inc. |
| 484. | Back Bay CVS, Inc. |
| 485. | Badger Acquisition LLC |
| 486. | Badger Acquisition of Kentucky LLC |
| 487. | Badger Acquisition of Minnesota LLC |
| 488. | Badger Acquisition of Ohio LLC |
| 489. | Bailey Avenue CVS Store, Inc. |
| 490. | Baker Avenue CVS, Inc. |
| 491. | Ball Square CVS, Inc. |
| 492. | Ballantyne Commons CVS, Inc. |
| 493. | Ballston Spa CVS, L.L.C. |
| 494. | Baltimore Avenue CVS, Inc. |
| 495. | Baltimore Belair CVS, Inc. |
| 496. | Baltimore CVS, Inc. |
| 497. | Bangor Route 512 CVS, Inc. |
| 498. | Bangor, Penna., CVS, Inc. |
| 499. | Banner Health and Aetna Health Insurance Company |
| 500. | Banner Health and Aetna Health Insurance Holding Company LLC |
| 501. | Banner Health and Aetna Health Plan Inc. |
| 502. | Barberton CVS, Inc. |
| 503. | Barker Houston CVS, L.P. |
| 504. | Barkley CVS, Inc. |
| 505. | Barnstable Retailer, Inc. |
| 506. | Barrington CVS, Inc. |
| 507. | Bartlett CVS, L.L.C. |
| 508. | Baseline 35th CVS, L.L.C. |
| 509. | Baseline Phoenix CVS, L.L.C. |
| 510. | Bass Fort Worth CVS, L.P. |
| 511. | Baton Rouge Perkins CVS, Inc. |
| 512. | Battleground Avenue CVS, L.L.C. |
| 513. | Baumel Eisner Neuromedical Institute, L.L.C. |
| 514. | Bay City Clinton Stores, Inc. |
| 515. | Bay Village CVS, Inc. |
| 516. | Bayamon Oeste Chess King, Inc. |
| 517. | Bayonne CVS, Inc. |
| 518. | Bayou La Batre CVS, Inc. |
| 519. | Beach Anaheim CVS, L.P. |
| 520. | Beach Buena Park CVS, L.P. |
| 521. | Beach Lincoln CVS, L.L.C. |
| 522. | Beacon Retailer, Inc. |
| 523. | Bear Merger Subsidiary, LLC |
| 524. | Bearss Avenue CVS, Inc. |
| 525. | Beaumont TX CVS, L.L.C. |
| 526. | Beauty Holdings, L.L.C. |
| 527. | Bedford Great Road CVS, Inc. |
| 528. | Bedford Retailer, Inc. |
| 529. | Bedford TX CVS, L.P. |
| 530. | Beechnut CVS, L.P. |
| 531. | Beechnut Gessner CVS, L.P. |
| 532. | Beechnut Houston CVS, L.P. |
| 533. | Bel Air CVS, Inc. |
| 534. | Bel Air Maryland CVS, Inc. |
| 535. | Belchertown CVS, Inc. |
| 536. | Bell Plaza CVS, Inc. |
| 537. | Bell Square CVS, Inc. |
| 538. | Bellaire Cook CVS, L.P. |
| 539. | Bellaire Ft. Worth CVS, L.P. |
| 540. | Belleville CVS, Inc. |
| 541. | Bellevue CVS, Inc. |
| 542. | Bellingham CVS, Inc. |
| 543. | Bellport CVS, Inc. |
| 544. | Belmont Ave. CVS, Inc. |
| 545. | Belmont Chicago CVS, L.L.C. |
| 546. | Belpre CVS, Inc. |
| 547. | Beltsville CVS, Inc. |
| 548. | Beltway 8 CVS, L.P. |
| 549. | Benchmark Physicians, Inc. |
| 550. | Benignus Houston CVS, L.P. |
| 551. | Bennington CVS, Inc. |
| 552. | Bensalem CVS, Inc. |
| 553. | Bentana Technologies, Inc. |
| 554. | Bergen Mall (N.J.) CVS, Inc. |
| 555. | Bergen Ridgefield CVS, Inc. |
| 556. | Berkeley PharmaCare Pharmacy, L.L.C. |
| 557. | Berlin CVS, Inc. |
| 558. | Bernville PA CVS, Inc. |
| 559. | Berwick Market CVS, Inc. |
| 560. | Berwyn PA CVS, Inc. |
| 561. | Beryl Street CVS, Inc. |

| | |
|---|---|
| 562. | Best Care LTC Acquisition Company LLC |
| 563. | Bethany Glendale CVS, L.L.C. |
| 564. | Bethel Church Road CVS, Inc. |
| 565. | Bethel Clinic Family Health Plan Corporation |
| 566. | Bethel CVS, Inc. |
| 567. | Bethel Drive CVS, Inc. |
| 568. | Bethel OH CVS, L.L.C. |
| 569. | Bethesda CVS, Inc. |
| 570. | Bethesda Peoples, Inc. |
| 571. | Bethlehem Broad St. CVS, Inc. |
| 572. | Bethlehem Plaza CVS, Inc. |
| 573. | Bethlehem West Fourth CVS, Inc. |
| 574. | Beverly Cove CVS, Inc. |
| 575. | Beverly CVS, Inc. |
| 576. | Big B Drugs, Inc. |
| 577. | Big B Express, Inc. |
| 578. | Big B, Inc. |
| 579. | Billerica CVS, Inc. |
| 580. | Binghamton Clinton Stores, Inc. |
| 581. | Birmingham AL CVS, Inc. |
| 582. | Bissonnet Houston CVS, L.P. |
| 583. | Black Rock Turnpike CVS, Inc. |
| 584. | Blackstone CVS, Inc. |
| 585. | Blackstone Insurance Group, Inc. |
| 586. | Blaine MN CVS, L.L.C. |
| 587. | Blakeslee CVS, Inc. |
| 588. | Blalock & Hammerly CVS, L.P. |
| 589. | Bloomfield Avenue CVS, Inc. |
| 590. | Bloomfield CVS, Inc. |
| 591. | Bloomingdale Brandon CVS, L.L.C. |
| 592. | Bloomington CVS, L.L.C. |
| 593. | Bloomsburg CVS, Inc. |
| 594. | BLS Properties, L.L.C. |
| 595. | Blue Hill Avenue CVS, Inc. |
| 596. | Blue Ridge CVS, L.L.C. |
| 597. | Blue Ridge Road CVS, Inc. |
| 598. | Bluegrass Pharmacy of Lexington, LLC |
| 599. | Boca Raton CVS, Inc. |
| 600. | Bolingbrook IL CVS, L.L.C. |
| 601. | Bonita Beach CVS, L.L.C. |
| 602. | Borden Pharmacy, Inc. |
| 603. | Bordentown CVS, Inc. |
| 604. | Borough of Hatboro CVS, Inc. |
| 605. | Boston Chelmsford CVS, Inc. |
| 606. | Boston Hanover CVS, Inc. |
| 607. | Boston Jamaica Plain CVS, Inc. |
| 608. | Boston Saratoga CVS, Inc. |
| 609. | Boston Washington CVS, Inc. |
| 610. | Boston, Ma., CVS, Inc. |
| 611. | Boston-Milk St. CVS, Inc. |
| 612. | Bourbonaise CVS, L.L.C. |
| 613. | Bourne MA CVS, Inc. |
| 614. | Bowling Green CVS, L.L.C. |
| 615. | Bowman Street CVS, Inc. |
| 616. | Boyertown CVS, Inc. |
| 617. | Boynton Beach CVS, Inc. |
| 618. | BPC Equity, Inc. |
| 619. | BPC Equity, LLC |
| 620. | BPNY Acquisition Corp |
| 621. | Bradenton CVS, L.L.C. |
| 622. | Bradenton SR 70 CVS, L.L.C. |
| 623. | Bradley NEC CVS, L.L.C. |
| 624. | Braintree CVS, Inc. |
| 625. | Braintree Washington CVS, Inc. |
| 626. | Brandon CVS, Inc. |
| 627. | Branford CVS, Inc. |
| 628. | Branhaven CVS, Inc. |
| 629. | Braselton CVS, Inc. |
| 630. | Brea Mall CVS, Inc. |
| 631. | Bremner Boulevard CVS, Inc. |
| 632. | Brewster CVS, L.L.C. |
| 633. | Briarwood CVS, Inc. |
| 634. | Brick New Jersey CVS, Inc. |
| 635. | Bridge Campus CVS, L.L.C. |
| 636. | Bridge Street CVS, L.L.C. |
| 637. | Bridgeport Avenue CVS, Inc. |
| 638. | Bridgeport Boston Ave. CVS, Inc. |
| 639. | Bridgeport-Merritt CVS, Inc. |
| 640. | Bridgeview CVS, L.L.C. |
| 641. | Bridgewater Commons CVS, Inc. |
| 642. | Bridgewater Main Street CVS, Inc. |
| 643. | Bridgewater Store Corporation |

| | |
|---|---|
| 644. | Brighton Market St. CVS, Inc. |
| 645. | Bristol Bay CVS, Inc. |
| 646. | Bristol CVS, Inc. |
| 647. | Bristol Farmington CVS, Inc. |
| 648. | Bristol North Main CVS, Inc. |
| 649. | Bristol Plaza CVS, Inc. |
| 650. | Brittain Road CVS, Inc. |
| 651. | Brittany Square CVS, Inc. |
| 652. | Broadheadsville CVS, Inc. |
| 653. | Broadspire National Services, Inc. |
| 654. | Broadway Fairlawn CVS, L.L.C. |
| 655. | Broadway Hewlett CVS, L.L.C. |
| 656. | Broadway Houston CVS, L.P. |
| 657. | Broadway Lawrence CVS, L.L.C. |
| 658. | Broadway Maricopa CVS, L.L.C. |
| 659. | Broadway Minneapolis CVS, L.L.C. |
| 660. | Broadway New York CVS, Inc. |
| 661. | Broadway Palm Beach CVS, L.L.C. |
| 662. | Brockton Belmont CVS, Inc. |
| 663. | Brockton Carey Hill CVS, Inc. |
| 664. | Brockton Crescent CVS, Inc. |
| 665. | Brockton CVS, Inc. |
| 666. | Brockton Hayward CVS, Inc. |
| 667. | Brockton Oak CVS, Inc. |
| 668. | Brockton Pleasant CVS, Inc. |
| 669. | Brockton West Plaza CVS, Inc. |
| 670. | Bronx Bainbridge CVS, L.L.C. |
| 671. | Bronx River CVS, Inc. |
| 672. | Brookfield CVS, Inc. |
| 673. | Brookfield IL CVS, L.L.C. |
| 674. | Brookhaven Hilltop CVS, Inc. |
| 675. | Brookline CVS, Inc. |
| 676. | Brookline Village CVS, Inc. |
| 677. | Brooklyn 9th Street CVS, Inc. |
| 678. | Brooklyn Bass CVS, L.L.C. |
| 679. | Brooklyn Commons CVS, Inc. |
| 680. | Brooklyn NY CVS, L.L.C. |
| 681. | Brooklyn Park MN CVS, L.L.C. |
| 682. | Brooklyn Pennsylvania CVS, Inc. |
| 683. | Brooklyn Rockaway CVS, Inc. |
| 684. | Brooks Drug of Ipswich, Inc. |
| 685. | Brooks Drug, Inc. |
| 686. | Broomall CVS, Inc. |
| 687. | Brown Recker CVS, L.L.C. |
| 688. | Brown Street CVS, Inc. |
| 689. | Browns Covington CVS, Inc. |
| 690. | Browns Mills CVS, L.L.C. |
| 691. | Brownstown Twp CVS, L.L.C. |
| 692. | Bruin Acquisition Co., Inc. |
| 693. | Brunswick (Me.) CVS, Inc. |
| 694. | Brunswick CVS, Inc. |
| 695. | Brunswick Square CVS, Inc. |
| 696. | Bryans Road CVS, Inc. |
| 697. | Bryans Road Peoples, Inc. |
| 698. | bswift LLC |
| 699. | bswift Resources LLC |
| 700. | Buckeye AZ CVS, L.L.C. |
| 701. | Buckland Hills CVS, Inc. |
| 702. | Bud's Price King, Inc. |
| 703. | Buffalo Grove CVS, L.L.C. |
| 704. | Buford Highway CVS, Inc. |
| 705. | Bunker Hill CVS, Inc. |
| 706. | Bunker Lake CVS, L.L.C. |
| 707. | Bupa Health Insurance (Thailand) Public Company Limited |
| 708. | Burlington Cambridge CVS, Inc. |
| 709. | Burlington Center (N.J.) CVS, Inc. |
| 710. | Burlington CVS, Inc. |
| 711. | Burnsville CVS, L.L.C. |
| 712. | Burnsville MN CVS, L.L.C. |
| 713. | Busch CVS, Inc. |
| 714. | Bush River CVS, Inc. |
| 715. | Busse CVS, L.L.C. |
| 716. | Bustleton Nursery CVS, Inc. |
| 717. | Bustleton Philadelphia CVS, Inc. |
| 718. | Butler Road CVS, Inc. |
| 719. | Byron Center CVS, L.L.C. |
| 720. | C Street CVS, Inc. |
| 721. | C Street Peoples, Inc. |
| 722. | Cactus 83rd CVS, L.L.C. |
| 723. | Cactus Las Vegas CVS, L.L.C. |
| 724. | Cactus Peoria CVS, L.L.C. |
| 725. | California CVS Pharmacy, L.L.C. |
| 726. | Cambria Heights CVS, L.L.C. |
| 727. | Cambridge Alewife CVS, Inc. |

728. Cambridge Burlington CVS, Inc.
729. Cambridge CVS, Inc.
730. Cambridge Galleria CVS, Inc.
731. Cambridge Life Insurance Company
732. Cambridge Street CVS, Inc.
733. Camden NJ CVS, Inc.
734. Camillus Plaza CVS Store, Inc.
735. Camino Real CVS, Inc.
736. Camp Hill CVS, Inc.
737. Campbell Richardson CVS, L.P.
738. Campo's Medical Pharmacy, Inc.
739. Campo's Medical Pharmacy, LLC
740. Canal CVS, Inc.
741. Canal Place, LLC
742. Canal Salem CVS, Inc.
743. Canal Winchester CVS, Inc.
744. Canoga Park CVS, Inc.
745. Canopy Acquisition, LLC
746. Canton CVS, Inc.
747. Canton GA CVS, Inc.
748. Canton Highway CVS, Inc.
749. Cantonment FL CVS, L.L.C.
750. Cape Coral CVS, L.L.C.
751. Cape May CVS, Inc.
752. Capital Market CVS, Inc.
753. Capitol Heights CVS, L.L.C.
754. Capitol Home Infusion, Inc.
755. Care Pharmaceutical Services, LP
756. Care4, L.P.
757. CareCenter Pharmacy, L.L.C.
758. CareFlorida Health Plan, Inc.
759. Carefree Insurance Services, Inc.
760. Carelink Health Plans, Inc.
761. Caremark Advantage, Inc.
762. Caremark Advantage, L.L.C.
763. Caremark Arizona Mail Pharmacy Holding, LLC
764. Caremark Arizona Mail Pharmacy, LLC
765. Caremark Arizona Specialty Pharmacy Holding, L.L.C.
766. Caremark Arizona Specialty Pharmacy, L.L.C.
767. Caremark Atlanta Pharmacy, LLC
768. Caremark Aviation, L.L.C.
769. Caremark Baltimore Pharmacy, LLC
770. Caremark California Specialty Pharmacy Holding, L.L.C.
771. Caremark California Specialty Pharmacy, L.L.C.
772. Caremark CareCenter Pharmacy, L.L.C.
773. Caremark Chicago Pharmacy, LLC
774. Caremark Connecticut CareCenter Pharmacy Holding, LLC
775. Caremark Connecticut CareCenter Pharmacy, LLC
776. Caremark Dallas Pharmacy, LLC
777. Caremark Detroit Pharmacy, LLC
778. Caremark Florida Mail Pharmacy Holding, LLC
779. Caremark Florida Mail Pharmacy, LLC
780. Caremark Florida Speciality Pharmacy Holding, LLC
781. Caremark Florida Specialty Pharmacy, LLC
782. Caremark Fort Lauderdale Pharmacy, LLC
783. Caremark Georgia CareCenter Pharmacy Holding, LLC
784. Caremark Georgia CareCenter Pharmacy, LLC
785. Caremark Georgia Specialty Pharmacy Holding, LLC
786. Caremark Georgia Specialty Pharmacy, LLC
787. Caremark Global, Inc.
788. Caremark Hawaii Mail Pharmacy Holding, L.L.C.
789. Caremark Hawaii Mail Pharmacy, LLC

790. Caremark Hawaii Specialty Pharmacy Holding, LLC
791. Caremark Hawaii Specialty Pharmacy, LLC
792. Caremark Homecare, Inc.
793. Caremark Honolulu Pharmacy, LLC
794. Caremark Illinois CareCenter Pharmacy Holding I, LLC
795. Caremark Illinois CareCenter Pharmacy Holding II, LLC
796. Caremark Illinois CareCenter Pharmacy Holding, LLC
797. Caremark Illinois CareCenter Pharmacy I, LLC
798. Caremark Illinois CareCenter Pharmacy II, LLC
799. Caremark Illinois CareCenter Pharmacy, LLC
800. Caremark Illinois Mail Pharmacy Holding, LLC
801. Caremark Illinois Mail Pharmacy, LLC
802. Caremark Illinois Specialty Pharmacy Holding, LLC
803. Caremark Illinois Specialty Pharmacy, LLC
804. Caremark Indemnity, Ltd.
805. Caremark International, Inc.
806. Caremark International, L.L.C.
807. Caremark Iowa CareCenter Pharmacy Holding I, LLC
808. Caremark Iowa CareCenter Pharmacy Holding, LLC
809. Caremark Iowa CareCenter Pharmacy I, LLC
810. Caremark Iowa CareCenter Pharmacy, LLC
811. Caremark IPA, L.L.C.
812. Caremark Irving Resource Center Holding, LLC
813. Caremark Irving Resource Center, LLC

814. Caremark Kansas Specialty Pharmacy Holding, LLC
815. Caremark Kansas Specialty Pharmacy, LLC
816. Caremark Limited, LLC
817. Caremark Logistics Holding, LLC
818. Caremark Logistics, LLC
819. Caremark Louisiana Specialty Pharmacy Holding, LLC
820. Caremark Louisiana Specialty Pharmacy, LLC
821. Caremark Mail Pharmacy, LLC
822. Caremark Management Limited, LLC
823. Caremark Management, L.L.C.
824. Caremark Management, LP
825. Caremark Maryland CareCenter Pharmacy Holding, LLC
826. Caremark Maryland CareCenter Pharmacy, LLC
827. Caremark Maryland Specialty Pharmacy Holding, LLC
828. Caremark Maryland Specialty Pharmacy, LLC
829. Caremark Massachusetts Specialty Pharmacy Holding, LLC
830. Caremark Massachusetts Specialty Pharmacy, LLC
831. Caremark MergerSub, L.L.C.
832. Caremark Michigan Specialty Pharmacy Holding, LLC
833. Caremark Michigan Specialty Pharmacy, LLC
834. Caremark Minnesota Specialty Pharmacy Holding, LLC
835. Caremark Minnesota Specialty Pharmacy, LLC
836. Caremark Miramar Pharmacy, LLC
837. Caremark New Jersey CareCenter Pharmacy Holding, LLC
838. Caremark New Jersey CareCenter Pharmacy, LLC

839. Caremark New Jersey Specialty Pharmacy Holding, LLC
840. Caremark New Jersey Specialty Pharmacy, LLC
841. Caremark North Carolina CareCenter Pharmacy Holding, LLC
842. Caremark North Carolina CareCenter Pharmacy, LLC
843. Caremark North Carolina Specialty Pharmacy Holding LLC
844. Caremark North Carolina Specialty Pharmacy, LLC
845. Caremark Ohio CareCenter Pharmacy Holding, LLC
846. Caremark Ohio CareCenter Pharmacy, LLC
847. Caremark Ohio Specialty Pharmacy, L.L.C.
848. Caremark Ohio Specialty Pharmacy, L.L.C.
849. Caremark Onsite Pharmacy, Inc.
850. Caremark Pennsylvania Specialty Pharmacy Holding, LLC
851. Caremark Pennsylvania Specialty Pharmacy, LLC
852. Caremark Pharmacy, L.L.C.
853. Caremark PhC, L.L.C.
854. Caremark Phoenix Pharmacy, LLC
855. Caremark Pittsburgh Pharmacy, LLC
856. Caremark Procurement Corporation
857. Caremark Procurement, L.L.C.
858. Caremark Puerto Rico Holding LLC
859. Caremark Puerto Rico L.L.C.
860. Caremark Puerto Rico Specialty Pharmacy Holding LLC
861. Caremark Puerto Rico Specialty Pharmacy L.L.C.
862. Caremark Puerto Rico, Inc.
863. Caremark Raleigh Pharmacy, LLC
864. Caremark Receivable, LLC
865. Caremark Redlands Pharmacy, L.L.C.
866. Caremark Repack, LLC
867. Caremark Resource Center General, LLC
868. Caremark Rx, Inc.
869. Caremark Rx, L.L.C.
870. Caremark San Antonio Pharmacy, LLC
871. Caremark San Antonio Resource Center Holding, LLC
872. Caremark San Antonio Resource Center, LLC
873. Caremark Specialty Pharmacy, LLC
874. Caremark Tampa Pharmacy, LLC
875. Caremark Tennessee CareCenter Pharmacy Holding, LLC
876. Caremark Tennessee CareCenter Pharmacy, LLC
877. Caremark Tennessee Specialty Pharmacy Holding, LLC
878. Caremark Tennessee Specialty Pharmacy, LLC
879. Caremark Texas Mail Pharmacy Holding, LLC
880. Caremark Texas Mail Pharmacy, LLC
881. Caremark Texas Specialty Pharmacy, LLC
882. Caremark Ulysses Holding Corp.
883. Caremark Washington Specialty Pharmacy Holding, LLC
884. Caremark Washington Specialty Pharmacy, LLC
885. Caremark, L.L.C.
886. Caremark, LP
887. CaremarkPCS
888. CaremarkPCS Alabama Mail Pharmacy Holding, LLC
889. CaremarkPCS Alabama Mail Pharmacy, LLC
890. CaremarkPCS Caribbean, Inc.
891. CaremarkPCS Health Systems, LLC

892. CaremarkPCS Health, LLC
893. CaremarkPCS Health, LP
894. CaremarkPCS Mail Pharmacy, LLC
895. CaremarkPCS Pennsylvania Mail Pharmacy Holding, LLC
896. CaremarkPCS Pennsylvania Mail Pharmacy, LLC
897. CaremarkPCS Texas Mail Pharmacy Holding, LLC
898. CaremarkPCS Texas Mail Pharmacy, LLC
899. CaremarkPCS, L.L.C.
900. Carney CVS, Inc.
901. Carol Stream IL CVS, L.L.C.
902. Carrabile, LLC
903. Carroll Denton CVS, L.P.
904. Carroll Street CVS, Inc.
905. Carrollton CVS, L.P.
906. Carson CA CVS, L.L.C.
907. Carver CVS, Inc.
908. Cary Tryon CVS, Inc.
909. Cascades CVS, Inc.
910. Cashmere St. Lucie CVS, L.L.C.
911. Cass Darien CVS, L.L.C.
912. Castor Avenue CVS, Inc.
913. Castro Street ProCare Pharmacy, Inc.
914. Catalpa Chicago CVS, L.L.C.
915. Cathedral City CVS, L.L.C.
916. Caton Farm Joliet CVS, L.L.C.
917. CC Advertising & Marketing, LLC
918. CCI Foreign Holdings, Sarl
919. CCI Foreign, Sarl
920. CCRx Holdings, LLC
921. CCRx of North Carolina Holdings, LLC
922. CCRx of North Carolina, LLC
923. Cedar Garwood CVS, L.L.C.
924. Cedar Park CVS, Inc.
925. Cedar Park Peoples, Inc.
926. Center City CVS, Inc.
927. Center Moriches CVS, Inc.
928. Center Pasadena CVS, L.P.

929. Center Plaza CVS, Inc.
930. Center Square CVS, Inc.
931. Centerville Falmouth St. CVS, Inc.
932. Central Ave SEC CVS, L.L.C.
933. Central City Mall CVS, Inc.
934. Central Rx Services, LLC
935. Central Square CVS, Inc.
936. Central St. Petersburg CVS, L.L.C.
937. Central Street CVS, Inc.
938. Centreville Road CVS, Inc.
939. CH Saluda SC 2008, LLC
940. Chandler AZ CVS, L.L.C.
941. Chandler Dobson CVS, L.L.C.
942. Chandler Gilbert CVS, L.L.C.
943. Chandler Heights CVS, L.L.C.
944. Chandler Kyrene CVS, L.L.C.
945. Chandler North CVS, L.L.C.
946. Chandler Street CVS, Inc.
947. Chandler Warner CVS, L.L.C.
948. Chanhassen CVS, L.L.C.
949. Chapman Avenue CVS, Inc.
950. Chappaqua CVS, L.L.C.
951. Charles Street Baltimore CVS, Inc.
952. Charles Street CVS, Inc.
953. Charleston Area Health Plan, Inc.
954. Charlie Acquisition Corporation
955. Charlott Street CVS, Inc.
956. Charlotte NC CVS, Inc.
957. Charlotte PUD, LLC
958. Charlton MA CVS, Inc.
959. Charlton PharmaCare Pharmacy, Inc.
960. Chatham CVS, Inc.
961. Chatham Main St. CVS, Inc.
962. Chatsworth CVS, L.L.C.
963. CHC Casualty Risk Retention Group, Inc.
964. CHCCares, Inc.
965. Cheektowaga-Como CVS, Inc.
966. Chelsea AL CVS, Inc.
967. Cheltenham CVS, Inc.
968. Cherry Hill C.K. Jeanery, Inc.
969. Cherry Tree Lane CVS, Inc.

970. Cheshire CVS, Inc.
971. Chester MD CVS, L.L.C.
972. Chester NY CVS, L.L.C.
973. Chesterfield CVS, Inc.
974. Chestnut Hill CVS, Inc.
975. Chestnut Montvale CVS, L.L.C.
976. Chestnut St. CVS, Inc.
977. Chestnut Street CVS, Inc.
978. Chicago CVS Store, L.L.C.
979. Chicago Heights IL CVS, L.L.C.
980. Chicago North Central CVS, L.L.C.
981. Chicago Pulaski CVS, L.L.C.
982. Chicago Ridge IL CVS, L.L.C.
983. Chicago West Irving Park CVS, L.L.C.
984. Chichester CVS, Inc.
985. Chick Springs CVS, Inc.
986. Chickering Benefit Planning Insurance Agency, Inc.
987. Chickering Claims Administrators, Inc.
988. Chicopee CVS, Inc.
989. Chicopee Exchange Street CVS, Inc.
990. Chicopee Memorial CVS, Inc.
991. Children's Hospital of Michigan Outpatient Pharmacy, Inc.
992. Chili CVS, Inc.
993. Chimney Rock CVS, L.P.
994. China Town CVS, Inc.
995. Chino Ave SEC CVS, L.L.C.
996. Chino Hills CVS, INc.
997. Choice Source Therapeutic of Houston, Texas, L.L.C.
998. Choice Source Therapeutic South, L.L.C.
999. Choice Source, L.L.C.
1000. CHP Acquisition Corp.
1001. CHP Acquisition, LLC
1002. Christiana CVS, Inc.
1003. Chula Vista CVS, Inc.
1004. Church Avenue CVS, Inc.
1005. Cicero Addison CVS, L.L.C.

1006. Cincinnati CVS, L.L.C.
1007. Cin-Dayton CVS, Inc.
1008. CIP Acquisition, LLC
1009. Circle Plaza CVS, Inc.
1010. Circle Tallahassee RE, L.L.C.
1011. Circulation, LLC
1012. City Line Avenue CVS, Inc.
1013. Claims Administration Corp.
1014. ClaimsPro Management Services, Inc.
1015. Clairmont Road CVS, Inc.
1016. Clairton Boulevard CVS, Inc.
1017. Claremont River CVS, Inc.
1018. Clarendon Blvd. CVS, Inc.
1019. Clarendon Boulevard CVS, Inc.
1020. Clark Chicago CVS, L.L.C.
1021. Clark CVS, Inc.
1022. Clarkston CVS, Inc.
1023. Clarksville MD CVS, L.L.C.
1024. Clayton CVS, Inc.
1025. Clearwater CVS, Inc.
1026. Clearwater Sunset CVS, Inc.
1027. Clementon Square CVS, Inc.
1028. Clermont CVS, L.L.C.
1029. Cleveland Lorain CVS, Inc.
1030. Cleveland Primary Care Associates, P.A., Inc.
1031. Cliffside Park CVS, L.L.C.
1032. Clifton CVS, Inc.
1033. Clint Moore Boca Raton CVS, L.L.C.
1034. Clinton Center CVS, Inc.
1035. Clinton Discount Stores, Inc.
1036. Clinton Post CVS, Inc.
1037. Cloppers Mill CVS, Inc.
1038. Cloppers Mill Peoples, inc.
1039. Clover CVS, L.L.C.
1040. Clyde Daytona CVS, L.L.C.
1041. CMBS Holdings, Inc.
1042. CMBS Holdings, Inc. II
1043. CMBS Holdings, L.L.C.
1044. Cochran CVS, L.L.C.
1045. Coconut Creek CVS, Inc.

1046. Cofinity, Inc.
1047. Cohasset CVS, Inc.
1048. Cohoes CVS, L.L.C.
1049. Coit Dallas CVS, L.P.
1050. Coit McDermott CVS, L.P.
1051. Colchester CT CVS, Inc.
1052. College Anaheim CVS, L.L.C.
1053. College Point CVS, Inc.
1054. College Street CVS, Inc.
1055. Collegeville CVS, Inc.
1056. Collings CVS, Inc.
1057. Colonial Place CVS, Inc.
1058. Colonie CVS, Inc.
1059. Columbia CVS, Inc.
1060. Columbus CVS, L.L.C.
1061. Columbus High Street CVS, Inc.
1062. Columbus New York CVS, Inc.
1063. Columbus Polaris CVS, Inc.
1064. Commack CVS, Inc.
1065. Commerce Palms Tampa CVS, L.L.C.
1066. Commercial CVS, Inc.
1067. Committed Provider Services, LLC
1068. COMMUNITY HEALTH CARE SOLUTIONS LLC
1069. Compass Health Services, LLC
1070. Compo Center CVS, Inc.
1071. Compscript, LLC
1072. Computer Development, Inc.
1073. Concord Crisco CVS, Inc.
1074. Concord Road CVS, Inc.
1075. Conewango CVS, Inc.
1076. Confident Care Health Plan, Inc.
1077. Congress Austin CVS TX, L.L.C.
1078. Connecticut Avenue CVS, Inc.
1079. Connecticut CVS Pharmacy, L.L.C.
1080. Conservco, Inc.
1081. Conshohocken CVS, Inc.
1082. Constitution Blvd. CVS, Inc.
1083. Consumer Health Interactive, L.L.C.
1084. Consumer Value Store of Bangor, Inc.
1085. Consumer Value Stores of Lowell, Inc.
1086. Consumer Value stores of Merrimack, Inc.
1087. Consumer Value Stores of Revere, Inc.
1088. Consumer Value Stores of Rhode Island, Inc.
1089. Consumer Value Stores of White City, Inc.
1090. Consumer Value Stores of Worcester, Inc.
1091. Continental Life Insurance Company of Brentwood, Tennessee
1092. Continuing Care Rx, LLC
1093. Conyers CVS, Inc.
1094. Coolidge Corner CVS, Inc.
1095. Coon Rapids MN CVS, L.L.C.
1096. Cooper City CVS, L.L.C.
1097. Coopersburg CVS, Inc.
1098. Copiague CVS, Inc.
1099. Copley CVS, Inc.
1100. Coral Ridge CVS, L.L.C.
1101. Coram Alternate Site Services, Inc.
1102. Coram Clinical Trials, Inc.
1103. Coram Healthcare Corporation of Alabama
1104. Coram Healthcare Corporation of Florida
1105. Coram Healthcare Corporation of Greater D.C.
1106. Coram Healthcare Corporation of Greater New York
1107. Coram Healthcare Corporation of Indiana
1108. Coram Healthcare Corporation of Massachusetts
1109. Coram Healthcare Corporation of Mississippi
1110. Coram Healthcare Corporation of Nevada
1111. Coram Healthcare Corporation of North Texas

J-16

1112. Coram Healthcare Corporation of Northern California
1113. Coram Healthcare Corporation of Rhode Island
1114. Coram Healthcare Corporation of Southern California
1115. Coram Healthcare Corporation of Southern Florida
1116. Coram Healthcare Corporation of Utah
1117. Coram Healthcare/Carolina Home Therapeutics, LLC
1118. Coram LLC
1119. Coram Service Corporation
1120. Coram Specialty Infusion Services, Inc.
1121. CoramRx, LLC
1122. Corbin Avenue CVS, Inc.
1123. Corey Enterprises, Inc.
1124. Cornelius CVS, Inc.
1125. Corning Park Plaza CVS, Inc.
1126. Corona CVS, Inc.
1127. Corporate Benefit Strategies, Inc.
1128. Corporate Health Administrators, Inc.
1129. Corporate Health Insurance Company
1130. Cortez Bradenton CVS, L.L.C.
1131. Cottage Grove CVS, Inc.
1132. Cotuit CVS, Inc.
1133. County Line CVS, Inc.
1134. County Road CVS, L.L.C.
1135. Court Street CVS, L.L.C.
1136. Courtland Street CVS, Inc.
1137. Courtyards of Costa Mesa CVS, Inc.
1138. Coventry Consumer Advantage, Inc.
1139. Coventry CT CVS, Inc.
1140. Coventry Financial Management Services, Inc.
1141. Coventry Health and Life Insurance Company
1142. Coventry Health Care National Accounts, Inc.
1143. Coventry Health Care National Network, Inc.
1144. Coventry Health Care of Delaware, Inc.
1145. Coventry Health Care of Florida, Inc.
1146. Coventry Health Care of Georgia, Inc.
1147. Coventry Health Care of Illinois, Inc.
1148. Coventry Health Care of Iowa, Inc.
1149. Coventry Health Care of Kansas, Inc.
1150. Coventry Health Care of Louisiana, Inc.
1151. Coventry Health Care of Missouri, Inc.
1152. Coventry Health Care of Nebraska, Inc.
1153. Coventry Health Care of Pennsylvania, Inc.
1154. Coventry Health Care of Texas, Inc.
1155. Coventry Health Care of the Carolinas, Inc.
1156. Coventry Health Care of Virginia, Inc.
1157. Coventry Health Care of West Virginia, Inc.
1158. Coventry Health Care Workers Compensation, Inc.
1159. Coventry Health Care, Inc.
1160. Coventry Health of Michigan, Inc.
1161. Coventry Health Plan of Florida, Inc.
1162. Coventry Healthcare Management Corporation
1163. Coventry Independent Medical Exams of Texas, PA
1164. Coventry Lake CVS, Inc.
1165. Coventry Management Services, Inc.

J-17

1166. Coventry Merger Holdings, Inc.
1167. Coventry Merger Sub
1168. Coventry Prescription Management Services, Inc.
1169. Coventry Rehabilitation Services, Inc.
1170. Coventry Specialty Services, LLC
1171. Coventry Square CVS, Inc.
1172. Coventry Summit Health Plan, Inc.
1173. Coventry Transplant Network, Inc.
1174. CoventryCares of Michigan, Inc.
1175. Coviello Plaza CVS, Inc.
1176. Covina (Cal.) CVS, Inc.
1177. Covington CVS, Inc.
1178. Cox CVS, Inc.
1179. CP Acquisition Corp.
1180. CP Acquisition, LLC
1181. CP Red Springs NC 2008, LLC
1182. CP Services LLC
1183. CR 545 Davenport CVS, L.L.C.
1184. Crabapple CVS, Inc.
1185. Craig Road CVS, L.L.C.
1186. Cranberry CVS, Inc.
1187. Cranberry PA CVS, Inc.
1188. Cranberry Township CVS, Inc.
1189. Cranston Retailer, Inc.
1190. Cranston RI CVS, Inc.
1191. Cranston-Elmwood CVS, Inc.
1192. Cranston-Reservoir CVS, Inc.
1193. Cresco CVS, Inc.
1194. Cressona Mall CVS, Inc.
1195. Crest CVS, Inc.
1196. Crestwood KY CVS, Inc.
1197. Crismon Mesa CVS, L.L.C.
1198. Criterion Communications, Inc.
1199. Crofton MD CVS, L.L.C.
1200. Cromwell CT CVS, Inc.
1201. Cropsey Avenue CVS, L.L.C.
1202. Cross Keys Place CVS, Inc.
1203. Crossgates CVS Store, Inc.
1204. Crossroads Plaza CVS, Inc.
1205. Croton-On-Hudson CVS, L.L.C.
1206. Crowley TX CVS, L.P.

1207. Croydon CVS, Inc.
1208. Crystal Drive CVS, L.L.C.
1209. Crystal Lake CVS, L.L.C.
1210. Crystal Plaza CVS, Inc.,
1211. Crystal Waterford CVS, Inc.
1212. CSR, Inc.
1213. Cucamonga Foothill CVS, L.L.C.
1214. Culver City CVS, Inc.
1215. Cumberland Bear Hill CVS, Inc.
1216. Cumberland Church CVS, Inc.
1217. Cumberland Retailer, Inc.
1218. Cumming GA CVS, Inc.
1219. Cumru CVS, Inc.
1220. Curaflex Health Services
1221. Cuyahoga Oakwood CVS, Inc.
1222. CVS 1001 MA, L.L.C.
1223. CVS 10012 OK, L.L.C.
1224. CVS 10013 VA, L.L.C.
1225. CVS 10015 MA, L.L.C.
1226. CVS 10018 VA, L.L.C.
1227. CVS 10019 AR, L.L.C.
1228. CVS 10021 VA, L.L.C.
1229. CVS 10024 VA, L.L.C.
1230. CVS 10049 KY, L.L.C.
1231. CVS 10065 OK, L.L.C.
1232. CVS 10072 TN, L.L.C.
1233. CVS 10076 AL, L.L.C.
1234. CVS 10078 FL, L.L.C.
1235. CVS 10088 VA, L.L.C.
1236. CVS 10099 DE, L.L.C.
1237. CVS 10101 OK, L.L.C.
1238. CVS 10102 OK, L.L.C.
1239. CVS 10117 VA, L.L.C.
1240. CVS 10122 FL, L.L.C.
1241. CVS 10124 WV, L.L.C.
1242. CVS 10125 MA, L.L.C.
1243. CVS 10131 FL, L.L.C.
1244. CVS 10143 WI, L.L.C.
1245. CVS 10154 GA, L.L.C.
1246. CVS 10156 NC, L.L.C.
1247. CVS 10163 WI, L.L.C.
1248. CVS 10170 VA, L.L.C.
1249. CVS 10172 WI, L.L.C.

| | | | | |
|---|---|---|---|---|
| 1250. | CVS 10175 OK, L.L.C | 1293. | CVS 10430 AR, L.L.C. |
| 1251. | CVS 10196 MA, L.L.C. | 1294. | CVS 10431 AR, L.L.C. |
| 1252. | CVS 10201 MN, L.L.C. | 1295. | CVS 10432 AR, L.L.C. |
| 1253. | CVS 10202 VA, L.L.C. | 1296. | CVS 10437 OK, L.L.C. |
| 1254. | CVS 10205 KY, L.L.C. | 1297. | CVS 10441 NE, L.L.C. |
| 1255. | CVS 10206 AL, L.L.C. | 1298. | CVS 10453 VA, L.L.C. |
| 1256. | CVS 10208 AL, L.L.C. | 1299. | CVS 10454 VA, L.L.C. |
| 1257. | CVS 10209 OH, L.L.C. | 1300. | CVS 10457 OH, L.L.C. |
| 1258. | CVS 10213 OK, L.L.C. | 1301. | CVS 10501 MA, L.L.C. |
| 1259. | CVS 10214 OK, L.L.C. | 1302. | CVS 10504 FL, L.L.C. |
| 1260. | CVS 10238 DE, L.L.C. | 1303. | CVS 10515 TN, L.L.C. |
| 1261. | CVS 10242 NE, L.L.C. | 1304. | CVS 10518 AR, L.L.C. |
| 1262. | CVS 10243 NE, L.L.C. | 1305. | CVS 10519 AR, L.L.C. |
| 1263. | CVS 10246 OH, L.L.C. | 1306. | CVS 10520 OK, L.L.C. |
| 1264. | CVS 10248 OH, L.L.C. | 1307. | CVS 10533 WI, L.L.C. |
| 1265. | CVS 10251 VA, L.L.C. | 1308. | CVS 10534 AR, L.L.C. |
| 1266. | CVS 10252 MN, L.L.C. | 1309. | CVS 10539 AR, L.L.C. |
| 1267. | CVS 10255 AR, L.L.C. | 1310. | CVS 10549 WI, L.L.C. |
| 1268. | CVS 10272 OK, L.L.C. | 1311. | CVS 1055 FL, L.L.C. |
| 1269. | CVS 10273 OK, L.L.C. | 1312. | CVS 10560 OK, L.L.C. |
| 1270. | CVS 10274 OK, L.L.C. | 1313. | CVS 10561 OK, L.L.C. |
| 1271. | CVS 10275 OK, L.L.C. | 1314. | CVS 10563 VA, L.L.C. |
| 1272. | CVS 10279 KY, L.L.C. | 1315. | CVS 10566 WV, L.L.C. |
| 1273. | CVS 10286 VA, L.L.C. | 1316. | CVS 10586 VA, L.L.C. |
| 1274. | CVS 10293 NE, L.L.C. | 1317. | CVS 10589 GA, L.L.C. |
| 1275. | CVS 10320 VA, L.L.C. | 1318. | CVS 1063 CA, L.L.C. |
| 1276. | CVS 10326 OK, L.L.C. | 1319. | CVS 10644 FL, L.L.C. |
| 1277. | CVS 10346 FL, L.L.C. | 1320. | CVS 10645 TN, L.L.C. |
| 1278. | CVS 10357 GA, L.L.C. | 1321. | CVS 10666 AR, L.L.C. |
| 1279. | CVS 10358 GA, L.L.C. | 1322. | CVS 10678 AR, L.L.C. |
| 1280. | CVS 10372 OH, L.L.C. | 1323. | CVS 10683 KY, L.L.C. |
| 1281. | CVS 10374 OH, L.L.C. | 1324. | CVS 10684 VA, L.L.C. |
| 1282. | CVS 10376 DE, L.L.C. | 1325. | CVS 10746 VA, L.L.C. |
| 1283. | CVS 10396 MN, L.L.C. | 1326. | CVS 10756 MN, L.L.C. |
| 1284. | CVS 1040 FL, L.L.C. | 1327. | CVS 10768 VA, L.L.C. |
| 1285. | CVS 10408 AR, L.L.C. | 1328. | CVS 10769 VA, L.L.C. |
| 1286. | CVS 10409 AR, L.L.C. | 1329. | CVS 10770 VA, L.L.C. |
| 1287. | CVS 1041 MA, L.L.C. | 1330. | CVS 10771 MN, L.L.C. |
| 1288. | CVS 10410 NE, L.L.C. | 1331. | CVS 10772 WI, L.L.C. |
| 1289. | CVS 10411 WI, L.L.C. | 1332. | CVS 10779 AR, L.L.C. |
| 1290. | CVS 10416 AL, L.L.C. | 1333. | CVS 1078 IN, L.L.C. |
| 1291. | CVS 10419 WI, L.L.C. | 1334. | CVS 10781 CO, L.L.C. |
| 1292. | CVS 10422 VA, L.L.C. | 1335. | CVS 10782 CO, L.L.C. |

| | | | |
|---|---|---|---|
| 1336. | CVS 10783 CO, L.L.C. | 1379. | CVS 1114 FL, L.L.C. |
| 1337. | CVS 10784 CO, L.L.C. | 1380. | CVS 11155 OH, L.L.C. |
| 1338. | CVS 10785 CO, L.L.C. | 1381. | CVS 11158 AR, L.L.C. |
| 1339. | CVS 10787 SC, L.L.C. | 1382. | CVS 11179 VA, L.L.C. |
| 1340. | CVS 10788 KY, L.L.C. | 1383. | CVS 1118 NY, L.L.C. |
| 1341. | CVS 1079 GA, L.L.C. | 1384. | CVS 11233 VA, L.L.C. |
| 1342. | CVS 10811 AL, L.L.C. | 1385. | CVS 1126 FL, L.L.C. |
| 1343. | CVS 10812 KY, L.L.C. | 1386. | CVS 11288 MA, L.L.C. |
| 1344. | CVS 10816 AR, L.L.C. | 1387. | CVS 113 FL, L.L.C. |
| 1345. | CVS 10830 CO, L.L.C. | 1388. | CVS 1131 MA, L.L.C. |
| 1346. | CVS 10831 CO, L.L.C. | 1389. | CVS 11337 CO, L.L.C. |
| 1347. | CVS 10836 MA, L.L.C. | 1390. | CVS 1140 SC, L.L.C. |
| 1348. | CVS 10893 OH, L.L.C. | 1391. | CVS 11450 SC LLC |
| 1349. | CVS 10898 AL, L.L.C. | 1392. | CVS 115 W., L.L.C. |
| 1350. | CVS 10937 VA, L.L.C. | 1393. | CVS 1150 MI, L.L.C. |
| 1351. | CVS 10949 TN, L.L.C. | 1394. | CVS 1161 IL, L.L.C. |
| 1352. | CVS 10958 CO, L.L.C. | 1395. | CVS 1172 IL, L.L.C. |
| 1353. | CVS 10967 VA, L.L.C. | 1396. | CVS 1189 MA, L.L.C. |
| 1354. | CVS 10968 VA, L.L.C. | 1397. | CVS 1194 SC, L.L.C. |
| 1355. | CVS 10975 AR, L.L.C. | 1398. | CVS 12 VA, L.L.C. |
| 1356. | CVS 10976 OK, L.L.C. | 1399. | CVS 1200 SC, L.L.C. |
| 1357. | CVS 1099 LA, L.L.C. | 1400. | CVS 1218 NC, L.L.C. |
| 1358. | CVS 10990 VA, L.L.C. | 1401. | CVS 1223 OH, L.L.C. |
| 1359. | CVS 10992 VA, L.L.C. | 1402. | CVS 1246 NC, L.L.C. |
| 1360. | CVS 10th Street, L.L.C. | 1403. | CVS 1316 FL, L.L.C. |
| 1361. | CVS 11000 CO, L.L.C. | 1404. | CVS 1359 GA, L.L.C. |
| 1362. | CVS 11001 CO, L.L.C. | 1405. | CVS 1383 VA, L.L.C. |
| 1363. | CVS 11002 CO, L.L.C. | 1406. | CVS 1420 GA, L.L.C. |
| 1364. | CVS 11016 AL, L.L.C. | 1407. | CVS 1423 VA, L.L.C. |
| 1365. | CVS 11017 GA, L.L.C. | 1408. | CVS 1427, L.L.C. |
| 1366. | CVS 11019 KY, L.L.C. | 1409. | CVS 1428 WV, L.L.C. |
| 1367. | CVS 11024 CO, L.L.C. | 1410. | CVS 1429 WV, L.L.C. |
| 1368. | CVS 11056 VA, L.L.C. | 1411. | CVS 1435 MD, L.L.C. |
| 1369. | CVS 11070 MN, L.L.C. | 1412. | CVS 1452 MD, L.L.C. |
| 1370. | CVS 11083 VA, L.L.C. | 1413. | CVS 1461 MD, L.L.C. |
| 1371. | CVS 11086 OH, L.L.C. | 1414. | CVS 1464 OH, L.L.C. |
| 1372. | CVS 11089 KY, L.L.C. | 1415. | CVS 1481 MD, L.L.C. |
| 1373. | CVS 11092 OK, L.L.C. | 1416. | CVS 1488 MD, L.L.C. |
| 1374. | CVS 11093 AR, L.L.C. | 1417. | CVS 1501 MD, L.L.C. |
| 1375. | CVS 11104 CO, L.L.C. | 1418. | CVS 1507 NV, L.L.C. |
| 1376. | CVS 11105 CO, L.L.C. | 1419. | CVS 1515 MD, L.L.C. |
| 1377. | CVS 11115 VA, L.L.C. | 1420. | CVS 1525 VA, L.L.C. |
| 1378. | CVS 11138 CO, L.L.C. | 1421. | CVS 1534 VA, L.L.C. |

| | |
|---|---|
| 1422. CVS 1538 VA, L.L.C. | 1465. CVS 2065 RI, L.L.C. |
| 1423. CVS 1547 VA, L.L.C. | 1466. CVS 2105 GA, L.L.C. |
| 1424. CVS 1550 VA, L.L.C. | 1467. CVS 211 MI, L.L.C. |
| 1425. CVS 1553 VA, L.L.C. | 1468. CVS 2148 WV, L.L.C. |
| 1426. CVS 1556 VA, L.L.C. | 1469. CVS 2212 GA, L.L.C. |
| 1427. CVS 1557 VA, L.L.C. | 1470. CVS 2214 WI, L.L.C. |
| 1428. CVS 1561 VA, L.L.C. | 1471. CVS 2276 MN, L.L.C. |
| 1429. CVS 1589 MI, L.L.C. | 1472. CVS 2315 VA, L.L.C. |
| 1430. CVS 161 SC, L.L.C. | 1473. CVS 232 NY, L.L.C. |
| 1431. CVS 1619 IL, L.L.C. | 1474. CVS 2386 TN, L.L.C. |
| 1432. CVS 1643 NC, L.L.C. | 1475. CVS 244 MD, L.L.C. |
| 1433. CVS 1674 NC, L.L.C. | 1476. CVS 2446 SC, L.L.C. |
| 1434. CVS 1741 TN, L.L.C. | 1477. CVS 2489 OK, L.L.C. |
| 1435. CVS 1742 NC, L.L.C. | 1478. CVS 249 First Avenue, L.L.C. |
| 1436. CVS 1743 AZ, L.L.C. | 1479. CVS 2497 SC, L.L.C. |
| 1437. CVS 1748 MI, L.L.C. | 1480. CVS 2512 OK, L.L.C. |
| 1438. CVS 1752 NC, L.L.C. | 1481. CVS 2522 Baltimore, L.L.C. |
| 1439. CVS 1756 OH, L.L.C. | 1482. CVS 2538 NC, L.L.C. |
| 1440. CVS 1758 MI, L.L.C. | 1483. CVS 2544 GA, L.L.C. |
| 1441. CVS 1769 FL, L.L.C. | 1484. CVS 2544 Peachtree, L.L.C. |
| 1442. CVS 1777 AL, L.L.C. | 1485. CVS 2545 CT, L.L.C. |
| 1443. CVS 1782 NJ, L.L.C. | 1486. CVS 2548 NC, L.L.C. |
| 1444. CVS 1786 MA, L.L.C. | 1487. CVS 2555 SC, L.L.C. |
| 1445. CVS 1798 VA, L.L.C. | 1488. CVS 2593 GA, L.L.C. |
| 1446. CVS 180 SC, L.L.C. | 1489. CVS 264 NJ, L.L.C. |
| 1447. CVS 1803 MA, L.L.C. | 1490. CVS 266 LA, L.L.C. |
| 1448. CVS 1815 FL, L.L.C. | 1491. CVS 26th Street, L.L.C. |
| 1449. CVS 1836 VA, L.L.C. | 1492. CVS 2721 NY, L.L.C. |
| 1450. CVS 1844 MA, L.L.C. | 1493. CVS 2723 NJ, L.L.C. |
| 1451. CVS 1867 MA, L.L.C. | 1494. CVS 2731 Clearwater, L.L.C. |
| 1452. CVS 1874 MA, L.L.C. | 1495. CVS 2732 Hollywood, L.L.C. |
| 1453. CVS 1933 LA, L.L.C. | 1496. CVS 2747 FL, L.L.C. |
| 1454. CVS 1944 NC, L.L.C. | 1497. CVS 2758 Margate, L.L.C. |
| 1455. CVS 1978 VA, L.L.C. | 1498. CVS 2759 St. Petersburg, L.L.C. |
| 1456. CVS 1979 VA, L.L.C. | 1499. CVS 2760 Tampa, L.L.C. |
| 1457. CVS 1991 VA, L.L.C. | 1500. CVS 2767 Pinellas Park, L.L.C. |
| 1458. CVS 20 MA, L.L.C. | 1501. CVS 2776 VA, L.L.C. |
| 1459. CVS 2003 VA, L.L.C. | 1502. CVS 2786 IL, L.L.C. |
| 1460. CVS 2004 VA, L.L.C. | 1503. CVS 2788 Buffalo Grove, L.L.C. |
| 1461. CVS 2019 VA, L.L.C. | 1504. CVS 2790 Evergreen, L.L.C. |
| 1462. CVS 2033 MD, L.L.C. | 1505. CVS 2797 Niles, L.L.C. |
| 1463. CVS 2048 RI, L.L.C. | 1506. CVS 2798 Chicago, L.L.C. |
| 1464. CVS 205 SC, L.L.C. | 1507. CVS 2799 Mt. Prospect, L.L.C. |

1508. CVS 2803 Tampa, L.L.C.
1509. CVS 2805 Lauderhill, L.L.C.
1510. CVS 2806 Orlando, L.L.C.
1511. CVS 2809 IL, L.L.C.
1512. CVS 2825 Brandon, L.L.C.
1513. CVS 2827 Hillside, L.L.C.
1514. CVS 2829 FL, L.L.C.
1515. CVS 2842 Palm Harbor, L.L.C.
1516. CVS 2844 Chicago, L.L.C.
1517. CVS 2846 Chicago, L.L.C.
1518. CVS 2863 Rolling Meadows, L.L.C.
1519. CVS 2868 Tinton Falls, L.L.C.
1520. CVS 2873 St. Petersburg, L.L.C.
1521. CVS 2874 Clearwater, L.L.C.
1522. CVS 2875 Tampa, L.L.C.
1523. CVS 2881 Randolph, L.L.C.
1524. CVS 2893 Miami, L.L.C.
1525. CVS 2895 Miami, L.L.C.
1526. CVS 2898 Tampa, L.L.C.
1527. CVS 28th and Eastern, Inc.
1528. CVS 2901 Waukegan, L.L.C.
1529. CVS 2903 Downers Grove, L.L.C.
1530. CVS 2904 FL, L.L.C.
1531. CVS 2935 IL, L.L.C.
1532. CVS 2936 Joliet, L.L.C.
1533. CVS 2942 Chicago, L.L.C.
1534. CVS 2948 Henderson, L.L.C.
1535. CVS 2949 East Hanover, L.L.C.
1536. CVS 2964 Maineville, L.L.C.
1537. CVS 2966 FL, L.L.C.
1538. CVS 2972 Philadelphia, L.L.C.
1539. CVS 2974 MD, L.L.C.
1540. CVS 2976 General, Inc.
1541. CVS 2977 General, Inc.
1542. CVS 2979 General, Inc.
1543. CVS 2986 Lincoln Drive, L.L.C.
1544. CVS 2987 Lincoln Park, L.L.C.
1545. CVS 2987 NJ, L.L.C.
1546. CVS 2988 General, Inc.
1547. CVS 2989 Las Vegas, L.L.C.
1548. CVS 2990 Las Vegas, L.L.C.
1549. CVS 2991 General, Inc.
1550. CVS 3005 General, Inc.
1551. CVS 3006 General, Inc.
1552. CVS 3007 General, Inc.
1553. CVS 301 MA, L.L.C.
1554. CVS 3010 Setauket, L.L.C.
1555. CVS 3038 DE, L.L.C.
1556. CVS 304 FL, L.L.C.
1557. CVS 3042 DE, L.L.C.
1558. CVS 3048 VA, L.L.C.
1559. CVS 3052 VA, L.L.C.
1560. CVS 3082 GA, L.L.C.
1561. CVS 3086 GA, L.L.C.
1562. CVS 3088 OH, L.L.C.
1563. CVS 3114 FL, L.L.C.
1564. CVS 3121 FL, L.L.C.
1565. CVS 3126 FL, L.L.C.
1566. CVS 3134 General, Inc.
1567. CVS 3136 North Arlington, L.L.C.
1568. CVS 3140 Torresdale, L.L.C.
1569. CVS 3143 Chandler, L.L.C.
1570. CVS 316 MA, L.L.C.
1571. CVS 3163 IL, L.L.C.
1572. CVS 3163 Oak Park, L.L.C.
1573. CVS 317 NC, L.L.C.
1574. CVS 3172 Las Vegas, L.L.C.
1575. CVS 3173 General, Inc.
1576. CVS 3176 General, Inc.
1577. CVS 3177 General, Inc.
1578. CVS 3178 General, Inc.
1579. CVS 3180 General, Inc.
1580. CVS 3181 General, Inc.
1581. CVS 3186 WV, L.L.C.
1582. CVS 3190 General, Inc.
1583. CVS 31st Street Astoria, L.L.C.
1584. CVS 320 Fifth Avenue, L.L.C.
1585. CVS 320 NJ, L.L.C.
1586. CVS 3200 General, Inc.
1587. CVS 3205 MN, L.L.C.
1588. CVS 3207 General, Inc.
1589. CVS 3210 Las Vegas, L.L.C.
1590. CVS 3226 FL, L.L.C.
1591. CVS 3227 FL, L.L.C.
1592. CVS 3231 DE, L.L.C.

| | | | |
|---|---|---|---|
| 1593. | CVS 3231 FL, L.L.C. | 1636. | CVS 3471 OH, L.L.C. |
| 1594. | CVS 3232 NC, L.L.C. | 1637. | CVS 3472 OH, L.L.C. |
| 1595. | CVS 3245 FL, L.L.C. | 1638. | CVS 3474 OH, L.L.C. |
| 1596. | CVS 3249 FL, L.L.C. | 1639. | CVS 3475 WV, L.L.C. |
| 1597. | CVS 3250 FL, L.L.C. | 1640. | CVS 3492 Orlando, L.L.C. |
| 1598. | CVS 3257 FL, L.L.C. | 1641. | CVS 3502 VA, L.L.C. |
| 1599. | CVS 326 RI, L.L.C. | 1642. | CVS 3503 VA, L.L.C. |
| 1600. | CVS 3264 Phoenix, L.L.C. | 1643. | CVS 3515 VA, L.L.C. |
| 1601. | CVS 3268 Gilbert, L.L.C. | 1644. | CVS 3519 FL, L.L.C. |
| 1602. | CVS 3269 FL, L.L.C. | 1645. | CVS 352 MD, L.L.C. |
| 1603. | CVS 3271 FL, L.L.C. | 1646. | CVS 3521 VA, L.L.C. |
| 1604. | CVS 3274 FL, L.L.C. | 1647. | CVS 3527 NC, L.L.C. |
| 1605. | CVS 3285 FL, L.L.C. | 1648. | CVS 3537 SC, L.L.C. |
| 1606. | CVS 3292 General, Inc. | 1649. | CVS 3543 SC, L.L.C. |
| 1607. | CVS 3295 General, Inc. | 1650. | CVS 3558 NV, L.L.C. |
| 1608. | CVS 3301 OH, L.L.C. | 1651. | CVS 3560 SC, L.L.C. |
| 1609. | CVS 3318 FL, L.L.C. | 1652. | CVS 3563 NC, L.L.C. |
| 1610. | CVS 3320 OH, L.L.C. | 1653. | CVS 3569 NC, L.L.C. |
| 1611. | CVS 3321 OH, L.L.C. | 1654. | CVS 3574 NC, L.L.C. |
| 1612. | CVS 3336 VA, L.L.C. | 1655. | CVS 3591 FL, L.L.C. |
| 1613. | CVS 3338 OH, L.L.C. | 1656. | CVS 3593 NC, L.L.C. |
| 1614. | CVS 3340 OH, L.L.C. | 1657. | CVS 3597 SC, L.L.C. |
| 1615. | CVS 3343 OH, L.L.C. | 1658. | CVS 3617 Forks Township, L.L.C. |
| 1616. | CVS 3346 OH, L.L.C. | 1659. | CVS 3625 AZ, L.L.C. |
| 1617. | CVS 3348 GA, L.L.C. | 1660. | CVS 3625 Phoenix, L.L.C. |
| 1618. | CVS 3350 MN, L.L.C. | 1661. | CVS 3643 NC, L.L.C. |
| 1619. | CVS 3353 OH, L.L.C. | 1662. | CVS 3652 FL, L.L.C. |
| 1620. | CVS 3356 OH, L.L.C. | 1663. | CVS 3661 FL, L.L.C. |
| 1621. | CVS 3380 SC, L.L.C. | 1664. | CVS 3663 FL, L.L.C. |
| 1622. | CVS 3381 OH, L.L.C. | 1665. | CVS 3667 FL, L.L.C. |
| 1623. | CVS 3395 FL, L.L.C. | 1666. | CVS 3671 FL, L.L.C. |
| 1624. | CVS 3396 VA, L.L.C. | 1667. | CVS 3693 General, Inc. |
| 1625. | CVS 3397 VA, L.L.C. | 1668. | CVS 3699 General, Inc. |
| 1626. | CVS 3407 OH, L.L.C. | 1669. | CVS 3701 General, Inc. |
| 1627. | CVS 3416 OH, L.L.C. | 1670. | CVS 3702 General, Inc. |
| 1628. | CVS 3418 FL, L.L.C. | 1671. | CVS 3707 General, Inc. |
| 1629. | CVS 3432 OH, L.L.C. | 1672. | CVS 3708 General, Inc. |
| 1630. | CVS 3435 NC, L.L.C. | 1673. | CVS 3711 NC, L.L.C. |
| 1631. | CVS 3436 Mesa, L.L.C. | 1674. | CVS 3718 General, Inc. |
| 1632. | CVS 3452 OH, L.L.C. | 1675. | CVS 3722 FL, L.L.C. |
| 1633. | CVS 3457 OH, L.L.C. | 1676. | CVS 3724 General, Inc. |
| 1634. | CVS 3460 VA, L.L.C. | 1677. | CVS 3728 TN, L.L.C. |
| 1635. | CVS 3468 OH, L.L.C. | 1678. | CVS 373 MA, L.L.C. |

1679.  CVS 3743 TN, L.L.C.
1680.  CVS 3745 Peoria, L.L.C.
1681.  CVS 3749 AZ, L.L.C.
1682.  CVS 3749 Goodyear, L.L.C.
1683.  CVS 3753 FL, L.L.C.
1684.  CVS 3755 St. Petersburg, L.L.C.
1685.  CVS 3760 GA, L.L.C.
1686.  CVS 3762 TN, L.L.C.
1687.  CVS 3766 Dacula, L.L.C.
1688.  CVS 3767 GA, L.L.C.
1689.  CVS 3769, L.L.C.
1690.  CVS 3771 GA, L.L.C.
1691.  CVS 3778 GA, L.L.C.
1692.  CVS 3791 TN, L.L.C.
1693.  CVS 3805 SC, L.L.C.
1694.  CVS 3818 FL, L.L.C.
1695.  CVS 3821 SC, L.L.C.
1696.  CVS 3831 NC, L.L.C.
1697.  CVS 3833 NC, L.L.C.
1698.  CVS 3850 SC, L.L.C.
1699.  CVS 386 TN, L.L.C.
1700.  CVS 3861 SC, L.L.C.
1701.  CVS 3863 SC, L.L.C.
1702.  CVS 3869 SC, L.L.C.
1703.  CVS 3874 GA, L.L.C.
1704.  CVS 3892 SC, L.L.C.
1705.  CVS 3893 VA, L.L.C.
1706.  CVS 3895 NC, L.L.C.
1707.  CVS 3897 General, Inc.
1708.  CVS 3900 General, Inc.
1709.  CVS 3919 FL, L.L.C.
1710.  CVS 3921 FL, L.L.C.
1711.  CVS 3922 VA, L.L.C.
1712.  CVS 3923 FL, L.L.C.
1713.  CVS 3949 VA, L.L.C.
1714.  CVS 3965 AZ, L.L.C.
1715.  CVS 3965 Chandler, L.L.C.
1716.  CVS 3967 AZ, L.L.C.
1717.  CVS 397 RI, L.L.C.
1718.  CVS 3973 NC, L.L.C.
1719.  CVS 3980 OH, L.L.C.
1720.  CVS 3987 NC, L.L.C.
1721.  CVS 3988 NC, L.L.C.

1722.  CVS 4005 FL, L.L.C.
1723.  CVS 4009 FL, L.L.C.
1724.  CVS 4015 FL, L.L.C.
1725.  CVS 4016 MA, L.L.C.
1726.  CVS 4025 FL, L.L.C.
1727.  CVS 4073 MA, L.L.C.
1728.  CVS 4083 Largo, L.L.C.
1729.  CVS 4099 FL, L.L.C.
1730.  CVS 410 FL, L.L.C.
1731.  CVS 4110 TN, L.L.C.
1732.  CVS 4135 NC, L.L.C.
1733.  CVS 4139 FL, L.L.C.
1734.  CVS 4143 MA, L.L.C.
1735.  CVS 4146 FL, L.L.C.
1736.  CVS 4153 SC, L.L.C.
1737.  CVS 4155 FL, L.L.C.
1738.  CVS 4164 GA, L.L.C.
1739.  CVS 4175 VA, L.L.C.
1740.  CVS 4176 NC, L.L.C.
1741.  CVS 4178 GA, L.L.C.
1742.  CVS 4194 VA, L.L.C.
1743.  CVS 4203 GA, L.L.C.
1744.  CVS 4206 GA, L.L.C.
1745.  CVS 421 FL, L.L.C.
1746.  CVS 4220 MD, L.L.C.
1747.  CVS 4225 MD, L.L.C.
1748.  CVS 4226 FL, L.L.C.
1749.  CVS 4237 VA, L.L.C.
1750.  CVS 4240 TN, L.L.C.
1751.  CVS 4244 WV, L.L.C.
1752.  CVS 4251 GA, L.L.C.
1753.  CVS 4255 GA, L.L.C.
1754.  CVS 4262 IL, L.L.C.
1755.  CVS 4269 Geneva, L.L.C.
1756.  CVS 427 NC, L.L.C.
1757.  CVS 4272 General, Inc.
1758.  CVS 4278 General, Inc.
1759.  CVS 4284 NC, L.L.C.
1760.  CVS 4285 VA, L.L.C.
1761.  CVS 4290 NC, L.L.C.
1762.  CVS 4292 VA, L.L.C.
1763.  CVS 4293 NC, L.L.C.
1764.  CVS 4297 NC, L.L.C.

| | | | | |
|---|---|---|---|---|
| 1765. | CVS 4298 NC, L.L.C. | | 1808. | CVS 4551 OH, L.L.C. |
| 1766. | CVS 4300 OH, L.L.C. | | 1809. | CVS 4556 GA, L.L.C. |
| 1767. | CVS 4307 General, Inc. | | 1810. | CVS 4564 GA, L.L.C. |
| 1768. | CVS 433 MA, L.L.C. | | 1811. | CVS 4565 GA, L.L.C. |
| 1769. | CVS 4331 OH, L.L.C. | | 1812. | CVS 4567 GA, L.L.C. |
| 1770. | CVS 4335 VA, L.L.C. | | 1813. | CVS 4569 GA, L.L.C. |
| 1771. | CVS 4337 GA, L.L.C. | | 1814. | CVS 4571 GA, L.L.C. |
| 1772. | CVS 4363 VA, L.L.C. | | 1815. | CVS 4572 OH, L.L.C. |
| 1773. | CVS 4365 TN, L.L.C. | | 1816. | CVS 4573 MN, L.L.C. |
| 1774. | CVS 4366 OH, L.L.C. | | 1817. | CVS 4576 GA, L.L.C. |
| 1775. | CVS 4371 MD, L.L.C. | | 1818. | CVS 4578 MN, L.L.C. |
| 1776. | CVS 4374 NC, L.L.C. | | 1819. | CVS 4579 GA, L.L.C. |
| 1777. | CVS 4379 NC, L.L.C. | | 1820. | CVS 4582 GA, L.L.C. |
| 1778. | CVS 4380 WI, L.L.C. | | 1821. | CVS 4583 GA, L.L.C. |
| 1779. | CVS 4383 General, Inc. | | 1822. | CVS 4589 GA, L.L.C. |
| 1780. | CVS 4397 General, Inc. | | 1823. | CVS 4593 GA, L.L.C. |
| 1781. | CVS 4404 GA, L.L.C. | | 1824. | CVS 4600 GA, L.L.C. |
| 1782. | CVS 4415 FL, L.L.C. | | 1825. | CVS 4603 GA, L.L.C. |
| 1783. | CVS 4419 WV, L.L.C. | | 1826. | CVS 4605 OH, L.L.C. |
| 1784. | CVS 4421 TN, L.L.C. | | 1827. | CVS 4620 NC, L.L.C. |
| 1785. | CVS 4424 GA, L.L.C. | | 1828. | CVS 4628 SC, L.L.C. |
| 1786. | CVS 4427 General, Inc. | | 1829. | CVS 4629 FL, L.L.C. |
| 1787. | CVS 4428 TN, L.L.C. | | 1830. | CVS 4631 MI, L.L.C. |
| 1788. | CVS 4444 NC, L.L.C. | | 1831. | CVS 4639 FL, L.L.C. |
| 1789. | CVS 4456 General, Inc. | | 1832. | CVS 4668 GA, L.L.C. |
| 1790. | CVS 4458 FL, L.L.C. | | 1833. | CVS 4669 GA, L.L.C. |
| 1791. | CVS 447 MA, L.L.C. | | 1834. | CVS 467 AL, L.L.C. |
| 1792. | CVS 4474 General, Inc. | | 1835. | CVS 4672 GA, L.L.C. |
| 1793. | CVS 4480 FL, L.L.C. | | 1836. | CVS 4678 GA, L.L.C. |
| 1794. | CVS 4485 FL, L.L.C. | | 1837. | CVS 4695 GA, L.L.C. |
| 1795. | CVS 449 MA, L.L.C. | | 1838. | CVS 47 MS, L.L.C. |
| 1796. | CVS 4506 GA, L.L.C. | | 1839. | CVS 4706 General, Inc. |
| 1797. | CVS 4514 GA, L.L.C. | | 1840. | CVS 4721 GA, L.L.C. |
| 1798. | CVS 4519 MS, L.L.C. | | 1841. | CVS 4738 FL, L.L.C. |
| 1799. | CVS 452 MD, L.L.C. | | 1842. | CVS 4765 GA, L.L.C. |
| 1800. | CVS 4523 SC, L.L.C. | | 1843. | CVS 4767 AL, L.L.C. |
| 1801. | CVS 4532 GA, L.L.C. | | 1844. | CVS 4769 FL, L.L.C. |
| 1802. | CVS 4533 TN, L.L.C. | | 1845. | CVS 4769 SC, L.L.C. |
| 1803. | CVS 4534 GA, L.L.C. | | 1846. | CVS 4772 East Vincent, L.L.C. |
| 1804. | CVS 4536 MS, L.L.C. | | 1847. | CVS 4773 Gilbertsville, L.L.C. |
| 1805. | CVS 4540 GA, L.L.C. | | 1848. | CVS 4777 General, Inc. |
| 1806. | CVS 4544 RI, L.L.C. | | 1849. | CVS 4778 IL, L.L.C. |
| 1807. | CVS 4545 GA, L.L.C. | | 1850. | CVS 4784 NV, L.L.C |

1851.  CVS 4785 FL, L.L.C.
1852.  CVS 4794 General, Inc.
1853.  CVS 4795 AZ, L.L.C.
1854.  CVS 4797 FL, L.L.C.
1855.  CVS 4803 OH, L.L.C.
1856.  CVS 4807 OH, L.L.C.
1857.  CVS 4811 OH, L.L.C.
1858.  CVS 4822 AL, L.L.C.
1859.  CVS 4823 AL, L.L.C.
1860.  CVS 4826 AL, L.L.C.
1861.  CVS 4832 AL, L.L.C.
1862.  CVS 4833 AL, L.L.C.
1863.  CVS 4834 AL, L.L.C.
1864.  CVS 4838 AL, L.L.C.
1865.  CVS 4840 AL, L.L.C.
1866.  CVS 4842 AL, L.L.C.
1867.  CVS 4843 AL, L.L.C.
1868.  CVS 4846 NC, L.L.C.
1869.  CVS 4847 AL, L.L.C.
1870.  CVS 4853 AL, L.L.C.
1871.  CVS 4854 AL, L.L.C.
1872.  CVS 4855 AL, L.L.C.
1873.  CVS 4858 AL, L.L.C.
1874.  CVS 4861 AL, L.L.C.
1875.  CVS 4863 AL, L.L.C.
1876.  CVS 4866 AL, L.L.C.
1877.  CVS 4882 AL, L.L.C.
1878.  CVS 4888 AL, L.L.C.
1879.  CVS 4889 AL, L.L.C.
1880.  CVS 4893 AL, L.L.C.
1881.  CVS 4896 OK, L.L.C.
1882.  CVS 4900 AL, L.L.C.
1883.  CVS 4902 AL, L.L.C.
1884.  CVS 4905 AL, L.L.C.
1885.  CVS 4921 DE, L.L.C.
1886.  CVS 4925 AL, L.L.C.
1887.  CVS 4931 AL, L.L.C.
1888.  CVS 4936 AL, L.L.C.
1889.  CVS 4938 AL, L.L.C.
1890.  CVS 4941 AL, L.L.C.
1891.  CVS 4944 AL, L.L.C.
1892.  CVS 4946 AL, L.L.C.
1893.  CVS 4947 AL, L.L.C.

1894.  CVS 4948 AL, L.L.C.
1895.  CVS 4960 AL, L.L.C.
1896.  CVS 4976 AL, L.L.C.
1897.  CVS 4977 IL, L.L.C.
1898.  CVS 4978 IL, L.L.C.
1899.  CVS 4981 IL, L.L.C.
1900.  CVS 4981 MA, L.L.C.
1901.  CVS 4982 IN, L.L.C.
1902.  CVS 4983 General, Inc.
1903.  CVS 4985 General, Inc.
1904.  CVS 4987 FL, L.L.C.
1905.  CVS 4989 FL, L.L.C.
1906.  CVS 4990 TN, L.L.C.
1907.  CVS 4992 TN, L.L.C.
1908.  CVS 4993 FL, L.L.C.
1909.  CVS 4993 MS, L.L.C.
1910.  CVS 4994 Miami, L.L.C.
1911.  CVS 4995 IL, L.L.C.
1912.  CVS 4996 WI, L.L.C.
1913.  CVS 4997 FL, L.L.C.
1914.  CVS 4998 Melbourne, L.L.C.
1915.  CVS 4999 Suntree, L.L.C.
1916.  CVS 5004 FL, L.L.C.
1917.  CVS 5006 FL, L.L.C.
1918.  CVS 5012 CA, L.L.C.
1919.  CVS 5018 TN, L.L.C.
1920.  CVS 5021 VA, L.L.C.
1921.  CVS 5029 AZ, L.L.C.
1922.  CVS 5041 FL, L.L.C.
1923.  CVS 5044 SC, L.L.C.
1924.  CVS 506 NJ, L.L.C.
1925.  CVS 5060 OH, L.L.C.
1926.  CVS 5089 NY, L.L.C.
1927.  CVS 5111 FL, L.L.C.
1928.  CVS 5112 FL, L.L.C.
1929.  CVS 5113 NV, L.L.C.
1930.  CVS 5116 FL, L.L.C.
1931.  CVS 5122 FL, L.L.C.
1932.  CVS 5127 FL, L.L.C.
1933.  CVS 5128 NJ, L.L.C.
1934.  CVS 5131 AZ, L.L.C.
1935.  CVS 5144 NV, L.L.C.
1936.  CVS 5146 FL, L.L.C.

1937.  CVS 516 VA, L.L.C.
1938.  CVS 5165 FL, L.L.C.
1939.  CVS 5168 MS, L.L.C.
1940.  CVS 5172 FL, L.L.C.
1941.  CVS 5177 FL, L.L.C.
1942.  CVS 5180 FL, L.L.C.
1943.  CVS 5182 FL, L.L.C.
1944.  CVS 5206 IN, L.L.C.
1945.  CVS 5213 IL, L.L.C.
1946.  CVS 5225 General, Inc.
1947.  CVS 5255 General, Inc.
1948.  CVS 5258 General, Inc.
1949.  CVS 5259 General, Inc.
1950.  CVS 5260 General, Inc.
1951.  CVS 5267 General, Inc.
1952.  CVS 5269 General, Inc.
1953.  CVS 5271 KS, L.L.C.
1954.  CVS 5273 General, Inc.
1955.  CVS 5278 LA, L.L.C.
1956.  CVS 5282 LA, L.L.C.
1957.  CVS 5286 NV, L.L.C.
1958.  CVS 5294 LA, L.L.C.
1959.  CVS 530 NY, L.L.C.
1960.  CVS 5306 LA, L.L.C.
1961.  CVS 5320 General, Inc.
1962.  CVS 5323 LA, L.L.C.
1963.  CVS 5325 LA, L.L.C.
1964.  CVS 5328 General, Inc.
1965.  CVS 5339 General, Inc.
1966.  CVS 5346 General, Inc.
1967.  CVS 5347 General, Inc.
1968.  CVS 5352 GA, L.L.C.
1969.  CVS 5353 GA, L.L.C.
1970.  CVS 5354 LA, L.L.C.
1971.  CVS 5355 GA, L.L.C.
1972.  CVS 5356 GA, L.L.C.
1973.  CVS 5374 LA, L.L.C.
1974.  CVS 5375 FL, L.L.C.
1975.  CVS 5379 NC, L.L.C.
1976.  CVS 5382 IL, L.L.C.
1977.  CVS 5384 NC, L.L.C.
1978.  CVS 5388 General, Inc.
1979.  CVS 5396 LA, L.L.C.

1980.  CVS 540 Amsterdam Avenue,
       L.L.C.
1981.  CVS 5413 AL, L.L.C.
1982.  CVS 5418 GA, L.L.C.
1983.  CVS 5419 SC, L.L.C.
1984.  CVS 5420 NC, L.L.C.
1985.  CVS 5425 OH, L.L.C.
1986.  CVS 5426 OH, L.L.C.
1987.  CVS 5432 LA, L.L.C.
1988.  CVS 5439 FL, L.L.C.
1989.  CVS 5444 GA, L.L.C.
1990.  CVS 5444 General, Inc.
1991.  CVS 5448 FL, L.L.C.
1992.  CVS 5457 OH, L.L.C.
1993.  CVS 5458 OH, L.L.C.
1994.  CVS 5460 MD, L.L.C.
1995.  CVS 5461 NJ, L.L.C.
1996.  CVS 5466 FL, L.L.C.
1997.  CVS 5466 IL, L.L.C.
1998.  CVS 5467 IL, L.L.C.
1999.  CVS 5467 VA, L.L.C.
2000.  CVS 5468 FL, L.L.C.
2001.  CVS 5469 LA, L.L.C.
2002.  CVS 5472 MN, L.L.C.
2003.  CVS 5476 SC, L.L.C.
2004.  CVS 5477 AZ, L.L.C.
2005.  CVS 5488 FL, L.L.C.
2006.  CVS 5492 MN, L.L.C.
2007.  CVS 5501 VA, L.L.C.
2008.  CVS 5507 VA, L.L.C.
2009.  CVS 5523 GA, L.L.C.
2010.  CVS 5535 WI, L.L.C.
2011.  CVS 5536 SC, L.L.C.
2012.  CVS 5537 NC, L.L.C.
2013.  CVS 5542 SC, L.L.C.
2014.  CVS 5544 LA, L.L.C.
2015.  CVS 5545 NC, L.L.C.
2016.  CVS 5548 SC, L.L.C.
2017.  CVS 5552 SC, L.L.C.
2018.  CVS 5554 LA, L.L.C.
2019.  CVS 5555 SC, L.L.C.
2020.  CVS 5565 NC, L.L.C.
2021.  CVS 5568 NC, L.L.C.

2022. CVS 5575 SC, L.L.C.
2023. CVS 5577 NC, L.L.C.
2024. CVS 5582 VA, L.L.C.
2025. CVS 5585 NC, L.L.C.
2026. CVS 5586 NC, L.L.C.
2027. CVS 5589 FL, L.L.C.
2028. CVS 5592 NC, L.L.C.
2029. CVS 5594 NC, L.L.C.
2030. CVS 5595 NC, L.L.C.
2031. CVS 5598 SC, L.L.C.
2032. CVS 5599 LA, L.L.C.
2033. CVS 56 FL, L.L.C.
2034. CVS 5604 MS, L.L.C.
2035. CVS 5606 GA, L.L.C.
2036. CVS 5608 GA, L.L.C.
2037. CVS 5612 LA, L.L.C.
2038. CVS 5613 GA, L.L.C.
2039. CVS 5616 MN, L.L.C.
2040. CVS 5617 LA, L.L.C.
2041. CVS 5618 GA, L.L.C.
2042. CVS 5622 GA, L.L.C.
2043. CVS 5625 MO, L.L.C.
2044. CVS 5626 GA, L.L.C.
2045. CVS 5631 GA, L.L.C.
2046. CVS 5657 General, Inc.
2047. CVS 5660 FL, L.L.C.
2048. CVS 5662 General, Inc.
2049. CVS 5666 OH, L.L.C.
2050. CVS 5667 General, Inc.
2051. CVS 5668 TN, L.L.C.
2052. CVS 5669 General, Inc.
2053. CVS 5670 General, Inc.
2054. CVS 5674 FL, L.L.C.
2055. CVS 5676 General, Inc.
2056. CVS 5677 IL, L.L.C.
2057. CVS 5680 GA, L.L.C.
2058. CVS 5683 GA, L.L.C.
2059. CVS 5684 GA, L.L.C.
2060. CVS 5685 General, Inc.
2061. CVS 5689 General, Inc.
2062. CVS 5690 General, Inc.
2063. CVS 5694 TN, L.L.C.
2064. CVS 5695 General, Inc.

2065. CVS 5696 General, Inc.
2066. CVS 5702 General, Inc.
2067. CVS 5704 GA, L.L.C.
2068. CVS 5718 General, Inc.
2069. CVS 5729 VA, L.L.C.
2070. CVS 5736 VA, L.L.C.
2071. CVS 5740 MS, L.L.C.
2072. CVS 5750 VA, L.L.C.
2073. CVS 5758 IL, L.L.C.
2074. CVS 5767 NJ, L.L.C.
2075. CVS 5769 IL, L.L.C.
2076. CVS 5774 IL, L.L.C.
2077. CVS 5777 MS, L.L.C.
2078. CVS 5779 AZ, L.L.C.
2079. CVS 5781 IN, L.L.C.
2080. CVS 5782 FL, L.L.C.
2081. CVS 5783 IL, L.L.C.
2082. CVS 5784 FL, L.L.C.
2083. CVS 5785 FL, L.L.C.
2084. CVS 5786 FL, L.L.C.
2085. CVS 5790 VA, L.L.C.
2086. CVS 5791 AZ, L.L.C.
2087. CVS 5792 NV, L.L.C.
2088. CVS 5793 AZ, L.L.C.
2089. CVS 5794 AZ, L.L.C.
2090. CVS 5797 IL, L.L.C.
2091. CVS 5799 General, Inc.
2092. CVS 5800 General, Inc.
2093. CVS 5801 MS, L.L.C.
2094. CVS 5802 VA, L.L.C.
2095. CVS 5804 General, Inc.
2096. CVS 5805 General, Inc.
2097. CVS 5807 General, Inc.
2098. CVS 5811 NV, L.L.C.
2099. CVS 5812 AZ, L.L.C.
2100. CVS 5814 AZ, L.L.C.
2101. CVS 5815 FL, L.L.C.
2102. CVS 5816 FL, L.L.C.
2103. CVS 582 MA, L.L.C.
2104. CVS 5821 FL, L.L.C.
2105. CVS 5822 IL, L.L.C.
2106. CVS 5828 CA, L.L.C.
2107. CVS 5829 IL, L.L.C.

| | | | | |
|---|---|---|---|---|
| 2108. | CVS 5831 NJ, L.L.C. | | 2151. | CVS 5897 FL, L.L.C. |
| 2109. | CVS 5832 FL, L.L.C. | | 2152. | CVS 5899 FL, L.L.C. |
| 2110. | CVS 5833 General, Inc. | | 2153. | CVS 590 RI, L.L.C. |
| 2111. | CVS 5835 MS, L.L.C. | | 2154. | CVS 5901 FL, L.L.C. |
| 2112. | CVS 5838 General, Inc. | | 2155. | CVS 5906 General, Inc. |
| 2113. | CVS 5839 General, Inc. | | 2156. | CVS 5907 General, Inc. |
| 2114. | CVS 5840 General, Inc. | | 2157. | CVS 5909 MD, L.L.C. |
| 2115. | CVS 5843 General, Inc. | | 2158. | CVS 5910 General, Inc. |
| 2116. | CVS 5844 General, Inc. | | 2159. | CVS 5912 FL, L.L.C. |
| 2117. | CVS 5849 AZ, L.L.C. | | 2160. | CVS 5914 IL, L.L.C. |
| 2118. | CVS 585 AL, L.L.C. | | 2161. | CVS 5915 IL, L.L.C. |
| 2119. | CVS 5850 MS, L.L.C. | | 2162. | CVS 5917 FL, L.L.C. |
| 2120. | CVS 5851 IL, L.L.C. | | 2163. | CVS 5919 FL, L.L.C. |
| 2121. | CVS 5852 FL, L.L.C. | | 2164. | CVS 5928 VA, L.L.C. |
| 2122. | CVS 5853 FL, L.L.C. | | 2165. | CVS 5929 FL, L.L.C. |
| 2123. | CVS 5854 FL, L.L.C. | | 2166. | CVS 5930 FL, L.L.C. |
| 2124. | CVS 5856 FL, L.L.C. | | 2167. | CVS 5931 AZ, L.L.C. |
| 2125. | CVS 5856 MA, L.L.C. | | 2168. | CVS 5934 AZ, L.L.C. |
| 2126. | CVS 5857 FL, L.L.C. | | 2169. | CVS 5940 NV, L.L.C. |
| 2127. | CVS 5859 FL, L.L.C. | | 2170. | CVS 5942 NV, L.L.C. |
| 2128. | CVS 5864 FL, L.L.C. | | 2171. | CVS 5961 WV, L.L.C. |
| 2129. | CVS 5867 NJ, L.L.C. | | 2172. | CVS 5962 General, Inc. |
| 2130. | CVS 5869 General, Inc. | | 2173. | CVS 5963 General, Inc. |
| 2131. | CVS 5870 MS, L.L.C. | | 2174. | CVS 5964 General, Inc. |
| 2132. | CVS 5872 NJ, L.L.C. | | 2175. | CVS 5965 General, Inc. |
| 2133. | CVS 5875 MD, L.L.C. | | 2176. | CVS 5966 General, Inc. |
| 2134. | CVS 5877 General, Inc. | | 2177. | CVS 5968 General, Inc. |
| 2135. | CVS 5878 MS, L.L.C. | | 2178. | CVS 5969 General, Inc. |
| 2136. | CVS 5880 General, Inc. | | 2179. | CVS 5970 General, Inc. |
| 2137. | CVS 5881 General, Inc. | | 2180. | CVS 5971 General, Inc. |
| 2138. | CVS 5882 General, Inc. | | 2181. | CVS 5972 General, Inc. |
| 2139. | CVS 5883 MS, L.L.C. | | 2182. | CVS 5975 FL, L.L.C. |
| 2140. | CVS 5884 General, Inc. | | 2183. | CVS 5976 General, Inc. |
| 2141. | CVS 5886 NC, L.L.C. | | 2184. | CVS 5977 General, Inc. |
| 2142. | CVS 5887 General, Inc. | | 2185. | CVS 5979 IL, L.L.C. |
| 2143. | CVS 5889 CA, L.L.C. | | 2186. | CVS 5981 General, Inc. |
| 2144. | CVS 5890 AZ, L.L.C. | | 2187. | CVS 5982 General, Inc. |
| 2145. | CVS 5891 AZ, L.L.C. | | 2188. | CVS 5986 VA, L.L.C. |
| 2146. | CVS 5892 AZ, L.L.C. | | 2189. | CVS 6000 General, Inc. |
| 2147. | CVS 5893 AZ, L.L.C. | | 2190. | CVS 6001 General, Inc. |
| 2148. | CVS 5894 General, Inc. | | 2191. | CVS 6002 General, Inc. |
| 2149. | CVS 5895 General, Inc. | | 2192. | CVS 6004 OK, L.L.C. |
| 2150. | CVS 5896 General, Inc. | | 2193. | CVS 6005 General, Inc. |

2194.  CVS 6007 FL, L.L.C.
2195.  CVS 6009 OK, L.L.C.
2196.  CVS 6012 GA, L.L.C.
2197.  CVS 6013 AL, L.L.C.
2198.  CVS 6017 AL, L.L.C.
2199.  CVS 6019 FL, L.L.C.
2200.  CVS 6022 OK, L.L.C.
2201.  CVS 6024 OK, L.L.C.
2202.  CVS 6044 TN, L.L.C.
2203.  CVS 6073 NJ, L.L.C.
2204.  CVS 6075 NJ, L.L.C.
2205.  CVS 6089 OH, L.L.C.
2206.  CVS 6098 Wilmington OH, L.L.C.
2207.  CVS 6098, L.L.C.
2208.  CVS 6105 OH, L.L.C.
2209.  CVS 6116 KY, L.L.C.
2210.  CVS 612 MA, L.L.C.
2211.  CVS 6135 NJ, L.L.C.
2212.  CVS 6137 OH, L.L.C.
2213.  CVS 6139 OH, L.L.C.
2214.  CVS 6142 OK, L.L.C.
2215.  CVS 6146 VA, L.L.C.
2216.  CVS 6153 OH, L.L.C.
2217.  CVS 6155 OH, L.L.C.
2218.  CVS 6164 OH, L.L.C.
2219.  CVS 6171 OH, L.L.C.
2220.  CVS 620 ME, L.L.C.
2221.  CVS 6201 MN, L.L.C.
2222.  CVS 6222 OK, L.L.C.
2223.  CVS 6224 OK, L.L.C..
2224.  CVS 6230 OK, L.L.C.
2225.  CVS 6233 OK, L.L.C.
2226.  CVS 6237 OH, L.L.C.
2227.  CVS 6244 KY, L.L.C.
2228.  CVS 6267 TN, L.L.C.
2229.  CVS 6268 OH, L.L.C.
2230.  CVS 6271 OH, L.L.C.
2231.  CVS 6283 VA, L.L.C.
2232.  CVS 6296 VA, L.L.C.
2233.  CVS 6304 TN, L.L.C.
2234.  CVS 6305 WV, L.L.C.
2235.  CVS 6306 WV, L.L.C.
2236.  CVS 6307 WV, L.L.C.

2237.  CVS 6312 WV, L.L.C.
2238.  CVS 632 MA, L.L.C.
2239.  CVS 6322 VA, L.L.C.
2240.  CVS 6329 VA, L.L.C.
2241.  CVS 6335 KY, L.L.C.
2242.  CVS 6337 KY, L.L.C.
2243.  CVS 6339 KY, L.L.C.
2244.  CVS 6342 KY, L.L.C.
2245.  CVS 6346 KY, L.L.C.
2246.  CVS 6348 KY, L.L.C.
2247.  CVS 6349 OH, L.L.C.
2248.  CVS 6350 WV, L.L.C.
2249.  CVS 6363 TN, L.L.C.
2250.  CVS 6384 KY, L.L.C.
2251.  CVS 6386 IL, L.L.C.
2252.  CVS 6388 IL, L.L.C.
2253.  CVS 6395 TN, L.L.C.
2254.  CVS 6400 TN, L.L.C.
2255.  CVS 6403 VA, L.L.C.
2256.  CVS 6413 TN, L.L.C.
2257.  CVS 6415 TN, L.L.C.
2258.  CVS 6423, L.L.C.
2259.  CVS 6429 TN, L.L.C.
2260.  CVS 6433, L.L.C.
2261.  CVS 646 FL, L.L.C.
2262.  CVS 6487 IN, L.L.C.
2263.  CVS 6495 IN, L.L.C.
2264.  CVS 6497 IL, L.L.C.
2265.  CVS 6507 MN, L.L.C.
2266.  CVS 6517 IN, L.L.C.
2267.  CVS 652 FL, L.L.C.
2268.  CVS 6525 IN, L.L.C.
2269.  CVS 657 MA, L.L.C.
2270.  CVS 6572 IN. II, L.L.C.
2271.  CVS 6572 IN., L.L.C.
2272.  CVS 6585 IN, L.L.C.
2273.  CVS 6608 New Palestine, L.L.C.
2274.  CVS 6610 IN, L.L.C.
2275.  CVS 6628 TN, L.L.C.
2276.  CVS 6633 NC, L.L.C.
2277.  CVS 6652 IN, L.L.C.
2278.  CVS 6670 IN, L.L.C.
2279.  CVS 6677 IN, L.L.C.

2280.  CVS 6686 MN, L.L.C.
2281.  CVS 6687 IN, L.L.C.
2282.  CVS 6691 MN, L.L.C.
2283.  CVS 6701 IL, L.L.C.
2284.  CVS 6702 IL, L.L.C.
2285.  CVS 6717 NV, L.L.C.
2286.  CVS 6722 IN, L.L.C.
2287.  CVS 6726 General, Inc.
2288.  CVS 6732 FL, L.L.C.
2289.  CVS 6733 General, Inc.
2290.  CVS 6734 General, Inc.
2291.  CVS 6737 General, Inc.
2292.  CVS 6744 General, Inc.
2293.  CVS 6746 General, Inc.
2294.  CVS 6747 General, Inc.
2295.  CVS 6753 FL, L.L.C.
2296.  CVS 6760 NJ, L.L.C.
2297.  CVS 6766 VA, L.L.C.
2298.  CVS 6769 NC, L.L.C.
2299.  CVS 6780 IN, L.L.C.
2300.  CVS 6789 IL, L.L.C.
2301.  CVS 6796 MA, L.L.C.
2302.  CVS 6801 FL, L.L.C.
2303.  CVS 6810 MN, L.L.C.
2304.  CVS 6812 OH, L.L.C.
2305.  CVS 6816 General, Inc.
2306.  CVS 6824 General, Inc.
2307.  CVS 6834 General, Inc.
2308.  CVS 684 IN, L.L.C.
2309.  CVS 6843 FL, L.L.C.
2310.  CVS 6852 VA, L.L.C.
2311.  CVS 6853 FL, L.L.C.
2312.  CVS 6855 FL, L.L.C.
2313.  CVS 6858 MD, L.L.C.
2314.  CVS 6860 FL, L.L.C.
2315.  CVS 6861 GA, L.L.C.
2316.  CVS 6867 NV, L.L.C.
2317.  CVS 6869 DE, L.L.C.
2318.  CVS 6872 NJ, L.L.C.
2319.  CVS 6874 IN, L.L.C.
2320.  CVS 6880 IN, L.L.C.
2321.  CVS 6920 General, Inc.
2322.  CVS 693 MA, L.L.C.

2323.  CVS 6940 KY, L.L.C.
2324.  CVS 6941 KY, L.L.C.
2325.  CVS 6972 FL, L.L.C.
2326.  CVS 6988 NC, L.L.C.
2327.  CVS 6996 OH, L.L.C.
2328.  CVS 7008 NC, L.L.C.
2329.  CVS 7036, L.L.C.
2330.  CVS 7044 General, Inc.
2331.  CVS 7047, L.L.C.
2332.  CVS 7053 NC, L.L.C.
2333.  CVS 7057 NC, L.L.C.
2334.  CVS 706 MA, L.L.C.
2335.  CVS 7062 NC, L.L.C.
2336.  CVS 7063 AL, L.L.C.
2337.  CVS 7065 MS, L.L.C.
2338.  CVS 7068 GA, L.L.C.
2339.  CVS 7070 IL, L.L.C.
2340.  CVS 7070 MS, L.L.C.
2341.  CVS 7077 AL, L.L.C.
2342.  CVS 7082 VA, L.L.C.
2343.  CVS 709 FL, L.L.C.
2344.  CVS 7092 General, Inc.
2345.  CVS 7094 General, Inc.
2346.  CVS 7097 OH, L.L.C.
2347.  CVS 7098 WV, L.L.C.
2348.  CVS 7105 NJ, L.L.C.
2349.  CVS 7109 MA, L.L.C.
2350.  CVS 7118 General, Inc.
2351.  CVS 7119 General, Inc.
2352.  CVS 7120 General, Inc.
2353.  CVS 7121 OH, L.L.C.
2354.  CVS 7124 WV, L.L.C.
2355.  CVS 7125 IL, L.L.C.
2356.  CVS 7127 FL, L.L.C.
2357.  CVS 7129 FL, L.L.C.
2358.  CVS 7130 FL, L.L.C.
2359.  CVS 7133 FL, L.L.C.
2360.  CVS 7134 IL, L.L.C.
2361.  CVS 7142 IL, L.L.C.
2362.  CVS 7144 TN, L.L.C.
2363.  CVS 7147 General, Inc.
2364.  CVS 7148 General, Inc.
2365.  CVS 7148 NC, L.L.C.

2366. CVS 7149 General, Inc.
2367. CVS 7151 General, Inc.
2368. CVS 7153 General, Inc.
2369. CVS 7154 General, Inc.
2370. CVS 7155 AL, L.L.C.
2371. CVS 7156 General, Inc.
2372. CVS 7157 NC, L.L.C.
2373. CVS 7161 General, Inc.
2374. CVS 7162 General, Inc.
2375. CVS 7163 NC, L.L.C.
2376. CVS 7164 General, Inc.
2377. CVS 7166 IL, L.L.C.
2378. CVS 7167 IL, L.L.C.
2379. CVS 7170 IL, L.L.C.
2380. CVS 7173 FL, L.L.C.
2381. CVS 7174 FL, L.L.C.
2382. CVS 7178 FL, L.L.C.
2383. CVS 7179 AL, L.L.C.
2384. CVS 7180 AL, L.L.C.
2385. CVS 7190 NJ, L.L.C.
2386. CVS 7196 General, Inc.
2387. CVS 7198 General, Inc.
2388. CVS 7200, L.L.C.
2389. CVS 7214 GA, L.L.C.
2390. CVS 7215 AL, L.L.C.
2391. CVS 7217 AL, L.L.C.
2392. CVS 7222 General, Inc.
2393. CVS 7223 GA, L.L.C.
2394. CVS 7225 FL, L.L.C.
2395. CVS 7242 MD, L.L.C.
2396. CVS 7251 NV, L.L.C.
2397. CVS 7252 NV, L.L.C.
2398. CVS 7256 General, Inc.
2399. CVS 7261 WI, L.L.C.
2400. CVS 727 FL, L.L.C.
2401. CVS 7318 SC, L.L.C.
2402. CVS 7324 NC, L.L.C.
2403. CVS 7325 NC, L.L.C.
2404. CVS 7328 NC, L.L.C.
2405. CVS 7331 NC, L.L.C.
2406. CVS 7332, L.L.C.
2407. CVS 7344 NC, L.L.C.
2408. CVS 7350 NC, L.L.C.

2409. CVS 7351 SC, L.L.C.
2410. CVS 7354 NC, L.L.C.
2411. CVS 7381 NC, L.L.C.
2412. CVS 7382 NC, L.L.C.
2413. CVS 7388 SC, L.L.C.
2414. CVS 7397 SC, L.L.C.
2415. CVS 74 VA, L.L.C
2416. CVS 7420 NC, L.L.C.
2417. CVS 7500 NC, L.L.C.
2418. CVS 75004 NC, L.L.C.
2419. CVS 75005 NJ, L.L.C.
2420. CVS 75006 GA, L.L.C.
2421. CVS 7501 GA, L.L.C.
2422. CVS 75012 SC, L.L.C.
2423. CVS 75014 MI, L.L.C.
2424. CVS 75015 MI, L.L.C.
2425. CVS 75020 GA, L.L.C.
2426. CVS 75021 GA, L.L.C.
2427. CVS 75023 GA, L.L.C.
2428. CVS 75024 AL, L.L.C.
2429. CVS 75029 LA, L.L.C.
2430. CVS 7503 VA, L.L.C.
2431. CVS 75030 LA, L.L.C.
2432. CVS 75031 GA, L.L.C.
2433. CVS 7504 GA, L.L.C.
2434. CVS 75087 GA, L.L.C.
2435. CVS 7510 VA, L.L.C.
2436. CVS 75121 SC, L.L.C.
2437. CVS 75122 NC, L.L.C.
2438. CVS 75124 MI, L.L.C.
2439. CVS 75127 NC, L.L.C.
2440. CVS 75128 FL, L.L.C.
2441. CVS 75129 FL, L.L.C.
2442. CVS 75135 VA, L.L.C.
2443. CVS 75136 VA, L.L.C.
2444. CVS 75137 MD, L.L.C.
2445. CVS 75139 NJ, L.L.C.
2446. CVS 75144 RI, L.L.C.
2447. CVS 75147 VA, L.L.C.
2448. CVS 75148 VA, L.L.C.
2449. CVS 75149 WV, L.L.C.
2450. CVS 75151 OH, L.L.C.
2451. CVS 75156 NV, L.L.C.

2452. CVS 75157 MI, L.L.C.
2453. CVS 75159 NC, L.L.C.
2454. CVS 75160 SC, L.L.C.
2455. CVS 75161 AZ, L.L.C.
2456. CVS 75162 AZ, L.L.C.
2457. CVS 75163 GA, L.L.C.
2458. CVS 75164 FL, L.L.C.
2459. CVS 75165 GA, L.L.C.
2460. CVS 75177 FL, L.L.C.
2461. CVS 7518 VA, L.L.C.
2462. CVS 75180 FL, L.L.C.
2463. CVS 75181 AL, L.L.C.
2464. CVS 75182 GA, L.L.C.
2465. CVS 75183 GA, L.L.C.
2466. CVS 75184 FL, L.L.C.
2467. CVS 7519 MN, L.L.C.
2468. CVS 75191 NJ, L.L.C.
2469. CVS 75195 FL, L.L.C.
2470. CVS 75196 FL, L.L.C.
2471. CVS 75197 NC, L.L.C.
2472. CVS 75198 FL, L.L.C.
2473. CVS 75199 MI, L.L.C.
2474. CVS 75207 NJ, L.L.C.
2475. CVS 75208 TN, L.L.C.
2476. CVS 75215 SC, L.L.C.
2477. CVS 75216 NV, L.L.C.
2478. CVS 75219 MI, L.L.C.
2479. CVS 75229 AL, L.L.C.
2480. CVS 75230 OK, L.L.C.
2481. CVS 75232 OK, L.L.C.
2482. CVS 75235 RI, L.L.C.
2483. CVS 75236 NC, L.L.C.
2484. CVS 75239 NJ, L.L.C.
2485. CVS 7524 NC, L.L.C.
2486. CVS 75241 FL, L.L.C.
2487. CVS 75249 FL, L.L.C.
2488. CVS 75254 GA, L.L.C.
2489. CVS 75255 GA, L.L.C.
2490. CVS 75257 NJ, L.L.C.
2491. CVS 75260 VA, L.L.C.
2492. CVS 75262 TN, L.L.C.
2493. CVS 75269 MI, L.L.C.
2494. CVS 75275 TN, L.L.C.

2495. CVS 75280 NC, L.L.C.
2496. CVS 75282 GA, L.L.C.
2497. CVS 75283 GA, L.L.C.
2498. CVS 75284 GA, L.L.C.
2499. CVS 75286 GA, L.L.C.
2500. CVS 75293 FL, L.L.C.
2501. CVS 75294 FL, L.L.C.
2502. CVS 75296 FL, L.L.C.
2503. CVS 75297 VA, L.L.C.
2504. CVS 753 NY, L.L.C.
2505. CVS 75306 SC, L.L.C.
2506. CVS 75307 KS, L.L.C.
2507. CVS 75308 VA, L.L.C.
2508. CVS 75311 VA, L.L.C.
2509. CVS 75312 VA, L.L.C.
2510. CVS 75315 VA, L.L.C.
2511. CVS 75322 FL, L.L.C.
2512. CVS 75324 FL, L.L.C.
2513. CVS 75325 FL, L.L.C.
2514. CVS 75329 NJ, L.L.C.
2515. CVS 75330 MA, L.L.C.
2516. CVS 75334 FL, L.L.C.
2517. CVS 75335 FL, L.L.C.
2518. CVS 75348 NJ, L.L.C.
2519. CVS 75349 SC, L.L.C.
2520. CVS 75351 GA, L.L.C.
2521. CVS 75358 SC, L.L.C.
2522. CVS 75359 NC, L.L.C.
2523. CVS 75362 FL, L.L.C.
2524. CVS 75363 GA, L.L.C.
2525. CVS 75364 FL, L.L.C.
2526. CVS 75365 GA, L.L.C.
2527. CVS 75370 GA, L.L.C.
2528. CVS 75374 NJ, L.L.C.
2529. CVS 75377 NC, L.L.C.
2530. CVS 75378 NC, L.L.C.
2531. CVS 75379 GA, L.L.C.
2532. CVS 75380 GA, L.L.C.
2533. CVS 75381 FL, L.L.C.
2534. CVS 75389 RI, L.L.C.
2535. CVS 75390 NC, L.L.C.
2536. CVS 75391 NC, L.L.C.
2537. CVS 75393 DE, L.L.C.

2538. CVS 75395 FL, L.L.C.
2539. CVS 75405 DE, L.L.C.
2540. CVS 75408 FL, L.L.C.
2541. CVS 75412 MN, L.L.C.
2542. CVS 75414 TN, L.L.C.
2543. CVS 75415 NJ, L.L.C.
2544. CVS 75416 KY, L.L.C.
2545. CVS 75433 GA, L.L.C.
2546. CVS 75441 GA, L.L.C.
2547. CVS 75444 NV, L.L.C.
2548. CVS 75445 SC, L.L.C.
2549. CVS 75448 MA, L.L.C.
2550. CVS 75451 MI, L.L.C.
2551. CVS 75452 MI, L.L.C.
2552. CVS 75453 MI, L.L.C.
2553. CVS 75458 FL, L.L.C.
2554. CVS 7546 NC L.L.C.
2555. CVS 75461 AL, L.L.C.
2556. CVS 75462 FL, L.L.C.
2557. CVS 75466 NC, L.L.C.
2558. CVS 75467 MA, L.L.C.
2559. CVS 75468 TN, L.L.C.
2560. CVS 75479 FL, L.L.C.
2561. CVS 7548 NC, L.L.C.
2562. CVS 75480 FL, L.L.C.
2563. CVS 75482 FL, L.L.C.
2564. CVS 75485 NC, L.L.C.
2565. CVS 75486 KS, L.L.C.
2566. CVS 7549 MI, L.L.C.
2567. CVS 75491 WV, L.L.C.
2568. CVS 75494 MN, L.L.C.
2569. CVS 75498 DE, L.L.C.
2570. CVS 75499 DE, L.L.C.
2571. CVS 75502 VA, L.L.C.
2572. CVS 75503 GA, L.L.C.
2573. CVS 75507 NC, L.L.C.
2574. CVS 75508 MA, L.L.C.
2575. CVS 75514 NV, L.L.C.
2576. CVS 75530 FL, L.L.C.
2577. CVS 75531 FL, L.L.C.
2578. CVS 75535 FL, L.L.C.
2579. CVS 75536 GA, L.L.C.
2580. CVS 75545 NV, L.L.C.

2581. CVS 75549 VA, L.L.C.
2582. CVS 7555 NC, L.L.C.
2583. CVS 75550 VA, L.L.C.
2584. CVS 75552 VA, L.L.C.
2585. CVS 75555 VA, L.L.C.
2586. CVS 75558 FL, L.L.C.
2587. CVS 75560 NJ, L.L.C.
2588. CVS 75561 NJ, L.L.C.
2589. CVS 75562 VA, L.L.C.
2590. CVS 75563 MD, L.L.C.
2591. CVS 75565 VA, L.L.C.
2592. CVS 75566 RI, L.L.C.
2593. CVS 75567 WI, L.L.C.
2594. CVS 75568 VA, L.L.C.
2595. CVS 75569 GA, L.L.C.
2596. CVS 7557 VA, L.L.C.
2597. CVS 75570 SC, L.L.C.
2598. CVS 75571 NC, L.L.C.
2599. CVS 75572 NC, L.L.C.
2600. CVS 7558 VA, L.L.C.
2601. CVS 75580 FL, L.L.C.
2602. CVS 75581 DE, L.L.C.
2603. CVS 75583 MA, L.L.C.
2604. CVS 75584 MA, L.L.C.
2605. CVS 75586 RI, L.L.C.
2606. CVS 75589 KY, L.L.C.
2607. CVS 7559 Glen Raven, L.L.C.
2608. CVS 75590 MN, L.L.C.
2609. CVS 75591 NC, L.L.C.
2610. CVS 7561 VA, L.L.C.
2611. CVS 75613 FL, L.L.C.
2612. CVS 75615 FL, L.L.C.
2613. CVS 75616 FL, L.L.C.
2614. CVS 75618 MI, L.L.C.
2615. CVS 75619 NJ, L.L.C.
2616. CVS 75620 FL, L.L.C.
2617. CVS 75622 FL, L.L.C.
2618. CVS 75623 FL, L.L.C.
2619. CVS 75626 GA, L.L.C.
2620. CVS 75636 NV, L.L.C.
2621. CVS 75642 VA, L.L.C.
2622. CVS 7565 VA, L.L.C.
2623. CVS 75651 SC, L.L.C.

2624.  CVS 75659 OK, L.L.C.
2625.  CVS 7566 NC, L.L.C.
2626.  CVS 75660 OK, L.L.C.
2627.  CVS 75667 VA, L.L.C.
2628.  CVS 75668 VA, L.L.C.
2629.  CVS 75669 MA, L.L.C.
2630.  CVS 75674 FL, L.L.C.
2631.  CVS 75676 KY, L.L.C.
2632.  CVS 75677 MN, L.L.C.
2633.  CVS 75679 SC, L.L.C.
2634.  CVS 7568 SC, L.L.C.
2635.  CVS 75691 VA, L.L.C.
2636.  CVS 75692 VA, L.L.C.
2637.  CVS 75705 FL, L.L.C.
2638.  CVS 75707 FL, L.L.C.
2639.  CVS 75711 VA, L.L.C.
2640.  CVS 75712 RI, L.L.C.
2641.  CVS 75718 OH, L.L.C.
2642.  CVS 75719 MN, L.L.C.
2643.  CVS 7572 NC, L.L.C.
2644.  CVS 75721 FL, L.L.C.
2645.  CVS 7573 NC, L.L.C.
2646.  CVS 75730 OK, L.L.C.
2647.  CVS 75733 NV, L.L.C.
2648.  CVS 75738 RI, L.L.C.
2649.  CVS 75740 NJ, L.L.C.
2650.  CVS 75743 NJ, L.L.C.
2651.  CVS 75747 MN, L.L.C.
2652.  CVS 75750 NC, L.L.C.
2653.  CVS 75762 VA, L.L.C.
2654.  CVS 75766 FL, L.L.C.
2655.  CVS 75767 TN, L.L.C.
2656.  CVS 75768 TN, L.L.C.
2657.  CVS 7577 VA, L.L.C.
2658.  CVS 75770 NC, L.L.C.
2659.  CVS 75771 NC, L.L.C.
2660.  CVS 75773 MA, L.L.C.
2661.  CVS 75774 MA, L.L.C.
2662.  CVS 75781 OK, L.L.C.
2663.  CVS 75782 OK, L.L.C.
2664.  CVS 75795 DE, L.L.C.
2665.  CVS 75796 DE, L.L.C.
2666.  CVS 75799 NJ, L.L.C.

2667.  CVS 7581 VA, L.L.C.
2668.  CVS 75816 FL, L.L.C.
2669.  CVS 75821 MN, L.L.C.
2670.  CVS 75849 NC, L.L.C.
2671.  CVS 75851 TN, L.L.C.
2672.  CVS 75852 TN, L.L.C.
2673.  CVS 75866 MA, L.L.C.
2674.  CVS 75867 RI, L.L.C.
2675.  CVS 75870 FL, L.L.C.
2676.  CVS 75883 FL, L.L.C.
2677.  CVS 75884 VA, L.L.C.
2678.  CVS 7589 VA, L.L.C.
2679.  CVS 75896 MA, L.L.C.
2680.  CVS 75905 NJ, L.L.C.
2681.  CVS 75907 DE, L.L.C.
2682.  CVS 75915 OK, L.L.C.
2683.  CVS 7592 VA, L.L.C.
2684.  CVS 75921 OK, L.L.C.
2685.  CVS 75924 FL, L.L.C.
2686.  CVS 75930 VA, L.L.C.
2687.  CVS 75931 VA, L.L.C.
2688.  CVS 75935 NV, L.L.C.
2689.  CVS 75945 WI, L.L.C.
2690.  CVS 75946 VA, L.L.C.
2691.  CVS 75947 GA, L.L.C.
2692.  CVS 75948 NC, L.L.C.
2693.  CVS 75952 WI, L.L.C.
2694.  CVS 75955 OK, L.L.C.
2695.  CVS 75958 MN, L.L.C.
2696.  CVS 75959 MN, L.L.C.
2697.  CVS 75961 SC, L.L.C.
2698.  CVS 7597 NC, L.L.C.
2699.  CVS 75975 FL, L.L.C.
2700.  CVS 75977 MN, L.L.C.
2701.  CVS 75978 FL, L.L.C.
2702.  CVS 75979 OH, L.L.C.
2703.  CVS 75980 OH, L.L.C.
2704.  CVS 75981 OH, L.L.C.
2705.  CVS 75988 MN, L.L.C.
2706.  CVS 75989 VA, L.L.C.
2707.  CVS 75990 VA, L.L.C.
2708.  CVS 75995 DE, L.L.C.
2709.  CVS 7604 WV, L.L.C.

2710.  CVS 7648 KY, L.L.C.
2711.  CVS 7666 GA, L.L.C.
2712.  CVS 7671 AL, L.L.C.
2713.  CVS 770 FL, L.L.C.
2714.  CVS 7701, L.L.C.
2715.  CVS 7706 GA, L.L.C.
2716.  CVS 7712 GA, L.L.C.
2717.  CVS 7714 TN, L.L.C.
2718.  CVS 7736 GA, L.L.C.
2719.  CVS 7738 TN, L.L.C.
2720.  CVS 7755 GA, L.L.C.
2721.  CVS 7758 GA, L.L.C.
2722.  CVS 7763 TN, L.L.C.
2723.  CVS 7771 TN, L.L.C.
2724.  CVS 7782 GA, L.L.C.
2725.  CVS 7843 VA, L.L.C.
2726.  CVS 7856 NJ, L.L.C.
2727.  CVS 7882 NC, L.L.C.
2728.  CVS 7885 GA, L.L.C.
2729.  CVS 7888 GA, L.L.C.
2730.  CVS 7927 GA, L.L.C.
2731.  CVS 7936 MA, L.L.C.
2732.  CVS 7973 FL, L.L.C.
2733.  CVS 7974 GA, L.L.C.
2734.  CVS 7980 FL, L.L.C.
2735.  CVS 7997 OH, L.L.C.
2736.  CVS 8002 MI, L.L.C.
2737.  CVS 8003 MI, L.L.C.
2738.  CVS 8009 MI, L.L.C.
2739.  CVS 8013 MI, L.L.C.
2740.  CVS 8034 MI, L.L.C.
2741.  CVS 8038 MI, L.L.C.
2742.  CVS 8039, L.L.C.
2743.  CVS 8044 MI, L.L.C.
2744.  CVS 8049 MI, L.L.C.
2745.  CVS 8059 MI, L.L.C.
2746.  CVS 8067 MI, L.L.C.
2747.  CVS 8071 MI, L.L.C.
2748.  CVS 8073 MI, L.L.C.
2749.  CVS 8078 MI, L.L.C.
2750.  CVS 8086 MI, L.L.C.
2751.  CVS 8088 MI, L.L.C.
2752.  CVS 8091 MI, L.L.C.

2753.  CVS 810 MA, L.L.C.
2754.  CVS 8103 MI, L.L.C.
2755.  CVS 8112 MI, L.L.C.
2756.  CVS 8121 MI, L.L.C.
2757.  CVS 8123 MI, L.L.C.
2758.  CVS 8129 MI, L.L.C.
2759.  CVS 8131 MI, L.L.C.
2760.  CVS 8133 MI, L.L.C.
2761.  CVS 8141 MI, L.L.C.
2762.  CVS 8165 MI, L.L.C.
2763.  CVS 8190 MI, L.L.C.
2764.  CVS 8191 MI, L.L.C.
2765.  CVS 8207 MI, L.L.C.
2766.  CVS 824 NJ, L.L.C.
2767.  CVS 8246 MI, L.L.C.
2768.  CVS 8271 MI, L.L.C.
2769.  CVS 8271 Warren, L.L.C.
2770.  CVS 8272 MI, L.L.C.
2771.  CVS 8281 MD, L.L.C.
2772.  CVS 8283 MI, L.L.C.
2773.  CVS 8299 MI, L.L.C.
2774.  CVS 8301 MI, L.L.C.
2775.  CVS 8302 MI, L.L.C.
2776.  CVS 8303 TN, L.L.C.
2777.  CVS 8304 MI, L.L.C.
2778.  CVS 8306 MI, L.L.C.
2779.  CVS 8308 MI, L.L.C.
2780.  CVS 8320 RI, L.L.C.
2781.  CVS 8395 GA, L.L.C.
2782.  CVS 8399 MI, L.L.C.
2783.  CVS 8415 FL, L.L.C.
2784.  CVS 8415 NE, L.L.C.
2785.  CVS 8417 NC, L.L.C.
2786.  CVS 8418 GA, L.L.C.
2787.  CVS 8422 GA, L.L.C.
2788.  CVS 8423 OH, L.L.C.
2789.  CVS 8432 GA, L.L.C.
2790.  CVS 8441 MA, L.L.C.
2791.  CVS 8446 FL, L.L.C.
2792.  CVS 8549 MI, L.L.C.
2793.  CVS 8615 NE, L.L.C.
2794.  CVS 862 NJ, L.L.C.
2795.  CVS 863 NH, L.L.C.

2796. CVS 866 FL, L.L.C.
2797. CVS 8774 WI, L.L.C.
2798. CVS 8776 WI, L.L.C.
2799. CVS 8813 NV, L.L.C.
2800. CVS 8902 FL, L.L.C.
2801. CVS 8905 KY, L.L.C.
2802. CVS 8907 GA, L.L.C.
2803. CVS 8909 NC, L.L.C.
2804. CVS 8932 OH, L.L.C.
2805. CVS 8934 GA, L.L.C.
2806. CVS 8935 NC, L.L.C.
2807. CVS 8954 MS, L.L.C.
2808. CVS 8955 MS, L.L.C.
2809. CVS 8956 MS, L.L.C.
2810. CVS 8975 SC, L.L.C.
2811. CVS 8986 OK, L.L.C.
2812. CVS 8992 MS, L.L.C.
2813. CVS 8993 MS, L.L.C.
2814. CVS 8994 MS, L.L.C.
2815. CVS 8th Avenue, L.L.C.
2816. CVS 920 MA, L.L.C.
2817. CVS 921 IL, L.L.C.
2818. CVS 927 MI, L.L.C.
2819. CVS 932 FL, L.L.C.
2820. CVS 962 GA, L.L.C.
2821. CVS 9674 CA, LLC
2822. CVS 976 FL, L.L.C.
2823. CVS 9898 OH, L.L.C.
2824. CVS Accountable Care Organization Inc.
2825. CVS Adelphi, L.L.C.
2826. CVS Ahearn Pharmacy, L.L.C.
2827. CVS Ahearn Plaza Pharmacy, L.L.C.
2828. CVS AL Distribution, Inc.
2829. CVS AL Distribution, L.L.C.
2830. CVS Albany Central Avenue, L.L.C.
2831. CVS Albany, L.L.C.
2832. CVS Albertson, L.L.C.
2833. CVS Alhambra, L.P.
2834. CVS Allerton Avenue, L.L.C.
2835. CVS Alpharetta GA, Inc.

2836. CVS Amherst Road, L.L.C.
2837. CVS Amityville, L.L.C.
2838. CVS Amsterdam Avenue, L.L.C.
2839. CVS Anaheim CA, L.L.C.
2840. CVS AOC Corporation
2841. CVS AOC Services, L.L.C.
2842. CVS Arcadia, L.P.
2843. CVS Arclight, Inc.
2844. CVS Ardsley, L.L.C.
2845. CVS Arlington Heights, L.L.C.
2846. CVS Arnot Mall, L.L.C.
2847. CVS Atlanta GA, Inc.
2848. CVS Atlantic Avenue, L.L.C.
2849. CVS Atlantic Highlands, L.L.C.
2850. CVS Auburn Mall ME, L.L.C.
2851. CVS Auburndale, L.L.C.
2852. CVS Aurora, L.L.C.
2853. CVS Austin Drugs of Great Neck, L.L.C.
2854. CVS Austin Drugs of Merrick, L.L.C.
2855. CVS Austin Drugs of Plainview, L.L.C.
2856. CVS Avon Store, L.L.C.
2857. CVS Baldwin Merrick Road, L.L.C.
2858. CVS Baltimore Fayette, Inc.
2859. CVS Bath Congress, L.L.C.
2860. CVS Bay City 8207 MI, L.L.C.
2861. CVS Bay Shore, L.L.C.
2862. CVS Bayberry Bensalem, Inc.
2863. CVS Bayport, L.L.C.
2864. CVS Bayside Queens, L.L.C.
2865. CVS BDI, Inc.
2866. CVS Beauty Participações Ltda
2867. CVS Bell Boulevard, L.L.C.
2868. CVS Bellerose, L.L.C.
2869. CVS Bellmore Avenue, L.L.C.
2870. CVS Bensenville, L.L.C.
2871. CVS Benson NC, Inc.
2872. CVS Bergenfield, L.L.C.
2873. CVS Bergenline, L.L.C.
2874. CVS Bethesda Lawrenceville, Inc.
2875. CVS Bethesda, L.L.C.

2876. CVS Bethpage Broadway, L.L.C.
2877. CVS Big Apple, L.L.C.
2878. CVS Binghamton, L.L.C.
2879. CVS Black Horse, L.L.C.
2880. CVS Blasdell Drug, L.L.C.
2881. CVS Bleecker Street, L.L.C.
2882. CVS Bloomfield NJ, L.L.C.
2883. CVS Bohemia, L.L.C.
2884. CVS Bridgewater, L.L.C.
2885. CVS Brighton Lac DeVille, L.L.C.
2886. CVS Broadway Chicago, L.L.C.
2887. CVS Broadway Massapequa, L.L.C.
2888. CVS Bronx White Plains, L.L.C.
2889. CVS Bronx, L.L.C.
2890. CVS Bronxville Retailer, L.L.C.
2891. CVS Brooklyn 86th Street, L.L.C.
2892. CVS Brooklyn Eighteenth Avenue, L.L.C.
2893. CVS Brooklyn Kings Highway, L.L.C.
2894. CVS Brooklyn Store, L.L.C.
2895. CVS Brownsville, L.L.C.
2896. CVS Budd Lake, L.L.C.
2897. CVS Buena Park, L.P.
2898. CVS Buffalo Downtown, L.L.C.
2899. CVS Buffalo Spectrum Store, L.L.C.
2900. CVS Burnt Hills, L.L.C.
2901. CVS Cabot Holdings Inc.
2902. CVS Caldwell Cleveland, L.L.C.
2903. CVS Canfield OH, Inc.
2904. CVS Cape Elizabeth, L.L.C.
2905. CVS Card, Inc.
2906. CVS Care Concierge, LLC
2907. CVS Caremark Advanced Technology Pharmacy, L.L.C.
2908. CVS Caremark Charitable Trust, Inc.
2909. CVS Caremark Charity Classic, Inc.
2910. CVS Caremark Employee Relief Fund
2911. CVS Caremark Indemnity Ltd.

2912. CVS Caremark NI IT Operations Center Ltd.
2913. CVS Caremark Part D Services, L.L.C.
2914. CVS Caremark TN SUTA, LLC
2915. CVS Carmel Road Charlotte, Inc.
2916. CVS Carson, L.P.
2917. CVS Cedar Creek Commons, L.L.C.
2918. CVS Cedar Grove, L.L.C.
2919. CVS Cedar Lane, Inc.
2920. CVS Center, Inc.
2921. CVS Central Charlotte, Inc.
2922. CVS Central Islip, L.L.C.
2923. CVS Champlain Centre, L.L.C.
2924. CVS Charitable Trust, Inc
2925. CVS Charity Classic, Inc.
2926. CVS Charlotte, Inc.
2927. CVS Chatham Main Street, L.L.C.
2928. CVS Chenango Centre, L.L.C.
2929. CVS Cherry Hill, L.L.C.
2930. CVS Christopher Street, L.L.C.
2931. CVS Clairidge, L.L.C.
2932. CVS Clifton Crescent, L.L.C.
2933. CVS Closter Dock, L.L.C.
2934. CVS Clyde Park, Inc.
2935. CVS Cold Spring Road, L.L.C.
2936. CVS Columbia Turnpike, L.L.C.
2937. CVS Columbus OH, Inc.
2938. CVS Columbus Place, L.L.C.
2939. CVS Commerce Street, L.L.C.
2940. CVS Community Care, Inc.
2941. CVS Community Pharmacy Center For Excellence, Inc.
2942. CVS Corporation Foundation Program
2943. CVS Cortland, L.L.C.
2944. CVS Court St., L.L.C.
2945. CVS Cross County Store, L.L.C.
2946. CVS Crystal Derry, L.L.C.
2947. CVS Crystal Run, L.L.C.
2948. CVS Cuthbert Boulevard, L.L.C.
2949. CVS Danbury Padanaram, Inc.

2950. CVS Data, Inc.
2951. CVS Deer Park, L.L.C.
2952. CVS Dekalb Norristown, Inc.
2953. CVS Delmar Drug, L.L.C.
2954. CVS Detroit 8275, L.L.C.
2955. CVS Detroit Grand River, Inc.
2956. CVS Dix Hills, L.L.C.
2957. CVS Doubletree, L.L.C.
2958. CVS Douglaston, L.L.C.
2959. CVS Downey, L.P.
2960. CVS Dunkirk Marketplace, L.L.C.
2961. CVS Dunkirk Store, L.L.C.
2962. CVS Durham 7042, L.L.C.
2963. CVS Durham, Inc.
2964. CVS Eagle Rock, L.L.C.
2965. CVS East 149th Street, L.L.C.
2966. CVS East 21st Street, L.L.C.
2967. CVS East 23rd Street, L.L.C.
2968. CVS East 86th, L.L.C.
2969. CVS East Aurora, L.L.C.
2970. CVS East Main Street, L.L.C.
2971. CVS East Rockaway, L.L.C.
2972. CVS East Windsor 3161, L.L.C.
2973. CVS Eastchester Plaza, L.L.C.
2974. CVS Edwardsville IL, L.L.C.
2975. CVS EGL 103rd Jacksonville FL, L.L.C.
2976. CVS EGL 1076 TX, L.L.C.
2977. CVS EGL 107th Miami FL, L.L.C.
2978. CVS EGL 107th Southwest FL, L.L.C.
2979. CVS EGL 109th Summerfield FL, L.L.C.
2980. CVS EGL 111th Kansas City MO, Inc.
2981. CVS EGL 112th Miami FL, L.L.C.
2982. CVS EGL 115th Avondale AZ, L.L.C.
2983. CVS EGL 119th Northwest FL, L.L.C.
2984. CVS EGL 119th Oklahoma, Inc.
2985. CVS EGL 11th Huntsville TX, L.P.
2986. CVS EGL 11th Lake Wales FL, L.L.C.
2987. CVS EGL 122nd MacArthur OK, Inc.
2988. CVS EGL 128 FL, L.L.C.
2989. CVS EGL 128th Miami FL, L.L.C.
2990. CVS EGL 12th Phoenix AZ, L.L.C.
2991. CVS EGL 1313 TX, L.L.C.
2992. CVS EGL 1326 LA, L.L.C.
2993. CVS EGL 1331 TX, L.L.C.
2994. CVS EGL 1336 AL, L.L.C.
2995. CVS EGL 136th Fort Lauderdale FL, L.L.C.
2996. CVS EGL 136th Miami FL, L.L.C.
2997. CVS EGL 13th Gainesville FL, L.L.C.
2998. CVS EGL 13th Northwest FL, L.L.C.
2999. CVS EGL 13th Saint Cloud FL, L.L.C.
3000. CVS EGL 1460 FL, L.L.C.
3001. CVS EGL 1462 TX, L.L.C.
3002. CVS EGL 14th Bradenton FL, L.L.C.
3003. CVS EGL 14th Leesburg FL, L.L.C.
3004. CVS EGL 150 TX, L.L.C.
3005. CVS EGL 1512 LA, L.L.C.
3006. CVS EGL 152nd Miami FL, L.L.C.
3007. CVS EGL 152nd Southwest FL, L.L.C.
3008. CVS EGL 1580 TX, L.L.C.
3009. CVS EGL 15th Immokalee FL, L.L.C.
3010. CVS EGL 15th Oklahoma City OK, Inc.
3011. CVS EGL 15th Panama City FL, L.L.C.
3012. CVS EGL 1620 TX, L.L.C.
3013. CVS EGL 1634 TX, L.L.C.
3014. CVS EGL 1635 FL, L.L.C.
3015. CVS EGL 163rd North Miami FL, L.L.C.

3016.   CVS EGL 1644 FL, L.L.C.
3017.   CVS EGL 1647 LA, L.L.C.
3018.   CVS EGL 164th May OK, Inc.
3019.   CVS EGL 1651 TX, L.L.C.
3020.   CVS EGL 1652 LA, L.L.C.
3021.   CVS EGL 1655 FL, L.L.C.
3022.   CVS EGL 1660 FL, L.L.C.
3023.   CVS EGL 16th Baseline AZ, L.L.C.
3024.   CVS EGL 16th Northwest FL, L.L.C.
3025.   CVS EGL 1722 FL, L.L.C.
3026.   CVS EGL 1723 FL, L.L.C.
3027.   CVS EGL 1724 FL, L.L.C.
3028.   CVS EGL 1725 FL, L.L.C.
3029.   CVS EGL 1726 FL, L.L.C.
3030.   CVS EGL 1728 OK, L.L.C.
3031.   CVS EGL 1729 FL, L.L.C.
3032.   CVS EGL 173 TX, L.L.C.
3033.   CVS EGL 1730 FL, L.L.C.
3034.   CVS EGL 1732 AL, L.L.C.
3035.   CVS EGL 1734 LA, L.L.C.
3036.   CVS EGL 1736 FL, L.L.C.
3037.   CVS EGL 1738 FL, L.L.C.
3038.   CVS EGL 1739 FL, L.L.C.
3039.   CVS EGL 1749 FL, L.L.C.
3040.   CVS EGL 1765 TX, L.L.C.
3041.   CVS EGL 1766 TX, L.L.C.
3042.   CVS EGL 1779 FL, L.L.C.
3043.   CVS EGL 1783 TX, L.L.C.
3044.   CVS EGL 1793 TX, L.L.C.
3045.   CVS EGL 1794 LA, L.L.C.
3046.   CVS EGL 17th Southeast FL, L.L.C.
3047.   CVS EGL 1827 TX, L.L.C.
3048.   CVS EGL 183rd Opa Locka FL, L.L.C.
3049.   CVS EGL 185th Northeast FL, L.L.C.
3050.   CVS EGL 186th Hialeah FL, L.L.C.
3051.   CVS EGL 18th Monroe LA, Inc.
3052.   CVS EGL 19 Pinellas FL, L.L.C.
3053.   CVS EGL 192 MO, L.L.C.

3054.   CVS EGL 19th Happy Valley AZ, L.L.C.
3055.   CVS EGL 19th Memphis TX, L.P.
3056.   CVS EGL 19th North FL, L.L.C.
3057.   CVS EGL 1st Humbel TX, L.P.
3058.   CVS EGL 1st Kaplan LA, Inc.
3059.   CVS EGL 1st Lake City FL, L.L.C.
3060.   CVS EGL 1st Sanford FL, L.L.C.
3061.   CVS EGL 1st Wadsworth CO CVS, L.L.C.
3062.   CVS EGL 200 Ocala FL, L.L.C.
3063.   CVS EGL 20th Vero Beach FL, L.L.C.
3064.   CVS EGL 21st Covington LA, Inc.
3065.   CVS EGL 222 LA, L.L.C.
3066.   CVS EGL 22nd Southwest FL, L.L.C.
3067.   CVS EGL 2366 FL, L.L.C.
3068.   CVS EGL 23rd Independence MO, Inc.
3069.   CVS EGL 23rd Northwest OK, Inc.
3070.   CVS EGL 23rd Oklahoma, Inc.
3071.   CVS EGL 23rd Panama City FL, L.L.C.
3072.   CVS EGL 248th Miami FL, L.L.C.
3073.   CVS EGL 24th Indian AZ, L.L.C.
3074.   CVS EGL 25th Gulfport MS, Inc.
3075.   CVS EGL 267 FL, L.L.C.
3076.   CVS EGL 26th Fort Lauderdale FL, L.L.C.
3077.   CVS EGL 27th Miami FL, L.L.C.
3078.   CVS EGL 284 FL, L.L.C.
3079.   CVS EGL 29th Hialeah FL, L.L.C.
3080.   CVS EGL 2nd Delray Beach FL, L.L.C.
3081.   CVS EGL 301 Dade City FL, L.L.C.
3082.   CVS EGL 312 Augustine FL, L.L.C.
3083.   CVS EGL 3278 FL, L.L.C.
3084.   CVS EGL 328 FL, L.L.C.
3085.   CVS EGL 34 OK, L.L.C.
3086.   CVS EGL 34th Lubbock TX, L.P.

3087. CVS EGL 34th Ocala FL, L.L.C.
3088. CVS EGL 34th St Petersburg FL, L.L.C.
3089. CVS EGL 35 N Austin TX, L.P.
3090. CVS EGL 358 FL, L.L.C.
3091. CVS EGL 35th Evans CO CVS, L.L.C.
3092. CVS EGL 3624 FL, L.L.C.
3093. CVS EGL 3637 FL, L.L.C.
3094. CVS EGL 3669 TX, L.L.C.
3095. CVS EGL 37th St Petersburg FL, L.L.C.
3096. CVS EGL 384 TX, L.L.C.
3097. CVS EGL 3rd Jacksonville Beach FL, L.L.C.
3098. CVS EGL 3rd New Smyrna Beach FL, L.L.C.
3099. CVS EGL 3rd Saint Pete FL, L.L.C.
3100. CVS EGL 403 FL, L.L.C.
3101. CVS EGL 405 FL, L.L.C.
3102. CVS EGL 408 FL, L.L.C.
3103. CVS EGL 40th Miami FL, L.L.C.
3104. CVS EGL 40th Northwest FL, L.L.C.
3105. CVS EGL 40th Street FL, L.L.C.
3106. CVS EGL 41 Sarasota FL, L.L.C.
3107. CVS EGL 41st Miami FL, L.L.C.
3108. CVS EGL 42nd Miami FL, L.L.C.
3109. CVS EGL 430 FL, L.L.C.
3110. CVS EGL 439 AL, L.L.C.
3111. CVS EGL 43rd Northwest FL, L.L.C.
3112. CVS EGL 441 Lake Worth FL, L.L.C.
3113. CVS EGL 441 Ocala FL, L.L.C.
3114. CVS EGL 46 Loop TX, L.P.
3115. CVS EGL 475 AL, L.L.C.
3116. CVS EGL 486 FL, L.L.C.
3117. CVS EGL 49th Hialeah FL, L.L.C.
3118. CVS EGL 49th Pinellas Park FL, L.L.C.
3119. CVS EGL 49th Saint Petersburg FL, L.L.C.

3120. CVS EGL 4th Chickasha OK, Inc.
3121. CVS EGL 4th Oklahoma City OK, Inc.
3122. CVS EGL 4th Pueblo CO CVS, L.L.C.
3123. CVS EGL 4th Saint Petersburg FL, L.L.C.
3124. CVS EGL 504 FL, L.L.C.
3125. CVS EGL 50th Lubbock TX, L.P.
3126. CVS EGL 537 FL, L.L.C.
3127. CVS EGL 53rd Bradenton FL, L.L.C.
3128. CVS EGL 54 New Port Richey FL, L.L.C.
3129. CVS EGL 546 MS, L.L.C.
3130. CVS EGL 54th Saint Petersburg FL, L.L.C.
3131. CVS EGL 5624 MO, L.L.C.
3132. CVS EGL 568 LA, L.L.C.
3133. CVS EGL 571 FL, L.L.C.
3134. CVS EGL 59th Glendale AZ, L.L.C.
3135. CVS EGL 5th Boca Raton FL, L.L.C.
3136. CVS EGL 5th Miami Beach FL, L.L.C.
3137. CVS EGL 60th Hialeah FL, L.L.C.
3138. CVS EGL 61st Galveston TX, L.P.
3139. CVS EGL 63rd Kansas City MO, Inc.
3140. CVS EGL 64 Bradenton FL, L.L.C.
3141. CVS EGL 66th Northwest FL, L.L.C.
3142. CVS EGL 66th Saint Petersburg FL, L.L.C.
3143. CVS EGL 66th Street North FL, L.L.C.
3144. CVS EGL 67th Hialeah FL, L.L.C.
3145. CVS EGL 68th Thomas AZ, L.L.C.
3146. CVS EGL 68th West Hialeah FL, L.L.C.
3147. CVS EGL 6th Panama City FL, L.L.C.

3148. CVS EGL 6th South FL, L.L.C.

3149. CVS EGL 6th Winter Haven FL, L.L.C.

3150. CVS EGL 756 TX, L.L.C.

3151. CVS EGL 75th Bethany AZ, L.L.C.

3152. CVS EGL 75th Gainesville FL, L.L.C.

3153. CVS EGL 75th Houston TX, L.P.

3154. CVS EGL 7894 FL, L.L.C.

3155. CVS EGL 78th Seminole FL, L.L.C.

3156. CVS EGL 7927 FL, L.L.C.

3157. CVS EGL 7958 FL, L.L.C.

3158. CVS EGL 7th Miami FL, L.L.C.

3159. CVS EGL 82nd Lubbock TX, L.P.

3160. CVS EGL 8383 FL, L.L.C.

3161. CVS EGL 83rd Glendale AZ, L.L.C.

3162. CVS EGL 88th Miami FL, L.L.C.

3163. CVS EGL 88th Street FL, L.L.C.

3164. CVS EGL 8th Ave Hialeah FL, L.L.C.

3165. CVS EGL 8th Miami FL, L.L.C.

3166. CVS EGL 8th Palmetto FL, L.L.C.

3167. CVS EGL 8th Southwest FL, L.L.C.

3168. CVS EGL 8th Street FL, L.L.C.

3169. CVS EGL 90 West FL, L.L.C.

3170. CVS EGL 908 FL, L.L.C.

3171. CVS EGL 951 Naples FL, L.L.C.

3172. CVS EGL 97th Miami FL, L.L.C.

3173. CVS EGL 98th Lubbock TX, L.P.

3174. CVS EGL 99th Phoenix AZ, L.L.C.

3175. CVS EGL 9th Naples FL, L.L.C.

3176. CVS EGL 9th North FL, L.L.C.

3177. CVS EGL 9th Pensacola FL, L.L.C.

3178. CVS EGL 9th Saint Petersburg FL, L.L.C.

3179. CVS EGL Abshier Belleview FL, L.L.C.

3180. CVS EGL Academy Seagull NM, L.L.C.

3181. CVS EGL Admiral New Iberia LA, Inc.

3182. CVS EGL Airline Baton Rouge LA, Inc.

3183. CVS EGL Airline Corpus Christi TX, L.P.

3184. CVS EGL Airline Destrehan LA, Inc.

3185. CVS EGL Airline Drive TX, L.P.

3186. CVS EGL Airline Gonzales LA, Inc.

3187. CVS EGL Airline La Place LA, Inc.

3188. CVS EGL Airline Metairie LA, Inc.

3189. CVS EGL Airport Austin TX, L.P.

3190. CVS EGL Airport Naples FL, L.L.C.

3191. CVS EGL Alabama Properties, Inc.

3192. CVS EGL Alafaya Orlando FL, L.L.C.

3193. CVS EGL Alameda Denver CO CVS, L.L.C.

3194. CVS EGL Alameda Parkway CO CVS, L.L.C.

3195. CVS EGL Aldine Mail TX, L.P.

3196. CVS EGL Aldine Westfield Spring TX, L.P.

3197. CVS EGL Alexander Plant City FL, L.L.C.

3198. CVS EGL Alma Chandler AZ, L.L.C.

3199. CVS EGL Aloma Winter FL, L.L.C.

3200. CVS EGL Alpha Dallas TX, L.P.

3201. CVS EGL Altamonte Springs FL, L.L.C.

3202. CVS EGL Alton Miami Beach FL, L.L.C.

3203. CVS EGL Andrews Fort Lauderdale FL, L.L.C.

3204. CVS EGL Angleton TX, L.P.

3205. CVS EGL Antoine Houston TX, L.P.

3206. CVS EGL Apalachee Tallahassee FL, L.L.C.

3207. CVS EGL Apalachicola FL, L.L.C.

3208. CVS EGL Apollo Beach FL, L.L.C.

3209. CVS EGL Apopka Vineland FL, L.L.C.

3210. CVS EGL Archer Gainesville FL, L.L.C.

3211. CVS EGL Arlington Jacksonville FL, L.L.C.

3212. CVS EGL Armenia Tampa FL, L.L.C.

3213. CVS EGL Atlantic Beach FL, L.L.C.

3214. CVS EGL Atlantic Boulevard FL, L.L.C.

3215. CVS EGL Atlantic Cocoa Beach FL, L.L.C.

3216. CVS EGL Atlantic Daytona FL, L.L.C.

3217. CVS EGL Atlantic FL, L.L.C.

3218. CVS EGL Atlantic Jacksonville FL, L.L.C.

3219. CVS EGL Atlantic Neptune Beach FL, L.L.C.

3220. CVS EGL Augustine Road FL, L.L.C.

3221. CVS EGL Austin Harry TX, L.P.

3222. CVS EGL Avenida Lady Lake FL, L.L.C.

3223. CVS EGL Aventura FL, L.L.C.

3224. CVS EGL Avenue A TX, L.P.

3225. CVS EGL Avenue J Galveston TX, L.P.

3226. CVS EGL Avondale Dysart AZ, L.L.C.

3227. CVS EGL Ayers Corpus Christi TX, L.P.

3228. CVS EGL Ayers TX, L.P.

3229. CVS EGL Azalea AL, Inc.

3230. CVS EGL Bandera Road TX, L.P.

3231. CVS EGL Bandera San Antonio TX, L.P.

3232. CVS EGL Barataria Marrero LA, Inc.

3233. CVS EGL Barker Cypress TX, L.P.

3234. CVS EGL Barksdale LA, Inc.

3235. CVS EGL Barrow Abilene TX, L.P.

3236. CVS EGL Barry Road MO, Inc.

3237. CVS EGL Bartow FL, L.L.C.

3238. CVS EGL Bartram Park FL, L.L.C.

3239. CVS EGL Baseline Gilbert AZ, L.L.C.

3240. CVS EGL Baseline Tempe AZ, L.L.C.

3241. CVS EGL Baton Rouge LA, Inc.

3242. CVS EGL Bay Area TX, L.P.

3243. CVS EGL Bay City TX, L.P.

3244. CVS EGL Bay Clearwater FL, L.L.C.

3245. CVS EGL Bay Largo FL, L.L.C.

3246. CVS EGL Bay Meadows FL, L.L.C.

3247. CVS EGL Bay St. Louis MS, Inc.

3248. CVS EGL Bayport Seabrook TX, L.P.

3249. CVS EGL Bayshore Dunedin FL, L.L.C.

3250. CVS EGL Beach Boulevard FL, L.L.C.

3251. CVS EGL Beaumont TX, L.P.

3252. CVS EGL Bee Caves TX, L.P.

3253. CVS EGL Bee Ridge Sarasota FL, L.L.C.

3254. CVS EGL Belcher Clearwater FL, L.L.C.

3255. CVS EGL Belcher Largo FL, L.L.C.

3256. CVS EGL Bell Amarillo TX, L.P.

3257. CVS EGL Bell Glendale AZ, L.L.C.

3258. CVS EGL Bell Houston TX, L.P.

3259. CVS EGL Bell Surprise AZ, L.L.C.

3260. CVS EGL Bellaire Blvd TX, L.P.

3261. CVS EGL Belle Glade FL, L.L.C.

3262. CVS EGL Belle Palm Coast FL, L.L.C.

3263. CVS EGL Belleview Littleton CO CVS, L.L.C.

3264. CVS EGL Belleview Plaquemine LA, Inc.

3265. CVS EGL Belt Saint Joseph MO, Inc.

3266. CVS EGL Beltline Garland TX, L.P.

3267. CVS EGL Belville Daytona FL, L.L.C.

3268. CVS EGL Beneva Road FL, L.L.C.

3269. CVS EGL Biscayne Boulevard, L.L.C.

3270. CVS EGL Biscayne FL, L.L.C.

3271. CVS EGL Biscayne Miami FL, L.L.C.

3272. CVS EGL Bissonnet Houston TX, L.P.

3273. CVS EGL Bissonnet Kirkwood TX, L.P.

3274. CVS EGL Blanco Road TX, L.P.

3275. CVS EGL Blanding Jacksonville FL, L.L.C.

3276. CVS EGL Blanding Middleburg FL, L.L.C.

3277. CVS EGL Blanding Orange Park FL, L.L.C.

3278. CVS EGL Blichton Ocala FL, L.L.C.

3279. CVS EGL Bloomingdale Valrico FL, L.L.C.

3280. CVS EGL Blossom Orlando FL, L.L.C.

3281. CVS EGL Bogalusa LA, Inc.

3282. CVS EGL Boggy Creek FL, L.L.C.

3283. CVS EGL Bolton Alexandria LA, Inc.

3284. CVS EGL Bonham Paris TX, L.P.

3285. CVS EGL Bossier City LA, Inc.

3286. CVS EGL Boulevard Rayne LA, Inc.

3287. CVS EGL Boyette Riverview, L.L.C.

3288. CVS EGL Bradenton FL, L.L.C.

3289. CVS EGL Brair Forest TX, L.P.

3290. CVS EGL Brandon FL, L.L.C.

3291. CVS EGL Brenham TX, L.P.

3292. CVS EGL Brevard Arcadia FL, L.L.C.

3293. CVS EGL Briar Drive KS, Inc.

3294. CVS EGL Briarcliff Austin TX, L.P.

3295. CVS EGL Bridge Hobe Sound FL, L.L.C.

3296. CVS EGL Britt Jensen FL, L.L.C.

3297. CVS EGL Broadmoor MS, Inc.

3298. CVS EGL Broadway Garland TX, L.P.

3299. CVS EGL Broadway Gladewater TX, L.P.

3300. CVS EGL Broadway Tampa, L.L.C.

3301. CVS EGL Broadway Tempe AZ, L.L.C.

3302. CVS EGL Broadway Tucson AZ, L.L.C.

3303. CVS EGL Broadway Tyler TX, L.P.

3304. CVS EGL Brookside MO, Inc.

3305. CVS EGL Brooksville FL, L.L.C.

3306. CVS EGL Broomfield CO CVS, L.L.C.

3307. CVS EGL Broward Lauderdale FL, L.L.C.

3308. CVS EGL Brown Arlington TX, L.P.

3309. CVS EGL Brunswick FL, L.L.C.

3310. CVS EGL Bryan Dairy Seminole FL, L.L.C.

3311. CVS EGL Bryan TX, L.P.

3312. CVS EGL Bryant Irvin Fort Worth TX, L.P.

3313. CVS EGL Buckingham Richardson TX, L.P.

3314. CVS EGL Buckner Dallas TX, L.P.

3315. CVS EGL Buffalo Gap Abilene TX, L.P.

3316. CVS EGL Bullard Parkway FL, L.L.C.

3317. CVS EGL Burleigh Tavares FL, L.L.C.

3318. CVS EGL Burnett Austin TX, L.P.

3319. CVS EGL Camelback Phoenix AZ, L.L.C.

3320. CVS EGL Cameron Lafayette LA, Inc.

3321. CVS EGL Cameron Scott LA, Inc.

3322. CVS EGL Camino Boca Raton FL, L.L.C.

3323. CVS EGL Camino Real TX, L.P.

3324. CVS EGL Camp Bowie Fort Worth TX, L.P.

3325. CVS EGL Camp Bowie TX, L.P.

3326. CVS EGL Camp Clarke TX, L.P.

3327. CVS EGL Camp Lowell AZ, L.L.C.

3328. CVS EGL Camp TX, L.P.

3329. CVS EGL Campbell Dallas TX, L.P.

3330. CVS EGL Canal New Orleans LA, Inc.

3331. CVS EGL Canal Thibodaux LA, Inc.

3332. CVS EGL Candelaria NM, L.L.C.

3333. CVS EGL Canoe St. Cloud FL, L.L.C.

3334. CVS EGL Cape Coral Pkwy FL, L.L.C.

3335. CVS EGL Capital Circle FL, L.L.C.

3336. CVS EGL Capital Tallahassee FL, L.L.C.

3337. CVS EGL Carefree Cave Creek AZ, L.L.C.

3338. CVS EGL Caroline Milton FL, L.L.C.

3339. CVS EGL Carrier Grand Prairie TX, L.P.

3340. CVS EGL Carrollton New Orleans LA, Inc.

3341. CVS EGL Carrollwood Tampa FL, L.L.C.

3342. CVS EGL Cartwright Mesquite TX, L.P.

3343. CVS EGL Cartwright Missouri City TX, L.P.

3344. CVS EGL Cedar Breaks TX, L.P.

3345. CVS EGL Cedar Park TX, L.P.

3346. CVS EGL Cedar Ridge TX, L.P.

3347. CVS EGL Centennial CO CVS, L.L.C.

3348. CVS EGL Central Avenue NM, L.L.C.

3349. CVS EGL Central Bedford TX, L.P.

3350. CVS EGL Central Florida, L.L.C.

3351. CVS EGL Central McKinney TX, L.P.

3352. CVS EGL Central Parkway FL, L.L.C.

3353. CVS EGL Central Petersburg FL, L.L.C.

3354. CVS EGL Centre Hereford TX, L.P.

3355. CVS EGL Cerrillos NM, L.L.C.

3356. CVS EGL Chalmette LA, Inc.

3357. CVS EGL Chambers Denver CO CVS, L.L.C.

3358. CVS EGL Champion Forest TX, L.P.

3359. CVS EGL Chandler Phoenix AZ, L.L.C.

3360. CVS EGL Charity Abbeville LA, Inc.

3361. CVS EGL Chateau Kenner LA, Inc.

3362. CVS EGL Cheney Titusville FL, L.L.C.

3363. CVS EGL Chipley FL, L.L.C.

3364. CVS EGL Choctaw OK, Inc.

3365. CVS EGL Church Livingston TX, L.P.

3366. CVS EGL Cinco Ranch TX, L.P.

3367. CVS EGL Clark Road, L.L.C.

3368. CVS EGL Clark Sarasota FL, L.L.C.

3369. CVS EGL Classen Oklahoma City OK, Inc.

3370. CVS EGL Clearlake Cocoa FL, L.L.C.

3371. CVS EGL Clearwater FL, L.L.C.

3372. CVS EGL Clearwater Largo FL, L.L.C.

3373. CVS EGL Cleburne TX, L.P.

3374. CVS EGL Clermont FL, L.L.C.

3375. CVS EGL Cleveland Avenue, L.L.C.

3376. CVS EGL Cleveland Fort Myers FL, L.L.C.

3377. CVS EGL Clint Moore Boca Raton FL, L.L.C.

3378. CVS EGL Clubview Levelland TX, L.P.

3379. CVS EGL Clute TX, L.P.

3380. CVS EGL Coalton Broomfield CO CVS, L.L.C.

3381. CVS EGL Cockrell Hill TX, L.P.

3382. CVS EGL Coit Plano TX, L.P.

3383. CVS EGL Coit Richardson TX, L.P.

3384. CVS EGL Colfax Denver CO CVS, L.L.C.

3385. CVS EGL Colfax Lakewood CO CVS, L.L.C.

3386. CVS EGL College Beaumont TX, L.P.

3387. CVS EGL College Collins CO CVS, L.L.C.

3388. CVS EGL College Hills San Angelo TX, L.P.

3389. CVS EGL College Park Conroe TX, L.P.

3390. CVS EGL Colleyville TX, L.P.

3391. CVS EGL Collins Avenue FL, L.L.C.

3392. CVS EGL Collins North Miami FL, L.L.C.

3393. CVS EGL Colonial Golden FL, L.L.C.

3394. CVS EGL Colonial Myers FL, L.L.C.

3395. CVS EGL Colonial Orlando FL, L.L.C.

3396. CVS EGL Colonial Winter Garden FL, L.L.C.

3397. CVS EGL Colorado Springs CO CVS, L.L.C.

3398. CVS EGL Commerce Ardmore OK, Inc.

3399. CVS EGL Commercial 18th FL, L.L.C.

3400. CVS EGL Commercial Lauderdale FL, L.L.C.

3401. CVS EGL Congress Austin TX, L.P.

3402. CVS EGL Congress Boynton Beach FL, L.L.C.

3403. CVS EGL Congress Lake Worth FL, L.L.C.

3404. CVS EGL Congress Street TX, L.P.

3405. CVS EGL Coors Boulevard NM, L.L.C.

3406. CVS EGL Coral Miami FL, L.L.C.

3407. CVS EGL Corpus Christi TX, L.P.

3408. CVS EGL Cortez Boulevard FL, L.L.C.

3409. CVS EGL Cortez Bradenton FL, L.L.C.

3410. CVS EGL Cortez FL, L.L.C.

3411. CVS EGL Cottage Mobile AL, Inc.

3412. CVS EGL Countryway Tampa FL, L.L.C.

3413. CVS EGL County Dunedin FL, L.L.C.

3414. CVS EGL County Line Ridgeland MS, Inc.

3415. CVS EGL County Orange Park FL, L.L.C.

3416. CVS EGL Courtenay Merritt FL, L.L.C.
3417. CVS EGL Covington LA, Inc.
3418. CVS EGL Crandon Key Biscayne FL, L.L.C.
3419. CVS EGL Crawfordville FL, L.L.C.
3420. CVS EGL Cresswell Opelousas LA, Inc.
3421. CVS EGL Crockett Palestine TX, L.P.
3422. CVS EGL Cross Timbers TX, L.P.
3423. CVS EGL Crowley TX, L.P.
3424. CVS EGL Crown Bonita Springs FL, L.L.C.
3425. CVS EGL Culebra San Antonio TX, L.P.
3426. CVS EGL Cullen Pearland TX, L.P.
3427. CVS EGL Curry Ford Orlando FL, L.L.C.
3428. CVS EGL Curry Ford Road FL, L.L.C.
3429. CVS EGL Custer Frisco TX, L.P.
3430. CVS EGL Cypress Gardens FL, L.L.C.
3431. CVS EGL Cypress North TX, L.P.
3432. CVS EGL Cypress Poinciana FL, L.L.C.
3433. CVS EGL Cypress West Monroe LA, Inc.
3434. CVS EGL Cypress Winter Haven FL, L.L.C.
3435. CVS EGL Dale Mabry Tampa FL, L.L.C.
3436. CVS EGL Dania Beach FL, L.L.C.
3437. CVS EGL Daniels Fort Myers, L.L.C.
3438. CVS EGL Daphne AL, Inc.
3439. CVS EGL Davenport FL, L.L.C.
3440. CVS EGL Davie Lauderdale FL, L.L.C.
3441. CVS EGL Davis N Richland Hills TX, L.P.
3442. CVS EGL Davis Pensacola FL, L.L.C.
3443. CVS EGL Daytona FL, L.L.C.
3444. CVS EGL De Land FL, L.L.C.
3445. CVS EGL De Zavala San Antonio TX, L.P.
3446. CVS EGL Decatur FL, L.L.C.
3447. CVS EGL Decker Baytown TX, L.P.
3448. CVS EGL Deerfield Beach FL, L.L.C.
3449. CVS EGL Denham Springs LA, Inc.
3450. CVS EGL Denton Fort Worth TX, L.P.
3451. CVS EGL Desoto TX, L.P.
3452. CVS EGL Dickinson TX, L.P.
3453. CVS EGL Dixie Highway FL, L.L.C.
3454. CVS EGL Dixie Homestead FL, L.L.C.
3455. CVS EGL Dixie Lake Worth FL, L.L.C.
3456. CVS EGL Dixie Miami FL, L.L.C.
3457. CVS EGL Dixie South FL, L.L.C.
3458. CVS EGL Dixie West FL, L.L.C.
3459. CVS EGL Dixie West Palm FL, L.L.C.
3460. CVS EGL Dorado Craig TX, L.P.
3461. CVS EGL Dowlen TX, L.P.
3462. CVS EGL Downing Denver CO CVS, L.L.C.
3463. CVS EGL Drake Fort Collins CO CVS, L.L.C.
3464. CVS EGL Dry Creek Aurora CO CVS, L.L.C.
3465. CVS EGL Duck Creek TX, L.P.
3466. CVS EGL Dulles Road TX, L.P.
3467. CVS EGL Dunlap Phoenix AZ, L.L.C.
3468. CVS EGL Dunn Jacksonville FL, L.L.C.
3469. CVS EGL Dunnellon FL, L.L.C.

3470. CVS EGL Duval Key West FL, L.L.C.

3471. CVS EGL Dysart Goodyear AZ, L.L.C.

3472. CVS EGL E 20th Houston TX, L.P.

3473. CVS EGL E Amarillo TX, L.P.

3474. CVS EGL E Arapaho Richardson TX, L.P.

3475. CVS EGL E Arkansas Arlington TX, L.P.

3476. CVS EGL E Belt Line Cedar Hill TX, L.P.

3477. CVS EGL E Broadway Sweetwater TX, L.P.

3478. CVS EGL E Commerce Brownwood TX, L.P.

3479. CVS EGL E End North Marshall TX, L.P.

3480. CVS EGL E Irving TX, L.P.

3481. CVS EGL E Lancaster Fort Worth TX, L.P.

3482. CVS EGL E Loop 304 Crockett TX, L.P.

3483. CVS EGL E Lufkin TX, L.P.

3484. CVS EGL E Main Allen TX, L.P.

3485. CVS EGL E Main Grand Prairie TX, L.P.

3486. CVS EGL E Main Whitehouse TX, L.P.

3487. CVS EGL E Mockingbird Dallas TX, L.P.

3488. CVS EGL E Northwest Dallas TX, L.P.

3489. CVS EGL E Pipeline Bedford TX, L.P.

3490. CVS EGL E Riverside Austin TX, L.P.

3491. CVS EGL E Southlake TX, L.P.

3492. CVS EGL E Tidwell Houston TX, L.P.

3493. CVS EGL E Tyler Athens TX, L.P.

3494. CVS EGL E US Hwy 287 Midlothian TX, L.P.

3495. CVS EGL Eagle Nest Hialeah FL, L.L.C.

3496. CVS EGL East Atlantic FL, L.L.C.

3497. CVS EGL East Camelback AZ, L.L.C.

3498. CVS EGL East Colonial Drive FL, L.L.C.

3499. CVS EGL East Danforth OK, Inc.

3500. CVS EGL East Fowler FL, L.L.C.

3501. CVS EGL East Hinson FL, L.L.C.

3502. CVS EGL East Jester Houston TX, L.P.

3503. CVS EGL East Lake FL, L.L.C.

3504. CVS EGL East Oak FL, L.L.C.

3505. CVS EGL East Palatka FL, L.L.C.

3506. CVS EGL East Park Arlington TX, L.P.

3507. CVS EGL East Pass Gulfport MS, Inc.

3508. CVS EGL Eastex Beaumont TX, L.P.

3509. CVS EGL Edgewater Orlando FL, L.L.C.

3510. CVS EGL Edmond OK, Inc.

3511. CVS EGL Ehrlich Tampa FL, L.L.C.

3512. CVS EGL Eiland Zephyrhills FL, L.L.C.

3513. CVS EGL Eisenhower Loveland CO, L.L.C.

3514. CVS EGL El Salido TX, L.P.

3515. CVS EGL Elam Balch Springs TX, L.P.

3516. CVS EGL Eldridge Houston TX, L.P.

3517. CVS EGL Eldridge Road TX, L.P.

3518. CVS EGL Elkcam Deltona FL, L.L.C.

3519. CVS EGL Elliot Arizona AZ, L.L.C.

3520. CVS EGL Ellison Drive NM, L.L.C.

3521. CVS EGL Emerson Palm Bay FL, L.L.C.
3522. CVS EGL Erie Ellenton FL, L.L.C.
3523. CVS EGL Estero Fort Myers FL, L.L.C.
3524. CVS EGL Everhart TX, L.P.
3525. CVS EGL Fairfield Pensacola FL, L.L.C.
3526. CVS EGL Fay Cocoa FL, L.L.C.
3527. CVS EGL Federal Boynton FL, L.L.C.
3528. CVS EGL Federal Broward FL, L.L.C.
3529. CVS EGL Federal Deerfield FL, L.L.C.
3530. CVS EGL Federal Delray Beach FL, L.L.C.
3531. CVS EGL Federal Denver CO CVS, L.L.C.
3532. CVS EGL Federal Fort Pierce FL, L.L.C.
3533. CVS EGL Federal Hollywood FL, L.L.C.
3534. CVS EGL Federal Pompano FL, L.L.C.
3535. CVS EGL Federal Stuart FL, L.L.C.
3536. CVS EGL Ferguson Dallas TX, L.P.
3537. CVS EGL Ferguson Road TX, L.P.
3538. CVS EGL Ferris Waxahachie TX, L.P.
3539. CVS EGL Fielder Arlington TX, L.P.
3540. CVS EGL First Bradenton FL, L.L.C.
3541. CVS EGL FL Wright AZ, L.L.C.
3542. CVS EGL Flagler Miami FL, L.L.C.
3543. CVS EGL Flamingo Hollywood FL, L.L.C.
3544. CVS EGL Flamingo South FL, L.L.C.
3545. CVS EGL Florabranch FL, L.L.C.

3546. CVS EGL Florence Casa AZ, L.L.C.
3547. CVS EGL Florida Baton Rouge LA, Inc.
3548. CVS EGL Florida Lakeland FL, L.L.C.
3549. CVS EGL Florida Tampa FL, L.L.C.
3550. CVS EGL Florida, L.L.C.
3551. CVS EGL Flowood MS, Inc.
3552. CVS EGL Fm 1821 Mineral Wells TX, L.P.
3553. CVS EGL FM 1960 E Humble TX, L.P.
3554. CVS EGL FM 1960 Road TX, L.P.
3555. CVS EGL FM 2100 Crosby TX, L.P.
3556. CVS EGL Fm 3009 Schertz TX, L.P.
3557. CVS EGL FM 407 Lewisville TX, L.P.
3558. CVS EGL FM 528 TX, L.P.
3559. CVS EGL FM 529 Houston TX, L.P.
3560. CVS EGL FM Round TX, L.P.
3561. CVS EGL FM West TX, L.P.
3562. CVS EGL Foley AL, Inc.
3563. CVS EGL Fondren Houston TX, L.P.
3564. CVS EGL Ford Orlando FL, L.L.C.
3565. CVS EGL Forest Dallas TX, L.P.
3566. CVS EGL Forest Hill Blvd FL, L.L.C.
3567. CVS EGL Forest Hill Fort Worth TX, L.P.
3568. CVS EGL Forest Hill Palm FL, L.L.C.
3569. CVS EGL Forest Lane TX, L.P.
3570. CVS EGL Forest MS, Inc.
3571. CVS EGL Forest Spring TX, L.P.
3572. CVS EGL Forney TX, L.P.
3573. CVS EGL Fort Walton Beach FL, L.L.C.

3574. CVS EGL Fountain Hills AZ, L.L.C.

3575. CVS EGL Fountain Murray CO CVS, L.L.C.

3576. CVS EGL Fowler Tampa FL, L.L.C.

3577. CVS EGL Frankford Dallas TX, L.P.

3578. CVS EGL Freeport TX, L.P.

3579. CVS EGL Friendswood TX, L.P.

3580. CVS EGL Fruitville Sarasota FL, L.L.C.

3581. CVS EGL Fry Katy TX, L.P.

3582. CVS EGL Fry Little York TX, L.P.

3583. CVS EGL Fuqua Houston TX, L.P.

3584. CVS EGL Fuqua Street TX, L.P.

3585. CVS EGL Gainesville FL, L.L.C.

3586. CVS EGL Garden Titusville FL, L.L.C.

3587. CVS EGL Garland Dallas TX, L.P.

3588. CVS EGL Garland TX, L.P.

3589. CVS EGL Garth Baytown TX, L.P.

3590. CVS EGL Gattis School Round Rock TX, L.P.

3591. CVS EGL Gause Boulevard LA, Inc.

3592. CVS EGL Gause Slidell LA, Inc.

3593. CVS EGL Gears Houston TX, L.P.

3594. CVS EGL General Meyer LA, Inc.

3595. CVS EGL Georgetown TX, L.P.

3596. CVS EGL Georgia Amarillo TX, L.P.

3597. CVS EGL Georgia Bogalusa LA, Inc.

3598. CVS EGL Gessner Houston TX, L.P.

3599. CVS EGL Gibsonton Riverview FL, L.L.C.

3600. CVS EGL Glages Boca Raton FL, L.L.C.

3601. CVS EGL Glenbrook Clermont FL, L.L.C.

3602. CVS EGL Gloria Clewiston FL, L.L.C.

3603. CVS EGL Golden Naples FL, L.L.C.

3604. CVS EGL Golf Links AZ, L.L.C.

3605. CVS EGL Government Baton Rouge LA, Inc.

3606. CVS EGL Granada Ormond Beach FL, L.L.C.

3607. CVS EGL Granbury TX, L.P.

3608. CVS EGL Grand Caillou Houma LA, Inc.

3609. CVS EGL Grand Prairie TX, L.P.

3610. CVS EGL Grandview MO, Inc.

3611. CVS EGL Grapevine N Richland Hills TX, L.P.

3612. CVS EGL Greeley CO CVS, L.L.C.

3613. CVS EGL Green Cove Springs FL, L.L.C.

3614. CVS EGL Green Oaks TX, L.P.

3615. CVS EGL Greenville Ste 140 Dallas TX, L.P.

3616. CVS EGL Greenwell Baton Rouge LA, Inc.

3617. CVS EGL Greenwell Springs LA, Inc.

3618. CVS EGL Greenwood MS, Inc.

3619. CVS EGL Griffin Cooper FL, L.L.C.

3620. CVS EGL Grogans Mill Spring TX, L.P.

3621. CVS EGL Guadalupe Austin TX, L.P.

3622. CVS EGL Guadalupe Street TX, L.P.

3623. CVS EGL Gulf Beach Pensacola FL, L.L.C.

3624. CVS EGL Gulf Boulevard FL, L.L.C.

3625. CVS EGL Gulf Breeze Pkwy FL, L.L.C.

3626. CVS EGL Gulf Indian Rocks FL, L.L.C.

3627. CVS EGL Gulfbreeze Parkway FL, L.L.C.
3628. CVS EGL Gulfport Boulevard FL, L.L.C.
3629. CVS EGL Gulfshores AL, Inc.
3630. CVS EGL Gunn Highway FL, L.L.C.
3631. CVS EGL Gunn Tampa FL, L.L.C.
3632. CVS EGL Haily Pueblo CO CVS, L.L.C.
3633. CVS EGL Hall Johnson Grapevine TX, L.P.
3634. CVS EGL Hammerly Houston TX, L.P.
3635. CVS EGL Hammock Miami FL, L.L.C.
3636. CVS EGL Hammond LA, Inc.
3637. CVS EGL Hampden Aurora CO CVS, L.L.C.
3638. CVS EGL Hancock Bridge FL, L.L.C.
3639. CVS EGL Hancock Clermont FL, L.L.C.
3640. CVS EGL Happy Valley AZ, L.L.C.
3641. CVS EGL Harding Miami FL, L.L.C.
3642. CVS EGL Hardy Hattiesburg MS, Inc.
3643. CVS EGL Harris Red Oak TX, L.P.
3644. CVS EGL Harvey LA, Inc.
3645. CVS EGL Hawthorne FL, L.L.C.
3646. CVS EGL Hebron Carrolton TX, L.P.
3647. CVS EGL Hedgecoxe Plano TX, L.P.
3648. CVS EGL Henderson Boulevard FL, L.L.C.
3649. CVS EGL Henderson Tampa FL, L.L.C.
3650. CVS EGL Hialeah Drive FL, L.L.C.
3651. CVS EGL Hiawassee Orlando FL, L.L.C.
3652. CVS EGL Hickory Creek TX, L.P.
3653. CVS EGL High Springs FL, L.L.C.
3654. CVS EGL Highland Madison MS, Inc.
3655. CVS EGL Highland Road LA, Inc.
3656. CVS EGL Highway 77 TX, L.P.
3657. CVS EGL Hillsboro Coconut FL, L.L.C.
3658. CVS EGL Hillsborough Charlotte FL, L.L.C.
3659. CVS EGL Hillsborough FL, L.L.C.
3660. CVS EGL Hillsborough Tampa FL, L.L.C.
3661. CVS EGL Himes Tampa FL, L.L.C.
3662. CVS EGL Hollywood Blvd FL, L.L.C.
3663. CVS EGL Hollywood FL, L.L.C.
3664. CVS EGL Hollywood Shreveport LA, Inc.
3665. CVS EGL Holzwarth TX, L.P.
3666. CVS EGL Horizon Rockwall TX, L.P.
3667. CVS EGL Houston 6 South TX, L.P.
3668. CVS EGL Houston North, L.P.
3669. CVS EGL Houston Street TX, L.P.
3670. CVS EGL Houston TX, L.P.
3671. CVS EGL Howard Tampa FL, L.L.C.
3672. CVS EGL Hudson FL, L.L.C.
3673. CVS EGL Huebner Road TX, L.P.
3674. CVS EGL Huebner San Antonio TX, L.P.
3675. CVS EGL Hunters Creek Orlando FL, L.L.C.
3676. CVS EGL Hwy 1 Donaldsonville LA, Inc.
3677. CVS EGL Hwy 1 Fort Pierce FL, L.L.C.
3678. CVS EGL Hwy 1 Lucie FL, L.L.C.
3679. CVS EGL Hwy 1 Palm Beach FL, L.L.C.

3680. CVS EGL Hwy 1 Raceland LA, Inc.

3681. CVS EGL Hwy 1 Rockledge FL, L.L.C.

3682. CVS EGL Hwy 1 Vero Beach FL, L.L.C.

3683. CVS EGL Hwy 152 Mustang OK, Inc.

3684. CVS EGL Hwy 17 Casselberry FL, L.L.C.

3685. CVS EGL Hwy 171 Lake Charles LA, Inc.

3686. CVS EGL Hwy 181 Floresville TX, L.P.

3687. CVS EGL Hwy 19 Clearwater FL, L.L.C.

3688. CVS EGL Hwy 19 Crystal River FL, L.L.C.

3689. CVS EGL Hwy 19 Eustis FL, L.L.C.

3690. CVS EGL Hwy 19 Meridian MS, Inc.

3691. CVS EGL Hwy 19 North FL, L.L.C.

3692. CVS EGL Hwy 19 Port Richey FL, L.L.C.

3693. CVS EGL Hwy 190 Mandeville LA, Inc.

3694. CVS EGL Hwy 20 Interlachen FL, L.L.C.

3695. CVS EGL Hwy 20 Niceville FL, L.L.C.

3696. CVS EGL Hwy 24 Independence MO, Inc.

3697. CVS EGL Hwy 27 Haines City FL, L.L.C.

3698. CVS EGL Hwy 27 Sebring FL, L.L.C.

3699. CVS EGL Hwy 271 Gilmer TX, L.P.

3700. CVS EGL Hwy 28 Pineville LA, Inc.

3701. CVS EGL Hwy 281 San Antonio TX, L.P.

3702. CVS EGL Hwy 377 Fort Worth TX, L.P.

3703. CVS EGL Hwy 40 Silver Springs FL, L.L.C.

3704. CVS EGL Hwy 441 Alachua FL, L.L.C.

3705. CVS EGL Hwy 441 Mount Dora FL, L.L.C.

3706. CVS EGL Hwy 49 Gulfport MS, Inc.

3707. CVS EGL Hwy 524 Cocoa FL, L.L.C.

3708. CVS EGL Hwy 59 N Bowie TX, L.P.

3709. CVS EGL Hwy 6 North TX, L.P.

3710. CVS EGL Hwy 6 Sugar Land TX, L.P.

3711. CVS EGL Hwy 7 Lauderdale FL, L.L.C.

3712. CVS EGL Hwy 70 Bradenton FL, L.L.C.

3713. CVS EGL Hwy 84 Slaton TX, L.P.

3714. CVS EGL Hwy 90 Milton FL, L.L.C.

3715. CVS EGL Hwy 90 Morgan City LA, Inc.

3716. CVS EGL Hwy 92 Lakeland FL, L.L.C.

3717. CVS EGL Hwy 98 Destin FL, L.L.C.

3718. CVS EGL Hwy 98 Lakeland FL, L.L.C.

3719. CVS EGL Hwy 98 Panama FL, L.L.C.

3720. CVS EGL Hwy A1A Palm FL, L.L.C.

3721. CVS EGL Hwy Lake Placid FL, L.L.C.

3722. CVS EGL Hymeadow Austin TX, L.P.

3723. CVS EGL Imperial Bonita FL, L.L.C.
3724. CVS EGL Ina Tucson AZ, L.L.C.
3725. CVS EGL Independence Plano TX, L.P.
3726. CVS EGL Independence Shawnee OK, Inc.
3727. CVS EGL Independence TX, L.P.
3728. CVS EGL Indian Scottsdale AZ, L.L.C.
3729. CVS EGL Indian Trace FL, L.L.C.
3730. CVS EGL Indiana Arvada CO CVS, L.L.C.
3731. CVS EGL Indiantown Jupiter FL, L.L.C.
3732. CVS EGL International Drive FL, L.L.C.
3733. CVS EGL International Mary FL, L.L.C.
3734. CVS EGL International Orlando FL, L.L.C.
3735. CVS EGL Irlo Kissimmee FL, L.L.C.
3736. CVS EGL Irving TX, L.P.
3737. CVS EGL Irvington Houston TX, L.P.
3738. CVS EGL Irvington Tucson AZ, L.L.C.
3739. CVS EGL Ives Dairy Miami FL, L.L.C.
3740. CVS EGL Jacksboro Fort Worth TX, L.P.
3741. CVS EGL Jacksboro Wichita Falls TX, L.P.
3742. CVS EGL Jackson Alexandria LA, Inc.
3743. CVS EGL Jackson MS, Inc.
3744. CVS EGL Jacksonville FL, L.L.C.
3745. CVS EGL Jasper FL, L.L.C.
3746. CVS EGL Jefferson Baton Rouge LA, Inc.
3747. CVS EGL Jensen Beach FL, L.L.C.
3748. CVS EGL Jester Austin TX, L.P.
3749. CVS EGL Jog Boynton Beach FL, L.L.C.
3750. CVS EGL Jog Greenacres FL, L.L.C.
3751. CVS EGL Jog Lake Worth FL, L.L.C.
3752. CVS EGL John Young Orlando FL, L.L.C.
3753. CVS EGL Johnson Mission KS, Inc.
3754. CVS EGL Johnston Lafayette LA, Inc.
3755. CVS EGL Jones Houston TX, L.P.
3756. CVS EGL Jones Maltsberger San Antonio TX, L.P.
3757. CVS EGL Jones Road TX, L.P.
3758. CVS EGL Juan Tabo NM, L.L.C.
3759. CVS EGL Juno Beach FL, L.L.C.
3760. CVS EGL Jupiter Plano TX, L.P.
3761. CVS EGL Kaliste Lafayette LA, Inc.
3762. CVS EGL Kansas City KS, Inc.
3763. CVS EGL Kathleen Road FL, L.L.C.
3764. CVS EGL Katy TX, L.P.
3765. CVS EGL Kaufman TX, L.P.
3766. CVS EGL Kenner LA, Inc.
3767. CVS EGL Keystone Heights FL, L.L.C.
3768. CVS EGL King Seguin TX, L.P.
3769. CVS EGL Kings Pierce FL, L.L.C.
3770. CVS EGL Kingsland TX, L.P.
3771. CVS EGL Kingwood Humble TX, L.P.
3772. CVS EGL Kingwood TX, L.P.
3773. CVS EGL Kipling Coal Mine CO CVS, L.L.C.
3774. CVS EGL Kipling Littleton CO CVS, L.L.C.
3775. CVS EGL Kirby Houston TX, L.P.
3776. CVS EGL Kirkman FL, L.L.C.
3777. CVS EGL Kissimmee FL, L.L.C.
3778. CVS EGL Kosciusko MS, Inc.

3779. CVS EGL Kuykendahl TX, L.P.
3780. CVS EGL La Canada Oro AZ, L.L.C.
3781. CVS EGL Lafayette LA, Inc.
3782. CVS EGL Lake Austin TX, L.P.
3783. CVS EGL Lake Butler FL, L.L.C.
3784. CVS EGL Lake North Palm FL, L.L.C.
3785. CVS EGL Lake Pickett FL, L.L.C.
3786. CVS EGL Lake Taylor TX, L.P.
3787. CVS EGL Lake Underhill FL, L.L.C.
3788. CVS EGL Lake Weir Ocala FL, L.L.C.
3789. CVS EGL Lake Worth FL, L.L.C.
3790. CVS EGL Lake Worth Fort Worth TX, L.P.
3791. CVS EGL Lake Worth Road FL, L.L.C.
3792. CVS EGL Lakeland FL, L.L.C.
3793. CVS EGL Lakeland Highlands FL, L.L.C.
3794. CVS EGL Lakewood CO CVS, L.L.C.
3795. CVS EGL Lamar Paris TX, L.P.
3796. CVS EGL Land O Lakes FL, L.L.C.
3797. CVS EGL Lantana FL, L.L.C.
3798. CVS EGL Lantana Lake Worth FL, L.L.C.
3799. CVS EGL Lauderdale FL, L.L.C.
3800. CVS EGL Laurel MS, Inc.
3801. CVS EGL Lavon Garland TX, L.P.
3802. CVS EGL Lawton OK, Inc.
3803. CVS EGL Leavenworth KS, Inc.
3804. CVS EGL Lebanon Frisco TX, L.P.
3805. CVS EGL Lecanto Beverly FL, L.L.C.
3806. CVS EGL Lee Lawton OK, Inc.
3807. CVS EGL Lee Lehigh Acres FL, L.L.C.
3808. CVS EGL Lee Orlando FL, L.L.C.
3809. CVS EGL Lees Summit MO, Inc.
3810. CVS EGL Leesburg FL, L.L.C.

3811. CVS EGL Lemmon Dallas TX, L.P.
3812. CVS EGL Lenexa KS, Inc.
3813. CVS EGL Leopard TX, L.P.
3814. CVS EGL Lewis New Iberia LA, Inc.
3815. CVS EGL Lexington Missouri City TX, L.P.
3816. CVS EGL Lexington Sugar Land TX, L.P.
3817. CVS EGL Liberty MO, Inc.
3818. CVS EGL Lindsay Gilbert AZ, L.L.C.
3819. CVS EGL Linebaugh Tampa FL, L.L.C.
3820. CVS EGL Little Elm TX, L.P.
3821. CVS EGL Little Hudson FL, L.L.C.
3822. CVS EGL Lomans Ford TX, L.P.
3823. CVS EGL Long Beach MS, Inc.
3824. CVS EGL Long Point Houston TX, L.P.
3825. CVS EGL Longboat Key FL, L.L.C.
3826. CVS EGL Longmont CO CVS, L.L.C.
3827. CVS EGL Longwood FL, L.L.C.
3828. CVS EGL Loop Alvin TX, L.P.
3829. CVS EGL Losoya San Antonio TX, L.P.
3830. CVS EGL Louetta Houston TX, L.P.
3831. CVS EGL Louetta Spring TX, L.P.
3832. CVS EGL Louisiana Properties, Inc.
3833. CVS EGL Lovers Lane TX, L.P.
3834. CVS EGL Lowell Boulevard CO CVS, L.L.C.
3835. CVS EGL Lubbock Lamesa TX, L.P.
3836. CVS EGL Lubbock TX, L.P.
3837. CVS EGL Lumsden Brandon, L.L.C.
3838. CVS EGL Lumsden Road FL, L.L.C.

3839. CVS EGL Mabank TX, L.P.
3840. CVS EGL Macarthur OK, Inc.
3841. CVS EGL Macclenney FL, L.L.C.
3842. CVS EGL Macdill Tampa FL, L.L.C.
3843. CVS EGL Madison Tampa FL, L.L.C.
3844. CVS EGL Magee MS, Inc.
3845. CVS EGL Magnolia FL, L.L.C.
3846. CVS EGL Main Apopka FL, L.L.C.
3847. CVS EGL Main Avon Park FL, L.L.C.
3848. CVS EGL Main Baker LA, Inc.
3849. CVS EGL Main Bushnell FL, L.L.C.
3850. CVS EGL Main Dallas TX, L.P.
3851. CVS EGL Main FL, L.L.C.
3852. CVS EGL Main Franklin LA, Inc.
3853. CVS EGL Main Gainesville FL, L.L.C.
3854. CVS EGL Main Galliano LA, Inc.
3855. CVS EGL Main Inverness FL, L.L.C.
3856. CVS EGL Main Kansas City MO, Inc.
3857. CVS EGL Main Kerrville TX, L.P.
3858. CVS EGL Main Lewisville TX, L.P.
3859. CVS EGL Main Liberty TX, L.P.
3860. CVS EGL Main Martinville LA, Inc.
3861. CVS EGL Main Mesa AZ, L.L.C.
3862. CVS EGL Main Norman OK, Inc.
3863. CVS EGL Main Opelousas LA, Inc.
3864. CVS EGL Main Street TX, L.P.
3865. CVS EGL Main The Colony TX, L.P.
3866. CVS EGL Main Wildwood FL, L.L.C.
3867. CVS EGL Main Windsor CO CVS, L.L.C.
3868. CVS EGL Main Winnfield LA, Inc.
3869. CVS EGL Malabar Palm Bay FL, L.L.C.
3870. CVS EGL Manatee Beach FL, L.L.C.
3871. CVS EGL Manatee Bradenton FL, L.L.C.
3872. CVS EGL Mandalay Ave FL, L.L.C.
3873. CVS EGL Mansfield Fort Worth TX, L.P.
3874. CVS EGL Mansfield Shreveport LA, Inc.
3875. CVS EGL Mansfield TX, L.P.
3876. CVS EGL Maplewood Sulphur LA, Inc.
3877. CVS EGL Marco Island FL, L.L.C.
3878. CVS EGL Margate FL, L.L.C.
3879. CVS EGL Margate Pompano FL, L.L.C.
3880. CVS EGL Marianna FL, L.L.C.
3881. CVS EGL Maricamp Ocala FL, L.L.C.
3882. CVS EGL Market Street TX, L.P.
3883. CVS EGL Market Stuart FL, L.L.C.
3884. CVS EGL Marsh Lane TX, L.P.
3885. CVS EGL Marshall Howard TX, L.P.
3886. CVS EGL Martin Downs FL, L.L.C.
3887. CVS EGL Martin Greenville MS, Inc.
3888. CVS EGL Martin Luther King OK, Inc.
3889. CVS EGL Marty Street KS, Inc.
3890. CVS EGL Mary Esther FL, L.L.C.
3891. CVS EGL Mason Cypress TX, L.P.
3892. CVS EGL Mass Port Richey FL, L.L.C.
3893. CVS EGL Matlock Arlington TX, L.P.
3894. CVS EGL May Oklahoma, Inc.
3895. CVS EGL McCall Englewood FL, L.L.C.

3896. CVS EGL McCart Fort Worth TX, L.P.
3897. CVS EGL McComb MS, Inc.
3898. CVS EGL McDermott Plano TX, L.P.
3899. CVS EGL McDowell Mesa AZ, L.L.C.
3900. CVS EGL McKellips Mesa AZ, L.L.C.
3901. CVS EGL McMullen Booth FL, L.L.C.
3902. CVS EGL Meadowbrook Fort TX, L.P.
3903. CVS EGL Medical San Antonio TX, L.P.
3904. CVS EGL Meeting Place FL, L.L.C.
3905. CVS EGL Memorial Drive TX, L.P.
3906. CVS EGL Memorial Lakeland FL, L.L.C.
3907. CVS EGL Menaul Eubank NM, L.L.C.
3908. CVS EGL Merritt Island FL, L.L.C.
3909. CVS EGL Mesa AZ, L.L.C.
3910. CVS EGL Mesa Houston TX, L.P.
3911. CVS EGL Mesquite TX, L.P.
3912. CVS EGL Metairie Road LA, Inc.
3913. CVS EGL Metcalf KS, Inc.
3914. CVS EGL Meyer Street TX, L.P.
3915. CVS EGL Miami 56th FL, L.L.C.
3916. CVS EGL Miami Beach FL, L.L.C.
3917. CVS EGL Miami Dix FL, L.L.C.
3918. CVS EGL Miami FL, L.L.C.
3919. CVS EGL Military Delray FL, L.L.C.
3920. CVS EGL Military Flores TX, L.P.
3921. CVS EGL Military Palm Beach FL, L.L.C.
3922. CVS EGL Military Pineville LA, Inc.
3923. CVS EGL Military Trail Jupiter FL, L.L.C.

3924. CVS EGL Military West Palm Beach FL, L.L.C.
3925. CVS EGL Mills Miami FL, L.L.C.
3926. CVS EGL Milwaukee TX, L.P.
3927. CVS EGL Minden LA, Inc.
3928. CVS EGL Miramar Dykes FL, L.L.C.
3929. CVS EGL Miramar FL, L.L.C.
3930. CVS EGL Miramar Hollywood FL, L.L.C.
3931. CVS EGL Miramar Indialantic FL, L.L.C.
3932. CVS EGL Miramar Parkway FL, L.L.C.
3933. CVS EGL Miromar Estero FL, L.L.C.
3934. CVS EGL Mississippi Aurora CO CVS, L.L.C.
3935. CVS EGL Mississippi Properties, Inc.
3936. CVS EGL Missouri Ave FL, L.L.C.
3937. CVS EGL Missouri Properties, Inc.
3938. CVS EGL Mizner Boca FL, L.L.C.
3939. CVS EGL Mobile Highway FL, L.L.C.
3940. CVS EGL Mobile Pensacola FL, L.L.C.
3941. CVS EGL Monroe Tallahassee FL, L.L.C.
3942. CVS EGL Montgomery FL, L.L.C.
3943. CVS EGL Montgomery NM, L.L.C.
3944. CVS EGL Monument Saint Joe FL, L.L.C.
3945. CVS EGL Moore OK, Inc.
3946. CVS EGL Moreau Marksville LA, Inc.
3947. CVS EGL Moss Lafayette LA, Inc.
3948. CVS EGL Municipal Drive FL, L.L.C.
3949. CVS EGL Mur Len Olathe KS, Inc.
3950. CVS EGL Murphy TX, L.P.
3951. CVS EGL N 18th Waco TX, L.P.

3952. CVS EGL N Beach Fort Worth TX, L.P.
3953. CVS EGL N Bluegrove Lancaster TX, L.P.
3954. CVS EGL N Carrier Grand Prairie TX, L.P.
3955. CVS EGL N Central Dallas TX, L.P.
3956. CVS EGL N Denton Tap Coppell TX, L.P.
3957. CVS EGL N Frazier Conroe TX, L.P.
3958. CVS EGL N Galloway Mesquite TX, L.P.
3959. CVS EGL N Greer Pittsburg TX, L.P.
3960. CVS EGL N I 35 Denton TX, L.P.
3961. CVS EGL N Industrial Bedford TX, L.P.
3962. CVS EGL N Josey Carrollton TX, L.P.
3963. CVS EGL N Judge Ely Abilene TX, L.P.
3964. CVS EGL N Lamar Austin TX, L.P.
3965. CVS EGL N Macarthur Irving TX, L.P.
3966. CVS EGL N Main Pearland TX, L.P.
3967. CVS EGL N Main Vidor TX, L.P.
3968. CVS EGL N Mccoy New Boston TX, L.P.
3969. CVS EGL N Nacogdoches TX, L.P.
3970. CVS EGL N New Waco TX, L.P.
3971. CVS EGL N Richmond Wharton TX, L.P.
3972. CVS EGL N Saint Marys Beeville TX, L.P.
3973. CVS EGL N Story Irving TX, L.P.
3974. CVS EGL N Tarrant N Richland Hills TX, L.P.
3975. CVS EGL N Walnut Creek Mansfield TX, L.P.
3976. CVS EGL N Willis Abilene TX, L.P.
3977. CVS EGL Nacogdoches San Antonio TX, L.P.
3978. CVS EGL Nall Avenue KS, Inc.
3979. CVS EGL Naples FL, L.L.C.
3980. CVS EGL Narcoosee Road FL, L.L.C.
3981. CVS EGL Nasa Houston TX, L.P.
3982. CVS EGL Natchez MS, Inc.
3983. CVS EGL Navarre FL, L.L.C.
3984. CVS EGL Nebraska Tampa FL, L.L.C.
3985. CVS EGL Nederland TX, L.P.
3986. CVS EGL New Boston Texarkana TX, L.P.
3987. CVS EGL New Braunfels TX, L.P.
3988. CVS EGL New Cedar TX, L.P.
3989. CVS EGL New Orleans LA, Inc.
3990. CVS EGL New Tampa FL, L.L.C.
3991. CVS EGL New Territory Sugar Land TX, L.P.
3992. CVS EGL Newberry Road FL, L.L.C.
3993. CVS EGL Newhaven FL, L.L.C.
3994. CVS EGL Niceville FL, L.L.C.
3995. CVS EGL Nine Mile FL, L.L.C.
3996. CVS EGL Ninth Galveston TX, L.P.
3997. CVS EGL Noble Williston FL, L.L.C.
3998. CVS EGL Nogalitos TX, L.P.
3999. CVS EGL Nomans FL, L.L.C.
4000. CVS EGL Norman OK, Inc.
4001. CVS EGL Normandy FL, L.L.C.
4002. CVS EGL Normandy Jacksonville FL, L.L.C.
4003. CVS EGL North 16th AZ, L.L.C.
4004. CVS EGL North 16th Street TX, L.P.
4005. CVS EGL North Belton MO, Inc.
4006. CVS EGL North Braunfels TX, L.P.

4007. CVS EGL North Cleveland FL, L.L.C.

4008. CVS EGL North Congress FL, L.L.C.

4009. CVS EGL North Dale Tampa FL, L.L.C.

4010. CVS EGL North Davis MS, Inc.

4011. CVS EGL North Federal FL, L.L.C.

4012. CVS EGL North Florida FL, L.L.C.

4013. CVS EGL North Freeway TX, L.P.

4014. CVS EGL North Highland FL, L.L.C.

4015. CVS EGL North Homestead FL, L.L.C.

4016. CVS EGL North Josey Lane TX, L.P.

4017. CVS EGL North Lauderdale FL, L.L.C.

4018. CVS EGL North Market LA, Inc.

4019. CVS EGL North May OK, Inc.

4020. CVS EGL North Miami Beach FL, L.L.C.

4021. CVS EGL North Military Trail FL, L.L.C.

4022. CVS EGL North Nova FL, L.L.C.

4023. CVS EGL North Ocean FL, L.L.C.

4024. CVS EGL North Pensacola FL, L.L.C.

4025. CVS EGL North Rockwell OK, Inc.

4026. CVS EGL North Santa Fe OK, Inc.

4027. CVS EGL North Vero FL, L.L.C.

4028. CVS EGL North Wickham Road FL, L.L.C.

4029. CVS EGL Northeast Ocean FL, L.L.C.

4030. CVS EGL Northern Glendale AZ, L.L.C.

4031. CVS EGL Northpark Humble TX, L.P.

4032. CVS EGL Northwest Freeway TX, L.P.

4033. CVS EGL Northwest Houston TX, L.P.

4034. CVS EGL Nova Daytona Beach FL, L.L.C.

4035. CVS EGL Nova Ormond Beach FL, L.L.C.

4036. CVS EGL NW Loop 436 Carthage TX, L.P.

4037. CVS EGL Oak Kansas City MO, Inc.

4038. CVS EGL Oak Lawn Dallas TX, L.P.

4039. CVS EGL Oak Traffic Kansas City MO, Inc.

4040. CVS EGL Oakhurst Seminole FL, L.L.C.

4041. CVS EGL Oakland Lauderdale FL, L.L.C.

4042. CVS EGL Oakland Park Boulevard FL, L.L.C.

4043. CVS EGL Oakland Park West FL, L.L.C.

4044. CVS EGL Ocala Southwest FL, L.L.C.

4045. CVS EGL Ocean Springs MS, Inc.

4046. CVS EGL Ocoee FL, L.L.C.

4047. CVS EGL Ohio Live Oak FL, L.L.C.

4048. CVS EGL Ohio Lynn Haven FL, L.L.C.

4049. CVS EGL Okeechobee Boulevard FL, L.L.C.

4050. CVS EGL Okeechobee West Palm FL, L.L.C.

4051. CVS EGL Oklahoma City 44 Southwest, Inc.

4052. CVS EGL Oklahoma Properties, Inc.

4053. CVS EGL Olathe KS, Inc.

4054. CVS EGL Old Cutler Miami FL, L.L.C.

4055. CVS EGL Old Quincy Tallahassee FL, L.L.C.

4056. CVS EGL Old Westeimer TX, L.P.

4057. CVS EGL Opa Locka FL, L.L.C.

4058. CVS EGL Orange Blossom Orlando FL, L.L.C.
4059. CVS EGL Orange Blossom Trail FL, L.L.C.
4060. CVS EGL Orange Kissimmee FL, L.L.C.
4061. CVS EGL Orange Orlando FL, L.L.C.
4062. CVS EGL Orange Park FL, L.L.C.
4063. CVS EGL Orange TX, L.P.
4064. CVS EGL Orlando Sanford FL, L.L.C.
4065. CVS EGL Orlando Winter Park FL, L.L.C.
4066. CVS EGL Oro Valley AZ, L.L.C.
4067. CVS EGL Osceola Kissimmee FL, L.L.C.
4068. CVS EGL Oslo Vero FL, L.L.C.
4069. CVS EGL Osprey FL, L.L.C.
4070. CVS EGL Osuna Road NM, L.L.C.
4071. CVS EGL Overland Park KS, Inc.
4072. CVS EGL Overseas Big Pine Key FL, L.L.C.
4073. CVS EGL Overseas Islamorada FL, L.L.C.
4074. CVS EGL Overseas Key Largo FL, L.L.C.
4075. CVS EGL Overseas Marathon FL, L.L.C.
4076. CVS EGL Overseas Tavernier FL, L.L.C.
4077. CVS EGL Oviedo FL, L.L.C.
4078. CVS EGL Oxford FL, L.L.C.
4079. CVS EGL Oyster Creek Lake Jackson TX, L.P.
4080. CVS EGL Palafox Pensacola FL, L.L.C.
4081. CVS EGL Palatka FL, L.L.C.
4082. CVS EGL Palm 19th North FL, L.L.C.
4083. CVS EGL Palm Avenue FL, L.L.C.
4084. CVS EGL Palm Bay FL, L.L.C.

4085. CVS EGL Palm Beach Boulevard FL, L.L.C.
4086. CVS EGL Palm Beach Fort Myers FL, L.L.C.
4087. CVS EGL Palm Coast FL, L.L.C.
4088. CVS EGL Palm Ridge Sanibel FL, L.L.C.
4089. CVS EGL Panama City FL, L.L.C.
4090. CVS EGL Panther Creek TX, L.P.
4091. CVS EGL Park Houma LA, Inc.
4092. CVS EGL Parker Centennial CO CVS, L.L.C.
4093. CVS EGL Parker Denver CO CVS, L.L.C.
4094. CVS EGL Parkway Spring TX, L.P.
4095. CVS EGL Parkwood TX, L.P.
4096. CVS EGL Parmer Cedar TX, L.P.
4097. CVS EGL Parmer Harris TX, L.P.
4098. CVS EGL Parrott Okeechobee FL, L.L.C.
4099. CVS EGL Pascagoula MS, Inc.
4100. CVS EGL Paseo Del Norte NM, L.L.C.
4101. CVS EGL Pat Booker Universal City TX, L.P.
4102. CVS EGL Paul Maillard Luling LA, Inc.
4103. CVS EGL Pearl Boulder CO CVS, L.L.C.
4104. CVS EGL Pearl MS, Inc.
4105. CVS EGL Perdido Pensacola FL, L.L.C.
4106. CVS EGL Perkins Baton Rouge LA, Inc.
4107. CVS EGL Pflugerville TX, L.P.
4108. CVS EGL PGA Boulevard FL, L.L.C.
4109. CVS EGL Phenix City AL, Inc.
4110. CVS EGL Phoenix McDowell AZ, L.L.C.
4111. CVS EGL Picayune MS, Inc.
4112. CVS EGL Pine Island FL, L.L.C.
4113. CVS EGL Pine Naples FL, L.L.C.

4114.  CVS EGL Pine Ocala FL, L.L.C.

4115.  CVS EGL Pinellas Park FL, L.L.C.

4116.  CVS EGL Pines Boulevard FL, L.L.C.

4117.  CVS EGL Pines Hollywood FL, L.L.C.

4118.  CVS EGL Pines Shreveport LA, Inc.

4119.  CVS EGL Pinhook Lafayette LA, Inc.

4120.  CVS EGL Pioneer Arlington TX, L.P.

4121.  CVS EGL Pipers Glen FL, L.L.C.

4122.  CVS EGL Plank Baton Rouge LA, Inc.

4123.  CVS EGL Plant City FL, L.L.C.

4124.  CVS EGL Platte City MO, Inc.

4125.  CVS EGL Plaza Tampa FL, L.L.C.

4126.  CVS EGL Pleasant Valley Garland TX, L.P.

4127.  CVS EGL Poinciana Destin FL, L.L.C.

4128.  CVS EGL Pointe Fort Myers FL, L.L.C.

4129.  CVS EGL Polk Houston TX, L.P.

4130.  CVS EGL Pompano Beach FL, L.L.C.

4131.  CVS EGL Ponchatoula LA, Inc.

4132.  CVS EGL Pontchartrain Slidell LA, Inc.

4133.  CVS EGL Port Arthur TX, L.P.

4134.  CVS EGL Port Lavaca TX, L.P.

4135.  CVS EGL Port Neches TX, L.P.

4136.  CVS EGL Port Richey FL, L.L.C.

4137.  CVS EGL Port Saint Lucie FL, L.L.C.

4138.  CVS EGL Port Southwest FL, L.L.C.

4139.  CVS EGL Porter TX, L.P.

4140.  CVS EGL Post Oak TX, L.P.

4141.  CVS EGL Potranco San Antonio TX, L.P.

4142.  CVS EGL Power German AZ, L.L.C.

4143.  CVS EGL Powers Stetson CO CVS, L.L.C.

4144.  CVS EGL Prairie Village KS, Inc.

4145.  CVS EGL Precinct Hurst TX, L.P.

4146.  CVS EGL Preston Forrest TX, L.P.

4147.  CVS EGL Preston Frisco TX, L.P.

4148.  CVS EGL Preston Road TX, L.P.

4149.  CVS EGL Prima Vista FL, L.L.C.

4150.  CVS EGL Providence Deltona FL, L.L.C.

4151.  CVS EGL Prytania New Orleans LA, Inc.

4152.  CVS EGL Public Lafayette CO CVS, L.L.C.

4153.  CVS EGL Quail Roost Miami FL, L.L.C.

4154.  CVS EGL Quebec Denver CO CVS, L.L.C.

4155.  CVS EGL Queenston TX, L.P.

4156.  CVS EGL Quincy Avenue MO, Inc.

4157.  CVS EGL Quincy FL, L.L.C.

4158.  CVS EGL Quincy Tallahassee FL, L.L.C.

4159.  CVS EGL Racetrack Walton FL, L.L.C.

4160.  CVS EGL Rattlesnake Hammock FL, L.L.C.

4161.  CVS EGL Rattlesnake Naples FL, L.L.C.

4162.  CVS EGL Ray McQueen AZ, L.L.C.

4163.  CVS EGL Rayford Spring TX, L.P.

4164.  CVS EGL Red Bluff Pasadena TX, L.P.

4165.  CVS EGL Red Bug FL, L.L.C.

4166.  CVS EGL Red Bug Oviedo FL, L.L.C.

4167.  CVS EGL Reno Mustang OK, Inc.

4168.  CVS EGL Research TX, L.P.

4169.  CVS EGL Richardson Henderson TX, L.P.

4170. CVS EGL Richey FL, L.L.C.
4171. CVS EGL Richland MS, Inc.
4172. CVS EGL Richmond Hill FL, L.L.C.
4173. CVS EGL Ridge New Port Richey FL, L.L.C.
4174. CVS EGL Ridgewood Beach FL, L.L.C.
4175. CVS EGL Ridgewood Edgewater FL, L.L.C.
4176. CVS EGL Riggs Chandler AZ, L.L.C.
4177. CVS EGL River Oaks Fort Worth TX, L.P.
4178. CVS EGL Riverview FL, L.L.C.
4179. CVS EGL Robertsdale AL, Inc.
4180. CVS EGL Robinson Norman OK, Inc.
4181. CVS EGL Robstown TX, L.P.
4182. CVS EGL Rock Prairie College Station TX, L.P.
4183. CVS EGL Rockwall TX, L.P.
4184. CVS EGL Rockwell Oklahoma City OK, Inc.
4185. CVS EGL Rogero Jacksonville FL, L.L.C.
4186. CVS EGL Roosevelt FL, L.L.C.
4187. CVS EGL Roosevelt Key West FL, L.L.C.
4188. CVS EGL Rosemont Goodyear AZ, L.L.C.
4189. CVS EGL Rosenburg TX, L.P.
4190. CVS EGL Ross Dallas TX, L.P.
4191. CVS EGL Round Rock TX, L.P.
4192. CVS EGL Rowlett TX, L.P.
4193. CVS EGL Royal Palm Beach FL, L.L.C.
4194. CVS EGL Rufe Snow Keller TX, L.P.
4195. CVS EGL Sadler Fernandina Beach FL, L.L.C.
4196. CVS EGL Saginaw TX, L.P.
4197. CVS EGL Saint Andrews Boca Raton FL, L.L.C.
4198. CVS EGL Saint Augustine FL, L.L.C.
4199. CVS EGL Saint James FL, L.L.C.
4200. CVS EGL Sam Houston LA, Inc.
4201. CVS EGL Sample Pompano Beach FL, L.L.C.
4202. CVS EGL Samuell Dallas TX, L.P.
4203. CVS EGL San Bernardino NM, L.L.C.
4204. CVS EGL San Carlos FL, L.L.C.
4205. CVS EGL San Jose FL, L.L.C.
4206. CVS EGL San Marcos TX, L.P.
4207. CVS EGL San Pedro Avenue TX, L.P.
4208. CVS EGL Sandalfoot Boca Raton FL, L.L.C.
4209. CVS EGL Sandlake Orlando FL, L.L.C.
4210. CVS EGL Sanford FL, L.L.C.
4211. CVS EGL Santa Barbara Cape Coral FL, L.L.C.
4212. CVS EGL Santa Edmond OK, Inc.
4213. CVS EGL Santa Fe OK, Inc.
4214. CVS EGL Sarafruit FL, L.L.C.
4215. CVS EGL Sarasota FL, L.L.C.
4216. CVS EGL Satellite Beach FL, L.L.C.
4217. CVS EGL Sawgrass Ponte Vedra FL, L.L.C.
4218. CVS EGL Scarsdale Houston TX, L.P.
4219. CVS EGL Schillinger Mobile AL, Inc.
4220. CVS EGL Scott Street TX, L.P.
4221. CVS EGL Scottsdale AZ, L.L.C.
4222. CVS EGL Scottsdale Paradise AZ, L.L.C.
4223. CVS EGL Seagoville TX, L.P.
4224. CVS EGL Sebastian FL, L.L.C.
4225. CVS EGL Sebring FL, L.L.C.

4226. CVS EGL Security CO CVS, L.L.C.
4227. CVS EGL Seffner FL, L.L.C.
4228. CVS EGL Seminole Largo FL, L.L.C.
4229. CVS EGL Semmes AL, Inc.
4230. CVS EGL Semoran Winter Park FL, L.L.C.
4231. CVS EGL Seven Springs FL, L.L.C.
4232. CVS EGL Severn Metairie LA, Inc.
4233. CVS EGL Shartel Oklahoma, Inc.
4234. CVS EGL Shaver Pasadena TX, L.P.
4235. CVS EGL Shawnee KS, Inc.
4236. CVS EGL Shea Phoenix AZ, L.L.C.
4237. CVS EGL Sheldon Channelview TX, L.P.
4238. CVS EGL Sheridan Hollywood FL, L.L.C.
4239. CVS EGL Sheridan Pembroke FL, L.L.C.
4240. CVS EGL Sherwood Forest LA, Inc.
4241. CVS EGL Shreveport LA, Inc.
4242. CVS EGL Silsbee TX, L.P.
4243. CVS EGL Silver Springs FL, L.L.C.
4244. CVS EGL Silver Star Orlando FL, L.L.C.
4245. CVS EGL Simon Franklin LA, Inc.
4246. CVS EGL Skillman TX, L.P.
4247. CVS EGL Skyline Tucson AZ, L.L.C.
4248. CVS EGL Snider Plaza TX, L.P.
4249. CVS EGL Snow Mid Cities TX, L.P.
4250. CVS EGL Socrum Loop FL, L.L.C.
4251. CVS EGL South 270 League City TX, L.P.
4252. CVS EGL South 78 Wylie TX, L.P.
4253. CVS EGL South Alameda TX, L.P.
4254. CVS EGL South Boynton FL, L.L.C.
4255. CVS EGL South Bryant OK, Inc.
4256. CVS EGL South Cleveland FL, L.L.C.
4257. CVS EGL South Congress FL, L.L.C.
4258. CVS EGL South Conway FL, L.L.C.
4259. CVS EGL South Deerfield FL, L.L.C.
4260. CVS EGL South Dixie FL, L.L.C.
4261. CVS EGL South East 44th OK, Inc.
4262. CVS EGL South Fort Worth TX, L.P.
4263. CVS EGL South Hampton TX, L.P.
4264. CVS EGL South Hiawassee FL, L.L.C.
4265. CVS EGL South Jefferson TX, L.P.
4266. CVS EGL South Main Houston TX, L.P.
4267. CVS EGL South Mason Katy TX, L.P.
4268. CVS EGL South Miami FL, L.L.C.
4269. CVS EGL South Military FL, L.L.C.
4270. CVS EGL South Monroe FL, L.L.C.
4271. CVS EGL South Orange Orlando FL, L.L.C.
4272. CVS EGL South Ridgewood FL, L.L.C.
4273. CVS EGL South Staples TX, L.P.
4274. CVS EGL South Storey TX, L.P.
4275. CVS EGL South Volusia FL, L.L.C.
4276. CVS EGL South Washington TX, L.P.
4277. CVS EGL South Woodland FL, L.L.C.
4278. CVS EGL Southeast Maricamp FL, L.L.C.

4279. CVS EGL Southern Boulevard FL, L.L.C.
4280. CVS EGL Southern Mesa AZ, L.L.C.
4281. CVS EGL Southern, L.L.C.
4282. CVS EGL Southside Jacksonville FL, L.L.C.
4283. CVS EGL Southwest 88th FL, L.L.C.
4284. CVS EGL Southwest FL, L.L.C.
4285. CVS EGL Southwest Sugar Land TX, L.P.
4286. CVS EGL Southwest Wichita Falls TX, L.P.
4287. CVS EGL Speedway Tucson AZ, L.L.C.
4288. CVS EGL Spencer Highway TX, L.P.
4289. CVS EGL Spencer Pasadena TX, L.P.
4290. CVS EGL Spirit Lake FL, L.L.C.
4291. CVS EGL Spring Champion TX, L.P.
4292. CVS EGL Spring FL, L.L.C.
4293. CVS EGL Spring Hill AL, Inc.
4294. CVS EGL Spring Hill Drive FL, L.L.C.
4295. CVS EGL Spring Hill FL, L.L.C.
4296. CVS EGL SR 13 Jacksonville FL, L.L.C.
4297. CVS EGL St. Cloud FL, L.L.C.
4298. CVS EGL St. Pete Sarasota FL, L.L.C.
4299. CVS EGL Stapley Mesa AZ, L.L.C.
4300. CVS EGL Staring Baton Rouge LA, Inc.
4301. CVS EGL Starkey Seminole FL, L.L.C.
4302. CVS EGL State Altamonte FL, L.L.C.
4303. CVS EGL State Augustine FL, L.L.C.

4304. CVS EGL State Callahan FL, L.L.C.
4305. CVS EGL State Clearwater FL, L.L.C.
4306. CVS EGL State Hollywood FL, L.L.C.
4307. CVS EGL State Jackson MS, Inc.
4308. CVS EGL State Lauderdale FL, L.L.C.
4309. CVS EGL State Line Kansas City MO, Inc.
4310. CVS EGL State Line Road MO, Inc.
4311. CVS EGL State Longwood FL, L.L.C.
4312. CVS EGL State Road 7 FL, L.L.C.
4313. CVS EGL State Valrico FL, L.L.C.
4314. CVS EGL Sterlington Monroe LA, Inc.
4315. CVS EGL Stewart Azle TX, L.P.
4316. CVS EGL Stirling Lauderdale FL, L.L.C.
4317. CVS EGL Stock Island FL, L.L.C.
4318. CVS EGL Stone Kilgore TX, L.P.
4319. CVS EGL Strand Naples FL, L.L.C.
4320. CVS EGL Stribling Brandon MS, Inc.
4321. CVS EGL Stuart FL, L.L.C.
4322. CVS EGL Sulphur Springs TX, L.P.
4323. CVS EGL Summerlin FL, L.L.C.
4324. CVS EGL Sun City FL, L.L.C.
4325. CVS EGL Suncoast FL, L.L.C.
4326. CVS EGL Suncrest Jackson MS, Inc.
4327. CVS EGL Sunrise Commercial FL, L.L.C.
4328. CVS EGL Sunrise Lauderdale FL, L.L.C.
4329. CVS EGL Sunset Drive FL, L.L.C.
4330. CVS EGL Sunset Miami FL, L.L.C.
4331. CVS EGL SW Green Arlington TX, L.P.

4332. CVS EGL SW Wilshire Burleson TX, L.P.

4333. CVS EGL Sycamore School TX, L.P.

4334. CVS EGL Taft Street FL, L.L.C.

4335. CVS EGL Tamiami Bonita Springs FL, L.L.C.

4336. CVS EGL Tamiami Fort Myers FL, L.L.C.

4337. CVS EGL Tamiami Naples FL, L.L.C.

4338. CVS EGL Tamiami Nokomis FL, L.L.C.

4339. CVS EGL Tamiami North Port FL, L.L.C.

4340. CVS EGL Tamiami Port Charlotte FL, L.L.C.

4341. CVS EGL Tamiami Punta Gorda FL, L.L.C.

4342. CVS EGL Tamiami Sarasota FL, L.L.C.

4343. CVS EGL Tamiami Venice FL, L.L.C.

4344. CVS EGL Tampa Jenkins FL, L.L.C.

4345. CVS EGL Tampa Oldsmar FL, L.L.C.

4346. CVS EGL Tampa St. Pete FL, L.L.C.

4347. CVS EGL Tarpon Springs FL, L.L.C.

4348. CVS EGL Tarrant Beach TX, L.P.

4349. CVS EGL Tate Cove Ville Platte LA, Inc.

4350. CVS EGL Tatum Phoenix AZ, L.L.C.

4351. CVS EGL Teel Frisco TX, L.P.

4352. CVS EGL Telephone HoustonTX, L.P.

4353. CVS EGL Temple Starke FL, L.L.C.

4354. CVS EGL Tenaha Center TX, L.P.

4355. CVS EGL Tennessee FL, L.L.C.

4356. CVS EGL Tequesta FL, L.L.C.

4357. CVS EGL Texas Alice TX, L.P.

4358. CVS EGL Texas College Station TX, L.P.

4359. CVS EGL Texas Properties, Inc.

4360. CVS EGL Texoma Sherman TX, L.P.

4361. CVS EGL Thomasville FL, L.L.C.

4362. CVS EGL Thomasville Road FL, L.L.C.

4363. CVS EGL Thomasville Tallahassee FL, L.L.C.

4364. CVS EGL Thompson Nursery FL, L.L.C.

4365. CVS EGL Thompson Peak AZ, L.L.C.

4366. CVS EGL Thornton CO CVS, L.L.C.

4367. CVS EGL Thornton Temple TX, L.P.

4368. CVS EGL Thunderbird Peoria AZ, L.L.C.

4369. CVS EGL Thunderbird Sun City AZ, L.L.C.

4370. CVS EGL Tidwell Houston TX, L.P.

4371. CVS EGL Timberline Collins CO CVS, L.L.C.

4372. CVS EGL Tomball TX, L.P.

4373. CVS EGL Tower Denver CO CVS, L.L.C.

4374. CVS EGL Town FL, L.L.C.

4375. CVS EGL Trade Canton TX, L.P.

4376. CVS EGL Trail Fort Myers FL, L.L.C.

4377. CVS EGL Trail Lake TX, L.P.

4378. CVS EGL Trail Naples FL, L.L.C.

4379. CVS EGL Truman Key West FL, L.L.C.

4380. CVS EGL Tulip FL, L.L.C.

4381. CVS EGL Tuttle Sarasota FL, L.L.C.

4382. CVS EGL Twin Hills Dallas TX, L.P.

4383. CVS EGL Tyler TX, L.P.

4384. CVS EGL Tyndall Panama City FL, L.L.C.

4385. CVS EGL Ulmerton Largo FL, L.L.C.

4386. CVS EGL Ulmerton Road FL, L.L.C.

4387. CVS EGL Underhill Orlando FL, L.L.C.

4388. CVS EGL Union Hills AZ, L.L.C.

4389. CVS EGL University Blvd Orlando FL, L.L.C.

4390. CVS EGL University Bradenton FL, L.L.C.

4391. CVS EGL University Denton TX, L.P.

4392. CVS EGL University Fort Lauderdale FL, L.L.C.

4393. CVS EGL University Hollywood FL, L.L.C.

4394. CVS EGL University Pompano FL, L.L.C.

4395. CVS EGL University Winter Park FL, L.L.C.

4396. CVS EGL US Hwy 19 Holiday FL, L.L.C.

4397. CVS EGL Uvalde Houston TX, L.P.

4398. CVS EGL Val Vista AZ, L.L.C.

4399. CVS EGL Valley Mills TX, L.P.

4400. CVS EGL Vandament Yukon OK, Inc.

4401. CVS EGL Vanderbilt Beach FL, L.L.C.

4402. CVS EGL Vegas Verdes NM, L.L.C.

4403. CVS EGL Venice Bypass FL, L.L.C.

4404. CVS EGL Venice FL, L.L.C.

4405. CVS EGL Veterans Metairie LA, Inc.

4406. CVS EGL Viera Melbourne FL, L.L.C.

4407. CVS EGL Village West Palm FL, L.L.C.

4408. CVS EGL Vine Kissimmee FL, L.L.C.

4409. CVS EGL Vineland Kissimmee FL, L.L.C.

4410. CVS EGL Vivion Kansas City MO, Inc.

4411. CVS EGL Voss Houston TX, L.P.

4412. CVS EGL W 20 Arlington TX, L.P.

4413. CVS EGL W 4th Cameron TX, L.P.

4414. CVS EGL W 7th Corsicana TX, L.P.

4415. CVS EGL W Adams Temple TX, L.P.

4416. CVS EGL W Beauregard TX, L.P.

4417. CVS EGL W Bell Fort TX, L.P.

4418. CVS EGL W Berry Fort Worth TX, L.P.

4419. CVS EGL W Camp Wisdom TX, L.P.

4420. CVS EGL W Davis Conroe TX, L.P.

4421. CVS EGL W Frank Lufkin TX, L.P.

4422. CVS EGL W Gentry Tyler TX, L.P.

4423. CVS EGL W Illinois Dallas TX, L.P.

4424. CVS EGL W Lamar Arlington TX, L.P.

4425. CVS EGL W Little York Houston TX, L.P.

4426. CVS EGL W Loop Longview TX, L.P.

4427. CVS EGL W Main League City TX, L.P.

4428. CVS EGL W Marshall Longview TX, L.P.

4429. CVS EGL W Moore Terrell TX, L.P.

4430. CVS EGL W Northwest Grapevine TX, L.P.
4431. CVS EGL W Park Row TX, L.P.
4432. CVS EGL W Parker TX, L.P.
4433. CVS EGL W Pioneer TX, L.P.
4434. CVS EGL W San Antonio TX, L.P.
4435. CVS EGL W Walker TX, L.P.
4436. CVS EGL W Walnut Garland TX, L.P.
4437. CVS EGL W Washington TX, L.P.
4438. CVS EGL Wabasso FL, L.L.C.
4439. CVS EGL Wadsworth CO CVS, L.L.C.
4440. CVS EGL Walker Houston TX, L.P.
4441. CVS EGL Walker LA, Inc.
4442. CVS EGL Waller TX, L.P.
4443. CVS EGL Walsingham Largo FL, L.L.C.
4444. CVS EGL Walzem San Antonio TX, L.P.
4445. CVS EGL Warner Gilbert AZ, L.L.C.
4446. CVS EGL Washington Franklinton LA, Inc.
4447. CVS EGL Washington Houston TX, L.P.
4448. CVS EGL Washington Miami FL, L.L.C.
4449. CVS EGL Washington TX, L.P.
4450. CVS EGL Weatherford TX, L.P.
4451. CVS EGL Webster TX, L.P.
4452. CVS EGL Wellington Forest FL, L.L.C.
4453. CVS EGL Wemore Tucson AZ, L.L.C.
4454. CVS EGL Wesley Chapel FL, L.L.C.
4455. CVS EGL Wesley Greenville TX, L.P.
4456. CVS EGL West Anderson TX, L.P.
4457. CVS EGL West Arkansas TX, L.P.
4458. CVS EGL West Avenue TX, L.P.
4459. CVS EGL West Bellfort TX, L.P.
4460. CVS EGL West Britton OK, Inc.
4461. CVS EGL West Broward FL, L.L.C.
4462. CVS EGL West Campbell TX, L.P.
4463. CVS EGL West Colonial FL, L.L.C.
4464. CVS EGL West Columbia TX, L.P.
4465. CVS EGL West Davie Boulevard FL, L.L.C.
4466. CVS EGL West Ennis TX, L.P.
4467. CVS EGL West Esplanade LA, Inc.
4468. CVS EGL West FM 1960 TX, L.P.
4469. CVS EGL West Houston TX, L.P.
4470. CVS EGL West Jefferson TX, L.P.
4471. CVS EGL West Lantana FL, L.L.C.
4472. CVS EGL West Park Avenue LA, Inc.
4473. CVS EGL West Pensacola FL, L.L.C.
4474. CVS EGL West River Tucson AZ, L.L.C.
4475. CVS EGL West Rochelle TX, L.P.
4476. CVS EGL West Sample FL, L.L.C.
4477. CVS EGL West Slaughter TX, L.P.
4478. CVS EGL West Sunrise FL, L.L.C.
4479. CVS EGL West Tampa FL, L.L.C.
4480. CVS EGL West Union Hills AZ, L.L.C.
4481. CVS EGL West University FL, L.L.C.
4482. CVS EGL West Waters FL, L.L.C.
4483. CVS EGL Western Center TX, L.P.
4484. CVS EGL Western Oklahoma City OK, Inc.
4485. CVS EGL Westhampton Springs FL, L.L.C.
4486. CVS EGL Westheimer Houston TX, L.P.
4487. CVS EGL Westheimer Road TX, L.P.
4488. CVS EGL Westheimer Suite K TX, L.P.

4489. CVS EGL Westheimer TX, L.P.

4490. CVS EGL Weston Road FL, L.L.C.

4491. CVS EGL Westwego LA, Inc.

4492. CVS EGL Wheatridge CO CVS, L.L.C.

4493. CVS EGL Wheeler Jasper TX, L.P.

4494. CVS EGL White Settlement TX, L.P.

4495. CVS EGL Wichita Falls TX, L.P.

4496. CVS EGL Wickham Melbourne FL, L.L.C.

4497. CVS EGL Wildcat Portland TX, L.P.

4498. CVS EGL Wiles Coral Springs FL, L.L.C.

4499. CVS EGL Wiles Road FL, L.L.C.

4500. CVS EGL William Cannon TX, L.P.

4501. CVS EGL Wills Point TX, L.P.

4502. CVS EGL Windermere Orlando FL, L.L.C.

4503. CVS EGL Winter Garden Vineland FL, L.L.C.

4504. CVS EGL Winter Springs FL, L.L.C.

4505. CVS EGL Woodforest TX, L.P.

4506. CVS EGL Woodland De Land FL, L.L.C.

4507. CVS EGL Woodmen CO CVS, L.L.C.

4508. CVS EGL Woodway TX, L.P.

4509. CVS EGL Wurzbach TX, L.P.

4510. CVS EGL Wynnewood TX, L.P.

4511. CVS EGL Yale Houston TX, L.P.

4512. CVS EGL Yamato Boca Raton FL, L.L.C.

4513. CVS EGL Yamato Road FL, L.L.C.

4514. CVS EGL Young Chiefland FL, L.L.C.

4515. CVS EGL Youree Shreveport LA, Inc.

4516. CVS EGL Zavala TX, L.P.

4517. CVS EGL Zephyrhills FL, L.L.C.

4518. CVS EGL, L.L.C.

4519. CVS Ellicott City MD, L.L.C.

4520. CVS Ellwood City 5710, L.L.C.

4521. CVS Elmont, L.L.C.

4522. CVS Elmsford, L.L.C.

4523. CVS Elmwood Park, L.L.C.

4524. CVS Empire Clinton Store, L.L.C.

4525. CVS Endicott, L.L.C.

4526. CVS ETB Holding Company, L.L.C.

4527. CVS Fairlawn, L.L.C.

4528. CVS Fairport, L.L.C.

4529. CVS Falls Road MD, L.L.C.

4530. CVS Falmouth KY, L.L.C.

4531. CVS Farmington Hills, Inc.

4532. CVS Farmingville Store, L.L.C.

4533. CVS Flint Twp., Inc.

4534. CVS Floral Park, L.L.C.

4535. CVS Flower City, L.L.C.

4536. CVS Foreign, Inc.

4537. CVS Fort Lee, L.L.C.

4538. CVS Foundation

4539. CVS Franklin MN, L.L.C.

4540. CVS Franklin NJ, Inc.

4541. CVS Franklin Square, L.L.C.

4542. CVS Franklin Township, L.L.C.

4543. CVS Fraser, Inc.

4544. CVS Freehold, L.L.C.

4545. CVS Fresh Meadows, L.L.C.

4546. CVS Fuller Leonard, Inc.

4547. CVS Galleria Poughkeepsie, L.L.C.

4548. CVS Garson Culver, L.L.C.

4549. CVS Gate City, L.L.C.

4550. CVS Gerritsen Beach, L.L.C.

4551. CVS Gilbert 3272, L.L.C.

4552. CVS Gilford, L.L.C.

4553. CVS Glen Cove, L.L.C.

4554. CVS Glen Rock, L.L.C.

4555. CVS Glendora, L.P.

4556. CVS Glenmont Plaza, L.L.C.

4557. CVS Gloucester Broadway, L.L.C.

4558. CVS Grand Bay 4782, L.L.C.

4559. CVS Great Neck, L.L.C.

4560. CVS Greece, L.L.C.
4561. CVS Green Acres, L.L.C.
4562. CVS Green Mount, L.L.C.
4563. CVS Greensboro, L.L.C.
4564. CVS Guilderland, L.L.C.
4565. CVS Gulf, Inc.
4566. CVS Haddonfield, L.L.C.
4567. CVS Hamburg Center Store, L.L.C.
4568. CVS Hamilton Township, L.L.C.
4569. CVS Hampton Bays, L.L.C.
4570. CVS Harris Boulevard Charlotte, Inc.
4571. CVS Hartland 8295, L.L.C.
4572. CVS Haverstraw, L.L.C.
4573. CVS Health Applications, LLC
4574. CVS Health Centers, L.L.C.
4575. CVS Health Charity Classic, Inc.
4576. CVS Health Clinical Trial Services LLC
4577. CVS Health Employee Relief Fund
4578. CVS Health Growth Equity, LLC
4579. CVS Health Solutions LLC
4580. CVS Health Ventures Fund GP, LLC
4581. CVS Health Ventures Fund, LP
4582. CVS Health Ventures Management, LLC
4583. CVS Healthcare Practices of California
4584. CVS Healthcare Practices of New Jersey LLC
4585. CVS Healthcare Practices PLLC
4586. CVS Heather Croft, L.L.C.
4587. CVS Henrietta Store, L.L.C.
4588. CVS Henrietta, L.L.C.
4589. CVS Hertel Ave, L.L.C.
4590. CVS Hilliard OH, Inc.
4591. CVS Hillside Ave., L.L.C.
4592. CVS Hoboken, L.L.C.
4593. CVS Holbrook, L.L.C.
4594. CVS Howell 8046, L.L.C.
4595. CVS Hudson Clinton Store, L.L.C.
4596. CVS Huntersville, Inc.

4597. CVS Huntington Beach, L.P.
4598. CVS Huntington, L.L.C.
4599. CVS IN Distribution, Inc.
4600. CVS Indiana, L.L.C.
4601. CVS Indianapolis Distribution, L.L.C.
4602. CVS International, Inc.
4603. CVS International, L.L.C.
4604. CVS Inwood Burnside, L.L.C.
4605. CVS Irondequoit, L.L.C.
4606. CVS Islip Terrace, L.L.C.
4607. CVS Ithaca Clinton Store, L.L.C.
4608. CVS Ithaca, L.L.C.
4609. CVS Jackson NJ, L.L.C.
4610. CVS Jefferson Yorktown, L.L.C.
4611. CVS Jericho, L.L.C.
4612. CVS Jerusalem Avenue, L.L.C.
4613. CVS Jerusalem North Bellmore, L.L.C.
4614. CVS Joe Miller, L.L.C.
4615. CVS Johnson City, L.L.C.
4616. CVS Kalamazoo, Inc.
4617. CVS Keene, L.L.C.
4618. CVS Kenmore Fairfield, L.L.C.
4619. CVS Kenmore Village, L.L.C.
4620. CVS Kensington Amherst, L.L.C.
4621. CVS Kensington, L.L.C.
4622. CVS Kidney Care Advanced Technologies LLC
4623. CVS Kidney Care Health Services LLC
4624. CVS Kidney Care Home Dialysis LLC
4625. CVS Kidney Care, LLC
4626. CVS La Puente, L.P.
4627. CVS Laconia, L.L.C.
4628. CVS Lagrange 4540, L.L.C.
4629. CVS Lake Norwood, Inc.
4630. CVS Lakewood, L.P.
4631. CVS Lansdowne 3142, L.L.C.
4632. CVS Larchmont, L.L.C.
4633. CVS Laurel River, L.L.C.
4634. CVS Lawrenceville Texas, L.L.C.

4635. CVS Leonia N.J., Inc.
4636. CVS Levittown Store, L.L.C.
4637. CVS Lewiston Center Street, L.L.C.
4638. CVS Lewiston, L.L.C.
4639. CVS Lexington Ave., L.L.C.
4640. CVS LF Hamlin, L.L.C.
4641. CVS Lindenhurst, L.L.C.
4642. CVS Lockport Clinton Store, L.L.C.
4643. CVS Logan 3454, L.L.C.
4644. CVS Lombard 2791, L.L.C.
4645. CVS Long Beach Carson, L.P.
4646. CVS Long Island Store, L.L.C.
4647. CVS Long Pond Road, L.L.C.
4648. CVS Lyell Clinton Paine, L.L.C.
4649. CVS M Street Washington DC, L.L.C.
4650. CVS Mack Drug of New York, L.L.C.
4651. CVS MaComb & Mile, Inc.
4652. CVS Mahopac Store, L.L.C.
4653. CVS Mallard Creek Charlotte, Inc.
4654. CVS Mamaroneck Ferndale, L.L.C.
4655. CVS Mamaroneck Finast, L.L.C.
4656. CVS Mamaroneck Harbor Store, L.L.C.
4657. CVS Mamaroneck Post Road, L.L.C.
4658. CVS Mammoth Road, L.L.C.
4659. CVS Managed Care, Inc.
4660. CVS Management Support, LLC
4661. CVS Manalapan NJ, Inc.
4662. CVS Manasquan, L.L.C.
4663. CVS Manchester Elm, L.L.C.
4664. CVS Manchester NH, L.L.C.
4665. CVS Manor Road, L.L.C.
4666. CVS Mansfield, L.P.
4667. CVS Margate Ventnor, L.L.C.
4668. CVS Marietta Piedmont, Inc.
4669. CVS Mayfly Corp.
4670. CVS Mays Landing, L.L.C.
4671. CVS ME Holding Company, L.L.C.
4672. CVS Mechanicville, L.L.C.
4673. CVS Medford NJ, L.L.C.
4674. CVS Medford, L.L.C.
4675. CVS Media Exchange LLC
4676. CVS Medical Practices (KS) LLC
4677. CVS Merchants Clinton Paine, L.L.C.
4678. CVS Merchantville Maple, L.L.C.
4679. CVS Meriden East Main, Inc.
4680. CVS Meridian, Inc.
4681. CVS Merrick Road, L.L.C.
4682. CVS Merrick, L.L.C.
4683. CVS Merrimack Main Street, L.L.C.
4684. CVS Metro Village, L.L.C.
4685. CVS MI Distribution, Inc.
4686. CVS Michigan, L.L.C.
4687. CVS Middle Country, L.L.C.
4688. CVS Midland Park, L.L.C.
4689. CVS Midlothian, L.L.C.
4690. CVS Mill Creek, L.L.C.
4691. CVS Mineola, L.L.C.
4692. CVS MN Holding Company, L.L.C.
4693. CVS Mobile Airport, Inc.
4694. CVS Montclair NJ, Inc.
4695. CVS Montgomery 6094, L.L.C.
4696. CVS Morse, Inc.
4697. CVS Morton Village, L.L.C.
4698. CVS Mount Laurel, L.L.C.
4699. CVS Mt. Hope Clinton Paine, L.L.C.
4700. CVS Mt. Kisco, L.L.C.
4701. CVS Mt. Read Street, L.L.C.
4702. CVS Murrells, Inc.
4703. CVS Mystic CT, Inc.
4704. CVS Nassau Street, L.L.C.
4705. CVS Nations Ford Charlotte, Inc.
4706. CVS NC Distribution, Inc.
4707. CVS Neptune Avenue, L.L.C.
4708. CVS Nesconset, L.L.C.
4709. CVS New Baltimore, Inc.
4710. CVS New Hyde Park, L.L.C.
4711. CVS New Milford, L.L.C.
4712. CVS New Rochelle, L.L.C.
4713. CVS New Scotland, L.L.C.

4714. CVS New York, Inc.
4715. CVS Newburgh Mall, L.L.C.
4716. CVS Newport City, L.L.C.
4717. CVS North Arlington, L.L.C.
4718. CVS North Babylon, L.L.C.
4719. CVS North Bellmore, L.L.C.
4720. CVS North Conway, L.L.C.
4721. CVS North Park Store, L.L.C.
4722. CVS North Portland, L.L.C.
4723. CVS North Wildwood, L.L.C.
4724. CVS Northport, L.L.C.
4725. CVS Northtown Plaza, L.L.C.
4726. CVS Norwell Washington, Inc.
4727. CVS Norwood Bergen, L.L.C.
4728. CVS Novi Distribution, L.L.C.
4729. CVS Nutley, L.L.C.
4730. CVS NV Holding Company, L.L.C.
4731. CVS O.P., L.L.C.
4732. CVS Oakdale, L.L.C.
4733. CVS Ocean Haven, L.L.C.
4734. CVS Ocean Simpson, L.L.C.
4735. CVS Oceanside, L.L.C.
4736. CVS Odenton, L.L.C.
4737. CVS of Concord NH, L.L.C.
4738. CVS of Concord, Mass., Inc.
4739. CVS of DC and VA, Inc.
4740. CVS of Emmaus, Inc.
4741. CVS of Lands Downe, Inc.
4742. CVS of Madison, Conn., Inc.
4743. CVS of Maryland, Inc.
4744. CVS of N. Carolina, Inc.
4745. CVS of North Kingstown, Inc.
4746. CVS of Pennsylvania, Inc.
4747. CVS of Rutland, Vermont, Inc.
4748. CVS of Sandwich, Inc.
4749. CVS of Stroudsburg, Inc.
4750. CVS of Swarthmore, Inc.
4751. CVS of Virginia, Inc.
4752. CVS of Waterville, Maine, L.L.C.
4753. CVS of West Virginia, Inc.
4754. CVS OH Holding Company, L.L.C.
4755. CVS Old Bridge, L.L.C.
4756. CVS Olean Clinton Store, L.L.C.

4757. CVS Oneonta Clinton Store, L.L.C.
4758. CVS Onondaga County, L.L.C.
4759. CVS Orange Avenue, Inc.
4760. CVS Orangeburg Drug Store, L.L.C.
4761. CVS Orlando FL Distribution, L.L.C.
4762. CVS Ossining, L.L.C.
4763. CVS Owl Drug, L.L.C.
4764. CVS Oyster Bay, L.L.C.
4765. CVS Ozone Park, L.L.C.
4766. CVS PA Distribution, Inc.
4767. CVS PA Distribution, L.L.C.
4768. CVS Pace FL, L.L.C.
4769. CVS Paige Colony, L.P.
4770. CVS Palisades Center, L.L.C.
4771. CVS Park Ave Rochester, L.L.C.
4772. CVS Passaic Inc.
4773. CVS Payne Avenue, L.L.C.
4774. CVS Peachtree City, Inc.
4775. CVS Peachtree Suwanee, Inc.
4776. CVS Pearl River, L.L.C.
4777. CVS Pearland Parkway, L.P.
4778. CVS Pembroke Pines 2849, L.L.C.
4779. CVS Penfield Clinton Paine, L.L.C.
4780. CVS Pharmacy Limited of Illinois, Inc.
4781. CVS Pharmacy Overseas Online, LLC
4782. CVS Pine Tree, L.L.C.
4783. CVS Plaistow, L.L.C.
4784. CVS Point Pleasant Beach, L.L.C.
4785. CVS Polifly Road, L.L.C.
4786. CVS Port Jefferson, L.L.C.
4787. CVS Portion Road, L.L.C.
4788. CVS Portland Forest, L.L.C.
4789. CVS Portland-Congress St., L.L.C.
4790. CVS Portsmouth Islington, L.L.C.
4791. CVS Post Avenue, L.L.C.
4792. CVS PR Center, Inc.
4793. CVS PR Holding Company, L.L.C.
4794. CVS Preakness Center, L.L.C.
4795. CVS Prescription Center, Inc.

4796. CVS Presidents Square, L.L.C.
4797. CVS Princeton, L.L.C.
4798. CVS Prospect Avenue, L.L.C.
4799. CVS Pyramid Utica, L.L.C.
4800. CVS Queens Boulevard, L.L.C.
4801. CVS Queensbury, L.L.C.
4802. CVS Ralph Avenue, L.L.C.
4803. CVS Ramapo Valley Road, L.L.C.
4804. CVS Ramapo, L.L.C.
4805. CVS Ramsey, L.L.C.
4806. CVS Raritan NJ, Inc.
4807. CVS RCI, LLC
4808. CVS Reading PA 3242, L.L.C.
4809. CVS Rego Park, L.L.C.
4810. CVS Reseda, L.P.
4811. CVS Revco D.S., Inc.
4812. CVS Rhode Island, Inc.
4813. CVS Richmond Atlee, Inc.
4814. CVS Richmond Hill, L.L.C.
4815. CVS Richmond Main, Inc.
4816. CVS Ridgecrest Plaza, L.L.C.
4817. CVS Ridgefield Park, L.L.C.
4818. CVS Ridgewood, L.L.C.
4819. CVS Riverside Drive, L.L.C.
4820. CVS Robinson Street, L.L.C.
4821. CVS Rochester NH, L.L.C.
4822. CVS Rochester Road, L.L.C.
4823. CVS Rockaway, L.L.C.
4824. CVS Rockville Center, L.L.C.
4825. CVS Rocky Point Village, L.L.C.
4826. CVS Romeo Plank, Inc.
4827. CVS Ronkonkoma, L.L.C.
4828. CVS Roosevelt Field, L.L.C.
4829. CVS Roselle, L.L.C.
4830. CVS Rotterdam Square, L.L.C.
4831. CVS Route 24, L.L.C.
4832. CVS Route 302, L.L.C.
4833. CVS Royal Ridge, L.L.C.
4834. CVS RS 107 Avon AZ, L.L.C.
4835. CVS RS 16th Ave AZ, L.L.C.
4836. CVS RS 19th Ave. AZ, L.L.C.
4837. CVS RS 35 Thunder AZ, L.L.C.
4838. CVS RS 4th Ave. Yuma AZ, L.L.C.
4839. CVS RS 7th Ave AZ, L.L.C.
4840. CVS RS 7th St. Phoenix AZ, L.L.C.
4841. CVS RS Alma School Rd AZ, L.L.C.
4842. CVS RS Anthem Way AZ, L.L.C.
4843. CVS RS Apache Junction AZ, L.L.C.
4844. CVS RS Arizona, L.L.C.
4845. CVS RS Baseline Rd AZ, L.L.C.
4846. CVS RS Bell Rd AZ, L.L.C.
4847. CVS RS Bell Rd. Glendale AZ, L.L.C.
4848. CVS RS Broadway Blvd. AZ, L.L.C.
4849. CVS RS Broadway Rd Tempe AZ, L.L.C.
4850. CVS RS Brown Rd AZ, L.L.C.
4851. CVS RS Bullhead City AZ, L.L.C.
4852. CVS RS Casa Grande AZ, L.L.C.
4853. CVS RS Chandler McQueen AZ, L.L.C.
4854. CVS RS Chandler Ray AZ, L.L.C.
4855. CVS RS Cotton Casa AZ, L.L.C.
4856. CVS RS Cottonwood AZ, L.L.C.
4857. CVS RS E Southern Ave AZ, L.L.C.
4858. CVS RS E. Baseline Mesa AZ, L.L.C.
4859. CVS RS E. Bell Rd Phoenix AZ, L.L.C.
4860. CVS RS E. Santa Fe Hwy 66 AZ, L.L.C.
4861. CVS RS E. University Dr Mesa AZ, L.L.C.
4862. CVS RS Elliot Rd AZ, L.L.C.
4863. CVS RS Elliott Gilbert AZ, L.L.C.
4864. CVS RS Finney Flat AZ, L.L.C.
4865. CVS RS Frank Lloyd Wright Blvd AZ, L.L.C.
4866. CVS RS Gilbert E. Eliot Rd. AZ, L.L.C.
4867. CVS RS Gilbert Mesa AZ, L.L.C.
4868. CVS RS Glen 19 AZ, L.L.C.

4869. CVS RS Golf Links Tucson AZ, L.L.C.
4870. CVS RS Grant Tucson AZ, L.L.C.
4871. CVS RS Green Valley AZ, L.L.C.
4872. CVS RS Guadalupe Gilbert AZ, L.L.C.
4873. CVS RS Higley Mesa AZ, L.L.C.
4874. CVS RS Ina Rd. AZ, L.L.C.
4875. CVS RS Indian School Phoenix AZ, L.L.C.
4876. CVS RS La Canada Tucson AZ, L.L.C.
4877. CVS RS Lindsay Rd AZ, L.L.C.
4878. CVS RS Lone Cava AZ, L.L.C.
4879. CVS RS Mesa N. Brown Rd AZ, L.L.C.
4880. CVS RS Mesa University AZ, L.L.C.
4881. CVS RS Miller Scottsdale AZ, L.L.C.
4882. CVS RS N Alvernon Way AZ, L.L.C.
4883. CVS RS N. 12th St. Phoenix AZ, L.L.C.
4884. CVS RS N. Tatum Blvd. AZ, L.L.C.
4885. CVS RS Oracle Rd AZ, L.L.C.
4886. CVS RS Palisades Blvd. AZ, L.L.C.
4887. CVS RS Peoria Union AZ, L.L.C.
4888. CVS RS Phoenix Bell AZ, L.L.C.
4889. CVS RS Phoenix Central AZ, L.L.C.
4890. CVS RS Phoenix Indian AZ, L.L.C.
4891. CVS RS Phoenix Peoria AZ, L.L.C.
4892. CVS RS Phoenix Union Hills Dr. AZ, L.L.C.
4893. CVS RS Pima Rd. AZ, L.L.C.
4894. CVS RS Prescott AZ, L.L.C.
4895. CVS RS Riverside Parker AZ, L.L.C.
4896. CVS RS S. Central Ave. AZ, L.L.C.
4897. CVS RS S. Dobson Mesa AZ, L.L.C.
4898. CVS RS Scottsdale FLW AZ, L.L.C.
4899. CVS RS Scottsdale Rd AZ, L.L.C.
4900. CVS RS Sierra Vista AZ, L.L.C.
4901. CVS RS Silver Tuc AZ, L.L.C.
4902. CVS RS Sun City West AZ, L.L.C.
4903. CVS RS Sunrise Dr AZ, L.L.C.
4904. CVS RS Sunrise Surprise AZ, L.L.C.
4905. CVS RS Sunrise Tucson AZ, L.L.C.
4906. CVS RS Tanque Verde AZ, L.L.C.
4907. CVS RS Tatum Blvd AZ, L.L.C.
4908. CVS RS Thomas Rd AZ, L.L.C.
4909. CVS RS Thomas Scottsdale AZ, L.L.C.
4910. CVS RS W. Glendale Rd. AZ, L.L.C.
4911. CVS RS W. Peoria Ave AZ, L.L.C.
4912. CVS RS W. Southern AJ AZ, L.L.C.
4913. CVS RS W. Valencia Rd. AZ, L.L.C.
4914. CVS RS West Indian AZ, L.L.C.
4915. CVS RS Wickenburg Way AZ, L.L.C.
4916. CVS RS Yuma AZ, L.L.C.
4917. CVS Rt. 199 Williamsburg, Inc.
4918. CVS Rx Services, Inc.
4919. CVS Rye Route 1, L.L.C.
4920. CVS Rye Store, L.L.C.
4921. CVS Safir Sourcing UK, Ltd
4922. CVS Safir Sourcing, LLC
4923. CVS Salem Stateline, L.L.C.
4924. CVS Salmon Run, L.L.C.
4925. CVS San Dimas, L.P.
4926. CVS San Jacinto CA, L.L.C.
4927. CVS Santa Ana, L.P.
4928. CVS Saratoga Springs, L.L.C.
4929. CVS Saugerties Store, L.L.C.
4930. CVS Saunders Settlement Pharmacy, L.L.C.
4931. CVS Sayville, L.L.C.
4932. CVS SC Distribution, Inc.

4933. CVS SC Distribution, L.L.C.
4934. CVS Scarsdale Centre, L.L.C.
4935. CVS Scarsdale Store, L.L.C.
4936. CVS Schalks Crossing, L.L.C.
4937. CVS Schoolhouse, L.L.C.
4938. CVS Sea Cliff, L.L.C.
4939. CVS Seabrook, L.L.C.
4940. CVS Second Avenue NY, L.L.C.
4941. CVS Selden Store, L.L.C.
4942. CVS Seneca Mall, Inc.
4943. CVS Seneca Street, L.L.C.
4944. CVS Setauket, L.L.C.
4945. CVS Sharon Amity Charlotte, Inc.
4946. CVS Shaw Holdings Inc.
4947. CVS Sheepshead Bay, L.L.C.
4948. CVS Sheridan Harlem Store, L.L.C.
4949. CVS Sheridan Hollywood, L.L.C.
4950. CVS Ship Bottom, L.L.C.
4951. CVS Silver Spring, Inc.
4952. CVS Sixth Avenue NY, L.L.C.
4953. CVS Skippack, Inc.
4954. CVS Solomons MD, L.L.C.
4955. CVS South Albany Store, L.L.C.
4956. CVS South Canal Chicago, L.L.C.
4957. CVS South Farmingdale, L.L.C.
4958. CVS South Ogden, L.L.C.
4959. CVS South Salina Street, L.L.C.
4960. CVS South Schenectady Store, L.L.C.
4961. CVS Southwest Blvd, Inc.
4962. CVS SP 5897 FL, L.L.C.
4963. CVS Sparta, L.L.C.
4964. CVS State Capital, L.L.C.
4965. CVS State NY Store, L.L.C.
4966. CVS State Street, L.L.C.
4967. CVS Staten Island, L.L.C.
4968. CVS Stelton Road, L.L.C.
4969. CVS Stony Point, L.L.C.
4970. CVS Strategic Resources Private Limited
4971. CVS Stratford Barnum, Inc.
4972. CVS Stratford Nichols, Inc.
4973. CVS Stratham, L.L.C.
4974. CVS Suffern Store, L.L.C.
4975. CVS Sunrise Highway, L.L.C.
4976. CVS Surplus 8049 MI, L.L.C.
4977. CVS Syracuse Downtown, L.L.C.
4978. CVS Tampa 2802, L.L.C.
4979. CVS Tampa 3650, L.L.C.
4980. CVS Tarrytown Store, L.L.C.
4981. CVS Teaneck, L.L.C.
4982. CVS Tenafly Town, L.L.C.
4983. CVS Terry Road, L.L.C.
4984. CVS Thompsons Station, Inc.
4985. CVS Thornwood Columbus Avenue, L.L.C.
4986. CVS Thornwood Park, L.L.C.
4987. CVS TN Distribution, Inc.
4988. CVS TN Distribution, L.L.C.
4989. CVS Toms River, L.L.C.
4990. CVS Torrance CA, L.L.C.
4991. CVS Towson MD, L.L.C.
4992. CVS Transportation, Inc.
4993. CVS Transportation, L.L.C.
4994. CVS Trenton MI, L.L.C.
4995. CVS Trousdale Nashville, Inc.
4996. CVS Troy Fifth Street, L.L.C.
4997. CVS Troy Mall Store, L.L.C.
4998. CVS TX Holding Company, L.L.C.
4999. CVS Union, L.L.C.
5000. CVS University of Buffalo, L.L.C.
5001. CVS Upper Montclair, L.L.C.
5002. CVS Upper Valley Drug, L.L.C.
5003. CVS VA Distribution, Inc.
5004. CVS Valley Stream, L.L.C.
5005. CVS Van Nuys, L.P.
5006. CVS Vanguard, Inc.
5007. CVS Ventnor Dorset, L.L.C.
5008. CVS Vero FL Distribution, L.L.C.
5009. CVS Victory Boulevard, L.P.
5010. CVS Wading River, L.L.C.
5011. CVS Wallace Building, L.L.C.
5012. CVS Wanaque, L.L.C.
5013. CVS Wantagh Ave, L.L.C.
5014. CVS Warren, Inc.
5015. CVS Washington 6448, L.L.C.

5016. CVS Washington Avenue, L.L.C.
5017. CVS Washington Township, L.L.C.
5018. CVS Washington Wisconsin DC, L.L.C.
5019. CVS Washington, Inc.
5020. CVS Waterville Valley, L.L.C.
5021. CVS Waxhaw NC, L.L.C.
5022. CVS Wayne Turnpike, L.L.C.
5023. CVS Webster, L.L.C.
5024. CVS West Babylon, L.L.C.
5025. CVS West Gate, L.L.C.
5026. CVS West Haven, Inc.
5027. CVS West Hempstead, L.L.C.
5028. CVS West Islip, L.L.C.
5029. CVS West Orange, L.L.C.
5030. CVS West Park Avenue, L.L.C.
5031. CVS West Side Store, L.L.C.
5032. CVS Westbrook Maine, L.L.C.
5033. CVS Westchester Square, L.L.C.
5034. CVS Westchester Store, L.L.C.
5035. CVS Western Avenue, L.L.C.
5036. CVS Westwood LA, L.P.
5037. CVS Weyman Avenue, L.L.C.
5038. CVS Weymouth 1853, L.L.C.
5039. CVS White Plains Road, L.L.C.
5040. CVS Whittier, L.P.
5041. CVS Wilbraham MA, Inc.
5042. CVS Williamstown, L.L.C.
5043. CVS Williamsville Store, L.L.C.
5044. CVS Williston Park, L.L.C.
5045. CVS Wilton, L.L.C.
5046. CVS Wisconsin Avenue DC, L.L.C.
5047. CVS Wisteria Drive, L.L.C.
5048. CVS Woodbridge Main Street, L.L.C.
5049. CVS Woodbury Mullica, L.L.C.
5050. CVS Woodward, Inc.
5051. CVS WWRE, Inc.
5052. CVS Wyckoff, L.L.C.
5053. CVS Wynantskill, L.L.C.
5054. CVS Yonkers Broadway, L.L.C.
5055. CVS Yonkers, L.L.C.
5056. CVS Yorktown Heights Store, Inc.
5057. CVS Yorkville, L.L.C.
5058. CVS.com OTC, L.L.C.
5059. CVS/pharmacy Charitable Trust, Inc.
5060. CVS-SHC Kidney Care Home Dialysis of Austin LLC
5061. CVS-SHC Kidney Care Home Dialysis of Los Angeles LLC
5062. CVS-SHC Kidney Care Home Dialysis of Philadelphia LLC
5063. CVS-SHC Renal Holdings LLC
5064. Cypress California CVS, Inc.
5065. Cypress Jones CVS, L.P.
5066. Cypress Naples CVS, L.L.C.
5067. Cypresswood Houston CVS, L.P.
5068. D&R Pharmaceutical Services, LLC
5069. D.A.W., LLC
5070. Dacula CVS, Inc.
5071. Dairy Ashford CVS, L.P.
5072. Dale City VA CVS, Inc.
5073. Dale Mabry CVS, Inc.
5074. Dallas GA CVS, Inc.
5075. Dallas PharmaCare Pharmacy, L.L.C.
5076. Dallas ProCare Pharmacy, Inc.
5077. Dallas Waugh CVS, L.P.
5078. Damen Chicago CVS, L.L.C.
5079. Dan Ridge CVS, Inc.
5080. Danbury Central CVS, Inc.
5081. Danbury CVS, Inc.
5082. Danbury Fair CVS, Inc.
5083. Danbury MRC, Inc.
5084. Danbury South Main CVS, Inc.
5085. Danvers Plaza CVS, Inc.
5086. Darien CVS, Inc.
5087. Dartmouth Retailer, Inc.
5088. Davenport FL CVS, L.L.C.
5089. Davison CVS, Inc.
5090. DBD Nocigs 2019-1 LLC
5091. DBD Nocigs 2019-15 LLC
5092. DBD Nocigs 2019-16 LLC
5093. DBD Nocigs 2019-2 LLC
5094. DBD Nocigs 2019-21 LLC

5095. DBD Nocigs 2019-22 LLC
5096. DBD Nocigs 2019-23 LLC
5097. DBD Nocigs 2019-24 LLC
5098. DBD Nocigs 2019-25 LLC
5099. DBD Nocigs 2019-29 LLC
5100. DBD Nocigs 2019-41 LLC
5101. DBD Nocigs 2019-42 LLC
5102. DBD Nocigs 2019-43 LLC
5103. DBD Nocigs 2019-44 LLC
5104. DBD Nocigs 2019-45 LLC
5105. DBD Nocigs 2019-5 LLC
5106. DBD Nocigs 2019-7 LLC
5107. DBD Nocigs 2019-8 LLC
5108. De Soto CVS, L.P.
5109. Decatur CVS, Inc.
5110. Dedham CVS, Inc.
5111. Dedham High Street CVS, Inc.
5112. Deer Park Avenue CVS, Inc.
5113. Del Amo CVS, Inc.
5114. Del Prado CVS, L.L.C.
5115. Delaware CVS Pharmacy, L.L.C.
5116. Delaware Physicians Care - Medicare, Incorporated
5117. Delaware Physicians Care, Incorporated
5118. Delco Apothecary, Inc.
5119. Delran CVS, Inc.
5120. Delta Health HMO, Inc.
5121. Delta Risk Management, L.L.C.
5122. Deltona CVS, L.L.C.
5123. Denver PharmaCare Pharmacy, L.L.C.
5124. Denville CVS, Inc.
5125. Depew Broadway CVS, Inc.
5126. Depew CVS, Inc.
5127. Depot St. CVS, Inc.
5128. Deptford CVS, Inc.
5129. Derby Center CVS, Inc.
5130. Derry Street CVS, Inc.
5131. Des Plaines CVS, L.L.C.
5132. Desert Buffalo CVS, L.L.C.
5133. Desert Eastern CVS, L.L.C.
5134. Desert Inn CVS, L.L.C.

5135. Destin FL CVS, L.L.C.
5136. Detroit CVS, Inc.
5137. Detroit Greenfield CVS, Inc.
5138. Dexter Plaza CVS, Inc.
5139. DG Danville KY LLC
5140. DG Wesley Chapel FL LLC
5141. Diamond Bar CVS, Inc.
5142. Digital eHealth, LLC
5143. Digital Enterprise Realty, L.L.C.
5144. District of Columbia CVS Pharmacy, L.L.C.
5145. Division CVS, L.L.C.
5146. Dobbs Ferry CVS, Inc.
5147. Donlon Distributing, Inc.
5148. Dorchester Lower Mills CVS, Inc.
5149. Dothan CVS, Inc.
5150. Doubleday Ballston CVS, L.L.C.
5151. Douglassville PA CVS, Inc.
5152. Douglasville CVS, Inc.
5153. Dover Delaware CVS, Inc.
5154. Dover NJ CVS, L.L.C.
5155. Dover Randolph CVS, L.L.C.
5156. Dowagiac Clinton Stores, Inc.
5157. Downers Grove CVS, L.L.C.
5158. Downingtown CVS, Inc.
5159. Downtown Miami CVS, L.L.C.
5160. Doylestown CVS, Inc.
5161. Dragon Acquisition Company
5162. Drexel Hill CVS, Inc.
5163. Driftwood Shopping Center CVS, Inc.
5164. Drogaria Onofre Ltda.
5165. Drug World, Inc.
5166. Drugs For Less, Inc.
5167. Drumhill CVS, Inc.
5168. Duarte CVS, Inc.
5169. Dudley Street CVS, Inc.
5170. Duke Street CVS, Inc.
5171. Duluth CVS, Inc.
5172. Duncan SC CVS, Inc.
5173. Dundee Elgin CVS, L.L.C.
5174. Dunedin CVS, L.L.C.
5175. Dunellen CVS, Inc.

5176.  Dunkirk Marketplace CVS, Inc.
5177.  Dunkirk Marketplace Peoples, Inc.
5178.  Dunlap Phoenix CVS, L.L.C.
5179.  Dunlop Farms CVS, Inc.
5180.  Dupont Circle CVS Realty, Inc.
5181.  Durham NC CVS, Inc.
5182.  Dyckman Street CVS, L.L.C.
5183.  Dynamite Phoenix CVS, L.L.C.
5184.  E. Arrow Hwy CVS, L.L.C.
5185.  E. T. B., Inc.
5186.  e.BENEFITS, INC.
5187.  Eagan MN CVS, L.L.C.
5188.  Eagle Valley CVS, Inc.
5189.  Eagles Landing CVS, Inc.
5190.  East 161st Street CVS, Inc.
5191.  East Avenue CVS, Inc.
5192.  East Bay Drive CVS, Inc.
5193.  East Boston CVS, Inc.
5194.  East Bradford Plaza CVS, Inc.
5195.  East Bridgewater CVS, Inc.
5196.  East Brunswick CVS, Inc.
5197.  East Flatbush CVS, L.L.C.
5198.  East Greenwich CVS, Inc.
5199.  East Hampton CVS, Inc.
5200.  East Hanover CVS, Inc.
5201.  East Hartford CVS, Inc.
5202.  East Hartford-Main Street CVS, Inc.
5203.  East Haven Main Street CVS, Inc.
5204.  East Haverhill Retailer, Inc.
5205.  East Hills CVS, Inc.
5206.  East Longmeadow CVS, Inc.
5207.  East Main Bridgeport CVS, Inc.
5208.  East Main St. at Westborough CVS, Inc.
5209.  East Market CVS, Inc.
5210.  East Market Street CVS, L.L.C.
5211.  East Northport CVS, L.L.C.
5212.  East Providence CVS, Inc.
5213.  East Putnam Avenue CVS, Inc.
5214.  East Side CVS, Inc.
5215.  East Wareham CVS, Inc.
5216.  East Windsor CVS, L.L.C.

5217.  Eastampton Township CVS, Inc.
5218.  Eastern Avenue CVS, Inc.
5219.  Eastfield CVS, Inc.
5220.  Eastland CVS, Inc.
5221.  Easton Ave. CVS, Inc.
5222.  Easton CVS, Inc.
5223.  Easton Maryland CVS, Inc.
5224.  Easton Nazareth CVS, Inc.
5225.  Easton Sullivan CVS, Inc.
5226.  Easton Washington Street CVS, Inc.
5227.  Easton, Mass. CVS, Inc.
5228.  Eatontown CVS, Inc.
5229.  Echo Merger Sub, Inc.
5230.  Echo Merger Sub, LLC
5231.  Eckerd Corporation (for assets / pharmacies acquired by CVS)
5232.  Eckerd Corporation of Florida, Inc.
5233.  Eckerd Drug Company (for assets / pharmacies acquired by CVS)
5234.  Eckerd Drug Company of Florida, Inc.
5235.  Eckerd Drug Company of Texas, Inc. (for assets / pharmacies acquired by CVS)
5236.  Eckerd Drugs of Florida, Inc. (for assets / pharmacies acquired by CVS)
5237.  Eckerd Drugs of Georgia, Inc. (for assets / pharmacies acquired by CVS)
5238.  Eckerd Drugs of Louisiana, Inc. (for assets / pharmacies acquired by CVS)
5239.  Eckerd Drugs of Mississippi, Inc. (for assets / pharmacies acquired by CVS)
5240.  Eckerd Drugs of North Carolina, Inc. (for assets/pharmacies acquired by CVS)
5241.  Eckerd Drugs of South Carolina, Inc. (for assets / pharmacies acquired by CVS)

5242. Eckerd Drugs of Texas, Inc. (for assets / pharmacies acquired by CVS)
5243. Eckerd Drugs, Inc. (for assets / pharmacies acquired by CVS)
5244. Eckerd Drugsmarts, Inc. (for assets / pharmacies acquired by CVS)
5245. Eddystone CVS, Inc.
5246. Edgewater CVS, Inc.
5247. Edgewater NJ CVS, L.L.C.
5248. Edgewater Orlando CVS, L.L.C.
5249. Edgewood CVS, Inc.
5250. Edison Wooding CVS, Inc.
5251. Efmile, Inc.
5252. Egg Harbor NJ CVS, L.L.C.
5253. Egypt Audubon CVS, Inc.
5254. eHealth Solutions, Inc.
5255. Eighth New York CVS, L.L.C.
5256. El Camino Houston CVS, L.P.
5257. Electric Avenue CVS, Inc.
5258. Eleventh Street CVS, Inc.
5259. Elgin CVS, L.L.C.
5260. Eliot CVS, Inc.
5261. Elizabeth Westfield Avenue CVS, Inc.
5262. Elkhorn Las Vegas CVS, L.L.C.
5263. Elkhorn NV CVS, L.L.C.
5264. Ellicott City CVS, Inc.
5265. Elliot Tempe CVS, L.L.C.
5266. Ellwood City CVS, L.L.C.
5267. Elmhurst CVS, L.L.C.
5268. Elmora CVS, Inc.
5269. Emerald Square CVS, Inc.
5270. Emmaus Avenue CVS, Inc.
5271. Emmaus, Pennsylvania, CVS, Inc.
5272. Employee Assistance Services, LLC
5273. Enfield CVS, Inc.
5274. Enfield Elm CVS, Inc.
5275. Enfield Phoenix CVS, Inc.
5276. Engleside Plaza CVS, Inc.
5277. Engleside Plaza Peoples, Inc.
5278. Englewood Cliffs CVS, Inc.
5279. Englewood CVS, Inc.
5280. Enloe Drugs LLC
5281. Ennis TX CVS, L.P.
5282. Enterprise Patient Safety Organization, LLC
5283. Erdenheim Saints CVS, Inc.
5284. Eric C. Marshall, M.D. P.C.
5285. Erie CVS, Inc.
5286. Escalante Solutions, LLC
5287. Essence, Inc.
5288. Essex Eastern CVS, Inc.
5289. Essex Martin CVS, Inc.
5290. Essex St. (Salem) CVS, Inc.
5291. Estero Coconut CVS, L.L.C.
5292. Estero Three Oaks CVS, L.L.C.
5293. Estroff Pharmacy Incorporated
5294. ETHIX Care, Inc.
5295. ETHIX Midlands, Inc.
5296. ETHIX Northwest Public Services, Inc.
5297. ETHIX Northwest, Inc.
5298. Euclid Square CVS, Inc.
5299. Evanston IL CVS, L.L.C.
5300. Everett MA CVS, Inc.
5301. Evergreen City CVS, L.L.C.
5302. Evergreen Pharmaceutical of California, Inc.
5303. Evergreen Pharmaceutical of California, LLC
5304. Evergreen Pharmaceutical, LLC
5305. Evergreen Plaza CVS, Inc.
5306. Evesboro CVS, Inc.
5307. Evesham NJ CVS, L.L.C.
5308. Ewing NJ CVS, L.L.C.
5309. Exchange Place CVS, Inc.
5310. Exeter Square CVS, Inc.
5311. Express Pharmacy Services of FL, L.L.C.
5312. Express Pharmacy Services of MO, L.L.C.
5313. Express Pharmacy Services of PA, L.L.C.
5314. Fairfax CVS, Inc.
5315. Fairfax Main Street CVS, Inc.

5316.   Fairfax Mall CVS, Inc.
5317.   Fairfax Peoples, Inc.
5318.   Fairfax Route 29 CVS, Inc.
5319.   Fairfield CVS, Inc.
5320.   Fairfield Plaza CVS, Inc.
5321.   Fairfield Rt. 1 CVS, Inc.
5322.   Fairhaven CVS, Inc.
5323.   Fairlane CVS, Inc.
5324.   Fairlane Village Mall CVS, Inc.
5325.   Fairmont Pasadena CVS, L.P.
5326.   Fairmount CVS Store, Inc.
5327.   Fairview CVS, Inc.
5328.   Fairview Township CVS, Inc.
5329.   Fall River Retailer, Inc.
5330.   Fall River-President CVS, Inc.
5331.   Fallbrook Houston CVS, L.P.
5332.   Falls Church CVS, Inc.
5333.   Falls of Neuse CVS, Inc.
5334.   Falls Road CVS, Inc.
5335.   Falmouth CVS, Inc.
5336.   Falmouth Ferry CVS, Inc.
5337.   Falmouth Mall CVS, Inc.
5338.   Falmouth Plaza CVS, Inc.
5339.   Family Health Plan (FHP), Inc.
5340.   Family Health Plan Corporation
5341.   Farmingdale CVS, Inc.
5342.   Farmington Ave. CVS, Inc.
5343.   Farmington CVS, Inc.
5344.   Farmington Holdings, Inc.
5345.   Farmington Plaza CVS, Inc.
5346.   Farmingville CVS Store, Inc.
5347.   Fashion Square CVS, Inc.
5348.   FDG C41 AR Texarkana LLC
5349.   FEASIBLE ALTERNATIVES LIMITED
5350.   Feasterville CVS, Inc.
5351.   Federal Highway ProCare Pharmacy, Inc.
5352.   Fenton Avenue CVS, L.L.C.
5353.   Ferrara & Orlando Nurse Practictioners-Family Health P.C.
5354.   Ferrara Nurse Practitioner-Family Health, P.C.

5355.   FHP Health Plan, Inc.
5356.   Fifth Avenue Chess King, Inc.
5357.   Fingerlakes CVS Store, Inc.
5358.   Firestone Blvd CVS, L.L.C.
5359.   First Avenue ProCare Pharmacy, L.L.C.
5360.   First Choice of the Midwest LLC
5361.   First Choice of the Midwest, Inc.
5362.   First Colony CVS, L.P.
5363.   First Financial Planner Services, Inc.
5364.   First Health Group Corp.
5365.   First Health Life & Health Insurance Company
5366.   First Health Strategies, Inc.
5367.   First Script Network Services, Inc.
5368.   Fish Lake Maple Grove CVS, L.L.C.
5369.   Fishkill CVS, Inc.
5370.   Fitchburg PharmaCare Pharmacy, Inc.
5371.   Fitchburg Retailer, Inc.
5372.   Flagler 87th Miami CVS, L.L.C.
5373.   Flagstone Church, LLC
5374.   Flamingo Jones NV CVS, L.L.C.
5375.   Flamingo Road CVS, L.L.C.
5376.   Flatbush Avenue CVS, Inc.
5377.   Flatbush Brooklyn CVS, L.L.C.
5378.   Flatlands CVS, L.L.C.
5379.   Flatwoods CVS, Inc.
5380.   Fleetwood CVS Store, Inc.
5381.   Flemington CVS, L.L.C.
5382.   Flemington NJ CVS, L.L.C.
5383.   Flora Midwest, L.L.C.
5384.   Floral Jericho CVS, L.L.C.
5385.   Florence CVS, Inc.
5386.   Florence NJ CVS, Inc.
5387.   Florham Park CVS, Inc.
5388.   Florida Collaborative for Health Care Quality, LLC
5389.   Florida CVS Pharmacy, L.L.C.
5390.   Florida Health Plan Administrators, LLC

5391.   Flower Mound CVS, L.P.
5392.   Flushing CVS, Inc.
5393.   FM 1960 Houston CVS, L.P.
5394.   FM 359 TX CVS, L.L.C.
5395.   FM 518 League City CVS, L.P.
5396.   FM 529 Houston CVS, L.P.
5397.   FOCUS Healthcare Management Associates, Inc.
5398.   FOCUS HealthCare Management, Inc.
5399.   Folsom CVS, Inc.
5400.   Fontana Sierra CVS, L.L.C.
5401.   Foothill La Verne CVS, Inc.
5402.   Foothill Ranch CVS, Inc.
5403.   Forbes Avenue CVS, Inc.
5404.   Forest Drive CVS, Inc.
5405.   Forest Hill MD CVS, L.L.C.
5406.   Forest Hills CVS, Inc.
5407.   Forest Hills NY CVS, L.L.C.
5408.   Forest Hills Peoples, Inc.
5409.   Forest Lane Dallas CVS, L.P.
5410.   Forest Park CVS, Inc.
5411.   Forest Park IL CVS, L.L.C.
5412.   Forks Township CVS, Inc.
5413.   Formerly Broad Axe CVS, Inc.
5414.   Formerly Peoples Drug Stores, Inc
5415.   Fort Foote CVS, Inc.
5416.   Fort Lee Palisades CVS, Inc.
5417.   Fort Mill SC CVS, Inc.
5418.   Fort Pierce CVS, L.L.C.
5419.   Fort Worth ProCare Pharmacy, Inc.
5420.   Foster Nagle CVS, L.L.C.
5421.   Foster Street CVS, Inc.
5422.   Foundation Health Plan of San Bernardino, Incorporated
5423.   Foundation Health, A Florida Health Plan, Inc.
5424.   Foundation Health, An Alabama Health Plan, Inc.
5425.   Fowler Tampa CVS, Inc.
5426.   Fox Run CVS, Inc.
5427.   Foxboro CVS, Inc.
5428.   Foxon East Haven CVS, Inc.

5429.   FPS of Connecticut, Inc.
5430.   Fracisquito Sunset CVS, Inc.
5431.   Framingham Concord CVS, Inc.
5432.   Framingham CVS, Inc.
5433.   Framingham Water St. CVS, Inc.
5434.   Framingham Worcester CVS, Inc.
5435.   Franconia Road CVS, Inc.
5436.   Frankford Avenue CVS, Inc.
5437.   Frankfort CVS, Inc.
5438.   Franklin Avenue CVS, Inc.
5439.   Franklin Central CVS, Inc.
5440.   Franklin Mahwah CVS, L.L.C.
5441.   Franklin Retailer, Inc.
5442.   Franklin TN CVS, Inc.
5443.   Franklin W. Central St. CVS, Inc.
5444.   Fraser Garfield CVS, L.L.C.
5445.   Frederick CVS, Inc.
5446.   Freehold NJ CVS, L.L.C.
5447.   Freeport Long Beach CVS, L.L.C.
5448.   Fridley MN CVS, L.L.C.
5449.   Friendly Hills Healthcare Network, Inc.
5450.   Fries Mill CVS, Inc.
5451.   Front Street CVS, Inc.
5452.   Frontier Community Health Plans, Inc.
5453.   Ft. Lauderdale CVS, Inc.
5454.   Ft. Myers CVS, L.L.C.
5455.   Fullerton CVS, Inc.
5456.   Futrix Inc.
5457.   Futrix Limited
5458.   G Street CVS, Inc.
5459.   Gahanna OH CVS, Inc.
5460.   Gainesville CVS, Inc.
5461.   Gainesville FL CVS, L.L.C.
5462.   Gaithersburg Mall CVS, Inc.
5463.   Gaithersburg, MD Bob's, Inc.
5464.   Gallivan CVS, Inc.
5465.   Galloway CVS, Inc.
5466.   Gandy CVS, Inc.
5467.   Garden City CVS, Inc.
5468.   Garden Grove CVS, Inc.
5469.   Garden State HMO

5470. Gardner CVS, Inc.
5471. Garfield Beach CVS, L.L.C.
5472. Garfield CVS, Inc.
5473. Garland CVS, L.P.
5474. Garson Culver CVS, Inc.
5475. Garth Baytown CVS, L.P.
5476. Garwood Chestnut CVS, Inc.
5477. Gastonia CVS, Inc.
5478. Gate City CVS, Inc.
5479. Gatti  LTC Services, Inc.
5480. Generation Health, L.L.C.
5481. Genesis Health Services Corp.
5482. Genesis Health Ventures, Inc.
5483. Geneva Carol CVS, L.L.C.
5484. Geneva Clinton Stores, Inc.
5485. Geneva Woods Health Services, LLC
5486. Geneva Woods LTC Pharmacy, LLC
5487. Geneva Woods Management, LLC
5488. Geneva Woods Pharmacy Alaska, LLC
5489. Geneva Woods Pharmacy Washington, LLC
5490. Geneva Woods Pharmacy Wyoming, LLC
5491. Geneva Woods Pharmacy, Inc.
5492. Geneva Woods Pharmacy, LLC
5493. Geneva Woods Retail Pharmacy, LLC
5494. Genito Midlothian CVS, Inc.
5495. GenPlus Managed Care, Inc.
5496. George Safran, M.D., P.C.
5497. Georgetown CVS, Inc.
5498. Georgetown OH CVS, L.L.C.
5499. Georgia CVS Pharmacy, L.L.C.
5500. Georgia Health System, Inc.
5501. German Dobson CVS, L.L.C.
5502. Germantown Avenue CVS, Inc.
5503. Germantown MD CVS, L.L.C.
5504. Gessner Philippine Houston CVS, L.P.
5505. Gibbsboro NJ CVS, L.L.C.

5506. Gilbert AZ CVS, L.L.C.
5507. Gilbert Guadalupe CVS, L.L.C.
5508. Gilbert Warner CVS, L.L.C.
5509. Gilbertsville CVS, Inc.
5510. Girard Avenue ProCare Pharmacy, Inc.
5511. Gladiolus Ft. Myers CVS, L.L.C.
5512. Glastonbury CVS, Inc.
5513. Glebe Road CVS, Inc.
5514. Glebe Road Peoples, Inc.
5515. Glen Allen CVS, Inc.
5516. Glen Burnie MD CVS, L.L.C.
5517. Glen Ellyn IL CVS, L.L.C.
5518. Glen Oaks CVS, L.L.C.
5519. Glendale Avenue CVS, L.P.
5520. Glendale CVS, L.L.C.
5521. Glendale Galleria CVS, Inc.
5522. Glendale Heights CVS, L.L.C.
5523. Glendale NY CVS, L.L.C.
5524. Glendora Foothill CVS, Inc.
5525. Glenriddle CVS, Inc.
5526. Glenview CVS, L.L.C.
5527. Glenwood Avenue CVS, Inc.
5528. Global Claim Services, L.C.
5529. Gloucester Downtown CVS, Inc.
5530. Gloucester Retailer, Inc.
5531. Gloucester-Erial CVS, Inc.
5532. Godfrey Avenue CVS, Inc.
5533. Godshall Franconia CVS, Inc.
5534. Gold Star Blvd. PharmaCare Pharmacy, Inc.
5535. Golden West CVS, Inc.
5536. Goldenrod CVS, Inc.
5537. Goodhealth Worldwide (Americas) Limited
5538. Goodhealth Worldwide (Asia Pacific) Limited
5539. Goodhealth Worldwide (Asia Pacific) Ltd.
5540. Goodhealth Worldwide (Asia Limited
5541. Goodhealth Worldwide (Bermuda) Limited

5542. Goodhealth Worldwide (Europe) Limited
5543. Goodhealth Worldwide (Global) Limited
5544. Goodhealth Worldwide (Middle East) LLC
5545. Goodhealth Worldwide (Shanghai) Limited
5546. Goodhealth Worldwide Administrators Inc.
5547. Goodhealth Worldwide Limited
5548. Goodhealth Worldwide Management FZ-LLC
5549. Goodlette Naples CVS, L.L.C.
5550. Goodwin Park CVS, Inc.
5551. Goodyear CVS, LLC
5552. Gordon's Corner CVS, Inc.
5553. Goshen Village CVS, Inc.
5554. Governors Boulevard CVS, Inc.
5555. Grafton CVS, Inc.
5556. Grafton Street CVS, Inc.
5557. Graham Charlotte CVS, Inc.
5558. Granby CVS, Inc.
5559. Grand Baldwin CVS, Inc.
5560. Grand Bay CVS, Inc.
5561. Grand Covina CVS, Inc.
5562. Grand Prairie CVS, L.P.
5563. Grand River CVS, Inc.
5564. Grand Schaefer CVS, Inc.
5565. Grand St. Paul CVS, L.L.C.
5566. Grand Street CVS, L.L.C.
5567. Grandview Healthcare, Inc.
5568. Grandview Healthcare, LLC
5569. Grandview Pharmacy, Inc.
5570. Grandview Pharmacy, LLC
5571. Granite Run CVS, Inc.
5572. Granite Street CVS, Inc.
5573. Grapevine CVS, L.P.
5574. Gratiot CVS, Inc.
5575. Gray Houston CVS, L.P.
5576. Gray's Southgate, Inc.
5577. Grayson GA CVS, Inc.
5578. Great Valley CVS, Inc.
5579. Greece Clinton Paine, Inc.
5580. Greece CVS, Inc.
5581. Greece Towne CVS, Inc.
5582. Green Hills Plaza CVS, Inc.
5583. Greenacres CVS, Inc.
5584. Greenbelt CVS, Inc.
5585. Greenbelt-Cherrywood CVS, Inc.
5586. Greenbriar Houston CVS, L.P.
5587. Greencastle PA CVS, Inc.
5588. Greendale Mall CVS, Inc.
5589. Greenfield Federal CVS, Inc.
5590. Greenfield-Cherry Rum CVS, Inc.
5591. Greenlawn CVS, Inc.
5592. Greensboro GA CVS, Inc.
5593. Greenville CVS, Inc.
5594. Greenway Surprise CVS, L.L.C.
5595. Greenwich 99 CVS, Inc.
5596. Greenwich CVS, Inc.
5597. Greenwood Lake CVS, L.L.C.
5598. Grosse Pointe Realty, L.L.C.
5599. Groton CVS, Inc.
5600. Group Dental Service of Maryland, Inc.
5601. Group Dental Service, Inc.
5602. Group Dental Services, Inc.
5603. Group Health Plan of Delaware, LLC
5604. Group Health Plan, Inc.
5605. Grove City CVS, Inc.
5606. Guilford CVS, Inc.
5607. Gun Hill Road CVS, L.L.C.
5608. Gurnee CVS, L.L.C.
5609. Gwinnett CVS, Inc.
5610. GWL (UK) Limited
5611. H.M.S.S., Inc.
5612. Hackensack CVS, L.L.C.
5613. Haddon Heights CVS, L.L.C.
5614. Hadley CVS, Inc.
5615. Hallandale FL CVS, L.L.C.
5616. Haltom City CVS, L.P.
5617. Hamburg Clinton Stores, Inc.
5618. Hamburg Turnpike CVS, Inc.
5619. Hamden Plaza CVS, Inc.

5620.   Hamden Retailer, Inc.
5621.   Hamden Whitney CVS, Inc.
5622.   Hamilton CVS, Inc.
5623.   Hamilton CVS, L.L.C.
5624.   Hamilton Klockner CVS, Inc.
5625.   Hamilton Parkway CVS, L.L.C.
5626.   Hamilton Plaza CVS, Inc.
5627.   Hamlin CVS, Inc.
5628.   Hanover CVS, L.L.C.
5629.   Hanover Mass. CVS, Inc.
5630.   Hanover Park CVS, L.L.C.
5631.   Hanover Shaw Plaza CVS, Inc.
5632.   Hanover-Pembroke CVS, Inc.
5633.   Hanson CVS, Inc.
5634.   Harbor Mall CVS, Inc.
5635.   Harbor Santa Ana CVS, L.P.
5636.   Harborside CVS, Inc.
5637.   Harbour Place CVS, Inc.
5638.   Hard Columbus CVS, L.L.C.
5639.   Hardscrabble CVS, Inc.
5640.   Harlem Chicago CVS, L.L.C.
5641.   Harleysville PA CVS, Inc.
5642.   Harmon Las Vegas CVS, L.L.C.
5643.   Harrisburg CVS, Inc.
5644.   Harrisburg NC CVS, Inc.
5645.   Harrison Bridge Road CVS, Inc.
5646.   Harrison East Orange CVS, Inc.
5647.   Harrison Township CVS, Inc.
5648.   Hartford Blue Hills CVS, Inc.
5649.   Hartford Main Street CVS, Inc.
5650.   Harvard Square CVS, Inc.
5651.   Harwich CVS, Inc.
5652.   Harwichport Main Street CVS, Inc.
5653.   Hatfield PA CVS, Inc.
5654.   Haverford and City Line CVS, Inc.
5655.   Haverford Avenue CVS, Inc.
5656.   Haverhill CVS, Inc.
5657.   Haverhill Lowell CVS, Inc.
5658.   Havertown CVS, Inc.
5659.   Haw Creek Circle CVS, Inc.
5660.   Hawaiian Gardens CVS, Inc.
5661.   Hawley CVS, Inc.
5662.   Hawthorne CVS, Inc.

5663.   Haymarket VA CVS, Inc.
5664.   Hazel Crest CVS, L.L.C.
5665.   Hazlet CVS, Inc.
5666.   Hazleton CVS, Inc.
5667.   Hazleton Plaza CVS Inc.
5668.   HCP Acquisition Sub, LLC
5669.   Heacock Moreno CVS, L.L.C.
5670.   Health America Corporation of
        Pennsylvania, Inc.
5671.   Health and Human Resource Center
5672.   Health and Human Resource Center
        Medical Group, Inc.
5673.   Health and Human Resource
        Center, Inc.
5674.   Health Care Management Co. Ltd.
5675.   Health Care USA of Tennessee, Inc
5676.   Health Cost Consultants, Inc.
5677.   Health Data & Management
        Solutions, Inc.
5678.   Health Integration Strategies, L.P.
5679.   Health Integration, Inc.
5680.   Health Maintenance Organization
        of New Jersey, Inc.
5681.   Health Mart, Inc.
5682.   Health Re, Inc.
5683.   Healthagen International Limited
5684.   Healthagen LLC
5685.   HealthAmerica Pennsylvania, Inc.
5686.   HealthAssurance Financial
        Services, Inc.
5687.   HealthAssurance Pennsylvania, Inc.
5688.   HealthCare America Plans, Inc.
5689.   HealthCare USA of Missouri L.L.C.
5690.   HealthInfusion, Inc.
5691.   Healthmart, Inc.
5692.   Healthmaster, Inc.
5693.   HealthPASS, Inc.
5694.   HealthPlus, Inc.
5695.   HealthWays of New York, Inc.
5696.   Heartland Healthcare Services, LLC
5697.   Heartland Pharmacy of Illinois LLC
5698.   Heartland Pharmacy of Maryland,
        LLC

5699. Heartland Pharmacy of PA, LLC
5700. Heartland Repack Services LLC
5701. Hebron CT CVS, Inc.
5702. Hebron Parkway CVS, L.P.
5703. Hedges Pond CVS, Inc.
5704. Hellertown CVS, Inc.
5705. Hempstead Avenue CVS, Inc.
5706. Hempstead NY CVS, L.L.C.
5707. Henderson CVS, L.L.C.
5708. Henderson Horizon CVS, L.L.C.
5709. Henderson Road CVS, Inc.
5710. Hennepin Avenue CVS, L.L.C.
5711. Henry Philadelphia CVS, Inc.
5712. Henry Street CVS, L.L.C.
5713. Henrydale CVS, Inc.
5714. Hermosa Beach CVS, Inc.
5715. Hewlett CVS, Inc.
5716. HHPF, Inc.
5717. HHRC, Inc.
5718. Hialeah CVS, L.L.C.
5719. Hialeah West 49th CVS, L.L.C.
5720. Hick Hwy CVS, Inc.
5721. Hickory CVS, Inc.
5722. Hickory Hills IL CVS, L.L.C.
5723. High House Road CVS, Inc.
5724. High Ridge Road CVS, Inc.
5725. High Street CVS, Inc.
5726. Highland Avenue CVS, Inc.
5727. Highland Center CVS, Inc.
5728. Highland Cheshire CVS, Inc.
5729. Highland Leasing Corporation
5730. Highland Market CVS, Inc.
5731. Highland Park CVS, L.L.C.
5732. Highlander Plaza CVS, Inc.
5733. Highway 14 SC CVS, Inc.
5734. Highway 17 Mt. Pleasant CVS, Inc.
5735. Highway 19 Palm Harbor CVS, L.L.C.
5736. Highway 92 CVS, Inc.
5737. Highway 98 CVS, Inc.
5738. Highway Charlotte CVS, Inc.
5739. Highway Stockbridge CVS, Inc.
5740. Hillcrest Frisco CVS, L.P.

5741. Hillcroft Houston CVS, L.P.
5742. Hilliard Darby CVS, Inc.
5743. Hilliard Park Mill CVS, Inc.
5744. Hillsboro Road CVS, L.L.C.
5745. Hillsborough Avenue CVS, L.L.C.
5746. Hillsborough CVS, Inc.
5747. Hillside Amarillo TX CVS, L.L.C.
5748. Hillside Avenue CVS, L.L.C.
5749. Hillside CVS, Inc.
5750. Hillside IL CVS, L.L.C.
5751. Hilltop Air Corporation
5752. Hilltown PA CVS, Inc.
5753. Hingham CVS, Inc.
5754. HIP Health Plan of Florida, Inc.
5755. HMIS, Inc.
5756. HMO Of Greater New York, Inc.
5757. HMO of Iowa, Inc.
5758. HMO of New Jersey, Inc.
5759. HMS Colorado, Inc.
5760. HMS Healthcare, Inc.
5761. Hoadley Rd CVS, Inc.
5762. Hokes Bluff CVS, Inc.
5763. Holbrook CVS, Inc.
5764. Holcomb CVS, Inc.
5765. Holden Common CVS, Inc.
5766. Holden PharmaCare Pharmacy, Inc.
5767. Holiday CVS, L.L.C.
5768. Holiday Hwy 19 CVS, L.L.C.
5769. Holliston CVS, Inc.
5770. Holly Springs CVS, Inc.
5771. Holyoke CVS, Inc.
5772. Holyoke Mall CVS, Inc.
5773. Holyoke South Street CVS, Inc.
5774. Home Care Pharmacy, LLC
5775. Home Pharmacy Services, LLC
5776. Homestead 312th FL CVS, L.L.C.
5777. Homestead CVS, L.L.C.
5778. Homeward Pharmacy, LLC
5779. Hook Drugs, Inc. of Michigan
5780. Hooker Avenue CVS, Inc.
5781. Hookset CVS, Inc.
5782. Hook-SupeRx Funding Corp.
5783. Hook-SupeRx, Inc.

5784. Hook-SupeRx, L.L.C.
5785. Hooper Road CVS, Inc.
5786. Hope Mills CVS, Inc.
5787. Hopewell CVS, Inc.
5788. Hopkins CVS, L.L.C.
5789. Horatio Orlando CVS, Inc.
5790. Horizon Behavioral Services, LLC
5791. Horsham CVS, Inc.
5792. Hospital CVS, Inc.
5793. Hospitality Holdings, Inc.
5794. Houston Main Elgin CVS, L.P.
5795. Houston ProCare Pharmacy, Inc.
5796. Houston TX CVS, L.P.
5797. Howell CVS, L.L.C.
5798. Hubbard Sylmar CVS, L.P.
5799. Hudson CVS, Inc.
5800. Hudson N.H. CVS, Inc.
5801. Huffmeister CVS, L.P.
5802. Humble CVS, L.P.
5803. Hunt Valley CVS, Inc.
5804. Huntersville NC CVS, Inc.
5805. Hunting Park CVS, Inc.
5806. Huntingdon Valley CVS, Inc.
5807. Huntington Beach CVS, Inc.
5808. Huntington Center CVS, Inc.
5809. Huntington CVS, Inc.
5810. Huntington Drive CVS, Inc.
5811. Huntington Station CVS, Inc.
5812. Huntington WV CVS, Inc.
5813. Huntsville AL CVS, Inc.
5814. Huntsville Moores Mill CVS, Inc.
5815. Huntsville Whitesburg CVS, Inc.
5816. Hurley MS CVS, Inc.
5817. Hurricane WV CVS, Inc.
5818. Hurst CVS, L.P.
5819. Hwy 544 MB CVS, Inc.
5820. Hyannis CVS, Inc.
5821. Hyannis Main Street CVS, Inc.
5822. Hyattsville CVS, Inc.
5823. Hyde Park Avenue CVS, Inc.
5824. Hytree Pharmacy, Inc.
5825. I.g.G. of America, Inc.
5826. I.g.G. of America, LLC
5827. Idaho CVS Pharmacy, L.L.C.
5828. IHS Acquisition XXX, Inc.
5829. IlliniCare Health Plan, Inc.
5830. Imperial CVS, Inc.
5831. Independence MI CVS, L.L.C.
5832. Independence Plano CVS, L.P.
5833. Independent Investments, Inc.
5834. Indian 59th Phoenix CVS, L.L.C.
5835. Indian Health Organisation Private Limited
5836. Indian School Phoenix CVS, L.L.C.
5837. Indian Trail CVS, Inc.
5838. Indiana CVS, Inc.
5839. Informed Health, LLC
5840. Ingleside CVS, Inc.
5841. Inland Health Plan
5842. Inman Edison CVS, L.L.C.
5843. Inner Loop Georgetown CVS, L.L.C.
5844. Innovation Health Holdings, LLC
5845. Innovation Health Insurance Company
5846. Innovation Health Plan, Inc.
5847. Innovative Worldwide Distributors (HK) Limited
5848. Institutional Health Care Services LP
5849. Institutional Health Care Services, LLC
5850. Integrated Pharmacy Solutions, Inc.
5851. InterGlobal Holdco Limited
5852. InterGlobal Insurance Company Limited
5853. InterGlobal Japan Corporation Limted
5854. InterGlobal Limited
5855. Interlock Pharmacy Systems, LLC
5856. Iowa CVS Pharmacy, L.L.C.
5857. Ironbound CVS Urban Renewal, L.L.C.
5858. Irvine CA CVS, L.P.
5859. Irving CVS, L.P.
5860. Irving Park CVS, L.L.C.

5861. Irving Streamwood CVS, L.L.C.
5862. Irving Street CVS, Inc.
5863. Island Avenue CVS, Inc.
5864. Islington CVS, Inc.
5865. Ithaca CVS Store, Inc.
5866. iTriage, LLC
5867. Ives Dairy Miami CVS, L.L.C.
5868. Ivyland CVS, Inc.
5869. Ivyland PA CVS, Inc.
5870. J.F.K. Street CVS, Inc.
5871. Jacksboro Highway CVS, L.P.
5872. Jackson Heights CVS, L.L.C.
5873. Jackson NJ CVS, Inc.
5874. Jackson North West CVS, Inc.
5875. Jackson Square CVS, Inc.
5876. Jacksonville CVS, L.L.C.
5877. Jaguar Merger Subsidiary, Inc.
5878. Jamaica CVS, L.L.C.
5879. Jamaica Plain CVS, Inc.
5880. Jamesburg CVS, L.L.C.
5881. JEC Facilities Funding II, Inc.
5882. JEC Funding, Inc.
5883. JEC Funding, LLC
5884. Jefferson CVS, Inc
5885. Jefferson Havens Corner CVS, Inc.
5886. Jefferson Woodbridge CVS, Inc.
5887. Jenkintown CVS, Inc.
5888. Jennersville CVS, Inc.
5889. Jericho Huntington CVS, L.L.C.
5890. Jericho Turnpike CVS, Inc.
5891. Jersey Shore PA CVS, Inc.
5892. Jessup Deptford CVS, L.L.C.
5893. Jewel Ventures Fund GP, LLC
5894. Jewel Ventures Fund, LP
5895. Jewel Ventures Management, LLC
5896. JHC Acquisition LLC
5897. JOCUS LIMITED
5898. Jog Boynton Beach CVS, L.L.C.
5899. Jog Road CVS, L.L.C.
5900. Johnson Hollywood CVS, Inc.
5901. Johnston Centre CVS, Inc.
5902. Joliet CVS, L.L.C.
5903. Jones Hill CVS, Inc.

5904. Jonesboro CVS, Inc.
5905. Josey Carrollton CVS, L.P.
5906. Joy Lake Rd. CVS, Inc.
5907. JRT Investment, Inc.
5908. Jumpers Hole CVS, Inc.
5909. K HOME THERAPEUTICS, INC.
5910. K Street CVS, Inc.
5911. K Street Peoples, Inc.
5912. Kankakee IL CVS, L.L.C.
5913. Kannapolis CVS, Inc.
5914. Kansas CVS Pharmacy, L.L.C.
5915. Kearny CVS, Inc.
5916. Kedzie 59th CVS, L.L.C.
5917. Keene Key CVS, Inc.
5918. Keller CVS, L.P.
5919. Kendall Miami CVS, L.L.C.
5920. Kenmore Retailer, Inc.
5921. Kenmore Village CVS, Inc.
5922. Kennedy Tampa CVS, L.L.C.
5923. Kennesaw CVS, Inc.
5924. Kennesaw Due West CVS, Inc.
5925. Kennett Square CVS, Inc.
5926. Kensington CVS, Inc.
5927. Kentucky CVS Pharmacy, L.L.C.
5928. Kentwood CVS, Inc.
5929. Kern Home Health Resources d/b/a
       Coram Healthcare
5930. Key Biscayne CVS, Inc.
5931. Keyser CVS, L.L.C.
5932. Keystone Street CVS, Inc.
5933. Kildeer CVS, L.L.C.
5934. Kimberly J. Henderson, M.D., P.C.
5935. Kimberton Nutt CVS, Inc.
5936. King Cherry CVS, Inc.
5937. King Drug Company
5938. King of Prussia CVS, Inc.
5939. King Street CVS, Inc.
5940. Kings Crossing CVS, Inc.
5941. Kings Grant CVS, Inc.
5942. Kings Highway CVS, Inc.
5943. Kingsbury Square CVS, Inc.
5944. Kingsland Katy CVS, L.P.
5945. Kingston Emporium CVS, Inc.

5946. Kingston Market CVS, Inc.
5947. Kingston Road CVS, Inc.
5948. Kingsway Plaza CVS, Inc.
5949. Kingwood CVS, L.P.
5950. Kirby Houston CVS, L.P.
5951. Kirby Pearland CVS, L.P.
5952. Kisco East Main CVS, L.L.C.
5953. Kissimmee CVS, Inc.
5954. Knox Abbott Road CVS, Inc.
5955. Knoxville Emory CVS, Inc.
5956. Kostner Chicago CVS, L.L.C.
5957. Kraemer CA CVS, L.L.C.
5958. Krocks Road CVS, Inc.
5959. L Street CVS, Inc.
5960. L.F. Hamlin, Inc.
5961. La Cienega LA CVS, L.P.
5962. La Cienega Square CVS, Inc.
5963. La Mirada CVS, Inc.
5964. La Palma CVS, Inc.
5965. La Quinta CVS, L.L.C.
5966. Ladera Ranch CA CVS, L.P.
5967. Lafayette CVS, Inc.
5968. LaGrange CVS, L.L.C.
5969. Laguna Hills CVS, Inc.
5970. Laguna Niguel CVS, Inc.
5971. Lahser CVS, Inc.
5972. Lake Charles Ryan CVS, Inc.
5973. Lake Danbury CVS, Inc.
5974. Lake Forest CVS, Inc.
5975. Lake Forest CVS, L.L.C.
5976. Lake Grove CVS, Inc.
5977. Lake in the Hills CVS, L.L.C.
5978. Lake Mead Civic CVS, L.L.C.
5979. Lake Mead Las Vegas CVS, L.L.C.
5980. Lake Pleasant Peoria CVS, L.L.C.
5981. Lake Street CVS, Inc.
5982. Lake Worth Greenacres CVS, L.L.C.
5983. Lakeview Ave. CVS, Inc.
5984. Lakeview Plaza CVS, Inc.
5985. Lakeview Square CVS, Inc.
5986. Lakeville MN CVS, L.L.C.
5987. Lakeway TX CVS, L.L.C.

5988. Lakewood CA CVS, L.L.C.
5989. Lakewood Square CVS, Inc.
5990. Lambertville NJ CVS, L.L.C.
5991. Lancaster 10th CVS, L.L.C.
5992. Lancaster CVS, Inc.
5993. Landis Avenue CVS, Inc.
5994. Landisville CVS, Inc.
5995. Landmark Center CVS, Inc.
5996. Landstar Orlando CVS, L.L.C.
5997. Lanesborough Berkshire Mall CVS, Inc.
5998. Langsam Health Services, LLC
5999. Langsam Medical Products, Inc.
6000. Lansdowne Avenue CVS, Inc.
6001. Lansing CVS, Inc.
6002. LaPalma Anaheim CVS, Inc.
6003. Largo ProCare Pharmacy, Inc.
6004. Las Vegas NV CVS, L.L.C.
6005. Las Vegas Riviera CVS, L.L.C.
6006. Laurel MD CVS, L.L.C.
6007. Laurens Road CVS, Inc.
6008. Lavista Road CVS, Inc.
6009. Lawndale CA CVS, L.L.C.
6010. Lawndale CVS, Inc.
6011. Lawrence Broadway CVS, Inc.
6012. Lawrence Chicago CVS, L.L.C.
6013. Lawrenceville CVS, Inc.
6014. LCPS Acquisition LLC
6015. LDG Property Company, Inc.
6016. LDG Property Company, LLC
6017. Leading Benefit Solutions, LLC
6018. League City CVS, L.P.
6019. Ledgewood NJ CVS, L.L.C.
6020. Lee Highway CVS, Inc.
6021. Lee Highway Peoples, Inc.
6022. Lee Vista Orlando CVS, L.L.C.
6023. Lehigh Street CVS, Inc.
6024. Lehigh Valley CVS, Inc.
6025. Lemec CVS, L.L.C.
6026. Lemmon Dallas CVS, L.P.
6027. Lemont CVS, L.L.C.
6028. Lenox Avenue CVS, L.L.C.
6029. Leominster CVS, Inc.

6030. Leominster Lancaster CVS, Inc.
6031. Leominster Main Street CVS, Inc.
6032. Leominster PharmaCare Pharmacy, Inc.
6033. Levittown PA CVS, Inc.
6034. Lewisville CVS, L.P.
6035. Lexington CVS, Inc.
6036. Lexington Sugar CVS, L.P.
6037. LHS Acquisition Sub, LLC
6038. Liberty Little Ferry CVS, L.L.C.
6039. Liberty Park CVS, Inc.
6040. Liberty Road CVS, Inc.
6041. Liberty Street CVS, Inc.
6042. Library Road CVS, Inc.
6043. Lighthouse Point CVS, L.L.C.
6044. Lilburn CVS, Inc.
6045. Lilburn Harmony Grove CVS, Inc.
6046. Lima PA CVS, Inc.
6047. Limerick CVS, Inc.
6048. Lincoln Corona CVS, Inc.
6049. Lincoln CVS, Inc.
6050. Lincoln Drive (Phil) CVS, Inc.
6051. Lincoln Harbor CVS, Inc.
6052. Lincoln Park CVS, L.L.C.
6053. Lincoln Street CVS, Inc.
6054. Lindbergh CVS, Inc.
6055. Linden Retailer, Inc.
6056. Linden Street CVS, Inc.
6057. Linden Wellesley CVS, Inc.
6058. Lindenhurst CVS, L.L.C.
6059. Linwood CVS, Inc.
6060. Lionville CVS, Inc.
6061. Litchfield Park CVS, L.L.C.
6062. Litchfield Rt. 202 CVS, Inc.
6063. Little York CVS, L.P.
6064. Littleton Road CVS, Inc.
6065. Livingston CVS, Inc.
6066. Livonia 6 Mile CVS, Inc.
6067. Lobdell Goodwood CVS, Inc.
6068. Lobos Acquisition, LLC
6069. Lockport Clinton Stores, Inc.
6070. Lockport CVS, L.L.C.
6071. Locust Philadelphia CVS, Inc.
6072. Lodi CVS, Inc.
6073. Loehmann's Plaza CVS, Inc.
6074. Lombard CVS, L.L.C.
6075. Lombard-Light Streets CVS, Inc.
6076. Lo-Med Prescription Services, LLC
6077. Lomita CVS, Inc.
6078. Lone Oak KY CVS, Inc.
6079. Lone Star Health Plan, Inc.
6080. Lonestar Holding Co.
6081. Long Beach Boulevard CVS, L.P.
6082. Long Beach CVS, Inc.
6083. Long Hill Road CVS, Inc.
6084. Long Island CVS Store, Inc.
6085. Long Shoals Road CVS, Inc.
6086. Longmeadow Massachusetts CVS, Inc.
6087. Longmeadow Street CVS, Inc.
6088. Longs Drug Stores California, Inc.
6089. Longs Drug Stores California, L.L.C.
6090. Longs Drug Stores Corporation
6091. Longs Drug Stores, Inc.
6092. Longs Drug Stores, L.L.C.
6093. Long-Term Care Pharmacy Alliance, LLC
6094. Longwood Avenue CVS, Inc.
6095. Longwood CVS, Inc.
6096. Looch Hwy. CVS, Inc.
6097. Loop 610 Westheimer CVS, L.P.
6098. Loris SC CVS, Inc.
6099. Los Alamitos CVS, L.P.
6100. Los Angeles ProCare Pharmacy, Inc.
6101. Louetta Elderidge CVS, L.P.
6102. Louisiana CVS Pharmacy, L.L.C.
6103. Louisville CVS, Inc.
6104. Lowell Bridge CVS, Inc.
6105. Lowell Discounter, Inc.
6106. Lowell Merrimack CVS, Inc.
6107. Lowell Retailer, Inc.
6108. Lower Azusa Rd CVS, L.L.C.
6109. Lower Buckeye Phoenix CVS, L.L.C.

6110. Lower Buckley Avondale CVS, L.L.C.
6111. Lower Makefield CVS, Inc.
6112. Loyalty Life Insurance Company
6113. Ludlow Acquisition Corp.
6114. Ludlow CVS, Inc.
6115. Luettgens Limited
6116. LV Boulevard CVS, L.L.C.
6117. Lyell Clinton Paine, Inc.
6118. Lynn Boston Street CVS, Inc.
6119. Lynngate-Massachusetts CVS, Inc.
6120. Lynnway Lynn CVS, Inc.
6121. Lyon Twp CVS, L.L.C.
6122. M Street CVS, Inc.
6123. M Street Peoples, Inc.
6124. M Street Washington CVS, Inc.
6125. Mableton GA CVS, Inc.
6126. Mableton Parkway CVS, Inc.
6127. MacArthur Boulevard CVS, Inc.
6128. Macedon Clinton Stores, Inc.
6129. Mack Drug Co. of New Jersey, Inc.
6130. Mack Drug Co. of New York, Inc.
6131. Mack Drug Co. of Pittsfield, Inc.
6132. Macomb Township CVS, L.L.C.
6133. Madera Royale CVS, Inc.
6134. Madison Centre CVS, Inc.
6135. Madison Chicago CVS, L.L.C.
6136. Madison CVS, Inc.
6137. Madison Heights John R CVS, Inc.
6138. Magnolia Anaheim CVS, L.P.
6139. Magnum Health Plan, Inc.
6140. Main Alden CVS, Inc.
6141. Main Annapolis CVS, L.L.C.
6142. Main Devon Bartlett CVS, L.L.C.
6143. Main Harvard CVS, Inc.
6144. Main Houston CVS, L.P.
6145. Main Jefferson CVS, L.L.C.
6146. Main McKinney CVS, L.P.
6147. Main Montgomery CVS, L.L.C.
6148. Main Street Athol CVS, Inc.
6149. Main Street North CVS, Inc.
6150. Main Street Pharmacy, L.L.C.
6151. Main Vineland CVS, L.L.C.

6152. Main Wayland CVS, Inc.
6153. Maine CVS Pharmacy, L.L.C.
6154. Maine Retailer, Inc.
6155. Maine-Bangor CVS, Inc.
6156. Maineville CVS, Inc.
6157. Malaga CVS, Inc.
6158. Malden Broadway CVS, Inc.
6159. Malden Square CVS, Inc.
6160. Male Wind Gap CVS, Inc.
6161. Mall of New Hampshire CVS, Inc.
6162. Managed Care Coordinators, Inc.
6163. Managed HealthCare, Inc.
6164. Managed Healthcare, LLC
6165. Management & Network Services, Inc.
6166. Management and Network Services, L.L.C.
6167. Manalapan CVS, Inc.
6168. Manassas CVS, Inc.
6169. Manatee Bradenton CVS, L.L.C.
6170. Manayunk Plaza CVS, Inc.
6171. Manchester (N.H.) CVS, Inc.
6172. Manchester CVS, Inc.
6173. Manchester North Main CVS, Inc.
6174. Manhattan CVS, Inc.
6175. Manomet Route 3a CVS, Inc.
6176. Manor Road CVS, Inc.
6177. Mansfield CVS, Inc.
6178. Mansfield Shopping Center CVS, Inc.
6179. Manton Avenue CVS, Inc.
6180. Mantua NJ CVS, L.L.C.
6181. Manville CVS, Inc.
6182. Maple Avenue CVS, Inc.
6183. Maple Avenue NJ CVS, Inc.
6184. Maple Glen CVS, Inc.
6185. Maple Grove MN CVS, L.L.C.
6186. Maplewood CVS, L.L.C.
6187. Marblehead CVS, Inc.
6188. Margate CVS, Inc.
6189. Marguerite Parkway CVS, Inc.
6190. Maricopa CVS, L.L.C.
6191. Marietta CVS, Inc.

6192. Marietta Piedmont CVS, Inc.
6193. Mark Steven CVS, Inc.
6194. Market Street CVS, Inc.
6195. Marlboro CVS, Inc.
6196. Marlboro Village Center CVS, Inc.
6197. Marlborough Mall CVS, Inc.
6198. Marley Station CVS, Inc.
6199. Marlton Crossing CVS, Inc.
6200. Marsh Carrollton CVS, L.P.
6201. Marshalls of Citrus Heights, CA., Inc.
6202. Marshalls of Skokie IL, Inc.
6203. MARSHALLS OF TEMPE, AZ., INC.
6204. Marshfield Ocean CVS, Inc.
6205. Marshfield Webster CVS, Inc.
6206. Martin Health Services, Inc.
6207. Martin Health Services, LLC
6208. Mary Street CVS, Inc.
6209. Maryland CVS Pharmacy, L.L.C.
6210. Maryland Parkway CVS, L.L.C.
6211. Maryland St. Paul CVS, L.L.C.
6212. Mashpee CVS, Inc.
6213. Mason CVS, Inc.
6214. Maspeth NY CVS, L.L.C.
6215. Mass. Ave. and Alwife Brook CVS, Inc.
6216. Mass. Ave. CVS, Inc.
6217. Massachusetts Avenue CVS, L.L.C.
6218. Massachusetts CVS Pharmacy, Inc.
6219. Massachusetts CVS Pharmacy, L.L.C.
6220. Massapequa CVS, Inc.
6221. Mattapan MA CVS, Inc.
6222. Matthews CVS, Inc.
6223. Mattituck CVS, L.L.C.
6224. Mattydale Clinton Stores, Inc.
6225. MaxiCare/HealthAmerica Pennsylvania, Inc.
6226. Maxwell & Tennyson, Inc.
6227. May Street PharmaCare Pharmacy, Inc.
6228. Mayfield Collins CVS, L.P.

6229. Mayfield CVS, Inc.
6230. Maynard CVS, Inc.
6231. MC Diagnostic of Connecticut, P.C.
6232. MC RETAIL CORP.
6233. McCalla CVS, Inc.
6234. McDowell Phoenix CVS, L.L.C.
6235. McKeesport CVS, Inc.
6236. McKinney CVS, L.P.
6237. McNab Tamarac CVS, L.L.C.
6238. McNair Farms CVS, Inc.
6239. Mead Clinton Paine, Inc.
6240. Meadow Glen CVS, Inc.
6241. Meadowbrook Newark CVS, Inc.
6242. Meadville Clinton Stores, Inc.
6243. Med Southwest, Inc.
6244. Med World Acquisition Corp.
6245. Med World Acquisition, LLC
6246. Medco Discount Prescription Center, Inc.
6247. Medfield CVS, Inc.
6248. Medford Downtown CVS, Inc.
6249. Medford High CVS, Inc.
6250. Medford Retailer, Inc.
6251. Medford-Malden CVS, Inc.
6252. Media 452 CVS, Inc.
6253. Media CVS, Inc.
6254. Medical Arts Health Care, Inc.
6255. Medical Arts Health Care, LLC
6256. Medical Arts Pharmacy, Inc.
6257. Medical Center Pharmacies, Inc.
6258. Medical Examinations of New York, P.C.
6259. Medicare Drug Stores, Inc.
6260. Medicity LLC
6261. Medicity, Inc.
6262. Medisav, Inc.
6263. MedPartners Acquisition
6264. MedPartners Aviation, Inc.
6265. MedPartners Physician Services, Inc.
6266. MedPartners Professional Management Corporation
6267. MedPartners, Inc.

6268. MedPartners/Mullikin, Inc.
6269. MedPartners/Talbert Medical Management Corporation
6270. Medway CVS, Inc.
6271. Meeting House Road CVS, Inc.
6272. Melrose CVS, Inc.
6273. Melrose Park CVS, L.L.C.
6274. Melville Equipment Leasing Corp.
6275. Melville Realty Company, Inc.
6276. Melville Realty Management Corporation
6277. MemberHealth LLC
6278. Menifee Meadows Office Park Association
6279. Menlo Park CVS, Inc.
6280. Mental Health Associates, Inc.
6281. Mental Health Associates, Inc. of Lousiana, Inc.
6282. Mental Health Network of New York IPA, Inc.
6283. Merchant Plaza CVS, Inc.
6284. Merger LLC D, L.L.C.
6285. Meridan West Main CVS, Inc.
6286. Meriden CVS, Inc.
6287. Meriden Parkade CVS, Inc.
6288. Meriden Road CVS, Inc.
6289. Meridianville CVS, Inc.
6290. Meritain Health Group, Inc.
6291. Meritain Health, Inc.
6292. Merlen Drug CVS, Inc.
6293. Merrick CVS, Inc.
6294. Merrill University CVS, L.L.C.
6295. Merrimack Street CVS, Inc.
6296. Merritt Island CVS, L.L.C.
6297. Merwin IV & Specialty Pharmacy, LLC
6298. Merwin Long Term Care, Inc.
6299. Merwin Long Term Care, LLC
6300. Merwin Rx-Compounding Pharmacy, LLC
6301. Mesa Brown CVS, L.L.C.
6302. Mesquite CVS, L.P.
6303. Methuen Broadway CVS, Inc.
6304. Methuen CVS, Inc.
6305. Methuen Haverhill CVS, Inc.
6306. Methuen Swan CVS, Inc.
6307. MetraComp, Inc.
6308. Metro Boston CVS, Inc.
6309. MHHP Acquisition Company LLC
6310. MHNet Life and Health Insurance Company
6311. MHNet of Florida, Inc.
6312. MHNet Specialty Services, LLC
6313. Miami 147th CVS, L.L.C.
6314. Miami 2nd Avenue CVS, Inc.
6315. Miami 8th CVS, L.L.C.
6316. Miami Flagler CVS, Inc.
6317. Michigan Chicago CVS, L.L.C.
6318. Michigan CVS, Inc.
6319. Mid Cities Boulevard CVS, L.P.
6320. Middle River CVS, Inc.
6321. Middle Smithfield Township CVS, Inc.
6322. Middleboro CVS, Inc.
6323. Middlesex Lowell CVS, Inc.
6324. Middlesex-Mass. CVS, Inc.
6325. Middletown CVS, Inc.
6326. Middletown Township CVS, Inc.
6327. Middletown Washington CVS, Inc.
6328. Midland Clinton Stores, Inc.
6329. Midland Retailer, Inc.
6330. Midport Port St. Lucie CVS, L.L.C.
6331. Milford Broad St. CVS, Inc.
6332. Milford CVS, Inc.
6333. Milford PharmaCare Pharmacy, Inc.
6334. Milford Plaza CVS, Inc.
6335. Milford Square CVS, Inc.
6336. Military Trail CVS, Inc.
6337. Millbourne CVS, Inc.
6338. Millbury CVS, Inc.
6339. Millbury PharmaCare Pharmacy, Inc.
6340. Millcreek CVS, Inc.
6341. Miller Place CVS, L.L.C.
6342. Millis CVS, Inc.
6343. Mills Ave SEC CVS, L.L.C.

6344. Millville CVS, Inc.

6345. Milton Market Place CVS, Inc.

6346. Milwaukee Chicago CVS, L.L.C.

6347. Mineola Jericho CVS, Inc.

6348. Mineral Spring Ave. CVS, Inc.

6349. Minnesota CVS Pharmacy, L.L.C.

6350. Minor Health Enterprise Co, Ltd.

6351. Mint Hill CVS, Inc.

6352. Minute Clinic Diagnostic of North Carolina, P.C.

6353. MinuteClinic Diagnostic Medical Group of California, Inc.

6354. MinuteClinic Diagnostic Medical Group of Orange County, Inc.

6355. MinuteClinic Diagnostic Medical Group of San Diego, Inc.

6356. MinuteClinic Diagnostic of Alabama, L.L.C.

6357. MinuteClinic Diagnostic of Arizona, LLC

6358. MinuteClinic Diagnostic of Arkansas, LLC

6359. MinuteClinic Diagnostic of Colorado LLC

6360. MinuteClinic Diagnostic of Connecticut, LLC

6361. MinuteClinic Diagnostic of Florida, LLC

6362. MinuteClinic Diagnostic of Georgia, LLC

6363. MinuteClinic Diagnostic of Hawaii, L.L.C.

6364. MinuteClinic Diagnostic of Illinois, LLC

6365. MinuteClinic Diagnostic of Kansas, P.A.

6366. MinuteClinic Diagnostic of Kentucky, L.L.C.

6367. MinuteClinic Diagnostic of Louisiana, L.L.C.

6368. MinuteClinic Diagnostic of Maine, L.L.C.

6369. MinuteClinic Diagnostic of Maryland, LLC

6370. MinuteClinic Diagnostic of Massachusetts, LLC

6371. MinuteClinic Diagnostic of Michigan, P.C.

6372. MinuteClinic Diagnostic of Minnesota, P.A.

6373. MinuteClinic Diagnostic of Nebraska, L.L.C.

6374. MinuteClinic Diagnostic of New Hampshire, L.L.C.

6375. MinuteClinic Diagnostic of New Jersey, LLC

6376. MinuteClinic Diagnostic of New Mexico, L.L.C.

6377. MinuteClinic Diagnostic of Ohio, LLC

6378. MinuteClinic Diagnostic of Oklahoma, LLC

6379. MinuteClinic Diagnostic of Oregon, LLC

6380. MinuteClinic Diagnostic of Pennsylvania, LLC

6381. MinuteClinic Diagnostic of Rhode Island, LLC

6382. MinuteClinic Diagnostic of South Carolina, L.L.C.

6383. MinuteClinic Diagnostic of Tennessee, P.C.

6384. MinuteClinic Diagnostic of Texas, LLC

6385. MinuteClinic Diagnostic of Utah, L.L.C.

6386. MinuteClinic Diagnostic of Virginia, LLC

6387. MinuteClinic Diagnostic of Washington, LLC

6388. MinuteClinic Diagnostic of Washington, PLLC

6389. MinuteClinic Diagnostic of Wisconsin, L.L.C.

6390. MinuteClinic Diagnostic, P.A.

6391. MinuteClinic Diagnostics of Indiana, LLC
6392. MinuteClinic Online Diagnostic Services, LLC
6393. MinuteClinic Online Virtual Care California, P.C.
6394. MinuteClinic Physician Practice of Texas
6395. MinuteClinic Telehealth Services of Texas Association
6396. MinuteClinic Telehealth Services, LLC
6397. MinuteClinic Video Virtual Care California, P.C.
6398. MinuteClinic Video Virtual Care North, LLC
6399. MinuteClinic Video Virtual Care of Kansas, LLC
6400. MinuteClinic Video Virtual Care of NC, PC
6401. MinuteClinic Video Virtual Care of Nevada, PLLC
6402. MinuteClinic Video Virtual Care of Wisconsin, S.C.
6403. MinuteClinic Video Virtual Care, P.C.
6404. MinuteClinic Video Virtual Care, PLLC
6405. MinuteClinic, L.L.C.
6406. MinuteClinic, LLC
6407. Miramar CVS, Inc.
6408. Mission Hills CVS, Inc.
6409. Mission Tremont CVS, Inc.
6410. Mission Valley CVS, Inc.
6411. Mission Viejo CVS, Inc.
6412. Mississippi CVS Pharmacy, L.L.C.
6413. Missouri Care, Incorporated
6414. Missouri City CVS, L.P.
6415. Missouri CVS Pharmacy, L.L.C.
6416. MLK Tampa CVS, L.L.C.
6417. Mobile AL CVS, Inc.
6418. Mogadore CVS, Inc.
6419. Mohawk Avenue CVS Store, Inc.

6420. Mohegan Lake CVS, L.L.C.
6421. Mokena CVS, L.L.C.
6422. Monroe CVS, Inc.
6423. Monroe NJ CVS, L.L.C.
6424. Monroe NY CVS, L.L.C.
6425. Monroe Prospect CVS, Inc.
6426. Montana CVS Pharmacy, L.L.C.
6427. Montclair CVS, Inc.
6428. Montebello CVS, Inc.
6429. Montevallo AL CVS, Inc.
6430. Montgomery AL CVS, Inc.
6431. Montgomery Sq. CVS, Inc.
6432. Montrose Chicago CVS, L.L.C.
6433. Montrose Houston CVS, L.P.
6434. Montvale Center CVS, Inc.
6435. Montvale Woburn CVS, Inc.
6436. Moorestown Mall CVS, Inc.
6437. Moorestown NJ Bob's, Inc.
6438. Moorestown West Main CVS, Inc.
6439. Moorpark CVS, Inc.
6440. Morewood Drive CVS, Inc.
6441. Morris Daytona CVS, L.L.C.
6442. Morrisville CVS, Inc.
6443. Morrow CVS, Inc.
6444. Morton Fry CVS, L.P.
6445. Mounds View MN CVS, L.L.C.
6446. Mount Carmel Plaza CVS, Inc.
6447. Mount Dora CVS, L.L.C.
6448. Mountain Avenue CVS, Inc.
6449. Mountain Brook CVS, Inc.
6450. Mountain Grove Investment Group LLC
6451. Mountain Medical Affiliates, Inc.
6452. Mountain Middlesex CVS, Inc.
6453. Movietown Plaza CVS, Inc.
6454. MP Receivables Company
6455. MRC Henderson Devco, Inc.
6456. MRC Manchester Devco, Inc.
6457. MRC Staten Island Devco, Inc.
6458. MRC Westbury Devco, Inc.
6459. MRC Woodlands Devco, Inc.
6460. Mt. Holly CVS, Inc.
6461. Mt. Joy CVS, Inc.

6462. Mt. Morris CVS, Inc.
6463. Mt. Pleasant CVS, Inc.
6464. Mt. Prospect CVS, L.L.C.
6465. Mundelein CVS, L.L.C.
6466. Murray CVS, Inc.
6467. Myrtle Beach CVS, Inc.
6468. N. Bayshore CVS, L.L.C.
6469. N. Sepulveda CVS, L.L.C.
6470. Nahatan Street CVS, Inc.
6471. Nanes Houston CVS, L.P.
6472. Nanuet Retailer, Inc.
6473. Naperville CVS, L.L.C.
6474. Naples CVS, L.L.C.
6475. Naples US 41 CVS, L.L.C.
6476. Nashua CVS, Inc.
6477. Nashua Hollis CVS, Inc.
6478. Nashville CVS, L.L.C.
6479. Natick Mall CVS, Inc.
6480. Natick Retailer, Inc.
6481. Natick Routes 9 and 27 CVS, Inc.
6482. National Motor Club Life & Accident Insurance Company
6483. Naugatuck Bridge St. CVS, Inc.
6484. Naugatuck CVS, Inc.
6485. Navarro Discount Pharmacies No. 1, Inc. (for assets / pharmacies acquired by CVS)
6486. Navarro Discount Pharmacies No. 1, LLC (for assets / pharmacies acquired by CVS)
6487. Navarro Discount Pharmacies No. 10, Inc. (for assets / pharmacies acquired by CVS)
6488. Navarro Discount Pharmacies No. 10, LLC (for assets / pharmacies acquired by CVS)
6489. Navarro Discount Pharmacies No. 11, Inc. (for assets / pharmacies acquired by CVS)
6490. Navarro Discount Pharmacies No. 11, LLC (for assets / pharmacies acquired by CVS)

6491. Navarro Discount Pharmacies No. 12, Inc. (for assets / pharmacies acquired by CVS)
6492. Navarro Discount Pharmacies No. 12, LLC (for assets / pharmacies acquired by CVS)
6493. Navarro Discount Pharmacies No. 13, Inc. (for assets / pharmacies acquired by CVS)
6494. Navarro Discount Pharmacies No. 13, LLC (for assets / pharmacies acquired by CVS)
6495. Navarro Discount Pharmacies No. 14, Inc. (for assets / pharmacies acquired by CVS)
6496. Navarro Discount Pharmacies No. 14, LLC (for assets / pharmacies acquired by CVS)
6497. Navarro Discount Pharmacies No. 15, Inc. (for assets / pharmacies acquired by CVS)
6498. Navarro Discount Pharmacies No. 15, LLC (for assets / pharmacies acquired by CVS)
6499. Navarro Discount Pharmacies No. 16, Inc. (for assets / pharmacies acquired by CVS)
6500. Navarro Discount Pharmacies No. 16, LLC (for assets / pharmacies acquired by CVS)
6501. Navarro Discount Pharmacies No. 17, Inc. (for assets / pharmacies acquired by CVS)
6502. Navarro Discount Pharmacies No. 17, LLC (for assets / pharmacies acquired by CVS)
6503. Navarro Discount Pharmacies No. 18, Inc. (for assets / pharmacies acquired by CVS)
6504. Navarro Discount Pharmacies No. 18, LLC (for assets / pharmacies acquired by CVS)

6505.  Navarro Discount Pharmacies No. 19, Inc. (for assets / pharmacies acquired by CVS)

6506.  Navarro Discount Pharmacies No. 19, LLC (for assets / pharmacies acquired by CVS)

6507.  Navarro Discount Pharmacies No. 2, Inc. (for assets / pharmacies acquired by CVS)

6508.  Navarro Discount Pharmacies No. 2, LLC (for assets / pharmacies acquired by CVS)

6509.  Navarro Discount Pharmacies No. 20, Inc. (for assets / pharmacies acquired by CVS)

6510.  Navarro Discount Pharmacies No. 20, LLC (for assets / pharmacies acquired by CVS)

6511.  Navarro Discount Pharmacies No. 21, Inc. (for assets / pharmacies acquired by CVS)

6512.  Navarro Discount Pharmacies No. 21, LLC (for assets / pharmacies acquired by CVS)

6513.  Navarro Discount Pharmacies No. 22, Inc. (for assets / pharmacies acquired by CVS)

6514.  Navarro Discount Pharmacies No. 22, LLC (for assets / pharmacies acquired by CVS)

6515.  Navarro Discount Pharmacies No. 23, Inc. (for assets / pharmacies acquired by CVS)

6516.  Navarro Discount Pharmacies No. 23, LLC (for assets / pharmacies acquired by CVS)

6517.  Navarro Discount Pharmacies No. 24, Inc. (for assets / pharmacies acquired by CVS)

6518.  Navarro Discount Pharmacies No. 24, LLC (for assets / pharmacies acquired by CVS)

6519.  Navarro Discount Pharmacies No. 25, Inc.  (for assets / pharmacies acquired by CVS)

6520.  Navarro Discount Pharmacies No. 25, LLC (for assets / pharmacies acquired by CVS)

6521.  Navarro Discount Pharmacies No. 26, Inc. (for assets / pharmacies acquired by CVS)

6522.  Navarro Discount Pharmacies No. 26, LLC (for assets / pharmacies acquired by CVS)

6523.  Navarro Discount Pharmacies No. 27, Inc. (for assets / pharmacies acquired by CVS)

6524.  Navarro Discount Pharmacies No. 27, LLC (for assets / pharmacies acquired by CVS)

6525.  Navarro Discount Pharmacies No. 28, Inc. (for assets / pharmacies acquired by CVS)

6526.  Navarro Discount Pharmacies No. 28, LLC (for assets / pharmacies acquired by CVS)

6527.  Navarro Discount Pharmacies No. 29, Inc. (for assets / pharmacies acquired by CVS)

6528.  Navarro Discount Pharmacies No. 29, LLC (for assets / pharmacies acquired by CVS)

6529.  Navarro Discount Pharmacies No. 3, Inc. (for assets / pharmacies acquired by CVS)

6530.  Navarro Discount Pharmacies No. 3, LLC (for assets / pharmacies acquired by CVS)

6531.  Navarro Discount Pharmacies No. 30, Inc. (for assets / pharmacies acquired by CVS)

6532.  Navarro Discount Pharmacies No. 30, LLC (for assets / pharmacies acquired by CVS)

6533. Navarro Discount Pharmacies No. 31, Inc. (for assets / pharmacies acquired by CVS)

6534. Navarro Discount Pharmacies No. 31, LLC (for assets / pharmacies acquired by CVS)

6535. Navarro Discount Pharmacies No. 32, Inc. (for assets / pharmacies acquired by CVS)

6536. Navarro Discount Pharmacies No. 32, LLC (for assets / pharmacies acquired by CVS)

6537. Navarro Discount Pharmacies No. 33, Inc. (for assets / pharmacies acquired by CVS)

6538. Navarro Discount Pharmacies No. 33, LLC (for assets / pharmacies acquired by CVS)

6539. Navarro Discount Pharmacies No. 34, Inc. (for assets / pharmacies acquired by CVS)

6540. Navarro Discount Pharmacies No. 34, LLC (for assets / pharmacies acquired by CVS)

6541. Navarro Discount Pharmacies No. 35, Inc. (for assets / pharmacies acquired by CVS)

6542. Navarro Discount Pharmacies No. 35, LLC (for assets / pharmacies acquired by CVS)

6543. Navarro Discount Pharmacies No. 36, Inc. (for assets / pharmacies acquired by CVS)

6544. Navarro Discount Pharmacies No. 36, LLC (for assets / pharmacies acquired by CVS)

6545. Navarro Discount Pharmacies No. 37, Inc. (for assets / pharmacies acquired by CVS)

6546. Navarro Discount Pharmacies No. 37, LLC (for assets / pharmacies acquired by CVS)

6547. Navarro Discount Pharmacies No. 38, Inc. (for assets / pharmacies acquired by CVS)

6548. Navarro Discount Pharmacies No. 38, LLC (for assets / pharmacies acquired by CVS)

6549. Navarro Discount Pharmacies No. 4, Inc. (for assets / pharmacies acquired by CVS)

6550. Navarro Discount Pharmacies No. 4, LLC (for assets / pharmacies acquired by CVS)

6551. Navarro Discount Pharmacies No. 5, Inc. (for assets / pharmacies acquired by CVS)

6552. Navarro Discount Pharmacies No. 5, LLC (for assets / pharmacies acquired by CVS)

6553. Navarro Discount Pharmacies No. 6, Inc. (for assets / pharmacies acquired by CVS)

6554. Navarro Discount Pharmacies No. 6, LLC (for assets / pharmacies acquired by CVS)

6555. Navarro Discount Pharmacies No. 7, Inc. (for assets / pharmacies acquired by CVS)

6556. Navarro Discount Pharmacies No. 7, LLC (for assets / pharmacies acquired by CVS)

6557. Navarro Discount Pharmacies No. 8, Inc. (for assets / pharmacies acquired by CVS)

6558. Navarro Discount Pharmacies No. 8, LLC (for assets / pharmacies acquired by CVS)

6559. Navarro Discount Pharmacies No. 9, Inc. (for assets / pharmacies acquired by CVS)

6560. Navarro Discount Pharmacies No. 9, LLC (for assets / pharmacies acquired by CVS)

6561. Navarro Discount Pharmacies, Inc. (for assets / pharmacies acquired by CVS)
6562. Navarro Discount Pharmacies, LLC (for assets / pharmacies acquired by CVS)
6563. NCS Healthcare of Illinois, LLC
6564. NCS Healthcare of Indiana LLC
6565. NCS Healthcare of Indiana, Inc.
6566. NCS Healthcare of Iowa, LLC
6567. NCS Healthcare of Kansas, LLC
6568. NCS Healthcare of Kentucky, Inc.
6569. NCS Healthcare of Kentucky, LLC
6570. NCS Healthcare of Montana, Inc.
6571. NCS Healthcare of Montana, LLC
6572. NCS Healthcare of New Hampshire, Inc.
6573. NCS Healthcare of New Mexico, Inc.
6574. NCS Healthcare of New Mexico, LLC
6575. NCS Healthcare of Ohio, LLC
6576. NCS Healthcare of South Carolina, Inc.
6577. NCS Healthcare of South Carolina, LLC
6578. NCS Healthcare of Tennessee, Inc.
6579. NCS Healthcare of Tennessee, LLC
6580. NCS Healthcare of Washington, Inc.
6581. NCS Healthcare of Wisconsin, LLC
6582. NCS Healthcare, LLC
6583. NCS Services, Inc.
6584. NCSC Acquisition Sub, LLC
6585. NCSH Acquisition Sub, LLC
6586. Nebraska CVS Pharmacy, L.L.C.
6587. NEC Long Beach CVS, L.L.C.
6588. NEC Main CVS, Inc.
6589. NEC Montgomery CVS, L.L.C.
6590. NEC Washington CVS, L.L.C.
6591. Neck Burlington CVS, Inc.
6592. Needham Center CVS, Inc.
6593. Needham CVS, Inc.
6594. Needham St.-Newton CVS, Inc.
6595. NeighborCare Holdings, Inc.
6596. NeighborCare of Indiana, LLC
6597. NeighborCare of New Hampshire, L.L.C.
6598. NeighborCare of Virginia, LLC
6599. NeighborCare Pharmacies, LLC
6600. NeighborCare Pharmacy of Virginia, LLC
6601. NeighborCare Pharmacy Services, Inc.
6602. NeighborCare Pharmacy Services, LLC
6603. NeighborCare Repackaging, Inc.
6604. NeighborCare Services Corporation
6605. NeighborCare, Inc.
6606. NeighborCare-TCI, LLC
6607. Nelson Lake Charles CVS, Inc.
6608. Neshaminy PA CVS, Inc.
6609. Nevada CVS Pharmacy, L.L.C.
6610. Nevada Street CVS, Inc.
6611. New Albany CVS, Inc.
6612. New Britain CVS, Inc.
6613. New Britain Township CVS, Inc.
6614. New Brunswick CVS, Inc.
6615. New Canaan CVS, Inc.
6616. New City CVS, L.L.C.
6617. New Garden CVS, Inc.
6618. New Haven Crown CVS, Inc.
6619. New Haven Melbourne CVS, L.L.C.
6620. New Hope MN CVS, L.L.C.
6621. New Hope Street CVS, Inc.
6622. New Jersey Avenue CVS, L.L.C.
6623. New Jersey CVS Pharmacy, L.L.C.
6624. New Lenox CVS, L.L.C.
6625. New London Ocean Avenue CVS, Inc.
6626. New London Retailer, Inc.
6627. New London Turnpike CVS, Inc.
6628. New Orleans LA CVS, Inc.
6629. New Port Richey CVS, L.L.C.
6630. New Providence CVS, Inc.

6631. New Windsor CVS, Inc.
6632. New York CVS Pharmacy, L.L.C.
6633. New York First Avenue CVS, Inc.
6634. New York Life and Health Insurance Company
6635. New York Life/Sanus Health Plan, Inc.
6636. NEW YORNYHT ACQUISITION, INC.
6637. Newark Delaware CVS, Inc.
6638. Newark East Main CVS, Inc.
6639. Newark Ohio CVS, Inc.
6640. Newark ProCare Pharmacy, Inc.
6641. Newbury Street CVS, Inc.
6642. Newburyport CVS, Inc.
6643. Newington Avenue CVS, Inc.
6644. Newington Cedar CVS, Inc.
6645. Newington CVS, Inc.
6646. Newman Ave. CVS, Inc.
6647. Newnan CVS, Inc.
6648. Newnan Fayetteville CVS, Inc.
6649. Newport CVS, Inc.
6650. Newton Center St. CVS, Inc.
6651. Newton Watertown CVS, Inc.
6652. Newtonville CVS, Inc.
6653. Newtown CVS, Inc.
6654. NH Acquisition Sub, LLC
6655. Niagara Re, Inc.
6656. Nicollet Richfield CVS, L.L.C.
6657. Nihan & Martin LLC
6658. Niles Clinton Stores, Inc.
6659. Niles CVS, Inc.
6660. Niles CVS, L.L.C.
6661. Niles IL CVS, L.L.C.
6662. Niskayuna CVS Store, Inc.
6663. NIV Acquisition, LLC
6664. No. Dartmouth State Rd. CVS, Inc.
6665. Nockamixon CVS, Inc.
6666. Norfolk CVS, Inc.
6667. Norristown CVS, Inc.
6668. North Adams CVS, Inc.
6669. North American Health Plan, Inc.
6670. North Andover CVS, Inc.

6671. North Attleboro CVS, Inc.
6672. North Aurora CVS, L.L.C.
6673. North Boston Pharmacy, Inc.
6674. North Brunswick CVS, L.L.C.
6675. North Carolina Acquisition Corp.
6676. North Carolina CVS Pharmacy, L.L.C.
6677. North Charleston SC CVS, Inc.
6678. North Fort Myers CVS, L.L.C.
6679. North Grace Lombard CVS, L.L.C.
6680. North Haven CVS, Inc.
6681. North Kent CVS, Inc.
6682. North Las Vegas CVS, L.L.C.
6683. North Lindenhurst CVS, Inc.
6684. North Miami ProCare Pharmacy, Inc.
6685. North Naples CVS, L.L.C.
6686. North New Rochelle CVS, L.L.C.
6687. North Olmstead OH CVS, Inc.
6688. North Reading CVS, Inc.
6689. North Shore Pharmacy Services LLC
6690. North Syracuse CVS Store, Inc.
6691. North Towne Sq. CVS, Inc.
6692. Northampton (Mass.) CVS, Inc.
6693. Northampton Main Street CVS, Inc.
6694. Northborough CVS, Inc.
6695. Northbrook IL CVS, L.L.C.
6696. Northeast Philadelphia CVS, Inc.
6697. Northern Jackson Heights CVS, L.L.C.
6698. Northlake Palm Beach CVS, L.L.C.
6699. Northland CVS, Inc.
6700. Northridge Nordhoff CVS, Inc.
6701. Northville Sheldon CVS, L.L.C.
6702. Northville Township CVS, Inc.
6703. Northwest Highway CVS, L.L.C.
6704. Northwest K Street CVS, Inc.
6705. Northwest M Street CVS, L.L.C.
6706. Norton CVS, Inc.
6707. Norton Mansfield St. CVS, Inc.
6708. Norton Primary (Americas) Limited
6709. Norwalk Broad Street CVS, Inc.

6710. Norwalk Square CVS, Inc.

6711. Norwich Main Street CVS, Inc.

6712. Norwood Avenue CVS, L.L.C.

6713. Norwood CVS, Inc.

6714. Nostrand Brooklyn CVS, L.L.C.

6715. Nostrand CVS, L.L.C.

6716. Notre Dame CVS, Inc.

6717. Nottingham PA CVS, Inc.

6718. Novo Innovations, LLC

6719. NovoLogix, Inc.

6720. NovoLogix, LLC

6721. NS Acquisition Sub, LLC

6722. NSPS Acquisition Sub, LLC

6723. Nutmeg CVS, L.L.C.

6724. Nutmeg Life Insurance Company

6725. NWC 63rd Chicago CVS, L.L.C.

6726. NWC 80th Minneapolis CVS, L.L.C.

6727. NWC CVS, Inc

6728. NWC Frank Lloyd Wright CVS, L.L.C.

6729. NWC Northdale CVS, L.L.C.

6730. NWC Rte. 59 CVS, L.L.C.

6731. NY Lexington CVS, L.L.C.

6732. Nyack CVS, L.L.C.

6733. NYLCare Dental Plans of the Southwest, Inc.

6734. NYLCare Health Plans Northwest, Inc.

6735. NYLCare Health Plans of Connecticut, Inc.

6736. NYLCare Health Plans of Maine, Inc.

6737. NYLCare Health Plans of New Jersey, Inc.

6738. NYLCare Health Plans of New York, Inc.

6739. NYLCare Health Plans of Pennsylvania, Inc.

6740. NYLCare Health Plans of the Mid-Atlantic, Inc.

6741. NYLCare Health Plans of the Midwest, Inc.

6742. NYLCare Health Plans, Inc.

6743. NYLCare Health Plans, LLC

6744. NYLCare of New England, Inc.

6745. NYLCare of Texas, Inc.

6746. NYLCare Plus, Inc.

6747. NYLCare Preferred Services, Inc.

6748. Oak Lane CVS, Inc.

6749. Oak Park CVS, L.L.C.

6750. Oak Ridge CVS, L.L.C.

6751. Oak Ridge NC CVS, Inc.

6752. Oak Ridge Orlando CVS, L.L.C.

6753. Oaklawn Ave., Cranston CVS, Inc.

6754. Oaklyn CVS, Inc.

6755. Oakton Niles CVS, L.L.C.

6756. Oakwood CVS, Inc.

6757. Ocala CVS, L.L.C.

6758. Ocean Acquisition Sub, L.L.C.

6759. Ocean City MD CVS, L.L.C.

6760. Ocean County CVS, Inc.

6761. Ocean View Plaza CVS, Inc.

6762. Ocoee FL CVS, L.L.C.

6763. OCR Services Corporation

6764. OCR Services, LLC

6765. OCR-RA Acquisition, LLC

6766. Odd Lot Parent Corporation

6767. Odd Lot Trading, Inc.

6768. Oger Park CVS, L.L.C.

6769. Ohio CVS Pharmacy, L.L.C.

6770. Ohio CVS Stores, L.L.C.

6771. Ohio Primary Care Associates, P.C.

6772. Oklahoma CVS Pharmacy, L.L.C.

6773. Olathe 119th CVS, Inc.

6774. Olathe Ridgeview CVS, Inc.

6775. Old Buncombe Road CVS, Inc.

6776. Old Country CVS, Inc.

6777. Old Cutler Miami CVS, L.L.C.

6778. Old Greenwich CVS, Inc.

6779. Old Hickory CVS, Inc.

6780. Old Maple CVS, Inc.

6781. Old National CVS, Inc.

6782. Old Richmond Sugar Land CVS, L.P.

6783. Old Saybrook CVS, Inc.

6784. Old Tappan CVS, Inc.
6785. Old Winter Orlando CVS, L.L.C.
6786. Olean Center CVS Store, Inc.
6787. Olean Clinton Stores, Inc.
6788. Olive Glendale CVS, L.L.C.
6789. Olympia Fields CVS, L.L.C.
6790. Olympia Way CVS, L.L.C.
6791. Omaha Financial Life Insurance Company
6792. Omnicare Air Transport Services, Inc.
6793. Omnicare Canadian Holdings, Inc.
6794. Omnicare Distribution Center LLC
6795. Omnicare ESC LLC
6796. Omnicare Foundation
6797. Omnicare Headquarters LLC
6798. OmniCare Health Plan, Inc.
6799. Omnicare Holding Company
6800. Omnicare Indiana Partnership Holding Company LLC
6801. Omnicare Management Company
6802. Omnicare of Nevada, LLC
6803. Omnicare of New York, LLC
6804. Omnicare Pharmacies of Pennsylvania East LLC
6805. Omnicare Pharmacies of Pennsylvania West LLC
6806. Omnicare Pharmacies of The Great Plains Holding Company
6807. Omnicare Pharmacies of the Great Plains Holding Company, LLC
6808. Omnicare Pharmacy and Supply Services LLC
6809. Omnicare Pharmacy of Florida, LLC
6810. Omnicare Pharmacy of Florida, LP
6811. Omnicare Pharmacy of Maine LLC
6812. Omnicare Pharmacy of Nebraska, LLC
6813. Omnicare Pharmacy of North Carolina, LLC
6814. Omnicare Pharmacy of Pueblo, LLC
6815. Omnicare Pharmacy of Tennessee, LLC
6816. Omnicare Pharmacy of Texas 1, LP
6817. Omnicare Pharmacy of Texas 2, LP
6818. Omnicare Pharmacy of the Midwest, LLC
6819. Omnicare Property Management, LLC
6820. Omnicare Purchasing Company General Partner, Inc.
6821. Omnicare Purchasing Company Limited Partner, Inc.
6822. Omnicare Purchasing Company LP
6823. Omnicare Resources, LLC
6824. Omnicare SCG, INC.
6825. Omnicare Senior Health Outcomes, LLC
6826. Omnicare, Inc.
6827. Omnicare, LLC
6828. One Liberty Plaza Holdings, Inc.
6829. Oneonta Clinton Stores, Inc.
6830. Onondaga County CVS, Inc.
6831. Ontario CVS, Inc.
6832. OPGP Acquisition Sub, LLC
6833. OPM Acquisition Sub, LLC
6834. OPSS Acquisition Sub, LLC
6835. Orange Blossom CVS, Inc.
6836. Orange Central CVS, Inc.
6837. Orange City CVS, L.L.C.
6838. Orange Coast CVS, Inc.
6839. Orange CVS, Inc.
6840. Orange Winter Park CVS, L.L.C.
6841. Orange-Derby CVS, Inc.
6842. Orangethorpe CVS, L.L.C.
6843. Oregon Avenue CVS, Inc.
6844. Oregon CVS Pharmacy, L.L.C.
6845. Orland Hills CVS, L.L.C.
6846. Orland Park CVS, L.L.C.
6847. Orleans CVS, Inc.
6848. Orleans West Rd. CVS, Inc.
6849. Ormond Beach CVS, L.L.C.
6850. Owings Mills CVS, Inc.
6851. Oxford Casselberry CVS, L.L.C.

6852.   Oxford CVS, Inc.
6853.   Oxford Valley CVS, Inc.
6854.   Oxford Valley, PA Bob's, Inc.
6855.   Oyster Bay Kay-Bee Toy, Inc.
6856.   P Street CVS, Inc.
6857.   PA CVS, Inc.
6858.   Pacific Coast Lomita CVS, L.L.C.
6859.   Pacific Long Beach CVS, L.P.
6860.   PacifiCare of Utah, Inc.
6861.   Palm Ave CVS, L.L.C.
6862.   Palm Beach CVS, Inc.
6863.   Palm Beach Gardens CVS, L.L.C.
6864.   Palm Beach Military CVS, L.L.C.
6865.   Palm Harbor CVS, Inc.
6866.   Palmdale Rancho CVS, L.L.C.
6867.   Palmer Thorndike CVS, Inc.
6868.   Palos Heights CVS, L.L.C.
6869.   Pamplona Saúde e Beleza LTDA
6870.   Panorama City CVS, L.P.
6871.   Panorama CVS Store, Inc.
6872.   Panorama CVS, Inc.
6873.   Paoli, PA., CVS, Inc.
6874.   Paramus Park CVS, Inc.
6875.   Parekh MinuteClinic of Nevada,
         P.C.
6876.   Paris CVS, Inc.
6877.   Park Avenue South CVS, Inc.
6878.   Park Boulevard CVS, Inc.
6879.   Park Charlotte CVS, Inc.
6880.   Park City CVS, Inc.
6881.   Park City Retailer, Inc.
6882.   Park Los Rios Plano CVS, L.L.C.
6883.   Park Place CVS, Inc.
6884.   Park Plaza CVS, Inc.
6885.   Park Street CVS, Inc.
6886.   Parker Plano CVS, L.P.
6887.   Parker Street CVS, Inc.
6888.   Parkersburg CVS, Inc.
6889.   Parkhill CVS, Inc.
6890.   Parkwin Bald CVS, L.L.C.
6891.   Parkwood Circle CVS, Inc.
6892.   Parmer Dessau CVS, L.L.C.
6893.   Parsonage CVS, Inc.

6894.   Part D Holding Company, L.L.C.
6895.   Part D Management Services, LLC
6896.   PARTNERS Health Plan of
         California
6897.   PARTNERS Health Plan of Florida,
         Inc.
6898.   PARTNERS Health Plan of
         Louisiana, Inc.
6899.   PARTNERS Health Plan of
         Northern Ohio, Inc.
6900.   PARTNERS Health Plan of
         Southern California
6901.   PARTNERS Health Plan of
         Southern New England, Inc.
6902.   PARTNERS Joint Acquisition
         Company, Inc.
6903.   Pasadena CVS, Inc.
6904.   Pasadena CVS, L.P.
6905.   Pasadena Foothill CVS, L.L.C.
6906.   Passyunk Ave. (Phila.) CVS, Inc.
6907.   Pataskala CVS, L.L.C.
6908.   Paterson CVS, Inc.
6909.   Patriot Square CVS, Inc.
6910.   Paulsboro CVS, Inc.
6911.   Pavilion Boulevard CVS, Inc.
6912.   Pawtucket CVS, Inc.
6913.   Pawtucket Plaza CVS, Inc.
6914.   Pawtucket Retailer, Inc.
6915.   Paxton Square CVS, Inc.
6916.   PayFlex Holdings, Inc.
6917.   PayFlex Systems USA, Inc.
6918.   PCS Mail Services of Birmingham,
         Inc.
6919.   PE Holdings, LLC
6920.   Peabody Lowell CVS, Inc.
6921.   Peabody Lynnfield CVS, Inc.
6922.   Peachtree CVS, Inc.
6923.   Pearland CVS, L.P.
6924.   Pecos Gilbert CVS, L.L.C.
6925.   Pelham Manor CVS, Inc.
6926.   Pembroke Center St. CVS, Inc.
6927.   Pembroke Pines CVS, Inc.
6928.   Penn - Daw CVS, Inc.

6929. Penn - Daw Peoples, Inc.
6930. Penn Group Health Plan, Inc.
6931. Penn-Can CVS Store, Inc.
6932. Pennsauken CVS, Inc.
6933. Pennsburg CVS, Inc.
6934. Pennsylvania Ave. CVS, Inc.
6935. Pennsylvania Ave. Peoples, Inc.
6936. Pennsylvania Avenue CVS, Inc.
6937. Pennsylvania Avenue ProCare, Inc.
6938. Pennsylvania Binghamton CVS, L.L.C.
6939. Pennsylvania CVS Pharmacy, L.L.C.
6940. Pennsylvania Life Insurance Company
6941. Pennsylvania LIfe, Health & Accident Insurance Company
6942. Pennsylvania-HealthCare USA, Inc.
6943. Peoples Drug Stores
6944. Peoples Drug Stores, Inc.
6945. Peoples Drug Stores, Incorporated
6946. Peoples of East Moline, Inc.
6947. Peoples Prescription Center, Inc.,
6948. Peoples Service Drug
6949. Peoples Service Drug Stores
6950. Peoples Service Drug Stores, Inc.
6951. Peoria AZ CVS, L.L.C.
6952. Peppertree Plaza CVS, Inc.
6953. Pequannock CVS, Inc.
6954. Performax, Inc.
6955. Perry Hall CVS, L.L.C.
6956. Perry Highway CVS, Inc.
6957. Pershing Drive CVS, Inc.
6958. PersonalCare Insurance of Illinois, Inc.
6959. Pfafftown CVS, Inc.
6960. Pharm Plus Acquisition, Inc.
6961. PharmaCare Captive RE, Ltd.
6962. PharmaCare Direct, L.L.C.
6963. PharmaCare Government Services, Inc.
6964. PharmaCare Healthcare Distributors, L.L.C.

6965. PharmaCare Holding Corporation
6966. Pharmacare Management Services, L.L.C.
6967. PharmaCare Pharmacy LA, L.L.C.
6968. PharmaCare Pharmacy, Inc.
6969. PharmaCare Pharmacy, L.L.C.
6970. PharmaCare Puerto Rico Specialty Pharmacy Holding, L.L.C.
6971. PharmaCare Puerto Rico Specialty Pharmacy, L.L.C.
6972. PharmaCare Specialty Healthcare Distributors, L.L.C.
6973. PharmaCare Support Services, L.L.C.
6974. PharmaCon Corp.
6975. Pharmacy Advisory Company
6976. Pharmacy Associates of Glens Falls, Inc.
6977. Pharmacy Associates of Glens Falls, LLC
6978. Pharmacy Consultants, LLC
6979. Pharmacy Holding #1, LLC
6980. Pharmacy Holding #2, LLC
6981. Pharmasource Healthcare, Inc.
6982. Pharm-Corp of Maine LLC
6983. Pharmed Holdings, Inc.
6984. Pharmed Holdings, LLC
6985. Pharmore Drugs, LLC
6986. Pharmore, Inc.
6987. Pharmore, LLC
6988. Pheasant Nashua CVS, Inc.
6989. PHG Aces Acquisition, LLC
6990. PHG Acquisition Corp.
6991. PHG Mystery Acquisition, LLC
6992. Phila Sun CVS, Inc.
6993. Philadelphia Broad CVS, Inc.
6994. Philadelphia Foxchase CVS, Inc.
6995. Philadelphia Frankford CVS, Inc.
6996. Philadelphia Gallery CVS, Inc.
6997. Philadelphia Harbison CVS, Inc.
6998. Philadelphia PA CVS, Inc.
6999. Philadelphia ProCare, Inc.
7000. Philadelphia Roosevelt CVS, Inc.

7001.   Philadelphia South Street CVS, Inc.
7002.   Philadelphia, PA Bob's, Inc.
7003.   Phillips CVS, Inc.
7004.   Phillipsburg CVS, Inc.
7005.   Philly Broad Street CVS, Inc.
7006.   Phoenix Data Center Hosting Services LLC
7007.   Phoenix Data Solutions LLC
7008.   Phoenix Glendale CVS, L.L.C.
7009.   Phoenixville PA CVS, Inc.
7010.   PHPSNE Parent Corporation
7011.   Physician Choice Health Plan
7012.   Physicians Health Plan of Delaware, LTD.
7013.   Physicians Health Plan of Florida, Inc.
7014.   Physicians Hospital Management Corporation
7015.   Pico Rivera CVS, Inc.
7016.   Pigeon Forge TN CVS, Inc.
7017.   Pinal County AZ CVS, L.L.C.
7018.   Pine Ocala CVS, L.L.C.
7019.   Pinecrest CVS, Inc.
7020.   Pinellas Park CVS, Inc.
7021.   Pinnacle Peak Peoria CVS, L.L.C.
7022.   Pio Nono Avenue CVS, Inc.
7023.   Pioneer Parkway CVS, L.P.
7024.   Piper Glen CVS, Inc.
7025.   Pittsburgh Fifth Avenue CVS, Inc.
7026.   Pittsfield CVS, Inc.
7027.   Pittsfield Retailer, Inc.
7028.   Pittston CVS, Inc.
7029.   Placentia CVS, Inc.
7030.   Plain CVS, Inc.
7031.   Plainfield CVS, Inc.
7032.   Plainfield Distribution Center, Inc.
7033.   Plainfield IL CVS, L.L.C.
7034.   Plainfield-Seventh St. CVS, Inc.
7035.   Plainview TX CVS, L.L.C.
7036.   Plainville East CVS, Inc.
7037.   Plano CVS, L.P.
7038.   Plantation CVS, L.L.C.

7039.   Plantation Street PharmaCare Pharmacy, Inc.
7040.   Plaza Boulevard CVS, Inc.
7041.   Plaza Retailer, Inc.
7042.   Pleasant Fall River CVS, Inc.
7043.   Pleasant Ridge CVS, L.P.
7044.   Pleasant Street CVS, Inc.
7045.   Pleasantville CVS, L.L.C.
7046.   Plumstead CVS, Inc.
7047.   Plymouth CVS, Inc.
7048.   Plymouth Meeting CVS, Inc.
7049.   Plymouth MN CVS, L.L.C.
7050.   Plymouth Route 44 CVS, Inc.
7051.   PMRP Acquisition Company, LLC
7052.   Poinciana FL CVS, L.L.C.
7053.   Port Chester CVS, L.L.C.
7054.   Port Huron Clinton Discount Stores, Inc.
7055.   Port Huron CVS, Inc.
7056.   Port Orange Realty Services, L.L.C.
7057.   Port Richmond CVS, Inc.
7058.   Port Washington CVS, Inc.
7059.   Portage CVS, Inc.
7060.   Porter Square CVS, Inc.
7061.   Porters Pass CVS, Inc.
7062.   Portsmouth CVS, Inc.
7063.   Post Office Square CVS, Inc.
7064.   Pottstown High Street CVS, Inc.
7065.   Poughkeepsie CVS, L.L.C.
7066.   Powell OH CVS, Inc.
7067.   PP Acquisition Company, LLC
7068.   PPOM, L.L.C.
7069.   Prairieville LA CVS, Inc.
7070.   Precision Benefit Services, Inc.
7071.   President-Quincy CVS, Inc.
7072.   Preston Beltline CVS, L.P.
7073.   Preston Center CVS, L.P.
7074.   Preston Plano CVS, L.P.
7075.   Primary Healthcare Asia Limited
7076.   Primary Holdings, Inc.
7077.   Primary Investments, Inc
7078.   Prime Net, Inc.

7079. Prince George's Health Services Foundation Plan, Inc.

7080. Princeton NJ CVS, L.L.C.

7081. Principal Health Care of Delaware, Inc.

7082. Principal Health Care of Georgia, Inc.

7083. Principal Health Care of Iowa, Inc.

7084. Principal Health Care of Kansas City, Inc

7085. Principal Health Care of Louisiana, Inc.

7086. Principal Health Care of Nebraska, Inc.

7087. Principal Health Care of Pennsylvania, Inc.

7088. PRN Pharmaceutical Services, LP

7089. ProCare 3159 General, Inc.

7090. ProCare 4268 Yankee, L.L.C.

7091. ProCare 8th Manhattan, L.L.C.

7092. ProCare 9th Avenue, L.L.C.

7093. ProCare Ave. Pharmacy, L.L.C.

7094. ProCare Boston Pharmacy, Inc.

7095. ProCare DC Pharmacy, Inc.

7096. ProCare Manhattan Pharmacy, L.L.C.

7097. ProCare Meridian Miami, L.L.C.

7098. ProCare N.Y. Pharmacy, Inc.

7099. ProCare Pharmacy 18th Street, Inc.

7100. ProCare Pharmacy A, L.L.C.

7101. ProCare Pharmacy Avenue 1st-483, L.L.C.

7102. ProCare Pharmacy Direct, L.L.C.

7103. ProCare Pharmacy Dryden, L.P.

7104. ProCare Pharmacy East Colonial, Inc.

7105. ProCare Pharmacy Fairfax, Inc.

7106. ProCare Pharmacy Garden Grove, Inc.

7107. ProCare Pharmacy Glendale Boulevard, Inc.

7108. ProCare Pharmacy Limited of Illinois, Inc.

7109. ProCare Pharmacy Miami 54, Inc.

7110. ProCare Pharmacy Monument Street, L.L.C.

7111. ProCare Pharmacy North Orange, Inc.

7112. ProCare Pharmacy of Berkeley, Inc.

7113. ProCare Pharmacy of Broad Street, Inc.

7114. ProCare Pharmacy of Brookline Avenue, Inc.

7115. ProCare Pharmacy of Casselberry, Inc.

7116. ProCare Pharmacy of Chicago, L.L.C.

7117. ProCare Pharmacy of East Morehead, Inc.

7118. ProCare Pharmacy of Glendale, Inc.

7119. ProCare Pharmacy of Kansas City, Inc.

7120. ProCare Pharmacy of Portland, L.L.C.

7121. ProCare Pharmacy of San Antonio, Inc.

7122. ProCare Pharmacy of San Diego, Inc.

7123. ProCare Pharmacy of San Francisco, Inc.

7124. ProCare Pharmacy of Tampa, Inc.

7125. ProCare Pharmacy of West Hollywood, Inc.

7126. ProCare Pharmacy Orange Orlando, Inc.

7127. ProCare Pharmacy Palo Alto, Inc.

7128. ProCare Pharmacy Phoenix, L.L.C.

7129. ProCare Pharmacy Rancho Lane, L.L.C.

7130. ProCare Pharmacy Santa Monica, Inc.

7131. ProCare Pharmacy Sherman Oaks, Inc.

7132. ProCare Pharmacy South Orange, Inc.

7133. ProCare Pharmacy Spruce Street, Inc.
7134. ProCare Pharmacy West Columbia, Inc.
7135. ProCare Pharmacy West Copeland, Inc.
7136. ProCare Pharmacy, L.L.C.
7137. Proctorville CVS, Inc.
7138. Prodigy Health Group Holdings, Inc.
7139. Prodigy Health Group, Inc.
7140. Professional Pharmacy Services, Inc.
7141. Professional Risk Management, Inc.
7142. Prospect CVS, Inc.
7143. Prospect Park CVS, Inc.
7144. Providence Charlotte CVS, Inc.
7145. Providence Place CVS, Inc.
7146. Providence Road CVS, Inc.
7147. Providence Street CVS, Inc.
7148. Providence Thayer Street CVS, Inc.
7149. Providence-Wayland CVS, Inc.
7150. Provider Networks of America, Inc.
7151. Prudential Center for Health Care Research Foundation, Inc.
7152. Prudential Dental Maintenance Organization, Inc.
7153. Prudential Health Care Plan of California, Inc.
7154. Prudential Health Care Plan of Connecticut, Inc.
7155. Prudential Health Care Plan of New York, Inc.
7156. Prudential Health Care Plan, Inc.
7157. Prudential Health Plan of Georgia, Inc.
7158. PSI Arkansas Acquisition, LLC
7159. PT Aetna Management Consulting
7160. PT Asuransi Aetna Asia
7161. PT. Aetna Global Benefits Indonesia
7162. PT. Goodhealth Indonesia
7163. Puente Hills CVS, Inc.

7164. Puerto Rico CVS Pharmacy, L.L.C.
7165. Punta Gorda CVS, L.L.C.
7166. Putnam Pike CVS, Inc.
7167. Quaker Bridge CVS, Inc.
7168. Quakertown CVS, Inc.
7169. Quality Choice Health Plan
7170. Queen Anne Plaza CVS, Inc.
7171. Queen Anne Road CVS, L.L.C.
7172. Queen City AZ CVS, L.L.C.
7173. Queen Creek CVS, L.L.C.
7174. Queens Forest Hills CVS, L.L.C.
7175. Queens Plaza CVS, Inc.
7176. Quention Road CVS, Inc.
7177. Quincy Adams CVS, Inc.
7178. Quincy CVS, Inc.
7179. Quincy Hancock CVS, Inc.
7180. Quincy Parcel Holding Corp.
7181. Quincy Shore Drive CVS, Inc.
7182. R Parks CVS, Inc.
7183. Race Street CVS, Inc.
7184. Race Track Tampa CVS, L.L.C.
7185. Raceway CVS, Inc.
7186. Raleigh CVS, Inc.
7187. Raleigh Millbrook CVS, Inc.
7188. Ralphs Circle CVS, Inc.
7189. Ralph's Corner CVS, Inc.
7190. Ramona Blvd CVS, L.L.C.
7191. Rancho Niguel CVS, Inc.
7192. Randallstown CVS, Inc.
7193. Randolph CVS, Inc.
7194. Randolph Hills CVS, Inc.
7195. Ravenna CVS, Inc.
7196. Ray McClintock CVS, L.L.C.
7197. Rayford Spring CVS, L.P.
7198. Raynham Broadway CVS, Inc.
7199. Raynham CVS, Inc.
7200. Raynham Plaza CVS, Inc.
7201. Rea & Derick, Inc.
7202. Reading CVS, Inc.
7203. Reading, Penna., CVS, Inc.
7204. Recker Mesa CVS, L.L.C.
7205. Red Oak Houston CVS, L.P.
7206. Red Oak Lane CVS, Inc.

7207. Red Oak Sourcing, LLC
7208. Redondo Beach CVS, Inc.
7209. Reed Street CVS, Inc.
7210. Reedy Creek CVS, Inc.
7211. Regency Park Port Richey CVS, L.L.C.
7212. Rehoboth Beach CVS, Inc.
7213. Reidville Drive CVS, Inc.
7214. Renaisance CVS, Inc.
7215. Reseda Northridge CVS, L.P.
7216. Resources for Living, LLC
7217. Reston Plaza America CVS, Inc.
7218. Retail Acquisitions Today, L.L.C.
7219. Retrac, Inc.
7220. Revco D.S., Inc.
7221. Revco Discount Drug Centers, Inc. (MI)
7222. Revco Discount Drug Centers, Inc. (OH)
7223. Revco Drug Stores, Inc.
7224. Revco Golf Charities Foundation
7225. Revco Home Health Care Centers, Inc.
7226. Revco Mail Service Pharmacy, Inc.
7227. Revir CVS, L.L.C.
7228. Reynoldsburg CVS, Inc.
7229. Rhode Island CVS Pharmacy, L.L.C.
7230. Rhode Island Home Therapeutics, Inc.
7231. Rice Mine Tuscaloosa CVS, Inc.
7232. Richards Investment Company
7233. Richardson CVS, L.P.
7234. Richboro Market CVS, Inc.
7235. Richland Hills CVS, L.P.
7236. Richmond CVS, Inc.
7237. Richmond Heights Acquisition Corp.
7238. Richmond Highway 6 CVS, L.P.
7239. Richmond Highway CVS, Inc.
7240. Richmond Houston CVS, L.P.
7241. Richmond Kirby CVS, L.P.
7242. Richmond Montrose CVS, L.P.

7243. Richmond Peoples, Inc.
7244. Richmond RI CVS, Inc.
7245. Richmond Sage CVS, L.P.
7246. Richmond Woodman CVS, Inc.
7247. Richton Park IL CVS, L.L.C.
7248. Ridgefield CT CVS, Inc.
7249. Ridgefield Grove CVS, Inc.
7250. Ridgeley CVS, Inc.
7251. Ridley Acres CVS, Inc.
7252. Ridley CVS, Inc.
7253. Ringgold GA CVS, Inc.
7254. Ringwood NJ CVS, L.L.C.
7255. Rising Sun CVS, Inc.
7256. Risinger Ft. Worth CVS, L.P.
7257. River Edge CVS, Inc.
7258. River Forest CVS, L.L.C.
7259. River Road CVS, Inc.
7260. River View Marketplace CVS, Inc.
7261. Riverdale IL CVS, L.L.C.
7262. Riverside Arlington CVS, INc.
7263. Riverside Danville CVS, Inc.
7264. Riverton NJ CVS, L.L.C.
7265. Riverview FL CVS, L.L.C.
7266. Riverwatch CVS, Inc.
7267. Robbinsdale MN CVS, L.L.C.
7268. Robbinsville CVS, Inc.
7269. Robert St. Paul CVS, L.L.C.
7270. Robious CVS, Inc.
7271. Rochelle Park CVS, L.L.C.
7272. Rochester Main St. CVS Store, Inc.
7273. Rochester N.H. CVS, Inc.
7274. Rockaway (N.J.) CVS, Inc.
7275. Rockingham CVS, L.L.C.
7276. Rockingham Park CVS, Inc.
7277. Rockland CVS, Inc.
7278. Rockledge FL CVS, L.L.C.
7279. Rockville CVS, Inc.
7280. Rockville MD CVS, L.L.C.
7281. Rockville Pike CVS, Inc.
7282. Rockville Pike Peoples, Inc.
7283. Rocky Hill Cromwell CVS, Inc.
7284. Rocky Hill CVS, Inc.
7285. Roeschen's Healthcare LLC

7286.   Rolling Manassas CVS, Inc.
7287.   Rolling Meadows CVS, L.L.C.
7288.   Roosevelt CVS, L.L.C.
7289.   Roosevelt Field CVS, Inc.
7290.   Roosevelt Plaza CVS, Inc.
7291.   Roper Mountain Road CVS, Inc.
7292.   Rosa Narg CVS, Inc.
7293.   Rosecrans Avenue CVS, Inc.
7294.   Rosecrans Hawthorne CVS, L.P.
7295.   Rosedale NY CVS, L.L.C.
7296.   Roselle IL CVS, L.L.C.
7297.   Rosemont PA CVS, Inc.
7298.   Rosenberg CVS, L.P.
7299.   Roslindale CVS, Inc.
7300.   Roslindale MA CVS, Inc.
7301.   Roslyn CVS, L.L.C.
7302.   Ross Haskell CVS, L.P.
7303.   Ross Park CVS, Inc.
7304.   Roswell CVS, Inc.
7305.   Roswell Rivermont Station CVS, Inc.
7306.   Round Lake CVS, L.L.C.
7307.   Round Rock 79 CVS, L.L.C.
7308.   Route 202 Whitpain CVS, Inc.
7309.   Route 23 CVS, Inc.
7310.   Route 27 CVS, Inc.
7311.   Route 59 CVS, L.L.C.
7312.   Route 83 Glastonbury CVS, Inc.
7313.   Route 83 Palos Heights CVS, L.L.C.
7314.   Route 88 CVS, Inc.
7315.   Rowlett TX CVS, L.L.C.
7316.   Rowley CVS, Inc.
7317.   Roxborough CVS, Inc.
7318.   Royal Dallas CVS, L.P.
7319.   Royal Oak CVS, Inc.
7320.   Royersford CVS, Inc.
7321.   Rte 52 IL CVS, L.L.C.
7322.   Runnemede CVS, Inc.
7323.   Russell Ft. Apache CVS, L.L.C.
7324.   Rutherford CVS, Inc.
7325.   Rx Connections, Inc.
7326.   Rx Innovations 4439, L.L.C.

7327.   RxAmerica LLC
7328.   RXC Acquisition Company
7329.   RxHub, L.L.C.
7330.   S. Dartmouth CVS, Inc.
7331.   S. Fair Oaks Ave CVS, L.L.C..
7332.   S. Houston Lake Rd. CVS, Inc.
7333.   S. Main St. CVS, Inc.
7334.   S. Western Avenue CVS, Inc.
7335.   SABH of Arizona, Incorporated
7336.   SABH of Maricopa County, Incorporated
7337.   Saddle Brook CVS, Inc.
7338.   Sagamore Ridge CVS, Inc.
7339.   Sagev CVS, L.L.C.
7340.   Saginaw CVS, L.P.
7341.   Saginaw Lansing CVS, Inc.
7342.   Saguaro Health Plan, Inc.
7343.   Salem Lynnfield CVS, Inc.
7344.   Salem Mall CVS, Inc.
7345.   Salem Mass. CVS, Inc.
7346.   Salem Pond CVS, Inc.
7347.   Salem VA CVS, Inc.
7348.   Sam Furr Road CVS, Inc.
7349.   Samoset Avenue CVS, Inc.
7350.   San Antonio CareCenter Pharmacy, LLC
7351.   San Carlos Ft. Myers CVS, L.L.C.
7352.   San Clemente CVS, L.L.C.
7353.   San Jose Jacksonville CVS, L.L.C.
7354.   Sand Pharmacy St Albans 06306 LLC
7355.   Sandusky CVS, Inc.
7356.   Sandwich CVS, Inc.
7357.   Sandy Plains CVS, Inc.
7358.   Sandy Springs CVS, Inc.
7359.   Sanford River CVS, Inc.
7360.   Santa Ana CVS, Inc.
7361.   Santa Marguerita CVS, L.P.
7362.   Santa Monica CVS, L.P.
7363.   Sanus Corp. Health Systems
7364.   Sanus Dental Plan of N.J., Inc.
7365.   Sanus Dental Plan of Texas, Inc.
7366.   Sanus Health Plan of Illinois, Inc.

7367. Sanus Health Plan of Pennsylvania, Inc.
7368. Sanus of Maine, Inc.
7369. Sanus of New York and New Jersey, Inc.
7370. SANUS of New York, Inc.
7371. Sanus Preferred Providers West, Inc.
7372. Saugus CVS, Inc.
7373. Saugus Walnut CVS, Inc.
7374. Sayre CVS, Inc.
7375. SCAFFALE 03 PARTICIPAÇÕES LTDA.,
7376. Schaller Anderson Acquisition, Incorporated
7377. Schaller Anderson Behavioral Health of Maryland, Incorporated
7378. Schaller Anderson Behavioral Health of Tennessee, Incorporated
7379. Schaller Anderson Behavioral Health of Texas, L.L.C.
7380. Schaller Anderson Behavioral Health of Texas, L.P.
7381. Schaller Anderson Behavioral Health, Incorporated
7382. Schaller Anderson Health Plans, LLC
7383. Schaller Anderson Healthcare, L.L.C.
7384. Schaller Anderson Medical Administrators, Incorporated
7385. Schaller Anderson Network of Arizona, L.L.C.
7386. Schaller Anderson of Arizona, L.L.C.
7387. Schaller Anderson of California, L.L.C.
7388. Schaller Anderson of Delaware, Incorporated
7389. Schaller Anderson of Kansas, L.L.C.
7390. Schaller Anderson of Maryland, L.L.C.
7391. Schaller Anderson of Missouri, L.L.C.
7392. Schaller Anderson of Oklahoma, LLC
7393. Schaller Anderson of Tennessee, LLC
7394. Schaller Anderson of Texas Management, L.L.C.
7395. Schaller Anderson of Texas, L.P.
7396. Schaller Anderson, Incorporated
7397. Schaller Anderson, LLC
7398. Schaumburg CVS, L.L.C.
7399. Schmidt Video Virtual Care of Nevada, PLLC
7400. Schnecksville CVS, Inc.
7401. Schoolcraft Detroit CVS, Inc.
7402. Schwab Road CVS, Inc.
7403. Scituate CVS, Inc.
7404. Scotch Plains CVS, Inc.
7405. Scott Houston CVS, L.P.
7406. Scottsboro AL CVS, Inc.
7407. Scottsdale CVS, L.L.C.
7408. SCP 2003C-31 LLC
7409. SCP 2003C-40 LLC
7410. SCP 2003D-66 LLC
7411. SCP 2003D-8 LLC
7412. SCP 2004E-062 LLC
7413. SCP 2005-C21-013 LLC
7414. SCP 2005-C21-074 LLC
7415. SCP 2005C-C20-016 LLC
7416. SCP 2007-C27-013 LLC
7417. SCP 2007-C27-015 LLC
7418. SCP 2007-C27-017 LLC
7419. SCP 2007-C27-025 LLC
7420. SCP 2007-C27-061 LLC
7421. SCP 2007-C27-066 LLC
7422. SCP 2007-C27-084 LLC
7423. SCP 2007-C27-096, L.L.C.
7424. SCP 2007-C27-540 LLC
7425. SCP 2007-C27-546 LLC
7426. SCP 2009-C32-502 LLC
7427. SCP 2009-C32-504 LLC
7428. SCP 2009-C32-513 LLC

7429. SCP 2009-C32-518 LLC
7430. Scranton Davis CVS, Inc.
7431. Scranton Main CVS, Inc.
7432. Scrip World, LLC
7433. Sea Isle City CVS, Inc.
7434. Seaboard Service System, Ltd.
7435. Seaford NY CVS, L.L.C.
7436. Sears Town Mall CVS, Inc.
7437. Seaside Heights CVS, L.L.C.
7438. Seaville NJ CVS, L.L.C.
7439. SEC CVS, Inc.
7440. SEC Lincoln CVS, L.L.C.
7441. SEC Route 14 CVS, L.L.C.
7442. SEC State CVS, L.L.C.
7443. SEC University MN CVS, L.L.C.
7444. Secaucus Seven CVS, Inc.
7445. Sedalia NC CVS, Inc.
7446. Sedwick Durham CVS, L.L.C.
7447. Seekonk Mall CVS, Inc.
7448. Seminole CVS, Inc.
7449. Senip CVS, L.L.C.
7450. Setauket CVS, Inc.
7451. Seven Corners, VA Bob's, Inc.
7452. Seventh Street CVS, INc.
7453. Severn CVS, Inc.
7454. Seymour CVS, Inc.
7455. Shallowford Road CVS, Inc.
7456. Shamokin CVS, Inc.
7457. Sharon CVS, Inc.
7458. Sharon Hill CVS, Inc.
7459. Sheffield Avenue CVS, L.L.C.
7460. Shelby Township CVS, Inc.
7461. Shelbyville Main CVS, Inc.
7462. SHELFCO (NO. 967) LIMITED
7463. Shepherd Houston CVS, L.P.
7464. Sheridan Cooper CVS, L.L.C.
7465. Ship Bottom NJ CVS, L.L.C.
7466. Shirley CVS, L.L.C.
7467. Shoemakerville CVS, Inc.
7468. Shoppers Village CVS, Inc.
7469. Shoppers World CVS, Inc.
7470. Shopperstown CVS, Inc.
7471. Shore Pharmaceutical Providers, LLC
7472. Shorewood CVS, L.L.C.
7473. Showalter CVS, Inc.
7474. Shrewsbury Retailer, Inc.
7475. SHS NewHMO, Inc.
7476. Sibley Chicago CVS, L.L.C.
7477. Sicklerville Road CVS, Inc.
7478. Sillington Road CVS, Inc.
7479. Silver Hill CVS, Inc.
7480. Silverbrook CVS, Inc.
7481. SilverScript Insurance Company
7482. SilverScript, Inc.
7483. SilverScript, L.L.C.
7484. Silverton CVS, Inc.
7485. Simi Valley CVS, Inc.
7486. Simsbury CVS, Inc.
7487. Sisson Road CVS, Inc.
7488. Skillman Mockingbird CVS, L.P.
7489. Skokie CVS, L.L.C.
7490. Sky Acquisition LLC
7491. Skyport Owner's Association
7492. Sloans Lake Holding Corporation
7493. Sloans Lake Managed Care, Inc.
7494. Sloan's Lake Management Corp.
7495. Smith Northampton CVS, Inc.
7496. Smith Palatine CVS, L.L.C.
7497. Smith Providence CVS, Inc.
7498. Smithville CVS, Inc.
7499. Smyrna Concord Road CVS, Inc.
7500. Smyrna CVS, Inc.
7501. Snellville CVS, Inc.
7502. Snellville GA CVS, Inc.
7503. Snow Road CVS, Inc.
7504. Socastee SC CVS, Inc.
7505. Solomon Office Associates, L.L.C.
7506. Solomons CVS, Inc.
7507. Somerdale CVS, Inc.
7508. Somers Point CVS, Inc.
7509. Somerset CVS, Inc.
7510. Somerville MA CVS, Inc.
7511. Somerville, MA Bob's, Inc.
7512. Sopco, Inc.

7513.  Souderton CVS, Inc.
7514.  Sourcing Co, LLC
7515.  South Attleboro CVS, Inc.
7516.  South Boston CVS, Inc.
7517.  South Bristol Street CVS, Inc.
7518.  South Brook CVS, Inc.
7519.  South Brunswick CVS, Inc.
7520.  South Carolina CVS Pharmacy, L.L.C.
7521.  South Carolina CVS, Inc.
7522.  South Dixie CVS, L.L.C.
7523.  South Hills CVS Store, Inc.
7524.  South Lincoln Newtown CVS, Inc.
7525.  South Lyon CVS, Inc.
7526.  South Mall CVS, Inc.
7527.  South Merrimack CVS, Inc.
7528.  South Nashua CVS, Inc.
7529.  South Philadelphia CVS, Inc.
7530.  South Plainfield CVS, Inc.
7531.  South Post Oak CVS, L.P.
7532.  South Providence CVS, Inc.
7533.  South Sandwich Store Corporation
7534.  South Shore League City CVS, L.P.
7535.  South Shore Retailer, Inc.
7536.  South Street CVS, Inc.
7537.  South Wabash CVS, L.L.C.
7538.  South Windsor CVS, Inc.
7539.  South Yarmouth CVS, Inc.
7540.  Southbridge Saga CVS, Inc.
7541.  Southbury CVS, Inc.
7542.  Southeast Pharmacy Consultants, Inc.
7543.  Southern Buckeye CVS, L.L.C.
7544.  Southern Greenfield CVS, L.L.C.
7545.  Southern Health Services, Inc.
7546.  Southern Tempe CVS, L.L.C.
7547.  Southington Main Street CVS, Inc.
7548.  Southington Queen CVS, Inc.
7549.  Southlake CVS, L.P.
7550.  Southmore CVS, L.P.
7551.  Southport NC CVS, Inc.
7552.  Southwest Health Plan, Inc.
7553.  Sparkleberry Lane CVS, Inc.

7554.  Spatium, LLC
7555.  Specialized Pharmacy Services, LLC
7556.  Specialty Carts, LLC
7557.  Specialty Services Holding LLC
7558.  Speedwell CVS Urban Renewal, L.L.C.
7559.  Speen Street CVS, Inc.
7560.  Spencer Hwy CVS, L.P.
7561.  Spencer Main CVS, Inc.
7562.  Spencer PharmaCare Pharmacy, Inc.
7563.  Spinnaker Bidco Limited
7564.  Spinnaker Topco Limited
7565.  Spring CVS, L.P.
7566.  Spring Cypresswood CVS, L.P.
7567.  Spring Falvel TX CVS, L.L.C.
7568.  Spring Valley Houston CVS, L.P.
7569.  Spring Valley Richardson CVS, L.P.
7570.  Springfield Avenue CVS, Inc.
7571.  Springfield CVS, Inc.
7572.  Springfield Gardens CVS, L.L.C.
7573.  Springfield IL CVS, L.L.C.
7574.  Springfield NJ CVS, L.L.C.
7575.  Springfield PA CVS, Inc.
7576.  Springfield Post Road CVS, Inc.
7577.  Springfield Sparns CVS, Inc.
7578.  Springfield St. James CVS, Inc.
7579.  Springhouse PA CVS, Inc.
7580.  Sproul Broomall CVS, Inc.
7581.  Spruce Street CVS, Inc.
7582.  Square One CVS, Inc.
7583.  SR 436 CVS, L.L.C.
7584.  St. Aug Tuscan, L.L.C.
7585.  St. Aug Watson, L.L.C.
7586.  St. Charles CVS, L.L.C.
7587.  St. Clair CVS, Inc.
7588.  St. Cloud CVS, L.L.C.
7589.  St. George's Avenue CVS, Inc.
7590.  St. Louis Park CVS, L.L.C.
7591.  St. Louis PharmaCare Pharmacy, Inc.

7592. St. Mary's CVS, Inc.
7593. St. Paul MN CVS, L.L.C.
7594. St. Petersburg CVS, Inc.
7595. Stamford CVS, Inc.
7596. Stamford Hope Street CVS, Inc.
7597. Stamford Ridgeway CVS, Inc.
7598. Stamford Town Center CVS, Inc.
7599. Standard Drug Company
7600. State College CVS, Inc.
7601. State Park Road CVS, Inc.
7602. State St. CVS Store, Inc.
7603. State Street CVS, L.L.C.
7604. Staten Island New York CVS, Inc.
7605. Station Avenue CVS, Inc.
7606. Steeplegate CVS, Inc.
7607. Stenton Avenue CVS, Inc.
7608. Stephens City VA CVS, Inc.
7609. Stephenville TX CVS, L.L.C.
7610. Sterling Healthcare Services, Inc.
7611. Sterling Healthcare Services, LLC
7612. Sterling Heights CVS, Inc.
7613. Sterrettania Road CVS, Inc.
7614. Steubner-Airline CVS, L.P.
7615. Stockbridge CVS, Inc.
7616. Stokes Road CVS, Inc.
7617. Stone Mountain CVS, Inc.
7618. Stoneham CVS, Inc.
7619. Stony Island Chicago CVS, L.L.C.
7620. Stoughton CVS, Inc.
7621. Strategic Resource Company
7622. Streamwood CVS, L.L.C.
7623. Stroudsburg Mall CVS, Inc.
7624. Structured Benefits Inc.
7625. Sturbridge PharmaCare Pharmacy, Inc.
7626. Sublett Matlock CVS, L.P.
7627. Suburban Medical Services, LLC
7628. Sudbury CVS, Inc.
7629. Sudbury Wayside CVS, Inc.
7630. Suffield Agawam CVS, Inc.
7631. Suffield CVS, Inc.
7632. Sugar Land CVS, L.P.
7633. Sugarloaf Parkway CVS, Inc.

7634. Summer St. CVS, Inc.
7635. Summit Health Plan, Inc
7636. Sumner Belmont CVS, Inc.
7637. Sun City AZ CVS, L.L.C.
7638. Sun Lakes CVS, L.L.C.
7639. Sun Pharmacy, Limited Liability Company
7640. Sunderland Road CVS, Inc.
7641. Sunlake Land CVS, L.L.C.
7642. Sunnyside NY CVS, L.L.C.
7643. Sunrise FL CVS, L.L.C.
7644. Sunset Crossing CVS, Inc.
7645. Sunset Henderson CVS, L.L.C.
7646. Superior Care Pharmacy, Inc.
7647. Superior Care Pharmacy, LLC
7648. Superior Township CVS, L.L.C.
7649. SureScripts LLC
7650. SureScripts-RxHub, LLC
7651. Surfside CVS, Inc.
7652. Surprise CVS, L.L.C.
7653. Sutter Health and Aetna Administrative Services LLC
7654. Sutter Health and Aetna Insurance Company
7655. Sutter Health and Aetna Insurance Holding Company LLC
7656. Suwanee CVS, Inc.
7657. Swamp New Britain CVS, Inc.
7658. Swampscott Retailer, Inc.
7659. Swansea CVS, Inc.
7660. Swansea IL CVS, L.L.C.
7661. Swatara Square CVS, Inc.
7662. SWC Camelback CVS, L.L.C.
7663. SWC CVS, Inc.
7664. SWC M-59 CVS, L.L.C.
7665. SWC Moulton Pkwy CVS, L.L.C.
7666. SWC Progress Boulevard CVS, L.L.C.
7667. SWC Union Hills Drive CVS, L.L.C.
7668. Sylmar Square CVS, Inc.
7669. Synergy Merger, LLC

7670. Syracuse Genesee St. CVS Store, Inc.
7671. Systran Networks, Inc.
7672. T2 Medical, Inc.
7673. Tabernacle CVS, Inc.
7674. Taconic Park CVS Store, Inc.
7675. Taft Street CVS, Inc.
7676. Taft University CVS, Inc.
7677. Takoma Park CVS, Inc.
7678. Tamaqua CVS, Inc.
7679. Tampa Lynn CVS, Inc.
7680. Tanker Six, LLC
7681. Tanner Houston CVS, L.P.
7682. Tannersville CVS, Inc.
7683. Tara Boulevard CVS, Inc.
7684. Tarzana CVS, Inc.
7685. Taunton County CVS, Inc.
7686. Taunton Retailer, Inc.
7687. TCPI Acquision Corp.
7688. TCPI Acquisition, LLC
7689. TDI Managed Care Services, Inc.
7690. Teasley Denton CVS, L.P.
7691. Telegraph CVS, Inc.
7692. Tennessee CVS Pharmacy, L.L.C.
7693. Terrace Oaks Houston CVS, L.P.
7694. Terrence D. Morton, Jr., MD, P.C.
7695. Tewksbury - Oaks, CVS., Inc.
7696. Tewksbury CVS, Inc.
7697. Texas Health + Aetna Health Insurance Company
7698. Texas Health + Aetna Health Insurance Holding Company LLC
7699. Texas Health + Aetna Health Plan Inc.
7700. Texas Health Network, Inc.
7701. Texas Road CVS, Inc.
7702. The Associated Products Company
7703. The City CVS, Inc.
7704. The ETHIX Corporation
7705. The Jeskey Clinic, LLC
7706. The Lane Drug Company
7707. The Mall of Orange CVS, Inc.
7708. The New Group Health Plan, Inc.

7709. The Vasquez Group Inc.
7710. TheraCom, L.L.C.
7711. Third Avenue N.Y. CVS, Inc.
7712. Third Lake CVS, L.L.C.
7713. Third Party Claims Management, Inc.
7714. Thomas 24th Phoenix CVS, L.L.C.
7715. Thomas 43rd Phoenix CVS, L.L.C.
7716. Thomas Avondale CVS, L.L.C.
7717. Thomas E. Emma CVS Store, L.L.C.
7718. Thomas Phoenix CVS, L.L.C.
7719. Thomaston CVS, Inc.
7720. Thornbury CVS, Inc.
7721. Thorndale PA CVS, Inc.
7722. Thousand Oaks CVS, Inc.
7723. Three Forks Apothecary, LLC
7724. Thunderbird Phoenix CVS, L.L.C.
7725. Thundermist Aviation, Inc.
7726. Thundermist Services, LLC
7727. Tianjin An Hai Tai Hua Medical Information Technology Co., Ltd
7728. Tinley Park CVS, L.L.C.
7729. Tinton Falls CVS, Inc.
7730. Titus Avenue CVS, Inc.
7731. Titusville CVS, L.L.C.
7732. Tiverton CVS, Inc.
7733. Tolland CVS, Inc.
7734. Tomball CVS, L.P.
7735. Tonawanda CVS, Inc.
7736. Toombs Avenue CVS, L.L.C.
7737. Topanga Canyon CVS, Inc.
7738. Torrance Blvd CVS, L.L.C.
7739. Torrance Western CVS, Inc.
7740. Torresdale CVS, Inc.
7741. Torrington Main Street CVS, Inc.
7742. Totowa CVS, Inc.
7743. Totowa Union CVS, Inc.
7744. Towamencin CVS, Inc.
7745. Towanda CVS, Inc.
7746. Tower CVS, Inc.
7747. Town Center CVS, Inc.
7748. Town Center Orlando CVS, L.L.C.

7749.  Town Plaza CVS, Inc.
7750.  Towne Centre CVS, L.L.C.
7751.  Towne Lake Parkway CVS, Inc.
7752.  Township Line CVS, Inc.
7753.  Towson CVS, Inc.
7754.  Trappe CVS, Inc.
7755.  Tree Merger Sub, Inc.
7756.  Tremont Avenue Bronx CVS, L.L.C.
7757.  Tremont Boston CVS, Inc.
7758.  Tremont CVS, Inc.
7759.  Trenton CVS, Inc.
7760.  Trevose Hospitality, Inc.
7761.  Trumbull CVS, Inc.
7762.  Trumbull Four, Inc.
7763.  Trumbull One, Inc.
7764.  Tucker CVS, Inc.
7765.  Tucson AZ CVS, L.L.C.
7766.  Turnpike Augusta CVS, Inc.
7767.  Turnpike Street CVS, Inc.
7768.  Tuscaloosa CVS, Inc.
7769.  Twain MergerSub Corp.
7770.  Twain MergerSub, L.L.C.
7771.  Twenty Third Fairmount CVS, Inc.
7772.  Twinsburg Claims, Inc.
7773.  Twinsurance Limited
7774.  Tyler Mall CVS, Inc.
7775.  Tyler TX CVS, L.P.
7776.  Tyrone CVS, Inc.
7777.  U. S. Health Insurance Company
7778.  U.S. Health Aviation Corp.
7779.  U.S. Health Information Systems, Inc.
7780.  U.S. Health Insurance Company
7781.  U.S. Healthcare Advantage, Inc.
7782.  U.S. Healthcare Advantage, LLC
7783.  U.S. Healthcare Dental Plan Inc.
7784.  U.S. Healthcare Dental Plan, Inc.
7785.  U.S. Healthcare Financial Services, LLC
7786.  U.S. Healthcare Holdings, LLC
7787.  U.S. Healthcare of Georgia, Inc.
7788.  U.S. Healthcare of New Hampshire, Inc
7789.  U.S. Healthcare of the Carolinas, Inc.
7790.  U.S. Healthcare of Washington Inc.
7791.  U.S. Healthcare Properties, Inc.
7792.  U.S. Healthcare, Inc.
7793.  U.S. Healthcare, Inc. (Michigan)
7794.  U.S. Managed Care, Inc.
7795.  U.S. PatriotCare, Inc.
7796.  U.S. Phoenix Corporation
7797.  U.S. Quality Algorithms, Inc.
7798.  UAC Holding, Inc.
7799.  UC Acquisition Corp.
7800.  UC Acquisition, LLC
7801.  Ulster CVS Store, Inc.
7802.  Uni-Care Health Services of Maine, Inc.
7803.  Uni-Care Health Services of Maine, LLC
7804.  Union Boulevard CVS, Inc.
7805.  Union City CVS, Inc.
7806.  Union Lehigh CVS, Inc.
7807.  Union St. CVS, Inc.
7808.  Uniontown CVS, Inc.
7809.  United PharmaCare Services, L.P.
7810.  United PM Services General, Inc.
7811.  United PM Services Limited, Inc.
7812.  United States Health Care System, Inc.
7813.  United States Health Care Systems of Pennsylvania, Inc.
7814.  United States Health Care Systems, Inc.
7815.  United States Home Health Care Systems, Inc.
7816.  United States Physicians Care Systems, Inc.
7817.  Universal American Corp.
7818.  University CVS, Inc.
7819.  University Drive-Amherst CVS, Inc.
7820.  University Mesa CVS, L.L.C.

7821. University St. Paul CVS, L.L.C.
7822. University Tamarac CVS, L.L.C.
7823. University-Wheaton CVS, Inc.
7824. University-Wheaton Peoples, Inc.
7825. Upper Darby CVS, Inc.
7826. Upper Gwynedd CVS, Inc.
7827. Upper Hembree CVS, Inc.
7828. Upper Uwchlan CVS, Inc.
7829. US 19 Port Richey CVS, L.L.C.
7830. US Bioservices Corporation
7831. USHC Management Services Corporation
7832. Utah CVS Pharmacy, L.L.C.
7833. Uvalde Houston CVS, L.P.
7834. Uxbridge CVS, Inc.
7835. V Memorial Houston CVS, L.P.
7836. Val Mesa Pharmacy, Inc.
7837. Valley Road CVS, Inc.
7838. Valley Verde NV CVS, L.L.C.
7839. Value Health Care Services LLC
7840. Van Buren Goodyear CVS, L.L.C.
7841. Van Houten CVS, Inc.
7842. Van Nuys Boulevard CVS, Inc.
7843. Vanoak Plaza CVS, Inc.
7844. VAPS Acquisition Company, LLC
7845. Vassar Poughkeepsie CVS, L.L.C.
7846. Vaughn Montgomery CVS, Inc.
7847. Vaughn Road CVS, Inc.
7848. Velmeir Euclid Co., L.L.C.
7849. Venice FL CVS, L.L.C.
7850. Vermont CVS Pharmacy, L.L.C.
7851. Vernon CVS, Inc.
7852. Vestal Ave. CVS Store, Inc.
7853. VHCS Acquisition Sub, LLC
7854. Victor Valley CVS, Inc.
7855. Victory Van Nuys CVS, L.P.
7856. Village Chestnut Hill CVS, Inc.
7857. Village Grove CVS, Inc.
7858. Village Plaza CVS, Inc.
7859. Villanova Street CVS, L.P.
7860. Vine & Taft CVS, Inc.
7861. Vineland CVS, Inc.
7862. Vinings Jubilee CVS, Inc.

7863. Virginia CVS Pharmacy, L.L.C.
7864. Virginia Mason Health Plan, Inc.
7865. Virtual Acute General Medical PLLC
7866. Virtual Behavioral Health PLLC
7867. Virtual Primary Care PLLC
7868. Vista Health of South Florida, Inc.
7869. Vista Healthplan, Inc.
7870. Vital Care Infusions, Inc.
7871. VivaHealth, Incorporated
7872. Voorhees CVS, L.L.C.
7873. Vultee Street CVS, Inc.
7874. W. Imperial Hwy CVS, L.L.C.
7875. W. Mifflin CVS, Inc.
7876. W. Ponce DeLeon CVS, Inc.
7877. W. Redondo Beach Blvd CVS, L.L.C.
7878. W. Springfield Elm CVS, Inc.
7879. Wade Hampton Blvd. CVS, Inc.
7880. Wadsworth CVS, Inc.
7881. Wadsworth High Street CVS, Inc.
7882. Wagaraw Road CVS, Inc.
7883. Wake Forest CVS, Inc.
7884. Wakefield CVS, Inc.
7885. Wakefield Mass. CVS, Inc.
7886. Waldorf MD CVS, L.L.C.
7887. Walkertown NC CVS, Inc.
7888. Wal-Lex CVS, Inc.
7889. Wallingford Acquisition, Inc.
7890. Wallingford CVS, Inc.
7891. Walmsley Blvd. Peoples, Inc.
7892. Walnut Garland CVS, L.P.
7893. Walnut Hill CVS, L.P.
7894. Walnut Hill Irving CVS, L.L.C.
7895. Walnut Hill Plaza CVS, Inc.
7896. Walnut Street CVS, Inc.
7897. Walpole CVS, Inc.
7898. Walpole Main Street CVS, Inc.
7899. Walpole Plaza CVS, Inc.
7900. Walters Houston CVS, L.P.
7901. Waltham CVS, Inc.
7902. Waltham-Moody CVS, Inc.
7903. Wappingers Falls CVS, L.L.C.

7904. Ware CVS, Inc.
7905. Wareham CVS, Inc.
7906. Waretown CVS, L.L.C.
7907. Warm Springs Rainbow CVS, L.L.C.
7908. Warm Springs Road CVS, L.L.C.
7909. Warminster CVS, Inc.
7910. Warminster, PA Bob's, Inc.
7911. Warner Higley Gilbert CVS, L.L.C.
7912. Warner Huntington CVS, L.P.
7913. Warner McQueen CVS, L.L.C.
7914. Warren Avenue CVS, Inc.
7915. Warren CVS, L.L.C.
7916. Warren R.I. CVS, Inc.
7917. Warrenville IL CVS, L.L.C.
7918. Warwick Centerville CVS, Inc.
7919. Warwick City Hall CVS, Inc.
7920. Warwick Main CVS, L.L.C.
7921. Warwick Neck CVS, Inc.
7922. Warwick NY CVS, L.L.C.
7923. Warwick Retailer, Inc.
7924. Warwick Shaw Plaza CVS, Inc.
7925. Warwick West Shore CVS, Inc.
7926. Washington Chicago CVS, L.L.C.
7927. Washington Connecticut CVS, Inc.
7928. Washington CVS Pharmacy, L.L.C.
7929. Washington E Street CVS, Inc.
7930. Washington Easton CVS, Inc.
7931. Washington GA CVS, L.L.C.
7932. Washington Lamb CVS, L.L.C.
7933. Washington Retailer, Inc.
7934. Washington Square CVS, Inc.
7935. Washington Wisconsin CVS, Inc.
7936. Water Street Fitchburg CVS, Inc.
7937. Waterbury Chase CVS, Inc.
7938. Waterbury West Main CVS, Inc.
7939. Waterbury Westwood CVS, Inc.
7940. Waterbury Wolcott CVS, Inc.
7941. Waterford Boston Post CVS, Inc.
7942. Watertower Plaza CVS, Inc.
7943. Watertown Main Street CVS, Inc.
7944. Waterville CVS, Inc.
7945. Waterville Valley CVS, Inc.
7946. Waterway Drive CVS, Inc.
7947. Waukegan CVS, L.L.C.
7948. Waverly Pharmacy, LLC
7949. Waverly TN CVS, Inc.
7950. Wayland CVS, Inc.
7951. Wayne Avenue CVS, Inc.
7952. Wayne CVS, Inc.
7953. Weber Medical Systems LLC
7954. Webster Avenue CVS, Inc.
7955. Webster Main St. CVS, Inc.
7956. Webster PharmaCare Pharmacy, Inc.
7957. Webster TX CVS, L.P.
7958. Weddington NC CVS, Inc.
7959. Weir CanyonSerrano CVS, Inc.
7960. Wellesley CVS, Inc.
7961. Wellpartner, Inc.
7962. Wellpartner, LLC
7963. WellPath of South Carolina, Inc.
7964. WellPath Select Holding Company, Inc.
7965. WellPath Select, Inc.
7966. Wesley Chapel CVS, L.L.C.
7967. West 14th Street CVS, L.L.C.
7968. West 235th Bronx CVS, L.L.C.
7969. West 42nd Street CVS, L.L.C.
7970. West Aspetuck CVS, Inc.
7971. West Avenue CVS, Inc.
7972. West Bancroft Toledo CVS, Inc.
7973. West Boylston CVS, Inc.
7974. West Bridgewater CVS, Inc.
7975. West Broad Street CVS, Inc.
7976. West Broad Street Peoples, Inc.
7977. West Broadway CVS, Inc.
7978. West Calhoun CVS, Inc.
7979. West Central Toledo CVS, Inc.
7980. West Chelten Avenue CVS, Inc.
7981. West Chester Pike CVS, Inc.
7982. West College Ave CVS, Inc.
7983. West Covina CVS, Inc.
7984. West Hartford Boulevard CVS, Inc.
7985. West Hartford CVS, Inc.
7986. West Hartford Route 4 CVS, Inc.

7987. West Hubbard CVS, L.L.C.
7988. West Hunter Street CVS, L.L.C.
7989. West Jackson CVS, L.L.C.
7990. West Lemon CVS, Inc.
7991. West Main Freehold CVS, Inc.
7992. West Main Street CVS, Inc.
7993. West Miller CVS, Inc.
7994. West Newton Retailer, Inc.
7995. West Peabody CVS, Inc.
7996. West Pike Street CVS, L.L.C.
7997. West Roxbury CVS, Inc.
7998. West Springfield CVS, Inc.
7999. West Virginia CVS Pharmacy, L.L.C.
8000. West Warwick CVS, Inc.
8001. West Warwick Main Street CVS, Inc.
8002. West Warwick Providence CVS, Inc.
8003. Westampton CVS, Inc.
8004. Westboro CVS, Inc.
8005. Westboro PharmaCare Pharmacy, Inc.
8006. Westborough Computer Drive CVS, Inc.
8007. Western Chic CVS, L.L.C.
8008. Western CVS, L.L.C.
8009. Western Reserve Health Plan, Inc.
8010. Western Reserve Individual Practice Association, Inc.
8011. Westfield Franklin CVS, Inc.
8012. Westfield Little River CVS, Inc.
8013. Westfield Shops CVS, Inc.
8014. Westford CVS, Inc.
8015. Westhaven Services Co., LLC
8016. Westheimer Fondren CVS, L.P.
8017. Westheimer Houston CVS, L.P.
8018. Westland CVS, Inc.
8019. Westland MI CVS, L.L.C.
8020. Westminster Mall CVS, Inc.
8021. Westmont CVS, L.L.C.
8022. Weston Blatt CVS, L.L.C.
8023. Westwood CVS, Inc.

8024. Westwood Washington CVS, Inc.
8025. Wethersfield CVS, Inc.
8026. Weymouth Retailer, Inc.
8027. Whalley Avenue CVS, Inc.
8028. Whalon Street CVS, Inc.
8029. Wheaton CVS, L.L.C.
8030. White Bear Lake CVS, L.L.C.
8031. White Cross Stores Inc.,  No. 14
8032. White Lake CVS, Inc.
8033. White Plains Eastchester CVS, Inc.
8034. White Plains Lexington CVS, Inc.
8035. White Plains Retailer, Inc.
8036. Whitehall CVS, Inc.
8037. Whitestone CVS, L.L.C.
8038. Whitinsville CVS, Inc.
8039. Whitman Plaza CVS, Inc.
8040. Whitmore Lake CVS, Inc.
8041. Whitpain CVS, Inc.
8042. Whittier Blvd CVS, L.L.C.
8043. Whittier Colima CVS, Inc.
8044. Wilcrest Houston CVS, L.P.
8045. Wiles Road CVS, L.L.C.
8046. Williamsbridge Bronx CVS, L.L.C.
8047. Williamsburg CVS, Inc.
8048. Williamson Drug Company, Incorporated
8049. Williamson Drug Company, LLC
8050. Willimantic Main Street CVS, Inc.
8051. Willingboro CVS, Inc.
8052. Willow Grove CVS, Inc.
8053. Willow Hoboken CVS, Inc.
8054. Wilmer Road CVS, L.L.C.
8055. Wilmington CVS, L.L.C.
8056. Wilmington Plaza CVS, Inc.
8057. Wilmore Washington CVS, L.L.C.
8058. Wilson Blvd. CVS, Inc.
8059. Wilson Boulevard CVS, Inc.
8060. Wilton CT CVS, Inc.
8061. Winchester CVS, Inc.
8062. Winchester Huntsville CVS, Inc.
8063. Winchester VA CVS, Inc.
8064. Wind Gap CVS, Inc.
8065. Windsor Broad Street CVS, Inc.

8066. Windsor CVS, Inc.
8067. Windward Plaza CVS, Inc.
8068. Winfield CVS, L.L.C.
8069. Winsted CVS, Inc.
8070. Winter Park CVS, Inc.
8071. Winthrop CVS, Inc.
8072. Wisconsin Avenue CVS, Inc.
8073. Wisconsin CVS Pharmacy, L.L.C.
8074. Wise Avenue CVS, Inc.
8075. Wissahickon Payment Administrators, Inc.
8076. Wisteria Drive Peoples, Inc.
8077. Woburn Centre CVS, Inc.
8078. Woburn Mall CVS, Inc.
8079. Wollaston Quincy CVS, Inc.
8080. Woodbridge CVS, Inc.
8081. Woodbury MN CVS, L.L.C.
8082. Woodbury/Red Bank CVS, Inc.
8083. Woodhaven CVS, Inc.
8084. Woodlawn Avenue CVS, Inc.
8085. Woodlawn Chicago CVS, L.L.C.
8086. Woodridge CVS, L.L.C.
8087. Woodruff Realty Associates, L.L.C.
8088. Woodruff Road CVS, Inc.
8089. Woodside CVS, L.L.C.
8090. Woodside NY CVS, L.L.C.
8091. Woodstock CVS, Inc.
8092. Woodstock CVS, L.L.C.
8093. Woodville CVS, Inc.
8094. Woodward Detroit CVS, L.L.C.
8095. Woodward Manalapan CVS, L.L.C.
8096. Woodward Royal Oak CVS, L.L.C.
8097. Woolwich CVS, L.L.C.
8098. Woonsocket CVS, Inc.
8099. Woonsocket Prescription Center, Incorporated
8100. Worcester - Food Village CVS, Inc.
8101. Worcester Center CVS, Inc.
8102. Worcester Park CVS, Inc.
8103. Worcester PharmaCare Pharmacy, Inc.
8104. Worcester-June St. CVS, Inc.
8105. Worcester-Lincoln Plaza CVS, Inc.
8106. Worcester-Stafford CVS, Inc.
8107. Worcester-Tatnuck Square CVS, Inc.
8108. Work & Family Benefits, Inc.
8109. Workers Comp Advantage, Inc.
8110. WP Smart Holdings, LLC
8111. Wrightstown CVS, Inc.
8112. Wrightwood Chicago CVS, L.L.C.
8113. Wylie CVS, L.P.
8114. Wyoming MI CVS, Inc.
8115. Yale Houston CVS, L.P.
8116. Yardley CVS, Inc.
8117. Yarmouth CVS, Inc.
8118. Yeadon (Pa.) CVS, Inc.
8119. Yonkers Bronx River CVS, L.L.C.
8120. Yonkers Central Park CVS, Inc.
8121. Yorba Linda CVS, Inc.
8122. York Mall CVS, Inc.
8123. York Road CVS, Inc.
8124. Ypsilanti Township CVS, L.L.C.
8125. Zephyrhills CVS, L.L.C.
8126. Zieglersville PA CVS, Inc.
8127. Zinc Health Services, LLC
8128. Zinc Health Ventures, LLC
8129. Zion IL CVS, L.L.C.
8130. ZS Acquisition Company, LLC

## **EXHIBIT K**

## **Subdivision Participation and Release Form**

| Governmental Entity: | State: |
|---|---|
| Authorized Official: | |
| Address 1: | |
| Address 2: | |
| City, State, Zip: | |
| Phone: | |
| Email: | |

The governmental entity identified above ("*Governmental Entity*"), in order to obtain and in consideration for the benefits provided to the Governmental Entity pursuant to the Settlement Agreement dated December 9, 2022 ("*CVS Settlement*"), and acting through the undersigned authorized official, hereby elects to participate in the CVS Settlement, release all Released Claims against all Released Entities, and agrees as follows.

1. The Governmental Entity is aware of and has reviewed the CVS Settlement, understands that all terms in this Participation and Release Form have the meanings defined therein, and agrees that by executing this Participation and Release Form, the Governmental Entity elects to participate in the CVS Settlement and become a Participating Subdivision as provided therein.

2. The Governmental Entity shall promptly, and in any event no later than 14 days after the Reference Date and prior to the filing of the Consent Judgment, dismiss with prejudice any Released Claims that it has filed.  With respect to any Released Claims pending in *In re National Prescription Opiate Litigation*, MDL No. 2804, the Governmental Entity authorizes the Plaintiffs' Executive Committee to execute and file on behalf of the Governmental Entity a Stipulation of Dismissal with Prejudice substantially in the form found at [website link to national settlement website to be provided].

3. The Governmental Entity agrees to the terms of the CVS Settlement pertaining to Participating Subdivisions as defined therein.

4. By agreeing to the terms of the CVS Settlement and becoming a Releasor, the Governmental Entity is entitled to the benefits provided therein, including, if applicable, monetary payments beginning after the Effective Date.

5. The Governmental Entity agrees to use any monies it receives through the CVS Settlement solely for the purposes provided therein.

6. The Governmental Entity submits to the jurisdiction of the court in the Governmental Entity's state where the Consent Judgment is filed for purposes limited to that court's role as provided in, and for resolving disputes to the extent provided in, the CVS Settlement. The Governmental Entity likewise agrees to arbitrate before the National Arbitration Panel

as provided in, and for resolving disputes to the extent otherwise provided in, the CVS Settlement.

7. The Governmental Entity has the right to enforce the CVS Settlement as provided therein.

8. The Governmental Entity, as a Participating Subdivision, hereby becomes a Releasor for all purposes in the CVS Settlement, including without limitation all provisions of Section XI (Release), and along with all departments, agencies, divisions, boards, commissions, districts, instrumentalities of any kind and attorneys, and any person in their official capacity elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, and any other entity identified in the definition of Releasor, provides for a release to the fullest extent of its authority.  As a Releasor, the Governmental Entity hereby absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim, or to cause, assist or permit to be brought, filed, or claimed, or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever.  The releases provided for in the CVS Settlement are intended by the Parties to be broad and shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to Released Claims and extend to the full extent of the power of the Governmental Entity to release claims.  The CVS Settlement shall be a complete bar to any Released Claim.

9. The Governmental Entity hereby takes on all rights and obligations of a Participating Subdivision as set forth in the CVS Settlement.

10. In connection with the releases provided for in the CVS Settlement, each Governmental Entity expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

> **General Release; extent.**  A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release that, if known by him or her would have materially affected his or her settlement with the debtor or released party.

A Releasor may hereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Governmental Entity hereby expressly waives and fully, finally, and forever settles, releases and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date but which Releasors do not know or suspect to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and which, if known, would materially affect the Governmental Entities' decision to participate in the CVS Settlement.

11. Nothing herein is intended to modify in any way the terms of the CVS Settlement, to which Governmental Entity hereby agrees.  To the extent this Participation and Release Form is

interpreted differently from the CVS Settlement in any respect, the CVS Settlement controls.

I have all necessary power and authorization to execute this Participation and Release Form on behalf of the Governmental Entity.

Signature: _____

Name: _____

Title: _____

Date: _____

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

## EXHIBIT L
## Settlement Fund Administrator Terms

### I.  Definitions

A.  These Settlement Fund Administrator Terms incorporate all defined terms in the CVS Settlement Agreement, unless otherwise defined herein, and shall be interpreted in a manner consistent with the CVS Settlement Agreement. In the event that these Settlement Fund Administrator Terms conflict with the CVS Settlement Agreement and the other exhibits therein, the CVS Settlement Agreement shall control, and the Parties shall meet and confer to amend these Settlement Fund Administrator Terms to make them consistent with the CVS Settlement Agreement.

B.  *Directed Trustee*.  The banking institution where the Settlement Fund is established and which distributes the funds according to the instructions of the Directing Administrator.

C.  *Exhibit G Participant*.  A Participating Subdivision listed on Exhibit G to the CVS Settlement Agreement.

D.  *Directing Administrator*.  The institution or individual that fulfills the remaining obligations of the Settlement Fund Administrator, other than those performed by the Directed Trustee.

E.  *Settlement Fund Administrator*.  The Directed Trustee together with the Directing Administrator (collectively referred to as the "Settlement Fund Administrators").

### II.  Establishment of the Settlement Fund Administrator

A.  *Selection of the Settlement Fund Administrators.*

   i.  The duties of the Settlement Fund Administrators under the CVS Settlement Agreement will be divided between Directed Trustee and Directing Administrator. These may be the same or different entities.

   ii.  The Directed Trustee and Directing Administrator will each be selected by agreement between CVS and the Enforcement Committee.

   iii.  Within sixty (60) calendar days of the selection of the Settlement Fund Administrators, unless such time is extended by written agreement of CVS and the Enforcement Committee, contracts shall be negotiated and finalized with the Directed Trustee and Directing Administrator.

   iv.  The terms of the Directed Trustee and Directing Administrator shall be for the duration of the CVS Settlement Agreement or as otherwise specified in the contract executed with such entity, unless the Directed Trustee or the Directing Administrator is removed pursuant to Section II.C below.

   v.  To promote efficiencies, the Settlement Fund Administrators may place the Settlement Fund into a trust that also holds funds from the similar

L-1

opioid settlements with Teva, Allergan, Walgreens, and Walmart.  The
Settlement Fund Administrators shall create subaccounts (or a similar
structure that is approved by CVS) within the trust to separate funds paid
by CVS from funds paid by other Defendants.  The Settlement Fund
Administrators may also create additional subaccounts to separate funds
paid by CVS.  Interest earned by the trust shall be accounted by
subaccount, and the interest accrued in a CVS subaccount shall not be
used to pay any Settlement Fund Administrator fees and costs that are
allocated to another Defendant's settlement.

B.  *Governance of the Settlement Fund Administrators.*

    i.  The Settlement Fund Administrators will act as independent and neutral
third parties to determine the Annual Payment; administer and disburse
funds from the Remediation Accounts Fund, State Fund, Subdivision
Fund and Additional Restitution Amount; and perform other duties as
described below and in the CVS Settlement Agreement.

    ii.  All parties to the CVS Settlement Agreement are entitled to rely upon
information received from the Settlement Fund Administrators, whether in
oral, written, or other form.  No Party to the CVS Settlement Agreement
shall have any liability (whether direct or indirect, in contract or tort or
otherwise) to any party for or in connection with any action taken or not
taken by the Settlement Fund Administrators.  In addition, no Party to the
CVS Settlement Agreement shall have any liability (whether direct or
indirect, in contract or tort or otherwise) to any party for or in connection
with any action taken or not taken by CVS based on incorrect, inaccurate,
incomplete or otherwise erroneous information or data provided by the
Settlement Fund Administrators.  For the avoidance of doubt, nothing in
this paragraph alters Sections I to XIII of the CVS Settlement Agreement
or any of the exhibits therein.

C.  *Removal of the Settlement Fund Administrators.*

    i.  The Directed Trustee or Directing Administrator may be removed upon
agreement between CVS and the Enforcement Committee.  The contracts
with each entity shall describe the process for removing that entity.

    ii.  Disputes regarding the performance and/or removal of the Settlement
Fund Administrators will be resolved by the National Arbitration Panel in
accordance with Section VI.F of the CVS Settlement Agreement.

D.  *Funding of the Settlement Fund Administrators.*

    i.  The costs and fees associated with or arising out of the duties of the
Settlement Fund Administrators shall be paid first from the interest
accrued in the CVS subaccount(s) holding the Settlement Fund.

    ii.  To promote efficiencies, CVS and the Enforcement Committee have
chosen to use the same Settlement Fund Administrators as Teva, Allergan,
Walgreens, and Walmart for purposes of their similar opioid settlements.
Each Settlement Fund Administrator shall treat its costs and fees relevant

to the opioid settlement of Teva, Allergan, CVS, Walgreens, and Walmart as joint costs and fees shared among each defendant retaining it ("Joint Costs and Fees"), except for costs and fees performed out of the scope of the contract covering the joint engagement.  For the years that Settlement Fund Administrators are used for the CVS Settlement Agreement, the following percentages of the Joint Costs and Fees will be attributed to the CVS Settlement Agreement:

| | |
|---|---|
| Payment Years 1-6: | 20% |
| Payment Year 7: | 25% |
| Payment Years 8-10: | 33 1/3%. |

iii.  It is the Parties' expectation that the costs and fees of the Settlement Fund Administrators allocated to the CVS Settlement Agreement will be paid from the interest accrued in the CVS subaccount(s). In the event that the costs and fees of the Settlement Fund Administrators allocated to the CVS Settlement Agreement exceed the accrued interest available in the CVS subaccount(s), CVS shall pay one-half of the additional amount and one-half shall be paid out of the Settlement Fund pursuant to Section V.C.4 of the CVS Settlement Agreement.  CVS will pay its amount to the Settlement Fund Administrators within 30 days of being notified by the Settlement Fund Administrators that the accrued interest is insufficient to pay the fees owed.

iv.  CVS shall not be responsible for any portion of any other Defendants' allocated share of the Joint Costs and Fees.  For the years that CVS is not utilizing the Settlement Fund Administrators, it will not be responsible for any costs or fees.

v.  Representatives of the Enforcement Committee and CVS shall negotiate a budget with the Settlement Fund Administrators, which shall be dependent on the scope of services, the number and timing of distributions from the Settlement Fund, and the reporting requirements. Representatives of the Enforcement Committee and CVS have the right to review the costs and fees of the Settlement Fund Administrators prior to payment and upon request.  The deadlines and grounds for reviewing and objecting to such costs and fees will be established in the contracts executed with each of the Directed Trustee and Directing Administrator. Disputes regarding the payment of such costs and fees will be resolved by the National Arbitration Panel in accordance with Section VI.F.3 of the CVS Settlement Agreement.

III. **Participation in the CVS Settlement Agreement**

    A. *Repository for Settlement Participation Agreements.*

        i. The Directing Administrator is responsible for receiving and preserving the Settlement Participation Agreements pursuant to Sections VII.B, and VII.C of the CVS Settlement Agreement. The Directing Administrator is responsible for ensuring newly received forms are properly completed and executed. For forms completed, executed and accepted prior to the retention of the Directing Administrator, the Directing Administrator shall rely on information provided by the Implementation Administrator as to the proper completion and execution of the forms unless it is provided information that indicates such information is incorrect.

        ii. Within sixty (60) calendar days of its retention, the Directing Administrator shall establish a process to receive, preserve, and review the Settlement Participation Agreements.

        iii. The Directing Administrator will make the Settlement Participation Agreements available to CVS, the Enforcement Committee, and the Settling States through an online platform. If the requirements for preserving and making available the Settlement Participation Agreements change, the Enforcement Committee will convey any new requirements to the Directing Administrator which will make the change.

        iv. The Directing Administrator shall promptly respond to requests by CVS, the Enforcement Committee, or the Settling States for information concerning the Settlement Participation Agreements. The Directing Administrator will notify CVS and the Enforcement Committee on a regular basis when additional Settlement Participation Agreements are submitted unless such information is readily available to the Parties on the online platform established under Section III.A.iii, above.

        v. Upon reasonable request, the Directing Administrator shall provide reasonably available information to Settling States, Participating Subdivisions, and the Cost and Expense Fund Administrator (as defined by Exhibit R of the CVS Settlement Agreement) relevant to calculating amounts owed under a State Back-Stop Agreement.

IV. **Calculation and Allocation of Payments**.

    A. *General Principles.*

        i. This Section IV is intended to implement the relevant provisions of the CVS Settlement Agreement and the exhibits therein. To the extent this Section IV conflicts CVS Settlement Agreement and the other exhibits therein, the CVS Settlement Agreement shall control.

        ii. The Settlement Fund Administrators are entitled to rely upon information received from the Parties to the CVS Settlement Agreement, whether in oral, written, or other form, for the purpose for which it was submitted,

provided that such information is made available to the Parties and is not disputed by another Party.

1. CVS and a Settling State shall provide the Directing Administrator notice of any agreement reached pursuant to Section I.EEE of the CVS Settlement Agreement regarding calculation of populations for fire districts in Settling States where Primary Fire Districts were not identified in connection with the implementation of the July 21, 2021 Janssen Settlement Agreement.

2. CVS and a Settling State may inform the Directing Administrator that they agree a Settling State qualifies for Incentive Payment A. In such cases, such agreement shall satisfy the Directing Administrator's obligations to determine the Settling State's qualification for Incentive Payment A.

iii. CVS and the Enforcement Committee may agree to some or all of the calculations and allocations set forth in this Section IV prior to the Directing Administrator making such determination. In such cases, they shall so inform the Directing Administrator and such agreement shall satisfy the Directing Administrator's obligations to determine such calculations and allocations unless the Directing Administrator is provided with information establishing that the agreed-upon calculation or allocation is inaccurate.

iv. The Settling States have different requirements for how payments are made to each Settling State and its Exhibit G Participants based on applicable State-Subdivision Agreements, Allocation Statutes, Statutory Trusts, State Back-Stop Agreements, fiscal laws, and other differences. The Directing Administrator shall ask the Attorney General's Office in each Settling State to: (a) inform it whether the State has a State-Subdivision Agreement, Allocation Statute, and/or Statutory Trust; and (b) submit instructions on how payments are to be made to the State and its Exhibit G Participants. The Directing Administrator shall comply with such instructions so long as they are timely submitted and are permissible under the CVS Settlement Agreement and the exhibits therein.

1. A Settling State may choose to have all funds for the State and its Exhibit G Participants paid to one or more trust funds (such as a Qualified Settlement Fund or similar fund) or state accounts, which in turn will make payments to the State and its Exhibit G Participants in a manner that complies with all provisions of the CVS Settlement Agreement and the exhibits therein.

2. An Exhibit G Participant may timely choose to make a voluntary redistribution as provided by Section V.D.3 of the CVS Settlement Agreement by providing notice through the instructions provided by the Attorney General's Office for its State or by providing notice directly to the Directing Administrator through the instructions provided by the Directing Administrator.

3. The Directing Administrator may rely on logistic information, like contact, bank account and tax identification number information, previously collected for purposes of the July 21, 2021 Distributor Settlement Agreement and/or July 21, 2021 Janssen Settlement Agreement for a Settling State and its Exhibit G Participants unless instructed otherwise by the Attorney General's Office.

v. The Directing Administrator shall request any Settling State without a State-Subdivision Agreement, Allocation Statute, or Statutory Trust to submit a designation of a lead State agency or other entity to serve as the single point of contact for that Settling State's funding requests from the Remediation Accounts Fund to comply with Section V.D.4.b of the CVS Settlement Agreement. The designated entity shall be the only entity authorized to request the Directing Administrator instruct the Directed Trustee to disburse from that Settling State's Remediation Accounts Fund. The Directing Administrator shall not instruct the Directed Trustee to disburse any moneys from these Settling States' Remediation Accounts Fund without such instructions.

vi. In consultation with CVS and the Enforcement Committee, the Directing Administrator may set reasonable limits on the frequency with which it directs the Directed Trustee to make payments and may set other reasonable restrictions on complying with requests made by Settling States or their Participating Subdivisions, to limit the burdens and costs imposed on the Settlement Fund Administrators.

vii. The Settlement Fund Administrators may combine the payments under this Section IV with funds to be distributed by other comparable opioid settlements, provided that a separate accounting of payments made under this Section IV for the CVS Settlement Agreement is maintained. In determining when payments for each Payment Year will be made, the Settlement Fund Administrators may take into account the timeline for the availability of disbursements under other comparable opioid settlements.

B. *Payment Year 1 Annual Payment.*

i. No later than ten (14) days after CVS receives the necessary wire instructions and IRS Form W-9 from the Settlement Fund Administrators, CVS shall pay into the Settlement Fund the Maximum Annual Remediation Payment for Payment Year 1 as specified in Exhibit M-1, less a $15,747,278 reduction to Texas's allocable share pursuant to a separate agreement between CVS and the State of Texas. To the extent CVS and another Settling State agree to modify that Settling State's allocable share of the Maximum Annual Remediation Payment for Payment Year 1, the Settlement Fund Administrators shall implement the modification(s).

ii. If, no later than the date on which CVS makes the payment into the Settlement fund specified by Section IV.B.i, above, CVS and the Enforcement Committee inform the Directing Administrator that they

agree on the amount of the Statewide Payment Amount for each Settling State for Payment Year 1, the Directing Administrator shall treat those amounts as the determination described in Section IV.B.iii, below.

iii. If by the date on which CVS makes the payment into the Settlement fund specified by Section IV.B.i, above, CVS and the Enforcement Committee have not informed the Directing Administrator of agreed-upon amounts pursuant to Section IV.B.ii, above, the Directing Administrator shall determine the Statewide Payment Amount for each Settling State for Payment Year 1.

1. The Directing Administrator shall determine each Settling State's Statewide Payment Amount using the Overall Allocation Percentage in Exhibit F-2 of the CVS Settlement Agreement for each Settling State and multiplying it by the Base Payment amount specified in Exhibit M-1 of the CVS Settlement Agreement for Payment Year 1; *provided, however*, that Texas's Statewide Payment Amount shall be reduced by $15,747,278 pursuant to a separate agreement between CVS and the State of Texas. To the extent CVS and another Settling State agree to modify that Settling State's allocable share of the Maximum Annual Remediation Payment for Payment Year 1, the Settlement Fund Administrators shall implement the modification.

2. The Directing Administrator shall give notice to CVS, the Settling States, and the Enforcement Committee of the Statewide Payment Amount for each Settling State for Payment Year 1, and these notices shall be subject to dispute pursuant to the procedures provided by Section IV.D.i, below.

3. If the amount paid into the Settlement Fund pursuant to Section IV.B.i, above, exceeds the sum of the Statewide Payment Amount for each Settling State, the excess amount shall be retained in the Settlement Fund until Payment Year 2.

iv. The Directing Administrator shall allocate the Payment Year 1 Annual Payment within the Settling States using the Statewide Payment Amount for each Settling State determined pursuant to Section IV.B.ii or Section IV.B.iii, above.

1. The Directing Administrator shall determine the allocations of the Statewide Payment Amount within each Settling State pursuant to Section V.C, Section V.D and Exhibit G of the CVS Settlement Agreement, taking into account the instructions it has received pursuant to Section IV.A.iv, above.

2. If a Settling State and its Exhibit G Participants have reached consensus as to the intrastate allocation pursuant to Section IV.C.4 of the CVS Settlement Agreement, the Attorney General's Office in the Settling State shall so inform the Directing Administrator

and such agreement shall satisfy the Directing Administrator's obligations under Section IV.B.iv.1, above.

3. If the Attorney's General Office in a Settling State does not inform the Directing Administrator that the Settling State and its Exhibit G Participants have reached consensus as to the intrastate allocation pursuant to Section IV.C.4 of the CVS Settlement Agreement, as soon as possible after making the determinations under Section IV.B.ii or Section IV.B.iii, above, the Directing Administrator shall give notice to the Settling States and their Exhibit G Participants of: (a) the amount to be received by each Settling State; (b) the amount to be received by the separate types of funds for each Settling State (if applicable); and (c) the amount to be received by each Settling State's Exhibit G Participants.

v. The Directing Administrator shall provide instructions regarding the distribution of the Payment Year 1 Annual Payment to the Directed Trustee, consistent with the allocations determined in Section IV.B.iv, above, as soon as practicable; *provided, however*, the Directing Administrator shall not provide the instructions for an allocation for which notice is required pursuant to Section IV.B.iv.3, above, until the distribution is no longer subject to dispute pursuant to the procedures provided by Section IV.D, below.

vi. The Directed Trustee shall distribute the funds consistent with the instructions it received pursuant to Section IV.B.v, above, on, or as soon as practicable after the Payment Date for Payment Year 1 unless the requests made pursuant to Section IV.A.iv and .v, above, provide otherwise; *provided, however*, that for any Settling State where the Consent Judgment has not been entered as of the Payment Date for Payment Year 1, the funds allocable to that Settling State and its Exhibit G Participants shall not be transferred from the Settlement Fund or disbursed until ten (10) calendar days after the entry of the Consent Judgment in that State; *provided further* that any amounts allocated to a Participating Subdivision that has not yet secured dismissal with prejudice of its lawsuit as required under Section VII.C of the CVS Settlement Agreement shall not be disbursed until ten (10) calendar days after the Participating Subdivision has secured such dismissal.  CVS shall notify the Directing Administrator if it believes a Participating Subdivision has not yet secured dismissal with prejudice of its lawsuit as required under Section VII.C of the CVS Settlement Agreement. If so notified, the Directing Administrator will notify the Participating Subdivision and will withhold payment to the Participating Subdivision until ten (10) days after the Participating Subdivision has secured dismissal with prejudice of its lawsuit.

vii. The Settlement Fund Administrators shall also be responsible for allocating and disbursing the Additional Remediation Amount for Payment Year 1 among Settling States listed in Exhibit N of the CVS Settlement Agreement.  Pursuant to Section IX.B of the CVS Settlement

Agreement, the Additional Remediation Amount for Payment Year 1 shall be reduced by the allocations for Non-Settling States specified in Exhibit N of the CVS Settlement Agreement. The Directing Administrator shall account for the instructions it has received pursuant to Section IV.A.iv, above, in directing the Directed Trustee's distribution of this money; *provided, however*, that for any Settling State where the Consent Judgment has not been entered as of the Payment Date for Payment Year 1, the Additional Remediation Amount allocable to that Settling State shall not be transferred from the Settlement Fund or disbursed until ten (10) calendar days after the entry of the Consent Judgment in that State.

C. *Payment Years 2-10 Annual Payment.*

  i.  The Payment Date for Payment Year 2 and successive Payment Years is June 30 of 2024 and successive years, or thirty (30) calendar days from when the Settlement Fund Administrators give notice to CVS of the amount of the Annual Payment for the Payment Year, whichever is later. The Settlement Fund Administrators shall provide the necessary wire instructions and an IRS Form W-9 for the Settlement Fund to CVS by May 31 of the applicable year.  If current wire instructions and/or a Form W-9 are not provided by May 31, then the Payment Date for the applicable year shall be no later than fourteen (14) days after CVS receives both the wire instructions and the Form W-9.

  ii.  The Directing Administrator shall use the data as of April 30 prior to the Payment Date for each Annual Payment, to fulfill its obligations under this Section IV.C and determine the allocations to the Settling States and their Exhibit G Participants.

  iii.  As soon as possible after April 30, but no later than forty-five (45) days prior to the Payment Date for an Annual Payment, the Directing Administrator shall give notice to CVS, the Settling States, and the Enforcement Committee of the amount of the Annual Payment, and the Statewide Payment Amount for each Settling State, and these notices shall be subject to dispute pursuant to the procedures provided by Section IV.D.i, below.  The Directing Administrator shall determine the Annual Payment and the Statewide Payment Amount for each Settling State as follows:

      1.  The Directing Administrator shall determine, for each Settling State, the amount of base and incentive payments to which the State is entitled.

          a.  The base payments for all Payment Years will be equal to thirty-eight percent (38%) of the Maximum Remediation Payment multiplied by the aggregate Overall Allocation Percentage of the Settling States in Exhibit F-2 of the CVS Settlement Agreement.  These payments will be due in installments consistent with Exhibit M-1 of the CVS Settlement Agreement over the ten (10) Payment Years.

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

Because the Annual Payment in Payment Year 1 consists solely of base payments, as set forth in Exhibit M-1 to the CVS Settlement Agreement, base payments in Payment Years 2 through 10 are less than base payments in Payment Year 1 to ensure that the sum of base payments for Payment Years 1 through 10 do not exceed thirty-eight percent (38%) of each Settling State's allocable share of the Maximum Remediation Payment.  To determine a Settling State's base payment for a Payment Year, the Directing Administrator will multiply the maximum base payment for the applicable Payment Year that is specified in Exhibit M-1 of the CVS Settlement Agreement by the Settling State's Overall Allocation Percentage that is specified in Exhibit F-2 of the CVS Settlement Agreement.  In no event shall a Settling State's sum of base payments for Payment Years 1 through 10 exceed thirty-eight percent (38%) of the State's Overall Allocation Percentage times the Maximum Remediation Payment.

b.  The Directing Administrator shall follow the steps outlined in Section IV.H of the CVS Settlement Agreement to determine each Settling State's eligibility for Incentive Payments A-D, the sum of which for Payment Years 2 through 10 shall total up to a maximum of sixty-two percent (62%) of the Maximum Remediation Payment multiplied by the aggregate Overall Allocation Percentage of the Settling States, with the actual incentive payment amount depending on whether and the extent to which the criteria set forth in Section IV.H of the CVS Settlement Agreement are met; *provided, however*, Settling States shall have up to two years after the Effective Date to become eligible for Incentive Payment A, and Settling States that do not qualify for Incentive Payment A shall not be eligible to qualify for Incentive Payment D until Payment Year 6; *provided further* that CVS and the State of Texas have agreed that Texas is not eligible to earn Incentive Payments A-C under the CVS Settlement Agreement and shall not be eligible to earn Incentive Payment D if Texas earns Incentive Payment A under CVS's separate Texas settlement. Incentive payments are state-specific, with the actual amount depending on whether and to what extent a Settling State meets the criteria in Section IV.H of the CVS Settlement Agreement. In no event shall a Settling State's maximum total incentive payment for all Payment Years exceed $2,653,079,719 times the Settling State's Overall Allocation Percentage specified in Exhibit F-2 of the CVS Settlement Agreement.

L-10

      c.  To the extent CVS and a Settling State agree to modify that Settling State's base payment or incentive payments for any of Payment Years 2-10, the Settlement Fund Administrators shall implement the modification(s).

      d.  In no event shall CVS's Annual Payment for any of Payment Years 2-10 exceed the Maximum Annual Remediation Payment for that Payment Year, reduced for Non-Settling States, except as specified in Section I.LL of the CVS Settlement Agreement for Payment Years 6-10. In no event shall the sum of CVS's Annual Payments for Payment Years 1 through 10 exceed the Maximum Remediation Payment, reduced for Non-Settling States.

2.  The Directing Administrator shall apply any reductions or offsets required by Section IV and Section XII of the CVS Settlement Agreement, and allocate and track these amounts so that they reduce payments to only those Settling States and their Exhibit G Participants subject to the relevant reduction or offset.

3.  The Directing Administrator shall determine the amount of any Settlement Fund Administrator costs and fees that exceed the accrued interest in the Settlement Fund and Settlement Fund Escrow, as well as the amounts, if any, of such costs and fees owed by CVS and out of the Settlement Fund pursuant to Sections II.D.ii and II.D.iii, above.

4.  The Directing Administrator shall determine the total Annual Payment owed by CVS to the Settlement Fund on the Payment Date, and the amount of the Statewide Payment Amount for each Settling State, consistent with the calculations in Sections IV.C.iv.1 through IV.C.iv.3, above.  For the Annual Payment due in Payment Year 2, the Directing Administrator shall deduct from the amount due: a) the excess amount CVS paid into the Settlement Fund for Payment Year 1, as calculated in Section IV.B.iii.3, above, including without limitation any amounts allocable to Non-Settling States; and b) any amount in excess of $1.5 million CVS paid for the Implementation Administrator's fees and costs.

iv.  At any time before the Payment Date for an Annual Payment, CVS and the Enforcement Committee may inform the Directing Administrator that they agree on the amount of the Annual Payment and the Statewide Payment Amount for each Settling State.  If such agreement is reached, the Directing Administrator shall treat those amounts as the determinations described in Section IV.C.iii, above.

v.  The Directing Administrator shall allocate the Annual Payment (other than the amount owed for Settlement Fund Administrator costs and fees) within

the Settling States using the Statewide Payment Amount for each Settling State determined pursuant to Section IV.C.iii or Section IV.C.iv, above.

1. The allocations within each Settling State will be determined pursuant Section V.C, Section V.D and Exhibit G of the CVS Settlement Agreement, taking into account the instructions it has received pursuant to Section IV.A.iv, above.

2. If a Settling State and its Exhibit G Participants have reached consensus as to the intrastate allocation pursuant to Section IV.C.4 of the CVS Settlement Agreement, the Attorney General's Office in the Settling State shall so inform the Directing Administrator and such agreement shall satisfy the Directing Administrator's obligations under this Section IV.C.v.

3. If the Attorney's General Office in a Settling State does not inform the Directing Administrator that the Settling State and its Exhibit G Participants have reached consensus as to the intrastate allocation pursuant to Section IV.C.4 of the CVS Settlement Agreement, as soon as possible following the determination under Section IV.C.iii or Section IV.C.iv, above, the Directing Administrator shall give notice to the Settling States and their Exhibit G Participants of: (a) the amount to be received by each Settling State (specifying the amount of base payment, of each incentive payment, and of each applicable suspension, offset, or reduction); (b) the amount to be received by the separate types of funds for each Settling State (if applicable); and (c) the amount to be received by each Settling State's Exhibit G Participants.

vi. The Directing Administrator shall provide instructions regarding the distribution of the Annual Payment to the Directed Trustee, consistent with the allocations determined in Section IV.C.v, above, as soon as practicable; *provided, however,* the Directing Administrator shall not provide the instructions for an allocation for which notice is required pursuant to Section IV.C.iii or Section IV.C.v.3, above, until the distribution is no longer subject to dispute pursuant to the procedures provided by Section IV.D, below.

vii. The Directed Trustee shall distribute the funds consistent with the instructions it received pursuant to Section IV.C.vi, above, on, or as soon as practicable after the Payment Date unless the requests made pursuant to Section IV.A.iv and Section IV.A.v, above, provide otherwise; *provided, however,* that for any Settling State where the Consent Judgment has not been entered as of the Payment Date for a Payment Year, the funds allocable to that Settling State and its Exhibit G Participants shall not be transferred from the Settlement Fund or disbursed until ten (10) calendar days after the entry of the Consent Judgment in that State; *provided further* that any amounts allocated to a Participating Subdivision that has not yet secured dismissal with prejudice of its lawsuit as required under

Section VII.C of the CVS Settlement Agreement shall not be disbursed until ten (10) calendar days after the Participating Subdivision has secured such dismissal. CVS shall notify the Directing Administrator if it believes a Participating Subdivision has not yet secured dismissal with prejudice of its lawsuit as required under Section VII.C of the CVS Settlement Agreement.  If so notified, the Directing Administrator will notify the Participating Subdivision and will withhold payment to the Participating Subdivision until ten (10) days after the Participating Subdivision has secured dismissal with prejudice of its lawsuit.

    viii.   The Settlement Fund Administrators shall be also responsible for allocating and disbursing the Additional Remediation Amount for Payment Years 2-5 among Settling States listed in Exhibit N of the CVS Settlement Agreement.  Pursuant to Section IX.B of the CVS Settlement Agreement, the Additional Remediation Amounts for Payment Years 2-5 shall be reduced by the allocations for Non-Settling States specified in Exhibit N of the CVS Settlement Agreement. The Directing Administrator shall account for the instructions it has received pursuant to Section IV.A.iv, above in directing the Directed Trustee's distribution of this money.

**D.**   *Disputes Regarding Notices.*

    i.   For a notice provided pursuant to Section IV.B.iii. or Section IV.C.iii, above, concerning the amount of the Annual Payment for a Payment Year and/or the Statewide Payment Amount for each Settling State for a Payment Year, the following procedures shall apply:

        1.   Within twenty-one (21) calendar days of the notice provided by the Directing Administrator, CVS, any Settling State or the Enforcement Committee party may dispute, in writing, the calculation of the Annual Payment (including the amount allocated for Settlement Fund Administrator costs and fees), or the Statewide Payment Amount for a Settling State. Such disputing party must provide a written notice of dispute to the Settlement Fund Administrators, the Enforcement Committee, any affected Settling State, and CVS identifying the nature of the dispute, the amount of money that is disputed, and the Settling State(s) affected.  The Directing Administrator will maintain official contact information for providing a notice of dispute.

        2.   Within twenty-one (21) calendar days of the sending of a written notice of dispute, any affected party may submit a response, in writing, to the Settlement Fund Administrators, the Enforcement Committee, any affected Settling State, and CVS identifying the basis for disagreement with the notice of dispute.

        3.   If no response is filed, the Directing Administrator shall adjust the amount calculated consistent with the written notice of dispute and shall notify CVS of the amount of that year's Annual Payment due

on the Payment Date.  If a written response to the written notice of dispute is timely sent to the Settlement Fund Administrators, the Directing Administrator shall notify CVS of the preliminary amount to be paid, which shall be the greater of the amount originally calculated by the Directing Administrator or the amount that would be consistent with the notice of dispute, *provided, however*, that in no circumstances shall the preliminary amount to be paid be higher than the Maximum Annual Remediation Payment for that Payment Year times the Overall Allocation Percentage(s) specified in Exhibit F-2 of the CVS Settlement Agreement for the affected Settling State(s), except as specified in Section I.LL of the CVS Settlement Agreement for Payment Years 6-10.  For the avoidance of doubt, a transfer of payments from the Settlement Fund Escrow for other Payment Years does not count toward determining whether the amount to be paid is higher than the Maximum Annual Remediation Payment for that Payment Year.

4. The Directing Administrator shall instruct the Directed Trustee to place any disputed amount of the preliminary amount paid by CVS into the Settlement Fund Escrow and to disburse any undisputed amount to each Settling State and its Exhibit G Participants.

ii. For a notice provided pursuant to Section IV.B.iv or Section IV.C.v, above, concerning the intrastate allocation of the Statewide Payment Amount for each Settling State, the following procedures shall apply:

1. Within twenty-one (21) calendar days of the notice provided by the Directing Administrator, any Settling State or Exhibit G Participants may dispute, in writing, the calculation of the amount to be received by a Settling State and/or its Exhibit G Participants. The Directing Administrator shall disregard any dispute that challenges the allocations adopted by a State-Subdivision Agreement approved pursuant to the provisions of Exhibit O of the CVS Settlement Agreement or by statute.  A disputing party must provide a written notice of dispute to the Settlement Fund Administrators, any affected Settling State, and any affected Exhibit G Participant identifying the nature of the dispute, the amount of money that is disputed, and the Settling State(s) affected.  The Directing Administrator will maintain official contact information for providing a notice of dispute.

2. Within twenty-one (21) calendar days of the sending of a written notice of dispute, any affected Settling State or any affected Exhibit G Participant may submit a response, in writing, to the Settlement Fund Administrators, any affected Settling State, and any affected Exhibit G Participant identifying the basis for disagreement with the notice of dispute.

L-14

    3. If no response is filed, the Directing Administrator shall adjust the amount calculated consistent with the written notice of dispute.

    4. The Directing Administrator shall instruct the Directed Trustee to place any disputed amount into the Settlement Fund Escrow and to disburse any undisputed amount to each Settling State and Exhibit G Participants.

  iii. Disputes described in this Section IV.D shall be resolved in accordance with the terms of Section VI of the CVS Settlement Agreement.

  iv. The decisions of the National Arbitration Panel on any disputes described in this Section IV.D shall be binding on Settling States, Participating Subdivisions, CVS, and the Settlement Fund Administrators.

E. *Extensions.*

  i. The Settlement Fund Administrators shall provide notice to CVS and the Enforcement Committee should the Directing Administrator and/or Directed Trustee believe that the deadlines provided for in this Section IV need to be adjusted. In such a circumstance, the Settlement Fund Administrators, CVS, and the Enforcement Committee will meet and confer regarding the appropriate timeline. The deadlines in this Section IV may be extended only by the written agreement of CVS and the Enforcement Committee.

## V.  Reporting Obligations

A. *Reporting of Non-Opioid Remediation Uses.*

  i. The Directing Administrator shall set up a system to receive and preserve reports from Settling States and Participating Subdivisions that have used monies from the Settlement Fund for purposes that do not qualify as Opioid Remediation, pursuant to Section V.B.2 of the CVS Settlement Agreement. The Directing Administrator will not require Settling States and their Exhibit G Participants without any such uses of money to submit a report, and the Directing Administrator may treat the failure to submit a report as confirmation that a Settling State or Exhibit G Participants had no such uses of money.

  ii. Settling States and their Exhibit G Participants shall report to the Directing Administrator the amount of funds received from the Settlement Fund used for purposes that do not qualify as Opioid Remediation (pursuant to Section V.B.2 of the CVS Settlement Agreement). The format of Settling States and Exhibit G Participants' reports to the Directing Administrator shall match the format of the reports Settling States and Participating Subdivisions were required to submit on March 31, 2023 pursuant to the distributor and Janssen settlements. Such Settling State or their Exhibit G Participants shall make such reports to the Directing Administrator with respect to each six-month period ending on

June 30 or December 31 of any year in which funds are received from the Settlement Fund. Such Settling State or Exhibit G Participants shall make each such report within ninety (90) days of the end of the applicable six-month period. The Directing Administrator shall make such reports available to CVS and the Enforcement Committee.

iii. The Directing Administrator shall establish a process by the due date of the first report to make the reporting under this Section V.A available to the public.

B. *Remediation Accounts Fund Reporting.*

i. Upon request by CVS, the Settlement Fund Administrators shall agree to perform such further acts and to execute and deliver such further documents as may be reasonably necessary for CVS to establish the statements set forth in Section V.F of the CVS Settlement Agreement to the satisfaction of its tax advisors, its independent financial auditors, the Internal Revenue Service, or any other governmental authority, including as contemplated by Treasury Regulations Section 1.162-21(b)(3)(ii) and any subsequently proposed or finalized relevant regulations or administrative guidance. Nothing herein shall be read to conflict with or limit the Parties' obligations under Sections V.F and XIII.F of the CVS Settlement Agreement.

C. *Qualified Settlement Fund Treatment.*

i. CVS and the Settlement Fund Administrators shall agree that the Settlement Fund is intended to be classified as a "qualified settlement fund" within the meaning of Treasury regulations Section 1.468B-1, et seq. (and corresponding or similar provisions of state, local, or foreign law, as applicable). The Settlement Fund Administrators shall not take any action or tax position inconsistent with such treatment. The Settlement Fund shall be treated as a qualified settlement fund from the earliest date possible, and CVS and the Settlement Fund Administrators shall agree to any relation-back election required to treat the Settlement Fund as a qualified settlement fund from the earliest date possible.

D. *Tax Administration.*

i. The Directing Administrator shall serve as administrator of the Settlement Fund for tax purposes. The Directing Administrator shall (i) obtain federal and state taxpayer identification numbers for the Settlement Fund and provide the same to CVS and the Settlement Fund Administrators, (ii) seek a Private Letter Ruling from the IRS determining that all investment income earned on the Trust Assets is excludible from gross income under Section 115 of the Internal Revenue Code, 26 U.S.C. § 115, (iii) be responsible for all tax reporting, withholding and filing requirements for the Settlement Fund, (iv) provide instructions to CVS and the Settlement Fund Administrators for the release of sufficient funds from the Settlement Fund to pay all taxes owed by the Settlement Fund in accordance with

Treasury regulations Section 1.468B-2 and any applicable state, local or other tax laws, (v) send copies of all such tax filings and returns to CVS, the Enforcement Committee, and the Settlement Fund Administrators, and (vi) engage, with prior approval from CVS and the Enforcement Committee, any other professionals necessary to complete these tasks. CVS, the Enforcement Committee, and the Directed Trustee shall provide such cooperation and information as the Directing Administrator may reasonably request in performing the responsibilities set forth in this Section V.D.

**EXHIBIT M-1: PAYMENT SCHEDULE**

| Payment Year | Maximum Additional Remediation Amount & All Attorneys' Fees & Costs Funds (Includes CB Fee on Credits) | Maximum Base Payments (38%) | Maximum Incentive Payment A (62%) | Maximum Incentive Payment B (28%) | Maximum Incentive Payment C (28%) | Maximum Incentive Payment D @ 6% | Maximum Total Remediation | Maximum Overall Total |
|---|---|---|---|---|---|---|---|---|
| Year 1 June 30, 2023 | $125,329,964 | $306,016,374 | --- | --- | --- | --- | $306,016,374 | $431,346,338 |
| Year 2 June 30, 2024 | $113,977,078 | $81,058,849 | $162,912,910 | $81,456,455 | $81,456,455 | --- | $243,971,759 | $357,948,837 |
| Year 3 June 30, 2025 | $128,577,766 | $161,989,258 | $325,567,678 | $162,783,839 | $162,783,839 | --- | $487,556,936 | $616,134,702 |
| Year 4 June 30, 2026 | $128,577,766 | $161,989,258 | $325,567,678 | $162,783,839 | $162,783,839 | --- | $487,556,936 | $616,134,702 |
| Year 5 June 30, 2027 | $128,577,767 | $161,989,258 | $325,567,678 | $162,783,839 | $162,783,839 | --- | $487,556,936 | $616,134,703 |
| Year 6 June 30, 2028 | --- | $161,989,257 | $325,567,679 | $137,108,875 | $137,108,874 | $51,349,930 | $487,556,936 | $487,556,936 |
| Year 7 June 30, 2029 | --- | $153,896,217 | $309,302,202 | $128,976,136 | $128,976,136 | $51,349,930 | $463,198,419 | $463,198,419 |
| Year 8 June 30, 2030 | --- | $145,803,177 | $293,036,724 | $120,843,397 | $120,843,397 | $51,349,930 | $438,839,901 | $438,839,901 |
| Year 9 June 30, 2031 | --- | $145,674,735 | $292,778,585 | $120,714,327 | $120,714,328 | $51,349,930 | $438,453,320 | $438,453,320 |
| Year 10 June 30, 2032 | --- | $145,674,735 | $292,778,585 | $120,714,328 | $120,714,327 | $51,349,930 | $438,453,320 | $438,453,320 |
| **Total** | **$625,040,341** | **$1,626,081,118** | **$2,653,079,719** | **$1,198,165,035** | **$1,198,165,034** | **$256,749,650** | **$4,279,160,837** | **$4,904,201,178** |

**NOTES:**

1.   The Maximum Additional Remediation Amount and the state and subdivision attorneys' fees and costs amounts are broken out into separate columns in Exhibit M-3. All payments shown in this schedule are maximum figures.

2.   All annual and total figures for Maximum Additional Remediation Amount & All Attorneys' Fees & Costs Fund are maximum figures that may never be exceeded. They are subject to reduction as set forth in the Agreement and its exhibits.

3.   All annual and total figures for Maximum Base Payment, Maximum Incentive Payment A, Maximum Incentive Payment B, and Maximum Incentive Payment C are maximum figures that may never be exceeded and reflect the following:
     -   An assumption that all Eligible States are Settling States.
     -   An assumption that all Settling States earn the full amount of the relevant incentive payment.
     -   The figures are subject to reduction as set forth in the Agreement.

4.   All annual and total figures for Maximum Incentive Payment D are maximum figures that reflect the following:
     -   An assumption that all Eligible States are Settling States.
     -   An assumption that all Settling States earn 100% of Incentive Payment C and hence the full amount of D at a value of 6%.
     -   Exhibit M-2 shows maximums based on Incentive Payment D values higher than 6% if Incentive Payment C is not earned in full. As set forth in the Agreement and Exhibit M-2, any Incentive Payments D at values higher than 6% for a Settling State must be offset in full by corresponding reductions to Incentive Payment C for that Settling State in prior Payment Years and the same Payment Year, resulting in zero increase to the total Maximum Total Remediation amount ($4,279,160,837) and the total Maximum Overall Total amount ($4,904,201,178).
     -   The figures are subject to reduction as set forth in the Agreement.

5.   All annual and total figures for Maximum Total Remediation and Maximum Overall Total are maximum payments that reflect the following:
     -   The credit amount of $117,882,400 for prior settlements has already been applied.
     -   An assumption that all Eligible States are Settling States.
     -   An assumption that all Settling States earn their full potential maximum amount of the Maximum Total Remediation through either Incentive Payment A, or Incentive Payments B, C, and D with Incentive Payment D at a value of 6%.
     -   All annual and total figures for Maximum Total Remediation and Maximum Overall Total may never be exceeded with the sole and exclusive exception of the annual amounts for Years 6-10, which may increase based on Incentive Payment D as set forth in Exhibit M-2 when Incentive Payment C is not earned in full. Any such increases must be offset in full by corresponding reductions to Incentive Payment C in prior Payment Years and the same Payment Year for that Settling State, resulting in zero increase to the total Maximum Total Remediation amount ($4,279,160,837) and the total Maximum Overall Total amount ($4,904,201,178).
     -   Exhibit M-2 shows maximums based on Incentive Payment D values higher than 6%.
     -   The figures are subject to reduction as set forth in the Agreement.

6.   Any offsets for Eligible States that are Non-Settling States would be deducted from Maximum Base Payment, Maximum Incentive Payment A, Maximum Incentive Payment B, Maximum Incentive Payment C, Maximum Incentive Payment D, and Maximum Total Remediation by

subtracting from all annual and total payments  the amount of the payment times the Overall Allocation Percentage assigned to each Non-Settling State in Exhibit F-2.

### EXHIBIT M-2: INCENTIVE D PAYMENT RANGE SCHEDULE

| Payment Year | Incentive Payment D (6%-15%) | | Total Remediation | |
|---|---|---|---|---|
| | Maximum if All Eligible States Obtain Incentive D at 6% | Maximum if All Eligible States Obtain Incentive D at 15% | Maximum if All Eligible States Obtain Full Potential with Incentive D at 6% | Maximum if All Eligible States Obtain Full Potential with Incentive D at 14.4% |
| Year 6 June 30, 2028 | $51,349,930 | $128,374,825 | $487,556,936 | $518,314,175 |
| Year 7 June 30, 2029 | $51,349,930 | $128,374,825 | $463,198,419 | $496,395,480 |
| Year 8 June 30, 2030 | $51,349,930 | $128,374,825 | $438,839,901 | $474,476,784 |
| Year 9 June 30, 2031 | $51,349,930 | $128,374,825 | $438,453,320 | $474,128,924 |
| Year 10 June 30, 2032 | $51,349,930 | $128,374,826 | $438,453,320 | $474,128,924 |
| **Total (Years 1-10)** | **$256,749,650** | **$641,874,126** | **$4,279,160,837** | **$4,279,160,837** |

**NOTES:**

1. The ranges for Incentive Payment D show the amount earned based on all Settling States obtaining its minimum value of 6% and its maximum value of 15%, and reflect the following:
   - An assumption that all Eligible States are Settling States.
   - An assumption that all Settling States qualify for Incentive Payment D.
   - The high end of the annual and total ranges for Incentive Payment D may never be exceeded and assume that all Settling States earn the full amount of the Total Remediation that they are eligible to receive by achieving, among other incentives, Incentive Payment D at a value of 14.4%. (The Incentive Payment C and Incentive Payment D payment tables do not allow Settling States earning Incentive Payment D at a value of 15% to earn their full potential amount of the Total Remediation.)
   - Any increase above the low end of the annual and total ranges for Incentive Payment D must be offset in full by corresponding reductions to Incentive Payment C in prior Payment Years and the same Payment Year, resulting in zero increase to the total Maximum Total Remediation amount ($4,279,160,837) and the total Maximum Overall Total amount ($4,904,201,178).

- The total Maximum Total Remediation amount ($4,279,160,837) and total Maximum Overall Total amount ($4,904,201,178) may never be exceeded and do not change regardless if all Settling States earn their full potential amount of the total Maximum Total Remediation through Incentive Payment D at a value of 6% or at a value of 14.4%.
- The amounts are subject to reduction as set forth in the Agreement.

2. All ranges for Total Remediation payments reflect the following:
   - The credit amount of $117,882,400 for prior settlements has already been applied.
   - An assumption that all Eligible States are Settling States.
   - The low end of the ranges assume that all Settling States earn their full potential amount of the Total Remediation through 100 percent of Incentive Payment B, 100 percent of Incentive Payment C, and thus Incentive Payment D at a value of 6%.
   - The high end of the annual ranges may never be exceeded and assume that all Settling States earn the full amount of the Total Remediation that they are eligible to receive by achieving, among other incentives, Incentive Payment D at a value of 14.4%.  (The Incentive Payment C and Incentive Payment D payment tables do not allow Settling States earning Incentive Payment D at a value of 15% to earn their full potential amount of the Total Remediation.)
   - Any increase above the low end of the annual ranges must be offset in full by corresponding reductions to Incentive Payment C in prior Payment Years and the same Payment Year, resulting in zero increase to the total Maximum Total Remediation amount ($4,279,160,837) and the total Maximum Overall Total amount ($4,904,201,178).
   - The total Maximum Total Remediation amount ($4,279,160,837) and total Maximum Overall Total amount ($4,904,201,178) may never be exceeded and do not change regardless if all Settling States earn their full potential amount of the total Maximum Total Remediation through Incentive Payment D at a value of 6% or at a value of 14.4%.
   - The amounts are subject to reduction as set forth in the Agreement.

3. Any offsets for Eligible States that are Non-Settling States would be deducted from the Incentive Payment D and Total Remediation by subtracting from all payments the amount of the payment times the Overall Allocation Percentage assigned to each Non-Settling State in Exhibit F-2.

**EXHIBIT M-3: PAYMENT SCHEDULE FOR FEE FUNDS, COST FUNDS AND ADDITIONAL REMEDIATION**
**(Breakdown of Second Column in Exhibit M-1)**

| Payment Year | Maximum Exhibit R Attorney Fee Funds | Exhibit R Attorney Cost Funds | Common Benefit Fee on Credits | State Cost Fund | Maximum State Outside Counsel Fee Fund | Maximum Additional Remediation Amount | Maximum Total (Shown in Ex. M-1, 2nd Column) |
|---|---|---|---|---|---|---|---|
| Year 1 June 30, 2023 | $91,298,571 | $15,000,000 | $1,914,750 | $9,509,246 | $3,803,699 | $3,803,698 | $125,329,964 |
| Year 2 June 30, 2024 | $80,678,256 | $15,000,000 | $1,182,179 | $9,509,246 | $3,803,698 | $3,803,699 | $113,977,078 |
| Year 3 June 30, 2025 | $109,546,373 | --- | $1,914,750 | $9,509,247 | $3,803,698 | $3,803,698 | $128,577,766 |
| Year 4 June 30, 2026 | $109,546,372 | --- | $1,914,750 | --- | $8,558,322 | $8,558,322 | $128,577,766 |
| Year 5 June 30, 2027 | $109,546,372 | --- | $1,914,751 | --- | $8,558,322 | $8,558,322 | $128,577,767 |
| **Total** | **$500,615,944** | **$30,000,000** | **$8,841,180** | **$28,527,739** | **$28,527,739** | **$28,527,739** | **$625,040,341** |

## EXHIBIT N

### Additional Remediation Amount Allocation Percentages

| | |
|---|---|
| **Alabama** | 2.0094047523% |
| **American Samoa** | 0.0215590674% |
| **Arizona** | 2.9911870812% |
| **California** | 12.4923284542% |
| **Colorado** | 2.0922099886% |
| **Connecticut** | 1.6290775863% |
| **District of Columbia** | 0.2266153628% |
| **Georgia** | 3.5107212404% |
| **Guam** | 0.0604844794% |
| **Hawaii** | 0.4087756176% |
| **Idaho** | 0.6193769970% |
| **Illinois** | 4.1882957440% |
| **Indiana** | 2.7913607538% |
| **Iowa** | 0.9341820978% |
| **Kansas** | 0.9872591950% |
| **Louisiana** | 1.8447419766% |
| **Maine** | 0.6664875621% |
| **Maryland** | 2.6575348718% |
| **Massachusetts** | 2.9005058228% |
| **Minnesota** | 1.6334209688% |
| **Missouri** | 2.5253744735% |
| **Montana** | 0.3935393398% |
| **N. Mariana Islands** | 0.0210349545% |
| **Nebraska** | 0.5252526469% |
| **New Jersey** | 3.4690785339% |
| **New York** | 6.7872003052% |
| **North Carolina** | 4.0924962523% |
| **North Dakota** | 0.2140841267% |
| **Ohio** | 5.4856657801% |
| **Oklahoma** | 1.9292810204% |
| **Oregon** | 1.7302239375% |
| **Pennsylvania** | 5.7772011360% |
| **Rhode Island** | 0.5622563667% |
| **South Carolina** | 1.9381920268% |
| **Tennessee** | 3.3847318704% |
| **Texas** | 7.9239877394% |

WITH TECHINICAL CORRECTIONS 02.02.2023

| | |
|---|---|
| **Vermont** | 0.3204352512% |
| **Virgin Islands** | 0.0397474619% |
| **Virginia** | 2.8709652916% |
| **Washington** | 2.9198056809% |
| **Wisconsin** | 2.2138760297% |
| **Wyoming** | 0.2100401547% |

## EXHIBIT O

### Adoption of a State-Subdivision Agreement

A State-Subdivision Agreement shall be applied if it meets the requirements of Section V and is approved by the State and by the State's Subdivisions as follows:

1. *Requirements for Approval*. A State-Subdivision Agreement shall be deemed as agreed to when it has been approved by the State and either (a) Subdivisions whose aggregate "Population Percentages," determined as set forth below, total more than sixty percent (60%), or (b) Subdivisions whose aggregate Population Percentages total more than fifty percent (50%) provided that these Subdivisions also represent fifteen percent (15%) or more of the State's counties or parishes (or, in the case of Settling States whose counties and parishes do not function as local governments, 15% of or more of the Settling State's non-county Subdivisions), by number.

2. *Approval Authority*. Approval by the State shall be by the Attorney General. Approval by a Subdivision shall be by the appropriate official or legislative body pursuant to the required procedures for that Subdivision to agree to a legally binding settlement.

3. *Population Percentage Calculation*. For purposes of this Exhibit O only, Population Percentages shall be determined as follows: For States with functional counties or parishes[1] the Population Percentage of each county or parish shall be deemed to be equal to (a) (1) two hundred percent (200%) of the population of such county or parish, minus (2) the aggregate population of all Primary Incorporated Municipalities located in such county or parish, divided by (b) two hundred percent (200%) of the State's population. A "*Primary Incorporated Municipality*" means a city, town, village or other municipality incorporated under applicable state law with a population of at least 25,000 that is not located within another incorporated municipality. The Population Percentage of each Primary Incorporated Municipality shall be equal to its population (including the population of any incorporated or unincorporated municipality located therein) divided by two hundred percent (200%) of the State's population; provided that the Population Percentage of a Primary Incorporated Municipality that is not located within a county shall be equal to two hundred percent (200%) of its population (including the population of any incorporated or unincorporated municipality located therein) divided by two hundred percent (200%) of the State's population. For all States that do not have functional counties or parishes, the Population Percentage of each non-county Subdivision (including any incorporated or unincorporated municipality located therein), shall be equal to its population divided by the State's population.

4. *Preexisting Agreements and Statutory Provisions*. A State may include with the notice to its Subdivisions an existing agreement, a proposed agreement, or statutory provisions regarding the distribution and use of settlement funds and have the acceptance of such an agreement or

---

[1] Certain states do not have counties or parishes that have functional governments, including Alaska, Connecticut, Massachusetts, Rhode Island, and Vermont.

statutory provision be part of the requirements to be an Initial Participating Subdivision.

5.  *Revised Agreements*. A State-Subdivision Agreement that has been revised, supplemented, or refined shall be applied if it meets the requirements of Section V and is approved by the State and by the State's Subdivisions pursuant to the terms above.

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

<u>**EXHIBIT P**</u>

<u>**CVS Pharmacy Inc. Injunctive Terms**</u>

**I.    <u>INTRODUCTION</u>**

1.  Except where these Injunctive Terms specify a different implementation period, CVS Pharmacy, Inc. ("Settling Pharmacy") shall implement the Injunctive Terms set forth below in Sections II through XVII by the Injunctive Terms Implementation Date (defined below).

2.  To the extent that Settling Pharmacy already have in place positions, committees, departments, policies or programs that satisfy the Injunctive Terms, no re-naming or other change is required by these Injunctive Terms.

3.  Overview

    a.  Settling Pharmacy will implement or maintain a Controlled Substance Dispensing Oversight Program ("CSDOP").

    b.  The CSDOP must include written standard operating procedures and/or corporate policies (the "CSDOP Policies and Procedures") required by these Injunctive Terms.

    c.  The CSDOP shall apply during the term of these Injunctive Terms, to each of Settling Pharmacy's retail pharmacy stores that dispense Schedule II Designated Controlled Substances and are registered or licensed with each Settling State.

    d.  Settling Pharmacy shall provide a copy of the relevant CSDOP Policies and Procedures to each Settling State within 60 days of the Injunctive Terms Implementation Date.  To the extent any implementation is expected to require additional time, the Parties agree to work together in good faith to establish a timeline for implementation.  No later than 30 days after the Injunctive Terms Implementation Date, each Settling State shall identify the person or office to whom Settling Pharmacy must provide a copy of the relevant CSDOP Policies and Procedures and any other State-specific reporting required under these Injunctive Terms.

    e.  Settling States shall form the States Injunctive Relief Committee to serve as a point of contact for Settling Pharmacy and to perform such other roles as set forth herein. Upon the committee's formation, Settling States shall provide notice to Settling Pharmacy of the members of the committee.

4. Compliance with Laws

    a. Each Settling Pharmacy acknowledges and agrees that its pharmacies must comply with applicable state and federal laws, regulations, and rules, including those regarding the dispensing of Controlled Substances. The requirements of these Injunctive Terms are in addition to, and not in lieu of, any other requirements of federal, state, or local law.  Nothing in the Injunctive Terms shall be construed as relieving the Settling Pharmacy of the obligation of their pharmacies to comply with all federal, state and local laws, regulations or rules, nor shall any of the provisions of the Injunctive Terms be deemed as permission for Settling Pharmacy to engage in any acts or practices prohibited by such laws, regulations or rules.

    b. The Injunctive Terms are not intended to and shall not be interpreted to prevent Settling Pharmacy from taking or implementing any other compliance or policy steps that are more restrictive or that are necessary to conform with federal, state, or local legal requirements, unless such steps would conflict with State or local law.  The Injunctive Terms are not intended to and shall not be interpreted to require Settling Pharmacy to inventory any Controlled Substances or any particular Controlled Substances or to require dispensing of any Controlled Substances or of any individual, types, subsets or categories of Controlled Substances prescriptions.

    c. In the event that a Settling Pharmacy determines that there may be a conflict between the Injunctive Terms and the express requirements of federal, state, or local laws, or interpretations of such laws articulated by an agency responsible for enforcing such laws or a court ("Express Interpretations"), such that the Settling Pharmacy determines that it cannot comply with the Injunctive Terms without violating these express requirements or Express Interpretations, Settling Pharmacy shall follow the express requirements of the federal, state or local law or Express Interpretation thereof and shall provide notice to the Settling State(s). Within thirty (30) days after receipt of a notification from a Settling Pharmacy referenced above, the Settling Pharmacy and the State shall meet and discuss the potential conflict, and the Settling Pharmacy shall comply with any reasonable requests from the Settling State as necessary to determine whether there is a conflict between the Injunctive Terms and the express requirements of federal, state, or local laws, or Express Interpretations.  In the event that a Settling Pharmacy believes a court or administrative action brought by a governmental body in a Settling State has commenced against it or its pharmacists for actions required by the Injunctive Terms, then the Settling Pharmacy may notify the Attorney General of the Settling State of such pending action. If the State agrees that the court or administrative action is a result of actions required by the Injunctive Terms, the State will engage in best efforts to resolve the conflict or assist in achieving resolution of the court or

administrative action.  Nothing in this paragraph shall (i) limit the right of the Settling State to disagree with a Settling Pharmacy as to the conflict; (ii) be deemed to relieve a Settling Pharmacy from following any subsequently enacted law or regulation, or judicial decisions from a regulatory authority with jurisdiction over controlled substances that is more restrictive than the provisions of the Injunctive Terms; (iii) or from following the Injunctive Terms if they are more restrictive than applicable laws at issue in the administrative action if there is no conflict; (iv) be deemed to relieve a Settling Pharmacy from adhering to the outcome of a court or administrative determination that there is no conflict; or (v) limit a Settling State's ability to relieve a Settling Pharmacy of a duty under these Injunctive Terms if that Settling State determines that that term is in conflict with that Settling State's express legal requirements.

d.  A Settling Pharmacy shall retain all records it is required to create pursuant to its obligations hereunder for a period no shorter than three years, unless otherwise specified. Nothing in these Injunctive Terms shall prevent a Settling State from issuing a lawful subpoena or Civil Investigative Demand (CID) for records pursuant to an applicable law.

5.  No Admission and No Use as Evidence.  Settling Pharmacy do not admit liability or wrongdoing.  These Injunctive Terms shall not be considered, construed, or represented to be (1) an admission, concession, or evidence of liability, wrongdoing, or the existence of any legal obligations or requirements other than the requirement to follow these Injunctive Terms, (2) an admission, concession or evidence of the reach, requirements, meaning or interpretation of any statute or regulation, or (3) a waiver or limitation of any defense otherwise available to Settling Pharmacy.  These Injunctive Terms shall not be offered or received in evidence or otherwise relied on in any action or proceeding for any purpose other than in an action or proceeding to modify or enforce or monitor compliance with these Injunctive Terms.

## II.  <u>TERM AND SCOPE</u>

1.  The term of these Injunctive Terms shall be from the Injunctive Terms Implementation Date until August 15, 2032, unless otherwise specified herein.

2.  Except as otherwise stated herein, the Injunctive Terms shall apply to Settling Pharmacy's retail pharmacy stores located in, and registered or licensed with, each Settling State that dispense Schedule II Designated Controlled Substances to Patients, including any Schedule II Designated Controlled Substances dispensed by any such retail pharmacy stores that are mailed or shipped to patients in a Settling State.  Should Settling Pharmacy operate an online pharmacy that is registered or licensed to dispense Schedule II Designated Controlled Substances in any Settling State while these

Injunctive Terms are in effect, the Injunctive Terms shall apply to such pharmacy as well.[1]

3. This agreement may be amended by mutual agreement of a majority of the States Injunctive Relief Committee and Settling Pharmacy.  Any such amendments must be in writing.

## III.    **DEFINITIONS**

1. The term "Distributor Injunctive Terms" means Exhibit P of the Settlement Agreement, dated as of July 21, 2021, between McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation and certain States and subdivisions.

2. The term "Block" means an action taken by Settling Pharmacy preventing or otherwise prohibiting any Settling Pharmacy pharmacist from filling prescriptions for Controlled Substances from a specific identified Prescriber.

3. The term "Clearinghouse" means the system established by Section XVII of the Distributor Injunctive Terms.

4. The term "Clearinghouse Advisory Panel" is as defined in Section XVII.B.4 of the Distributor Injunctive Terms.

5. The term "Controlled Substances" means those substances designated under schedules II-V pursuant to the federal Controlled Substances Act.

6. The term "Designated Controlled Substances" shall be limited to: (a) oxycodone; (b) hydrocodone; (c) hydromorphone; (d); tramadol; (e) oxymorphone; (f) morphine; (g) methadone; and (h) fentanyl.

7. The term "Injunctive Terms Implementation Date" means 30 days after the Effective Date of the CVS Settlement Agreement [as defined in Section I.S of the full Agreement].

8. The term "National Arbitration Panel" is defined in Section I.MM of the CVS Settlement Agreement.

9. The term "Patient" means any individual who receives a prescription for a Designated Controlled Substance from a Prescriber, whether legally valid or not, and attempts to fill it at one of a Settling Pharmacy's retail pharmacy stores in a Settling State.

10. The term "Prescriber" means any individual that has written a prescription for a Designated Controlled Substance, whether legally valid or not, that is presented to a Settling Pharmacy in a Settling State.

---

[1] Caremark specialty and mail order pharmacies are not subject to, and are not online pharmacies for purposes of, these Injunctive Terms.

11. The term "Red Flag(s)" means the enumerated Patient Red Flags, Prescription Red Flags, and Prescriber Red Flags set out in Section IX.

12. The term "Settling State(s)" means each State that is a signatory to the CVS Settlement Agreement.

13. The term "States Injunctive Relief Committee" means a committee representing the Settling States composed of between four and eight members designated by the Settling States. The members of the States Injunctive Relief Committee shall be employees of a Settling State's Office of Attorney General and/or employees of another agency of a Settling State and may not include special assistant attorneys general, contractors, outside counsel, or other non-employees delegated official functions.

## IV.  CONTROLLED SUBSTANCE OVERSIGHT PERSONNEL

1. Settling Pharmacy shall designate a Chief Pharmacy Controlled Substances Officer, or other appropriately titled position, to be a member of the Controlled Substance Oversight Committee (described below in Section VI), and to oversee a Controlled Substance Professional Practices Department and Settling Pharmacy's compliance with 21 C.F.R. 1306.04 and these Injunctive Terms. As used in these Injunctive Terms, the terms "Controlled Substance Oversight Committee" and "Controlled Substance Professional Practices Department" refer to the entity or entities, however titled, that carry out the functions required by these Injunctive Terms. Notwithstanding the preceding sentence, to the extent an existing position, committee or department carries out the functions required by these Injunctive Terms, any other functions undertaken by such position, committee or department shall not be subject to these Injunctive Terms or oversight by the Settling States pursuant to these Injunctive Terms. The position, committee and department discussed in these Terms may bear different names and need not be limited to the roles and functions set forth herein.

2. The Chief Pharmacy Controlled Substances Officer shall have knowledge of and experience with the laws and regulation of Controlled Substances, in particular the regulations in 21 C.F.R. 1306.04.

3. The Chief Pharmacy Controlled Substances Officer shall provide at least quarterly reports to the Controlled Substance Oversight Committee (described below in Section VI) regarding Settling Pharmacy's compliance with these Injunctive Terms, including the implementation of any changes to the CSDOP Policies and Procedures required by these Injunctive Terms.

4. Staffing levels of Settling Pharmacy's Controlled Substance Professional Practices Department shall be reviewed periodically, but at least on an annual basis, by Settling Pharmacy's Controlled Substance Oversight Committee to assess whether such staffing levels are sufficient for the Controlled Substance Professional Practices Department to comply with this Agreement. This review shall include consideration of relevant developments in technology, law, and regulations.

5.   Throughout the term of these Injunctive Terms, Settling Pharmacy shall maintain a telephone and electronic submission hotline(s) (the "Hotline") to permit employees and/or Patients and/or members of the public to anonymously report suspected inappropriate or illegitimate dispensing, prescribing or diversion of Designated Controlled Substances, violations of the CSDOP Policies and Procedures, these Injunctive Terms, Settling Pharmacy's company policy, or other applicable law.  The Hotline may be implemented by adding a dedicated option to existing systems that includes reporting regarding Designated Controlled Substances.  Settling Pharmacy shall publish their Hotline contact information to its employees and Patients in the Settling States. Settling Pharmacy shall maintain for the duration of Injunctive Terms a record of each complaint made to the Hotline regarding Designated Controlled Substances and documentation regarding any investigation or response to such complaints.   Nothing herein shall require Settling Pharmacy to investigate a pharmacist's professional judgment to refuse a prescription that the pharmacist believes was prescribed or is being used for other than a legitimate medical purpose or that the pharmacist believes was not prescribed by an individual Prescriber acting in the usual course of his or her professional practice.

## V.   **INDEPENDENCE**

1.   Settling Pharmacy's Controlled Substance Professional Practices Department personnel, pharmacists and pharmacist technicians who work at Settling Pharmacy's pharmacies within the Settling States, and field personnel who supervise pharmacists and pharmacist technicians (together, "CSDOP Employees"), shall not be compensated in whole or in part by commissions, bonuses, incentives or any other monetary or non-pecuniary benefit that depends in material part on revenue or profitability targets or expectations to sales of Controlled Substances.  Nothing in these Injunctive Terms shall be interpreted to prevent compensation of employees based on sales volume, revenue or profitability targets/expectations for enterprise-, store-, or pharmacy-wide sales that include Controlled Substances.

2.   No CSDOP Employees may be terminated, suspended, threatened with or face any other negative employment consequence for failing to meet any revenue or profitability targets or expectations that depends in material part on sales of Controlled Substances.  Nothing in these Injunctive Terms shall be interpreted to prevent Settling Pharmacy from taking employment action based on sales volume, revenue or profitability targets/expectations for enterprise-, store-, or pharmacy-wide sales that include Controlled Substances.

3.   Personnel in Settling Pharmacy's Controlled Substance Professional Practices Department shall not report to Settling Pharmacy's sales, marketing, or business development departments, and sales, marketing, or business development departments shall not be authorized to make decisions regarding the promotion, compensation, demotion, admonition, discipline, commendation, periodic performance reviews, hiring, or firing of Controlled Substance Professional Practices Department personnel.

This provision does not apply to an officer or executive to whom both the Controlled Substance Professional Practices Department and sales, marketing and/or business development departments report.

4. Settling Pharmacy's sales, marketing and business development departments are prohibited from interfering with, obstructing, or otherwise exerting control over any Controlled Substance Professional Practices Department or Controlled Substance Committee decision-making. This provision does not apply to an officer or executive to whom both the Controlled Substance Professional Practices Department and sales, marketing and/or business development departments report.

5. To the extent necessary to comply with this section, a Settling Pharmacy's Controlled Substance Oversight Committee shall review, modify, and direct any changes to any compensation and non-retaliation policies specific to the sale or dispensing of Designated Controlled Substances.

## VI.  **OVERSIGHT**

1. To the extent not already established, within thirty (30) business days of the Injunctive Terms Implementation Date, each Settling Pharmacy shall establish an oversight committee, however titled, that includes representatives from its respective legal, compliance, pharmacy operations and asset protection departments, however named, to provide oversight over the CSDOP and its compliance with the Injunctive Terms. For the purposes of reference herein, this committee, however named, shall be referred to as the "Controlled Substance Oversight Committee."  Settling Pharmacy shall maintain its Controlled Substance Oversight Committee for the duration of the term of the Injunctive Terms.  The Chief Pharmacy Controlled Substances Officer shall be a member of the Controlled Substance Oversight Committee.

2. A Settling Pharmacy's Controlled Substance Oversight Committee shall have quarterly meetings during which the Chief Pharmacy Controlled Substances Officer shall report on, and the Controlled Substance Oversight Committee shall review, among other things, (a) the Prescription Validation Process, including the CSDOP Policies and Procedures on identifying and resolving Patient, Prescriber and Prescription Red Flags; (b) the training required under the Injunctive Terms; (c) proactive due diligence and site visits; (d) the Prescriber Review Processes; (e) significant new national and regional diversion trends involving Controlled Substances; (f) Settling Pharmacy's adherence to the Injunctive Terms and applicable laws and regulations; and (g) any technology, staffing, or other resource needs for the CSDOP. The Controlled Substance Oversight Committee shall have access to all CSDOP reports described in the following subsection.

3. On an annual basis, a Settling Pharmacy's Controlled Substance Oversight Committee shall provide a written report to the President of the Settling Pharmacy's Retail Division, the Chief Financial Officer of the Settlement Pharmacy's Retail Division, the Chief Legal Officer of the Settling Pharmacy's Retail Division, and the CVS Health

Chief Compliance Officer, outlining (a) the Settling Pharmacy's adherence to, and any material deviations from these Injunctive Terms; (b) the allocation of resources sufficient to comply with these Injunctive Terms; and (c) any revisions to the CSDOP that the Controlled Substance Oversight Committee has approved. The CVS Health Chief Compliance Officer shall determine if and when it is appropriate to make a report to the Board or any subcommittee thereof, but shall report at least annually.

4. Settling Pharmacy, through its Controlled Substance Professional Practices Department and Oversight Committee, shall, at least once every year, review and oversee any enhancements to the CSDOP Policies and Procedures and systems for dispensing activity that the Controlled Substance Oversight Committee deems necessary.

5. The Controlled Substance Oversight Committee shall be responsible for the approval of all material revisions to the CSDOP Policies and Procedures, provided that nothing herein shall prevent Settling Pharmacy from implementing changes to the CSDOP Policies and Procedures pending such review and approval.

## VII.  MANDATORY TRAINING

1. The CSDOP Policies and Procedures shall be published in a form and location readily accessible to all pharmacy personnel at each of the Settling Pharmacy's retail pharmacy locations in the Settling States. Online availability is sufficient, so long as pharmacy personnel have access to a computer with access to the CSDOP Policies and Procedures.

2. Settling Pharmacy shall launch training for all existing CSDOP Employees, to the extent practical (for example, accounting for employee leave), on the CSDOP Policies and Procedures required under these Injunctive Terms, including the Prescription Validation Process and corresponding responsibility. The training shall be launched within 120 days of the Injunctive Terms Implementation Date. All CSDOP Employee new hires, to the extent practical, shall be required to participate in such trainings within 60 days of hiring or 6 months of the Injunctive Terms Implementation Date, whichever is later. Settling Pharmacy will further require that every CSDOP Employee, to the extent practical, receive such training at least once every 3 years for the term of these Injunctive Terms.

3. On an annual basis for the duration of these Injunctive Terms, Settling Pharmacy shall test their CSDOP Employees on their knowledge regarding the CSDOP Policies and Procedures required under these Injunctive Terms, including the Prescription Validation Process and corresponding responsibility.

4.  It shall be a part of the CSDOP Policies and Procedures and all trainings of all CSDOP Employees required under these Injunctive Terms that pharmacists shall refuse to dispense Controlled Substances that they believe were prescribed or are being used for other than a legitimate medical purpose or that they believe were not prescribed by an individual Prescriber acting in the usual course of his or her professional practice.

5.  All trainings required under these Injunctive Terms shall also make clear that i) Settling Pharmacy's compensation and non-retaliation policies, including pursuant to these Injunctive Terms, prevent CSDOP Employees from being compensated or penalized in any way related to revenue or profitability targets or expectations specific to sales of Controlled Substances; and ii) pharmacists will not be penalized in any way for exercising their professional judgment to refuse to fill prescriptions for Controlled Substances pursuant to their corresponding responsibility. To the extent that trainings designed and launched prior to the Effective Date of these Injunctive Terms do not reference these policies, they shall be added by the end of 2023.

## VIII.  THE PRESCRIPTION VALIDATION PROCESS

1.  As part of its CSDOP, Settling Pharmacy shall maintain a Prescription Validation Process in the CSDOP Policies and Procedures, as further described and set forth in this section, that each pharmacist employed by Settling Pharmacy in a Settling State must follow when dispensing a prescription for a Controlled Substance.  The inclusion of an enumerated Red Flag in these Injunctive Terms shall not be considered, construed, or represented to be an admission, concession, or evidence of any factual or legal contention related to such Red Flag.  A Red Flag shall not be interpreted to mean that a prescription is, or is more likely than not, illegitimate and/or not issued in the usual course of professional practice or treatment.

2.  A Red Flag will be considered "resolved" if, after further investigation as described below, and given other facts and circumstances surrounding the prescription, a pharmacist determines, in his or her professional judgment, that the facts that triggered the Red Flag do not lead him or her to believe that the prescription was written or is being submitted for an illegitimate medical purpose or outside the usual course of a Prescriber's professional practice.

3.  A Settling Pharmacy's CSDOP Policies and Procedures shall provide that if a pharmacist identifies any "Patient Red Flags" associated with a Controlled Substances prescription (described in Section IX(3) below), before filling the prescription the pharmacist must resolve them; and that the method of resolution falls within the judgment of the pharmacist and may include reviewing the Patient's profile and history with the Settling Pharmacy, calling the Prescriber or Prescribers if appropriate, speaking with the Patient if appropriate, calling on the pharmacist's pre-existing knowledge of the Patient or Prescriber, reviewing available Prescription Monitoring Program ("PMP" or "PDMP") data, and/or reviewing other data or information

available to the pharmacist.

4. Each Settling Pharmacy's CSDOP Policies and Procedures shall provide that if forgery or fraud is suspected, or if the pharmacist identifies any other "Prescription Red Flags" associated with a Controlled Substances prescription (described in Section IX(4) below), the pharmacist must resolve the Prescription Red Flags before filling the prescription; and that the method of resolution falls within the judgment of the pharmacist and may include reviewing the Patient's profile and history with the Settling Pharmacy, calling the Prescriber or Prescribers if appropriate, speaking with the Patient if appropriate, calling on the pharmacist's pre-existing knowledge of the Patient or Prescriber, reviewing available PMP or PDMP data, and/or reviewing other data or information available to the pharmacist.

5. Settling Pharmacy's CSDOP Policies and Procedures shall require that if a pharmacist identifies any "Prescriber Red Flags" associated with a Controlled Substances prescription (described in Section IX(5) below), the pharmacist must resolve them before filling the prescription; and that the method of resolution falls within the judgment of the pharmacist and may include reviewing any Settling Pharmacy records regarding the Prescriber, calling the Prescriber if appropriate, speaking with the Patient if appropriate, calling on the pharmacist's pre-existing knowledge of the Patient or Prescriber, reviewing available PMP or PDMP data, and/or reviewing other data or information available to the Settling Pharmacy.

6. A Settling Pharmacy's CSDOP Policies and Procedures shall provide that the resolution of all Red Flags identified by the pharmacist, as well as sufficient details to reflect the steps taken to resolve the Red Flags must be documented by the pharmacist. Any such records shall be maintained for the duration of these Injunctive Terms.  To the extent that a Red Flag is resolved based upon facts or circumstances that are already reflected or documented in a Settling Pharmacy's records, further documentation of those facts or circumstances is not required for resolution of substantially the same Red Flag on subsequent prescriptions. For example, if a Patient lives 55 miles from a Settling Pharmacy but works near the pharmacy and that fact is reflected in pharmacy records, no documentation for the resolution of the Red Flag addressing the Patient's distance from the pharmacy is required in connection with individual prescriptions dispensed for that Patient. A lack of documentation does not create a presumption that a pharmacist did not resolve any identified Red Flags.

7. Settling Pharmacy's CSDOP Policies and Procedures shall provide that, even if all Red Flags are resolved, a pharmacist shall reject a prescription if, in his or her professional judgment, he or she believes that it was written or is being submitted for other than a legitimate medical purpose and/or was written outside the usual course of an individual Prescriber's professional practice.

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

## IX.    <u>RED FLAGS</u>

1. Settling Pharmacy shall provide quarterly to the Settling States, beginning with an initial report four months after the Injunctive Terms Implementation Date, and quarterly thereafter, (1) data reports (the "Quarterly Data Reports") for each retail pharmacy operated by Settling Pharmacy containing data generated by the periodic proactive compliance reviews set forth in Section XI.1, subject to any potential modifications as a result of the meet and confer process set forth in Section IX.2, on cash, high MME patients, and cocktail prescriptions consistent with the sample report provided by Settling Pharmacy on November 21, 2022, (2) the top twenty-five prescribers of Designated Controlled Substances in each Settling State from CVS's retail dispensing data, and (3) the lists of prescribers subject to disclosure in section X.5.  Each Settling State shall provide contact information for receipt of the above information and shall update such contact information as necessary. A Settling State shall not disclose or provide any data provided under this provision during or after the Term of these Injunctive Terms unless required to do so by law or in a proceeding to enforce these Injunctive Terms. If a Settling State receives a request, demand or subpoena for such information or data, or intends to produce said data in a proceeding to enforce these Injunctive Terms, the Settling State shall, before producing any information or data, provide to Settling Pharmacy no less than ten (10) days' notice, unless a shorter period is required by law, and an opportunity to object, seek a protective order, or come to an agreement on confidentiality protections,  prior to the expiration of the 10-day notice period. It is CVS's position that the information and data to be provided under these Injunctive Terms is confidential in nature, shall not be disclosed or produced by a Settling State, and is exempted from public record requests under exemptions for confidential commercial information and all other applicable exemptions and exclusions. Nothing in this paragraph shall be deemed to prevent a Settling State from sharing this material with other State or federal law enforcement agencies, provided that such agencies acknowledge and comply with the nondisclosure and notice obligations set forth in the preceding sentences.

2. Within the three months following the provision of the Annual Data Reports, either Settling Pharmacy or the States Injunctive Relief Committee may propose in writing a meet and confer to discuss potential changes to the scope of one or more categories of Red Flags. At such a meeting, Settling Pharmacy or the States Injunctive Relief Committee may provide additional research, information or data available to them beyond that provided in the Annual Data Reports. For example, a Settling Pharmacy might propose reducing the threshold for triggering a particular category of Red Flag or consolidating certain Red Flags or subcategories of Red Flags into a single metric, or the States Injunctive Relief Committee might propose increasing the threshold for triggering a particular Red Flag or expanding that Red Flag to include multiple subcategories (*e.g.*, number of prescriptions, distance thresholds).

    a.   If Settling Pharmacy and the States Injunctive Relief Committee agree on such changes to one or more Red Flags, they shall document those changes in writing and they shall become a part of these Injunctive Terms for all intents and purposes.

    b.   If Settling Pharmacy and the States Injunctive Relief Committee cannot agree on the proposed changes during their meeting and confer, the Party seeking the change(s) to the Red Flag(s) may seek a 5-day mediation of the issue at its own expense. If the mediation fails to resolve the dispute between the parties, the party seeking the proposed change(s) may appeal to the National Arbitration Panel to have the National Arbitration Panel modify the Red Flags on the basis that the change(s) would be consistent both with avoiding unnecessary material costs of identifying and resolving Red Flags and materially reducing the diversion of Controlled Substances. In such a proceeding, the Party seeking the proposed change(s) may provide evidence from Annual Data Reports or from other research, data and information.

    c.   In any such proceedings, there shall be a presumption against imposition of any proposed Red Flags, or proposed modifications to pre-existing Red Flags, that have not been identified by the United States Drug Enforcement Administration or any Settling State's Board of Pharmacy or other Controlled Substance government regulators.

    d.   The Red Flags required by these Injunctive Terms shall at no point be too numerous or complex to be reasonably workable for pharmacists in the context of protecting patient safety, performing corresponding responsibility, drug utilization review, and their other responsibilities. Any dispute over whether the Red Flags required by these Injunctive Terms have become too numerous or complex to be reasonably workable for pharmacists shall be submitted to the National Arbitration Panel. In the event such a dispute is submitted to the National Arbitration Panel, it shall be the Settling Pharmacy's burden to prove that the Red Flag(s) at issue are too numerous or complex to be reasonably workable for pharmacists. The Arbitration Panel should consider information regarding potential impacts on public health in determining if the red flag(s) at issue are too numerous or complex to be reasonably workable for pharmacists.

3.   Settling Pharmacy's CSDOP Policies and Procedures shall require their pharmacists to treat the following circumstances as "Patient Red Flags":

a. A Patient seeks to fill a Schedule II Designated Controlled Substance prescription more than three days prior to the contemplated exhaustion date of an earlier prescription of the same Schedule II Designated Controlled Substance (e.g., exhaustion of the days' supply assuming the prescription has been taken in accordance with the prescribers' directions on the face of the prescription), provided the previous prescription was also dispensed by the same Settling Pharmacy;

b. A Patient seeks to fill a Designated Controlled Substance prescription from a Prescriber after having filled Designated Controlled Substance prescriptions at the same Settling Pharmacy from more than four other Prescribers, from separate practices, in a given 6-month period;[2]

c. A Patient seeks to fill a Designated Controlled Substance prescription after having filled three other Designated Controlled Substance prescriptions written by multiple Prescribers with overlapping days of supply at the same Settling Pharmacy's pharmacies within 30 days;

d. The distance between a Patient's residence and the Settling Pharmacy receiving the Designated Controlled Substance prescription is farther than 50 miles ;

e. The Patient resides more than 100 miles from the Prescriber who issued the Designated Controlled Substances prescription;

f. To the extent personally known to the pharmacist filling the prescription, a Patient seeks to fill a Designated Controlled Substance prescription after having two other prescriptions for Designated Controlled Substances subjected to refusals to fill by a Settling Pharmacy pharmacist within the past 30 days;

g. A patient pays in cash for a Designated Controlled Substance despite having prescription drug insurance on file for that medication;

h. Three or more Patients come to the pharmacy together to fill prescriptions for the same Designated Controlled Substances;

i. A Patient requests a Designated Controlled Substance by its slang or street description, such as "Mallinckrodt blues," "M's" or "the blue pill"; and

j. A Patient presenting a prescription for a Designated Controlled Substance appears visibly altered, intoxicated or incoherent.

4. Settling Pharmacy's CSDOP Policies and Procedures shall require their pharmacists to treat the following circumstances as "Prescription Red Flags:"

---

[2] In Settling Pharmacies' sole discretion, for administrative convenience Settling Pharmacies may implement this Red Flag without regard to whether Prescribers are at separate practices, thereby resulting in more instances in which the flag occurs.

    a.   A Controlled Substance prescription fails to meet the requirements of law;

    b.   A Controlled Substance prescription that appears altered, including but not limited to, a photocopied prescription or a prescription in which an altering agent, such as white out, was used;

    c.   A Controlled Substance prescription written with misspellings suggesting the prescription may not have been written by a valid Prescriber;

    d.   A Controlled Substance prescription using atypical abbreviations suggesting the prescription may not have been written by a valid Prescriber; and

    e.   A Controlled Substance prescription written with multiple colors of ink or in multiple different handwritings.

5.   Settling Pharmacy's CSDOP Policies and Procedures shall require their pharmacists to the following circumstances as "Prescriber Red Flags:"

    a.   A Prescriber provides a Patient with prescriptions for all three of a Schedule II Designated Controlled Substance, a benzodiazepine, and carisoprodol;

    b.   A Prescriber has no office within 50 miles of the retail pharmacy store where a Designated Controlled Substance prescription is submitted; and

    c.   A Prescriber of Designated Controlled Substances uses prescriptions that are preprinted or stamped with drug type and amount.

## X.    <u>PRESCRIBER REVIEW</u>

1.   Settling Pharmacy shall regularly review the prescribing patterns and practices of Prescribers of Designated Controlled Substances (the "Prescriber Review Process"). The Prescriber Review Process shall employ algorithms, or other means, to review data on Settling Pharmacy's retail dispensing for potential Prescribers of concern.

2.   Settling Pharmacy shall initiate Prescriber Review Process in the following circumstances:

    a.   Personnel implementing the Prescriber Review Process become aware that a Prescriber of Designated Controlled Substances located in a Settling State has been the subject of a blanket refusal to fill by one or more of the Settling Pharmacy's retail pharmacy stores in the Settling States;

    b.   Personnel implementing the Prescriber Review Process become aware that a Prescriber of Designated Controlled Substances located in a Settling State has been charged or indicted with a crime related to prescribing Designated Controlled Substances by the Federal Government or law enforcement in a Settling State; or

     c.  A Settling Pharmacy has received a Hotline complaint that has been investigated and substantiated concerning a Prescriber's illegitimate prescribing of Designated Controlled Substances.

3.  Based on the professional judgment of the employees operating the Prescriber Review Process, a Settling Pharmacy may also initiate the Prescriber Review Process when:

     a.  Personnel implementing the Prescriber Review Process are notified in writing by law enforcement that a Prescriber of Designated Controlled Substances located in a Settling State is the target of an investigation regarding the prescribing of controlled substances;

     b.  A Prescriber of Designated Controlled Substances was flagged for review by a Settling Pharmacy pharmacist in a Settling State (other than through a refusal to fill or blanket refusal to fill) or by field personnel who supervise a Settling Pharmacy's pharmacies in a Settling State; or

     c.  A Prescriber of Designated Controlled Substances located in a Settling State was identified through the running of algorithms on Settling Pharmacy's retail dispensing.

4.  Once a Settling Pharmacy identifies a Prescriber for further investigation, the Settling Pharmacy shall review pertinent and available data or information pertaining to the Prescriber, which may include interviews or other information gathered in the discretion of the employees operating the Prescriber Review Process. All data and information collected or created as part of the Prescriber Review Process shall be maintained by the Settling Pharmacy for the term of these Injunctive Terms. When permitted by law, nothing contained in this Section prevents a Settling Pharmacy from taking immediate action to Block a Prescriber.

5.  If after the Prescriber Review Process those making the decision have not resolved the circumstances that caused a Settling Pharmacy to further investigate the Prescriber, then the Prescriber shall be Blocked from having Controlled Substance prescriptions filled at the Settling Pharmacy's retail pharmacies in the Settling States, when permitted by law. A Prescriber may have an opportunity at the discretion of the Settling Pharmacy to seek future reinstatement by providing information to the Settling Pharmacy that may resolve its concerns.  Nothing in this Section shall limit the right or ability of an individual Settling Pharmacy pharmacists to either refuse to fill a given prescription or refuse to fill all prescriptions for Controlled Substances from a given Prescriber independent of any decision by the Settling Pharmacy to Block or not Block a given Prescriber.  On written demand, on a quarterly basis, a Settling Pharmacy shall provide to each Settling State the names and DEA or NPI numbers of Prescribers of Designated Controlled Substances within that Settling State that it has Blocked. Each Settling State shall provide contact information in order to receive such information. For each of the

Settling States, on a quarterly basis, a Settling Pharmacy shall provide to the Injunctive Relief Committee the number, names and DEA or NPI numbers of Prescribers who were: (a) blocked, and the number of prescribers who were (b) reviewed but not blocked.

## XI.  PROACTIVE DUE DILIGENCE AND SITE VISITS

1. During the term of these Injunctive Terms, Settling Pharmacy shall conduct periodic proactive compliance reviews of its retail pharmacy stores in the Settling States to assist with the identification of potential compliance issues related to the dispensing of Designated Controlled Substances at its retail pharmacy stores in the Settling States. This may be satisfied by the use of algorithms, or other electronic means, to analyze data associated with each pharmacy's dispensing of Designated Controlled Substances to identify particular pharmacies for review as required under this Section XI. Documentation of any resulting reviews shall be maintained by the Settling Pharmacy and made accessible to all Controlled Substance Professional Practices Department personnel upon request for the duration of these Injunctive Terms.

2. During the term of these Injunctive Terms, Settling Pharmacy personnel or qualified third-party compliance consultants shall conduct site visits to each pharmacy identified for further review in a calendar year. Settling Pharmacy shall provide a list of such pharmacies to Settling States on an annual basis.   These site visits shall at a minimum consist of a review of Controlled Substance dispensing documentation and recordkeeping; and a review of physical surroundings and other circumstances for any indications of potential non-compliance with these Injunctive Terms or the CSDOP Policies and Procedures, or any violations of other applicable laws and regulations related to the dispensing of Controlled Substances.

3. During site visits, Settling Pharmacy's personnel or qualified third-party compliance consultants shall interview relevant pharmacy employees, if appropriate, about any potential areas or issues of concern, including potential violations of laws related to the dispensing of Controlled Substances, the CSDOP Policies and Procedures, and these Injunctive Terms.

4. A Settling Pharmacy's personnel or qualified third-party compliance consultants who conduct site visits shall complete a report reflecting the findings of any site visit pursuant to this section.   This report shall document areas or issues of concern, including potential violations of law related to the dispensing of Controlled Substances, the CSDOP Policies and Procedures, and these Injunctive Terms.

5. The site visit reports described above shall be maintained by the Settling Pharmacy and made accessible to all Controlled Substance Professional Practices Department personnel. Upon its request, the States Injunctive Relief Committee shall be provided

sample reports or a report for a particular store.

## XII.   THEFT AND LOSS PREVENTION

1.  In addition to complying with all theft and loss procedures, policies and precautions required by state and federal law, each Settling Pharmacy shall maintain for at least three years information regarding the receipt and disposition of inventory of all Designated Controlled Substances at each retail pharmacy store.

2.  In addition to any other reporting obligations under state and federal law, Settling Pharmacy must provide to each Settling State on a quarterly basis any reports it has made to the Drug Enforcement Administration regarding the theft or significant loss of Designated Controlled Substances in that Settling State pursuant to 21 CFR §1301.76(b).  Each Settling State shall provide contact information in order to receive such reports.  There shall be no obligation to provide these reports to Settling States that receive contemporaneous reporting of thefts or significant losses of Designated Controlled Substances to a Settling State's board of pharmacy.

## XIII.   REPORTING TO LAW ENFORCEMENT

1.  The Settling States shall inform the Settling Pharmacy to what extent their law enforcement authorities would like to receive reports, other than those already required by law or regulation, of any confirmed forged prescriptions. To the extent not already in place, Settling Pharmacy shall implement standard operating procedures directing its employees to report any confirmed forged prescriptions for Designated Controlled Substances to those Settling States who have indicated that they want to accept it, within 5 business days of completing any review of such prescription or conduct.  The Settling States shall provide contact information in order to receive such reports.

2.  Settling Pharmacy shall document and for at least 2 years maintain records of any such reports that are made to Settling States regarding confirmed fraudulent or forged prescriptions, which are maintained centrally.

## XIV.   ENFORCEMENT OF INJUNCTIVE TERMS

1.  Notice of Potential Violations and Opportunity to Cure.

    a.  A "Potential Violation" occurs when the Settling State determines, after appropriate investigation and due diligence, that a Settling Pharmacy is not in substantial compliance with a material aspect of the Injunctive Terms.  A Potential Violation may be for a single retail pharmacy.  A violation of this Agreement is not presumed to occur when a pharmacist, pharmacist technician,

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

or other field personnel who supervise pharmacists and/or pharmacist technicians employed by a Settling Pharmacy violates the Settling Pharmacy's CSDOP Policies and Procedures.

b.  Potential Violation Discovered by Settling State.

    i.  In the event of a Potential Violation identified by a Settling State, the Settling State shall notify the Settling Pharmacy in writing (the "State's Notice").

    ii.  Within thirty (30) days of receipt of the State's Notice, the Settling Pharmacy shall provide a written response to the Settling State.  The response shall include Settling Pharmacy's position as to the act(s) of non-compliance, including, possibly, a statement setting forth why the Settling Pharmacy believes it is in substantial compliance with the relevant provision(s) or a statement explaining how the Potential Violation has been addressed.

    iii.  If the Settling State wishes to meet with a Settling Pharmacy, that Settling Pharmacy shall promptly make itself available for such a meeting.

c.  If, after review of a written response and any meeting, the Settling State believes that a Potential Violation is ongoing or has not been substantially addressed, it will provide written notice to a Settling Pharmacy and work in conjunction with the Settling Pharmacy to devise, within thirty (30) days, a corrective action plan ("Corrective Action Plan") to remedy such Potential Violation, including a reasonable period for implementation of such plan.

d.  Within 60 and 120 days after implementing the Corrective Action Plan, the Settling Pharmacy will provide a written compliance update to the Settling State and make itself available to meet with the Settling State if requested. If after reviewing the compliance update and any meeting, the Settling State believes a Potential Violation remains ongoing or has not been substantially addressed, the Settling State may commence a 30-day mediation period.  If mediation fails to resolve the dispute between the parties, the Settling State may take whatever action it deems necessary, including but not limited to bringing an action to enforce these Injunctive Terms, filing a new action (administrative or civil action) for violation of the Injunctive Terms as allowed by state law, conducting further investigation, or attempting to negotiate an updated Corrective Action Plan with the Settling Pharmacy.  But the Settling State may not seek to reinstate claims that have been released as part of the Settlement.

e.  If a Settling Pharmacy fails or refuses to provide a written response, to devise or implement a Corrective Action Plan or to provide a compliance update as required by subsections 1(b), 1(c) and/or 1(d), a Settling State may bring an action to enforce these Injunctive Terms, filing a new action (administrative or civil action) for violation of the Injunctive Terms as allowed by state law, conduct further investigation, or attempt to negotiate an updated Corrective Action Plan with the Settling Pharmacy. But the Settling State may not seek to reinstate claims that have been released as part of the Settlement.

f.  If, after review of a written response and any meeting, pursuant to subsections 1b. or 1c., above, the Settling State concludes that a Potential Violation is not ongoing or has been substantially addressed, the Settling State will provide written notice of this conclusion to the Settling Pharmacy within 30 days of reaching its conclusion.

2.  Enforcement Action. Each Settling State agrees that prior to taking any court or administrative action, other than an action that the Settling State concludes is necessary to address an immediate threat to the health, safety, or welfare of the citizens of the Settling State, or that a public emergency requiring immediate action exists, it will follow the process outlined above. If the Settling State concludes that action is necessary to address an immediate threat to the health, safety, or welfare of the citizens of the Settling State or that a public emergency requiring immediate action exists, it will make best efforts to provide reasonable notice to a Settling Pharmacy prior to initiating any such action.

## XV.  COMPLIANCE CERTIFICATION

1.  Each Settling Pharmacy's Chief Pharmacy Controlled Substances Officer shall, after diligent inquiry, complete an annual compliance certification as set out in Section XV(4).

2.  The certification shall be filed annually for the duration of these Injunctive Terms with a Settling State's appropriate licensing and/or regulatory agency and its Attorney General.

3.  The certification shall state:

"I understand the compliance requirements and responsibilities as they relate to [insert name of department], an area under my supervision. My job responsibilities include attempting to achieve compliance with regard to the [insert name of department] with all applicable statutory requirements, obligations of the Injunctive Terms, and applicable policies, and I have taken steps to promote such compliance. To the best of my knowledge, the [insert name of department] is in compliance with the obligations of these Injunctive Terms. I understand that this certification is being provided to and relied upon by the State of [Settling State]."

4. If the Chief Pharmacy Controlled Substances Officer is unable to provide such a certification, the Chief Pharmacy Controlled Substances Officer shall provide a written explanation of the reasons why he or she is unable to provide the certification outlined above.

## XVI.   DATA SHARING

1. Each Settling Pharmacy shall consent to the provision by their distributors of the Settling Pharmacy's unblinded "867 Data" (data sent from the distributor to the manufacturer concerning the sale of its products to Settling Pharmacy) to opioid manufacturers on any particular Designated Controlled Substances manufactured by them as soon as commercially reasonable and at no cost to the manufacturers, provided that, pursuant to a prior written agreement with Settling Pharmacy, the opioid manufacturers agree (a) to ensure the confidentiality of the 867 Data, except as required by law; (b) to implement safeguards and procedures to limit access to and use of the 867 Data, except as required by law;  (c) that the 867 Data shall be used solely for compliance purposes as part of their Suspicious Order Monitoring programs; and (d) that the 867 Data shall be shared only with specified personnel and shall not be shared with business or sales personnel.

2. To the extent that Settling Pharmacy provides McKesson Corporation, Cardinal Health, Inc., or AmerisourceBergen Corporation (the "Settling Distributors") with Pharmacy Customer Data (as defined in the Distributor Injunctive Terms) for use in their Controlled Substance Monitoring Programs, Settling Pharmacy agree that the Settling Distributor(s) may share such Pharmacy Customer Data with the Monitor appointed pursuant to the Distributor Injunctive Terms, provided that the Monitor agrees, pursuant to a prior written agreement with Settling Pharmacy, (a) to ensure the confidentiality of the Pharmacy Customer Data; (b) to implement safeguards and procedures to limit access to and use of the Pharmacy Customer Data; (c) that the Pharmacy Customer Data is used solely for the purpose of ensuring the Settling Distributors' compliance with the Distributor Injunctive Terms; and (d) that the Pharmacy Customer Data shall be shared only with specified personnel.

## XVII.  CLEARINGHOUSE

1. The Settling Pharmacy will confer with any Settling Distributor that distributes Designated Controlled Substances to its retail pharmacies and the States Injunctive Relief Committee for a period not to exceed six months from the Injunctive Terms Implementation Date to determine: what additional deidentified information, if any, is needed from the Settling Pharmacy for a Settling Distributor to perform suspicious order monitoring,; if additional deidentified information is needed, how the Settling Pharmacy shall provide it to a Settling Distributor; and what information provided by the Settling Pharmacy to a Settling Distributor may be deposited by the Settling Distributor into the Clearinghouse. For the avoidance of doubt "deidentified" does not refer to omission of information about Prescribers. If agreements are not reached, the matters in dispute shall be submitted to arbitration. Due to patient privacy and legal restrictions and other confidentiality and commercial concerns, in connection with any meet and confer described above, the Settling Pharmacy may not be compelled to provide individual patient-level or prescription-level data, de-identified or otherwise, to the Settling Distributors.

2. The Settling Pharmacy and Settling Distributors will also determine whether and in what amount each Settling Pharmacy will contribute to the cost of the operation of the Clearinghouse. When a Settling Pharmacy contributes to the costs of the Clearinghouse, Settling Pharmacy, Settling Distributors and all other participants in the Clearinghouse shall determine an equitable amount of the Settling Pharmacy's contribution. If agreements are not reached, the matters in dispute shall be submitted to arbitration.

3. Any data provided by a Settling Pharmacy to a Settling Distributor and/or the Clearinghouse pursuant to these Injunctive Terms shall be treated in compliance with state and federal law, including but not limited to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and all applicable state and federal privacy laws.

## XVIII. CHANGES & MODIFICATIONS

1. These Injunctive Terms may be amended or modified with the written consent of Settling Pharmacy and a majority of the States Injunctive Relief Committee.

WITH TECHNICAL CORRECTIONS 02.03.2023

**<u>EXHIBIT Q</u>**

**<u>[Intentionally Omitted]</u>**

<u>**EXHIBIT R**</u>

<u>**Agreement on Attorneys' Fees, Costs, and Expenses**</u>

This Agreement on Attorneys' Fees, Costs, and Expenses ("Fee Agreement") is entered between CVS and the Plaintiffs' Executive Committee appointed in the multidistrict litigation in the Northern District of Ohio, *In re National Prescription Opiate Litigation*, No. 1:17-MD-2804 ("MDL PEC"), in connection with the CVS Global Opioid Settlement Agreement ("CVS Agreement"). This Fee Agreement becomes effective on the Effective Date of the CVS Agreement or the date that the Consent Judgments anticipated under the CVS Agreement become final in 25 Settling States (whichever is later).

**I.**     **Definitions**

A. This Fee Agreement incorporates all defined terms in the CVS Agreement, unless otherwise defined herein, and shall be interpreted in a manner consistent with the CVS Agreement.

B. "*Applicant*."  Any Attorney or MDL Participating Counsel who seeks an award of attorneys' fees from the Attorney Fee Fund pursuant to the procedures established by the MDL Court and the Fee Panel.

C. "*Attorney*."  Any of the following retained through a legal contingency fee or hourly fee contract: a solo practitioner, multi-attorney law firm, or other legal representative of a Participating Subdivision or MDL Participating Counsel.  This does not include Subdivision in-house attorneys.

D. "*Attorney Fee Fund*."  An account consisting of $500,615,944 allocated to pay attorneys' fees approved pursuant to Section II.B. of this Fee Agreement, established by Order of and under the ongoing jurisdiction of the MDL Court, as provided below.

E. "*Common Benefit*."  Work performed for the benefit of all Participating Subdivisions and Tribal Nations, including, but not limited to, pretrial matters, discovery, trial preparation, trial, settlement negotiations, and all other work that advances the interests of the Participating Subdivisions.

F. "*Common Benefit Fund*."  The sub fund of the Attorney Fee Fund described in Section II.C.

G. "*Common Benefit Order*."  The Ongoing Common Benefit Order (Dkt. #4428) in *In re National Prescription Opiate Litigation*, Case No. 1:17-md-2804, any subsequent amendments or modifications to that order, and any successor orders on Common Benefit.

H. "*Contingency Fee Fund*."  The sub fund of the Attorney Fee Fund described in Section II.D.

I. "*Cost and Expense Fund Administrator*."  The administrator appointed by the MDL Court on August 12, 2021 (MDL Docket No. 3828), to administer the Cost Fund and its sub funds as provided in the Fee Agreement.

J. "*Cost Fund*."  An account consisting of $30,000,000, composed of the MDL Direct Cost Fund and the Subdivision Cost and Expense Fund, as provided below.

K. "*Court Common Benefit Fund*."  The Common Benefit Fund established by the MDL Court in its orders of July 22, 2021, MDL Docket No. 3794, and May 9, 2022, MDL Docket No. 4428.

L. "*Fee Entitlement*."  Any right, entitlement, or expectation, including but not limited to a fee contract, contingent fee contract, agreement, referral arrangement, co-counsel arrangement, State Back-Stop Agreement, or any other arrangement by which counsel could receive compensation or other consideration.  For the avoidance of doubt, the scope of Fee Entitlement under paragraph II.G.3.a. does not include any Attorneys' fees associated with representation of a State.

M. "*Fee Panel*."  The three-person panel appointed by the MDL Court on August 12, 2021 (MDL Docket No. 3828), to administer and make recommendations for the allocation and distribution of the Attorney Fee Fund and its sub funds as provided in the Fee Agreement.

N. "*Later Litigating State.*"  A State that first files a lawsuit bringing a Released Claim against a Released Entity after December 9, 2022.

O. "*MDL Court*."  United States District Court for the Northern District of Ohio Eastern Division, Case No. 1:17-md-2804, Judge Dan Aaron Polster.

P. "*MDL Direct Cost Fund*."  The cost fund described in Section II.F below.

Q. "*MDL Participating Counsel.*"  MDL Participating Counsel includes an attorney or firm authorized by MDL 2804 Lead Counsel to perform work for the Common Benefit of Participating Subdivisions.  By way of example, it would include insurance counsel and appellant counsel.

R. "*MDL PEC*."  The Plaintiffs' Executive Committee appointed by the MDL Court.

S. "*Non-Participating Litigating Subdivision*."  A Litigating Subdivision that is not a Participating Subdivision.

T. "*Non-Participating State.*"  A State that is not a Participating State.

U. "*Participating Litigating Subdivision*."  A Litigating Subdivision that is also a Participating Subdivision.

V. "*Participation Agreement*."  An agreement executed by an Attorney that acknowledges the obligation to pay an appropriate MDL Common Benefit Assessment.

W. "*Qualified Tribal Representation.*"  Representation by an attorney of a Participating Tribal Government regarding Released Claims against Released Entities.  Such counsel are eligible for Common Benefit Fee consideration.   The CVS Tribal Global Settlement will provide for the contribution to the Common Benefit Fund as shall be determined by the MDL Court.

X. "*Qualifying Representation*."  Legal services provided for representation of the MDL PEC or Participating Litigating Subdivision regarding Released Claims against Released Entities.

Y. "*State Back-Stop Agreement*."  Any agreement by a Settling State and private counsel for Participating Subdivisions in that State (or legislation enacted in that State) to provide, adjust, or guarantee attorneys' fees and costs, whether from the Attorney Fee Fund or any other source recognized in the agreement or legislation.[1]

Z. "*Subdivision Cost and Expense Fund.*"  The fund created to pay approved Subdivision and Tribal Nations costs and expenses as set forth in Section II.E.

AA. "*CVS*" means (i) CVS Health Corporation and CVS Pharmacy Inc. and (ii) all of their respective past and present direct or indirect parents, subsidiaries, divisions, affiliates, joint ventures, predecessors, successors, and assigns.

## II. Fees and Costs

A. <u>Total Attorneys' Fees and Costs</u>

1. Total attorneys' fees and costs to be paid by CVS to Attorneys under this Fee Agreement shall be up to, but in no event more than, $530,615,944, subject to the reductions and provisions set forth below.  The total attorneys' fees and costs consists of up to $500,615,944 for the Attorney Fee Fund, as set forth in Section II, and $30,000,000 in total for the Cost Fund, divided between the Subdivision Cost and Expense Fund and MDL Direct Cost Fund as set forth in Sections II.E and II.F, respectively.  Additionally, CVS shall also pay $8,841,180 into the Court Common Benefit Fund as a common benefit fund assessment on the Credit set forth in Ex. M-3, and such amount shall be paid on the schedule set forth in Ex. M-3.  The maximum attorney fees and costs allowed under this Fee Agreement, subject to the reductions set forth herein, are set forth in Ex. M-3 and shall be paid on the schedule in Ex. M-3.

2. If an Eligible State does not join the Agreement by the State Participation Date and is accordingly not a Settling State, the total attorneys' fees and costs to be

---

[1] Nothing herein shall be understood to indicate approval for additional State Back-Stop Agreements or modifications of existing State Back-Stop Agreements.

paid under this Fee Agreement by CVS shall be reduced by twelve point four percent (12.4%) times the Remediation Payment amount that would have been allocated to that Non-Settling State as set forth in Section IV.B of the CVS Agreement.

3.      The total attorneys' fees and costs to be paid under this Fee Agreement by CVS shall also be reduced by the amount of the Contingency Fee Fund for Attorneys representing Litigating Subdivisions in any Settling State that continue to pursue Released Claims ("*Non-Participating Litigating Subdivisions*"), as set forth in Section II.D.4 and II.H.7 below.

4.      If CVS settles with any Non-Settling State after December 9, 2022, and such settlement allows for the Subdivision(s) in such Non-Settling State to join the settlement, CVS agrees to withhold from the attorney fee portion of such settlement a Common Benefit Fund assessment, to be deposited in the Court Common Benefit Fund, of 7.5% times the portion of the Remediation Payment that would have been due to such State if it had participated in the CVS Settlement and been awarded its full portion of the Remediation Payment (the "*CVS State Settlement CBF Assessment*").  If CVS settles with any Subdivision(s) in a Non-Settling State other than in connection with a statewide settlement that includes the relevant State after December 9, 2022, then CVS agrees to withhold from the attorney fee portion of such settlement a Common Benefit Fund assessment, to be deposited in the Court Common Benefit Fund, of 7.5% times the portion of the Remediation Payment that would have been due to such Subdivision under this Agreement (the "*CVS Subdivision CBF Assessment,*" and, along with the CVS State Settlement CBF Assessment, each a "*CVS CBF Assessment*").  If (a) CVS settles with a Non-Settling State after December 9, 2022, (b) such settlement does not allow for the Subdivision(s) in such Non-Settling State to join the settlement, and (c) CVS later prevails in asserting that Released Claims of Primary Subdivisions in such Non-Settling State were released as a result of such settlement, CVS agrees to deposit the CVS State Settlement CBF Assessment in the Common Benefit Fund.  Any CVS CBF Assessment is inclusive of any assessment related to such settlement that would be required by the Common Benefit Order.  To the extent that CVS is required to pay any additional and/or separate assessment on such settlement as a result of the Common Benefit Order, the CVS CBF Assessment shall be reduced by the amount required to be paid pursuant to the Common Benefit Order.

B.      *Attorney Fee Fund and Sub Funds*

1.      The Attorney Fee Fund shall consist of the Contingency Fee Fund and the Common Benefit Fee Fund.  There shall be a split of the Attorney Fee Fund into the Contingency Fee Fund and the Common Benefit Fund.  The split shall be 40% to the Contingency Fee Fund and 60% to the Common Benefit Fund.

2.      The Cost Fund shall include the MDL Direct Cost Fund and the Subdivision Cost and Expense Fund.  The State Counsel Fee Fund and the State Cost Fund shall

be separate funds under the control of the Settling States and are not part of this Fee Agreement.

3.      It is the intention of the Parties that the Contingency Fee Fund and the Common Benefit Fund shall be administered by the Fee Panel appointed under MDL Docket No. 3828, which will be governed by the provisions of this Fee Agreement and shall design the process and procedures for the allocation of fees pursuant to this Fee Agreement and the MDL Court's Order.  The Cost Funds shall be administered by the Cost and Expense Fund Administrator appointed under MDL Docket No. 3828, who will be governed by the provisions of this Agreement and shall design the process and procedures for the allocation of costs pursuant to this Agreement and the MDL Court's Order.

4.      The fees to be paid under this Fee Agreement are available for Attorneys engaged in Qualifying Representations and Qualified Trial Representations only. Fees to be paid under this Fee Agreement are not available prior to the Effective Date of the CVS Agreement, or if the CVS Agreement does not proceed.  Fees to be paid under this Fee Agreement are not available for representation of States, Non-Participating Subdivisions, or Non-Litigating Subdivisions and are not available for representation of private hospitals, third-party payors, NAS claimants, personal injury/wrongful death claimants, or any entity other than Participating Litigating Subdivisions.  In addition, fees under this Fee Agreement are not available for representation of any individual or entity in matters other than those claims against Released Entities, but may include a reasonable share of representations that involve development of facts for pursuit of opioid-related claims against multiple defendants in the pharmacy, manufacturing, and distribution chain.

5.      In no event shall CVS be required to pay more into the Attorney Fee Fund in any Payment Year than the maximum amount specified in paragraph II.A.1., which amounts are reflected in Exhibit M to the CVS Agreement.  The amounts allocated to the Contingency Fee Fund and the Common Benefit Fund set by the Fee Panel shall be subject to the reductions set forth in Section II.A.2 and the reductions and refunds set forth below.

6.      Awards of fees from the Contingency Fee Fund shall be available to Attorneys with Qualifying Representations of Participating Litigating Subdivisions eligible to receive an allocation under the CVS Agreement, as set forth in Exhibit G to the CVS Agreement, and shall be made by applying the Mathematical Model attached as Exhibit "A" to this Fee Agreement.  The collection of the data and calculations for the Mathematical Model has been a cooperative effort among private counsel for a large number of Litigating Subdivisions.  The analysis has been spearheaded by Joseph Tann and Andrew Arnold.  The Fee Panel is encouraged to continue working with those counsel in application of the Model. The Fee Panel shall oversee the application of the Model and resolve any questions or disputes concerning the eligibility of a Counsel to participate as required in

Section II.G.  The Panel is empowered to hear disputes concerning and ensure the accuracy of the mathematical calculation.

7.      As to awards from the Contingency Fee Fund, there shall be no right of appeal.

8.      Any appeal of an award of the Fee Panel from the Common Benefit Fund will be made to the MDL Court and be reviewed under an abuse of discretion standard.

C.      *Common Benefit Fund* (60% of the Attorney Fee Fund)

1.  The maximum potential total Common Benefit Fund payment to be made by CVS into the Attorney Fee Fund is $300,369,566.40, and in no event shall it exceed that amount.   CVS's maximum potential Common Benefit Fund payments are subject to the reductions set forth in Section II.A.2. for Non-Settling States and to the adjustments set forth below and, subject to those reductions, shall be paid on the following yearly schedule:

|  | **CVS Maximum Common Benefit** |
|---|---|
| Payment Year 1 | $54,779,142.60 |
| Payment Year 2 | $48,406,953.60 |
| Payment Year 3 | $65,727,823.80 |
| Payment Year 4 | $65,727,823.20 |
| Payment Year 5 | $65,727,823.20 |
| Total | $300,369,566.40 |

Additionally, CVS shall also pay $8,841,180 into the Court Common Benefit Fund as a common benefit fund assessment on the Credit set forth in Ex. M-3, which shall be paid on the schedule set forth in Ex. M-3.[2]

---

[2]  For the avoidance of doubt, CVS is not required to pay any sums under this Agreement for matters settled prior to December 6, 2022, other than the $8,841,180 credit referenced above.

R-6

2.  The Common Benefit Fund shall be available to compensate Attorneys engaged in Qualifying Representations of Participating Litigating Subdivisions and Qualified Tribal Representation of Tribal Participating Governments who:

    a.  have performed work for the Common Benefit of all Participating Subdivisions and/or Tribal Nations consistent with the provisions to the guidelines established by Judge Polster set forth in MDL 2804 and the Order dated May 1, 2018, under docket number 358, which is included herein by reference; and

    b.  satisfy the eligibility criteria set forth in Section II.G.

    For purposes of Common Benefit Fund distribution, Attorneys representing Tribal Nations litigating against CVS have also reached a settlement for Released Claims with CVS.  These settlements are the subject of agreements with CVS.  Attorneys representing Tribal Nations are eligible for Common Benefit consideration provided such agreements with CVS became effective under their terms.  Such Attorneys must meet the eligibility criteria in Section II.G.

    For purposes of Common Benefit Fund distribution, MDL Participating Counsel not engaged in Qualifying Representations of Participating Litigating Subdivisions but who performed work for the Common Benefit pursuant to authorization from the MDL Co-Leads and meet the eligibility criteria in Section II.G. shall be eligible.

3.  CVS's Common Benefit Fund payments under this Fee Agreement satisfy, at a minimum, any assessments or withholdings for the CVS Agreement that are or could be required under the Common Benefit Order for Settling States and their Participating Subdivisions.  The Common Benefit Fund shall be overseen by the Fee Panel, which shall determine the allocation of funds to eligible Attorneys consistent with this Fee Agreement and the Common Benefit Order.

4.  In assessing the benefits that an Applicant has conferred to Participating Subdivisions (including non-Litigating Subdivisions) and/or Tribes for purposes of any compensation decision, the Fee Panel shall give significant weight to the extent to which (i) the Applicant and his or her clients have contributed to increasing (or reducing) Initial Participation in the CVS Agreement, and (ii) the Applicant and his or her clients have contributed to increasing (or reducing) the amounts achieved under Incentive Payments A-D through participation in the CVS Agreement, including the CVS Tribal Agreement.  The Fee Panel shall also consider additional fee recoveries the Applicant may potentially obtain, including, but not limited to, from attorney fee funds under other settlement agreements, State Back-Stop Agreements, representations of States or Tribal Nations, representations of other clients in opioids-related matters, or through the representation of Subdivision clients,

whether they participated in the CVS Agreement or not.  It is the intent of this provision to recognize that the goal of the CVS Agreement is to provide for maximum participation by the Subdivisions, maximum abatement funding for all Subdivisions nationally, and the maximum peace for Released Entities. Therefore, representing one or more Non-Participating States or Non-Participating Subdivisions does not further the goal of the CVS Agreement, and should not be considered Common Benefit because it does not increase funds available to Participating Subdivisions' abatement programs.  Representing one or more Later Litigating Subdivisions or Later Litigating States is antithetical to the CVS Settlement and detracts from Common Benefit.  The Fee Panel shall consider this concept of "common detriment" set forth in this paragraph in all of its decision making with respect to the allocation of the Attorney Fee Fund among Applicants, as well as, in its discretion, any reductions provided to CVS as set forth in Section II.H.[3]  The Fee Panel shall consider the totality of the Applicant's Participating Litigating Subdivisions as compared to the Applicant's Non-Participating Litigating Subdivisions; the Parties recognize that, although the goal is for 100% participation, Applicants with a greater number of clients have a greater probability of having one or more Non-Participating Litigating Subdivisions.  As used in this paragraph II.C.4, "client" or "representing" a Subdivision shall include any Litigating Subdivision as to which the Applicant has a Fee Entitlement.

5. As set forth in Section II.H, the Fee Panel must consider the factors described in paragraph II.C.4 to determine how and whether to reduce the amounts to be paid by CVS under this Fee Agreement and to determine how to allocate funds among Applicants.  They may also, at their discretion, consider other factors not inconsistent with the factors set forth in paragraph II.C.4. and Section II.H. Any reduction in payment obligation or credit to be given CVS in this Fee Agreement shall be applied against Payment Year 5 and then working backwards.  Any reduction to an Applicant not credited to CVS shall be allocated to attorneys whose Litigating Subdivision clients participated in the settlement by the Initial Subdivision Participation Date.

D. *Contingency Fee Fund* (40% of the Attorney Fee Fund)

1. The maximum potential total Contingency Fee Fund payment to be made by CVS into the Attorney Fee Fund is $200,246,378.60, and in no event shall it exceed that amount.  CVS's maximum potential Contingency Fee Fund payment shall be subject to the reductions set forth in Section II.A.2. for Non-

---

[3]    Regardless of the status of the CT-3 bellwether counties under the CVS Agreement and this Fee Agreement, and notwithstanding any provisions in those agreements to the contrary, it is expressly agreed that the attorneys who represent or worked on behalf of the CT-3 bellwether counties in the CT-3 litigation are eligible to apply to the Fee Panel for attorneys' fees from the Common Benefit Fund for the CT-3 representation and that the Fee Panel has discretion to determine that such representation has achieved common benefit.

Settling States and to the adjustments set forth below and, subject to those reductions, shall be paid on the following yearly schedule:

|  | CVS Maximum Contingency Fee |
|---|---|
| Payment Year 1 | $36,519,428.40 |
| Payment Year 2 | $32,271,302.40 |
| Payment Year 3 | $43,818,549.20 |
| Payment Year 4 | $43,818,548.80 |
| Payment Year 5 | $43,818,548.80 |
| Total | $200,246,377.60 |

2. The Contingency Fee Fund shall be available to compensate Attorneys engaged in Qualifying Representations of Participating Litigating Subdivisions that meet the criteria set forth in Section II.G.

    a. The Contingency Fee Fund shall be available to Attorneys who represent Litigating Subdivisions that are Participating Subdivisions, whether their actions are filed in state or federal court, and meet the eligibility criteria of Section II.G.

    b. Participation in the Contingency Fee Fund by counsel that have a case that is not subject to the jurisdiction of the MDL Court shall not create, provide, or waive jurisdiction of the MDL Court over that Litigating Subdivision, that case or Attorneys, other than to oversee the fairness of the distribution process, and enforcement of this Fee Agreement.

3. The amount owed by CVS to the Contingency Fee Fund shall be reduced to reflect the non-joinder of Litigating Subdivisions in Settling States by subtracting the amounts identified by the Fee Panel, pursuant to paragraph II.H.7, that would have been owed to counsel for Non-Participating Litigating Subdivisions in Settling States had such Litigating Subdivisions been Participating Subdivisions.

4. In the event that after the date of the CVS Agreement, CVS, prior to the Effective Date of the CVS Agreement, settles with any Litigating Subdivision

that would have been eligible to participate in the CVS Agreement, and, under such settlement agreement pays attorneys' fees, the Fee Panel shall treat those Litigating Subdivisions as Participating Litigating Subdivisions and, applying the same criteria applicable to all Attorneys for Participating Litigating Subdivisions, determine what amount they would have been paid from the Contingency Fee Fund if they had become Participating Subdivisions under the CVS Agreement without such prior settlement.  That sum, rather than being paid to the Attorney for the previously settling Litigating Subdivision, shall be returned to CVS, except that such refund shall not be greater than the amount paid to the Attorneys under the Litigating Subdivision's prior settlement agreement.

E.    *Subdivision Cost and Expense Fund*

1.    CVS shall pay $22,500,000 into the Subdivision Cost and Expense Fund on the schedule set forth below.

|  | Cost Fund |
|---|---|
| Payment Year 1 | $11,250,000.00 |
| Payment Year 2 | $11,250,000.00 |
| Total | $22,500,000.00 |

2.    The Subdivision Cost and Expense Fund shall be available to compensate Attorneys for costs and expenses arising out of representation of Participating Litigating Subdivisions.  No funds in the Subdivision Cost and Expense Fund may be used to compensate the costs incurred by Non-Participating Subdivisions or Non-Litigating Subdivisions or costs and expenses arising out of representation of any such Subdivision.  In allocating the Subdivision Cost and Expense Fund, the Administrator shall not allocate any funds for costs incurred after December 9, 2022.

3.    During the period between December 9, 2022 and the Effective Date of the CVS Agreement, the MDL PEC, as well as Litigating Subdivisions' Attorneys, shall make best efforts to cease litigation activity against CVS, including by jointly seeking stays or severance of claims against CVS, where feasible, or postponements if a motion to stay or sever is not feasible or is denied, so long as such actions are not otherwise detrimental to the Litigating Subdivision.

4.    In the event that CVS, prior to the Effective Date of the CVS Agreement, settles with any Litigating Subdivision and, under such settlement agreement, pays costs to the Litigating Subdivision or its Attorney, the MDL Cost and Expense Fund Administrator shall treat those Litigating Subdivisions as Participating Litigating Subdivisions and, using the same criteria applicable to all applicants to the Subdivision Cost and Expense Fund, determine what amount in costs the Litigating

Subdivision or its Attorney would have been paid from the Subdivision Cost and Expense Fund if they had settled under the CVS Agreement. That sum, rather than being paid to the Attorney or the previously settling Litigating Subdivision, shall be credited and/or returned to CVS, except that such sum shall not be greater than the amount paid under the previously settled Litigating Subdivision's settlement agreement.

5.      The Cost Fund shall be administered by the Cost Fund and Expense Fund Administrator (MDL Docket No. 3828), who will be governed by the provisions of this Agreement and shall design the process and procedures for the allocation of costs pursuant to this Agreement and the MDL Court's Order.

6.      The costs of the Cost and Expense Fund Administrator shall be paid from the Cost Fund and allocated by the Cost and Expense Fund Administrator between the MDL Direct Cost Fund and the Subdivision Cost and Expense Fund to fairly charge each fund the cost incurred in implementing and supervising the specific fund.

7.      The Cost and Expense Fund Administrator shall set the process and procedures for submission of and criteria for applications for payment of Subdivisions' and Tribal Nations' costs and expenses. The Cost and Expense Fund Administrator shall receive and evaluate applications from Participating Litigating Subdivisions and litigating Tribal Nations, whether filed in Federal Court or State Court, to seek reimbursement for eligible costs under Section II.E.2 in pursuit of claims against CVS. The process shall require a showing that the costs or expenses sought were reasonably incurred in furtherance of active litigation of a designated state or federal bellwether trial-set case, or Common Benefit. The Cost and Expense Fund Administrator shall require transparency from all applicants as to any other sources for compensating Attorneys for Subdivisions and Tribal Nations for costs incurred. If funds remain after the reimbursement of approved out-of-pocket costs, the Cost and Expense Fund Administrator may consider reasonable and appropriate payment for client time, costs, or expenses incurred by recognized trial bellwether plaintiffs. At the conclusion of the process, any funds not allocated by the Cost and Expense Fund Administrator shall be transferred to the Common Benefit Fund established in this Exhibit R.

8.      In the event that States and Subdivisions enter into an additional global settlement with a party or parties other than CVS that is (a) under the jurisdiction of the MDL Court in MDL No. 2804, (b) creates a separate cost fund, and (c) unless the parties agree to another date, such agreement has an effective date prior to June 30, 2023, the Cost and Expense Fund Administrator shall have the authority to aggregate the Cost Fund with the cost fund created under that separate global settlement agreement.  The Cost and Expense Fund Administrator shall have the authority to address the appropriate procedures and required information to allow the costs to be funded from the appropriate cost fund or shared by two or more cost funds; *provided, however*, that the Subdivision Cost and Expense Fund shall remain subject to the requirements set forth in Section II.E.2.  For the avoidance of doubt, the Subdivision Cost and Expense Fund is available only to compensate Attorneys for costs and expenses arising out of representation of Participating Litigating Subdivisions, and no funds in the Subdivision Cost and Expense Fund may be used to compensate the costs incurred by Non-Participating Subdivisions or Non-Litigating Subdivisions or costs and expenses arising out of representation of any such Subdivision.

F.      *MDL Direct Cost Fund*

1.      CVS shall pay $7,500,000 into the MDL Direct Cost Fund on the schedule set forth below.

|  | MDL Direct Cost Fund |
| --- | --- |
| Payment Year 1 | $3,750,000.00 |
| Payment Year 2 | $3,750,000.00 |
| Total | $7,500,000.00 |

2.      The MDL Direct Cost Fund shall be released following the Effective Date of this Fee Agreement without any delay to reimburse the MDL Counsel for an agreed-to portion of the expenses incurred, as approved by the Cost and Expense Fund Administrator.  The sum deposited into the MDL Direct Cost Fund will be paid directly to the MDL Opiate Capital Account.  The Cost and Expense Fund Administrator may include costs incurred by the MDL PEC in furtherance of litigation, mediation, implementation, and management of the Settlement.

3.    In allocating the MDL Direct Cost Fund, the Administrator shall not allocate any funds for costs incurred after December 9, 2022, unless the Administrator determines that there are sufficient funds to cover all Subdivision costs incurred prior to December 9, 2022 and that special circumstances exist to justify costs incurred following the public announcement of the CVS Agreement, including reasonable costs related to the implementation of the CVS Agreement.

G.    *Eligibility*

1.  It is the intention of all parties participating in the Fee Panel process that there should be total transparency to the Fee Panel and to all fund participants. In connection with the process to be developed by the Fee Panel, any and all monies in attorney's fees received or awarded, including prior or future Contingency Fees, Common Benefit Fees, referral fees, expenses paid, promises for payment, or any other Fee Entitlement, to any Applicant in any opioid litigation shall be disclosed to the Fee Panel as a condition of participating in the Attorney Fee Fund and prior to an award from the Fee Panel. Any payment, expectation of payment or perceived entitlement to participate in a State Back-Stop Agreement or any other agreement reached with a Settling State or any Subdivision or any other source regarding payment of fees must be disclosed to the Fee Panel. Similarly, any right to payment from any other fund, for example a fund for payment to lawyers representing Settling States or Tribal Nations or Subdivisions shall be disclosed to the Fee Panel. Because it is anticipated that there will be multiple firms listed on contingent fee agreements with Litigating Subdivisions, the Fee Panel shall establish procedures, with input from Attorneys for Participating Litigating Subdivisions, for which party or parties should petition for fees from such groups and to whom the fee shall be paid and thereafter distributed to co-counsel in accordance with applicable agreements. For the avoidance of doubt, all Attorneys that are part of such groups must meet the eligibility criteria in paragraph II.G.3, must be subject to the criteria set forth in paragraph II.C.4, and must be disclosed to the Fee Panel.

2.  An Applicant may apply for and recover attorneys' fees from the Common Benefit Fund, the Contingency Fee Fund, and any fund created by a past or future State Back-Stop Agreement, provided the Applicant satisfies the requirements relevant to each such fund and requirements for disclosure to the Fee Panel.

3.  An Attorney may not receive any payment from the Attorney Fee Fund (which includes both the Contingency Fee Fund and the Common Benefit Fund) unless the following eligibility criteria are met and annually certified by the Attorney:

a.  The Attorney must expressly waive the enforcement against the Litigating Subdivision client of all Fee Entitlements (other than under State Back-Stop Agreements) arising out of or related to any or all Qualifying Representations of any Participating Litigating Subdivision prior to applying for attorneys' fees from the Attorney Fee Fund. All applications

for attorneys' fees under this Fee Agreement shall include an affirmation by the Attorney of such waiver and notice to the client(s) of such waiver. Such waiver shall not preclude the Attorney from submitting such Fee Entitlements to the Fee Panel as a factor for consideration in allocating payments from the Attorney Fee Fund or in connection with a State Back-Stop Agreement. For the avoidance of doubt, no Attorney may recover fees under this Fee Agreement unless the Attorney expressly agrees not to enforce Fee Entitlements as to each and every Participating Litigating Subdivision represented by that Attorney, but such Attorneys may participate in and receive funds from a State Back-Stop Agreement.

b.   The Attorney must represent that s/he has no present intent to represent or participate in the representation of any Later Litigating Subdivision or Later Litigating State with respect to Released Claims against Released Entities.

c.   The Attorney must represent that s/he has not and will not engage in any advertising or solicitation related to Released Claims against Released Entities where such advertising or solicitation relates to a representation of a Subdivision eligible to be a Participating Subdivision after the Reference Date except that the Attorney may recommend participation in the Agreement.

d.   The Attorney must represent s/he will not charge or accept any referral fees for any Released Claims brought against Released Entities by Later Litigating Subdivisions or Later Litigating States. This representation shall not prohibit Attorneys from receiving allocated shares of any future common benefit assessments arising out of settlements or judgments with Later Litigating Subdivisions or Later Litigating States that are the result of the MDL Court's Common Benefit Order.

e.   The Attorney may not have and must represent that s/he does not have a Fee Entitlement related to a Later Litigating Subdivision or Later Litigating State, other than a potential Common Benefit Fee.

f.   The Attorney must fully disclose the participation, or the anticipation of participation, in any agreement with a Settling State or Participating Subdivision concerning fees arising out of or related to the CVS Agreement, including any fees paid or anticipated to be paid or any State Back-Stop Agreement.

g.   The Attorney must identify for the Fee Panel whether s/he utilized state litigation work product or MDL work product, including but not limited to ARCOS data, document repositories, experts developed in the MDL, trial transcripts, or deposition transcripts. The Attorney must identify whether s/he signed the MDL Participation Agreement.

h. Any Attorney who applies for fees from one or both Funds must represent that, having exercised his/her independent judgment, s/he believes the CVS Agreement to be fair and will make or has made best efforts to recommend the Agreement to his or her Subdivision clients in Settling States. For avoidance of doubt, each Attorney is expected to exercise his or her independent judgment in the best interest of each client individually before determining whether to recommend joining the settlement. All applications for attorneys' fees or costs under this Section shall include an affirmation by the Attorney in compliance with this Subsection.

4. No Attorney receiving fees under this Fee Agreement may apply for or recover from the Attorney Fee Fund fees arising from representing a Non-Settling State or a Non-Participating Subdivision, provided, however, that this provision is not intended to prohibit Attorneys who do not represent or otherwise have a contractual agreement with such Non-Settling State or Non-Participating Subdivision from receiving allocated shares of any future common benefit assessments that arise out of settlements or judgments involving such Non-Settling State or Non-Participating Subdivision. All applications for attorneys' fees under this Section shall include an affirmation by the Attorney of compliance with this Section.

5. An Attorney who has filed an application under this section and received an award of attorneys' fees shall provide a certification of compliance with the requirements of this Fee Agreement annually during the years upon which they are still entitled to receive attorneys' fee payments under this Agreement. This certification will be done as directed by the Panel.

6. If, at any time, the Attorney is unable to make the representations set forth in this Section, such representations become untrue, or the Attorney falsely represents compliance with the eligibility criteria, the Attorney shall cease to be eligible to receive funds from the Attorney Fee Fund until further review by the Fee Panel of the Attorney's eligibility under and compliance with this Section II.

7. If an Attorney has a Fee Entitlement with a Later Litigating Subdivision or Later Litigating State or otherwise becomes unable to reaffirm compliance with the eligibility criteria set forth above, the Attorney shall notify the Fee Panel. For the avoidance of doubt, any Attorney who undertakes any new representation of, or has a Fee Entitlement with, a Later Litigating Subdivision or Later Litigating State shall be prohibited from receiving any future funds from the Attorney Fee Fund. If an Attorney fails to notify the Fee Panel of such Fee Entitlement with a Later Litigating Subdivision or Later Litigating State, the Attorney shall be required to refund amounts previously paid. The Fee Panel shall notify CVS when it receives notification.

8. To the extent an Attorney who has received compensation from the Attorney Fee Fund based on Qualifying Representations of Participating Litigating Subdivisions under the CVS Agreement represents a Later Litigating Subdivision or Later Litigating State, such Attorney shall be obligated to refund such amounts received as compensation from the Attorney Fee Fund to CVS. CVS or such Attorney may bring any dispute as to whether such Attorney shall be obligated to refund such amounts received from the Attorney Fee Fund to CVS, to the Fee Panel.  Nothing herein shall require a multi-attorney law firm that has received compensation from the Attorney Fee Fund to refund such amounts if an attorney of the firm that is no longer affiliated with such law firm, after such departure, represents a Later Litigating Subdivision or Later Litigating State, provided that (a) neither the law firm nor any of its other attorneys have any contractual or financial arrangement regarding, stand to benefit directly or indirectly from, or directly or indirectly provide financial or other support of any kind to, the former attorney's representation of the Later Litigating Subdivision or Later Litigating State and (b) if the former attorney was a partner or owner of the multi-attorney law firm at the time that the law firm received compensation from the Attorney Fee Fund, the former attorney shall be obligated to refund such amounts as the former attorney earned as a result of the compensation that the law firm received from the Attorney Fee Fund.

9. In the event that an Attorney is deemed ineligible by the Fee Panel (whether based on its initial application or subsequent recertification), the Fee Panel shall provide notice to the Attorney and give the Attorney 30 days to provide additional information such that the Fee Panel could re-consider the Attorney's eligibility.

10. To the extent that an Attorney has a Fee Entitlement with a Participating Subdivision and is authorized to bring Released Claims against Released Entities, but such authorization is, in scope, less broad than the category of Released Claims set forth in the CVS Agreement, such Attorney may participate fully in both the Contingency Fee Fund and the Common Benefit Fund, without any reduction imposed by the Fee Panel due to the scope of the authorization, so long as the Participating Subdivision fully releases all Released Claims against Released Entities.

11. Attorneys applying to the Attorney Fee Fund knowingly and expressly agree to be bound by the decisions of the Fee Panel, subject to the limited appeal rights set forth in this Fee Agreement, and waive the ability to assert the lack of enforceability of the allocation reached through the procedures outlined herein.

12. Applicants are under an ongoing obligation to inform the Fee Panel in writing of any additional fees earned, expected, or received related to any Opioid litigation throughout the period of the Fee Panel's operation.

H.    *Calculation of Amounts Due*

1.  The Fee Panel shall be solely responsible for determining the amount of fees to be paid to each Applicant.  None of the Released Entities shall have any responsibility, obligation, or liability of any kind whatsoever with respect to how attorneys' fees are calculated under this Section, except that the Fee Panel may receive information from CVS as to (a) the identity of Participating, Non-Participating, Litigating, Later Litigating, and Non-Litigating Subdivisions; (b) the impact of non-participation by a Litigating Subdivision as is relevant to the Fee Panel's determination in paragraph II.C.4; and (c) such other information as CVS may voluntarily elect to provide.

2.  The Fee Panel shall establish procedures for making determinations under this Fee Agreement consistent with this Fee Agreement and orders of the MDL Court.  Such procedures may include submission of documentary and/or other evidence, interviews with Applicants and/or other counsel (including counsel for CVS) that the Fee Panel deems appropriate, and/or other means of creating a record upon which fee awards will be based.

3.  In making determinations under this Fee Agreement, the Fee Panel must apply the eligibility criteria set forth in Section II.G of this Fee Agreement and the criteria set forth in Section II.  The Fee Panel shall ensure that payments are only made for Qualifying Representations of Participating Litigating Subdivisions.  In addition, the Fee Panel will give consideration in regard to Common Benefit Fund awards to the *Johnson* factors, as well as the following factors (which factors may be applied and given relative weight in the Fee Panel's discretion):

    a.  The Applicant's contemporaneously recorded time and labor dedicated to Qualifying Representations along with the Applicant's financial commitment to such Qualifying Representations. Claimed "time" will not be automatically accepted by the Fee Panel but will be critically reviewed and given substantially more weight and consideration if such time was subject to the audit process described in any Pretrial Order(s) governing the collection of common benefit time;

    b.  The novelty, time, and complexity of the Qualifying Representations;

    c.  The skill requisite to perform legal services properly and undesirability of the case;

    d.  The preclusion of other employment by the Applicant due to time dedicated to Qualifying Representations;

    e.  The Common Benefit, if any, alleged to have been conferred by the Applicant and whether such Common Benefit work product by that Applicant was used by others in parallel litigations against Released Entities

whether within or outside the MDL, provided that any Applicant claiming that s/he substantially benefited cases other than those in which s/he entered an appearance as counsel must substantiate such claims by proffering factual support, such as proper supporting affidavits or other documents as determined by the Fee Panel with input from Attorneys for Participating Litigating Subdivisions;

f.  Any "common detriment," as set forth in paragraph II.C.4;

g.  Any contingent fee agreement or other Fee Entitlement with Participating Subdivisions, enforcement of which, except for State Back-Stop Agreements, are waived in conjunction with the application, the nature and extent of any work for those Participating Subdivisions, whether such Participating Subdivisions actively litigated and, if so, the nature and procedural history of such case(s);

h.  The experience, reputation, and ability of the Applicant;

i.  Whether the Applicant's clients brought Released Claims against Released Entities;

j.  The status of discovery in cases primarily handled by the Applicant;

k.  The nature of any work by the Applicant on "bellwether" cases or cases that were similarly active in litigation;

l.  Any pressure points successfully asserted by the Applicant in cases against CVS or any risk for CVS created by the Applicant in cases against CVS;

m.  Any risk for defendants created by Applicants in cases against CVS;

n.  Successful and unsuccessful motion practice in cases worked on by the Applicant;

o.  The date of filing of any cases filed by the Applicant;

p.  Obtaining consolidation of the litigation in the Applicant's jurisdiction;

q.  The number and population of entities represented by the Applicant and the fees that would have been awarded under extinguished contingent fee arrangements;

r.  Whether the Applicant's clients brought claims against CVS prior to the announcement of this settlement on December 9, 2022;

s.  Whether the Applicant has had a leadership role in the litigation, whether in state or federal court;

t.  Whether the Applicant has had a leadership role in any negotiations aimed at resolving the litigation;

u.  Whether the Applicant's cases have survived motions to dismiss;

v.  The extent to which the Applicant contributed to the work product used for the common benefit of opioids litigants, including, without limitation, work on ARCOS data, Prescription Data Monitoring Programs, IQVIA data, depositions, document production and analysis experts, motions, briefs and pleadings, trial preparations, and trials;

w.  The extent to which litigation occurred prior to and contributed to completion of settlement negotiations, as distinct from litigation that occurred after the announcement of the CVS Agreement on December 9, 2022, such latter litigation both being of less value and, the case of litigation filed after the announcement of the CVS Agreement on December 9, 2022, resulting in a common detriment to the settlement process, which in both cases should be viewed less favorably; and

x.  Any other factors that the Fee Panel finds to be appropriate to consider after input from Applicants to the Attorney Fee Fund.

4.  It is possible that the States and Subdivisions that are litigating Opioid cases will enter additional settlements in close proximity of the time for processing the CVS Agreement. If there are additional settlements and these settlements create a Common Benefit Attorney Fee Fund to be administered by the Fee Panel, the Fee Panel may:

a.  Consolidate the Common Benefit approval process to include evaluation of all Common Benefit Applications for all settlements entered after November 1, 2022;

b.  Determine the fair and equitable allocation of the Aggregate Common Benefit Fees that come after December 9, 2022, including consideration of beneficial or detrimental actions taken with respect to any Settling Defendant contributing to the Common Benefit Attorney Fee Fund;

c.  Give consideration to the amount and timing of each settlement, including the amount and timing of Common Benefit Fees;

d.  The Fee Panel shall abide by the applicable Attorney Fee Agreement in each of the Settlements in Allocating the Common Benefit Fees provided for in the Settlement; and

e.   Be guided in their work by the Orders of the Court related to Fees and Costs.

5.   The Fee Panel shall develop procedures for receiving a single application, which may be updated or amended based on new information (such as participation by additional Litigating Subdivisions) from each Applicant seeking compensation from each sub fund of the Attorney Fee Fund pursuant to processes and procedures developed by the Fee Panel, which shall not be inconsistent with this Fee Agreement.  Any request for attorneys' fees not included on the single application or through the updating/amendment process designed by the Fee Panel shall be deemed waived.   For purposes of transparency and to permit the Fee Panel to conduct its work, the application from each Applicant shall, at a minimum, require each Applicant to:

a.   Identify all Litigating Subdivisions for which s/he is seeking payment from the Attorney Fee Fund;

b.   Identify all Subdivisions in both Settling and Non-Settling States (and, where applicable, Tribal Nations) with respect to which s/he has a Fee Entitlement with respect to Relevant Claims against Released Entities, and identify all co-counsel in such cases;

c.   Identify which of those Subdivisions are Participating Subdivisions and which are not (with similar information for Tribal Nations, where applicable);

d.   Specify the specific fund or funds within the Attorney Fee Fund from which the Attorney is seeking compensation;

e.   Demonstrate his or her eligibility for compensation from the relevant sub funds within the Attorney Fee Fund pursuant to the criteria set forth for the relevant sub fund;

f.   Identify any and all Fee Entitlements from representations of States, Tribal Nations, or other plaintiffs related to Released Claims against Released Entities or in opioids-related matters;

g.   Notwithstanding "a-f" above, the Panel may consider a supplemental application if the Applicant shows good cause why circumstances exist that will lead to consideration for additional Common Benefit award.  Examples would include, but are not limited to, an Applicant having Non-Participating Litigating Subdivision clients that subsequently become Participating Subdivisions, a Bar Date passes that increases participation or an Allocation Agreement is reached.

6. With respect to the Common Benefit Fund, the Fee Panel shall (subject to any applicable MDL Court Order):

    a. Review the applications of all Applicants seeking compensation from the Common Benefit Fund, including determining eligibility for each Applicant as set forth in Section II.G.

    b. Using criteria set forth in Sections II.C and II.G, allocate amounts from the Common Benefit Fund to eligible Applicants, including payment amounts for each Payment Year.  In making such allocations, the Panel shall apply the principles set forth in paragraph II.C.5 to the amounts paid to Applicants with a Common Benefit Fee Entitlement.

7. With respect to the Contingency Fee Fund, the Fee Panel shall:

    a. Review the applications of all Attorneys seeking compensation from the Litigating Subdivision Fee Fund, including determining eligibility for each Attorney as set forth in Section II.G.

    b. Apply the Mathematical Model in Exhibit A.

    c. Use such allocations to determine refund amounts owed to CVS from the Attorney Fee Fund, and inform CVS and the MDL PEC of all such adjustments.

8. To the extent that there is a dispute about the calculations of the Fee Panel related to the amount that CVS is required to pay (including application of any reductions or refunds under this Fee Agreement), such disputes shall be presented to the Fee Panel and any disputed funds be paid into/held in escrow. The Fee Panel shall resolve such disputes expeditiously, with either Party having the right to seek review from the MDL Court.

9. For purposes of determination of fee or cost awards, allocations, reductions, and possible reversions under this Fee Agreement, unless specified otherwise a Subdivision will be considered a Non-Participating Subdivision if it is not a Participating Subdivision as of the deadline for the application for the fee at issue (or, if the determination does not involve a specific application, the date on which the record for such determination closes).

10. In the event that the Fee Panel, through the use of the Mathematical Model set forth in Exhibit A, allocates funds from the Contingency Fee Fund for an Attorney based on a Qualifying Representation of a Participating Litigating Subdivision and that Subdivision is in a Settling State in which the Consent Judgment has not been approved, such funds shall be placed into escrow until the Consent Judgment is approved, after which time they shall be released.

I.     *Miscellaneous*

1.  The Fee Panel shall charge an hourly rate approved by the Court.  The Pre-Effective Date costs associated with the Cost and Expense Fund Administrator shall be paid from funds in the Cost Fund.  Post-Effective Date, the cost of the Fee Panel shall be charged against the applicable Fee Fund based on allocation by the Fee Panel and shall not be otherwise funded by CVS.

2.  The MDL PEC will seek, and the Attorneys General for Settling States and the CVS will not oppose, a Common Benefit Fee Order requiring an assessment of 7.5% on the gross recovery (by judgment or settlement) of any Non-Participating Subdivision in a non-Settling State that is subject to the federal court jurisdiction, represented by a MDL PEC firm, represented by any Attorney receiving fees from the Common Benefit Fund, represented by any Attorney that signed a Participation Agreement or had been paid in a case otherwise under the jurisdiction of the MDL Court.

3.  The MDL PEC shall provide to CVS information they have that identifies Attorneys who represent Litigating Subdivisions who are not Participating Subdivisions and who have an obligation to pay a common benefit assessment, either due to the MDL Court's orders or pursuant to a Participation Agreement.

4.  The MDL PEC and CVS agree that it is a conflict of interest for an Attorney that had represented a Participating Subdivision to represent a Later Litigating Subdivision or Later Litigating State.  This Subsection shall be enforceable to the extent permitted by the equivalent to Rules 1.16 and 5.6 of the ABA Model Rules of Professional Conduct in the relevant jurisdictions.  The MDL PEC represents that it will comply with this provision in the case of the CVS Agreement until the Effective Date of the CVS Agreement, as well as thereafter, if the CVS Agreement proceeds.

5.  Participating Subdivisions agree to instruct their counsel to treat information, work product and expert materials as confidential under Rule 1.6 of the ABA Model Rules of Professional Conduct.  Accordingly, an Attorney shall not share information or work product with, or experts or materials to, non-participants (other than the Attorney's own current clients or their lawyers, consultants, experts or other representatives or agents).  However, nothing herein shall prevent MDL Leadership or PEC Counsel from fulfilling their obligations in any MDL and the MDL Court Order.

## III.    Miscellaneous

A. *Termination*.  If the CVS Agreement does not proceed past the Reference Date, whether because CVS does not determine to proceed or for any other reason, this Fee Agreement shall be null and void, CVS shall have no obligation to make any payments under this Fee Agreement, and CVS and the MDL PEC shall take such steps as are necessary to restore the *status quo ante*.

    1.  *MDL Court Consideration*.  This Fee Agreement shall be attached as an exhibit to the CVS Agreement. This Fee Agreement shall also be submitted by CVS and the MDL PEC to the MDL Court for approval pursuant to the motion and order that shall be attached. The MDL Court shall have no authority to increase the payments made by CVS under this Fee Agreement beyond the amounts described in this Fee Agreement.

    2.  In the event that the MDL Court, through an order, makes any change to the Fee Panel's consideration of the factors set forth in paragraph II.C.4, or any other material change to the draft Order attached as part of Exhibit B or the terms of this Fee Agreement, CVS and the MDL PEC shall meet and confer concerning such changes.

    3.  If CVS and the MDL PEC are unable to reach agreement and revisions to this Fee Agreement, this Fee Agreement shall be null and void, CVS shall have no obligation to make any payments under this Fee Agreement, and CVS and the MDL PEC shall take such further steps as are necessary to restore the *status quo ante*.

B. *Amendment*.  Once the MDL Court has entered an order implementing this Fee Agreement, this Fee Agreement can only be amended by (1) written agreement of CVS and the MDL PEC and (2) approval by the MDL Court.

C. *Jurisdiction and Enforcement*.  The MDL Court shall have exclusive and ongoing jurisdiction over the enforcement and implementation of this Fee Agreement as set forth herein.  The MDL PEC shall be the Authorized Party to enforce this Fee Agreement, as to the payment obligations of CVS as set forth in this Fee Agreement and as to Attorneys making application to the Funds under this Fee Agreement.  Solely for purposes of assessing or allocating common benefit fees, the MDL Court will continue to have jurisdiction over the work product developed in the MDL Court by and under the direction of the MDL PEC with respect to claims against CVS, including data and documents, depositions, expert reports, briefs and pleadings; and the MDL Court's protective orders, management orders, and other decisions regarding such discovery and other work product, including but not limited to, conditions on its use, will continue in full force and effect.  Nothing in this paragraph authorizes the MDL Court to act contrary to this Agreement, or provides the MDL Court with jurisdiction over the CVS Agreement.

**Description of Mathematical Model for the Allocation of the Contingency Fee Funds**

CVS Settlement Agreement

This document describes the Mathematical Model for allocation of the Contingency Fee Fund described in Exhibit R (Agreement of Attorneys' Fees, Costs, and Expenses) to the CVS Settlement Agreement.[4]  Awards of fees from the Contingency Fee Funds shall be available to Attorneys with Qualifying Representations of Participating Litigating Subdivisions eligible to receive an allocation under the CVS Settlement Agreement.[5]  A Fee Panel shall oversee the application of the Model and resolve any questions or disputes concerning the eligibility of a counsel to participate.  The Panel is empowered to hear disputes concerning and ensure the accuracy of the mathematical calculations.

In general terms, allocation of the Contingency Fee Fund shall be made by (1) determining the amount of the Settlement Fund that is attributable to each Participating Litigating Subdivision; (2) making certain adjustments to these amounts based on when the Subdivision filed suit and the terms of the applicable fee contract; and (3) dividing the Contingency Fee Fund proportionately among counsel for each Participating Litigating Subdivision based on the amounts calculated in subpart 2.

To collect a fee award from the Contingency Fee Fund, a Participating Litigating Subdivision must have named CVS (or any Released Entity) in its lawsuit.  The total maximum amount of the Contingency Fee Fund in the CVS Settlement Agreement is $200,246,377.60.[6]

Allocation of the Contingency Fee Fund shall be made according to the following steps.   These calculations are made only for purpose of determining the percentage share of the Contingency Fee Fund that Attorneys for each Participating Litigating Subdivision should receive, ***not*** for determining the dollar amount each Subdivision will receive.

(1) For each Settling State, attribute 50% of the settlement funds for that State to its Subdivisions according to the Subdivision Allocation Percentage in Exhibit G to the CVS Settlement Agreement.

    Illustrative example:

- Assume that State A is allocated 1.00000% of the $4,279,160,837 Remediation amount [see Exhibit M of the CVS Settlement Agreement].

- 50% of the 1% share allocated to State A is $21,395,804.19.

- Assume that, per Exhibit G of the Agreement, the Subdivision Allocation

---

[4] *See* CVS Settlement Agreement, Exhibit R § II.D.2.
[5] CVS Settlement Agreement, Exhibit R § II.D.2.
[6] CVS Settlement Agreement, Exhibit R § II.A.1 & II.D.1.

Percentage for City B in State A is 1.00000000%.

- For purposes of determining its counsel's share of the Contingency Fee Fund, City B is attributed 1.00000000% of $21,395,804.19, or $213,958.04.

(2) Adjust the amounts in paragraph 1 as follows:

    a. *Upward Adjustment for Early Filers.* Increase the amount calculated in paragraph 1 above by 10% for any Litigating Subdivision that named CVS in a suit before December 5, 2017, the date the National Prescription Opiate Litigation MDL was formed. If the Litigating Subdivision did not name CVS in a suit before December 2, 2022, then fees from the Contingency Fee Fund will not be awarded to Attorneys with otherwise Qualifying Representations of that Participating Litigating Subdivision.

    Illustrative Example:

- Assume City C is attributed $1,000,000 under paragraph 1 above.
- If City C named CVS before 12/5/2017, the attributed amount would be adjusted to $1,100,000.

    b. *Determine Amount Due under Contingency Fee Contract.* Determine the amount that would be due to Attorneys with Qualifying Representations of each Participating Litigating Subdivision under the terms of the applicable fee contract if the Participating Litigating Subdivision were to receive the amount calculated in paragraph 2.a. This amount can be referred to as the Contingency Fee Assumption.

    Illustrative Example:

- Continuing the example given in paragraph 2.a, if Attorneys have a 20% contingency fee contract with City C for the relevant litigation, the amount calculated in this step would be 20% of $1,100,000, or $220,000.

In the next step, the Contingency Fee Assumption is used to determine the percentage share of the Contingency Fee Fund due to Attorneys for each Participating Litigating Subdivision.

(3) Divide the Contingency Fee Fund proportionately among Attorneys for each Participating Litigating Subdivision in two ways:

    a. *National Fee Pool Calculation.* Determine each Litigating Subdivision's

percentage share of all amounts due under contingency fee contracts nationwide by dividing the Contingency Fee Assumption calculated for each Subdivision in paragraph 2.b by the sum of all Contingency Fee Assumptions.   Then multiply that percentage by the Contingency Fee Fund to figure each Subdivision's dollar share of the Contingency Fee Fund (but only if the Subdivision timely named CVS in a lawsuit).

Illustrative example:

- $220,000 [from para. 2.b] ÷ $220,000,000 [total amount owed under contingency fee contracts nationwide] = 0.1%[7]
- 0.1% * $200,246,377.60 [Contingency Fee Fund] = $200,246.38

b. *Separate State Fee Pools Calculation.*  Determine each Litigating Subdivision's percentage share of all amounts due under contingency fee contracts statewide by dividing the Contingency Fee Assumption calculated for each Subdivision in paragraph 2.b by the sum of all Contingency Fee Assumptions in the same State. Then multiply that percentage by the portion of the Contingency Fee Fund that corresponds to that State's Overall Allocation Percentage, shown in Exhibit F of the CVS Settlement Agreement, to figure each Subdivision's dollar share of the Contingency Fee Fund (but only if the Subdivision timely named CVS in a lawsuit).

Illustrative example:

- 1%  *  $200,246,377.60  =  $2,002,463.78  [amount  of  the Contingency Fee Fund corresponding to State A]
- Assume a total of $2,500,000 is owed under contingency fee contracts for State A.
- $220,000 [from para. 2.b] ÷ $2,500,000 = 8.8%
- 8.8% * $2,002,463.78 = $176,216.81

The award of fees to Attorneys with Qualifying Representations of Participating Litigating Subdivisions will be the average of the final amounts calculated in paragraphs 3.a and 3.b above, less any amounts the Fee Panel is authorized to, and does, withhold.[8]

Paragraph 3.a represents allocation based on a proportional share of a National Fee Pool,

[7] In this example, $220 million is the amount theoretically owed under all contingency fee contracts for litigation against CVS as calculated in paragraph 2.b.   This amount is illustrative only; the actual amount will not be known until all litigating subdivisions are identified and the terms of their contingency fee contracts are collected.

[8] The model also enforces a maximum fee award of 20% of the amount calculated in paragraph 2.b.   The description in this document of the Mathematical Model is by necessity an abstraction; the precise contours of the calculations are defined in the model itself.

while paragraph 3.b represents allocation based on a proportional share of the Separate State Fee Pools.  In other words, for the National Fee Pool described above in paragraph 3.a, the contingency fee contract rate is compared to all other contingency fee contract rates in the nation.  For the Separate State Fee Pools described above in paragraph 3.b, the contingency fee contract terms are compared to the other contingency fee contract terms in that same State.  The National Fee Pool and the Separate State Fee Pools are given equal weighting.

Using the first methodology, Attorneys for two Subdivisions <u>in different States</u> with the same amount calculated under paragraph 2.b would be assigned the same amount under paragraph 3.a.   Using the second methodology, Attorneys for the same two Subdivisions would be assigned different amounts under paragraph 3.b because they are in different States.    Specifically, the Subdivision in the State with a smaller proportion of Participating Litigating Subdivisions would be allocated more than the Subdivision in the State with a greater proportion of Participating Litigating Subdivisions.

WITH TECHNICAL CORRECTIONS 02.03.2023

By: _____

Name:  Thomas Moffatt
       Vice President, Assistant Secretary, and Senior
       Legal Counsel

Date: _____
      March 3, 2023

*On behalf of CVS*

R-28

By: _____

Name: Paul T. Farrell, Jr.

Date: _____


By: _____

Name: Jayne Conroy

Date: _____


By: _____

Name: Joseph F. Rice

Date: _____


*On behalf of Plaintiffs' Executive Committee*

R-29

WITH TECHINICAL CORRECTIONS 02.03.2023

By: _____

Name: Paul T. Farrell, Jr.


Date: _____



By: _____

Name: Jayne Conroy

6.7.2023
Date: _____



By: _____

Name: Joseph F. Rice


Date: _____


*On behalf of Plaintiffs' Executive Committee*

R-29

WITH TECHNICAL CORRECTIONS 02.03.2023

By: _____

Name: Paul T. Farrell, Jr.


Date: _____




By: _____

Name: Jayne Conroy


Date: _____




By: _____

Name: Joseph F. Rice


6/7/2023
Date: _____


*On behalf of Plaintiffs' Executive Committee*

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

# EXHIBIT S

## Agreement on the State Outside Counsel Fee Fund
## for Chain Pharmacy Settlements

1.  **Definitions**.

    a.  "Chain Pharmacy" means any of CVS, Walgreens, and Walmart, and "Chain Pharmacies" means all of the foregoing.
    b.  "Multistate Chain Pharmacy Settlement Agreement" means This Settlement Agreement along with any other settlement of opioids-related claims among 30 or more states and a Chain Pharmacy.
    c.  "This Settlement Agreement" means the settlement agreement between the Settling States and the Chain Pharmacy to which this Agreement is attached as an Exhibit.
    d.  "Settling Chain Pharmacy" means the Chain Pharmacy that is a party to This Settlement Agreement.
    e.  "Settling States" has the meaning given such term in the relevant Multistate Chain Pharmacy Settlement Agreement.

2.  **Creation of a State Outside Counsel Chain Pharmacies Fee Fund.** The Settling States have agreed to the creation of a state outside counsel fee fund to pay reasonable attorneys' fees of Settling States which have retained outside counsel in connection with litigation against one or more Chain Pharmacies (such fund, the "State Outside Counsel Chain Pharmacies Fee Fund").

3.  **State Outside Counsel Chain Pharmacies Fee Fund Administration.** The State Outside Counsel Chain Pharmacies Fee Fund shall be administered separately from any other funds for the payment of attorneys fees or costs in connection with This Settlement Agreement, including any common benefit fund, contingency fee fund for subdivision counsel, state cost fund, or MDL expense fund. If necessary, a committee of Attorneys General shall be convened to oversee the State Outside Counsel Chain Pharmacies Fee Fund (the "Chain Pharmacies Fee Fund Committee"). The Chain Pharmacies Fee Fund Committee shall be appointed by the Settling State Members of the Enforcement Committee and shall be comprised solely of Attorneys General of Settling States that engaged outside counsel to pursue litigation against one or more Chain Pharmacies. The Settlement Fund Administrator (the "Fee Fund Administrator") shall administer the State Outside Counsel Chain Pharmacies Fee Fund according to this Exhibit and, if convened, the guidelines and directives of the Chain Pharmacies Fee Fund Committee.

4.  **State Outside Counsel Chain Pharmacies Fee Eligibility.**

    a.  To receive any amount from the State Outside Counsel Chain Pharmacies Fee Fund, an outside counsel to a Settling State must have filed and maintained an

action in the name of a Settling State or its Attorney General against a Chain Pharmacy in a state or federal court as of November 1, 2022.  No Settling State (or its outside counsel) shall receive funds from both the State Outside Counsel Chain Pharmacies Fee Fund and any "Additional Remediation Amount" as may be provided for in This Settlement Agreement.

    b.  In addition to the eligibility criteria set forth in Paragraph 4.a, above, and for the avoidance of doubt, only Settling States under This Settlement Agreement are eligible to receive any funds paid into the State Outside Counsel Chain Pharmacies Fee Fund as a result of This Settlement Agreement.

5.       **State Outside Counsel Chain Pharmacies Fee Fund Amount.** The Settling Chain Pharmacy shall pay funds into the State Outside Counsel Chain Pharmacies Fee Fund in an amount equal to, and on the schedule identified in, Exhibit M (the "Contribution"). The Settling Chain Pharmacy's Contribution shall subject to a reduction as described in Paragraph 8, below.

6.       **State Outside Counsel Chain Pharmacies Fee Fund Availability and Calculation of Amount.**

    a.  The State Outside Counsel Chain Pharmacies Fee Fund shall be available to compensate private outside counsel for Settling State Attorneys General for approved fees arising out of representation of the Settling State pursuant to the schedule attached to this agreement as Schedule I (the "Fee Schedule").

    b.  The Fee Schedule is intended to reflect the fee calculation in subparagraph 6.c, below (the "Fee Calculation").  Subject to adjustments required by Paragraph 8, below, in the event of any discrepancy between the Fee Schedule and the Fee Calculation, the Fee Schedule shall control.  Each Settling State, by becoming a Participating State in This Settlement Agreement, agrees that the Fee Schedule reflects the Fee Calculation and waives any right to contest the accuracy of the Fee Schedule, absent manifest error, the exclusion of a Settling State, or the inclusion of a Non-Settling State. The version of the Fee Schedule reflecting any necessary adjustments shall be the "Final Fee Schedule."

    c.  Fees shall be aggregated across the Multistate Chain Pharmacy Settlement Agreements and be calculated by adding two components: (a) a fixed amount consisting of fifty percent (50%) of the amount of remediation funds allocated to a Settling State and its Subdivisions pursuant to the Multistate Chain Pharmacy Settlement Agreements multiplied by 4.5% (or, if lower, the applicable contingency fee percentage in the Settling State's outside counsel contract); and (b) a proportional percentage of the remaining fee due under that Settling State's contract with its outside counsel assuming that fifty percent (50%) of the Settling State's recovery is allocable to a Settling State (rather than allocable to the Settling State's Participating Subdivisions) so that the fees of all eligible Settling States (minus the fixed amount that would have

been allocated to any Non-Settling States had they become Settling States) exhausts the State Outside Counsel Chain Pharmacies Fee Fund. The proportional share percentage will be the same for each Settling State included in the State Outside Counsel Chain Pharmacies Fee Fund. Fees shall be split proportionally among each Multistate Chain Pharmacy Settlement Agreement, as set forth on the Fee Schedule.

d.  All amounts paid will be less any costs or fees of the Fee Fund Administrator. The Fee Schedule reflects a holdback amount of $50,000 for such administrative expenses of the Fee Fund Administrator. The remainder of any unused administrative expenses shall be disbursed pro rata to States receiving monies from the State Outside Counsel Chain Pharmacies Fee Fund at the conclusion of such administration.

7.  **Payment by the Fee Fund Administrator**.

a.  The Fee Fund Administrator shall hold the Contribution in escrow until the earlier of (1) the last of the three Multistate Chain Pharmacy Settlement Agreements becomes effective or (2) when instructed by the Settling State Members of the Enforcement Committee.

b.  Subject to eligibility pursuant to Paragraph 4, above, a Settling State's outside counsel may receive funds from the State Outside Counsel Chain Pharmacies Fee Fund in the following scenarios ("Payment Scenarios"):

1.  The Settling State's outside counsel agrees that the amount listed for such state on the Final Fee Schedule either satisfies in full or exceeds the amounts owed to all such Settling State's outside counsel and such counsel has provided written notice waiving all entitlement to additional fee in respect of any Multistate Chain Pharmacy Settlement Agreement.

2.  The Settling State and its outside counsel enter into a signed writing establishing the amount owed to the counsel, which includes an agreement on the payment of the amount listed for such state on the Final Fee Schedule and waives any right of the State or its outside counsel to additional amounts from the State Outside Counsel Chain Pharmacies Fee Fund.

3.  A final judgment is entered that is no longer appealable, which judgement adjudicates the amount owed to the Settling State's counsel in respect of This Settlement Agreement and directs the Chain Pharmacies Fee Fund Committee how to pay the amount listed on the Final Fee Schedule for such State.

If no Payment Scenario is applicable with respect to a Settling State, then the Settling State's share shall be placed in an interest-bearing escrow account (less reasonable expenses of the Fee Fund Administrator) and held unless and until a Payment Scenario is applicable.

c.  Upon the applicability of a Payment Scenario 1 with respect to a Settling State, the Fee Fund Administrator shall pay that Settling State's outside

counsel the amount identified on the Final Fee Schedule for such state or such lesser amount that satisfies the Settling State's obligation to its outside counsel in full.  Any remaining allocation to such State shall be paid to the Settling State.

d.  Upon the applicability of a Payment Scenario 2 or 3 with respect to a Settling State, the Fee Fund Administrator shall release monies from the State Outside Counsel Chain Pharmacies Fee Fund in either the amount held by the Fee Fund Administrator, if the amount of the agreement or judgment is equal to or more than the amount held, or the amount indicated in the agreement or in the final judgment, if the amount in the agreement or judgment is less than the amount held.

e.  Nothing herein, including the amounts listed in Paragraph 6 above or on any Fee Schedule, shall prevent a Settling State from arguing in any proceeding with its outside counsel that (i) its recovery was less than fifty percent (50%) of the recovery in the settlement agreement down to and including fifteen percent (15%) of the total recovery; (ii) any payment should be discounted by an appropriate discount rate commensurate to the risk of the settlement agreement and the timeline that the Settling State is receiving its payments; (iii) the settlement amount should be lower because the amount a Settling State receives was reduced because such Settling State's outside counsel failed to obtain joinder from a Settling State's Subdivision(s) that the outside counsel also represented; or (iv) any limitation placed by the Settling Chain Pharmacy bars payment of a higher fee to outside counsel.

f.  In the event the amount due to the Settling State's outside counsel from an escrow account is less than the total amount of funds escrowed on the account of the Settling State, the balance shall be paid to the Settling State. In no event, other than a State becoming a Non-Settling State, shall funds revert to a Chain Pharmacy.

8.  **Reduction of Amounts owed**

a.  **Non-Settling States; Reversion and Redistribution.** Amounts owed by the Settling Chain Pharmacy to the State Outside Counsel Chain Pharmacies Fee Fund shall be reduced by amounts allocated to the fixed amount for such State under This Settlement Agreement in the event that a listed State becomes a Non-Settling State.  Specifically, the reduction in the amount owed by the Settling Chain Pharmacy shall be calculated as 2.25% times the total Remediation Payments that would have been allocated to the Non-Settling State had it been a Settling State. The payments for the other Settling States reflected in the Fee Schedule shall be adjusted by the Fee Fund Administrator to reflect a recalculated proportional percentage under the Fee Calculation.

b.  **Settling States; Redistribution**.  If a Settling State under This Settlement Agreement (i) would otherwise be entitled to a payment from the State Outside Counsel Chain Pharmacies Fee Fund and (ii) is eligible to be a

"Settling State" under either of the two other Multistate Chain Pharmacy Settlement Agreements but does not become such a "Settling State", then that Settling State's payment from the State Outside Counsel Chain Pharmacies Fee Fund shall be reduced to an amount equal to the Contribution times the Settling State's allocation percentage on Exhibit F, which shall be treated as an additional remediation payment in lieu of a fee payment.  The payments for the other Settling States reflected in the Fee Schedule shall be adjusted by the Fee Fund Administrator to reflect a recalculated proportional percentage under the Fee Calculation.

c.   If either or both of the other Chain Pharmacies fail to enter into a Multistate Chain Pharmacy Settlement Agreement, or if such Multistate Chain Pharmacy Settlement Agreements fail to take effect by December 15, 2023, then the Settling Chain Pharmacy and the Enforcement Committee shall renegotiate the terms of Paragraph 8.b in order to permit prompt payment to Settling States that terminated contested litigation with the Settling Chain Pharmacy, and permitting additional time if necessary to finalize payments to the other Settling States.  In no event will such renegotiation result in additional reversion of monies in the State Outside Counsel Chain Pharmacies Fee Fund to the Settling Chain Pharmacy.

9.   **Interpretation**.

a.   This Agreement shall be an Exhibit to each Multistate Chain Pharmacy Settlement Agreement and shall include the Fee Schedule setting forth the presumptive payment calculations for each eligible Settling State.  By joining This Settlement Agreement, each State agrees on the presumptive accuracy of the Fee Schedule, absent manifest error, the inclusion of a Non-Settling State, or the exclusion of a Settling State.

b.   It is the intent of all parties that the State Outside Counsel Chain Pharmacies Fee Fund function in a similar manner, with similar calculations and mechanics, as the "State Outside Counsel Fee Fund" established in Exhibit S of that certain settlement agreement dated as of July 21, 2021 setting forth the terms of settlement between and among McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation, on the one hand, and certain settling states and certain participating subdivisions, on the other hand.

S-5

WITH TECHNICAL CORRECTIONS 02.03.2023
UPDATED 09.29.2023

### Schedule I to Exhibit S (Chain Pharmacies)

### Final Fee Schedule

[This Fee Schedule has been adjusted pursuant to Paragraph 6.b of Exhibit S) as of June 16, 2023 to reflect final settlement amounts and allocations]

| State | Total Fee | Walgreens Share | Walmart Share | CVS Share |
|---|---|---|---|---|
| Alaska | $2,258,683.18 | $897,519.37 | $499,420.08 | $861,743.73 |
| Arkansas | $5,386,729.10 | $2,140,492.18 | $1,191,065.98 | $2,055,170.94 |
| Delaware | $4,574,442.97 | $1,817,718.92 | $1,011,460.44 | $1,745,263.61 |
| Kentucky | $7,734,353.14 | $3,073,353.44 | $1,710,151.88 | $2,950,847.82 |
| Michigan | $25,904,785.15 | $10,293,628.84 | $5,727,837.39 | $9,883,318.92 |
| Mississippi | $5,173,370.80 | $2,055,711.27 | $1,143,890.08 | $1,973,769.45 |
| Nevada | $215,517.78 | $- | $215,517.78 | $- |
| New Hampshire | $7,568,287.46 | $3,007,364.92 | $1,673,432.91 | $2,887,489.64 |
| New Mexico | $- | $- | $- | $- |
| Puerto Rico | $8,643,270.36 | $3,434,524.42 | $1,911,123.63 | $3,297,622.31 |
| South Dakota | $1,238,281.03 | $492,048.29 | $273,797.77 | $472,434.97 |
| Utah | $2,884,152.67 | $1,146,058.42 | $637,718.38 | $1,100,375.88 |
| West Virginia | $- | $- | $- | $- |
| Admin Expense Holdback | | $19,868.20 | $11,055.56 | $19,076.24 |
| Total | | $28,378,288.26 | $16,006,471.88 | $27,247,113.51 |

Non-Settling States:
- Walgreens: NV, NM, WV
  - Para 8(a) 2.25% Reduction: **$3,542,814.80**
- Walmart: none
- CVS: NV
  - Para 8(a) 2.25% Reduction: **$1,280,625.41**

Excluded States:
- Florida (Walgreens; Walmart; CVS)
- New Mexico (Walmart; CVS)
- West Virginia (Walmart; CVS)

## **EXHIBIT T**

## **Agreement on the Joint State Cost Fund**

1.     **Definitions**.

       a.  "Opioids Defendant" means Walmart, or such other defendant in opioids-related litigation that enters into a Multistate Settlement after November 1, 2022, and "Opioids Defendants" means all of the foregoing.

       b.  "Multistate Settlement" means this Settlement Agreement along with any other settlement of opioids-related claims among 30 or more states and an Opioids Defendant.

       c.  "Settlement Agreement" means the settlement agreement between the Settling States and the Opioids Defendant to which this Agreement is attached as an Exhibit.

       d.  "Settling Opioids Defendant" means the Opioids Defendant that is a party to the Settlement Agreement.

       e.  "Settling States" has the meaning given such term in the Settlement Agreement.

2.     **Creation of a State Cost Fund.** The Settling Opioids Defendant and the Settling States agree to the creation of a fund to pay costs and expenses associated with litigation and investigations related to the opioids litigation (such fund, the "State Cost Fund"). The State Cost Fund shall be administered separately from any other funds for the payment of attorneys fees or costs in connection with the Settlement Agreement, including any common benefit fund, contingency fee fund for subdivision counsel, subdivision cost fund, or MDL expense fund. However, the State Cost Fund shall be administered jointly with similar "State Cost Funds" created in other Multistate Settlements after November 1, 2022; any state cost funds jointly administered in this manner shall be referred to as the "Joint State Cost Fund."  To the extent permissible and feasible, the Joint State Cost Fund may also be jointly administered with any fund for reimbursement of states' litigation and investigation costs established by a bankruptcy plan, including the Mallinckrodt bankruptcy plan, any plans that may emerge from the bankruptcies of Purdue and Endo, and any similar bankruptcies of opioids defendants.  To the extent feasible, the Joint State Cost Fund may also be jointly administered with the State Cost Funds established pursuant to the Distributors Multistate Settlement and the Janssen Multistate Settlement.

3.     **State Cost Fund Amount.** The Settling Opioids Defendant shall pay into the State Cost Fund in the amount listed on, and on the schedule set forth in, Exhibit M (the "Settling Opioids Defendant's Contribution") for the purpose paying States' costs and expenses associated with to the opioid litigation.

4.     **Joint State Cost Fund Committee.** A committee of Attorneys General or their designated

representatives (such committee, the "<u>Joint State Cost Fund Committee</u>") shall oversee the Joint State Cost Fund. The committee shall be appointed by the Settling State Members of the Enforcement Committee, who shall aim to (i) have equal representation between states that retained contingency fee outside counsel and states that did not retain contingency fee outside counsel with respect to opioids-related litigation, and (ii) maintain consistency of committee membership across state cost funds that compose the Joint State Cost Fund. The Settling State Members of the Enforcement Committee may by majority vote add to or change the composition of the Joint State Cost Fund Committee.

5.     **Joint State Cost Fund Administrator.**

    a.   The Joint State Cost Fund Committee may select an administrator (the "<u>Joint State Cost Fund Administrator</u>"), who shall administer the Joint State Cost Fund and direct payments to Settling States according to the guidelines and directives of the Joint State Cost Fund Committee. While the expenses of the Joint State Cost Fund Administrator shall be reimbursable pursuant to the principles and guidelines listed below, the Joint State Cost Fund Administrator shall first rely on any separate funds that may be set aside for such purpose in any Multistate Settlement.

    b.   The Joint State Cost Fund Administrator shall be responsible, under the direction and supervision of the Joint State Cost Fund Committee, for receiving and reviewing applications for reimbursement from the Joint State Cost Fund.  This may include the creation of an audit process to ensure the integrity of submissions, as well as reimbursement rules to incentivize accurate submissions.

6.     **State Cost Fund Guidelines and Principles.**

    a.   Monies in the State Cost Fund shall be released without any delay to reimburse Settling States for documented costs incurred or paid in connection with litigation and investigation related to the opioid litigation.

    b.   In allocating the Joint State Cost Fund, the Joint State Cost Fund Committee shall seek to comply with the following principles:

        1.   Each State Cost Fund should be used to reimburse costs incurred by States that are Settling States in the Multistate Settlement from which funds are paid. (However, the foregoing sentence does not preclude a Non-Settling State that joins a separate Multistate Settlement from participating in the Joint State Cost Fund with respect to contributions made by other Opioids Defendants.)

        2.   Funds in any State Cost Fund shall be primarily used to reimburse costs incurred prior to the date on which the relevant Multistate Settlement was first made available for participation to eligible States. Regardless of other factors considered in prioritizing payments, all costs incurred prior to January 1, 2023, shall be paid

before any costs incurred after that date are paid.

3. The Joint State Cost Fund shall prioritize the reimbursement of the following over reimbursement of any State's litigation or investigation costs:

- the reasonable costs of the Joint State Cost Fund Administrator;

- repayment of National Association of Attorneys General grants made in connection with opioid litigation, without regard to when the grants were made;

- repayment of state-attributable costs of any mediator in connection with negotiations of a Multistate Settlement;

4. The Joint State Cost Fund shall seek to prioritize costs in the following order:

- litigation-related costs; then

- investigation-related costs; then

- settlement and negotiation related costs; then

- cost shares.

5. Costs incurred by a State's outside counsel that the State is contractually obligated to reimburse shall be treated as costs incurred by a State.

6. As between similar categories of costs (e.g., defendant-specific litigation-related costs), the Joint State Cost Fund shall first reimburse costs incurred by a State's outside counsel that the State is contractually obligated to reimburse out of its recovery, and then reimburse costs directly incurred by States.

7. The Joint State Cost Fund shall be available to reimburse only those costs which have not yet been reimbursed to a State from any other source, including any other fund set aside in a Multistate Settlement or bankruptcy plan for the reimbursement of costs or any individual state settlements.

8. The Joint State Cost Fund should not reimburse expenses that are expected to be reimbursed from another source, such as a bankruptcy debtor, unless such expected reimbursements do not come to fruition within a reasonable amount of time.  This includes cost shares paid by states.

9.   When coordinating among different state cost funds that each could be used to reimburse a given expense, the Joint State Cost Fund Committee may set guidelines to equitably distribute reimbursements across all state cost funds in a manner that prioritizes costs unlikely to be otherwise reimbursed to a similarly situated State.

10.  The Joint State Cost Fund may deny reimbursement of costs, on either an individual basis or a categorical basis, that a supermajority (75%+) of the Joint State Cost Fund Committee determines to be unreasonable.

11.  After all costs identified in the foregoing have been reimbursed, the remaining funds in the Joint State Cost Fund shall be distributed to states in proportion to their allocation of remediation payments in the Mallinckrodt bankruptcy plan.  Such distribution shall be treated as a reimbursement for States' unenumerated costs of administering the Multistate Settlements and no subdivision shares shall be carved out of such disbursement, nor shall any attorney's fees be assessed against such distribution (unless individually agreed to by a State).

c.   In applying the foregoing principles, the Joint State Cost Fund Committee shall have the discretion to vary their application in order to ensure equity among similarly situated states and to facilitate the ease and speed of administering the Joint State Cost Fund.  The Joint State Cost Fund Committee may also apply percentages to approximate costs attributable to a particular Opioids Defendant (or categories of Opioids Defendants) in a manner that seeks to treat similarly situated states equitably.

d.   The Joint State Cost Fund Committee shall establish guidelines for the submission and approval of expenses eligible for reimbursement from the Joint State Cost Fund, which guidelines may be coordinated and consolidated with any similar cost funds in other state opioid settlements for purposes of joint administration and efficiency.

e.   Unless waived by the Joint State Cost Fund Committee, the Joint State Cost Fund Administrator shall, in accordance with such guidelines, receive from Settling States records sufficient to demonstrate the incurrence and payment of each expense.

f.   Where the Joint State Cost Fund Committee determines by a supermajority vote (75%+) that outside counsel for a Settling State has failed to exercise reasonable diligence in reviewing submitted costs for allowability, and such failure has resulted in the reimbursement of unallowed costs to such outside counsel, the Committee shall have the discretion to reduce or recover payments made to such outside counsel in an amount calculated to

incentivize the exercise of reasonable diligence.

7.    **State Undertakings.** Each State submitting for reimbursement of costs from the Joint State Cost Fund agrees:

      a.   to only submit costs allowable under this Joint State Cost Fund Agreement;

      b.   to provide all back-up documentation that may be requested with respect to any submitted cost and to make itself available for any questions related to such costs;

      c.   to exercise reasonable diligence to ensure that all submitted costs are allowable under (i) this Joint State Cost Fund Agreement, (ii) the State's contract with its outside counsel, if relevant, (iii) state law, and (iv) the policies and procedures applicable to the State's retention of outside counsel, if relevant; and

      d.   to promptly return any excess payments made to the State or its outside counsel from the Joint State Cost Fund, including payments made for costs that were reimbursed from another source or are not allowable hereunder.

WITH TECHNICAL CORRECTIONS 02.03.2023

## EXHIBIT U

## IRS Form 1098-F

| 0303  ☐ VOID  ☐ CORRECTED | | |
|---|---|---|
| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>**[Appropriate Official]**<br>**[Designated State]**<br>**[Address]** | **1** Total amount required to be paid<br>$    * | OMB No. 1545-2284<br><br>Form **1098-F**<br>(Rev. January 2022) |
| | **2** Amount to be paid for violation or potential violation<br>$    0.00 | **Fines, Penalties, and Other Amounts** |
| | **3** Restitution/remediation amount<br>$    * | For calendar year<br>20 **23** |
| FILER'S TIN<br>**XX-XXXXXXX** | PAYER'S TIN<br>**05-0494040** | **4** Compliance amount<br>$    0.00 | **5** Date of order/agreement<br><br>**XX/XX/2023** | **Copy A** |
| PAYER'S name<br>**CVS Health Corporation** | **6** Court or entity  U.S. District Court for the Northern District of Ohio and jurisdictions of other cases settled under the Settlement Agreement entered into by CVS and the Settling States (as defined in such agreement), dated as of [___]. | **For Internal Revenue Service Center** |
| Street address (including apt. no.)<br>**One CVS Drive** | **7** Case number  No. 1:17-md-2804 and other cases settled under the Settlement Agreement entered into by CVS and the Settling States (as defined in such agreement), dated as of [___]. | **File with Form 1096.** |
| City or town, state or province, country, and ZIP or foreign postal code<br><br>**Woonsocket, RI, USA, 02895** | **8** Case name or names of parties to suit, order, or agreement<br>**National Prescription Opiate Litigation** | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| | **9** Code<br>**A,B** | |

Form **1098-F** (Rev. 1-2022)          Cat. No. 71382B          www.irs.gov/Form1098F          Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page  —  Do Not Cut or Separate Forms on This Page**

**\* Amounts to be completed following confirmation of settlement participation.**

U-1

## <u>EXHIBIT V</u>

### CVS Settlement Agreement Sign-On Form

**This form indicates whether an Eligible State has determined to become a Settling State under the CVS Settlement Agreement. Each Settling State's Attorney General represents that he or she has obtained (or will obtain no later than the Initial Subdivision Participation Date) the authority set forth in Section XI.G of the CVS Settlement Agreement.  Attorneys General of Eligible States that determine to become Settling States are committing to obtaining any necessary additional State releases prior to the Effective Date.**

The State/Commonwealth/Territory of_____ has determined:

☐  **to become** or
☐  **not to become**

a Settling State under the CVS Settlement Agreement

_____          _____
Signature                                                                        Date

_____          _____
Printed Name                                                                 Title

## (1)      Primary Contact for Your Office

Name:

Title:

Email:

Direct Phone Number:

## (2)      Secondary Contact for Your Office

Name:

Title:

Email:

Direct Phone Number:

**(3)     DEADLINE: SATURDAY, DECEMBER 31, 2022 AT 5:00 PM ET**

Please email your completed form to the following:

       For CVS:

       Alexandra W. Miller
       Paul B. Hynes, Jr.
       Zuckerman Spaeder LLP
       1800 M Street, N.W., Suite 1000
       Washington, D.C. 20003
       smiller@zuckerman.com
       phynes@zuckerman.com

       For the Attorneys General:

       Josh Stein, Attorney General
       North Carolina Department of Justice
       Attn:  Daniel Mosteller, Deputy General Counsel
       PO Box 629
       Raleigh, NC 27602
       Dmosteller@ncdoj.gov

WITH TECHNICAL CORRECTIONS 02.23.2023
UPDATED 09.29.2023

## <u>EXHIBIT W</u>

### <u>Non-Litigating Threshold Subdivisions</u>[1]

1. Alexander City City, Alabama
2. Anniston City, Alabama
3. Autauga County, Alabama*
4. Barbour County, Alabama
5. Blount County, Alabama*
6. Butler County, Alabama
7. Center Point City, Alabama
8. Chambers County, Alabama*
9. Choctaw County, Alabama
10. Clarke County, Alabama
11. Clay County, Alabama
12. Cleburne County, Alabama
13. Coosa County, Alabama
14. Covington County, Alabama*
15. Crenshaw County, Alabama
16. Dale County, Alabama*
17. DeKalb County, Alabama*
18. Dothan City, Alabama*
19. Escambia County, Alabama*
20. Eufaula City, Alabama
21. Fairfield City, Alabama
22. Fort Payne City, Alabama
23. Geneva County, Alabama
24. Hale County, Alabama
25. Henry County, Alabama
26. Houston County, Alabama*
27. Lee County, Alabama*
28. Leeds City, Alabama
29. Limestone County, Alabama*
30. Macon County, Alabama
31. Madison City, Alabama*
32. Monroe County, Alabama
33. Montgomery City, Alabama*
34. Montgomery County, Alabama*
35. Muscle Shoals City, Alabama
36. Oxford City, Alabama
37. Pell City City, Alabama
38. Russell County, Alabama*
39. Shelby County, Alabama*
40. St. Clair County, Alabama*
41. Sumter County, Alabama
42. Tallapoosa County, Alabama*
43. Washington County, Alabama
44. Anchorage municipality, Alaska*
45. Fairbanks City, Alaska*
46. Fairbanks North Star Borough, Alaska*
47. Juneau City and borough, Alaska*
48. Kenai Peninsula Borough, Alaska*
49. Matanuska-Susitna Borough, Alaska*
50. Apache County, Arizona*
51. Apache Junction City, Arizona*
52. Avondale City, Arizona*
53. Buckeye City, Arizona*
54. Bullhead City City, Arizona*
55. Casa Grande City, Arizona*
56. Chandler City, Arizona*
57. Coconino County, Arizona*
58. El Mirage City, Arizona*
59. Flagstaff City, Arizona*
60. Fountain Hills town, Arizona
61. Gila County, Arizona*
62. Gilbert town, Arizona*
63. Glendale City, Arizona*
64. Goodyear City, Arizona*
65. Graham County, Arizona*
66. La Paz County, Arizona
67. Lake Havasu City City, Arizona*
68. Marana town, Arizona*
69. Maricopa City, Arizona*
70. Mesa City, Arizona*
71. Oro Valley town, Arizona*
72. Peoria City, Arizona*

---

[1] Entities denoted with an asterisk (*) indicate a population of greater than 30,000.

| | | | | |
|---|---|---|---|---|
| 73. | Pima County, Arizona* | 116. | Desha County, Arkansas |
| 74. | Pinal County, Arizona* | 117. | Drew County, Arkansas |
| 75. | Prescott City, Arizona* | 118. | El Dorado City, Arkansas |
| 76. | Prescott Valley town, Arizona* | 119. | Faulkner County, Arkansas* |
| 77. | Queen Creek town, Arizona* | 120. | Fayetteville City, Arkansas* |
| 78. | Sahuarita town, Arizona* | 121. | Forrest City City, Arkansas |
| 79. | San Luis City, Arizona* | 122. | Fort Smith City, Arkansas* |
| 80. | Santa Cruz County, Arizona* | 123. | Franklin County, Arkansas |
| 81. | Scottsdale City, Arizona* | 124. | Fulton County, Arkansas |
| 82. | Sierra Vista City, Arizona* | 125. | Garland County, Arkansas* |
| 83. | Surprise City, Arizona* | 126. | Grant County, Arkansas |
| 84. | Tempe City, Arizona* | 127. | Greene County, Arkansas* |
| 85. | Tucson City, Arizona* | 128. | Harrison City, Arkansas |
| 86. | Yavapai County, Arizona* | 129. | Helena-West Helena City, Arkansas |
| 87. | Yuma City, Arizona* | 130. | Hempstead County, Arkansas |
| 88. | Arkadelphia City, Arkansas | 131. | Hot Spring County, Arkansas* |
| 89. | Arkansas County, Arkansas | 132. | Hot Springs City, Arkansas* |
| 90. | Ashley County, Arkansas | 133. | Howard County, Arkansas |
| 91. | Batesville City, Arkansas | 134. | Independence County, Arkansas* |
| 92. | Baxter County, Arkansas* | 135. | Izard County, Arkansas |
| 93. | Bella Vista City, Arkansas | 136. | Jackson County, Arkansas |
| 94. | Benton City, Arkansas* | 137. | Jacksonville City, Arkansas |
| 95. | Benton County, Arkansas* | 138. | Jefferson County, Arkansas* |
| 96. | Bentonville City, Arkansas* | 139. | Johnson County, Arkansas |
| 97. | Blytheville City, Arkansas | 140. | Jonesboro City, Arkansas* |
| 98. | Boone County, Arkansas* | 141. | Lawrence County, Arkansas |
| 99. | Bradley County, Arkansas | 142. | Lincoln County, Arkansas |
| 100. | Bryant City, Arkansas | 143. | Little River County, Arkansas |
| 101. | Cabot City, Arkansas | 144. | Little Rock City, Arkansas* |
| 102. | Camden City, Arkansas | 145. | Logan County, Arkansas |
| 103. | Carroll County, Arkansas | 146. | Lonoke County, Arkansas* |
| 104. | Centerton City, Arkansas | 147. | Madison County, Arkansas |
| 105. | Chicot County, Arkansas | 148. | Magnolia City, Arkansas |
| 106. | Clark County, Arkansas | 149. | Malvern City, Arkansas |
| 107. | Clay County, Arkansas | 150. | Marion City, Arkansas |
| 108. | Cleburne County, Arkansas | 151. | Marion County, Arkansas |
| 109. | Columbia County, Arkansas | 152. | Maumelle City, Arkansas |
| 110. | Conway City, Arkansas* | 153. | Miller County, Arkansas* |
| 111. | Conway County, Arkansas | 154. | Mississippi County, Arkansas* |
| 112. | Craighead County, Arkansas* | 155. | Mountain Home City, Arkansas |
| 113. | Crawford County, Arkansas* | 156. | North Little Rock City, Arkansas* |
| 114. | Crittenden County, Arkansas* | 157. | Ouachita County, Arkansas |
| 115. | Cross County, Arkansas | 158. | Paragould City, Arkansas |

| | |
|---|---|
| 159. Perry County, Arkansas | 202. Bell City, California* |
| 160. Phillips County, Arkansas | 203. Bell Gardens City, California* |
| 161. Pike County, Arkansas | 204. Bellflower City, California* |
| 162. Pine Bluff City, Arkansas* | 205. Berkeley City, California* |
| 163. Poinsett County, Arkansas | 206. Beverly Hills City, California* |
| 164. Polk County, Arkansas | 207. Brea City, California* |
| 165. Pope County, Arkansas* | 208. Brentwood City, California* |
| 166. Pulaski County, Arkansas* | 209. Buena Park City, California* |
| 167. Randolph County, Arkansas | 210. Burbank City, California* |
| 168. Rogers City, Arkansas* | 211. Burlingame City, California* |
| 169. Russellville City, Arkansas | 212. Calexico City, California* |
| 170. Saline County, Arkansas* | 213. Camarillo City, California* |
| 171. Scott County, Arkansas | 214. Campbell City, California* |
| 172. Searcy City, Arkansas | 215. Carlsbad City, California* |
| 173. Sebastian County, Arkansas* | 216. Carson City, California* |
| 174. Sevier County, Arkansas | 217. Cathedral City City, California* |
| 175. Sharp County, Arkansas | 218. Ceres City, California* |
| 176. Sherwood City, Arkansas* | 219. Cerritos City, California* |
| 177. Siloam Springs City, Arkansas | 220. Chino City, California* |
| 178. Springdale City, Arkansas* | 221. Chino Hills City, California* |
| 179. St. Francis County, Arkansas | 222. Citrus Heights City, California* |
| 180. Stone County, Arkansas | 223. Claremont City, California* |
| 181. Texarkana City, Arkansas | 224. Clovis City, California* |
| 182. Union County, Arkansas* | 225. Coachella City, California* |
| 183. Van Buren City, Arkansas | 226. Colton City, California* |
| 184. Van Buren County, Arkansas | 227. Compton City, California* |
| 185. Washington County, Arkansas* | 228. Concord City, California* |
| 186. West Memphis City, Arkansas | 229. Contra Costa County, California* |
| 187. White County, Arkansas* | 230. Corona City, California* |
| 188. Yell County, Arkansas | 231. Covina City, California* |
| 189. Adelanto City, California* | 232. Culver City City, California* |
| 190. Alameda City, California* | 233. Cupertino City, California* |
| 191. Alhambra City, California* | 234. Cypress City, California* |
| 192. Aliso Viejo City, California* | 235. Daly City City, California* |
| 193. Antioch City, California* | 236. Dana Point City, California* |
| 194. Apple Valley town, California* | 237. Danville town, California* |
| 195. Arcadia City, California* | 238. Davis City, California* |
| 196. Atascadero City, California* | 239. Delano City, California* |
| 197. Azusa City, California* | 240. Diamond Bar City, California* |
| 198. Bakersfield City, California* | 241. Downey City, California* |
| 199. Baldwin Park City, California* | 242. Eastvale City, California* |
| 200. Banning City, California* | 243. El Cajon City, California* |
| 201. Beaumont City, California* | 244. El Centro City, California* |

245. El Monte City, California*
246. El Paso de Robles (Paso Robles) City, California*
247. Elk Grove City, California*
248. Escondido City, California*
249. Fairfield City, California*
250. Folsom City, California*
251. Fontana City, California*
252. Foster City City, California*
253. Fountain Valley City, California*
254. Fremont City, California*
255. Fresno City, California*
256. Garden Grove City, California*
257. Gardena City, California*
258. Gilroy City, California*
259. Glendale City, California*
260. Glendora City, California*
261. Glenn County, California
262. Goleta City, California*
263. Hanford City, California*
264. Hawthorne City, California*
265. Hayward City, California*
266. Hemet City, California*
267. Hesperia City, California*
268. Highland City, California*
269. Hollister City, California*
270. Huntington Park City, California*
271. Indio City, California*
272. Inglewood City, California*
273. Irvine City, California*
274. Jurupa Valley City, California*
275. Kern County, California*
276. Kings County, California*
277. La Mirada City, California*
278. La Puente City, California*
279. La Quinta City, California*
280. La Verne City, California*
281. Laguna Hills City, California*
282. Laguna Niguel City, California*
283. Lake County, California*
284. Lake Elsinore City, California*
285. Lake Forest City, California*
286. Lakewood City, California*
287. Lancaster City, California*
288. Lawndale City, California*
289. Lincoln City, California*
290. Livermore City, California*
291. Lodi City, California*
292. Lompoc City, California*
293. Long Beach City, California*
294. Los Altos City, California*
295. Los Banos City, California*
296. Los Gatos town, California*
297. Lynwood City, California*
298. Madera City, California*
299. Manhattan Beach City, California*
300. Manteca City, California*
301. Martinez City, California*
302. Menifee City, California*
303. Menlo Park City, California*
304. Merced City, California*
305. Milpitas City, California*
306. Mission Viejo City, California*
307. Modesto City, California*
308. Monrovia City, California*
309. Montclair City, California*
310. Montebello City, California*
311. Monterey Park City, California*
312. Moorpark City, California*
313. Moreno Valley City, California*
314. Morgan Hill City, California*
315. Mountain View City, California*
316. Napa City, California*
317. National City, California*
318. Newark City, California*
319. Newport Beach City, California*
320. Norwalk City, California*
321. Novato City, California*
322. Oakland City, California*
323. Oakley City, California*
324. Oceanside City, California*
325. Ontario City, California*
326. Orange City, California*
327. Orange County, California*
328. Pacifica City, California*
329. Palm Desert City, California*

330. Palm Springs City, California*
331. Palmdale City, California*
332. Palo Alto City, California*
333. Paramount City, California*
334. Pasadena City, California*
335. Perris City, California*
336. Petaluma City, California*
337. Pico Rivera City, California*
338. Pittsburg City, California*
339. Pleasant Hill City, California*
340. Pleasanton City, California*
341. Pomona City, California*
342. Porterville City, California*
343. Poway City, California*
344. Rancho Cordova City, California*
345. Rancho Cucamonga City, California*
346. Rancho Palos Verdes City, California*
347. Rancho Santa Margarita City, California*
348. Redding City, California*
349. Redlands City, California*
350. Redondo Beach City, California*
351. Redwood City City, California*
352. Rialto City, California*
353. Richmond City, California*
354. Riverside City, California*
355. Rocklin City, California*
356. Rohnert Park City, California*
357. Rosemead City, California*
358. Roseville City, California*
359. Salinas City, California*
360. San Benito County, California*
361. San Bernardino City, California*
362. San Bruno City, California*
363. San Buenaventura (Ventura) City, California*
364. San Carlos City, California*
365. San Diego City, California*
366. San Dimas City, California*
367. San Francisco City / San Francisco County, California*

368. San Gabriel City, California*
369. San Jacinto City, California*
370. San Joaquin County, California*
371. San Juan Capistrano City, California*
372. San Leandro City, California*
373. San Luis Obispo City, California*
374. San Marcos City, California*
375. San Mateo City, California*
376. San Mateo County, California*
377. San Pablo City, California*
378. San Rafael City, California*
379. San Ramon City, California*
380. Santa Barbara City, California*
381. Santa Clara City, California*
382. Santa Clarita City, California*
383. Santa Cruz City, California*
384. Santa Maria City, California*
385. Santa Monica City, California*
386. Santa Rosa City, California*
387. Santee City, California*
388. Saratoga City, California*
389. Seaside City, California*
390. Simi Valley City, California*
391. Siskiyou County, California*
392. Solano County, California*
393. South Gate City, California*
394. South San Francisco City, California*
395. Stanislaus County, California*
396. Stanton City, California*
397. Stockton City, California*
398. Sunnyvale City, California*
399. Temecula City, California*
400. Temple City City, California*
401. Thousand Oaks City, California*
402. Torrance City, California*
403. Tracy City, California*
404. Tulare City, California*
405. Turlock City, California*
406. Tustin City, California*
407. Union City City, California*
408. Upland City, California*

409. Vacaville City, California*
410. Vallejo City, California*
411. Victorville City, California*
412. Visalia City, California*
413. Vista City, California*
414. Walnut Creek City, California*
415. Watsonville City, California*
416. West Covina City, California*
417. West Hollywood City, California*
418. West Sacramento City, California*
419. Whittier City, California*
420. Wildomar City, California*
421. Woodland City, California*
422. Yorba Linda City, California*
423. Yuba City City, California*
424. Yucaipa City, California*
425. Alamosa County, Colorado
426. Arvada City, Colorado*
427. Boulder City, Colorado*
428. Castle Rock town, Colorado*
429. Centennial City, Colorado*
430. Chaffee County, Colorado
431. Colorado Springs City, Colorado*
432. Delta County, Colorado*
433. Douglas County, Colorado*
434. Eagle County, Colorado*
435. El Paso County, Colorado*
436. Englewood City, Colorado*
437. Fort Collins City, Colorado*
438. Fountain City, Colorado*
439. Garfield County, Colorado*
440. Grand Junction City, Colorado*
441. La Plata County, Colorado*
442. Lafayette City, Colorado*
443. Lakewood City, Colorado*
444. Las Animas County, Colorado
445. Littleton City, Colorado*
446. Longmont City, Colorado*
447. Loveland City, Colorado*
448. Montrose County, Colorado*
449. Otero County, Colorado
450. Parker town, Colorado*
451. Pueblo City, Colorado*

452. Summit County, Colorado*
453. Weld County, Colorado*
454. Wheat Ridge City, Colorado*
455. Windsor town, Colorado*
456. Ansonia town / Ansonia City, Connecticut
457. Danbury City / Danbury town, Connecticut*
458. Derby City / Derby town, Connecticut
459. Glastonbury town, Connecticut*
460. Greenwich town, Connecticut*
461. Groton town, Connecticut*
462. Hamden town, Connecticut*
463. Hartford City / Hartford town, Connecticut*
464. Manchester town, Connecticut*
465. Meriden City / Meriden town, Connecticut*
466. New Britain town / New Britain City, Connecticut*
467. New Haven town / New Haven City, Connecticut*
468. New London City / New London town, Connecticut
469. Newington town, Connecticut*
470. Norwalk City / Norwalk town, Connecticut*
471. Stamford City / Stamford town, Connecticut*
472. Trumbull town, Connecticut*
473. Wallingford town, Connecticut*
474. West Hartford town, Connecticut*
475. New Castle County, Delaware*
476. Newark City, Delaware*
477. Wilmington City, Delaware*
478. Alpharetta City, Georgia*
479. Bacon County, Georgia
480. Baldwin County, Georgia*
481. Barrow County, Georgia*
482. Berrien County, Georgia
483. Brookhaven City, Georgia*
484. Brooks County, Georgia

| | |
|---|---|
| 485. Brunswick City, Georgia | 528. Walker County, Georgia* |
| 486. Bryan County, Georgia* | 529. Ware County, Georgia* |
| 487. Canton City, Georgia* | 530. Warner Robins City, Georgia* |
| 488. Chamblee City, Georgia* | 531. White County, Georgia* |
| 489. Chatham County, Georgia* | 532. Hawaii County, Hawaii* |
| 490. Coffee County, Georgia* | 533. Honolulu County, Hawaii* |
| 491. Coweta County, Georgia* | 534. Maui County, Hawaii* |
| 492. Crawford County, Georgia | 535. Bonner County, Idaho* |
| 493. Dalton City, Georgia* | 536. Caldwell City, Idaho* |
| 494. Doraville City, Georgia | 537. Coeur d'Alene City, Idaho* |
| 495. Douglas County, Georgia* | 538. Idaho Falls City, Idaho* |
| 496. Douglasville City, Georgia* | 539. Kootenai County, Idaho* |
| 497. Dunwoody City, Georgia* | 540. Lewiston City, Idaho* |
| 498. East Point City, Georgia* | 541. Madison County, Idaho* |
| 499. Fannin County, Georgia | 542. Meridian City, Idaho* |
| 500. Gilmer County, Georgia* | 543. Nampa City, Idaho* |
| 501. Grady County, Georgia | 544. Nez Perce County, Idaho* |
| 502. Harris County, Georgia* | 545. Post Falls City, Idaho* |
| 503. Heard County, Georgia | 546. Adams County, Illinois* |
| 504. Hinesville City, Georgia* | 547. Addison Township, Illinois* |
| 505. Johns Creek City, Georgia* | 548. Addison village, Illinois* |
| 506. Kennesaw City, Georgia* | 549. Algonquin Township, Illinois* |
| 507. LaGrange City, Georgia* | 550. Algonquin village, Illinois* |
| 508. Lanier County, Georgia | 551. Arlington Heights village, Illinois* |
| 509. Lawrenceville City, Georgia* | 552. Aurora City, Illinois* |
| 510. Meriwether County, Georgia | 553. Aurora Township, Illinois* |
| 511. Milton City, Georgia* | 554. Avon Township, Illinois* |
| 512. Newnan City, Georgia* | 555. Bartlett village, Illinois* |
| 513. Paulding County, Georgia* | 556. Batavia Township, Illinois* |
| 514. Peachtree City City, Georgia* | 557. Belleville City, Illinois* |
| 515. Peachtree Corners City, Georgia* | 558. Bellwood village, Illinois |
| 516. Pickens County, Georgia* | 559. Bensenville village, Illinois |
| 517. Pierce County, Georgia | 560. Berwyn City, Illinois* |
| 518. Pooler City, Georgia | 561. Berwyn Township, Illinois* |
| 519. Richmond Hill City, Georgia | 562. Bloom Township, Illinois* |
| 520. Roswell City, Georgia* | 563. Bloomingdale Township, Illinois* |
| 521. Smyrna City, Georgia* | 564. Bloomington City Township, Illinois* |
| 522. South Fulton City, Georgia* | 565. Bloomington City, Illinois* |
| 523. Statesboro City, Georgia* | 566. Bolingbrook village, Illinois* |
| 524. Stonecrest City, Georgia* | 567. Bourbonnais Township, Illinois* |
| 525. Thomas County, Georgia* | 568. Bremen Township, Illinois* |
| 526. Tift County, Georgia* | 569. Bridgeview village, Illinois |
| 527. Tucker City, Georgia* | |

570. Bristol Township, Illinois*
571. Buffalo Grove village, Illinois*
572. Burbank City, Illinois
573. Calumet City City, Illinois*
574. Capital Township, Illinois*
575. Carbondale City, Illinois
576. Carol Stream village, Illinois*
577. Carpentersville village, Illinois*
578. Caseyville Township, Illinois*
579. Champaign City Township, Illinois*
580. Champaign City, Illinois*
581. Chicago Heights City, Illinois
582. Chicago Ridge village, Illinois
583. Cicero town / Cicero Township, Illinois*
584. Clinton County, Illinois*
585. Collinsville Township, Illinois*
586. Crystal Lake City, Illinois*
587. Cunningham Township, Illinois*
588. Danville City, Illinois*
589. Decatur City, Illinois*
590. Decatur Township, Illinois*
591. DeKalb City, Illinois*
592. DeKalb Township, Illinois*
593. Des Plaines City, Illinois*
594. Dolton village, Illinois
595. Downers Grove Township, Illinois*
596. Downers Grove village, Illinois*
597. Du Page Township, Illinois*
598. Dundee Township, Illinois*
599. Edwardsville Township, Illinois*
600. Effingham County, Illinois*
601. Ela Township, Illinois*
602. Elgin City, Illinois*
603. Elgin Township, Illinois*
604. Elk Grove Township, Illinois*
605. Elk Grove Village village, Illinois*
606. Elmhurst City, Illinois*
607. Evanston City, Illinois*
608. Evergreen Park village, Illinois
609. Forest Park village, Illinois
610. Frankfort Township, Illinois*
611. Franklin Park village, Illinois
612. Fremont Township, Illinois*
613. Fulton County, Illinois*
614. Galesburg City Township, Illinois*
615. Galesburg City, Illinois
616. Glendale Heights village, Illinois*
617. Glenview village, Illinois*
618. Grafton Township, Illinois*
619. Granite City City, Illinois
620. Grundy County, Illinois*
621. Gurnee village, Illinois*
622. Hanover Park village, Illinois*
623. Hanover Township, Illinois*
624. Harlem Township, Illinois*
625. Harvey City, Illinois
626. Hoffman Estates village, Illinois*
627. Homer Township, Illinois*
628. Jackson County, Illinois*
629. Jersey County, Illinois
630. Joliet City, Illinois*
631. Joliet Township, Illinois*
632. Kankakee City, Illinois
633. Knox County, Illinois*
634. La Grange Park village, Illinois
635. Lake County, Illinois*
636. Lake Villa Township, Illinois*
637. LaSalle County, Illinois*
638. Lee County, Illinois*
639. Leyden Township, Illinois*
640. Libertyville Township, Illinois*
641. Lisle Township, Illinois*
642. Livingston County, Illinois*
643. Lockport Township, Illinois*
644. Lombard village, Illinois*
645. Lyons Township, Illinois*
646. Lyons village, Illinois
647. Madison County, Illinois*
648. Maine Township, Illinois*
649. Massac County, Illinois
650. Maywood village, Illinois
651. McHenry Township, Illinois*
652. McLean County, Illinois*
653. Melrose Park village, Illinois

654. Milton Township, Illinois*
655. Moline City, Illinois*
656. Monroe County, Illinois*
657. Moraine Township, Illinois*
658. Morgan County, Illinois*
659. Mount Prospect village, Illinois*
660. Mundelein village, Illinois*
661. Naperville City, Illinois*
662. Naperville Township, Illinois*
663. New Lenox Township, Illinois*
664. New Trier Township, Illinois*
665. Niles Township, Illinois*
666. Normal town, Illinois*
667. Normal Township, Illinois*
668. Northbrook village, Illinois*
669. Northfield Township, Illinois*
670. Northlake City, Illinois
671. Nunda Township, Illinois*
672. Oak Lawn village, Illinois*
673. Oak Park Township, Illinois*
674. Oak Park village, Illinois*
675. Ogle County, Illinois*
676. Orland Park village, Illinois*
677. Orland Township, Illinois*
678. Oswego Township, Illinois*
679. Oswego village, Illinois*
680. Palatine Township, Illinois*
681. Palatine village, Illinois*
682. Palos Heights City, Illinois
683. Palos Hills City, Illinois
684. Palos Township, Illinois*
685. Park Ridge City, Illinois*
686. Pekin City, Illinois*
687. Peoria City Township, Illinois*
688. Peoria City, Illinois*
689. Peoria County, Illinois*
690. Plainfield Township, Illinois*
691. Plainfield village, Illinois*
692. Proviso Township, Illinois*
693. Quincy City, Illinois*
694. Quincy Township, Illinois*
695. Randolph County, Illinois*
696. Rich Township, Illinois*

697. River Forest village, Illinois
698. Rock Island City, Illinois*
699. Rockford Township, Illinois*
700. Romeoville village, Illinois*
701. Schaumburg Township, Illinois*
702. Schaumburg village, Illinois*
703. Schiller Park village, Illinois
704. Shields Township, Illinois*
705. Skokie village, Illinois*
706. South Moline Township, Illinois*
707. Springfield City, Illinois*
708. St. Charles City, Illinois*
709. St. Charles Township, Illinois*
710. St. Clair County, Illinois*
711. St. Clair Township, Illinois*
712. Stickney Township, Illinois*
713. Streamwood village, Illinois*
714. Streator City, Illinois
715. Summit village, Illinois
716. Tazewell County, Illinois*
717. Thornton Township, Illinois*
718. Tinley Park village, Illinois*
719. Troy Township, Illinois*
720. Urbana City, Illinois*
721. Vermilion County, Illinois*
722. Vernon Township, Illinois*
723. Warren Township, Illinois*
724. Washington County, Illinois
725. Waukegan City, Illinois*
726. Waukegan Township, Illinois*
727. Wayne Township, Illinois*
728. West Deerfield Township, Illinois*
729. Wheatland Township, Illinois*
730. Wheaton City, Illinois*
731. Wheeling Township, Illinois*
732. Wheeling village, Illinois*
733. Whiteside County, Illinois*
734. Williamson County, Illinois*
735. Winfield Township, Illinois*
736. Wood River Township, Illinois*
737. Woodford County, Illinois*
738. Woodridge village, Illinois*
739. Worth Township, Illinois*

740. York Township, Illinois*
741. Aboite Township, Indiana*
742. Adams County, Indiana*
743. Adams Township, Indiana*
744. Anderson City, Indiana*
745. Anderson Township, Indiana*
746. Bartholomew County, Indiana*
747. Bloomington Township, Indiana*
748. Boone County, Indiana*
749. Calumet Township, Indiana*
750. Carmel City, Indiana*
751. Cass County, Indiana*
752. Center Township, Delaware County, Indiana*
753. Center Township, Howard County, Indiana*
754. Center Township, Lake County, Indiana*
755. Center Township, Marion County, Indiana*
756. Center Township, Porter County, Indiana*
757. Center Township, Vanderburgh County, Indiana*
758. Clark County, Indiana*
759. Clay Township, Hamilton County, Indiana*
760. Clay Township, St. Joseph County, Indiana*
761. Clinton County, Indiana*
762. Columbus City, Indiana*
763. Columbus Township, Indiana*
764. Concord Township, Indiana*
765. Crown Point City, Indiana*
766. Daviess County, Indiana*
767. Dearborn County, Indiana*
768. Decatur Township, Indiana*
769. DeKalb County, Indiana*
770. Delaware Township, Indiana*
771. Dubois County, Indiana*
772. Elkhart City, Indiana*
773. Elkhart County, Indiana*
774. Elkhart Township, Indiana*

775. Fairfield Township, Indiana*
776. Fall Creek Township, Hamilton County, Indiana*
777. Floyd County, Indiana*
778. Franklin Township, Marion County, Indiana*
779. Gibson County, Indiana*
780. Goshen City, Indiana*
781. Grant County, Indiana*
782. Greene County, Indiana*
783. Guilford Township, Indiana*
784. Hamilton County, Indiana*
785. Hancock County, Indiana*
786. Harrison Township, Vigo County, Indiana*
787. Hendricks County, Indiana*
788. Henry County, Indiana*
789. Hobart Township, Indiana*
790. Huntington County, Indiana*
791. Jasper County, Indiana*
792. Jefferson County, Indiana*
793. Jeffersonville Township, Indiana*
794. Johnson County, Indiana*
795. Knight Township, Indiana*
796. Knox County, Indiana*
797. Kokomo City, Indiana*
798. Kosciusko County, Indiana*
799. LaGrange County, Indiana*
800. Lawrence Township, Indiana*
801. Lincoln Township, Indiana*
802. Merrillville town, Indiana*
803. Miami County, Indiana*
804. Michigan City City, Indiana*
805. Mishawaka City, Indiana*
806. Montgomery County, Indiana*
807. New Albany City, Indiana*
808. New Albany Township, Indiana*
809. Noble County, Indiana*
810. Noblesville Township, Indiana*
811. North Township, Indiana*
812. Ohio Township, Indiana*
813. Orange County, Indiana
814. Penn Township, Indiana*

815. Perry Township, Allen County, Indiana*
816. Perry Township, Marion County, Indiana*
817. Perry Township, Monroe County, Indiana*
818. Pike Township, Indiana*
819. Pleasant Township, Johnson County, Indiana*
820. Portage City, Indiana*
821. Portage Township, St. Joseph County, Indiana*
822. Portage Township, Porter County, Indiana*
823. Putnam County, Indiana*
824. Ross Township, Indiana*
825. Shelby County, Indiana*
826. Shelbyville City, Indiana
827. St. John Township, Indiana*
828. St. Joseph Township, Indiana*
829. Steuben County, Indiana*
830. Valparaiso City, Indiana*
831. Wabash County, Indiana*
832. Wabash Township, Indiana*
833. Warren Township, Indiana*
834. Warrick County, Indiana*
835. Washington Township, Allen County, Indiana*
836. Washington Township, Hamilton County, Indiana*
837. Washington Township, Hendricks County, Indiana*
838. Washington Township, Marion County, Indiana*
839. Wayne County, Indiana*
840. Wayne Township, Allen County, Indiana*
841. Wayne Township, Marion County, Indiana*
842. Wayne Township, Wayne County, Indiana*
843. Wea Township, Indiana*
844. White River Township, Indiana*

845. Whitley County, Indiana*
846. Ames City, Iowa*
847. Ankeny City, Iowa*
848. Bettendorf City, Iowa*
849. Cedar Falls City, Iowa*
850. Cedar Rapids City, Iowa*
851. Council Bluffs City, Iowa*
852. Davenport City, Iowa*
853. Des Moines City, Iowa*
854. Dubuque City, Iowa*
855. Dubuque County, Iowa*
856. Iowa City City, Iowa*
857. Linn County, Iowa*
858. Marion City, Iowa*
859. Marshall County, Iowa*
860. Sioux City City, Iowa*
861. Story County, Iowa*
862. Urbandale City, Iowa*
863. Wapello County, Iowa*
864. Warren County, Iowa*
865. Waterloo City, Iowa*
866. West Des Moines City, Iowa*
867. Woodbury County, Iowa*
868. Bourbon County, Kansas
869. Butler County, Kansas*
870. Cherokee County, Kansas
871. Crawford County, Kansas*
872. Douglas County, Kansas*
873. Ford County, Kansas*
874. Geary County, Kansas*
875. Harvey County, Kansas*
876. Hutchinson City, Kansas*
877. Lawrence City, Kansas*
878. Leavenworth City, Kansas*
879. Leawood City, Kansas*
880. Lenexa City, Kansas*
881. Lyon County, Kansas*
882. Manhattan City, Kansas*
883. Miami County, Kansas*
884. Montgomery County, Kansas*
885. Neosho County, Kansas
886. Olathe City, Kansas*
887. Riley County, Kansas*

888. Salina City, Kansas*
889. Saline County, Kansas*
890. Shawnee City, Kansas*
891. Shawnee County, Kansas*
892. Topeka City, Kansas*
893. Allen County, Kentucky
894. Anderson County, Kentucky
895. Barren County, Kentucky*
896. Bath County, Kentucky
897. Bell County, Kentucky
898. Bowling Green City, Kentucky*
899. Breathitt County, Kentucky
900. Bullitt County, Kentucky*
901. Caldwell County, Kentucky
902. Calloway County, Kentucky*
903. Campbell County, Kentucky*
904. Campbellsville City, Kentucky
905. Carter County, Kentucky
906. Casey County, Kentucky
907. Christian County, Kentucky*
908. Clay County, Kentucky
909. Clinton County, Kentucky
910. Daviess County, Kentucky*
911. Elizabethtown City, Kentucky*
912. Fleming County, Kentucky
913. Florence City, Kentucky*
914. Garrard County, Kentucky
915. Georgetown City, Kentucky*
916. Grant County, Kentucky
917. Graves County, Kentucky*
918. Harrison County, Kentucky
919. Hart County, Kentucky
920. Hopkinsville City, Kentucky*
921. Knox County, Kentucky*
922. Larue County, Kentucky
923. Laurel County, Kentucky*
924. Letcher County, Kentucky
925. Lewis County, Kentucky
926. Lincoln County, Kentucky
927. Logan County, Kentucky
928. Martin County, Kentucky
929. Mason County, Kentucky
930. Mercer County, Kentucky

931. Monroe County, Kentucky
932. Morgan County, Kentucky
933. Mount Washington City, Kentucky
934. Muhlenberg County, Kentucky*
935. Murray City, Kentucky
936. Nelson County, Kentucky*
937. Nicholasville City, Kentucky*
938. Owen County, Kentucky
939. Owensboro City, Kentucky*
940. Powell County, Kentucky
941. Richmond City, Kentucky*
942. Rowan County, Kentucky
943. Russell County, Kentucky
944. Shepherdsville City, Kentucky
945. Spencer County, Kentucky
946. Taylor County, Kentucky
947. Todd County, Kentucky
948. Union County, Kentucky
949. Wayne County, Kentucky
950. Webster County, Kentucky
951. Whitley County, Kentucky*
952. Winchester City, Kentucky
953. Acadia Parish, Louisiana*
954. Bienville Parish, Louisiana
955. Covington County, Louisiana
956. De Soto Parish, Louisiana
957. Gretna City, Louisiana
958. Hartsville City / Terrebonne Parish (Terrebonne Parish Consolidated Government), Louisiana*
959. Iberville Parish, Louisiana*
960. Lafayette City / Lafayette Parish, Louisiana*
961. Lincoln Parish, Louisiana*
962. Livingston Parish, Louisiana*
963. Morgan City, Louisiana
964. Natchitoches City, Louisiana
965. New Orleans City / Orleans Parish (Orleans Parish-New Orleans City), Louisiana*
966. Pointe Coupee Parish, Louisiana
967. St. Bernard Parish, Louisiana*
968. Tangipahoa Parish, Louisiana*

969. Franklin County, Maine*
970. Hancock County, Maine*
971. Oxford County, Maine*
972. Annapolis City, Maryland*
973. Anne Arundel County, Maryland*
974. Baltimore County, Maryland*
975. Cecil County, Maryland*
976. College Park City, Maryland*
977. Gaithersburg City, Maryland*
978. Queen Anne's County, Maryland*
979. Salisbury City, Maryland*
980. Worcester County, Maryland*
981. Amherst town, Massachusetts*
982. Andover town, Massachusetts*
983. Arlington town, Massachusetts*
984. Attleboro City, Massachusetts*
985. Barnstable County, Massachusetts*
986. Boston City, Massachusetts*
987. Bristol County, Massachusetts*
988. Dartmouth town, Massachusetts*
989. Dracut town, Massachusetts*
990. Franklin Town City, Massachusetts*
991. Lawrence City, Massachusetts*
992. Lexington town, Massachusetts*
993. Marlborough City, Massachusetts*
994. Nantucket town, Massachusetts
995. Needham town, Massachusetts*
996. Newton City, Massachusetts*
997. Norfolk County, Massachusetts*
998. Plymouth County, Massachusetts*
999. Shrewsbury town, Massachusetts*
1000. Taunton City, Massachusetts*
1001. Waltham City, Massachusetts*
1002. Westfield City, Massachusetts*
1003. Allegan County, Michigan*
1004. Ann Arbor City, Michigan*
1005. Barry County, Michigan*
1006. Battle Creek City, Michigan*
1007. Bay City City, Michigan*
1008. Bay County, Michigan*
1009. Bedford Township, Michigan*
1010. Bloomfield charter Township, Michigan*
1011. Brownstown charter Township, Michigan*
1012. Cheboygan County, Michigan
1013. Chesterfield Township, Michigan*
1014. Clare County, Michigan*
1015. Commerce charter Township, Michigan*
1016. Dearborn City, Michigan*
1017. Dearborn Heights City, Michigan*
1018. Delta charter Township, Michigan*
1019. Eastpointe City, Michigan*
1020. Emmet County, Michigan*
1021. Farmington Hills City, Michigan*
1022. Flint charter Township, Michigan*
1023. Flint City, Michigan*
1024. Georgetown charter Township, Michigan*
1025. Grand Blanc charter Township, Michigan*
1026. Harrison charter Township, Michigan
1027. Holland charter Township, Michigan*
1028. Holland City, Michigan*
1029. Huron County, Michigan*
1030. Independence charter Township, Michigan*
1031. Jackson County, Michigan*
1032. Kalamazoo City, Michigan*
1033. Kentwood City, Michigan*
1034. Lapeer County, Michigan*
1035. Lincoln Park City, Michigan*
1036. Macomb Township, Michigan*
1037. Mecosta County, Michigan*
1038. Meridian charter Township, Michigan*
1039. Midland City, Michigan*
1040. Midland County, Michigan*
1041. Muskegon City, Michigan*
1042. Novi City, Michigan*
1043. Orion charter Township, Michigan*

1044.   Ottawa County, Michigan*
1045.   Plainfield charter Township, Michigan*
1046.   Portage City, Michigan*
1047.   Redford charter Township, Michigan*
1048.   Rochester Hills City, Michigan*
1049.   Roseville City, Michigan*
1050.   Royal Oak City, Michigan*
1051.   Saginaw charter Township, Michigan*
1052.   Saginaw City, Michigan*
1053.   Shelby charter Township, Michigan*
1054.   Southfield City, Michigan*
1055.   St. Clair Shores City, Michigan*
1056.   St. Joseph County, Michigan*
1057.   Sterling Heights City, Michigan*
1058.   Taylor City, Michigan*
1059.   Troy City, Michigan*
1060.   Van Buren County, Michigan*
1061.   Warren City, Michigan*
1062.   Waterford charter Township, Michigan*
1063.   West Bloomfield charter Township, Michigan*
1064.   White Lake charter Township, Michigan*
1065.   Wyoming City, Michigan*
1066.   Ypsilanti charter Township, Michigan*
1067.   Andover City, Minnesota*
1068.   Apple Valley City, Minnesota*
1069.   Becker County, Minnesota*
1070.   Beltrami County, Minnesota*
1071.   Benton County, Minnesota*
1072.   Blaine City, Minnesota*
1073.   Bloomington City, Minnesota*
1074.   Blue Earth County, Minnesota*
1075.   Brooklyn Center City, Minnesota*
1076.   Brooklyn Park City, Minnesota*
1077.   Burnsville City, Minnesota*
1078.   Carlton County, Minnesota*
1079.   Carver County, Minnesota*
1080.   Chisago County, Minnesota*
1081.   Clay County, Minnesota*
1082.   Cottage Grove City, Minnesota*
1083.   Crow Wing County, Minnesota*
1084.   Dakota County, Minnesota*
1085.   Douglas County, Minnesota*
1086.   Eagan City, Minnesota*
1087.   Eden Prairie City, Minnesota*
1088.   Edina City, Minnesota*
1089.   Freeborn County, Minnesota*
1090.   Goodhue County, Minnesota*
1091.   Hennepin County, Minnesota*
1092.   Inver Grove Heights City, Minnesota*
1093.   Isanti County, Minnesota*
1094.   Itasca County, Minnesota*
1095.   Kandiyohi County, Minnesota*
1096.   Lakeville City, Minnesota*
1097.   Mankato City, Minnesota*
1098.   Maple Grove City, Minnesota*
1099.   Maplewood City, Minnesota*
1100.   McLeod County, Minnesota*
1101.   Meeker County, Minnesota
1102.   Minneapolis City, Minnesota*
1103.   Minnetonka City, Minnesota*
1104.   Moorhead City, Minnesota*
1105.   Morrison County, Minnesota*
1106.   Mower County, Minnesota*
1107.   Nicollet County, Minnesota*
1108.   Olmsted County, Minnesota*
1109.   Otter Tail County, Minnesota*
1110.   Plymouth City, Minnesota*
1111.   Polk County, Minnesota*
1112.   Ramsey County, Minnesota*
1113.   Rice County, Minnesota*
1114.   Richfield City, Minnesota*
1115.   Roseau County, Minnesota
1116.   Roseville City, Minnesota*
1117.   Savage City, Minnesota*
1118.   Scott County, Minnesota*
1119.   Shakopee City, Minnesota*
1120.   Sherburne County, Minnesota*

1121.  Sibley County, Minnesota
1122.  St. Cloud City, Minnesota*
1123.  St. Louis County, Minnesota*
1124.  St. Louis Park City, Minnesota*
1125.  Stearns County, Minnesota*
1126.  Steele County, Minnesota*
1127.  Waseca County, Minnesota
1128.  Washington County, Minnesota*
1129.  Winona County, Minnesota*
1130.  Woodbury City, Minnesota*
1131.  Wright County, Minnesota*
1132.  Alcorn County, Mississippi*
1133.  Attala County, Mississippi
1134.  Biloxi City, Mississippi*
1135.  Brookhaven City, Mississippi
1136.  Chickasaw County, Mississippi
1137.  Clarke County, Mississippi
1138.  Cleveland City, Mississippi
1139.  Columbus City, Mississippi
1140.  Copiah County, Mississippi
1141.  Gautier City, Mississippi
1142.  George County, Mississippi
1143.  Greene County, Mississippi
1144.  Hancock County, Mississippi*
1145.  Holmes County, Mississippi
1146.  Itawamba County, Mississippi
1147.  Jackson County, Mississippi*
1148.  Jefferson Davis County, Mississippi
1149.  Jones County, Mississippi*
1150.  Lafayette County, Mississippi*
1151.  Lamar County, Mississippi*
1152.  Lauderdale County, Mississippi*
1153.  Lawrence County, Mississippi
1154.  Lee County, Mississippi*
1155.  Lincoln County, Mississippi*
1156.  Lowndes County, Mississippi*
1157.  Marion County, Mississippi
1158.  Marshall County, Mississippi*
1159.  Monroe County, Mississippi*
1160.  Moss Point City, Mississippi
1161.  Neshoba County, Mississippi
1162.  Ocean Springs City, Mississippi
1163.  Oktibbeha County, Mississippi*
1164.  Olive Branch City, Mississippi*
1165.  Panola County, Mississippi*
1166.  Perry County, Mississippi
1167.  Pike County, Mississippi*
1168.  Pontotoc County, Mississippi*
1169.  Rankin County, Mississippi*
1170.  Southaven City, Mississippi*
1171.  Starkville City, Mississippi
1172.  Sunflower County, Mississippi
1173.  Tallahatchie County, Mississippi
1174.  Tishomingo County, Mississippi
1175.  Tupelo City, Mississippi*
1176.  Union County, Mississippi
1177.  Vicksburg City, Mississippi
1178.  Walthall County, Mississippi
1179.  Warren County, Mississippi*
1180.  Wayne County, Mississippi
1181.  Yalobusha County, Mississippi
1182.  Adair County, Missouri
1183.  Andrew County, Missouri
1184.  Ballwin City, Missouri
1185.  Barry County, Missouri*
1186.  Barton County, Missouri
1187.  Blue Springs City, Missouri*
1188.  Cape Girardeau City, Missouri*
1189.  Chesterfield City, Missouri*
1190.  Clay County, Missouri*
1191.  Clinton County, Missouri
1192.  Columbia City, Missouri*
1193.  DeKalb County, Missouri
1194.  Florissant City, Missouri*
1195.  Henry County, Missouri
1196.  Jefferson City City, Missouri*
1197.  Laclede County, Missouri*
1198.  Lafayette County, Missouri*
1199.  Lawrence County, Missouri*
1200.  Lee's Summit City, Missouri*
1201.  Liberty City, Missouri*
1202.  Livingston County, Missouri
1203.  McDonald County, Missouri
1204.  New Madrid County, Missouri
1205.  Newton County, Missouri*
1206.  Nodaway County, Missouri

1207. O'Fallon City, Missouri*
1208. Pike County, Missouri
1209. Platte County, Missouri*
1210. Polk County, Missouri*
1211. Ralls County, Missouri
1212. Ray County, Missouri
1213. Scott County, Missouri*
1214. St. Charles City, Missouri*
1215. St. Louis City, Missouri*
1216. St. Peters City, Missouri*
1217. University City City, Missouri*
1218. Vernon County, Missouri
1219. Wentzville City, Missouri*
1220. Wildwood City, Missouri*
1221. Billings City, Montana*
1222. Bozeman City, Montana*
1223. Butte City / Silver Bow County (City and County of Butte-Silver Bow), Montana*
1224. Flathead County, Montana*
1225. Helena City, Montana*
1226. Lewis and Clark County, Montana*
1227. Ravalli County, Montana*
1228. Yellowstone County, Montana*
1229. Adams County, Nebraska*
1230. Bellevue City, Nebraska*
1231. Buffalo County, Nebraska*
1232. Dodge County, Nebraska*
1233. Grand Island City, Nebraska*
1234. Hall County, Nebraska*
1235. Kearney City, Nebraska*
1236. Lancaster County, Nebraska*
1237. Lincoln City, Nebraska*
1238. Madison County, Nebraska*
1239. Omaha City, Nebraska*
1240. Platte County, Nebraska*
1241. Scotts Bluff County, Nebraska*
1242. South Sioux City City, Nebraska
1243. Douglas County, Nevada*
1244. Elko County, Nevada*
1245. Fernley City, Nevada
1246. Humboldt County, Nevada
1247. Lyon County, Nevada*
1248. Reno City, Nevada*
1249. Dover City, New Hampshire*
1250. Merrimack County, New Hampshire*
1251. Rochester City, New Hampshire*
1252. Atlantic City City, New Jersey*
1253. Belleville Township, New Jersey*
1254. Berkeley Township, New Jersey*
1255. Bloomfield Township, New Jersey*
1256. Brick Township, New Jersey*
1257. Bridgewater Township, New Jersey*
1258. Camden City, New Jersey*
1259. Cape May County, New Jersey*
1260. Cherry Hill Township, New Jersey*
1261. City of Orange Township, New Jersey*
1262. Cumberland County, New Jersey*
1263. Deptford Township, New Jersey*
1264. East Brunswick Township, New Jersey*
1265. East Orange City, New Jersey*
1266. Edison Township, New Jersey*
1267. Egg Harbor Township, New Jersey*
1268. Evesham Township, New Jersey*
1269. Ewing Township, New Jersey*
1270. Fair Lawn borough, New Jersey*
1271. Fort Lee borough, New Jersey*
1272. Franklin Township, Somerset County, New Jersey*
1273. Freehold Township, New Jersey*
1274. Galloway Township, New Jersey*
1275. Garfield City, New Jersey*
1276. Gloucester County, New Jersey*
1277. Gloucester Township, New Jersey*
1278. Hackensack City, New Jersey*
1279. Hamilton Township, Mercer County, New Jersey*
1280. Hillsborough Township, New Jersey*
1281. Hoboken City, New Jersey*
1282. Howell Township, New Jersey*
1283. Irvington Township, New Jersey*

1284.  Jackson Township, New Jersey*
1285.  Kearny town, New Jersey*
1286.  Lakewood Township, New Jersey*
1287.  Lawrence Township, New Jersey*
1288.  Linden City, New Jersey*
1289.  Livingston Township, New Jersey*
1290.  Long Branch City, New Jersey*
1291.  Manalapan Township, New Jersey*
1292.  Manchester Township, New Jersey*
1293.  Marlboro Township, New Jersey*
1294.  Mercer County, New Jersey*
1295.  Middlesex County, New Jersey*
1296.  Middletown Township, New Jersey*
1297.  Monmouth County, New Jersey*
1298.  Monroe Township, Gloucester County, New Jersey*
1299.  Monroe Township, Middlesex County, New Jersey*
1300.  Montclair Township, New Jersey*
1301.  Morris County, New Jersey*
1302.  Mount Laurel Township, New Jersey*
1303.  New Brunswick City, New Jersey*
1304.  Newark City, New Jersey*
1305.  North Bergen Township, New Jersey*
1306.  North Brunswick Township, New Jersey*
1307.  Old Bridge Township, New Jersey*
1308.  Parsippany-Troy Hills Township, New Jersey*
1309.  Passaic City, New Jersey*
1310.  Pennsauken Township, New Jersey*
1311.  Perth Amboy City, New Jersey*
1312.  Piscataway Township, New Jersey*
1313.  Plainfield City, New Jersey*
1314.  Princeton, New Jersey*
1315.  Salem County, New Jersey*
1316.  Sayreville borough, New Jersey*
1317.  Somerset County, New Jersey*
1318.  South Brunswick Township, New Jersey*
1319.  Teaneck Township, New Jersey*
1320.  Toms River Township, New Jersey*
1321.  Union City City, New Jersey*
1322.  Union County, New Jersey*
1323.  Union Township, New Jersey*
1324.  Warren County, New Jersey*
1325.  Washington Township, Gloucester County, New Jersey*
1326.  Wayne Township, New Jersey*
1327.  West New York town, New Jersey*
1328.  West Orange Township, New Jersey*
1329.  Willingboro Township, New Jersey*
1330.  Winslow Township, New Jersey*
1331.  Woodbridge Township, New Jersey*
1332.  Amherst town, New York*
1333.  Bethlehem town, New York*
1334.  Binghamton City, New York*
1335.  Brighton town, New York*
1336.  Carmel town, New York*
1337.  Cattaraugus County, New York*
1338.  Cayuga County, New York*
1339.  Chautauqua County, New York*
1340.  Cheektowaga town, New York*
1341.  Chemung County, New York*
1342.  Chenango County, New York*
1343.  Cicero town, New York*
1344.  Clarence town, New York*
1345.  Clay town, New York*
1346.  Clifton Park town, New York*
1347.  Colonie town, New York*
1348.  Cortlandt town, New York*
1349.  Delaware County, New York*
1350.  Eastchester town, New York*
1351.  Essex County, New York*
1352.  Freeport village, New York*
1353.  Greece town, New York*
1354.  Greenburgh town, New York*

1355. Guilderland town, New York*
1356. Hamburg town, New York*
1357. Henrietta town, New York*
1358. Irondequoit town, New York*
1359. Lancaster town, New York*
1360. Livingston County, New York*
1361. Madison County, New York*
1362. Manlius town, New York*
1363. Mount Pleasant town, New York*
1364. Mount Vernon City, New York*
1365. New Rochelle City, New York*
1366. Newburgh town, New York*
1367. Niagara Falls City, New York*
1368. North Tonawanda City, New York*
1369. Orleans County, New York*
1370. Ossining town, New York*
1371. Otsego County, New York*
1372. Penfield town, New York*
1373. Perinton town, New York*
1374. Putnam County, New York*
1375. Rye town, New York*
1376. Salina town, New York*
1377. Spring Valley village, New York*
1378. Tioga County, New York*
1379. Tonawanda town, New York*
1380. Union town, New York*
1381. Wappinger town, New York
1382. Warren County, New York*
1383. Warwick town, New York*
1384. Wayne County, New York*
1385. Webster town, New York*
1386. West Seneca town, New York*
1387. White Plains City, New York*
1388. Yates County, New York
1389. Yorktown town, New York*
1390. Alexander County, North Carolina*
1391. Alleghany County, North Carolina
1392. Apex town, North Carolina*
1393. Asheville City, North Carolina*
1394. Bertie County, North Carolina
1395. Burlington City, North Carolina*
1396. Cary town, North Carolina*
1397. Caswell County, North Carolina
1398. Chapel Hill town, North Carolina*
1399. Charlotte City, North Carolina*
1400. Cherokee County, North Carolina
1401. Chowan County, North Carolina
1402. Concord City, North Carolina*
1403. Cornelius town, North Carolina*
1404. Currituck County, North Carolina
1405. Durham City, North Carolina*
1406. Edgecombe County, North Carolina*
1407. Fuquay-Varina town, North Carolina*
1408. Garner town, North Carolina*
1409. Gastonia City, North Carolina*
1410. Goldsboro City, North Carolina*
1411. Greene County, North Carolina
1412. Greenville City, North Carolina*
1413. Harnett County, North Carolina*
1414. Henderson County, North Carolina*
1415. High Point City, North Carolina*
1416. Hoke County, North Carolina*
1417. Holly Springs town, North Carolina*
1418. Huntersville town, North Carolina*
1419. Indian Trail town, North Carolina*
1420. Jackson County, North Carolina*
1421. Johnston County, North Carolina*
1422. Kannapolis City, North Carolina*
1423. Lenoir County, North Carolina*
1424. Macon County, North Carolina*
1425. Matthews town, North Carolina*
1426. Monroe City, North Carolina*
1427. Mooresville town, North Carolina*
1428. Nash County, North Carolina*
1429. Pender County, North Carolina*
1430. Raleigh City, North Carolina*
1431. Rocky Mount City, North Carolina*
1432. Salisbury City, North Carolina*
1433. Sanford City, North Carolina*
1434. Stanly County, North Carolina*
1435. Transylvania County, North Carolina*
1436. Union County, North Carolina*

1437. Wake County, North Carolina*
1438. Wake Forest town, North Carolina*
1439. Warren County, North Carolina
1440. Washington County, North Carolina
1441. Wilson City, North Carolina*
1442. Wilson County, North Carolina*
1443. Cass County, North Dakota*
1444. Fargo City, North Dakota*
1445. Grand Forks City, North Dakota*
1446. Minot City, North Dakota*
1447. Morton County, North Dakota*
1448. West Fargo City, North Dakota*
1449. Adams County, Ohio
1450. Allen County, Ohio*
1451. Alliance City, Ohio
1452. Anderson Township, Ohio*
1453. Athens Township, Athens County, Ohio*
1454. Austintown Township, Ohio*
1455. Bath Township, Greene County, Ohio*
1456. Beavercreek City, Ohio*
1457. Beavercreek Township, Ohio*
1458. Boardman Township, Ohio*
1459. Bowling Green City, Ohio*
1460. Brunswick City, Ohio*
1461. Canton City, Ohio*
1462. Carroll County, Ohio
1463. Clark County, Ohio*
1464. Clear Creek Township, Ohio*
1465. Cleveland Heights City, Ohio*
1466. Colerain Township, Hamilton County, Ohio*
1467. Columbiana County, Ohio*
1468. Columbus City, Ohio*
1469. Concord Township, Miami County, Ohio*
1470. Deerfield Township, Warren County, Ohio*
1471. Defiance County, Ohio*
1472. Delaware City, Ohio*
1473. Dublin City, Ohio*
1474. Fairborn City, Ohio*

1475. Fostoria City, Ohio
1476. Franklin Township, Warren County, Ohio*
1477. Gahanna City, Ohio*
1478. Green Township, Hamilton County, Ohio*
1479. Greene County, Ohio*
1480. Grove City City, Ohio*
1481. Hancock County, Ohio*
1482. Hardin County, Ohio*
1483. Harrison County, Ohio
1484. Highland County, Ohio*
1485. Hilliard City, Ohio*
1486. Holmes County, Ohio*
1487. Huber Heights City, Ohio*
1488. Jackson Township, Franklin County, Ohio*
1489. Jackson Township, Stark County, Ohio*
1490. Kettering City, Ohio*
1491. Lancaster City, Ohio*
1492. Liberty Township, Butler County, Ohio*
1493. Liberty Township, Delaware County, Ohio*
1494. Lima City, Ohio*
1495. Madison County, Ohio*
1496. Mahoning County, Ohio*
1497. Mansfield City, Ohio*
1498. Marion City, Ohio*
1499. Marion Township, Marion County, Ohio*
1500. Mason City, Ohio*
1501. Massillon City, Ohio*
1502. Medina County, Ohio*
1503. Mentor City, Ohio*
1504. Miami County, Ohio*
1505. Miami Township, Clermont County, Ohio*
1506. Miami Township, Montgomery County, Ohio*
1507. Mifflin Township, Franklin County, Ohio*

1508. Monroe County, Ohio
1509. Morrow County, Ohio*
1510. Newark City, Ohio
1511. Norwalk City, Ohio
1512. Norwich Township, Franklin County, Ohio*
1513. Orange Township, Delaware County, Ohio*
1514. Ottawa County, Ohio*
1515. Pickaway County, Ohio*
1516. Pike County, Ohio
1517. Plain Township, Stark County, Ohio*
1518. Preble County, Ohio*
1519. Putnam County, Ohio*
1520. Reynoldsburg City, Ohio*
1521. Richland County, Ohio*
1522. Sandusky City, Ohio
1523. Springfield City, Ohio*
1524. Springfield Township, Hamilton County, Ohio*
1525. Sylvania Township, Ohio*
1526. Union County, Ohio*
1527. Union Township, Clermont County, Ohio*
1528. Upper Arlington City, Ohio*
1529. Vinton County, Ohio
1530. Violet Township, Ohio*
1531. Warren County, Ohio*
1532. Washington Township, Franklin County, Ohio*
1533. Washington Township, Montgomery County, Ohio*
1534. West Chester Township, Ohio*
1535. Westerville City, Ohio*
1536. Westlake City, Ohio*
1537. Wood County, Ohio*
1538. Wyandot County, Ohio
1539. Youngstown City, Ohio*
1540. Bartlesville City, Oklahoma*
1541. Bryan County, Oklahoma*
1542. Canadian County, Oklahoma*
1543. Carter County, Oklahoma*
1544. Cherokee County, Oklahoma*
1545. Garfield County, Oklahoma*
1546. Moore City, Oklahoma*
1547. Norman City, Oklahoma*
1548. Pontotoc County, Oklahoma*
1549. Sequoyah County, Oklahoma*
1550. Wagoner County, Oklahoma*
1551. Albany County, Oregon*
1552. Beaverton City, Oregon*
1553. Bend City, Oregon*
1554. Benton County, Oregon*
1555. Clackamas County, Oregon*
1556. Clatsop County, Oregon*
1557. Columbia County, Oregon*
1558. Corvallis City, Oregon*
1559. Curry County, Oregon
1560. Deschutes County, Oregon*
1561. Douglas County, Oregon*
1562. Eugene City, Oregon*
1563. Grants Pass City, Oregon*
1564. Gresham City, Oregon*
1565. Hillsboro City, Oregon*
1566. Jackson County, Oregon*
1567. Josephine County, Oregon*
1568. Keizer City, Oregon*
1569. Klamath County, Oregon*
1570. Lake Oswego City, Oregon*
1571. Lane County, Oregon*
1572. Lincoln County, Oregon*
1573. Linn County, Oregon*
1574. Malheur County, Oregon*
1575. Marion County, Oregon*
1576. McMinnville City, Oregon*
1577. Medford City, Oregon*
1578. Oregon City City, Oregon*
1579. Polk County, Oregon*
1580. Redmond City, Oregon*
1581. Salem City, Oregon*
1582. Springfield City, Oregon*
1583. Tigard City, Oregon*
1584. Umatilla County, Oregon*
1585. Washington County, Oregon*
1586. Yamhill County, Oregon*

1587. Abington Township, Pennsylvania*
1588. Allentown City, Pennsylvania*
1589. Altoona City, Pennsylvania*
1590. Berks County, Pennsylvania*
1591. Bethel Park municipality, Pennsylvania*
1592. Bethlehem City, Pennsylvania*
1593. Blair County, Pennsylvania*
1594. Butler County, Pennsylvania*
1595. Centre County, Pennsylvania*
1596. Cheltenham Township, Pennsylvania*
1597. Chester City, Pennsylvania*
1598. Chester County, Pennsylvania*
1599. Clearfield County, Pennsylvania*
1600. Cranberry Township, Pennsylvania*
1601. Crawford County, Pennsylvania*
1602. Cumberland County, Pennsylvania*
1603. Erie City, Pennsylvania*
1604. Falls Township, Pennsylvania*
1605. Hampden Township, Pennsylvania*
1606. Harrisburg City, Pennsylvania*
1607. Haverford Township, Pennsylvania*
1608. Hempfield Township, Pennsylvania*
1609. Jefferson County, Pennsylvania*
1610. Lancaster City, Pennsylvania*
1611. Lancaster County, Pennsylvania*
1612. Lebanon County, Pennsylvania*
1613. Lower Macungie Township, Pennsylvania*
1614. Lower Merion Township, Pennsylvania*
1615. Lower Paxton Township, Pennsylvania*
1616. Lower Southampton Township, Pennsylvania
1617. Manheim Township, Pennsylvania*
1618. McKean County, Pennsylvania*
1619. Mifflin County, Pennsylvania*
1620. Millcreek Township, Pennsylvania*
1621. Montgomery County, Pennsylvania*
1622. Mount Lebanon Township, Pennsylvania*
1623. New Castle City, Pennsylvania
1624. North Huntingdon Township, Pennsylvania*
1625. Northampton Township, Pennsylvania*
1626. Penn Hills Township, Pennsylvania*
1627. Perry County, Pennsylvania*
1628. Radnor Township, Pennsylvania*
1629. Reading City, Pennsylvania*
1630. Ridley Township, Pennsylvania*
1631. Ross Township, Pennsylvania*
1632. Scranton City, Pennsylvania*
1633. Snyder County, Pennsylvania*
1634. Somerset County, Pennsylvania*
1635. State College borough, Pennsylvania*
1636. Susquehanna County, Pennsylvania*
1637. Union County, Pennsylvania*
1638. Upper Darby Township, Pennsylvania*
1639. Upper Merion Township, Pennsylvania*
1640. Venango County, Pennsylvania*
1641. Warren County, Pennsylvania*
1642. Wayne County, Pennsylvania*
1643. York City, Pennsylvania*
1644. York County, Pennsylvania*
1645. Adjuntas Municipio, Puerto Rico
1646. Arroyo Municipio, Puerto Rico
1647. Barceloneta Municipio, Puerto Rico
1648. Bayamón Municipio, Puerto Rico*
1649. Caguas Municipio, Puerto Rico*
1650. Carolina Municipio, Puerto Rico*
1651. Cataño Municipio, Puerto Rico
1652. Ceiba Municipio, Puerto Rico
1653. Cidra Municipio, Puerto Rico*
1654. Coamo Municipio, Puerto Rico*

1655. Corozal Municipio, Puerto Rico*
1656. Guayama Municipio, Puerto Rico*
1657. Guaynabo Municipio, Puerto Rico*
1658. Gurabo Municipio, Puerto Rico*
1659. Humacao Municipio, Puerto Rico*
1660. Las Piedras Municipio, Puerto Rico*
1661. Mayagüez Municipio, Puerto Rico*
1662. San Sebastián Municipio, Puerto Rico*
1663. Toa Baja Municipio, Puerto Rico*
1664. Villalba Municipio, Puerto Rico
1665. Yauco Municipio, Puerto Rico*
1666. Providence City, Rhode Island*
1667. Aiken City, South Carolina*
1668. Columbia City, South Carolina*
1669. Darlington County, South Carolina*
1670. Florence City, South Carolina*
1671. Goose Creek City, South Carolina*
1672. Greenville City, South Carolina*
1673. Greer City, South Carolina*
1674. Hilton Head Island town, South Carolina*
1675. Rock Hill City, South Carolina*
1676. Spartanburg City, South Carolina*
1677. Sumter City, South Carolina*
1678. Brookings County, South Dakota*
1679. Brown County, South Dakota*
1680. Lincoln County, South Dakota*
1681. Minnehaha County, South Dakota*
1682. Pennington County, South Dakota*
1683. Rapid City City, South Dakota*
1684. Sioux Falls City, South Dakota*
1685. Bartlett City, Tennessee*
1686. Brentwood City, Tennessee*
1687. Cannon County, Tennessee
1688. Carter County, Tennessee*
1689. Chattanooga City, Tennessee*
1690. Cheatham County, Tennessee*
1691. Clarksville City, Tennessee*
1692. Cleveland City, Tennessee*
1693. Coffee County, Tennessee*
1694. Collierville town, Tennessee*

1695. Crockett County, Tennessee
1696. Decatur County, Tennessee
1697. Dickson County, Tennessee*
1698. Dyer County, Tennessee*
1699. Fayette County, Tennessee*
1700. Fentress County, Tennessee
1701. Franklin City, Tennessee*
1702. Gallatin City, Tennessee*
1703. Germantown City, Tennessee*
1704. Gibson County, Tennessee*
1705. Hamblen County, Tennessee*
1706. Haywood County, Tennessee
1707. Henderson County, Tennessee
1708. Hendersonville City, Tennessee*
1709. Henry County, Tennessee*
1710. Jackson City, Tennessee*
1711. Johnson City City, Tennessee*
1712. Johnson County, Tennessee
1713. Kingsport City, Tennessee*
1714. Lauderdale County, Tennessee
1715. Lawrence County, Tennessee*
1716. Lawrenceburg City, Tennessee
1717. Lebanon City, Tennessee*
1718. Lincoln County, Tennessee*
1719. Maryville City, Tennessee
1720. Maury County, Tennessee*
1721. McMinnville City, Tennessee
1722. Montgomery County, Tennessee*
1723. Morgan County, Tennessee
1724. Morristown City, Tennessee*
1725. Mount Juliet City, Tennessee*
1726. Nashville City / Davidson County (Metropolitan Government of Nashville and Davidson County), Tennessee*
1727. Obion County, Tennessee*
1728. Overton County, Tennessee*
1729. Robertson County, Tennessee*
1730. Scott County, Tennessee
1731. Smith County, Tennessee
1732. Smyrna town, Tennessee*
1733. Sullivan County, Tennessee*
1734. Sumner County, Tennessee*

1735. Tipton County, Tennessee*
1736. Weakley County, Tennessee*
1737. Wilson County, Tennessee*
1738. Abilene City, Texas*
1739. Allen City, Texas*
1740. Amarillo City, Texas*
1741. Anderson County, Texas*
1742. Arlington City, Texas*
1743. Atascosa County, Texas*
1744. Austin City, Texas*
1745. Austin County, Texas*
1746. Bastrop County, Texas*
1747. Baytown City, Texas*
1748. Beaumont City, Texas*
1749. Bedford City, Texas*
1750. Bee County, Texas*
1751. Bell County, Texas*
1752. Blanco County, Texas
1753. Brazoria County, Texas*
1754. Brown County, Texas*
1755. Brownsville City, Texas*
1756. Bryan City, Texas*
1757. Burleson City, Texas*
1758. Burleson County, Texas
1759. Burnet County, Texas*
1760. Caldwell County, Texas*
1761. Calhoun County, Texas
1762. Cameron County, Texas*
1763. Carrollton City, Texas*
1764. Cass County, Texas*
1765. Cedar Hill City, Texas*
1766. Cedar Park City, Texas*
1767. Chambers County, Texas*
1768. Cibolo City, Texas*
1769. Cleburne City, Texas*
1770. College Station City, Texas*
1771. Collin County, Texas*
1772. Colorado County, Texas
1773. Comal County, Texas*
1774. Conroe City, Texas*
1775. Cooke County, Texas*
1776. Coppell City, Texas*
1777. Copperas Cove City, Texas*

1778. Corpus Christi City, Texas*
1779. Dallas City, Texas*
1780. Deer Park City, Texas*
1781. Del Rio City, Texas*
1782. Denton City, Texas*
1783. Denton County, Texas*
1784. DeSoto City, Texas*
1785. Dimmit County, Texas
1786. Duncanville City, Texas*
1787. Ector County, Texas*
1788. Edinburg City, Texas*
1789. El Paso City, Texas*
1790. El Paso County, Texas*
1791. Erath County, Texas*
1792. Euless City, Texas*
1793. Falls County, Texas
1794. Fannin County, Texas*
1795. Farmers Branch City, Texas*
1796. Flower Mound town, Texas*
1797. Fort Bend County, Texas*
1798. Fort Worth City, Texas*
1799. Franklin County, Texas
1800. Friendswood City, Texas*
1801. Frisco City, Texas*
1802. Galveston City, Texas*
1803. Galveston County, Texas*
1804. Garland City, Texas*
1805. Georgetown City, Texas*
1806. Grand Prairie City, Texas*
1807. Grapevine City, Texas*
1808. Grayson County, Texas*
1809. Gregg County, Texas*
1810. Guadalupe County, Texas*
1811. Hale County, Texas*
1812. Haltom City City, Texas*
1813. Hardin County, Texas*
1814. Harker Heights City, Texas*
1815. Harlingen City, Texas*
1816. Harris County, Texas*
1817. Harrison County, Texas*
1818. Hays County, Texas*
1819. Hidalgo County, Texas*
1820. Hill County, Texas*

1821. Hood County, Texas*
1822. Hopkins County, Texas*
1823. Houston City, Texas*
1824. Houston County, Texas
1825. Howard County, Texas*
1826. Hunt County, Texas*
1827. Huntsville City, Texas*
1828. Hurst City, Texas*
1829. Irving City, Texas*
1830. Jasper County, Texas*
1831. Jefferson County, Texas*
1832. Jones County, Texas
1833. Keller City, Texas*
1834. Kendall County, Texas*
1835. Kerr County, Texas*
1836. Killeen City, Texas*
1837. Kyle City, Texas*
1838. La Porte City, Texas*
1839. Lancaster City, Texas*
1840. League City City, Texas*
1841. Leander City, Texas*
1842. Leon County, Texas
1843. Leon Valley City, Texas
1844. Lewisville City, Texas*
1845. Liberty County, Texas
1846. Limestone County, Texas
1847. Little Elm City, Texas*
1848. Longview City, Texas*
1849. Lubbock City, Texas*
1850. Lubbock County, Texas*
1851. Lufkin City, Texas*
1852. Madison County, Texas
1853. Mansfield City, Texas*
1854. Matagorda County, Texas*
1855. McAllen City, Texas*
1856. McKinney City, Texas*
1857. Medina County, Texas*
1858. Mesquite City, Texas*
1859. Midland City, Texas*
1860. Midland County, Texas*
1861. Midlothian City, Texas*
1862. Milam County, Texas
1863. Mission City, Texas*

1864. Missouri City City, Texas*
1865. Morris County, Texas
1866. Nacogdoches City, Texas*
1867. Nacogdoches County, Texas*
1868. Navarro County, Texas*
1869. New Braunfels City, Texas*
1870. Newton County, Texas
1871. Nolan County, Texas
1872. North Richland Hills City, Texas*
1873. Nueces County, Texas*
1874. Odessa City, Texas*
1875. Orange County, Texas*
1876. Panola County, Texas
1877. Parker County, Texas*
1878. Pasadena City, Texas*
1879. Pearland City, Texas*
1880. Pflugerville City, Texas*
1881. Pharr City, Texas*
1882. Plano City, Texas*
1883. Port Arthur City, Texas*
1884. Potter County, Texas*
1885. Randall County, Texas*
1886. Red River County, Texas
1887. Richardson City, Texas*
1888. Robertson County, Texas
1889. Rockwall City, Texas*
1890. Rosenberg City, Texas*
1891. Round Rock City, Texas*
1892. Rowlett City, Texas*
1893. San Angelo City, Texas*
1894. San Juan City, Texas*
1895. San Marcos City, Texas*
1896. San Patricio County, Texas*
1897. Schertz City, Texas*
1898. Shelby County, Texas
1899. Sherman City, Texas*
1900. Socorro City, Texas*
1901. Southlake City, Texas*
1902. Starr County, Texas*
1903. Sugar Land City, Texas*
1904. Taylor County, Texas*
1905. Temple City, Texas*
1906. Texarkana City, Texas*

1907.  Texas City City, Texas*
1908.  The Colony City, Texas*
1909.  Tom Green County, Texas*
1910.  Travis County, Texas*
1911.  Trinity County, Texas
1912.  Tyler City, Texas*
1913.  Upshur County, Texas*
1914.  Uvalde County, Texas
1915.  Val Verde County, Texas*
1916.  Van Zandt County, Texas*
1917.  Victoria City, Texas*
1918.  Victoria County, Texas*
1919.  Waco City, Texas*
1920.  Waller County, Texas*
1921.  Washington County, Texas*
1922.  Waxahachie City, Texas*
1923.  Weatherford City, Texas*
1924.  Weslaco City, Texas*
1925.  Wharton County, Texas*
1926.  Wichita Falls City, Texas*
1927.  Wilson County, Texas*
1928.  Wise County, Texas*
1929.  Wood County, Texas*
1930.  Wylie City, Texas*
1931.  American Fork City, Utah*
1932.  Bountiful City, Utah*
1933.  Box Elder County, Utah*
1934.  Carbon County, Utah
1935.  Cedar City City, Utah*
1936.  Clearfield City, Utah*
1937.  Cottonwood Heights City, Utah*
1938.  Draper City, Utah*
1939.  Eagle Mountain City, Utah*
1940.  Herriman City, Utah*
1941.  Holladay City, Utah*
1942.  Kaysville City, Utah*
1943.  Kearns metro Township, Utah*
1944.  Layton City, Utah*
1945.  Lehi City, Utah*
1946.  Logan City, Utah*
1947.  Midvale City, Utah*
1948.  Millcreek City, Utah*
1949.  Murray City, Utah*
1950.  Ogden City, Utah*
1951.  Orem City, Utah*
1952.  Pleasant Grove City, Utah*
1953.  Provo City, Utah*
1954.  Riverton City, Utah*
1955.  Roy City, Utah*
1956.  Salt Lake City City, Utah*
1957.  Sandy City, Utah*
1958.  Saratoga Springs City, Utah*
1959.  South Jordan City, Utah*
1960.  Spanish Fork City, Utah*
1961.  Springville City, Utah*
1962.  St. George City, Utah*
1963.  Syracuse City, Utah*
1964.  Taylorsville City, Utah*
1965.  Tooele City, Utah*
1966.  West Jordan City, Utah*
1967.  West Valley City City, Utah*
1968.  Addison County, Vermont*
1969.  Bennington County, Vermont*
1970.  Burlington City, Vermont*
1971.  Chittenden County, Vermont*
1972.  Franklin County, Vermont*
1973.  Rutland County, Vermont*
1974.  Washington County, Vermont*
1975.  Windham County, Vermont*
1976.  Windsor County, Vermont*
1977.  Albemarle County, Virginia*
1978.  Augusta County, Virginia*
1979.  Bedford County, Virginia*
1980.  Blacksburg town, Virginia*
1981.  Campbell County, Virginia*
1982.  Caroline County, Virginia*
1983.  Charlottesville City, Virginia*
1984.  Gloucester County, Virginia*
1985.  Grayson County, Virginia
1986.  Hampton City, Virginia*
1987.  Hanover County, Virginia*
1988.  Harrisonburg City, Virginia*
1989.  James City County, Virginia*
1990.  Leesburg town, Virginia*
1991.  Lynchburg City, Virginia*
1992.  Manassas City, Virginia*

1993.  Newport News City, Virginia*
1994.  Orange County, Virginia*
1995.  Petersburg City, Virginia*
1996.  Rockingham County, Virginia*
1997.  Russell County, Virginia
1998.  Spotsylvania County, Virginia*
1999.  Suffolk City, Virginia*
2000.  York County, Virginia*
2001.  Anacortes City, Washington
2002.  Auburn City, Washington*
2003.  Bellevue City, Washington*
2004.  Bellingham City, Washington*
2005.  Benton County, Washington*
2006.  Bothell City, Washington*
2007.  Bremerton City, Washington*
2008.  Burien City, Washington*
2009.  Cowlitz County, Washington*
2010.  Des Moines City, Washington*
2011.  Douglas County, Washington*
2012.  Edmonds City, Washington*
2013.  Everett City, Washington*
2014.  Federal Way City, Washington*
2015.  Grant County, Washington*
2016.  Grays Harbor County, Washington*
2017.  Issaquah City, Washington*
2018.  Kennewick City, Washington*
2019.  Lacey City, Washington*
2020.  Lake Stevens City, Washington*
2021.  Lakewood City, Washington*
2022.  Longview City, Washington*
2023.  Lynnwood City, Washington*
2024.  Marysville City, Washington*
2025.  Mason County, Washington*
2026.  Okanogan County, Washington*
2027.  Pasco City, Washington*
2028.  Pullman City, Washington*
2029.  Puyallup City, Washington*
2030.  Redmond City, Washington*
2031.  Renton City, Washington*
2032.  Richland City, Washington*
2033.  Sammamish City, Washington*
2034.  San Juan County, Washington
2035.  Seattle City, Washington*

2036.  Shoreline City, Washington*
2037.  Snohomish County, Washington*
2038.  Spokane Valley City, Washington*
2039.  Stevens County, Washington*
2040.  University Place City, Washington*
2041.  Walla Walla City, Washington*
2042.  Wenatchee City, Washington*
2043.  Whitman County, Washington*
2044.  Yakima City, Washington*
2045.  Yakima County, Washington*
2046.  Appleton City, Wisconsin*
2047.  Beloit City, Wisconsin*
2048.  Brookfield City, Wisconsin*
2049.  Eau Claire City, Wisconsin*
2050.  Fitchburg City, Wisconsin*
2051.  Fond du Lac City, Wisconsin*
2052.  Green Bay City, Wisconsin*
2053.  Janesville City, Wisconsin*
2054.  La Crosse City, Wisconsin*
2055.  Madison City, Wisconsin*
2056.  Manitowoc City, Wisconsin*
2057.  Menomonee Falls village, Wisconsin*
2058.  Mount Pleasant village, Wisconsin
2059.  New Berlin City, Wisconsin*
2060.  Oshkosh City, Wisconsin*
2061.  Polk County, Wisconsin*
2062.  Racine City, Wisconsin*
2063.  Sheboygan City, Wisconsin*
2064.  Sun Prairie City, Wisconsin*
2065.  Waukesha City, Wisconsin*
2066.  Wausau City, Wisconsin*
2067.  West Bend City, Wisconsin*
2068.  Albany County, Wyoming*
2069.  Campbell County, Wyoming*
2070.  Carbon County, Wyoming
2071.  Casper City, Wyoming*
2072.  Cheyenne City, Wyoming*
2073.  Fremont County, Wyoming*
2074.  Gillette City, Wyoming*
2075.  Green River City, Wyoming
2076.  Laramie City, Wyoming*
2077.  Laramie County, Wyoming*

2078.  Natrona County, Wyoming*
2079.  Riverton City, Wyoming
2080.  Rock Springs City, Wyoming
2081.  Sheridan County, Wyoming*
2082.  Sweetwater County, Wyoming*

WITH TECHNICAL CORRECTIONS 02.03.2023

**EXHIBIT X**

**Governor's Release of Opioid-Related Claims Pursuant to
the CVS Settlement Agreement**

I, [NAME], Governor of the [Commonwealth]/[State]/[Territory] of [Commonwealth]/[State]/[Territory], hereby authorize Attorney General [NAME] to settle and release, to the maximum extent of my power as Governor, all Released Claims of (1) all of [Commonwealth]/[State]/[Territory]'s past and present executive departments, agencies, divisions, boards, commissions and instrumentalities with regulatory authority to enforce state and federal controlled substances acts and (2) all of [Commonwealth]/[State]/[Territory]'s past and present executive departments, agencies, divisions, boards, commissions and instrumentalities that have the authority to bring Claims related to Alleged Harms and/or Covered Conduct seeking money (including abatement and/or remediation) or revocation of a pharmaceutical distribution or dispensing license. The foregoing authorization is given in connection with Section XI.G of the CVS Settlement Agreement dated as of December [●], 2022 setting forth the terms of settlement between and among CVS, on the one hand, and the Settling States and Participating Subdivisions, on the other hand. This release is intended to be a "release from a State's Governor" as contemplated in such section. Capitalized terms used herein and defined in the Settlement Agreement have the meanings given to them in such settlement agreement.

_____
[Name]
Governor of the [Commonwealth]/[State]/[Territory] of [Commonwealth]/[State]/[Territory]


Date: _____