UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*PBM Bellwether Cases* | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## MOTION TO WITHDRAW AS COUNSEL

Ethan James Bond respectfully moves this Court to allow him to withdraw his appearance as counsel of record for Defendant OptumRx, Inc. in the above-captioned cases. OptumRx will continue to be represented by William Jordan, Brian Boone, Kimberly Chemerinsky, Emily McGowan, Michael Hoernlein, Andrew Hatchett, Caroline Strumph, Brandon Springer, and Brad Harder from Alston & Bird LLP.

Dated:  April 18, 2024

Respectfully submitted,

*/s/ Ethan J. Bond*

Ethan J. Bond
California Bar No. 316532
**ALSTON & BIRD LLP**
350 South Grand Avenue
51st Floor
Los Angeles, CA 90071
Tel.: (213) 576-1000
Fax: (213) 576-1100
ethan.bond@alston.com

*Attorneys for OptumRx, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 18, 2024, a true and correct copy of the foregoing Motion to Withdraw as Counsel was served via CM/ECF, which will send electronic notification of this filing to all registered participants.

*/s/ Ethan J. Bond*

Ethan J. Bond
California Bar No. 316532