UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Appendix A* | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

### THIRD MASTER STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO CVS SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants CVS Health Corporation and CVS Pharmacy, Inc. (collectively and together with the Released Entities, "CVS"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the CVS Settlement Agreement, which is dated December 9, 2022, and binding on the Dismissing Plaintiffs and CVS, and which has an Effective Date of June 23, 2023 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against CVS, including any entity identified on the attached Appendix C, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.  The Court shall retain jurisdiction with respect to the CVS Settlement Agreement to the extent provided under that Agreement.[2]

---

[1] The Released Entities are each and every entity that is a "Released Entity" as set forth in Section I.KKK and Exhibit J of the CVS Settlement Agreement, dated as of December 9, 2022, a copy of which is attached as Appendix B. They include, but are not limited to, the entities listed on Appendix C, also attached hereto. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or CVS subsequently identify any Released Entity that should have been included on Appendix C and is a defendant in an action brought by a Dismissing Plaintiff, they will inform the Clerk of the Court.

[2] To the extent any Plaintiff Subdivision is inadvertently included on Appendix A, the Court retains jurisdiction to hear those disputes. In advance of raising any such issue with the Court, the Plaintiff Subdivision must meet and confer with defense counsel and Plaintiffs' Liaison Counsel.

Dated: April 17, 2024

Agreed as to form and substance:

        Respectfully submitted,

        */s/Jayne Conroy*
        Jayne Conroy
        SIMMONS HANLY CONROY
        112 Madison Avenue, 7th Floor
        New York, NY 10016
        (212) 784-6400
        (212) 213-5949 (fax)
        jconroy@simmonsfirm.com

        */s/Joseph F. Rice*
        Joseph F. Rice
        MOTLEY RICE LLC
        28 Bridgeside Blvd.
        Mt. Pleasant, SC 29464
        (843) 216-9000
        (843) 216-9290 (Fax)
        jrice@motleyrice.com

        */s/Paul T. Farrell, Jr.*
        Paul T. Farrell, Jr., Esq.
        FARRELL & FULLER LLC
        270 Munoz Rivera Avenue, Suite 201
        San Juan, PR  00918
        (304) 654-8281
        paul@farrellfuller.com

        *Plaintiffs' Co-Lead Counsel*

        */s/Peter H. Weinberger*
        Peter H. Weinberger (0022076)
        SPANGENBERG SHIBLEY &LIBER
        1001 Lakeside Avenue East, Suite 1700
        Cleveland, OH 44114
        (216) 696-3232
        (216) 696-3924 (Fax)
        pweinberger@spanglaw.com

        *Plaintiffs' Liaison Counsel*

**CVS**

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Graeme W. Bush
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: gbush@zuckerman.com
E-mail: phynes@zuckerman.com

*Counsel for CVS Health Corporation
and CVS Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                  */s/Peter H. Weinberger*
                                  Peter H. Weinberger

**SO ORDERED this 19th day of April, 2024.**

  *s/Dan Aaron Polster*
Hon. Dan Aaron Polster
United States District Judge