**Appendix C**

1. CVS Health Corporation
2. CVS Caremark Corporation
3. CVS/Caremark Corporation
4. CVS Corporation
5. CVS Pharmacy, Inc.
6. CVS, Inc.
7. CVS Distribution, Inc.
8. Mark Steven Service Merchandisers, Inc.
9. Mark Steven, Inc.
10. @Credentials Inc.
11. 103rd Avenue CVS, L.L.C.
12. 10th Ave Minneapolis CVS, L.L.C.
13. 115th Chicago CVS, L.L.C.
14. 131st Street CVS, L.L.C.
15. 1500 Lexington CVS, L.L.C.
16. 167th North Miami CVS, L.L.C.
17. 175 West Road Ellington, Inc.
18. 186th Miami CVS, L.L.C.
19. 18th and L Street CVS, Inc.
20. 25th Street CVS, Inc.
21. 26th Kostner CVS, L.L.C.
22. 27th Avenue CVS, Inc.
23. 295 Westport Ave. CVS, Inc.
24. 34th Street CVS, Inc.
25. 37th Minneapolis CVS, L.L.C.
26. 38th Street CVS, Inc.
27. 39th Independence CVS, Inc.
28. 419 West Main Street Pharmacy, Inc.
29. 41st Street CVS, Inc.
30. 42nd Minneapolis CVS, L.L.C.
31. 49th Hialeah CVS, L.L.C.
32. 4th Street NEC CVS, L.L.C.
33. 50th Street CVS, L.L.C.
34. 54th Western Chicago CVS, L.L.C.
35. 587 Boylston CVS, Inc.
36. 59th Ashland CVS, L.L.C.
37. 5th Street Perkasie CVS, Inc.
38. 6th NEC CVS, L.L.C.
39. 7 Mile CVS, Inc.
40. 711 Maple Road, Inc.
41. 74th Miami CVS, L.L.C.
42. 76th Stony Chicago CVS, L.L.C.
43. 79th Street CVS, L.L.C.
44. 7th Phoenix CVS, L.L.C.
45. 85th Ave CVS, L.L.C.
46. 87th Avenue CVS, L.L.C.
47. 8th Street CVS, L.L.C.
48. 976 MIAMI RE, L.L.C.
49. Aberdeen CVS, Inc.
50. Abington CVS, Inc.
51. Abrams Arlington CVS, L.P.
52. Absecon CVS, Inc.
53. Accendo Holding Company
54. Accendo Holding Company
55. Accendo Insurance Company
56. Accordant Common, L.L.C.
57. Accordant Health Services, Inc.
58. Accordant Health Services, L.L.C.
59. Accordant Integrated Services, Inc.
60. Accuscript MO, Inc.
61. Acme Hospital and Life Insurance Company
62. ACS ACQCO CORP.
63. ACS Primary Care Physicians-Midwest, S.C.
64. ACS Primary Care Physicians-New England, P.C.
65. ACS Primary Care Physicians-Northeast, P.C.
66. ACS Primary Care Physicians-Southeast, P.C.
67. ACS Primary Care Physicians-Southwest, P.A.
68. Active Health Management, Inc.

69. Acton Plaza CVS, Inc.
70. Acton Woods CVS, Inc.
71. Acushnet CVS, Inc.
72. Acute Care Medical Management, Inc.
73. Acute Care Physician's Network, Inc.
74. Acute Care Specialists, Inc.
75. Acute General Medical PLLC
76. Adams Drug Co. of Edgewood, Inc.
77. Addison Chicago CVS, L.L.C.
78. ADI Realty, Inc.
79. Admar, Inc.
80. Adminco, Inc.
81. Administrative Enterprises, Inc.
82. Admiral Douglas CVS, Inc.
83. ADS Health Management, Inc.
84. Advance Funding Corporation
85. Advance Paradigm, Inc.
86. Advanced Care Scripts, Inc.
87. Advanced Healthcare Distributors, L.L.C.
88. AdvancePCS
89. AdvancePCS Health Systems, LLC
90. AdvancePCS Health, LLC
91. AdvancePCS Health, LP
92. AdvancePCS Holding, L.L.C.
93. AdvancePCS Mail Services of Birmingham, Inc.
94. AdvancePCS Research, LLC
95. AdvancePCS SpecialtyRx, LLC
96. AdvancePCS, L.P.
97. AdvancePriority Specialty Rx, L.L.C.
98. AdvanceRx.com, L.L.C.
99. AdvanceRx.com, L.P.
100. Advantus Inc.
101. Advent Financial Services, Inc.
102. Advent Investments, Inc.
103. ADVP Consolidation, L.L.C.
104. ADVP Management, L.P.
105. ADVP Operations, L.P.
106. AE Eleven, Incorporation
107. AE Fifteen, Incorporated
108. AE Fourteen, Incorporated
109. AE Housing Corp.
110. Aelan Inc.
111. AET Health Care Plan of California, Inc.
112. AET Health Care Plan of Georgia, Inc.
113. AET Health Care Plan, Inc.
114. Aetna (Beijing) Enterprise Management Services Co., Ltd
115. Aetna (Shanghai) Enterprise Services Co., Ltd.
116. Aetna ACO Holdings Inc.
117. Aetna Affordable Housing, Inc.
118. Aetna Asset Advisors, LLC
119. Aetna Behavioral Health of Delaware, LLC
120. Aetna Behavioral Health, LLC
121. Aetna Better Health Inc.
122. Aetna Better Health Inc. (CT)
123. Aetna Better Health Inc. (GA)
124. Aetna Better Health Inc. (IL)
125. Aetna Better Health Inc. (NJ)
126. Aetna Better Health Inc. (NY)
127. Aetna Better Health Inc. (OH)
128. Aetna Better Health Inc. (PA)
129. Aetna Better Health LLC
130. Aetna Better Health of California Inc.
131. Aetna Better Health of Florida Inc.
132. Aetna Better Health of Illinois Inc.
133. Aetna Better Health of Indiana Inc.
134. Aetna Better Health of Iowa Inc.
135. Aetna Better Health of Kansas Inc.
136. Aetna Better Health of Kentucky Insurance Company
137. Aetna Better Health of Michigan Inc.
138. Aetna Better Health of Missouri LLC
139. Aetna Better Health of Nevada  Inc.

2

140. Aetna Better Health of North Carolina Inc.
141. Aetna Better Health of Oklahoma Inc.
142. Aetna Better Health of Tennessee Inc.
143. Aetna Better Health of Texas Inc.
144. Aetna Better Health of Washington, Inc.
145. Aetna Better Health Premier Plan MMAI Inc.
146. Aetna Better Health, Inc. (LA)
147. Aetna Business Resources, Inc.
148. Aetna Capital Management, LLC
149. Aetna Card Solutions, LLC
150. Aetna Casualty Company
151. Aetna Corporate Services LLC
152. Aetna Criterion Communications, Inc.
153. Aetna Dental Care for Groups, Inc.
154. Aetna Dental Care of California, Inc.
155. Aetna Dental Care of Kentucky, Inc.
156. Aetna Dental Care of New Jersey, Inc.
157. Aetna Dental Care of Texas, Inc.
158. Aetna Dental Inc.
159. Aetna Dental Inc. (NJ)
160. Aetna Dental Inc. (TX)
161. Aetna Dental Maintenance Organization, Inc.
162. Aetna Dental of California Inc.
163. Aetna Familly Plans of Georgia Inc.
164. Aetna Family Plans of Ohio Inc.
165. Aetna Family Plans of Pennsylvania Inc.
166. Aetna Financial Holdings, LLC
167. Aetna Florida Inc.
168. Aetna Foundation, Inc.
169. Aetna Global Benefits (Asia Pacific) Limited
170. Aetna Global Benefits (Bahamas) Limited
171. Aetna Global Benefits (Bermuda) Limited
172. Aetna Global Benefits (Europe) Limited
173. Aetna Global Benefits (Middle East) LLC
174. Aetna Global Benefits (Middle East) LLC - Abu Dhabi Branch
175. Aetna Global Benefits (Singapore) PTE. LTD.
176. Aetna Global Benefits (UK) Limited
177. Aetna Global Benefits Administrators Inc.
178. Aetna Global Benefits Limited
179. Aetna Global Holdings Limited
180. Aetna Government Health Plans, Inc.
181. Aetna Government Health Plans, LLC
182. Aetna Health Administrators, LLC
183. Aetna Health and Life Insurance Company
184. Aetna Health Finance, Inc.
185. Aetna Health Holdings, LLC
186. Aetna Health Inc.
187. Aetna Health Inc. (CT)
188. Aetna Health Inc. (DE)
189. Aetna Health Inc. (FL)
190. Aetna Health Inc. (GA)
191. Aetna Health Inc. (IA)
192. Aetna Health Inc. (LA)
193. Aetna Health Inc. (ME)
194. Aetna Health Inc. (NJ)
195. Aetna Health Inc. (NY)
196. Aetna Health Inc. (PA)
197. Aetna Health Inc. (TX)
198. Aetna Health Information Solutions, Inc.
199. Aetna Health Insurance (Thailand) Public Company Limited

200. Aetna Health Insurance Company
201. Aetna Health Insurance Company of Connecticut
202. Aetna Health Insurance Company of Europe DAC
203. Aetna Health Insurance Company of New York
204. Aetna Health Management, Inc.
205. Aetna Health Management, LLC
206. Aetna Health of the Carolinas Inc.
207. Aetna Health of California Inc.
208. Aetna Health of Illinois Inc.
209. Aetna Health of Iowa Inc.
210. Aetna Health of Michigan Inc.
211. Aetna Health of North Texas Inc.
212. Aetna Health of Ohio Inc.
213. Aetna Health of Pennsylvania Inc.
214. Aetna Health of Utah Inc.
215. Aetna Health of Washington Inc.
216. Aetna Health Plans of Arizona, Inc.
217. Aetna Health Plans of California, Inc.
218. Aetna Health Plans of Central and Eastern Pennsylvania, Inc.
219. Aetna Health Plans of Florida, Inc.
220. Aetna Health Plans of Illinois, Inc.
221. Aetna Health Plans of Louisiana, Inc.
222. Aetna Health Plans of New Jersey, Inc.
223. Aetna Health Plans of New York, Inc.
224. Aetna Health Plans of North Texas, Inc.
225. Aetna Health Plans of Northern Ohio, Inc.
226. Aetna Health Plans of Ohio, Inc.
227. Aetna Health Plans of Phoenix, Inc.
228. Aetna Health Plans of Southern California
229. Aetna Health Plans of Southern New England, Inc.
230. Aetna Health Plans of Tennessee, Inc.
231. Aetna Health Plans of Texas, Inc.
232. Aetna Health Plans of the Carolinas, Inc.
233. Aetna Health Plans of the Mid-Atlantic, Inc.
234. Aetna Health Services (Middle East) FZ-LLC
235. Aetna Health Services (UK) Limited
236. Aetna Health Services of Phoenix, Inc.
237. Aetna HealthAssurance Pennsylvania, Inc.
238. Aetna Healthcare Programs, Inc.
239. Aetna Holdco (UK) Limited
240. Aetna Holdings (Thailand) Limited
241. Aetna Home Delivery, LLC
242. Aetna Inc.
243. Aetna Insurance (Singapore) PTE. LTD.
244. Aetna Insurance Company Limited
245. Aetna Insurance Company of Connecticut
246. Aetna Integrated Informatics, Inc.
247. Aetna InteliHealth Inc.
248. Aetna International Ex Pat LLC
249. Aetna International Inc.
250. Aetna International LLC
251. Aetna Ireland Inc.
252. Aetna Ireland, LLC
253. Aetna Korea Ltd.
254. Aetna Life & Casualty (Bermuda) Ltd.
255. Aetna Life Assignment Company
256. Aetna Life Insurance Company
257. Aetna Life Insurance Company of Illinois
258. Aetna Life Insurance Company Shanghai Representative Office
259. Aetna Medicaid Administrators LLC

4

260. Aetna Mortgage Investments I, Inc.
261. Aetna Multi-Strategy 1099 Fund
262. Aetna Multi-Strategy 1099 Fund, LLC
263. Aetna Network Services LLC
264. Aetna Partners Diversified Fund (Cayman), Limited
265. Aetna Partners Diversified Fund, LLC
266. Aetna Pharmacy Management Services LLC
267. Aetna Provider Solutions, LLC
268. Aetna Real Estate Properties, Inc.
269. Aetna Resources LLC
270. Aetna Risk Assurance Company of Connecticut Inc.
271. Aetna Risk Indemnity Company, Ltd.
272. Aetna Rx Home Delivery, LLC
273. Aetna Specialty Pharmacy, LLC
274. Aetna Student Health Agency Inc.
275. Aetna U.S. Healthcare Dental Plan Inc.
276. Aetna U.S. Healthcare Dental Plan of California Inc
277. Aetna U.S. Healthcare Holdings, Inc.
278. Aetna U.S. Healthcare Inc.
279. Aetna U.S. Healthcare Inc. (DE)
280. Aetna U.S. Healthcare of Alabama, Inc.
281. Aetna U.S. Healthcare of California Inc.
282. Aetna U.S. Healthcare of Colorado, Inc.
283. Aetna U.S. Healthcare of Georgia, Inc.
284. Aetna U.S. Healthcare of Illinois Inc.
285. Aetna U.S. Healthcare of North Texas Inc.
286. Aetna U.S. Healthcare of the Carolinas Inc.
287. Aetna U.S. Healthcare, Inc. (Michigan)
288. Aetna Ventures, LLC
289. Aetna Workers' Comp Access, LLC
290. Aetna/AREA Corporation
291. AFC Receivables Holding Corporation
292. AHP Holdings, Inc.
293. Airport Boulevard CVS, L.P.
294. Akron Cuyahoga CVS, Inc.
295. Alabama CVS Pharmacy, L.L.C.
296. Alabama Road CVS, Inc.
297. Alajasper Realty Services, Inc.
298. Alajasper Realty Services, L.L.C.
299. Alaska CVS Pharmacy, L.L.C.
300. Albany CVS, Inc.
301. Albany New Scotland CVS, L.L.C.
302. Albemarle CVS, Inc.
303. Alexander Baytown CVS, L.P.
304. Alexander Durham CVS, Inc.
305. Alexandria Duke CVS, Inc.
306. Algonquin CVS, L.L.C.
307. Alicia Mission Viejo CVS, L.L.C.
308. Aliso Creek CVS, L.L.C.
309. Allen CVS, Inc.
310. Allen Main TX CVS, L.L.C.
311. Allen Texas CVS, L.P.
312. Allentown CVS, Inc.
313. Allentown Village CVS, Inc.
314. Alliance Family Centers, Inc.
315. Allina Health and Aetna Health Plan Inc.
316. Allina Health and Aetna Insurance Company
317. Allina Health and Aetna Insurance Holding Company LLC
318. Allston Commonwealth CVS, Inc.
319. Allston Retailer, Inc.
320. Allviant Corporation
321. Almadea Burbank CVS, Inc.
322. Almond Ave CVS, L.L.C.
323. Almshouse CVS, Inc.
324. Aloma Winter Park CVS, L.L.C.

5

325. Alpharetta CVS, Inc
326. Alta Health Strategies, Inc.
327. Alta Mere Fort Worth CVS, L.P.
328. Alta Mesa McCart CVS, L.P.
329. Altamonte Springs CVS, L.L.C.
330. Altius Health Plans Inc.
331. AMC - New York, Inc.
332. AMC - Tennessee, Inc.
333. AMC-New York, LLC
334. AMC-Tennessee, LLC
335. American Continental Insurance Company
336. American Drug Stores Delaware, L.L.C.
337. American Drug Stores, Inc. d/b/a Osco Drug, Inc. (for assets / pharmacies acquired by CVS)
338. American Health Holding, Inc.
339. American Service Life Insurance Company
340. Ames Plaza CVS, Inc.
341. Amesbury CVS, Inc.
342. Amherst Academia CVS, Inc.
343. Amherst CVS Store, Inc.
344. Amsterdam Mall CVS Store, Inc.
345. Anac Holding Corporation
346. Anaheim Hills CVS, Inc.
347. Ancillary Care Management, Inc.
348. Anderson CVS, Inc.
349. Anderson House CVS, Inc.
350. Andover CVS, Inc.
351. Angelini Ave. CVS, Inc.
352. Angell Street CVS, Inc.
353. Anita Street CVS, L.L.C.
354. Ann Mary Street CVS, Inc.
355. Annapolis CVS, Inc.
356. Annapolis Riva CVS, Inc.
357. Anoka MN CVS, L.L.C.
358. Anthem AZ CVS, L.L.C.
359. Antoine Houston CVS, L.P.
360. API  Properties 808 LLC
361. Apollo Beach CVS, L.L.C.
362. Apopka CVS, Inc.

363. APP Hedge Funds, LLC
364. Apple Valley MN CVS, L.L.C.
365. Apria Finance Holdings Inc.
366. APS Acquisition LLC
367. APS Enterprises Holding Company, Inc.
368. APS-Summit Care Pharmacy, L.L.C.
369. Aquia Harbor CVS, Inc.
370. Aquidneck Drug CVS, Inc.
371. Aramingo Avenue CVS, Inc.
372. Arbor Drugs - Civic, Inc.
373. Arbor Drugs - Civic, Inc.
374. Arbor Drugs of Ann Arbor, Inc.
375. Arbor Drugs of East Detroit, Inc.
376. Arbor Drugs of Inkster, Inc.
377. Arbor Drugs of Livonia, Inc.
378. Arbor Drugs of Merriman, Inc.
379. Arbor Drugs of Milford, Inc.
380. Arbor Drugs of Northville, Inc.
381. Arbor Drugs of Redford, Inc.
382. Arbor Drugs of Saline, Inc.
383. Arbor Drugs of Walled Lake, Inc.
384. Arbor Drugs of Westland, Inc.
385. Arbor Drugs, Inc.
386. Arbor Drugs, Inc.
387. ARC RetailCare, PLLC
388. Archer Oak CVS, L.L.C.
389. ARCP CV Bowling Green OH, LLC
390. ARCP CV Claremore OK, LLC
391. ARCP CV Duncan OK, LLC
392. ARCP CV Durant OK, LLC
393. ARCP CV Enid OK, LLC
394. ARCP CV Enterprise AL, LLC
395. ARCP CV Erwin NC, LLC
396. ARCP CV Green OH, LLC
397. ARCP CV Greeneville TN, LLC
398. ARCP CV Ironton OH, LLC
399. ARCP CV Knoxville (Kingston) TN, LLC
400. ARCP CV Lawrence MA, LLC
401. ARCP CV Lewes DE, LLC

402. ARCP CV Liberty SC, LLC
403. ARCP CV Macon GA, LLC
404. ARCP CV Manchester GA, LLC
405. ARCP CV Morgantown WV, LLC
406. ARCP CV Muskogee OK, LLC
407. ARCP CV Norfolk NE, LLC
408. ARCP CV Oklahoma City (Pennsylvania) OK, LLC
409. ARCP CV Portsmouth (High) VA, LLC
410. ARCP CV Sanford NC, LLC
411. ARCP CV Toledo OH, LLC
412. Ardmore CVS, Inc.
413. Argonne Avenue CVS, Inc.
414. Arizona Acquisition Corporation
415. Arizona CVS Stores, L.L.C.
416. Arkansas CVS Pharmacy, L.L.C.
417. Arleta CVS, Inc.
418. Arlington 10th Street CVS, Inc.
419. Arlington CVS, Inc.
420. Arlington Pentagon CVS, Inc.
421. Arlington Peoples, Inc.
422. Arlington South Eads CVS, Inc.
423. Arlington-Walter Reed CVS, Inc.
424. Armcal Chicago CVS, L.L.C.
425. Armitage CVS, L.L.C.
426. Army Trail Bartlett CVS, L.L.C.
427. Arrow Glendora CVS, L.P.
428. Arsenal CVS, Inc.
429. ARV LLC
430. Asbury Evanston CVS, L.L.C.
431. ASCO Healthcare of New England Limited Partnership
432. ASCO Healthcare of New England, LLC
433. ASCO HealthCare, LLC
434. Ashburn Parkway CVS, Inc.
435. Ashford Dunwoody CVS, Inc.
436. Ashland Chicago CVS, L.L.C.
437. Ashland CVS, Inc.
438. ASI Wings, LLC
439. Assembly Square CVS, Inc.
440. Assurance Company of Connecticut
441. Aston Township CVS, Inc.
442. Astoria NY CVS, L.L.C.
443. Atlanta Bell Isle CVS, Inc.
444. Atlanta Brookwood Village CVS, Inc.
445. Atlanta Peachtree CVS, Inc.
446. Atlanta ProCare Pharmacy, Inc.
447. Atlanta Ridge CVS, Inc.
448. Atlantic Blvd CVS, Inc.
449. Atlantic City CVS, Inc.
450. Atlantic Jacksonville CVS, L.L.C.
451. Atlantic Jog Delray CVS, L.L.C.
452. Atlantic Medical Group, LLC
453. Atlee CVS, Inc.
454. Attleboro CVS, Inc.
455. Attleboro Pleasant CVS, Inc.
456. Atwood Avenue CVS, Inc.
457. Auburn AL CVS, Inc.
458. Auburn Clinton Stores,Inc.
459. Auburn CVS, Inc.
460. Auburn Glen CVS, Inc.
461. Auburn Mall (Me.) CVS, Inc.
462. Auburn PharmaCare Pharmacy, Inc.
463. Augusta Belair CVS, Inc.
464. Augusta Dr CVS, L.L.C.
465. AUSHC Holdings, Inc.
466. Austell Road CVS, Inc.
467. Austin Drug Co., Inc.
468. Austin Drugs of East Meadow, Inc.
469. Austin Drugs of Hicksville, Inc.
470. Austin Drugs of Lawrence, Inc
471. Austin Drugs of Syosset, Inc.
472. Avenue 18 CVS, Inc.
473. Avenue of Americas CVS, L.L.C.
474. Avenue P Brooklyn CVS, Inc.
475. Aversboro Road CVS, Inc.
476. Avery Ranch CVS, L.L.C.
477. AV-Med of Louisiana, Inc.
478. Avon CVS, Inc.
479. Avon OH CVS, Inc.
480. Azalea Mall, L.L.C.
481. Azusa Avenue CVS, Inc.
482. Azusa CVS, L.P.

483. B.H. Krueger, Inc.
484. Back Bay CVS, Inc.
485. Badger Acquisition LLC
486. Badger Acquisition of Kentucky LLC
487. Badger Acquisition of Minnesota LLC
488. Badger Acquisition of Ohio LLC
489. Bailey Avenue CVS Store, Inc.
490. Baker Avenue CVS, Inc.
491. Ball Square CVS, Inc.
492. Ballantyne Commons CVS, Inc.
493. Ballston Spa CVS, L.L.C.
494. Baltimore Avenue CVS, Inc.
495. Baltimore Belair CVS, Inc.
496. Baltimore CVS, Inc.
497. Bangor Route 512 CVS, Inc.
498. Bangor, Penna., CVS, Inc.
499. Banner Health and Aetna Health Insurance Company
500. Banner Health and Aetna Health Insurance Holding Company LLC
501. Banner Health and Aetna Health Plan Inc.
502. Barberton CVS, Inc.
503. Barker Houston CVS, L.P.
504. Barkley CVS, Inc.
505. Barnstable Retailer, Inc.
506. Barrington CVS, Inc.
507. Bartlett CVS, L.L.C.
508. Baseline 35th CVS, L.L.C.
509. Baseline Phoenix CVS, L.L.C.
510. Bass Fort Worth CVS, L.P.
511. Baton Rouge Perkins CVS, Inc.
512. Battleground Avenue CVS, L.L.C.
513. Baumel Eisner Neuromedical Institute, L.L.C.
514. Bay City Clinton Stores, Inc.
515. Bay Village CVS, Inc.
516. Bayamon Oeste Chess King, Inc.
517. Bayonne CVS, Inc.
518. Bayou La Batre CVS, Inc.
519. Beach Anaheim CVS, L.P.
520. Beach Buena Park CVS, L.P.
521. Beach Lincoln CVS, L.L.C.
522. Beacon Retailer, Inc.
523. Bear Merger Subsidiary, LLC
524. Bearss Avenue CVS, Inc.
525. Beaumont TX CVS, L.L.C.
526. Beauty Holdings, L.L.C.
527. Bedford Great Road CVS, Inc.
528. Bedford Retailer, Inc.
529. Bedford TX CVS, L.P.
530. Beechnut CVS, L.P.
531. Beechnut Gessner CVS, L.P.
532. Beechnut Houston CVS, L.P.
533. Bel Air CVS, Inc.
534. Bel Air Maryland CVS, Inc.
535. Belchertown CVS, Inc.
536. Bell Plaza CVS, Inc.
537. Bell Square CVS, Inc.
538. Bellaire Cook CVS, L.P.
539. Bellaire Ft. Worth CVS, L.P.
540. Belleville CVS, Inc.
541. Bellevue CVS, Inc.
542. Bellingham CVS, Inc.
543. Bellport CVS, Inc.
544. Belmont Ave. CVS, Inc.
545. Belmont Chicago CVS, L.L.C.
546. Belpre CVS, Inc.
547. Beltsville CVS, Inc.
548. Beltway 8 CVS, L.P.
549. Benchmark Physicians, Inc.
550. Benignus Houston CVS, L.P.
551. Bennington CVS, Inc.
552. Bensalem CVS, Inc.
553. Bentana Technologies, Inc.
554. Bergen Mall (N.J.) CVS, Inc.
555. Bergen Ridgefield CVS, Inc.
556. Berkeley PharmaCare Pharmacy, L.L.C.
557. Berlin CVS, Inc.
558. Bernville PA CVS, Inc.
559. Berwick Market CVS, Inc.
560. Berwyn PA CVS, Inc.
561. Beryl Street CVS, Inc.

562. Best Care LTC Acquisition Company LLC
563. Bethany Glendale CVS, L.L.C.
564. Bethel Church Road CVS, Inc.
565. Bethel Clinic Family Health Plan Corporation
566. Bethel CVS, Inc.
567. Bethel Drive CVS, Inc.
568. Bethel OH CVS, L.L.C.
569. Bethesda CVS, Inc.
570. Bethesda Peoples, Inc.
571. Bethlehem Broad St. CVS, Inc.
572. Bethlehem Plaza CVS, Inc.
573. Bethlehem West Fourth CVS, Inc.
574. Beverly Cove CVS, Inc.
575. Beverly CVS, Inc.
576. Big B Drugs, Inc.
577. Big B Express, Inc.
578. Big B, Inc.
579. Billerica CVS, Inc.
580. Binghamton Clinton Stores, Inc.
581. Birmingham AL CVS, Inc.
582. Bissonnet Houston CVS, L.P.
583. Black Rock Turnpike CVS, Inc.
584. Blackstone CVS, Inc.
585. Blackstone Insurance Group, Inc.
586. Blaine MN CVS, L.L.C.
587. Blakeslee CVS, Inc.
588. Blalock & Hammerly CVS, L.P.
589. Bloomfield Avenue CVS, Inc.
590. Bloomfield CVS, Inc.
591. Bloomingdale Brandon CVS, L.L.C.
592. Bloomington CVS, L.L.C.
593. Bloomsburg CVS, Inc.
594. BLS Properties, L.L.C.
595. Blue Hill Avenue CVS, Inc.
596. Blue Ridge CVS, L.L.C.
597. Blue Ridge Road CVS, Inc.
598. Bluegrass Pharmacy of Lexington, LLC
599. Boca Raton CVS, Inc.
600. Bolingbrook IL CVS, L.L.C.
601. Bonita Beach CVS, L.L.C.
602. Borden Pharmacy, Inc.
603. Bordentown CVS, Inc.
604. Borough of Hatboro CVS, Inc.
605. Boston Chelmsford CVS, Inc.
606. Boston Hanover CVS, Inc.
607. Boston Jamaica Plain CVS, Inc.
608. Boston Saratoga CVS, Inc.
609. Boston Washington CVS, Inc.
610. Boston, Ma., CVS, Inc.
611. Boston-Milk St. CVS, Inc.
612. Bourbonaise CVS, L.L.C.
613. Bourne MA CVS, Inc.
614. Bowling Green CVS, L.L.C.
615. Bowman Street CVS, Inc.
616. Boyertown CVS, Inc.
617. Boynton Beach CVS, Inc.
618. BPC Equity, Inc.
619. BPC Equity, LLC
620. BPNY Acquisition Corp
621. Bradenton CVS, L.L.C.
622. Bradenton SR 70 CVS, L.L.C.
623. Bradley NEC CVS, L.L.C.
624. Braintree CVS, Inc.
625. Braintree Washington CVS, Inc.
626. Brandon CVS, Inc.
627. Branford CVS, Inc.
628. Branhaven CVS, Inc.
629. Braselton CVS, Inc.
630. Brea Mall CVS, Inc.
631. Bremner Boulevard CVS, Inc.
632. Brewster CVS, L.L.C.
633. Briarwood CVS, Inc.
634. Brick New Jersey CVS, Inc.
635. Bridge Campus CVS, L.L.C.
636. Bridge Street CVS, L.L.C.
637. Bridgeport Avenue CVS, Inc.
638. Bridgeport Boston Ave. CVS, Inc.
639. Bridgeport-Merritt CVS, Inc.
640. Bridgeview CVS, L.L.C.
641. Bridgewater Commons CVS, Inc.
642. Bridgewater Main Street CVS, Inc.
643. Bridgewater Store Corporation

644. Brighton Market St. CVS, Inc.
645. Bristol Bay CVS, Inc.
646. Bristol CVS, Inc.
647. Bristol Farmington CVS, Inc.
648. Bristol North Main CVS, Inc.
649. Bristol Plaza CVS, Inc.
650. Brittain Road CVS, Inc.
651. Brittany Square CVS, Inc.
652. Broadheadsville CVS, Inc.
653. Broadspire National Services, Inc.
654. Broadway Fairlawn CVS, L.L.C.
655. Broadway Hewlett CVS, L.L.C.
656. Broadway Houston CVS, L.P.
657. Broadway Lawrence CVS, L.L.C.
658. Broadway Maricopa CVS, L.L.C.
659. Broadway Minneapolis CVS, L.L.C.
660. Broadway New York CVS, Inc.
661. Broadway Palm Beach CVS, L.L.C.
662. Brockton Belmont CVS, Inc.
663. Brockton Carey Hill CVS, Inc.
664. Brockton Crescent CVS, Inc.
665. Brockton CVS, Inc.
666. Brockton Hayward CVS, Inc.
667. Brockton Oak CVS, Inc.
668. Brockton Pleasant CVS, Inc.
669. Brockton West Plaza CVS, Inc.
670. Bronx Bainbridge CVS, L.L.C.
671. Bronx River CVS, Inc.
672. Brookfield CVS, Inc.
673. Brookfield IL CVS, L.L.C.
674. Brookhaven Hilltop CVS, Inc.
675. Brookline CVS, Inc.
676. Brookline Village CVS, Inc.
677. Brooklyn 9th Street CVS, Inc.
678. Brooklyn Bass CVS, L.L.C.
679. Brooklyn Commons CVS, Inc.
680. Brooklyn NY CVS, L.L.C.
681. Brooklyn Park MN CVS, L.L.C.
682. Brooklyn Pennsylvania CVS, Inc.
683. Brooklyn Rockaway CVS, Inc.
684. Brooks Drug of Ipswich, Inc.
685. Brooks Drug, Inc.

686. Broomall CVS, Inc.
687. Brown Recker CVS, L.L.C.
688. Brown Street CVS, Inc.
689. Browns Covington CVS, Inc.
690. Browns Mills CVS, L.L.C.
691. Brownstown Twp CVS, L.L.C.
692. Bruin Acquisition Co., Inc.
693. Brunswick (Me.) CVS, Inc.
694. Brunswick CVS, Inc.
695. Brunswick Square CVS, Inc.
696. Bryans Road CVS, Inc.
697. Bryans Road Peoples, Inc.
698. bswift LLC
699. bswift Resources LLC
700. Buckeye AZ CVS, L.L.C.
701. Buckland Hills CVS, Inc.
702. Bud's Price King, Inc.
703. Buffalo Grove CVS, L.L.C.
704. Buford Highway CVS, Inc.
705. Bunker Hill CVS, Inc.
706. Bunker Lake CVS, L.L.C.
707. Bupa Health Insurance (Thailand) Public Company Limited
708. Burlington Cambridge CVS, Inc.
709. Burlington Center (N.J.) CVS, Inc.
710. Burlington CVS, Inc.
711. Burnsville CVS, L.L.C.
712. Burnsville MN CVS, L.L.C.
713. Busch CVS, Inc.
714. Bush River CVS, Inc.
715. Busse CVS, L.L.C.
716. Bustleton Nursery CVS, Inc.
717. Bustleton Philadelphia CVS, Inc.
718. Butler Road CVS, Inc.
719. Byron Center CVS, L.L.C.
720. C Street CVS, Inc.
721. C Street Peoples, Inc.
722. Cactus 83rd CVS, L.L.C.
723. Cactus Las Vegas CVS, L.L.C.
724. Cactus Peoria CVS, L.L.C.
725. California CVS Pharmacy, L.L.C.
726. Cambria Heights CVS, L.L.C.
727. Cambridge Alewife CVS, Inc.

728. Cambridge Burlington CVS, Inc.
729. Cambridge CVS, Inc.
730. Cambridge Galleria CVS, Inc.
731. Cambridge Life Insurance Company
732. Cambridge Street CVS, Inc.
733. Camden NJ CVS, Inc.
734. Camillus Plaza CVS Store, Inc.
735. Camino Real CVS, Inc.
736. Camp Hill CVS, Inc.
737. Campbell Richardson CVS, L.P.
738. Campo's Medical Pharmacy, Inc.
739. Campo's Medical Pharmacy, LLC
740. Canal CVS, Inc.
741. Canal Place, LLC
742. Canal Salem CVS, Inc.
743. Canal Winchester CVS, Inc.
744. Canoga Park CVS, Inc.
745. Canopy Acquisition, LLC
746. Canton CVS, Inc.
747. Canton GA CVS, Inc.
748. Canton Highway CVS, Inc.
749. Cantonment FL CVS, L.L.C.
750. Cape Coral CVS, L.L.C.
751. Cape May CVS, Inc.
752. Capital Market CVS, Inc.
753. Capitol Heights CVS, L.L.C.
754. Capitol Home Infusion, Inc.
755. Care Pharmaceutical Services, LP
756. Care4, L.P.
757. CareCenter Pharmacy, L.L.C.
758. CareFlorida Health Plan, Inc.
759. Carefree Insurance Services, Inc.
760. Carelink Health Plans, Inc.
761. Caremark Advantage, Inc.
762. Caremark Advantage, L.L.C.
763. Caremark Arizona Mail Pharmacy Holding, LLC
764. Caremark Arizona Mail Pharmacy, LLC
765. Caremark Arizona Specialty Pharmacy Holding, L.L.C.
766. Caremark Arizona Specialty Pharmacy, L.L.C.
767. Caremark Atlanta Pharmacy, LLC
768. Caremark Aviation, L.L.C.
769. Caremark Baltimore Pharmacy, LLC
770. Caremark California Specialty Pharmacy Holding, L.L.C.
771. Caremark California Specialty Pharmacy, L.L.C.
772. Caremark CareCenter Pharmacy, L.L.C.
773. Caremark Chicago Pharmacy, LLC
774. Caremark Connecticut CareCenter Pharmacy Holding, LLC
775. Caremark Connecticut CareCenter Pharmacy, LLC
776. Caremark Dallas Pharmacy, LLC
777. Caremark Detroit Pharmacy, LLC
778. Caremark Florida Mail Pharmacy Holding, LLC
779. Caremark Florida Mail Pharmacy, LLC
780. Caremark Florida Speciality Pharmacy Holding, LLC
781. Caremark Florida Specialty Pharmacy, LLC
782. Caremark Fort Lauderdale Pharmacy, LLC
783. Caremark Georgia CareCenter Pharmacy Holding, LLC
784. Caremark Georgia CareCenter Pharmacy, LLC
785. Caremark Georgia Specialty Pharmacy Holding, LLC
786. Caremark Georgia Specialty Pharmacy, LLC
787. Caremark Global, Inc.
788. Caremark Hawaii Mail Pharmacy Holding, L.L.C.
789. Caremark Hawaii Mail Pharmacy, LLC

790. Caremark Hawaii Specialty Pharmacy Holding, LLC
791. Caremark Hawaii Specialty Pharmacy, LLC
792. Caremark Homecare, Inc.
793. Caremark Honolulu Pharmacy, LLC
794. Caremark Illinois CareCenter Pharmacy Holding I, LLC
795. Caremark Illinois CareCenter Pharmacy Holding II, LLC
796. Caremark Illinois CareCenter Pharmacy Holding, LLC
797. Caremark Illinois CareCenter Pharmacy I, LLC
798. Caremark Illinois CareCenter Pharmacy II, LLC
799. Caremark Illinois CareCenter Pharmacy, LLC
800. Caremark Illinois Mail Pharmacy Holding, LLC
801. Caremark Illinois Mail Pharmacy, LLC
802. Caremark Illinois Specialty Pharmacy Holding, LLC
803. Caremark Illinois Specialty Pharmacy, LLC
804. Caremark Indemnity, Ltd.
805. Caremark International, Inc.
806. Caremark International, L.L.C.
807. Caremark Iowa CareCenter Pharmacy Holding I, LLC
808. Caremark Iowa CareCenter Pharmacy Holding, LLC
809. Caremark Iowa CareCenter Pharmacy I, LLC
810. Caremark Iowa CareCenter Pharmacy, LLC
811. Caremark IPA, L.L.C.
812. Caremark Irving Resource Center Holding, LLC
813. Caremark Irving Resource Center, LLC

814. Caremark Kansas Specialty Pharmacy Holding, LLC
815. Caremark Kansas Specialty Pharmacy, LLC
816. Caremark Limited, LLC
817. Caremark Logistics Holding, LLC
818. Caremark Logistics, LLC
819. Caremark Louisiana Specialty Pharmacy Holding, LLC
820. Caremark Louisiana Specialty Pharmacy, LLC
821. Caremark Mail Pharmacy, LLC
822. Caremark Management Limited, LLC
823. Caremark Management, L.L.C.
824. Caremark Management, LP
825. Caremark Maryland CareCenter Pharmacy Holding, LLC
826. Caremark Maryland CareCenter Pharmacy, LLC
827. Caremark Maryland Specialty Pharmacy Holding, LLC
828. Caremark Maryland Specialty Pharmacy, LLC
829. Caremark Massachusetts Specialty Pharmacy Holding, LLC
830. Caremark Massachusetts Specialty Pharmacy, LLC
831. Caremark MergerSub, L.L.C.
832. Caremark Michigan Specialty Pharmacy Holding, LLC
833. Caremark Michigan Specialty Pharmacy, LLC
834. Caremark Minnesota Specialty Pharmacy Holding, LLC
835. Caremark Minnesota Specialty Pharmacy, LLC
836. Caremark Miramar Pharmacy, LLC
837. Caremark New Jersey CareCenter Pharmacy Holding, LLC
838. Caremark New Jersey CareCenter Pharmacy, LLC

839. Caremark New Jersey Specialty Pharmacy Holding, LLC
840. Caremark New Jersey Specialty Pharmacy, LLC
841. Caremark North Carolina CareCenter Pharmacy Holding, LLC
842. Caremark North Carolina CareCenter Pharmacy, LLC
843. Caremark North Carolina Specialty Pharmacy Holding LLC
844. Caremark North Carolina Specialty Pharmacy, LLC
845. Caremark Ohio CareCenter Pharmacy Holding, LLC
846. Caremark Ohio CareCenter Pharmacy, LLC
847. Caremark Ohio Specialty Pharmacy, L.L.C.
848. Caremark Ohio Specialty Pharmacy, L.L.C.
849. Caremark Onsite Pharmacy, Inc.
850. Caremark Pennsylvania Specialty Pharmacy Holding, LLC
851. Caremark Pennsylvania Specialty Pharmacy, LLC
852. Caremark Pharmacy, L.L.C.
853. Caremark PhC, L.L.C.
854. Caremark Phoenix Pharmacy, LLC
855. Caremark Pittsburgh Pharmacy, LLC
856. Caremark Procurement Corporation
857. Caremark Procurement, L.L.C.
858. Caremark Puerto Rico Holding LLC
859. Caremark Puerto Rico L.L.C.
860. Caremark Puerto Rico Specialty Pharmacy Holding LLC
861. Caremark Puerto Rico Specialty Pharmacy L.L.C.
862. Caremark Puerto Rico, Inc.
863. Caremark Raleigh Pharmacy, LLC
864. Caremark Receivable, LLC
865. Caremark Redlands Pharmacy, L.L.C.
866. Caremark Repack, LLC
867. Caremark Resource Center General, LLC
868. Caremark Rx, Inc.
869. Caremark Rx, L.L.C.
870. Caremark San Antonio Pharmacy, LLC
871. Caremark San Antonio Resource Center Holding, LLC
872. Caremark San Antonio Resource Center, LLC
873. Caremark Specialty Pharmacy, LLC
874. Caremark Tampa Pharmacy, LLC
875. Caremark Tennessee CareCenter Pharmacy Holding, LLC
876. Caremark Tennessee CareCenter Pharmacy, LLC
877. Caremark Tennessee Specialty Pharmacy Holding, LLC
878. Caremark Tennessee Specialty Pharmacy, LLC
879. Caremark Texas Mail Pharmacy Holding, LLC
880. Caremark Texas Mail Pharmacy, LLC
881. Caremark Texas Specialty Pharmacy, LLC
882. Caremark Ulysses Holding Corp.
883. Caremark Washington Specialty Pharmacy Holding, LLC
884. Caremark Washington Specialty Pharmacy, LLC
885. Caremark, L.L.C.
886. Caremark, LP
887. CaremarkPCS
888. CaremarkPCS Alabama Mail Pharmacy Holding, LLC
889. CaremarkPCS Alabama Mail Pharmacy, LLC
890. CaremarkPCS Caribbean, Inc.
891. CaremarkPCS Health Systems, LLC

892. CaremarkPCS Health, LLC
893. CaremarkPCS Health, LP
894. CaremarkPCS Mail Pharmacy, LLC
895. CaremarkPCS Pennsylvania Mail Pharmacy Holding, LLC
896. CaremarkPCS Pennsylvania Mail Pharmacy, LLC
897. CaremarkPCS Texas Mail Pharmacy Holding, LLC
898. CaremarkPCS Texas Mail Pharmacy, LLC
899. CaremarkPCS, L.L.C.
900. Carney CVS, Inc.
901. Carol Stream IL CVS, L.L.C.
902. Carrabile, LLC
903. Carroll Denton CVS, L.P.
904. Carroll Street CVS, Inc.
905. Carrollton CVS, L.P.
906. Carson CA CVS, L.L.C.
907. Carver CVS, Inc.
908. Cary Tryon CVS, Inc.
909. Cascades CVS, Inc.
910. Cashmere St. Lucie CVS, L.L.C.
911. Cass Darien CVS, L.L.C.
912. Castor Avenue CVS, Inc.
913. Castro Street ProCare Pharmacy, Inc.
914. Catalpa Chicago CVS, L.L.C.
915. Cathedral City CVS, L.L.C.
916. Caton Farm Joliet CVS, L.L.C.
917. CC Advertising & Marketing, LLC
918. CCI Foreign Holdings, Sarl
919. CCI Foreign, Sarl
920. CCRx Holdings, LLC
921. CCRx of North Carolina Holdings, LLC
922. CCRx of North Carolina, LLC
923. Cedar Garwood CVS, L.L.C.
924. Cedar Park CVS, Inc.
925. Cedar Park Peoples, Inc.
926. Center City CVS, Inc.
927. Center Moriches CVS, Inc.
928. Center Pasadena CVS, L.P.
929. Center Plaza CVS, Inc.
930. Center Square CVS, Inc.
931. Centerville Falmouth St. CVS, Inc.
932. Central Ave SEC CVS, L.L.C.
933. Central City Mall CVS, Inc.
934. Central Rx Services, LLC
935. Central Square CVS, Inc.
936. Central St. Petersburg CVS, L.L.C.
937. Central Street CVS, Inc.
938. Centreville Road CVS, Inc.
939. CH Saluda SC 2008, LLC
940. Chandler AZ CVS, L.L.C.
941. Chandler Dobson CVS, L.L.C.
942. Chandler Gilbert CVS, L.L.C.
943. Chandler Heights CVS, L.L.C.
944. Chandler Kyrene CVS, L.L.C.
945. Chandler North CVS, L.L.C.
946. Chandler Street CVS, Inc.
947. Chandler Warner CVS, L.L.C.
948. Chanhassen CVS, L.L.C.
949. Chapman Avenue CVS, Inc.
950. Chappaqua CVS, L.L.C.
951. Charles Street Baltimore CVS, Inc.
952. Charles Street CVS, Inc.
953. Charleston Area Health Plan, Inc.
954. Charlie Acquisition Corporation
955. Charlott Street CVS, Inc.
956. Charlotte NC CVS, Inc.
957. Charlotte PUD, LLC
958. Charlton MA CVS, Inc.
959. Charlton PharmaCare Pharmacy, Inc.
960. Chatham CVS, Inc.
961. Chatham Main St. CVS, Inc.
962. Chatsworth CVS, L.L.C.
963. CHC Casualty Risk Retention Group, Inc.
964. CHCCares, Inc.
965. Cheektowaga-Como CVS, Inc.
966. Chelsea AL CVS, Inc.
967. Cheltenham CVS, Inc.
968. Cherry Hill C.K. Jeanery, Inc.
969. Cherry Tree Lane CVS, Inc.

970. Cheshire CVS, Inc.
971. Chester MD CVS, L.L.C.
972. Chester NY CVS, L.L.C.
973. Chesterfield CVS, Inc.
974. Chestnut Hill CVS, Inc.
975. Chestnut Montvale CVS, L.L.C.
976. Chestnut St. CVS, Inc.
977. Chestnut Street CVS, Inc.
978. Chicago CVS Store, L.L.C.
979. Chicago Heights IL CVS, L.L.C.
980. Chicago North Central CVS, L.L.C.
981. Chicago Pulaski CVS, L.L.C.
982. Chicago Ridge IL CVS, L.L.C.
983. Chicago West Irving Park CVS, L.L.C.
984. Chichester CVS, Inc.
985. Chick Springs CVS, Inc.
986. Chickering Benefit Planning Insurance Agency, Inc.
987. Chickering Claims Administrators, Inc.
988. Chicopee CVS, Inc.
989. Chicopee Exchange Street CVS, Inc.
990. Chicopee Memorial CVS, Inc.
991. Children's Hospital of Michigan Outpatient Pharmacy, Inc.
992. Chili CVS, Inc.
993. Chimney Rock CVS, L.P.
994. China Town CVS, Inc.
995. Chino Ave SEC CVS, L.L.C.
996. Chino Hills CVS, INc.
997. Choice Source Therapeutic of Houston, Texas, L.L.C.
998. Choice Source Therapeutic South, L.L.C.
999. Choice Source, L.L.C.
1000. CHP Acquisition Corp.
1001. CHP Acquisition, LLC
1002. Christiana CVS, Inc.
1003. Chula Vista CVS, Inc.
1004. Church Avenue CVS, Inc.
1005. Cicero Addison CVS, L.L.C.

1006. Cincinnati CVS, L.L.C.
1007. Cin-Dayton CVS, Inc.
1008. CIP Acquisition, LLC
1009. Circle Plaza CVS, Inc.
1010. Circle Tallahassee RE, L.L.C.
1011. Circulation, LLC
1012. City Line Avenue CVS, Inc.
1013. Claims Administration Corp.
1014. ClaimsPro Management Services, Inc.
1015. Clairmont Road CVS, Inc.
1016. Clairton Boulevard CVS, Inc.
1017. Claremont River CVS, Inc.
1018. Clarendon Blvd. CVS, Inc.
1019. Clarendon Boulevard CVS, Inc.
1020. Clark Chicago CVS, L.L.C.
1021. Clark CVS, Inc.
1022. Clarkston CVS, Inc.
1023. Clarksville MD CVS, L.L.C.
1024. Clayton CVS, Inc.
1025. Clearwater CVS, Inc.
1026. Clearwater Sunset CVS, Inc.
1027. Clementon Square CVS, Inc.
1028. Clermont CVS, L.L.C.
1029. Cleveland Lorain CVS, Inc.
1030. Cleveland Primary Care Associates, P.A., Inc.
1031. Cliffside Park CVS, L.L.C.
1032. Clifton CVS, Inc.
1033. Clint Moore Boca Raton CVS, L.L.C.
1034. Clinton Center CVS, Inc.
1035. Clinton Discount Stores, Inc.
1036. Clinton Post CVS, Inc.
1037. Cloppers Mill CVS, Inc.
1038. Cloppers Mill Peoples, inc.
1039. Clover CVS, L.L.C.
1040. Clyde Daytona CVS, L.L.C.
1041. CMBS Holdings, Inc.
1042. CMBS Holdings, Inc. II
1043. CMBS Holdings, L.L.C.
1044. Cochran CVS, L.L.C.
1045. Coconut Creek CVS, Inc.

1046. Cofinity, Inc.
1047. Cohasset CVS, Inc.
1048. Cohoes CVS, L.L.C.
1049. Coit Dallas CVS, L.P.
1050. Coit McDermott CVS, L.P.
1051. Colchester CT CVS, Inc.
1052. College Anaheim CVS, L.L.C.
1053. College Point CVS, Inc.
1054. College Street CVS, Inc.
1055. Collegeville CVS, Inc.
1056. Collings CVS, Inc.
1057. Colonial Place CVS, Inc.
1058. Colonie CVS, Inc.
1059. Columbia CVS, Inc.
1060. Columbus CVS, L.L.C.
1061. Columbus High Street CVS, Inc.
1062. Columbus New York CVS, Inc.
1063. Columbus Polaris CVS, Inc.
1064. Commack CVS, Inc.
1065. Commerce Palms Tampa CVS, L.L.C.
1066. Commercial CVS, Inc.
1067. Committed Provider Services, LLC
1068. COMMUNITY HEALTH CARE SOLUTIONS LLC
1069. Compass Health Services, LLC
1070. Compo Center CVS, Inc.
1071. Compscript, LLC
1072. Computer Development, Inc.
1073. Concord Crisco CVS, Inc.
1074. Concord Road CVS, Inc.
1075. Conewango CVS, Inc.
1076. Confident Care Health Plan, Inc.
1077. Congress Austin CVS TX, L.L.C.
1078. Connecticut Avenue CVS, Inc.
1079. Connecticut CVS Pharmacy, L.L.C.
1080. Conservco, Inc.
1081. Conshohocken CVS, Inc.
1082. Constitution Blvd. CVS, Inc.
1083. Consumer Health Interactive, L.L.C.
1084. Consumer Value Store of Bangor, Inc.
1085. Consumer Value Stores of Lowell, Inc.
1086. Consumer Value stores of Merrimack, Inc.
1087. Consumer Value Stores of Revere, Inc.
1088. Consumer Value Stores of Rhode Island, Inc.
1089. Consumer Value Stores of White City, Inc.
1090. Consumer Value Stores of Worcester, Inc.
1091. Continental Life Insurance Company of Brentwood, Tennessee
1092. Continuing Care Rx, LLC
1093. Conyers CVS, Inc.
1094. Coolidge Corner CVS, Inc.
1095. Coon Rapids MN CVS, L.L.C.
1096. Cooper City CVS, L.L.C.
1097. Coopersburg CVS, Inc.
1098. Copiague CVS, Inc.
1099. Copley CVS, Inc.
1100. Coral Ridge CVS, L.L.C.
1101. Coram Alternate Site Services, Inc.
1102. Coram Clinical Trials, Inc.
1103. Coram Healthcare Corporation of Alabama
1104. Coram Healthcare Corporation of Florida
1105. Coram Healthcare Corporation of Greater D.C.
1106. Coram Healthcare Corporation of Greater New York
1107. Coram Healthcare Corporation of Indiana
1108. Coram Healthcare Corporation of Massachusetts
1109. Coram Healthcare Corporation of Mississippi
1110. Coram Healthcare Corporation of Nevada
1111. Coram Healthcare Corporation of North Texas

1112. Coram Healthcare Corporation of Northern California

1113. Coram Healthcare Corporation of Rhode Island

1114. Coram Healthcare Corporation of Southern California

1115. Coram Healthcare Corporation of Southern Florida

1116. Coram Healthcare Corporation of Utah

1117. Coram Healthcare/Carolina Home Therapeutics, LLC

1118. Coram LLC

1119. Coram Service Corporation

1120. Coram Specialty Infusion Services, Inc.

1121. CoramRx, LLC

1122. Corbin Avenue CVS, Inc.

1123. Corey Enterprises, Inc.

1124. Cornelius CVS, Inc.

1125. Corning Park Plaza CVS, Inc.

1126. Corona CVS, Inc.

1127. Corporate Benefit Strategies, Inc.

1128. Corporate Health Administrators, Inc.

1129. Corporate Health Insurance Company

1130. Cortez Bradenton CVS, L.L.C.

1131. Cottage Grove CVS, Inc.

1132. Cotuit CVS, Inc.

1133. County Line CVS, Inc.

1134. County Road CVS, L.L.C.

1135. Court Street CVS, L.L.C.

1136. Courtland Street CVS, Inc.

1137. Courtyards of Costa Mesa CVS, Inc.

1138. Coventry Consumer Advantage, Inc.

1139. Coventry CT CVS, Inc.

1140. Coventry Financial Management Services, Inc.

1141. Coventry Health and Life Insurance Company

1142. Coventry Health Care National Accounts, Inc.

1143. Coventry Health Care National Network, Inc.

1144. Coventry Health Care of Delaware, Inc.

1145. Coventry Health Care of Florida, Inc.

1146. Coventry Health Care of Georgia, Inc.

1147. Coventry Health Care of Illinois, Inc.

1148. Coventry Health Care of Iowa, Inc.

1149. Coventry Health Care of Kansas, Inc.

1150. Coventry Health Care of Louisiana, Inc.

1151. Coventry Health Care of Missouri, Inc.

1152. Coventry Health Care of Nebraska, Inc.

1153. Coventry Health Care of Pennsylvania, Inc.

1154. Coventry Health Care of Texas, Inc.

1155. Coventry Health Care of the Carolinas, Inc.

1156. Coventry Health Care of Virginia, Inc.

1157. Coventry Health Care of West Virginia, Inc.

1158. Coventry Health Care Workers Compensation, Inc.

1159. Coventry Health Care, Inc.

1160. Coventry Health of Michigan, Inc.

1161. Coventry Health Plan of Florida, Inc.

1162. Coventry Healthcare Management Corporation

1163. Coventry Independent Medical Exams of Texas, PA

1164. Coventry Lake CVS, Inc.

1165. Coventry Management Services, Inc.

1166. Coventry Merger Holdings, Inc.
1167. Coventry Merger Sub
1168. Coventry Prescription Management Services, Inc.
1169. Coventry Rehabilitation Services, Inc.
1170. Coventry Specialty Services, LLC
1171. Coventry Square CVS, Inc.
1172. Coventry Summit Health Plan, Inc.
1173. Coventry Transplant Network, Inc.
1174. CoventryCares of Michigan, Inc.
1175. Coviello Plaza CVS, Inc.
1176. Covina (Cal.) CVS, Inc.
1177. Covington CVS, Inc.
1178. Cox CVS, Inc.
1179. CP Acquisition Corp.
1180. CP Acquisition, LLC
1181. CP Red Springs NC 2008, LLC
1182. CP Services LLC
1183. CR 545 Davenport CVS, L.L.C.
1184. Crabapple CVS, Inc.
1185. Craig Road CVS, L.L.C.
1186. Cranberry CVS, Inc.
1187. Cranberry PA CVS, Inc.
1188. Cranberry Township CVS, Inc.
1189. Cranston Retailer, Inc.
1190. Cranston RI CVS, Inc.
1191. Cranston-Elmwood CVS, Inc.
1192. Cranston-Reservoir CVS, Inc.
1193. Cresco CVS, Inc.
1194. Cressona Mall CVS, Inc.
1195. Crest CVS, Inc.
1196. Crestwood KY CVS, Inc.
1197. Crismon Mesa CVS, L.L.C.
1198. Criterion Communications, Inc.
1199. Crofton MD CVS, L.L.C.
1200. Cromwell CT CVS, Inc.
1201. Cropsey Avenue CVS, L.L.C.
1202. Cross Keys Place CVS, Inc.
1203. Crossgates CVS Store, Inc.
1204. Crossroads Plaza CVS, Inc.
1205. Croton-On-Hudson CVS, L.L.C.
1206. Crowley TX CVS, L.P.
1207. Croydon CVS, Inc.
1208. Crystal Drive CVS, L.L.C.
1209. Crystal Lake CVS, L.L.C.
1210. Crystal Plaza CVS, Inc.,
1211. Crystal Waterford CVS, Inc.
1212. CSR, Inc.
1213. Cucamonga Foothill CVS, L.L.C.
1214. Culver City CVS, Inc.
1215. Cumberland Bear Hill CVS, Inc.
1216. Cumberland Church CVS, Inc.
1217. Cumberland Retailer, Inc.
1218. Cumming GA CVS, Inc.
1219. Cumru CVS, Inc.
1220. Curaflex Health Services
1221. Cuyahoga Oakwood CVS, Inc.
1222. CVS 1001 MA, L.L.C.
1223. CVS 10012 OK, L.L.C.
1224. CVS 10013 VA, L.L.C.
1225. CVS 10015 MA, L.L.C.
1226. CVS 10018 VA, L.L.C.
1227. CVS 10019 AR, L.L.C.
1228. CVS 10021 VA, L.L.C.
1229. CVS 10024 VA, L.L.C.
1230. CVS 10049 KY, L.L.C.
1231. CVS 10065 OK, L.L.C.
1232. CVS 10072 TN, L.L.C.
1233. CVS 10076 AL, L.L.C.
1234. CVS 10078 FL, L.L.C.
1235. CVS 10088 VA, L.L.C.
1236. CVS 10099 DE, L.L.C.
1237. CVS 10101 OK, L.L.C.
1238. CVS 10102 OK, L.L.C.
1239. CVS 10117 VA, L.L.C.
1240. CVS 10122 FL, L.L.C.
1241. CVS 10124 WV, L.L.C.
1242. CVS 10125 MA, L.L.C.
1243. CVS 10131 FL, L.L.C.
1244. CVS 10143 WI, L.L.C.
1245. CVS 10154 GA, L.L.C.
1246. CVS 10156 NC, L.L.C.
1247. CVS 10163 WI, L.L.C.
1248. CVS 10170 VA, L.L.C.
1249. CVS 10172 WI, L.L.C.

1250.  CVS 10175 OK, L.L.C
1251.  CVS 10196 MA, L.L.C.
1252.  CVS 10201 MN, L.L.C.
1253.  CVS 10202 VA, L.L.C.
1254.  CVS 10205 KY, L.L.C.
1255.  CVS 10206 AL, L.L.C.
1256.  CVS 10208 AL, L.L.C.
1257.  CVS 10209 OH, L.L.C.
1258.  CVS 10213 OK, L.L.C.
1259.  CVS 10214 OK, L.L.C.
1260.  CVS 10238 DE, L.L.C.
1261.  CVS 10242 NE, L.L.C.
1262.  CVS 10243 NE, L.L.C.
1263.  CVS 10246 OH, L.L.C.
1264.  CVS 10248 OH, L.L.C.
1265.  CVS 10251 VA, L.L.C.
1266.  CVS 10252 MN, L.L.C.
1267.  CVS 10255 AR, L.L.C.
1268.  CVS 10272 OK, L.L.C.
1269.  CVS 10273 OK, L.L.C.
1270.  CVS 10274 OK, L.L.C.
1271.  CVS 10275 OK, L.L.C.
1272.  CVS 10279 KY, L.L.C.
1273.  CVS 10286 VA, L.L.C.
1274.  CVS 10293 NE, L.L.C.
1275.  CVS 10320 VA, L.L.C.
1276.  CVS 10326 OK, L.L.C.
1277.  CVS 10346 FL, L.L.C.
1278.  CVS 10357 GA, L.L.C.
1279.  CVS 10358 GA, L.L.C.
1280.  CVS 10372 OH, L.L.C.
1281.  CVS 10374 OH, L.L.C.
1282.  CVS 10376 DE, L.L.C.
1283.  CVS 10396 MN, L.L.C.
1284.  CVS 1040 FL, L.L.C.
1285.  CVS 10408 AR, L.L.C.
1286.  CVS 10409 AR, L.L.C.
1287.  CVS 1041 MA, L.L.C.
1288.  CVS 10410 NE, L.L.C.
1289.  CVS 10411 WI, L.L.C.
1290.  CVS 10416 AL, L.L.C.
1291.  CVS 10419 WI, L.L.C.
1292.  CVS 10422 VA, L.L.C.

1293.  CVS 10430 AR, L.L.C.
1294.  CVS 10431 AR, L.L.C.
1295.  CVS 10432 AR, L.L.C.
1296.  CVS 10437 OK, L.L.C.
1297.  CVS 10441 NE, L.L.C.
1298.  CVS 10453 VA, L.L.C.
1299.  CVS 10454 VA, L.L.C.
1300.  CVS 10457 OH, L.L.C.
1301.  CVS 10501 MA, L.L.C.
1302.  CVS 10504 FL, L.L.C.
1303.  CVS 10515 TN, L.L.C.
1304.  CVS 10518 AR, L.L.C.
1305.  CVS 10519 AR, L.L.C.
1306.  CVS 10520 OK, L.L.C.
1307.  CVS 10533 WI, L.L.C.
1308.  CVS 10534 AR, L.L.C.
1309.  CVS 10539 AR, L.L.C.
1310.  CVS 10549 WI, L.L.C.
1311.  CVS 1055 FL, L.L.C.
1312.  CVS 10560 OK, L.L.C.
1313.  CVS 10561 OK, L.L.C.
1314.  CVS 10563 VA, L.L.C.
1315.  CVS 10566 WV, L.L.C.
1316.  CVS 10586 VA, L.L.C.
1317.  CVS 10589 GA, L.L.C.
1318.  CVS 1063 CA, L.L.C.
1319.  CVS 10644 FL, L.L.C.
1320.  CVS 10645 TN, L.L.C.
1321.  CVS 10666 AR, L.L.C.
1322.  CVS 10678 AR, L.L.C.
1323.  CVS 10683 KY, L.L.C.
1324.  CVS 10684 VA, L.L.C.
1325.  CVS 10746 VA, L.L.C.
1326.  CVS 10756 MN, L.L.C.
1327.  CVS 10768 VA, L.L.C.
1328.  CVS 10769 VA, L.L.C.
1329.  CVS 10770 VA, L.L.C.
1330.  CVS 10771 MN, L.L.C.
1331.  CVS 10772 WI, L.L.C.
1332.  CVS 10779 AR, L.L.C.
1333.  CVS 1078 IN, L.L.C.
1334.  CVS 10781 CO, L.L.C.
1335.  CVS 10782 CO, L.L.C.

1336.  CVS 10783 CO, L.L.C.
1337.  CVS 10784 CO, L.L.C.
1338.  CVS 10785 CO, L.L.C.
1339.  CVS 10787 SC, L.L.C.
1340.  CVS 10788 KY, L.L.C.
1341.  CVS 1079 GA, L.L.C.
1342.  CVS 10811 AL, L.L.C.
1343.  CVS 10812 KY, L.L.C.
1344.  CVS 10816 AR, L.L.C.
1345.  CVS 10830 CO, L.L.C.
1346.  CVS 10831 CO, L.L.C.
1347.  CVS 10836 MA, L.L.C.
1348.  CVS 10893 OH, L.L.C.
1349.  CVS 10898 AL, L.L.C.
1350.  CVS 10937 VA, L.L.C.
1351.  CVS 10949 TN, L.L.C.
1352.  CVS 10958 CO, L.L.C.
1353.  CVS 10967 VA, L.L.C.
1354.  CVS 10968 VA, L.L.C.
1355.  CVS 10975 AR, L.L.C.
1356.  CVS 10976 OK, L.L.C.
1357.  CVS 1099 LA, L.L.C.
1358.  CVS 10990 VA, L.L.C.
1359.  CVS 10992 VA, L.L.C.
1360.  CVS 10th Street, L.L.C.
1361.  CVS 11000 CO, L.L.C.
1362.  CVS 11001 CO, L.L.C.
1363.  CVS 11002 CO, L.L.C.
1364.  CVS 11016 AL, L.L.C.
1365.  CVS 11017 GA, L.L.C.
1366.  CVS 11019 KY, L.L.C.
1367.  CVS 11024 CO, L.L.C.
1368.  CVS 11056 VA, L.L.C.
1369.  CVS 11070 MN, L.L.C.
1370.  CVS 11083 VA, L.L.C.
1371.  CVS 11086 OH, L.L.C.
1372.  CVS 11089 KY, L.L.C.
1373.  CVS 11092 OK, L.L.C.
1374.  CVS 11093 AR, L.L.C.
1375.  CVS 11104 CO, L.L.C.
1376.  CVS 11105 CO, L.L.C.
1377.  CVS 11115 VA, L.L.C.
1378.  CVS 11138 CO, L.L.C.

1379.  CVS 1114 FL, L.L.C.
1380.  CVS 11155 OH, L.L.C.
1381.  CVS 11158 AR, L.L.C.
1382.  CVS 11179 VA, L.L.C.
1383.  CVS 1118 NY, L.L.C.
1384.  CVS 11233 VA, L.L.C.
1385.  CVS 1126 FL, L.L.C.
1386.  CVS 11288 MA, L.L.C.
1387.  CVS 113 FL, L.L.C.
1388.  CVS 1131 MA, L.L.C.
1389.  CVS 11337 CO, L.L.C.
1390.  CVS 1140 SC, L.L.C.
1391.  CVS 11450 SC LLC
1392.  CVS 115 W., L.L.C.
1393.  CVS 1150 MI, L.L.C.
1394.  CVS 1161 IL, L.L.C.
1395.  CVS 1172 IL, L.L.C.
1396.  CVS 1189 MA, L.L.C.
1397.  CVS 1194 SC, L.L.C.
1398.  CVS 12 VA, L.L.C.
1399.  CVS 1200 SC, L.L.C.
1400.  CVS 1218 NC, L.L.C.
1401.  CVS 1223 OH, L.L.C.
1402.  CVS 1246 NC, L.L.C.
1403.  CVS 1316 FL, L.L.C.
1404.  CVS 1359 GA, L.L.C.
1405.  CVS 1383 VA, L.L.C.
1406.  CVS 1420 GA, L.L.C.
1407.  CVS 1423 VA, L.L.C.
1408.  CVS 1427, L.L.C.
1409.  CVS 1428 WV, L.L.C.
1410.  CVS 1429 WV, L.L.C.
1411.  CVS 1435 MD, L.L.C.
1412.  CVS 1452 MD, L.L.C.
1413.  CVS 1461 MD, L.L.C.
1414.  CVS 1464 OH, L.L.C.
1415.  CVS 1481 MD, L.L.C.
1416.  CVS 1488 MD, L.L.C.
1417.  CVS 1501 MD, L.L.C.
1418.  CVS 1507 NV, L.L.C.
1419.  CVS 1515 MD, L.L.C.
1420.  CVS 1525 VA, L.L.C.
1421.  CVS 1534 VA, L.L.C.

1422. CVS 1538 VA, L.L.C.
1423. CVS 1547 VA, L.L.C.
1424. CVS 1550 VA, L.L.C.
1425. CVS 1553 VA, L.L.C.
1426. CVS 1556 VA, L.L.C.
1427. CVS 1557 VA, L.L.C.
1428. CVS 1561 VA, L.L.C.
1429. CVS 1589 MI, L.L.C.
1430. CVS 161 SC, L.L.C.
1431. CVS 1619 IL, L.L.C.
1432. CVS 1643 NC, L.L.C.
1433. CVS 1674 NC, L.L.C.
1434. CVS 1741 TN, L.L.C.
1435. CVS 1742 NC, L.L.C.
1436. CVS 1743 AZ, L.L.C.
1437. CVS 1748 MI, L.L.C.
1438. CVS 1752 NC, L.L.C.
1439. CVS 1756 OH, L.L.C.
1440. CVS 1758 MI, L.L.C.
1441. CVS 1769 FL, L.L.C.
1442. CVS 1777 AL, L.L.C.
1443. CVS 1782 NJ, L.L.C.
1444. CVS 1786 MA, L.L.C.
1445. CVS 1798 VA, L.L.C.
1446. CVS 180 SC, L.L.C.
1447. CVS 1803 MA, L.L.C.
1448. CVS 1815 FL, L.L.C.
1449. CVS 1836 VA, L.L.C.
1450. CVS 1844 MA, L.L.C.
1451. CVS 1867 MA, L.L.C.
1452. CVS 1874 MA, L.L.C.
1453. CVS 1933 LA, L.L.C.
1454. CVS 1944 NC, L.L.C.
1455. CVS 1978 VA, L.L.C.
1456. CVS 1979 VA, L.L.C.
1457. CVS 1991 VA, L.L.C.
1458. CVS 20 MA, L.L.C.
1459. CVS 2003 VA, L.L.C.
1460. CVS 2004 VA, L.L.C.
1461. CVS 2019 VA, L.L.C.
1462. CVS 2033 MD, L.L.C.
1463. CVS 2048 RI, L.L.C.
1464. CVS 205 SC, L.L.C.
1465. CVS 2065 RI, L.L.C.
1466. CVS 2105 GA, L.L.C.
1467. CVS 211 MI, L.L.C.
1468. CVS 2148 WV, L.L.C.
1469. CVS 2212 GA, L.L.C.
1470. CVS 2214 WI, L.L.C.
1471. CVS 2276 MN, L.L.C.
1472. CVS 2315 VA, L.L.C.
1473. CVS 232 NY, L.L.C.
1474. CVS 2386 TN, L.L.C.
1475. CVS 244 MD, L.L.C.
1476. CVS 2446 SC, L.L.C.
1477. CVS 2489 OK, L.L.C.
1478. CVS 249 First Avenue, L.L.C.
1479. CVS 2497 SC, L.L.C.
1480. CVS 2512 OK, L.L.C.
1481. CVS 2522 Baltimore, L.L.C.
1482. CVS 2538 NC, L.L.C.
1483. CVS 2544 GA, L.L.C.
1484. CVS 2544 Peachtree, L.L.C.
1485. CVS 2545 CT, L.L.C.
1486. CVS 2548 NC, L.L.C.
1487. CVS 2555 SC, L.L.C.
1488. CVS 2593 GA, L.L.C.
1489. CVS 264 NJ, L.L.C.
1490. CVS 266 LA, L.L.C.
1491. CVS 26th Street, L.L.C.
1492. CVS 2721 NY, L.L.C.
1493. CVS 2723 NJ, L.L.C.
1494. CVS 2731 Clearwater, L.L.C.
1495. CVS 2732 Hollywood, L.L.C.
1496. CVS 2747 FL, L.L.C.
1497. CVS 2758 Margate, L.L.C.
1498. CVS 2759 St. Petersburg, L.L.C.
1499. CVS 2760 Tampa, L.L.C.
1500. CVS 2767 Pinellas Park, L.L.C.
1501. CVS 2776 VA, L.L.C.
1502. CVS 2786 IL, L.L.C.
1503. CVS 2788 Buffalo Grove, L.L.C.
1504. CVS 2790 Evergreen, L.L.C.
1505. CVS 2797 Niles, L.L.C.
1506. CVS 2798 Chicago, L.L.C.
1507. CVS 2799 Mt. Prospect, L.L.C.

1508. CVS 2803 Tampa, L.L.C.
1509. CVS 2805 Lauderhill, L.L.C.
1510. CVS 2806 Orlando, L.L.C.
1511. CVS 2809 IL, L.L.C.
1512. CVS 2825 Brandon, L.L.C.
1513. CVS 2827 Hillside, L.L.C.
1514. CVS 2829 FL, L.L.C.
1515. CVS 2842 Palm Harbor, L.L.C.
1516. CVS 2844 Chicago, L.L.C.
1517. CVS 2846 Chicago, L.L.C.
1518. CVS 2863 Rolling Meadows, L.L.C.
1519. CVS 2868 Tinton Falls, L.L.C.
1520. CVS 2873 St. Petersburg, L.L.C.
1521. CVS 2874 Clearwater, L.L.C.
1522. CVS 2875 Tampa, L.L.C.
1523. CVS 2881 Randolph, L.L.C.
1524. CVS 2893 Miami, L.L.C.
1525. CVS 2895 Miami, L.L.C.
1526. CVS 2898 Tampa, L.L.C.
1527. CVS 28th and Eastern, Inc.
1528. CVS 2901 Waukegan, L.L.C.
1529. CVS 2903 Downers Grove, L.L.C.
1530. CVS 2904 FL, L.L.C.
1531. CVS 2935 IL, L.L.C.
1532. CVS 2936 Joliet, L.L.C.
1533. CVS 2942 Chicago, L.L.C.
1534. CVS 2948 Henderson, L.L.C.
1535. CVS 2949 East Hanover, L.L.C.
1536. CVS 2964 Maineville, L.L.C.
1537. CVS 2966 FL, L.L.C.
1538. CVS 2972 Philadelphia, L.L.C.
1539. CVS 2974 MD, L.L.C.
1540. CVS 2976 General, Inc.
1541. CVS 2977 General, Inc.
1542. CVS 2979 General, Inc.
1543. CVS 2986 Lincoln Drive, L.L.C.
1544. CVS 2987 Lincoln Park, L.L.C.
1545. CVS 2987 NJ, L.L.C.
1546. CVS 2988 General, Inc.
1547. CVS 2989 Las Vegas, L.L.C.
1548. CVS 2990 Las Vegas, L.L.C.
1549. CVS 2991 General, Inc.
1550. CVS 3005 General, Inc.
1551. CVS 3006 General, Inc.
1552. CVS 3007 General, Inc.
1553. CVS 301 MA, L.L.C.
1554. CVS 3010 Setauket, L.L.C.
1555. CVS 3038 DE, L.L.C.
1556. CVS 304 FL, L.L.C.
1557. CVS 3042 DE, L.L.C.
1558. CVS 3048 VA, L.L.C.
1559. CVS 3052 VA, L.L.C.
1560. CVS 3082 GA, L.L.C.
1561. CVS 3086 GA, L.L.C.
1562. CVS 3088 OH, L.L.C.
1563. CVS 3114 FL, L.L.C.
1564. CVS 3121 FL, L.L.C.
1565. CVS 3126 FL, L.L.C.
1566. CVS 3134 General, Inc.
1567. CVS 3136 North Arlington, L.L.C.
1568. CVS 3140 Torresdale, L.L.C.
1569. CVS 3143 Chandler, L.L.C.
1570. CVS 316 MA, L.L.C.
1571. CVS 3163 IL, L.L.C.
1572. CVS 3163 Oak Park, L.L.C.
1573. CVS 317 NC, L.L.C.
1574. CVS 3172 Las Vegas, L.L.C.
1575. CVS 3173 General, Inc.
1576. CVS 3176 General, Inc.
1577. CVS 3177 General, Inc.
1578. CVS 3178 General, Inc.
1579. CVS 3180 General, Inc.
1580. CVS 3181 General, Inc.
1581. CVS 3186 WV, L.L.C.
1582. CVS 3190 General, Inc.
1583. CVS 31st Street Astoria, L.L.C.
1584. CVS 320 Fifth Avenue, L.L.C.
1585. CVS 320 NJ, L.L.C.
1586. CVS 3200 General, Inc.
1587. CVS 3205 MN, L.L.C.
1588. CVS 3207 General, Inc.
1589. CVS 3210 Las Vegas, L.L.C.
1590. CVS 3226 FL, L.L.C.
1591. CVS 3227 FL, L.L.C.
1592. CVS 3231 DE, L.L.C.

1593. CVS 3231 FL, L.L.C.
1594. CVS 3232 NC, L.L.C.
1595. CVS 3245 FL, L.L.C.
1596. CVS 3249 FL, L.L.C.
1597. CVS 3250 FL, L.L.C.
1598. CVS 3257 FL, L.L.C.
1599. CVS 326 RI, L.L.C.
1600. CVS 3264 Phoenix, L.L.C.
1601. CVS 3268 Gilbert, L.L.C.
1602. CVS 3269 FL, L.L.C.
1603. CVS 3271 FL, L.L.C.
1604. CVS 3274 FL, L.L.C.
1605. CVS 3285 FL, L.L.C.
1606. CVS 3292 General, Inc.
1607. CVS 3295 General, Inc.
1608. CVS 3301 OH, L.L.C.
1609. CVS 3318 FL, L.L.C.
1610. CVS 3320 OH, L.L.C.
1611. CVS 3321 OH, L.L.C.
1612. CVS 3336 VA, L.L.C.
1613. CVS 3338 OH, L.L.C.
1614. CVS 3340 OH, L.L.C.
1615. CVS 3343 OH, L.L.C.
1616. CVS 3346 OH, L.L.C.
1617. CVS 3348 GA, L.L.C.
1618. CVS 3350 MN, L.L.C.
1619. CVS 3353 OH, L.L.C.
1620. CVS 3356 OH, L.L.C.
1621. CVS 3380 SC, L.L.C.
1622. CVS 3381 OH, L.L.C.
1623. CVS 3395 FL, L.L.C.
1624. CVS 3396 VA, L.L.C.
1625. CVS 3397 VA, L.L.C.
1626. CVS 3407 OH, L.L.C.
1627. CVS 3416 OH, L.L.C.
1628. CVS 3418 FL, L.L.C.
1629. CVS 3432 OH, L.L.C.
1630. CVS 3435 NC, L.L.C.
1631. CVS 3436 Mesa, L.L.C.
1632. CVS 3452 OH, L.L.C.
1633. CVS 3457 OH, L.L.C.
1634. CVS 3460 VA, L.L.C.
1635. CVS 3468 OH, L.L.C.

1636. CVS 3471 OH, L.L.C.
1637. CVS 3472 OH, L.L.C.
1638. CVS 3474 OH, L.L.C.
1639. CVS 3475 WV, L.L.C.
1640. CVS 3492 Orlando, L.L.C.
1641. CVS 3502 VA, L.L.C.
1642. CVS 3503 VA, L.L.C.
1643. CVS 3515 VA, L.L.C.
1644. CVS 3519 FL, L.L.C.
1645. CVS 352 MD, L.L.C.
1646. CVS 3521 VA, L.L.C.
1647. CVS 3527 NC, L.L.C.
1648. CVS 3537 SC, L.L.C.
1649. CVS 3543 SC, L.L.C.
1650. CVS 3558 NV, L.L.C.
1651. CVS 3560 SC, L.L.C.
1652. CVS 3563 NC, L.L.C.
1653. CVS 3569 NC, L.L.C.
1654. CVS 3574 NC, L.L.C.
1655. CVS 3591 FL, L.L.C.
1656. CVS 3593 NC, L.L.C.
1657. CVS 3597 SC, L.L.C.
1658. CVS 3617 Forks Township, L.L.C.
1659. CVS 3625 AZ, L.L.C.
1660. CVS 3625 Phoenix, L.L.C.
1661. CVS 3643 NC, L.L.C.
1662. CVS 3652 FL, L.L.C.
1663. CVS 3661 FL, L.L.C.
1664. CVS 3663 FL, L.L.C.
1665. CVS 3667 FL, L.L.C.
1666. CVS 3671 FL, L.L.C.
1667. CVS 3693 General, Inc.
1668. CVS 3699 General, Inc.
1669. CVS 3701 General, Inc.
1670. CVS 3702 General, Inc.
1671. CVS 3707 General, Inc.
1672. CVS 3708 General, Inc.
1673. CVS 3711 NC, L.L.C.
1674. CVS 3718 General, Inc.
1675. CVS 3722 FL, L.L.C.
1676. CVS 3724 General, Inc.
1677. CVS 3728 TN, L.L.C.
1678. CVS 373 MA, L.L.C.

1679.  CVS 3743 TN, L.L.C.
1680.  CVS 3745 Peoria, L.L.C.
1681.  CVS 3749 AZ, L.L.C.
1682.  CVS 3749 Goodyear, L.L.C.
1683.  CVS 3753 FL, L.L.C.
1684.  CVS 3755 St. Petersburg, L.L.C.
1685.  CVS 3760 GA, L.L.C.
1686.  CVS 3762 TN, L.L.C.
1687.  CVS 3766 Dacula, L.L.C.
1688.  CVS 3767 GA, L.L.C.
1689.  CVS 3769, L.L.C.
1690.  CVS 3771 GA, L.L.C.
1691.  CVS 3778 GA, L.L.C.
1692.  CVS 3791 TN, L.L.C.
1693.  CVS 3805 SC, L.L.C.
1694.  CVS 3818 FL, L.L.C.
1695.  CVS 3821 SC, L.L.C.
1696.  CVS 3831 NC, L.L.C.
1697.  CVS 3833 NC, L.L.C.
1698.  CVS 3850 SC, L.L.C.
1699.  CVS 386 TN, L.L.C.
1700.  CVS 3861 SC, L.L.C.
1701.  CVS 3863 SC, L.L.C.
1702.  CVS 3869 SC, L.L.C.
1703.  CVS 3874 GA, L.L.C.
1704.  CVS 3892 SC, L.L.C.
1705.  CVS 3893 VA, L.L.C.
1706.  CVS 3895 NC, L.L.C.
1707.  CVS 3897 General, Inc.
1708.  CVS 3900 General, Inc.
1709.  CVS 3919 FL, L.L.C.
1710.  CVS 3921 FL, L.L.C.
1711.  CVS 3922 VA, L.L.C.
1712.  CVS 3923 FL, L.L.C.
1713.  CVS 3949 VA, L.L.C.
1714.  CVS 3965 AZ, L.L.C.
1715.  CVS 3965 Chandler, L.L.C.
1716.  CVS 3967 AZ, L.L.C.
1717.  CVS 397 RI, L.L.C.
1718.  CVS 3973 NC, L.L.C.
1719.  CVS 3980 OH, L.L.C.
1720.  CVS 3987 NC, L.L.C.
1721.  CVS 3988 NC, L.L.C.
1722.  CVS 4005 FL, L.L.C.
1723.  CVS 4009 FL, L.L.C.
1724.  CVS 4015 FL, L.L.C.
1725.  CVS 4016 MA, L.L.C.
1726.  CVS 4025 FL, L.L.C.
1727.  CVS 4073 MA, L.L.C.
1728.  CVS 4083 Largo, L.L.C.
1729.  CVS 4099 FL, L.L.C.
1730.  CVS 410 FL, L.L.C.
1731.  CVS 4110 TN, L.L.C.
1732.  CVS 4135 NC, L.L.C.
1733.  CVS 4139 FL, L.L.C.
1734.  CVS 4143 MA, L.L.C.
1735.  CVS 4146 FL, L.L.C.
1736.  CVS 4153 SC, L.L.C.
1737.  CVS 4155 FL, L.L.C.
1738.  CVS 4164 GA, L.L.C.
1739.  CVS 4175 VA, L.L.C.
1740.  CVS 4176 NC, L.L.C.
1741.  CVS 4178 GA, L.L.C.
1742.  CVS 4194 VA, L.L.C.
1743.  CVS 4203 GA, L.L.C.
1744.  CVS 4206 GA, L.L.C.
1745.  CVS 421 FL, L.L.C.
1746.  CVS 4220 MD, L.L.C.
1747.  CVS 4225 MD, L.L.C.
1748.  CVS 4226 FL, L.L.C.
1749.  CVS 4237 VA, L.L.C.
1750.  CVS 4240 TN, L.L.C.
1751.  CVS 4244 WV, L.L.C.
1752.  CVS 4251 GA, L.L.C.
1753.  CVS 4255 GA, L.L.C.
1754.  CVS 4262 IL, L.L.C.
1755.  CVS 4269 Geneva, L.L.C.
1756.  CVS 427 NC, L.L.C.
1757.  CVS 4272 General, Inc.
1758.  CVS 4278 General, Inc.
1759.  CVS 4284 NC, L.L.C.
1760.  CVS 4285 VA, L.L.C.
1761.  CVS 4290 NC, L.L.C.
1762.  CVS 4292 VA, L.L.C.
1763.  CVS 4293 NC, L.L.C.
1764.  CVS 4297 NC, L.L.C.

1765.  CVS 4298 NC, L.L.C.
1766.  CVS 4300 OH, L.L.C.
1767.  CVS 4307 General, Inc.
1768.  CVS 433 MA, L.L.C.
1769.  CVS 4331 OH, L.L.C.
1770.  CVS 4335 VA, L.L.C.
1771.  CVS 4337 GA, L.L.C.
1772.  CVS 4363 VA, L.L.C.
1773.  CVS 4365 TN, L.L.C.
1774.  CVS 4366 OH, L.L.C.
1775.  CVS 4371 MD, L.L.C.
1776.  CVS 4374 NC, L.L.C.
1777.  CVS 4379 NC, L.L.C.
1778.  CVS 4380 WI, L.L.C.
1779.  CVS 4383 General, Inc.
1780.  CVS 4397 General, Inc.
1781.  CVS 4404 GA, L.L.C.
1782.  CVS 4415 FL, L.L.C.
1783.  CVS 4419 WV, L.L.C.
1784.  CVS 4421 TN, L.L.C.
1785.  CVS 4424 GA, L.L.C.
1786.  CVS 4427 General, Inc.
1787.  CVS 4428 TN, L.L.C.
1788.  CVS 4444 NC, L.L.C.
1789.  CVS 4456 General, Inc.
1790.  CVS 4458 FL, L.L.C.
1791.  CVS 447 MA, L.L.C.
1792.  CVS 4474 General, Inc.
1793.  CVS 4480 FL, L.L.C.
1794.  CVS 4485 FL, L.L.C.
1795.  CVS 449 MA, L.L.C.
1796.  CVS 4506 GA, L.L.C.
1797.  CVS 4514 GA, L.L.C.
1798.  CVS 4519 MS, L.L.C.
1799.  CVS 452 MD, L.L.C.
1800.  CVS 4523 SC, L.L.C.
1801.  CVS 4532 GA, L.L.C.
1802.  CVS 4533 TN, L.L.C.
1803.  CVS 4534 GA, L.L.C.
1804.  CVS 4536 MS, L.L.C.
1805.  CVS 4540 GA, L.L.C.
1806.  CVS 4544 RI, L.L.C.
1807.  CVS 4545 GA, L.L.C.

1808.  CVS 4551 OH, L.L.C.
1809.  CVS 4556 GA, L.L.C.
1810.  CVS 4564 GA, L.L.C.
1811.  CVS 4565 GA, L.L.C.
1812.  CVS 4567 GA, L.L.C.
1813.  CVS 4569 GA, L.L.C.
1814.  CVS 4571 GA, L.L.C.
1815.  CVS 4572 OH, L.L.C.
1816.  CVS 4573 MN, L.L.C.
1817.  CVS 4576 GA, L.L.C.
1818.  CVS 4578 MN, L.L.C.
1819.  CVS 4579 GA, L.L.C.
1820.  CVS 4582 GA, L.L.C.
1821.  CVS 4583 GA, L.L.C.
1822.  CVS 4589 GA, L.L.C.
1823.  CVS 4593 GA, L.L.C.
1824.  CVS 4600 GA, L.L.C.
1825.  CVS 4603 GA, L.L.C.
1826.  CVS 4605 OH, L.L.C.
1827.  CVS 4620 NC, L.L.C.
1828.  CVS 4628 SC, L.L.C.
1829.  CVS 4629 FL, L.L.C.
1830.  CVS 4631 MI, L.L.C.
1831.  CVS 4639 FL, L.L.C.
1832.  CVS 4668 GA, L.L.C.
1833.  CVS 4669 GA, L.L.C.
1834.  CVS 467 AL, L.L.C.
1835.  CVS 4672 GA, L.L.C.
1836.  CVS 4678 GA, L.L.C.
1837.  CVS 4695 GA, L.L.C.
1838.  CVS 47 MS, L.L.C.
1839.  CVS 4706 General, Inc.
1840.  CVS 4721 GA, L.L.C.
1841.  CVS 4738 FL, L.L.C.
1842.  CVS 4765 GA, L.L.C.
1843.  CVS 4767 AL, L.L.C.
1844.  CVS 4769 FL, L.L.C.
1845.  CVS 4769 SC, L.L.C.
1846.  CVS 4772 East Vincent, L.L.C.
1847.  CVS 4773 Gilbertsville, L.L.C.
1848.  CVS 4777 General, Inc.
1849.  CVS 4778 IL, L.L.C.
1850.  CVS 4784 NV, L.L.C

1851. CVS 4785 FL, L.L.C.
1852. CVS 4794 General, Inc.
1853. CVS 4795 AZ, L.L.C.
1854. CVS 4797 FL, L.L.C.
1855. CVS 4803 OH, L.L.C.
1856. CVS 4807 OH, L.L.C.
1857. CVS 4811 OH, L.L.C.
1858. CVS 4822 AL, L.L.C.
1859. CVS 4823 AL, L.L.C.
1860. CVS 4826 AL, L.L.C.
1861. CVS 4832 AL, L.L.C.
1862. CVS 4833 AL, L.L.C.
1863. CVS 4834 AL, L.L.C.
1864. CVS 4838 AL, L.L.C.
1865. CVS 4840 AL, L.L.C.
1866. CVS 4842 AL, L.L.C.
1867. CVS 4843 AL, L.L.C.
1868. CVS 4846 NC, L.L.C.
1869. CVS 4847 AL, L.L.C.
1870. CVS 4853 AL, L.L.C.
1871. CVS 4854 AL, L.L.C.
1872. CVS 4855 AL, L.L.C.
1873. CVS 4858 AL, L.L.C.
1874. CVS 4861 AL, L.L.C.
1875. CVS 4863 AL, L.L.C.
1876. CVS 4866 AL, L.L.C.
1877. CVS 4882 AL, L.L.C.
1878. CVS 4888 AL, L.L.C.
1879. CVS 4889 AL, L.L.C.
1880. CVS 4893 AL, L.L.C.
1881. CVS 4896 OK, L.L.C.
1882. CVS 4900 AL, L.L.C.
1883. CVS 4902 AL, L.L.C.
1884. CVS 4905 AL, L.L.C.
1885. CVS 4921 DE, L.L.C.
1886. CVS 4925 AL, L.L.C.
1887. CVS 4931 AL, L.L.C.
1888. CVS 4936 AL, L.L.C.
1889. CVS 4938 AL, L.L.C.
1890. CVS 4941 AL, L.L.C.
1891. CVS 4944 AL, L.L.C.
1892. CVS 4946 AL, L.L.C.
1893. CVS 4947 AL, L.L.C.

1894. CVS 4948 AL, L.L.C.
1895. CVS 4960 AL, L.L.C.
1896. CVS 4976 AL, L.L.C.
1897. CVS 4977 IL, L.L.C.
1898. CVS 4978 IL, L.L.C.
1899. CVS 4981 IL, L.L.C.
1900. CVS 4981 MA, L.L.C.
1901. CVS 4982 IN, L.L.C.
1902. CVS 4983 General, Inc.
1903. CVS 4985 General, Inc.
1904. CVS 4987 FL, L.L.C.
1905. CVS 4989 FL, L.L.C.
1906. CVS 4990 TN, L.L.C.
1907. CVS 4992 TN, L.L.C.
1908. CVS 4993 FL, L.L.C.
1909. CVS 4993 MS, L.L.C.
1910. CVS 4994 Miami, L.L.C.
1911. CVS 4995 IL, L.L.C.
1912. CVS 4996 WI, L.L.C.
1913. CVS 4997 FL, L.L.C.
1914. CVS 4998 Melbourne, L.L.C.
1915. CVS 4999 Suntree, L.L.C.
1916. CVS 5004 FL, L.L.C.
1917. CVS 5006 FL, L.L.C.
1918. CVS 5012 CA, L.L.C.
1919. CVS 5018 TN, L.L.C.
1920. CVS 5021 VA, L.L.C.
1921. CVS 5029 AZ, L.L.C.
1922. CVS 5041 FL, L.L.C.
1923. CVS 5044 SC, L.L.C.
1924. CVS 506 NJ, L.L.C.
1925. CVS 5060 OH, L.L.C.
1926. CVS 5089 NY, L.L.C.
1927. CVS 5111 FL, L.L.C.
1928. CVS 5112 FL, L.L.C.
1929. CVS 5113 NV, L.L.C.
1930. CVS 5116 FL, L.L.C.
1931. CVS 5122 FL, L.L.C.
1932. CVS 5127 FL, L.L.C.
1933. CVS 5128 NJ, L.L.C.
1934. CVS 5131 AZ, L.L.C.
1935. CVS 5144 NV, L.L.C.
1936. CVS 5146 FL, L.L.C.

1937.  CVS 516 VA, L.L.C.
1938.  CVS 5165 FL, L.L.C.
1939.  CVS 5168 MS, L.L.C.
1940.  CVS 5172 FL, L.L.C.
1941.  CVS 5177 FL, L.L.C.
1942.  CVS 5180 FL, L.L.C.
1943.  CVS 5182 FL, L.L.C.
1944.  CVS 5206 IN, L.L.C.
1945.  CVS 5213 IL, L.L.C.
1946.  CVS 5225 General, Inc.
1947.  CVS 5255 General, Inc.
1948.  CVS 5258 General, Inc.
1949.  CVS 5259 General, Inc.
1950.  CVS 5260 General, Inc.
1951.  CVS 5267 General, Inc.
1952.  CVS 5269 General, Inc.
1953.  CVS 5271 KS, L.L.C.
1954.  CVS 5273 General, Inc.
1955.  CVS 5278 LA, L.L.C.
1956.  CVS 5282 LA, L.L.C.
1957.  CVS 5286 NV, L.L.C.
1958.  CVS 5294 LA, L.L.C.
1959.  CVS 530 NY, L.L.C.
1960.  CVS 5306 LA, L.L.C.
1961.  CVS 5320 General, Inc.
1962.  CVS 5323 LA, L.L.C.
1963.  CVS 5325 LA, L.L.C.
1964.  CVS 5328 General, Inc.
1965.  CVS 5339 General, Inc.
1966.  CVS 5346 General, Inc.
1967.  CVS 5347 General, Inc.
1968.  CVS 5352 GA, L.L.C.
1969.  CVS 5353 GA, L.L.C.
1970.  CVS 5354 LA, L.L.C.
1971.  CVS 5355 GA, L.L.C.
1972.  CVS 5356 GA, L.L.C.
1973.  CVS 5374 LA, L.L.C.
1974.  CVS 5375 FL, L.L.C.
1975.  CVS 5379 NC, L.L.C.
1976.  CVS 5382 IL, L.L.C.
1977.  CVS 5384 NC, L.L.C.
1978.  CVS 5388 General, Inc.
1979.  CVS 5396 LA, L.L.C.

1980.  CVS 540 Amsterdam Avenue, L.L.C.
1981.  CVS 5413 AL, L.L.C.
1982.  CVS 5418 GA, L.L.C.
1983.  CVS 5419 SC, L.L.C.
1984.  CVS 5420 NC, L.L.C.
1985.  CVS 5425 OH, L.L.C.
1986.  CVS 5426 OH, L.L.C.
1987.  CVS 5432 LA, L.L.C.
1988.  CVS 5439 FL, L.L.C.
1989.  CVS 5444 GA, L.L.C.
1990.  CVS 5444 General, Inc.
1991.  CVS 5448 FL, L.L.C.
1992.  CVS 5457 OH, L.L.C.
1993.  CVS 5458 OH, L.L.C.
1994.  CVS 5460 MD, L.L.C.
1995.  CVS 5461 NJ, L.L.C.
1996.  CVS 5466 FL, L.L.C.
1997.  CVS 5466 IL, L.L.C.
1998.  CVS 5467 IL, L.L.C.
1999.  CVS 5467 VA, L.L.C.
2000.  CVS 5468 FL, L.L.C.
2001.  CVS 5469 LA, L.L.C.
2002.  CVS 5472 MN, L.L.C.
2003.  CVS 5476 SC, L.L.C.
2004.  CVS 5477 AZ, L.L.C.
2005.  CVS 5488 FL, L.L.C.
2006.  CVS 5492 MN, L.L.C.
2007.  CVS 5501 VA, L.L.C.
2008.  CVS 5507 VA, L.L.C.
2009.  CVS 5523 GA, L.L.C.
2010.  CVS 5535 WI, L.L.C.
2011.  CVS 5536 SC, L.L.C.
2012.  CVS 5537 NC, L.L.C.
2013.  CVS 5542 SC, L.L.C.
2014.  CVS 5544 LA, L.L.C.
2015.  CVS 5545 NC, L.L.C.
2016.  CVS 5548 SC, L.L.C.
2017.  CVS 5552 SC, L.L.C.
2018.  CVS 5554 LA, L.L.C.
2019.  CVS 5555 SC, L.L.C.
2020.  CVS 5565 NC, L.L.C.
2021.  CVS 5568 NC, L.L.C.

2022.  CVS 5575 SC, L.L.C.
2023.  CVS 5577 NC, L.L.C.
2024.  CVS 5582 VA, L.L.C.
2025.  CVS 5585 NC, L.L.C.
2026.  CVS 5586 NC, L.L.C.
2027.  CVS 5589 FL, L.L.C.
2028.  CVS 5592 NC, L.L.C.
2029.  CVS 5594 NC, L.L.C.
2030.  CVS 5595 NC, L.L.C.
2031.  CVS 5598 SC, L.L.C.
2032.  CVS 5599 LA, L.L.C.
2033.  CVS 56 FL, L.L.C.
2034.  CVS 5604 MS, L.L.C.
2035.  CVS 5606 GA, L.L.C.
2036.  CVS 5608 GA, L.L.C.
2037.  CVS 5612 LA, L.L.C.
2038.  CVS 5613 GA, L.L.C.
2039.  CVS 5616 MN, L.L.C.
2040.  CVS 5617 LA, L.L.C.
2041.  CVS 5618 GA, L.L.C.
2042.  CVS 5622 GA, L.L.C.
2043.  CVS 5625 MO, L.L.C.
2044.  CVS 5626 GA, L.L.C.
2045.  CVS 5631 GA, L.L.C.
2046.  CVS 5657 General, Inc.
2047.  CVS 5660 FL, L.L.C.
2048.  CVS 5662 General, Inc.
2049.  CVS 5666 OH, L.L.C.
2050.  CVS 5667 General, Inc.
2051.  CVS 5668 TN, L.L.C.
2052.  CVS 5669 General, Inc.
2053.  CVS 5670 General, Inc.
2054.  CVS 5674 FL, L.L.C.
2055.  CVS 5676 General, Inc.
2056.  CVS 5677 IL, L.L.C.
2057.  CVS 5680 GA, L.L.C.
2058.  CVS 5683 GA, L.L.C.
2059.  CVS 5684 GA, L.L.C.
2060.  CVS 5685 General, Inc.
2061.  CVS 5689 General, Inc.
2062.  CVS 5690 General, Inc.
2063.  CVS 5694 TN, L.L.C.
2064.  CVS 5695 General, Inc.
2065.  CVS 5696 General, Inc.
2066.  CVS 5702 General, Inc.
2067.  CVS 5704 GA, L.L.C.
2068.  CVS 5718 General, Inc.
2069.  CVS 5729 VA, L.L.C.
2070.  CVS 5736 VA, L.L.C.
2071.  CVS 5740 MS, L.L.C.
2072.  CVS 5750 VA, L.L.C.
2073.  CVS 5758 IL, L.L.C.
2074.  CVS 5767 NJ, L.L.C.
2075.  CVS 5769 IL, L.L.C.
2076.  CVS 5774 IL, L.L.C.
2077.  CVS 5777 MS, L.L.C.
2078.  CVS 5779 AZ, L.L.C.
2079.  CVS 5781 IN, L.L.C.
2080.  CVS 5782 FL, L.L.C.
2081.  CVS 5783 IL, L.L.C.
2082.  CVS 5784 FL, L.L.C.
2083.  CVS 5785 FL, L.L.C.
2084.  CVS 5786 FL, L.L.C.
2085.  CVS 5790 VA, L.L.C.
2086.  CVS 5791 AZ, L.L.C.
2087.  CVS 5792 NV, L.L.C.
2088.  CVS 5793 AZ, L.L.C.
2089.  CVS 5794 AZ, L.L.C.
2090.  CVS 5797 IL, L.L.C.
2091.  CVS 5799 General, Inc.
2092.  CVS 5800 General, Inc.
2093.  CVS 5801 MS, L.L.C.
2094.  CVS 5802 VA, L.L.C.
2095.  CVS 5804 General, Inc.
2096.  CVS 5805 General, Inc.
2097.  CVS 5807 General, Inc.
2098.  CVS 5811 NV, L.L.C.
2099.  CVS 5812 AZ, L.L.C.
2100.  CVS 5814 AZ, L.L.C.
2101.  CVS 5815 FL, L.L.C.
2102.  CVS 5816 FL, L.L.C.
2103.  CVS 582 MA, L.L.C.
2104.  CVS 5821 FL, L.L.C.
2105.  CVS 5822 IL, L.L.C.
2106.  CVS 5828 CA, L.L.C.
2107.  CVS 5829 IL, L.L.C.

2108.  CVS 5831 NJ, L.L.C.
2109.  CVS 5832 FL, L.L.C.
2110.  CVS 5833 General, Inc.
2111.  CVS 5835 MS, L.L.C.
2112.  CVS 5838 General, Inc.
2113.  CVS 5839 General, Inc.
2114.  CVS 5840 General, Inc.
2115.  CVS 5843 General, Inc.
2116.  CVS 5844 General, Inc.
2117.  CVS 5849 AZ, L.L.C.
2118.  CVS 585 AL, L.L.C.
2119.  CVS 5850 MS, L.L.C.
2120.  CVS 5851 IL, L.L.C.
2121.  CVS 5852 FL, L.L.C.
2122.  CVS 5853 FL, L.L.C.
2123.  CVS 5854 FL, L.L.C.
2124.  CVS 5856 FL, L.L.C.
2125.  CVS 5856 MA, L.L.C.
2126.  CVS 5857 FL, L.L.C.
2127.  CVS 5859 FL, L.L.C.
2128.  CVS 5864 FL, L.L.C.
2129.  CVS 5867 NJ, L.L.C.
2130.  CVS 5869 General, Inc.
2131.  CVS 5870 MS, L.L.C.
2132.  CVS 5872 NJ, L.L.C.
2133.  CVS 5875 MD, L.L.C.
2134.  CVS 5877 General, Inc.
2135.  CVS 5878 MS, L.L.C.
2136.  CVS 5880 General, Inc.
2137.  CVS 5881 General, Inc.
2138.  CVS 5882 General, Inc.
2139.  CVS 5883 MS, L.L.C.
2140.  CVS 5884 General, Inc.
2141.  CVS 5886 NC, L.L.C.
2142.  CVS 5887 General, Inc.
2143.  CVS 5889 CA, L.L.C.
2144.  CVS 5890 AZ, L.L.C.
2145.  CVS 5891 AZ, L.L.C.
2146.  CVS 5892 AZ, L.L.C.
2147.  CVS 5893 AZ, L.L.C.
2148.  CVS 5894 General, Inc.
2149.  CVS 5895 General, Inc.
2150.  CVS 5896 General, Inc.

2151.  CVS 5897 FL, L.L.C.
2152.  CVS 5899 FL, L.L.C.
2153.  CVS 590 RI, L.L.C.
2154.  CVS 5901 FL, L.L.C.
2155.  CVS 5906 General, Inc.
2156.  CVS 5907 General, Inc.
2157.  CVS 5909 MD, L.L.C.
2158.  CVS 5910 General, Inc.
2159.  CVS 5912 FL, L.L.C.
2160.  CVS 5914 IL, L.L.C.
2161.  CVS 5915 IL, L.L.C.
2162.  CVS 5917 FL, L.L.C.
2163.  CVS 5919 FL, L.L.C.
2164.  CVS 5928 VA, L.L.C.
2165.  CVS 5929 FL, L.L.C.
2166.  CVS 5930 FL, L.L.C.
2167.  CVS 5931 AZ, L.L.C.
2168.  CVS 5934 AZ, L.L.C.
2169.  CVS 5940 NV, L.L.C.
2170.  CVS 5942 NV, L.L.C.
2171.  CVS 5961 WV, L.L.C.
2172.  CVS 5962 General, Inc.
2173.  CVS 5963 General, Inc.
2174.  CVS 5964 General, Inc.
2175.  CVS 5965 General, Inc.
2176.  CVS 5966 General, Inc.
2177.  CVS 5968 General, Inc.
2178.  CVS 5969 General, Inc.
2179.  CVS 5970 General, Inc.
2180.  CVS 5971 General, Inc.
2181.  CVS 5972 General, Inc.
2182.  CVS 5975 FL, L.L.C.
2183.  CVS 5976 General, Inc.
2184.  CVS 5977 General, Inc.
2185.  CVS 5979 IL, L.L.C.
2186.  CVS 5981 General, Inc.
2187.  CVS 5982 General, Inc.
2188.  CVS 5986 VA, L.L.C.
2189.  CVS 6000 General, Inc.
2190.  CVS 6001 General, Inc.
2191.  CVS 6002 General, Inc.
2192.  CVS 6004 OK, L.L.C.
2193.  CVS 6005 General, Inc.

2194. CVS 6007 FL, L.L.C.
2195. CVS 6009 OK, L.L.C.
2196. CVS 6012 GA, L.L.C.
2197. CVS 6013 AL, L.L.C.
2198. CVS 6017 AL, L.L.C.
2199. CVS 6019 FL, L.L.C.
2200. CVS 6022 OK, L.L.C.
2201. CVS 6024 OK, L.L.C.
2202. CVS 6044 TN, L.L.C.
2203. CVS 6073 NJ, L.L.C.
2204. CVS 6075 NJ, L.L.C.
2205. CVS 6089 OH, L.L.C.
2206. CVS 6098 Wilmington OH, L.L.C.
2207. CVS 6098, L.L.C.
2208. CVS 6105 OH, L.L.C.
2209. CVS 6116 KY, L.L.C.
2210. CVS 612 MA, L.L.C.
2211. CVS 6135 NJ, L.L.C.
2212. CVS 6137 OH, L.L.C.
2213. CVS 6139 OH, L.L.C.
2214. CVS 6142 OK, L.L.C.
2215. CVS 6146 VA, L.L.C.
2216. CVS 6153 OH, L.L.C.
2217. CVS 6155 OH, L.L.C.
2218. CVS 6164 OH, L.L.C.
2219. CVS 6171 OH, L.L.C.
2220. CVS 620 ME, L.L.C.
2221. CVS 6201 MN, L.L.C.
2222. CVS 6222 OK, L.L.C.
2223. CVS 6224 OK, L.L.C..
2224. CVS 6230 OK, L.L.C.
2225. CVS 6233 OK, L.L.C.
2226. CVS 6237 OH, L.L.C.
2227. CVS 6244 KY, L.L.C.
2228. CVS 6267 TN, L.L.C.
2229. CVS 6268 OH, L.L.C.
2230. CVS 6271 OH, L.L.C.
2231. CVS 6283 VA, L.L.C.
2232. CVS 6296 VA, L.L.C.
2233. CVS 6304 TN, L.L.C.
2234. CVS 6305 WV, L.L.C.
2235. CVS 6306 WV, L.L.C.
2236. CVS 6307 WV, L.L.C.

2237. CVS 6312 WV, L.L.C.
2238. CVS 632 MA, L.L.C.
2239. CVS 6322 VA, L.L.C.
2240. CVS 6329 VA, L.L.C.
2241. CVS 6335 KY, L.L.C.
2242. CVS 6337 KY, L.L.C.
2243. CVS 6339 KY, L.L.C.
2244. CVS 6342 KY, L.L.C.
2245. CVS 6346 KY, L.L.C.
2246. CVS 6348 KY, L.L.C.
2247. CVS 6349 OH, L.L.C.
2248. CVS 6350 WV, L.L.C.
2249. CVS 6363 TN, L.L.C.
2250. CVS 6384 KY, L.L.C.
2251. CVS 6386 IL, L.L.C.
2252. CVS 6388 IL, L.L.C.
2253. CVS 6395 TN, L.L.C.
2254. CVS 6400 TN, L.L.C.
2255. CVS 6403 VA, L.L.C.
2256. CVS 6413 TN, L.L.C.
2257. CVS 6415 TN, L.L.C.
2258. CVS 6423, L.L.C.
2259. CVS 6429 TN, L.L.C.
2260. CVS 6433, L.L.C.
2261. CVS 646 FL, L.L.C.
2262. CVS 6487 IN, L.L.C.
2263. CVS 6495 IN, L.L.C.
2264. CVS 6497 IL, L.L.C.
2265. CVS 6507 MN, L.L.C.
2266. CVS 6517 IN, L.L.C.
2267. CVS 652 FL, L.L.C.
2268. CVS 6525 IN, L.L.C.
2269. CVS 657 MA, L.L.C.
2270. CVS 6572 IN. II, L.L.C.
2271. CVS 6572 IN., L.L.C.
2272. CVS 6585 IN, L.L.C.
2273. CVS 6608 New Palestine, L.L.C.
2274. CVS 6610 IN, L.L.C.
2275. CVS 6628 TN, L.L.C.
2276. CVS 6633 NC, L.L.C.
2277. CVS 6652 IN, L.L.C.
2278. CVS 6670 IN, L.L.C.
2279. CVS 6677 IN, L.L.C.

2280.  CVS 6686 MN, L.L.C.
2281.  CVS 6687 IN, L.L.C.
2282.  CVS 6691 MN, L.L.C.
2283.  CVS 6701 IL, L.L.C.
2284.  CVS 6702 IL, L.L.C.
2285.  CVS 6717 NV, L.L.C.
2286.  CVS 6722 IN, L.L.C.
2287.  CVS 6726 General, Inc.
2288.  CVS 6732 FL, L.L.C.
2289.  CVS 6733 General, Inc.
2290.  CVS 6734 General, Inc.
2291.  CVS 6737 General, Inc.
2292.  CVS 6744 General, Inc.
2293.  CVS 6746 General, Inc.
2294.  CVS 6747 General, Inc.
2295.  CVS 6753 FL, L.L.C.
2296.  CVS 6760 NJ, L.L.C.
2297.  CVS 6766 VA, L.L.C.
2298.  CVS 6769 NC, L.L.C.
2299.  CVS 6780 IN, L.L.C.
2300.  CVS 6789 IL, L.L.C.
2301.  CVS 6796 MA, L.L.C.
2302.  CVS 6801 FL, L.L.C.
2303.  CVS 6810 MN, L.L.C.
2304.  CVS 6812 OH, L.L.C.
2305.  CVS 6816 General, Inc.
2306.  CVS 6824 General, Inc.
2307.  CVS 6834 General, Inc.
2308.  CVS 684 IN, L.L.C.
2309.  CVS 6843 FL, L.L.C.
2310.  CVS 6852 VA, L.L.C.
2311.  CVS 6853 FL, L.L.C.
2312.  CVS 6855 FL, L.L.C.
2313.  CVS 6858 MD, L.L.C.
2314.  CVS 6860 FL, L.L.C.
2315.  CVS 6861 GA, L.L.C.
2316.  CVS 6867 NV, L.L.C.
2317.  CVS 6869 DE, L.L.C.
2318.  CVS 6872 NJ, L.L.C.
2319.  CVS 6874 IN, L.L.C.
2320.  CVS 6880 IN, L.L.C.
2321.  CVS 6920 General, Inc.
2322.  CVS 693 MA, L.L.C.

2323.  CVS 6940 KY, L.L.C.
2324.  CVS 6941 KY, L.L.C.
2325.  CVS 6972 FL, L.L.C.
2326.  CVS 6988 NC, L.L.C.
2327.  CVS 6996 OH, L.L.C.
2328.  CVS 7008 NC, L.L.C.
2329.  CVS 7036, L.L.C.
2330.  CVS 7044 General, Inc.
2331.  CVS 7047, L.L.C.
2332.  CVS 7053 NC, L.L.C.
2333.  CVS 7057 NC, L.L.C.
2334.  CVS 706 MA, L.L.C.
2335.  CVS 7062 NC, L.L.C.
2336.  CVS 7063 AL, L.L.C.
2337.  CVS 7065 MS, L.L.C.
2338.  CVS 7068 GA, L.L.C.
2339.  CVS 7070 IL, L.L.C.
2340.  CVS 7070 MS, L.L.C.
2341.  CVS 7077 AL, L.L.C.
2342.  CVS 7082 VA, L.L.C.
2343.  CVS 709 FL, L.L.C.
2344.  CVS 7092 General, Inc.
2345.  CVS 7094 General, Inc.
2346.  CVS 7097 OH, L.L.C.
2347.  CVS 7098 WV, L.L.C.
2348.  CVS 7105 NJ, L.L.C.
2349.  CVS 7109 MA, L.L.C.
2350.  CVS 7118 General, Inc.
2351.  CVS 7119 General, Inc.
2352.  CVS 7120 General, Inc.
2353.  CVS 7121 OH, L.L.C.
2354.  CVS 7124 WV, L.L.C.
2355.  CVS 7125 IL, L.L.C.
2356.  CVS 7127 FL, L.L.C.
2357.  CVS 7129 FL, L.L.C.
2358.  CVS 7130 FL, L.L.C.
2359.  CVS 7133 FL, L.L.C.
2360.  CVS 7134 IL, L.L.C.
2361.  CVS 7142 IL, L.L.C.
2362.  CVS 7144 TN, L.L.C.
2363.  CVS 7147 General, Inc.
2364.  CVS 7148 General, Inc.
2365.  CVS 7148 NC, L.L.C.

2366.  CVS 7149 General, Inc.
2367.  CVS 7151 General, Inc.
2368.  CVS 7153 General, Inc.
2369.  CVS 7154 General, Inc.
2370.  CVS 7155 AL, L.L.C.
2371.  CVS 7156 General, Inc.
2372.  CVS 7157 NC, L.L.C.
2373.  CVS 7161 General, Inc.
2374.  CVS 7162 General, Inc.
2375.  CVS 7163 NC, L.L.C.
2376.  CVS 7164 General, Inc.
2377.  CVS 7166 IL, L.L.C.
2378.  CVS 7167 IL, L.L.C.
2379.  CVS 7170 IL, L.L.C.
2380.  CVS 7173 FL, L.L.C.
2381.  CVS 7174 FL, L.L.C.
2382.  CVS 7178 FL, L.L.C.
2383.  CVS 7179 AL, L.L.C.
2384.  CVS 7180 AL, L.L.C.
2385.  CVS 7190 NJ, L.L.C.
2386.  CVS 7196 General, Inc.
2387.  CVS 7198 General, Inc.
2388.  CVS 7200, L.L.C.
2389.  CVS 7214 GA, L.L.C.
2390.  CVS 7215 AL, L.L.C.
2391.  CVS 7217 AL, L.L.C.
2392.  CVS 7222 General, Inc.
2393.  CVS 7223 GA, L.L.C.
2394.  CVS 7225 FL, L.L.C.
2395.  CVS 7242 MD, L.L.C.
2396.  CVS 7251 NV, L.L.C.
2397.  CVS 7252 NV, L.L.C.
2398.  CVS 7256 General, Inc.
2399.  CVS 7261 WI, L.L.C.
2400.  CVS 727 FL, L.L.C.
2401.  CVS 7318 SC, L.L.C.
2402.  CVS 7324 NC, L.L.C.
2403.  CVS 7325 NC, L.L.C.
2404.  CVS 7328 NC, L.L.C.
2405.  CVS 7331 NC, L.L.C.
2406.  CVS 7332, L.L.C.
2407.  CVS 7344 NC, L.L.C.
2408.  CVS 7350 NC, L.L.C.

2409.  CVS 7351 SC, L.L.C.
2410.  CVS 7354 NC, L.L.C.
2411.  CVS 7381 NC, L.L.C.
2412.  CVS 7382 NC, L.L.C.
2413.  CVS 7388 SC, L.L.C.
2414.  CVS 7397 SC, L.L.C.
2415.  CVS 74 VA, L.L.C
2416.  CVS 7420 NC, L.L.C.
2417.  CVS 7500 NC, L.L.C.
2418.  CVS 75004 NC, L.L.C.
2419.  CVS 75005 NJ, L.L.C.
2420.  CVS 75006 GA, L.L.C.
2421.  CVS 7501 GA, L.L.C.
2422.  CVS 75012 SC, L.L.C.
2423.  CVS 75014 MI, L.L.C.
2424.  CVS 75015 MI, L.L.C.
2425.  CVS 75020 GA, L.L.C.
2426.  CVS 75021 GA, L.L.C.
2427.  CVS 75023 GA, L.L.C.
2428.  CVS 75024 AL, L.L.C.
2429.  CVS 75029 LA, L.L.C.
2430.  CVS 7503 VA, L.L.C.
2431.  CVS 75030 LA, L.L.C.
2432.  CVS 75031 GA, L.L.C.
2433.  CVS 7504 GA, L.L.C.
2434.  CVS 75087 GA, L.L.C.
2435.  CVS 7510 VA, L.L.C.
2436.  CVS 75121 SC, L.L.C.
2437.  CVS 75122 NC, L.L.C.
2438.  CVS 75124 MI, L.L.C.
2439.  CVS 75127 NC, L.L.C.
2440.  CVS 75128 FL, L.L.C.
2441.  CVS 75129 FL, L.L.C.
2442.  CVS 75135 VA, L.L.C.
2443.  CVS 75136 VA, L.L.C.
2444.  CVS 75137 MD, L.L.C.
2445.  CVS 75139 NJ, L.L.C.
2446.  CVS 75144 RI, L.L.C.
2447.  CVS 75147 VA, L.L.C.
2448.  CVS 75148 VA, L.L.C.
2449.  CVS 75149 WV, L.L.C.
2450.  CVS 75151 OH, L.L.C.
2451.  CVS 75156 NV, L.L.C.

2452.  CVS 75157 MI, L.L.C.
2453.  CVS 75159 NC, L.L.C.
2454.  CVS 75160 SC, L.L.C.
2455.  CVS 75161 AZ, L.L.C.
2456.  CVS 75162 AZ, L.L.C.
2457.  CVS 75163 GA, L.L.C.
2458.  CVS 75164 FL, L.L.C.
2459.  CVS 75165 GA, L.L.C.
2460.  CVS 75177 FL, L.L.C.
2461.  CVS 7518 VA, L.L.C.
2462.  CVS 75180 FL, L.L.C.
2463.  CVS 75181 AL, L.L.C.
2464.  CVS 75182 GA, L.L.C.
2465.  CVS 75183 GA, L.L.C.
2466.  CVS 75184 FL, L.L.C.
2467.  CVS 7519 MN, L.L.C.
2468.  CVS 75191 NJ, L.L.C.
2469.  CVS 75195 FL, L.L.C.
2470.  CVS 75196 FL, L.L.C.
2471.  CVS 75197 NC, L.L.C.
2472.  CVS 75198 FL, L.L.C.
2473.  CVS 75199 MI, L.L.C.
2474.  CVS 75207 NJ, L.L.C.
2475.  CVS 75208 TN, L.L.C.
2476.  CVS 75215 SC, L.L.C.
2477.  CVS 75216 NV, L.L.C.
2478.  CVS 75219 MI, L.L.C.
2479.  CVS 75229 AL, L.L.C.
2480.  CVS 75230 OK, L.L.C.
2481.  CVS 75232 OK, L.L.C.
2482.  CVS 75235 RI, L.L.C.
2483.  CVS 75236 NC, L.L.C.
2484.  CVS 75239 NJ, L.L.C.
2485.  CVS 7524 NC, L.L.C.
2486.  CVS 75241 FL, L.L.C.
2487.  CVS 75249 FL, L.L.C.
2488.  CVS 75254 GA, L.L.C.
2489.  CVS 75255 GA, L.L.C.
2490.  CVS 75257 NJ, L.L.C.
2491.  CVS 75260 VA, L.L.C.
2492.  CVS 75262 TN, L.L.C.
2493.  CVS 75269 MI, L.L.C.
2494.  CVS 75275 TN, L.L.C.
2495.  CVS 75280 NC, L.L.C.
2496.  CVS 75282 GA, L.L.C.
2497.  CVS 75283 GA, L.L.C.
2498.  CVS 75284 GA, L.L.C.
2499.  CVS 75286 GA, L.L.C.
2500.  CVS 75293 FL, L.L.C.
2501.  CVS 75294 FL, L.L.C.
2502.  CVS 75296 FL, L.L.C.
2503.  CVS 75297 VA, L.L.C.
2504.  CVS 753 NY, L.L.C.
2505.  CVS 75306 SC, L.L.C.
2506.  CVS 75307 KS, L.L.C.
2507.  CVS 75308 VA, L.L.C.
2508.  CVS 75311 VA, L.L.C.
2509.  CVS 75312 VA, L.L.C.
2510.  CVS 75315 VA, L.L.C.
2511.  CVS 75322 FL, L.L.C.
2512.  CVS 75324 FL, L.L.C.
2513.  CVS 75325 FL, L.L.C.
2514.  CVS 75329 NJ, L.L.C.
2515.  CVS 75330 MA, L.L.C.
2516.  CVS 75334 FL, L.L.C.
2517.  CVS 75335 FL, L.L.C.
2518.  CVS 75348 NJ, L.L.C.
2519.  CVS 75349 SC, L.L.C.
2520.  CVS 75351 GA, L.L.C.
2521.  CVS 75358 SC, L.L.C.
2522.  CVS 75359 NC, L.L.C.
2523.  CVS 75362 FL, L.L.C.
2524.  CVS 75363 GA, L.L.C.
2525.  CVS 75364 FL, L.L.C.
2526.  CVS 75365 GA, L.L.C.
2527.  CVS 75370 GA, L.L.C.
2528.  CVS 75374 NJ, L.L.C.
2529.  CVS 75377 NC, L.L.C.
2530.  CVS 75378 NC, L.L.C.
2531.  CVS 75379 GA, L.L.C.
2532.  CVS 75380 GA, L.L.C.
2533.  CVS 75381 FL, L.L.C.
2534.  CVS 75389 RI, L.L.C.
2535.  CVS 75390 NC, L.L.C.
2536.  CVS 75391 NC, L.L.C.
2537.  CVS 75393 DE, L.L.C.

2538.  CVS 75395 FL, L.L.C.
2539.  CVS 75405 DE, L.L.C.
2540.  CVS 75408 FL, L.L.C.
2541.  CVS 75412 MN, L.L.C.
2542.  CVS 75414 TN, L.L.C.
2543.  CVS 75415 NJ, L.L.C.
2544.  CVS 75416 KY, L.L.C.
2545.  CVS 75433 GA, L.L.C.
2546.  CVS 75441 GA, L.L.C.
2547.  CVS 75444 NV, L.L.C.
2548.  CVS 75445 SC, L.L.C.
2549.  CVS 75448 MA, L.L.C.
2550.  CVS 75451 MI, L.L.C.
2551.  CVS 75452 MI, L.L.C.
2552.  CVS 75453 MI, L.L.C.
2553.  CVS 75458 FL, L.L.C.
2554.  CVS 7546 NC L.L.C.
2555.  CVS 75461 AL, L.L.C.
2556.  CVS 75462 FL, L.L.C.
2557.  CVS 75466 NC, L.L.C.
2558.  CVS 75467 MA, L.L.C.
2559.  CVS 75468 TN, L.L.C.
2560.  CVS 75479 FL, L.L.C.
2561.  CVS 7548 NC, L.L.C.
2562.  CVS 75480 FL, L.L.C.
2563.  CVS 75482 FL, L.L.C.
2564.  CVS 75485 NC, L.L.C.
2565.  CVS 75486 KS, L.L.C.
2566.  CVS 7549 MI, L.L.C.
2567.  CVS 75491 WV, L.L.C.
2568.  CVS 75494 MN, L.L.C.
2569.  CVS 75498 DE, L.L.C.
2570.  CVS 75499 DE, L.L.C.
2571.  CVS 75502 VA, L.L.C.
2572.  CVS 75503 GA, L.L.C.
2573.  CVS 75507 NC, L.L.C.
2574.  CVS 75508 MA, L.L.C.
2575.  CVS 75514 NV, L.L.C.
2576.  CVS 75530 FL, L.L.C.
2577.  CVS 75531 FL, L.L.C.
2578.  CVS 75535 FL, L.L.C.
2579.  CVS 75536 GA, L.L.C.
2580.  CVS 75545 NV, L.L.C.

2581.  CVS 75549 VA, L.L.C.
2582.  CVS 7555 NC, L.L.C.
2583.  CVS 75550 VA, L.L.C.
2584.  CVS 75552 VA, L.L.C.
2585.  CVS 75555 VA, L.L.C.
2586.  CVS 75558 FL, L.L.C.
2587.  CVS 75560 NJ, L.L.C.
2588.  CVS 75561 NJ, L.L.C.
2589.  CVS 75562 VA, L.L.C.
2590.  CVS 75563 MD, L.L.C.
2591.  CVS 75565 VA, L.L.C.
2592.  CVS 75566 RI, L.L.C.
2593.  CVS 75567 WI, L.L.C.
2594.  CVS 75568 VA, L.L.C.
2595.  CVS 75569 GA, L.L.C.
2596.  CVS 7557 VA, L.L.C.
2597.  CVS 75570 SC, L.L.C.
2598.  CVS 75571 NC, L.L.C.
2599.  CVS 75572 NC, L.L.C.
2600.  CVS 7558 VA, L.L.C.
2601.  CVS 75580 FL, L.L.C.
2602.  CVS 75581 DE, L.L.C.
2603.  CVS 75583 MA, L.L.C.
2604.  CVS 75584 MA, L.L.C.
2605.  CVS 75586 RI, L.L.C.
2606.  CVS 75589 KY, L.L.C.
2607.  CVS 7559 Glen Raven, L.L.C.
2608.  CVS 75590 MN, L.L.C.
2609.  CVS 75591 NC, L.L.C.
2610.  CVS 7561 VA, L.L.C.
2611.  CVS 75613 FL, L.L.C.
2612.  CVS 75615 FL, L.L.C.
2613.  CVS 75616 FL, L.L.C.
2614.  CVS 75618 MI, L.L.C.
2615.  CVS 75619 NJ, L.L.C.
2616.  CVS 75620 FL, L.L.C.
2617.  CVS 75622 FL, L.L.C.
2618.  CVS 75623 FL, L.L.C.
2619.  CVS 75626 GA, L.L.C.
2620.  CVS 75636 NV, L.L.C.
2621.  CVS 75642 VA, L.L.C.
2622.  CVS 7565 VA, L.L.C.
2623.  CVS 75651 SC, L.L.C.

2624.  CVS 75659 OK, L.L.C.
2625.  CVS 7566 NC, L.L.C.
2626.  CVS 75660 OK, L.L.C.
2627.  CVS 75667 VA, L.L.C.
2628.  CVS 75668 VA, L.L.C.
2629.  CVS 75669 MA, L.L.C.
2630.  CVS 75674 FL, L.L.C.
2631.  CVS 75676 KY, L.L.C.
2632.  CVS 75677 MN, L.L.C.
2633.  CVS 75679 SC, L.L.C.
2634.  CVS 7568 SC, L.L.C.
2635.  CVS 75691 VA, L.L.C.
2636.  CVS 75692 VA, L.L.C.
2637.  CVS 75705 FL, L.L.C.
2638.  CVS 75707 FL, L.L.C.
2639.  CVS 75711 VA, L.L.C.
2640.  CVS 75712 RI, L.L.C.
2641.  CVS 75718 OH, L.L.C.
2642.  CVS 75719 MN, L.L.C.
2643.  CVS 7572 NC, L.L.C.
2644.  CVS 75721 FL, L.L.C.
2645.  CVS 7573 NC, L.L.C.
2646.  CVS 75730 OK, L.L.C.
2647.  CVS 75733 NV, L.L.C.
2648.  CVS 75738 RI, L.L.C.
2649.  CVS 75740 NJ, L.L.C.
2650.  CVS 75743 NJ, L.L.C.
2651.  CVS 75747 MN, L.L.C.
2652.  CVS 75750 NC, L.L.C.
2653.  CVS 75762 VA, L.L.C.
2654.  CVS 75766 FL, L.L.C.
2655.  CVS 75767 TN, L.L.C.
2656.  CVS 75768 TN, L.L.C.
2657.  CVS 7577 VA, L.L.C.
2658.  CVS 75770 NC, L.L.C.
2659.  CVS 75771 NC, L.L.C.
2660.  CVS 75773 MA, L.L.C.
2661.  CVS 75774 MA, L.L.C.
2662.  CVS 75781 OK, L.L.C.
2663.  CVS 75782 OK, L.L.C.
2664.  CVS 75795 DE, L.L.C.
2665.  CVS 75796 DE, L.L.C.
2666.  CVS 75799 NJ, L.L.C.

2667.  CVS 7581 VA, L.L.C.
2668.  CVS 75816 FL, L.L.C.
2669.  CVS 75821 MN, L.L.C.
2670.  CVS 75849 NC, L.L.C.
2671.  CVS 75851 TN, L.L.C.
2672.  CVS 75852 TN, L.L.C.
2673.  CVS 75866 MA, L.L.C.
2674.  CVS 75867 RI, L.L.C.
2675.  CVS 75870 FL, L.L.C.
2676.  CVS 75883 FL, L.L.C.
2677.  CVS 75884 VA, L.L.C.
2678.  CVS 7589 VA, L.L.C.
2679.  CVS 75896 MA, L.L.C.
2680.  CVS 75905 NJ, L.L.C.
2681.  CVS 75907 DE, L.L.C.
2682.  CVS 75915 OK, L.L.C.
2683.  CVS 7592 VA, L.L.C.
2684.  CVS 75921 OK, L.L.C.
2685.  CVS 75924 FL, L.L.C.
2686.  CVS 75930 VA, L.L.C.
2687.  CVS 75931 VA, L.L.C.
2688.  CVS 75935 NV, L.L.C.
2689.  CVS 75945 WI, L.L.C.
2690.  CVS 75946 VA, L.L.C.
2691.  CVS 75947 GA, L.L.C.
2692.  CVS 75948 NC, L.L.C.
2693.  CVS 75952 WI, L.L.C.
2694.  CVS 75955 OK, L.L.C.
2695.  CVS 75958 MN, L.L.C.
2696.  CVS 75959 MN, L.L.C.
2697.  CVS 75961 SC, L.L.C.
2698.  CVS 7597 NC, L.L.C.
2699.  CVS 75975 FL, L.L.C.
2700.  CVS 75977 MN, L.L.C.
2701.  CVS 75978 FL, L.L.C.
2702.  CVS 75979 OH, L.L.C.
2703.  CVS 75980 OH, L.L.C.
2704.  CVS 75981 OH, L.L.C.
2705.  CVS 75988 MN, L.L.C.
2706.  CVS 75989 VA, L.L.C.
2707.  CVS 75990 VA, L.L.C.
2708.  CVS 75995 DE, L.L.C.
2709.  CVS 7604 WV, L.L.C.

2710. CVS 7648 KY, L.L.C.
2711. CVS 7666 GA, L.L.C.
2712. CVS 7671 AL, L.L.C.
2713. CVS 770 FL, L.L.C.
2714. CVS 7701, L.L.C.
2715. CVS 7706 GA, L.L.C.
2716. CVS 7712 GA, L.L.C.
2717. CVS 7714 TN, L.L.C.
2718. CVS 7736 GA, L.L.C.
2719. CVS 7738 TN, L.L.C.
2720. CVS 7755 GA, L.L.C.
2721. CVS 7758 GA, L.L.C.
2722. CVS 7763 TN, L.L.C.
2723. CVS 7771 TN, L.L.C.
2724. CVS 7782 GA, L.L.C.
2725. CVS 7843 VA, L.L.C.
2726. CVS 7856 NJ, L.L.C.
2727. CVS 7882 NC, L.L.C.
2728. CVS 7885 GA, L.L.C.
2729. CVS 7888 GA, L.L.C.
2730. CVS 7927 GA, L.L.C.
2731. CVS 7936 MA, L.L.C.
2732. CVS 7973 FL, L.L.C.
2733. CVS 7974 GA, L.L.C.
2734. CVS 7980 FL, L.L.C.
2735. CVS 7997 OH, L.L.C.
2736. CVS 8002 MI, L.L.C.
2737. CVS 8003 MI, L.L.C.
2738. CVS 8009 MI, L.L.C.
2739. CVS 8013 MI, L.L.C.
2740. CVS 8034 MI, L.L.C.
2741. CVS 8038 MI, L.L.C.
2742. CVS 8039, L.L.C.
2743. CVS 8044 MI, L.L.C.
2744. CVS 8049 MI, L.L.C.
2745. CVS 8059 MI, L.L.C.
2746. CVS 8067 MI, L.L.C.
2747. CVS 8071 MI, L.L.C.
2748. CVS 8073 MI, L.L.C.
2749. CVS 8078 MI, L.L.C.
2750. CVS 8086 MI, L.L.C.
2751. CVS 8088 MI, L.L.C.
2752. CVS 8091 MI, L.L.C.
2753. CVS 810 MA, L.L.C.
2754. CVS 8103 MI, L.L.C.
2755. CVS 8112 MI, L.L.C.
2756. CVS 8121 MI, L.L.C.
2757. CVS 8123 MI, L.L.C.
2758. CVS 8129 MI, L.L.C.
2759. CVS 8131 MI, L.L.C.
2760. CVS 8133 MI, L.L.C.
2761. CVS 8141 MI, L.L.C.
2762. CVS 8165 MI, L.L.C.
2763. CVS 8190 MI, L.L.C.
2764. CVS 8191 MI, L.L.C.
2765. CVS 8207 MI, L.L.C.
2766. CVS 824 NJ, L.L.C.
2767. CVS 8246 MI, L.L.C.
2768. CVS 8271 MI, L.L.C.
2769. CVS 8271 Warren, L.L.C.
2770. CVS 8272 MI, L.L.C.
2771. CVS 8281 MD, L.L.C.
2772. CVS 8283 MI, L.L.C.
2773. CVS 8299 MI, L.L.C.
2774. CVS 8301 MI, L.L.C.
2775. CVS 8302 MI, L.L.C.
2776. CVS 8303 TN, L.L.C.
2777. CVS 8304 MI, L.L.C.
2778. CVS 8306 MI, L.L.C.
2779. CVS 8308 MI, L.L.C.
2780. CVS 8320 RI, L.L.C.
2781. CVS 8395 GA, L.L.C.
2782. CVS 8399 MI, L.L.C.
2783. CVS 8415 FL, L.L.C.
2784. CVS 8415 NE, L.L.C.
2785. CVS 8417 NC, L.L.C.
2786. CVS 8418 GA, L.L.C.
2787. CVS 8422 GA, L.L.C.
2788. CVS 8423 OH, L.L.C.
2789. CVS 8432 GA, L.L.C.
2790. CVS 8441 MA, L.L.C.
2791. CVS 8446 FL, L.L.C.
2792. CVS 8549 MI, L.L.C.
2793. CVS 8615 NE, L.L.C.
2794. CVS 862 NJ, L.L.C.
2795. CVS 863 NH, L.L.C.

2796.  CVS 866 FL, L.L.C.
2797.  CVS 8774 WI, L.L.C.
2798.  CVS 8776 WI, L.L.C.
2799.  CVS 8813 NV, L.L.C.
2800.  CVS 8902 FL, L.L.C.
2801.  CVS 8905 KY, L.L.C.
2802.  CVS 8907 GA, L.L.C.
2803.  CVS 8909 NC, L.L.C.
2804.  CVS 8932 OH, L.L.C.
2805.  CVS 8934 GA, L.L.C.
2806.  CVS 8935 NC, L.L.C.
2807.  CVS 8954 MS, L.L.C.
2808.  CVS 8955 MS, L.L.C.
2809.  CVS 8956 MS, L.L.C.
2810.  CVS 8975 SC, L.L.C.
2811.  CVS 8986 OK, L.L.C.
2812.  CVS 8992 MS, L.L.C.
2813.  CVS 8993 MS, L.L.C.
2814.  CVS 8994 MS, L.L.C.
2815.  CVS 8th Avenue, L.L.C.
2816.  CVS 920 MA, L.L.C.
2817.  CVS 921 IL, L.L.C.
2818.  CVS 927 MI, L.L.C.
2819.  CVS 932 FL, L.L.C.
2820.  CVS 962 GA, L.L.C.
2821.  CVS 9674 CA, LLC
2822.  CVS 976 FL, L.L.C.
2823.  CVS 9898 OH, L.L.C.
2824.  CVS Accountable Care Organization Inc.
2825.  CVS Adelphi, L.L.C.
2826.  CVS Ahearn Pharmacy, L.L.C.
2827.  CVS Ahearn Plaza Pharmacy, L.L.C.
2828.  CVS AL Distribution, Inc.
2829.  CVS AL Distribution, L.L.C.
2830.  CVS Albany Central Avenue, L.L.C.
2831.  CVS Albany, L.L.C.
2832.  CVS Albertson, L.L.C.
2833.  CVS Alhambra, L.P.
2834.  CVS Allerton Avenue, L.L.C.
2835.  CVS Alpharetta GA, Inc.

2836.  CVS Amherst Road, L.L.C.
2837.  CVS Amityville, L.L.C.
2838.  CVS Amsterdam Avenue, L.L.C.
2839.  CVS Anaheim CA, L.L.C.
2840.  CVS AOC Corporation
2841.  CVS AOC Services, L.L.C.
2842.  CVS Arcadia, L.P.
2843.  CVS Arclight, Inc.
2844.  CVS Ardsley, L.L.C.
2845.  CVS Arlington Heights, L.L.C.
2846.  CVS Arnot Mall, L.L.C.
2847.  CVS Atlanta GA, Inc.
2848.  CVS Atlantic Avenue, L.L.C.
2849.  CVS Atlantic Highlands, L.L.C.
2850.  CVS Auburn Mall ME, L.L.C.
2851.  CVS Auburndale, L.L.C.
2852.  CVS Aurora, L.L.C.
2853.  CVS Austin Drugs of Great Neck, L.L.C.
2854.  CVS Austin Drugs of Merrick, L.L.C.
2855.  CVS Austin Drugs of Plainview, L.L.C.
2856.  CVS Avon Store, L.L.C.
2857.  CVS Baldwin Merrick Road, L.L.C.
2858.  CVS Baltimore Fayette, Inc.
2859.  CVS Bath Congress, L.L.C.
2860.  CVS Bay City 8207 MI, L.L.C.
2861.  CVS Bay Shore, L.L.C.
2862.  CVS Bayberry Bensalem, Inc.
2863.  CVS Bayport, L.L.C.
2864.  CVS Bayside Queens, L.L.C.
2865.  CVS BDI, Inc.
2866.  CVS Beauty Participações Ltda
2867.  CVS Bell Boulevard, L.L.C.
2868.  CVS Bellerose, L.L.C.
2869.  CVS Bellmore Avenue, L.L.C.
2870.  CVS Bensenville, L.L.C.
2871.  CVS Benson NC, Inc.
2872.  CVS Bergenfield, L.L.C.
2873.  CVS Bergenline, L.L.C.
2874.  CVS Bethesda Lawrenceville, Inc.
2875.  CVS Bethesda, L.L.C.

2876. CVS Bethpage Broadway, L.L.C.
2877. CVS Big Apple, L.L.C.
2878. CVS Binghamton, L.L.C.
2879. CVS Black Horse, L.L.C.
2880. CVS Blasdell Drug, L.L.C.
2881. CVS Bleecker Street, L.L.C.
2882. CVS Bloomfield NJ, L.L.C.
2883. CVS Bohemia, L.L.C.
2884. CVS Bridgewater, L.L.C.
2885. CVS Brighton Lac DeVille, L.L.C.
2886. CVS Broadway Chicago, L.L.C.
2887. CVS Broadway Massapequa, L.L.C.
2888. CVS Bronx White Plains, L.L.C.
2889. CVS Bronx, L.L.C.
2890. CVS Bronxville Retailer, L.L.C.
2891. CVS Brooklyn 86th Street, L.L.C.
2892. CVS Brooklyn Eighteenth Avenue, L.L.C.
2893. CVS Brooklyn Kings Highway, L.L.C.
2894. CVS Brooklyn Store, L.L.C.
2895. CVS Brownsville, L.L.C.
2896. CVS Budd Lake, L.L.C.
2897. CVS Buena Park, L.P.
2898. CVS Buffalo Downtown, L.L.C.
2899. CVS Buffalo Spectrum Store, L.L.C.
2900. CVS Burnt Hills, L.L.C.
2901. CVS Cabot Holdings Inc.
2902. CVS Caldwell Cleveland, L.L.C.
2903. CVS Canfield OH, Inc.
2904. CVS Cape Elizabeth, L.L.C.
2905. CVS Card, Inc.
2906. CVS Care Concierge, LLC
2907. CVS Caremark Advanced Technology Pharmacy, L.L.C.
2908. CVS Caremark Charitable Trust, Inc.
2909. CVS Caremark Charity Classic, Inc.
2910. CVS Caremark Employee Relief Fund
2911. CVS Caremark Indemnity Ltd.
2912. CVS Caremark NI IT Operations Center Ltd.
2913. CVS Caremark Part D Services, L.L.C.
2914. CVS Caremark TN SUTA, LLC
2915. CVS Carmel Road Charlotte, Inc.
2916. CVS Carson, L.P.
2917. CVS Cedar Creek Commons, L.L.C.
2918. CVS Cedar Grove, L.L.C.
2919. CVS Cedar Lane, Inc.
2920. CVS Center, Inc.
2921. CVS Central Charlotte, Inc.
2922. CVS Central Islip, L.L.C.
2923. CVS Champlain Centre, L.L.C.
2924. CVS Charitable Trust, Inc
2925. CVS Charity Classic, Inc.
2926. CVS Charlotte, Inc.
2927. CVS Chatham Main Street, L.L.C.
2928. CVS Chenango Centre, L.L.C.
2929. CVS Cherry Hill, L.L.C.
2930. CVS Christopher Street, L.L.C.
2931. CVS Clairidge, L.L.C.
2932. CVS Clifton Crescent, L.L.C.
2933. CVS Closter Dock, L.L.C.
2934. CVS Clyde Park, Inc.
2935. CVS Cold Spring Road, L.L.C.
2936. CVS Columbia Turnpike, L.L.C.
2937. CVS Columbus OH, Inc.
2938. CVS Columbus Place, L.L.C.
2939. CVS Commerce Street, L.L.C.
2940. CVS Community Care, Inc.
2941. CVS Community Pharmacy Center For Excellence, Inc.
2942. CVS Corporation Foundation Program
2943. CVS Cortland, L.L.C.
2944. CVS Court St., L.L.C.
2945. CVS Cross County Store, L.L.C.
2946. CVS Crystal Derry, L.L.C.
2947. CVS Crystal Run, L.L.C.
2948. CVS Cuthbert Boulevard, L.L.C.
2949. CVS Danbury Padanaram, Inc.

2950.  CVS Data, Inc.
2951.  CVS Deer Park, L.L.C.
2952.  CVS Dekalb Norristown, Inc.
2953.  CVS Delmar Drug, L.L.C.
2954.  CVS Detroit 8275, L.L.C.
2955.  CVS Detroit Grand River, Inc.
2956.  CVS Dix Hills, L.L.C.
2957.  CVS Doubletree, L.L.C.
2958.  CVS Douglaston, L.L.C.
2959.  CVS Downey, L.P.
2960.  CVS Dunkirk Marketplace, L.L.C.
2961.  CVS Dunkirk Store, L.L.C.
2962.  CVS Durham 7042, L.L.C.
2963.  CVS Durham, Inc.
2964.  CVS Eagle Rock, L.L.C.
2965.  CVS East 149th Street, L.L.C.
2966.  CVS East 21st Street, L.L.C.
2967.  CVS East 23rd Street, L.L.C.
2968.  CVS East 86th, L.L.C.
2969.  CVS East Aurora, L.L.C.
2970.  CVS East Main Street, L.L.C.
2971.  CVS East Rockaway, L.L.C.
2972.  CVS East Windsor 3161, L.L.C.
2973.  CVS Eastchester Plaza, L.L.C.
2974.  CVS Edwardsville IL, L.L.C.
2975.  CVS EGL 103rd Jacksonville FL, L.L.C.
2976.  CVS EGL 1076 TX, L.L.C.
2977.  CVS EGL 107th Miami FL, L.L.C.
2978.  CVS EGL 107th Southwest FL, L.L.C.
2979.  CVS EGL 109th Summerfield FL, L.L.C.
2980.  CVS EGL 111th Kansas City MO, Inc.
2981.  CVS EGL 112th Miami FL, L.L.C.
2982.  CVS EGL 115th Avondale AZ, L.L.C.
2983.  CVS EGL 119th Northwest FL, L.L.C.
2984.  CVS EGL 119th Oklahoma, Inc.
2985.  CVS EGL 11th Huntsville TX, L.P.
2986.  CVS EGL 11th Lake Wales FL, L.L.C.
2987.  CVS EGL 122nd MacArthur OK, Inc.
2988.  CVS EGL 128 FL, L.L.C.
2989.  CVS EGL 128th Miami FL, L.L.C.
2990.  CVS EGL 12th Phoenix AZ, L.L.C.
2991.  CVS EGL 1313 TX, L.L.C.
2992.  CVS EGL 1326 LA, L.L.C.
2993.  CVS EGL 1331 TX, L.L.C.
2994.  CVS EGL 1336 AL, L.L.C.
2995.  CVS EGL 136th Fort Lauderdale FL, L.L.C.
2996.  CVS EGL 136th Miami FL, L.L.C.
2997.  CVS EGL 13th Gainesville FL, L.L.C.
2998.  CVS EGL 13th Northwest FL, L.L.C.
2999.  CVS EGL 13th Saint Cloud FL, L.L.C.
3000.  CVS EGL 1460 FL, L.L.C.
3001.  CVS EGL 1462 TX, L.L.C.
3002.  CVS EGL 14th Bradenton FL, L.L.C.
3003.  CVS EGL 14th Leesburg FL, L.L.C.
3004.  CVS EGL 150 TX, L.L.C.
3005.  CVS EGL 1512 LA, L.L.C.
3006.  CVS EGL 152nd Miami FL, L.L.C.
3007.  CVS EGL 152nd Southwest FL, L.L.C.
3008.  CVS EGL 1580 TX, L.L.C.
3009.  CVS EGL 15th Immokalee FL, L.L.C.
3010.  CVS EGL 15th Oklahoma City OK, Inc.
3011.  CVS EGL 15th Panama City FL, L.L.C.
3012.  CVS EGL 1620 TX, L.L.C.
3013.  CVS EGL 1634 TX, L.L.C.
3014.  CVS EGL 1635 FL, L.L.C.
3015.  CVS EGL 163rd North Miami FL, L.L.C.

3016. CVS EGL 1644 FL, L.L.C.
3017. CVS EGL 1647 LA, L.L.C.
3018. CVS EGL 164th May OK, Inc.
3019. CVS EGL 1651 TX, L.L.C.
3020. CVS EGL 1652 LA, L.L.C.
3021. CVS EGL 1655 FL, L.L.C.
3022. CVS EGL 1660 FL, L.L.C.
3023. CVS EGL 16th Baseline AZ, L.L.C.
3024. CVS EGL 16th Northwest FL, L.L.C.
3025. CVS EGL 1722 FL, L.L.C.
3026. CVS EGL 1723 FL, L.L.C.
3027. CVS EGL 1724 FL, L.L.C.
3028. CVS EGL 1725 FL, L.L.C.
3029. CVS EGL 1726 FL, L.L.C.
3030. CVS EGL 1728 OK, L.L.C.
3031. CVS EGL 1729 FL, L.L.C.
3032. CVS EGL 173 TX, L.L.C.
3033. CVS EGL 1730 FL, L.L.C.
3034. CVS EGL 1732 AL, L.L.C.
3035. CVS EGL 1734 LA, L.L.C.
3036. CVS EGL 1736 FL, L.L.C.
3037. CVS EGL 1738 FL, L.L.C.
3038. CVS EGL 1739 FL, L.L.C.
3039. CVS EGL 1749 FL, L.L.C.
3040. CVS EGL 1765 TX, L.L.C.
3041. CVS EGL 1766 TX, L.L.C.
3042. CVS EGL 1779 FL, L.L.C.
3043. CVS EGL 1783 TX, L.L.C.
3044. CVS EGL 1793 TX, L.L.C.
3045. CVS EGL 1794 LA, L.L.C.
3046. CVS EGL 17th Southeast FL, L.L.C.
3047. CVS EGL 1827 TX, L.L.C.
3048. CVS EGL 183rd Opa Locka FL, L.L.C.
3049. CVS EGL 185th Northeast FL, L.L.C.
3050. CVS EGL 186th Hialeah FL, L.L.C.
3051. CVS EGL 18th Monroe LA, Inc.
3052. CVS EGL 19 Pinellas FL, L.L.C.
3053. CVS EGL 192 MO, L.L.C.

3054. CVS EGL 19th Happy Valley AZ, L.L.C.
3055. CVS EGL 19th Memphis TX, L.P.
3056. CVS EGL 19th North FL, L.L.C.
3057. CVS EGL 1st Humbel TX, L.P.
3058. CVS EGL 1st Kaplan LA, Inc.
3059. CVS EGL 1st Lake City FL, L.L.C.
3060. CVS EGL 1st Sanford FL, L.L.C.
3061. CVS EGL 1st Wadsworth CO CVS, L.L.C.
3062. CVS EGL 200 Ocala FL, L.L.C.
3063. CVS EGL 20th Vero Beach FL, L.L.C.
3064. CVS EGL 21st Covington LA, Inc.
3065. CVS EGL 222 LA, L.L.C.
3066. CVS EGL 22nd Southwest FL, L.L.C.
3067. CVS EGL 2366 FL, L.L.C.
3068. CVS EGL 23rd Independence MO, Inc.
3069. CVS EGL 23rd Northwest OK, Inc.
3070. CVS EGL 23rd Oklahoma, Inc.
3071. CVS EGL 23rd Panama City FL, L.L.C.
3072. CVS EGL 248th Miami FL, L.L.C.
3073. CVS EGL 24th Indian AZ, L.L.C.
3074. CVS EGL 25th Gulfport MS, Inc.
3075. CVS EGL 267 FL, L.L.C.
3076. CVS EGL 26th Fort Lauderdale FL, L.L.C.
3077. CVS EGL 27th Miami FL, L.L.C.
3078. CVS EGL 284 FL, L.L.C.
3079. CVS EGL 29th Hialeah FL, L.L.C.
3080. CVS EGL 2nd Delray Beach FL, L.L.C.
3081. CVS EGL 301 Dade City FL, L.L.C.
3082. CVS EGL 312 Augustine FL, L.L.C.
3083. CVS EGL 3278 FL, L.L.C.
3084. CVS EGL 328 FL, L.L.C.
3085. CVS EGL 34 OK, L.L.C.
3086. CVS EGL 34th Lubbock TX, L.P.

3087. CVS EGL 34th Ocala FL, L.L.C.
3088. CVS EGL 34th St Petersburg FL, L.L.C.
3089. CVS EGL 35 N Austin TX, L.P.
3090. CVS EGL 358 FL, L.L.C.
3091. CVS EGL 35th Evans CO CVS, L.L.C.
3092. CVS EGL 3624 FL, L.L.C.
3093. CVS EGL 3637 FL, L.L.C.
3094. CVS EGL 3669 TX, L.L.C.
3095. CVS EGL 37th St Petersburg FL, L.L.C.
3096. CVS EGL 384 TX, L.L.C.
3097. CVS EGL 3rd Jacksonville Beach FL, L.L.C.
3098. CVS EGL 3rd New Smyrna Beach FL, L.L.C.
3099. CVS EGL 3rd Saint Pete FL, L.L.C.
3100. CVS EGL 403 FL, L.L.C.
3101. CVS EGL 405 FL, L.L.C.
3102. CVS EGL 408 FL, L.L.C.
3103. CVS EGL 40th Miami FL, L.L.C.
3104. CVS EGL 40th Northwest FL, L.L.C.
3105. CVS EGL 40th Street FL, L.L.C.
3106. CVS EGL 41 Sarasota FL, L.L.C.
3107. CVS EGL 41st Miami FL, L.L.C.
3108. CVS EGL 42nd Miami FL, L.L.C.
3109. CVS EGL 430 FL, L.L.C.
3110. CVS EGL 439 AL, L.L.C.
3111. CVS EGL 43rd Northwest FL, L.L.C.
3112. CVS EGL 441 Lake Worth FL, L.L.C.
3113. CVS EGL 441 Ocala FL, L.L.C.
3114. CVS EGL 46 Loop TX, L.P.
3115. CVS EGL 475 AL, L.L.C.
3116. CVS EGL 486 FL, L.L.C.
3117. CVS EGL 49th Hialeah FL, L.L.C.
3118. CVS EGL 49th Pinellas Park FL, L.L.C.
3119. CVS EGL 49th Saint Petersburg FL, L.L.C.
3120. CVS EGL 4th Chickasha OK, Inc.
3121. CVS EGL 4th Oklahoma City OK, Inc.
3122. CVS EGL 4th Pueblo CO CVS, L.L.C.
3123. CVS EGL 4th Saint Petersburg FL, L.L.C.
3124. CVS EGL 504 FL, L.L.C.
3125. CVS EGL 50th Lubbock TX, L.P.
3126. CVS EGL 537 FL, L.L.C.
3127. CVS EGL 53rd Bradenton FL, L.L.C.
3128. CVS EGL 54 New Port Richey FL, L.L.C.
3129. CVS EGL 546 MS, L.L.C.
3130. CVS EGL 54th Saint Petersburg FL, L.L.C.
3131. CVS EGL 5624 MO, L.L.C.
3132. CVS EGL 568 LA, L.L.C.
3133. CVS EGL 571 FL, L.L.C.
3134. CVS EGL 59th Glendale AZ, L.L.C.
3135. CVS EGL 5th Boca Raton FL, L.L.C.
3136. CVS EGL 5th Miami Beach FL, L.L.C.
3137. CVS EGL 60th Hialeah FL, L.L.C.
3138. CVS EGL 61st Galveston TX, L.P.
3139. CVS EGL 63rd Kansas City MO, Inc.
3140. CVS EGL 64 Bradenton FL, L.L.C.
3141. CVS EGL 66th Northwest FL, L.L.C.
3142. CVS EGL 66th Saint Petersburg FL, L.L.C.
3143. CVS EGL 66th Street North FL, L.L.C.
3144. CVS EGL 67th Hialeah FL, L.L.C.
3145. CVS EGL 68th Thomas AZ, L.L.C.
3146. CVS EGL 68th West Hialeah FL, L.L.C.
3147. CVS EGL 6th Panama City FL, L.L.C.

3148.  CVS EGL 6th South FL, L.L.C.
3149.  CVS EGL 6th Winter Haven FL, L.L.C.
3150.  CVS EGL 756 TX, L.L.C.
3151.  CVS EGL 75th Bethany AZ, L.L.C.
3152.  CVS EGL 75th Gainesville FL, L.L.C.
3153.  CVS EGL 75th Houston TX, L.P.
3154.  CVS EGL 7894 FL, L.L.C.
3155.  CVS EGL 78th Seminole FL, L.L.C.
3156.  CVS EGL 7927 FL, L.L.C.
3157.  CVS EGL 7958 FL, L.L.C.
3158.  CVS EGL 7th Miami FL, L.L.C.
3159.  CVS EGL 82nd Lubbock TX, L.P.
3160.  CVS EGL 8383 FL, L.L.C.
3161.  CVS EGL 83rd Glendale AZ, L.L.C.
3162.  CVS EGL 88th Miami FL, L.L.C.
3163.  CVS EGL 88th Street FL, L.L.C.
3164.  CVS EGL 8th Ave Hialeah FL, L.L.C.
3165.  CVS EGL 8th Miami FL, L.L.C.
3166.  CVS EGL 8th Palmetto FL, L.L.C.
3167.  CVS EGL 8th Southwest FL, L.L.C.
3168.  CVS EGL 8th Street FL, L.L.C.
3169.  CVS EGL 90 West FL, L.L.C.
3170.  CVS EGL 908 FL, L.L.C.
3171.  CVS EGL 951 Naples FL, L.L.C.
3172.  CVS EGL 97th Miami FL, L.L.C.
3173.  CVS EGL 98th Lubbock TX, L.P.
3174.  CVS EGL 99th Phoenix AZ, L.L.C.
3175.  CVS EGL 9th Naples FL, L.L.C.
3176.  CVS EGL 9th North FL, L.L.C.
3177.  CVS EGL 9th Pensacola FL, L.L.C.
3178.  CVS EGL 9th Saint Petersburg FL, L.L.C.
3179.  CVS EGL Abshier Belleview FL, L.L.C.
3180.  CVS EGL Academy Seagull NM, L.L.C.
3181.  CVS EGL Admiral New Iberia LA, Inc.
3182.  CVS EGL Airline Baton Rouge LA, Inc.
3183.  CVS EGL Airline Corpus Christi TX, L.P.
3184.  CVS EGL Airline Destrehan LA, Inc.
3185.  CVS EGL Airline Drive TX, L.P.
3186.  CVS EGL Airline Gonzales LA, Inc.
3187.  CVS EGL Airline La Place LA, Inc.
3188.  CVS EGL Airline Metairie LA, Inc.
3189.  CVS EGL Airport Austin TX, L.P.
3190.  CVS EGL Airport Naples FL, L.L.C.
3191.  CVS EGL Alabama Properties, Inc.
3192.  CVS EGL Alafaya Orlando FL, L.L.C.
3193.  CVS EGL Alameda Denver CO CVS, L.L.C.
3194.  CVS EGL Alameda Parkway CO CVS, L.L.C.
3195.  CVS EGL Aldine Mail TX, L.P.
3196.  CVS EGL Aldine Westfield Spring TX, L.P.
3197.  CVS EGL Alexander Plant City FL, L.L.C.
3198.  CVS EGL Alma Chandler AZ, L.L.C.
3199.  CVS EGL Aloma Winter FL, L.L.C.
3200.  CVS EGL Alpha Dallas TX, L.P.
3201.  CVS EGL Altamonte Springs FL, L.L.C.
3202.  CVS EGL Alton Miami Beach FL, L.L.C.
3203.  CVS EGL Andrews Fort Lauderdale FL, L.L.C.
3204.  CVS EGL Angleton TX, L.P.
3205.  CVS EGL Antoine Houston TX, L.P.

3206. CVS EGL Apalachee Tallahassee FL, L.L.C.

3207. CVS EGL Apalachicola FL, L.L.C.

3208. CVS EGL Apollo Beach FL, L.L.C.

3209. CVS EGL Apopka Vineland FL, L.L.C.

3210. CVS EGL Archer Gainesville FL, L.L.C.

3211. CVS EGL Arlington Jacksonville FL, L.L.C.

3212. CVS EGL Armenia Tampa FL, L.L.C.

3213. CVS EGL Atlantic Beach FL, L.L.C.

3214. CVS EGL Atlantic Boulevard FL, L.L.C.

3215. CVS EGL Atlantic Cocoa Beach FL, L.L.C.

3216. CVS EGL Atlantic Daytona FL, L.L.C.

3217. CVS EGL Atlantic FL, L.L.C.

3218. CVS EGL Atlantic Jacksonville FL, L.L.C.

3219. CVS EGL Atlantic Neptune Beach FL, L.L.C.

3220. CVS EGL Augustine Road FL, L.L.C.

3221. CVS EGL Austin Harry TX, L.P.

3222. CVS EGL Avenida Lady Lake FL, L.L.C.

3223. CVS EGL Aventura FL, L.L.C.

3224. CVS EGL Avenue A TX, L.P.

3225. CVS EGL Avenue J Galveston TX, L.P.

3226. CVS EGL Avondale Dysart AZ, L.L.C.

3227. CVS EGL Ayers Corpus Christi TX, L.P.

3228. CVS EGL Ayers TX, L.P.

3229. CVS EGL Azalea AL, Inc.

3230. CVS EGL Bandera Road TX, L.P.

3231. CVS EGL Bandera San Antonio TX, L.P.

3232. CVS EGL Barataria Marrero LA, Inc.

3233. CVS EGL Barker Cypress TX, L.P.

3234. CVS EGL Barksdale LA, Inc.

3235. CVS EGL Barrow Abilene TX, L.P.

3236. CVS EGL Barry Road MO, Inc.

3237. CVS EGL Bartow FL, L.L.C.

3238. CVS EGL Bartram Park FL, L.L.C.

3239. CVS EGL Baseline Gilbert AZ, L.L.C.

3240. CVS EGL Baseline Tempe AZ, L.L.C.

3241. CVS EGL Baton Rouge LA, Inc.

3242. CVS EGL Bay Area TX, L.P.

3243. CVS EGL Bay City TX, L.P.

3244. CVS EGL Bay Clearwater FL, L.L.C.

3245. CVS EGL Bay Largo FL, L.L.C.

3246. CVS EGL Bay Meadows FL, L.L.C.

3247. CVS EGL Bay St. Louis MS, Inc.

3248. CVS EGL Bayport Seabrook TX, L.P.

3249. CVS EGL Bayshore Dunedin FL, L.L.C.

3250. CVS EGL Beach Boulevard FL, L.L.C.

3251. CVS EGL Beaumont TX, L.P.

3252. CVS EGL Bee Caves TX, L.P.

3253. CVS EGL Bee Ridge Sarasota FL, L.L.C.

3254. CVS EGL Belcher Clearwater FL, L.L.C.

3255. CVS EGL Belcher Largo FL, L.L.C.

3256. CVS EGL Bell Amarillo TX, L.P.

3257. CVS EGL Bell Glendale AZ, L.L.C.

3258. CVS EGL Bell Houston TX, L.P.

3259. CVS EGL Bell Surprise AZ, L.L.C.

3260. CVS EGL Bellaire Blvd TX, L.P.

3261. CVS EGL Belle Glade FL, L.L.C.

3262. CVS EGL Belle Palm Coast FL, L.L.C.

3263. CVS EGL Belleview Littleton CO CVS, L.L.C.

3264. CVS EGL Belleview Plaquemine LA, Inc.

3265. CVS EGL Belt Saint Joseph MO, Inc.

3266. CVS EGL Beltline Garland TX, L.P.

3267. CVS EGL Belville Daytona FL, L.L.C.

3268. CVS EGL Beneva Road FL, L.L.C.

3269. CVS EGL Biscayne Boulevard, L.L.C.

3270. CVS EGL Biscayne FL, L.L.C.

3271. CVS EGL Biscayne Miami FL, L.L.C.

3272. CVS EGL Bissonnet Houston TX, L.P.

3273. CVS EGL Bissonnet Kirkwood TX, L.P.

3274. CVS EGL Blanco Road TX, L.P.

3275. CVS EGL Blanding Jacksonville FL, L.L.C.

3276. CVS EGL Blanding Middleburg FL, L.L.C.

3277. CVS EGL Blanding Orange Park FL, L.L.C.

3278. CVS EGL Blichton Ocala FL, L.L.C.

3279. CVS EGL Bloomingdale Valrico FL, L.L.C.

3280. CVS EGL Blossom Orlando FL, L.L.C.

3281. CVS EGL Bogalusa LA, Inc.

3282. CVS EGL Boggy Creek FL, L.L.C.

3283. CVS EGL Bolton Alexandria LA, Inc.

3284. CVS EGL Bonham Paris TX, L.P.

3285. CVS EGL Bossier City LA, Inc.

3286. CVS EGL Boulevard Rayne LA, Inc.

3287. CVS EGL Boyette Riverview, L.L.C.

3288. CVS EGL Bradenton FL, L.L.C.

3289. CVS EGL Brair Forest TX, L.P.

3290. CVS EGL Brandon FL, L.L.C.

3291. CVS EGL Brenham TX, L.P.

3292. CVS EGL Brevard Arcadia FL, L.L.C.

3293. CVS EGL Briar Drive KS, Inc.

3294. CVS EGL Briarcliff Austin TX, L.P.

3295. CVS EGL Bridge Hobe Sound FL, L.L.C.

3296. CVS EGL Britt Jensen FL, L.L.C.

3297. CVS EGL Broadmoor MS, Inc.

3298. CVS EGL Broadway Garland TX, L.P.

3299. CVS EGL Broadway Gladewater TX, L.P.

3300. CVS EGL Broadway Tampa, L.L.C.

3301. CVS EGL Broadway Tempe AZ, L.L.C.

3302. CVS EGL Broadway Tucson AZ, L.L.C.

3303. CVS EGL Broadway Tyler TX, L.P.

3304. CVS EGL Brookside MO, Inc.

3305. CVS EGL Brooksville FL, L.L.C.

3306. CVS EGL Broomfield CO CVS, L.L.C.

3307. CVS EGL Broward Lauderdale FL, L.L.C.

3308. CVS EGL Brown Arlington TX, L.P.

3309. CVS EGL Brunswick FL, L.L.C.

3310. CVS EGL Bryan Dairy Seminole FL, L.L.C.

3311. CVS EGL Bryan TX, L.P.

3312. CVS EGL Bryant Irvin Fort Worth TX, L.P.

3313. CVS EGL Buckingham Richardson TX, L.P.

3314. CVS EGL Buckner Dallas TX, L.P.
3315. CVS EGL Buffalo Gap Abilene TX, L.P.
3316. CVS EGL Bullard Parkway FL, L.L.C.
3317. CVS EGL Burleigh Tavares FL, L.L.C.
3318. CVS EGL Burnett Austin TX, L.P.
3319. CVS EGL Camelback Phoenix AZ, L.L.C.
3320. CVS EGL Cameron Lafayette LA, Inc.
3321. CVS EGL Cameron Scott LA, Inc.
3322. CVS EGL Camino Boca Raton FL, L.L.C.
3323. CVS EGL Camino Real TX, L.P.
3324. CVS EGL Camp Bowie Fort Worth TX, L.P.
3325. CVS EGL Camp Bowie TX, L.P.
3326. CVS EGL Camp Clarke TX, L.P.
3327. CVS EGL Camp Lowell AZ, L.L.C.
3328. CVS EGL Camp TX, L.P.
3329. CVS EGL Campbell Dallas TX, L.P.
3330. CVS EGL Canal New Orleans LA, Inc.
3331. CVS EGL Canal Thibodaux LA, Inc.
3332. CVS EGL Candelaria NM, L.L.C.
3333. CVS EGL Canoe St. Cloud FL, L.L.C.
3334. CVS EGL Cape Coral Pkwy FL, L.L.C.
3335. CVS EGL Capital Circle FL, L.L.C.
3336. CVS EGL Capital Tallahassee FL, L.L.C.
3337. CVS EGL Carefree Cave Creek AZ, L.L.C.
3338. CVS EGL Caroline Milton FL, L.L.C.
3339. CVS EGL Carrier Grand Prairie TX, L.P.
3340. CVS EGL Carrollton New Orleans LA, Inc.
3341. CVS EGL Carrollwood Tampa FL, L.L.C.
3342. CVS EGL Cartwright Mesquite TX, L.P.
3343. CVS EGL Cartwright Missouri City TX, L.P.
3344. CVS EGL Cedar Breaks TX, L.P.
3345. CVS EGL Cedar Park TX, L.P.
3346. CVS EGL Cedar Ridge TX, L.P.
3347. CVS EGL Centennial CO CVS, L.L.C.
3348. CVS EGL Central Avenue NM, L.L.C.
3349. CVS EGL Central Bedford TX, L.P.
3350. CVS EGL Central Florida, L.L.C.
3351. CVS EGL Central McKinney TX, L.P.
3352. CVS EGL Central Parkway FL, L.L.C.
3353. CVS EGL Central Petersburg FL, L.L.C.
3354. CVS EGL Centre Hereford TX, L.P.
3355. CVS EGL Cerrillos NM, L.L.C.
3356. CVS EGL Chalmette LA, Inc.
3357. CVS EGL Chambers Denver CO CVS, L.L.C.
3358. CVS EGL Champion Forest TX, L.P.
3359. CVS EGL Chandler Phoenix AZ, L.L.C.
3360. CVS EGL Charity Abbeville LA, Inc.
3361. CVS EGL Chateau Kenner LA, Inc.
3362. CVS EGL Cheney Titusville FL, L.L.C.
3363. CVS EGL Chipley FL, L.L.C.
3364. CVS EGL Choctaw OK, Inc.
3365. CVS EGL Church Livingston TX, L.P.
3366. CVS EGL Cinco Ranch TX, L.P.

3367. CVS EGL Clark Road, L.L.C.

3368. CVS EGL Clark Sarasota FL, L.L.C.

3369. CVS EGL Classen Oklahoma City OK, Inc.

3370. CVS EGL Clearlake Cocoa FL, L.L.C.

3371. CVS EGL Clearwater FL, L.L.C.

3372. CVS EGL Clearwater Largo FL, L.L.C.

3373. CVS EGL Cleburne TX, L.P.

3374. CVS EGL Clermont FL, L.L.C.

3375. CVS EGL Cleveland Avenue, L.L.C.

3376. CVS EGL Cleveland Fort Myers FL, L.L.C.

3377. CVS EGL Clint Moore Boca Raton FL, L.L.C.

3378. CVS EGL Clubview Levelland TX, L.P.

3379. CVS EGL Clute TX, L.P.

3380. CVS EGL Coalton Broomfield CO CVS, L.L.C.

3381. CVS EGL Cockrell Hill TX, L.P.

3382. CVS EGL Coit Plano TX, L.P.

3383. CVS EGL Coit Richardson TX, L.P.

3384. CVS EGL Colfax Denver CO CVS, L.L.C.

3385. CVS EGL Colfax Lakewood CO CVS, L.L.C.

3386. CVS EGL College Beaumont TX, L.P.

3387. CVS EGL College Collins CO CVS, L.L.C.

3388. CVS EGL College Hills San Angelo TX, L.P.

3389. CVS EGL College Park Conroe TX, L.P.

3390. CVS EGL Colleyville TX, L.P.

3391. CVS EGL Collins Avenue FL, L.L.C.

3392. CVS EGL Collins North Miami FL, L.L.C.

3393. CVS EGL Colonial Golden FL, L.L.C.

3394. CVS EGL Colonial Myers FL, L.L.C.

3395. CVS EGL Colonial Orlando FL, L.L.C.

3396. CVS EGL Colonial Winter Garden FL, L.L.C.

3397. CVS EGL Colorado Springs CO CVS, L.L.C.

3398. CVS EGL Commerce Ardmore OK, Inc.

3399. CVS EGL Commercial 18th FL, L.L.C.

3400. CVS EGL Commercial Lauderdale FL, L.L.C.

3401. CVS EGL Congress Austin TX, L.P.

3402. CVS EGL Congress Boynton Beach FL, L.L.C.

3403. CVS EGL Congress Lake Worth FL, L.L.C.

3404. CVS EGL Congress Street TX, L.P.

3405. CVS EGL Coors Boulevard NM, L.L.C.

3406. CVS EGL Coral Miami FL, L.L.C.

3407. CVS EGL Corpus Christi TX, L.P.

3408. CVS EGL Cortez Boulevard FL, L.L.C.

3409. CVS EGL Cortez Bradenton FL, L.L.C.

3410. CVS EGL Cortez FL, L.L.C.

3411. CVS EGL Cottage Mobile AL, Inc.

3412. CVS EGL Countryway Tampa FL, L.L.C.

3413. CVS EGL County Dunedin FL, L.L.C.

3414. CVS EGL County Line Ridgeland MS, Inc.

3415. CVS EGL County Orange Park FL, L.L.C.

3416. CVS EGL Courtenay Merritt FL, L.L.C.
3417. CVS EGL Covington LA, Inc.
3418. CVS EGL Crandon Key Biscayne FL, L.L.C.
3419. CVS EGL Crawfordville FL, L.L.C.
3420. CVS EGL Cresswell Opelousas LA, Inc.
3421. CVS EGL Crockett Palestine TX, L.P.
3422. CVS EGL Cross Timbers TX, L.P.
3423. CVS EGL Crowley TX, L.P.
3424. CVS EGL Crown Bonita Springs FL, L.L.C.
3425. CVS EGL Culebra San Antonio TX, L.P.
3426. CVS EGL Cullen Pearland TX, L.P.
3427. CVS EGL Curry Ford Orlando FL, L.L.C.
3428. CVS EGL Curry Ford Road FL, L.L.C.
3429. CVS EGL Custer Frisco TX, L.P.
3430. CVS EGL Cypress Gardens FL, L.L.C.
3431. CVS EGL Cypress North TX, L.P.
3432. CVS EGL Cypress Poinciana FL, L.L.C.
3433. CVS EGL Cypress West Monroe LA, Inc.
3434. CVS EGL Cypress Winter Haven FL, L.L.C.
3435. CVS EGL Dale Mabry Tampa FL, L.L.C.
3436. CVS EGL Dania Beach FL, L.L.C.
3437. CVS EGL Daniels Fort Myers, L.L.C.
3438. CVS EGL Daphne AL, Inc.
3439. CVS EGL Davenport FL, L.L.C.
3440. CVS EGL Davie Lauderdale FL, L.L.C.
3441. CVS EGL Davis N Richland Hills TX, L.P.
3442. CVS EGL Davis Pensacola FL, L.L.C.
3443. CVS EGL Daytona FL, L.L.C.
3444. CVS EGL De Land FL, L.L.C.
3445. CVS EGL De Zavala San Antonio TX, L.P.
3446. CVS EGL Decatur FL, L.L.C.
3447. CVS EGL Decker Baytown TX, L.P.
3448. CVS EGL Deerfield Beach FL, L.L.C.
3449. CVS EGL Denham Springs LA, Inc.
3450. CVS EGL Denton Fort Worth TX, L.P.
3451. CVS EGL Desoto TX, L.P.
3452. CVS EGL Dickinson TX, L.P.
3453. CVS EGL Dixie Highway FL, L.L.C.
3454. CVS EGL Dixie Homestead FL, L.L.C.
3455. CVS EGL Dixie Lake Worth FL, L.L.C.
3456. CVS EGL Dixie Miami FL, L.L.C.
3457. CVS EGL Dixie South FL, L.L.C.
3458. CVS EGL Dixie West FL, L.L.C.
3459. CVS EGL Dixie West Palm FL, L.L.C.
3460. CVS EGL Dorado Craig TX, L.P.
3461. CVS EGL Dowlen TX, L.P.
3462. CVS EGL Downing Denver CO CVS, L.L.C.
3463. CVS EGL Drake Fort Collins CO CVS, L.L.C.
3464. CVS EGL Dry Creek Aurora CO CVS, L.L.C.
3465. CVS EGL Duck Creek TX, L.P.
3466. CVS EGL Dulles Road TX, L.P.
3467. CVS EGL Dunlap Phoenix AZ, L.L.C.
3468. CVS EGL Dunn Jacksonville FL, L.L.C.
3469. CVS EGL Dunnellon FL, L.L.C.

3470. CVS EGL Duval Key West FL, L.L.C.

3471. CVS EGL Dysart Goodyear AZ, L.L.C.

3472. CVS EGL E 20th Houston TX, L.P.

3473. CVS EGL E Amarillo TX, L.P.

3474. CVS EGL E Arapaho Richardson TX, L.P.

3475. CVS EGL E Arkansas Arlington TX, L.P.

3476. CVS EGL E Belt Line Cedar Hill TX, L.P.

3477. CVS EGL E Broadway Sweetwater TX, L.P.

3478. CVS EGL E Commerce Brownwood TX, L.P.

3479. CVS EGL E End North Marshall TX, L.P.

3480. CVS EGL E Irving TX, L.P.

3481. CVS EGL E Lancaster Fort Worth TX, L.P.

3482. CVS EGL E Loop 304 Crockett TX, L.P.

3483. CVS EGL E Lufkin TX, L.P.

3484. CVS EGL E Main Allen TX, L.P.

3485. CVS EGL E Main Grand Prairie TX, L.P.

3486. CVS EGL E Main Whitehouse TX, L.P.

3487. CVS EGL E Mockingbird Dallas TX, L.P.

3488. CVS EGL E Northwest Dallas TX, L.P.

3489. CVS EGL E Pipeline Bedford TX, L.P.

3490. CVS EGL E Riverside Austin TX, L.P.

3491. CVS EGL E Southlake TX, L.P.

3492. CVS EGL E Tidwell Houston TX, L.P.

3493. CVS EGL E Tyler Athens TX, L.P.

3494. CVS EGL E US Hwy 287 Midlothian TX, L.P.

3495. CVS EGL Eagle Nest Hialeah FL, L.L.C.

3496. CVS EGL East Atlantic FL, L.L.C.

3497. CVS EGL East Camelback AZ, L.L.C.

3498. CVS EGL East Colonial Drive FL, L.L.C.

3499. CVS EGL East Danforth OK, Inc.

3500. CVS EGL East Fowler FL, L.L.C.

3501. CVS EGL East Hinson FL, L.L.C.

3502. CVS EGL East Jester Houston TX, L.P.

3503. CVS EGL East Lake FL, L.L.C.

3504. CVS EGL East Oak FL, L.L.C.

3505. CVS EGL East Palatka FL, L.L.C.

3506. CVS EGL East Park Arlington TX, L.P.

3507. CVS EGL East Pass Gulfport MS, Inc.

3508. CVS EGL Eastex Beaumont TX, L.P.

3509. CVS EGL Edgewater Orlando FL, L.L.C.

3510. CVS EGL Edmond OK, Inc.

3511. CVS EGL Ehrlich Tampa FL, L.L.C.

3512. CVS EGL Eiland Zephyrhills FL, L.L.C.

3513. CVS EGL Eisenhower Loveland CO, L.L.C.

3514. CVS EGL El Salido TX, L.P.

3515. CVS EGL Elam Balch Springs TX, L.P.

3516. CVS EGL Eldridge Houston TX, L.P.

3517. CVS EGL Eldridge Road TX, L.P.

3518. CVS EGL Elkcam Deltona FL, L.L.C.

3519. CVS EGL Elliot Arizona AZ, L.L.C.

3520. CVS EGL Ellison Drive NM, L.L.C.

3521. CVS EGL Emerson Palm Bay FL, L.L.C.

3522. CVS EGL Erie Ellenton FL, L.L.C.

3523. CVS EGL Estero Fort Myers FL, L.L.C.

3524. CVS EGL Everhart TX, L.P.

3525. CVS EGL Fairfield Pensacola FL, L.L.C.

3526. CVS EGL Fay Cocoa FL, L.L.C.

3527. CVS EGL Federal Boynton FL, L.L.C.

3528. CVS EGL Federal Broward FL, L.L.C.

3529. CVS EGL Federal Deerfield FL, L.L.C.

3530. CVS EGL Federal Delray Beach FL, L.L.C.

3531. CVS EGL Federal Denver CO CVS, L.L.C.

3532. CVS EGL Federal Fort Pierce FL, L.L.C.

3533. CVS EGL Federal Hollywood FL, L.L.C.

3534. CVS EGL Federal Pompano FL, L.L.C.

3535. CVS EGL Federal Stuart FL, L.L.C.

3536. CVS EGL Ferguson Dallas TX, L.P.

3537. CVS EGL Ferguson Road TX, L.P.

3538. CVS EGL Ferris Waxahachie TX, L.P.

3539. CVS EGL Fielder Arlington TX, L.P.

3540. CVS EGL First Bradenton FL, L.L.C.

3541. CVS EGL FL Wright AZ, L.L.C.

3542. CVS EGL Flagler Miami FL, L.L.C.

3543. CVS EGL Flamingo Hollywood FL, L.L.C.

3544. CVS EGL Flamingo South FL, L.L.C.

3545. CVS EGL Florabranch FL, L.L.C.

3546. CVS EGL Florence Casa AZ, L.L.C.

3547. CVS EGL Florida Baton Rouge LA, Inc.

3548. CVS EGL Florida Lakeland FL, L.L.C.

3549. CVS EGL Florida Tampa FL, L.L.C.

3550. CVS EGL Florida, L.L.C.

3551. CVS EGL Flowood MS, Inc.

3552. CVS EGL Fm 1821 Mineral Wells TX, L.P.

3553. CVS EGL FM 1960 E Humble TX, L.P.

3554. CVS EGL FM 1960 Road TX, L.P.

3555. CVS EGL FM 2100 Crosby TX, L.P.

3556. CVS EGL Fm 3009 Schertz TX, L.P.

3557. CVS EGL FM 407 Lewisville TX, L.P.

3558. CVS EGL FM 528 TX, L.P.

3559. CVS EGL FM 529 Houston TX, L.P.

3560. CVS EGL FM Round TX, L.P.

3561. CVS EGL FM West TX, L.P.

3562. CVS EGL Foley AL, Inc.

3563. CVS EGL Fondren Houston TX, L.P.

3564. CVS EGL Ford Orlando FL, L.L.C.

3565. CVS EGL Forest Dallas TX, L.P.

3566. CVS EGL Forest Hill Blvd FL, L.L.C.

3567. CVS EGL Forest Hill Fort Worth TX, L.P.

3568. CVS EGL Forest Hill Palm FL, L.L.C.

3569. CVS EGL Forest Lane TX, L.P.

3570. CVS EGL Forest MS, Inc.

3571. CVS EGL Forest Spring TX, L.P.

3572. CVS EGL Forney TX, L.P.

3573. CVS EGL Fort Walton Beach FL, L.L.C.

3574. CVS EGL Fountain Hills AZ, L.L.C.

3575. CVS EGL Fountain Murray CO CVS, L.L.C.

3576. CVS EGL Fowler Tampa FL, L.L.C.

3577. CVS EGL Frankford Dallas TX, L.P.

3578. CVS EGL Freeport TX, L.P.

3579. CVS EGL Friendswood TX, L.P.

3580. CVS EGL Fruitville Sarasota FL, L.L.C.

3581. CVS EGL Fry Katy TX, L.P.

3582. CVS EGL Fry Little York TX, L.P.

3583. CVS EGL Fuqua Houston TX, L.P.

3584. CVS EGL Fuqua Street TX, L.P.

3585. CVS EGL Gainesville FL, L.L.C.

3586. CVS EGL Garden Titusville FL, L.L.C.

3587. CVS EGL Garland Dallas TX, L.P.

3588. CVS EGL Garland TX, L.P.

3589. CVS EGL Garth Baytown TX, L.P.

3590. CVS EGL Gattis School Round Rock TX, L.P.

3591. CVS EGL Gause Boulevard LA, Inc.

3592. CVS EGL Gause Slidell LA, Inc.

3593. CVS EGL Gears Houston TX, L.P.

3594. CVS EGL General Meyer LA, Inc.

3595. CVS EGL Georgetown TX, L.P.

3596. CVS EGL Georgia Amarillo TX, L.P.

3597. CVS EGL Georgia Bogalusa LA, Inc.

3598. CVS EGL Gessner Houston TX, L.P.

3599. CVS EGL Gibsonton Riverview FL, L.L.C.

3600. CVS EGL Glages Boca Raton FL, L.L.C.

3601. CVS EGL Glenbrook Clermont FL, L.L.C.

3602. CVS EGL Gloria Clewiston FL, L.L.C.

3603. CVS EGL Golden Naples FL, L.L.C.

3604. CVS EGL Golf Links AZ, L.L.C.

3605. CVS EGL Government Baton Rouge LA, Inc.

3606. CVS EGL Granada Ormond Beach FL, L.L.C.

3607. CVS EGL Granbury TX, L.P.

3608. CVS EGL Grand Caillou Houma LA, Inc.

3609. CVS EGL Grand Prairie TX, L.P.

3610. CVS EGL Grandview MO, Inc.

3611. CVS EGL Grapevine N Richland Hills TX, L.P.

3612. CVS EGL Greeley CO CVS, L.L.C.

3613. CVS EGL Green Cove Springs FL, L.L.C.

3614. CVS EGL Green Oaks TX, L.P.

3615. CVS EGL Greenville Ste 140 Dallas TX, L.P.

3616. CVS EGL Greenwell Baton Rouge LA, Inc.

3617. CVS EGL Greenwell Springs LA, Inc.

3618. CVS EGL Greenwood MS, Inc.

3619. CVS EGL Griffin Cooper FL, L.L.C.

3620. CVS EGL Grogans Mill Spring TX, L.P.

3621. CVS EGL Guadalupe Austin TX, L.P.

3622. CVS EGL Guadalupe Street TX, L.P.

3623. CVS EGL Gulf Beach Pensacola FL, L.L.C.

3624. CVS EGL Gulf Boulevard FL, L.L.C.

3625. CVS EGL Gulf Breeze Pkwy FL, L.L.C.

3626. CVS EGL Gulf Indian Rocks FL, L.L.C.

3627. CVS EGL Gulfbreeze Parkway FL, L.L.C.

3628. CVS EGL Gulfport Boulevard FL, L.L.C.

3629. CVS EGL Gulfshores AL, Inc.

3630. CVS EGL Gunn Highway FL, L.L.C.

3631. CVS EGL Gunn Tampa FL, L.L.C.

3632. CVS EGL Haily Pueblo CO CVS, L.L.C.

3633. CVS EGL Hall Johnson Grapevine TX, L.P.

3634. CVS EGL Hammerly Houston TX, L.P.

3635. CVS EGL Hammock Miami FL, L.L.C.

3636. CVS EGL Hammond LA, Inc.

3637. CVS EGL Hampden Aurora CO CVS, L.L.C.

3638. CVS EGL Hancock Bridge FL, L.L.C.

3639. CVS EGL Hancock Clermont FL, L.L.C.

3640. CVS EGL Happy Valley AZ, L.L.C.

3641. CVS EGL Harding Miami FL, L.L.C.

3642. CVS EGL Hardy Hattiesburg MS, Inc.

3643. CVS EGL Harris Red Oak TX, L.P.

3644. CVS EGL Harvey LA, Inc.

3645. CVS EGL Hawthorne FL, L.L.C.

3646. CVS EGL Hebron Carrolton TX, L.P.

3647. CVS EGL Hedgecoxe Plano TX, L.P.

3648. CVS EGL Henderson Boulevard FL, L.L.C.

3649. CVS EGL Henderson Tampa FL, L.L.C.

3650. CVS EGL Hialeah Drive FL, L.L.C.

3651. CVS EGL Hiawassee Orlando FL, L.L.C.

3652. CVS EGL Hickory Creek TX, L.P.

3653. CVS EGL High Springs FL, L.L.C.

3654. CVS EGL Highland Madison MS, Inc.

3655. CVS EGL Highland Road LA, Inc.

3656. CVS EGL Highway 77 TX, L.P.

3657. CVS EGL Hillsboro Coconut FL, L.L.C.

3658. CVS EGL Hillsborough Charlotte FL, L.L.C.

3659. CVS EGL Hillsborough FL, L.L.C.

3660. CVS EGL Hillsborough Tampa FL, L.L.C.

3661. CVS EGL Himes Tampa FL, L.L.C.

3662. CVS EGL Hollywood Blvd FL, L.L.C.

3663. CVS EGL Hollywood FL, L.L.C.

3664. CVS EGL Hollywood Shreveport LA, Inc.

3665. CVS EGL Holzwarth TX, L.P.

3666. CVS EGL Horizon Rockwall TX, L.P.

3667. CVS EGL Houston 6 South TX, L.P.

3668. CVS EGL Houston North, L.P.

3669. CVS EGL Houston Street TX, L.P.

3670. CVS EGL Houston TX, L.P.

3671. CVS EGL Howard Tampa FL, L.L.C.

3672. CVS EGL Hudson FL, L.L.C.

3673. CVS EGL Huebner Road TX, L.P.

3674. CVS EGL Huebner San Antonio TX, L.P.

3675. CVS EGL Hunters Creek Orlando FL, L.L.C.

3676. CVS EGL Hwy 1 Donaldsonville LA, Inc.

3677. CVS EGL Hwy 1 Fort Pierce FL, L.L.C.

3678. CVS EGL Hwy 1 Lucie FL, L.L.C.

3679. CVS EGL Hwy 1 Palm Beach FL, L.L.C.

3680. CVS EGL Hwy 1 Raceland LA, Inc.

3681. CVS EGL Hwy 1 Rockledge FL, L.L.C.

3682. CVS EGL Hwy 1 Vero Beach FL, L.L.C.

3683. CVS EGL Hwy 152 Mustang OK, Inc.

3684. CVS EGL Hwy 17 Casselberry FL, L.L.C.

3685. CVS EGL Hwy 171 Lake Charles LA, Inc.

3686. CVS EGL Hwy 181 Floresville TX, L.P.

3687. CVS EGL Hwy 19 Clearwater FL, L.L.C.

3688. CVS EGL Hwy 19 Crystal River FL, L.L.C.

3689. CVS EGL Hwy 19 Eustis FL, L.L.C.

3690. CVS EGL Hwy 19 Meridian MS, Inc.

3691. CVS EGL Hwy 19 North FL, L.L.C.

3692. CVS EGL Hwy 19 Port Richey FL, L.L.C.

3693. CVS EGL Hwy 190 Mandeville LA, Inc.

3694. CVS EGL Hwy 20 Interlachen FL, L.L.C.

3695. CVS EGL Hwy 20 Niceville FL, L.L.C.

3696. CVS EGL Hwy 24 Independence MO, Inc.

3697. CVS EGL Hwy 27 Haines City FL, L.L.C.

3698. CVS EGL Hwy 27 Sebring FL, L.L.C.

3699. CVS EGL Hwy 271 Gilmer TX, L.P.

3700. CVS EGL Hwy 28 Pineville LA, Inc.

3701. CVS EGL Hwy 281 San Antonio TX, L.P.

3702. CVS EGL Hwy 377 Fort Worth TX, L.P.

3703. CVS EGL Hwy 40 Silver Springs FL, L.L.C.

3704. CVS EGL Hwy 441 Alachua FL, L.L.C.

3705. CVS EGL Hwy 441 Mount Dora FL, L.L.C.

3706. CVS EGL Hwy 49 Gulfport MS, Inc.

3707. CVS EGL Hwy 524 Cocoa FL, L.L.C.

3708. CVS EGL Hwy 59 N Bowie TX, L.P.

3709. CVS EGL Hwy 6 North TX, L.P.

3710. CVS EGL Hwy 6 Sugar Land TX, L.P.

3711. CVS EGL Hwy 7 Lauderdale FL, L.L.C.

3712. CVS EGL Hwy 70 Bradenton FL, L.L.C.

3713. CVS EGL Hwy 84 Slaton TX, L.P.

3714. CVS EGL Hwy 90 Milton FL, L.L.C.

3715. CVS EGL Hwy 90 Morgan City LA, Inc.

3716. CVS EGL Hwy 92 Lakeland FL, L.L.C.

3717. CVS EGL Hwy 98 Destin FL, L.L.C.

3718. CVS EGL Hwy 98 Lakeland FL, L.L.C.

3719. CVS EGL Hwy 98 Panama FL, L.L.C.

3720. CVS EGL Hwy A1A Palm FL, L.L.C.

3721. CVS EGL Hwy Lake Placid FL, L.L.C.

3722. CVS EGL Hymeadow Austin TX, L.P.

3723. CVS EGL Imperial Bonita FL, L.L.C.

3724. CVS EGL Ina Tucson AZ, L.L.C.

3725. CVS EGL Independence Plano TX, L.P.

3726. CVS EGL Independence Shawnee OK, Inc.

3727. CVS EGL Independence TX, L.P.

3728. CVS EGL Indian Scottsdale AZ, L.L.C.

3729. CVS EGL Indian Trace FL, L.L.C.

3730. CVS EGL Indiana Arvada CO CVS, L.L.C.

3731. CVS EGL Indiantown Jupiter FL, L.L.C.

3732. CVS EGL International Drive FL, L.L.C.

3733. CVS EGL International Mary FL, L.L.C.

3734. CVS EGL International Orlando FL, L.L.C.

3735. CVS EGL Irlo Kissimmee FL, L.L.C.

3736. CVS EGL Irving TX, L.P.

3737. CVS EGL Irvington Houston TX, L.P.

3738. CVS EGL Irvington Tucson AZ, L.L.C.

3739. CVS EGL Ives Dairy Miami FL, L.L.C.

3740. CVS EGL Jacksboro Fort Worth TX, L.P.

3741. CVS EGL Jacksboro Wichita Falls TX, L.P.

3742. CVS EGL Jackson Alexandria LA, Inc.

3743. CVS EGL Jackson MS, Inc.

3744. CVS EGL Jacksonville FL, L.L.C.

3745. CVS EGL Jasper FL, L.L.C.

3746. CVS EGL Jefferson Baton Rouge LA, Inc.

3747. CVS EGL Jensen Beach FL, L.L.C.

3748. CVS EGL Jester Austin TX, L.P.

3749. CVS EGL Jog Boynton Beach FL, L.L.C.

3750. CVS EGL Jog Greenacres FL, L.L.C.

3751. CVS EGL Jog Lake Worth FL, L.L.C.

3752. CVS EGL John Young Orlando FL, L.L.C.

3753. CVS EGL Johnson Mission KS, Inc.

3754. CVS EGL Johnston Lafayette LA, Inc.

3755. CVS EGL Jones Houston TX, L.P.

3756. CVS EGL Jones Maltsberger San Antonio TX, L.P.

3757. CVS EGL Jones Road TX, L.P.

3758. CVS EGL Juan Tabo NM, L.L.C.

3759. CVS EGL Juno Beach FL, L.L.C.

3760. CVS EGL Jupiter Plano TX, L.P.

3761. CVS EGL Kaliste Lafayette LA, Inc.

3762. CVS EGL Kansas City KS, Inc.

3763. CVS EGL Kathleen Road FL, L.L.C.

3764. CVS EGL Katy TX, L.P.

3765. CVS EGL Kaufman TX, L.P.

3766. CVS EGL Kenner LA, Inc.

3767. CVS EGL Keystone Heights FL, L.L.C.

3768. CVS EGL King Seguin TX, L.P.

3769. CVS EGL Kings Pierce FL, L.L.C.

3770. CVS EGL Kingsland TX, L.P.

3771. CVS EGL Kingwood Humble TX, L.P.

3772. CVS EGL Kingwood TX, L.P.

3773. CVS EGL Kipling Coal Mine CO CVS, L.L.C.

3774. CVS EGL Kipling Littleton CO CVS, L.L.C.

3775. CVS EGL Kirby Houston TX, L.P.

3776. CVS EGL Kirkman FL, L.L.C.

3777. CVS EGL Kissimmee FL, L.L.C.

3778. CVS EGL Kosciusko MS, Inc.

3779. CVS EGL Kuykendahl TX, L.P.

3780. CVS EGL La Canada Oro AZ, L.L.C.

3781. CVS EGL Lafayette LA, Inc.

3782. CVS EGL Lake Austin TX, L.P.

3783. CVS EGL Lake Butler FL, L.L.C.

3784. CVS EGL Lake North Palm FL, L.L.C.

3785. CVS EGL Lake Pickett FL, L.L.C.

3786. CVS EGL Lake Taylor TX, L.P.

3787. CVS EGL Lake Underhill FL, L.L.C.

3788. CVS EGL Lake Weir Ocala FL, L.L.C.

3789. CVS EGL Lake Worth FL, L.L.C.

3790. CVS EGL Lake Worth Fort Worth TX, L.P.

3791. CVS EGL Lake Worth Road FL, L.L.C.

3792. CVS EGL Lakeland FL, L.L.C.

3793. CVS EGL Lakeland Highlands FL, L.L.C.

3794. CVS EGL Lakewood CO CVS, L.L.C.

3795. CVS EGL Lamar Paris TX, L.P.

3796. CVS EGL Land O Lakes FL, L.L.C.

3797. CVS EGL Lantana FL, L.L.C.

3798. CVS EGL Lantana Lake Worth FL, L.L.C.

3799. CVS EGL Lauderdale FL, L.L.C.

3800. CVS EGL Laurel MS, Inc.

3801. CVS EGL Lavon Garland TX, L.P.

3802. CVS EGL Lawton OK, Inc.

3803. CVS EGL Leavenworth KS, Inc.

3804. CVS EGL Lebanon Frisco TX, L.P.

3805. CVS EGL Lecanto Beverly FL, L.L.C.

3806. CVS EGL Lee Lawton OK, Inc.

3807. CVS EGL Lee Lehigh Acres FL, L.L.C.

3808. CVS EGL Lee Orlando FL, L.L.C.

3809. CVS EGL Lees Summit MO, Inc.

3810. CVS EGL Leesburg FL, L.L.C.

3811. CVS EGL Lemmon Dallas TX, L.P.

3812. CVS EGL Lenexa KS, Inc.

3813. CVS EGL Leopard TX, L.P.

3814. CVS EGL Lewis New Iberia LA, Inc.

3815. CVS EGL Lexington Missouri City TX, L.P.

3816. CVS EGL Lexington Sugar Land TX, L.P.

3817. CVS EGL Liberty MO, Inc.

3818. CVS EGL Lindsay Gilbert AZ, L.L.C.

3819. CVS EGL Linebaugh Tampa FL, L.L.C.

3820. CVS EGL Little Elm TX, L.P.

3821. CVS EGL Little Hudson FL, L.L.C.

3822. CVS EGL Lomans Ford TX, L.P.

3823. CVS EGL Long Beach MS, Inc.

3824. CVS EGL Long Point Houston TX, L.P.

3825. CVS EGL Longboat Key FL, L.L.C.

3826. CVS EGL Longmont CO CVS, L.L.C.

3827. CVS EGL Longwood FL, L.L.C.

3828. CVS EGL Loop Alvin TX, L.P.

3829. CVS EGL Losoya San Antonio TX, L.P.

3830. CVS EGL Louetta Houston TX, L.P.

3831. CVS EGL Louetta Spring TX, L.P.

3832. CVS EGL Louisiana Properties, Inc.

3833. CVS EGL Lovers Lane TX, L.P.

3834. CVS EGL Lowell Boulevard CO CVS, L.L.C.

3835. CVS EGL Lubbock Lamesa TX, L.P.

3836. CVS EGL Lubbock TX, L.P.

3837. CVS EGL Lumsden Brandon, L.L.C.

3838. CVS EGL Lumsden Road FL, L.L.C.

3839. CVS EGL Mabank TX, L.P.

3840. CVS EGL Macarthur OK, Inc.

3841. CVS EGL Macclenney FL, L.L.C.

3842. CVS EGL Macdill Tampa FL, L.L.C.

3843. CVS EGL Madison Tampa FL, L.L.C.

3844. CVS EGL Magee MS, Inc.

3845. CVS EGL Magnolia FL, L.L.C.

3846. CVS EGL Main Apopka FL, L.L.C.

3847. CVS EGL Main Avon Park FL, L.L.C.

3848. CVS EGL Main Baker LA, Inc.

3849. CVS EGL Main Bushnell FL, L.L.C.

3850. CVS EGL Main Dallas TX, L.P.

3851. CVS EGL Main FL, L.L.C.

3852. CVS EGL Main Franklin LA, Inc.

3853. CVS EGL Main Gainesville FL, L.L.C.

3854. CVS EGL Main Galliano LA, Inc.

3855. CVS EGL Main Inverness FL, L.L.C.

3856. CVS EGL Main Kansas City MO, Inc.

3857. CVS EGL Main Kerrville TX, L.P.

3858. CVS EGL Main Lewisville TX, L.P.

3859. CVS EGL Main Liberty TX, L.P.

3860. CVS EGL Main Martinville LA, Inc.

3861. CVS EGL Main Mesa AZ, L.L.C.

3862. CVS EGL Main Norman OK, Inc.

3863. CVS EGL Main Opelousas LA, Inc.

3864. CVS EGL Main Street TX, L.P.

3865. CVS EGL Main The Colony TX, L.P.

3866. CVS EGL Main Wildwood FL, L.L.C.

3867. CVS EGL Main Windsor CO CVS, L.L.C.

3868. CVS EGL Main Winnfield LA, Inc.

3869. CVS EGL Malabar Palm Bay FL, L.L.C.

3870. CVS EGL Manatee Beach FL, L.L.C.

3871. CVS EGL Manatee Bradenton FL, L.L.C.

3872. CVS EGL Mandalay Ave FL, L.L.C.

3873. CVS EGL Mansfield Fort Worth TX, L.P.

3874. CVS EGL Mansfield Shreveport LA, Inc.

3875. CVS EGL Mansfield TX, L.P.

3876. CVS EGL Maplewood Sulphur LA, Inc.

3877. CVS EGL Marco Island FL, L.L.C.

3878. CVS EGL Margate FL, L.L.C.

3879. CVS EGL Margate Pompano FL, L.L.C.

3880. CVS EGL Marianna FL, L.L.C.

3881. CVS EGL Maricamp Ocala FL, L.L.C.

3882. CVS EGL Market Street TX, L.P.

3883. CVS EGL Market Stuart FL, L.L.C.

3884. CVS EGL Marsh Lane TX, L.P.

3885. CVS EGL Marshall Howard TX, L.P.

3886. CVS EGL Martin Downs FL, L.L.C.

3887. CVS EGL Martin Greenville MS, Inc.

3888. CVS EGL Martin Luther King OK, Inc.

3889. CVS EGL Marty Street KS, Inc.

3890. CVS EGL Mary Esther FL, L.L.C.

3891. CVS EGL Mason Cypress TX, L.P.

3892. CVS EGL Mass Port Richey FL, L.L.C.

3893. CVS EGL Matlock Arlington TX, L.P.

3894. CVS EGL May Oklahoma, Inc.

3895. CVS EGL McCall Englewood FL, L.L.C.

3896. CVS EGL McCart Fort Worth TX, L.P.
3897. CVS EGL McComb MS, Inc.
3898. CVS EGL McDermott Plano TX, L.P.
3899. CVS EGL McDowell Mesa AZ, L.L.C.
3900. CVS EGL McKellips Mesa AZ, L.L.C.
3901. CVS EGL McMullen Booth FL, L.L.C.
3902. CVS EGL Meadowbrook Fort TX, L.P.
3903. CVS EGL Medical San Antonio TX, L.P.
3904. CVS EGL Meeting Place FL, L.L.C.
3905. CVS EGL Memorial Drive TX, L.P.
3906. CVS EGL Memorial Lakeland FL, L.L.C.
3907. CVS EGL Menaul Eubank NM, L.L.C.
3908. CVS EGL Merritt Island FL, L.L.C.
3909. CVS EGL Mesa AZ, L.L.C.
3910. CVS EGL Mesa Houston TX, L.P.
3911. CVS EGL Mesquite TX, L.P.
3912. CVS EGL Metairie Road LA, Inc.
3913. CVS EGL Metcalf KS, Inc.
3914. CVS EGL Meyer Street TX, L.P.
3915. CVS EGL Miami 56th FL, L.L.C.
3916. CVS EGL Miami Beach FL, L.L.C.
3917. CVS EGL Miami Dix FL, L.L.C.
3918. CVS EGL Miami FL, L.L.C.
3919. CVS EGL Military Delray FL, L.L.C.
3920. CVS EGL Military Flores TX, L.P.
3921. CVS EGL Military Palm Beach FL, L.L.C.
3922. CVS EGL Military Pineville LA, Inc.
3923. CVS EGL Military Trail Jupiter FL, L.L.C.
3924. CVS EGL Military West Palm Beach FL, L.L.C.
3925. CVS EGL Mills Miami FL, L.L.C.
3926. CVS EGL Milwaukee TX, L.P.
3927. CVS EGL Minden LA, Inc.
3928. CVS EGL Miramar Dykes FL, L.L.C.
3929. CVS EGL Miramar FL, L.L.C.
3930. CVS EGL Miramar Hollywood FL, L.L.C.
3931. CVS EGL Miramar Indialantic FL, L.L.C.
3932. CVS EGL Miramar Parkway FL, L.L.C.
3933. CVS EGL Miromar Estero FL, L.L.C.
3934. CVS EGL Mississippi Aurora CO CVS, L.L.C.
3935. CVS EGL Mississippi Properties, Inc.
3936. CVS EGL Missouri Ave FL, L.L.C.
3937. CVS EGL Missouri Properties, Inc.
3938. CVS EGL Mizner Boca FL, L.L.C.
3939. CVS EGL Mobile Highway FL, L.L.C.
3940. CVS EGL Mobile Pensacola FL, L.L.C.
3941. CVS EGL Monroe Tallahassee FL, L.L.C.
3942. CVS EGL Montgomery FL, L.L.C.
3943. CVS EGL Montgomery NM, L.L.C.
3944. CVS EGL Monument Saint Joe FL, L.L.C.
3945. CVS EGL Moore OK, Inc.
3946. CVS EGL Moreau Marksville LA, Inc.
3947. CVS EGL Moss Lafayette LA, Inc.
3948. CVS EGL Municipal Drive FL, L.L.C.
3949. CVS EGL Mur Len Olathe KS, Inc.
3950. CVS EGL Murphy TX, L.P.
3951. CVS EGL N 18th Waco TX, L.P.

3952. CVS EGL N Beach Fort Worth TX, L.P.
3953. CVS EGL N Bluegrove Lancaster TX, L.P.
3954. CVS EGL N Carrier Grand Prairie TX, L.P.
3955. CVS EGL N Central Dallas TX, L.P.
3956. CVS EGL N Denton Tap Coppell TX, L.P.
3957. CVS EGL N Frazier Conroe TX, L.P.
3958. CVS EGL N Galloway Mesquite TX, L.P.
3959. CVS EGL N Greer Pittsburg TX, L.P.
3960. CVS EGL N I 35 Denton TX, L.P.
3961. CVS EGL N Industrial Bedford TX, L.P.
3962. CVS EGL N Josey Carrollton TX, L.P.
3963. CVS EGL N Judge Ely Abilene TX, L.P.
3964. CVS EGL N Lamar Austin TX, L.P.
3965. CVS EGL N Macarthur Irving TX, L.P.
3966. CVS EGL N Main Pearland TX, L.P.
3967. CVS EGL N Main Vidor TX, L.P.
3968. CVS EGL N Mccoy New Boston TX, L.P.
3969. CVS EGL N Nacogdoches TX, L.P.
3970. CVS EGL N New Waco TX, L.P.
3971. CVS EGL N Richmond Wharton TX, L.P.
3972. CVS EGL N Saint Marys Beeville TX, L.P.
3973. CVS EGL N Story Irving TX, L.P.
3974. CVS EGL N Tarrant N Richland Hills TX, L.P.
3975. CVS EGL N Walnut Creek Mansfield TX, L.P.

3976. CVS EGL N Willis Abilene TX, L.P.
3977. CVS EGL Nacogdoches San Antonio TX, L.P.
3978. CVS EGL Nall Avenue KS, Inc.
3979. CVS EGL Naples FL, L.L.C.
3980. CVS EGL Narcoosee Road FL, L.L.C.
3981. CVS EGL Nasa Houston TX, L.P.
3982. CVS EGL Natchez MS, Inc.
3983. CVS EGL Navarre FL, L.L.C.
3984. CVS EGL Nebraska Tampa FL, L.L.C.
3985. CVS EGL Nederland TX, L.P.
3986. CVS EGL New Boston Texarkana TX, L.P.
3987. CVS EGL New Braunfels TX, L.P.
3988. CVS EGL New Cedar TX, L.P.
3989. CVS EGL New Orleans LA, Inc.
3990. CVS EGL New Tampa FL, L.L.C.
3991. CVS EGL New Territory Sugar Land TX, L.P.
3992. CVS EGL Newberry Road FL, L.L.C.
3993. CVS EGL Newhaven FL, L.L.C.
3994. CVS EGL Niceville FL, L.L.C.
3995. CVS EGL Nine Mile FL, L.L.C.
3996. CVS EGL Ninth Galveston TX, L.P.
3997. CVS EGL Noble Williston FL, L.L.C.
3998. CVS EGL Nogalitos TX, L.P.
3999. CVS EGL Nomans FL, L.L.C.
4000. CVS EGL Norman OK, Inc.
4001. CVS EGL Normandy FL, L.L.C.
4002. CVS EGL Normandy Jacksonville FL, L.L.C.
4003. CVS EGL North 16th AZ, L.L.C.
4004. CVS EGL North 16th Street TX, L.P.
4005. CVS EGL North Belton MO, Inc.
4006. CVS EGL North Braunfels TX, L.P.

4007. CVS EGL North Cleveland FL, L.L.C.

4008. CVS EGL North Congress FL, L.L.C.

4009. CVS EGL North Dale Tampa FL, L.L.C.

4010. CVS EGL North Davis MS, Inc.

4011. CVS EGL North Federal FL, L.L.C.

4012. CVS EGL North Florida FL, L.L.C.

4013. CVS EGL North Freeway TX, L.P.

4014. CVS EGL North Highland FL, L.L.C.

4015. CVS EGL North Homestead FL, L.L.C.

4016. CVS EGL North Josey Lane TX, L.P.

4017. CVS EGL North Lauderdale FL, L.L.C.

4018. CVS EGL North Market LA, Inc.

4019. CVS EGL North May OK, Inc.

4020. CVS EGL North Miami Beach FL, L.L.C.

4021. CVS EGL North Military Trail FL, L.L.C.

4022. CVS EGL North Nova FL, L.L.C.

4023. CVS EGL North Ocean FL, L.L.C.

4024. CVS EGL North Pensacola FL, L.L.C.

4025. CVS EGL North Rockwell OK, Inc.

4026. CVS EGL North Santa Fe OK, Inc.

4027. CVS EGL North Vero FL, L.L.C.

4028. CVS EGL North Wickham Road FL, L.L.C.

4029. CVS EGL Northeast Ocean FL, L.L.C.

4030. CVS EGL Northern Glendale AZ, L.L.C.

4031. CVS EGL Northpark Humble TX, L.P.

4032. CVS EGL Northwest Freeway TX, L.P.

4033. CVS EGL Northwest Houston TX, L.P.

4034. CVS EGL Nova Daytona Beach FL, L.L.C.

4035. CVS EGL Nova Ormond Beach FL, L.L.C.

4036. CVS EGL NW Loop 436 Carthage TX, L.P.

4037. CVS EGL Oak Kansas City MO, Inc.

4038. CVS EGL Oak Lawn Dallas TX, L.P.

4039. CVS EGL Oak Traffic Kansas City MO, Inc.

4040. CVS EGL Oakhurst Seminole FL, L.L.C.

4041. CVS EGL Oakland Lauderdale FL, L.L.C.

4042. CVS EGL Oakland Park Boulevard FL, L.L.C.

4043. CVS EGL Oakland Park West FL, L.L.C.

4044. CVS EGL Ocala Southwest FL, L.L.C.

4045. CVS EGL Ocean Springs MS, Inc.

4046. CVS EGL Ocoee FL, L.L.C.

4047. CVS EGL Ohio Live Oak FL, L.L.C.

4048. CVS EGL Ohio Lynn Haven FL, L.L.C.

4049. CVS EGL Okeechobee Boulevard FL, L.L.C.

4050. CVS EGL Okeechobee West Palm FL, L.L.C.

4051. CVS EGL Oklahoma City 44 Southwest, Inc.

4052. CVS EGL Oklahoma Properties, Inc.

4053. CVS EGL Olathe KS, Inc.

4054. CVS EGL Old Cutler Miami FL, L.L.C.

4055. CVS EGL Old Quincy Tallahassee FL, L.L.C.

4056. CVS EGL Old Westeimer TX, L.P.

4057. CVS EGL Opa Locka FL, L.L.C.

4058.  CVS EGL Orange Blossom Orlando FL, L.L.C.

4059.  CVS EGL Orange Blossom Trail FL, L.L.C.

4060.  CVS EGL Orange Kissimmee FL, L.L.C.

4061.  CVS EGL Orange Orlando FL, L.L.C.

4062.  CVS EGL Orange Park FL, L.L.C.

4063.  CVS EGL Orange TX, L.P.

4064.  CVS EGL Orlando Sanford FL, L.L.C.

4065.  CVS EGL Orlando Winter Park FL, L.L.C.

4066.  CVS EGL Oro Valley AZ, L.L.C.

4067.  CVS EGL Osceola Kissimmee FL, L.L.C.

4068.  CVS EGL Oslo Vero FL, L.L.C.

4069.  CVS EGL Osprey FL, L.L.C.

4070.  CVS EGL Osuna Road NM, L.L.C.

4071.  CVS EGL Overland Park KS, Inc.

4072.  CVS EGL Overseas Big Pine Key FL, L.L.C.

4073.  CVS EGL Overseas Islamorada FL, L.L.C.

4074.  CVS EGL Overseas Key Largo FL, L.L.C.

4075.  CVS EGL Overseas Marathon FL, L.L.C.

4076.  CVS EGL Overseas Tavernier FL, L.L.C.

4077.  CVS EGL Oviedo FL, L.L.C.

4078.  CVS EGL Oxford FL, L.L.C.

4079.  CVS EGL Oyster Creek Lake Jackson TX, L.P.

4080.  CVS EGL Palafox Pensacola FL, L.L.C.

4081.  CVS EGL Palatka FL, L.L.C.

4082.  CVS EGL Palm 19th North FL, L.L.C.

4083.  CVS EGL Palm Avenue FL, L.L.C.

4084.  CVS EGL Palm Bay FL, L.L.C.

4085.  CVS EGL Palm Beach Boulevard FL, L.L.C.

4086.  CVS EGL Palm Beach Fort Myers FL, L.L.C.

4087.  CVS EGL Palm Coast FL, L.L.C.

4088.  CVS EGL Palm Ridge Sanibel FL, L.L.C.

4089.  CVS EGL Panama City FL, L.L.C.

4090.  CVS EGL Panther Creek TX, L.P.

4091.  CVS EGL Park Houma LA, Inc.

4092.  CVS EGL Parker Centennial CO CVS, L.L.C.

4093.  CVS EGL Parker Denver CO CVS, L.L.C.

4094.  CVS EGL Parkway Spring TX, L.P.

4095.  CVS EGL Parkwood TX, L.P.

4096.  CVS EGL Parmer Cedar TX, L.P.

4097.  CVS EGL Parmer Harris TX, L.P.

4098.  CVS EGL Parrott Okeechobee FL, L.L.C.

4099.  CVS EGL Pascagoula MS, Inc.

4100.  CVS EGL Paseo Del Norte NM, L.L.C.

4101.  CVS EGL Pat Booker Universal City TX, L.P.

4102.  CVS EGL Paul Maillard Luling LA, Inc.

4103.  CVS EGL Pearl Boulder CO CVS, L.L.C.

4104.  CVS EGL Pearl MS, Inc.

4105.  CVS EGL Perdido Pensacola FL, L.L.C.

4106.  CVS EGL Perkins Baton Rouge LA, Inc.

4107.  CVS EGL Pflugerville TX, L.P.

4108.  CVS EGL PGA Boulevard FL, L.L.C.

4109.  CVS EGL Phenix City AL, Inc.

4110.  CVS EGL Phoenix McDowell AZ, L.L.C.

4111.  CVS EGL Picayune MS, Inc.

4112.  CVS EGL Pine Island FL, L.L.C.

4113.  CVS EGL Pine Naples FL, L.L.C.

4114. CVS EGL Pine Ocala FL, L.L.C.

4115. CVS EGL Pinellas Park FL, L.L.C.

4116. CVS EGL Pines Boulevard FL, L.L.C.

4117. CVS EGL Pines Hollywood FL, L.L.C.

4118. CVS EGL Pines Shreveport LA, Inc.

4119. CVS EGL Pinhook Lafayette LA, Inc.

4120. CVS EGL Pioneer Arlington TX, L.P.

4121. CVS EGL Pipers Glen FL, L.L.C.

4122. CVS EGL Plank Baton Rouge LA, Inc.

4123. CVS EGL Plant City FL, L.L.C.

4124. CVS EGL Platte City MO, Inc.

4125. CVS EGL Plaza Tampa FL, L.L.C.

4126. CVS EGL Pleasant Valley Garland TX, L.P.

4127. CVS EGL Poinciana Destin FL, L.L.C.

4128. CVS EGL Pointe Fort Myers FL, L.L.C.

4129. CVS EGL Polk Houston TX, L.P.

4130. CVS EGL Pompano Beach FL, L.L.C.

4131. CVS EGL Ponchatoula LA, Inc.

4132. CVS EGL Pontchartrain Slidell LA, Inc.

4133. CVS EGL Port Arthur TX, L.P.

4134. CVS EGL Port Lavaca TX, L.P.

4135. CVS EGL Port Neches TX, L.P.

4136. CVS EGL Port Richey FL, L.L.C.

4137. CVS EGL Port Saint Lucie FL, L.L.C.

4138. CVS EGL Port Southwest FL, L.L.C.

4139. CVS EGL Porter TX, L.P.

4140. CVS EGL Post Oak TX, L.P.

4141. CVS EGL Potranco San Antonio TX, L.P.

4142. CVS EGL Power German AZ, L.L.C.

4143. CVS EGL Powers Stetson CO CVS, L.L.C.

4144. CVS EGL Prairie Village KS, Inc.

4145. CVS EGL Precinct Hurst TX, L.P.

4146. CVS EGL Preston Forrest TX, L.P.

4147. CVS EGL Preston Frisco TX, L.P.

4148. CVS EGL Preston Road TX, L.P.

4149. CVS EGL Prima Vista FL, L.L.C.

4150. CVS EGL Providence Deltona FL, L.L.C.

4151. CVS EGL Prytania New Orleans LA, Inc.

4152. CVS EGL Public Lafayette CO CVS, L.L.C.

4153. CVS EGL Quail Roost Miami FL, L.L.C.

4154. CVS EGL Quebec Denver CO CVS, L.L.C.

4155. CVS EGL Queenston TX, L.P.

4156. CVS EGL Quincy Avenue MO, Inc.

4157. CVS EGL Quincy FL, L.L.C.

4158. CVS EGL Quincy Tallahassee FL, L.L.C.

4159. CVS EGL Racetrack Walton FL, L.L.C.

4160. CVS EGL Rattlesnake Hammock FL, L.L.C.

4161. CVS EGL Rattlesnake Naples FL, L.L.C.

4162. CVS EGL Ray McQueen AZ, L.L.C.

4163. CVS EGL Rayford Spring TX, L.P.

4164. CVS EGL Red Bluff Pasadena TX, L.P.

4165. CVS EGL Red Bug FL, L.L.C.

4166. CVS EGL Red Bug Oviedo FL, L.L.C.

4167. CVS EGL Reno Mustang OK, Inc.

4168. CVS EGL Research TX, L.P.

4169. CVS EGL Richardson Henderson TX, L.P.

4170. CVS EGL Richey FL, L.L.C.

4171. CVS EGL Richland MS, Inc.

4172. CVS EGL Richmond Hill FL, L.L.C.

4173. CVS EGL Ridge New Port Richey FL, L.L.C.

4174. CVS EGL Ridgewood Beach FL, L.L.C.

4175. CVS EGL Ridgewood Edgewater FL, L.L.C.

4176. CVS EGL Riggs Chandler AZ, L.L.C.

4177. CVS EGL River Oaks Fort Worth TX, L.P.

4178. CVS EGL Riverview FL, L.L.C.

4179. CVS EGL Robertsdale AL, Inc.

4180. CVS EGL Robinson Norman OK, Inc.

4181. CVS EGL Robstown TX, L.P.

4182. CVS EGL Rock Prairie College Station TX, L.P.

4183. CVS EGL Rockwall TX, L.P.

4184. CVS EGL Rockwell Oklahoma City OK, Inc.

4185. CVS EGL Rogero Jacksonville FL, L.L.C.

4186. CVS EGL Roosevelt FL, L.L.C.

4187. CVS EGL Roosevelt Key West FL, L.L.C.

4188. CVS EGL Rosemont Goodyear AZ, L.L.C.

4189. CVS EGL Rosenburg TX, L.P.

4190. CVS EGL Ross Dallas TX, L.P.

4191. CVS EGL Round Rock TX, L.P.

4192. CVS EGL Rowlett TX, L.P.

4193. CVS EGL Royal Palm Beach FL, L.L.C.

4194. CVS EGL Rufe Snow Keller TX, L.P.

4195. CVS EGL Sadler Fernandina Beach FL, L.L.C.

4196. CVS EGL Saginaw TX, L.P.

4197. CVS EGL Saint Andrews Boca Raton FL, L.L.C.

4198. CVS EGL Saint Augustine FL, L.L.C.

4199. CVS EGL Saint James FL, L.L.C.

4200. CVS EGL Sam Houston LA, Inc.

4201. CVS EGL Sample Pompano Beach FL, L.L.C.

4202. CVS EGL Samuell Dallas TX, L.P.

4203. CVS EGL San Bernardino NM, L.L.C.

4204. CVS EGL San Carlos FL, L.L.C.

4205. CVS EGL San Jose FL, L.L.C.

4206. CVS EGL San Marcos TX, L.P.

4207. CVS EGL San Pedro Avenue TX, L.P.

4208. CVS EGL Sandalfoot Boca Raton FL, L.L.C.

4209. CVS EGL Sandlake Orlando FL, L.L.C.

4210. CVS EGL Sanford FL, L.L.C.

4211. CVS EGL Santa Barbara Cape Coral FL, L.L.C.

4212. CVS EGL Santa Edmond OK, Inc.

4213. CVS EGL Santa Fe OK, Inc.

4214. CVS EGL Sarafruit FL, L.L.C.

4215. CVS EGL Sarasota FL, L.L.C.

4216. CVS EGL Satellite Beach FL, L.L.C.

4217. CVS EGL Sawgrass Ponte Vedra FL, L.L.C.

4218. CVS EGL Scarsdale Houston TX, L.P.

4219. CVS EGL Schillinger Mobile AL, Inc.

4220. CVS EGL Scott Street TX, L.P.

4221. CVS EGL Scottsdale AZ, L.L.C.

4222. CVS EGL Scottsdale Paradise AZ, L.L.C.

4223. CVS EGL Seagoville TX, L.P.

4224. CVS EGL Sebastian FL, L.L.C.

4225. CVS EGL Sebring FL, L.L.C.

4226. CVS EGL Security CO CVS, L.L.C.
4227. CVS EGL Seffner FL, L.L.C.
4228. CVS EGL Seminole Largo FL, L.L.C.
4229. CVS EGL Semmes AL, Inc.
4230. CVS EGL Semoran Winter Park FL, L.L.C.
4231. CVS EGL Seven Springs FL, L.L.C.
4232. CVS EGL Severn Metairie LA, Inc.
4233. CVS EGL Shartel Oklahoma, Inc.
4234. CVS EGL Shaver Pasadena TX, L.P.
4235. CVS EGL Shawnee KS, Inc.
4236. CVS EGL Shea Phoenix AZ, L.L.C.
4237. CVS EGL Sheldon Channelview TX, L.P.
4238. CVS EGL Sheridan Hollywood FL, L.L.C.
4239. CVS EGL Sheridan Pembroke FL, L.L.C.
4240. CVS EGL Sherwood Forest LA, Inc.
4241. CVS EGL Shreveport LA, Inc.
4242. CVS EGL Silsbee TX, L.P.
4243. CVS EGL Silver Springs FL, L.L.C.
4244. CVS EGL Silver Star Orlando FL, L.L.C.
4245. CVS EGL Simon Franklin LA, Inc.
4246. CVS EGL Skillman TX, L.P.
4247. CVS EGL Skyline Tucson AZ, L.L.C.
4248. CVS EGL Snider Plaza TX, L.P.
4249. CVS EGL Snow Mid Cities TX, L.P.
4250. CVS EGL Socrum Loop FL, L.L.C.
4251. CVS EGL South 270 League City TX, L.P.
4252. CVS EGL South 78 Wylie TX, L.P.
4253. CVS EGL South Alameda TX, L.P.

4254. CVS EGL South Boynton FL, L.L.C.
4255. CVS EGL South Bryant OK, Inc.
4256. CVS EGL South Cleveland FL, L.L.C.
4257. CVS EGL South Congress FL, L.L.C.
4258. CVS EGL South Conway FL, L.L.C.
4259. CVS EGL South Deerfield FL, L.L.C.
4260. CVS EGL South Dixie FL, L.L.C.
4261. CVS EGL South East 44th OK, Inc.
4262. CVS EGL South Fort Worth TX, L.P.
4263. CVS EGL South Hampton TX, L.P.
4264. CVS EGL South Hiawassee FL, L.L.C.
4265. CVS EGL South Jefferson TX, L.P.
4266. CVS EGL South Main Houston TX, L.P.
4267. CVS EGL South Mason Katy TX, L.P.
4268. CVS EGL South Miami FL, L.L.C.
4269. CVS EGL South Military FL, L.L.C.
4270. CVS EGL South Monroe FL, L.L.C.
4271. CVS EGL South Orange Orlando FL, L.L.C.
4272. CVS EGL South Ridgewood FL, L.L.C.
4273. CVS EGL South Staples TX, L.P.
4274. CVS EGL South Storey TX, L.P.
4275. CVS EGL South Volusia FL, L.L.C.
4276. CVS EGL South Washington TX, L.P.
4277. CVS EGL South Woodland FL, L.L.C.
4278. CVS EGL Southeast Maricamp FL, L.L.C.

4279. CVS EGL Southern Boulevard FL, L.L.C.
4280. CVS EGL Southern Mesa AZ, L.L.C.
4281. CVS EGL Southern, L.L.C.
4282. CVS EGL Southside Jacksonville FL, L.L.C.
4283. CVS EGL Southwest 88th FL, L.L.C.
4284. CVS EGL Southwest FL, L.L.C.
4285. CVS EGL Southwest Sugar Land TX, L.P.
4286. CVS EGL Southwest Wichita Falls TX, L.P.
4287. CVS EGL Speedway Tucson AZ, L.L.C.
4288. CVS EGL Spencer Highway TX, L.P.
4289. CVS EGL Spencer Pasadena TX, L.P.
4290. CVS EGL Spirit Lake FL, L.L.C.
4291. CVS EGL Spring Champion TX, L.P.
4292. CVS EGL Spring FL, L.L.C.
4293. CVS EGL Spring Hill AL, Inc.
4294. CVS EGL Spring Hill Drive FL, L.L.C.
4295. CVS EGL Spring Hill FL, L.L.C.
4296. CVS EGL SR 13 Jacksonville FL, L.L.C.
4297. CVS EGL St. Cloud FL, L.L.C.
4298. CVS EGL St. Pete Sarasota FL, L.L.C.
4299. CVS EGL Stapley Mesa AZ, L.L.C.
4300. CVS EGL Staring Baton Rouge LA, Inc.
4301. CVS EGL Starkey Seminole FL, L.L.C.
4302. CVS EGL State Altamonte FL, L.L.C.
4303. CVS EGL State Augustine FL, L.L.C.
4304. CVS EGL State Callahan FL, L.L.C.
4305. CVS EGL State Clearwater FL, L.L.C.
4306. CVS EGL State Hollywood FL, L.L.C.
4307. CVS EGL State Jackson MS, Inc.
4308. CVS EGL State Lauderdale FL, L.L.C.
4309. CVS EGL State Line Kansas City MO, Inc.
4310. CVS EGL State Line Road MO, Inc.
4311. CVS EGL State Longwood FL, L.L.C.
4312. CVS EGL State Road 7 FL, L.L.C.
4313. CVS EGL State Valrico FL, L.L.C.
4314. CVS EGL Sterlington Monroe LA, Inc.
4315. CVS EGL Stewart Azle TX, L.P.
4316. CVS EGL Stirling Lauderdale FL, L.L.C.
4317. CVS EGL Stock Island FL, L.L.C.
4318. CVS EGL Stone Kilgore TX, L.P.
4319. CVS EGL Strand Naples FL, L.L.C.
4320. CVS EGL Stribling Brandon MS, Inc.
4321. CVS EGL Stuart FL, L.L.C.
4322. CVS EGL Sulphur Springs TX, L.P.
4323. CVS EGL Summerlin FL, L.L.C.
4324. CVS EGL Sun City FL, L.L.C.
4325. CVS EGL Suncoast FL, L.L.C.
4326. CVS EGL Suncrest Jackson MS, Inc.
4327. CVS EGL Sunrise Commercial FL, L.L.C.
4328. CVS EGL Sunrise Lauderdale FL, L.L.C.
4329. CVS EGL Sunset Drive FL, L.L.C.
4330. CVS EGL Sunset Miami FL, L.L.C.
4331. CVS EGL SW Green Arlington TX, L.P.

4332. CVS EGL SW Wilshire Burleson TX, L.P.
4333. CVS EGL Sycamore School TX, L.P.
4334. CVS EGL Taft Street FL, L.L.C.
4335. CVS EGL Tamiami Bonita Springs FL, L.L.C.
4336. CVS EGL Tamiami Fort Myers FL, L.L.C.
4337. CVS EGL Tamiami Naples FL, L.L.C.
4338. CVS EGL Tamiami Nokomis FL, L.L.C.
4339. CVS EGL Tamiami North Port FL, L.L.C.
4340. CVS EGL Tamiami Port Charlotte FL, L.L.C.
4341. CVS EGL Tamiami Punta Gorda FL, L.L.C.
4342. CVS EGL Tamiami Sarasota FL, L.L.C.
4343. CVS EGL Tamiami Venice FL, L.L.C.
4344. CVS EGL Tampa Jenkins FL, L.L.C.
4345. CVS EGL Tampa Oldsmar FL, L.L.C.
4346. CVS EGL Tampa St. Pete FL, L.L.C.
4347. CVS EGL Tarpon Springs FL, L.L.C.
4348. CVS EGL Tarrant Beach TX, L.P.
4349. CVS EGL Tate Cove Ville Platte LA, Inc.
4350. CVS EGL Tatum Phoenix AZ, L.L.C.
4351. CVS EGL Teel Frisco TX, L.P.
4352. CVS EGL Telephone HoustonTX, L.P.
4353. CVS EGL Temple Starke FL, L.L.C.
4354. CVS EGL Tenaha Center TX, L.P.
4355. CVS EGL Tennessee FL, L.L.C.

4356. CVS EGL Tequesta FL, L.L.C.
4357. CVS EGL Texas Alice TX, L.P.
4358. CVS EGL Texas College Station TX, L.P.
4359. CVS EGL Texas Properties, Inc.
4360. CVS EGL Texoma Sherman TX, L.P.
4361. CVS EGL Thomasville FL, L.L.C.
4362. CVS EGL Thomasville Road FL, L.L.C.
4363. CVS EGL Thomasville Tallahassee FL, L.L.C.
4364. CVS EGL Thompson Nursery FL, L.L.C.
4365. CVS EGL Thompson Peak AZ, L.L.C.
4366. CVS EGL Thornton CO CVS, L.L.C.
4367. CVS EGL Thornton Temple TX, L.P.
4368. CVS EGL Thunderbird Peoria AZ, L.L.C.
4369. CVS EGL Thunderbird Sun City AZ, L.L.C.
4370. CVS EGL Tidwell Houston TX, L.P.
4371. CVS EGL Timberline Collins CO CVS, L.L.C.
4372. CVS EGL Tomball TX, L.P.
4373. CVS EGL Tower Denver CO CVS, L.L.C.
4374. CVS EGL Town FL, L.L.C.
4375. CVS EGL Trade Canton TX, L.P.
4376. CVS EGL Trail Fort Myers FL, L.L.C.
4377. CVS EGL Trail Lake TX, L.P.
4378. CVS EGL Trail Naples FL, L.L.C.
4379. CVS EGL Truman Key West FL, L.L.C.
4380. CVS EGL Tulip FL, L.L.C.
4381. CVS EGL Tuttle Sarasota FL, L.L.C.

4382. CVS EGL Twin Hills Dallas TX, L.P.

4383. CVS EGL Tyler TX, L.P.

4384. CVS EGL Tyndall Panama City FL, L.L.C.

4385. CVS EGL Ulmerton Largo FL, L.L.C.

4386. CVS EGL Ulmerton Road FL, L.L.C.

4387. CVS EGL Underhill Orlando FL, L.L.C.

4388. CVS EGL Union Hills AZ, L.L.C.

4389. CVS EGL University Blvd Orlando FL, L.L.C.

4390. CVS EGL University Bradenton FL, L.L.C.

4391. CVS EGL University Denton TX, L.P.

4392. CVS EGL University Fort Lauderdale FL, L.L.C.

4393. CVS EGL University Hollywood FL, L.L.C.

4394. CVS EGL University Pompano FL, L.L.C.

4395. CVS EGL University Winter Park FL, L.L.C.

4396. CVS EGL US Hwy 19 Holiday FL, L.L.C.

4397. CVS EGL Uvalde Houston TX, L.P.

4398. CVS EGL Val Vista AZ, L.L.C.

4399. CVS EGL Valley Mills TX, L.P.

4400. CVS EGL Vandament Yukon OK, Inc.

4401. CVS EGL Vanderbilt Beach FL, L.L.C.

4402. CVS EGL Vegas Verdes NM, L.L.C.

4403. CVS EGL Venice Bypass FL, L.L.C.

4404. CVS EGL Venice FL, L.L.C.

4405. CVS EGL Veterans Metairie LA, Inc.

4406. CVS EGL Viera Melbourne FL, L.L.C.

4407. CVS EGL Village West Palm FL, L.L.C.

4408. CVS EGL Vine Kissimmee FL, L.L.C.

4409. CVS EGL Vineland Kissimmee FL, L.L.C.

4410. CVS EGL Vivion Kansas City MO, Inc.

4411. CVS EGL Voss Houston TX, L.P.

4412. CVS EGL W 20 Arlington TX, L.P.

4413. CVS EGL W 4th Cameron TX, L.P.

4414. CVS EGL W 7th Corsicana TX, L.P.

4415. CVS EGL W Adams Temple TX, L.P.

4416. CVS EGL W Beauregard TX, L.P.

4417. CVS EGL W Bell Fort TX, L.P.

4418. CVS EGL W Berry Fort Worth TX, L.P.

4419. CVS EGL W Camp Wisdom TX, L.P.

4420. CVS EGL W Davis Conroe TX, L.P.

4421. CVS EGL W Frank Lufkin TX, L.P.

4422. CVS EGL W Gentry Tyler TX, L.P.

4423. CVS EGL W Illinois Dallas TX, L.P.

4424. CVS EGL W Lamar Arlington TX, L.P.

4425. CVS EGL W Little York Houston TX, L.P.

4426. CVS EGL W Loop Longview TX, L.P.

4427. CVS EGL W Main League City TX, L.P.

4428. CVS EGL W Marshall Longview TX, L.P.

4429. CVS EGL W Moore Terrell TX, L.P.

4430. CVS EGL W Northwest Grapevine TX, L.P.
4431. CVS EGL W Park Row TX, L.P.
4432. CVS EGL W Parker TX, L.P.
4433. CVS EGL W Pioneer TX, L.P.
4434. CVS EGL W San Antonio TX, L.P.
4435. CVS EGL W Walker TX, L.P.
4436. CVS EGL W Walnut Garland TX, L.P.
4437. CVS EGL W Washington TX, L.P.
4438. CVS EGL Wabasso FL, L.L.C.
4439. CVS EGL Wadsworth CO CVS, L.L.C.
4440. CVS EGL Walker Houston TX, L.P.
4441. CVS EGL Walker LA, Inc.
4442. CVS EGL Waller TX, L.P.
4443. CVS EGL Walsingham Largo FL, L.L.C.
4444. CVS EGL Walzem San Antonio TX, L.P.
4445. CVS EGL Warner Gilbert AZ, L.L.C.
4446. CVS EGL Washington Franklinton LA, Inc.
4447. CVS EGL Washington Houston TX, L.P.
4448. CVS EGL Washington Miami FL, L.L.C.
4449. CVS EGL Washington TX, L.P.
4450. CVS EGL Weatherford TX, L.P.
4451. CVS EGL Webster TX, L.P.
4452. CVS EGL Wellington Forest FL, L.L.C.
4453. CVS EGL Wemore Tucson AZ, L.L.C.
4454. CVS EGL Wesley Chapel FL, L.L.C.
4455. CVS EGL Wesley Greenville TX, L.P.
4456. CVS EGL West Anderson TX, L.P.
4457. CVS EGL West Arkansas TX, L.P.
4458. CVS EGL West Avenue TX, L.P.
4459. CVS EGL West Bellfort TX, L.P.
4460. CVS EGL West Britton OK, Inc.
4461. CVS EGL West Broward FL, L.L.C.
4462. CVS EGL West Campbell TX, L.P.
4463. CVS EGL West Colonial FL, L.L.C.
4464. CVS EGL West Columbia TX, L.P.
4465. CVS EGL West Davie Boulevard FL, L.L.C.
4466. CVS EGL West Ennis TX, L.P.
4467. CVS EGL West Esplanade LA, Inc.
4468. CVS EGL West FM 1960 TX, L.P.
4469. CVS EGL West Houston TX, L.P.
4470. CVS EGL West Jefferson TX, L.P.
4471. CVS EGL West Lantana FL, L.L.C.
4472. CVS EGL West Park Avenue LA, Inc.
4473. CVS EGL West Pensacola FL, L.L.C.
4474. CVS EGL West River Tucson AZ, L.L.C.
4475. CVS EGL West Rochelle TX, L.P.
4476. CVS EGL West Sample FL, L.L.C.
4477. CVS EGL West Slaughter TX, L.P.
4478. CVS EGL West Sunrise FL, L.L.C.
4479. CVS EGL West Tampa FL, L.L.C.
4480. CVS EGL West Union Hills AZ, L.L.C.
4481. CVS EGL West University FL, L.L.C.
4482. CVS EGL West Waters FL, L.L.C.
4483. CVS EGL Western Center TX, L.P.
4484. CVS EGL Western Oklahoma City OK, Inc.
4485. CVS EGL Westhampton Springs FL, L.L.C.
4486. CVS EGL Westheimer Houston TX, L.P.
4487. CVS EGL Westheimer Road TX, L.P.
4488. CVS EGL Westheimer Suite K TX, L.P.

4489. CVS EGL Westheimer TX, L.P.

4490. CVS EGL Weston Road FL, L.L.C.

4491. CVS EGL Westwego LA, Inc.

4492. CVS EGL Wheatridge CO CVS, L.L.C.

4493. CVS EGL Wheeler Jasper TX, L.P.

4494. CVS EGL White Settlement TX, L.P.

4495. CVS EGL Wichita Falls TX, L.P.

4496. CVS EGL Wickham Melbourne FL, L.L.C.

4497. CVS EGL Wildcat Portland TX, L.P.

4498. CVS EGL Wiles Coral Springs FL, L.L.C.

4499. CVS EGL Wiles Road FL, L.L.C.

4500. CVS EGL William Cannon TX, L.P.

4501. CVS EGL Wills Point TX, L.P.

4502. CVS EGL Windermere Orlando FL, L.L.C.

4503. CVS EGL Winter Garden Vineland FL, L.L.C.

4504. CVS EGL Winter Springs FL, L.L.C.

4505. CVS EGL Woodforest TX, L.P.

4506. CVS EGL Woodland De Land FL, L.L.C.

4507. CVS EGL Woodmen CO CVS, L.L.C.

4508. CVS EGL Woodway TX, L.P.

4509. CVS EGL Wurzbach TX, L.P.

4510. CVS EGL Wynnewood TX, L.P.

4511. CVS EGL Yale Houston TX, L.P.

4512. CVS EGL Yamato Boca Raton FL, L.L.C.

4513. CVS EGL Yamato Road FL, L.L.C.

4514. CVS EGL Young Chiefland FL, L.L.C.

4515. CVS EGL Youree Shreveport LA, Inc.

4516. CVS EGL Zavala TX, L.P.

4517. CVS EGL Zephyrhills FL, L.L.C.

4518. CVS EGL, L.L.C.

4519. CVS Ellicott City MD, L.L.C.

4520. CVS Ellwood City 5710, L.L.C.

4521. CVS Elmont, L.L.C.

4522. CVS Elmsford, L.L.C.

4523. CVS Elmwood Park, L.L.C.

4524. CVS Empire Clinton Store, L.L.C.

4525. CVS Endicott, L.L.C.

4526. CVS ETB Holding Company, L.L.C.

4527. CVS Fairlawn, L.L.C.

4528. CVS Fairport, L.L.C.

4529. CVS Falls Road MD, L.L.C.

4530. CVS Falmouth KY, L.L.C.

4531. CVS Farmington Hills, Inc.

4532. CVS Farmingville Store, L.L.C.

4533. CVS Flint Twp., Inc.

4534. CVS Floral Park, L.L.C.

4535. CVS Flower City, L.L.C.

4536. CVS Foreign, Inc.

4537. CVS Fort Lee, L.L.C.

4538. CVS Foundation

4539. CVS Franklin MN, L.L.C.

4540. CVS Franklin NJ, Inc.

4541. CVS Franklin Square, L.L.C.

4542. CVS Franklin Township, L.L.C.

4543. CVS Fraser, Inc.

4544. CVS Freehold, L.L.C.

4545. CVS Fresh Meadows, L.L.C.

4546. CVS Fuller Leonard, Inc.

4547. CVS Galleria Poughkeepsie, L.L.C.

4548. CVS Garson Culver, L.L.C.

4549. CVS Gate City, L.L.C.

4550. CVS Gerritsen Beach, L.L.C.

4551. CVS Gilbert 3272, L.L.C.

4552. CVS Gilford, L.L.C.

4553. CVS Glen Cove, L.L.C.

4554. CVS Glen Rock, L.L.C.

4555. CVS Glendora, L.P.

4556. CVS Glenmont Plaza, L.L.C.

4557. CVS Gloucester Broadway, L.L.C.

4558. CVS Grand Bay 4782, L.L.C.

4559. CVS Great Neck, L.L.C.

4560. CVS Greece, L.L.C.
4561. CVS Green Acres, L.L.C.
4562. CVS Green Mount, L.L.C.
4563. CVS Greensboro, L.L.C.
4564. CVS Guilderland, L.L.C.
4565. CVS Gulf, Inc.
4566. CVS Haddonfield, L.L.C.
4567. CVS Hamburg Center Store, L.L.C.
4568. CVS Hamilton Township, L.L.C.
4569. CVS Hampton Bays, L.L.C.
4570. CVS Harris Boulevard Charlotte, Inc.
4571. CVS Hartland 8295, L.L.C.
4572. CVS Haverstraw, L.L.C.
4573. CVS Health Applications, LLC
4574. CVS Health Centers, L.L.C.
4575. CVS Health Charity Classic, Inc.
4576. CVS Health Clinical Trial Services LLC
4577. CVS Health Employee Relief Fund
4578. CVS Health Growth Equity, LLC
4579. CVS Health Solutions LLC
4580. CVS Health Ventures Fund GP, LLC
4581. CVS Health Ventures Fund, LP
4582. CVS Health Ventures Management, LLC
4583. CVS Healthcare Practices of California
4584. CVS Healthcare Practices of New Jersey LLC
4585. CVS Healthcare Practices PLLC
4586. CVS Heather Croft, L.L.C.
4587. CVS Henrietta Store, L.L.C.
4588. CVS Henrietta, L.L.C.
4589. CVS Hertel Ave, L.L.C.
4590. CVS Hilliard OH, Inc.
4591. CVS Hillside Ave., L.L.C.
4592. CVS Hoboken, L.L.C.
4593. CVS Holbrook, L.L.C.
4594. CVS Howell 8046, L.L.C.
4595. CVS Hudson Clinton Store, L.L.C.
4596. CVS Huntersville, Inc.
4597. CVS Huntington Beach, L.P.
4598. CVS Huntington, L.L.C.
4599. CVS IN Distribution, Inc.
4600. CVS Indiana, L.L.C.
4601. CVS Indianapolis Distribution, L.L.C.
4602. CVS International, Inc.
4603. CVS International, L.L.C.
4604. CVS Inwood Burnside, L.L.C.
4605. CVS Irondequoit, L.L.C.
4606. CVS Islip Terrace, L.L.C.
4607. CVS Ithaca Clinton Store, L.L.C.
4608. CVS Ithaca, L.L.C.
4609. CVS Jackson NJ, L.L.C.
4610. CVS Jefferson Yorktown, L.L.C.
4611. CVS Jericho, L.L.C.
4612. CVS Jerusalem Avenue, L.L.C.
4613. CVS Jerusalem North Bellmore, L.L.C.
4614. CVS Joe Miller, L.L.C.
4615. CVS Johnson City, L.L.C.
4616. CVS Kalamazoo, Inc.
4617. CVS Keene, L.L.C.
4618. CVS Kenmore Fairfield, L.L.C.
4619. CVS Kenmore Village, L.L.C.
4620. CVS Kensington Amherst, L.L.C.
4621. CVS Kensington, L.L.C.
4622. CVS Kidney Care Advanced Technologies LLC
4623. CVS Kidney Care Health Services LLC
4624. CVS Kidney Care Home Dialysis LLC
4625. CVS Kidney Care, LLC
4626. CVS La Puente, L.P.
4627. CVS Laconia, L.L.C.
4628. CVS Lagrange 4540, L.L.C.
4629. CVS Lake Norwood, Inc.
4630. CVS Lakewood, L.P.
4631. CVS Lansdowne 3142, L.L.C.
4632. CVS Larchmont, L.L.C.
4633. CVS Laurel River, L.L.C.
4634. CVS Lawrenceville Texas, L.L.C.

4635. CVS Leonia N.J., Inc.
4636. CVS Levittown Store, L.L.C.
4637. CVS Lewiston Center Street, L.L.C.
4638. CVS Lewiston, L.L.C.
4639. CVS Lexington Ave., L.L.C.
4640. CVS LF Hamlin, L.L.C.
4641. CVS Lindenhurst, L.L.C.
4642. CVS Lockport Clinton Store, L.L.C.
4643. CVS Logan 3454, L.L.C.
4644. CVS Lombard 2791, L.L.C.
4645. CVS Long Beach Carson, L.P.
4646. CVS Long Island Store, L.L.C.
4647. CVS Long Pond Road, L.L.C.
4648. CVS Lyell Clinton Paine, L.L.C.
4649. CVS M Street Washington DC, L.L.C.
4650. CVS Mack Drug of New York, L.L.C.
4651. CVS MaComb & Mile, Inc.
4652. CVS Mahopac Store, L.L.C.
4653. CVS Mallard Creek Charlotte, Inc.
4654. CVS Mamaroneck Ferndale, L.L.C.
4655. CVS Mamaroneck Finast, L.L.C.
4656. CVS Mamaroneck Harbor Store, L.L.C.
4657. CVS Mamaroneck Post Road, L.L.C.
4658. CVS Mammoth Road, L.L.C.
4659. CVS Managed Care, Inc.
4660. CVS Management Support, LLC
4661. CVS Manalapan NJ, Inc.
4662. CVS Manasquan, L.L.C.
4663. CVS Manchester Elm, L.L.C.
4664. CVS Manchester NH, L.L.C.
4665. CVS Manor Road, L.L.C.
4666. CVS Mansfield, L.P.
4667. CVS Margate Ventnor, L.L.C.
4668. CVS Marietta Piedmont, Inc.
4669. CVS Mayfly Corp.
4670. CVS Mays Landing, L.L.C.
4671. CVS ME Holding Company, L.L.C.
4672. CVS Mechanicville, L.L.C.
4673. CVS Medford NJ, L.L.C.

4674. CVS Medford, L.L.C.
4675. CVS Media Exchange LLC
4676. CVS Medical Practices (KS) LLC
4677. CVS Merchants Clinton Paine, L.L.C.
4678. CVS Merchantville Maple, L.L.C.
4679. CVS Meriden East Main, Inc.
4680. CVS Meridian, Inc.
4681. CVS Merrick Road, L.L.C.
4682. CVS Merrick, L.L.C.
4683. CVS Merrimack Main Street, L.L.C.
4684. CVS Metro Village, L.L.C.
4685. CVS MI Distribution, Inc.
4686. CVS Michigan, L.L.C.
4687. CVS Middle Country, L.L.C.
4688. CVS Midland Park, L.L.C.
4689. CVS Midlothian, L.L.C.
4690. CVS Mill Creek, L.L.C.
4691. CVS Mineola, L.L.C.
4692. CVS MN Holding Company, L.L.C.
4693. CVS Mobile Airport, Inc.
4694. CVS Montclair NJ, Inc.
4695. CVS Montgomery 6094, L.L.C.
4696. CVS Morse, Inc.
4697. CVS Morton Village, L.L.C.
4698. CVS Mount Laurel, L.L.C.
4699. CVS Mt. Hope Clinton Paine, L.L.C.
4700. CVS Mt. Kisco, L.L.C.
4701. CVS Mt. Read Street, L.L.C.
4702. CVS Murrells, Inc.
4703. CVS Mystic CT, Inc.
4704. CVS Nassau Street, L.L.C.
4705. CVS Nations Ford Charlotte, Inc.
4706. CVS NC Distribution, Inc.
4707. CVS Neptune Avenue, L.L.C.
4708. CVS Nesconset, L.L.C.
4709. CVS New Baltimore, Inc.
4710. CVS New Hyde Park, L.L.C.
4711. CVS New Milford, L.L.C.
4712. CVS New Rochelle, L.L.C.
4713. CVS New Scotland, L.L.C.

4714.   CVS New York, Inc.
4715.   CVS Newburgh Mall, L.L.C.
4716.   CVS Newport City, L.L.C.
4717.   CVS North Arlington, L.L.C.
4718.   CVS North Babylon, L.L.C.
4719.   CVS North Bellmore, L.L.C.
4720.   CVS North Conway, L.L.C.
4721.   CVS North Park Store, L.L.C.
4722.   CVS North Portland, L.L.C.
4723.   CVS North Wildwood, L.L.C.
4724.   CVS Northport, L.L.C.
4725.   CVS Northtown Plaza, L.L.C.
4726.   CVS Norwell Washington, Inc.
4727.   CVS Norwood Bergen, L.L.C.
4728.   CVS Novi Distribution, L.L.C.
4729.   CVS Nutley, L.L.C.
4730.   CVS NV Holding Company, L.L.C.
4731.   CVS O.P., L.L.C.
4732.   CVS Oakdale, L.L.C.
4733.   CVS Ocean Haven, L.L.C.
4734.   CVS Ocean Simpson, L.L.C.
4735.   CVS Oceanside, L.L.C.
4736.   CVS Odenton, L.L.C.
4737.   CVS of Concord NH, L.L.C.
4738.   CVS of Concord, Mass., Inc.
4739.   CVS of DC and VA, Inc.
4740.   CVS of Emmaus, Inc.
4741.   CVS of Lands Downe, Inc.
4742.   CVS of Madison, Conn., Inc.
4743.   CVS of Maryland, Inc.
4744.   CVS of N. Carolina, Inc.
4745.   CVS of North Kingstown, Inc.
4746.   CVS of Pennsylvania, Inc.
4747.   CVS of Rutland, Vermont, Inc.
4748.   CVS of Sandwich, Inc.
4749.   CVS of Stroudsburg, Inc.
4750.   CVS of Swarthmore, Inc.
4751.   CVS of Virginia, Inc.
4752.   CVS of Waterville, Maine, L.L.C.
4753.   CVS of West Virginia, Inc.
4754.   CVS OH Holding Company, L.L.C.
4755.   CVS Old Bridge, L.L.C.
4756.   CVS Olean Clinton Store, L.L.C.

4757.   CVS Oneonta Clinton Store, L.L.C.
4758.   CVS Onondaga County, L.L.C.
4759.   CVS Orange Avenue, Inc.
4760.   CVS Orangeburg Drug Store, L.L.C.
4761.   CVS Orlando FL Distribution, L.L.C.
4762.   CVS Ossining, L.L.C.
4763.   CVS Owl Drug, L.L.C.
4764.   CVS Oyster Bay, L.L.C.
4765.   CVS Ozone Park, L.L.C.
4766.   CVS PA Distribution, Inc.
4767.   CVS PA Distribution, L.L.C.
4768.   CVS Pace FL, L.L.C.
4769.   CVS Paige Colony, L.P.
4770.   CVS Palisades Center, L.L.C.
4771.   CVS Park Ave Rochester, L.L.C.
4772.   CVS Passaic Inc.
4773.   CVS Payne Avenue, L.L.C.
4774.   CVS Peachtree City, Inc.
4775.   CVS Peachtree Suwanee, Inc.
4776.   CVS Pearl River, L.L.C.
4777.   CVS Pearland Parkway, L.P.
4778.   CVS Pembroke Pines 2849, L.L.C.
4779.   CVS Penfield Clinton Paine, L.L.C.
4780.   CVS Pharmacy Limited of Illinois, Inc.
4781.   CVS Pharmacy Overseas Online, LLC
4782.   CVS Pine Tree, L.L.C.
4783.   CVS Plaistow, L.L.C.
4784.   CVS Point Pleasant Beach, L.L.C.
4785.   CVS Polifly Road, L.L.C.
4786.   CVS Port Jefferson, L.L.C.
4787.   CVS Portion Road, L.L.C.
4788.   CVS Portland Forest, L.L.C.
4789.   CVS Portland-Congress St., L.L.C.
4790.   CVS Portsmouth Islington, L.L.C.
4791.   CVS Post Avenue, L.L.C.
4792.   CVS PR Center, Inc.
4793.   CVS PR Holding Company, L.L.C.
4794.   CVS Preakness Center, L.L.C.
4795.   CVS Prescription Center, Inc.

4796. CVS Presidents Square, L.L.C.
4797. CVS Princeton, L.L.C.
4798. CVS Prospect Avenue, L.L.C.
4799. CVS Pyramid Utica, L.L.C.
4800. CVS Queens Boulevard, L.L.C.
4801. CVS Queensbury, L.L.C.
4802. CVS Ralph Avenue, L.L.C.
4803. CVS Ramapo Valley Road, L.L.C.
4804. CVS Ramapo, L.L.C.
4805. CVS Ramsey, L.L.C.
4806. CVS Raritan NJ, Inc.
4807. CVS RCI, LLC
4808. CVS Reading PA 3242, L.L.C.
4809. CVS Rego Park, L.L.C.
4810. CVS Reseda, L.P.
4811. CVS Revco D.S., Inc.
4812. CVS Rhode Island, Inc.
4813. CVS Richmond Atlee, Inc.
4814. CVS Richmond Hill, L.L.C.
4815. CVS Richmond Main, Inc.
4816. CVS Ridgecrest Plaza, L.L.C.
4817. CVS Ridgefield Park, L.L.C.
4818. CVS Ridgewood, L.L.C.
4819. CVS Riverside Drive, L.L.C.
4820. CVS Robinson Street, L.L.C.
4821. CVS Rochester NH, L.L.C.
4822. CVS Rochester Road, L.L.C.
4823. CVS Rockaway, L.L.C.
4824. CVS Rockville Center, L.L.C.
4825. CVS Rocky Point Village, L.L.C.
4826. CVS Romeo Plank, Inc.
4827. CVS Ronkonkoma, L.L.C.
4828. CVS Roosevelt Field, L.L.C.
4829. CVS Roselle, L.L.C.
4830. CVS Rotterdam Square, L.L.C.
4831. CVS Route 24, L.L.C.
4832. CVS Route 302, L.L.C.
4833. CVS Royal Ridge, L.L.C.
4834. CVS RS 107 Avon AZ, L.L.C.
4835. CVS RS 16th Ave AZ, L.L.C.
4836. CVS RS 19th Ave. AZ, L.L.C.
4837. CVS RS 35 Thunder AZ, L.L.C.
4838. CVS RS 4th Ave. Yuma AZ, L.L.C.
4839. CVS RS 7th Ave AZ, L.L.C.
4840. CVS RS 7th St. Phoenix AZ, L.L.C.
4841. CVS RS Alma School Rd AZ, L.L.C.
4842. CVS RS Anthem Way AZ, L.L.C.
4843. CVS RS Apache Junction AZ, L.L.C.
4844. CVS RS Arizona, L.L.C.
4845. CVS RS Baseline Rd AZ, L.L.C.
4846. CVS RS Bell Rd AZ, L.L.C.
4847. CVS RS Bell Rd. Glendale AZ, L.L.C.
4848. CVS RS Broadway Blvd. AZ, L.L.C.
4849. CVS RS Broadway Rd Tempe AZ, L.L.C.
4850. CVS RS Brown Rd AZ, L.L.C.
4851. CVS RS Bullhead City AZ, L.L.C.
4852. CVS RS Casa Grande AZ, L.L.C.
4853. CVS RS Chandler McQueen AZ, L.L.C.
4854. CVS RS Chandler Ray AZ, L.L.C.
4855. CVS RS Cotton Casa AZ, L.L.C.
4856. CVS RS Cottonwood AZ, L.L.C.
4857. CVS RS E Southern Ave AZ, L.L.C.
4858. CVS RS E. Baseline Mesa AZ, L.L.C.
4859. CVS RS E. Bell Rd Phoenix AZ, L.L.C.
4860. CVS RS E. Santa Fe Hwy 66 AZ, L.L.C.
4861. CVS RS E. University Dr Mesa AZ, L.L.C.
4862. CVS RS Elliot Rd AZ, L.L.C.
4863. CVS RS Elliott Gilbert AZ, L.L.C.
4864. CVS RS Finney Flat AZ, L.L.C.
4865. CVS RS Frank Lloyd Wright Blvd AZ, L.L.C.
4866. CVS RS Gilbert E. Eliot Rd. AZ, L.L.C.
4867. CVS RS Gilbert Mesa AZ, L.L.C.
4868. CVS RS Glen 19 AZ, L.L.C.

4869. CVS RS Golf Links Tucson AZ, L.L.C.
4870. CVS RS Grant Tucson AZ, L.L.C.
4871. CVS RS Green Valley AZ, L.L.C.
4872. CVS RS Guadalupe Gilbert AZ, L.L.C.
4873. CVS RS Higley Mesa AZ, L.L.C.
4874. CVS RS Ina Rd. AZ, L.L.C.
4875. CVS RS Indian School Phoenix AZ, L.L.C.
4876. CVS RS La Canada Tucson AZ, L.L.C.
4877. CVS RS Lindsay Rd AZ, L.L.C.
4878. CVS RS Lone Cava AZ, L.L.C.
4879. CVS RS Mesa N. Brown Rd AZ, L.L.C.
4880. CVS RS Mesa University AZ, L.L.C.
4881. CVS RS Miller Scottsdale AZ, L.L.C.
4882. CVS RS N Alvernon Way AZ, L.L.C.
4883. CVS RS N. 12th St. Phoenix AZ, L.L.C.
4884. CVS RS N. Tatum Blvd. AZ, L.L.C.
4885. CVS RS Oracle Rd AZ, L.L.C.
4886. CVS RS Palisades Blvd. AZ, L.L.C.
4887. CVS RS Peoria Union AZ, L.L.C.
4888. CVS RS Phoenix Bell AZ, L.L.C.
4889. CVS RS Phoenix Central AZ, L.L.C.
4890. CVS RS Phoenix Indian AZ, L.L.C.
4891. CVS RS Phoenix Peoria AZ, L.L.C.
4892. CVS RS Phoenix Union Hills Dr. AZ, L.L.C.
4893. CVS RS Pima Rd. AZ, L.L.C.
4894. CVS RS Prescott AZ, L.L.C.
4895. CVS RS Riverside Parker AZ, L.L.C.
4896. CVS RS S. Central Ave. AZ, L.L.C.
4897. CVS RS S. Dobson Mesa AZ, L.L.C.
4898. CVS RS Scottsdale FLW AZ, L.L.C.
4899. CVS RS Scottsdale Rd AZ, L.L.C.
4900. CVS RS Sierra Vista AZ, L.L.C.
4901. CVS RS Silver Tuc AZ, L.L.C.
4902. CVS RS Sun City West AZ, L.L.C.
4903. CVS RS Sunrise Dr AZ, L.L.C.
4904. CVS RS Sunrise Surprise AZ, L.L.C.
4905. CVS RS Sunrise Tucson AZ, L.L.C.
4906. CVS RS Tanque Verde AZ, L.L.C.
4907. CVS RS Tatum Blvd AZ, L.L.C.
4908. CVS RS Thomas Rd AZ, L.L.C.
4909. CVS RS Thomas Scottsdale AZ, L.L.C.
4910. CVS RS W. Glendale Rd. AZ, L.L.C.
4911. CVS RS W. Peoria Ave AZ, L.L.C.
4912. CVS RS W. Southern AJ AZ, L.L.C.
4913. CVS RS W. Valencia Rd. AZ, L.L.C.
4914. CVS RS West Indian AZ, L.L.C.
4915. CVS RS Wickenburg Way AZ, L.L.C.
4916. CVS RS Yuma AZ, L.L.C.
4917. CVS Rt. 199 Williamsburg, Inc.
4918. CVS Rx Services, Inc.
4919. CVS Rye Route 1, L.L.C.
4920. CVS Rye Store, L.L.C.
4921. CVS Safir Sourcing UK, Ltd
4922. CVS Safir Sourcing, LLC
4923. CVS Salem Stateline, L.L.C.
4924. CVS Salmon Run, L.L.C.
4925. CVS San Dimas, L.P.
4926. CVS San Jacinto CA, L.L.C.
4927. CVS Santa Ana, L.P.
4928. CVS Saratoga Springs, L.L.C.
4929. CVS Saugerties Store, L.L.C.
4930. CVS Saunders Settlement Pharmacy, L.L.C.
4931. CVS Sayville, L.L.C.
4932. CVS SC Distribution, Inc.

4933. CVS SC Distribution, L.L.C.
4934. CVS Scarsdale Centre, L.L.C.
4935. CVS Scarsdale Store, L.L.C.
4936. CVS Schalks Crossing, L.L.C.
4937. CVS Schoolhouse, L.L.C.
4938. CVS Sea Cliff, L.L.C.
4939. CVS Seabrook, L.L.C.
4940. CVS Second Avenue NY, L.L.C.
4941. CVS Selden Store, L.L.C.
4942. CVS Seneca Mall, Inc.
4943. CVS Seneca Street, L.L.C.
4944. CVS Setauket, L.L.C.
4945. CVS Sharon Amity Charlotte, Inc.
4946. CVS Shaw Holdings Inc.
4947. CVS Sheepshead Bay, L.L.C.
4948. CVS Sheridan Harlem Store, L.L.C.
4949. CVS Sheridan Hollywood, L.L.C.
4950. CVS Ship Bottom, L.L.C.
4951. CVS Silver Spring, Inc.
4952. CVS Sixth Avenue NY, L.L.C.
4953. CVS Skippack, Inc.
4954. CVS Solomons MD, L.L.C.
4955. CVS South Albany Store, L.L.C.
4956. CVS South Canal Chicago, L.L.C.
4957. CVS South Farmingdale, L.L.C.
4958. CVS South Ogden, L.L.C.
4959. CVS South Salina Street, L.L.C.
4960. CVS South Schenectady Store, L.L.C.
4961. CVS Southwest Blvd, Inc.
4962. CVS SP 5897 FL, L.L.C.
4963. CVS Sparta, L.L.C.
4964. CVS State Capital, L.L.C.
4965. CVS State NY Store, L.L.C.
4966. CVS State Street, L.L.C.
4967. CVS Staten Island, L.L.C.
4968. CVS Stelton Road, L.L.C.
4969. CVS Stony Point, L.L.C.
4970. CVS Strategic Resources Private Limited
4971. CVS Stratford Barnum, Inc.
4972. CVS Stratford Nichols, Inc.
4973. CVS Stratham, L.L.C.

4974. CVS Suffern Store, L.L.C.
4975. CVS Sunrise Highway, L.L.C.
4976. CVS Surplus 8049 MI, L.L.C.
4977. CVS Syracuse Downtown, L.L.C.
4978. CVS Tampa 2802, L.L.C.
4979. CVS Tampa 3650, L.L.C.
4980. CVS Tarrytown Store, L.L.C.
4981. CVS Teaneck, L.L.C.
4982. CVS Tenafly Town, L.L.C.
4983. CVS Terry Road, L.L.C.
4984. CVS Thompsons Station, Inc.
4985. CVS Thornwood Columbus Avenue, L.L.C.
4986. CVS Thornwood Park, L.L.C.
4987. CVS TN Distribution, Inc.
4988. CVS TN Distribution, L.L.C.
4989. CVS Toms River, L.L.C.
4990. CVS Torrance CA, L.L.C.
4991. CVS Towson MD, L.L.C.
4992. CVS Transportation, Inc.
4993. CVS Transportation, L.L.C.
4994. CVS Trenton MI, L.L.C.
4995. CVS Trousdale Nashville, Inc.
4996. CVS Troy Fifth Street, L.L.C.
4997. CVS Troy Mall Store, L.L.C.
4998. CVS TX Holding Company, L.L.C.
4999. CVS Union, L.L.C.
5000. CVS University of Buffalo, L.L.C.
5001. CVS Upper Montclair, L.L.C.
5002. CVS Upper Valley Drug, L.L.C.
5003. CVS VA Distribution, Inc.
5004. CVS Valley Stream, L.L.C.
5005. CVS Van Nuys, L.P.
5006. CVS Vanguard, Inc.
5007. CVS Ventnor Dorset, L.L.C.
5008. CVS Vero FL Distribution, L.L.C.
5009. CVS Victory Boulevard, L.P.
5010. CVS Wading River, L.L.C.
5011. CVS Wallace Building, L.L.C.
5012. CVS Wanaque, L.L.C.
5013. CVS Wantagh Ave, L.L.C.
5014. CVS Warren, Inc.
5015. CVS Washington 6448, L.L.C.

5016. CVS Washington Avenue, L.L.C.
5017. CVS Washington Township, L.L.C.
5018. CVS Washington Wisconsin DC, L.L.C.
5019. CVS Washington, Inc.
5020. CVS Waterville Valley, L.L.C.
5021. CVS Waxhaw NC, L.L.C.
5022. CVS Wayne Turnpike, L.L.C.
5023. CVS Webster, L.L.C.
5024. CVS West Babylon, L.L.C.
5025. CVS West Gate, L.L.C.
5026. CVS West Haven, Inc.
5027. CVS West Hempstead, L.L.C.
5028. CVS West Islip, L.L.C.
5029. CVS West Orange, L.L.C.
5030. CVS West Park Avenue, L.L.C.
5031. CVS West Side Store, L.L.C.
5032. CVS Westbrook Maine, L.L.C.
5033. CVS Westchester Square, L.L.C.
5034. CVS Westchester Store, L.L.C.
5035. CVS Western Avenue, L.L.C.
5036. CVS Westwood LA, L.P.
5037. CVS Weyman Avenue, L.L.C.
5038. CVS Weymouth 1853, L.L.C.
5039. CVS White Plains Road, L.L.C.
5040. CVS Whittier, L.P.
5041. CVS Wilbraham MA, Inc.
5042. CVS Williamstown, L.L.C.
5043. CVS Williamsville Store, L.L.C.
5044. CVS Williston Park, L.L.C.
5045. CVS Wilton, L.L.C.
5046. CVS Wisconsin Avenue DC, L.L.C.
5047. CVS Wisteria Drive, L.L.C.
5048. CVS Woodbridge Main Street, L.L.C.
5049. CVS Woodbury Mullica, L.L.C.
5050. CVS Woodward, Inc.
5051. CVS WWRE, Inc.
5052. CVS Wyckoff, L.L.C.
5053. CVS Wynantskill, L.L.C.
5054. CVS Yonkers Broadway, L.L.C.
5055. CVS Yonkers, L.L.C.
5056. CVS Yorktown Heights Store, Inc.
5057. CVS Yorkville, L.L.C.
5058. CVS.com OTC, L.L.C.
5059. CVS/pharmacy Charitable Trust, Inc.
5060. CVS-SHC Kidney Care Home Dialysis of Austin LLC
5061. CVS-SHC Kidney Care Home Dialysis of Los Angeles LLC
5062. CVS-SHC Kidney Care Home Dialysis of Philadelphia LLC
5063. CVS-SHC Renal Holdings LLC
5064. Cypress California CVS, Inc.
5065. Cypress Jones CVS, L.P.
5066. Cypress Naples CVS, L.L.C.
5067. Cypresswood Houston CVS, L.P.
5068. D&R Pharmaceutical Services, LLC
5069. D.A.W., LLC
5070. Dacula CVS, Inc.
5071. Dairy Ashford CVS, L.P.
5072. Dale City VA CVS, Inc.
5073. Dale Mabry CVS, Inc.
5074. Dallas GA CVS, Inc.
5075. Dallas PharmaCare Pharmacy, L.L.C.
5076. Dallas ProCare Pharmacy, Inc.
5077. Dallas Waugh CVS, L.P.
5078. Damen Chicago CVS, L.L.C.
5079. Dan Ridge CVS, Inc.
5080. Danbury Central CVS, Inc.
5081. Danbury CVS, Inc.
5082. Danbury Fair CVS, Inc.
5083. Danbury MRC, Inc.
5084. Danbury South Main CVS, Inc.
5085. Danvers Plaza CVS, Inc.
5086. Darien CVS, Inc.
5087. Dartmouth Retailer, Inc.
5088. Davenport FL CVS, L.L.C.
5089. Davison CVS, Inc.
5090. DBD Nocigs 2019-1 LLC
5091. DBD Nocigs 2019-15 LLC
5092. DBD Nocigs 2019-16 LLC
5093. DBD Nocigs 2019-2 LLC
5094. DBD Nocigs 2019-21 LLC

5095. DBD Nocigs 2019-22 LLC
5096. DBD Nocigs 2019-23 LLC
5097. DBD Nocigs 2019-24 LLC
5098. DBD Nocigs 2019-25 LLC
5099. DBD Nocigs 2019-29 LLC
5100. DBD Nocigs 2019-41 LLC
5101. DBD Nocigs 2019-42 LLC
5102. DBD Nocigs 2019-43 LLC
5103. DBD Nocigs 2019-44 LLC
5104. DBD Nocigs 2019-45 LLC
5105. DBD Nocigs 2019-5 LLC
5106. DBD Nocigs 2019-7 LLC
5107. DBD Nocigs 2019-8 LLC
5108. De Soto CVS, L.P.
5109. Decatur CVS, Inc.
5110. Dedham CVS, Inc.
5111. Dedham High Street CVS, Inc.
5112. Deer Park Avenue CVS, Inc.
5113. Del Amo CVS, Inc.
5114. Del Prado CVS, L.L.C.
5115. Delaware CVS Pharmacy, L.L.C.
5116. Delaware Physicians Care - Medicare, Incorporated
5117. Delaware Physicians Care, Incorporated
5118. Delco Apothecary, Inc.
5119. Delran CVS, Inc.
5120. Delta Health HMO, Inc.
5121. Delta Risk Management, L.L.C.
5122. Deltona CVS, L.L.C.
5123. Denver PharmaCare Pharmacy, L.L.C.
5124. Denville CVS, Inc.
5125. Depew Broadway CVS, Inc.
5126. Depew CVS, Inc.
5127. Depot St. CVS, Inc.
5128. Deptford CVS, Inc.
5129. Derby Center CVS, Inc.
5130. Derry Street CVS, Inc.
5131. Des Plaines CVS, L.L.C.
5132. Desert Buffalo CVS, L.L.C.
5133. Desert Eastern CVS, L.L.C.
5134. Desert Inn CVS, L.L.C.
5135. Destin FL CVS, L.L.C.
5136. Detroit CVS, Inc.
5137. Detroit Greenfield CVS, Inc.
5138. Dexter Plaza CVS, Inc.
5139. DG Danville KY LLC
5140. DG Wesley Chapel FL LLC
5141. Diamond Bar CVS, Inc.
5142. Digital eHealth, LLC
5143. Digital Enterprise Realty, L.L.C.
5144. District of Columbia CVS Pharmacy, L.L.C.
5145. Division CVS, L.L.C.
5146. Dobbs Ferry CVS, Inc.
5147. Donlon Distributing, Inc.
5148. Dorchester Lower Mills CVS, Inc.
5149. Dothan CVS, Inc.
5150. Doubleday Ballston CVS, L.L.C.
5151. Douglassville PA CVS, Inc.
5152. Douglasville CVS, Inc.
5153. Dover Delaware CVS, Inc.
5154. Dover NJ CVS, L.L.C.
5155. Dover Randolph CVS, L.L.C.
5156. Dowagiac Clinton Stores, Inc.
5157. Downers Grove CVS, L.L.C.
5158. Downingtown CVS, Inc.
5159. Downtown Miami CVS, L.L.C.
5160. Doylestown CVS, Inc.
5161. Dragon Acquisition Company
5162. Drexel Hill CVS, Inc.
5163. Driftwood Shopping Center CVS, Inc.
5164. Drogaria Onofre Ltda.
5165. Drug World, Inc.
5166. Drugs For Less, Inc.
5167. Drumhill CVS, Inc.
5168. Duarte CVS, Inc.
5169. Dudley Street CVS, Inc.
5170. Duke Street CVS, Inc.
5171. Duluth CVS, Inc.
5172. Duncan SC CVS, Inc.
5173. Dundee Elgin CVS, L.L.C.
5174. Dunedin CVS, L.L.C.
5175. Dunellen CVS, Inc.

75

5176.  Dunkirk Marketplace CVS, Inc.
5177.  Dunkirk Marketplace Peoples, Inc.
5178.  Dunlap Phoenix CVS, L.L.C.
5179.  Dunlop Farms CVS, Inc.
5180.  Dupont Circle CVS Realty, Inc.
5181.  Durham NC CVS, Inc.
5182.  Dyckman Street CVS, L.L.C.
5183.  Dynamite Phoenix CVS, L.L.C.
5184.  E. Arrow Hwy CVS, L.L.C.
5185.  E. T. B., Inc.
5186.  e.BENEFITS, INC.
5187.  Eagan MN CVS, L.L.C.
5188.  Eagle Valley CVS, Inc.
5189.  Eagles Landing CVS, Inc.
5190.  East 161st Street CVS, Inc.
5191.  East Avenue CVS, Inc.
5192.  East Bay Drive CVS, Inc.
5193.  East Boston CVS, Inc.
5194.  East Bradford Plaza CVS, Inc.
5195.  East Bridgewater CVS, Inc.
5196.  East Brunswick CVS, Inc.
5197.  East Flatbush CVS, L.L.C.
5198.  East Greenwich CVS, Inc.
5199.  East Hampton CVS, Inc.
5200.  East Hanover CVS, Inc.
5201.  East Hartford CVS, Inc.
5202.  East Hartford-Main Street CVS, Inc.
5203.  East Haven Main Street CVS, Inc.
5204.  East Haverhill Retailer, Inc.
5205.  East Hills CVS, Inc.
5206.  East Longmeadow CVS, Inc.
5207.  East Main Bridgeport CVS, Inc.
5208.  East Main St. at Westborough CVS, Inc.
5209.  East Market CVS, Inc.
5210.  East Market Street CVS, L.L.C.
5211.  East Northport CVS, L.L.C.
5212.  East Providence CVS, Inc.
5213.  East Putnam Avenue CVS, Inc.
5214.  East Side CVS, Inc.
5215.  East Wareham CVS, Inc.
5216.  East Windsor CVS, L.L.C.

5217.  Eastampton Township CVS, Inc.
5218.  Eastern Avenue CVS, Inc.
5219.  Eastfield CVS, Inc.
5220.  Eastland CVS, Inc.
5221.  Easton Ave. CVS, Inc.
5222.  Easton CVS, Inc.
5223.  Easton Maryland CVS, Inc.
5224.  Easton Nazareth CVS, Inc.
5225.  Easton Sullivan CVS, Inc.
5226.  Easton Washington Street CVS, Inc.
5227.  Easton, Mass. CVS, Inc.
5228.  Eatontown CVS, Inc.
5229.  Echo Merger Sub, Inc.
5230.  Echo Merger Sub, LLC
5231.  Eckerd Corporation (for assets / pharmacies acquired by CVS)
5232.  Eckerd Corporation of Florida, Inc.
5233.  Eckerd Drug Company (for assets / pharmacies acquired by CVS)
5234.  Eckerd Drug Company of Florida, Inc.
5235.  Eckerd Drug Company of Texas, Inc. (for assets / pharmacies acquired by CVS)
5236.  Eckerd Drugs of Florida, Inc. (for assets / pharmacies acquired by CVS)
5237.  Eckerd Drugs of Georgia, Inc. (for assets / pharmacies acquired by CVS)
5238.  Eckerd Drugs of Louisiana, Inc. (for assets / pharmacies acquired by CVS)
5239.  Eckerd Drugs of Mississippi, Inc. (for assets / pharmacies acquired by CVS)
5240.  Eckerd Drugs of North Carolina, Inc. (for assets/pharmacies acquired by CVS)
5241.  Eckerd Drugs of South Carolina, Inc. (for assets / pharmacies acquired by CVS)

5242. Eckerd Drugs of Texas, Inc. (for assets / pharmacies acquired by CVS)

5243. Eckerd Drugs, Inc. (for assets / pharmacies acquired by CVS)

5244. Eckerd Drugsmarts, Inc. (for assets / pharmacies acquired by CVS)

5245. Eddystone CVS, Inc.

5246. Edgewater CVS, Inc.

5247. Edgewater NJ CVS, L.L.C.

5248. Edgewater Orlando CVS, L.L.C.

5249. Edgewood CVS, Inc.

5250. Edison Wooding CVS, Inc.

5251. Efmile, Inc.

5252. Egg Harbor NJ CVS, L.L.C.

5253. Egypt Audubon CVS, Inc.

5254. eHealth Solutions, Inc.

5255. Eighth New York CVS, L.L.C.

5256. El Camino Houston CVS, L.P.

5257. Electric Avenue CVS, Inc.

5258. Eleventh Street CVS, Inc.

5259. Elgin CVS, L.L.C.

5260. Eliot CVS, Inc.

5261. Elizabeth Westfield Avenue CVS, Inc.

5262. Elkhorn Las Vegas CVS, L.L.C.

5263. Elkhorn NV CVS, L.L.C.

5264. Ellicott City CVS, Inc.

5265. Elliot Tempe CVS, L.L.C.

5266. Ellwood City CVS, L.L.C.

5267. Elmhurst CVS, L.L.C.

5268. Elmora CVS, Inc.

5269. Emerald Square CVS, Inc.

5270. Emmaus Avenue CVS, Inc.

5271. Emmaus, Pennsylvania, CVS, Inc.

5272. Employee Assistance Services, LLC

5273. Enfield CVS, Inc.

5274. Enfield Elm CVS, Inc.

5275. Enfield Phoenix CVS, Inc.

5276. Engleside Plaza CVS, Inc.

5277. Engleside Plaza Peoples, Inc.

5278. Englewood Cliffs CVS, Inc.

5279. Englewood CVS, Inc.

5280. Enloe Drugs LLC

5281. Ennis TX CVS, L.P.

5282. Enterprise Patient Safety Organization, LLC

5283. Erdenheim Saints CVS, Inc.

5284. Eric C. Marshall, M.D. P.C.

5285. Erie CVS, Inc.

5286. Escalante Solutions, LLC

5287. Essence, Inc.

5288. Essex Eastern CVS, Inc.

5289. Essex Martin CVS, Inc.

5290. Essex St. (Salem) CVS, Inc.

5291. Estero Coconut CVS, L.L.C.

5292. Estero Three Oaks CVS, L.L.C.

5293. Estroff Pharmacy Incorporated

5294. ETHIX Care, Inc.

5295. ETHIX Midlands, Inc.

5296. ETHIX Northwest Public Services, Inc.

5297. ETHIX Northwest, Inc.

5298. Euclid Square CVS, Inc.

5299. Evanston IL CVS, L.L.C.

5300. Everett MA CVS, Inc.

5301. Evergreen City CVS, L.L.C.

5302. Evergreen Pharmaceutical of California, Inc.

5303. Evergreen Pharmaceutical of California, LLC

5304. Evergreen Pharmaceutical, LLC

5305. Evergreen Plaza CVS, Inc.

5306. Evesboro CVS, Inc.

5307. Evesham NJ CVS, L.L.C.

5308. Ewing NJ CVS, L.L.C.

5309. Exchange Place CVS, Inc.

5310. Exeter Square CVS, Inc.

5311. Express Pharmacy Services of FL, L.L.C.

5312. Express Pharmacy Services of MO, L.L.C.

5313. Express Pharmacy Services of PA, L.L.C.

5314. Fairfax CVS, Inc.

5315. Fairfax Main Street CVS, Inc.

5316. Fairfax Mall CVS, Inc.
5317. Fairfax Peoples, Inc.
5318. Fairfax Route 29 CVS, Inc.
5319. Fairfield CVS, Inc.
5320. Fairfield Plaza CVS, Inc.
5321. Fairfield Rt. 1 CVS, Inc.
5322. Fairhaven CVS, Inc.
5323. Fairlane CVS, Inc.
5324. Fairlane Village Mall CVS, Inc.
5325. Fairmont Pasadena CVS, L.P.
5326. Fairmount CVS Store, Inc.
5327. Fairview CVS, Inc.
5328. Fairview Township CVS, Inc.
5329. Fall River Retailer, Inc.
5330. Fall River-President CVS, Inc.
5331. Fallbrook Houston CVS, L.P.
5332. Falls Church CVS, Inc.
5333. Falls of Neuse CVS, Inc.
5334. Falls Road CVS, Inc.
5335. Falmouth CVS, Inc.
5336. Falmouth Ferry CVS, Inc.
5337. Falmouth Mall CVS, Inc.
5338. Falmouth Plaza CVS, Inc.
5339. Family Health Plan (FHP), Inc.
5340. Family Health Plan Corporation
5341. Farmingdale CVS, Inc.
5342. Farmington Ave. CVS, Inc.
5343. Farmington CVS, Inc.
5344. Farmington Holdings, Inc.
5345. Farmington Plaza CVS, Inc.
5346. Farmingville CVS Store, Inc.
5347. Fashion Square CVS, Inc.
5348. FDG C41 AR Texarkana LLC
5349. FEASIBLE ALTERNATIVES LIMITED
5350. Feasterville CVS, Inc.
5351. Federal Highway ProCare Pharmacy, Inc.
5352. Fenton Avenue CVS, L.L.C.
5353. Ferrara & Orlando Nurse Practitioners-Family Health P.C.
5354. Ferrara Nurse Practitioner-Family Health, P.C.

5355. FHP Health Plan, Inc.
5356. Fifth Avenue Chess King, Inc.
5357. Fingerlakes CVS Store, Inc.
5358. Firestone Blvd CVS, L.L.C.
5359. First Avenue ProCare Pharmacy, L.L.C.
5360. First Choice of the Midwest LLC
5361. First Choice of the Midwest, Inc.
5362. First Colony CVS, L.P.
5363. First Financial Planner Services, Inc.
5364. First Health Group Corp.
5365. First Health Life & Health Insurance Company
5366. First Health Strategies, Inc.
5367. First Script Network Services, Inc.
5368. Fish Lake Maple Grove CVS, L.L.C.
5369. Fishkill CVS, Inc.
5370. Fitchburg PharmaCare Pharmacy, Inc.
5371. Fitchburg Retailer, Inc.
5372. Flagler 87th Miami CVS, L.L.C.
5373. Flagstone Church, LLC
5374. Flamingo Jones NV CVS, L.L.C.
5375. Flamingo Road CVS, L.L.C.
5376. Flatbush Avenue CVS, Inc.
5377. Flatbush Brooklyn CVS, L.L.C.
5378. Flatlands CVS, L.L.C.
5379. Flatwoods CVS, Inc.
5380. Fleetwood CVS Store, Inc.
5381. Flemington CVS, L.L.C.
5382. Flemington NJ CVS, L.L.C.
5383. Flora Midwest, L.L.C.
5384. Floral Jericho CVS, L.L.C.
5385. Florence CVS, Inc.
5386. Florence NJ CVS, Inc.
5387. Florham Park CVS, Inc.
5388. Florida Collaborative for Health Care Quality, LLC
5389. Florida CVS Pharmacy, L.L.C.
5390. Florida Health Plan Administrators, LLC

5391.  Flower Mound CVS, L.P.
5392.  Flushing CVS, Inc.
5393.  FM 1960 Houston CVS, L.P.
5394.  FM 359 TX CVS, L.L.C.
5395.  FM 518 League City CVS, L.P.
5396.  FM 529 Houston CVS, L.P.
5397.  FOCUS Healthcare Management Associates, Inc.
5398.  FOCUS HealthCare Management, Inc.
5399.  Folsom CVS, Inc.
5400.  Fontana Sierra CVS, L.L.C.
5401.  Foothill La Verne CVS, Inc.
5402.  Foothill Ranch CVS, Inc.
5403.  Forbes Avenue CVS, Inc.
5404.  Forest Drive CVS, Inc.
5405.  Forest Hill MD CVS, L.L.C.
5406.  Forest Hills CVS, Inc.
5407.  Forest Hills NY CVS, L.L.C.
5408.  Forest Hills Peoples, Inc.
5409.  Forest Lane Dallas CVS, L.P.
5410.  Forest Park CVS, Inc.
5411.  Forest Park IL CVS, L.L.C.
5412.  Forks Township CVS, Inc.
5413.  Formerly Broad Axe CVS, Inc.
5414.  Formerly Peoples Drug Stores, Inc
5415.  Fort Foote CVS, Inc.
5416.  Fort Lee Palisades CVS, Inc.
5417.  Fort Mill SC CVS, Inc.
5418.  Fort Pierce CVS, L.L.C.
5419.  Fort Worth ProCare Pharmacy, Inc.
5420.  Foster Nagle CVS, L.L.C.
5421.  Foster Street CVS, Inc.
5422.  Foundation Health Plan of San Bernardino, Incorporated
5423.  Foundation Health, A Florida Health Plan, Inc.
5424.  Foundation Health, An Alabama Health Plan, Inc.
5425.  Fowler Tampa CVS, Inc.
5426.  Fox Run CVS, Inc.
5427.  Foxboro CVS, Inc.
5428.  Foxon East Haven CVS, Inc.
5429.  FPS of Connecticut, Inc.
5430.  Fracisquito Sunset CVS, Inc.
5431.  Framingham Concord CVS, Inc.
5432.  Framingham CVS, Inc.
5433.  Framingham Water St. CVS, Inc.
5434.  Framingham Worcester CVS, Inc.
5435.  Franconia Road CVS, Inc.
5436.  Frankford Avenue CVS, Inc.
5437.  Frankfort CVS, Inc.
5438.  Franklin Avenue CVS, Inc.
5439.  Franklin Central CVS, Inc.
5440.  Franklin Mahwah CVS, L.L.C.
5441.  Franklin Retailer, Inc.
5442.  Franklin TN CVS, Inc.
5443.  Franklin W. Central St. CVS, Inc.
5444.  Fraser Garfield CVS, L.L.C.
5445.  Frederick CVS, Inc.
5446.  Freehold NJ CVS, L.L.C.
5447.  Freeport Long Beach CVS, L.L.C.
5448.  Fridley MN CVS, L.L.C.
5449.  Friendly Hills Healthcare Network, Inc.
5450.  Fries Mill CVS, Inc.
5451.  Front Street CVS, Inc.
5452.  Frontier Community Health Plans, Inc.
5453.  Ft. Lauderdale CVS, Inc.
5454.  Ft. Myers CVS, L.L.C.
5455.  Fullerton CVS, Inc.
5456.  Futrix Inc.
5457.  Futrix Limited
5458.  G Street CVS, Inc.
5459.  Gahanna OH CVS, Inc.
5460.  Gainesville CVS, Inc.
5461.  Gainesville FL CVS, L.L.C.
5462.  Gaithersburg Mall CVS, Inc.
5463.  Gaithersburg, MD Bob's, Inc.
5464.  Gallivan CVS, Inc.
5465.  Galloway CVS, Inc.
5466.  Gandy CVS, Inc.
5467.  Garden City CVS, Inc.
5468.  Garden Grove CVS, Inc.
5469.  Garden State HMO

5470.   Gardner CVS, Inc.
5471.   Garfield Beach CVS, L.L.C.
5472.   Garfield CVS, Inc.
5473.   Garland CVS, L.P.
5474.   Garson Culver CVS, Inc.
5475.   Garth Baytown CVS, L.P.
5476.   Garwood Chestnut CVS, Inc.
5477.   Gastonia CVS, Inc.
5478.   Gate City CVS, Inc.
5479.   Gatti  LTC Services, Inc.
5480.   Generation Health, L.L.C.
5481.   Genesis Health Services Corp.
5482.   Genesis Health Ventures, Inc.
5483.   Geneva Carol CVS, L.L.C.
5484.   Geneva Clinton Stores, Inc.
5485.   Geneva Woods Health Services, LLC
5486.   Geneva Woods LTC Pharmacy, LLC
5487.   Geneva Woods Management, LLC
5488.   Geneva Woods Pharmacy Alaska, LLC
5489.   Geneva Woods Pharmacy Washington, LLC
5490.   Geneva Woods Pharmacy Wyoming, LLC
5491.   Geneva Woods Pharmacy, Inc.
5492.   Geneva Woods Pharmacy, LLC
5493.   Geneva Woods Retail Pharmacy, LLC
5494.   Genito Midlothian CVS, Inc.
5495.   GenPlus Managed Care, Inc.
5496.   George Safran, M.D., P.C.
5497.   Georgetown CVS, Inc.
5498.   Georgetown OH CVS, L.L.C.
5499.   Georgia CVS Pharmacy, L.L.C.
5500.   Georgia Health System, Inc.
5501.   German Dobson CVS, L.L.C.
5502.   Germantown Avenue CVS, Inc.
5503.   Germantown MD CVS, L.L.C.
5504.   Gessner Philippine Houston CVS, L.P.
5505.   Gibbsboro NJ CVS, L.L.C.

5506.   Gilbert AZ CVS, L.L.C.
5507.   Gilbert Guadalupe CVS, L.L.C.
5508.   Gilbert Warner CVS, L.L.C.
5509.   Gilbertsville CVS, Inc.
5510.   Girard Avenue ProCare Pharmacy, Inc.
5511.   Gladiolus Ft. Myers CVS, L.L.C.
5512.   Glastonbury CVS, Inc.
5513.   Glebe Road CVS, Inc.
5514.   Glebe Road Peoples, Inc.
5515.   Glen Allen CVS, Inc.
5516.   Glen Burnie MD CVS, L.L.C.
5517.   Glen Ellyn IL CVS, L.L.C.
5518.   Glen Oaks CVS, L.L.C.
5519.   Glendale Avenue CVS, L.P.
5520.   Glendale CVS, L.L.C.
5521.   Glendale Galleria CVS, Inc.
5522.   Glendale Heights CVS, L.L.C.
5523.   Glendale NY CVS, L.L.C.
5524.   Glendora Foothill CVS, Inc.
5525.   Glenriddle CVS, Inc.
5526.   Glenview CVS, L.L.C.
5527.   Glenwood Avenue CVS, Inc.
5528.   Global Claim Services, L.C.
5529.   Gloucester Downtown CVS, Inc.
5530.   Gloucester Retailer, Inc.
5531.   Gloucester-Erial CVS, Inc.
5532.   Godfrey Avenue CVS, Inc.
5533.   Godshall Franconia CVS, Inc.
5534.   Gold Star Blvd. PharmaCare Pharmacy, Inc.
5535.   Golden West CVS, Inc.
5536.   Goldenrod CVS, Inc.
5537.   Goodhealth Worldwide (Americas) Limited
5538.   Goodhealth Worldwide (Asia Pacific) Limited
5539.   Goodhealth Worldwide (Asia Pacific) Ltd.
5540.   Goodhealth Worldwide (Asia) Limited
5541.   Goodhealth Worldwide (Bermuda) Limited

5542. Goodhealth Worldwide (Europe) Limited

5543. Goodhealth Worldwide (Global) Limited

5544. Goodhealth Worldwide (Middle East) LLC

5545. Goodhealth Worldwide (Shanghai) Limited

5546. Goodhealth Worldwide Administrators Inc.

5547. Goodhealth Worldwide Limited

5548. Goodhealth Worldwide Management FZ-LLC

5549. Goodlette Naples CVS, L.L.C.

5550. Goodwin Park CVS, Inc.

5551. Goodyear CVS, LLC

5552. Gordon's Corner CVS, Inc.

5553. Goshen Village CVS, Inc.

5554. Governors Boulevard CVS, Inc.

5555. Grafton CVS, Inc.

5556. Grafton Street CVS, Inc.

5557. Graham Charlotte CVS, Inc.

5558. Granby CVS, Inc.

5559. Grand Baldwin CVS, Inc.

5560. Grand Bay CVS, Inc.

5561. Grand Covina CVS, Inc.

5562. Grand Prairie CVS, L.P.

5563. Grand River CVS, Inc.

5564. Grand Schaefer CVS, Inc.

5565. Grand St. Paul CVS, L.L.C.

5566. Grand Street CVS, L.L.C.

5567. Grandview Healthcare, Inc.

5568. Grandview Healthcare, LLC

5569. Grandview Pharmacy, Inc.

5570. Grandview Pharmacy, LLC

5571. Granite Run CVS, Inc.

5572. Granite Street CVS, Inc.

5573. Grapevine CVS, L.P.

5574. Gratiot CVS, Inc.

5575. Gray Houston CVS, L.P.

5576. Gray's Southgate, Inc.

5577. Grayson GA CVS, Inc.

5578. Great Valley CVS, Inc.

5579. Greece Clinton Paine, Inc.

5580. Greece CVS, Inc.

5581. Greece Towne CVS, Inc.

5582. Green Hills Plaza CVS, Inc.

5583. Greenacres CVS, Inc.

5584. Greenbelt CVS, Inc.

5585. Greenbelt-Cherrywood CVS, Inc.

5586. Greenbriar Houston CVS, L.P.

5587. Greencastle PA CVS, Inc.

5588. Greendale Mall CVS, Inc.

5589. Greenfield Federal CVS, Inc.

5590. Greenfield-Cherry Rum CVS, Inc.

5591. Greenlawn CVS, Inc.

5592. Greensboro GA CVS, Inc.

5593. Greenville CVS, Inc.

5594. Greenway Surprise CVS, L.L.C.

5595. Greenwich 99 CVS, Inc.

5596. Greenwich CVS, Inc.

5597. Greenwood Lake CVS, L.L.C.

5598. Grosse Pointe Realty, L.L.C.

5599. Groton CVS, Inc.

5600. Group Dental Service of Maryland, Inc.

5601. Group Dental Service, Inc.

5602. Group Dental Services, Inc.

5603. Group Health Plan of Delaware, LLC

5604. Group Health Plan, Inc.

5605. Grove City CVS, Inc.

5606. Guilford CVS, Inc.

5607. Gun Hill Road CVS, L.L.C.

5608. Gurnee CVS, L.L.C.

5609. Gwinnett CVS, Inc.

5610. GWL (UK) Limited

5611. H.M.S.S., Inc.

5612. Hackensack CVS, L.L.C.

5613. Haddon Heights CVS, L.L.C.

5614. Hadley CVS, Inc.

5615. Hallandale FL CVS, L.L.C.

5616. Haltom City CVS, L.P.

5617. Hamburg Clinton Stores, Inc.

5618. Hamburg Turnpike CVS, Inc.

5619. Hamden Plaza CVS, Inc.

5620.   Hamden Retailer, Inc.
5621.   Hamden Whitney CVS, Inc.
5622.   Hamilton CVS, Inc.
5623.   Hamilton CVS, L.L.C.
5624.   Hamilton Klockner CVS, Inc.
5625.   Hamilton Parkway CVS, L.L.C.
5626.   Hamilton Plaza CVS, Inc.
5627.   Hamlin CVS, Inc.
5628.   Hanover CVS, L.L.C.
5629.   Hanover Mass. CVS, Inc.
5630.   Hanover Park CVS, L.L.C.
5631.   Hanover Shaw Plaza CVS, Inc.
5632.   Hanover-Pembroke CVS, Inc.
5633.   Hanson CVS, Inc.
5634.   Harbor Mall CVS, Inc.
5635.   Harbor Santa Ana CVS, L.P.
5636.   Harborside CVS, Inc.
5637.   Harbour Place CVS, Inc.
5638.   Hard Columbus CVS, L.L.C.
5639.   Hardscrabble CVS, Inc.
5640.   Harlem Chicago CVS, L.L.C.
5641.   Harleysville PA CVS, Inc.
5642.   Harmon Las Vegas CVS, L.L.C.
5643.   Harrisburg CVS, Inc.
5644.   Harrisburg NC CVS, Inc.
5645.   Harrison Bridge Road CVS, Inc.
5646.   Harrison East Orange CVS, Inc.
5647.   Harrison Township CVS, Inc.
5648.   Hartford Blue Hills CVS, Inc.
5649.   Hartford Main Street CVS, Inc.
5650.   Harvard Square CVS, Inc.
5651.   Harwich CVS, Inc.
5652.   Harwichport Main Street CVS, Inc.
5653.   Hatfield PA CVS, Inc.
5654.   Haverford and City Line CVS, Inc.
5655.   Haverford Avenue CVS, Inc.
5656.   Haverhill CVS, Inc.
5657.   Haverhill Lowell CVS, Inc.
5658.   Havertown CVS, Inc.
5659.   Haw Creek Circle CVS, Inc.
5660.   Hawaiian Gardens CVS, Inc.
5661.   Hawley CVS, Inc.
5662.   Hawthorne CVS, Inc.

5663.   Haymarket VA CVS, Inc.
5664.   Hazel Crest CVS, L.L.C.
5665.   Hazlet CVS, Inc.
5666.   Hazleton CVS, Inc.
5667.   Hazleton Plaza CVS Inc.
5668.   HCP Acquisition Sub, LLC
5669.   Heacock Moreno CVS, L.L.C.
5670.   Health America Corporation of
        Pennsylvania, Inc.
5671.   Health and Human Resource Center
5672.   Health and Human Resource Center
        Medical Group, Inc.
5673.   Health and Human Resource
        Center, Inc.
5674.   Health Care Management Co. Ltd.
5675.   Health Care USA of Tennessee, Inc
5676.   Health Cost Consultants, Inc.
5677.   Health Data & Management
        Solutions, Inc.
5678.   Health Integration Strategies, L.P.
5679.   Health Integration, Inc.
5680.   Health Maintenance Organization
        of New Jersey, Inc.
5681.   Health Mart, Inc.
5682.   Health Re, Inc.
5683.   Healthagen International Limited
5684.   Healthagen LLC
5685.   HealthAmerica Pennsylvania, Inc.
5686.   HealthAssurance Financial
        Services, Inc.
5687.   HealthAssurance Pennsylvania, Inc.
5688.   HealthCare America Plans, Inc.
5689.   HealthCare USA of Missouri L.L.C.
5690.   HealthInfusion, Inc.
5691.   Healthmart, Inc.
5692.   Healthmaster, Inc.
5693.   HealthPASS, Inc.
5694.   HealthPlus, Inc.
5695.   HealthWays of New York, Inc.
5696.   Heartland Healthcare Services, LLC
5697.   Heartland Pharmacy of Illinois LLC
5698.   Heartland Pharmacy of Maryland,
        LLC

5699. Heartland Pharmacy of PA, LLC
5700. Heartland Repack Services LLC
5701. Hebron CT CVS, Inc.
5702. Hebron Parkway CVS, L.P.
5703. Hedges Pond CVS, Inc.
5704. Hellertown CVS, Inc.
5705. Hempstead Avenue CVS, Inc.
5706. Hempstead NY CVS, L.L.C.
5707. Henderson CVS, L.L.C.
5708. Henderson Horizon CVS, L.L.C.
5709. Henderson Road CVS, Inc.
5710. Hennepin Avenue CVS, L.L.C.
5711. Henry Philadelphia CVS, Inc.
5712. Henry Street CVS, L.L.C.
5713. Henrydale CVS, Inc.
5714. Hermosa Beach CVS, Inc.
5715. Hewlett CVS, Inc.
5716. HHPF, Inc.
5717. HHRC, Inc.
5718. Hialeah CVS, L.L.C.
5719. Hialeah West 49th CVS, L.L.C.
5720. Hick Hwy CVS, Inc.
5721. Hickory CVS, Inc.
5722. Hickory Hills IL CVS, L.L.C.
5723. High House Road CVS, Inc.
5724. High Ridge Road CVS, Inc.
5725. High Street CVS, Inc.
5726. Highland Avenue CVS, Inc.
5727. Highland Center CVS, Inc.
5728. Highland Cheshire CVS, Inc.
5729. Highland Leasing Corporation
5730. Highland Market CVS, Inc.
5731. Highland Park CVS, L.L.C.
5732. Highlander Plaza CVS, Inc.
5733. Highway 14 SC CVS, Inc.
5734. Highway 17 Mt. Pleasant CVS, Inc.
5735. Highway 19 Palm Harbor CVS, L.L.C.
5736. Highway 92 CVS, Inc.
5737. Highway 98 CVS, Inc.
5738. Highway Charlotte CVS, Inc.
5739. Highway Stockbridge CVS, Inc.
5740. Hillcrest Frisco CVS, L.P.
5741. Hillcroft Houston CVS, L.P.
5742. Hilliard Darby CVS, Inc.
5743. Hilliard Park Mill CVS, Inc.
5744. Hillsboro Road CVS, L.L.C.
5745. Hillsborough Avenue CVS, L.L.C.
5746. Hillsborough CVS, Inc.
5747. Hillside Amarillo TX CVS, L.L.C.
5748. Hillside Avenue CVS, L.L.C.
5749. Hillside CVS, Inc.
5750. Hillside IL CVS, L.L.C.
5751. Hilltop Air Corporation
5752. Hilltown PA CVS, Inc.
5753. Hingham CVS, Inc.
5754. HIP Health Plan of Florida, Inc.
5755. HMIS, Inc.
5756. HMO Of Greater New York, Inc.
5757. HMO of Iowa, Inc.
5758. HMO of New Jersey, Inc.
5759. HMS Colorado, Inc.
5760. HMS Healthcare, Inc.
5761. Hoadley Rd CVS, Inc.
5762. Hokes Bluff CVS, Inc.
5763. Holbrook CVS, Inc.
5764. Holcomb CVS, Inc.
5765. Holden Common CVS, Inc.
5766. Holden PharmaCare Pharmacy, Inc.
5767. Holiday CVS, L.L.C.
5768. Holiday Hwy 19 CVS, L.L.C.
5769. Holliston CVS, Inc.
5770. Holly Springs CVS, Inc.
5771. Holyoke CVS, Inc.
5772. Holyoke Mall CVS, Inc.
5773. Holyoke South Street CVS, Inc.
5774. Home Care Pharmacy, LLC
5775. Home Pharmacy Services, LLC
5776. Homestead 312th FL CVS, L.L.C.
5777. Homestead CVS, L.L.C.
5778. Homeward Pharmacy, LLC
5779. Hook Drugs, Inc. of Michigan
5780. Hooker Avenue CVS, Inc.
5781. Hookset CVS, Inc.
5782. Hook-SupeRx Funding Corp.
5783. Hook-SupeRx, Inc.

5784.   Hook-SuperRx, L.L.C.
5785.   Hooper Road CVS, Inc.
5786.   Hope Mills CVS, Inc.
5787.   Hopewell CVS, Inc.
5788.   Hopkins CVS, L.L.C.
5789.   Horatio Orlando CVS, Inc.
5790.   Horizon Behavioral Services, LLC
5791.   Horsham CVS, Inc.
5792.   Hospital CVS, Inc.
5793.   Hospitality Holdings, Inc.
5794.   Houston Main Elgin CVS, L.P.
5795.   Houston ProCare Pharmacy, Inc.
5796.   Houston TX CVS, L.P.
5797.   Howell CVS, L.L.C.
5798.   Hubbard Sylmar CVS, L.P.
5799.   Hudson CVS, Inc.
5800.   Hudson N.H. CVS, Inc.
5801.   Huffmeister CVS, L.P.
5802.   Humble CVS, L.P.
5803.   Hunt Valley CVS, Inc.
5804.   Huntersville NC CVS, Inc.
5805.   Hunting Park CVS, Inc.
5806.   Huntingdon Valley CVS, Inc.
5807.   Huntington Beach CVS, Inc.
5808.   Huntington Center CVS, Inc.
5809.   Huntington CVS, Inc.
5810.   Huntington Drive CVS, Inc.
5811.   Huntington Station CVS, Inc.
5812.   Huntington WV CVS, Inc.
5813.   Huntsville AL CVS, Inc.
5814.   Huntsville Moores Mill CVS, Inc.
5815.   Huntsville Whitesburg CVS, Inc.
5816.   Hurley MS CVS, Inc.
5817.   Hurricane WV CVS, Inc.
5818.   Hurst CVS, L.P.
5819.   Hwy 544 MB CVS, Inc.
5820.   Hyannis CVS, Inc.
5821.   Hyannis Main Street CVS, Inc.
5822.   Hyattsville CVS, Inc.
5823.   Hyde Park Avenue CVS, Inc.
5824.   Hytree Pharmacy, Inc.
5825.   I.g.G. of America, Inc.
5826.   I.g.G. of America, LLC
5827.   Idaho CVS Pharmacy, L.L.C.
5828.   IHS Acquisition XXX, Inc.
5829.   IlliniCare Health Plan, Inc.
5830.   Imperial CVS, Inc.
5831.   Independence MI CVS, L.L.C.
5832.   Independence Plano CVS, L.P.
5833.   Independent Investments, Inc.
5834.   Indian 59th Phoenix CVS, L.L.C.
5835.   Indian Health Organisation Private
         Limited
5836.   Indian School Phoenix CVS, L.L.C.
5837.   Indian Trail CVS, Inc.
5838.   Indiana CVS, Inc.
5839.   Informed Health, LLC
5840.   Ingleside CVS, Inc.
5841.   Inland Health Plan
5842.   Inman Edison CVS, L.L.C.
5843.   Inner Loop Georgetown CVS,
         L.L.C.
5844.   Innovation Health Holdings, LLC
5845.   Innovation Health Insurance
         Company
5846.   Innovation Health Plan, Inc.
5847.   Innovative Worldwide Distributors
         (HK) Limited
5848.   Institutional Health Care Services
         LP
5849.   Institutional Health Care Services,
         LLC
5850.   Integrated Pharmacy Solutions, Inc.
5851.   InterGlobal Holdco Limited
5852.   InterGlobal Insurance Company
         Limited
5853.   InterGlobal Japan Corporation
         Limted
5854.   InterGlobal Limited
5855.   Interlock Pharmacy Systems, LLC
5856.   Iowa CVS Pharmacy, L.L.C.
5857.   Ironbound CVS Urban Renewal,
         L.L.C.
5858.   Irvine CA CVS, L.P.
5859.   Irving CVS, L.P.
5860.   Irving Park CVS, L.L.C.

5861.  Irving Streamwood CVS, L.L.C.
5862.  Irving Street CVS, Inc.
5863.  Island Avenue CVS, Inc.
5864.  Islington CVS, Inc.
5865.  Ithaca CVS Store, Inc.
5866.  iTriage, LLC
5867.  Ives Dairy Miami CVS, L.L.C.
5868.  Ivyland CVS, Inc.
5869.  Ivyland PA CVS, Inc.
5870.  J.F.K. Street CVS, Inc.
5871.  Jacksboro Highway CVS, L.P.
5872.  Jackson Heights CVS, L.L.C.
5873.  Jackson NJ CVS, Inc.
5874.  Jackson North West CVS, Inc.
5875.  Jackson Square CVS, Inc.
5876.  Jacksonville CVS, L.L.C.
5877.  Jaguar Merger Subsidiary, Inc.
5878.  Jamaica CVS, L.L.C.
5879.  Jamaica Plain CVS, Inc.
5880.  Jamesburg CVS, L.L.C.
5881.  JEC Facilities Funding II, Inc.
5882.  JEC Funding, Inc.
5883.  JEC Funding, LLC
5884.  Jefferson CVS, Inc
5885.  Jefferson Havens Corner CVS, Inc.
5886.  Jefferson Woodbridge CVS, Inc.
5887.  Jenkintown CVS, Inc.
5888.  Jennersville CVS, Inc.
5889.  Jericho Huntington CVS, L.L.C.
5890.  Jericho Turnpike CVS, Inc.
5891.  Jersey Shore PA CVS, Inc.
5892.  Jessup Deptford CVS, L.L.C.
5893.  Jewel Ventures Fund GP, LLC
5894.  Jewel Ventures Fund, LP
5895.  Jewel Ventures Management, LLC
5896.  JHC Acquisition LLC
5897.  JOCUS LIMITED
5898.  Jog Boynton Beach CVS, L.L.C.
5899.  Jog Road CVS, L.L.C.
5900.  Johnson Hollywood CVS, Inc.
5901.  Johnston Centre CVS, Inc.
5902.  Joliet CVS, L.L.C.
5903.  Jones Hill CVS, Inc.

5904.  Jonesboro CVS, Inc.
5905.  Josey Carrollton CVS, L.P.
5906.  Joy Lake Rd. CVS, Inc.
5907.  JRT Investment, Inc.
5908.  Jumpers Hole CVS, Inc.
5909.  K HOME THERAPEUTICS, INC.
5910.  K Street CVS, Inc.
5911.  K Street Peoples, Inc.
5912.  Kankakee IL CVS, L.L.C.
5913.  Kannapolis CVS, Inc.
5914.  Kansas CVS Pharmacy, L.L.C.
5915.  Kearny CVS, Inc.
5916.  Kedzie 59th CVS, L.L.C.
5917.  Keene Key CVS, Inc.
5918.  Keller CVS, L.P.
5919.  Kendall Miami CVS, L.L.C.
5920.  Kenmore Retailer, Inc.
5921.  Kenmore Village CVS, Inc.
5922.  Kennedy Tampa CVS, L.L.C.
5923.  Kennesaw CVS, Inc.
5924.  Kennesaw Due West CVS, Inc.
5925.  Kennett Square CVS, Inc.
5926.  Kensington CVS, Inc.
5927.  Kentucky CVS Pharmacy, L.L.C.
5928.  Kentwood CVS, Inc.
5929.  Kern Home Health Resources d/b/a Coram Healthcare
5930.  Key Biscayne CVS, Inc.
5931.  Keyser CVS, L.L.C.
5932.  Keystone Street CVS, Inc.
5933.  Kildeer CVS, L.L.C.
5934.  Kimberly J. Henderson, M.D., P.C.
5935.  Kimberton Nutt CVS, Inc.
5936.  King Cherry CVS, Inc.
5937.  King Drug Company
5938.  King of Prussia CVS, Inc.
5939.  King Street CVS, Inc.
5940.  Kings Crossing CVS, Inc.
5941.  Kings Grant CVS, Inc.
5942.  Kings Highway CVS, Inc.
5943.  Kingsbury Square CVS, Inc.
5944.  Kingsland Katy CVS, L.P.
5945.  Kingston Emporium CVS, Inc.

5946.  Kingston Market CVS, Inc.
5947.  Kingston Road CVS, Inc.
5948.  Kingsway Plaza CVS, Inc.
5949.  Kingwood CVS, L.P.
5950.  Kirby Houston CVS, L.P.
5951.  Kirby Pearland CVS, L.P.
5952.  Kisco East Main CVS, L.L.C.
5953.  Kissimmee CVS, Inc.
5954.  Knox Abbott Road CVS, Inc.
5955.  Knoxville Emory CVS, Inc.
5956.  Kostner Chicago CVS, L.L.C.
5957.  Kraemer CA CVS, L.L.C.
5958.  Krocks Road CVS, Inc.
5959.  L Street CVS, Inc.
5960.  L.F. Hamlin, Inc.
5961.  La Cienega LA CVS, L.P.
5962.  La Cienega Square CVS, Inc.
5963.  La Mirada CVS, Inc.
5964.  La Palma CVS, Inc.
5965.  La Quinta CVS, L.L.C.
5966.  Ladera Ranch CA CVS, L.P.
5967.  Lafayette CVS, Inc.
5968.  LaGrange CVS, L.L.C.
5969.  Laguna Hills CVS, Inc.
5970.  Laguna Niguel CVS, Inc.
5971.  Lahser CVS, Inc.
5972.  Lake Charles Ryan CVS, Inc.
5973.  Lake Danbury CVS, Inc.
5974.  Lake Forest CVS, Inc.
5975.  Lake Forest CVS, L.L.C.
5976.  Lake Grove CVS, Inc.
5977.  Lake in the Hills CVS, L.L.C.
5978.  Lake Mead Civic CVS, L.L.C.
5979.  Lake Mead Las Vegas CVS, L.L.C.
5980.  Lake Pleasant Peoria CVS, L.L.C.
5981.  Lake Street CVS, Inc.
5982.  Lake Worth Greenacres CVS, L.L.C.
5983.  Lakeview Ave. CVS, Inc.
5984.  Lakeview Plaza CVS, Inc.
5985.  Lakeview Square CVS, Inc.
5986.  Lakeville MN CVS, L.L.C.
5987.  Lakeway TX CVS, L.L.C.

5988.  Lakewood CA CVS, L.L.C.
5989.  Lakewood Square CVS, Inc.
5990.  Lambertville NJ CVS, L.L.C.
5991.  Lancaster 10th CVS, L.L.C.
5992.  Lancaster CVS, Inc.
5993.  Landis Avenue CVS, Inc.
5994.  Landisville CVS, Inc.
5995.  Landmark Center CVS, Inc.
5996.  Landstar Orlando CVS, L.L.C.
5997.  Lanesborough Berkshire Mall CVS, Inc.
5998.  Langsam Health Services, LLC
5999.  Langsam Medical Products, Inc.
6000.  Lansdowne Avenue CVS, Inc.
6001.  Lansing CVS, Inc.
6002.  LaPalma Anaheim CVS, Inc.
6003.  Largo ProCare Pharmacy, Inc.
6004.  Las Vegas NV CVS, L.L.C.
6005.  Las Vegas Riviera CVS, L.L.C.
6006.  Laurel MD CVS, L.L.C.
6007.  Laurens Road CVS, Inc.
6008.  Lavista Road CVS, Inc.
6009.  Lawndale CA CVS, L.L.C.
6010.  Lawndale CVS, Inc.
6011.  Lawrence Broadway CVS, Inc.
6012.  Lawrence Chicago CVS, L.L.C.
6013.  Lawrenceville CVS, Inc.
6014.  LCPS Acquisition LLC
6015.  LDG Property Company, Inc.
6016.  LDG Property Company, LLC
6017.  Leading Benefit Solutions, LLC
6018.  League City CVS, L.P.
6019.  Ledgewood NJ CVS, L.L.C.
6020.  Lee Highway CVS, Inc.
6021.  Lee Highway Peoples, Inc.
6022.  Lee Vista Orlando CVS, L.L.C.
6023.  Lehigh Street CVS, Inc.
6024.  Lehigh Valley CVS, Inc.
6025.  Lemec CVS, L.L.C.
6026.  Lemmon Dallas CVS, L.P.
6027.  Lemont CVS, L.L.C.
6028.  Lenox Avenue CVS, L.L.C.
6029.  Leominster CVS, Inc.

6030. Leominster Lancaster CVS, Inc.
6031. Leominster Main Street CVS, Inc.
6032. Leominster PharmaCare Pharmacy, Inc.
6033. Levittown PA CVS, Inc.
6034. Lewisville CVS, L.P.
6035. Lexington CVS, Inc.
6036. Lexington Sugar CVS, L.P.
6037. LHS Acquisition Sub, LLC
6038. Liberty Little Ferry CVS, L.L.C.
6039. Liberty Park CVS, Inc.
6040. Liberty Road CVS, Inc.
6041. Liberty Street CVS, Inc.
6042. Library Road CVS, Inc.
6043. Lighthouse Point CVS, L.L.C.
6044. Lilburn CVS, Inc.
6045. Lilburn Harmony Grove CVS, Inc.
6046. Lima PA CVS, Inc.
6047. Limerick CVS, Inc.
6048. Lincoln Corona CVS, Inc.
6049. Lincoln CVS, Inc.
6050. Lincoln Drive (Phil) CVS, Inc.
6051. Lincoln Harbor CVS, Inc.
6052. Lincoln Park CVS, L.L.C.
6053. Lincoln Street CVS, Inc.
6054. Lindbergh CVS, Inc.
6055. Linden Retailer, Inc.
6056. Linden Street CVS, Inc.
6057. Linden Wellesley CVS, Inc.
6058. Lindenhurst CVS, L.L.C.
6059. Linwood CVS, Inc.
6060. Lionville CVS, Inc.
6061. Litchfield Park CVS, L.L.C.
6062. Litchfield Rt. 202 CVS, Inc.
6063. Little York CVS, L.P.
6064. Littleton Road CVS, Inc.
6065. Livingston CVS, Inc.
6066. Livonia 6 Mile CVS, Inc.
6067. Lobdell Goodwood CVS, Inc.
6068. Lobos Acquisition, LLC
6069. Lockport Clinton Stores, Inc.
6070. Lockport CVS, L.L.C.
6071. Locust Philadelphia CVS, Inc.

6072. Lodi CVS, Inc.
6073. Loehmann's Plaza CVS, Inc.
6074. Lombard CVS, L.L.C.
6075. Lombard-Light Streets CVS, Inc.
6076. Lo-Med Prescription Services, LLC
6077. Lomita CVS, Inc.
6078. Lone Oak KY CVS, Inc.
6079. Lone Star Health Plan, Inc.
6080. Lonestar Holding Co.
6081. Long Beach Boulevard CVS, L.P.
6082. Long Beach CVS, Inc.
6083. Long Hill Road CVS, Inc.
6084. Long Island CVS Store, Inc.
6085. Long Shoals Road CVS, Inc.
6086. Longmeadow Massachusetts CVS, Inc.
6087. Longmeadow Street CVS, Inc.
6088. Longs Drug Stores California, Inc.
6089. Longs Drug Stores California, L.L.C.
6090. Longs Drug Stores Corporation
6091. Longs Drug Stores, Inc.
6092. Longs Drug Stores, L.L.C.
6093. Long-Term Care Pharmacy Alliance, LLC
6094. Longwood Avenue CVS, Inc.
6095. Longwood CVS, Inc.
6096. Looch Hwy. CVS, Inc.
6097. Loop 610 Westheimer CVS, L.P.
6098. Loris SC CVS, Inc.
6099. Los Alamitos CVS, L.P.
6100. Los Angeles ProCare Pharmacy, Inc.
6101. Louetta Elderidge CVS, L.P.
6102. Louisiana CVS Pharmacy, L.L.C.
6103. Louisville CVS, Inc.
6104. Lowell Bridge CVS, Inc.
6105. Lowell Discounter, Inc.
6106. Lowell Merrimack CVS, Inc.
6107. Lowell Retailer, Inc.
6108. Lower Azusa Rd CVS, L.L.C.
6109. Lower Buckeye Phoenix CVS, L.L.C.

6110. Lower Buckley Avondale CVS, L.L.C.
6111. Lower Makefield CVS, Inc.
6112. Loyalty Life Insurance Company
6113. Ludlow Acquisition Corp.
6114. Ludlow CVS, Inc.
6115. Luettgens Limited
6116. LV Boulevard CVS, L.L.C.
6117. Lyell Clinton Paine, Inc.
6118. Lynn Boston Street CVS, Inc.
6119. Lynngate-Massachusetts CVS, Inc.
6120. Lynnway Lynn CVS, Inc.
6121. Lyon Twp CVS, L.L.C.
6122. M Street CVS, Inc.
6123. M Street Peoples, Inc.
6124. M Street Washington CVS, Inc.
6125. Mableton GA CVS, Inc.
6126. Mableton Parkway CVS, Inc.
6127. MacArthur Boulevard CVS, Inc.
6128. Macedon Clinton Stores, Inc.
6129. Mack Drug Co. of New Jersey, Inc.
6130. Mack Drug Co. of New York, Inc.
6131. Mack Drug Co. of Pittsfield, Inc.
6132. Macomb Township CVS, L.L.C.
6133. Madera Royale CVS, Inc.
6134. Madison Centre CVS, Inc.
6135. Madison Chicago CVS, L.L.C.
6136. Madison CVS, Inc.
6137. Madison Heights John R CVS, Inc.
6138. Magnolia Anaheim CVS, L.P.
6139. Magnum Health Plan, Inc.
6140. Main Alden CVS, Inc.
6141. Main Annapolis CVS, L.L.C.
6142. Main Devon Bartlett CVS, L.L.C.
6143. Main Harvard CVS, Inc.
6144. Main Houston CVS, L.P.
6145. Main Jefferson CVS, L.L.C.
6146. Main McKinney CVS, L.P.
6147. Main Montgomery CVS, L.L.C.
6148. Main Street Athol CVS, Inc.
6149. Main Street North CVS, Inc.
6150. Main Street Pharmacy, L.L.C.
6151. Main Vineland CVS, L.L.C.

6152. Main Wayland CVS, Inc.
6153. Maine CVS Pharmacy, L.L.C.
6154. Maine Retailer, Inc.
6155. Maine-Bangor CVS, Inc.
6156. Maineville CVS, Inc.
6157. Malaga CVS, Inc.
6158. Malden Broadway CVS, Inc.
6159. Malden Square CVS, Inc.
6160. Male Wind Gap CVS, Inc.
6161. Mall of New Hampshire CVS, Inc.
6162. Managed Care Coordinators, Inc.
6163. Managed HealthCare, Inc.
6164. Managed Healthcare, LLC
6165. Management & Network Services, Inc.
6166. Management and Network Services, L.L.C.
6167. Manalapan CVS, Inc.
6168. Manassas CVS, Inc.
6169. Manatee Bradenton CVS, L.L.C.
6170. Manayunk Plaza CVS, Inc.
6171. Manchester (N.H.) CVS, Inc.
6172. Manchester CVS, Inc.
6173. Manchester North Main CVS, Inc.
6174. Manhattan CVS, Inc.
6175. Manomet Route 3a CVS, Inc.
6176. Manor Road CVS, Inc.
6177. Mansfield CVS, Inc.
6178. Mansfield Shopping Center CVS, Inc.
6179. Manton Avenue CVS, Inc.
6180. Mantua NJ CVS, L.L.C.
6181. Manville CVS, Inc.
6182. Maple Avenue CVS, Inc.
6183. Maple Avenue NJ CVS, Inc.
6184. Maple Glen CVS, Inc.
6185. Maple Grove MN CVS, L.L.C.
6186. Maplewood CVS, L.L.C.
6187. Marblehead CVS, Inc.
6188. Margate CVS, Inc.
6189. Marguerite Parkway CVS, Inc.
6190. Maricopa CVS, L.L.C.
6191. Marietta CVS, Inc.

6192. Marietta Piedmont CVS, Inc.
6193. Mark Steven CVS, Inc.
6194. Market Street CVS, Inc.
6195. Marlboro CVS, Inc.
6196. Marlboro Village Center CVS, Inc.
6197. Marlborough Mall CVS, Inc.
6198. Marley Station CVS, Inc.
6199. Marlton Crossing CVS, Inc.
6200. Marsh Carrollton CVS, L.P.
6201. Marshalls of Citrus Heights, CA., Inc.
6202. Marshalls of Skokie IL, Inc.
6203. MARSHALLS OF TEMPE, AZ., INC.
6204. Marshfield Ocean CVS, Inc.
6205. Marshfield Webster CVS, Inc.
6206. Martin Health Services, Inc.
6207. Martin Health Services, LLC
6208. Mary Street CVS, Inc.
6209. Maryland CVS Pharmacy, L.L.C.
6210. Maryland Parkway CVS, L.L.C.
6211. Maryland St. Paul CVS, L.L.C.
6212. Mashpee CVS, Inc.
6213. Mason CVS, Inc.
6214. Maspeth NY CVS, L.L.C.
6215. Mass. Ave. and Alwife Brook CVS, Inc.
6216. Mass. Ave. CVS, Inc.
6217. Massachusetts Avenue CVS, L.L.C.
6218. Massachusetts CVS Pharmacy, Inc.
6219. Massachusetts CVS Pharmacy, L.L.C.
6220. Massapequa CVS, Inc.
6221. Mattapan MA CVS, Inc.
6222. Matthews CVS, Inc.
6223. Mattituck CVS, L.L.C.
6224. Mattydale Clinton Stores, Inc.
6225. MaxiCare/HealthAmerica Pennsylvania, Inc.
6226. Maxwell & Tennyson, Inc.
6227. May Street PharmaCare Pharmacy, Inc.
6228. Mayfield Collins CVS, L.P.

6229. Mayfield CVS, Inc.
6230. Maynard CVS, Inc.
6231. MC Diagnostic of Connecticut, P.C.
6232. MC RETAIL CORP.
6233. McCalla CVS, Inc.
6234. McDowell Phoenix CVS, L.L.C.
6235. McKeesport CVS, Inc.
6236. McKinney CVS, L.P.
6237. McNab Tamarac CVS, L.L.C.
6238. McNair Farms CVS, Inc.
6239. Mead Clinton Paine, Inc.
6240. Meadow Glen CVS, Inc.
6241. Meadowbrook Newark CVS, Inc.
6242. Meadville Clinton Stores, Inc.
6243. Med Southwest, Inc.
6244. Med World Acquisition Corp.
6245. Med World Acquisition, LLC
6246. Medco Discount Prescription Center, Inc.
6247. Medfield CVS, Inc.
6248. Medford Downtown CVS, Inc.
6249. Medford High CVS, Inc.
6250. Medford Retailer, Inc.
6251. Medford-Malden CVS, Inc.
6252. Media 452 CVS, Inc.
6253. Media CVS, Inc.
6254. Medical Arts Health Care, Inc.
6255. Medical Arts Health Care, LLC
6256. Medical Arts Pharmacy, Inc.
6257. Medical Center Pharmacies, Inc.
6258. Medical Examinations of New York, P.C.
6259. Medicare Drug Stores, Inc.
6260. Medicity LLC
6261. Medicity, Inc.
6262. Medisav, Inc.
6263. MedPartners Acquisition
6264. MedPartners Aviation, Inc.
6265. MedPartners Physician Services, Inc.
6266. MedPartners Professional Management Corporation
6267. MedPartners, Inc.

6268. MedPartners/Mullikin, Inc.
6269. MedPartners/Talbert Medical Management Corporation
6270. Medway CVS, Inc.
6271. Meeting House Road CVS, Inc.
6272. Melrose CVS, Inc.
6273. Melrose Park CVS, L.L.C.
6274. Melville Equipment Leasing Corp.
6275. Melville Realty Company, Inc.
6276. Melville Realty Management Corporation
6277. MemberHealth LLC
6278. Menifee Meadows Office Park Association
6279. Menlo Park CVS, Inc.
6280. Mental Health Associates, Inc.
6281. Mental Health Associates, Inc. of Lousiana, Inc.
6282. Mental Health Network of New York IPA, Inc.
6283. Merchant Plaza CVS, Inc.
6284. Merger LLC D, L.L.C.
6285. Meridan West Main CVS, Inc.
6286. Meriden CVS, Inc.
6287. Meriden Parkade CVS, Inc.
6288. Meriden Road CVS, Inc.
6289. Meridianville CVS, Inc.
6290. Meritain Health Group, Inc.
6291. Meritain Health, Inc.
6292. Merlen Drug CVS, Inc.
6293. Merrick CVS, Inc.
6294. Merrill University CVS, L.L.C.
6295. Merrimack Street CVS, Inc.
6296. Merritt Island CVS, L.L.C.
6297. Merwin IV & Specialty Pharmacy, LLC
6298. Merwin Long Term Care, Inc.
6299. Merwin Long Term Care, LLC
6300. Merwin Rx-Compounding Pharmacy, LLC
6301. Mesa Brown CVS, L.L.C.
6302. Mesquite CVS, L.P.
6303. Methuen Broadway CVS, Inc.

6304. Methuen CVS, Inc.
6305. Methuen Haverhill CVS, Inc.
6306. Methuen Swan CVS, Inc.
6307. MetraComp, Inc.
6308. Metro Boston CVS, Inc.
6309. MHHP Acquisition Company LLC
6310. MHNet Life and Health Insurance Company
6311. MHNet of Florida, Inc.
6312. MHNet Specialty Services, LLC
6313. Miami 147th CVS, L.L.C.
6314. Miami 2nd Avenue CVS, Inc.
6315. Miami 8th CVS, L.L.C.
6316. Miami Flagler CVS, Inc.
6317. Michigan Chicago CVS, L.L.C.
6318. Michigan CVS, Inc.
6319. Mid Cities Boulevard CVS, L.P.
6320. Middle River CVS, Inc.
6321. Middle Smithfield Township CVS, Inc.
6322. Middleboro CVS, Inc.
6323. Middlesex Lowell CVS, Inc.
6324. Middlesex-Mass. CVS, Inc.
6325. Middletown CVS, Inc.
6326. Middletown Township CVS, Inc.
6327. Middletown Washington CVS, Inc.
6328. Midland Clinton Stores, Inc.
6329. Midland Retailer, Inc.
6330. Midport Port St. Lucie CVS, L.L.C.
6331. Milford Broad St. CVS, Inc.
6332. Milford CVS, Inc.
6333. Milford PharmaCare Pharmacy, Inc.
6334. Milford Plaza CVS, Inc.
6335. Milford Square CVS, Inc.
6336. Military Trail CVS, Inc.
6337. Millbourne CVS, Inc.
6338. Millbury CVS, Inc.
6339. Millbury PharmaCare Pharmacy, Inc.
6340. Millcreek CVS, Inc.
6341. Miller Place CVS, L.L.C.
6342. Millis CVS, Inc.
6343. Mills Ave SEC CVS, L.L.C.

6344. Millville CVS, Inc.
6345. Milton Market Place CVS, Inc.
6346. Milwaukee Chicago CVS, L.L.C.
6347. Mineola Jericho CVS, Inc.
6348. Mineral Spring Ave. CVS, Inc.
6349. Minnesota CVS Pharmacy, L.L.C.
6350. Minor Health Enterprise Co, Ltd.
6351. Mint Hill CVS, Inc.
6352. Minute Clinic Diagnostic of North Carolina, P.C.
6353. MinuteClinic Diagnostic Medical Group of California, Inc.
6354. MinuteClinic Diagnostic Medical Group of Orange County, Inc.
6355. MinuteClinic Diagnostic Medical Group of San Diego, Inc.
6356. MinuteClinic Diagnostic of Alabama, L.L.C.
6357. MinuteClinic Diagnostic of Arizona, LLC
6358. MinuteClinic Diagnostic of Arkansas, LLC
6359. MinuteClinic Diagnostic of Colorado LLC
6360. MinuteClinic Diagnostic of Connecticut, LLC
6361. MinuteClinic Diagnostic of Florida, LLC
6362. MinuteClinic Diagnostic of Georgia, LLC
6363. MinuteClinic Diagnostic of Hawaii, L.L.C.
6364. MinuteClinic Diagnostic of Illinois, LLC
6365. MinuteClinic Diagnostic of Kansas, P.A.
6366. MinuteClinic Diagnostic of Kentucky, L.L.C.
6367. MinuteClinic Diagnostic of Louisiana, L.L.C.
6368. MinuteClinic Diagnostic of Maine, L.L.C.
6369. MinuteClinic Diagnostic of Maryland, LLC
6370. MinuteClinic Diagnostic of Massachusetts, LLC
6371. MinuteClinic Diagnostic of Michigan, P.C.
6372. MinuteClinic Diagnostic of Minnesota, P.A.
6373. MinuteClinic Diagnostic of Nebraska, L.L.C.
6374. MinuteClinic Diagnostic of New Hampshire, L.L.C.
6375. MinuteClinic Diagnostic of New Jersey, LLC
6376. MinuteClinic Diagnostic of New Mexico, L.L.C.
6377. MinuteClinic Diagnostic of Ohio, LLC
6378. MinuteClinic Diagnostic of Oklahoma, LLC
6379. MinuteClinic Diagnostic of Oregon, LLC
6380. MinuteClinic Diagnostic of Pennsylvania, LLC
6381. MinuteClinic Diagnostic of Rhode Island, LLC
6382. MinuteClinic Diagnostic of South Carolina, L.L.C.
6383. MinuteClinic Diagnostic of Tennessee, P.C.
6384. MinuteClinic Diagnostic of Texas, LLC
6385. MinuteClinic Diagnostic of Utah, L.L.C.
6386. MinuteClinic Diagnostic of Virginia, LLC
6387. MinuteClinic Diagnostic of Washington, LLC
6388. MinuteClinic Diagnostic of Washington, PLLC
6389. MinuteClinic Diagnostic of Wisconsin, L.L.C.
6390. MinuteClinic Diagnostic, P.A.

6391.  MinuteClinic Diagnostics of Indiana, LLC
6392.  MinuteClinic Online Diagnostic Services, LLC
6393.  MinuteClinic Online Virtual Care California, P.C.
6394.  MinuteClinic Physician Practice of Texas
6395.  MinuteClinic Telehealth Services of Texas Association
6396.  MinuteClinic Telehealth Services, LLC
6397.  MinuteClinic Video Virtual Care California, P.C.
6398.  MinuteClinic Video Virtual Care North, LLC
6399.  MinuteClinic Video Virtual Care of Kansas, LLC
6400.  MinuteClinic Video Virtual Care of NC, PC
6401.  MinuteClinic Video Virtual Care of Nevada, PLLC
6402.  MinuteClinic Video Virtual Care of Wisconsin, S.C.
6403.  MinuteClinic Video Virtual Care, P.C.
6404.  MinuteClinic Video Virtual Care, PLLC
6405.  MinuteClinic, L.L.C.
6406.  MinuteClinic, LLC
6407.  Miramar CVS, Inc.
6408.  Mission Hills CVS, Inc.
6409.  Mission Tremont CVS, Inc.
6410.  Mission Valley CVS, Inc.
6411.  Mission Viejo CVS, Inc.
6412.  Mississippi CVS Pharmacy, L.L.C.
6413.  Missouri Care, Incorporated
6414.  Missouri City CVS, L.P.
6415.  Missouri CVS Pharmacy, L.L.C.
6416.  MLK Tampa CVS, L.L.C.
6417.  Mobile AL CVS, Inc.
6418.  Mogadore CVS, Inc.
6419.  Mohawk Avenue CVS Store, Inc.

6420.  Mohegan Lake CVS, L.L.C.
6421.  Mokena CVS, L.L.C.
6422.  Monroe CVS, Inc.
6423.  Monroe NJ CVS, L.L.C.
6424.  Monroe NY CVS, L.L.C.
6425.  Monroe Prospect CVS, Inc.
6426.  Montana CVS Pharmacy, L.L.C.
6427.  Montclair CVS, Inc.
6428.  Montebello CVS, Inc.
6429.  Montevallo AL CVS, Inc.
6430.  Montgomery AL CVS, Inc.
6431.  Montgomery Sq. CVS, Inc.
6432.  Montrose Chicago CVS, L.L.C.
6433.  Montrose Houston CVS, L.P.
6434.  Montvale Center CVS, Inc.
6435.  Montvale Woburn CVS, Inc.
6436.  Moorestown Mall CVS, Inc.
6437.  Moorestown NJ Bob's, Inc.
6438.  Moorestown West Main CVS, Inc.
6439.  Moorpark CVS, Inc.
6440.  Morewood Drive CVS, Inc.
6441.  Morris Daytona CVS, L.L.C.
6442.  Morrisville CVS, Inc.
6443.  Morrow CVS, Inc.
6444.  Morton Fry CVS, L.P.
6445.  Mounds View MN CVS, L.L.C.
6446.  Mount Carmel Plaza CVS, Inc.
6447.  Mount Dora CVS, L.L.C.
6448.  Mountain Avenue CVS, Inc.
6449.  Mountain Brook CVS, Inc.
6450.  Mountain Grove Investment Group LLC
6451.  Mountain Medical Affiliates, Inc.
6452.  Mountain Middlesex CVS, Inc.
6453.  Movietown Plaza CVS, Inc.
6454.  MP Receivables Company
6455.  MRC Henderson Devco, Inc.
6456.  MRC Manchester Devco, Inc.
6457.  MRC Staten Island Devco, Inc.
6458.  MRC Westbury Devco, Inc.
6459.  MRC Woodlands Devco, Inc.
6460.  Mt. Holly CVS, Inc.
6461.  Mt. Joy CVS, Inc.

6462.  Mt. Morris CVS, Inc.

6463.  Mt. Pleasant CVS, Inc.

6464.  Mt. Prospect CVS, L.L.C.

6465.  Mundelein CVS, L.L.C.

6466.  Murray CVS, Inc.

6467.  Myrtle Beach CVS, Inc.

6468.  N. Bayshore CVS, L.L.C.

6469.  N. Sepulveda CVS, L.L.C.

6470.  Nahatan Street CVS, Inc.

6471.  Nanes Houston CVS, L.P.

6472.  Nanuet Retailer, Inc.

6473.  Naperville CVS, L.L.C.

6474.  Naples CVS, L.L.C.

6475.  Naples US 41 CVS, L.L.C.

6476.  Nashua CVS, Inc.

6477.  Nashua Hollis CVS, Inc.

6478.  Nashville CVS, L.L.C.

6479.  Natick Mall CVS, Inc.

6480.  Natick Retailer, Inc.

6481.  Natick Routes 9 and 27 CVS, Inc.

6482.  National Motor Club Life & Accident Insurance Company

6483.  Naugatuck Bridge St. CVS, Inc.

6484.  Naugatuck CVS, Inc.

6485.  Navarro Discount Pharmacies No. 1, Inc. (for assets / pharmacies acquired by CVS)

6486.  Navarro Discount Pharmacies No. 1, LLC (for assets / pharmacies acquired by CVS)

6487.  Navarro Discount Pharmacies No. 10, Inc. (for assets / pharmacies acquired by CVS)

6488.  Navarro Discount Pharmacies No. 10, LLC (for assets / pharmacies acquired by CVS)

6489.  Navarro Discount Pharmacies No. 11, Inc. (for assets / pharmacies acquired by CVS)

6490.  Navarro Discount Pharmacies No. 11, LLC (for assets / pharmacies acquired by CVS)

6491.  Navarro Discount Pharmacies No. 12, Inc. (for assets / pharmacies acquired by CVS)

6492.  Navarro Discount Pharmacies No. 12, LLC (for assets / pharmacies acquired by CVS)

6493.  Navarro Discount Pharmacies No. 13, Inc. (for assets / pharmacies acquired by CVS)

6494.  Navarro Discount Pharmacies No. 13, LLC (for assets / pharmacies acquired by CVS)

6495.  Navarro Discount Pharmacies No. 14, Inc. (for assets / pharmacies acquired by CVS)

6496.  Navarro Discount Pharmacies No. 14, LLC (for assets / pharmacies acquired by CVS)

6497.  Navarro Discount Pharmacies No. 15, Inc. (for assets / pharmacies acquired by CVS)

6498.  Navarro Discount Pharmacies No. 15, LLC (for assets / pharmacies acquired by CVS)

6499.  Navarro Discount Pharmacies No. 16, Inc. (for assets / pharmacies acquired by CVS)

6500.  Navarro Discount Pharmacies No. 16, LLC (for assets / pharmacies acquired by CVS)

6501.  Navarro Discount Pharmacies No. 17, Inc. (for assets / pharmacies acquired by CVS)

6502.  Navarro Discount Pharmacies No. 17, LLC (for assets / pharmacies acquired by CVS)

6503.  Navarro Discount Pharmacies No. 18, Inc. (for assets / pharmacies acquired by CVS)

6504.  Navarro Discount Pharmacies No. 18, LLC (for assets / pharmacies acquired by CVS)

6505.  Navarro Discount Pharmacies No. 19, Inc. (for assets / pharmacies acquired by CVS)

6506.  Navarro Discount Pharmacies No. 19, LLC (for assets / pharmacies acquired by CVS)

6507.  Navarro Discount Pharmacies No. 2, Inc. (for assets / pharmacies acquired by CVS)

6508.  Navarro Discount Pharmacies No. 2, LLC (for assets / pharmacies acquired by CVS)

6509.  Navarro Discount Pharmacies No. 20, Inc. (for assets / pharmacies acquired by CVS)

6510.  Navarro Discount Pharmacies No. 20, LLC (for assets / pharmacies acquired by CVS)

6511.  Navarro Discount Pharmacies No. 21, Inc. (for assets / pharmacies acquired by CVS)

6512.  Navarro Discount Pharmacies No. 21, LLC (for assets / pharmacies acquired by CVS)

6513.  Navarro Discount Pharmacies No. 22, Inc. (for assets / pharmacies acquired by CVS)

6514.  Navarro Discount Pharmacies No. 22, LLC (for assets / pharmacies acquired by CVS)

6515.  Navarro Discount Pharmacies No. 23, Inc. (for assets / pharmacies acquired by CVS)

6516.  Navarro Discount Pharmacies No. 23, LLC (for assets / pharmacies acquired by CVS)

6517.  Navarro Discount Pharmacies No. 24, Inc. (for assets / pharmacies acquired by CVS)

6518.  Navarro Discount Pharmacies No. 24, LLC (for assets / pharmacies acquired by CVS)

6519.  Navarro Discount Pharmacies No. 25, Inc.  (for assets / pharmacies acquired by CVS)

6520.  Navarro Discount Pharmacies No. 25, LLC (for assets / pharmacies acquired by CVS)

6521.  Navarro Discount Pharmacies No. 26, Inc. (for assets / pharmacies acquired by CVS)

6522.  Navarro Discount Pharmacies No. 26, LLC (for assets / pharmacies acquired by CVS)

6523.  Navarro Discount Pharmacies No. 27, Inc. (for assets / pharmacies acquired by CVS)

6524.  Navarro Discount Pharmacies No. 27, LLC (for assets / pharmacies acquired by CVS)

6525.  Navarro Discount Pharmacies No. 28, Inc. (for assets / pharmacies acquired by CVS)

6526.  Navarro Discount Pharmacies No. 28, LLC (for assets / pharmacies acquired by CVS)

6527.  Navarro Discount Pharmacies No. 29, Inc. (for assets / pharmacies acquired by CVS)

6528.  Navarro Discount Pharmacies No. 29, LLC (for assets / pharmacies acquired by CVS)

6529.  Navarro Discount Pharmacies No. 3, Inc. (for assets / pharmacies acquired by CVS)

6530.  Navarro Discount Pharmacies No. 3, LLC (for assets / pharmacies acquired by CVS)

6531.  Navarro Discount Pharmacies No. 30, Inc. (for assets / pharmacies acquired by CVS)

6532.  Navarro Discount Pharmacies No. 30, LLC (for assets / pharmacies acquired by CVS)

6533.    Navarro Discount Pharmacies No.
31, Inc. (for assets / pharmacies
acquired by CVS)

6534.    Navarro Discount Pharmacies No.
31, LLC (for assets / pharmacies
acquired by CVS)

6535.    Navarro Discount Pharmacies No.
32, Inc. (for assets / pharmacies
acquired by CVS)

6536.    Navarro Discount Pharmacies No.
32, LLC (for assets / pharmacies
acquired by CVS)

6537.    Navarro Discount Pharmacies No.
33, Inc. (for assets / pharmacies
acquired by CVS)

6538.    Navarro Discount Pharmacies No.
33, LLC (for assets / pharmacies
acquired by CVS)

6539.    Navarro Discount Pharmacies No.
34, Inc. (for assets / pharmacies
acquired by CVS)

6540.    Navarro Discount Pharmacies No.
34, LLC (for assets / pharmacies
acquired by CVS)

6541.    Navarro Discount Pharmacies No.
35, Inc. (for assets / pharmacies
acquired by CVS)

6542.    Navarro Discount Pharmacies No.
35, LLC (for assets / pharmacies
acquired by CVS)

6543.    Navarro Discount Pharmacies No.
36, Inc. (for assets / pharmacies
acquired by CVS)

6544.    Navarro Discount Pharmacies No.
36, LLC (for assets / pharmacies
acquired by CVS)

6545.    Navarro Discount Pharmacies No.
37, Inc. (for assets / pharmacies
acquired by CVS)

6546.    Navarro Discount Pharmacies No.
37, LLC (for assets / pharmacies
acquired by CVS)

6547.    Navarro Discount Pharmacies No.
38, Inc. (for assets / pharmacies
acquired by CVS)

6548.    Navarro Discount Pharmacies No.
38, LLC (for assets / pharmacies
acquired by CVS)

6549.    Navarro Discount Pharmacies No.
4, Inc. (for assets / pharmacies
acquired by CVS)

6550.    Navarro Discount Pharmacies No.
4, LLC (for assets / pharmacies
acquired by CVS)

6551.    Navarro Discount Pharmacies No.
5, Inc. (for assets / pharmacies
acquired by CVS)

6552.    Navarro Discount Pharmacies No.
5, LLC (for assets / pharmacies
acquired by CVS)

6553.    Navarro Discount Pharmacies No.
6, Inc. (for assets / pharmacies
acquired by CVS)

6554.    Navarro Discount Pharmacies No.
6, LLC (for assets / pharmacies
acquired by CVS)

6555.    Navarro Discount Pharmacies No.
7, Inc. (for assets / pharmacies
acquired by CVS)

6556.    Navarro Discount Pharmacies No.
7, LLC (for assets / pharmacies
acquired by CVS)

6557.    Navarro Discount Pharmacies No.
8, Inc. (for assets / pharmacies
acquired by CVS)

6558.    Navarro Discount Pharmacies No.
8, LLC (for assets / pharmacies
acquired by CVS)

6559.    Navarro Discount Pharmacies No.
9, Inc. (for assets / pharmacies
acquired by CVS)

6560.    Navarro Discount Pharmacies No.
9, LLC (for assets / pharmacies
acquired by CVS)

6561. Navarro Discount Pharmacies, Inc. (for assets / pharmacies acquired by CVS)

6562. Navarro Discount Pharmacies, LLC (for assets / pharmacies acquired by CVS)

6563. NCS Healthcare of Illinois, LLC

6564. NCS Healthcare of Indiana LLC

6565. NCS Healthcare of Indiana, Inc.

6566. NCS Healthcare of Iowa, LLC

6567. NCS Healthcare of Kansas, LLC

6568. NCS Healthcare of Kentucky, Inc.

6569. NCS Healthcare of Kentucky, LLC

6570. NCS Healthcare of Montana, Inc.

6571. NCS Healthcare of Montana, LLC

6572. NCS Healthcare of New Hampshire, Inc.

6573. NCS Healthcare of New Mexico, Inc.

6574. NCS Healthcare of New Mexico, LLC

6575. NCS Healthcare of Ohio, LLC

6576. NCS Healthcare of South Carolina, Inc.

6577. NCS Healthcare of South Carolina, LLC

6578. NCS Healthcare of Tennessee, Inc.

6579. NCS Healthcare of Tennessee, LLC

6580. NCS Healthcare of Washington, Inc.

6581. NCS Healthcare of Wisconsin, LLC

6582. NCS Healthcare, LLC

6583. NCS Services, Inc.

6584. NCSC Acquisition Sub, LLC

6585. NCSH Acquisition Sub, LLC

6586. Nebraska CVS Pharmacy, L.L.C.

6587. NEC Long Beach CVS, L.L.C.

6588. NEC Main CVS, Inc.

6589. NEC Montgomery CVS, L.L.C.

6590. NEC Washington CVS, L.L.C.

6591. Neck Burlington CVS, Inc.

6592. Needham Center CVS, Inc.

6593. Needham CVS, Inc.

6594. Needham St.-Newton CVS, Inc.

6595. NeighborCare Holdings, Inc.

6596. NeighborCare of Indiana, LLC

6597. NeighborCare of New Hampshire, L.L.C.

6598. NeighborCare of Virginia, LLC

6599. NeighborCare Pharmacies, LLC

6600. NeighborCare Pharmacy of Virginia, LLC

6601. NeighborCare Pharmacy Services, Inc.

6602. NeighborCare Pharmacy Services, LLC

6603. NeighborCare Repackaging, Inc.

6604. NeighborCare Services Corporation

6605. NeighborCare, Inc.

6606. NeighborCare-TCI, LLC

6607. Nelson Lake Charles CVS, Inc.

6608. Neshaminy PA CVS, Inc.

6609. Nevada CVS Pharmacy, L.L.C.

6610. Nevada Street CVS, Inc.

6611. New Albany CVS, Inc.

6612. New Britain CVS, Inc.

6613. New Britain Township CVS, Inc.

6614. New Brunswick CVS, Inc.

6615. New Canaan CVS, Inc.

6616. New City CVS, L.L.C.

6617. New Garden CVS, Inc.

6618. New Haven Crown CVS, Inc.

6619. New Haven Melbourne CVS, L.L.C.

6620. New Hope MN CVS, L.L.C.

6621. New Hope Street CVS, Inc.

6622. New Jersey Avenue CVS, L.L.C.

6623. New Jersey CVS Pharmacy, L.L.C.

6624. New Lenox CVS, L.L.C.

6625. New London Ocean Avenue CVS, Inc.

6626. New London Retailer, Inc.

6627. New London Turnpike CVS, Inc.

6628. New Orleans LA CVS, Inc.

6629. New Port Richey CVS, L.L.C.

6630. New Providence CVS, Inc.

6631. New Windsor CVS, Inc.
6632. New York CVS Pharmacy, L.L.C.
6633. New York First Avenue CVS, Inc.
6634. New York Life and Health Insurance Company
6635. New York Life/Sanus Health Plan, Inc.
6636. NEW YORNYHT ACQUISITION, INC.
6637. Newark Delaware CVS, Inc.
6638. Newark East Main CVS, Inc.
6639. Newark Ohio CVS, Inc.
6640. Newark ProCare Pharmacy, Inc.
6641. Newbury Street CVS, Inc.
6642. Newburyport CVS, Inc.
6643. Newington Avenue CVS, Inc.
6644. Newington Cedar CVS, Inc.
6645. Newington CVS, Inc.
6646. Newman Ave. CVS, Inc.
6647. Newnan CVS, Inc.
6648. Newnan Fayetteville CVS, Inc.
6649. Newport CVS, Inc.
6650. Newton Center St. CVS, Inc.
6651. Newton Watertown CVS, Inc.
6652. Newtonville CVS, Inc.
6653. Newtown CVS, Inc.
6654. NH Acquisition Sub, LLC
6655. Niagara Re, Inc.
6656. Nicollet Richfield CVS, L.L.C.
6657. Nihan & Martin LLC
6658. Niles Clinton Stores, Inc.
6659. Niles CVS, Inc.
6660. Niles CVS, L.L.C.
6661. Niles IL CVS, L.L.C.
6662. Niskayuna CVS Store, Inc.
6663. NIV Acquisition, LLC
6664. No. Dartmouth State Rd. CVS, Inc.
6665. Nockamixon CVS, Inc.
6666. Norfolk CVS, Inc.
6667. Norristown CVS, Inc.
6668. North Adams CVS, Inc.
6669. North American Health Plan, Inc.
6670. North Andover CVS, Inc.

6671. North Attleboro CVS, Inc.
6672. North Aurora CVS, L.L.C.
6673. North Boston Pharmacy, Inc.
6674. North Brunswick CVS, L.L.C.
6675. North Carolina Acquisition Corp.
6676. North Carolina CVS Pharmacy, L.L.C.
6677. North Charleston SC CVS, Inc.
6678. North Fort Myers CVS, L.L.C.
6679. North Grace Lombard CVS, L.L.C.
6680. North Haven CVS, Inc.
6681. North Kent CVS, Inc.
6682. North Las Vegas CVS, L.L.C.
6683. North Lindenhurst CVS, Inc.
6684. North Miami ProCare Pharmacy, Inc.
6685. North Naples CVS, L.L.C.
6686. North New Rochelle CVS, L.L.C.
6687. North Olmstead OH CVS, Inc.
6688. North Reading CVS, Inc.
6689. North Shore Pharmacy Services LLC
6690. North Syracuse CVS Store, Inc.
6691. North Towne Sq. CVS, Inc.
6692. Northampton (Mass.) CVS, Inc.
6693. Northampton Main Street CVS, Inc.
6694. Northborough CVS, Inc.
6695. Northbrook IL CVS, L.L.C.
6696. Northeast Philadelphia CVS, Inc.
6697. Northern Jackson Heights CVS, L.L.C.
6698. Northlake Palm Beach CVS, L.L.C.
6699. Northland CVS, Inc.
6700. Northridge Nordhoff CVS, Inc.
6701. Northville Sheldon CVS, L.L.C.
6702. Northville Township CVS, Inc.
6703. Northwest Highway CVS, L.L.C.
6704. Northwest K Street CVS, Inc.
6705. Northwest M Street CVS, L.L.C.
6706. Norton CVS, Inc.
6707. Norton Mansfield St. CVS, Inc.
6708. Norton Primary (Americas) Limited
6709. Norwalk Broad Street CVS, Inc.

6710.  Norwalk Square CVS, Inc.
6711.  Norwich Main Street CVS, Inc.
6712.  Norwood Avenue CVS, L.L.C.
6713.  Norwood CVS, Inc.
6714.  Nostrand Brooklyn CVS, L.L.C.
6715.  Nostrand CVS, L.L.C.
6716.  Notre Dame CVS, Inc.
6717.  Nottingham PA CVS, Inc.
6718.  Novo Innovations, LLC
6719.  NovoLogix, Inc.
6720.  NovoLogix, LLC
6721.  NS Acquisition Sub, LLC
6722.  NSPS Acquisition Sub, LLC
6723.  Nutmeg CVS, L.L.C.
6724.  Nutmeg Life Insurance Company
6725.  NWC 63rd Chicago CVS, L.L.C.
6726.  NWC 80th Minneapolis CVS, L.L.C.
6727.  NWC CVS, Inc
6728.  NWC Frank Lloyd Wright CVS, L.L.C.
6729.  NWC Northdale CVS, L.L.C.
6730.  NWC Rte. 59 CVS, L.L.C.
6731.  NY Lexington CVS, L.L.C.
6732.  Nyack CVS, L.L.C.
6733.  NYLCare Dental Plans of the Southwest, Inc.
6734.  NYLCare Health Plans Northwest, Inc.
6735.  NYLCare Health Plans of Connecticut, Inc.
6736.  NYLCare Health Plans of Maine, Inc.
6737.  NYLCare Health Plans of New Jersey, Inc.
6738.  NYLCare Health Plans of New York, Inc.
6739.  NYLCare Health Plans of Pennsylvania, Inc.
6740.  NYLCare Health Plans of the Mid-Atlantic, Inc.
6741.  NYLCare Health Plans of the Midwest, Inc.
6742.  NYLCare Health Plans, Inc.
6743.  NYLCare Health Plans, LLC
6744.  NYLCare of New England, Inc.
6745.  NYLCare of Texas, Inc.
6746.  NYLCare Plus, Inc.
6747.  NYLCare Preferred Services, Inc.
6748.  Oak Lane CVS, Inc.
6749.  Oak Park CVS, L.L.C.
6750.  Oak Ridge CVS, L.L.C.
6751.  Oak Ridge NC CVS, Inc.
6752.  Oak Ridge Orlando CVS, L.L.C.
6753.  Oaklawn Ave., Cranston CVS, Inc.
6754.  Oaklyn CVS, Inc.
6755.  Oakton Niles CVS, L.L.C.
6756.  Oakwood CVS, Inc.
6757.  Ocala CVS, L.L.C.
6758.  Ocean Acquisition Sub, L.L.C.
6759.  Ocean City MD CVS, L.L.C.
6760.  Ocean County CVS, Inc.
6761.  Ocean View Plaza CVS, Inc.
6762.  Ocoee FL CVS, L.L.C.
6763.  OCR Services Corporation
6764.  OCR Services, LLC
6765.  OCR-RA Acquisition, LLC
6766.  Odd Lot Parent Corporation
6767.  Odd Lot Trading, Inc.
6768.  Oger Park CVS, L.L.C.
6769.  Ohio CVS Pharmacy, L.L.C.
6770.  Ohio CVS Stores, L.L.C.
6771.  Ohio Primary Care Associates, P.C.
6772.  Oklahoma CVS Pharmacy, L.L.C.
6773.  Olathe 119th CVS, Inc.
6774.  Olathe Ridgeview CVS, Inc.
6775.  Old Buncombe Road CVS, Inc.
6776.  Old Country CVS, Inc.
6777.  Old Cutler Miami CVS, L.L.C.
6778.  Old Greenwich CVS, Inc.
6779.  Old Hickory CVS, Inc.
6780.  Old Maple CVS, Inc.
6781.  Old National CVS, Inc.
6782.  Old Richmond Sugar Land CVS, L.P.
6783.  Old Saybrook CVS, Inc.

6784. Old Tappan CVS, Inc.
6785. Old Winter Orlando CVS, L.L.C.
6786. Olean Center CVS Store, Inc.
6787. Olean Clinton Stores, Inc.
6788. Olive Glendale CVS, L.L.C.
6789. Olympia Fields CVS, L.L.C.
6790. Olympia Way CVS, L.L.C.
6791. Omaha Financial Life Insurance Company
6792. Omnicare Air Transport Services, Inc.
6793. Omnicare Canadian Holdings, Inc.
6794. Omnicare Distribution Center LLC
6795. Omnicare ESC LLC
6796. Omnicare Foundation
6797. Omnicare Headquarters LLC
6798. OmniCare Health Plan, Inc.
6799. Omnicare Holding Company
6800. Omnicare Indiana Partnership Holding Company LLC
6801. Omnicare Management Company
6802. Omnicare of Nevada, LLC
6803. Omnicare of New York, LLC
6804. Omnicare Pharmacies of Pennsylvania East LLC
6805. Omnicare Pharmacies of Pennsylvania West LLC
6806. Omnicare Pharmacies of The Great Plains Holding Company
6807. Omnicare Pharmacies of the Great Plains Holding Company, LLC
6808. Omnicare Pharmacy and Supply Services LLC
6809. Omnicare Pharmacy of Florida, LLC
6810. Omnicare Pharmacy of Florida, LP
6811. Omnicare Pharmacy of Maine LLC
6812. Omnicare Pharmacy of Nebraska, LLC
6813. Omnicare Pharmacy of North Carolina, LLC
6814. Omnicare Pharmacy of Pueblo, LLC
6815. Omnicare Pharmacy of Tennessee, LLC
6816. Omnicare Pharmacy of Texas 1, LP
6817. Omnicare Pharmacy of Texas 2, LP
6818. Omnicare Pharmacy of the Midwest, LLC
6819. Omnicare Property Management, LLC
6820. Omnicare Purchasing Company General Partner, Inc.
6821. Omnicare Purchasing Company Limited Partner, Inc.
6822. Omnicare Purchasing Company LP
6823. Omnicare Resources, LLC
6824. Omnicare SCG, INC.
6825. Omnicare Senior Health Outcomes, LLC
6826. Omnicare, Inc.
6827. Omnicare, LLC
6828. One Liberty Plaza Holdings, Inc.
6829. Oneonta Clinton Stores, Inc.
6830. Onondaga County CVS, Inc.
6831. Ontario CVS, Inc.
6832. OPGP Acquisition Sub, LLC
6833. OPM Acquisition Sub, LLC
6834. OPSS Acquisition Sub, LLC
6835. Orange Blossom CVS, Inc.
6836. Orange Central CVS, Inc.
6837. Orange City CVS, L.L.C.
6838. Orange Coast CVS, Inc.
6839. Orange CVS, Inc.
6840. Orange Winter Park CVS, L.L.C.
6841. Orange-Derby CVS, Inc.
6842. Orangethorpe CVS, L.L.C.
6843. Oregon Avenue CVS, Inc.
6844. Oregon CVS Pharmacy, L.L.C.
6845. Orland Hills CVS, L.L.C.
6846. Orland Park CVS, L.L.C.
6847. Orleans CVS, Inc.
6848. Orleans West Rd. CVS, Inc.
6849. Ormond Beach CVS, L.L.C.
6850. Owings Mills CVS, Inc.
6851. Oxford Casselberry CVS, L.L.C.

6852.  Oxford CVS, Inc.
6853.  Oxford Valley CVS, Inc.
6854.  Oxford Valley, PA Bob's, Inc.
6855.  Oyster Bay Kay-Bee Toy, Inc.
6856.  P Street CVS, Inc.
6857.  PA CVS, Inc.
6858.  Pacific Coast Lomita CVS, L.L.C.
6859.  Pacific Long Beach CVS, L.P.
6860.  PacifiCare of Utah, Inc.
6861.  Palm Ave CVS, L.L.C.
6862.  Palm Beach CVS, Inc.
6863.  Palm Beach Gardens CVS, L.L.C.
6864.  Palm Beach Military CVS, L.L.C.
6865.  Palm Harbor CVS, Inc.
6866.  Palmdale Rancho CVS, L.L.C.
6867.  Palmer Thorndike CVS, Inc.
6868.  Palos Heights CVS, L.L.C.
6869.  Pamplona Saúde e Beleza LTDA
6870.  Panorama City CVS, L.P.
6871.  Panorama CVS Store, Inc.
6872.  Panorama CVS, Inc.
6873.  Paoli, PA., CVS, Inc.
6874.  Paramus Park CVS, Inc.
6875.  Parekh MinuteClinic of Nevada, P.C.
6876.  Paris CVS, Inc.
6877.  Park Avenue South CVS, Inc.
6878.  Park Boulevard CVS, Inc.
6879.  Park Charlotte CVS, Inc.
6880.  Park City CVS, Inc.
6881.  Park City Retailer, Inc.
6882.  Park Los Rios Plano CVS, L.L.C.
6883.  Park Place CVS, Inc.
6884.  Park Plaza CVS, Inc.
6885.  Park Street CVS, Inc.
6886.  Parker Plano CVS, L.P.
6887.  Parker Street CVS, Inc.
6888.  Parkersburg CVS, Inc.
6889.  Parkhill CVS, Inc.
6890.  Parkwin Bald CVS, L.L.C.
6891.  Parkwood Circle CVS, Inc.
6892.  Parmer Dessau CVS, L.L.C.
6893.  Parsonage CVS, Inc.

6894.  Part D Holding Company, L.L.C.
6895.  Part D Management Services, LLC
6896.  PARTNERS Health Plan of California
6897.  PARTNERS Health Plan of Florida, Inc.
6898.  PARTNERS Health Plan of Louisiana, Inc.
6899.  PARTNERS Health Plan of Northern Ohio, Inc.
6900.  PARTNERS Health Plan of Southern California
6901.  PARTNERS Health Plan of Southern New England, Inc.
6902.  PARTNERS Joint Acquisition Company, Inc.
6903.  Pasadena CVS, Inc.
6904.  Pasadena CVS, L.P.
6905.  Pasadena Foothill CVS, L.L.C.
6906.  Passyunk Ave. (Phila.) CVS, Inc.
6907.  Pataskala CVS, L.L.C.
6908.  Paterson CVS, Inc.
6909.  Patriot Square CVS, Inc.
6910.  Paulsboro CVS, Inc.
6911.  Pavilion Boulevard CVS, Inc.
6912.  Pawtucket CVS, Inc.
6913.  Pawtucket Plaza CVS, Inc.
6914.  Pawtucket Retailer, Inc.
6915.  Paxton Square CVS, Inc.
6916.  PayFlex Holdings, Inc.
6917.  PayFlex Systems USA, Inc.
6918.  PCS Mail Services of Birmingham, Inc.
6919.  PE Holdings, LLC
6920.  Peabody Lowell CVS, Inc.
6921.  Peabody Lynnfield CVS, Inc.
6922.  Peachtree CVS, Inc.
6923.  Pearland CVS, L.P.
6924.  Pecos Gilbert CVS, L.L.C.
6925.  Pelham Manor CVS, Inc.
6926.  Pembroke Center St. CVS, Inc.
6927.  Pembroke Pines CVS, Inc.
6928.  Penn - Daw CVS, Inc.

6929. Penn - Daw Peoples, Inc.
6930. Penn Group Health Plan, Inc.
6931. Penn-Can CVS Store, Inc.
6932. Pennsauken CVS, Inc.
6933. Pennsburg CVS, Inc.
6934. Pennsylvania Ave. CVS, Inc.
6935. Pennsylvania Ave. Peoples, Inc.
6936. Pennsylvania Avenue CVS, Inc.
6937. Pennsylvania Avenue ProCare, Inc.
6938. Pennsylvania Binghamton CVS, L.L.C.
6939. Pennsylvania CVS Pharmacy, L.L.C.
6940. Pennsylvania Life Insurance Company
6941. Pennsylvania LIfe, Health & Accident Insurance Company
6942. Pennsylvania-HealthCare USA, Inc.
6943. Peoples Drug Stores
6944. Peoples Drug Stores, Inc.
6945. Peoples Drug Stores, Incorporated
6946. Peoples of East Moline, Inc.
6947. Peoples Prescription Center, Inc.,
6948. Peoples Service Drug
6949. Peoples Service Drug Stores
6950. Peoples Service Drug Stores, Inc.
6951. Peoria AZ CVS, L.L.C.
6952. Peppertree Plaza CVS, Inc.
6953. Pequannock CVS, Inc.
6954. Performax, Inc.
6955. Perry Hall CVS, L.L.C.
6956. Perry Highway CVS, Inc.
6957. Pershing Drive CVS, Inc.
6958. PersonalCare Insurance of Illinois, Inc.
6959. Pfafftown CVS, Inc.
6960. Pharm Plus Acquisition, Inc.
6961. PharmaCare Captive RE, Ltd.
6962. PharmaCare Direct, L.L.C.
6963. PharmaCare Government Services, Inc.
6964. PharmaCare Healthcare Distributors, L.L.C.

6965. PharmaCare Holding Corporation
6966. Pharmacare Management Services, L.L.C.
6967. PharmaCare Pharmacy LA, L.L.C.
6968. PharmaCare Pharmacy, Inc.
6969. PharmaCare Pharmacy, L.L.C.
6970. PharmaCare Puerto Rico Specialty Pharmacy Holding, L.L.C.
6971. PharmaCare Puerto Rico Specialty Pharmacy, L.L.C.
6972. PharmaCare Specialty Healthcare Distributors, L.L.C.
6973. PharmaCare Support Services, L.L.C.
6974. PharmaCon Corp.
6975. Pharmacy Advisory Company
6976. Pharmacy Associates of Glens Falls, Inc.
6977. Pharmacy Associates of Glens Falls, LLC
6978. Pharmacy Consultants, LLC
6979. Pharmacy Holding #1, LLC
6980. Pharmacy Holding #2, LLC
6981. Pharmasource Healthcare, Inc.
6982. Pharm-Corp of Maine LLC
6983. Pharmed Holdings, Inc.
6984. Pharmed Holdings, LLC
6985. Pharmore Drugs, LLC
6986. Pharmore, Inc.
6987. Pharmore, LLC
6988. Pheasant Nashua CVS, Inc.
6989. PHG Aces Acquisition, LLC
6990. PHG Acquisition Corp.
6991. PHG Mystery Acquisition, LLC
6992. Phila Sun CVS, Inc.
6993. Philadelphia Broad CVS, Inc.
6994. Philadelphia Foxchase CVS, Inc.
6995. Philadelphia Frankford CVS, Inc.
6996. Philadelphia Gallery CVS, Inc.
6997. Philadelphia Harbison CVS, Inc.
6998. Philadelphia PA CVS, Inc.
6999. Philadelphia ProCare, Inc.
7000. Philadelphia Roosevelt CVS, Inc.

7001. Philadelphia South Street CVS, Inc.
7002. Philadelphia, PA Bob's, Inc.
7003. Phillips CVS, Inc.
7004. Phillipsburg CVS, Inc.
7005. Philly Broad Street CVS, Inc.
7006. Phoenix Data Center Hosting Services LLC
7007. Phoenix Data Solutions LLC
7008. Phoenix Glendale CVS, L.L.C.
7009. Phoenixville PA CVS, Inc.
7010. PHPSNE Parent Corporation
7011. Physician Choice Health Plan
7012. Physicians Health Plan of Delaware, LTD.
7013. Physicians Health Plan of Florida, Inc.
7014. Physicians Hospital Management Corporation
7015. Pico Rivera CVS, Inc.
7016. Pigeon Forge TN CVS, Inc.
7017. Pinal County AZ CVS, L.L.C.
7018. Pine Ocala CVS, L.L.C.
7019. Pinecrest CVS, Inc.
7020. Pinellas Park CVS, Inc.
7021. Pinnacle Peak Peoria CVS, L.L.C.
7022. Pio Nono Avenue CVS, Inc.
7023. Pioneer Parkway CVS, L.P.
7024. Piper Glen CVS, Inc.
7025. Pittsburgh Fifth Avenue CVS, Inc.
7026. Pittsfield CVS, Inc.
7027. Pittsfield Retailer, Inc.
7028. Pittston CVS, Inc.
7029. Placentia CVS, Inc.
7030. Plain CVS, Inc.
7031. Plainfield CVS, Inc.
7032. Plainfield Distribution Center, Inc.
7033. Plainfield IL CVS, L.L.C.
7034. Plainfield-Seventh St. CVS, Inc.
7035. Plainview TX CVS, L.L.C.
7036. Plainville East CVS, Inc.
7037. Plano CVS, L.P.
7038. Plantation CVS, L.L.C.

7039. Plantation Street PharmaCare Pharmacy, Inc.
7040. Plaza Boulevard CVS, Inc.
7041. Plaza Retailer, Inc.
7042. Pleasant Fall River CVS, Inc.
7043. Pleasant Ridge CVS, L.P.
7044. Pleasant Street CVS, Inc.
7045. Pleasantville CVS, L.L.C.
7046. Plumstead CVS, Inc.
7047. Plymouth CVS, Inc.
7048. Plymouth Meeting CVS, Inc.
7049. Plymouth MN CVS, L.L.C.
7050. Plymouth Route 44 CVS, Inc.
7051. PMRP Acquisition Company, LLC
7052. Poinciana FL CVS, L.L.C.
7053. Port Chester CVS, L.L.C.
7054. Port Huron Clinton Discount Stores, Inc.
7055. Port Huron CVS, Inc.
7056. Port Orange Realty Services, L.L.C.
7057. Port Richmond CVS, Inc.
7058. Port Washington CVS, Inc.
7059. Portage CVS, Inc.
7060. Porter Square CVS, Inc.
7061. Porters Pass CVS, Inc.
7062. Portsmouth CVS, Inc.
7063. Post Office Square CVS, Inc.
7064. Pottstown High Street CVS, Inc.
7065. Poughkeepsie CVS, L.L.C.
7066. Powell OH CVS, Inc.
7067. PP Acquisition Company, LLC
7068. PPOM, L.L.C.
7069. Prairieville LA CVS, Inc.
7070. Precision Benefit Services, Inc.
7071. President-Quincy CVS, Inc.
7072. Preston Beltline CVS, L.P.
7073. Preston Center CVS, L.P.
7074. Preston Plano CVS, L.P.
7075. Primary Healthcare Asia Limited
7076. Primary Holdings, Inc.
7077. Primary Investments, Inc
7078. Prime Net, Inc.

7079. Prince George's Health Services Foundation Plan, Inc.

7080. Princeton NJ CVS, L.L.C.

7081. Principal Health Care of Delaware, Inc.

7082. Principal Health Care of Georgia, Inc.

7083. Principal Health Care of Iowa, Inc.

7084. Principal Health Care of Kansas City, Inc

7085. Principal Health Care of Louisiana, Inc.

7086. Principal Health Care of Nebraska, Inc.

7087. Principal Health Care of Pennsylvania, Inc.

7088. PRN Pharmaceutical Services, LP

7089. ProCare 3159 General, Inc.

7090. ProCare 4268 Yankee, L.L.C.

7091. ProCare 8th Manhattan, L.L.C.

7092. ProCare 9th Avenue, L.L.C.

7093. ProCare Ave. Pharmacy, L.L.C.

7094. ProCare Boston Pharmacy, Inc.

7095. ProCare DC Pharmacy, Inc.

7096. ProCare Manhattan Pharmacy, L.L.C.

7097. ProCare Meridian Miami, L.L.C.

7098. ProCare N.Y. Pharmacy, Inc.

7099. ProCare Pharmacy 18th Street, Inc.

7100. ProCare Pharmacy A, L.L.C.

7101. ProCare Pharmacy Avenue 1st-483, L.L.C.

7102. ProCare Pharmacy Direct, L.L.C.

7103. ProCare Pharmacy Dryden, L.P.

7104. ProCare Pharmacy East Colonial, Inc.

7105. ProCare Pharmacy Fairfax, Inc.

7106. ProCare Pharmacy Garden Grove, Inc.

7107. ProCare Pharmacy Glendale Boulevard, Inc.

7108. ProCare Pharmacy Limited of Illinois, Inc.

7109. ProCare Pharmacy Miami 54, Inc.

7110. ProCare Pharmacy Monument Street, L.L.C.

7111. ProCare Pharmacy North Orange, Inc.

7112. ProCare Pharmacy of Berkeley, Inc.

7113. ProCare Pharmacy of Broad Street, Inc.

7114. ProCare Pharmacy of Brookline Avenue, Inc.

7115. ProCare Pharmacy of Casselberry, Inc.

7116. ProCare Pharmacy of Chicago, L.L.C.

7117. ProCare Pharmacy of East Morehead, Inc.

7118. ProCare Pharmacy of Glendale, Inc.

7119. ProCare Pharmacy of Kansas City, Inc.

7120. ProCare Pharmacy of Portland, L.L.C.

7121. ProCare Pharmacy of San Antonio, Inc.

7122. ProCare Pharmacy of San Diego, Inc.

7123. ProCare Pharmacy of San Francisco, Inc.

7124. ProCare Pharmacy of Tampa, Inc.

7125. ProCare Pharmacy of West Hollywood, Inc.

7126. ProCare Pharmacy Orange Orlando, Inc.

7127. ProCare Pharmacy Palo Alto, Inc.

7128. ProCare Pharmacy Phoenix, L.L.C.

7129. ProCare Pharmacy Rancho Lane, L.L.C.

7130. ProCare Pharmacy Santa Monica, Inc.

7131. ProCare Pharmacy Sherman Oaks, Inc.

7132. ProCare Pharmacy South Orange, Inc.

7133. ProCare Pharmacy Spruce Street, Inc.
7134. ProCare Pharmacy West Columbia, Inc.
7135. ProCare Pharmacy West Copeland, Inc.
7136. ProCare Pharmacy, L.L.C.
7137. Proctorville CVS, Inc.
7138. Prodigy Health Group Holdings, Inc.
7139. Prodigy Health Group, Inc.
7140. Professional Pharmacy Services, Inc.
7141. Professional Risk Management, Inc.
7142. Prospect CVS, Inc.
7143. Prospect Park CVS, Inc.
7144. Providence Charlotte CVS, Inc.
7145. Providence Place CVS, Inc.
7146. Providence Road CVS, Inc.
7147. Providence Street CVS, Inc.
7148. Providence Thayer Street CVS, Inc.
7149. Providence-Wayland CVS, Inc.
7150. Provider Networks of America, Inc.
7151. Prudential Center for Health Care Research Foundation, Inc.
7152. Prudential Dental Maintenance Organization, Inc.
7153. Prudential Health Care Plan of California, Inc.
7154. Prudential Health Care Plan of Connecticut, Inc.
7155. Prudential Health Care Plan of New York, Inc.
7156. Prudential Health Care Plan, Inc.
7157. Prudential Health Plan of Georgia, Inc.
7158. PSI Arkansas Acquisition, LLC
7159. PT Aetna Management Consulting
7160. PT Asuransi Aetna Asia
7161. PT. Aetna Global Benefits Indonesia
7162. PT. Goodhealth Indonesia
7163. Puente Hills CVS, Inc.
7164. Puerto Rico CVS Pharmacy, L.L.C.
7165. Punta Gorda CVS, L.L.C.
7166. Putnam Pike CVS, Inc.
7167. Quaker Bridge CVS, Inc.
7168. Quakertown CVS, Inc.
7169. Quality Choice Health Plan
7170. Queen Anne Plaza CVS, Inc.
7171. Queen Anne Road CVS, L.L.C.
7172. Queen City AZ CVS, L.L.C.
7173. Queen Creek CVS, L.L.C.
7174. Queens Forest Hills CVS, L.L.C.
7175. Queens Plaza CVS, Inc.
7176. Quention Road CVS, Inc.
7177. Quincy Adams CVS, Inc.
7178. Quincy CVS, Inc.
7179. Quincy Hancock CVS, Inc.
7180. Quincy Parcel Holding Corp.
7181. Quincy Shore Drive CVS, Inc.
7182. R Parks CVS, Inc.
7183. Race Street CVS, Inc.
7184. Race Track Tampa CVS, L.L.C.
7185. Raceway CVS, Inc.
7186. Raleigh CVS, Inc.
7187. Raleigh Millbrook CVS, Inc.
7188. Ralphs Circle CVS, Inc.
7189. Ralph's Corner CVS, Inc.
7190. Ramona Blvd CVS, L.L.C.
7191. Rancho Niguel CVS, Inc.
7192. Randallstown CVS, Inc.
7193. Randolph CVS, Inc.
7194. Randolph Hills CVS, Inc.
7195. Ravenna CVS, Inc.
7196. Ray McClintock CVS, L.L.C.
7197. Rayford Spring CVS, L.P.
7198. Raynham Broadway CVS, Inc.
7199. Raynham CVS, Inc.
7200. Raynham Plaza CVS, Inc.
7201. Rea & Derick, Inc.
7202. Reading CVS, Inc.
7203. Reading, Penna., CVS, Inc.
7204. Recker Mesa CVS, L.L.C.
7205. Red Oak Houston CVS, L.P.
7206. Red Oak Lane CVS, Inc.

7207. Red Oak Sourcing, LLC
7208. Redondo Beach CVS, Inc.
7209. Reed Street CVS, Inc.
7210. Reedy Creek CVS, Inc.
7211. Regency Park Port Richey CVS, L.L.C.
7212. Rehoboth Beach CVS, Inc.
7213. Reidville Drive CVS, Inc.
7214. Renaisance CVS, Inc.
7215. Reseda Northridge CVS, L.P.
7216. Resources for Living, LLC
7217. Reston Plaza America CVS, Inc.
7218. Retail Acquisitions Today, L.L.C.
7219. Retrac, Inc.
7220. Revco D.S., Inc.
7221. Revco Discount Drug Centers, Inc. (MI)
7222. Revco Discount Drug Centers, Inc. (OH)
7223. Revco Drug Stores, Inc.
7224. Revco Golf Charities Foundation
7225. Revco Home Health Care Centers, Inc.
7226. Revco Mail Service Pharmacy, Inc.
7227. Revir CVS, L.L.C.
7228. Reynoldsburg CVS, Inc.
7229. Rhode Island CVS Pharmacy, L.L.C.
7230. Rhode Island Home Therapeutics, Inc.
7231. Rice Mine Tuscaloosa CVS, Inc.
7232. Richards Investment Company
7233. Richardson CVS, L.P.
7234. Richboro Market CVS, Inc.
7235. Richland Hills CVS, L.P.
7236. Richmond CVS, Inc.
7237. Richmond Heights Acquisition Corp.
7238. Richmond Highway 6 CVS, L.P.
7239. Richmond Highway CVS, Inc.
7240. Richmond Houston CVS, L.P.
7241. Richmond Kirby CVS, L.P.
7242. Richmond Montrose CVS, L.P.

7243. Richmond Peoples, Inc.
7244. Richmond RI CVS, Inc.
7245. Richmond Sage CVS, L.P.
7246. Richmond Woodman CVS, Inc.
7247. Richton Park IL CVS, L.L.C.
7248. Ridgefield CT CVS, Inc.
7249. Ridgefield Grove CVS, Inc.
7250. Ridgeley CVS, Inc.
7251. Ridley Acres CVS, Inc.
7252. Ridley CVS, Inc.
7253. Ringgold GA CVS, Inc.
7254. Ringwood NJ CVS, L.L.C.
7255. Rising Sun CVS, Inc.
7256. Risinger Ft. Worth CVS, L.P.
7257. River Edge CVS, Inc.
7258. River Forest CVS, L.L.C.
7259. River Road CVS, Inc.
7260. River View Marketplace CVS, Inc.
7261. Riverdale IL CVS, L.L.C.
7262. Riverside Arlington CVS, INc.
7263. Riverside Danville CVS, Inc.
7264. Riverton NJ CVS, L.L.C.
7265. Riverview FL CVS, L.L.C.
7266. Riverwatch CVS, Inc.
7267. Robbinsdale MN CVS, L.L.C.
7268. Robbinsville CVS, Inc.
7269. Robert St. Paul CVS, L.L.C.
7270. Robious CVS, Inc.
7271. Rochelle Park CVS, L.L.C.
7272. Rochester Main St. CVS Store, Inc.
7273. Rochester N.H. CVS, Inc.
7274. Rockaway (N.J.) CVS, Inc.
7275. Rockingham CVS, L.L.C.
7276. Rockingham Park CVS, Inc.
7277. Rockland CVS, Inc.
7278. Rockledge FL CVS, L.L.C.
7279. Rockville CVS, Inc.
7280. Rockville MD CVS, L.L.C.
7281. Rockville Pike CVS, Inc.
7282. Rockville Pike Peoples, Inc.
7283. Rocky Hill Cromwell CVS, Inc.
7284. Rocky Hill CVS, Inc.
7285. Roeschen's Healthcare LLC

7286.  Rolling Manassas CVS, Inc.
7287.  Rolling Meadows CVS, L.L.C.
7288.  Roosevelt CVS, L.L.C.
7289.  Roosevelt Field CVS, Inc.
7290.  Roosevelt Plaza CVS, Inc.
7291.  Roper Mountain Road CVS, Inc.
7292.  Rosa Narg CVS, Inc.
7293.  Rosecrans Avenue CVS, Inc.
7294.  Rosecrans Hawthorne CVS, L.P.
7295.  Rosedale NY CVS, L.L.C.
7296.  Roselle IL CVS, L.L.C.
7297.  Rosemont PA CVS, Inc.
7298.  Rosenberg CVS, L.P.
7299.  Roslindale CVS, Inc.
7300.  Roslindale MA CVS, Inc.
7301.  Roslyn CVS, L.L.C.
7302.  Ross Haskell CVS, L.P.
7303.  Ross Park CVS, Inc.
7304.  Roswell CVS, Inc.
7305.  Roswell Rivermont Station CVS, Inc.
7306.  Round Lake CVS, L.L.C.
7307.  Round Rock 79 CVS, L.L.C.
7308.  Route 202 Whitpain CVS, Inc.
7309.  Route 23 CVS, Inc.
7310.  Route 27 CVS, Inc.
7311.  Route 59 CVS, L.L.C.
7312.  Route 83 Glastonbury CVS, Inc.
7313.  Route 83 Palos Heights CVS, L.L.C.
7314.  Route 88 CVS, Inc.
7315.  Rowlett TX CVS, L.L.C.
7316.  Rowley CVS, Inc.
7317.  Roxborough CVS, Inc.
7318.  Royal Dallas CVS, L.P.
7319.  Royal Oak CVS, Inc.
7320.  Royersford CVS, Inc.
7321.  Rte 52 IL CVS, L.L.C.
7322.  Runnemede CVS, Inc.
7323.  Russell Ft. Apache CVS, L.L.C.
7324.  Rutherford CVS, Inc.
7325.  Rx Connections, Inc.
7326.  Rx Innovations 4439, L.L.C.

7327.  RxAmerica LLC
7328.  RXC Acquisition Company
7329.  RxHub, L.L.C.
7330.  S. Dartmouth CVS, Inc.
7331.  S. Fair Oaks Ave CVS, L.L.C..
7332.  S. Houston Lake Rd. CVS, Inc.
7333.  S. Main St. CVS, Inc.
7334.  S. Western Avenue CVS, Inc.
7335.  SABH of Arizona, Incorporated
7336.  SABH of Maricopa County, Incorporated
7337.  Saddle Brook CVS, Inc.
7338.  Sagamore Ridge CVS, Inc.
7339.  Sagev CVS, L.L.C.
7340.  Saginaw CVS, L.P.
7341.  Saginaw Lansing CVS, Inc.
7342.  Saguaro Health Plan, Inc.
7343.  Salem Lynnfield CVS, Inc.
7344.  Salem Mall CVS, Inc.
7345.  Salem Mass. CVS, Inc.
7346.  Salem Pond CVS, Inc.
7347.  Salem VA CVS, Inc.
7348.  Sam Furr Road CVS, Inc.
7349.  Samoset Avenue CVS, Inc.
7350.  San Antonio CareCenter Pharmacy, LLC
7351.  San Carlos Ft. Myers CVS, L.L.C.
7352.  San Clemente CVS, L.L.C.
7353.  San Jose Jacksonville CVS, L.L.C.
7354.  Sand Pharmacy St Albans 06306 LLC
7355.  Sandusky CVS, Inc.
7356.  Sandwich CVS, Inc.
7357.  Sandy Plains CVS, Inc.
7358.  Sandy Springs CVS, Inc.
7359.  Sanford River CVS, Inc.
7360.  Santa Ana CVS, Inc.
7361.  Santa Marguerita CVS, L.P.
7362.  Santa Monica CVS, L.P.
7363.  Sanus Corp. Health Systems
7364.  Sanus Dental Plan of N.J., Inc.
7365.  Sanus Dental Plan of Texas, Inc.
7366.  Sanus Health Plan of Illinois, Inc.

7367. Sanus Health Plan of Pennsylvania, Inc.
7368. Sanus of Maine, Inc.
7369. Sanus of New York and New Jersey, Inc.
7370. SANUS of New York, Inc.
7371. Sanus Preferred Providers West, Inc.
7372. Saugus CVS, Inc.
7373. Saugus Walnut CVS, Inc.
7374. Sayre CVS, Inc.
7375. SCAFFALE 03 PARTICIPAÇÕES LTDA.,
7376. Schaller Anderson Acquisition, Incorporated
7377. Schaller Anderson Behavioral Health of Maryland, Incorporated
7378. Schaller Anderson Behavioral Health of Tennessee, Incorporated
7379. Schaller Anderson Behavioral Health of Texas, L.L.C.
7380. Schaller Anderson Behavioral Health of Texas, L.P.
7381. Schaller Anderson Behavioral Health, Incorporated
7382. Schaller Anderson Health Plans, LLC
7383. Schaller Anderson Healthcare, L.L.C.
7384. Schaller Anderson Medical Administrators, Incorporated
7385. Schaller Anderson Network of Arizona, L.L.C.
7386. Schaller Anderson of Arizona, L.L.C.
7387. Schaller Anderson of California, L.L.C.
7388. Schaller Anderson of Delaware, Incorporated
7389. Schaller Anderson of Kansas, L.L.C.
7390. Schaller Anderson of Maryland, L.L.C.
7391. Schaller Anderson of Missouri, L.L.C.
7392. Schaller Anderson of Oklahoma, LLC
7393. Schaller Anderson of Tennessee, LLC
7394. Schaller Anderson of Texas Management, L.L.C.
7395. Schaller Anderson of Texas, L.P.
7396. Schaller Anderson, Incorporated
7397. Schaller Anderson, LLC
7398. Schaumburg CVS, L.L.C.
7399. Schmidt Video Virtual Care of Nevada, PLLC
7400. Schnecksville CVS, Inc.
7401. Schoolcraft Detroit CVS, Inc.
7402. Schwab Road CVS, Inc.
7403. Scituate CVS, Inc.
7404. Scotch Plains CVS, Inc.
7405. Scott Houston CVS, L.P.
7406. Scottsboro AL CVS, Inc.
7407. Scottsdale CVS, L.L.C.
7408. SCP 2003C-31 LLC
7409. SCP 2003C-40 LLC
7410. SCP 2003D-66 LLC
7411. SCP 2003D-8 LLC
7412. SCP 2004E-062 LLC
7413. SCP 2005-C21-013 LLC
7414. SCP 2005-C21-074 LLC
7415. SCP 2005C-C20-016 LLC
7416. SCP 2007-C27-013 LLC
7417. SCP 2007-C27-015 LLC
7418. SCP 2007-C27-017 LLC
7419. SCP 2007-C27-025 LLC
7420. SCP 2007-C27-061 LLC
7421. SCP 2007-C27-066 LLC
7422. SCP 2007-C27-084 LLC
7423. SCP 2007-C27-096, L.L.C.
7424. SCP 2007-C27-540 LLC
7425. SCP 2007-C27-546 LLC
7426. SCP 2009-C32-502 LLC
7427. SCP 2009-C32-504 LLC
7428. SCP 2009-C32-513 LLC

7429. SCP 2009-C32-518 LLC
7430. Scranton Davis CVS, Inc.
7431. Scranton Main CVS, Inc.
7432. Scrip World, LLC
7433. Sea Isle City CVS, Inc.
7434. Seaboard Service System, Ltd.
7435. Seaford NY CVS, L.L.C.
7436. Sears Town Mall CVS, Inc.
7437. Seaside Heights CVS, L.L.C.
7438. Seaville NJ CVS, L.L.C.
7439. SEC CVS, Inc.
7440. SEC Lincoln CVS, L.L.C.
7441. SEC Route 14 CVS, L.L.C.
7442. SEC State CVS, L.L.C.
7443. SEC University MN CVS, L.L.C.
7444. Secaucus Seven CVS, Inc.
7445. Sedalia NC CVS, Inc.
7446. Sedwick Durham CVS, L.L.C.
7447. Seekonk Mall CVS, Inc.
7448. Seminole CVS, Inc.
7449. Senip CVS, L.L.C.
7450. Setauket CVS, Inc.
7451. Seven Corners, VA Bob's, Inc.
7452. Seventh Street CVS, INc.
7453. Severn CVS, Inc.
7454. Seymour CVS, Inc.
7455. Shallowford Road CVS, Inc.
7456. Shamokin CVS, Inc.
7457. Sharon CVS, Inc.
7458. Sharon Hill CVS, Inc.
7459. Sheffield Avenue CVS, L.L.C.
7460. Shelby Township CVS, Inc.
7461. Shelbyville Main CVS, Inc.
7462. SHELFCO (NO. 967) LIMITED
7463. Shepherd Houston CVS, L.P.
7464. Sheridan Cooper CVS, L.L.C.
7465. Ship Bottom NJ CVS, L.L.C.
7466. Shirley CVS, L.L.C.
7467. Shoemakerville CVS, Inc.
7468. Shoppers Village CVS, Inc.
7469. Shoppers World CVS, Inc.
7470. Shopperstown CVS, Inc.

7471. Shore Pharmaceutical Providers, LLC
7472. Shorewood CVS, L.L.C.
7473. Showalter CVS, Inc.
7474. Shrewsbury Retailer, Inc.
7475. SHS NewHMO, Inc.
7476. Sibley Chicago CVS, L.L.C.
7477. Sicklerville Road CVS, Inc.
7478. Sillington Road CVS, Inc.
7479. Silver Hill CVS, Inc.
7480. Silverbrook CVS, Inc.
7481. SilverScript Insurance Company
7482. SilverScript, Inc.
7483. SilverScript, L.L.C.
7484. Silverton CVS, Inc.
7485. Simi Valley CVS, Inc.
7486. Simsbury CVS, Inc.
7487. Sisson Road CVS, Inc.
7488. Skillman Mockingbird CVS, L.P.
7489. Skokie CVS, L.L.C.
7490. Sky Acquisition LLC
7491. Skyport Owner's Association
7492. Sloans Lake Holding Corporation
7493. Sloans Lake Managed Care, Inc.
7494. Sloan's Lake Management Corp.
7495. Smith Northampton CVS, Inc.
7496. Smith Palatine CVS, L.L.C.
7497. Smith Providence CVS, Inc.
7498. Smithville CVS, Inc.
7499. Smyrna Concord Road CVS, Inc.
7500. Smyrna CVS, Inc.
7501. Snellville CVS, Inc.
7502. Snellville GA CVS, Inc.
7503. Snow Road CVS, Inc.
7504. Socastee SC CVS, Inc.
7505. Solomon Office Associates, L.L.C.
7506. Solomons CVS, Inc.
7507. Somerdale CVS, Inc.
7508. Somers Point CVS, Inc.
7509. Somerset CVS, Inc.
7510. Somerville MA CVS, Inc.
7511. Somerville, MA Bob's, Inc.
7512. Sopco, Inc.

7513.  Souderton CVS, Inc.
7514.  Sourcing Co, LLC
7515.  South Attleboro CVS, Inc.
7516.  South Boston CVS, Inc.
7517.  South Bristol Street CVS, Inc.
7518.  South Brook CVS, Inc.
7519.  South Brunswick CVS, Inc.
7520.  South Carolina CVS Pharmacy, L.L.C.
7521.  South Carolina CVS, Inc.
7522.  South Dixie CVS, L.L.C.
7523.  South Hills CVS Store, Inc.
7524.  South Lincoln Newtown CVS, Inc.
7525.  South Lyon CVS, Inc.
7526.  South Mall CVS, Inc.
7527.  South Merrimack CVS, Inc.
7528.  South Nashua CVS, Inc.
7529.  South Philadelphia CVS, Inc.
7530.  South Plainfield CVS, Inc.
7531.  South Post Oak CVS, L.P.
7532.  South Providence CVS, Inc.
7533.  South Sandwich Store Corporation
7534.  South Shore League City CVS, L.P.
7535.  South Shore Retailer, Inc.
7536.  South Street CVS, Inc.
7537.  South Wabash CVS, L.L.C.
7538.  South Windsor CVS, Inc.
7539.  South Yarmouth CVS, Inc.
7540.  Southbridge Saga CVS, Inc.
7541.  Southbury CVS, Inc.
7542.  Southeast Pharmacy Consultants, Inc.
7543.  Southern Buckeye CVS, L.L.C.
7544.  Southern Greenfield CVS, L.L.C.
7545.  Southern Health Services, Inc.
7546.  Southern Tempe CVS, L.L.C.
7547.  Southington Main Street CVS, Inc.
7548.  Southington Queen CVS, Inc.
7549.  Southlake CVS, L.P.
7550.  Southmore CVS, L.P.
7551.  Southport NC CVS, Inc.
7552.  Southwest Health Plan, Inc.
7553.  Sparkleberry Lane CVS, Inc.

7554.  Spatium, LLC
7555.  Specialized Pharmacy Services, LLC
7556.  Specialty Carts, LLC
7557.  Specialty Services Holding LLC
7558.  Speedwell CVS Urban Renewal, L.L.C.
7559.  Speen Street CVS, Inc.
7560.  Spencer Hwy CVS, L.P.
7561.  Spencer Main CVS, Inc.
7562.  Spencer PharmaCare Pharmacy, Inc.
7563.  Spinnaker Bidco Limited
7564.  Spinnaker Topco Limited
7565.  Spring CVS, L.P.
7566.  Spring Cypresswood CVS, L.P.
7567.  Spring Falvel TX CVS, L.L.C.
7568.  Spring Valley Houston CVS, L.P.
7569.  Spring Valley Richardson CVS, L.P.
7570.  Springfield Avenue CVS, Inc.
7571.  Springfield CVS, Inc.
7572.  Springfield Gardens CVS, L.L.C.
7573.  Springfield IL CVS, L.L.C.
7574.  Springfield NJ CVS, L.L.C.
7575.  Springfield PA CVS, Inc.
7576.  Springfield Post Road CVS, Inc.
7577.  Springfield Sparns CVS, Inc.
7578.  Springfield St. James CVS, Inc.
7579.  Springhouse PA CVS, Inc.
7580.  Sproul Broomall CVS, Inc.
7581.  Spruce Street CVS, Inc.
7582.  Square One CVS, Inc.
7583.  SR 436 CVS, L.L.C.
7584.  St. Aug Tuscan, L.L.C.
7585.  St. Aug Watson, L.L.C.
7586.  St. Charles CVS, L.L.C.
7587.  St. Clair CVS, Inc.
7588.  St. Cloud CVS, L.L.C.
7589.  St. George's Avenue CVS, Inc.
7590.  St. Louis Park CVS, L.L.C.
7591.  St. Louis PharmaCare Pharmacy, Inc.

7592. St. Mary's CVS, Inc.
7593. St. Paul MN CVS, L.L.C.
7594. St. Petersburg CVS, Inc.
7595. Stamford CVS, Inc.
7596. Stamford Hope Street CVS, Inc.
7597. Stamford Ridgeway CVS, Inc.
7598. Stamford Town Center CVS, Inc.
7599. Standard Drug Company
7600. State College CVS, Inc.
7601. State Park Road CVS, Inc.
7602. State St. CVS Store, Inc.
7603. State Street CVS, L.L.C.
7604. Staten Island New York CVS, Inc.
7605. Station Avenue CVS, Inc.
7606. Steeplegate CVS, Inc.
7607. Stenton Avenue CVS, Inc.
7608. Stephens City VA CVS, Inc.
7609. Stephenville TX CVS, L.L.C.
7610. Sterling Healthcare Services, Inc.
7611. Sterling Healthcare Services, LLC
7612. Sterling Heights CVS, Inc.
7613. Sterrettania Road CVS, Inc.
7614. Steubner-Airline CVS, L.P.
7615. Stockbridge CVS, Inc.
7616. Stokes Road CVS, Inc.
7617. Stone Mountain CVS, Inc.
7618. Stoneham CVS, Inc.
7619. Stony Island Chicago CVS, L.L.C.
7620. Stoughton CVS, Inc.
7621. Strategic Resource Company
7622. Streamwood CVS, L.L.C.
7623. Stroudsburg Mall CVS, Inc.
7624. Structured Benefits Inc.
7625. Sturbridge PharmaCare Pharmacy, Inc.
7626. Sublett Matlock CVS, L.P.
7627. Suburban Medical Services, LLC
7628. Sudbury CVS, Inc.
7629. Sudbury Wayside CVS, Inc.
7630. Suffield Agawam CVS, Inc.
7631. Suffield CVS, Inc.
7632. Sugar Land CVS, L.P.
7633. Sugarloaf Parkway CVS, Inc.

7634. Summer St. CVS, Inc.
7635. Summit Health Plan, Inc
7636. Sumner Belmont CVS, Inc.
7637. Sun City AZ CVS, L.L.C.
7638. Sun Lakes CVS, L.L.C.
7639. Sun Pharmacy, Limited Liability Company
7640. Sunderland Road CVS, Inc.
7641. Sunlake Land CVS, L.L.C.
7642. Sunnyside NY CVS, L.L.C.
7643. Sunrise FL CVS, L.L.C.
7644. Sunset Crossing CVS, Inc.
7645. Sunset Henderson CVS, L.L.C.
7646. Superior Care Pharmacy, Inc.
7647. Superior Care Pharmacy, LLC
7648. Superior Township CVS, L.L.C.
7649. SureScripts LLC
7650. SureScripts-RxHub, LLC
7651. Surfside CVS, Inc.
7652. Surprise CVS, L.L.C.
7653. Sutter Health and Aetna Administrative Services LLC
7654. Sutter Health and Aetna Insurance Company
7655. Sutter Health and Aetna Insurance Holding Company LLC
7656. Suwanee CVS, Inc.
7657. Swamp New Britain CVS, Inc.
7658. Swampscott Retailer, Inc.
7659. Swansea CVS, Inc.
7660. Swansea IL CVS, L.L.C.
7661. Swatara Square CVS, Inc.
7662. SWC Camelback CVS, L.L.C.
7663. SWC CVS, Inc.
7664. SWC M-59 CVS, L.L.C.
7665. SWC Moulton Pkwy CVS, L.L.C.
7666. SWC Progress Boulevard CVS, L.L.C.
7667. SWC Union Hills Drive CVS, L.L.C.
7668. Sylmar Square CVS, Inc.
7669. Synergy Merger, LLC

7670. Syracuse Genesee St. CVS Store, Inc.
7671. Systran Networks, Inc.
7672. T2 Medical, Inc.
7673. Tabernacle CVS, Inc.
7674. Taconic Park CVS Store, Inc.
7675. Taft Street CVS, Inc.
7676. Taft University CVS, Inc.
7677. Takoma Park CVS, Inc.
7678. Tamaqua CVS, Inc.
7679. Tampa Lynn CVS, Inc.
7680. Tanker Six, LLC
7681. Tanner Houston CVS, L.P.
7682. Tannersville CVS, Inc.
7683. Tara Boulevard CVS, Inc.
7684. Tarzana CVS, Inc.
7685. Taunton County CVS, Inc.
7686. Taunton Retailer, Inc.
7687. TCPI Acquisition Corp.
7688. TCPI Acquisition, LLC
7689. TDI Managed Care Services, Inc.
7690. Teasley Denton CVS, L.P.
7691. Telegraph CVS, Inc.
7692. Tennessee CVS Pharmacy, L.L.C.
7693. Terrace Oaks Houston CVS, L.P.
7694. Terrence D. Morton, Jr., MD, P.C.
7695. Tewksbury - Oaks, CVS., Inc.
7696. Tewksbury CVS, Inc.
7697. Texas Health + Aetna Health Insurance Company
7698. Texas Health + Aetna Health Insurance Holding Company LLC
7699. Texas Health + Aetna Health Plan Inc.
7700. Texas Health Network, Inc.
7701. Texas Road CVS, Inc.
7702. The Associated Products Company
7703. The City CVS, Inc.
7704. The ETHIX Corporation
7705. The Jeskey Clinic, LLC
7706. The Lane Drug Company
7707. The Mall of Orange CVS, Inc.
7708. The New Group Health Plan, Inc.

7709. The Vasquez Group Inc.
7710. TheraCom, L.L.C.
7711. Third Avenue N.Y. CVS, Inc.
7712. Third Lake CVS, L.L.C.
7713. Third Party Claims Management, Inc.
7714. Thomas 24th Phoenix CVS, L.L.C.
7715. Thomas 43rd Phoenix CVS, L.L.C.
7716. Thomas Avondale CVS, L.L.C.
7717. Thomas E. Emma CVS Store, L.L.C.
7718. Thomas Phoenix CVS, L.L.C.
7719. Thomaston CVS, Inc.
7720. Thornbury CVS, Inc.
7721. Thorndale PA CVS, Inc.
7722. Thousand Oaks CVS, Inc.
7723. Three Forks Apothecary, LLC
7724. Thunderbird Phoenix CVS, L.L.C.
7725. Thundermist Aviation, Inc.
7726. Thundermist Services, LLC
7727. Tianjin An Hai Tai Hua Medical Information Technology Co., Ltd
7728. Tinley Park CVS, L.L.C.
7729. Tinton Falls CVS, Inc.
7730. Titus Avenue CVS, Inc.
7731. Titusville CVS, L.L.C.
7732. Tiverton CVS, Inc.
7733. Tolland CVS, Inc.
7734. Tomball CVS, L.P.
7735. Tonawanda CVS, Inc.
7736. Toombs Avenue CVS, L.L.C.
7737. Topanga Canyon CVS, Inc.
7738. Torrance Blvd CVS, L.L.C.
7739. Torrance Western CVS, Inc.
7740. Torresdale CVS, Inc.
7741. Torrington Main Street CVS, Inc.
7742. Totowa CVS, Inc.
7743. Totowa Union CVS, Inc.
7744. Towamencin CVS, Inc.
7745. Towanda CVS, Inc.
7746. Tower CVS, Inc.
7747. Town Center CVS, Inc.
7748. Town Center Orlando CVS, L.L.C.

7749. Town Plaza CVS, Inc.
7750. Towne Centre CVS, L.L.C.
7751. Towne Lake Parkway CVS, Inc.
7752. Township Line CVS, Inc.
7753. Towson CVS, Inc.
7754. Trappe CVS, Inc.
7755. Tree Merger Sub, Inc.
7756. Tremont Avenue Bronx CVS, L.L.C.
7757. Tremont Boston CVS, Inc.
7758. Tremont CVS, Inc.
7759. Trenton CVS, Inc.
7760. Trevose Hospitality, Inc.
7761. Trumbull CVS, Inc.
7762. Trumbull Four, Inc.
7763. Trumbull One, Inc.
7764. Tucker CVS, Inc.
7765. Tucson AZ CVS, L.L.C.
7766. Turnpike Augusta CVS, Inc.
7767. Turnpike Street CVS, Inc.
7768. Tuscaloosa CVS, Inc.
7769. Twain MergerSub Corp.
7770. Twain MergerSub, L.L.C.
7771. Twenty Third Fairmount CVS, Inc.
7772. Twinsburg Claims, Inc.
7773. Twinsurance Limited
7774. Tyler Mall CVS, Inc.
7775. Tyler TX CVS, L.P.
7776. Tyrone CVS, Inc.
7777. U. S. Health Insurance Company
7778. U.S. Health Aviation Corp.
7779. U.S. Health Information Systems, Inc.
7780. U.S. Health Insurance Company
7781. U.S. Healthcare Advantage, Inc.
7782. U.S. Healthcare Advantage, LLC
7783. U.S. Healthcare Dental Plan Inc.
7784. U.S. Healthcare Dental Plan, Inc.
7785. U.S. Healthcare Financial Services, LLC
7786. U.S. Healthcare Holdings, LLC
7787. U.S. Healthcare of Georgia, Inc.
7788. U.S. Healthcare of New Hampshire, Inc
7789. U.S. Healthcare of the Carolinas, Inc.
7790. U.S. Healthcare of Washington Inc.
7791. U.S. Healthcare Properties, Inc.
7792. U.S. Healthcare, Inc.
7793. U.S. Healthcare, Inc. (Michigan)
7794. U.S. Managed Care, Inc.
7795. U.S. PatriotCare, Inc.
7796. U.S. Phoenix Corporation
7797. U.S. Quality Algorithms, Inc.
7798. UAC Holding, Inc.
7799. UC Acquisition Corp.
7800. UC Acquisition, LLC
7801. Ulster CVS Store, Inc.
7802. Uni-Care Health Services of Maine, Inc.
7803. Uni-Care Health Services of Maine, LLC
7804. Union Boulevard CVS, Inc.
7805. Union City CVS, Inc.
7806. Union Lehigh CVS, Inc.
7807. Union St. CVS, Inc.
7808. Uniontown CVS, Inc.
7809. United PharmaCare Services, L.P.
7810. United PM Services General, Inc.
7811. United PM Services Limited, Inc.
7812. United States Health Care System, Inc.
7813. United States Health Care Systems of Pennsylvania, Inc.
7814. United States Health Care Systems, Inc.
7815. United States Home Health Care Systems, Inc.
7816. United States Physicians Care Systems, Inc.
7817. Universal American Corp.
7818. University CVS, Inc.
7819. University Drive-Amherst CVS, Inc.
7820. University Mesa CVS, L.L.C.

7821. University St. Paul CVS, L.L.C.
7822. University Tamarac CVS, L.L.C.
7823. University-Wheaton CVS, Inc.
7824. University-Wheaton Peoples, Inc.
7825. Upper Darby CVS, Inc.
7826. Upper Gwynedd CVS, Inc.
7827. Upper Hembree CVS, Inc.
7828. Upper Uwchlan CVS, Inc.
7829. US 19 Port Richey CVS, L.L.C.
7830. US Bioservices Corporation
7831. USHC Management Services Corporation
7832. Utah CVS Pharmacy, L.L.C.
7833. Uvalde Houston CVS, L.P.
7834. Uxbridge CVS, Inc.
7835. V Memorial Houston CVS, L.P.
7836. Val Mesa Pharmacy, Inc.
7837. Valley Road CVS, Inc.
7838. Valley Verde NV CVS, L.L.C.
7839. Value Health Care Services LLC
7840. Van Buren Goodyear CVS, L.L.C.
7841. Van Houten CVS, Inc.
7842. Van Nuys Boulevard CVS, Inc.
7843. Vanoak Plaza CVS, Inc.
7844. VAPS Acquisition Company, LLC
7845. Vassar Poughkeepsie CVS, L.L.C.
7846. Vaughn Montgomery CVS, Inc.
7847. Vaughn Road CVS, Inc.
7848. Velmeir Euclid Co., L.L.C.
7849. Venice FL CVS, L.L.C.
7850. Vermont CVS Pharmacy, L.L.C.
7851. Vernon CVS, Inc.
7852. Vestal Ave. CVS Store, Inc.
7853. VHCS Acquisition Sub, LLC
7854. Victor Valley CVS, Inc.
7855. Victory Van Nuys CVS, L.P.
7856. Village Chestnut Hill CVS, Inc.
7857. Village Grove CVS, Inc.
7858. Village Plaza CVS, Inc.
7859. Villanova Street CVS, L.P.
7860. Vine & Taft CVS, Inc.
7861. Vineland CVS, Inc.
7862. Vinings Jubilee CVS, Inc.

7863. Virginia CVS Pharmacy, L.L.C.
7864. Virginia Mason Health Plan, Inc.
7865. Virtual Acute General Medical PLLC
7866. Virtual Behavioral Health PLLC
7867. Virtual Primary Care PLLC
7868. Vista Health of South Florida, Inc.
7869. Vista Healthplan, Inc.
7870. Vital Care Infusions, Inc.
7871. VivaHealth, Incorporated
7872. Voorhees CVS, L.L.C.
7873. Vultee Street CVS, Inc.
7874. W. Imperial Hwy CVS, L.L.C.
7875. W. Mifflin CVS, Inc.
7876. W. Ponce DeLeon CVS, Inc.
7877. W. Redondo Beach Blvd CVS, L.L.C.
7878. W. Springfield Elm CVS, Inc.
7879. Wade Hampton Blvd. CVS, Inc.
7880. Wadsworth CVS, Inc.
7881. Wadsworth High Street CVS, Inc.
7882. Wagaraw Road CVS, Inc.
7883. Wake Forest CVS, Inc.
7884. Wakefield CVS, Inc.
7885. Wakefield Mass. CVS, Inc.
7886. Waldorf MD CVS, L.L.C.
7887. Walkertown NC CVS, Inc.
7888. Wal-Lex CVS, Inc.
7889. Wallingford Acquisition, Inc.
7890. Wallingford CVS, Inc.
7891. Walmsley Blvd. Peoples, Inc.
7892. Walnut Garland CVS, L.P.
7893. Walnut Hill CVS, L.P.
7894. Walnut Hill Irving CVS, L.L.C.
7895. Walnut Hill Plaza CVS, Inc.
7896. Walnut Street CVS, Inc.
7897. Walpole CVS, Inc.
7898. Walpole Main Street CVS, Inc.
7899. Walpole Plaza CVS, Inc.
7900. Walters Houston CVS, L.P.
7901. Waltham CVS, Inc.
7902. Waltham-Moody CVS, Inc.
7903. Wappingers Falls CVS, L.L.C.

7904.   Ware CVS, Inc.
7905.   Wareham CVS, Inc.
7906.   Waretown CVS, L.L.C.
7907.   Warm Springs Rainbow CVS, L.L.C.
7908.   Warm Springs Road CVS, L.L.C.
7909.   Warminster CVS, Inc.
7910.   Warminster, PA Bob's, Inc.
7911.   Warner Higley Gilbert CVS, L.L.C.
7912.   Warner Huntington CVS, L.P.
7913.   Warner McQueen CVS, L.L.C.
7914.   Warren Avenue CVS, Inc.
7915.   Warren CVS, L.L.C.
7916.   Warren R.I. CVS, Inc.
7917.   Warrenville IL CVS, L.L.C.
7918.   Warwick Centerville CVS, Inc.
7919.   Warwick City Hall CVS, Inc.
7920.   Warwick Main CVS, L.L.C.
7921.   Warwick Neck CVS, Inc.
7922.   Warwick NY CVS, L.L.C.
7923.   Warwick Retailer, Inc.
7924.   Warwick Shaw Plaza CVS, Inc.
7925.   Warwick West Shore CVS, Inc.
7926.   Washington Chicago CVS, L.L.C.
7927.   Washington Connecticut CVS, Inc.
7928.   Washington CVS Pharmacy, L.L.C.
7929.   Washington E Street CVS, Inc.
7930.   Washington Easton CVS, Inc.
7931.   Washington GA CVS, L.L.C.
7932.   Washington Lamb CVS, L.L.C.
7933.   Washington Retailer, Inc.
7934.   Washington Square CVS, Inc.
7935.   Washington Wisconsin CVS, Inc.
7936.   Water Street Fitchburg CVS, Inc.
7937.   Waterbury Chase CVS, Inc.
7938.   Waterbury West Main CVS, Inc.
7939.   Waterbury Westwood CVS, Inc.
7940.   Waterbury Wolcott CVS, Inc.
7941.   Waterford Boston Post CVS, Inc.
7942.   Watertower Plaza CVS, Inc.
7943.   Watertown Main Street CVS, Inc.
7944.   Waterville CVS, Inc.
7945.   Waterville Valley CVS, Inc.
7946.   Waterway Drive CVS, Inc.
7947.   Waukegan CVS, L.L.C.
7948.   Waverly Pharmacy, LLC
7949.   Waverly TN CVS, Inc.
7950.   Wayland CVS, Inc.
7951.   Wayne Avenue CVS, Inc.
7952.   Wayne CVS, Inc.
7953.   Weber Medical Systems LLC
7954.   Webster Avenue CVS, Inc.
7955.   Webster Main St. CVS, Inc.
7956.   Webster PharmaCare Pharmacy, Inc.
7957.   Webster TX CVS, L.P.
7958.   Weddington NC CVS, Inc.
7959.   Weir CanyonSerrano CVS, Inc.
7960.   Wellesley CVS, Inc.
7961.   Wellpartner, Inc.
7962.   Wellpartner, LLC
7963.   WellPath of South Carolina, Inc.
7964.   WellPath Select Holding Company, Inc.
7965.   WellPath Select, Inc.
7966.   Wesley Chapel CVS, L.L.C.
7967.   West 14th Street CVS, L.L.C.
7968.   West 235th Bronx CVS, L.L.C.
7969.   West 42nd Street CVS, L.L.C.
7970.   West Aspetuck CVS, Inc.
7971.   West Avenue CVS, Inc.
7972.   West Bancroft Toledo CVS, Inc.
7973.   West Boylston CVS, Inc.
7974.   West Bridgewater CVS, Inc.
7975.   West Broad Street CVS, Inc.
7976.   West Broad Street Peoples, Inc.
7977.   West Broadway CVS, Inc.
7978.   West Calhoun CVS, Inc.
7979.   West Central Toledo CVS, Inc.
7980.   West Chelten Avenue CVS, Inc.
7981.   West Chester Pike CVS, Inc.
7982.   West College Ave CVS, Inc.
7983.   West Covina CVS, Inc.
7984.   West Hartford Boulevard CVS, Inc.
7985.   West Hartford CVS, Inc.
7986.   West Hartford Route 4 CVS, Inc.

114

7987. West Hubbard CVS, L.L.C.

7988. West Hunter Street CVS, L.L.C.

7989. West Jackson CVS, L.L.C.

7990. West Lemon CVS, Inc.

7991. West Main Freehold CVS, Inc.

7992. West Main Street CVS, Inc.

7993. West Miller CVS, Inc.

7994. West Newton Retailer, Inc.

7995. West Peabody CVS, Inc.

7996. West Pike Street CVS, L.L.C.

7997. West Roxbury CVS, Inc.

7998. West Springfield CVS, Inc.

7999. West Virginia CVS Pharmacy, L.L.C.

8000. West Warwick CVS, Inc.

8001. West Warwick Main Street CVS, Inc.

8002. West Warwick Providence CVS, Inc.

8003. Westampton CVS, Inc.

8004. Westboro CVS, Inc.

8005. Westboro PharmaCare Pharmacy, Inc.

8006. Westborough Computer Drive CVS, Inc.

8007. Western Chic CVS, L.L.C.

8008. Western CVS, L.L.C.

8009. Western Reserve Health Plan, Inc.

8010. Western Reserve Individual Practice Association, Inc.

8011. Westfield Franklin CVS, Inc.

8012. Westfield Little River CVS, Inc.

8013. Westfield Shops CVS, Inc.

8014. Westford CVS, Inc.

8015. Westhaven Services Co., LLC

8016. Westheimer Fondren CVS, L.P.

8017. Westheimer Houston CVS, L.P.

8018. Westland CVS, Inc.

8019. Westland MI CVS, L.L.C.

8020. Westminster Mall CVS, Inc.

8021. Westmont CVS, L.L.C.

8022. Weston Blatt CVS, L.L.C.

8023. Westwood CVS, Inc.

8024. Westwood Washington CVS, Inc.

8025. Wethersfield CVS, Inc.

8026. Weymouth Retailer, Inc.

8027. Whalley Avenue CVS, Inc.

8028. Whalon Street CVS, Inc.

8029. Wheaton CVS, L.L.C.

8030. White Bear Lake CVS, L.L.C.

8031. White Cross Stores Inc.,  No. 14

8032. White Lake CVS, Inc.

8033. White Plains Eastchester CVS, Inc.

8034. White Plains Lexington CVS, Inc.

8035. White Plains Retailer, Inc.

8036. Whitehall CVS, Inc.

8037. Whitestone CVS, L.L.C.

8038. Whitinsville CVS, Inc.

8039. Whitman Plaza CVS, Inc.

8040. Whitmore Lake CVS, Inc.

8041. Whitpain CVS, Inc.

8042. Whittier Blvd CVS, L.L.C.

8043. Whittier Colima CVS, Inc.

8044. Wilcrest Houston CVS, L.P.

8045. Wiles Road CVS, L.L.C.

8046. Williamsbridge Bronx CVS, L.L.C.

8047. Williamsburg CVS, Inc.

8048. Williamson Drug Company, Incorporated

8049. Williamson Drug Company, LLC

8050. Willimantic Main Street CVS, Inc.

8051. Willingboro CVS, Inc.

8052. Willow Grove CVS, Inc.

8053. Willow Hoboken CVS, Inc.

8054. Wilmer Road CVS, L.L.C.

8055. Wilmington CVS, L.L.C.

8056. Wilmington Plaza CVS, Inc.

8057. Wilmore Washington CVS, L.L.C.

8058. Wilson Blvd. CVS, Inc.

8059. Wilson Boulevard CVS, Inc.

8060. Wilton CT CVS, Inc.

8061. Winchester CVS, Inc.

8062. Winchester Huntsville CVS, Inc.

8063. Winchester VA CVS, Inc.

8064. Wind Gap CVS, Inc.

8065. Windsor Broad Street CVS, Inc.

8066.   Windsor CVS, Inc.
8067.   Windward Plaza CVS, Inc.
8068.   Winfield CVS, L.L.C.
8069.   Winsted CVS, Inc.
8070.   Winter Park CVS, Inc.
8071.   Winthrop CVS, Inc.
8072.   Wisconsin Avenue CVS, Inc.
8073.   Wisconsin CVS Pharmacy, L.L.C.
8074.   Wise Avenue CVS, Inc.
8075.   Wissahickon Payment
        Administrators, Inc.
8076.   Wisteria Drive Peoples, Inc.
8077.   Woburn Centre CVS, Inc.
8078.   Woburn Mall CVS, Inc.
8079.   Wollaston Quincy CVS, Inc.
8080.   Woodbridge CVS, Inc.
8081.   Woodbury MN CVS, L.L.C.
8082.   Woodbury/Red Bank CVS, Inc.
8083.   Woodhaven CVS, Inc.
8084.   Woodlawn Avenue CVS, Inc.
8085.   Woodlawn Chicago CVS, L.L.C.
8086.   Woodridge CVS, L.L.C.
8087.   Woodruff Realty Associates, L.L.C.
8088.   Woodruff Road CVS, Inc.
8089.   Woodside CVS, L.L.C.
8090.   Woodside NY CVS, L.L.C.
8091.   Woodstock CVS, Inc.
8092.   Woodstock CVS, L.L.C.
8093.   Woodville CVS, Inc.
8094.   Woodward Detroit CVS, L.L.C.
8095.   Woodward Manalapan CVS, L.L.C.
8096.   Woodward Royal Oak CVS, L.L.C.
8097.   Woolwich CVS, L.L.C.
8098.   Woonsocket CVS, Inc.
8099.   Woonsocket Prescription Center,
        Incorporated
8100.   Worcester - Food Village CVS, Inc.
8101.   Worcester Center CVS, Inc.
8102.   Worcester Park CVS, Inc.
8103.   Worcester PharmaCare Pharmacy,
        Inc.
8104.   Worcester-June St. CVS, Inc.
8105.   Worcester-Lincoln Plaza CVS, Inc.

8106.   Worcester-Stafford CVS, Inc.
8107.   Worcester-Tatnuck Square CVS,
        Inc.
8108.   Work & Family Benefits, Inc.
8109.   Workers Comp Advantage, Inc.
8110.   WP Smart Holdings, LLC
8111.   Wrightstown CVS, Inc.
8112.   Wrightwood Chicago CVS, L.L.C.
8113.   Wylie CVS, L.P.
8114.   Wyoming MI CVS, Inc.
8115.   Yale Houston CVS, L.P.
8116.   Yardley CVS, Inc.
8117.   Yarmouth CVS, Inc.
8118.   Yeadon (Pa.) CVS, Inc.
8119.   Yonkers Bronx River CVS, L.L.C.
8120.   Yonkers Central Park CVS, Inc.
8121.   Yorba Linda CVS, Inc.
8122.   York Mall CVS, Inc.
8123.   York Road CVS, Inc.
8124.   Ypsilanti Township CVS, L.L.C.
8125.   Zephyrhills CVS, L.L.C.
8126.   Zieglersville PA CVS, Inc.
8127.   Zinc Health Services, LLC
8128.   Zinc Health Ventures, LLC
8129.   Zion IL CVS, L.L.C.
8130.   ZS Acquisition Company, LLC