# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Case Nos. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | 1:18-op-45817 |
| *Track 8: Cobb County, Georgia* | Judge Dan Aaron Polster |

## DEFENDANT PUBLIX SUPER MARKETS, INC.'S NOTICE OF INTENT TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO CERTIFY

Defendant Publix Super Markets, Inc. hereby notifies the Court of its intent to file a reply memorandum in support of its motion to certify questions to the Georgia Supreme Court (Doc. 5388 in Case No. 1:17-md-2804) to address the arguments raised by Plaintiff in its memorandum in opposition (Doc. 5405 in Case No. 1:17-md-2804). In accordance with Local Rule 7.1(e), Publix will file its reply on or before Thursday, April 25, 2024.

This 19th day of April, 2024.

        **MILLER & MARTIN PLLC**

        By: */s/ Michael P. Kohler*
            Michael P. Kohler
            Georgia Bar No. 427727

        1180 West Peachtree Street, N.W., Suite 2100
        Atlanta, Georgia 30309-3407
        Telephone: (404) 962-6403
        Facsimile: (404) 962-6303
        Email: michael.kohler@millermartin.com

        ***Attorney for Publix Super Markets, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on the below date the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

This 19th day of April, 2024

        **MILLER & MARTIN PLLC**

        By: */s/ Michael P. Kohler*
           Michael P. Kohler
           Georgia Bar No. 427727