# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-02804 |
| *All Cases* | JUDGE DAN AARON POLSTER |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Rebecca Fitzpatrick, P.C., attorney for Defendants Allergan Finance, LLC (f/k/a Actavis, Inc., which in turn, was f/k/a Watson Pharmaceuticals, Inc.), Allergan Limited (f/k/a Allergan plc, which in turn, was f/k/a Actavis plc), Allergan Sales, LLC, and Allergan USA, Inc. in the above-captioned matter has changed her mailing address for service and all other communications. Her updated mailing address is:

> Kirkland & Ellis LLP
> 333 West Wolf Point Plaza
> Chicago, Illinois 60654

All other information remains unchanged.

| | |
|---|---|
| Dated April 23, 2024 | Respectfully submitted, |
| | */s/ Rebecca Fitzpatrick* |
| | Rebecca Fitzpatrick, P.C. |
| | KIRKLAND & ELLIS LLP |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | (312) 862-2000 |
| | rebecca.fitzpatrick@kirkland.com |
| | |
| | *Counsel for Defendants Allergan Finance, LLC, Allergan Limited, Allergan Sales, LLC, and Allergan USA, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, I caused NOTICE OF CHANGE OF ADDRESS OF COUNSEL to be served on counsel of record via the CM/ECF system.

/s/ Rebecca Fitzpatrick
Rebecca Fitzpatrick, P.C.