UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 <br><br> Case No. 1:17-md-2804 <br><br> Judge Dan Aaron Polster |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James Stephen Bennett, of the law firm Faegre Drinker Biddle & Reath LLP, hereby enters his appearance as attorney for Defendant Target Corporation in the above-captioned matter.

Dated:  April 24, 2024

/s/ James Stephen Bennett
James Stephen Bennett (Indiana Bar No. 22869-02)
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: 260-424-8000
Fax: 260-460-1700
Email: stephen.bennett@faegredrinker.com

**Counsel for Defendant Target Corporation**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 24, 2024, the foregoing was electronically filed with the Clerk of court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                                             */s/ James Stephen Bennett*
                                                                                              James Stephen Bennett