**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*Track Eight: Cobb County, Georgia Case No. 1:18-op-45817-DAP*<br><br>COBB COUNTY,<br><br>    *Plaintiff*,<br><br>    v.<br><br>PURDUE PHARMA, L.P., et al.,<br><br>    *Defendants*. | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster<br><br>**PLAINTIFF COBB COUNTY'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Fed. R. Civ. P. 56, and for the reasons set forth in Plaintiff's Memorandum in Support of its Motion for Partial Summary Judgment that Publix Super Markets, Inc. Breached its Duties under the Controlled Substances Act and the Georgia Controlled Substances Act,[1] Plaintiff Cobb County, Georgia moves for partial summary judgment as described in the accompanying Memorandum in Support.

For the reasons stated in the Memorandum in Support, the Court should enter partial summary judgment that Defendant Publix Super Markets, Inc. owed certain anti-

---

[1] Cobb County's Memorandum in Support is being contemporaneously served on Defendant with the filing of this motion, and the parties have agreed to follow the procedures set forth in the "Directions Regarding Filing of Briefs Under Seal" issued by Special Master Cohen on June 24, 2019 (Dkt. 1719) and the Court's "Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal" dated July 5, 2019 (Dkt. 1813) with respect to filing the memorandum on the docket.

diversion duties and breached those duties under the Controlled Substances Act (21 U.S.C. §§ 801 *et seq.*) and its implementing regulations, and the Georgia Controlled Substances Act (GA. CODE ANN. § 16-13-20 *et seq.*) and its implementing regulations, with respect to the distribution and dispensing of prescription opioids in Cobb County, Georgia.

Dated:  April 26, 2024

    Respectfully submitted,

*Plaintiffs' Co-Lead Counsel*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue, Suite 201
San Juan, Puerto Rico 00918
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Liaison Counsel*

 /s/ Peter Weinberger
Peter Weinberger
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

**Counsel for Cobb County, GA (CT8):**

| | |
|---|---|
| Jayne Conroy<br>SIMMONS HANLY CONROY LLP<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>(212) 784-6400<br>jconroy@simmonsfirm.com | Sarah S. Burns<br>Jo Anna Pollock<br>SIMMONS HANLY CONROY LLP<br>One Court Street<br>Alton, IL 62002<br>(618) 259-2222<br>sburns@simmonsfirm.com<br>jpollock@simmonsfirm.com |
| Erin K. Dickinson<br>Charles J. Crueger<br>CRUEGER DICKINSON LLC<br>4532 N. Oakland Avenue<br>Whitefish Bay, WI 53211<br>(414) 210-3868<br>ekd@cruegerdickinson.com<br>cjc@cruegerdickinson.com | COBB COUNTY ATTORNEY'S OFFICE<br>H. William Rowling, Jr.<br>County Attorney<br>Lauren Bruce<br>Assistant County Attorney<br>100 Cherokee Street, Suite 300<br>Marietta, GA 30090<br>(770) 528-4000<br>H.William.Rowling@cobbcounty.org<br>Lauren.Bruce@cobbcounty.org |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

 /s/ Peter Weinberger
Peter Weinberger

3