# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*Track Eight: Cobb County, Georgia*<br>*Case No. 1:18-op-45817-DAP*<br><br>COBB COUNTY,<br><br>       *Plaintiff*,<br><br>    v.<br><br>PURDUE PHARMA, L.P., et al.,<br><br>       *Defendants*. | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster<br><br>**NOTICE OF SERVICE OF PLAINTIFF COBB COUNTY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING MATERIALS** |

PLEASE TAKE NOTICE that, pursuant to the "Directions Regarding Filing of Briefs Under Seal" issued by Special Master Cohen on June 24, 2019 (Dkt. 1719), the Court's "Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal" dated July 5, 2019 (Dkt. 1813), and the agreement of the parties, Plaintiff in the Track Eight Case, Cobb County, Georgia, served Defendant Publix Super Markets, Inc., the Court, and the Special Masters by email on April 26, 2024, the following documents:

1. Plaintiff's Motion for Partial Summary Judgment that Publix Super Markets, Inc. Breached its Duties Under the Controlled Substances Act and the Georgia Controlled Substances Act;

2. Plaintiff's Memorandum of Law in Support of Its Motion for Partial Summary Judgment that Publix Super Markets, Inc. Breached its Duties Under the Controlled Substances Act and the Georgia Controlled Substances Act; and

3. Exhibits 1 through 57 as reflected on the Exhibit List attached as Attachment 2.

A Summary Sheet describing the motion is attached as Attachment 1.

1

Dated:  April 26, 2024

Respectfully submitted,

*Plaintiffs' Co-Lead Counsel*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue, Suite 201
San Juan, Puerto Rico 00918
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Liaison Counsel*

 /s/ Peter Weinberger
Peter Weinberger
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

**Counsel for Cobb County, GA (CT8):**

| | |
|---|---|
| Jayne Conroy | Sarah S. Burns |
| SIMMONS HANLY CONROY LLP | Jo Anna Pollock |
| 112 Madison Avenue, 7th Floor | SIMMONS HANLY CONROY LLP |
| New York, NY 10016 | One Court Street |
| (212) 784-6400 | Alton, IL 62002 |
| jconroy@simmonsfirm.com | (618) 259-2222 |
| | sburns@simmonsfirm.com |
| | jpollock@simmonsfirm.com |
| | |
| Erin K. Dickinson | COBB COUNTY ATTORNEY'S OFFICE |
| Charles J. Crueger | H. William Rowling, Jr. |
| CRUEGER DICKINSON LLC | County Attorney |
| 4532 N. Oakland Avenue | Lauren Bruce |
| Whitefish Bay, WI 53211 | Assistant County Attorney |
| (414) 210-3868 | 100 Cherokee Street, Suite 300 |
| ekd@cruegerdickinson.com | Marietta, GA 30090 |
| cjc@cruegerdickinson.com | (770) 528-4000 |
| | H.William.Rowling@cobbcounty.org |
| | Lauren.Bruce@cobbcounty.org |

## CERTIFICATE OF SERVICE

     I hereby certify that on April 26, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

                                            */s/ Peter Weinberger*
                                            Peter Weinberger