# NOTICE OF SERVICE: ATTACHMENT 2

# MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY ADJUDICATION WITH RESPECT TO THE CONTROLLED SUBSTANCES ACT

# EXHIBIT LIST

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*Track Eight: Cobb County, Georgia Case No. 1:18-op-45817-DAP*<br><br>COBB COUNTY,<br><br>      *Plaintiff,*<br><br>    v.<br><br>PURDUE PHARMA, L.P., et al.,<br><br>      *Defendants.* | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## Exhibit List

| Exhibit Number | Description | Date | Trial Exhibit Number |
|---|---|---|---|
| 1. | Publix Super Market's Answer & Affirmative Defenses to Cobb County Supp & Amended Allegations | 12/9/2021 | |
| 2. | Facts & Figures Publix Company Overview | 2/1/2024 | P-01378 |
| 3. | Excerpts of Katherine Leonard Deposition Transcript | 12/2/2022 | |
| 4. | McKesson letter to Ottolino re abuse of prescription drugs | 4/16/2008 | P-01389 |
| 5. | Expert Report of Anna Lembke | 2/7/2024 | P-01357 |
| 6. | Slone email re Price Sheet 8-20-15 (Public Analysis) with Enterprise and SOMS .xlsx; Publix SOM Solution-Sales Presentation | 9/23/2015 | P-01387 |
| 7. | Excerpts of Laura Slone Deposition Transcript | 10/28/2022 | |
| 8. | Katherine Leonard email re Pharmacy FLRetail_Jobaid; Order Discrepancy Flow Chart; | 5/29/2019 | P-01381 |

|  | | | |
|---|---|---|---|
|  | POReceivingApplication_Procedures; Publix Pharmacy HR 2019 | | |
| 9. | Pharmacy Hours Forecast | 2/3/2017 | P-01380 |
| 10. | Publix Super Markets, Inc. Supplemental Objections and Responses to Plaintiff's Interrogatories to Chain Pharmacy Defendants | 6/16/2021 | |
| 11. | Craig McCann Summary of ARCOS data | 1/24/2024 | DEMO-Publix MSJ-001 |
| 12. | Publix Memorandum re Prescription Drug Abuse; Chavez Deposition Exhibit 11 | 5/18/2011 | P-01376 |
| 13. | Jacobson email re: Combat Opioid Epidemic Program Overview; Smith Exhibit 3 | 10/1/2019 | P-01377 |
| 14. | Smith email re: Pharmacy Opportunities and | 7/24/2018 | P-01363 |
| 15. | Warren email re Dr. Review | 4/2/2020 | P-01356 |
| 16. | Excerpts from Fred Ottolino Deposition Transcript | 12/6/2022 | |
| 17. | Excerpts from Dain Rusk Deposition Transcript | 10/6/2023 | |
| 18. | Publix Super Markets. Inc. Wholesaler Application to Georgia Board of Pharmacy | 8/1/2016 | P-01359 |
| 19. | Katenkamp email re: SRM L4 Q3 2016 | 11/29/2016 | P-01388 |
| 20. | Rannazzisi letter to Registrant | 12/27/2007 | P-01373 |
| 21. | Excerpts from Lindsay Burkhalter Deposition Transcript | 8/11/2023 | |
| 22. | Publix Pharmacy Compliance Team Meeting 2nd Quarter 2018 | 7/31/2018 | P-01374 |
| 23. | Excerpts from Chris Hewell Deposition Transcript | 11/4/2022 | |
| 24. | McAvoy email re SOMLink 17 Tests Details | 6/6/2018 | P-01361 |
| 25. | Toan Do email re: CS Threshold Training for Pharmacy Supervisors | 7/25/2018 | P-01371 |
| 26. | Excerpts from Shannon Brice Deposition Transcript | 8/3/2023 | |

| 27. | Excerpts from Jillanne Smith Deposition Transcript | 11/15/2022 | |
|---|---|---|---|
| 28. | Smith email re: DVP Update Nov. 2018 | 11/21/2018 | P-01366 |
| 29. | Smith email re: CS-Diversion Analytics; CS-SigLossReporting; CS-SOM; CS-Training | 8/9/2018 | P-01367 |
| 30. | Excerpts from Leigh Ann Jacobson Deposition Transcript | 11/8/2022 | |
| 31. | Craig McCann Expert Report and Appendix 8.3B | 1/24/2024 | P-01355 |
| 32. | Excerpts of Micheal Chavez transcript | 12/14/2022 | |
| 33. | Chavez email re: Fraudulent Rx | 1/30/2020 | P-01365 |
| 34. | General Expert Report of Carmen Catizone | 1/24/2024 | P-01353 |
| 35. | Hewell email re: Pharmacy Controlled Substance Threshold Change Request Form | 3/28/2016 | P-01384 |
| 36. | Pharmacy Controlled Substance Threshold Change Request Form; Hewell | 4/4/2016 | P-01383 |
| 37. | Pharmacy Controlled Substance Threshold Change Request Form | 5/3/2016 | P-01385 |
| 38. | Pharmacy Controlled Substance Threshold Change Request Form | 5/23/2016 | P-01382 |
| 39. | Polster email re: Physicians surrender DEA Permits | 8/15/2014 | P-01379 |
| 40. | Excerpts from Deanna Bunch Deposition Transcript | 7/31/2023 | |
| 41. | Chapter 8: Regulations and Associated Publix Policies | 10/10/2012 | P-01358 |
| 42. | Warren email re: Controlled Substances Laws AL, GA, NC, SC, VA | 6/7/2018 | P-01362 |
| 43. | Pharmacy Compliance – Prioritized Areas of Focus | 8/6/2018 | P-01370 |
| 44. | Steve Smith Email re : Training | 12/29/2020 | P-01372 |
| 45. | Specific Expert Report of Carmen Catizone, MS, RPh, DPh | 1/24/2024 | P-01354 |
| 46. | Excerpts from Erika Owens Deposition Transcript | 7/28/2023 | |
| 47. | Excerpts from Chris Hewell Deposition Transcript | 10/7/2022 | |

| 48. | Leonard email re: Pharmacy Advocate Feedback 03.2021 | 3/26/2021 | P-01368 |
| --- | --- | --- | --- |
| 49. | Madill email re: Pharmacy Advocacy Meeting Notes/AVS Reminder | 4/7/2021 | P-01369 |
| 50. | Chavez email re: **Action Item** - PDMP checks | 3/14/2019 | P-01364 |
| 51. | Publix Quarterly Retail Bonus Plan | 9/10/2018 | P-01360 |
| 52. | Power Point of Publix Opioid Task Force | 0/00/0000 | P-01375 |
| 53. | Expert Report of Joseph T. Rannazzisi | 1/24/2024 | P-01352 |
| 54. | USDOJ Pharmacist's Manual | 0/00/2022 | P-41146 |
| 55. | Excerpts from the Dennis Troughton, Sr. Deposition | 9/14/2023 | |
| 56. | Fazio email re AE/PC/ROC/SOP1.7.1 Details for 1016110000003244 PFT-000043540 | 3/22/2010 | P-01349 |
| 57. | Dr. Sadler Rx Fills - Troughton Ex. 30 | 2010-2017 | P-01350 |