UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Rochester v. Purdue Pharma, L.P.,* No. 19-op-45853 (Track 12)<br><br>*Lincoln County v. Richard Sackler, M.D.,* No. 20-op-45069 (Track 13)<br><br>*City of Independence, Missouri v. Williams,* No. 1:19-op-45371<br><br>*County of Webb v. Purdue Pharma, L.P.,* No. 18-op-45175 (Track 15) | MDL 2804<br>Case No. 1:17-md-2804<br><br>**Judge Dan Aaron Polster** |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER
REGARDING IDENTITIES OF MEMBERS OF EXPRESS SCRIPTS'
PHARMACY AND THERAPEUTICS COMMITTEE**

The Plaintiffs' Executive Committee in MDL 2804 (the "PEC") and the Express Scripts Defendants ("Express Scripts"), having agreed that Express Scripts will provide certain discovery about Express Scripts' Pharmacy & Therapeutics ("P&T") Committee and having agreed to procedures and other matters relative to same, hereby jointly move the Court to enter the proposed PROTECTIVE ORDER REGARDING IDENTITIES OF MEMBERS OF EXPRESS SCRIPTS' PHARMACY AND THERAPEUTICS COMMITTEE, submitted as Exhibit A hereto.

WHEREFORE, the PEC and Express Scripts jointly and respectfully request that the Court enter the proposed PROTECTIVE ORDER REGARDING IDENTITIES OF MEMBERS OF EXPRESS SCRIPTS' PHARMACY AND THERAPEUTICS COMMITTEE submitted herewith.

Date: April 29, 2024                                          Respectfully submitted,

                                                               /s/ Jonathan G. Cooper
                                                              Mike Lyle
                                                              Jonathan G. Cooper
                                                              QUINN EMANUEL URQUHART &
                                                              SULLIVAN, LLP
                                                              1300 I St. NW, Suite 900
                                                              Washington, DC 20005
                                                              Tel: (202) 538-8000
                                                              mikelyle@quinnemanuel.com
                                                              jonathancooper@quinnemanuel.com

                                                              *Counsel for the Express Scripts Defendants*


                                                              */s/ Anthony D. Irpino*
                                                              Anthony D. Irpino
                                                              Pearl A. Robertson
                                                              IRPINO, AVIN, HAWKINS
                                                              2216 Magazine Street
                                                              New Orleans, Louisiana 70130
                                                              Phone: (504) 525-1500
                                                              Fax: (504) 525-1501
                                                              E-mail: airpino@irpinolaw.com
                                                              E-mail: probertson@irpinolaw.com

                                                              *Counsel for Plaintiffs' Executive Committee*

2