UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *This Document Relates to:* | CASE NO: 1:17-md-2804 |
| *All Cases Noted on Attached Exhibit* | JUDGE DAN AARON POLSTER |

## MASTER STIPULATION AND ORDER DISMISSING WITH PREJUDICE THE TEVA DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Exhibit A (collectively, "Dismissing Plaintiffs"), and Teva Defendants[1], and pursuant to the election of each Dismissing Plaintiff to participate in the settlement agreement dated February 4, 2022, between the parties (the "Settlement") that: all claims of each Dismissing Plaintiff against each of the Teva Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE**. Each party to bear its own costs.

Date: April 29, 2024

---

[1] Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Cupric Holding Co., Inc., Teva Pharmaceutical Holdings Cooperative U.A., Teva Pharmaceuticals Europe B.V., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Co., LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories Inc.-Salt Lake City, Actavis Laboratories FL, Inc. f/k/a Watson Laboratories, Inc.-Florida, Anda, Inc., Anda Veterinary Supply, Inc., Anda Marketing Inc., Anda Pharmaceuticals, Inc., and Valmed Pharmaceuticals, Inc.

        Respectfully submitted,

        /s/ *Jeffrey B. Simon*
        Jeffrey B. Simon
        TX State Bar No. 00788420
        **SIMON GREENSTONE PANATIER, P.C.**
        901 Main Street, Suite 5900
        Dallas, Texas 75202
        Tel: 214-276-7680/ Fax: 214-276-7699
        jsimon@sgptrial.com

        *On behalf of the Court-Appointed Plaintiffs' Steering Committee, Chair*

        **MORGAN, LEWIS & BOCKIUS LLP**

        */s/ Nancy L. Patterson*
        Nancy L. Patterson
        Texas Bar No. 15603520
        nancy.patterson@morganlewis.com
        Cullen Pick
        Texas Bar No. 24098260
        cullen.pick@morganlewis.com
        1000 Louisiana Street, Suite 4000
        Houston, Texas 77002
        Telephone: (713) 890-5000
        Facsimile: (713) 890-5001

        Collie F. James, IV
        collie.james@morganlewis.com
        MORGAN, LEWIS & BOCKIUS LLP
        600 Anton Boulevard, Suite 1800
        Costa Mesa, CA 92626-7653
        Telephone: (714) 830-0600
        Facsimile: (714) 830-0700

SO ORDERED this 30th day of April, 2024.


 *s/Dan Aaron Polster*
Hon. Dan Aaron Polster
United States District Judge