UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | Case No.: 17-MD-2804<br><br>Judge:  Dan Aaron Polster<br><br>**PBM DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO LIFT MORATORIUM ON SUBSTANTIVE FILINGS AND REQUEST FOR BRIEFING SCHEDULE** |

On April 22, 2024, the PEC filed a "Motion to Lift Moratorium on Substantive Filings to Permit Plaintiffs to File Motions for Leave to Amend to Add Defendants" in which the PEC asked the Court to lift the moratorium on substantive filings set forth in CMO 1 (Dkt. 232) to permit plaintiffs to file motions for leave to amend to name additional defendants. OptumRx and Express Scripts take no position on the PEC's motion to lift the moratorium. But if the Court is inclined to grant the PEC's motion, the PBM Defendants propose the following briefing schedule on any motion for leave to amend existing complaints:

- The PEC will file its motion for leave to amend to name additional defendants within **30 days** after the Court's order granting the PEC's motion to lift the moratorium.

- Any defendant wishing to file an opposition to the PEC's motion for leave to amend will do so within **30 days** of the deadline for the PEC to file its motion for leave.

- The PEC will file its reply brief in support of its motion for leave, if any, within **14 days** of the deadline for defendants to oppose the PEC's motion for leave.

Dated: April 30, 2024

/s/ Brian D. Boone
Brian D. Boone
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel: (704) 444-1000
brian.boone@alston.com

William H. Jordan
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
bill.jordan@alston.com

Kimberly K. Chemerinsky
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Tel: (213) 576-1000
kim.chemerinsky@alston.com

*Attorneys for Defendant OptumRx, Inc.*

/s/ Jonathan G. Cooper
Mike Lyle
Jonathan G. Cooper
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
1300 I St. NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

Sage R. Vanden Heuvel
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 S. Figueroa St. Floor 10
Los Angeles, CA 90017
Tel: (213) 443-3000
sagevandenheuvel@quinnemanuel.com

*Attorneys for Express Scripts Defendants*