| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804<br><br>CASE NO. 1:17-MD-02804-DAP<br><br>JUDGE DAN AARON POLSTER |

### NOTICE OF APPEARANCE OF COUNSEL

David C. Schulte, of the law firm Holland & Knight LLP, respectfully requests the Court add him as counsel of record to be noticed on behalf of defendants Navitus Health Solutions, LLC and Navitus Holdings, LLC in the above-captioned matter.

| | |
|---|---|
| Dated:  May 2, 2024 | Respectfully submitted,<br><br> */s/ David C. Schulte*<br>David C. Schulte<br>   Texas Bar No. 24037456<br>   david.schulte@hklaw.com<br>HOLLAND & KNIGHT LLP<br>1722 Routh St., Suite 1500<br>Dallas, Texas  75201<br>(214) 964-9500 (telephone)<br>(214) 964-9501 (facsimile)<br><br>**ATTORNEY FOR DEFENDANTS**<br>**NAVITUS HEALTH SOLUTIONS, LLC AND**<br>**NAVITUS HOLDINGS, LLC** |

### CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2024, this document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ David C. Schulte*
David C. Schulte