# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) *"Track 8"* ) ) | CASE NO. 1:17-MD-2804  Judge Dan Aaron Polster  **ORDER REGARDING BRIEFING** |

In the bellwether case of *Cobb County v. Purdue Pharma L.P.*, case no. 18-OP-45817, the Court's most recent Case Management Order ("CMO") set the following deadlines: (1) August 9, 2024 for dispositive and *Daubert* motions; (2) October 10, 2022 for responses to those motions; and (3) November 12, 2022 for replies to those motions. *See Cobb County* docket no. 26 at 8. Those dates, however, were premised upon two expectations: first, that the parties would simultaneously file numerous dispositive and *Daubert* motions at the initial deadline; and second, that the parties would not file any such motion before that initial deadline.

On April 26, 2024, however, plaintiff Cobb County served on defendant Publix a motion for partial summary judgment. *See Cobb County* docket no. 75. The Court concludes it is appropriate to require submission of response and reply briefs to this motion well before the above-cited dates. Accordingly, the Court hereby sets the following deadlines. Publix will file a response brief to Cobb County's motion for partial summary judgment on or before July 2, 2024, and plaintiff will file a reply brief on or before July 23, 2024.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**DATED**: May 2, 2024