UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *This Document Relates to:* | CASE NO: 1:17-md-2804 |
| *All Cases Noted on Attached Exhibit* | JUDGE DAN AARON POLSTER |

## MASTER STIPULATION AND ORDER DISMISSING WITH PREJUDICE RELEASED CLAIMS AGAINST ALLERGAN DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Exhibit A (collectively, "Dismissing Plaintiffs"), and Allergan Defendants[1], that, pursuant to the election of each Dismissing Plaintiff to participate in the Allergan-Texas State-Wide Opioid Settlement Agreement, which is dated May 11, 2023, which is binding on the Dismissing Plaintiffs and the Allergan Defendants, and which has an Effective Date of May 11, 2023, all claims of each Dismissing Plaintiff against any Allergan Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Harris County District Court, 152nd Judicial District ("Texas Opioid MDL"), shall retain jurisdiction with respect to the Allergan–Texas State-Wide Opioid Settlement Agreement to the extent provided in under that Agreement.

Date: May 3, 2024

---

[1] Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., collectively and together with their Released Entities.  The Released Entities are each and every entity that is a "Released Entity" as set forth in ¶ 76 of Allergan Public Global Opioid Settlement Agreement, available at https://nationalopioidsettlement.com/wp-content/uploads/2023/08/Final-Allergan-Settlement-Agreement-8-29-23.pdf, and in the Allergan–Texas Statewide Opioid Settlement Agreement as an Addendum dated May 11, 2023.

Respectfully submitted,

/s/ *Jeffrey B. Simon*
Jeffrey B. Simon
TX State Bar No. 00788420
**SIMON GREENSTONE PANATIER, P.C.**
901 Main Street, Suite 5900
Dallas, Texas 75202
Tel: 214-276-7680/ Fax: 214-276-7699
jsimon@sgptrial.com

*On behalf of the Court-Appointed Plaintiffs' Steering Committee, Chair*

**KIRKLAND & ELLIS LLP**

/s/ *Rebecca Fitzpatrick*
Rebecca Fitzpatrick
300 North LaSalle, Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200
james.hurst@kirkland.com
rebecca.fitzpatrick@kirkland.com

Wesley Hill
Tex. Bar No. 24032294
Brett F. Miller
Tex. Bar No. 24065750
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 212-3937
Facsimile: (903) 757-2323
wh@wsfirm.com
bmiller@wsfirm.com

*Counsel for Allergan Defendants*

SO ORDERED this ____ Day of ____, 2024.

_____
Hon. Dan Aaron Polster
United States District Judge

## CERTIFICATE OF SERVICE

  I hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

                */s/Jeffrey B. Simon*
                Jeffrey B. Simon