# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO ALL CASES** | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## CERTAIN SETTLING DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO LIFT MORATORIUM ON SUBSTANTIVE FILINGS TO PERMIT PLAINTIFFS TO FILE MOTIONS FOR LEAVE TO AMEND TO ADD DEFENDANTS

Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, and Amneal Pharmaceuticals, Inc. (collectively "Amneal"), Hikma Pharmaceuticals USA Inc., f/k/a West-Ward Pharmaceuticals Corp. ("Hikma"), and Sandoz Inc., Novartis Pharmaceuticals Corporation, Novartis Corporation, Novartis Manufacturing, LLC, Novartis Institutes for Biomedical Research, Novartis AG, and Sandoz International GmbH (collectively "Sandoz and Novartis") (collectively "Settling Defendants") respectfully submit this response to the Plaintiffs' Executive Committee's ("Plaintiffs") Motion To Lift Moratorium On Substantive Filings To Permit Plaintiff To File Motions For Leave To Amend To Add Defendants ("Motion").

On August 31, 2023, Sandoz and its corporate affiliates (including Novartis) reached a conditional settlement agreement with representatives for Political Subdivision Plaintiffs and Tribe Plaintiffs on a resolution of the pending cases against Sandoz and Novartis.

On February 1, 2024, Hikma announced a settlement agreement in principle for a nationwide resolution of all opioids cases that have been filed and that might have been filed against Hikma by states, counties, municipalities, and Native American Tribal Nations in the United States.

On May 3, 2024, Amneal and Plaintiffs announced a settlement in principle for a nationwide resolution to the opioids cases that have been filed and that might have been filed against Amneal by states, counties, municipalities, and Native American Tribal Nations across the United States.

Accordingly, Plaintiffs' Motion is moot as to the Settling Defendants.

Dated: May 6, 2024

Respectfully Submitted,

*/s/ Paul J. Cosgrove*
Paul J. Cosgrove
UB Greensfelder LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 698-5000/Fax: (513) 698-5001
pcosgrove@ubglaw.com

Joshua A. Klarfeld
Georgia Hatzis
UB Greensfelder LLP
1660 W. 2nd Street Suite 1100
Cleveland, Ohio 44113
Phone: (216) 583-7000/Fax: (216) 583-7001
jklarfeld@ubglaw.com
ghatzis@ubglaw.com

*Attorneys for Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York, LLC*

*/s/ Christopher B. Essig* (with consent)
Christopher B. Essig
Scott M. Ahmad
Reid F. Smith
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
cessig@winston.com
sahmad@winston.com
rfsmith@winston.com

*Attorneys for Defendant
Hikma Pharmaceuticals USA Inc.
f/k/a West-Ward Pharmaceuticals Corp.*

*/s/ Sara K. Thompson* (with consent)
Sara K. Thompson
Lori G. Cohen
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Ste 2500
Atlanta, GA 30305
(678) 553-2392 Telephone
(678) 553-2393 Facsimile
Email: thompsons@gtlaw.com
Email: cohenl@gtlaw.com

Gregory E. Ostfeld
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Ste 3100
Chicago, IL 60601
(312) 456-8400 Telephone
(312) 456-8444 Facsimile

2

Email: ostfeldg@gtlaw.com

*Attorneys for Defendants Sandoz Inc., Novartis Pharmaceuticals Corporation, Novartis Corporation, Novartis Manufacturing, LLC, Novartis Institutes for Biomedical Research, Novartis AG, and Sandoz International GmbH*

**CERTIFICATE OF SERVICE**

The undersigned certifies on May 6, 2024, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Paul J. Cosgrove*