# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL. No. 2804<br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that Matthew P. Hooker of the law firm ALSTON & BIRD LLP enters his appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated: May 8, 2024

                                                Respectfully submitted,

                                                */s/ Matthew P. Hooker*
                                                Matthew P. Hooker
                                                North Carolina Bar No. 56334
                                                **ALSTON & BIRD LLP**
                                                555 Fayetteville Street, Suite 600
                                                Raleigh, NC 27560
                                                Tel.: (919) 862-2200
                                                Fax: (919) 862-2260
                                                matthew.hooker@alston.com