UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL. No. 2804<br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that William W. Metcalf of the law firm ALSTON & BIRD LLP enters his appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated: May 8, 2024

Respectfully submitted,

 */s/ William W. Metcalf*
William W. Metcalf
North Carolina Bar No. 59398
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel.: (704) 444-1000
Fax: (704) 444-1111
will.metcalf@alston.com