# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 1:17-md-2804 |
| *All Cases* | ) ) ) ) | Hon. Dan Aaron Polster |

## ALBERTSONS COMPANIES INC.'S
## BELLWETHER SELECTION SUBMISSION

In accordance with the Court's Order Setting Bellwether Process For Defendant Albertsons (Dkt. 5418), Albertsons Companies, Inc. ("Albertsons"), identifies the following two cases as its bellwether selections:

- *Town of Hull v. AmerisourceBergen Drug Corp., et al.,* Case No. 1:19-op-46172 (D. Mass., 1st Circuit)

- *Bingham County v. Purdue Pharma*, L.P., *et al*., Case No. 1:19-op-45758 (D. Idaho, 9th Circuit)

Albertsons reserves all rights, defenses, and objections with respect to the above-listed cases and the cases proposed by the Plaintiffs' Executive Committee.

Dated:  May 13, 2024

Respectfully Submitted,

By: */s/ Francis A. Citera*

Francis A. Citera
Gretchen N. Miller
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: (312) 456-8400
Fax: (312) 456-8435
citeraf@gtlaw.com
millerg@gtlaw.com

*Counsel for Albertsons Companies, Inc.*

## CERTIFICATE OF SERVICE

I, Francis A. Citera, an attorney, certify that I caused a copy of the foregoing **ALBERTSONS COMPANIES INC.'S BELLWETHER SELECTION SUBMISSION** to be served upon the parties of record using the CM/ECF system which will send notification of such filing on this May 13, 2024.

                                                   */s/ Francis A. Citera*
                                                   Francis A. Citera