# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | Case No. 17-md-2804 |
| *This document relates to:* | Hon. Dan Aaron Polster |
| All Cases | |

## PLAINTIFFS' EXECUTIVE COMMITTEE'S
## BELLWETHER SELECTION SUBMISSION

In accordance with the Court's Order Setting Bellwether Process For Defendant Albertsons (Dkt. 5418), the Plaintiffs' Executive Committee ("PEC"), identifies the following two cases as bellwether selections:

- *County of Monterey v. Amerisourcebergen Drug Corporation., et al.,* Case No. 1:18-op-45615 (N.D. Cal., 9th Circuit)

- *County of Mendocino v. Amerisourcebergen Drug Corporation., et al.,* Case No. 1:18-op-45654 (N.D. Cal., 9th Circuit)

The PEC reserves all rights, claims, and objections with respect to the above-listed cases and the cases proposed by Albertsons.

Dated: May 13, 2024

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue, Suite 201
San Juan, PR  00918
(304) 654-8281
paul@farrellfuller.com

*MDL Plaintiffs' Co-Lead Counsel*


*/s/ Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (fax)
pweinberger@spanglaw.com

*MDL Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Peter H. Weinberger*
Peter H. Weinberger