UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) *Track Eight: Cobb County, Georgia* ) Case No. 1:18-op-45817-DAP ) ) Cobb County, ) ) *Plaintiff,* ) ) v. ) ) Purdue Pharma, L.P., et al., ) ) *Defendants.* ) ) | MDL NO. 2804  **Case No. 1:17-md-2804**  **JUDGE DAN AARON POLSTER** |

**NOTICE OF FILING REDACTED/UNREDACTED VERSIONS OF PLAINTIFF COBB COUNTY'S APRIL 26, 2024 MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXHIBITS THERETO**

The Plaintiffs' Executive Committee ("PEC") hereby provides notice of, and files into the public record, un-redacted versions of Plaintiff Cobb County's April 26, 2024 Memorandum in Support of its Motion for Partial Summary Judgment that Publix Super Markets, Inc. Breached its Duties under the Controlled Substances Act and the Georgia Controlled Substances Act,[1] and exhibits 1-7, and 10-56 attached thereto, along with redacted versions of exhibits 8, 9 & 57 attached thereto, as follows:

---

[1] On April 26, 2024, Plaintiff Cobb County filed its motion for partial summary judgment, *see* dkt. no. 5416, and its notice of service of its supporting memorandum and exhibits 1-57 attached thereto. *See* dkt. nos. 5417, 5417-1, and 5417-2.  The instant notice of filing redacted/unredacted versions relates to those filings.

**Exhibit 8**: 5/29/2019 K. Leonard email attaching Pharmacy FL Retail Job aid; Order Discrepancy Flow Chart (P-01381, PUBLIX-MDLT8-00132823-863) with redactions to PDF pages 7-17 and 22-23;

**Exhibit 9**: 2/3/2017 email from L. Shoemaker with attached 2/11/2017 Pharmacy Hours Forecast (P-01380, PUBLIX-MDLT8-00115539-40), redacting the one column ("Forecasted Rx Items") on PDF pages 4-45;

**Exhibit 57**: Dr. Sadler Rx Fills (P-01350a, PUBLIX-MDLT8-00071320) with redactions to the entirety of columns M, N, AA and AI in both (GA and Cobb) tabs on the spreadsheet.

As a result of the PEC's confidentiality challenges, meet and confers between Publix and the PEC, and confirmation from Special Master Cohen regarding the validity of the above redactions,[2] the attached April 26, 2024 Memorandum in Support of its Motion for Partial Summary Judgment that Publix Super Markets, Inc. Breached its Duties under the Controlled Substances Act and the Georgia Controlled Substances Act, and exhibits 1-7, and 10-56 can be and are hereby filed publicly without redactions, and exhibits 8, 9 & 57 can be and are hereby filed publicly with redactions as described above.

Dated: May 13, 2024

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)

---

[2] On May 10.2024, Special Master Cohen confirmed (via email) that the joint proposed redactions as outlined herein were approved and that Cobb County's April 26, 2024 motion for partial summary judgment (including the memorandum in support and exhibits related thereto) could be filed on the docket with only the redactions to exhibits 8, 9 and 57, as set forth herein.

jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR 00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2024, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

s/Peter H. Weinberger
Peter H. Weinberger