# EXHIBIT 2

Looking for Publix.com?                                                                                      Contact Us

Home  /  About Publix  /  Company Overview

# Facts & Figures

## Here are a few facts about our company.

- We were founded in 1930 in Winter Haven, Florida, by George W. Jenkins.
- We are the largest employee-owned company in the United States.
- We are one of the 10 largest-volume supermarket chains in the country.
- Our retail sales in 2022 reached $54.5 billion.
- Currently, we employ over 250,000 people.
- We've received numerous awards for being a great place to shop and work.

## . . . and these are our Southeast locations.

**1,365 store locations**

- Alabama (90 stores)
- Florida (863 stores)
- Georgia (211 stores)
- Kentucky (1 store)
- North Carolina (54 stores)
- South Carolina (69 stores)
- Tennessee (57 stores)
- Virginia (20 stores)

**10 distribution centers**

- Boynton Beach, Florida
- Dacula, Georgia
- Deerfield Beach, Florida



PLAINTIFF TRIAL EXHIBIT
P-01378

- Greensboro, North Carolina
- Jacksonville, Florida
- Lakeland, Florida
- McCalla, Alabama
- Miami, Florida
- Orlando, Florida
- Sarasota, Florida

10 manufacturing facilities

- Atlanta, Georgia (Bakery plant)
- Dacula, Georgia (Dairy plant)
- Deerfield Beach, Florida (Dairy plant, Fresh Kitchen)
- Lakeland, Florida (Bakery plant, Dairy plant, Deli Kitchen, Fresh Kitchen, Printing Services)
- Orlando, Florida (Produce Snacks)



# Publix Photo Timeline

P-01378_2

Case: 1:17-md-02804-DAP Doc #: 5437-3 Filed: 05/13/24 4 of 4. PageID #: 635803

Take a tour of our Photo Timeline to learn more about the history of Publix since our company was founded in 1930.



## Awards

Publix is proud of our accomplishments as a caring employer, industry leader, and member of the community.

    

Terms of Use & Privacy Policy

Healthcare Nondiscrimination

Accessibility

Site Map

Copyright © Publix Asset Management Company 2024. All Rights Reserved. Publix is an equal opportunity employer committed to a diverse workforce.