EXHIBIT 6

| | |
|---|---|
| **From:** | Laura Slone </O=PUBLIX/OU=NAMERICA/CN=RECIPIENTS/CN=XLXC> |
| **To:** | Chris Hewell |
| **Sent:** | 9/23/2015 3:09:09 PM |
| **Subject:** | FW: Pharmacy Budget - SOM |
| **Attachments:** | Pricing sheet 8-20-15 (Publix analysis) with Enterprise and SOM .xlsx; Publix SOM Solution-Sales Presentation.pdf |

I probably should not side bar with you but… The only requirement for us with SOM is to report it. The DEA does not tell us how. It would appear that AXWAY is throwing in a "sun roof" at a $353 cost. The only other thing I see is could this be added on later through them…. Yes. My next question is since your team is going to have control over this you should probably shake your money tree and shell out the $$ for it. But again could be done later ..

**Laura Slone**
Assistant Department Manager
Compliance / Regulatory Manager
Publix Super Markets, Inc.
Orlando Pharmacy Warehouse
Phone. 407-856-2301 Ext. 3016/Fax.407-240-3380
laura.slone@publix.com

---

**From:** Carlos Kuri
**Sent:** Wednesday, September 23, 2015 2:32 PM
**To:** Rachelle Pierre
**Cc:** Laura Slone; Carlos Kuri
**Subject:** RE: Pharmacy Budget - SOM

Rachelle,

The SOM is a separate application that can be provided by Axway at a cost. It can be used to monitor C2s and any control substances. The requirement is to use it to monitor C2 orders (for now) and for that it will be required to implement a solution. The cost was based on the numbers that were given by Axway before any negotiations and rough estimates on the implementation:

SOM Application (10 dashboards, 25 users):     $227,925
Yearly Maintenance (20%):                              $045,585
Hardware estimates:                               $030,000
Implementation estimates (Axway + Publix I/S):  $050,000
===================================================
Estimated Cost:                                    $353,510

This are early numbers. As we define the requirements and start negotiation with the vendor we will know more.

I am attaching the spread sheet with prices. SOM prices can be found in cells ranging from K:29 to O:34.

Also, I am attaching a presentation from Axway describing their SOM application.

---

**From:** Rachelle Pierre
**Sent:** Wednesday, September 23, 2015 1:21 PM
**To:** Laura Slone; Carlos Kuri



PLAINTIFF TRIAL
EXHIBIT
**P-01387**

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Subject:** FW: Pharmacy Budget - SOM

I wanted you to see the response from Chris. Can you try and explain it to me?
Also, to avoid any misunderstanding, let me go ahead and continue to communicate directly with Chris. I don't want him feeling like he is getting hit with this from several of us.

---

**From:** Rachelle Pierre
**Sent:** Wednesday, September 23, 2015 11:39 AM
**To:** Chris Hewell
**Subject:** Re: Pharmacy Budget - SOM

When you say the SOM application should focus on C11s, is that what we were already planning on? So are you basically agreeing that we don't need that extra scope and cost to be in this project?

Rachelle

On Sep 23, 2015, at 11:10 AM, Chris Hewell <Chris.Hewell@publix.com> wrote:

Rachelle,

This is the first that I have heard of the cost of this effort.  From what I understand, Axway, the CSOS solution provider, has a separate SOM tool that can be included.  We should probably understand Carlos' estimate and the scope of the extra work.

Laura and I both agree that we need a more robust SOM process to ship CII's.  Without a better solution than our current, we stand the risk of regulatory fines or loss of DEA licensure.  In previous conversations with Carlos, he asked whether or not we need to include the existing controls within the scope….at this time, I would say that the SOM application should focus on CII's and we can roll in the other controls in a separate project.

Thanks,
Chris Hewell

---

**From:** Rachelle Pierre
**Sent:** Tuesday, September 22, 2015 5:24 PM
**To:** Chris Hewell
**Subject:** Pharmacy Budget - SOM

Chris,
I am following up with the different teams who are responsible for staying on budget for the project and asking if anyone has risk of going over budget. Carlos responded saying he estimates he will be $350,000 over budget because of the SOM application that they were requested to include.
Obviously this is a large amount of money that was not included in the requirements project, and so not covered in the QDP.
Can you please provide me with the business justification for this system. This is certainly something we can do, but I want to be sure you understand the complexity of going back to the SMT for more money when it wasn't in the requirements, it will require significant justification. Perhaps it should be a separate effort.

From Carlos:
What is really missing is the cost of buying and implementing a Suspicious Order Monitoring application (SOM). This was a late requirement provided in August.  Our initial analysis is estimating around $350,000 to implement (Software, Hardware, and labor.)  I don't know if this should be considered part of the Pharmacy project or if it should be a separate effort.

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Thanks,
Rachelle

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00143500

P-01387_3



# Suspicious Order Monitoring Solution

**August 14, 2015**



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Background Information

The United States Drug Enforcement Administration (DEA) requires registrants to comply with the requirements of Title 21 CFR Part 1301.74 (b) which states that registrants are required to design and operate a system *to identify suspicious orders of controlled substances and inform the Field Division Office of any suspicious orders.*

- **Report Frequency:** Within 2 days
- **Audit Capability With Archive:** 2 years
- **Deadline for Compliance:** January 2016



© 2014  Axway    |    Confidential

2

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00143502

P-01387_5

# Requirements (1)

" Suspicious orders include orders of **unusual size**, orders **deviating** substantially **from a normal** pattern, and orders of **unusual frequency**."



© 2014  Axway    |    Confidential



3

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00143503

P-01387_6

# Solution Overview (1)

- The Axway SOM solution is designed for the **Compliance Team Manager & Operator** who are the main end-users

- The Solution enables them to address the Suspicious Order Monitoring requirements. Requirements that are listed in the document "21 CFR Part 1301.74 (b)"

- Suspicious orders identified by the solution are:
  - orders of <u>**unusual size**</u>
  - orders <u>**deviating**</u> substantially <u>**from a normal**</u> pattern
  - orders of <u>**unusual frequency**</u>
  - and location is also a parameter

- Suspicious orders are identified in real-time, all the time





© 2014  Axway    |    Confidential                    4

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00143504

P-01387_7

# Requirements (2)

**Notes:**

- DEA provides guidelines only. No detailed description of what is a suspicious order, nor how to implement this monitoring

**Therefore, registrants need:**

- a suspicious order monitoring system that is flexible, easy to adapt and evolve



© 2014  Axway      |      Confidential

5

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00143505

P-01387_8

# Solution Overview (2)

## For example, the solution identifies following situations:

- Real-time analysis of high volume items in an order by:
  - Pharmacy Location
  - Pharmacy Group
  - Etc.
- Real-time analysis of high volume of orders by:
  - Pharmacy Location
  - Pharmacy Group
  - Etc.
- Real-time analysis of rate of orders over a time period (including orders that may be entered, but delayed in processing) by:
  - Pharmacy Location
  - Pharmacy Group
  - Etc.



© 2014  Axway     |     Confidential

6

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00143506

P-01387_9

# Requirements (3)

**Notes:**

- Per the DEA guidelines, static thresholds are not adequate (reference)

**Therefore, registrants need :**

- a suspicious order monitoring system that use dynamic, statistical thresholds that "learns" what is "normal" (average) quantities for line items in orders



© 2014  Axway    |    Confidential

7

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00143507

P-01387_10

# Solution Overview (3)

## The Axway SOM solution

- Automatically creates historical profiles of orders volumes and pharmacies activities using the baselining capabilities.  The system learns what is normal
- Detects deviations from normal/usual profiles that represents suspicious orders situations
- Sends immediate notification to the compliance team and shows the necessary information to help them decide and confirm quickly and smartly whether it's an suspicious situation
- Puts a suspicious order on hold by sending back the command to the CSOS system
- Provides all information required for the DEA Reporting
  - All data required for DEA reporting is stored in SOM solution
  - Suspicious order data can be exported (excel, cvs, etc) for final reporting to the DEA

axway
business in motion

© 2014  Axway     |     Confidential

8

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Solution Overview
# Baselining Capabilities



9



© 2014  Axway     |     Confidential

9



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00143509

P-01387_12

# Solution Overview
# Example of dynamic threasholds



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Solution Overview
# Flexibility

The Axway SOM solution

- is delivered with set of predefined analytics

- Adding new analytics or modifying existing ones is very easy, done by configuration, without having to write a single line of code

- Can be done by a non-technical user. Which improve the adoption and reduce the time to value

- Includes a native connection to Axway CSOS Solution



© 2014  Axway    |    Confidential

11

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Performance

© 2013 Axway | Confidential

12

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00143512

P-01387_15

# Performance Metrics



## Scalability

- Click protocol headers to enable/disable expanded detail
- Click test block headers to lock/unlock selection



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00143513

P-01387_16

**DOCUMENT PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00143514

P-01387_17

DOCUMENT PRODUCED IN NATIVE FORMAT

600,000/yr.

| Active/Active | |
|---|---|
| $307,437.00 | $.51 per order |
| $67,637.00 | |
| $375,074.00 | |
| | |
| $375,074.00 | |
| $67,637.00 | |
| $67,637.00 | |
| | |
| $510,348.00 | $.28 per order |

50,000 orders per month  =  600,000/yr.

| Cloud | Active/Active | |
|---|---|---|
| CSOS annual Subscription | $ 122,400.00 | $.20 per order |
| | | |
| Total | $ 122,400.00 | |
| | | |
| Year 1 | $ 122,400.00 | |
| Year 2 | $ 122,400.00 | |
| Year 3 | $ 122,400.00 | |
| | | |
| 3 year Total | $ 367,200.00 | $.20 per order |

8/20/2015

Adding additional orders

| | | | | |
|---|---|---|---|---|
| 0-25,000 | 300000 | | $ 220,000.00 | Quoted |
| 25001 - 50,000 | 300000 | $ 0.15 | $ 43,719.00 | |
| 50,000 - 100,000 | 600000 | $ 0.07 | $ 43,719.00 | |

| Enterprise license | |
|---|---|
| CSOS (includes SOM) | $ 580,924.00 |
| Maintenance | $ 116,184.80 |
| | |
| Year 1 | $ 697,108.80 |

| Add SOM (up to 10 Dashboards) | 10 users | 25 users | 50 users |
|---|---|---|---|
| | $ 207,195.00 | $ 227,925.00 | $ 250,710.00 |
| | $ 41,439.00 | $ 45,585.00 | $ 50,142.00 |
| | $ 248,634.00 | $ 273,510.00 | $ 300,852.00 |

**"Orders"** are the number refers to the maximum anticipated electronic units that the Customer will track using the Software over a 1 month period.  A **single** electronic order includes both:  (i) an electronic inbound document received, validated, stored and acknowledged by the Software; and (ii) an electronic outbound document created, stored and/or sent by the Software.