# EXHIBIT 7

```
 1                  UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3
     ------------------------------)
 4                                 )
     IN RE:  NATIONAL PRESCRIPTION ) MDL No. 2804
 5   OPIATE LITIGATION             )
                                   )
 6   ------------------------------) Case No. 1:17-MD-2804
                                   )
 7   THIS DOCUMENT RELATES TO:     )
                                   )
 8   Case Track 8                  ) Hon Dan A. Polster
                                   )
 9   ------------------------------)
10
11            VIDEOTAPED DEPOSITION OF LAURA SLONE
                   FRIDAY, OCTOBER 28, 2022
12
                            - - -
13
         HIGHLY CONFIDENTIAL - SUBJECTIVE TO FURTHER
14                  CONFIDENTIALITY REVIEW
15                          - - -
16
17         Remote videotaped deposition of LAURA
18   SLONE, commencing at 10:05 a.m., on the above date,
19   before Juliana F. Zajicek, Registered Professional
20   Reporter, Certified Shorthand Reporter and Certified
21   Realtime Reporter.
22                          - - -
23              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                    Deps@golkow.com
```

HIGHLY CONFIDENTIAL - Laura Slone

```
 1              A P P E A R A N C E S :
           (All Parties Appeared Remotely)
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4        SIMMONS HANLY CONROY LLC
          112 Madison Avenue, 7th floor
 5        New York, NY 10016
          212-784-6400
 6        BY:  SARAH BURNS, ESQ.
               sburns@simmonsfirm.com;
 7             JAYNE CONROY, ESQ.
               jconroy@simmonsfirm.com;
 8             LAURA F. FITZPATRICK, ESQ.
               lfitzpatrick@simmonsfirm.com;
 9             JO ANNA POLLOCK, ESQ.
               jpollock@simmonsfirm.com
10
11        CRUEGER DICKINSON LLC
          4532 North Oakland Avenue
12        Whitefish Bay, Wisconsin 53211
          414-210-3868
13        BY:  ERIN K. DICKINSON, ESQ.
               ekd@cruegerdickinson.com
14
15        NAPOLI SHKOLNIK, PLLC
          270 Munoz Rivera Avenue, Suite 201
16        Hato Rey, Puerto Rico 00918
          833-271-4502
17        BY:  JODI KLOCKENGA, ESQ.
               JKlockenga@NapoliLaw.com
18
19   ON BEHALF OF THE KROGER COMPANY:
20        BOWLES RICE LLP
          United Square, Fifth Floor
21        501 Avery Street
          Parkersburg, West Virginia 26101
22        304-420-5501
          BY:  RYAN S. MOORE, ESQ.
23             rmoore@bowlesrice.com
24
```

HIGHLY CONFIDENTIAL - Laura Slone

```
 1              A P P E A R A N C E S :
            (All Parties Appeared Remotely)
 2

 3   ON BEHALF OF PUBLIX SUPER MARKETS, INC.:
 4         BARNES & THORNBURG LLP
           11 South Meridian Street
 5         Indianapolis, Indiana 46204
           317-231-7501
 6         BY:  MONICA R. BROWNEWELL SMITH, ESQ.
                mbrownewell@btlaw.com;
 7              MEREDITH THORNBURGH WHITE, ESQ.
                meredith.white@btlaw.com;
 8              KARA KAPKE, ESQ.
                kara.kapke@btlaw.com
 9
10
11   ALSO PRESENT:
12         BILL HAMMOND, Senior Director,
           Regulatory Legal and Litigation at
13         Publix Super Markets
14         JONATHAN JAFFE, Consultant;
15         DIANNE INT-HOUT, Trial/Exhibit Technician
16
17
18   THE VIDEOGRAPHER:
19         JUDY DIAZ
           Golkow Litigation Services
20
21
22
23
24
```

Case: 1:17-md-02804-DAP Doc #: 5437-8 Filed: 05/13/24 5 of 11. PageID #: 636495
HIGHLY CONFIDENTIAL - Laura Slone

```
 1                    I N D E X
 2
 3   WITNESS:                                    PAGE:
 4    LAURA SLONE
 5        EXAM BY MS. BURNS....................    7
 6
 7                      *****
 8
 9                   E X H I B I T S
10   LAURA SLONE EXHIBIT                     MARKED FOR ID
11    No. 1     Notice of Remote Deposition of     23
                Laura Slone
12
      No. 2     Publix Super Markets, Inc.         26
13              Supplemental Objections and
                Responses to Plaintiff's
14              Interrogatories to Chain Pharmacy
                Defendants
15
      No. 3     Personnel file;                    111
16              PUBLIX-MDLT8-00146084 - 710
17    No. 4     Document titled "receiving         120
                Acceptable Product";
18              PUBLIX-MDLT8-00147027 - 102
19    No. 5     US DOJ, DEA December 27, 2007      120
                letter to Dear Registrant;
20              PUBLIX-MDLT8-00147285 - 289
21    No. 6     US DOJ, DEA March 2, 2015 letter   120
                to Publix Super Markets, Inc.;
22              PUBLIX-MDLT8-00066950
23    No. 7     E-mail chain dated 9/23/2015,      138
                Subject: FW: Pharmacy Budget -
24              SOM, w/attachment;
```

E X H I B I T S

| LAURA SLONE EXHIBIT | | MARKED FOR ID |
|---|---|---|
| No. 8 | E-mail dated 9/19/2012, Subject: Routine Compliance Inspection Permit 221471 Publix 9-19-2012, w/attachment; PUBLIXX-MDLT8-00065917 - 944 | 152 |
| No. 9 | E-mail dated 5/14/2015, Subject: Inspection 2, w/attachment; PUBLIX-MDLT8-00117886 - 898 | 169 |
| No. 10 | US DOJ DEA Report Of Investigation, Date Prepared 07-21-2015; DEA-T711CC-00010761 - 775 | 171 |
| No. 11 | E-mail chain dated 9/13/2016, Subject: Re: Publix Super Markets, Inc.; PUBLIX-MDLT8-00057007 | 190 |
| No. 12 | Pharmacy Procurement Update September 2014; PUBLIX-MDLT8-00118726 - 727 | 197 |
| No. 13 | E-mail dated 1/22/2014, Subject: 1/21 Returnables Discussion Minutes; PUBLIX-MDLT8-00118022 | 201 |
| No. 14 | E-mail chain dated 10/18/2013, Subject: RE: Controlled substance reporting 10-18-13; PUBLIX-MDLT8-0116904 - 907 | 205 |
| No. 15 | Orlando Pharmacy Warehouse Standard Operating Procedures; PUBLIX-MDLT8-00057706 - 743 | 216 |
| No. 16 | Pharmacy Warehouse Standard Operating Procedures; PUBLIX-MDLT8-00057749 - 8058 | 219 |

```
 1                    E X H I B I T S
 2   LAURA SLONE EXHIBIT                          MARKED FOR ID
 3    No. 17     E-mail chain dated 7/26/2018,        228
                 Subject: FW: Pharmacy Warehouse
 4               SOP, w/attachment;
                 PUBLIX-MDLT8-00088237 - 570
 5
      No. 18     E-mail chain dated 11/14/2016,       236
 6               Subject: RE: Im20930419-Incorrect
                 item received from warehouse;
 7               PUBLIX-MDLT8-00069351 - 359
 8    No. 19     E-mail chain dated 1/7/2018,         242
                 Subject: RECCL: C2 Shortage PO #
 9               138753-01-CCL Attached;
                 PUBLIX-MDLT8-00070471 - 474
10
      No. 20     E-mail chain dated 6/15/20,          253
11               Subject: Signatures needed - CSRA
                 590D & Distributor Agreement
12               Publix Warehouse (RP0500391);
                 ABDCMDL10851380 - 392
13
      No. 21     E-mail chain dated 5/22/2018,        260
14               Subject: RE: 4-12-18 Theft
                 w/attachment; ABDCMDL07395452 -
15               461
16    No. 22     E-mail chain dated 3/19/2019,        266
                 Subject: FW: Theft and losses;
17               PUBLIX-MDLTI-00132595
18    No. 23     E-mail chain dated 3/27/2019,        271
                 Subject: RE: Store list for
19               Morphine; PUBLIX-MDLT8-00098055 -
                 056
20
21
22
23
24
```

```
 1              THE VIDEOGRAPHER:  We are now on the record.  My

 2    name is Judy Diaz.  I'm a legal videographer for

 3    Golkow Litigation Services.

 4              Today's date is October 28th, 2022, and

 5    the time is 10:05 a.m.

 6              This remote video deposition is being held

 7    In the Matter of Opioid Litigation, Track 8.

 8              The deponent is Laura Slone.

 9              All parties to this deposition are

10    appearing remotely and have agreed to the witness

11    being sworn in remotely.

12              All counsel will be noted on the

13    stenographic record.

14              The court reporter is Juliana Zajicek, and

15    will now swear in the witness.

16                  (WHEREUPON, the witness was duly

17                   sworn.)

18                       LAURA SLONE,

19    called as a witness herein, having been first duly

20    sworn, was examined and testified as follows:

21                       EXAMINATION

22    BY MS. BURNS:

23        Q.   Good morning, Ms. Slone.  We met briefly

24    off the record.  My name is Sarah Burns.  I am counsel
```

 1      A.   Can you repeat the question?

 2  BY MS. BURNS:

 3      Q.   Do you have any understanding as the
 4  assistant manager of the pharmacy warehouse as to why
 5  Publix transitioned to the Rocket Court warehouse?

 6      MS. SMITH:  Object to form, asked and answered.

 7  BY THE WITNESS:

 8      A.   I know our capacity at the Sand Lake
 9  facility was overgrowing in our legend drug area.  As
10  we continued to add more stores, we had to have more
11  inventory and our capacity was becoming an issue.

12  BY MS. BURNS:

13      Q.   Let's talk about Publix's stores.

14           How many Publix stores are there
15  nationwide?

16      A.   We are somewhere around 1200, 1250 maybe.

17      MS. SMITH:  Can I clarify, Sarah, are you asking
18  about pharmacies or grocery stores?

19      MS. BURNS:  First let's start with stores.

20  BY THE WITNESS:

21      A.   I think it's 1250, 1260.

22  BY MS. BURNS:

23      Q.   Okay.  And how many of those stores about,
24  approximately, include a pharmacy?

1  A. I think we are at about, approximately, 2 1202.

3  Q. Does Publix operate any standalone 4 pharmacies?

5  A. Yes.

6  MS. SMITH: Object to form.

7 BY MS. BURNS:

8  Q. Pardon. I didn't hear the answer.

9  A. Yes.

10  Q. Where are those standalone pharmacies?

11  A. I think we have them in the hospitals.

12  Q. How many of -- how many standalone 13 hospital pharmacies does Publix operate?

14  A. I don't know exactly. Maybe 10 or 11.

15  Q. Does Publix operate any pharmacies besides 16 store pharmacies, hospital pharmacies, any other 17 pharmacies besides those?

18  A. One more time, please.

19  Q. Does Publix operate any other pharmacies 20 besides the store pharmacies and the hospital 21 pharmacies?

22  A. I'm not sure I understand.

23  Q. Does Publix have a central fill pharmacy?

24  A. Yes.

HIGHLY CONFIDENTIAL - Laura Slone

1  substances?

2      MS. SMITH:  Objection to form.

3  BY MS. BURNS:

4      Q.   Let me rephrase that.

5           Are you aware if it was a consideration in
6  moving to a larger pharmacy facility that Publix
7  needed more space to store controlled substances?

8      MS. SMITH:  Object to form.

9  BY THE WITNESS:

10     A.   I know that our control cage at Sand Lake,
11 if we were going to carry any other NDCs or more NDCs,
12 that we wouldn't have space for that.

13 BY MS. BURNS:

14     Q.   The cage, the controlled cage at Sand Lake
15 was too small to accommodate the number of controlleds
16 that Publix was carrying?

17     MS. SMITH:  Object to form.

18 BY THE WITNESS:

19     A.   No, no.

20 BY MS. BURNS:

21     Q.   Did Publix have plans to carry more NDCs
22 for controlled substances in 2015?

23     MS. SMITH:  Object to form.

24 BY THE WITNESS: