# EXHIBIT 8

| | |
|---|---|
| **From:** | Kathy Leonard </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8F1603811 FCD48D9BA911 BBD27C537DB-XKLS8> |
| **To:** | Dennis F. Santaniello |
| **Sent:** | 5/29/2019 1:25:42 PM |
| **Subject:** | Pharmacy |
| **Attachments:** | FLRetail_Jobaid.pdf; Order Discrepancy Flow Chart.pdf; POReceivingApplication_Procedures.pdf; Publix Pharmacy HR 2019.pptm |

Dennis,

This is what I was thinking. Take a look and let me know if this information is relevant. If you want me to cover anything else, feel free to let me know. Happy to update it before Friday!

Thank you for the opportunity to speak with your group!

Kathy Leonard, PharmD
Publix Super Markets
Pharmacy Operations Manager
Miami Division
(727)385-1113



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLTS-00132823

P-01381_1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Directions for Tote-Level or Item-Level Order Discrepancies

**Is the discrepancy from a Publix Warehouse order or a Wholesaler order?**

**Publix Warehouse**

**ABC or Other Suppliers:**

**Does it involve a Central Fill order (FL only)?**

**No** | **Yes**

**Does the discrepancy involve a controlled substance , ephedrine, or pseudoephedrine order?**

**No** | **Yes**

**Does the discrepancy involve a controlled substance, ephedrine, or pseudoephedrine order?**

**No** | **Yes**

- Email the Issue to Central Fill at:
  PharmacyCentralFill@publix.com
- Notify your Pharmacy Supervisor

**For item-level discrepancies, immediately:**
- ➤ Complete a *Pharmacy Truck Discrepancy Form*
- ➤ Notify your Pharmacy Supervisor

**For tote-level discrepancies, immediately:**
- ➤ Notify the Publix Rx Warehouse by calling: 407-816-5959 ext. 61015
- ➤ Notify your Pharmacy Supervisor

**Immediately:**
- ➤ Gather the following:
  - Type of Drugs: CII/CIII-CV/PSE/ Ephedrine
  - Supplier: Rx Whs
  - PO #: ERx PO#
  - Delivery Date:
  - Serial # for all Tote Ties
  - Any Unique Details:(i.e. late delivery, new driver, etc.)
- ➤ Notify the store's Manager in Charge (MIC) to complete a *Loss Prevention Incident Report*
- ➤ Notify your Pharmacy Supervisor

**Immediately:**
- ➤ Report the discrepancy to the supplier. For ABC use the *Online Messaging Center* in ABC Order.
- ➤ Notify your Pharmacy Supervisor

**Immediately:**
- ➤ Gather the following:
  - Type of Drugs: CII/CIII-CV/ PSE/ Ephedrine
  - Supplier: ABC or Other
  - PO #: ERx PO#
  - Delivery Date:
  - Any Unique Details: (i.e. late delivery, new driver, etc.)
- ➤ CIII-CV report via ABC Online Messaging Center
- ➤ CII's call ABC Order at 844-235-3592 (M-F 8AM to 12AM EST)
- ➤ Notify the store's Manager in Charge (MIC) to complete Loss Prevention Incident Report
- ➤ Notify your Pharmacy Supervisor

05/22/2019

P-01381_2



# FL Retail Pharmacy Controlled Substance Law Update – Effective 7/1/18

## Overview

To combat the opioid abuse epidemic in the state of FL, Governor Rick Scott has signed into law the expansion of the Prescription Drug Monitoring Program (PDMP) and additional regulation of prescribers and dispensers.

**Effective Date:** 7/1/18

## How does this impact you?

Review the items below to understand new requirements of the law, as well as Publix policy and procedure in order to comply. Complete this review and then click the "x" at the top of the screen.

See the *References* section on the pharmacy portal page for important links:
- Pharmacy R&P Ch. 8, Controlled Substances and PDMP sections
- Boards of Pharmacy & Government Agencies - *FL Take Control* website
- Boards of Pharmacy & Government Agencies - *Acceptable Photo IDs* reference sheet.

## PDMP Requirements & Related Procedures

1. Prior to dispensing a CII, CIII, CIV, and opioid CV (including refills), the pharmacist must check the PDMP to analyze patient dispensing history to determine whether the prescription can be filled.
   - Refer to the information located in the sections of Ch. 8 of the Pharmacy R&P which cover Identifying Invalid Controlled Substances and PDMP.
   - New Rxs - check prior to PV1.
     The PV1 RPh is responsible for ensuring proper documentation.
   - Refill Rxs - check prior to PV2.
     The PV2 pharmacist is responsible for ensuring proper documentation.

   **Note:** All non-opioid CVs are exempt, as well as patients < 16 years old.

2. The PDMP check completed by the pharmacist must be documented with one of the following Tx Notes for each qualifying fill.
   - *PDMP CHECKED- RX ACCEPTED*
     With this documentation, a WLB site or Central Processing will process the prescription.
   - *PDMP CHECKED- RX REJECTED*
     With this documentation, the Rx would then be cancelled and returned to the patient if written and/or direction would be provided to the patient to discuss with their prescriber.
   - *Unable to check PDMP – system down or other technical issue. Dispensing only a 3 - day supply.*

   **Note:** Central Processing &WLB will not process controlled substance Rxs without proper notation that PDMP was checked. Home store RPhs should check the PDMP.

## Day Supply & Hard Copy Requirements

Follow the PUB Edits in Adjudication Exception to check for proper documentation by the prescriber on CII prescriptions.
- For acute pain as determined by prescriber:
  - up to a 3-day supply , and
  - no documentation needed.
- For acute pain and medically necessary to have more than a 3-day supply as determined by prescriber:
  - up to a 7-day supply , and
  - "acute pain exception" must be documented on the hard copy.
- For non-acute pain as determined by prescriber:
  - appropriate day supply, and
  - "non-acute pain" must be documented on hard copy.

If you are unable to check the PDMP due to technical difficulty, only a 3-day supply can be provided to the patient.

**Note:** The pharmacist must discuss prescription clarifications with the prescriber. Verification over the phone with appropriate documentation on the hard copy is acceptable.

## Patient/Caregiver Pick-Up Requirements

Before dispensing/releasing any controlled substance (CII-CV) to a person not known to the pharmacist, the pharmacist must require the person purchasing, receiving, or acquiring the prescription to present valid photographic identification or other verification of his or her identity. If the person doesn't have proper identification, the pharmacist may verify the validity of the prescription and identity of the patient with the prescriber/prescriber's agent or via health plan eligibility through real-time adjudication.

The new law requires dispensers to report pick-up information to the PDMP; therefore, the following pop-up will be presented in EnterpriseRx for all controlled substance prescriptions at Release to Patient (RTP). This pop-up must be completed properly to report accurate information to the PDMP:



*continued on next page*

7/01/2018

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132825

P-01381_3

Pharmacy
## FL Retail Pharmacy Controlled Substance Law Update – Effective 7/1/18

**Patient/Caregiver Pick-Up Requirements,** *continued*



**For Pick-Up at the Counter:**

**Option 1**

If the patient/person picking up the CII-CV is <u>known</u> to the <u>pharmacist</u>, photo ID verification is not required and you will need to complete the following on the screen to Release the Rx in EnterpriseRx:

- Type: Select *Person Picking Up*
- First & last name of person picking up the Rx: Enter name or it will auto-populate with patient name
- Identification Type: Select *Other*
- Identification Number: Enter *Known to RPh*
- Issuing Jurisdiction: Select *FL*
- Relationship to Patient: Select the applicable relationship

**Option 2a**

If the patient/person picking up the CII-CV is <u>not known</u> to the <u>pharmacist</u>, photo ID verification is required and the following must be completed on the screen to Release the Rx in EnterpriseRx:

- Type: Select *Person Picking Up*
- First & last name of person picking up the Rx: Enter name or it will auto-populate with patient name
- Identification Type: Select applicable ID type
- Identification Number: Enter the applicable ID #
- Issuing Jurisdiction: Select the applicable jurisdiction
- Relationship to Patient: Select the applicable relationship

**Option 2b**

If the patient/person picking up the CII-CV is <u>not known</u> to the <u>pharmacist</u> and a photo ID is not available, the pharmacist may verify validity of Rx and/or patient with the prescriber or prescriber's agent or real-time online adjudication of an insurance claim. This will be a judgment call of the pharmacist. In this case, the following must be completed on the screen to Release the Rx in EnterpriseRx:

- Type: Select *Person Picking Up*
- First & last name of person picking up the Rx: Enter name or it will auto-populate with patient name
- Identification Type: select *Other*
- Identification Number: Enter one of the following:
  - *Verified by prescriber/prescriber's agent*
  - *Verified by TP insurance adjudication*
- Issuing Jurisdiction: Select *FL*
- Relationship to Patient: Select the applicable relationship

*continued on next page*

Page 2

7/01/2018

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132826

P-01381_4



# FL Retail Pharmacy Controlled Substance Law Update – Effective 7/1/18

**Patient/Caregiver Pick-Up Requirements,** *continued*



**For Rx Deliveries Only:**

For home, institutional setting (e.g., nursing home, ALF, SNF) and other (e.g., corporate) deliveries, you will verify validity of the Rx and identity of the patient with either real-time insurance adjudication or verification with the prescriber or prescriber's agent. The following must be completed on the screen to Release the Rx in EnterpriseRx:

- Type: leave blank
- First & last name of person picking up the Rx: auto-populate with patient name
- Identification Type: select *Other*
- Identification Number: Enter one of the following:
    - *Verified by TP insurance adjudication*
    - *Verified by prescriber/prescriber's agent*
- Issuing Jurisdiction: Select *FL*
- Relationship to Patient: Select *Patient*

**Should you have any further questions regarding this new regulation, please contact your Pharmacy Supervisor.**
**We will continue to keep you informed of interpretation of this new law and how it impacts our pharmacies as information develops.**

7/01/2018

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132827

P-01381_5

# PO Receiving Application Overview

| | |
|---|---|
| **Background** | The PO Receiving Application (App) will minimize time spent processing invoices, reduce payment delays and eliminate costly manual processes. This automation also enables Pharmacies to have more accurate balance on-hand in EnterpriseRx (ERx). |
| **EDI Vendors vs. Non-EDI Vendors** | Electronic Data Interchange (EDI) vendors accept an electronic Purchase Order (PO) through EnterpriseRx (ERx). Additionally, we receive orders and electronically process invoices through the PO Receiving App for EDI vendors. |
| | Examples of EDI vendors include: ABC, ASD and the Publix Warehouse. |
| | Non-EDI vendor orders are received through the PO Receiving App, but the ordering and receiving process is slightly different for these vendors. You will see these orders in the PO Receiving App and receive them by scanning, but other parts of the process aren't automated.  For instance, we receive paper invoices to provide to the DSD Clerk for manually processing payment to the vendor. |
| | Examples of Non-EDI vendors include: VaxServe and Medisca. |
| **Scope** | The App allows <u>all</u> ERx orders, including Publix Warehouse orders, to be scanned and received. Once a purchase order is received in the App, the balance on-hand in ERx is automatically updated. |
| | Pharmacies cannot 'receive' a purchase order through the ERx system, the order must be received in the App. If the handheld device is having issues or not working, you must follow the directions in the **Backup Processes** section below (pg. 17). |
| | Additionally, the invoice payment process is automated for all 'EDI' vendors. EDI vendors can be distinguished by the vendor name in the App (see below). |

**Redacted - Trade Secret**

Once you scan and submit these orders in the App, the invoices are sent to accounting for payment.

*continued on next page*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132828

P-01381_6

## PO Receiving Application Overview, Continued

# Redacted - Trade Secret

*continued on next page*

*2  PO Receiving Application Overview*                                          05/07/2019

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PUBLIX-MDLT8-00132829**

**P-01381_7**

## PO Receiving Application Overview, Continued

| | |
|---|---|
| **Maintaining the Scanning Device** | Users must log out of the App and place the device in the charging cradle when receiving is complete. Do not set the device down in an area that is not secure. It could result in theft! |

# Redacted - Trade Secret

*continued on next page*

05/07/2019                                          *PO Receiving Application Overview*  3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132830

P-01381_8

## PO Receiving Application Overview, Continued

**Redacted - Trade Secret**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          PUBLIX-MDLT8-00132831

P-01381_9

# PO Receiving Application Scanning Process

**Scanning Process for EDI Vendors**

After properly receiving all totes per the receiving processes in Chapter 11 of the Pharmacy R&P Guide, you are ready to scan in your order.

**Redacted - Trade Secret**

*continued on next page*

05/07/2019

*PO Receiving Application Scanning Process  5*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132832

P-01381_10

## PO Receiving Application Scanning Process, Continued

**Scanning Process for EDI Vendors, cont'd**

# Redacted - Trade Secret

*continued on next page*

*6  PO Receiving Application Scanning Process*                    05/07/2019

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132833

P-01381_11

## PO Receiving Application Scanning Process, Continued

**Scanning Process for EDI Vendors, cont'd**

# Redacted - Trade Secret

*continued on next page*

05/07/2019                                                           *PO Receiving Application Scanning Process*  7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              PUBLIX-MDLT8-00132834

P-01381_12

# PO Receiving Application Scanning Process, Continued

**Scanning Process for EDI Vendors, cont'd**

# Redacted - Trade Secret

*continued on next page*

8  *PO Receiving Application Scanning Process*                                    05/07/2019

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PUBLIX-MDLT8-00132835

P-01381_13

## PO Receiving Application Scanning Process, Continued

**Scanning Process for EDI Vendors, cont'd**

# Redacted - Trade Secret

*continued on next page*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PUBLIX-MDLT8-00132836

P-01381_14

## PO Receiving Application Scanning Process, Continued

**Scanning Process for EDI Vendors, cont'd**

# Redacted - Trade Secret

Note:  <u>All orders must be scanned in and received the day that they are delivered.</u>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132837

**P-01381_15**

# Scanning Exceptions for Non-EDI Vendors & Processing Invoices

**Scanning Exceptions for Non-EDI Vendors**

The scanning process for Non-EDI vendors is virtually the same; however, there are three main differences with the Non-EDI orders:

**Redacted - Trade Secret**

**Processing Invoices**

**Redacted - Trade Secret**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132838

P-01381_16

# Ordering Discrepancies

| Introduction | Tote-level and item-level order discrepancies must be handled as soon as they are discovered. The information in this section will instruct you on how to handle discrepancies and who to contact. |
|---|---|

Common order discrepancies include:

| Discrepancy | Example |
|---|---|
| **Shortages** | You are invoiced for 5 boxes of test strips, but there are only 4 boxes in the order. |
| **Overages** | You are invoiced for 5 boxes of test strips, but there are 6 boxes in the order. |
| **Missing Totes** | While checking in the order, the supplier's manifest says you should have 6 totes, but the driver only brings you 5. |
| **Extra Totes** | While checking in the order, the supplier's manifest says you should have 6 totes, but the driver brings you 7.<br>**Important: For extra totes intended for another Publix Pharmacy, keep the tote and document the following on the supplier's manifest:**<br>• **Tote ID**<br>• **Store # of the pharmacy that the tote belongs to**<br>• **Number of total totes received** |

| **Order Discrepancies for Non-Controlled Substance Orders** | All shortages, overages, missing totes, and extra totes for non-controlled substance orders must be reported to the supplier and your Pharmacy Supervisor. |
|---|---|

Follow the instructions below for non-controlled substance order discrepancies:

| If… | Then… |
|---|---|
| ABC | • Report discrepancies through ABC Passport. See the ABC Guide on the Pharmacy Portal for detailed instructions: ***Pharmacy Operations→ Inventory Management→ Ordering & Receiving Product→ ABC Guide***<br>• Email your Supervisor with details. |
| Warehouse | • Report shortages and overages to the warehouse through the *Pharmacy Truck Discrepancy Form*, located at: ***Pharmacy→ Store Quick Links→ Useforms→ Product Useforms→ Inventory Management→ Pharmacy Truck Discrepancy Form.***<br>• Report missing totes and extra totes to the warehouse by calling **(407)816-5959** ext. **61015.**<br>• Email your Supervisor with details. |
| All Other Vendors | • Report discrepancies to the supplier.<br>• Email your Supervisor with details. |

Note:  See **Chapter 11 of the Pharmacy R&P Guide** for additional information on these processes.

*continued on next page*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PUBLIX-MDLT8-00132839

**P-01381_17**

# **Ordering Discrepancies**, Continued

**Order Discrepancies for Controlled Substances, Ephedrine, or Pseudoephedrine**

All shortages, overages, missing totes, and extra totes for controlled substances, ephedrine, and/or pseudoephedrine must be reported to the supplier, the store's Manager in Charge (MIC), and your Pharmacy Supervisor **immediately upon discovery.**

Follow the instructions below for controlled substance order discrepancies:

| If | Then |
|---|---|
| ABC or Other Supplier | • Report **CIII-CV, Ephedrine, or Pseudoephdrine** discrepancies through ABC Passport, or other supplier if applicable. <br>• Report **CII** discrepancies by calling ABC Customer Care at: 844-235-3592 (M-F, 8am to 12am EST), or other supplier if applicable. <br>• Report **all** controlled substance, ephedrine, or pseudoephedrine discrepancies to your store's MIC <u>and</u> your Pharmacy Supervisor with the following information. Your MIC will report the incident using the *Loss Prevention Incident Report*. <br>    • **Type of Drugs:** CII, CIII-CVs, Ephedrine, or Pseudoephedrine <br>    • **Drug Name(s) & Shortage/Overage Amount(s)** <br>    • **Supplier:** ABC or other supplier <br>    • **PO#:** PO # from EnterpriseRx <br>    • **Date of Expected Delivery**: refer to your store's order delivery schedule (Check your Pharmacy Monitor Card or the Pharmacy Portal at: *Pharmacy Operations→Inventory Management→Ordering & Receiving Product → Ordering Schedules.*) |
| Publix Warehouse | • Report **all** controlled substance, ephedrine, or pseudoephedrine discrepancies to your store's MIC <u>and</u> your Pharmacy Supervisor with the following information. Your MIC will report the incident using the *Loss Prevention Incident Report*. <br>    • **Type of Drugs:** CII, CIII-CVs, Ephedrine, or Pseudoephedrine <br>    • **Drug Name(s) & Shortage/Overage Amount(s)** <br>    • **Supplier:** Rx Warehouse <br>    • **PO#:** PO # from EnterpriseRx <br>    • **Date of Expected Delivery**: refer to your store's order delivery schedule (Check your Pharmacy Monitor Card or the Pharmacy Portal at: *Pharmacy Operations→Inventory Management→Ordering & Receiving Product → Ordering Schedules.*) <br>    • **Serial Numbers for all Tote Ties:** include the serial # for all the tote ties that came in the delivery that day <br>**Important:** Keep the tote ties from the entire delivered order in a Ziploc bag until you receive further instructions from your Pharmacy Supervisor or Loss Prevention. <u>Make sure to seal the bag and document the date of the order on the bag.</u> |

Note:  See **Chapter 11 of the Pharmacy R&P Guide** for additional information on these processes.

*continued on next page*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132840

**P-01381_18**

# Missing Deliveries

| | |
|---|---|
| **Introduction** | Once you have completed the order receiving process and the pharmacist has accepted the orders that were delivered for the day, you must check the App for any remaining PO's that have not been received. If none exist, you are done for the day. If there are remaining PO's in the App, complete the steps below to ensure there are no missing deliveries. |

**Missing Deliveries**    Following the steps below to check for missing deliveries.

| Step | Action |
|---|---|
| 1 | After you have received the delivered orders, are there any remaining PO's in the App? <table><tr><td>**If...**</td><td>**Then...**</td></tr><tr><td>No</td><td>No further action is needed.</td></tr><tr><td>Yes</td><td>Go to Step 2.</td></tr></table> |
| 2 | Was the PO expected to be delivered today? <table><tr><td>**If...**</td><td>**Then...**</td></tr><tr><td>No</td><td>No further action is needed.</td></tr><tr><td>Yes</td><td>Go to Step 3.</td></tr></table> |
| 3 | Was the PO for a Controlled Substance order? <table><tr><td>**If...**</td><td>**Then...**</td></tr><tr><td>No</td><td>Go to Step 4</td></tr><tr><td>Yes</td><td>Go to Step 5</td></tr></table> |
| 4 | Follow the steps below for missing **<u>non-controlled substance</u>** PO's: <table><tr><td>**If...**</td><td>**Then...**</td></tr><tr><td>ABC</td><td>• Report the missing PO to ABC Order through ABC Passport. See the ABC Guide on the Pharmacy Portal for detailed instructions: ***Pharmacy Operations→ Inventory Management→ Ordering & Receiving Product→ ABC Guide***<br>• Email your Supervisor with details.</td></tr><tr><td>Warehouse</td><td>• Report the missing PO to the warehouse by calling **(407)816-5959** ext. **61015.**<br>• Email your Supervisor with details.</td></tr><tr><td>All Other Vendors</td><td>• Report the missing PO to the supplier.<br>• Email your Supervisor with details.</td></tr></table> |

*continued on next page*

14 *Missing Deliveries*                        05/07/2019

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132841

P-01381_19

# Missing Deliveries, Continued

**Missing Deliveries,
cont'd.**

| Step | Action |
|------|--------|
| 5 | Follow the steps below for missing **controlled substance** PO's: |

| If | Then |
|----|------|
| ABC or Other Supplier | • Report **CIII-CV** missing PO's through ABC Passport, or other supplier if applicable.<br>• Report **CII** missing PO's by calling ABC Customer Care at: 844-235-3592 (M-F, 8am to 12am EST), or other supplier if applicable.<br>• Report **all** missing PO's containing controlled substances to your store's MIC **and** your Pharmacy Supervisor with the following information. Your MIC will report the missing PO using the *Loss Prevention Incident Report.*<br>   • **type of drugs:** CII or CIII-CVs<br>   • **supplier:** ABC or other supplier<br>   • **PO#:** PO # from EnterpriseRx<br>   • **Date of Expected Delivery**: refer to your store's order delivery schedule |
| Publix Warehouse | • Report **all** missing PO's containing controlled substances to your store's MIC **and** your Pharmacy Supervisor with the following information. Your MIC will report the missing PO to the warehouse and others using the *Loss Prevention Incident Report.*<br>   • **type of drugs:** CII or CIII-CVs<br>   • **supplier:** Rx Warehouse<br>   • **PO#:** PO # from EnterpriseRx<br>   • **Date of Expected Delivery**: refer to your store's order delivery schedule<br>   • **Serial Numbers for all Tote Ties:** include the serial # for all the tote ties that came in the delivery that day<br>**Important**: Keep the tote ties from the entire order in a Ziploc bag, until you receive further instructions from your Pharmacy Supervisor. <u>Make sure to seal the bag and document the date of the order on the bag.</u> |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132842

P-01381_20

## Credits and Back-Up Processes

**Redacted - Trade Secret**

*continued on next page*

*16  Credits and Back-Up Processes*                                    05/07/2019

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PUBLIX-MDLT8-00132843**

**P-01381_21**

**Credits and Back-Up Processes**, Continued

Redacted - Trade Secret

05/07/2019                                                    *Credits and Back-Up Processes*  17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132844

P-01381_22



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132845

P-01381_23



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Trivia

- What year did we open our first Publix Pharmacy? **1986**

- How many Publix Pharmacies do we operate? **1,127**

- How many Publix Pharmacy Standalone pharmacies do we operate? **15**

- How many prescriptions are filled through Central Fill each week? **333,000**

- How many prescriptions were sold at Publix last week? **1,272,266**

- Do you have the Publix Pharmacy App?  **YES!!!!!!!!!!!!**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# The expert in anything was once a beginner.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Uniform Change



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# 2018 Growth

### Rx Growth

| Month | Publix | Retail | Chain | Ind | Food + Mass |
|---|---|---|---|---|---|
| Jan-19 | 11.5% | 2.9% | 2.4% | 4.2% | 3.4% |
| Dec-18 | 19.7% | 5.4% | 3.9% | 6.9% | 7.4% |
| Nov-18 | 15.8% | 5.0% | 3.4% | 5.9% | 7.5% |
| Oct-18 | 17.4% | 4.9% | 3.6% | 6.2% | 6.8% |
| Sep-18 | 16.7% | 5.7% | 5.5% | 4.4% | 6.7% |
| Aug-18 | 17.1% | 4.8% | 3.3% | 5.4% | 7.3% |
| Jul-18 | 19.5% | 7.7% | 6.5% | 6.2% | 10.3% |
| Jun-18 | 15.1% | 3.3% | 3.0% | 0.3% | 4.8% |
| May-18 | 15.8% | 6.6% | 6.4% | 4.1% | 7.9% |
| Apr-18 | 20.9% | 9.3% | 7.9% | 9.2% | 11.8% |
| Mar-18 | 15.6% | 2.8% | 2.5% | 2.9% | 3.3% |
| Feb-18 | 17.3% | 6.0% | 5.9% | 5.0% | 6.5% |
| Jan-18 | 14.7% | 7.6% | 9.8% | 6.8% | 4.0% |

PUBLIX-MDLT8-00132850

P-01381_28

# $7.50/90 Day Supply Meds

- Alzheimer's Disease
- Arthritis/Pain
- Asthma & Allergies
- Cholesterol
- Diabetes
- Gastrointestinal
- Gout

- Heart Health/Cardiovascular
- Men's Health
- Mental Health
- Osteoporosis
- Parkinson's Disease
- Seizure Disorders
- Women's Health

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# FREE MEDS
## ($92.9M since inception 2007)

- Metformin
- Lisinopril
- Amlodipine
- Amoxicillin
- Ampicillin
- SMZ-TMP
- Penicillin VK

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Publix Walk-In Care Clinics



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 2019 Strategic Imperatives

## Vision Statement

To revolutionize the pharmacy experience through our culture of ownership that drives innovative services and better health and wellness for our customers

## Business Goals

| Grow Sales | Innovate Services | Engage Digitally |
|---|---|---|
| Build positive script growth | Leverage technology & strategic partnerships | Employ targeted engagements |

## Key Business Strategies

| | | |
|---|---|---|
| • Drive customer penetration<br><br>• Leverage and expand specialty pharmacy<br><br>• Execute script acquisition programs<br><br>• Lead the industry in immunizations | • Develop full omnichannel experience<br><br>• Expand clinical and patient care capabilities<br><br>• Energize adherence programs such as Med Sync<br><br>• Grow hospital partnerships | • Offer pharmacy acquisitions<br>  • Transfers<br>  • $10 off flu shots<br><br>• Adopt text reminders and notifications<br><br>• Employ targeted promotions on services to non-pharmacy shoppers |

## Mission Statement

Every day, Publix Pharmacy strives to be a high-performance team by owning business results and delivering operational excellence as well as innovative solutions all while optimizing scale, risk and efficiency in order to better the health and wellness of our customers

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Pharmacy Services

- Immunizations
- Sync Your Refills
- Pharmacy App
- Medication Therapy Management
- Compounding
- Specialty
- Medication Flavoring
- Central Fill

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132855

P-01381_33

# Publix Standalone Pharmacies

| Store # | Location Name | City |
|---|---|---|
| 3201 | Publix Central Pharmacy #3201 | Orlando |
| 3210 | H. Lee Moffitt Cancer Center | Tampa |
| 3211 | Lakeland Regional Medical Center | Lakeland |
| 3212 | Publix Compounding Pharmacy | Orlando |
| 3213 | Publix Specialty Pharmacy | Orlando |
| 3214 | H. Lee Moffitt Cancer Center - McKinley | Tampa |
| 3215 | Nicklaus Children's Hospital | Miami |
| 3216 | Nemours Children's Hospital | Orlando |
| 3217 | Nemours Children's Specialty Care | Jacksonville |
| 3218 | BayCare Mease Countryside Hospital | Safety Harbor |
| 3219 | BayCare Morton Plant Hospital | Clearwater |
| 3220 | BayCare St. Anthony's Hospital | St Petersburg |
| 3221 | BayCare St. Joseph's Hospital | Tampa |
| 3222 | Winter Haven Hospital | Winter Haven |
| 3227 | Flagler Hospital | St Augustine |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132856

P-01381_34

# Policies

- Confidentiality, working for competitors, substance abuse, conscientious objection
- No personal devices plugged into Publix computers
- No pictures in the pharmacy
- No Publix documents posted on social media
- No bags/purses/coats in pharmacy
- Never share your override code
- No food in medication refrigerators
- Adhering to PO receiving processes

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# Opioid Epidemic

- Every day, more than 130 people in the United States die after overdosing on opioids.

- CDC estimates that the total economic burden of prescription opioid misuse alone in the United States is $78.5 billion a year.

- Roughly 21-29% of patients prescribed opioids for chronic pain misuse them.

- Know the Signs. Save a Life.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# PDMP Requirements
## (Prescription Drug Monitoring Program)

- July 1, 2018: new laws passed in FL and TN
- Pharmacists are required to check PDMP prior to dispensing any controlled substance
- Florida PDMP = EFORCSE
  - Electronic Florida Online Reporting of Controlled Substances Evaluation
- Day Supply and Hard Copy Requirements
- Patient/Caregiver Pick Up Requirements
- Reference document in electronic format for your review



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# Cannabidiol (CBD)

- 2014: Florida passed legislation allowing for the use of CBD oil for select conditions, establishing the Office of Medical Marijuana.
- 2017: qualified patients could begin legally purchasing CBD and other cannabis products from state licensed dispensaries.
  - Required Medical Marijuana Card.
- CBD without MMJ card – companies operating under federal hemp legislation. More to come…
- FDA Hearing 5/31:
  - Cannabis-Derived Compounds "Scientific Data"



PUBLIX-MDLT8-00132860

P-01381_38



# Say What?

- QRE – **Quality Related Event (errors)**
- DIR Fees – **Direct and Indirect Remuneration Fees**
- CMR – **Comprehensive Medication Review**
- MTM – **Medication Therapy Management**
- PA – **Prior Authorization**
- E-FORCSE – **Electronic – Florida Online Reporting of**
  **Controlled Substance Evaluation**
- HIPAA – **Health Insurance Portability & Accountability Act (privacy)**
- Outcomes/Mirixa – **platforms to perform MTM services**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# Questions?



Kathy.Leonard@Publix.com   **(727)385-1113**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**DOCUMENT PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00132863

P-01381_41

| Store # | Location Name | City |
|---|---|---|
| 3201 | Publix Central Pharmacy #3201 | Orlando |
| 3210 | H. Lee Moffitt Cancer Center | Tampa |
| 3211 | Lakeland Regional Medical Center | Lakeland |
| 3212 | Publix Compounding Pharmacy | Orlando |
| 3213 | Publix Specialty Pharmacy | Orlando |
| 3214 | H. Lee Moffitt Cancer Center - McKinley | Tampa |
| 3215 | Nicklaus Children's Hospital | Miami |
| 3216 | Nemours Children's Hospital | Orlando |
| 3217 | Nemours Children's Specialty Care | Jacksonville |
| 3218 | BayCare Mease Countryside Hospital | Safety Harbor |
| 3219 | BayCare Morton Plant Hospital | Clearwater |
| 3220 | BayCare St. Anthony's Hospital | St Petersburg |
| 3221 | BayCare St. Joseph's Hospital | Tampa |
| 3222 | Winter Haven Hospital | Winter Haven |
| 3227 | Flagler Hospital | St Augustine |

| Store # | Location Name | City |
|---|---|---|
| 3201 | Publix Central Pharmacy #3201 | Orlando |
| 3210 | H. Lee Moffitt Cancer Center | Tampa |
| 3211 | Lakeland Regional Medical Center | Lakeland |
| 3212 | Publix Compounding Pharmacy | Orlando |
| 3213 | Publix Specialty Pharmacy | Orlando |
| 3214 | H. Lee Moffitt Cancer Center - McKinley | Tampa |
| 3215 | Nicklaus Children's Hospital | Miami |
| 3216 | Nemours Children's Hospital | Orlando |
| 3217 | Nemours Children's Specialty Care | Jacksonville |
| 3218 | BayCare Mease Countryside Hospital | Safety Harbor |
| 3219 | BayCare Morton Plant Hospital | Clearwater |
| 3220 | BayCare St. Anthony's Hospital | St Petersburg |
| 3221 | BayCare St. Joseph's Hospital | Tampa |
| 3222 | Winter Haven Hospital | Winter Haven |
| 3227 | Flagler Hospital | St Augustine |

DOCUMENT PRODUCED IN NATIVE FORMAT