# EXHIBIT 11

**SUMMARY OF ARCOS DATA FROM 2006-2019
PREPARED BY PLAINTIFF'S EXPERT CRIG MCCANN**



Demo
Publix
**MSJ-001**

**DEMO-Publix MSJ-001_1**