# EXHIBIT 13

P-PUB-0330

| | |
|---|---|
| **From:** | Leigh Anne Jacobson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6829B32B6FB448B3AE683EEB5A15E5BC-RLAD283_9D2] |
| **Sent:** | 10/1/2019 3:03:37 PM |
| **To:** | Pharmacy 0033 [Pharmacy.033@publix.com] |
| **Subject:** | FW: Weekly Memo 4-17-19 |
| **Attachments:** | Weekly Memo 4-17-19.pdf; Workers' Compensation Billing for Tetanus Vaccine.pdf; Aimovig Substitution.pdf; Combat Opioid Epidemic Program Overview.pdf; ATT21904 |

Smith Exhibit 3
11/15/22  Carrie Campbell, RDR

For disposerx reference.

*Thank you,*

**Leigh Anne Jacobson | Pharmacy Supervisor   - Pharmacy Operations**
Publix Super Markets, Inc.
☎ Phone: (770) 952-6601 ext. 31676



*This email, and any attachments, are intended solely for the use of the individual(s) to whom they are addressed.  They may contain confidential information and/or protected health information (PHI) that is protected by law.  If you believe you were not the intended recipient of this message, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately and permanently delete this email and any attachments. If you properly received this e-mail, you should maintain its contents in confidence in accordance with applicable law.*

---

**From:** Kayla Mansfield
**Sent:** Wednesday, April 17, 2019 3:33 PM
**To:** Pharmacies - Atl Div <rmaPharmacies-AtlDiv@publix.com>; Pharmacies - Clt Div <Pharmacies-CLT_Div@publix.com>; Pharmacies - Jax Div <Pharmacies-Jax_Div@publix.com>; Pharmacies - Lak Div <Pharmacies-Lak_Div@publix.com>; Pharmacies - Mia Div <Pharmacies-Mia_Div@publix.com>; Pharmacy Central Fill <PharmacyCentralFill@publix.com>; Pharmacy CP Patient Care <PharmacyCPPatientCare@publix.com>; Pharmacy CP Processing <PharmacyCPProcessing@publix.com>; Pharmacy SchedAdmins <PharmacySchedAdmins@publix.com>; Pharmacy SP Clinical <PharmacySPClinical@publix.com>; Pharmacy SP Intake <PharmacySPIntake@publix.com>; Pharmacy SP Quality Mgmt <PharmacySPQualityMgmt@publix.com>; Pharmacy SP Reimbursement <PharmacySPReimbursement@publix.com>; Pharmacy SP Sales <PharmacySPSales@publix.com>; Pharmacy Supervisors <Pharmacy_Supervisors@publix.com>; Brian Milligan <Brian.Milligan@publix.com>; Gwen Leland <Gwen.Leland@publix.com>; Karl Diethrick <Karl.Diethrick@publix.com>; Lakrecia Shoemaker <Lakrecia.Shoemaker@publix.com>; Dietitian.0006 <Dietitian.0006@publix.com>; Dietitian.0640 <Dietitian.0640@publix.com>; Dietitian.0890 <Dietitian.0890@publix.com>; Dietitian.1341 <Dietitian.1341@publix.com>; Celeste Zold <Celeste.Zold@publix.com>; Lisa Jones <Lisa.Jones2@publix.com>; Aimee Horton <Aimee.Horton@publix.com>; Alexis Gelb <Alexis.Gelb@publix.com>; Allison Bassett <Allison.Bassett@publix.com>; Allison Holmes <Allison.Holmes@publix.com>; Amanda Morrissey <Amanda.Morrissey@publix.com>; Ashley Bell <Ashley.Bell@publix.com>; Ashley Greathouse <Ashley.Greathouse@publix.com>; Ashley Tomaskovich <Ashley.Tomaskovich@publix.com>; Brandon Mancini <Brandon.Mancini@publix.com>; brenda Covington <Brenda.Covington@publix.com>; Brian Geoghegan <Brian.Geoghegan@publix.com>; Brittany Blankenship <Brittany.Blankenship@publix.com>; Carri Kinsman <Carri.Kinsman@publix.com>; Cece Xavier <Cecile.Xavier@publix.com>; Charlene Eady <Charlene.Eady@publix.com>; Chelsy Kyle <Chelsy.Kyle@publix.com>; Chris Hewell <Chris.Hewell@publix.com>; Christian Rivera

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

P-01377_1

PLAINTIFF TRIAL EXHIBIT
P-01377

PUBLIX-MDLT8-00077173

<Christian.Rivera@publix.com>; Christina Rickard; Dain Rusk <Dain.Rusk@publix.com>; Danielle Diciolla <Danielle.Diciolla@publix.com>; David Kirkus <David.Kirkus@publix.com>; Debbie Griffin <Debbie.Griffin@publix.com>; Elizabeth Jordan <Elizabeth.Jordan@publix.com>; Erika Del Giudice <Erika.DelGiudice@publix.com>; Frances Whiting <Frances.Whiting@publix.com>; Francine Napolitano <Francine.Napolitano@publix.com>; Hilary Balensiefen <Hilary.Balensiefen@publix.com>; Jenna Joy Hyman <Jenna.Hyman@publix.com>; Jennifer Warren <Jennifer.Warren@publix.com>; Jeremy Buttler <Jeremy.Buttler@publix.com>; Jillanne Smith <Jillanne.Smith@publix.com>; John Crutchley <John.Crutchley@publix.com>; Kayla Mansfield <Kayla.Mansfield@publix.com>; Kelly Dorsey <Kelly.Dorsey@publix.com>; Kevin Seymour <Kevin.Seymour@publix.com>; Kimberly Bone <Kimberly.Bone@publix.com>; Leon Holzer <Leon.Holzer@publix.com>; Linnea Murphy <Linnea.Murphy@publix.com>; Lyndsey Samuels <Lyndsey.Samuels@publix.com>; Megan McAvoy <Megan.McAvoy@publix.com>; Melissa Stagman <Melissa.Stagman@publix.com>; Miranda Parsons <Miranda.Parsons@publix.com>; Mollie Garcia <Mollie.Garcia@publix.com>; Nicole Kolbasiuk-Beetem <Nicole.Kolbasiuk-Beetem@publix.com>; Rachel Stewart <Rachel.Stewart@publix.com>; Rebecca Powell <Rebecca.Powell@publix.com>; Robin Myers <Robin.Myers@publix.com>; Sabrina Kelley <Sabrina.Kelley@publix.com>; Scott Andrews <Scott.Andrews@publix.com>; Shelby Lee <Shelby.Lee@publix.com>; Sherri Gordon <Sherri.Gordon@publix.com>; Stephanie Negron <Stephanie.Negron@publix.com>; Summer Rayborn <Summer.Rayborn@publix.com>; Susan Bibby <Susan.Bibby@publix.com>; Susan Toadvine <Susan.Toadvine@publix.com>; Tatum Anger <Tatum.Anger@publix.com>; Tia Farrell <Tia.Farrell@publix.com>; Toan Do <Toan.Do@publix.com>; Tyler Godby <Tyler.Godby@publix.com>; Yondaney Serrano <Yondaney.Serrano@publix.com>
**Subject:** Weekly Memo 4-17-19

# Weekly Memo for April 17, 2019

- **Updated Disruption (Downtime) Procedures and Checklist**
- **Publix Pharmacy Continuous Quality Improvement Program (PPCQIP)**
- **Holiday Delivery Schedule**
- **Combatting the Opioid Epidemic**
- **CDC MedFinder**
- **Workers' Compensation Billing for Tetanus Vaccine (Excluding GA)**
- **Digital Decision Tree – PILOT**
- **Aimovig Product Change**
- **Congratulations to Rxcellence Award Recipients**
- **OutcomesMTM Madness 2019**

**Memo**


Weekly Memo 4-17-19.pdf

P-PUB-0330

**Attachments**

  

Combat Opioid Epidemic Progra...    Aimovig Substitution.pdf    Workers' Compensation Bi...

*Kayla Mansfield*
Pharmacy Operations Assistant
Publix Super Markets, Inc.
863.688.1188 ext. 55014
863.616.5853 (fax)



# Pharmacy Weekly Memo
### April 17, 2019

P-PUB-0330

## Upcoming To Do's                                                         Due

| | |
|---|---|
| <u>All pharmacies</u>: Review and print a copy of the updated Pharmacy Disruption Procedures and Pharmacy Disruption Checklist and place in your pharmacy accordion file. | Immediately |
| <u>Pharmacy associates</u>: Review the *Combatting the Opioid Epidemic Program Overview* and complete all tasks in the "Next Steps" section. | 4/22/19 |
| <u>Pharmacy managers</u>: Your quarterly PPCQIP meetings need to take place by 4/28/2018. Use the Meeting Agenda to prepare for and conduct the meeting. | 4/28/19 |
| <u>Pharmacy managers</u>: Be sure to schedule your quarterly PPCQIP meeting. | 4/28/19 |
| <u>Pharmacy managers (Sean Klicker)</u>: Ensure all central fill returns are sent back appropriately. | 4/29/19 |

## Updated Disruption (Downtime) Procedures and Checklist

The Retail Preparedness Guide has recently been updated and changes were made to the Pharmacy Disruption Procedures. Please go to the pharmacy page of Publix Connection at *Pharmacy Operations → Emergency & Disaster Preparedness* and print the updated version of both the Disruption Procedures and the Disruption Checklist. Replace the old documents behind the Pharmacy Emergency (Downtime) Procedures and Preparation Checklist tab in your pharmacy accordion file with the updated version.

## Publix Pharmacy Continuous Quality Improvement Program (PPCQIP)

It's time for your quarterly PPCQIP meetings! *Pharmacy managers*, please access the meeting agenda in the PPCQIP link in the Pharmacy Management section of the portal page. This contains very specific preparation instructions, agenda topics, and a sign-off section for all attendees. These meetings should be conducted between **4/20/2018** and **4/28/2018** at your home store, outside of the pharmacy, and during non-business hours. Meetings should be conducted as a team and generally take one hour. All associates should attend including floaters, part-time pharmacists, interns, and discretionary technicians/clerks based out of your store. Please schedule hourly associates accordingly. Prior to the meeting, each associate should review the Patient Safety Newsletter and complete the activity on page 3. This is located in the PPCQIP link in the pharmacy operations section of the portal for all associates to access. Pharmacy managers have been provided an answer key, which is posted in the same place as the meeting agenda on the portal. Please allow all associates to complete the activity on their own prior to the meeting. This is part of the learning process - it should be challenging and fun!

## Holiday Delivery Schedule

<u>Warehouse</u> - Orders that normally generate on Saturday evening for Monday delivery will now generate on Friday for Monday delivery. No other changes are being made.

<u>ABC</u> - No changes to delivery schedule. Sunday orders will be delivered on Monday.

<u>Central fill</u> - Prescriptions will be delivered on Monday as normal.

| <u>Associate</u> | <u>Initials</u> | <u>Associate</u> | <u>Initials</u> |
|---|---|---|---|
| Rx Manager | | Technician | |
| Asst.RxMngr/RPh | | Technician | |
| Asst.RxMngr/RPh | | Technician | |
| Intern | | Technician | |
| Intern | | Technician | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077176

P-01377_4

P-PUB-0330

| Pharmacy Weekly Memo | 04/17/2019 |

## Combatting the Opioid Epidemic

According to the U.S. Dept. of Health and Human Services, over 130 people die each day from an opioid-related drug overdose. Our goal is to be a part of the solution to the opioid epidemic. Please review the attached *Combatting the Opioid Epidemic Program Overview* and complete all the required steps in the "Next Steps" section on page 8. The program overview is also located on the pharmacy portal at *Pharmacy Operations → Combatting the Opioid Epidemic*.

## CDC MedFinder

Publix is partnering with HealthMap at Boston Children's Hospital and the Centers for Disease Control (CDC) and Prevention on a project to develop a tool that will help patients quickly locate pharmacies with an available supply of influenza antiviral drugs. Please be aware that beginning tomorrow (4/18) you may receive a call in the next several weeks from CDC or Boston Children's Hospital asking about your pharmacy's ability to fill influenza antiviral prescriptions. This call should take approximately 5 minutes to complete. We ask for your assistance in supporting this effort.

## Workers' Compensation Billing for Tetanus Vaccine (Excluding GA)

In the event that a Publix associate experiences a minor cut or laceration injury while performing their job operation, the manager in charge will be required to contact Medcor. Depending on the severity of the injury, Medcor will advise the associate to either seek medical attention or receive a Tetanus booster at a local urgent care clinic, requiring the associate to leave the premises. To eliminate this visit, the associate will now be able to visit their local Publix Pharmacy to receive the Tetanus (Tdap) vaccine, Boostrix (NDC: 58160-0842-42). Each injured associate should present a myMatrixx prescription card when requesting a Tetanus (Tdap) vaccine. The procedure guide to process these claims (also attached to this memo) can be found on the Publix Connection at *Pharmacy Operations → Prescription Services → Billing Information → Workers' Compensation Billing for Tetanus*. Due to state protocol, Georgia pharmacies will not be able to provide this service without a physician's order. All states should follow their own age restrictions when providing vaccinations.

## Digital Decision Tree – PILOT

Last week, the Charlotte division began piloting a new and exciting tool to improve billing accuracy, safety, and compliance. The Digital Decision Tree allows pharmacy associates to utilize the pharmacy application center to review and answer a series of questions to address adjudication edits and receive an authorization code to proceed with billing if the claim meets all requirements. If the claim does not meet the edit requirements, or additional documentation needs to be validated, the associate will be directed to contact the support desk for further assistance.

The first edit in production during this pilot period is 21285, which is designed to validate prescription claims for Medicare Part B diabetic testing supplies meet CMS requirements to ensure proper reimbursement and compliance with program guidelines. These prescriptions often have the highest audit and denial rates and require additional documentation when the patient is directed to test over the standard Medicare guidelines.

We are excited to gain feedback from our Charlotte division stores and roll this new tool out to all pharmacies!

## Aimovig Product Change

Aimovig® 140 mg dose can now be administered as a single-dose 1 mL SureClick® autoinjector (NDC 55513-0843-01). Previously, Aimovig® 140 mg was supplied as 2 x 70 mg/mL autoinjectors (NDC 55513-0841-02), requiring patients to take 2 injections consecutively to deliver a full 140 mg dose. Due to this change, the 2 x 70 mg/mL dose autoinjector devices will no longer be available. We are transitioning patients to the single 140 mg/mL autoinjector. At adjudication, an edit will populate when processing for the 2 x 70 mg/mL dose autoinjector informing the store to contact the prescriber. However, an override will also be available to enter if you still have the 2-dose formula in stock. The Aimovig Substitution Fax can be found on the Publix Connection at *Pharmacy Operations → Forms, Logs, & Signs → Forms → Fax Forms → Substitution Faxes → Aimovig*.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077177

P-01377_5

P-PUB-0330

| Pharmacy Weekly Memo | 04/17/2019 |

## Congratulations to Rxcellence Award Recipients

On April 3, Publix Pharmacy presented 11 associates with the Rxcellence Award. This award recognizes pharmacy associates for excellence in customer service, performance, ownership, and teamwork. The award was presented to one pharmacist and one technician from each division, and one pharmacy supervisor from across the company. Congratulations to the following 2018 Rxcellence Award recipients:

- Lead Pharmacy Technician **Alycia Adams**, #752, Lithonia, Ga.
- Pharmacy Manager **Rebecca Floyd**, #1130, Cumming, Ga.
- Pharmacy Technician **Kim Booth**, #1566, Glen Allen, Va.
- Pharmacy Manager **Aaron Lanning**, #1383, Lexington, S.C.
- Lead Pharmacy Technician **Megan Brown**, #3216, Orlando, Fla.
- Pharmacy Manager **Tarik Osier**, #3216, Orlando, Fla.
- Lead Pharmacy Technician **Hugues Charles**, #1410, Lakeland, Fla.
- Pharmacy Manager **Tran Nguyen**, #311, Temple Terrace, Fla.
- Lead Pharmacy Technician **Crystal Parisi**, #53, Hollywood, Fla.
- Pharmacy Manager **Bill Ballough**, #1150, Vero Beach, Fla.
- Pharmacy Supervisor **Randy Stryjewski**, Lakeland Division Pharmacy Operations

Recipients were presented with a plaque and a lab coat embroidered with *2018 Rxcellence Award*. In addition, the recipients attended the first day of the pharmacy supervisor meeting, participated in a team building event, dinner, and tour of Mr. George's office.

## OutcomesMTM Madness 2019

Congratulations to pharmacy team #0608 in Carrollton, GA for placing 2nd place in OutcomesMTM annual MTM Madness competition. We could not be more proud of our team's efforts in the 7-week competition delivering quality MTM services to OutcomesMTM eligible members. Given the opportunity to represent Publix in the nationwide competition drove the team's motivation to new heights. Each associate took part to ensure completion of CMRs and TIPs. We would like to give special recognition to Christy Horihan, one of our full-time technicians, who has led the way in Outcomes since the beginning. The team utilized SYNC to their advantage to prioritize daily tasks and workflow. They found working through the Daily Action Report earlier in the day and utilizing transaction notes increased their success with speaking to patients when they arrived to pick up their prescriptions. The OutcomesMTM Tips Opportunity emails helped them focus on available CMRs and TIPs within workflow, as well as recognize non-priority patients who could benefit from Publix's free and $7.50 programs. Pharmacy Manager Erin Howland commented "We have noticed our efforts in Outcomes correlating with success in obtaining companion prescription transfers, SYNC enrollments, immunization opportunities, etc. We are now taking the challenge to continue our efforts!"



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077178

P-01377_6

# Workers' Compensation Billing for Tetanus Vaccine-Excludes GA Pharmacies

**Background**

In the event that a Publix associate experiences a minor cut or laceration injury while performing their job operations, they will be required to contact Medcor. Depending on the severity of the injury, Medcor will advise the associate to either seek medical attention or receive a Tetanus booster at a local Urgent Care Clinic, requiring the associate to leave the premises. To eliminate this visit, the Publix associate will now be able to visit their Publix Pharmacy to receive the Tetanus (Tdap) vaccine, Boostrix (NDC: 58160-0842-52).

**Billing Procedure**

Each injured associate should present a myMatrixx prescription card when requesting a Tetanus (Tdap) vaccine. Follow the current procedures when entering the vaccine to be administered into EnterpriseRx. In the event that a myMatrixx prescription card is not presented please use the following information when processing the Tetanus (Tdap) vaccine through the associates workers' compensation benefits.

| | |
|---|---|
| **Associate Name:** | |
| **Group # (Florida Claims Only)** | 10602303 |
| **Group # (non-Florida Claims)** | 10602305 |
| **Member ID:** | Member ID is SSN for new dates of accidents. Please call 877-804-4900 for Member ID on dates of accident older than 7 days. |
| **Date of Injury:** | |
| **Carrier Code:** | PEWC |
| **myMatrixx Help Desk: (877) 804-4900** ||

**Questions**

For questions or rejections, please call (877) 804-4900. Please do not send associate home or have associate pay for the vaccine before calling myMatrixx.

04/11/2019    *Workers' Compensation Billing for Tetanus Vaccine-Excludes GA Pharmacies*  1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077179

P-01377_7

**Publix**®

P-PUB-0330

Pharmacy

| | (Pharmacy Stamp) |
|---|---|
| | Page ___ of ____ |

Date: _____

To: _____

Phone: _____

Dr. Fax: _____     Pharmacy Fax: _____

Dear Prescriber:

Aimovig® 140 mg dose can now be administered as a single-dose 1 mL SureClick® autoinjector (NDC 55513-0843-01). Previously, Aimovig® 140 mg was supplied as 2 x 70 mg/mL autoinjectors (NDC 55513-0841-02), requiring patients to take 2 injections consecutively to deliver a full 140 mg dose. Due to this change, the 2 x 70 mg/mL dose autoinjector devices will no longer be available. We are transitioning patients to the single 140 mg/mL autoinjector.

Please issue a new prescription for outstanding refills.

I am contacting you in regards to your patient, _____, DOB ___/___/___.

Affix Prescription Label Here

Drug/Strength: Aimovig® 140 mg/mL solution in a single-dose prefilled syringe

SIG: Inject one syringeful subcutaneously once monthly

QTY: 1 month or 3 month supply

Refills: _____

_____
(Prescriber Signature) Substitution permitted

_____
(Prescriber Signature) Dispense as written

This facsimile may contain privileged and confidential protected health information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the Publix Pharmacy collect at the phone number listed in the top section of this form, and destroy this facsimile communication thereafter.

# Combatting the Opioid Epidemic



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077181

**P-01377_9**



# THE OPIOID EPIDEMIC BY THE NUMBERS

 **130+** People died every day from opioid-related drug overdoses[3] (estimated)

 **11.4 m** People misused prescription opioids[1]

 **47,600** People died from overdosing on opioids[2]

 **2.1 million** People had an opioid use disorder[1]

 **886,000** People used heroin[1]

 **81,000** People used heroin for the first time[1]

 **2 million** People misused prescription opioids for the first time[1]

 **15,482** Deaths attributed to overdosing on heroin[2]

 **28,466** Deaths attributed to overdosing on synthetic opioids other than methadone[2]

SOURCES
1. 2017 National Survey on Drug Use and Health, Mortality in the United States, 2016
2. NCHS Data Brief No. 293, December 2017
3. NCHS, National Vital Statistics System. Estimates for 2017 and 2018 are based on provisional data.

 HHS.GOV/OPIOIDS

Source: U.S. Dept. of Health & Human Services



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077182

According the U.S. Dept. of Health and Human Services, each day over 130 people die from an opioid-related drug overdose. Our goal is to be a part of the solution to the opioid epidemic. To do this, we are:

- providing patients with the ability to purchase Narcan® Nasal Spray without a prescription
- sharing local drug take-back locations with customers in alliance with the DEA's National Drug Take Back Day on 4/27/2019, and
- providing customers an at-home disposal option for unused and unwanted medications (including opioids) – free for a short time and then at a nominal charge

3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

P-01377_11

PUBLIX-MDLT8-00077183

Case: 1:17-md-02804-DAP Doc #: 5437-17 Filed: 05/13/24 13 of 17. PageID #: 636666

P-PUB-0330

# Narcan® Nasal Spray

Publix partnered with the Therapeutic Research Center (TRC) to provide Naloxone training to Publix Pharmacists through the *Pharmacist Letter*.

This training provides information on what Naloxone is and how it works, as well as how to spot a patient/caregiver who may need a prescription for Naloxone and how to counsel them on its use.

Additionally, the following resources are available on the Pharmacy Portal at: **Pharmacy Operations → Combatting the Opioid Epidemic**

- Publix's Narcan Dispensing Procedures
- Naloxone Requirements by State Quick Reference
- APHA Naloxone Dispensing Guide
- Pre-printed Narcan® Nasal Spray prescription blanks for each State
- Standing Orders for each State



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

P-01377_12

PUBLIX-MDLT8-00077184

P-PUB-0330

# National Drug Take Back Day

The DEA's National Drug Take Back Day is on **4/27/2019**!

You can help your patients find a local take back site by visiting the DEA's website and entering in the patient's zip code.

A link to the website is located on the Pharmacy Portal at: ***Pharmacy Operations → Combatting the Opioid Epidemic.***

5

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077185

P-01377_13

P-PUB-0330

# DisposeRx® at Home Disposal

DisposeRx® is a blend of solidifying materials that, when mixed with water, allows customers to safely dispose of unused oral medications (pills, tablets, & capsules) in the convenience of their own homes.

Once mixed with water, DisposeRx® forms a physical and chemical barrier around the medication and can be disposed of with regular household trash. DisposeRx® can be used for any solid oral medication, including opioids and other controlled substances, that are water soluble. It retails for $1.50.

For additional information on DisposeRx® , including talking points and FAQ's, check out the DisposeRx® resources located on the Pharmacy Portal at: **Pharmacy Operations → Combatting the Opioid Epidemic.**



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077186

P-01377_14

P-PUB-0330

# DisposeRx® Free Packet

In the spirit of National Drug Take Back Day, you can offer one free packet of DisposeRx® to each customer upon request or to a customer identified during counseling.  The free packet is limited to one per customer.

After discussing the solution with a patient and determining if DisposeRx® is suitable, the Pharmacist can offer **one free packet per customer from 4/24/19 to 5/25/19**. The look-up number for this offer is **12864**.

After 5/25/2019, the cost of purchasing DisposeRx® will be $1.50 each.

7



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077187

**P-01377_15**



P-PUB-0330

# Next Steps

1. **Pharmacy Managers-**
   a) Update your Accordion File with:
      - the new Table of Contents sheet, located at: ***Pharmacy Operations → Compliance → Accordion File***, and
      - your State's Naloxone Standing Order or CPA, located at: ***Pharmacy Operations → Compliance → Naloxone Standing Orders.***
   b) Ensure Narcan® 4mg nasal spray is in stock.
   c) Ensure DisposeRx® is in stock by your next warehouse order (min max values will be loaded corporately, no action necessary to order this item).

2. **All Pharmacists-**
   a) Complete the Naloxone training assigned in Learning and provided by the *Pharmacist Letter.*
   b) Review the Naloxone Dispensing Procedures and associated prescription blank for your State, located at: ***Pharmacy Operations → Combatting the Opioid Epidemic.***
   c) Review the APhA Naloxone Guide and patient talking points, located at: ***Pharmacy Operations → Combatting the Opioid Epidemic.***

3. **All Pharmacy Staff-**
   a) Look up your local Drug Take Back Day locations on the DEA's website, so you can be prepared to let patients know when and where these locations are available. The link is located at: ***Pharmacy Operations → Combatting the Opioid Epidemic.***
   b) Know that a patient may receive one free DisposeRx® packet, per patient, during 4/24/19 - 5/25/19 using LU# 12864; otherwise, the product will be $1.50 each.

4. **Please contact your Pharmacy Supervisor if you have any questions.**



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077188

**P-01377_16**