# EXHIBIT 14

| | | |
|---|---|---|
| **From:** | Jillanne Smith </O=PUBLIX/OU=NAMERICA/CN=RECIPIENTS/CN=XJSS> | P-PUB-0324 |
| **To:** | Scott LaRonde | |
| **Sent:** | 7/24/2018 12:49:11 PM | |
| **Subject:** | Pharmcy O&T - 1st homework assignment | |

Opportunities
Favorable external (both to Publix and Publix Pharmacy) factors, current or anticipated, that we could use to our advantage as we assess the future state of Pharmacy. Things we want to exploit or expand on
1. Provider status for pharmacists in each state – will result in our ability to perform more clinical services and bill and receive payments accordingly and will be a great response to the expected oversupply of grads/new pharmacists expected in the future
2. Central Fill in GA – if regulations allow this, we can spread the love to GA
3. Tech-check-Tech concept – potential to pass in TN in the next couple of years – opportunity to expand tech responsibilities (e.g., advancement opp?) and open door for RPh to perform more clinical services - need to prepare to functionalize with training, access controls, service expectations, etc.
4. Trump Administration potential regulatory burden rollback – hmmmm…not sure what we'll see from this. Allegedly looking at ACA 1557, marketing under HIPAA, DIR, etc. Just need to be watching all of this and staying ahead.
5. Advancement of traditional & non-traditional channels of Rx delivery & pick-up - although a threat, this can push us to act as a company where we desperately need to play, so that makes it an opportunity. (May be a stretch, but sometime we don't want to be first somewhere, but we need to decide to be in the game now or lose our shirt J) We need to maintain top of mind for our customers & keep customers who may stray due to ease of use of other platforms (e.g., amazon/pill pack, m.o, nimbleRx, pt chooses method each time quick and easy via an app)
6. 340B – opportunity to gain some business that's not going away and essential to hospital, if we can figure out how to manage it efficiently and profitably – there's some Trump Administration talk about some reform here….again, just something to watch.

Threats
Unfavorable external factors, either current or future, that we may need to overcome. Things we want to avoid or deter.
1. Trump Administration potential regulatory reforms (and tweets L) – not sure of impact yet, but if price deflation is one, that's a problem for our financials. The Admin is looking at 340b reform, drug pricing/rebate reform, discount card reform…. Just not sure of impact yet.
2. Opioid epidemic – CS Rxs come at a risk to the RPh and pharmacy license if not handled with appropriate process controls balanced with patient care and provider respect (to avoid customer & prescriber defamation complaints too!). The regulations around controls are important for society, but a burden for sure on the retailer & distributer – we must respond with better tools to ensure we are efficiently meeting requirements, yet taking care of the customer.
3. Hazardous drug regulations and rules infiltrating all business areas with more fervor and to avoid costly fines and properly provide safety to patients and employees, must comply to strict, complex requirements in the coming years.
4. Sell before distribution – if we can't get their quick, we could lose market share
5. FWA/Anti-kickback – climate is hot for interesting arrangements (e.g., discounts, rebates) – will Trump Admin make it easier for value-based arrangements or not? And lots of fines if we don't get this right.

*Thanks!!*

*Jillanne Smith*
Publix Super Markets, Inc.
Pharmacy, Manager of Recruiting, Training, & Compliance
Phone: (863) 688-1188 Ext. 58004
Fax: (863) 284-3322
Email: <Jillanne.Smith@publix.com>

*This e-mail message and any attachment(s) are confidential, contain information intended only for the addressee(s), and may be privileged and/or exempt from disclosure under applicable law. Any retention, storage, forwarding, retransmission, publication or other use or disclosure of this message or any of its attachments by any other*



*person is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by reply email. Also, please destroy the original message, including all attachments and all copies. Thank you.*

P-PUB-0324

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00071829

**P-01363_2**