# EXHIBIT 15

P-PUB-0592

| | |
|---|---|
| **From:** | Jennifer Warren </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1E61D76CEFD1461797027576CBAB700A-RJCW50_D3D2> |
| **To:** | Yondaney Serrano; Brandon Carney |
| **Sent:** | 4/2/2020 4:36:40 PM |
| **Subject:** | FW: Dr review |

Here is another Dr. that is under investigation by the DEA. Will you pull the same data that you are pulling for the Dr. in Becca's area. Will you please verify the status of both mds license. Thank you!

Thank you,

*Jennifer Warren*
Supervisor, Controlled Substance Compliance
Pharmacy Operations, Lakeland, FL
863-688-1188 Ext. 54009

*This e-mail message and any attachment(s) are confidential, contain information intended only for the addressee(s), and may be privileged and/or exempt from disclosure under applicable law. Any retention, storage, forwarding, retransmission, publication or other use or disclosure of this message or any of its attachments by any other person is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by reply email. Also, please destroy the original message, including all attachments and all copies. Thank you.*

---

**From:** Jillanne Smith <Jillanne.Smith@publix.com>
**Sent:** Thursday, April 02, 2020 4:00 PM
**To:** Jennifer Warren <Jennifer.Warren@publix.com>
**Subject:** Dr review

Apparently this Dr. may be under investigation. The DEA visited a store in Stan's area. Can you have someone verify his license status (state and DEA) and maybe run some prescribing patterns on the dr. We probably need to come up with a standard checklist of things we do for this kind of tip. I don't have a specific deadline, just work it in.

Ashton Bronson (407) 774-7080

Thanks!

*Jillanne Smith*
Publix Super Markets, Inc.
Sr. Manager, Pharmacy Compliance
Phone: (863) 688-1188 Ext. 58004
Cell: (863)838-3789
Fax: (863) 284-3322
Jillanne.Smith@publix.com



*This e-mail message and any attachment(s) are confidential, contain information intended only for the addressee(s), and may be privileged and/or exempt from disclosure under applicable law. Any retention, storage, forwarding, retransmission, publication or other use or disclosure of this message or any of its attachments by any other person is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by reply email. Also, please destroy the original message, including all attachments and all copies. Thank you.*



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLAINTIFF TRIAL EXHIBIT P-01356

PUBLIX-MDLT8-00078435

P-01356_1