# EXHIBIT 17

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3
     IN RE: NATIONAL            )
 4   PRESCRIPTION               )   MDL No. 2804
     OPIATE LITIGATION          )
 5   _____    )   Case No.
                                )   1:17-MD-2804
 6                              )
     THIS DOCUMENT RELATES      )   Hon. Dan A.
 7   TO: Case Track 8           )   Polster

 8
                    FRIDAY, OCTOBER 6, 2023
 9
          HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                  CONFIDENTIALITY REVIEW

11                         - - -

12           Remote videotaped deposition of

13   Dain Rusk, held at the location of the

14   witness in Lakeland, Florida, commencing at

15   10:05 a.m. Eastern Time, on the above date,

16   before Carrie A. Campbell, Registered

17   Diplomate Reporter, Certified Realtime

18   Reporter, Illinois, California & Texas

19   Certified Shorthand Reporter, Missouri,

20   Kansas, Louisiana & New Jersey Certified

21   Court Reporter.

22                         - - -
                  GOLKOW LITIGATION SERVICES
23                      877.370.DEPS
                      deps@golkow.com
24

25
```

```
 1        R E M O T E    A P P E A R A N C E S :

 2

 3        SIMMONS HANLY CONROY
          BY:   JAYNE CONROY
 4              JConroy@simmonsfirm.com
                SANFORD SMOKLER
 5              ssmokler@simmonsfirm.com
                ELLYN HURD
 6              ehurd@simmonsfirm.com
                LAURA FITZPATRICK
 7              lfitzpatrick@simmonsfirm.com
                MILDRED CONROY
 8              mconroy@simmonsfirm.com
                SARAH BURNS
 9              sburns@simmonsfirm.com
          112 Madison Avenue, Seventh Floor
10        New York, New York 10016
          (212) 784-6400
11

12        and

13

          NAPOLI SHKOLNIK, PLLC
14        BY:   SALVATORE C. BADALA
                SBadala@NapoliLaw.com
15        270 Munoz Rivera Avenue, Suite 201
          Hato Rey, Puerto Rico 00918
16        (833) 271-4502
          Counsel for Plaintiffs
17

18
          GREENBERG TRAURIG
19        BY:   GRETCHEN N. MILLER
                millerg@gtlaw.com
20        77 West Wacker Drive, Suite 3100
          Chicago, Illinois  60601
21        (312) 456-8400
          Counsel for Albertsons
22

23

24

25
```

```
 1      BARNES & THORNBURG, LLP
        BY:  TIM HUDSON
 2           tim.hudson@btlaw.com
        2121 North Pearl Street, Suite 700
 3      Dallas, Texas  75201
        (214) 258-4200
 4
        and
 5
        BARNES & THORNBURG, LLP
 6      BY:  FRANCIS MATTINGLY
             FMattingly@btlaw.com
 7           MEREDITH THORNBURGH WHITE
             meredith.white@btlaw.com
 8      11 South Meridian Street
        Indianapolis, Indiana  46204
 9      (317) 236-1313
        Counsel for Publix Super Markets, Inc.
10

11
        BOWLES RICE LLP
12      BY:  RYAN MOORE
             rmoore@bowlesrice.com
13           ASHLEY HARDESTY ODELL
             ahardestyodell@bowlesrice.co
14      600 Quarrier Street
        Charleston, West Virginia  25301
15      (304) 520-5515
        Counsel for the Kroger Company
16

17
   ALSO PRESENT:
18      BILL HAMMOND, Senior Director,
        Regulatory Legal and Litigation at
19      Publix Super Markets

20      JONATHAN JAFFE, consultant

21      MICHAEL KAUFFMANN, trial technician,
        Precision Trial Solutions
22

23
   VIDEOGRAPHER:
24        DAVID LANE,
          Golkow Litigation Services
25                - - -
```

```
 1                        INDEX

 2                                                    PAGE

 3    APPEARANCES...................................    2

 4    EXAMINATIONS

 5      BY MS. CONROY...............................    7

 6

 7                       EXHIBITS

 8      No.    Description                            Page

 9      1     Publix Application for                    28
              Employment, Dain Rusk,
10            PUBLIX-MDLT8-00151065 -
              PUBLIX-MDLT8-00151117
11
        2     Georgia Department of Community          108
12            Health, Georgia Board of
              Pharmacy, Publix registration,
13            PUBLIX-MDLT8-00056780 -
              PUBLIX-MDLT8-00056788
14
        3     E-mail(s),                               116
15            PUBLIX-MDLT8-00088571 -
              PUBLIX-MDLT8-00088577
16
        4     E-mail(s),                               152
17            PUBLIX-MDLT8-00079714 -
              PUBLIX-MDLT8-00079716
18
        5     E-mail(s),                               170
19            PUBLIX-MDLT8-00132730 -
              PUBLIX-MDLT8-00132744
20
        6     Personnel file of Jillanne              188
21            Smith,
              PUBLIX-MDLT8-00145757 -
22            PUBLIX-MDLT8-00146083

23      7     E-mail(s),                               232
              PUBLIX-MDLT8-00115817 -
24            PUBLIX-MDLT8-00115822

25
```

Highly Confidential - Subject to Further Confidentiality Review
Case: 1:17-md-02804-DAP   Doc #: 5437-21   Filed: 05/13/24   6 of 13.   PageID #: 636703

```
 1      8          E-mail(s),                           240
                   PUBLIX-MDLT8-00083964 -
 2                 PUBLIX-MDLT8-00083967

 3      9          "Publix Opioid Task Force"           248
                   PowerPoint
 4      10         Video of Dain Rusk                   269

 5         (Exhibits attached to the deposition.)

 6

 7      CERTIFICATE...................................282

 8      ACKNOWLEDGMENT OF DEPONENT....................284

 9      ERRATA........................................285

10      LAWYER'S NOTES................................286
```

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                VIDEOGRAPHER:  We are now on
 2        the record.  My name is David Lane,
 3        videographer for Golkow Litigation
 4        Services.
 5                Today's date is October 6,
 6        2023.  Our time on the record is
 7        10:05 a.m. Eastern Standard Time.
 8                This remote video deposition is
 9        being held in the matter of the opioid
10        litigation.
11                Our deponent today is Dain
12        Rusk.
13                All parties to this deposition
14        are appearing remotely and have agreed
15        to the witness being sworn in
16        remotely.
17                Due to the nature of remote
18        reporting, please pause briefly before
19        speaking to ensure all parties are
20        heard completely.
21                Counsel will be noted on the
22        stenographic record.
23                Our court reporter today is
24        Carrie Campbell, who will now swear in
25        our witness.
```

```
 1                    DAIN RUSK,
 2   of lawful age, having been first duly sworn
 3   to tell the truth, the whole truth and
 4   nothing but the truth, deposes and says on
 5   behalf of Plaintiffs, as follows:
 6
 7                 VIDEOGRAPHER:  Please begin.
 8                 DIRECT EXAMINATION
 9   QUESTIONS BY MS. CONROY:
10        Q.    Good morning, Mr. Rusk.
11        A.    Good morning.
12        Q.    Good morning.
13              My name is Jayne Conroy, and I
14   represent Cobb County in this litigation, and
15   I'm going to be asking you a number of
16   questions today.
17              Have you ever had your
18   deposition taken before?
19        A.    I have.
20        Q.    Okay.  How many times?
21        A.    Twice, I believe.
22        Q.    Okay.  Ever have it by Zoom?
23        A.    Never.
24        Q.    Okay.  It might actually work a
25   little bit easier, actually, because we sort
```

Highly Confidential - Subject to Further Confidentiality Review
Case: 1:17-md-02804-DAP   Doc #: 5437-21   Filed: 05/13/24   9 of 13.   PageID #: 636706

```
 1   would say that the Controlled Substances Act
 2   is regulations and laws that have to be
 3   followed by all pharmacists and pharmacies.
 4        Q.    And the Controlled Substances
 5   Act is one of those, correct?
 6        A.    Yes.
 7        Q.    Do you believe -- or do you
 8   have an understanding of whether Publix's
 9   pharmacies must adhere to the Controlled
10   Substances Act?
11              MR. HUDSON:  Objection.  Form.
12              THE WITNESS:  I believe our
13        pharmacists must adhere to the law.
14   QUESTIONS BY MS. CONROY:
15        Q.    Okay.  That wasn't my question.
16              I'm asking whether Publix, as
17   an entity, must adhere to the Controlled
18   Substances Act.
19              MR. HUDSON:  Objection.  Form.
20              THE WITNESS:  So can you give
21        me more detail?  Maybe you can explain
22        what you mean by Publix adhering to
23        the Controlled Substances Act.
24   QUESTIONS BY MS. CONROY:
25        Q.    The company itself, is it --
```

 1  does -- must it obey or follow the Controlled
 2  Substances Act, and not just the pharmacists
 3  who are employed by Publix?
 4             MR. HUDSON:  Objection.  Form.
 5       Calls for a legal conclusion.
 6             THE WITNESS:  Yeah, I would
 7       certainly have to lean on our legal
 8       team to understand specifically that
 9       question.  I feel like I need more
10       information to properly answer that.
11  QUESTIONS BY MS. CONROY:
12       Q.    So you are the vice president
13  of pharmacy at Publix, and you're directly
14  responsible for ensuring compliance with all
15  state and federal laws, rules and regulations
16  as they pertain to the business of pharmacy,
17  but you would need to rely on your legal team
18  to tell you whether or not Publix, as an
19  entity, must adhere to the Controlled
20  Substances Act?
21             MR. HUDSON:  Form.
22             THE WITNESS:  I would have a
23       larger team, legal being one of them,
24       that I would rely on to have those
25       conversations to understand, you

```
 1                    They don't manufacture any
 2   opioids, right?
 3        A.    No, we do not.
 4        Q.    Does Publix distribute any
 5   controlled substances?
 6        A.    Could you define how you're
 7   using "distribute"?
 8        Q.    Well, you had talked -- do
 9   they -- do they transfer controlled
10   substances from one place to another?
11        A.    Yes.
12        Q.    Do they only distribute -- does
13   Publix only distribute controlled substances
14   to its own pharmacies?
15        A.    Controlled substances in our
16   warehouse we only transfer to our own
17   pharmacies.
18        Q.    So Publix does not distribute
19   to entities other than its own hospital,
20   standalone or supermarket pharmacies?
21        A.    Yes.  We're not a distributor.
22   Correct.
23        Q.    When you say you're "not a
24   distributor," what do you mean by that?
25        A.    Again, that's why I asked how
```

1  you were defining the word "distributor."

2                I use distributor as someone
3  who is distributing to more than one
4  organization.  We are purchasing controlled
5  substances into our warehouse, and we are
6  then transferring, inter-department
7  transferring, them to our stores.

8                So it's just how we're using
9  the word.  That's why I was asking for
10 clarification from you.

11      Q.    Okay.

12      A.    Maybe a better way -- we're not
13 a wholesaler.

14      Q.    Okay.  And are you relying on
15 the legal team for that answer that Publix is
16 not a wholesaler, or is that something that
17 you do understand, the state and federal laws
18 concerning wholesalers?

19            MR. HUDSON:  Objection.  Form.

20            THE WITNESS:  I don't know that
21      I understand the laws.  I would
22      certainly have to ask them.  But
23      that's what I -- you know, as I feel
24      it, my -- where you transfer products
25      to our stores.

```
 1                I view distributors as
 2      wholesalers and manufacturers.
 3  QUESTIONS BY MS. CONROY:
 4      Q.    But are you giving me -- are
 5  you giving me a legal answer, or is that your
 6  understanding just factually?
 7      A.    It's just my view.  From a
 8  legal standpoint, I'd have to go to our legal
 9  team to get some advice on that.
10      Q.    Does Publix dispense controlled
11  substances?
12      A.    Yes.  Publix pharmacies
13  dispense controlled substances.
14      Q.    And those pharmacies, are they
15  licensed to dispense controlled substances?
16      A.    Yes, they are.
17      Q.    And is that something within
18  your responsibilities at Publix, to get
19  those -- to sign those licenses or somehow
20  apply and receive those licenses?
21            MR. HUDSON:  Objection.  Form.
22            THE WITNESS:  I do have end --
23      what I'll call end game responsibility
24      signing those licenses, but there is a
25      broader team that conducts the
```