# EXHIBIT 18

| Field | Value |
|---|---|
| BegControl : | PUBLIX-MDLT8-00056780 |
| EndControl : | PUBLIX-MDLT8-00056788 |
| FamilyID : | PUBLIX-MDLT8-00056779 |
| Internal Reference Number : | |
| Custodian : | |
| Custodian - All : | |
| DocDate : | 8/1/2016 12:00:00 AM |
| Document Date : | |
| Date Last Modified : | |
| Date Created : | |
| E-Title : | |
| File Name : | |
| File Extension : | |
| Folder Name : | 2022.04.15 - PUBLIX-MDLT8_VOL004 |
| Production Volume : | PUBLIX-MDLT8_VOL004 |
| Number of Attachments : | |
| Relativity Image Count : | 9 |

PLAINTIFF TRIAL EXHIBIT
P-01359

P-PUB-0795

 **GEORGIA DEPARTMENT OF COMMUNITY HEALTH**



Do Not Write In This Section:
Receipt#
Amount
Applicant #
Initials/Date:

## GEORGIA BOARD OF PHARMACY

Address: 2 Peachtree Street, N.W., 6th Floor, Atlanta, GA 30303
Telephone #: (404) 651-8000
Fax #: (678) 717-6694
Website: www.gbp.georgia.gov

### APPLICATIONS ARE VALID FOR ONE YEAR

The fee for a name change is only $100.00. The fee for checks returned due to non-sufficient funds is $30.00.

**Purpose of Application:**

**License Type / Application Fee:**
- ( ) Retail Pharmacy-$500.00 – (Georgia only)
- ( ) Hospital Pharmacy - $500.00 (Georgia only)
- ( ) Retail/Home Health - $500.00 (Georgia only)
- ( ) Retail/PBM - $500.00
- ( ) Researcher Pharmacy - $100.00
- ( ) Opioid Treatment Clinic - $500.00 (Georgia only)
- ( ) Outpatient Clinic - $500.00
- ( ) Prison Pharmacy - $500.00 (Georgia only)
- (X) Wholesaler - $1000.00
- ( ) Reverse Distributor - $1000.00
- ( ) Manufacturer Pharmacy - $1000.00
- ( ) Nuclear Pharmacy - $500.00
- ( ) Remote Automated Medication System (RAMS) - $500.00

**Purpose of Application:**
- (X) New Registration
- ( ) Reinstatement - $350 + late renewal fee for each renewal period missed
- ( ) Change of Ownership
- ( ) Change in Location
- ( ) Change in Schedule
- ( ) Change in Primary Person in Charge (Researcher's only) - $100.00
  Name: _____
- ( ) Change in Facility Name - $100.00
  Previous name: _____

Current License Number: _____

**Location of Facility:**
( ) IN Georgia  (X) OUTSIDE Georgia

**Affiliation:**
Name or title under which business is conducted: Publix Super Markets, Inc.
(Please list legal name and d.b.a. name) (include dba between the two)

Physical Address: 10400 Rocket Court, Orlando, FL 32824-8560     County: Orange
(P.O. Box not acceptable) Number and Street City/State Zip

Mailing Address: Expense/Licenses, P.O. Box 32027, Lakeland, FL 33802-2027     County: Polk
(If different) Number and Street City/State Zip

Telephone Number (Day): 407-816-5959     Employer Identification Number: 59-0324412

Give the name, address, and title of person to whom communication from the Board may be directed and upon whom notices and citation may be served:

Name: Laura Slone     Title: Assistant Manager Pharmacy Compliance & Regulations

Address: 10400 Rocket Court, Orlando, FL 32824-8560

Phone #: (407) 816 - 5959     Email Address: laura.slone@publix.com

Acknowledgement of your application will be sent by email. Also, if further information is needed, email is the most efficient way for Board staff to contact you so that your application can be processed in the most efficient manner. Your email address will not be shared with any third party. The contact person listed above is the only person that Board staff is authorized to speak with in regards to this application.

**Closing Date:** If filing a change of ownership application, on what date will the change of ownership be effective?
_____

RECEIVED JUL 27 2016 BY: _____

Updated: May 16, 2016

Confidential

PUBLIX-MDLT8-00056780

## WHOLESALER AND REVERSE DISTRIBUTOR APPLICANTS COMPLETE THIS PAGE

1. Type of Ownership: ( ) Individual ( ) Partnership (X) Corporation

2. State of Incorporation   Florida
   (If Applicable)

3. Names of Owners: If additional space is needed, use additional paper.

   Randall Todd Jones
   (President's Name)                              (Address)

   David Phillips
   (Vice President's Name)                         (Address)

   John A. Attaway, Jr.
   (Secretary/Treasurer's Name)                    (Address)

4. List the state(s) in which the facility(s) is located that will be supplying drugs to Georgia:   Florida

5. Which of the above-mentioned state(s) require licensure of Wholesalers or Reverse Distributors?   Florida

   (The enclosed certification of licensure form **MUST BE** completed by each of the above state(s) and submitted with this application.)

6. Have you ever had a revoked, suspended, or otherwise sanctioned license issued by any board or agency in Georgia or any other state? ( ) Yes (X) No (If yes, please attach an explanation and certified copies of all documents and records.)

7. Have you ever been denied issuance of, or pursuant to disciplinary proceedings, refused renewal of a license by any board or agency in Georgia or any other state? ( ) Yes (X) No (If yes, please attach an explanation and certified copies of all documents and records.)

8. Have any of the owners, partners of the firm, or officers of the corporation ever been convicted of any crime under the laws of the United States, Georgia, or any other state pertaining to the manufacturing, distribution, sale or dispensing of drugs or narcotics? ( ) Yes (X) No (If yes, please attach an explanation and certified copies of all documents and records.)

9. Do you have safeguards to prevent the sale or other distribution of dangerous drugs, prescription drugs, or narcotics to any person other than: Practitioners of the healing arts, registered drug wholesalers, distributors or suppliers, licensed pharmacists, licensed pharmacies, or carriers/warehousemen (for the purpose of carriage or storage)?
   (X) Yes ( ) No

10. Type of drugs you distribute or wish to distribute: (X) Dangerous Drugs (Legend Drugs) (X) Controlled Substances

11. Do you understand that every drug wholesaler or reverse distributor registered with the Georgia State Board of Pharmacy is required to submit reports of excessive purchases of controlled substances with the Federal Drug Enforcement Administration and shall be required to submit a copy of each report to the Georgia Drugs and Narcotics Agency? (X) Yes ( ) No

**Please Note:** The report requirements for question #11 do not apply to any wholesalers, manufacturers, or reverse distributors who only ship controlled substances directly to a licensed wholesaler within the State of Georgia.

Updated: May 16, 2016                                                                                                11

Confidential                                                                      PUBLIX-MDLT8-00056781

## WHOLESALER AND REVERSE DISTRIBUTOR APPLICANTS COMPLETE THIS PAGE

The undersigned hereby swears, or affirms that all statements made herein are true and correct, and that all the provisions of the law and regulations based thereon will be faithfully observed during the period any permit issued may be in force and effect.

Firm Name: Publix Super Markets, Inc.
Applicant Signature: _____
By: Casey D Suarez, VP Distribution
(State whether individual Owner, Partner or officer of the corporation)

Sworn and subscribed before me, this 29th day of July, 2016.

_____
Notary Public / Expiration Date/Seal



LORI-ANN BREAULT
MY COMMISSION # FF 108838
EXPIRES: March 26, 2018
Bonded Thru Budget Notary Services

Updated: May 16, 2016

12

Confidential

PUBLIX-MDLT8-00056782

P-01359_4

P-PUB-0795



# State of Florida
### Department of Business & Professional Regulation
2601 BLAIR STONE ROAD
TALLAHASSEE, FL 32399-0783

07/19/2016
DBA: null
PUBLIX SUPER MARKETS INC
10400 ROCKET COURT
ORLANDO, FL 32824

## LICENSURE CERTIFICATION

For Florida Licensee:

License Type: Prescription Drug Wholesale Distributor
License Number: 2220241
Current License Status: Current

Date of License Expiration: 06/30/2017
Date of Initial License: 06/08/2016

Verify this license online at
https://www.myfloridalicense.com/LicenseDetail.asp?SID=&id=7dc4124786eed623d423207d40908ffc

Reginald Dixon
Director
Florida Department of Business and Professional Regulation
Florida Division of Drugs, Devices and Cosmetics



Confidential

PUBLIX-MDLT8-00056783

P-01359_5

**AFFIDAVIT OF APPLICANT**

I hereby swear and affirm that all information provided in this application is true and correct to the best of my knowledge and belief. I further swear and affirm that I have read and understand the current state laws and rules and regulations of the Georgia State Board of Pharmacy and I agree to abide by these laws and rules, as amended from time to time.

By signing this application, electronically or otherwise, I hereby swear and affirm one of the following to be true and accurate pursuant to O.C.G.A. § 50-36-1:

1) __X__ I am a United States citizen 18 years of age or older. Please submit a copy of your current Secure and Verifiable Document(s) such as driver's license, passport, or document as indicated on pages 16 & 17 of this application.

2) _____ I am not a United States citizen, but I am a legal permanent resident of the United States 18 years of age or older, or I am a qualified alien or non-immigrant under the Federal Immigration and Nationality Act 18 years of age or older with an alien number issued by the Department of Homeland Security or other federal immigration agency. Please submit a copy of your current immigration document(s) which includes either your Alien number or your I-94 number and, if needed, SEVIS number.

In making the above attestation, I understand that any failure to make full and accurate disclosures may result in disciplinary action by the Georgia State Board of Pharmacy and/or criminal prosecution.

Signature of Applicant _[signature]_     Date 7·20·16

Print Applicant's Name: Casey D Suarez

Personally appeared before me, the undersigned official authorized to administer oaths, comes

__Casey D. Suarez__ who deposes and swears that he/she is the person who executed this
(Applicant's Name)

application for a pharmacy license, permit, or registration in the State of Georgia; and that all of the statements herein contained are true to the best of his/her knowledge and belief.

Sworn to and subscribed before me this 20th day of July, 2016.

Notary Public Signature _[signature]_ Breault    County: Polk    State: Florida

My Commission Expires: 3·26·2018

(seal)

LORI-ANN BREAULT
MY COMMISSION # FF 106836
EXPIRES: March 26, 2018
Bonded Thru Budget Notary Services

Updated: May 16, 2016

15

**APPLICANT: PLEASE CHECK THE FORM OF IDENTIFICATION BELOW THAT YOU POSSESS. RETURN THIS FORM ALONG WITH A COPY OF YOUR APPROPRIATE DOCUMENTATION**

Casey D Suarez
**Name**

Secure and Verifiable Documents under O.C.G.A. § 50-36-2
Issued August 1, 2012 by the Office of the Attorney General, Georgia

The Illegal Immigration Reform and Enforcement Act of 2011 ("IIREA") provides that "[n]ot later than August 1, 2011, the Attorney General shall provide and make public on the Department of Law's website a list of acceptable secure and verifiable documents. The list shall be reviewed and updated annually by the Attorney General." O.C.G.A. § 50-36-2(f). The Attorney General may modify this list on a more frequent basis, if necessary.

The following list of secure and verifiable documents, published under the authority of O.C.G.A. § 50-36-2, contains documents that are verifiable for identification purposes, and documents on this list may not necessarily be indicative of residency or immigration status.

\_\_\_\_\_ A United States passport or passport card [O.C.G.A. § 50-36-2(b)(3); 8 CFR § 274a.2]

\_\_\_\_\_ A United States military identification card [O.C.G.A. § 50-36-2(b)(3); 8 CFR § 274a.2]

__X__ A driver's license issued by one of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, the Commonwealth of the Northern Marianas Islands, the United States Virgin Island, American Samoa, or the Swain Islands, provided that it contains a photograph of the bearer or lists sufficient identifying information regarding the bearer, such as name, date of birth, gender, height, eye color, and address to enable the identification of the bearer [O.C.G.A. § 50-36-2(b)(3); 8 CFR § 274a.2]

\_\_\_\_\_ An identification card issued by one of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, the Commonwealth of the Northern Marianas Islands, the United States Virgin Island, American Samoa, or the Swain Islands, provided that it contains a photograph of the bearer or lists sufficient identifying information regarding the bearer, such as name, date of birth, gender, height, eye color, and address to enable the identification of the bearer [O.C.G.A. § 50-36-2(b)(3); 8 CFR § 274a.2]

\_\_\_\_\_ A tribal identification card of a federally recognized Native American tribe, provided that it contains a photograph of the bearer or lists sufficient identifying information regarding the bearer, such as name, date of birth, gender, height, eye color, and address to enable the identification of the bearer. A listing of federally recognized Native American tribes may be found at: http://www.bia.gov/WhoWeAre/BIA/OIS/TribalGovernmentServices/TribalDirectory/index.htm [O.C.G.A. § 50-36-2(b)(3); 8 CFR § 274a.2]

\_\_\_\_\_ A United States Permanent Resident Card or Alien Registration Receipt Card [O.C.G.A. § 50-36-2(b)(3); 8 CFR § 274a.2]

\_\_\_\_\_ An Employment Authorization Document that contains a photograph of the bearer [O.C.G.A. § 50-36-2(b)(3); 8 CFR § 274a.2]

Updated: May 16, 2016

16

Confidential
PUBLIX-MDLT8-00056785



**Confidential**

**PUBLIX-MDLT8-00056786**

P-01359_8





STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

P-PUB-0795

FLORIDA DRUGS, DEVICES AND COSMETICS
1940 NORTH MONROE STREET
TALLAHASSEE     FL 32399-0783

(850) 487-1395

PUBLIX SUPER MARKETS INC
ATTN: EXPENSES/LICENSE
POST OFFICE BOX 32012
LAKELAND     FL 33802

Congratulations! With this license you become one of the nearly one million Floridians licensed by the Department of Business and Professional Regulation. Our professionals and businesses range from architects to yacht brokers, from boxers to barbeque restaurants, and they keep Florida's economy strong.

Every day we work to improve the way we do business in order to serve you better. For information about our services, please log onto www.myfloridalicense.com. There you can find more information about our divisions and the regulations that impact you, subscribe to department newsletters and learn more about the Department's initiatives.

Our mission at the Department is: License Efficiently, Regulate Fairly. We constantly strive to serve you better so that you can serve your customers. Thank you for doing business in Florida, and congratulations on your new license!



STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
2220241         ISSUED: 06/08/2016
RX DRUG WHOLESALE DISTRIBUTOR
PUBLIX SUPER MARKETS INC

HAS REGISTERED under the provisions of Ch. 499 FS.
Expiration date: JUN 30, 2017           L1606080000218

RICK SCOTT, GOVERNOR                                    KEN LAWSON, SECRETARY

DETACH HERE

STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA DRUGS, DEVICES AND COSMETICS

LICENSE NUMBER
2220241

The PRESCRIPTION DRUG WHOLESALE DISTRIBUTOR
Named below HAS REGISTERED
Under the provisions of Chapter 499 FS.
Expiration date: JUN 30, 2017

PUBLIX SUPER MARKETS INC
10400 ROCKET COURT
ORLANDO     FL 32824





DISPLAY AS REQUIRED BY LAW       SEQ# L1606080000218

Confidential                                                PUBLIX-MDLT8-00056788