# EXHIBIT 19

| | | |
|---|---|---|
| **From:** | Erik Katenkamp </O=PUBLIX/OU=NAMERICA/CN=RECIPIENTS/CN=XEJK> | P-PUB-0259 |
| **To:** | Fred Ottolino | |
| **CC:** | Laurie Douglas (Zeitlin) | |
| **Sent:** | 11/29/2016 9:41:35 AM | |
| **Subject:** | RE: SRM L4 Q3 2016 | |

EXHIBIT 3

Smith Exhibit 8
11/15/22 Carrie Campbell, RDR

I took a little time to create a more balanced and appropriate update.  What you allowed to be published was a slanderous and destructive.

---

The IT work for Pharmacy falls into several distinct tracks.  The following describes each and provides an update:

**Supply Chain**:  The Supply Chain track has been focused on opening the new Pharmacy warehouse and enabling C2 drugs.  This required the implementation of two new applications and extensive changes to the Pharmacy ordering processes.  The two new applications for C2 drugs include a Controlled Substance Ordering System and a Suspicious Ordering Monitoring system.  These applications work in concert to ensure that Publix remains complaint while managing the supply chain for these sensitive products.  The supply chain team has turned its focus toward automating the store receiving process and is working toward a pilot of a new device and scan-base receiving application (Rx eScan) in Q2 2017.  This solution will improve the inventory accuracy in the Pharmacies and provide a foundation for future supply chain initiatives.  The Pharmacy RBU has identified a startup company (Order Insite) that has potential to improve the Supply Chain, however, initial analysis indicates that the software is extremely immature and has a low likelihood for success.  The team will conduct a detailed evaluation of this product (and possibly others) once Rx eScan is in pilot.

**Web and Mobile Overhaul**:  Substantial progress was made in Q3 developing a comprehensive customer communication system as well as new web and mobile technology for customers (PublixRx).  The communication system will orchestrate the various forms of customer communication and provide customers with real-time notification of prescription readiness.  The web and mobile solutions will be fully integrated with ERx allowing customers to interact directly with personal information and prescription history.  These solutions start rolling out in December and will continue through Q1.  They provide a strong and secure platform for additional capabilities.

**Infrastructure Upgrade**:  ERx is the highest volume transaction processing system in Publix.  As our Pharmacy business continues to grow, more powerful infrastructure is required.  The I/S team is in the process of upgrading the hardware to ensure growth and resiliency.  This work involves transferring massive amounts of data to a new environment and implementing complex processes for backup, recovery, and failover.  This will be an extensive testing effort to ensure a seamless transition.  The hardware upgrade is slated for Q1.

**ERx**:  McKesson continues to struggle to deliver quality code with new features that scale at our volumes.  Upgrades continue to cost Publix substantial money and human resources with little or no incremental business value.  The current effort to upgrade to v6.0 has encountered functional and performance defects causing it to fall behind schedule.  Publix has limited leverage to influence McKesson's priorities.  The upgrade is currently scheduled for February or March, once the new infrastructure and PublixRx are live and stable.

**Hospitals**:  The Pharmacy RBU continues to capitalize on hospital pharmacy opportunities.  Each of these hospitals provides unique IT challenges as the networks, data center environments, and security are often atypical.  All levels of our engineering group are working diligently with each hospital to ensure aggressive

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER


PLAINTIFF TRIAL EXHIBIT P-01388

PUBLIX-MDLT8-00096778

P-01388_1

timelines are met.

P-PUB-0259

**Specialty Pharmacy:**  The IT team continues to work with the Specialty Pharmacy team to ensure accreditation. The current effort involves integrating with a solution called Dawson Logistics which helps ensure patients receive their medications on time.

**New Initiatives:**  Multiple new Pharmacy initiatives were approved through the recent business planning cycle including Mail Order and Inventory Redistribution.  Given the sustained effort in the above tracks, along with the increasing workload to support many new capabilities,  incremental resources are required for new projects.  In response, the Pharmacy IT Team is actively working with 3 recruiters to add staff for 2017.

Delivering technology in this highly competitive, high-volume, and regulated environment remains challenging. The RBU and I/S will continue to work together to optimize the use of limited and human resources.

**Recommendations:**

Determine the appropriate frequency of ERx upgrades considering the expense, opportunity cost, and limited benefits.

Determine if there are creative ways to influence McKesson to prioritize Publix's needs and improve quality.

Evaluate the technology environment in hospitals earlier in the negotiation cycle to ensure any IT work required by Publix or the Hospital is identified.

Identify requirements for Supply Chain improvements and evaluate alternative solutions, given Order Insite's low chance of success.

---

**From:** Fred Ottolino
**Sent:** Monday, November 28, 2016 10:27 PM
**To:** Erik Katenkamp
**Subject:** Re: SRM L4 Q3 2016

We can talk tomorrow at our scheduled time.

Sent from my iPhone

On Nov 28, 2016, at 10:17 PM, Erik Katenkamp <Erik.Katenkamp@publix.com> wrote:

It is unacceptable that you would allow something like this to be published. In addition to delivering multiple substantial things that are not mentioned in the write-up, the team is currently managing a daunting portfolio of work.

At the worst possible time, you have demoralized people who are leading multiple key projects in your area.

We need to sit down with Laurie and David Phillips and figure out where to go from here.

Your expectations remain completely misaligned with what is feasible and with what Publix has agreed to invest in Pharmacy technology and your approach is making it impossible to retain and motivate the talented people that we both count on to do the work.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00096779

P-01388_2

On Nov 28, 2016, at 6:43 PM, Fred Ottolino <Fred.Ottolino@publix.com> wrote:

P-PUB-0259

Yes

Sent from my iPhone

On Nov 28, 2016, at 6:38 PM, Erik Katenkamp <Erik.Katenkamp@publix.com> wrote:

Are you aware of this ?


<Pharmacy L4 2016Q3.pdf>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER