# EXHIBIT 25

# EXHIBIT 25

| | |
|---|---|
| **From:** | Toan Do </O=PUBLIX/OU=NAMERICA/CN=RECIPIENTS/CN=XTLD2> |
| **To:** | Jillanne Smith; William Hammond; Adam Maingot |
| **Sent:** | 7/25/2018 3:37:15 PM |
| **Subject:** | CS Threshold Training for Pharmacy Supervisors (4).docx |
| **Attachments:** | CS Threshold Training for Pharmacy Supervisors (4).docx |

```
Here is the document that addresses threshold training to the Supervisors. This was
discussed in June.


Thank you,
Toan


Toan Do, PharmD, MBA
Director of Retail Pharmacy Operations | Publix Super Markets, Inc.
office: 863-688-1188 x 58539
fax: 863-616-5853
email:  toan.do@publix.com
```

This e-mail message and any attachment(s) are confidential, contain information intended
only for the addressee(s), and may be subject to attorney-client privilege. Any retention,
storage, forwarding, retransmission, publication or other use or disclosure of this message
or any of its attachments by any other person is strictly prohibited. If you have received
this transmission in error, please notify the sender immediately. Also, please destroy the
original message, including all attachments and all copies. This e-mail does not constitute
an e-signature, and by this email Publix Super Markets, Inc. does not intend to evidence a
binding agreement.  Thank you

PLAINTIFF TRIAL EXHIBIT
P-01371

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00130893

P-01371_1

# Controlled Substance Threshold Training for Pharmacy Supervisors

**Background**  
This is training for supervisors to help them understand their roles and responsibilities as they relate to Controlled Substance Ordering and Increase of Thresholds. Publix establishes controlled substance thresholds by store to ensure we are in compliance with DEA regulations, and to prevent potential diversion from suspicious ordering. New stores are set corporately with initial thresholds based on the selected model store. No action is required by the Supervisor and/or Pharmacy team for this step.

**Importance**  
Supervisors need to understand that they are <u>held equally responsible</u> as the Pharmacist for diversion if it occurs at a store where they have approved threshold increases without conducting proper due diligence to ensure the pharmacy's compliance with DEA rules and regulations.

**The Process**  
Stores will periodically receive threshold rejections for controls shipping from the warehouse and ABC, but the notifications will come in different formats. Please refer to the 4/18/2018 Weekly Memo for more details regarding notification of the threshold rejection.

Once a store is notified of the rejection, the pharmacist should be the first to investigate the change in business (new patient, surrounding store closure, opening of a new Healthcare Practitioner (HCP) practice, etc). If they believe the increase to be reasonable and justifies a request for increase, a Controlled Substance Threshold Change Request should be submitted via the Publix Connection. (Path: Publix Connection → Pharmacy Operations → Ordering and Receiving Product → Controlled Substance Threshold Change Request).

This request will generate an automated email to the pharmacy, supervisor and Megan McAvoy, Manager of Procurement, Generic Trade. It is imperative that all supervisors understand that **no action is taken to increase this request until a supervisor also evaluates the business justification and provides written approval** to Megan McAvoy and the Pharmacy Operations Manager with the following *suggested* documentation:
- o (From the Performance Report in doc direct) Avg Rx/Wk % Chg YTD
- o (From the CII Monthly Pull Report): Is the pharmacy highlighted in any category or in CII Rx%? If yes, please provide detail.

*continued on next page*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PUBLIX-MDLT8-00130894

# Controlled Substance Threshold Training for Pharmacy Supervisors, Continued

| | |
|---|---|
| **Best Practices** | Below is a recap of best practices for reviewing and approving threshold increase requests:<br>• Please keep in mind, thresholds are based on a 30 day rolling period, not a calendar month<br>• Review the **product in question** and **the "why"** in the pharmacy explanation in the request<br>   o Does anything stand out? Is reason vague? If necessary, follow up with Pharmacist for more info.<br>   o Don't be afraid to ask questions and require more detailed justification<br>• Evaluate the **requesting pharmacist**<br>   o Have they properly vetted incoming Rx?<br>   o Are they comfortable "saying no" to patients when required?<br>• Review **Store Growth**<br>   o Review the Pharmacy Performance Report<br>      • Rx Count Trending<br>         ▪ Increasing thresholds where Rx count growth is flat or declining should be a red flag<br>         ▪ Does increase amount match store growth rate?<br>   o Has there been a change in overall store environment?<br>      • New HCP practice open?<br>      • Competitor closing?<br>      • File Buys?<br>• Review the monthly **CII Pull Report**<br>      • Pull up this store only and look for the following:<br>         • Is column H highlighted red? These are the top 25 stores with highest CII Rx %<br>         • Is the Store number in Column A highlighted yellow? Those have high dispense % in multiple categories<br>         • Remaining highlighted Stores in Column A are high in specific drug categories and require additional investigation |
| **Questions** | Please always first contact your POM if you have questions before sending an approval of which you are unsure. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   PUBLIX-MDLT8-00130895

P-01371_3