# EXHIBIT 26

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION

 3                        - - -

 4   IN RE: NATIONAL PRESCRIPTION : MDL NO. 2804
     OPIATE LITIGATION            :
 5   _____:
                                   :
 6   THIS DOCUMENT RELATES TO:     : Case No. 17-md-2804
                                   : Judge Dan A. Polster
 7   Track Eight                   :
     _____:
 8

 9              Thursday, August 3, 2023

10                 HIGHLY CONFIDENTIAL
        SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11

12

13         Remote deposition of SHANNON L. BRICE,

14   commencing at 10:11 a.m., on the above date, before

15   Carol A. Kirk, Registered Merit Reporter, Certified

16   Shorthand Reporter, and Notary Public.

17

18

19

20

21

22              GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
23                 deps@golkow.com

24
```

```
 1              R E M O T E   A P P E A R A N C E S

 2                           - - -

 3     On behalf of the Plaintiffs:

 4            SIMMONS HANLY CONROY
              BY:  LAURA S. FITZPATRICK, ESQUIRE
 5                 lfitzpatrick@simmonsfirm.com
              112 Madison Avenue, 7th Floor
 6            New York, New York  10016
              212-257-8482
 7
              SIMMONS HANLY CONROY
 8            BY:  SARAH BURNS, ESQUIRE
                   sburns@simmonsfirm.com
 9            One Court Street
              Alton, Illinois  62002
10            618-693-3104

11

12
       On behalf of Defendant Publix Super Markets, Inc.:
13
              BARNES & THORNBURG LLP
14            BY:  MONICA BROWNEWELL SMITH, ESQUIRE
                   mbrownewell@btlaw.com
15            11 South Meridian Street
              Indianapolis, Indiana  46204
16            317-231-7205

17

18

19

20

21

22

23

24
```

```
 1            R E M O T E   A P P E A R A N C E S

 2                         - - -

 3   On behalf of Defendant The Kroger Company:

 4           SWIFT, CURRIE, McGHEE & HIERS, LLP
             BY:  NOAH CALDWELL, ESQUIRE
 5                noah.caldwell@swiftcurrie.crom
             1420 Peachtree Street, NE, Suite 800
 6           Atlanta, Georgia  30309
             404-874-8800
 7

 8

 9

10   ALSO PRESENT:

11           Brannen Wilson, Publix
             Bill Hammond, Publix
12           Jonathan Jaffe
             Amanda Unterreiner, Motley Rice
13           Gina Veldman, Trial Tech

14

15

16

17

18

19

20

21

22

23

24
```

1                    INDEX TO EXAMINATION

2   WITNESS                                                    PAGE

3   SHANNON L. BRICE

4        CROSS-EXAMINATION BY MS. FITZPATRICK                     8
         REDIRECT EXAMINATION BY MS. SMITH                      364
5        RECROSS-EXAMINATION BY MS. FITZPATRICK                 365

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1                    INDEX TO EXHIBITS

 2   BRICE          DESCRIPTION                          PAGE

 3   Exhibit 1      Personnel file for Shannon           86
                    Brice, Bates-stamped P-PUB-785A
 4                  and 786, 225 pages

 5   Exhibit 2      Document titled "Chapter 8:          229
                    Regulations and Associated
 6                  Publix Policies," Bates-stamped
                    PUBLIX-MDLT8-00003532 through
 7                  3571

 8   Exhibit 3      Document titled "Chapter 8:          229
                    Regulations and Associated
 9                  Publix Policies," Bates-stamped
                    PUBLIX-MDLT8-000027405 through
10                  27449

11   Exhibit 4      E-mail to M. Chavez from             247
                    D. Bland, dated May 23, 2019,
12                  with attachment, Bates-stamped
                    PUBLIX-MDLT8-00114908 through
13                  114910

14   Exhibit 5      E-mail to C. Madill from             261
                    T. Seymour, dated 1/11/2021,
15                  with attachment, Bates-stamped
                    PUBLIX-MDLT8-00082132 through
16                  82133

17   Exhibit 6      E-mail to Pharmacy 0496 from         272
                    L. Jacobson, dated 7/22/2019,
18                  with attachment, Bates-stamped
                    PUBLIX-MDLT8-00076593 through
19                  76596

20   Exhibit 7      E-mail string ending with an         293
                    e-mail to M. Chavez from
21                  Pharmacy 0496, Bates-stamped
                    PUBLIX-MDLT8-00077873 through
22                  77877

23

24
```

```
 1                  INDEX TO EXHIBITS (CONT'D)

 2     BRICE              DESCRIPTION                          PAGE

 3     Exhibit 8          E-mail string ending with an         310
                          e-mail to C. Madill from
 4                        M. Chavez, dated 3/14/2019,
                          Bates-stamped PUBLIX-MDLT8-
 5                        00074321

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                         - - -

 2                   P R O C E E D I N G S

 3                         - - -

 4              THE COURT REPORTER:  We are now on

 5       the record.  My name is Carol Kirk.

 6       I am a court reporter for Golkow

 7       Litigation Services.

 8              Today's date is August 3, 2023,

 9       and the time is 10:11 a.m.

10              This remote deposition is being

11       held in the matter of In Re:  National

12       Prescription Opiate Litigation, Track 8,

13       for the United States District Court,

14       Northern District of Ohio, Eastern

15       Division.  The deponent is Shannon

16       Brice.

17              All parties to this deposition are

18       appearing remotely and have agreed to

19       the witness being sworn in remotely.

20              Due to the nature of remote

21       reporting, please pause briefly before

22       speaking to ensure all parties are heard

23       completely.

24                         - - -
```

```
 1                  SHANNON L. BRICE
 2   being by me first duly sworn, as hereinafter
 3   certified, deposes and says as follows:
 4                  CROSS-EXAMINATION
 5   BY MS. FITZPATRICK:
 6          Q.   Good morning, Ms. Brice.
 7          A.   Hi.
 8          Q.   Good morning.  My name is
 9   Laura Fitzpatrick, and I'm here today on behalf
10   of Cobb County, among other plaintiffs, in the
11   National Prescription Opiate Litigation.
12               You and I met just now this
13   morning for the first time via Zoom; is that
14   correct?
15          A.   Yes.
16          Q.   And I know it's kind of a funny
17   thing.  It's a new world that we live in where
18   we're doing these depositions via Zoom.  But
19   when I say we met, I only mean to imply that you
20   and I, we've never met in person, but we met for
21   the first time this morning via this
22   videoconferencing app, correct?
23          A.   Correct.
24          Q.   Okay.  Thank you.
```

```
 1                 Now, Ms. Brice, if you would,
 2   please, for the record state your full name.
 3         A.    Shannon Leigh Brice.
 4         Q.    How do you spell Leigh, if you
 5   don't mind me asking?
 6         A.    L-e-i-g-h.
 7         Q.    I'm Laura Leigh.  That's why
 8   I asked, and I'm spelled the same way.  So we
 9   already have something in common.
10                 Now, Ms. Brice -- and is this how
11   you'd like for me to refer to you today, is
12   Ms. Brice?  There's no other name?
13         A.    No.  That's fine.
14         Q.    Okay.  Thank you.
15                 Now, Ms. Brice, where do you
16   currently live?
17         A.    109 North Springs Way, Acworth,
18   Georgia.
19         Q.    Have you always lived in Acworth?
20         A.    No.
21         Q.    And is Acworth in Cobb County,
22   Ms. Brice?
23         A.    Not where we are.
24         Q.    Okay.  What county are you in?
```

```
 1   I'm getting at.
 2              MS. SMITH:  Object to form.
 3        A.    The -- if it was a controlled
 4   substance, that would depend on -- I would
 5   not -- I would not myself then go and try to
 6   order it from another warehouse.  That is all
 7   handled corporately.
 8        Q.    Got it.
 9              Okay.  That was one of the -- that
10   was going to be my next question, if that was
11   something the pharmacist did or if that was
12   something handled by corporate in terms of --
13        A.    That's my understanding.  Yes.
14        Q.    Okay.  And roughly what was the
15   turnaround time, in your experience, when an
16   order was flagged or held up for some reason,
17   the time between when that happened until when
18   you were actually able to get the medication
19   that you were trying to order, whether it be
20   through Publix who, you know, replaced the order
21   for you with its own warehouse or Publix placing
22   the order with an outside wholesaler, wholesale
23   distributor?
24        A.    We would receive an e-mail when
```

1  the order then got approved.  It was usually

2  within 24 to 48 hours.  I don't think it was

3  longer than that.

4        Q.    And in your experience, were most

5  of those orders that got flagged at some point

6  approved?

7        A.    Yes.

8        Q.    Thank you.

9              I may come back to this in a bit.

10 But I want to -- well, let me ask you this:

11 Would you have any conversations with

12 Ms. Jacobson or Mr. Chavez about this process

13 generally --

14            MS. SMITH:  Object to form.

15       Q.    -- the approval process?

16       A.    I have not, but if I had a

17 question about anything, then, yes, then I would

18 get with my pharmacy supervisor, and they would,

19 you know, guide me or answer my question about

20 it.

21       Q.    Okay.  Thank you.

22             Now, we started on this topic, and

23 we got a little off the road.  We had a little

24 detour for a bit.

 1   matter in the way that you recalled the subject

 2   matter of the two separate e-mails we just

 3   discussed, right?

 4           A.    That's correct.

 5           Q.    Okay.  Now, what about --

 6   I specifically asked about e-mails.  What about

 7   documents generally?  So any other types of

 8   documents other than e-mails that you reviewed

 9   with the lawyers for Publix?

10                 MS. SMITH:  Same objection.

11           A.    I think there may have been a page

12   out of an R&P guide.

13           Q.    And an R&P -- I'm so sorry.

14   I didn't mean to interrupt.  Please go ahead.

15           A.    But I don't remember other than

16   that.  I don't remember.

17           Q.    And is an R&P guide different from

18   the reference and procedure guide, or is that --

19           A.    That is.

20           Q.    Do you recall what chapter that

21   was from?

22           A.    No.

23           Q.    Do you recall the subject of the

24   page from the Publix reference and procedure

```
 1   guide you reviewed?
 2          A.   It was a list of items to consider
 3   when deciding whether or not a prescription
 4   presented to you was a legitimate prescription
 5   for a controlled substance.
 6          Q.   And had you seen that part of the
 7   manual before?
 8          A.   No.
 9          Q.   So that was the first time that
10   you saw that list of -- sorry.  I lost my
11   realtime here, but I think I'm going to get it
12   back.
13               Was that the first time that you
14   had seen that list of items to consider when
15   deciding whether or not a prescription presented
16   to you was a legitimate prescription for a
17   controlled substance?
18               MS. SMITH:  Object to form.
19          A.   That was the first time I'd seen
20   it presented from within the R&P guide, yes.
21          Q.   Yes, ma'am.  And you have been --
22   and we're going to get to your -- I'm skipping
23   ahead a little bit to your background, but
24   you've been a Publix pharmacist since 1998; is
```

1  about some patients just because I don't know

2  them very well.

3         Q.    Right.  And unless it's documented

4  in the computer system, another Publix

5  pharmacist at another store or even at that

6  store wouldn't have the benefit of those

7  conversations, right?

8             MS. SMITH:  Object to form.

9         A.    Not conversations between me and

10  my partner.  No.

11        Q.    About suspicious patients or

12  suspicious prescribers, right?

13        A.    Correct, if it was something that

14  the two of us were just discussing about a

15  particular prescription.

16        Q.    And Publix does not have a

17  prescriber monitoring program, does it?

18             MS. SMITH:  Object to form.

19        A.    Not that I'm aware of.  No.

20        Q.    Okay.  And there's no uniform way

21  for -- well, strike that.

22             Publix does not have a central do

23  not fill list, does it?

24        A.    No.

```
 1            Q.    Okay.  And Publix does not have a
 2   centralized method by which Publix tracks or
 3   notifies pharmacists of problematic prescribers,
 4   right?
 5            A.    Not that I'm aware of.  No.
 6            Q.    And Publix does not -- although
 7   you document due diligence and should be
 8   commended for that, Publix does not have a
 9   requirement that pharmacists document due
10   diligence done in the resolution of red flags,
11   does it?
12                  MS. SMITH:  Object to form.
13            A.    I'm not aware of one if there is.
14            Q.    Okay.  Have you ever heard,
15   Ms. Brice, of a -- well, let me back up.
16                  Has Ms. Bunch ever specifically
17   mentioned to you the name of any physicians that
18   she is concerned of writing inappropriate
19   controlled substance prescriptions?
20            A.    Not that I can recall.
21            Q.    Okay.  Does the name Dr. Gigi
22   Bell-Wade ring a bell to you?
23            A.    I know that we've received -- I've
24   seen that doctor's prescriptions, yes.
```

```
 1            Q.    Have you filled controlled

 2   substances prescriptions written by that

 3   physician?

 4            A.    I believe so, yes.

 5            Q.    Okay.  And has anyone at Publix

 6   ever talked to you about any concerns regarding

 7   Dr. Wade's prescriptions?

 8            A.    Not that I can recall.

 9            Q.    And Ms. Bunch, who was in your own

10   store and who you work with, has not talked to

11   you about concerns related to Dr. Wade?

12            A.    No, not that I can remember.

13            Q.    Okay.  I want to briefly touch on

14   a couple things.

15                  I know we talked about some of

16   your -- you're a salaried employee, but you

17   also -- pharmacists at Publix can also receive

18   bonuses; is that right?

19            A.    Yes.

20            Q.    And those bonuses are based in

21   part on script volume?

22                  MS. SMITH:  Object to form.

23            A.    No.

24            Q.    You're not aware that Publix's
```

```
 1   not the case.
 2          Q.    I'm not asking you if it's the
 3   case or not.  I'm asking you, as a pharmacist,
 4   do you think it's an -- do you think it is
 5   appropriate or inappropriate for any company to
 6   include controlled substances in script counts,
 7   okay, prescription counts, for the purposes of
 8   pharmacists or pharmacy leader bonus
 9   calculations?
10               MS. SMITH:  Objection to form,
11        calls for speculation.
12          A.    Then, no, in my opinion, I don't
13   think that would be appropriate.
14          Q.    Okay.  Do you understand that at
15   Publix -- well, strike that.
16               Do you agree that it -- have you
17   received a -- bonuses at Publix, are they
18   quarterly or yearly?
19          A.    There are both.
20          Q.    So do you receive a quarterly --
21   there is an opportunity to earn a quarterly
22   bonus?
23          A.    There is a quarterly bonus, yes.
24          Q.    And how does that differ from what
```