# EXHIBIT 30

```
 1                 UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF OHIO
 2                        EASTERN DIVISION

 3
       ------------------------------)
 4                                   )
       IN RE:  NATIONAL PRESCRIPTION ) MDL No. 2804
 5     OPIATE LITIGATION             )
                                     )
 6     ------------------------------) Case No. 1:17-MD-2804
                                     )
 7     THIS DOCUMENT RELATES TO:     )
                                     )
 8     Track Eight                   )Judge Dan Aaron Polster
                                     )
 9     ------------------------------)

10

11        VIDEOTAPED DEPOSITION OF LEIGH ANNE JACOBSON
                   TUESDAY, NOVEMBER 8, 2022
12
                             - - -
13
          HIGHLY CONFIDENTIAL - SUBJECTIVE TO FURTHER
14                   CONFIDENTIALITY REVIEW

15                           - - -

16

17          Remote videotaped deposition of LEIGH ANNE

18     JACOBSON, commencing at 9:10 a.m., on the above date,

19     before Juliana F. Zajicek, Registered Professional

20     Reporter, Certified Shorthand Reporter and Certified

21     Realtime Reporter.

22                           - - -

23              GOLKOW LITIGATION SERVICES
              877.370.3377 ph | 917.591.5672 fax
24                    Deps@golkow.com
```

```
 1                A P P E A R A N C E S :
                  (All Parties Appeared Remotely)
 2


 3    ON BEHALF OF THE PLAINTIFFS:

 4         CRUEGER DICKINSON LLC
           4532 North Oakland Avenue
 5         Whitefish Bay, Wisconsin 53211
           414-210-3868
 6         BY:  ERIN K. DICKINSON, ESQ.
                ekd@cruegerdickinson.com;
 7              BENJAMIN KAPLAN, ESQ.
                bak@cruegerdickinson.com
 8


 9         SIMMONS HANLY CONROY LLC
           112 Madison Avenue, 7th floor
10         New York, NY 10016
           212-784-6400
11         BY:  SARAH BURNS, ESQ.
                sburns@simmonsfirm.com;
12              LAURA F. FITZPATRICK, ESQ.
                lfitzpatrick@simmonsfirm.com
13


14    ON BEHALF OF THE KROGER COMPANY:

15         BOWLES RICE LLP
           600 Quarrier Street
16         Charleston, West Virginia 25301
           304-347-1701
17         BY:  DIANA LEIGH JACOBS, ESQ.
                djacobs@bowlesrice.com
18


19    ON BEHALF OF PUBLIX SUPER MARKETS, INC.:

20         BARNES & THORNBURG LLP
           11 South Meridian Street
21         Indianapolis, Indiana 46204
           317-231-7501
22         BY:  MEREDITH THORNBURGH WHITE, ESQ.
                meredith.white@btlaw.com;
23              KARA KAPKE, ESQ.
                kara.kapke@btlaw.com
24
```

```
 1                A P P E A R A N C E S :
             (All Parties Appeared Remotely)
 2


 3   ALSO PRESENT:

 4        MACKENZIE JACOBSON,
          Crueger Dickinson
 5


 6        BILL HAMMOND, Senior Director,
          Regulatory Legal and Litigation at
 7        Publix Super Markets


 8
          JONATHAN JAFFE, Consultant;
 9

10        RAY MOORE, Trial/Exhibit Technician.


11


12


13   THE VIDEOGRAPHER:

14        JIM LOPEZ
          Golkow Litigation Services
15


16


17


18


19


20


21


22


23


24
```

```
 1                        I N D E X

 2    WITNESS:                                        PAGE:

 3     LEIGH ANNE JACOBSON

 4           EXAM BY MS. DICKINSON.................    10

 5

 6                         *****

 7

 8                      E X H I B I T S

 9    LEIGH ANNE JACOBSON EXHIBIT               MARKED FOR ID

10    No. 1      Notice of Remote Deposition of         12
                 Leigh Anne Jacobson
11
      No. 2      Map of Atlanta and the surrounding     27
12               area with a hand drawn circle

13    No. 3      Letter from Leigh Anne Jacobson to     39
                 the hiring supervisors at Publix
14               dated August 28th, 2014 attaching
                 a resume; PUBLIX-MDLT8-00147880 -
15               883

16    No. 4      E-mail chain dated 10/27/2017,        124
                 Subject: RE: Standard - Case Ref #
17               1522673 - PHARMACY - INITIAL;
                 PUBLIX-MDLT8-00070267 - 268
18
      No. 5      Memo from Leigh Anne Jacobson         133
19               dated 1/31/2020 to Courtney
                 Monroe, Subject: Offer of
20               Employment; PUBLIX-MDLT8-00080831
                 - 833
21
      No. 6      E-mail dated 5/23/201 with            142
22               attachment, Subject: Emailing:
                 4_2019_WelcomeToPharmacyMgmt_Prez.
23               pptx; PUBLIX-MDLT8-00114908 - 910

24    No. 7      Pharmacy Operations Organizational    168
```

```
                        E X H I B I T S

    LEIGH ANNE JACOBSON EXHIBIT                    MARKED FOR ID

      No.  8      Article titled "Prescription drug      189
                  abuse 'epidemic' in Cobb,
                  Georgia," by Marcus E. Howard,
                  5/5/2010

      No.  9      Article titled "7.8 million opioid     204
                  prescriptions last year: Is
                  Georgia overdosing?" By Jeremy
                  Redmon, the Atlanta
                  Journal-Constitution, 9/16/2016

      No. 10      E-mail chain dated 10/1/2019           215
                  w/attachments, Subject: FW: Weekly
                  Memo 4-17-19;
                  PUBLIX-MDLTI-00077173 - 188

      No. 11      DOJ, DEA document re Holiday CVS;      251
                  P-08166_00001 - _0031

      No. 12      DOJ, DEA "Dear Registrant" letter      252
                  dated 12/27/2007;
                  PUBLIX-MDLT8-00147285 - 289

      No. 13      Publix Supermarkets, Inc. Pharmacy     254
                  Reference and Procedure Guide;
                  PUBLIX-MDLT8-00043965 -  44385

      No. 14      Publix Pharmacy document titled        270
                  "ERXSTRTRND - Pharmacy Strategic
                  Dashboard Trend Report," Period
                  Ending: April, 2017

      No. 15      Publix Retail Management               282
                  Performance Evaluation Form,
                  Pharmacy Department;
                  PUBLIX-MDLT8-00148079 - 081

      No. 16      Publix Retail Management               284
                  Performance Evaluation Form,
                  Pharmacy Department, 08/01/2012 to
                  07/31/2013; PUBLIX-MDLT8-00147811
                  - 812
```

```
 1                    E X H I B I T S

 2     LEIGH ANNE JACOBSON EXHIBIT            MARKED FOR ID

 3     No. 17    Publix Retail Management            285
                 Performance Evaluation Form,
 4               Pharmacy Department, 08/01/2013 to
                 07/31/2014; PUBLIX-MDLT8-00147805
 5               - 008

 6     No. 18    Publix Retail Management            286
                 Performance Evaluation Form,
 7               Pharmacy Department, 08/01/2014 to
                 06/30/2015; PUBLIX-MDLT8-00148073
 8               - 076

 9     No. 19    E-mail dated 2/2/2017               287
                 w/attachments, Subject: Eval;
10               PUBLIX-MDLT8-00092594 - 603

11     No. 20    Publix Associate Performance        299
                 Evaluation, 04/01/2016 -
12               03/31/2017; PUBLIX-MDLT8-00147852
                 - 855
13
       No. 21    Publix Associate Performance        301
14               Evaluation, 04/01/2017 -
                 03/31/2018; PUBLIX-MDLT8-00147999
15               - 8002

16     No. 22    Publix Associate Performance        303
                 Evaluation, 04/01/2018 -
17               03/31/2019; PUBLIX-MDLT8-00147838
                 - 841
18
       No. 23    Publix Associate Performance        305
19               Evaluation, 04/01/2019 -
                 03/31/2020; PUBLIX-MDLT8-00148067
20               - 8070

21     No. 24    Publix Associate Performance        306
                 Evaluation, 04/01/2020 -
22               03/31/2021; PUBLIX-MDLT8-00147912
                 - 916
23

24
```

```
 1                       E X H I B I T S

 2   LEIGH ANNE JACOBSON EXHIBIT              MARKED FOR ID

 3   No. 25    Publix Associate Performance            307
               Evaluation, 04/01/2021 -
 4             03/31/2022; PUBLIX-MDLT8-00147867
               - 870
 5
     No. 26    E-mail chain dated 7/26/2018,           309
 6             Subject: Fwd: Prescriber Alert;
               PUBLIX-MDLT8-00086381 - 382
 7
     No. 27    E-mail chain dated 7/22/2020,           314
 8             Subject: RE: Standard - Case Ref #
               2695291 - PHARMACY - INITIAL;
 9             PUBLIX-MDLT8-00080521 - 522

10   No. 28    E-mail dated 6/8/2018                   317
               w/attachment, Subject: CS
11             Threshold Training for Pharmacy
               Supervisors; PUBLIX-MDLT8-00071354
12             - 356

13   No. 29    E-mail dated 3/1/2017, Subject:         318
               Pharmacy Controlled Substance
14             Threshold Change Request Form;
               PUBLIX-MDLT8-00069637
15
     No. 30    E-mail chain dated 4/8/2018,            326
16             Subject: RE: Pharmacy Controlled
               Substance Threshold Change Request
17             Form; PUBLIX-MDLT8-00070983 - 984

18   No. 31    E-mail chain dated 5/25/2018,           327
               Subject: Re: Pharmacy Controlled
19             Substance Threshold Change Request
               Form; PUBLIX-MDLT8-00071262 - 264
20
     No. 32    E-mail chain dated 1/8/2021,            328
21             Subject: RE: Control Adjustments
               *Response Required by 1PM FRIDAY
22             1/8*; PUBLIX-MDLT8-00082122 - 123

23   No. 33    E-mail dated 5/5/2019, Subject:         331
               Manager's Meeting 5/6 **Action
24             Needed**; PUBLIX-MDLT8-00075275 -
```

```
 1                    E X H I B I T S

 2   LEIGH ANNE JACOBSON EXHIBIT              MARKED FOR ID

 3     No. 34    E-mail dated 5/5/2019, Subject:      336
                 Manager's Meeting 5/6 **Action
 4               Needed**; PUBLIX-MDLT8-00076567 -
                 568
 5
       No. 35    E-mail dated 5/5/2019, Subject:      337
 6               Manager's Meeting 5/6 **Action
                 Needed**; PUBLIX-MDLT8-00076578 -
 7               579

 8     No. 36    E-mail dated 4/26/2019, Subject:     338
                 Manager's Meeting 4/29 **Action
 9               Needed**; PUBLIX-MDLT8-00075168 -
                 169
10
       No. 37    E-mail chain dated 1/13/2020,        341
11               Subject: RE: 1/15/20 Annual
                 Controlled Substance Inventory;
12               PUBLIX-MDLT8-00077745 - 747

13     No. 38    E-mail chain dated 1/30/2018,        343
                 Subject: RE: Store #561;
14               PUBLIX-MDLT8-00070491

15     No. 39    E-mail chain dated 4/4/2017,         346
                 Subject: RE: Pharmacy Controlled
16               Substance Threshold Change Request
                 Form; PUBLIX-MDLT8-00069680 - 681
17
       No. 40    E-mail chain dated 2/17/2017,        348
18               Subject: Re: Standard - Case Ref #
                 1298009 - PHARMACY - INITIAL;
19               PUBLIX-MDLT8-00092604 - 605

20     No. 41    E-mail chain dated 4/15/2020,        351
                 Subject: RE: GoodRx;
21               PUBLIX-MDLT8-00078503 - 504

22


23


24
```

```
 1        THE VIDEOGRAPHER:  We are now on the record.  My

 2   name is Jim Lopez.  I am the videographer for Golkow

 3   Litigation Services.

 4             Today's date is November 8th, 2022, and

 5   the time is approximately 9:10 a.m.

 6             This remote video deposition is being held

 7   In the Matter of In Re National Prescription Opioid

 8   Litigation, MDL 2804, for the United States District

 9   Court for the Northern District of Ohio, Eastern

10   Division.

11             The deponent is Leigh Anne Jacobson.

12             All parties to this deposition are

13   appearing remotely and have agreed to the witness

14   being sworn in remotely.

15             Due to the nature of remote reporting,

16   please pause briefly before speaking to ensure all

17   parties are heard completely.

18             Counsels' appearances will be noted on the

19   stenographic record.

20             The court reporter is Juliana Zajicek, and

21   she will now swear in the witness.

22                  (WHEREUPON, the witness was duly

23             sworn.)

24                  ///////
```

```
 1                   LEIGH ANNE JACOBSON,
 2   called as a witness herein, having been first duly
 3   sworn, was examined and testified as follows:
 4                        EXAMINATION
 5   BY MS. DICKINSON:
 6       Q.    Good morning, Ms. Jacobson.  My name is
 7   Erin Dickinson.  We met briefly off camera.  I am one
 8   of the attorneys for Cobb County in this case.
 9             Could you state your full name for the
10   record, please?
11       A.    Leigh Anne Dye Jacobson.
12       Q.    Could you spell the Leigh and the Anne
13   part for the court reporter just so she has it
14   correctly?
15       A.    L-e-i-g-h space A-n-n-e.
16       Q.    And then Jacobson is with an s-o-n,
17   correct?
18       A.    Yes.
19       Q.    Okay.  Could you state your present
20   address for the record, please?
21       A.    505 Asher Court, Powder Springs, Georgia
22   30127.
23       Q.    Great.
24             And how long have you been at that
```

 1  no.

 2      Q.    Okay.  Do you know -- do you have any idea

 3  what that phrase means with respect to Schedule II

 4  narcotics?

 5      A.    I can certainly provide what my assumption

 6  would be.

 7      Q.    I don't want you to guess.  I just -- if

 8  you know.

 9      A.    No.

10      Q.    Okay.  And do you know what an SOM stands

11  for?

12      A.    My understanding of an SOM would be a

13  suspicious ordering monitor or a suspicious order

14  monitoring.  I may be fumbling those a -- a little

15  bit, but the general gist is the -- the ordering

16  process.

17      Q.    Okay.  Have you in your time at Publix had

18  any responsibilities for suspicious order monitoring?

19      A.    I have.

20      Q.    Okay.  Which -- what were your

21  responsibilities?

22      A.    It's varied.  Are you asking when I

23  started as a pharmacist or currently as a pharmacy

24  supervisor?

```
 1      Q.    As a pharmacy supervisor how about?

 2      A.    Okay.  So currently with compliance, my

 3   involvement with suspicious ordering monitoring

 4   systems or with that process would be to help resolve

 5   an issue that the compliance team can't definitively

 6   resolve on their own.

 7      Q.    When did that response -- when did you

 8   take on that responsibility, what time period?

 9      A.    As I described, I believe it would have

10   been approximately -- approximately three years ago,

11   two to three years.

12      Q.    Okay.  And -- and tell me what you do when

13   the compliance team has an issue they can't resolve

14   with respect to suspicious orders?

15      A.    Let me preface, they are fewer and further

16   between.  It's predominantly, Hey, the pharmacy said

17   this drug expired, but I don't see it in their expired

18   returns, can you verify and have the team add that

19   product.

20      Q.    Okay.  In this current responsibility that

21   you are describing for the last three years and

22   working with the compliance team, do you have any

23   responsibility for determining what a -- whether a

24   certain order is suspicious at Publix?
```

 1     A.    My understanding is, no, that that initial

 2  identification is occurring in another -- another

 3  entity, procurement and compliance working together to

 4  identify that.

 5     Q.    Okay.  Have you ever had a responsibility

 6  at any time in your various positions at Publix to

 7  determine whether a certain order is suspicious, has

 8  that ever been part of your responsibilities?

 9     A.    Whether an order itself has been

10  suspicious, directly, no, but I may be asked to look

11  further into a drug or a pharmacy that triggered that

12  alert.

13     Q.    Okay.  If a drug or a pharmacy triggered a

14  suspicious order alert, was there ever a time when you

15  are a pharmacy supervisor that you were the person

16  responsible for determining whether that order was or

17  was not suspicious as a matter of your roles and

18  responsibilities?

19     A.    I would be asked to review an order and to

20  see if there was an explanation that would cause us to

21  need to change a -- I -- I guess the word I would use,

22  "a threshold," but whether fulfilling it or

23  identifying, I -- I would not say that was part of the

24  pharmacy supervisor's job.

1      Q.     Okay.  What is a suspicious order?

2      A.     Again, my understanding, never having

3  worked at procurement and only kind of having part

4  of -- of the view if that's a fair way to say it,

5  my -- my experience with it would be that is a

6  notification to the pharmacy team that they will not

7  be receiving a particular drug, that it was cut from

8  their order.

9             At that point it -- and the -- I guess the

10  reason I'm -- I'm sorry to struggle with it, there has

11  been so much advancements even in inventory management

12  that I would think that that calculation and -- and so

13  forth would have changed significantly, so I'm

14  struggling to know how to answer your question

15  directly.

16      Q.     That's fine.  I was at Publix.

17             Does Publix have a definition of a

18  suspicious order, does it have a particular

19  definition?

20      A.     Again, my -- I guess my understanding

21  would be that it's surpassed a threshold for that.  I

22  don't recall reading it explicitly, but I would need

23  to refer to the R&P guide to tell you yes or no that

24  it's -- it's not defined in there.  That's where I

1  would look for that definition.

2      Q.   Okay.  Sitting here today, you don't know
3  what Publix's definition or any other definition for a
4  suspicious order is, is that fair, it is just not part
5  of your roles and responsibilities, is that a fair
6  statement?

7      A.   I have an understanding of it and what
8  that means for the pharmacy, but I don't want to
9  mis -- misspeak about what its official definition is.

10     Q.   Okay.  And just to round out this circle,
11  you -- this is not in your world of roles and
12  responsibilities at Publix to determine whether or not
13  certain orders fall in the definition of suspicious
14  orders or not, that's not what your job is at Publix,
15  correct?

16     A.   I would agree, that's not part of my role.

17     Q.   Okay.  And what -- have you ever reported
18  a suspicious order to anyone at Publix?

19     A.   Has my report been what was the first
20  initial report of a suspicious order, is that the
21  question?

22     Q.   Have you ever made a determination, Hey,
23  this order that I'm looking at for whatever reason is
24  a suspicious order, I'm telling you that it is.

```
 1   prescriber like this one has happened?

 2       A.   If the pharmacy becomes aware of a

 3   illegitimate prescription or a fraudulent

 4   prescription, Publix pharmacy asks for our pharmacists

 5   to notify local authorities, as well as have the MIC

 6   of the store fill out an LP incident report to help

 7   notify that the pharmacy has received a fraudulent

 8   prescription.

 9       Q.   How does -- as a matter of standard

10   practice, how does Publix make their pharmacies aware

11   of -- of an improper or suspicious prescriber?  I

12   understand they might fill out a form and -- and send

13   it off, but how do they make their pharmacies aware or

14   pharmacists aware of an improper prescriber?

15       A.   My understanding would be pharmacies are

16   able to add notes, as outlined in the last sentence

17   there.  As far as Publix pharmacy issuing a statement

18   on a physician, I have not seen that occur.

19       Q.   Okay.  Is it a requirement that, if an

20   alert comes around like this one, that notes are added

21   on a particular prescriber?

22            Is that a requirement at Publix?

23       A.   It's not a requirement and sometimes the

24   pharmacy may not take what I'm going to call
```