# EXHIBIT 32

```
  1              IN THE UNITED STATES DISTRICT COURT

  2              FOR THE NORTHERN DISTRICT OF OHIO

  3                       EASTERN DIVISION

  4                           - - -

  5   IN RE: NATIONAL PRESCRIPTION : MDL NO. 2804
        OPIATE LITIGATION           :
  6   _____:
                                    :
  7   THIS DOCUMENT RELATES TO:     : Case No. 17-md-2804
                                    : Judge Dan A. Polster
  8   Case Track 8                  :
      _____:
  9

 10              Wednesday, December 14, 2022

 11                    HIGHLY CONFIDENTIAL
           SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
 12

 13

 14              Remote videotaped deposition of

 15   MICHAEL CHAVEZ, commencing at 9:02 a.m., on the above

 16   date, before Carol A. Kirk, Registered Merit

 17   Reporter, Certified Shorthand Reporter, and Notary

 18   Public.

 19

 20

 21

 22

 23             GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
 24                   deps@golkow.com
```

```
 1            R E M O T E   A P P E A R A N C E S

 2                       - - -

 3     On behalf of the Plaintiffs:

 4            NAPOLI SHKOLNIK PLLC
              BY:  SALVATORE C. BADALA, ESQUIRE
 5                 sbadala@napolilaw.com
              360 Lexington Avenue, 11th Floor
 6            New York, New York  10017
              212-397-1000
 7
              NAPOLI SHKOLNIK PLLC
 8            BY:  HUNTER SHKOLNIK, ESQUIRE
                   hunter@napolilaw.com
 9                 JODI KLOCKENGA, ESQUIRE
                   jklockenga@napolilaw.com
10            270 Munoz Rivera Avenue, Suite 201
              Hato Rey, Puerto Rico  00918
11            787-493-5088

12            NAPOLI SHKOLNIK PLLC
              BY:  MARIA FLEMING, ESQUIRE
13                 mfleming@napolilaw.com
              1500 West 3rd Street, Suite 510
14            Cleveland, Ohio 44113
              844-230-7676
15
              SIMMONS HANLY CONROY
16            BY:  LAURA F. FITZPATRICK, ESQUIRE
                   lfitzpatrick@simmonsfirm.com
17            112 Madison Avenue, 7th Floor
              New York, New York  10016
18            212-257-8482

19            SIMMONS HANLY CONROY
              BY:  SARAH BURNS, ESQUIRE
20                 sburns@simmonsfirm.com
              One Court Street
21            Alton, Illinois  62002
              618-693-3104
22


23


24
```

```
 1     R E M O T E  A P P E A R A N C E S (CONT'D)

 2                    - - -

 3   On behalf of Defendant Publix Super Markets, Inc.:

 4         BARNES & THORNBURG LLP
           BY:  KARA KAPKE, ESQUIRE
 5              kara.kapke@btlaw.com
           11 South Meridian Street
 6         Indianapolis, Indiana  46204
           317-231-6491
 7


 8


 9   ALSO PRESENT:

10         Bill Hammond, Publix
           Jonathan Jaffe
11         Bill Geigert, Videographer
           Gina Veldman, Trial Tech
12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    INDEX TO EXAMINATION

 2   WITNESS                                              PAGE

 3   MICHAEL CHAVEZ

 4         CROSS-EXAMINATION BY MR. BADALA                 10

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    INDEX TO EXHIBITS

 2    CHAVEZ            DESCRIPTION                            PAGE

 3    Exhibit 1         LinkedIn Profile for Michael            55
                        Chavez
 4
      Exhibit 2         Publix Super Markets, Inc.              65
 5                      document titled "Resignation,"
                        Bates-stamped PUBLIX-MDLT8-
 6                      00149773

 7    Exhibit 3         Retail Management Performance           70
                        Evaluation, Bates-stamped
 8                      PUBLIX-MDLT8-00149824 and
                        149825
 9
      Exhibit 4         Document titled "Cover Letter,          79
10                      Bates-stamped PUBLIX-MDLT8-
                        00149834 and 149835
11
      Exhibit 5         Associate Counseling Statement,         85
12                      Bates-stamped PUBLIX-MDLT8-
                        00149819
13
      Exhibit 6         Emerging Leader Performance             98
14                      Evaluation, Bates-stamped
                        PUBLIX-MDLT8-00149752 through
15                      149762

16    Exhibit 7         Associate Performance                  102
                        Evaluation, 4/1/2017 -
17                      3/31/2018, Bates-stamped
                        PUBLIX-MDLT8-00149872 through
18                      149875

19    Exhibit 8         Associate Performance                  123
                        Evaluation, 4/1/2020 -
20                      3/31/2021, Bates-stamped
                        PUBLIX-MDLT8-00149727 through
21                      149730

22    Exhibit 9         Counseling Statement,                  142
                        Bates-stamped PUBLIX-MDLT8-
23                      00149706 and 149707
      --
24    Exhibit 10        Spreadsheet Bates-stamped              177
```

```
 1

 2              INDEX TO EXHIBITS (CONT'D)

 3    CHAVEZ           DESCRIPTION                           PAGE

 4    Exhibit 11       Memo to All Pharmacists from          184
                       F. Ottolino, dated May 18,
 5                     2011, Bates-stamped PUBLIX-
                       MDLT8-00118914 and 118915
 6
      Exhibit 12       E-mail to Pharmacy 0033 from          192
 7                     L. Jacobson, dated 10/1/2019,
                       with attachment, Bates-stamped
 8                     PUBLIX-MDLT8-00077173 through
                       77188
 9
      Exhibit 13       E-mail string ending with an          225
10                     e-mail to Pharmacy 0049 from
                       M. Chavez, dated 10/25/2020,
11                     Bates-stamped PUBLIX-MDLT8-
                       00081538 through 81541
12
      Exhibit 14       E-mail string ending with an          236
13                     e-mail to C. Madill from
                       M. Chavez, dated 3/14/2019,
14                     Bates-stamped PUBLIX-MDLT8-
                       00074321
15
      Exhibit 15       E-mail to Pharmacy 0561 from          240
16                     M. Chavez, dated 10/24/2019,
                       with attachment, Bates-stamped
17                     PUBLIX-MDLT8-00077281 through
                       77284
18
      Exhibit 16       Opioid Task Force, P-PUB-0728         255
19
      Exhibit 17       E-mail to C. Hewell from              258
20                     A. Coates, dated 12/20/2012,
                       with attachment, Bates-stamped
21                     PUBLIX-MDLT8-00139749 through
                       140046
22
      Exhibit 18       Documents Bates-stamped               262
23                     P-PUB-0665, PUBLIX-MDLT8-
                       00100932 through 1089
24
```

```
 1                  INDEX TO EXHIBITS (CONT'D)

 2     CHAVEZ          DESCRIPTION                           PAGE

 3     Exhibit 20      E-mail string ending in an            278
                       e-mail to Pharmacy 0753 from
 4                     M. Chavez, dated 2/4/202,
                       Bates-stamped PUBLIX-MDLT8-
 5                     00090374 and 90375

 6     Exhibit 21      E-mail string ending in an            283
                       e-mail to Pharmacy 0753 from
 7                     A. Gelb, dated 12/20/2018, with
                       attachment, Bates-stamped
 8                     PUBLIX-MDLT8-00072929 through
                       72942
 9
       Exhibit 22      E-mail string ending with an          287
10                     e-mail to Pharmacy 0496 from
                       M. Chavez, dated 11/24/2019,
11                     Bates-stamped PUBLIX-MDLT8-
                       00077618
12
       Exhibit 23      E-mail string ending with an          292
13                     e-mail to Pharmacy 0536 from
                       M. Chavez, dated 4/14/2021,
14                     Bates-stamped PUBLIX-MDLT8-
                       00084061 and 84062
15
       Exhibit 24      E-mail string ending in an            305
16                     e-mail to Pharmacy 1056 from
                       M. Chavez, dated 3/6/2019,
17                     Bates-stamped PUBLIX-MDLT8-
                       00074059 and 74060
18
       Exhibit 25      E-mail string ending with an          309
19                     e-mail to C. Madill from
                       M. Chavez, dated 1/31/2020,
20                     Bates-stamped PUBLIX-MDLT8-
                       00077925 through 77928
21
       Exhibit 26      E-mail to Pharmacies - Atl Div        323
22                     from S. Lee, dated 11/4/2020,
                       Bates-stamped PUBLIX-MDLT8-
23                     00081624

24     Exhibit 27      Excel Spreadsheet                     326
```

```
 1                  INDEX TO EXHIBITS (CONT'D)

 2      CHAVEZ           DESCRIPTION                              PAGE

 3      Exhibit 28       E-mail string ending with an             333
                         e-mail to Customer Care from
 4                       M. Chavez, dated 2/7/2019,
                         Bates-stamped PUBLIX-MDLT8-
 5                       00114885 and 114886

 6      Exhibit 29       E-mail string ending with an             338
                         e-mail to L. Samuels and others
 7                       from C. Hewell, dated
                         5/23/2016, Bates-stamped
 8                       Anda_Opioids_MDL_0000343115 and
                         343116
 9
        Exhibit 30       E-mail string ending with an             342
10                       e-mail to N. Dodes from
                         C. Hewell, dated 3/28/2016,
11                       Bates-stamped Anda_Opioids_MDL_
                         0000344122 and 344123
12
        Exhibit 31       E-mail string ending with an             346
13                       e-mail to N. Dodes and others
                         from C. Hewell, dated 5/3/2016,
14                       Bates-stamped Anda_Opioids_MDL_
                         0000343326 and 343327
15
        Exhibit 32       E-mail string ending with an             349
16                       e-mail to N. Dodes and others
                         from C. Hewell, dated 4/4/2016,
17                       Bates-stamped Anda_Opioids_MDL_
                         0000343756 and 343757
18
        Exhibit 33       E-mail string ending with an             359
19                       e-mail to C. Hewell from
                         E. Melendez, dated 5/11/2016,
20                       Bates-stamped Anda_Opioids_MDL_
                         0000296241 through 296244
21
        Exhibit 34       E-mail string ending with an             364
22                       e-mail to L. Harrington from
                         L. Samuels, dated 8/11/2015,
23                       Bates-stamped Anda_Opioids_MDL_
                         0000335480 through 335482
24
```

```
 1                        - - -
 2              P R O C E E D I N G S
 3                        - - -
 4              THE VIDEOGRAPHER:  Good morning.
 5      We are now on the record.  My name is
 6      Bill Geigert.  I'm a videographer for
 7      Golkow Litigation Services.
 8              Today's date is December 14, 2022,
 9      and the time is 9:02 a.m.
10              This remote video deposition is
11      being held in the matter of the National
12      Prescription Opiate Litigation for the
13      United States District Court, for the
14      Northern District of Ohio, Eastern
15      Division.
16              The deponent is Michael Chavez.
17              All parties to this deposition are
18      appearing remotely and have agreed to
19      the witness being sworn in remotely.
20              Due to the nature of remote
21      reporting, please pause briefly before
22      speaking to ensure all parties are heard
23      completely.
24              All counsel will be noted on the
```

```
 1            stenographic record.
 2                    The court reporter is Carol Kirk,
 3       and she will now swear in the witness.
 4                          - - -
 5                     MICHAEL CHAVEZ
 6  being by me first duly sworn, as hereinafter
 7  certified, deposes and says as follows:
 8                    CROSS-EXAMINATION
 9  BY MR. BADALA:
10          Q.   Good morning, Mr. Chavez.  My name
11  is Salvatore Badala.
12          A.   Good morning.
13          Q.   Good morning.  And we just met
14  just briefly before we started.
15               Have you ever been deposed before?
16          A.   No, I don't -- no.  This is a
17  first.
18          Q.   Okay. All right.  I'll tell you
19  some ground rules that we'll have.  First, let's
20  start with, what is your current address?
21          A.   608 Earl North Road, Newnan,
22  Georgia.  That's 30263.
23          Q.   Do you have any plans to move in
24  the next year or so?
```

```
 1   they had I guess in there with -- you know, that

 2   DEA number, they wanted to see if there were any

 3   obviously additional, you know, prescriptions in

 4   there that were fraudulent.

 5           Q.   Okay.  And it says, "There are PT

 6   notes" -- that's patient notes?

 7           A.   Uh-huh.

 8           Q.   Yes?

 9           A.   Yes.

10           Q.   -- "from August 2019 and

11   January 2020 stating that someone is using this

12   profile to fill fraudulent RXs.  However, 1112

13   filled four RXs, and 0753 filled two RXs for

14   this patient since the first note was entered in

15   August."

16                Did I read that correctly?

17           A.   Yes.

18           Q.   So although there was a patient

19   note in the system stating that someone's using

20   this profile to fill fraudulent prescriptions,

21   Publix pharmacists at Stores 1112 and 0753 were

22   still filling these prescriptions.

23                Is that what that's saying?

24           A.   Yes.  It says they filled
```

1    prescriptions for that -- for that particular

2    patient and doctor despite a note being in the

3    system.

4            Q.    And not just one prescription, at

5    least six prescriptions; is that right?

6            A.    Yeah.  Just for a pharmacist, the

7    patient note may not be their source of, you

8    know, due diligence when they're discerning care

9    with their patients.

10           Q.    Wait.  So a Publix pharmacist is

11   not looking at the patient notes when they're

12   dispensing to a patient at a Publix pharmacy?

13                 MS. KAPKE:  Object to form.

14           A.    So, yeah, patient notes can be

15   used for various reasons.  The pharmacist -- you

16   know, every pharmacist is an individual that's

17   probably, you know, going to use different --

18   you know, different methods to, you know,

19   discern care and fill prescriptions for their

20   patients.

21           Q.    Then they write, "Please have your

22   pharmacies confirm that these eight

23   prescriptions are also fraudulent so we can

24   reverse them as well."

```
 1   not her," two exclamation points.  "ID of person

 2   who dropped off script.  Last name is Evans.

 3   GADL number on hard copy of Percocets."

 4             Did I read that correctly?

 5        A.   Yes.

 6        Q.   And there's another note a couple

 7   months later in January 2020.  Sabrina Fincher

 8   wrote it:  "Shanteisha Ervin DL" -- and we have

 9   some redactions -- "is the one dropping off the

10   forgeries."

11             Did I read that correctly?

12        A.   Yes.

13        Q.   Okay.  Even though these notes

14   were there, the pharmacists at Publix were still

15   filling these prescriptions which included

16   prescriptions for oxycodone, right?

17        A.   The pharmacists at those three

18   stores at Publix, yes.

19        Q.   Were filling those still?

20        A.   Yes.

21        Q.   And that's not a good thing,

22   right?

23        A.   It would have been nice if they'd

24   looked at that note, because they would have
```

 1  never filled it if they saw that note.

 2         Q.    Right.  And would you agree

 3  filling fraudulent prescriptions is not a good

 4  thing?

 5         A.    No pharmacist ever wants to fill a

 6  fraudulent prescription.  So, yeah, I would

 7  agree that that's not a good thing.

 8         Q.    It's also against the law to fill

 9  a fraudulent prescription; is that right?

10              MS. KAPKE:  Object to form.

11              Go ahead.

12         A.    So knowingly filling a fraudulent

13  prescription, that prescription was written, and

14  based on the information presented, could not be

15  deemed fraudulent at that moment of filling.

16         Q.    And going back to when we spoke

17  earlier, filling a forged prescription you told

18  me is diversion, right?

19         A.    So filling a forged

20  prescription -- so basically knowingly

21  filling -- diversion is, what, loss of

22  inventory.  I'm not -- so, yeah, I mean, filling

23  one could be considered diversion, for sure.

24  We've got medication in the wrong hands.