# EXHIBIT 33

P-PUB-0744

**From:** Mike Chavez [Mike.Chavez@publix.com]
**Sent:** 1/31/2020 2:20:44 PM
**To:** Chad Madill [Chad.Madill@publix.com]
**Subject:** RE: Fraudulent Rx

EXHIBIT

Plaintiff's 25

I forwarded the email to them.  I am hopeful that will alert them, but I will also make a note to discuss with both stores.

---

**From:** Chad Madill <Chad.Madill@publix.com>
**Sent:** Friday, January 31, 2020 2:19 PM
**To:** Mike Chavez <Mike.Chavez@publix.com>
**Subject:** RE: Fraudulent Rx

Ok, that's odd. We also need to get with 753 to understand how they missed this patient note from 1/17 and filled the fake rxs on 1/25.

Thank you,

Chad Madill, PharmD, MBA
Pharmacy Operations Manager | Atlanta Division | Publix Super Markets, Inc.
Office | 770.952.6601 x31659
Fax | 863.284.3349
chad.madill@publix.com

This e-mail message and any attachment(s) are confidential, contain information intended only for the addressee(s), and may be subject to attorney-client privilege. Any retention, storage, forwarding, retransmission, publication or other use or disclosure of this message or any of its attachments by any other person is strictly prohibited. If you have received this transmission in error, please notify the sender immediately. Also, please destroy the original message, including all attachments and all copies. This e-mail does not constitute an e-signature, and by this email Publix Super Markets, Inc. does not intend to evidence a binding agreement.  Thank you.

---

**From:** Mike Chavez <Mike.Chavez@publix.com>
**Sent:** Friday, January 31, 2020 2:15 PM
**To:** Chad Madill <Chad.Madill@publix.com>
**Subject:** RE: Fraudulent Rx

They are all Cobb county.  I will get one store to share all of them because it appears that the county requires you to come to the department to file a complaint of a crime.

---

**From:** Chad Madill <Chad.Madill@publix.com>
**Sent:** Friday, January 31, 2020 2:13 PM
**To:** Mike Chavez <Mike.Chavez@publix.com>
**Subject:** RE: Fraudulent Rx

We also need to confirm that the local authorities are contacted as well for any fraudulent rxs that were filled.  Keep the LP agent in the loop too.

Thank you,

Chad Madill, PharmD, MBA
Pharmacy Operations Manager | Atlanta Division | Publix Super Markets, Inc.
Office | 770.952.6601 x31659
Fax | 863.284.3349
chad.madill@publix.com



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077925

P-01365_1

This e-mail message and any attachment(s) are confidential, contain information intended only for the addressee(s), and may be subject to attorney-client privilege. Any retention, storage, forwarding, retransmission, publication or other use or disclosure of this message or any of its attachments by any other person is strictly prohibited. If you have received this transmission in error, please notify the sender immediately. Also, please destroy the original message, including all attachments and all copies. This e-mail does not constitute an e-signature, and by this email Publix Super Markets, Inc. does not intend to evidence a binding agreement. Thank you.

**From:** Pharmacy CS Compliance <PharmacyCSCompliance@publix.com>
**Sent:** Friday, January 31, 2020 2:03 PM
**To:** Mike Chavez <Mike.Chavez@publix.com>
**Cc:** Chad Madill <Chad.Madill@publix.com>
**Subject:** RE: Fraudulent Rx

After I sent this email, I took a look at the Rx and noticed that the information that is on the Rx for the Dr is different than the information that was submitted in ERx. Both are for Dr Amit Patel. I ran a query for Amit Patel with the DEA # that is on the Rx and came across another pt being used to fill the same 2 Rx's. There are pt notes from Aug 2019 and Jan 2020 stating that someone is using this profile to fill fraudulent Rx's, however, 1112 filled 4 Rx's and 0753 filled 2 Rx's for this pt since the first note was entered in Aug. Please have your pharmacies confirm that these 8 Rx's are also fraudulent so we can reverse them as well.

| Status | RX # - Store # | Delivery Method | Fill Date | Fill | Last Dispensed Product | Dispense Qty |
|---|---|---|---|---|---|---|
| Sold | 0753 | Waiting | 01/25/2020 | 00 | OXYCODONE-APAP 10-325 MG TAB | 90 |
| Sold | 0753 | Waiting | 01/25/2020 | 00 | CYCLOBENZAPRINE 10 MG TAB[*] | 30 |
| Sold | 1112 | Waiting | 11/16/2019 | 00 | CYCLOBENZAPRINE 10 MG TAB[*] | 30 |
| Sold | 1112 | Waiting | 11/16/2019 | 00 | OXYCODONE-APAP 10-325 MG TAB | 90 |
| Sold | 1112 | Waiting | 10/18/2019 | 00 | CYCLOBENZAPRINE 10 MG TAB[*] | 30 |
| Sold | 1112 | Waiting | 10/18/2019 | 00 | OXYCODONE-APAP 10-325 MG TAB | 90 |
| Sold | 0536 | Waiting | 08/25/2019 | 00 | CYCLOBENZAPRINE 10 MG TAB[*] | 30 |
| Sold | 0536 | Waiting | 08/25/2019 | 00 | OXYCODONE-APAP 10-325 MG TAB | 90 |

**Sabrina Fincher** — 01/17/2020 2:17 PM
SHANTEISHA ERVIN DL #: [Redacted - PII] DOB: [Redacted - PII] IS THE ONE DROPPING OFF THE FORGERIES

**Kyle Davis** — 08/26/2019 11:19 AM
7708268864... THIS IS THE ACTUAL PTS PHONE NUMBER. SHE EXPLAINED THAT SOMEONE HAS BEEN USING HER INFO TO FILL NARCOTICS AND THIS IS NOT HER!!. ID OF PERSON WHO DROPPED OFF SCRIPT LAST NAME IS EVANS. GA DL NUMBER ON HARD COPY OF PERCOCETS

Thank you,

## Controlled Substance Compliance

This e-mail message and any attachment(s) are confidential, contain information intended only for the addressee(s), and may be subject to attorney-client privilege. Any retention, storage, forwarding, retransmission, publication or other use or disclosure of this message or any of its attachments by any other person is strictly prohibited. If you have received this transmission in error, please notify the sender immediately. Also, please destroy the original message, including all attachments and all copies. This e-mail does not constitute an e-signature, and by this email Publix Super Markets, Inc. does not intend to evidence a binding agreement.

**From:** Pharmacy CS Compliance <PharmacyCSCompliance@publix.com>
**Sent:** Friday, January 31, 2020 1:10 PM
**To:** Mike Chavez <Mike.Chavez@publix.com>

**Cc:** Chad Madill <Chad.Madill@publix.com>
**Subject:** RE: Fraudulent Rx

Can you please confirm whether or not all 4 of the Rx's below are fraudulent? They were all written by the same Dr.

| Status | RX # | Store # | Delivery Method | Fill Date | Fill | Last Dispensed Product | Dispense Qty | Patient Pay |
|---|---|---|---|---|---|---|---|---|
| Sold | | -0536 | Waiting | 08/16/2019 | 00 | OXYCODONE-APAP 10-325 MG TAB | 90 | $54.65 |
| Sold | | -0536 | Waiting | 08/16/2019 | 00 | CYCLOBENZAPRINE 10 MG TAB[*] | 30 | $6.54 |
| Sold | Redacted - PII | -0536 | Waiting | 07/18/2019 | 00 | CYCLOBENZAPRINE 10 MG TAB[*] | 30 | $16.95 |
| Sold | | -0536 | Waiting | 07/18/2019 | 00 | OXYCODONE-APAP 10-325 MG TAB | 90 | $54.65 |

Thank you,

## Controlled Substance Compliance

This e-mail message and any attachment(s) are confidential, contain information intended only for the addressee(s), and may be subject to attorney-client privilege. Any retention, storage, forwarding, retransmission, publication or other use or disclosure of this message or any of its attachments by any other person is strictly prohibited. If you have received this transmission in error, please notify the sender immediately. Also, please destroy the original message, including all attachments and all copies. This e-mail does not constitute an e-signature, and by this email Publix Super Markets, Inc. does not intend to evidence a binding agreement.

---

**From:** Brandon Mancini <Brandon.Mancini@publix.com>
**Sent:** Friday, January 31, 2020 10:41 AM
**To:** Mike Chavez <Mike.Chavez@publix.com>; Jennifer Warren <Jennifer.Warren@publix.com>
**Cc:** Chad Madill <Chad.Madill@publix.com>
**Subject:** RE: Fraudulent Rx

Good morning Mike,

Our team isn't involved with PDMP anymore but Jennifer Warren and her team in Compliance should be able to assist you.


Thank you,
Brandon Mancini | Technical Specialist – Pharmacy Operations
Publix Super Markets, Inc. | 3300 Publix Corporate Parkway, Lakeland, FL, 33811
Phone: (863) 688-1188 ext. 52528 | Fax: (863) 284-3322

---

**From:** Mike Chavez <Mike.Chavez@publix.com>
**Sent:** Friday, January 31, 2020 10:31 AM
**To:** Brandon Mancini <Brandon.Mancini@publix.com>
**Cc:** Chad Madill <Chad.Madill@publix.com>
**Subject:** FW: Fraudulent Rx

The rx listed below was confirmed fraudulent.  Can you assist with removing from the PDMP?

Thank you.

---

**From:** Pharmacy 0536 <Pharmacy.536@publix.com>
**Sent:** Wednesday, January 22, 2020 6:02 PM
**To:** Mike Chavez <Mike.Chavez@publix.com>
**Subject:** Re: Fraudulent Rx

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00077927

P-01365_3

Teresa Jones

Redacted - PII

we will contact local police..
rx# Redacted - PII

Publix Pharmacy #0536
2451 Cumberland Parkway
Atlanta, GA 30339
770-437-7007

**From:** Mike Chavez <Mike.Chavez@publix.com>
**Sent:** Wednesday, January 22, 2020 2:33 PM
**To:** Pharmacy 0536 <Pharmacy.536@publix.com>
**Cc:** Mike Chavez <Mike.Chavez@publix.com>
**Subject:** Fraudulent Rx

Please let me know the rx information on the fraudulent rx that was filled. Make Kyle aware to inform me of these in the future.

Thank you.

Get Outlook for iOS

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PUBLIX-MDLT8-00077928

P-01365_4