# EXHIBIT 35

P-PUB-0193

**CHRIS HEWELL EXHIBIT**
**16**
Juliana Zajicek, CSR-11/04/2022

| | |
|---|---|
| From: | Chris Hewell <Chris.Hewell@publix.com> |
| Sent: | Monday, March 28, 2016 11:55 AM |
| To: | Dodes, Norman; Samuels, Latoya; Melendez, Elvira |
| Cc: | Chris Hewell |
| Subject: | FW: Pharmacy Controlled Substance Threshold Change Request Form |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Please review the request below.

Thank you,
Chris Hewell

---

**From:** Mike Chavez
**Sent:** Saturday, March 26, 2016 10:48 AM
**To:** Pharmacy 1390
**Cc:** Mike R King; Chris Hewell
**Subject:** Re: Pharmacy Controlled Substance Threshold Change Request Form

Approved

Sent from my iPhone

On Mar 26, 2016, at 10:46 AM, Pharmacy 1390 <Pharmacy.1390@publix.com> wrote:

# Pharmacy Controlled Substance Threshold Change Request

| | |
|---|---|
| Date: | 03/26/2016 |
| Store #: | 1390 |
| Name of Requesting Pharmacist: | Marshall T LeBleu |
| Store Address: | 3201 Macon Rd Ste 201<br>Columbus, GA 31906-1725 |
| Pharmacy DEA #: | FP2951918 |
| McKesson Account #: | 207667 |
| Description of Product/Molecule: | oxycodone |
| Desired Threshold Increase: | 30% |
| Reason for Change Request (with supporting documentation): | As of 3/25/16, we did not have enough oxycodone 10/325 to fill our Rxs. As of 3/26/16, we do not have enough oxycodone 7.5/325 to fill our Rxs. We will run out of oxycodone 5/325mg in the next few days. |

1

**PLAINTIFF TRIAL EXHIBIT**
**P-01384**

Confidential Anda_Opioids_MDL_0000344123

**P-01384_2**