# EXHIBIT 36

P-PUB-0195

**CHRIS HEWELL EXHIBIT 17**
Juliana Zajicek, CSR-11/04/2022

| | |
|---|---|
| **From:** | Chris Hewell <Chris.Hewell@publix.com> |
| **Sent:** | Monday, April 04, 2016 5:25 PM |
| **To:** | Dodes, Norman; Melendez, Elvira; Samuels, Latoya |
| **Cc:** | Chris Hewell |
| **Subject:** | FW: Pharmacy Controlled Substance Threshold Change Request Form |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Please review the request below.

Thank you,


Chris Hewell
Manager of Procurement
Publix Super Markets, Inc.
P.O. Box 407
Lakeland, FL 33802
Phone: (863) 688-1188, ext. 54118
Fax: (863) 616-5891
email: chris.hewell@publix.com

This message, including any attachments, may contain confidential or proprietary information and may be subject to protections afforded to certain types of confidential and/or proprietary information, including attorney-client privilege. If you have any reason to believe that you are not the intended recipient and that this message has reached you in error, you may not review, use, copy or distribute this message. If you received this in error, please notify the sender by reply e-mail and delete this message.

---

**From:** Mike Chavez
**Sent:** Thursday, March 31, 2016 3:29 PM
**To:** Pharmacy 0730
**Cc:** Chris Hewell
**Subject:** RE: Pharmacy Controlled Substance Threshold Change Request Form

30% approved.

Mike Chavez, RPh
Pharmacy Supervisor
Publix Super Markets, Inc.
770-952-6601 ext. 3615
404-925-4782 cell

---

**From:** Pharmacy 0730
**Sent:** Thursday, March 31, 2016 3:25 PM
**To:** Mike Chavez
**Cc:** Chris Hewell
**Subject:** Pharmacy Controlled Substance Threshold Change Request Form

1

**PLAINTIFF TRIAL EXHIBIT P-01383**

Confidential

Anda_Opioids_MDL_0000343756

P-01383_1

# Pharmacy Controlled Substance Threshold Change Request

| | |
|---|---|
| **Date:** | 03/31/2016 |
| **Store #:** | 0730 |
| **Name of Requesting Pharmacist:** | Jordan W Khail |
| **Store Address:** | 2675 Lee Rd<br>Lithia Springs, GA 30122-3356 |
| **Pharmacy DEA #:** | BP6747438 |
| **McKesson Account #:** | 826310 |
| **Description of Product/Molecule:** | Oxycodone 15mg and Oxycodone 30mg |
| **Desired Threshold Increase:** | 120 |
| **Reason for Change Request (with supporting documentation):** | We have a number of regular customers who take these as maintenance meds, on whom we check PDMP to ensure compliance. Please note - MCK acct no longer valid, Account number given is for ANDA |

2