# EXHIBIT 37

**CHRIS HEWELL EXHIBIT 18**
Juliana Zajicek, CSR-11/04/2022

P-PUB-0196

| | |
|---|---|
| From: | Chris Hewell <Chris.Hewell@publix.com> |
| Sent: | Tuesday, May 03, 2016 2:08 PM |
| To: | Dodes, Norman; Melendez, Elvira; Samuels, Latoya |
| Cc: | Chris Hewell |
| Subject: | FW: Pharmacy Controlled Substance Threshold Change Request Form |

Please review the threshold request below.

Thank you,

Chris Hewell
Manager of Procurement
Publix Super Markets, Inc.
P.O. Box 407
Lakeland, FL 33802
Phone: (863) 688-1188, ext. 54118
Fax: (863) 616-5891
email: chris.hewell@publix.com

This message, including any attachments, may contain confidential or proprietary information and may be subject to protections afforded to certain types of confidential and/or proprietary information, including attorney-client privilege. If you have any reason to believe that you are not the intended recipient and that this message has reached you in error, you may not review, use, copy or distribute this message. If you received this in error, please notify the sender by reply e-mail and delete this message.

**From:** Mike Chavez
**Sent:** Monday, May 02, 2016 6:42 PM
**To:** Pharmacy 0786
**Cc:** Chris Hewell
**Subject:** RE: Pharmacy Controlled Substance Threshold Change Request Form

approved

Mike Chavez, RPh
Pharmacy Supervisor
Publix Super Markets, Inc.
770-952-6601 ext. 3615
404-925-4782 cell

**From:** Pharmacy 0786
**Sent:** Monday, May 02, 2016 6:40 PM
**To:** Mike Chavez
**Cc:** Chris Hewell
**Subject:** Pharmacy Controlled Substance Threshold Change Request Form

# Pharmacy Controlled Substance Threshold Change Request

| | |
|---|---|
| Date: | 05/02/2016 |
| Store #: | 0786 |
| Name of Requesting Pharmacist: | Donna L ALDRICH |
| Store Address: | 100 Glenda Trce<br>Newnan, GA 30265-3863 |
| Pharmacy DEA #: | BP7582946 |

1

Confidential                                                                                           Anda_Opioids_MDL_0000343326

P-01385_1


PLAINTIFF TRIAL EXHIBIT
P-01385

P-PUB-0196

**McKesson Account #:** 100122475
**Description of Product/Molecule:** Oxycodone
**Desired Threshold Increase:** 20%
**Reason for Change Request (with supporting documentation):** We have met our threshold and need to increase to meet our customer's needs

2

Confidential

Anda_Opioids_MDL_0000343327

P-01385_2