# EXHIBIT 38

| | |
|---|---|
| From: | Chris Hewell <Chris.Hewell@publix.com> |
| Sent: | Monday, May 23, 2016 4:39 PM |
| To: | Samuels, Latoya; Melendez, Elvira; Dodes, Norman |
| Cc: | Chris Hewell |
| Subject: | FW: Pharmacy Controlled Substance Threshold Change Request Form |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Please review the request below.

Thank you,



Chris Hewell
Manager of Procurement
Publix Super Markets, Inc.
P.O. Box 407
Lakeland, FL 33802
Phone: (863) 688-1188, ext. 54118
Fax: (863) 616-5891
email:  chris.hewell@publix.com

This message, including any attachments, may contain confidential or proprietary information and may be subject to protections afforded to certain types of confidential and/or proprietary information, including attorney-client privilege. If you have any reason to believe that you are not the intended recipient and that this message has reached you in error, you may not review, use, copy or distribute this message. If you received this in error, please notify the sender by reply e-mail and delete this message.

**From:** Mike Chavez
**Sent:** Thursday, May 12, 2016 10:04 AM
**To:** Pharmacy 1143
**Cc:** Chris Hewell
**Subject:** RE: Pharmacy Controlled Substance Threshold Change Request Form

approve 30% increase

Mike Chavez, RPh
Pharmacy Supervisor
Publix Super Markets, Inc.
770-952-6601 ext. 3615
404-925-4782 cell

**From:** Pharmacy 1143
**Sent:** Thursday, May 12, 2016 10:03 AM
**To:** Mike Chavez
**Cc:** Chris Hewell
**Subject:** Pharmacy Controlled Substance Threshold Change Request Form

# Pharmacy Controlled Substance Threshold Change Request

| | |
|---|---|
| Date: | 05/12/2016 |
| Store #: | 1143 |
| Name of Requesting Pharmacist: | Sharon B Deason |

1

P-PUB-0206

| | |
|---|---|
| **Store Address:** | 1111 Lower Fayetteville Rd<br>Newnan, GA 30265-6501 |
| **Pharmacy DEA #:** | BP9984887 |
| **McKesson Account #:** | 100122691 |
| **Description of Product/Molecule:** | oxycodone 5/ acetaminophen 325mg (generic Percocet 5) |
| **Desired Threshold Increase:** | 700 order point |
| **Reason for Change Request (with supporting documentation):** | we have used 722 in april and already 270 in may. only have 7 tabs in stock right now |

2

Confidential

Anda_Opioids_MDL_0000343116