# EXHIBIT 39

Message

**From:** Polster, Natasha [tasha.polster@walgreens.com]
**Sent:** 8/15/2014 1:50:09 PM
**To:** Cesnovar, Casey [casey.cesnovar@walgreens.com]
**Subject:** RE: Physicians surrender DEA Permits

Thank you! We will get them blocked in the system

**From:** Cesnovar, Casey
**Sent:** Friday, August 15, 2014 1:35 PM
**To:** Polster, Natasha
**Subject:** FW: Physicians surrender DEA Permits
**Importance:** High

FYI...

Casey R. Cesnovar
Director, State Government Relations
Walgreen Co.
104 Wilmot Rd. MS#1459
Deerfield, IL 60015
Office: (847) 315-4142
Mobile: (847) 863-8028
Fax: (847) 315-4417

**From:** Stephen Georgeson [mailto:stephengeorgeson@bellsouth.net]
**Sent:** Friday, August 15, 2014 11:07 AM
**To:** Reno, Adam; acooa ellis; Carter, Al; al staiti; bj cobb; Robinson, Brian; Cesnovar, Casey; charlie van pelt; chris hewell; Muller, Christina; Christina Searles Tai; Christina Wheeler; chuck page; cindi marsiglio; curtis hartin; dale houston; dale masten; dale purvis; darryl marchetta; david kirkus; david leitch; deb rogers; eric ridings; fred ottolino; glen wilkins; Guidry, Greg; Primuth, Greg; jason springman; Puckett Beasley, Jessica; Williams, Jill; England, James; joey sturgeon; john bednarz; john fegan; john luebker; jonn hoppe; karla evans; katie anderson; katie scanlon; kay hanson; kevin nicholson; kim ragan; leanne kent; leigh knotts; lindsey napier; liza chapman; Swiencicki-Reinert, Lora; mark polli; michael o'connor; michelle cope; mike adloo; mike king; mike podgurski; Majmudar, Mona; monesia brown; Elkareh, Nabil; paul hines; rick fiddie; rick harrell; ricky chambers; robin sistrunk; roy wilson; West, Sally; Bhana, Sanjay; scott biddulph; shannon strickland; Dillavou, Shaun; stephen georgeson; Johnson, Stephen; steve cucchi; steven resnick; teross young; tiffany steffen; tim bell; tim koch; tom roberts; tonya loudermilk; troy mcneill
**Subject:** Physicians surrender DEA Permits
**Importance:** High

Please note this alert from Rick Allen.
Steve

FYI - Each of these two pain clinic physicians has surrendered his DEA permit. Please pass this information on to your pharmacists.

C. Richard (Rick) Allen, R.Ph.
Director

Georgia Drugs and Narcotics Agency
40 Pryor Street, SW - Suite #2000

HIGHLY CONFIDENTIAL

WAGMDL02448561

P-01379_1

PLAINTIFF TRIAL
EXHIBIT
P-01379

Atlanta, Georgia 3o303
404.656.5100   Fax: 404.651.8210   800.656.6568
www.gdna.ga.gov


-----Original Message-----
From: Kirkland, Emmalie
Sent: Friday, August 15, 2014 8:56 AM
To: Allen, Rick
Subject: DEA surrendered

Good Morning Rick:  these recently arrested doctors have surrendered their DEA as part of their bond.

Oscar Stokes M.D. (Alpharetta area). DEA FS0811364

Romie Roland M.D. (Metro Atlanta area).  DEA BR2139384

 Thanks Emmalie Kirkland. GCMB


Sent from my iPhone

HIGHLY CONFIDENTIAL

WAGMDL02448562