# EXHIBIT 40

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF OHIO
 2                        EASTERN DIVISION

 3                            - - -

 4   IN RE: NATIONAL PRESCRIPTION : MDL NO. 2804
     OPIATE LITIGATION            :
 5   _____:
                                   :
 6   THIS DOCUMENT RELATES TO:     : Case No. 17-md-2804
                                   : Judge Dan A. Polster
 7   Track Eight                   :
     _____:
 8

 9                    Monday, July 31, 2023

10                    HIGHLY CONFIDENTIAL
           SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11

12

13          Remote deposition of DEANNA L. BUNCH,

14   commencing at 10:01 a.m., on the above date, before

15   Carol A. Kirk, Registered Merit Reporter, Certified

16   Shorthand Reporter, and Notary Public.

17

18

19

20

21

22              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
23                  deps@golkow.com

24
```

```
 1            R E M O T E   A P P E A R A N C E S

 2                         - - -

 3    On behalf of the Plaintiffs:

 4          SIMMONS HANLY CONROY
            BY:  SARAH BURNS, ESQUIRE
 5               sburns@simmonsfirm.com
                 HOLLY NIGHBERT, ESQUIRE
 6               hnighbert@simmonsfirm.com
            One Court Street
 7          Alton, Illinois  62002
            618-693-3104
 8
            SIMMONS HANLY CONROY
 9          BY:  LAURA S. FITZPATRICK, ESQUIRE
                 lfitzpatrick@simmonsfirm.com
10          112 Madison Avenue, 7th Floor
            New York, New York  10016
11          212-257-8482

12


13
      On behalf of Defendant Publix Super Markets, Inc.:
14
            BARNES & THORNBURG LLP
15          BY:  MONICA BROWNEWELL SMITH, ESQUIRE
                 meredith.white@btlaw.com
16          11 South Meridian Street
            Indianapolis, Indiana  46204
17          317-231-7205

18

19

20

21

22

23

24
```

```
 1            R E M O T E   A P P E A R A N C E S

 2                         - - -

 3   On behalf of Defendant The Kroger Company:

 4          BOWLES RICE LLP
            BY:  ASHLEY HARDESTY ODELL, ESQUIRE
 5               ahardestyodell@bowlesrice.com
            125 Granville Square, Suite 400
 6          Morgantown, West Virginia  26501
            304-285-2522
 7
            SWIFT, CURRIE, McGHEE & HIERS, LLP
 8          BY:  CHRISTOPHER HENNESSY, ESQUIRE
                 christopher.hennessy@swiftcurrie.com
 9          1420 Peachtree Street, NE, Suite 800
            Atlanta, Georgia  30309
10          404-885-8576

11

12

13

14   ALSO PRESENT:

15          Brannen Wilson, Publix
            Bill Hammond, Publix
16          Jonathan Jaffe
            Gina Veldman, Trial Tech
17

18

19

20

21

22

23

24
```

```
 1                  INDEX TO EXAMINATION

 2   WITNESS                                              PAGE

 3   DEANNA L. BUNCH

 4         CROSS-EXAMINATION BY MS. BURNS                   7

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                     INDEX TO EXHIBITS

 2    BUNCH          DESCRIPTION                           PAGE

 3    Exhibit 1      Personnel file Bates-stamped           64
                     PUBLIX-MDLT8-00150260 through
 4                   150571

 5    Exhibit 2      E-mail string ending with an          259
                     e-mail to Pharmacy 0711 from
 6                   L. Jacobson, dated 1/2/2021,
                     Bates-stamped PUBLIX-MDLT8-
 7                   00082267 through 82334

 8    Exhibit 3      E-mail string ending with an          273
                     e-mail to C. Madill from
 9                   M. Chavez, dated 10/24/2020,
                     Bates-stamped PUBLIX-MDLT8-
10                   00081535 through 81537

11    Exhibit 4      E-mail string ending with an          289
                     e-mail to Pharmacy 1096 from
12                   L. Jacobson, dated 5/10/2019,
                     Bates-stamped PUBLIX-MDLT8-
13                   00075451 through 75453

14    Exhibit 5      E-mail string ending with an          289
                     e-mail to L. Jacobson from
15                   Pharmacy 1096, dated 5/14/2019,
                     Bates-stamped PUBLIX-MDLT8-
16                   00075543 and 75544

17

18

19

20

21

22

23

24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    - - -

 2               P R O C E E D I N G S

 3                    - - -

 4            THE COURT REPORTER:  Good morning.

 5   We are now on the record.  My name is

 6   Carol Kirk.  I am a court reporter for

 7   Golkow Litigation Services.

 8            Today's date is July 31, 2023, and

 9   the time is 10:01 a.m.

10            This remote deposition is being

11   held in the matter of In Re:  National

12   Prescription Opiate Litigation, Track 8,

13   for the United States District Court,

14   Northern District of Ohio, Eastern

15   Division.  The deponent is DeAnna Bunch.

16            All parties to this deposition are

17   appearing remotely and have agreed to

18   the witness being sworn in remotely.

19            Due to the nature of remote

20   reporting, please pause briefly before

21   speaking to ensure all parties are heard

22   completely.

23            All counsel will be noted on the

24   stenographic record.
```

```
 1                     - - -

 2                DEANNA L. BUNCH

 3   being by me first duly sworn, as hereinafter

 4   certified, deposes and says as follows:

 5                CROSS-EXAMINATION

 6   BY MS. BURNS:

 7          Q.   Good morning, Ms. Bunch.  My name
 8   is Sarah Burns.  I'm an attorney with Simmons
 9   Hanly Conroy, and I represent Cobb County and
10   also plaintiffs in the multi-district
11   litigation.  I'm joined today by my partner,
12   Holly Nighbert.
13          A.   Hi, good morning.
14          Q.   Would you please spell your full
15   name for the record.
16          A.   Sure.  My first name is DeAnna,
17   and that's D-e-A-n-n-a, middle name Leigh,
18   L-e-i-g-h, last name Bunch, B-u-n-c-h.
19          Q.   Thank you.
20               Is this the first time that you've
21   ever been deposed?
22          A.   No.
23          Q.   Okay.  When have you been deposed
24   before?
```

 1   think I am always thinking of Cobb County when

 2   I'm, you know, filling prescriptions.  Obviously

 3   my pharmacy is in Cobb County, so, you know,

 4   99 percent of my patients live in Cobb County.

 5               But, of course, I'm in an area

 6   where Cobb County, Paulding, and Bartow are

 7   just -- they all connect.  So we're just at that

 8   little corner right between Acworth,

 9   Cartersville, and Dallas.

10               So I don't, you know, have a

11   mindset of is this doctor and is this patient in

12   Cobb County.  I think, you know, is this close,

13   is this appropriate, is this reasonable, those

14   sorts of things.  But I'm sorry.  I don't think

15   just about Cobb County.

16       Q.   Do you have any names of

17   physicians in your mind right now who you

18   believe may be inappropriately prescribing

19   opioids?

20               MS. SMITH:  Object to form.

21       A.   Like I said, I worry about them,

22   but I can't necessarily prove that they're

23   inappropriately -- and, of course, my -- I don't

24   know.

 1         Q.    I'm not asking you to prove it.
 2   I'm just -- and you're under oath today.  I'm
 3   asking do you have any names of physicians in
 4   your mind right now who you worry are
 5   inappropriately prescribing opioids?
 6               MS. SMITH:  Object to form.
 7         A.    So you want the names, or do you
 8   want me to say --
 9         Q.    I do.
10         A.    Okay.  I just can't think of where
11   these offices are, so I'm just not even sure if
12   they're in Cobb County.
13         Q.    It doesn't matter if they're in
14   Cobb County.
15         A.    Okay.  Gigi Bell-Wade.
16         Q.    That's Wade?
17         A.    I think it's hyphenated,
18   Bell-Wade.
19         Q.    Okay.
20         A.    I'm so sorry.  I'm trying to think
21   of names, but I'm like -- I don't know if you do
22   this with your brain, but when you're at work,
23   you're at work, and your brain -- you know, your
24   brain goes into work mode.  And when you're not