# EXHIBIT 42

P-PUB-0586

| | |
|---|---|
| From: | Jennifer Warren </O=PUBLIX/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RJCW5097D> |
| To: | Jillanne Smith |
| CC: | Stephanie Negron |
| Sent: | 6/7/2018 4:35:20 PM |
| Subject: | Controlled Substance Laws AL, GA, NC, SC, VA |

Jillanne,

I have completed the Controlled Substance Law research and have attached my findings below. There are several things that I wanted to mention though.

**Controlled Substance Laws on Publix Connection:**
I was unable to find anything on Publix Connection about Controlled Substance Laws. In the R&P Guide (Chapter 8 à Identifying Invalid Controlled Substance Prescriptions) it states the following:
- *Pharmacy associates should know the requirements for a controlled substance prescription. The requirements for your state are detailed in the Reception Basics document on the Pharmacy page @ Pharmacy Operations > Quick References > Workflow > Reception Basics.*

When I look at the Quick Reference guide, it has Rx requirements, but it does not specify anything for Controlled Substances. I went into the Document Library and pulled up the old Reception Basics document and compared the laws that I found versus what we had from 2016 with the exception being Virginia. Everything was mostly the same, and I update the QR guide, adding VA. As a place holder. I put the basics (Pt info, Prescriber Info, Drug info, and DEA) for FL and TN since they have changes coming up. After I updated the QR guide, I chatted with Ashley about it briefly, and she said from what she remembered, you all decided not to add the laws in the QR because each pharmacist should know their state laws.

**North Carolina:**
- You might already be aware of this new law but Stephanie and I were not so I wanted to mention it just in case you haven't seen it. North Carolina had the following law go into effect back on 1/1/2018
    - *§ 90-106. Prescriptions and labeling. [Version effective from January 1, 2018 until January 1, 2020.]*
    *(a3) Limitation on Prescriptions Upon Initial Consultation for Acute Pain. – A practitioner may not prescribe more than a five-day supply of any targeted controlled substance upon the initial consultation and treatment of a patient for acute pain, unless the prescription is for post-operative acute pain relief for use immediately following a surgical procedure. A practitioner shall not prescribe more than a seven-day supply of any targeted controlled substance for post-operative acute pain relief immediately following a surgical procedure. Upon any subsequent consultation for the same pain, the practitioner may issue any appropriate renewal, refill, or new prescription for a targeted controlled substance. This subsection does not apply to prescriptions for controlled substances issued by a practitioner who orders a controlled substance to be wholly administered in a hospital, nursing home licensed under Chapter 131E of the General Statutes, hospice facility, or residential care facility, as defined in G.S. 14-32.2(c1).*
- As well as*: Version effective on January 1, 2020. The only thing that I saw added there was that: (a1) Electronic Prescription Required; Exceptions. – Unless otherwise exempted by this subsection, a practitioner shall electronically prescribe all targeted controlled substances. This subsection does not apply to prescriptions for targeted controlled substances issued by any of the following: …..*
- I have highlighted both sections in the documents attached.

**Virginia:**
- Virginia has a similar law going into place in 2020 as North Carolina does above:
    - *§ 54.1-3408.02. (Effective July 1, 2020) Transmission of prescriptions. This section has more than one version with varying effective dates. To view a complete list of the versions of this section see Table of Contents. A. Consistent with federal law and in accordance with regulations promulgated by the Board, prescriptions may be transmitted to a pharmacy as an electronic prescription or by facsimile machine and shall be treated as valid original prescriptions. B. Any prescription for a controlled substance that contains an opiate shall be issued as an electronic prescription.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-01362_1



PUBLIX-MDLT8-00071345

**Links:**

- **CS Laws:** R:\Secured Folders\Recruiting & Training\Compliance\Jennifer Warren\All states research\CS Laws
- **Original Reception Basics QR:** R:\Secured Folders\Recruiting & Training\Training\Document Library\Quick References (retention applies)\Old\ReceptionBasics (Destroy 06-30-2031).docx
- **Current Reception Basics QR:** R:\Secured Folders\Recruiting & Training\Training\Document Library\Quick References (retention applies)\Reception Basics_working.docx
- **Updated Reception Basics QR:** R:\Secured Folders\Recruiting & Training\Compliance\Jennifer Warren\Quick References\Reception Basics QR draft.docx

Please let me know if you need anything else, or if you have any questions.

Thank you,

*Jennifer Warren*



Pharmacy Compliance Analyst
Pharmacy Operations, Lakeland, FL
863-688-1188 Ext. 54009

*This e-mail message and any attachment(s) are confidential, contain information intended only for the addressee(s), and may be privileged and or exempt from disclosure under applicable law. Any retention, storage, forwarding, retransmission, publication or other use or disclosure of this message or any of its attachments by any other person is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by reply email. Also, please destroy the original message, including all attachments and all copies. Thank you.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00071346