# EXHIBIT 46

1        UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF OHIO
2              EASTERN DIVISION

3
      IN RE:  NATIONAL            MDL. No. 2804
4     PRESCRIPTION OPIATE         Case No. 17-md-2804
      LITIGATION                  Judge Dan Aaron Polster
5

6     THIS DOCUMENT RELATES TO:

7     Track Eight

8     _____

9         DEPOSITION OF:  ERIKA OWENS
      HIGHLY CONFIDENTIAL TRANSCRIPT ALONG WITH THE
10     ATTACHED EXHIBITS ARE SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW
11    _____

12            The remotely held video deposition of

13     Erika Owens was taken before Janine N. Leroux,

14     Stenographic Court Reporter and Notary Public

15     commencing on Friday, July 28th, 2023, at the

16     approximate hour of 10:01 a.m.  Said deposition

17     was taken pursuant to the applicable Federal

18     Rules of Civil Procedure.

19

20

21

22

23

24

25

```
 1     APPEARANCES:

 2

       SARAH BURNS, ESQUIRE
 3     SIMMONS HANLY CONROY
       One Court Street
 4     Alton, Illinois 62002
       sburns@simmonsfirm.com
 5
       and
 6
       MARIA FLEMING, ESQUIRE
 7     SALVATORE C. BADALA, ESQUIRE
       NAPOLI SHKOLNIK, PLLC
 8     1500 West 3rd Street
       Cleveland, Ohio 44113
 9     SBadala@NapoliLaw.com

10     APPEARING REMOTELY ON BEHALF OF THE PLAINTIFF,
       COBB COUNTY, GEORGIA
11

12     KARA KAPKE, ESQUIRE
       MONICA BROWNWELL SMITH, ESQUIRE
13     BARNES & THORNBURG, LLP
       11 South Meridian Street
14     Indianapolis, Indiana 46204
       kara.kapke@btlaw.com
15
    APPEARING REMOTELY ON BEHALF OF PUBLIX
16

17     DAVID ATKINSON, ESQUIRE
       SWIFT CURRIE
18     1420 Peachtree Street, NE
       Suite 800
19     Atlanta, Georgia 30309
       davidatkinson@swiftcurrie.com
20
    APPEARING REMOTELY ON BEHALF OF KROGER
21

22     ELISA McENROE, ESQUIRE
       MORGAN LEWIS
23     1701 Market Street
       Philadelphia, Pennsylvania 19103-2921
24     elisa.mcenroe@morganlewis.com

25     APPEARING REMOTELY ON BEHALF OF RITE AID
```



```
 1     APPEARANCES CONTINUED:

 2
       ARIELLA MULLER, ESQUIRE
 3     ZUCKERMAN SPAEDER
       485 Madison Avenue, 10th Floor
 4     New York, New York 10022-5871
       amuller@zuckerman.com
 5
       APPEARING REMOTELY ON BEHALF OF CVS
 6

 7     ALSO APPEARING REMOTELY:

 8     MICHAEL KAUFFMANN, EXHIBIT TECH
       BILL HAMMOND, PUBLIX IN-HOUSE COUNSEL
 9     BRANNEN WILSON, PUBLIX IN-HOUSE COUNSEL
       JONATHAN JAFFEE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX

 2     WITNESS:  ERIKA OWENS                        PAGE

 3     DIRECT EXAMINATION
         By Ms. Fleming..........................    7
 4

 5     REPORTER'S CERTIFICATE (Read & Sign)....... 229-231

 6                   E X H I B I T S

 7     PLAINTIFFS'                      FOR IDENTIFICATION

 8
       Exhibit No. 1   CPR Card & Personnel File        37
 9                     PUBLIX-MDLT8-0015210 to 00150259

10     Exhibit No. 2   Pharmacy Strategic Dashboard      95
                       Trend Report
11                     PUBLIX-MDLT8-00114723 to 00114754

12     Exhibit No. 3   Manager Performance Evaluation  126
                       06/01/22 to 05/31/23
13
       Exhibit No. 4   US DOJ - DEA - DIVERSION        137
14                     DRUG CONTROL DIVISION
                       P-08163-00001 to 00002
15
       Exhibit No. 5   05/23/19 Email                  195
16                     PUBLIX-MDLT8-00114908

17     Exhibit No. 6   Quarterly Retail Bonus Plan     201
                       PUBLIX-MDLT8-00059249 to 00059250
18
       Exhibit No. 7   Pharmacy Reference and          205
19                     Procedure Guide
                       PUBLIX-MDLT8-0000031 to 0000783
20
       Exhibit No. 8   Publix Opioid Task Force        223
21                     PowerPoint

22

23

24

25
```

```
 1              THE COURT REPORTER:  We are on the

 2       record.  It is 10:01 a.m.

 3              All parties to this deposition are

 4       appearing remotely and have agreed to the

 5       witness being sworn in remotely.  Due to the

 6       nature of remote reporting, please pause

 7       briefly before speaking to ensure all parties

 8       are heard completely.

 9              Counsel, please identify yourselves for

10       the record.

11              MS. FLEMING:  I'm Maria Fleming.  I

12       represent a number of different plaintiffs in

13       this litigation.  I'm with Napoli Shkolnik.

14              MS. BURNS:  Sarah Burns with Simmons

15       Hanly Conroy for Plaintiffs.

16              MS. KAPKE:  Kara Kapke, my colleagues

17       are Monica Brownwell Smith and I represent

18       Publix Supermarkets and Bill Hammond is

19       in-house counsel for Publix is also here with

20       us.

21              MR. ATKINSON:  I'm David Atkinson.

22       Good morning, everybody.  I'm here for

23       Kroger.

24              MS. McENROE:  Hi.  I may be the last of

25       the lawyers left, I'm not sure, but my name
```

1           is Elisa McEnroe from Morgan Lewis.  I

2           represent Rite Aid a non-defendant in this

3           case.

4                MR. BADALA:  Salvatore Badala with

5           Napoli Shkolnik.

6                THE COURT REPORTER:  Is that everybody?

7                MS. KAPKE:  Who is Ariella Muller?

8                MS. MULLER:  Sorry, I was just

9           un-muting myself.  I represent CVS a

10          non-defendant in this case.

11               MS. KAPKE:  And could Mr. Jaffe

12          identify himself?

13               MR. JAFFE:  I'm Jonathan Jaffe

14          Plaintiffs also present, not an attorney.

15               MS. KAPKE:  Thanks.  I think that's

16          everybody.

17               THE COURT REPORTER:  Okay.  I will

18          swear in the witness.

19               Raise your right hand, please.  Do you

20          swear or affirm to tell the truth, the whole

21          truth, nothing but the truth?

22               THE WITNESS:  Yes, ma'am.

23               THE COURT REPORTER:  Thank you.

24

25

```
 1    THEREUPON:

 2                    ERIKA OWENS,

 3    the witness, after being first duly sworn, was

 4    examined and testified as follows:

 5                    DIRECT EXAMINATION

 6    BY MS. FLEMING:

 7         Q.    Good morning, how are you?

 8         A.    I'm fine, thank you.  How are you?

 9         Q.    I'm well, thank you.

10               My name is Maria Fleming.  Like I said,

11    I'm an attorney with Napoli Shkolnik and I

12    represent a number of different plaintiffs in the

13    national prescription opioid litigation, and I

14    will be taking your deposition today, okay?

15         A.    Yes, ma'am.

16         Q.    Can you state your full name for the

17    record?

18         A.    Erika Lynn Owens.

19         Q.    Have you gone by any other former

20    names?

21         A.    Yes, ma'am.

22         Q.    Do you mind stating those names for me,

23    please?

24         A.    Yes.  Erika Lynn Juhaz the spelling is

25    J-U-H-A-Z as in Zebra and Erika Lynn Hembree,
```

1      Q.    Does Publix not require pharmacists to
2    document when they are clearing a red flag before
3    filling a -- sorry.  Strike that.
4          Does Publix not require its pharmacists
5    to document red flags having cleared prior to
6    dispensing?
7          MS. KAPKE:  Object to form.
8      A.    I am not aware of the requirement that
9    we have to document.
10     Q.    It is not your practice to document
11    when you've cleared a red flag prior to
12    dispensing?
13     A.    I do not document everything, no.
14     Q.    Is there a reason why you wouldn't
15    document that you cleared a red flag before you
16    dispensed a prescription?
17     A.    Well, in my previous example with the
18    cancer patient, you could see that the header on
19    the prescription may be from a prestigious cancer
20    center.  So even though they are outside, you
21    know, our, quote, unquote, radius, the patient is
22    in need of that prescription for a legitimate
23    reason.
24     Q.    Can you clear red flags by calling a
25    doctor?