# EXHIBIT 47

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION

 3

    IN RE: NATIONAL           )
 4  PRESCRIPTION              )   MDL No. 2804
    OPIATE LITIGATION         )
 5  _____  )   Case No.
                              )   1:17-MD-2804
 6                            )
    THIS DOCUMENT RELATES     )   Hon. Dan A.
 7  TO: Case Track 8          )   Polster

 8

                 FRIDAY, OCTOBER 7, 2022
 9

       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10              CONFIDENTIALITY REVIEW

11                      - - -

12             Remote videotaped deposition of

13  30(b)(6) Publix Super Markets, Inc., designee

14  Chris Hewell, held at the location of the

15  witness in Lakeland, Florida, commencing at

16  10:04 a.m. Eastern Time, on the above date,

17  before Carrie A. Campbell, Registered

18  Diplomate Reporter, Certified Realtime

19  Reporter, Illinois, California & Texas

20  Certified Shorthand Reporter, Missouri,

21  Kansas, Louisiana & New Jersey Certified

22  Court Reporter.

23                      - - -

              GOLKOW LITIGATION SERVICES
24                 877.370.DEPS
                 deps@golkow.com

25
```

```
 1    R E M O T E    A P P E A R A N C E S :

 2

 3    SIMMONS HANLY CONROY
      BY:   JAYNE CONROY
 4          JConroy@simmonsfirm.com
            LAURA FITZPATRICK
 5          lfitzpatrick@simmonsfirm.com
            SARAH BURNS
 6          sburns@simmonsfirm.com
            JO ANNA POLLOCK
 7          jpollock@simmonsfirm.com
      112 Madison Avenue, Seventh Floor
 8    New York, New York 10016
      (212) 784-6400

 9

10    and

11

      NAPOLI SHKOLNIK, PLLC
12    BY:   JODI KLOCKENGA
            JKlockenga@NapoliLaw.com
13          MARIA FLEMING
            MFleming@NapoliLaw.com
14    270 Munoz Rivera Avenue, Suite 201
      Hato Rey, Puerto Rico 00918
15    (833) 271-4502
      Counsel for Plaintiffs

16

17

      BARNES & THORNBURGH, LLP
18    BY:   MEREDITH THORNBURGH WHITE
            meredith.white@btlaw.com
19          KARA KAPKE
            kara.kapke@btlaw.com
20    11 South Meridian Street
      Indianapolis, Indiana  46204
21    (317) 236-1313
      Counsel for Publix Super Markets, Inc.

22

23

24

25
```

```
 1        GREENBERG TRAURIG
          BY:  MICHELE L. STOCKER
 2            Michele.Stocker@gtlaw.com
          401 East Las Olas Boulevard, Suite 2000
 3        Fort Lauderdale, Florida  33301
          (954) 765-0500
 4        Counsel for Albertsons
 5
 6        BOWLES RICE LLP
          BY:  MAURI LEVY
 7            MauriLevy@bowlesrice.com
          600 Quarrier Street
 8        Charleston, West Virginia  25301
          (304) 520-5515
 9        Counsel for the Kroger Company
10
11   ALSO PRESENT:
12        BILL HAMMOND, Senior Director,
          Regulatory Legal and Litigation at
13        Publix Super Markets
14        JONATHAN JAFFE, consultant
15        COREY SMITH, trial technician,
          Precision Trial Solutions
16
17

     VIDEOGRAPHER:
18            ZACH HONE,
              Golkow Litigation Services
19
                           - - -
20
21
22
23
24
25
```

```
 1                        INDEX
 2                                        PAGE
    APPEARANCES................................  190
 4  EXAMINATIONS
 5     BY MS. CONROY...........................  196
 6
 7                      EXHIBITS
 8     No.    Description                      Page
 9     23     Publix Super Markets, Inc.'s      238
              Written Responses to Plaintiff's
10            Third Revised Notice of
              Deposition Regarding Documents
11            and Data Pursuant to Rule30(b)(2)
              and Rule 34
12
       24     Cobb v. Publix, Deposition of     247
13            Publix Corporate Representative
              Chris Hewell - Notice 2, Topics
14            1, 2-3, 7-10
15     25     Managing "Fill-By" Prescriptions  317
              in Data Entry Queue 1.5,
16            PUBLIX-MDLT8-00096214 -
              PUBLIX-MDLT8-00096218
17
       26     Pharmacist I/New Hire Graduate    324
18            Intern Training Student Workbook,
              PUBLIX-MDLT8-00059641 -
19            PUBLIX-MDLT8-00059664
20     27     Patient Profiles,                 324
              PUBLIX-MDLT8-00065109 -
21            PUBLIX-MDLT8-00065354
22     28     Pharmacist I/New Hire Graduate    324
              Intern Training Student Workbook,
23            PUBLIX-MDLT8-00061447 -
              PUBLIX-MDLT8-00061565
24
25
```

| 29 | Product and Data Agreement, PUBLIX-MDLT8-00098372 – PUBLIX-MDLT8-00098379 | 342 |
| 30 | Amendment No. 1 to Product and Data Agreement, PUBLIX-MDLT8-00098280 | 346 |
| 31 | Data Supply Agreement, PUBLIX-MDLT8-00098289 – PUBLIX-MDLT8-00098360 | 348 |
| 32 | IMS letter to Chris Hewell dated October 1, 2012, PUBLIX-MDLT8-00098362 – PUBLIX-MDLT8-00098371 | 353 |
| 33 | IMS letter to Chris Hewell dated October 9, 2014, PUBLIX-MDLT8-000982771 | 354 |
| 34 | IMS Amendment to Data Supply Agreement Dated April 19, 2010, Between IMS Health Incorporated, Successor-in-Interest to SDI Health, LLC ("IMS") and Publix Super Markets, Inc. ("Pharmacy" or "Supplier"), PUBLIX-MDLT8-00098286 – PUBLIX-MDLT8-00098288 | 355 |
| 35 | Quintiles IMS Incorporated Information Services Agreement Order Confirmation for Data Suppliers, PUBLIX-MDLT8-00098281 – PUBLIX-MDLT8-00098285 | 357 |
| 36 | E-mail(s), PUBLIX-MDLT8-00079675 | 358 |
| 37 | IQVIA Amendment, PUBLIX-MDLT8-00098380 – PUBLIX-MDLT8-00098384 | 363 |
| 38 | Jayne Conroy handwritten demonstratives | 367 |

(Exhibits attached to the deposition.)

CERTIFICATE..................................368

ACKNOWLEDGMENT OF DEPONENT...................370

ERRATA......................................371

LAWYER'S NOTES..............................372

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              VIDEOGRAPHER:  We are now on
 2       the record.  My name is Zach Hone.
 3       I'm a videographer for Golkow
 4       Litigation Services.
 5              Today's date is October 7,
 6       2022, and the time is 10:04 a.m.
 7              This remote video deposition is
 8       being held in the matter of In Re:
 9       National Prescription Opiate
10       Litigation, United States District
11       Court, Northern District of Ohio,
12       Eastern Division.
13              The deponent is Chris Hewell.
14              Counsel will be noted on the
15       stenographic record.
16              The court reporter is Carrie
17       Campbell and will now swear in the
18       witness.
19
20              CHRIS HEWELL,
21    of lawful age, having been first duly sworn
22    to tell the truth, the whole truth and
23    nothing but the truth, deposes and says on
24    behalf of the Plaintiffs, as follows:
25
```

```
 1                  DIRECT EXAMINATION
 2   QUESTIONS BY MS. CONROY:
 3        Q.     Good morning, Mr. Hewell.  My
 4   name is Jayne Conroy, and I'm going to be
 5   asking you some questions concerning your
 6   presence here today as a 30(b)(6) witness for
 7   Publix.
 8              And this is actually a
 9   continuation of a deposition that was a
10   couple of weeks ago, and so you understand
11   you're still under oath?
12        A.     Yes.
13        Q.     Okay.  And I don't think we
14   probably -- I don't really need to go
15   through -- you know you're testifying on
16   behalf of Publix?
17        A.     Yes.
18        Q.     Okay.  So let me, first of all,
19   show you what was marked at your -- the first
20   day of your deposition as Exhibit 1, which is
21   the fourth revised notice of deposition.
22              Does that sound familiar to
23   you?
24        A.     Yes.
25        Q.     Okay.  And just to orient
```

```
 1          notes related to the patient.

 2               And I'm getting feedback.  I

 3          don't know if somebody needs to go on

 4          mute.

 5               But there's note -- a notes

 6          field where we can inform the

 7          patient --

 8               MS. CONROY:  Yeah, we still --

 9          I can hear it --

10               MS. FITZPATRICK:  Let's go off

11          the record and fix that, if we can.

12               VIDEOGRAPHER:  Okay.  Off

13          record.  The time is 1:44.

14            (Off the record at 1:44 p.m.)

15               VIDEOGRAPHER:  Back on record.

16          The time is 1:46.

17     QUESTIONS BY MS. CONROY:

18          Q.    I had asked you, where would a

19     pharmacist document the resolution of a red

20     flag or a concern about a prescription that

21     was not related to a drug utilization review

22     resolution.

23          A.    So, like I said, I'll speak to

24     where our pharmacist can document any notes.

25     And our pharmacist can document notes as a
```

1  prescription note, and prescription notes are

2  relevant to that entire prescription.  No

3  matter how many refills, that prescription

4  note will always be attached to that

5  prescription.

6          We have transaction notes, and

7  transaction notes are relevant to that

8  specific transaction.  So if a prescription

9  has, let's say, five or six refills, if you

10 want -- if you had a note to put on a

11 particular transaction, it would only be

12 relevant for that particular refill.  So if

13 it's refill number 2, you would have a note

14 that says, you know, I don't know, patient

15 decided to discontinue some other med.  You

16 can put a transaction note there.  It's

17 only -- it's only relevant for the one

18 transaction.

19          There's counseling notes, and

20 counseling notes are notes that are relevant

21 to the -- to the one prescription that you're

22 dispensing -- or the one transaction you're

23 dispensing.

24          Going through the other notes

25 that our pharmacists can enter into

1    EnterpriseRx, there's patient notes, and

2    patient notes are obviously relevant to --

3    any relevant notes that we would want to

4    document regarding a patient.

5              And then we have prescriber

6    notes, and prescriber notes are related to

7    the individual prescriber.

8         Q.    Okay.  Now, the prescription

9    note lives with the prescriptions, right?

10   Stays with the prescription?

11        A.    That's -- when you say it

12   "stays with the prescription," it's -- when

13   you -- when we talked about going and

14   accessing a prescription image --

15        Q.    Uh-huh.

16        A.    -- you either search by RX

17   number or you can pull up the patient and

18   scroll down and select that individual

19   prescription.  Whichever way you do it,

20   you'll have access to the prescription image,

21   but there's also -- you also have access to

22   the individual prescription note.

23        Q.    And I would have access by

24   clicking on some sort of a box that would say

25   "notes" or something like that, and then if

1    QUESTIONS BY MS. CONROY:

2         Q.    Now, if we -- with respect to

3    the prescriber notes -- well, let me ask you

4    generally without referencing the prescriber

5    notes.

6              Are you aware of any ability of

7    the ERX database to identify a prescriber as

8    a blocked prescriber with respect to the

9    dispensing of -- the writing of prescriptions

10   for controlled substances?

11             MS. WHITE:  Object to form.

12             THE WITNESS:  Can you repeat

13        that question?

14   QUESTIONS BY MS. CONROY:

15        Q.    Sure.

16             Are you aware of any ability in

17   the ERX system to make a notation that a

18   prescriber is blocked from writing controlled

19   substance prescriptions?

20             MS. WHITE:  Object to form.

21             THE WITNESS:  Are you asking if

22        EnterpriseRx has the ability to block

23        prescribers?

24   QUESTIONS BY MS. CONROY:

25        Q.    Well, that would be one way.

1    Or there would be an alert, and then the

2    pharmacist would refuse to fill the

3    prescription.  I don't -- you know, is there

4    something in the data that would inform a

5    pharmacist or a technician that a particular

6    prescriber was blocked?

7              MS. WHITE:  Object to form.

8              THE WITNESS:  There's no

9         systematic feature in EnterpriseRx

10        that would systematically notify a

11        user of such an instance.

12   QUESTIONS BY MS. CONROY:

13        Q.    Can ERX block a prescriber?

14             MS. WHITE:  Object to form.

15   QUESTIONS BY MS. CONROY:

16        Q.    So that, you know, for example,

17   you couldn't pull the -- you couldn't

18   write -- you couldn't actually go through the

19   workflow for a particular prescriber?

20             MS. WHITE:  Object to form.

21             THE WITNESS:  Look, as I

22        mentioned, there's not really a

23        feature in EnterpriseRx to

24        systematically block a prescriber from

25        being utilized, so...

1    QUESTIONS BY MS. CONROY:

2        Q.     Can a -- strike that.

3               If someone is going to delete a

4    note field -- and let's, by example, use a

5    prescriber note as an example.

6               If a pharmacist decides to

7    delete a note that is in the prescriber notes

8    that that pharmacist did not write, is there

9    any -- is there any prohibition against that

10   or can anybody delete?

11              MS. WHITE:  Object to form.

12              THE WITNESS:  There's no

13         restrictions on who can delete a

14         prescriber note in EnterpriseRx.

15   QUESTIONS BY MS. CONROY:

16        Q.     If a pharmacist is presented a

17   prescription by a customer who appears

18   inebriated, do you have an understanding of

19   where the pharmacist would record or make a

20   note of that situation?

21              MS. WHITE:  Object to form.

22              THE WITNESS:  I'm not aware if

23         that -- I'm not aware that that's

24         required.  And if they were to make a

25         note, they would utilize the note

1          fields that I've discussed earlier.

2     QUESTIONS BY MS. CONROY:

3          Q.     And what would be the most

4     likely note field for that kind of a comment?

5               MS. WHITE:  Object to form.

6               THE WITNESS:  If a pharmacy

7          user or a pharmacist felt it necessary

8          to document a note, the only

9          reasonable note field that would make

10         sense here would be -- well, depends

11         on if they dropped off a prescription

12         or not.  But most likely it would be a

13         patient note.  If they dropped off a

14         prescription, they might utilize a

15         prescription note, but those would be

16         the two most likely fields.

17    QUESTIONS BY MS. CONROY:

18         Q.     Okay.  The hardcopy scripts

19    that we talked about, would they -- do you

20    know, are they kept in the pharmacy itself

21    for a period of time?

22         A.     Yes.  They're kept in the

23    pharmacy as well as a -- we have a secure

24    document storage cabinet in the back of every

25    store.