# EXHIBIT 50

P-PUB-0599

| | |
|---|---|
| From: | Mike Chavez </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7510E4AC6B394A0DB21CA62BCB0DF612-XMAC10_9A7E> |
| To: | Chad Madill |
| Sent: | 3/14/2019 5:15:57 PM |
| Subject: | RE: **Action Item** - PDMP checks |

It is a wide range that is totally dependent on the pharmacist. Most check on the new patient, specific meds, and/or triggers from other suspicion. There may be a few that check every control, but this is not the norm.

---

**From:** Chad Madill
**Sent:** Wednesday, March 13, 2019 10:49 PM
**To:** Lindsay Burckhalter <Lindsay.Burckhalter@publix.com>; Leigh Anne Jacobson <Leigh.Jacobson@publix.com>; Bart Bamberg <Bart.Bamberg@publix.com>; Mike Chavez <Mike.Chavez@publix.com>; John Lee <John.Lee2@publix.com>
**Subject:** **Action Item** - PDMP checks

Team,

According to regulations, AL, GA, NC, SC and VA do not have mandatory regulations for pharmacists to check the PDMP state database prior to filling. The discretion is left to the pharmacist in determining whether they should/should not check PDMP based on RX content and patient familiarity. Having said this, what percentage of the time do you feel our pharmacists actually check PDMP before filling CIIs? How about before filling CIII – CVs? Can you ask several of your pharmacists in GA and AL to get anecdotal stats for me please by EOB Monday? We need this to appropriately calculate labor needs in these states for this activity.

Thank you,

**Chad Madill, PharmD, MBA**
**Pharmacy Operations Manager | Atlanta Division | Publix Super Markets, Inc.**
**Office | 770.952.6601 x31659**
**Fax | 863.284.3349**
**chad.madill@publix.com**

This e-mail message and any attachment(s) are confidential, contain information intended only for the addressee(s), and may be subject to attorney-client privilege. Any retention, storage, forwarding, retransmission, publication or other use or disclosure of this message or any of its attachments by any other person is strictly prohibited. If you have received this transmission in error, please notify the sender immediately. Also, please destroy the original message, including all attachments and all copies. This e-mail does not constitute an e-signature, and by this email Publix Super Markets, Inc. does not intend to evidence a binding agreement. Thank you.



PLAINTIFF TRIAL EXHIBIT
P-01364