# EXHIBIT 51

# Quarterly Retail Bonus Plan

| | |
|---|---|
| **Introduction** | In an effort to drive continued improvement in the financial results of our Pharmacy departments, Publix has a Quarterly Retail Bonus plan that rewards pharmacists for contributing to the financial success of their departments.  This encourages continued improvement and self-development. |
| **Who's eligible for the Quarterly Retail Bonus** | Pharmacy Managers, Assistant Pharmacy Managers, and 30-hr Pharmacists (134 job class only) receive a quarterly bonus based on the total store's performance and the Pharmacy Department's performance.  All other pharmacists receive a quarterly bonus based only on the total store's performance. |
| | Because a Pharmacy Manager takes on additional responsibilities, we reward the Pharmacy Manager with more bonus relative to an Assistant Pharmacy Manager or a 30-hr Pharmacist.  The pharmacy's total bonus is allocated at approximately 60% to the Pharmacy Manager.  However, in a pharmacy with two Assistant Pharmacy Managers and a Pharmacy Manager the allocation is approximately 40-30-30. |
| **Composition of the Quarterly Retail Bonus** | Of the total bonus available for Pharmacy Managers, Assistant Pharmacy Managers, and 30-hr Pharmacists (134 job class only), 15% is based on the total store's performance and 85% is based on the Pharmacy Department's performance composed of two factors.<br>1. Approximately 40% is based on script count.<br>2. About 45% is based on department profitability.<br><br>Note:  A Pharmacy must have positive bonus profit to receive the script and profitability components of the total bonus.  (There is bonus protection for new stores less than 3 years old.) |

*continued on next page*

*9/10/18*

**CONFIDENTIAL**

P-01360_1



PUBLIX-MDLT8-00059249

# Quarterly Retail Bonus Plan, Continued

**Script count included in the Quarterly Retail Bonus**

A portion of the quarterly bonus is based on script count. This is an incentive to increase the number of prescriptions filled by paying a fixed amount per script to each Pharmacist based on the individual count of scripts filled.

The chart below indicates the amount paid for each brand name prescription filled (*net of credit reversals*).

| Position | Amount |
|---|---|
| Pharmacy Manager | $0.10 |
| Assistant Pharmacy Manager | $0.07 |
| 30-hr Pharmacist (134 job class only) | $0.07 |

The chart below indicates the amount paid for each generic prescription filled (*net of credit reversals*).

| Position | Amount |
|---|---|
| Pharmacy Manager | $0.15 |
| Assistant Pharmacy Manager | $0.10 |
| 30-hr Pharmacist (134 job class only) | $0.10 |

**Pay out**

This quarterly bonus pays out each quarter.
- Eligible Pharmacy Managers, Assistant Pharmacy Managers, and 30-hr Pharmacists (134 job class only) receive 75% of this bonus calculation and
- all other eligible pharmacists receive 100% of this bonus calculation.

The managers and the non-floating 30-hour pharmacists are potentially eligible for the Annual Pharmacy Bonus. See *Annual Pharmacy Bonus* document for details regarding this bonus structure.

**Questions**

Questions on this program should be directed to your Pharmacy Supervisor.

*9/10/18*

CONFIDENTIAL

PUBLIX-MDLT8-00059250