# EXHIBIT 55

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF OHIO
 3                     EASTERN DIVISION
 4

                    ~~~~~~~~~~~~~~~~~~~~
 5

 6    IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
      OPIATE LITIGATION
 7                                     Case No.
                                       17-md-2804
 8
                                       Judge Dan Aaron
 9    This Document Relates To:        Polster
      Track Eight
10    Cobb County, Georgia.
11    Case No. 1:18-op-45817-DAP.
12
                    ~~~~~~~~~~~~~~~~~~~~
13
14           Remote videotaped deposition of
                 DENNIS M. TROUGHTON, SR.
15
16
17               September 14, 2023
                     9:24 a.m.
18
19
20
21
22
23
24
25           Renee L. Pellegrino, RPR
```

```
                                                          Page 2
 1    REMOTE APPEARANCES:
 2    On behalf of the Plaintiff:
          Simmons Hanly Conroy
 3        JO ANNA POLLOCK, ESQ.
          One Court Street
 4        Alton, Illinois  62002
          (618) 693-3104
 5        jpollock@simmonsfirm.com
              - and -
 6        Simmons Hanly Conroy
          LAURA FITZPATRICK, ESQ.
 7        SANFORD SMOKLER, ESQ.
          112 Madison Avenue
 8        7th Floor
          New York, New York  10016-7416
 9        (212) 257-8482
          lfitzpatrick@simmonsfirm.com
10        ssmokler@simmonsfirm.com
              - and -
11        Napoli Shkolnik PLLC
          SALVATORE BADALA, ESQ.
12        400 Boardhollow Road, Suite 305
          Melville, New York  10017
13        (844) 860-0949
          sbadala@napolilaw.com
14
      On behalf of the Witness:
15        Georgia Department of Law
          MAX CHANGUS, ESQ.
16        40 Capital Square SW
          Atlanta, Georgia  30334
17        mchangus@law.ga.gov
18    On behalf of Publix:
          Barnes & Thornburg
19        MEREDITH WHITE, ESQ.
          MONICA BROWNEWELL SMITH, ESQ.
20        11 S. Meridian Street
          Indianapolis, Indiana  46204
21        (317) 236-1313
          mwhite@btlaw.com
22        mbrownewell@btlaw.com
23
24                          - - - - -
25
```

```
 1   REMOTE APPEARANCES, CONT'D:
 2   On behalf of Publix:
         Barnes & Thornburg
 3       JULIA STEPANOVA, ESQ.
         3340 Peachtree Road, N.E., Suite 2900
 4       Atlanta, Georgia  30326
         (404) 846-1693
 5       jstepanova@btlaw.com
 6   On behalf of Kroger:
         Bowles & Rice LLP
 7       FAZAL SHERE, ESQ.
         HIEN PHAM, ESQ.
 8       600 Quarrier Street
         Charleston, West Virginia  25301
 9       (304) 281-1289
         fshere@bowlesrice.com
10       hpham@bowlesrice.com
11
12   ALSO PRESENT:
13       Kurt Henschel, Videographer
14       Jake Franks, Concierge-Tech
15       Bill Hammond, Esq.
16
17                      - - - - -
18
19
20
21
22
23
24
25
```

TRANSCRIPT INDEX

APPEARANCES ....................................2
INDEX OF EXHIBITS .............................5
INDEX OF OBJECTIONS ...........................9

EXAMINATION OF DENNIS M. TROUGHTON, SR.:
BY MS. WHITE ................................12
BY MR. SHERE ...............................128
BY MS. FITZPATRICK .........................159

AFTERNOON SESSION ..........................159

REPORTER'S CERTIFICATE .....................350

EXHIBIT CUSTODY - RETAINED BY COURT REPORTER

Page 5

INDEX OF EXHIBITS

| Number | Description | Marked |
|---|---|---|
| Exhibit 1 | Second Amended Notice of Remote 30(b)(6) Deposition of the Georgia Drugs and Narcotics Agency | 22 |
| Exhibit 2 | Georgia Drugs and Narcotic Agency's Objections and Responses to Defendants' Subpoena to Produce Documents | 24 |
| Exhibit 3 | Table of Contents, Beginning Bates Stamp GDNA00000001 | 26 |
| Exhibit 4 | Georgia Board of Pharmacy Meeting Minutes, dated October 10, 2018, Beginning Bates Stamp GAB0P00000440 | 37 |
| Exhibit 5 | Plaintiff Cobb County's Supplemental and Amended Allegations to be Added to 'Short Form for Supplementing Complaint and Amending Defendants and Jury Demand'" | 41 |
| Exhibit 6 | Georgia Drugs and Narcotics Agency Website Pages - About Us | 62 |
| Exhibit 7 | Georgia Code 26-4-5 | 67 |
| Exhibit 8 | Georgia Code 26-4-4 | 69 |
| Exhibit 9 | Retail Pharmacy Permit Inspection Form - Publix Pharmacy #1250, dated July 10, 2020, Beginning Bates Stamp GDNA00006179 | 90 |
| Exhibit 10 | Publix Pharmacy Licensee Information dated October 22, 1992 | 101 |

Page 6

INDEX OF EXHIBITS, CONT'D

| | | |
|---|---|---|
| Exhibit 11 | Multi-Page Document Entitled "Exhibit A" | 106 |
| Exhibit 12 | Georgia Prescription Drug Monitoring Program Press Release | 115 |
| Exhibit 13 | November 13, 2019 Georgia Board of Pharmacy Meeting Minutes, Beginning Bates Stamp GABOP00000492 | 120 |
| Exhibit 14 | Retail Pharmacy Permit Inspection Form - Kroger Drugstore #330, Beginning Bates Stamp GDNA00004448 | 128 |
| Exhibit 15 | Georgia Drugs and Narcotics Agency Pharmacy Permit Inspection Forms of Kroger Drug Store #335, Beginning Bates Stamp GDNA00004487 | 141 |
| Exhibit 16 | Georgia Drugs and Narcotics Agency Pharmacy Permit Inspection Forms of Kroger Drug Store #356, Beginning Bates Stamp GDNA00004507 | 142 |
| Exhibit 17 | Georgia Drugs and Narcotics Agency Pharmacy Permit Inspection Forms of Kroger Drug Store #365, Beginning Bates Stamp GDNA00004531 | 149 |
| Exhibit 18 | Georgia Drugs and Narcotic Agency's Objections and Responses to Defendants' Subpoena for a 30(B)(6) Deposition, Stamped CT8-GDNA-051 | 161 |
| Exhibit 19 | Publix Supermarkets, Inc. Supplemental Objections and Responses to Plaintiff's Interrogatories to Chain Pharmacy Defendants, Stamped P-PUB-0023 | 215 |

1                INDEX OF EXHIBITS, CONT'D
2
3    Exhibit 20    Publix #769 Retail Pharmacy           219
                   Permit Inspections Forms, Stamped
4                  CT8-GDNA-18-A
5    Exhibit 21    Pharmacy Retail Pharmacy Permit      224
                   Inspection Forms - Kroger 580,
6                  Stamped CT8-GDNA-092
7    Exhibit 22    E-Mail String Stamped                236
                   CT8-GDNA-031
8
     Exhibit 23    E-Mail String Stamped P-PUB-0281     251
9
     Exhibit 24    E-Mail String Stamped P-PUB-0592     251
10
     Exhibit 25    E-Mail from Robert L. Willard to     260
11                 William Westenberger, dated
                   February 3, 2010, Stamped
12                 CT8-GDNA-088
13   Exhibit 26    E-Mail from Dennis Troughton to      260
                   William Westenberger, dated March
14                 3, 2010, Stamped CT8-GDNA-090
15   Exhibit 27    Article Entitled "Short-Lived        261
                   Pain Clinic Sets Off Legal
16                 'Whirlwind,'" Stamped
                   CT8-GDNA-057
17
     Exhibit 28    E-Mail String Stamped                275
18                 CT8-GDNA-069
19   Exhibit 29    Spreadsheet - PUB Sadler Rx Fills    281
                   - Cobb, Stamped CT8-GDNA-071
20
     Exhibit 30    Spreadsheet - PUB Sadler Rx          282
21                 Fills, Stamped CT8-GDNA-071
22   Exhibit 31    E-Mail String Stamped                290
                   CT8-GDNA-091
23
     Exhibit 32    E-Mail from Stacy Burke to Chad      313
24                 Madill, dated May 18, 2018, Re:
                   Board Meeting Info, Stamped
25                 CT8-GDNA-065

```
 1                INDEX OF EXHIBITS, CONT'D
 2
 3      Exhibit 33   Georgia Pharmacy Convention 2020   314
                     Slide Deck - Take Charge!  Own
 4                   Your Role as a Member of the
                     Pharmacy Team, Stamped
 5                   CT8-GDNA-055
 6      Exhibit 34   Georgia Pharmacy Convention 2020   314
                     Slide Deck - Take Charge!  Own
 7                   Your Role as a Member of the
                     Pharmacy Team, Stamped
 8                   CT8-GDNA-056
 9      Exhibit 35   Article Entitled "Pharmacist      331
                     Workload and its Correlation to
10                   Patient Outcomes and Adverse
                     Medication Events," Stamped
11                   CT8-GDNA-086
12      Exhibit 36   Georgia Pharmacy Association      336
                     Journal February/March 2022,
13                   Stamped CT8-GDNA-054
14      Exhibit 37   E-Mail from Andrew Cantor to Kay  342
                     Newham, dated July 18, 2019,
15                   Stamped CT8-GDNA-085
16
17
18
19
20
21
22
23
24
25
```

Page 12

1           THE VIDEOGRAPHER:  Today's date is
2   September 14, 2023.  We're on the record at
3   9:24.  This deposition is in the matter of the
4   National Prescription Opiate Litigation.  The
5   witness today is located in Atlanta, Georgia.
6           Please note that this deposition
7   is being conducted virtually by Veritext.
8   Quality of recording depends on the quality of
9   camera, microphone and internet connection of
10  participants.
11          All appearances will be noted on
12  the stenographic record.
13          And the court reporter may swear
14  in the witness.
15       DENNIS M. TROUGHTON, SR., of lawful age,
16  called for examination, as provided by the
17  Federal Rules of Civil Procedure, being by me
18  first duly sworn, as hereinafter certified,
19  deposed and said as follows:
20     EXAMINATION OF DENNIS M. TROUGHTON, SR.
21  BY MS. WHITE:
22       Q.    Okay.  Good morning, Director
23  Troughton.
24       A.    Good morning.
25       Q.    I met you briefly off the record.

Page 13

1  My name is Meredith White.  I'm a lawyer for
2  Publix Supermarkets, Inc. in this lawsuit
3  filed by Cobb County, Georgia.  There's
4  another Defendant in this matter, Kroger, so
5  sometimes I may refer to them as the pharmacy
6  Defendants.  Is that okay with you?
7       A.    Yes, ma'am.
8       Q.    Could you please state your full
9  name for the record?
10      A.    Dennis Michael Troughton, Sr.
11      Q.    Have you ever gone by any other
12 names?
13      A.    No.
14      Q.    Without giving us your street
15 address, what city do you currently live in?
16      A.    Beaufort, Georgia.
17      Q.    And what county is that in?
18      A.    Gwinette.
19      Q.    How long have you lived in
20 Gwinette County?
21      A.    27 years.
22      Q.    Have you ever lived in Cobb
23 County?
24      A.    Yes.
25      Q.    When did you live in Cobb County?

```
 1   that Publix --
 2              MS. FITZPATRICK:  Let's scroll all
 3   the way down, if you don't mind.
 4        Q.   Publix has filled prescriptions,
 5   opioid prescriptions, for this Dr. Cynthia
 6   Sadler, who is working at this pill mill
 7   clinic, as late as 2017.  That's almost 17
 8   years after the raids and then it was shut
 9   down.
10              Do you see that?
11        A.   I do.
12        Q.   She's got some in 2011, 2012.  And
13   this is in Cobb County, sir.  This isn't all
14   around the country.  This is Cobb County, all
15   right?
16              Now let's take a look at -- and,
17   again, all after there's this notice that this
18   is a pill mill and you've got problems at this
19   place.  Even Publix knows, right?  Even Publix
20   knows.  Now -- and I'll -- let's -- we're
21   going to go to what I have marked as Exhibit
22   Number 30, which is the first tab, okay, and
23   it's basically the same thing that I just went
24   over with you, except for this time I didn't
25   limit to prescriptions -- I did not limit it
```

Page 288

1  to prescriptions filled necessarily after that
2  date in 2010.  You can see here there's some
3  2008 ones, okay?  And if you scroll down, you
4  can see that these are for -- these are
5  prescriptions of that doctor, Dr. Sadler,
6  filled by Publix across Georgia, okay?  Not
7  all of them, but just as of 2008, okay?  So if
8  you scroll down, you can see here that you got
9  around 168 prescriptions filled by Publix
10 pharmacies in Georgia where this known pill
11 mill doctor was working at the George
12 brothers' clinic, right?  And what I call your
13 attention to, sir --
14            MS. FITZPATRICK:  And, Jake if you
15 would -- perfect.  Thank you.
16       Q.   Look at how late these fills are,
17 sir.  Do you see this, 2017, 2018?  Do you see
18 that?
19       A.   I do see it.
20       Q.   Almost a hundred prescriptions
21 filled by Publix pharmacies in Georgia for
22 Dr. Sadler after the Florida indictment of
23 these brothers and after Georgia local and
24 state authorities shut down the pain clinic,
25 right?

Page 289

1       A.    Yes.
2       Q.    Now, sir, do you recall that after
3  this incident with the Pain Express clinic
4  being shut down, that Cobb County and other
5  counties in Georgia passed moratoriums to
6  outlaw pain clinics or -- excuse me, outlaw
7  medical clinics, particularly pain clinics,
8  that were not owned by a physician?  Do you
9  recall that?
10      A.    I do.
11      Q.    And do you recall that it wasn't
12 just Cobb, it was Marietta, Powder Springs?
13 Do you recall that?
14      A.    You know, not specifically those
15 from that many years ago, but I do recall a
16 movement in some areas where they were
17 attempting to do different things and use
18 different methods from a government standpoint
19 to prevent pill mill type operations from
20 opening up in their areas, so I can only take
21 your word for it.
22      Q.    Yes, sir.  We'll just do this --
23 we'll do this to make it easy real quick.
24 Let's mark as Exhibit -- let's mark as Exhibit
25 Number 31 -- is that right, yep, 31 -- what