# EXHIBIT 56

To: Fazio, Joseph[Joseph.Fazio@pharma.com]; Petty, Jane[Jane.Petty@pharma.com]; Zooper, Joan[Joan.Zooper@pharma.com]
From: Fuller, Lori
Sent: Mon 3/22/2010 6:56:21 PM
Subject: AE/PC/ROC/SOP1.7.1 Details for 1016110000003244 PFT-000043540

Hello,

Below is the information I obtained during a pharmacy call today regarding this clinic. I have reported this information in Phoenix for the call on Publix Pharmacy. Please let me know if I also need to submit an additional ADD form.

"Pain Express Rx Clinic. Dr Cynthia Sadler is the physician and her DEA # is FS0024175. The clinic has an in-house pharmacy. The patients are only coming into Publix to fill prescriptions when the clinic runs out of a drug. Publix received numerous prescriptions for 15mg oxycodone IR. When they called the clinic to question the prescription they hung up on pharmacist. There have been numerous complaints about illegal activities, drug deals going on in the clinic parking lot. It is reported that the clinic closed last week. I drove by it and the signs have been taken down. The owners were interviewed on local news and said they would just move somewhere else to re-open."

They are no longer accepting prescriptions from this clinic. I checked the Georgia Medical Board website and the doctor's Georgia License number is 030874. She is listed as an OB-GYN.

Please let me know if I may be of further assistance.

Sincerely,

Lori

**Lori Fuller**
Professional Sales Representative
Territory 1530205
Cell: 404-513-4667

From: Fazio, Joseph
Sent: Thursday, March 11, 2010 8:56 PM
To: Fuller, Lori
Subject: FW: Important News Article

Would you happen to know this?

*JD FAZIO*
ATLANTA DISTRICT MANAGER
775-771-1470 (c)
x 1530200

"Difficulties mastered are opportunities won" - Winston Churchill

From: Petty, Jane
Sent: Thursday, March 11, 2010 8:40 PM
To: Fazio, Joseph
Subject: Re: Important News Article


Exhibit 0028

PLAINTIFF TRIAL EXHIBIT
P-01349

CONFIDENTIAL

PPLPC024000447374
P-01349_1

Yes. We need to try to find out the prescribers name. Maybe a pharmacy can tell us.

Jane

---

**From**: Fazio, Joseph
**To**: Petty, Jane
**Cc**: Fuller, Lori
**Sent**: Thu Mar 11 20:31:32 2010
**Subject**: FW: Important News Article

Hi Jane,

She has reported it to her and brought this to my attention.

Should she forward this to Joan as part of her reporting?

Thanks,

**JD FAZIO**
ATLANTA DISTRICT MANAGER
775-771-147● (c)
x 153●2●●

*"Difficulties mastered are opportunities won"* - Winston Churchill

**From:** Fuller, Lori
**Sent:** Thursday, March 11, 2010 8:19 PM
**To:** Fazio, Joseph
**Subject:** RE: Important News Article

Yes—this is the same office. I still don't know the doctor's name unfortunately. Shall I forward this article to Joan?

**From:** Fazio, Joseph
**Sent:** Wednesday, March 10, 2010 7:10 PM
**To:** Fuller, Lori
**Subject:** FW: Important News Article

Hey Lori,

Is this the office you were talking about?

Please confirm Jane's request.

Thanks,

**JD FAZIO**
ATLANTA DISTRICT MANAGER
775-771-147● (c)
x 153●2●●

CONFIDENTIAL

PPLPC024000447375
P-01349_2

*"Difficulties mastered are opportunities won"* - Winston Churchill

**From:** Petty, Jane
**Sent:** Wednesday, March 10, 2010 10:56 AM
**To:** Fazio, Joseph
**Subject:** Important News Article

I hope we haven't called on this office. If we have, please have Lori report into Joan the prescribers.

### Pain Clinic In Kennesaw Belongs To Brothers Who Are Currently Under Investigation In Florida

Return to Top

Pain Clinic In Kennesaw Belongs To Brothers Who Are Currently Under Investigation In Florida
WSB-TV (GA)
03/08/2010

New at 6:00, Kennesaw police are keeping a close eye on a new business. The pain clinic on Cherokee street opened a few weeks ago and prompted a flood of complaints from neighboring businesses, and the two brothers who own the clinic currently are under federal investigation.

Channel 2's ross cavitt is live in Kennesaw with why the brothers may have chosen their newest location.

A lot of folks I talked to today cannot believe something like this is legal, but apparently you can walk into the Pain Express here in Kennesaw with your various maladies, see a doctor, get a prescription written, get the prescription filled and come out with an armful of painkillers like OxyContin.

With all the out of state visitors coming here and now the federal investigation in Florida, police and other think something is not right.

Since the Pain Express clinic opened last month, business has been booming to the point where the parking lot often fills up.

Even with the clinic closed today and our news van parked in front, potential patients still came in - all from out of state - none of them wishing to stop and chat with me.

Kennesaw police responding to complaints from nearby businesses have heavily patroled the area. That's about all they can do.

Pain Express is apparently the lastest venture of twin brothers Chris and Jeff George. They own several pain clinics in Florida and federal agents raided three of them just a few days ago, looking for evidence of money laundering and illegal distribution.

Georgia essentially has no prescription drug regulations, which has attracted the George brothers - although their patients are not very welcome.

And for some reason there's a sign on the door that says the clinic is closed until Wednesday.

CONFIDENTIAL

PPLPC024000447376
P-01349_3

CT8-GDNA-069

There may be an effort to close the loopholes in Georgia's laws. Senate Bill 418 called the Patient Safety Bill, would provide for monitoring of these kinds of prescriptions. But because of privacy concerns it is less than certain that bill will pass.

**Jane**
(404) 847-9120
jane.petty@pharma.com

CONFIDENTIAL