# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804<br>Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |
| *City of Rochester v. Purdue Pharma, L.P.,* No. 19-op-45853 (Track 12) | |
| *Lincoln County v. Richard Sackler, M.D.,* No. 20-op-45069 (Track 13) | |
| *City of Independence, Missouri v. Williams,* No. 1:19-op-45371 | |
| *County of Webb v. Purdue Pharma, L.P.,* No. 18-op-45175 (Track 15) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING IDENTITIES OF MEMBERS OF OPTUMRX'S PHARMACY AND THERAPEUTICS COMMITTEE

The Plaintiffs' Executive Committee in MDL 2804 (the "PEC") and OptumRx, Inc. ("OptumRx"), having agreed that OptumRx will provide certain discovery about OptumRx's Pharmacy & Therapeutics ("P&T") Committee and having agreed to procedures and other matters relative to same, hereby jointly move the Court to enter the proposed PROTECTIVE ORDER REGARDING IDENTITIES OF MEMBERS OF OPTUMRX'S PHARMACY AND THERAPEUTICS COMMITTEE, submitted as Exhibit A hereto.

WHEREFORE, the PEC and OptumRx jointly and respectfully request that the Court enter the proposed PROTECTIVE ORDER REGARDING IDENTITIES OF MEMBERS OF OPTUMRX'S PHARMACY AND THERAPEUTICS COMMITTEE submitted herewith.

Date: May 15, 2024							Respectfully submitted,

*/s/ Brian D. Boone*_____
Brian D. Boone
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel: (704) 444-1000
brian.boone@alston.com

*Counsel for OptumRx Defendants*


*/s/ Anthony D. Irpino*_____
Anthony D. Irpino
Pearl A. Robertson
IRPINO, AVIN, HAWKINS
2216 Magazine Street
New Orleans, Louisiana 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
E-mail: airpino@irpinolaw.com
E-mail: probertson@irpinolaw.com

*Counsel for Plaintiffs' Executive Committee*

2