# EXHIBIT 1

CONFIDENTIAL EXHIBIT

SERVED UPON COURT VIA EMAIL