# EXHIBIT 3

CONFIDENTIAL EXHIBIT

SERVED UPON COURT VIA EMAIL