# EXHIBIT 4

CONFIDENTIAL EXHIBIT

SERVED UPON COURT VIA EMAIL