# EXHIBIT 5

CONFIDENTIAL EXHIBIT

SERVED UPON COURT VIA EMAIL