# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *All Cases* | Hon. Dan Aaron Polster |

## PARTIES' JOINT BELLWETHER SELECTION SUBMISSION

In accordance with the Court's Order Setting Bellwether Process for Defendant Albertsons (Dkt. 5418), Albertsons Companies, Inc. ("Albertsons") and the Plaintiffs' Executive Committee ("PEC") each filed their bellwether submissions documents on May 13, 2024 (Dkts 5435 and 5436).  Following the filing of those submissions, Albertsons and the PEC met and conferred and identify the following as their bellwether submission selections:

- *Town of Hull v. AmerisourceBergen Drug Corp., et al*., Case No. 1:19-op-46172 (D. Mass., 1st Circuit)

- *County of Monterey v. Amerisourcebergen Drug Corporation., et al*., Case No. 1:18-op-45615 (N.D. Cal., 9th Circuit)

Also, in accordance with the Court's Order, the parties shall submit joint proposed case management order for the two bellwether cases by 4:00 PM on June 7, 2024.

The parties reserve all rights, defenses, and objections with respect to the above-listed cases.

Dated:  May 20, 2024

Respectfully Submitted,

By: */s/ Francis A. Citera*
Francis A. Citera
Gretchen N. Miller
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: (312) 456-8400
Fax: (312) 456-8435

citeraf@gtlaw.com
millerg@gtlaw.com

*Counsel for Albertsons Companies, Inc.*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: (212) 784-6400
Fax: (212) 213-5949
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9290
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
Tel: (304) 654-8281
paul@farrellfuller.com

*MDL Plaintiffs' Co-Lead Counsel*

/s/ Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Tel: (216) 696-3232
Fax: (216) 696-3924
pweinberger@spanglaw.com

*MDL Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

    I, Francis A. Citera, an attorney, certify that I caused a copy of the foregoing **PARTIES JOINT BELLWETHER SELECTION SUBMISSION** to be served upon the parties of record using the CM/ECF system which will send notification of such filing on this May 20, 2024.

                                                      */s/ Francis A. Citera*
                                                      Francis A. Citera