# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br>THIS DOCUMENT RELATES TO:<br><br>*Track 14: City of Independence, Missouri v. Williams*, Case No. 19-op-45371<br><br>*Track 15: County of Webb, Texas v. Purdue Pharma, L.P.*, Case No. 18-op-45175 | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## CERTAIN DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendants UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc. move to dismiss Plaintiff the City of Independence's and Plaintiff Webb County's Amended Complaints (Dkts. 5296–4 and 5296–5) for lack of personal jurisdiction.

Dated: May 20, 2024

                                                           Respectfully submitted,

                                                           */s/ Brian D. Boone*
                                                           Brian D. Boone
                                                           Emily C. McGowan
                                                           Brandon C.E. Springer
                                                           **ALSTON & BIRD LLP**
                                                           Vantage South End
                                                           1120 South Tryon Street, Suite 300
                                                           Charlotte, NC 28203
                                                           Tel: (704) 444-1000
                                                           brian.boone@alston.com
                                                           emily.mcgowan@alston.com

brandon.springer@alston.com

William H. Jordan
D. Andrew Hatchett
Bradley Harder
Caroline R. Strumph
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW
Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
bill.jordan@alston.com
andrew.hatchett.com
bradley.harder.com
caroline.strumph.com

*Attorneys for OptumRx, Inc., UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc.*