# EXHIBIT F

# do Amaral, Paulina

| | |
|---|---|
| **From:** | owner-pbm@listserv.motleyrice.com on behalf of Hatchett, Andrew <000000d007222360-dmarc-request@LISTSERV.MOTLEYRICE.COM> |
| **Sent:** | Monday, May 6, 2024 3:42 PM |
| **To:** | Peter H. Weinberger; Optum Opioid Team; ESI-Opioids |
| **Cc:** | PBM |
| **Subject:** | [EXT] Re: Stipulation re: PBM defendants |

Pete,

Express Scripts and OptumRx are working on a counterproposal. This is a complex issue, and we are still discussing with our respective clients. We won't be prepared to circulate a response by tomorrow but hope to have something soon.


Andrew Hatchett

ALSTON & BIRD

1201 West Peachtree St. NE

Atlanta, GA 30318

+1 404 881 4826 (O)

+1 601 955 6002 (C)

andrew.hatchett@alston.com

_____
From: Peter H. Weinberger <PWeinberger@spanglaw.com>
Sent: Monday, May 6, 2024 1:43:37 PM
To: Optum Opioid Team <Optum.Opioid.Team@alston.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
Cc: PBM <PBM@listserv.motleyrice.com>
Subject: FW: Stipulation re: PBM defendants

EXTERNAL SENDER – Proceed with caution
_____


Counsel for PBM's.


Please provide us your response to this proposed stipulation by the close of business on Tuesday 5/7/24.


Thank you.

1

Pete

From: Peter H. Weinberger
Sent: Thursday, April 18, 2024 4:53 PM
To: ESI-Opioids <esi-opioids@quinnemanuel.com<mailto:esi-opioids@quinnemanuel.com>>; Optum Opioid Team <Optum.Opioid.Team@alston.com<mailto:Optum.Opioid.Team@alston.com>>
Cc: PBM <PBM@listserv.motleyrice.com<mailto:PBM@listserv.motleyrice.com>>
Subject: Stipulation re: PBM defendants

Counsel for PBM's.

Attached you will find plaintiffs' proposed stipulation which covers the issues addressed by SM Cohen during our last discovery conference.  Please review and let us know if you concur.

Pete

Peter H. Weinberger
Of Counsel
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-696-3924 Fax
PWeinberger@spanglaw.com<mailto:PWeinberger@spanglaw.com> |
www.spanglaw.com<https://www.spanglaw.com>

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.