**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>*This document relates to:*<br><br>*City of Rochester v. Purdue Pharma, L.P.,*<br>No. 19-op-45853 (Track 12)<br>*Lincoln County v. Richard S. Sackler, M.D.,*<br>No. 20-op-45069 (Track 13) | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

**NOTICE OF FILING CORRECTED EXHIBIT**

Please take notice that Exhibit F to Plaintiffs' Opposition to Certain Defendants' Motions to Dismiss for Lack of Personal Jurisdiction and Memorandum in Support (Doc #5449) inadvertently omitted the proposed stipulation attached as a document to the exhibit email. Attached is the complete exhibit.

Dated: May 21, 2024

Respectfully submitted,

*Plaintiffs' Co-Lead Counsel*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue
San Juan, PR  00918
(304) 654-8281
paul@farrellfuller.com


*Plaintiffs' Liaison Counsel*

*/s/ Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
pweinberger@spanglaw.com

*Counsel for City of Rochester*


*/s/ Hunter J. Shkolnik*
Hunter J. Shkolnik
Paul J. Napoli
NSPR LAW SERVICES LLC
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
(833) 271-4502
hunter@nsprlaw.com
pnapoli@nsprlaw.com

Salvatore C. Badala
Shayna E. Sacks
Joseph L. Ciaccio
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
(212) 397-1000
sbadala@napolilaw.com
ssacks@napolilaw.com
jciaccio@napolilaw.com

*Counsel for Lincoln County, MO*

*/s/ John F. Garvey*
John F. Garvey
Colleen Garvey
Ellen A. Thomas
STRANCH, JENNINGS & GARVEY, PLLC
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
(314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

*/s/ Joanne M. Cicala*
Joanne M. Cicala
Joshua Wackerly
R. Johan Conrod
Shelbi Flood
THE CICALA LAW FIRM PLLC
101 College Street
Dripping Springs, TX 78620
(512) 275-6550
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

*/s/ Patrick A. Hamacher*
Patrick A. Hamacher
Mark R. Niemeyer
NIEMEYER, GREBEL & KRUSE, LLC
211 N. Broadway, Suite 2950
St. Louis, MO 63102
(314) 241-1919
hamacher@ngklawfirm.com
Niemeyer@ngklawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                        */s/Peter H. Weinberger*
                                                        Peter H. Weinberger