IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

### NOTICE OF APPEARANCE OF ERIC M. LINDENFELD

**PLEASE TAKE NOTICE** that Eric M. Lindenfeld of Robins Kaplan LLP hereby enters an appearance as counsel for Plaintiff, Prairie Island Indian Community in the above-referenced action.

Dated:  May 23, 2024                           **ROBINS KAPLAN LLP**

/s/  Eric M. Lindenfeld
Eric M. Lindenfeld
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
T: (212) 980-7400
F: (212) 970-7499
Email: ELindenfeld@RobinsKaplan.com

*Counsel for Plaintiff Prairie Island Indian Community*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 23, 2024, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's EM/ECF filing system on all attorneys of record.

/s/  Eric M. Lindenfeld
Eric M. Lindenfeld