UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, Anthony Paul Alden of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters his appearance for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc. (formerly known as Express Scripts Holding Co.), in the above-captioned action.

Dated: May 23, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Anthony P. Alden*
Anthony P. Alden
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
anthonyalden@quinnemanuel.com

*Attorney for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc.*