UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION </br></br>This Document Relates To: </br></br>    ALL CASES ON ATTACHED APPENDIX | No. 1:17-md-2804 </br></br>Judge Dan A. Polster |

**MASTER STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO FLORIDA WALMART SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, "Dismissing Plaintiffs") and Walmart Defendants[1] that, pursuant to the election of each Dismissing Plaintiff to participate in the Florida Walmart Settlement Agreement, which is dated October 19, 2022, and is binding on the Dismissing Plaintiffs and the Walmart Defendants (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Walmart Defendant, including any entity identified on the attached Appendix C, are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs.

DATED: May 24, 2024

| s/ TARA A. FUMERTON | s/ MARK J. DEARMAN |
|---|---|
| TARA A. FUMERTON | MARK J. DEARMAN |

JONES DAY
TARA A. FUMERTON
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Telephone: 312/782-3939
312/782-8585 (fax)
tfumerton@jonesday.com
*Counsel for Walmart Defendants*

ROBBINS GELLER RUDMAN
 & DOWD LLP
MARK J. DEARMAN (FL Bar No. 982407)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com
*Counsel for:*
*Brevard County (1:19-op-45064-DAP)*
*Broward County (1:18-op-45332-DAP)*
*City of Pompano Beach (1:19-op-45087-DAP)*
*City of Coconut Creek (1:19-op-45089-DAP)*

---

[1] The Released Entities are each and every entity of any of the Walmart Defendants that is a "Released Entity" as set forth in Section A(dd) and Exhibit L of the Florida Walmart Settlement Agreement, dated as of October 19, 2022, a copy of which is attached as Appendix B. They include, but are not limited to, the entities listed on Appendix C, also attached hereto. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Walmart Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

                                                    s/ JAMES D YOUNG
                                                     JAMES D. YOUNG

MORGAN & MORGAN COMPLEX
  LITIGATION GROUP
JAMES D. YOUNG (FL Bar No. 567507)
501 Riverside Avenue, Suite 1200
Jacksonville, FL 32202
Telephone: 904/361-0012
904/366-7677 (fax)
jyoung@forthepeople.com

*Counsel for:*
*City of Deerfield Beach (1:19-op-45021-DAP)*
*City of Fort Lauderdale (1:18-op-46329-DAP)*
*City of Hallandale Beach (1:19-op-45119-DAP)*
*City of Lauderhill (1:18-op-45120-DAP)*
*The County Commission of Monroe County (1:19-op-45273-DAP)*
*City of Orlando (1:20-op-45223-DAP)*
*City of Miramar (1:19-op-45088-DAP)*
*City of Pembroke Pines (1:18-op-46363-DAP)*

                                                s/ SHAYNA E. SACKS
                                                SHAYNA E. SACKS

NAPOLI SHKOLNIK, PLLC
SHAYNA E. SACKS
360 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone: 212/397-1000
ssacks@napolilaw.com

*Counsel for*
*Alachua County (1:18-op-45685-DAP)*
*Okaloosa County (1:19-op-45894-DAP)*
*Osceola County (1:18-op-45669-DAP)*
*Walton County (1:19-op-45423-DAP)*
*Levy County (1:18-op-46119-DAP)*
*Palm Beach County(1:18-op-46121-DAP)*

                                                              s/ KEITH JACKSON
                                                                KEITH JACKSON

RILEY & JACKSON, P.C.
KEITH JACKSON
3530 Independence Drive
Birmingham, AL 35209
Telephone: 205/879-5000
205/879-5910 (Fax)
www.rileyjacksonlaw.com

*Counsel for:*
*City of Lynn Haven (1:19-op-46006-DAP)*


                                                     s/ MATTHEW S. DANIEL
                                                       MATTHEW S. DANIEL

FERRER POIROT & WANSBROUGH
MATTHEW S. DANIEL
2603 Oak Lawn Avenue, Suite 300
Dallas, TX 75219
Telephone: 214/521-4412
866/513-0115 (Fax)
mdaniel@lawyerworks.com

*Counsel for:*
*Lee County (1:19-op-45671-DAP)*


                                                     s/ PETER J. MOUGEY
                                                       PETER J. MOUGEY

LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN, BARR,
MOUGHEY, P.A.
PETER J. MOUGEY (FL Bar No. 191825)
316 South Baylen Street
Pensacola, FL 32502
Telephone: 850/435-7000
pmougey@levinlaw.com

*Counsel for:*
*Bay County (1:18-op-45455-DAP)*
*Calhoun County (1:18-op-45363-DAP)*
*City of Bradenton (1:18-op-46331-DAP)*
*City of Miami Gardens (1:18-op-45873-DAP)*
*City of New Port Richey (1:19-op-46073-DAP)*
*City of Niceville (1:21-op-45081-DAP)*
*City of North Miami (1:18-op-45872-DAP)*
*City of Ormond Beach (1:19-op-46121-DAP)*
*City of Panama City (1:18-op-45373-DAP)*
*City of Pensacola (1:18-op-45331-DAP)*
*City of Pinellas Park (1:18-op-45807-DAP)*
*City of Saint Petersburg (1:18-op-45701-DAP)*
*City of Tallahassee (1:18-op-46243-DAP)*
*Escambia County (1:18-op-45729-DAP)*
*Gulf County (1:18-op-45953-DAP)*
*Hernando County (1:19-op-45667-DAP)*
*Holmes County (1:18-op-45456-DAP)*
*Jackson County (1:19-op-45283-DAP)*
*Leon County (1:18-op-46242-DAP)*
*Miami-Dade County (1:18-op-45552-DAP)*
*Pasco County (1:18-op-45851-DAP)*
*Pinellas County (1:18-op-45742-DAP)*
*Santa Rosa County (1:18-op-45861-DAP)*
*Volusia County (1:18-op-45782-DAP)*

s/ ERIC ROMANO
ERIC ROMANO

ROMANO LAW GROUP
ERIC ROMANO (FL Bar No. 12291)
801 Spencer Drive
West Palm Beach, FL  33409
Telephone: 561/533-6700
561/533-1285 (Fax)
eric@romanolawgroup.com

- 5 -

*Counsel for:*
*Bradford County (1:19-op-45564-DAP)*
*City of Apopka (1:19-op-45883-DAP)*
*City of Coral Springs (1:19-op-46123-DAP)*
*City of Daytona Beach (1:19-op-45598-DAP)*
*City of Daytona Beach Shores (1:19-op-45587-DAP)*
*City of Deltona (1:19-op-45586-DAP)*
*City of Florida City (1:19-op-45980-DAP)*
*City of Fort Pierce (1:19-op-45595-DAP)*
*City of Homestead (1:19-op-45980-DAP)*
*City of Ocala (1:19-op-45834-DAP)*
*City of Ocoee (1:19-op-45966-DAP)*
*City of Oviedo (1:19-op-45584-DAP)*
*City of Palatka (1:19-op-45984-DAP)*
*City of Palm Bay (1:19-op-46132-DAP)*
*City of Port Saint Lucie (1:19-op-45596-DAP)*
*City of Sanford (1:19-op-45599-DAP)*
*City of Saint Augustine (1:19-op-45592-DAP)*
*City of Sweetwater (1:19-op-45914-DAP)*
*Clay County (1:19-op-45591-DAP)*
*Dixie County (1:19-op-45604-DAP)*
*Gilchrist County (1:19-op-45605-DAP)*
*Hamilton County (1:19-op-45589-DAP)*
*Lake County (1:19-op-45588-DAP)*
*Manatee County (1:19-op-45044-DAP)*
*Marion County (1:19-op-45272-DAP)*
*Orange County (1:19-op-45797-DAP)*
*Putnam County (1:19-op-46122-DAP)*
*Saint Johns County (1:19-op-45563-DAP)*
*Saint Lucie County (1:19-op-45656-DAP)*
*Seminole County (1:19-op-45565-DAP)*
*Suwannee County (1:19-op-45590-DAP)*
*Taylor County (1:19-op-45597-DAP)*
*Town of Eatonville (1:19-op-46014-DAP)*
*Union County (1:19-op-45603-DAP)*

s/ LINDA SINGER
LINDA SINGER

        MOTLEY RICE LLC
        LINDA SINGER (admitted *pro hac vice*)
        401 9th Street, NW, Suite 630
        Washington, DC 20004
        Telephone: 202/232/5504
        lsinger@motleyrice.com

*Counsel for:*
*Sarasota County (1:18-op-45513-DAP)*
*City of Clearwater (1:19-op-45009-DAP)*
*City of Palmetto (1:22-op-45022-DAP)*

SO ORDERED this __24th__ day of May, 2024.

        *s/Dan Aaron Polster*
        HON. DAN AARON POLSTER
        UNITED STATES DISTRICT JUDGE