## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania v. Purdue Pharma, LP, No. 1:17-op-45177;<br><br>Sheet Metal Workers Local No. 25 Health & Welfare Fund v. Purdue Pharma, LP, No. 1:18-op-45002;<br><br>Louisiana Assessors Insurance Fund a/k/a The Insurance Committee of the Assessor's Insurance Fund v. AmerisourceBergen Drug Corp., No. 1:18-op-46223; and<br><br>Pioneer Telephone Cooperative as Plan Sponsor for the Pioneer Telephone Cooperative, Inc. Employee Benefits Plan v. Purdue Pharma, LP, No. 1:18-op-46186 | MDL 2804<br>Case No. 1:17-md-2804<br><br>**Judge Dan Aaron Polster** |

### JOINT MOTION FOR ENTRY OF ORDER GOVERNING PRODUCTION OF MEDICAL AND PHARMACY CLAIMS DATA IN THIRD PARTY PAYOR PLAINTIFF BELLWETHERS – TRACKS 16-19

The Plaintiffs' Executive Committee in MDL 2804 (the "PEC") and the nine named Defendant families in Tracks 16-19 (Johnson and Johnson, Teva, Allergan, Cardinal, McKesson, Cencora, Walgreens, Walmart, and CVS), having agreed that medical and pharmacy claims data produced, or to be produced, by the Third Party Payor Plaintiff Bellwethers, pharmacy benefit managers, health providers, and/or third-party administrators will be subject to the procedures and other matters set forth in the Proposed Order Governing Production of Medical and Pharmacy Claims

Data in Third-Party Payor Plaintiff Bellwethers, submitted herewith as Exhibit A (the "Proposed Order"), hereby jointly move the Court to enter the Proposed Order.

Date:  May 28, 2024   Respectfully submitted,

*/s/ Jayne Conroy*
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
Phone:  (212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Phone:  (843) 216-9000
(843) 216-9290 (fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
(304) 654-8281
paul@farrellfuller.com

*MDL Plaintiffs' Co-Lead Counsel*

*/s/ Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (fax)
pweinberger@spanglaw.com

*MDL Plaintiffs' Liaison Counsel*

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
111 North Wacker
Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Jean K. Tinkham
Michael A. Nance
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
jean.tinkham@bartlitbeck.com
michael.nance@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co., Inc.*

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M. Street NW, Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc.*

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
Anne Rollins Bohnet
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com

*Counsel for AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation*

/s/ Enu A. Mainigi
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Phone: (202) 434-5000
emainigi@wc.com

*Counsel for Cardinal Health, Inc.*

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Phone: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

4

*/s/ Rebecca Fitzpatrick*
Rebecca Fitzpatrick, P.C.
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Phone: (312) 862-2690
rebecca.fitzpatrick@kirkland.com

*Counsel for Allergan Defendants*

*/s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
clifland@omm.com

*Counsel for Johnson & Johnson; Janssen Pharmaceutical, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

*/s/ Eric W. Sitarchuk*
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Phone: (215) 963-5000
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., and the Actavis Generic Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Peter H. Weinberger*
Peter H. Weinberger

5