UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OHIO
EASTERN DIVISION

IN RE:  NATIONAL PRESCRITION                                            MDL 2804
OPIATE LITIGATION

THIS DOCUMENTS RELATES TO:

Pearl River County, MS v.
Amerisourcebergen Drug Corporation.
et. al
Case No. 1:19-op-45548

Franklin County, MS v.
Amerisourcebergen Drug Corporation.
et. al
Case No. 1:19-op-45577

Lincoln County, MS v.
Amerisourcebergen Drug Corporation.
et. al
Case No. 1:18-op-45722

Walthall County, MS v.
Amerisourcebergen Drug Corporation.
et. al
Case No. 1:18-op-45411

Stone County, MS v.
Amerisourcebergen Drug Corporation.
et. Al
Case No. 1:18-op-45775

Perry County, MS v.
Amerisourcebergen Drug Corporation.
et. Al
Case No. 1:18-op-45778

Wiggins, MS v.
Amerisourcebergen Drug Corporation.
et. Al
Case No. 1:19-op-45576

City of Laurel, MS v.
Amerisourcebergen Drug Corporation.
et. Al
Case No. 1:18-op-46161

City of Columbia, MS v.
Amerisourcebergen Drug Corporation.
et. Al
Case No. 1:19-op-45048

City of Brookhaven, MS v.
Amerisourcebergen Drug Corporation.
et. Al
Case No. 1:19-op-46143

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to L.R. 83.9 the undersigned counsel hereby gives notice that William R. Allen, Esq., is hereby withdrawn as counsel of record in this and all related matters on behalf of Plaintiffs in the above captioned action. Durwood J. Breeland, Esq. will be filing a Notice of Entry for Appearance on behalf of Plaintiffs in the above captioned action.

**DATE:** May 29, 2024.

                                          Respectfully submitted,

                           BY:    */s/ William R. Allen*
                                        Allen, Allen, Breeland & Allen, PLLC

WILLIAM R. ALLEN (MSB #100541)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. (601) 833-4361
Fax (601) 833-6647
wallen@aabalegal.com

## CERTIFICATE OF SERVICE

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, attorney of record for Plaintiffs, hereby certify that I have filed the foregoing with the clerk of court via the CMC/ECF system which gave notice of such filing to all attorneys of record.

This the 29th day of May, 2024.

                                          */s/ William R. Allen*
                                          OF COUNSEL