UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *United Food & Commercial Workers Health & Welfare Fund of Northeastern Penn.*, Case No. 17-op-45177 | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |
| *Sheet Metal Workers Local No. 25 Health & Welfare Fund*, Case No. 18-op-45002 | |
| *Louisiana Assessors Ins. Fund*, Case No. 18-op-46223 | |
| *Pioneer Telephone Cooperative Inc. Employee Benefits Plan*, Case No. 18-op-46186 | |

**JOINT MOTION TO SEVER AND STAY CARDINAL HEALTH, INC., AMERISOURCEBERGEN DRUG COMPANY, AND MCKESSON CORPORATION**

Third Party Payor ("TPP") Plaintiffs and Defendants Cardinal Health, Inc., AmerisourceBergen Drug Corporation, and McKesson Corporation ("Settling Defendants") jointly move this Court to sever and stay the above-captioned proceedings against the Settling Defendants, in order to allow the parties time to negotiate settlement documentation. The grant of a severance and stay is appropriately within the Court's discretion, avoids waste of judicial resources, and is consistent with the Court's authority to sever parties from the action and order separate trials pursuant to Federal Rules of Civil Procedure 21 and 42, respectively.[1]

---

[1] TPP Plaintiffs and the Settling Defendants will inform the Court of the status of settlement proceedings every 90 days after the order granting this Motion. The requirement to provide a status report will be

1

TPP Plaintiffs and the Settling Defendants therefore request that the Court sever the Settling Defendants from the above captioned cases and stay all proceedings as to the Settling Defendants, including any and all obligations under this Court's *Nunc Pro Tunc* Amended Case Management Order (Dkt. 5298), to allow for finalization in accordance with the parties' agreement.

Dated: May 30, 2024                            Respectfully submitted,

                                      **FOR SETTLING PLAINTIFFS**

*/s/ Paul J. Geller*
Paul J. Geller
Mark J. Dearman
ROBBINS GELLER RUDMAN
   & DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Phone: (561) 750-3000
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Eric B. Fastiff
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
ecabraser@lchb.com
efastiff@lchb.com

---

mooted in the event that TPP Plaintiffs and the Settling Defendants jointly file further papers memorializing the final terms of the Parties' agreement. If the anticipated settlement is not finalized, TPP Plaintiffs and the Settling Defendants shall so inform the Court via a status report.  In that event, the deadlines for Settling Defendants to file Motions to Dismiss and/or Answers or take any other litigation action will remain stayed pending further discussion with the Court and entry of a scheduling order.

**FOR SETTLING DEFENDANTS**

*/s/ Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Phone: (202) 434-5000
emainigi@wc.com
*Counsel for Cardinal Health, Inc.*

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
Anne Rollins Bohnet
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com
*Counsel for AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation*

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Phone: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com
*Counsel for McKesson Corporation*

3

**SO ORDERED.**

                                                          **JUDGE POLSTER**

Dated: _____, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

*/s/ Ashley W. Hardin*
Ashley W. Hardin