**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *All MDL Tribal Cases Relating to Johnson* ) *& Johnson, Janssen Pharmaceuticals, Inc.,* ) *Ortho-McNeil-Janssen Pharmaceuticals,* ) *Inc. n/k/a Janssen Pharmaceuticals, Inc.,* ) *and Janssen Pharmaceutica Inc. n/k/a* ) *Janssen Pharmaceuticals, Inc., and* ) *Relating to Walmart, Inc.* ) | MDL No. 2804<br><br>Case No. 1:17-MD-2804<br><br>Judge Dan Aaron Polster |

**ORDER GRANTING MOTION OF THE
DIRECTORS OF THE TRIBAL ABATEMENT FUND
TRUST IV AND THE TRIBAL ABATEMENT FUND TRUST VI FOR
<u>AN ORDER WAIVING ANNUAL REPORT AUDIT REQUIREMENTS</u>**

This matter is before the Court upon the Motion of the Directors Mary Smith, Kathy Hannan and Kevin Washburn (collectively, the "Directors"), in their capacities as trustees of the Tribal Abatement Fund Trust IV ("TAFT IV") and of the Tribal Abatement Fund Trust VI ("TAFT VI"), by and through counsel, for an Order waiving the Annual Report audit requirements set forth in the TAFT IV and TAFT VI Trust Agreements. For good cause shown, the Directors' Motion is hereby GRANTED. IT IS THEREFORE ORDERED THAT the TAFT IV and TAFT VI Trust Agreements shall be modified to waive the Annual Report audit requirements set forth in Section 2.4 of those Trust Agreements for the remaining respective terms of the Trusts.

In accordance with Section 6.4 of the Trust Agreements, this Order shall be effective upon the latter of (1) the entry of this Order, or (2) the 10th business day following the filing date of the Directors' Motion that is the subject of this Order.

**IT IS SO ORDERED.**

                                        **DAN AARON POLSTER**
                                        **UNITED STATED DISTRICT JUDGE**

**Dated:** _____

13591360.1