# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case Nos. 1:17-md-2804<br>1:18-op-45817 |
| *Track 8: Cobb County, Georgia* | Judge Dan Aaron Polster |

## DEFENDANT PUBLIX SUPER MARKETS, INC.'S NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

Pursuant to Federal Rule of Appellate Procedure 21(a)(1), Defendant Publix Super Markets, Inc. hereby notifies the Court and the parties that the attached petition for writ of mandamus has been submitted to the United States Court of Appeals for the Sixth Circuit.  This notice constitutes service of the petition per Federal Rule of Appellate Procedure 21.

This 5th day of June, 2024.

**MILLER & MARTIN PLLC**

By: */s/ Michael P. Kohler*
    Michael P. Kohler
    Georgia Bar No. 427727

1180 West Peachtree Street, N.W., Suite 2100
Atlanta, Georgia 30309-3407
Telephone: (404) 962-6403
Facsimile: (404) 962-6303
Email:  michael.kohler@millermartin.com

***Attorney for Publix Super Markets, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on the below date the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

This 5th day of June, 2024

**MILLER & MARTIN PLLC**

By: */s/ Michael P. Kohler*
    Michael P. Kohler
    Georgia Bar No. 427727