**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION** | ) | **CASE NO. 1:17-MD-2804** |
| **OPIATE LITIGATION** | ) | |
| | ) | **David R. Cohen** |
| **THIS DOCUMENT RELATES TO:** | ) | **Randi S. Ellis** |
| *"All  Cases"* | ) | **Hon. David R. Herndon** |
| | ) | |
| | ) | **FEE PANEL ORDER NO. 32-A:** |
| | ) | **FINAL RECOMMENDED** |
| | ) | **ALLOCATION OF** |
| | ) | **COMMON BENEFIT FEE AWARDS** |

As described more fully in *Fee Panel Order No. 32* ("*FPO-32*") (attached as Exhibit A and incorporated herein by reference), this Honorable Court appointed the undersigned as members of the Fee Panel, to administer Attorney Fee Funds created under various global MDL Settlement Agreements.  The Court charged the Fee Panel with allocating Common Benefit Fee Awards from Common Benefit Fee Funds.

On February 29, 2024, the Fee Panel issued *FPO-32* confidentially to all of the 97 Common Benefit Fee Applicants.  *FPO-32* set out the Fee Panel's ***preliminary*** recommendation of common benefit fee allocations, and described the process the Fee Panel undertook to reach its conclusions. The Fee Panel stated it would hear any objections, and would then file *FPO-32* on the MDL docket, along with its ***final*** recommendation of common benefit fee allocations.

The Fee Panel received written objections from nine Fee Applicants, and permitted oral argument from each.  Having considered these objections and all of the materials described in *FPO-32*, the Fee Panel now issues its ***final*** recommendation of common benefit fee allocations, shown in the attached chart.

As described in the Court's *"Order Establishing Application Protocols for Reimbursement*

*of Common Benefit Attorneys' Fees* ("*Protocol Order*") (docket no. 4344), applicants who filed written objections may appeal their Final Recommended Awards to the MDL Court.  *See also FPO-32* at 28-30.  "Any appeal of the Fee Panel's final fee allocation recommendation shall be reviewed by the Court under an abuse of discretion standard."  *Protocol Order* at 11; *see also* Settlement Agreement Exhibit R §II.B.4 at R‑4 ("Any appeal of an award of the Fee Panel from the Common Benefit Fund will be made to the MDL Court and be reviewed under an abuse of discretion standard.").  "The Court has plenary authority regarding the awarding of common benefit attorneys' fees and will make the final determination of an approved distribution of fees from the Fee Fund." *Protocol Order* at 11.

In *FPO-32*, the Fee Panel imposed a $50,000 fee for an applicant to file an objection; the Panel explained this fee could be refunded in full or in part, depending on how the Panel ruled on the objection.  *See FPO-32* at 28.  Upon further consideration, the Panel now concludes that all nine objecting applicants will receive full refunds of those fees.  Those refunds will be wired back in due course.

With the entry of this final recommendation, the Fee Panel now considers its deliberations closed regarding the Common Benefit Funds addressed in *FPO-32* at 4 n.4.  Absent requirement otherwise, any future deliberations and conclusions by the Fee Panel regarding any ***other*** Common Benefit Funds will be separate from and independent of its work on *FPO-32*.

**RESPECTFULLY SUBMITTED,**

/s/     ***David R. Cohen***
***Randi S. Ellis***
***David R. Herndon***
**FEE PANEL**

**Dated:** June 7, 2024

2

# FINAL RECOMMENDED AWARD CHART

| Rubris Claim No. | Firm | Preliminary Recommended Award | Preliminary Recommended Award After Holding Back 10% | Final Recommended Award |
|---|---|---|---|---|
| CL-162475 | Andrus Anderson, LLP | 0.3231872% | 0.2908684% | 0.3133752% |
| CL-163974 | Baird, Mandalas, Brockstedt Federico Cardea, LLC | 0.0039408% | 0.0035467% | 0.0038211% |
| CL-166272 | Bertram & Graf, L.L.C. | 0.0017470% | 0.0015723% | 0.0016940% |
| CL-162481 | Blasingame, Burch, Garrard & Ashley, PC | 0.0239399% | 0.0215459% | 0.0232131% |
| CL-162565 | Boies Schiller Flexner LLP | 0.2508739% | 0.2257865% | 0.2432574% |
| CL-162684 | Boni, Zack & Snyder, LLC | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-163969 | Brown Rudnick LLP | 0.0747140% | 0.0672426% | 0.0747140% |
| CL-166364 | Bryant Law Center | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-162575 | Carella, Byrne, Cecchi, Olstein, Brody & Agnello P.C. | 1.8121368% | 1.6309231% | 1.7571205% |
| CL-162436 | Carey Danis & Lowe | 0.1574967% | 0.1417470% | 0.1527151% |
| CL-162476 | Casey Gerry Schenk Francavilla Blatt & Penfield LLP | 0.0786394% | 0.0707755% | 0.0762519% |
| CL-166361 | Cates Law Firm, LLC | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-163666 | Chadwick and Associates, PLLC | 0.0003602% | 0.0003242% | 0.0003492% |
| CL-162577 | Cicala Law Firm PLLC | 0.2426002% | 0.2183402% | 0.2352349% |
| CL-162438 | Cohen & Malad, LLP | 0.1580404% | 0.1422364% | 0.1532423% |
| CL-163664 | Cohen Milstein Sellers & Toll PLLC | 0.2982140% | 0.2683926% | 0.2891603% |
| CL-162681 | Crueger Dickinson, LLC | 1.1861753% | 1.0675578% | 1.1501631% |
| CL-166362 | Danenhower Law Firm, LLC | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-166271 | Dewsnup, King, Olsen, Worel, Havas, Mortensen, Milne | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-164963 | Dicello, Levitt, Gutzler | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-166274 | Dugan Law Firm | 0.2947796% | 0.2653017% | 0.2858301% |
| CL-162432 | Fields Han Cunniff PLLC | 0.1020146% | 0.0918131% | 0.0989174% |
| CL-162437 | Fitzsimmons Law Firm, PLLC | 0.1912015% | 0.1720814% | 0.1853967% |
| CL-166294 | Frazer PLC | 0.1822503% | 0.1640252% | 0.1767172% |
| CL-164721 | Friedman, Dazzio & Zulanas, P.C. | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-163667 | Gilbert LLP | 0.2350367% | 0.2115330% | 0.2279010% |
| CL-163972 | Goldstein & Russell, P.C. | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-163971 | Gray and White | 0.2131027% | 0.1917924% | 0.2066329% |
| CL-166273 | Hagens Berman Sobol Shapiro LLP | 0.1699187% | 0.1529268% | 0.1647600% |
| CL-162490 | Hendy Johnson Vaughn Emery | 0.0167537% | 0.0150783% | 0.0162451% |
| CL-163962 | Henrichsen Law Group | 0.0004323% | 0.0003891% | 0.0004192% |
| CL-166201 | Hobbs Straus Dean & Walker, LLP | 0.1815151% | 0.1633636% | 0.1760043% |
| CL-163970 | Holland Law Firm | 0.0099313% | 0.0089382% | 0.0096298% |
| CL-163539 | Irpino Law Firm | 2.3214457% | 2.0893012% | 2.2509668% |
| CL-166276 | Jinks, Crow & Dickson | 0.0188231% | 0.0169408% | 0.0182516% |
| CL-166385 | John Young Law Firm | 0.0025482% | 0.0022934% | 0.0024708% |
| CL-162474 | Kaufman & Canoles, P.C. | 0.0331392% | 0.0298253% | 0.0321331% |
| CL-163968 | Keating Muething & Klekamp PLL | 0.0541911% | 0.0487720% | 0.0525459% |
| CL-162480 | Keller Postman LLC | 0.0061968% | 0.0055771% | 0.0060087% |
| CL-162309 | Keller Rohrback L.L.P. | 3.0892947% | 2.7803653% | 2.9955040% |
| CL-162431 | Kopelowitz Ostrow Ferguson Weiselberg Gilbert | 0.0282051% | 0.0253846% | 0.0273488% |
| CL-166293 | Laborde Earles Law Firm | 0.0148275% | 0.0133448% | 0.0143773% |
| CL-165902 | Lanier Law Firm | 5.1777189% | 4.6599470% | 5.0205238% |
| CL-581156 | Law Offices of Travis R. Walker, P.A. | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-163963 | Leger & Shaw | 0.0260039% | 0.0234035% | 0.0252144% |
| CL-162608 | Levin Sedran & Berman | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-163554 | Lieff Cabraser Heimann & Bernstein, LLP | 5.8274087% | 5.2446679% | 5.6504891% |
| CL-166200 | Magleby Cataxinos & Greenwood | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-166258 | Matthew Cate | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-162693 | Mehri & Skalet | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-163967 | Meyers & Flowers, LLC | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-162571 | Milberg Coleman Bryson Phillips Grossman, LLC | 0.0051513% | 0.0046362% | 0.0049950% |
| CL-163957 | Miller Law Firm, P.C. | 0.5666557% | 0.5099901% | 0.5494520% |
| CL-166261 | Mitchell & Speights LLC | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-163668 | Mooney Wieland PLLC | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-162683 | Morgan & Morgan Complex Litigation Group | 2.3127565% | 2.0814809% | 2.2425414% |
| CL-171482 | Moskowitz Law Firm, PLLC | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-162308 | Motley Rice LLC | 17.2008833% | 15.4807950% | 18.6091362% |
| CL-163537 | Napoli Shkolnik, PLLC | 8.6994105% | 7.8294695% | 8.4352971% |

| Rubris Claim No. | Firm | Preliminary Recommended Award | Preliminary Recommended Award After Holding Back 10% | Final Recommended Award |
|---|---|---|---|---|
| CL-162497 | National Consortium[1] | 11.8521678% | 10.6669510% | 11.4923369% |
| CL-162570 | Ochs Law Firm, LLP | 0.0151405% | 0.0136265% | 0.0146809% |
| CL-163960 | Oths, Heiser, Miller, Waigand & Clagg, LLC | 0.0004313% | 0.0003882% | 0.0004182% |
| CL-166275 | Phipps Ortiz Talafuse, PLLC | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-163964 | Plevin & Gallucci Co, LPA | 0.6597969% | 0.5938172% | 0.6397656% |
| CL-166277 | Prince, Glover & Hayes | 0.0037483% | 0.0033734% | 0.0036345% |
| CL-163538 | Renne Public Law Group | 0.0101590% | 0.0091431% | 0.0098505% |
| CL-162435 | Robbins Geller Rudman & Dowd LLP | 8.4295703% | 7.5866132% | 8.1736491% |
| CL-162439 | Robins Kaplan LLP | 0.5709911% | 0.5138920% | 0.7118164% |
| CL-162312 | Robinson Calcagnie, Inc. | 0.7572711% | 0.6815440% | 0.7342804% |
| CL-164038 | Robles, Rael & Anaya P.C. | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-165031 | Romano Law Group | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-163954 | Sam Bernstein Law Firm PLLC | 0.0175846% | 0.0158262% | 0.0170508% |
| CL-163549 | Sanford Heisler Sharp, LLP | 0.0083353% | 0.0075018% | 0.0080822% |
| CL-162498 | Scott & Scott Attorneys at Law, LLP | 0.0878848% | 0.0790963% | 0.0852166% |
| CL-163973 | Seeger Weiss LLP | 3.4066059% | 3.0659453% | 3.3031816% |
| CL-163961 | Seif & McNamee, LLC | 0.0012196% | 0.0010977% | 0.0011826% |
| CL-162430 | Simmons Hanly Conroy, LLC | 11.8227800% | 10.6405020% | 11.4638413% |
| CL-162434 | Skikos, Crawford, Skikos & Joseph | 4.0252599% | 3.6227339% | 3.9030533% |
| CL-166363 | Smith & Fawer, LLC | 0.0000000% | 0.0000000% | 0.0000000% |
| CL-162310 | Sonosky, Chambers, Sachse, Miller, & Monkman, LLP | 0.7585733% | 0.6827160% | 0.7355431% |
| CL-162473 | Spangenberg Shibley & Liber | 1.3829504% | 1.2446553% | 1.8993097% |
| CL-163557 | Stranch, Jennings & Garvey, PLLC | 0.2954078% | 0.2658670% | 0.6474710% |
| CL-166292 | Taft Stettinius & Hollister LLP | 0.0585337% | 0.0526803% | 0.0567566% |
| CL-162682 | Tate Law Group, LLC. | 0.0060096% | 0.0054087% | 0.0058272% |
| CL-172149 | Texas PSC 1 | 0.8470293% | 0.7623264% | 0.8470293% |
| CL-163959 | von Briesen & Roper, s.c. | 0.0064650% | 0.0058185% | 0.0062687% |
| CL-164026 | Wagstaff & Cartmell, LLP | 0.7019139% | 0.6317225% | 0.6806039% |
| CL-162433 | Weisman Kennedy & Berris Co., LPA | 1.2252813% | 1.1027532% | 1.1880818% |
| CL-162313 | Weitz & Luxenberg, P.C. | 0.9149047% | 0.8234142% | 0.8871283% |
| CL-162576 | Wexler, Boley & Elgersma LLP | 0.3345951% | 0.3011356% | 0.3244369% |
| CL-166287 | Woelfel & Woelfel, LLP | 0.0769857% | 0.0692871% | 0.0746484% |
| CL-164027 | Zarzaur Law, LLC | 0.0825115% | 0.0742604% | 0.0800065% |
| CL-162477 | Zashin & Rich | 0.0462296% | 0.0416067% | 0.0448261% |

[1] The National Consortium is comprised of the following firms: Baron & Budd; Farrell & Fuller LLC; Hill, Peterson, Carper, Bee & Deitzler, PLLC; Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A; and Powell & Majestro, PLLC.  These firms agreed to receive a single award, to be split amongst them according to their own agreement.