UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | **MDL 2804** |
| **OPIATE LITIGATION** | ) | |
| | ) | **Case No. 1:17-md-2804** |
| | ) | |
| | ) | **Judge Dan Aaron Polster** |

**NOTICE OF APPEARANCE OF COUNSEL**

To:   The Clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Defendants Henry Schein, Inc., Henry Schein Medical Systems, Inc., Insource, Inc., and General Injectables & Vaccines, Inc. (collectively "Defendants").

Dated:  June 13, 2024

                                                      Respectfully submitted,

*/s/ Lauren M. Fincher*
Lauren M. Fincher
Texas Bar No. 24069718
lfincher@lockelord.com
LOCKE LORD LLP
300 Colorado Street, Ste 2100
Austin TX 78701
Telephone: (512) 305-4700
Facsimile: (512) 391-4895

John P. McDonald
Texas Bar No. 13549090
jpmcdonald@lockelord.com
C. Scott Jones
Texas Bar No. 24012922
sjones@lockelord.com
Brandan J. Montminy
Texas Bar No. 24088080
Brandan.montminy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

*Counsel for Henry Schein, Inc., Henry Schein Medical Systems, Inc., Insource, Inc., General Injectables & Vaccines, Inc.*