**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hospital Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE CERTAIN HOSPITAL
PLAINTIFFS FOR FAILURE TO SUBMIT FACT SHEETS**

Defendants[1] hereby move to dismiss with prejudice the claims of additional Hospital Plaintiffs[2] that failed to submit fact sheets by the Court-ordered deadline of June 3, 2024. Plaintiffs that fail to submit a fact sheet may be dismissed with prejudice under Fed. R. Civ. P. 41 for failure to prosecute and for failure to comply with the Court's orders. Doc. 4985 at 1, 4-6; Doc. 5340 at 1; Doc. 5382 at 1. The Court originally ordered all Hospital Plaintiffs to submit fact sheets by January 26, 2024, warning that it would dismiss with prejudice the cases of any Hospital Plaintiffs that failed to comply. Doc. 5257 at 1. Thereafter, the Court dismissed with prejudice many Hospital Plaintiffs that failed to submit fact sheets or that failed to cure material deficiencies in their fact sheets. Doc. 5382.

---

[1] Defendants are Walmart Inc.; Walgreen Co. and Walgreen Eastern Co., Inc.; CVS Pharmacy, Inc.; The Kroger Co.; Advantage Logistics Midwest, Inc.; AmerisourceBergen Corporation (n/k/a Cencora, Inc.), AmerisourceBergen Drug Corporation; Bloodworth Wholesale Drugs, Inc.; Cardinal Health, Inc.; H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co.; McKesson Corporation; Allergan Finance, LLC, Allergan Limited, Allergan Sales, LLC, Allergan USA, Inc.; Johnson & Johnson, Janssen Pharmaceuticals, Inc.; Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc., Actavis LLC, Watson Laboratories, Inc., and Anda, Inc.

[2] Pursuant to the Court's March 5, 2024 Order Regarding Hospital Fact Sheets, "for the purpose of this MDL, a 'Hospital Plaintiff' is a hospital *or non-hospital healthcare provider* whose complaint includes 'claims relating to unreimbursed and/or under-reimbursed care for patients with Opioid Use Disorder.'" Doc. 5340 at 1-2 (emphasis in original).

In its March 5, 2024 Order Regarding Hospital Fact Sheets, the Court provided that certain Hospital Plaintiffs listed in the Order "that may have previously been unaware of their obligation to complete a [fact sheet], but which meet the Court's clarified definition [of a Hospital Plaintiff], shall have until Monday, June 3, 2024, to complete and submit a [fact sheet]." Doc. 5340 at 2.  In an Addendum to that Order dated March 21, 2024, the Court added additional Hospital Plaintiffs to the group required to complete and submit fact sheets by June 3.  Doc. 5369.  Once again, the Court warned that "[f]ailure to timely meet this requirement will result in the case being dismissed."  Doc. 5340 at 2; Doc. 5369 at 1.  The Hospital Plaintiffs listed below were among those required to submit a fact sheet by June 3, 2024.  Having failed to submit fact sheets by that deadline, the Court should dismiss their claims with prejudice:

| | Hospital Plaintiff | Case No. |
|---|---|---|
| 1. | Big Bend Community Based Care, Inc. | 1:18-op-45493 |
| 2. | Central Florida Behavioral Health Network, Inc | 1:18-op-45493 |
| 3. | Central Florida Cares Health System, Inc. | 1:18-op-45493 |
| 4. | Lutheran Services Florida, Inc. | 1:18-op-45493 |
| 5. | Southeast Florida Behavioral Health Network, Inc. | 1:18-op-45493 |
| 6. | Seattle Indian Health Bd | 1:18-op-45745 |
| 7. | Baton Rouge Area Alcohol and Drug Center, Inc. | 1:18-op-45757 |
| 8. | O'Brien House Treatment Center | 1:18-op-45757 |
| 9. | Odyssey House Louisiana, Inc. | 1:18-op-45757 |
| 10. | Plaquemines Community Care Centers Foundation, Inc. | 1:18-op-45757 |
| 11. | STC Addiction Wellness Center, Inc. | 1:18-op-45757 |
| 12. | Bellefonte Physician Services, Inc. (KY) | 1:18-op-45819 |
| 13. | Bon Secours Health System, Inc. (KY) | 1:18-op-45819 |
| 14. | Bon Secours Health System, Inc. (VA) | 1:18-op-45820 |
| 15. | Bon Secours Health System, Inc. (SC) | 1:18-op-45821 |
| 16. | St. Francis Physician Services, Inc. | 1:18-op-45821 |
| 17. | Health Care & Rehab Services Southeastern Vermont, Inc. | 1:20-op-45079 |
| 18. | Northeast Kingdom, Human Services, Inc. | 1:20-op-45079 |
| 19. | The Counseling Service of Addison County, Inc. | 1:20-op-45079 |
| 20. | Mobile County Emergency Medical Services System Rescue Squad, Inc. | 1:18-op-45148 |
| 21. | Newman's Medical Servs., Inc. | 1:18-op-46020 |
| 22. | Edna House for Women, Inc | 1:18-op-46209 |

| 23. | Treatment Works Inc. d/b/a Absolute House | 1:18-op-46209 |
|---|---|---|
| 24. | K.I.S.S. Foundation Inc. d/b/a Lia House | 1:18-op-46209 |
| 25. | Lantern | 1:18-op-46209 |
| 26. | Primary Purpose Center Inc. | 1:18-op-46209 |
| 27. | John T. Foundation d/b/a Jack Mulhall Center for Sober Living | 1:18-op-46209 |

For all of these reasons, Defendants hereby move to dismiss with prejudice under Fed. R.

Civ. P. 41 the cases brought by the above-named Hospital Plaintiffs.[3]

Dated:  June 14, 2024

Respectfully submitted,

/s/   Tina  M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

/s/  Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Jean K. Tinkham
Michael A. Nance
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
jean.tinkham@bartlitbeck.com
michael.nance@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern
Co., Inc.*

---

[3] Defendants are in the process of reviewing the fact sheets submitted by other Hospital Plaintiffs and will advise the Court if additional dismissals are warranted due to their failure to comply with the Court's directives.

/s/  Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M. Street NW, Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc.*

/s/  Ronda L. Harvey
Ronda L. Harvey.
Ashley Hardesty Odell
Fazal A. Shere
Jennifer B. Hagedorn
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia  25301
304-347-1100
rharvey@bowlesrice.com
ahardestyodell@bowlesrice.com
fshere@bowlesrice.com
jhagedorn@bowlesrice.com

*Counsel for Defendants The Kroger Co.*

/s/  Francis A. Citera
Francis A. Citera (SBN IL 6185263)
citeraf@gtlaw.com
Gretchen N. Miller (SBN IL 6273075)
millerg@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435

*Counsel for Advantage Logistics Midwest, Inc.*

4

/s/  Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
Anne Rollins Bohnet
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com

*Counsel for AmerisourceBergen Corporation (n/k/a Cencora, Inc.) and AmerisourceBergen Drug Corporation*

/s/ David V. Hayes
David V. Hayes
Bendin, Sumrall & Ladner, LLC
One Midtown Plaza
Suite 800
Atlanta, Georgia 30309
404-671-3100
dhayes@bsllaw.net

*Counsel for Bloodworth Wholesale Drugs, Inc.*

/s/  Enu A. Mainigi
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC  20024
 (202) 434-5000 / tel.
(202) 434-5029 / fax
emainigi@wc.com

*Counsel for Cardinal Health, Inc.*

5

*/s/  Brian T. Himmel*
Brian T. Himmel
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-4058
bhimmel@reedsmith.com
Louis W. Schack
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
lschack@reedsmith.com

*Counsel for Defendant H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co.*

*/s/  Geoffrey E. Hobart*
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Phone: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

*/s/  Rebecca Fitzpatrick*
Rebecca Fitzpatrick, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel.: (312) 862-2000
rebecca.fitzpatrick@kirkland.com

*Counsel for Allergan Finance, LLC, Allergan Limited, Allergan Sales, LLC, and Allergan USA, Inc.*

6

/s/  Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Counsel for Johnson & Johnson and Janssen Pharmaceuticals, Inc.*

/s/  Eric W. Sitarchuk
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Phone: (215) 963-5000
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc., Actavis LLC, Watson Laboratories, Inc., and Anda, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of June, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which caused all parties or counsel of record to be served

Dated:  June 14, 2024

Respectfully submitted,

*/s/   Tina  M.  Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*