UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Marianna Chapleau hereby withdraws as counsel of record for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc. (formerly known as Express Scripts Holding Co.), in the above-captioned action. The law firm of Quinn Emanuel Urquhart & Sullivan, LLP will continue as counsel of record for the above-named Defendants.

| | |
|---|---|
| Dated: June 14, 2024 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | By:    */s/ Marianna Chapleau* |
| | Marianna Chapleau<br>2601 South Bayshore Dr., Suite 1550<br>Miami, FL 33133<br>Tel: (305) 402-4880<br>mariannachapleau@quinnemanuel.com |
| | *Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc.* |