THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Actions* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## **SPANGENBERG, SHIBLEY & LIBER'S NOTICE OF APPEAL FROM FPO-32A**

Pursuant to the Court's directive in its Amended Order Regarding Appeals of Fee Panel Order No. 32-A (doc. 5479), please take notice that Spangenberg Shibley & Liber is hereby submitting its appeal to Judge Polster pursuant to instructions provided in its Amended Order.

June 18, 2024

Respectfully submitted,

*s/ Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*s/ Peter H. Weinberger*
Peter H. Weinberger