# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-02804 |
| *All Cases* | JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Maria Pellegrino Rivera of the law firm Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654, hereby enters her appearance as additional counsel of record on behalf of the Allergan Defendants[1] in this matter. Please direct copies of future pleadings, filings, notices, and correspondence to the address listed below.

Dated: June 18, 2024

Respectfully submitted,

*/s/ Maria Rivera*
Maria Pellegrino Rivera
Rebecca Fitzpatrick, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
(312) 862-2000
mrivera@kirkland.com
rebecca.fitzpatrick@kirkland.com

*Counsel for the Allergan Defendants*

---

[1] The Allergan Defendants are Allergan Finance, LLC, Allergan plc, Allergan Sales, LLC, and Allergan USA, Inc. Defendant Allergan Finance, LLC was formerly known as Actavis, Inc., which was formerly known as Watson Pharmaceuticals, Inc. Defendant Allergan plc, which was formerly known as Actavis plc, is now known as Allergan Limited.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on June 18, 2024, she caused a copy of this Notice of Appearance to be electronically filed with the United States District Court for the Northern District of Ohio. Notice will be sent to parties via the Court's electronic filing system.

*/s/ Maria Rivera*
Maria Pellegrino Rivera