THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Actions* | MDL No. 2804<br><br>Case No. 17-md-2804 Judge Dan Aaron Polster |

## GOLDESTEIN & RUSSELL, P.C. AND KELLEY & FERRARO LLP'S NOTICE OF APPEAL FROM FPO-32A

Pursuant to the Court's directive in its Amended Order Regarding Appeals of Fee Panel Order No. 32-A (doc. 5479), please take notice that Goldestein & Russell, P.C. And Kelley & Ferraro LLP are hereby submitting their appeal to Judge Polster pursuant to instructions provided in its Amended Order.

June 18, 2024

Respectfully submitted,

*/s/ James L. Ferraro*
James L. Ferraro, Esq.
Kelley & Ferraro, LLP
950 Main Avenue Suite 1300
Cleveland, OH 44113
Tel.: 216.202.3450
Email: jferraro@ferrarolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*s/ James L. Ferraro*
James L. Ferraro