# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*PBM Bellwether Cases* | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

### JOINT MOTION FOR AN ORDER TO COMPEL PRODUCTION OF CERTAIN METHADONE-RELATED DATA FROM DEFENDANT OPTUMRX

The Plaintiffs' Executive Committee in MDL 2804 ("the PEC") and OptumRx, Inc. seek the issuance of an order compelling the disclosure of the prescription fill-date related to methadone claims (the "Methadone Fill-Date Fields"). In support of this request the parties state the following:

1. Bellwether Plaintiffs in Tracks 12–15 seek certain data related to opioids from OptumRx.

2. With respect to methadone claims, Plaintiffs seek the full (month, day, and year) fill-date for each methadone claim.  These data fields are relevant to certain aspects of Plaintiff's expert analyses in this litigation.

3. In light of OptumRx's concerns about member privacy and its regulatory obligations, OptumRx will not produce the Methadone Fill-Date Fields (the complete fill-date) without a court order compelling disclosure.

4. A covered entity may disclose protected health information to comply with a court order. *See* 45 CFR 164.512(e)(1)(i).

5. OptumRx and the Plaintiffs are subject to the protective orders dated May 15, 2018 (Dkt. 441), February 11, 2019 (Dkt. 1357), and September 29, 2019 (Dkt. 2688) that allow for the disclosure of HIPAA-Protected Information.

6. Out of an abundance of caution, the parties request that the Court enter the attached proposed order requiring OptumRx to produce the Methadone Fill-Date Fields for each methadone claim that appears in OptumRx's produced data pursuant to the terms of the Protective Order.

7. Except as specifically addressed herein, this stipulation will not constitute or result in waiver of any other rights by either the PEC or OptumRx, including the right to seek or oppose any other discovery in this MDL.

Respectfully submitted,

Dated:  June 18, 2024

/s/ *Brian D. Boone*
Brian D. Boone
**ALSTON & BIRD LLP**
Vantage South end
1120 South Tryon Street, Suite 300
Charlotte, NC 282203
Tel: (704) 444-1000
brian.boone@alston.com

*Attorney for Defendant OptumRx, Inc.*

Dated:  June 18, 2024

/s/ *Jeff R. Gaddy* (consent)
Jeff R. Gaddy
Levin, Papantonio, Rafferty, Buchanan,
O'Brien, Barr, and Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel.: 850-435-7068
Fax: 850-436-6068
jgaddy@levinlaw.com

*Attorney for Plaintiffs*