UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO**:<br><br>*PBM Bellwether Cases* | **MDL NO. 2804**<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

### ORDER COMPELLING PRODUCTION OF CERTAIN METHADONE-RELATED DATA FROM DEFENDANT OPTUMRX

Having reviewed the motion jointly submitted by Plaintiffs the City of Rochester, New York; Lincoln County, Missouri; the City of Independence, Missouri; and Webb County, Texas and Defendant OptumRx, Inc. (OptumRx), this Court concludes that good cause exists for entry of an order requiring OptumRx to produce the complete (day, month, year) fill-date for each methadone claim that appears in OptumRx's in-scope and agreed-upon data (the "Methadone Fill-Date Fields"). The Court finds that other ways of obtaining the Methadone Fill-Date Fields are not available or would not be effective and that the public interest and need for disclosure outweigh the potential injury to non-party patients, the physician-patient relationship, and the treatment services.

OptumRx shall produce the Methadone Fill-Date Fields pursuant to the terms set forth in the Protective Orders entered on May 15, 2018 (Dkt. 441), February 11, 2019 (Dkt. 1357), and September 29, 2019 (Dkt. 2688). OptumRx shall designate the production of the PBM claims data

production, including the Methadone Fill-Date Fields as "Confidential Health Information" and "Highly Confidential – Attorneys' Eyes Only," as those terms are defined in the Protective Order.

**IT IS SO ORDERED.**

---

**DAN AARON POLSTER**