# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE. NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Actions* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## CRUEGER DICKINSON LLC'S NOTICE OF APPEAL FROM FPO-32A

Pursuant to the Court's directive in its Amended Order Regarding Appeals of Fee Panel Order No. 32-A (doc. 5479), please take notice that Crueger Dickinson LLC is hereby submitting its appeal to Judge Polster pursuant to instructions provided in its Amended Order.

June 21, 2024

Respectfully submitted,

**CRUEGER DICKINSON LLC**

*/s/Erin K. Dickinson*
Erin K. Dickinson
Charles J. Crueger
4532 N Oakland Avenue
Whitefish Bay, Wisconsin 53211

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record through the Court CM/ECF.

*/s/Erin K. Dickinson*
Erin K. Dickinson
