**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL NO. 2804 |
| | ) | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| | ) | JUDGE DAN AARON POLSTER |
| *All Actions* | ) ) | |

### MOTLEY RICE LLC'S NOTICE OF APPEAL FROM FPO-32A

Pursuant to the Court's directive in its Amended Order Regarding Appeals of Fee Panel Order No. 32-A (Doc. 5479), please take notice that Motley Rice LLC is hereby submitting its appeal to Judge Polster pursuant to instructions provided in the Amended Order.

Dated: June 21, 2024

Respectfully submitted,

*/s/ Linda Singer*
Linda Singer, Esq.
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Phone: (202) 232-5504
Email: lsinger@motleyrice.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/ Linda Singer*
Linda Singer, Esq.