THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document relates to:<br><br>*All Actions* | MDL NO. 2804<br><br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**STRANCH, JENNINGS & GARVEY, PLLC'S**
**NOTICE OF APPEAL FROM FPO-32A**

Per the Court's Directive in Amended Order Regarding Appeals of Fee Panel Order No. 32-A (DE 5479), please take notice that Stranch, Jennings & Garvey, PLLC ("SJG") are hereby submitting its Appeal to Judge Polster pursuant to the Amended Order.

June 21, 2024                    Respectfully Submitted,

/s/ J. Gerard Stranch, IV, pro hac vice
J. Gerard Stranch, IV, pro hac vice
Stranch, Jennings & Garvey, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Tel: 615-254-8801
Email: gstranch@stranchlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system

/s/ J. Gerard Stranch, IV, pro hac vice