**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| All Actions | |

## WEISMAN KENNEDY & BERRIS CO LPA'S NOTICE OF APPEAL FROM FPO-32A

Pursuant to the Court's directive in its Amended Order Regarding Appeals of Fee Panel

Order No. 32-A (doc. 5479), please take note that Weisman Kennedy & Berris Co LPA is hereby

submitting its appeal to Judge Polster, pursuant to instructions provided in its Amended Order.

June 21, 2024                                              Respectfully submitted,

                                                            /s/ R. Eric Kennedy
                                                           R. Eric Kennedy (00006174)
                                                           WEISMAN KENNEDY & BERRIS CO.,
                                                                  L.P.A.
                                                           2900 Detroit Avenue, 2nd Floor
                                                           Cleveland, OH  44113
                                                           TEL:  216-781-1111
                                                           MOBILE:  216-789-2130
                                                           FAX:  216-781-6747
                                                           Email:  ekennedy@weismanlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, the above was electronically filed with the Clerk of
Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may
be  obtained through, the Court's CM/ECF system.

                                                           /s/ R. Eric Kennedy
                                                           R. Eric Kennedy (00006174)