UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Case No. 1:17-md-2804 |
| ALL CASES | ) ) ) ) | Judge Dan Aaron Polster |

**PLAINTIFFS' EXECUTIVE COMMITTEE'S NOTICE OF THE DISTRIBUTION OF AN ANALYSIS OF ARCOS DATA AND UNNAMED DEFENDANTS <u>FOR COMPLAINT AMENDMENT PURPOSES</u>**

Upon further consideration of the Court's order entered on May 27, 2024, (Docket No. 5455) lifting the stay on substantive filings in non-bellwether cases and granting the Plaintiffs' Executive Committee ("PEC") leave to file motions to amend complaints to add additional defendants, the PEC has prepared an analysis of the ARCOS data for complaint amendment purposes. Per the Court's order, this "will be the plaintiffs' final opportunity to amend their complaints." The analysis consists of spreadsheets and exhibits listing all litigating and non-litigating political subdivisions along with data regarding the distributed opioid volumes, remaining unnamed opioid manufacturers, distributors and dispensers. These spreadsheets and exhibits are being distributed via email to all contact counsel and Primary Firms previously identified by the Fee Panel.

The PEC's deadline to file a *single* motion to amend to add each new defendant is July 22, 2024. Each motion to amend will include an exhibit listing each subdivision that the PEC recommends should be considered to add a newly named defendant.

Date:  June 21, 2024                    Respectfully submitted,

                                                                        Jayne Conroy
                                                                        SIMMONS HANLY CONROY
     112 Madison Avenue, 7th Floor
     New York, NY 10016
     Phone:  (212) 784-6400
     (212) 213-5949 (fax)
     jconroy@simmonsfirm.com

     Joseph F. Rice
     MOTLEY RICE LLC
     28 Bridgeside Blvd.
     Mt. Pleasant, SC 29464
     Phone:  (843) 216-9000
     (843) 216-9290 (fax)
     jrice@motleyrice.com

     Paul T. Farrell, Jr., Esq.
     FARRELL & FULLER LLC
     270 Munoz Rivera Avenue, Suite 201
     San Juan, PR 00918
     (304) 654-8281
     paul@farrellfuller.com

     *MDL Plaintiffs' Co-Lead Counsel*

     */s/ Peter H. Weinberger*
     Peter H. Weinberger (0022076)
     SPANGENBERG SHIBLEY & LIBER
     1001 Lakeside Avenue East, Suite 1700
     Cleveland, OH 44114
     (216) 696-3232
     (216) 696-3924 (fax)
     pweinberger@spanglaw.com

     *MDL Plaintiffs' Liaison Counsel*

### **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                            */s/Peter H. Weinberger*
                                            Peter H. Weinberger