UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEAL

Notice is hereby given that Meyers & Flowers appeals Fee Panel Order No. 32-A pursuant to the Court's June 7, 2024, Order. *See* docket no. 5477.

Respectfully submitted,

MEYERS & FLOWERS, LLC

/s/ Peter J. Flowers_____
By: Peter J. Flowers, Esq.

Peter J. Flowers
Meyers & Flowers, LLC
St. Charles Office
3 North Second Street, Suite 300
St. Charles, Illinois 60174
630-232-6333
pjf@meyers-flowers.com

Chicago Office
225 West Wacker Drive, Suite 1515
Chicago, Illinois 60606
312-214-1017