# APPENDIX A

| Subdivision Name | State | Jurisdiction | Docket Number |
|---|---|---|---|
| ANACORTES CITY | Washington | NDOH | 1:19-op-45029 |
| BAINBRIDGE ISLAND CITY | Washington | NDOH | 1:19-op-45981 |
| BURLINGTON CITY | Washington | NDOH | 1:18-op-45173 |
| CHELAN COUNTY | Washington | NDOH | 1:18-op-46139 |
| CLALLAM COUNTY | Washington | NDOH | 1:18-op-45612 |
| CLARK COUNTY | Washington | NDOH | 1:18-op-45410 |
| EVERETT CITY | Washington | NDOH | 1:17-op-45046 |
| FRANKLIN COUNTY | Washington | NDOH | 1:18-op-45944 |
| ISLAND COUNTY | Washington | NDOH | 1:18-op-45982 |
| JEFFERSON COUNTY | Washington | NDOH | 1:18-op-46023 |
| KENT CITY | Washington | NDOH | 1:18-op-45590 |
| KING COUNTY | Washington | NDOH | 1:18-op-45231 |
| KIRKLAND CITY | Washington | NDOH | 1:20-op-45121 |
| KITSAP COUNTY | Washington | NDOH | 1:18-op-45956 |
| KITTITAS COUNTY | Washington | NDOH | 1:18-op-46008 |
| LA CONNER SCHOOL DISTRICT | Washington | NDOH | 1:18-op-45173 |
| LAKEWOOD CITY | Washington | NDOH | 1:19-op-45221 |
| LEWIS COUNTY | Washington | NDOH | 1:18-op-46301 |
| LINCOLN COUNTY | Washington | NDOH | 1:19-op-45962 |
| MOUNT VERNON CITY | Washington | NDOH | 1:18-op-45173 |
| MOUNT VERNON SCHOOL DISTRICT | Washington | NDOH | 1:18-op-45173 |
| OLYMPIA CITY | Washington | NDOH | 1:18-op-46021 |
| PIERCE COUNTY | Washington | NDOH | 1:18-op-45195 |
| SAN JUAN COUNTY | Washington | NDOH | 1:18-op-46291 |
| SEDRO-WOOLLEY CITY | Washington |  | 1:18-op-45173 |
| SEDRO-WOOLLEY SCHOOL DISTRICT | Washington | NDOH | 1:19-op-45029 |
| SKAGIT COUNTY | Washington | NDOH | 1:18-op-45173 |
| SNOHOMISH COUNTY | Washington | NDOH | 1:19-op-45370 |
| SPOKANE CITY | Washington | NDOH | 1:19-op-46092 |
| SPOKANE COUNTY | Washington | NDOH | 1:18-op-45943 |
| TACOMA CITY | Washington | NDOH | 1:17-op-45047 |
| THURSTON COUNTY | Washington | NDOH | 1:18-op-45409 |
| VANCOUVER CITY | Washington | NDOH | 1:19-op-45908 |
| WALLA WALLA COUNTY | Washington | NDOH | 1:18-op-46010 |
| WHATCOM COUNTY | Washington | NDOH | 1:18-op-45954 |
| WHITMAN COUNTY | Washington | NDOH | 1:18-op-46009 |