# EXHIBIT 1

| | |
|---|---|
| **From:** | Paul Farrell Jr. <Paul@FarrellFuller.com> |
| **Sent:** | Thursday, June 20, 2024 5:04 PM |
| **To:** | David R. Cohen (David@SpecialMaster.Law) |
| **Cc:** | ESI-Opioids; Optum Opioid Team; PBM@listserv.motleyrice.com; Michael Borden; 'Singer, Linda'; Scott Loge; Jayne Conroy; Joe Rice; Peter H. Weinberger; Joanne Cicala; 'Peter Weinberger (pweinberger@spanglaw.com)' |
| **Subject:** | RE: Follow up on Agenda Items 363/370 |

**EXTERNAL SENDER – Proceed with caution**

Special Master Cohen,

The PEC submits this letter related to Agenda Items 363/370 and in response to the PBM correspondence dated June 18.

 (1) Rochester (NY) (PEC designated bellwether) issued a litigation hold prior to the filing of the PBM case and has discovered no retention issues to date in discovery.

 (2)  Webb (TX) (PBM designated bellwether) did not issue a litigation hold until May 17, 2024, but was at all times subject to state document retention laws.  The PEC will closely monitor as discovery continues and timely notify the Court and PBM defendants if we discover any deficiencies.

(3)  Neither Independence (MO) nor Lincoln (MO) issued litigation holds at the commencement of these proceedings.  The PEC confirmed certain custodial files and/or data were not retained.  We do not concede the PBMs are prejudiced.  Nonetheless, we do not believe any cure will satisfy the PBMs and offer to voluntarily sever.  See *Order Regarding Track One Trial Plaintiffs* (Doc #: 1392) (Filed: 02/25/19).

**Paul T. Farrell, Jr.**
**FARRELL & FULLER, LC**
270 Muñoz Rivera Ave., Suite 201
San Juan, PR 00918
Office: 939-293-8244
Cell: 304.654.8281
paul@farrellfuller.com

*"Facts are stubborn things."*
          -John Adams
           President of the United States.
           Trial lawyer.

**From:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Sent:** Wednesday, June 19, 2024 4:07 PM
**To:** Paul Farrell Jr. <Paul@FarrellFuller.com>
**Cc:** Boggs, Paige <pboggs@motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>; Optum Opioid Team <Optum.Opioid.Team@alston.com>; PBM@listserv.motleyrice.com; Michael Borden <michael@bordenadr.com>; Scott Loge <andrew.scott.loge@outlook.com>; Jayne Conroy <jconroy@simmonsfirm.com>; Joe Rice

<jrice@motleyrice.com>; Peter H. Weinberger <PWeinberger@spanglaw.com>; Joanne Cicala <joanne@cicalapllc.com>
**Subject:** Re: Follow up on Agenda Items 363/370

 External (david@specialmaster.law)                    

Responsive solution.  OK.
-d


========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

---

**From:** Paul Farrell Jr. <Paul@FarrellFuller.com>
**Sent:** Wednesday, June 19, 2024 3:36 PM
**To:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** Boggs, Paige <pboggs@motleyrice.com>; Erica Perdomo <000000b8184dca69-dmarc-request@listserv.motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>; Optum Opioid Team <Optum.Opioid.Team@alston.com>; PBM@listserv.motleyrice.com <PBM@listserv.motleyrice.com>; Michael Borden <michael@bordenadr.com>; Scott Loge <andrew.scott.loge@outlook.com>; Jayne Conroy <jconroy@simmonsfirm.com>; Joe Rice <jrice@motleyrice.com>; Peter H. Weinberger <PWeinberger@spanglaw.com>; Joanne Cicala <joanne@cicalapllc.com>
**Subject:** Re: Follow up on Agenda Items 363/370

SM Cohen,

The PEC is preparing a responsive solution and will send tomorrow, with your permission.

## Paul T. Farrell, Jr., Esq.

Farrell & Fuller, LLC
270 Munoz Rivera Ave., Suite 201
San Juan, Puerto Rico 00918
phone:    304.654.8281
email:      paul@farrellfuller.com
*"Facts are stubborn things."*
        -John Adams
         President of the United States.
         Trial lawyer.

**This communication is for use only by the intended recipient and may contain confidential, attorney-client privileged, and/or attorney-work product communications and information.**

On Jun 19, 2024, at 3:01 PM, David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law> wrote:



External

(david@specialmaster.law)

Greetings.  In Paige's 6/18 email below, she writes: "The City will substantively respond to the email from Express Scripts' counsel later today."  I do not believe I received that response?

-d


========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

---

**From:** Boggs, Paige <pboggs@motleyrice.com>
**Sent:** Tuesday, June 18, 2024 11:44 AM
**To:** Erica Perdomo <000000b8184dca69-dmarc-request@LISTSERV.MOTLEYRICE.COM>; David R. Cohen

(David@SpecialMaster.Law) <david@specialmaster.law>; ESI-Opioids <esi-opioids@quinnemanuel.com>; Optum Opioid Team <Optum.Opioid.Team@alston.com>; pbm@listserv.motleyrice.com <PBM@listserv.motleyrice.com>
**Cc:** Michael Borden <michael@bordenadr.com>; Scott Loge <andrew.scott.loge@outlook.com>
**Subject:** RE: Follow up on Agenda Items 363/370


Special Master Cohen,

The City will substantively respond to the email from Express Scripts' counsel later today but wanted to immediately address an urgent issue.  The City of Independence ("City") issued a claw back notice a few minutes ago notifying counsel that certain documents, including document (INDMO0073552) which Express Scripts' counsel attached to and summarized in her email to you at approximately 10 a.m. today, contain sensitive attorney client privileged information and should be destroyed.  **All individuals who received this email should delete the email and document INDMO0073552 immediately**.  Counsel should have been on notice that document INDMO0073552 contains sensitive attorney client privileged information.  It contains minutes from a closed Executive Session of the City Council in which a law firm (Mullen Law) and the City's lawyer (Ryan Loughlin) were in attendance and where legal advice was given and discussed.

Thank you,

Paige Boggs



**Paige Boggs**  (she / her)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9629 **c.** 202.538.0540 **f.** 202.386.9622
pboggs@motleyrice.com

---

**From:** owner-pbm@listserv.motleyrice.com <owner-pbm@listserv.motleyrice.com> **On Behalf Of** Erica Perdomo
**Sent:** Tuesday, June 18, 2024 10:00 AM
**To:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>; ESI-Opioids <esi-opioids@quinnemanuel.com>; Optum Opioid Team <Optum.Opioid.Team@alston.com>; pbm@listserv.motleyrice.com
**Cc:** Michael Borden <michael@bordenadr.com>; Scott Loge <andrew.scott.loge@outlook.com>
**Subject:** RE: Follow up on Agenda Items 363/370

Dear Special Master Cohen,

[Content of email removed due to privilege concerns discussed above]


Regards,

**Erica Perdomo**
*Of Counsel*
**Quinn Emanuel Urquhart & Sullivan, LLP**

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Sent:** Friday, June 14, 2024 2:00 PM
**To:** ESI-Opioids <esi-opioids@quinnemanuel.com>; Optum Opioid Team <Optum.Opioid.Team@alston.com>; pbm@listserv.motleyrice.com
**Cc:** Michael Borden <michael@bordenadr.com>; Scott Loge <andrew.scott.loge@outlook.com>
**Subject:** Follow up on Agenda Items 363/370

**[EXTERNAL EMAIL from david@specialmaster.law]**

Greetings.  As discussed during our conference, Judge Polster would like to reach resolution as soon as reasonably possible on the questions surrounding the Lincoln County Lit-Hold Issue.  Accordingly, the parties should please proceed as follows:

Lincoln shall supply to the Special Master and Defendants a "final written position statement," providing a fulsome report on what potential discovery material was lost, what was recovered, and what was *not* lost, as a result of the litigation hold being implemented late.  The statement should also provide suggestions on what actions Lincoln or the Court can take to ameliorate any possible prejudice caused by lost discovery material.  This statement shall be produced as soon as reasonably possible, but not later than **noon on June 28**.  Between now and then, the parties will continue to meet and confer and discuss possible agreed resolutions short of a request for Court-ordered relief.

If the parties cannot come to full agreement, then PBMs shall file a motion stating the relief they seek, not to exceed 15 pages, on or before **noon on July 3**.  Lincoln shall respond within seven days of PBMs' motion.

Please let me know if you have any questions.

-d


========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

To unsubscribe from the PBM list, click the following link:
https://LISTSERV.MOTLEYRICE.COM/scripts/wa-MOTLEYRICE.exe?SUBED1=PBM&A=1

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

To unsubscribe from the PBM list, click the following link:
https://LISTSERV.MOTLEYRICE.COM/scripts/wa-MOTLEYRICE.exe?SUBED1=PBM&A=1