# EXHIBIT 2

Case: 1:17-md-02804-DAP Doc #: 5503-2 Filed: 07/01/24 1 of 12. PageID #: 638797



401 9th St. NW, Suite 630
Washington, DC 20004
o. 202.232.5504  f. 202.232.5513

E. Paige Boggs
*Licensed in DC, IL, IN*
direct: 202.386.9629
pboggs@motleyrice.com

May 10, 2024

**VIA EMAIL**
esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com

Re:  *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio), *Lincoln County v. Richard Sackler, M.D.*, No. 20-op-45069 ("Track 13"); Discovery Letter

Counsel,

I write on behalf of Plaintiff Lincoln County (the "County") in response to the Express Scripts and Optum Defendants' ("PBM Defendants") email dated April 29, 2024 regarding potential custodians and as a follow up to our May 3, 2024 and May 8, 2024 meet and confer discussions.

### Response to the PBM Defendants' April 29, 2024 Email

1. **In the County's April 19 chart listing the names and positions of individuals working for the County, the County does not provide the names of any individuals who held the positions dating back to 1996. Accordingly, please provide the names of individuals who held the previous positions dating back to 1996, including for example:**

    **(1) Coroner**

    The County responded to this request in its May 3, 2024 response.

    **(2) Auditor**

    The County responded to this request in its May 3, 2024 response.

    **(2) Treasurer**

    The County responded to this request in its May 3, 2024 response.

    **(4) Sheriff**

    The County responded to this request in its May 3, 2024 response.



May 10, 2024
Page 2

**(5) Chief Administrator—Ambulance District (or equivalent)**

The County is still searching for this information and anticipates being able to provide a response by the end of next week.

**(6) Treatment Court Coordinator (or equivalent)**

| Name | Dates in Office |
|---|---|
| Earl Barge | 2004 - 2008 |
| Heather Graham-Thompson | 2008 - Present |

The Treatment Court was created in 2004. Thus, the position of Treatment Court Coordinator did not exist prior to 2004.

**2.     Please provide the names and dates in office for each County Commissioner dating back to 1996. Additionally, please indicate the period for which you have documents for each County Commissioner.**

The County responded to this request in its May 3, 2024 response.

**3.     Please provide the date range that Amy Tippett served as Former Sergeant at the Jail Division.**

When Lieutenant Tippett joined the Lincoln County Sheriff's Office in 2009, she worked at the jail division from March until August 2009. After, she began working as a school resource officer. In 2010, she began temporarily working again for the jail division from February to August of that year. She has been working as a School Resource Officer since that time.

**4.     Who within the County is primarily responsible for the County administration and day-to-day oversight of the County departments? Please identify individuals by name and title going back to 1996.**

The County responded to this request in its May 3, 2024 response. In addition, pursuant to the PBM Defendants' request during our May 3, 2024 meet and confer call, the names of individuals serving as County Clerks from 1996 to present are as follows:



May 10, 2024
Page 3

| Name | Dates in Office |
|---|---|
| Kenneth "Kenny" Schulte | 2023 - Present |
| Crystal Hall | 2011-2022 |
| Elaine Luck | 1996-2010 |

The County is still trying to identify prior Deputy County Clerks and will provide an update by the end of next week.

**5.  What is the difference between Emergency Management Agency (EMA) and Emergency Service (911)?**

The County responded to this request in its May 3, 2024 response.

**6.  The County Coroner's responsibilities do not appear to include medical duties such as conducting autopsies. (*See* Office of Coroner). Does the County have a medical examiner?**

The County Coroner's office contracts with a third party for medical examiner duties, including conducting autopsies. Presently, the County exclusively uses the St. Louis County Medical Examiner's Office for medical examiner duties.

Since 2011, the County has used the following offices for medical examiner:

- St. Louis County Medical Examiner's Office
- University of Missouri Medical Examiner's Office in Columbia, MO
- St. Louis Univ. Department of Pathology

The County is still searching to identify the other Medical Examiner's Offices it has worked with previously and anticipates being able to provide a response by the end of next week.

**7.  Please provide organizational charts for the following departments:**

    **1. County Commissioners' Office**

The County responded to this request in its May 3, 2024 response. Additional information regarding the Lincoln County Commission can be found at https://lcmo.us/.



May 10, 2024
Page 4

### 2. Sheriff's Office

The County will produce the organizational chart for the Sheriff's Office early next week (an unstamped copy of the organizational chart is attached hereto as a courtesy). Additional information regarding the Sheriff's Office can be found at https://lcsomo.gov.

### 3. Treasurer's Office

The County responded to this request in its May 3, 2024 response. Additional information regarding the Treasurer's Office can be found at https://lctreasury.com.

### 4. Emergency Management Agency

After conducting a reasonable search, the County does not believe the Emergency Management Agency possesses any organizational charts. The Emergency Management Agency has three employees. Additional information regarding the Emergency Management Agency can be found at https://lcmoema.com.

### 5. Emergency Service (911)

The County will produce the organizational chart for the Emergency Service (911) early next week (an unstamped copy of the organizational chart is attached hereto as a courtesy). Additional information regarding the Emergency Service (911) can be found at https://lincolncounty911.com.

### 6. Fire Protection District #1

The County confirmed that the Fire Protection District #1 has an organizational chart and should receive a copy of the organization chart on Monday. The County will produce the organizational chart as soon as practicable. Additional information regarding the Fire Protection District #1 can be found at https://lcfpd1.org.

### 7. Public Administrator

The County responded to this request in its May 3, 2024 response. Additional information about the Public Administrator can be found at https://lincolncountypublicadmin.com.



May 10, 2024
Page 5

### 8. County Health Department

The County is still searching for this information and anticipates being able to provide a response by the end of next week. Additional information regarding the County Health Department can be found at https://lchdmo.org.

### 9. Coroner's Office

The County responded to this request in its May 3, 2024 response. Additional information regarding the County Coroner's Office can be found at https://lincolncountycoroner.com/.

### 10. County Clerk's Office

The County responded to this request in its May 3, 2024 response. Additional information regarding the County Clerk's Office can be found at https://lincolncountymoclerk.gov/.

### 11. 45th Judicial Circuit Treatment Courts

The County is still searching for this information and anticipates being able to provide a response by the end of next week. Additional information regarding the 45th Judicial Circuit Treatment Courts can be found at https://www.courts.mo.gov/page.jsp?id=321 (Missouri Courts website with information on the Circuit Treatment Courts).

**8. Which County departments are responsible for identifying grant opportunities, preparing grant applications, and allocating grant funding?**

The County responded to this request in its May 3, 2024 response.

**9. Who within the County determines which health plans or PBMs the County will offer to its employees? If the County Commission makes the ultimate decision by vote, who, if anyone, collects the relevant information and makes a recommendation to the County for consideration?**

The County responded to this request in its May 3, 2024 response.

**10. Who within the County negotiates the terms of contracts with health plans or PBMs?**

The County responded to this request in its May 3, 2024 response.

Case: 1:17-md-02804-DAP  Doc #: 5503-2  Filed: 07/01/24  7 of 12.  PageID #: 638803



May 10, 2024
Page 6

**11. Who within the County government, past or present, worked on, coordinated with, or has personal knowledge of the following initiatives or programs:**

**1. Community Opioid Response Effort (LINCMO0007330)**

This program is also referred to as LC-CORE. The County provided additional information about LC-CORE in its May 3, 2024 Supplemental Response to Interrogatory No. 3. The persons with knowledge regarding this initiative are:

- Madeline Drapp
- Heather Graham Thompson
- Rick Harrell
- Lincoln County Coroner
- Raymond Antonacci
- Sarah Valenza
- Jesse Martens
- Shannon Burkemper
- Pasquale Patti

**2. MIH Program (LINCMO0007353)**

The County responded to this request in its May 3, 2024 response.

**3. The Opioid-Involved Mortality Surveillance System (LINCMO0009277)**

This is a yearly contract grant between the coroner and the Missouri Department of Health and Senior Services regarding providing Coroner reports for violent or drug-overdose related deaths. The persons with knowledge regarding this program are:

- Dan Heavin
- Brenda Schulte
- Brenda O Brien

**4. The 4 E's Program (Educate, Evade, Escape, Engage) (LINCMO0006883)**

We do not believe the 4 E's program will be relevant to this case. The 4Es Response to an Active Killer Training Program is dedicated to equipping individuals and organizations with the knowledge, skills, and strategies necessary to effectively respond to active killer incidents and enhance community safety.



May 10, 2024
Page 7

### 5. Drug Alcohol Reduction Team (D.A.R.T.) of Lincoln County, Missouri

The County provided additional information about D.A.R.T. in its May 3, 2024 Supplemental Response to Interrogatory No. 3. The persons with knowledge regarding this program are:

- Amy Tippett
- Shannon Burkemper
- Ray Antonacci
- Brett Siefert
- Dave Davenport
- Sarah Valenza
- Heather Graham Thompson
- Cheri Winchester (original member of D.A.R.T.)
- Rick Harrell
- Pasquale Patti
- Madeline Drapp

### Proposed Custodian Chart

The County will update its proposed custodian chart to include information regarding proposed custodians' predecessors pursuant to the PBM Defendants' request on our May 3, 2024 meet and confer call. However, the County is not agreeing to offer every predecessor for every proposed custodian as an additional custodian. To the extent the PBM Defendants request custodians other than or in addition to the custodians the County originally proposed, the County is willing to meet and confer with the PBM Defendants regarding those requests.

### Document Retention

As the County stated on our May 3, 2024 meet and confer call, the County has been searching for information regarding the County's electronic document retention during the temporal period. As discussed, the County will provide a chart describing the County's current understand of each department's electronic document retention. Separately, the County will also update its proposed custodian chart to include information (when known) about the electronic document retention for each individual custodian.



May 10, 2024
Page 8

## Organizational Charts

The PBM Defendants state in their May 7, 2024 letter that the County should provide detailed responses as to how the County functions and operates if no organizational charts are maintained. The County disagrees. The County has already or will shortly produce any requested organizational chart in the County's possession, custody, or control. Information regarding the structure and operation of the County can be found on the County's website: https://lcmo.us/. Descriptions of each department's roles and responsibilities can be found on each department's website (listed above).

## Litigation Hold

The County believed that a litigation hold notice had been issued at the beginning of this litigation. After being unable to locate it, the County subsequently issued a litigation hold notice on February 29, 2024. Nonetheless, in the course of responding to Defendants' requests, the County discovered it no longer has email files for a subset of employees who left the County between October 2019 (when this litigation was filed) and February 2024 (when the operative litigation hold notice was issued).[1] The City has identified nine individuals (listed in the chart below) who may have relevant information that left the County during this time. The County does not believe any of these individuals are key custodians.

| Employee Name | Department | Title | Last Date of Employment |
|---|---|---|---|
| Crystal Hall | County Clerk | County Clerk | 12/31/2022 |
| Kevin Schell | Coroner | Deputy Coroner | 9/30/2021 |
| Brandon Phelps | Coroner | Deputy Coroner | 12/31/2023 |
| James Johnson | Coroner | Deputy Coroner/ | 6/30/2021 |
| James Sharp | Emergency Management Services | EMA Director | 3/9/2021 |
| Adam Stanek | Emergency Management Services | EMA Director | 7/21/2023 |
| Jay Gourley | Project Coordinator | Project Management | 12/31/2019 |
| John Cottle | Sheriff's Office | Sheriff | 12/31/2020 |
| Michael Lang | Sheriff's Office | Undersheriff | 12/31/2020 |

---

[1] The County also does not possess emails for former employees who left the County prior to the commencement of this Action with the exception of former employees from the Sheriff's Office, as described above.



May 10, 2024
Page 9

The County searched their backups to restore these individuals' email files; however, except for the Sheriff's Office, the County's backup files only save documents for thirty days after deletion. However, the Sheriff's Office has backup files that include documents saved from litigation holds for various periods of time in non-related litigation. As a result, the County was able to restore approximately 3,000 of Sheriff Cottle's emails from backup files. The Deputy Coroners used a shared email address (deputycoroner@lincolncountycoroner.com), which the County believes has been preserved. Thus, the County likely has emails for the former Deputy Coroners identified above. The County will confirm that information by the end of next week. In addition, the County has more than 60,000 emails sent to or from these nine individuals in the email files of other County employees (see chart below).

| Name | Email Hits (no search terms applied) | Notes |
|---|---|---|
| Crystal Hall | 29,020 | 2 different emails from 2011-2022: @lcclerk.com domain (2011-2018); @lincolncountymoclerk.gov (2018-2022) |
| Kevin Schell | 33 | Worked for Coroner's Office from 7/2021-9/2021 |
| Brandon Phelps | 312 | Email is deputycoroner@lincolncountycoroner.com; have emails from 2021-2023 |
| James Johnson | 312 | Email is deputycoroner@lincolncountycoroner.com; have emails from 2021-2023 |
| James Sharp | 11,309 | Emails from 2018-2021 |
| Adam Stanek | 9,140 | Emails from 2018-2023 |
| Jay Gourley | 2,516 | Emails from 2015-2019 |
| John Cottle | 2,998 and 11,764 | Emails from 2014-2020, from backup files and hits on current pulled .pst files, respectively |
| Michael Lang | 2,862 | Emails from 2014-2020 |

Lastly, the departments in which these individuals work still possesses non-email electronic documents stored on common drives (*e.g.*, SharePoint) and paper documents. The County will provide a chart further explaining the records retained by each department.



May 10, 2024
Page 10

### Requests For Production

**Request No. 14**

Request No. 14 seeks all documents relating to any alleged violation of state or federal law that involves Prescription Opioids and a person or entity in Lincoln County. The County objects to Request No. 14 to the extent it seeks privileged documents (*e.g.*, attorney-client privilege, law enforcement privilege). The County previously stated it would not search for or produce documents relating to ***open*** law enforcement cases because those documents are not discoverable and almost certainly protected by the law enforcement privilege. *See, e.g.*, *Flagg v. City of Detroit*, No. 05-74253, 2008 WL 787039, at *6 (E.D. Mich.) ("The federal courts have recognized a qualified law enforcement privilege that protects against the disclosure of investigative files in an ongoing criminal investigation."); Order Regarding ARCOS Data, Dkt. 233 at 17 (ordering production of ARCOS data from 2014 or earlier because "[i]t is highly unlikely exposure of data more than three years old will actually or meaningfully interfere with any ongoing matter."). On our May 3, 2024 meet and confer call, the PBM Defendants asked whether the County would produce a spreadsheet with information about open arrests. The County considered this request but has decided it will not produce any information concerning open arrests pursuant to its prior privilege objections. As noted previously, the September 29, 2019 "Amendments to CMO No. 2 re: Confidentiality and Protective Order" (Dkt. 2688) confirm that the County may "withhold . . . records of ongoing criminal investigations." (p. 4).

In regard to closed arrest records, the County encountered a technical issue when trying to pull data for closed arrests from 1996 through 2006. The County is working through that issue and anticipates being able to provide an update by the end of next week. In the meantime, the County will produce the data it currently has for closed arrests from 2007 to present. The County is also trying to determine whether additional data fields are available for closed arrest records. The County will provide an update on its search for additional data fields and a sample closed arrest file by the end of next week.

**Request No. 16:**

Request No. 16 seeks documents relating to efforts the County made to report, discipline, or sanction any DEA registrant relating to the diversion of the Prescription opioids in Lincoln County. As discussed on the May 8, 2024 meet and confer call, the County is searching the Sheriff's Office for responsive arrest reports and other custodial files; however, the County is also searching other custodial and departmental files using the agreed upon search terms and will produce any responsive, non-privileged documents in the County's possession, custody, or control.



May 10, 2024
Page 11

**Request Nos. 15 and 20**

Request No. 15 seeks documents relating to any communication or transaction between the County and medical entities relating to Prescription Opioids. Request No. 20 seeks all documents and data relating to the County's payments for the purchase or reimbursement of Prescription Opioids, including payments relating to any employee health plan. As discussed on our May 8, 2024 meet and confer call, the County does not typically receive pharmacy-level claims data relating to its employee health plans but may have invoices or other responsive documents. Thus, the County will conduct a reasonable search for and produce responsive, non-privileged documents in its possession, custody, or control.

Sincerely,

*/s/ Paige Boggs*
Paige Boggs

cc:  PBM@listserv.motleyrice.com
CT12-15_PBM_PLAINTIFFS_DD_TEAM@LISTSERV.MOTLEYRICE.COM