# EXHIBIT 4

| | |
|---|---|
| **From:** | Shelbi Flood <shelbi@cicalapllc.com> |
| **Sent:** | Monday, February 26, 2024 8:03 PM |
| **To:** | ESI-Opioids; Optum Opioid Team |
| **Cc:** | pbm@listserv.motleyrice.com; mdl2804discovery@motleyrice.com; Joanne Cicala; Josh Wackerly; Johan Conrod; jgarvey@stranchlaw.com; Katie Sullivan |
| **Subject:** | In re National Prescription Opioid Litigation: Track 13, 14 and 15 Plaintiff's R&O to PBM Defs' Discovery Requests |
| **Attachments:** | 2024.02.26 - Track 14  Independence's R&O to PBM Defs' 1st RFPs.pdf; 2024.02.26 - Track 14  Independence's Verified R&O to PBM Defs' 1st ROGs.pdf; 2024.02.26- Track 13 Lincoln's R&O to PBM Defs' 1st RFPs.pdf; 2024.02.26- Track 13 Lincoln's Verified R&O to PBMs' 1st ROGs.pdf; 2024.02.26 - Track 15 Webb's R&O to PBM Defs' 1st RFPs.pdf; 2024.02.26 - Track 15 Webb's Verified R&O to PBM Defs' 1st ROGs.pdf |
| **Categories:** | Opioids |

**EXTERNAL SENDER – Proceed with caution**

Counsel,

Please see the Responses and Objections to PBM Defendants' 1st set of ROGs and RFPs for Track 13, 14, and 15 Plaintiffs, attached.

Thanks,

Shelbi Flood



office: 512.275.6550
mobile: 936.788.4892
shelbi@cicalapllc.com
cicalapllc.com

CONFIDENTIALITY NOTICE: This e-mail transmission and any associated attachments are a private communication and may contain confidential, legally privileged information that is intended solely for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender and do not disclose its contents, use it for any purpose, or store/copy the information in any medium. Thank you.