# EXHIBIT 5



March 1, 2024

**VIA EMAIL**
esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com

Re: *In Re National Prescription Opioid Litigation*; Case No. 17-md-2804
*Lincoln County v. Richard Sackler, M.D.*, No.20-op-45069 ("Track 13")
Lincoln County Custodians and Supplemental Data Fields

Counsel,

We write on behalf of Lincoln County ("The County") to identify its proposed document custodians, and to supplement the County's production of data fields.

**Lincoln County Proposed Custodians**

Below are Lincoln County's proposed custodians:

| Proposed Document Custodian Name | Current Title | County Employment Timeframe |
|---|---|---|
| Brenda O'Brien | Treasurer | 2016-present |
| Quentin Laws | Deputy EMD | 2020-present |
| Mike Mueller | Associate County Commissioner Dist. 1 | 2018-present |
| Matt Bass | Associate County Commissioner Dist. 2 | 2009-present |
| Adam Stanek | Emergency Management Director | 2021-present |
| Mike Krueger | Chief Deputy County Clerk | 2011-present |
| Heather Graham-Thompson | Treatment Court Coordinator | 2008-present |
| Randy Lambert | Chief Deputy /Undersheriff | 2021-present |
| Sandy Jung | Public Administrator | 2019-present |
| Rick Harrell | Sheriff | 2021-present |
| Pasquale Patti | Captain, Sheriff's Office | 2021-present |
| Carrie Ward | Risk Manager at Sheriff's Office, County Auditor, County Treasurer | 2023-present, 2021-2022, 2015-2016 (respectively) |

March 1, 2024
Page 2



| Jodi Mauzy | Business Manager, Sheriff's Office | 2000-present |
| --- | --- | --- |
| Brenda Schulte | County Auditor | 2023-present |
| Helen McDonald | Payroll Clerk | 2019-present |

**Lincoln County Financial Data Fields Supplement**

Also attached are the County's supplemental financial data fields (**Attachment A**). These fields reflect the names and codes for Fund Names, Fund Numbers, Checking Accounts, Department Identification Numbers, Pooled Cash Accounts, and Revenue and Expense Accounts. These data fields are used by the County in its financial tracking software, Tyler Incode, which houses the County's financial data.

**County Employee Insurance Claims and Rebate Data Fields**

*2023-Present*

In 2023, Lincoln County switched brokers and became a self-funded health plan, with Script Care, Ltd. ("Script Care") providing PBM services. Lincoln County does not receive transaction-level claims data from Script Care in the ordinary course. However, Lincoln County does have access to its claims data via Script Care. The data fields available can be found in **Attachment B**.

The county only receives aggregate rebate reports in pdf format that contain the Check Date, Quarter/Year of payment, the Check Number, and Amount. These documents will be produced by the County. The County is still making good faith efforts to determine if Script Care will provide the County access to its detailed rebate data.

*2012-2022*

As detailed in the County's Interrogatory responses and stated in our January 16, 2024 letter—the County was fully insured by either United Healthcare, Inc. ("United") or Anthem, Inc. ("Anthem"), with pharmacy benefits provided by OptumRx or Express Scripts, respectively, from the years 2012-2022. Neither the County nor its Broker at the time, KFlynn Insurance Agency ("KFlynn"), received nor have access to the County's transaction-level claims data from either insurance provider or PBM. Rather, we would expect that the PBM Defendants already have this data and data fields for Lincoln County; we ask that those fields be produced forthwith.

The County received paper copies of aggregate spending reports that Anthem and United provided to KFlynn during the its yearly health insurance renewal process. The County will produce these reports.

Please confirm that the PBM Defendants are willing to work with the County to produce the County's transaction-level claims data from 2012-2022. If not, we will be forced to subpoena United and Anthem to produce it.

The County did not receive rebate payments or rebate data reflecting rebates received by

March 1, 2024  
Page 3



United or Anthem for its prescription drug claims during the 2012-2022 period.

*Workers' Compensation*

Since 1991, the County has received its Workers' Compensation via the Missouri Association of Counties Trust, or MAC Trust. The TPA serving MAC Trust is Cannon Cochrane Management Services, Inc. ("CCMSI"). The County is making good faith efforts to access to the claims data and data fields from so the County can produce without subpoena.

We will supplement the County's Interrogatory responses reflecting the Workers' Compensation information once we receive the County's supplemental verification.

**County Dispensing Data**

The County does not have in its custody or control, nor has access to, county-wide pharmacy dispensing data.

The Lincoln County Sheriff's Office does maintain the County Jail's Medication Administration Records for each prisoner via hand-written ledger. The information tracked in those ledgers include: Medications, Effective Dates, Hour Dispensed, Location, Date of Birth of Inmate, Inmate Name and Number, Facility, Charting Begin and End date, and Diagnosis. We would like to meet and confer with Defendants regarding the best way to produce these documents.

Please do not hesitate to reach out if you have any questions or wish to discuss.

Sincerely,

*/s/ Joanne M. Cicala*

cc: jgarvey@stranchlaw.com  
PBM@listserv.motleyrice.com  
mdl2804discovery@motleyrice.com