# EXHIBIT 6

**quinn emanuel** trial lawyers | washington, dc

2601 South Bayshore Dr., Suite 1550, Miami, FL 33133 | TEL (305) 402-4880 FAX (305) 901-2975

WRITER'S DIRECT DIAL NO.
**(786) 850-3615**

WRITER'S EMAIL ADDRESS
**olgavieira@quinnemanuel.com**

March 12, 2024

VIA EMAIL
joanne@cicalapllc.com
josh@cicalapplc.com
johan@cicalapllc.com
jgarvey@stranchlaw.com
PBM@listserv.motleyrice.com
mdl2804discovery@motleyrice.com

Re:     *In re: National Prescription Opiate Litigation*, MDL No. 2804
        *Lincoln County v. Richard Sackler, M.D.*, No. 20-op-45067 (Track 13)
        Plaintiff Lincoln County Proposed Custodians and Proposed Search Terms

Counsel,

        We write on behalf of Express Scripts, Inc. (**Express Scripts**) and OptumRx, Inc. (together, **PBM Defendants**) regarding Plaintiff Lincoln County's (the **County** or **Plaintiff**) March 1, 2024 letters identifying proposed document custodians and proposed search terms for document review. PBM Defendants have evaluated the information provided in the letter and other information provided to date, including publicly-available materials, and have identified information that was omitted, needs to be supplemented, and requires further clarification. We reserve the right to raise additional deficiencies as we continue our review.

<u>**Lincoln County's Proposed Custodians**</u>

        First, as a preliminary matter, please confirm the list of the constituent parts of Lincoln County that you represent, and those that you do not. Based on your February 26, 2024 discovery responses, we understand that you consider yourself to represent the following County departments as constituent parts of Plaintiff Lincoln County: 45th Judicial Circuit Court, Coroner, County Auditor, County Clerk, County Commissioners, Emergency Management Agency, Human Resources, Prosecuting Attorney, Public Administrator, Sheriff's Office, and Treasurer. *See* Lincoln County's Verified Responses and Objections to PBM Defendants' Interrogatories, pp. 5–6. The County's Responses would also seem to suggest that you represent or seek information from other persons or entities. *See id.* at 2–5 (listing officials from the Ambulance District, County Health Department, Emergency Services (9-1-1), County Resource Board, and Fire Protection District #1 as persons with "[k]nowledge of the opioid crisis relative to their respective *County department(s)*" (emphasis added)). We ask you to clarify whether you represent all of these

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE COUNTY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

entities, including any city-specific departments, for example, city police departments or municipal courts within the County, by the time of our next meet and confer on Wednesday, March 13, 2024 because we need this information before we can fully evaluate the list of custodians you have provided.

Second, PBM Defendants cannot properly evaluate the County's list of proposed custodians because the County failed to provide full and complete responses to Interrogatory Nos. 1 and 2. *See* PBM Defendants Letter dated March 6, 2024 re the County's Responses and Objections to PBM Defendants' Discovery Requests, at pp. 3–5. Without sufficient information to ascertain the individuals with knowledge of the allegations in the complaint, PBM Defendants cannot determine whether the proposed list accurately reflects the proper custodians for relevant documents. Please supplement the County's responses to Interrogatory Nos. 1 and 2 as requested in PBM Defendants' March 6 letter and as agreed during our meet and confer on March 8, 2024.

Third, the County's list of proposed custodians is inadequate and contradicts the County's own (*albeit* also inadequate) Responses. By way of example, although you listed 26 individuals with "[k]nowledge of the opioid crisis relative to their respective County department(s)," and listed 11 county departments that "possess documents, data, records, or other information relating to the allegations in the Complaint," your proposed custodian list is only a fraction of the individuals and/or departments on those lists. Please explain these inconsistencies and supplement your proposed custodian list accordingly.

Fourth, the County's proposal fails to identify sufficient custodians for the time period of the County's claims. Bellwether Plaintiffs including the County have been pushing for a temporal scope dating back to 1996. The PBM Defendants object to that proposal as unduly burdensome and not proportionate to the needs of the case. However, the County's list of proposed custodians only identifies individuals currently employed by the County, the majority of whom started in their positions in the last five years. This is plainly deficient, particularly in light of the Bellwether Plaintiffs' position on temporal scope. Please identify potential custodians for the time period of 2006 through the present for our consideration. If the relevant temporal scope is later determined to extend further back in time, we reserve the right to request custodians for those earlier time periods. Please also provide organizational charts or similar documents for this time period sufficient for the PBM Defendants to understand who was employed by the County during that period and assess the County's proposal.

Fifth, PBM Defendants have, more specifically, identified questions related to the specific custodians listed by the County, as set forth below:

1. Plaintiff listed Pasquale Patti, Captain at the Sheriff's Office and Mike Krueger, Chief Deputy County Clerk as custodians on its March 1, 2024 list, but they do not appear on the County's Responses. Please confirm that these custodians were inadvertently omitted from the County's Responses and will be properly supplemented in the County's Responses, or explain the reasons for omitting them.

2

2. In the County's Responses, Plaintiff identified Joe Kaimann, Kathy Hall, Dan Heavin, Stephanie Wahoski, Kenneth Schulte, David Collier,[1] Raymond Antonacci, Shannon Burkemper, Brett Siefert, Madeline Drapp, Sarah Valenza, Jesse Martens, James Roberts, Cheri Winchester, and Michael Marlo as witnesses with knowledge of the facts and circumstances of the County's claims and injuries, but none of these individuals are listed as proposed custodians. Please confirm that these individuals should be identified as custodians for Plaintiff, or explain the reasons for omitting them from the list of custodians.

3. You have listed current officials of certain County departments as custodians of documents. Please supplement this list to reflect historical data of all individuals who have held these positions within each County department so identified. They include:  the County Treasurer, Emergency Management Agency, County Commissioners, County Clerk, Treatment Court Coordinator, Sheriff, Public Administrator, County Auditor, and Payroll Clerk.

Sixth, from our review of available information, we expected you to name current and past officials of the following County departments and/or agencies as document custodians and yet you failed to do so. Please explain why and advise whether or not you have retained documents for each of these people, and if so, the temporal scope of those documents.

- Sheriff's Office, Patrol Division
- Sheriff's Office, Criminal Intelligence Analysis Unit– (CIAU)
- Sheriff's Office, Crime Investigations Division
- Sheriff's Office, Narcotics Enforcement Division
- Sheriff's Office, Community Division
- Sheriff's Office, Records Division
- Sheriff's Office, Jail Division
- Sheriff's Office, School Resource Officers
- Office of the County Prosecutor
- County Probation Department
- Office of the County Assessor
- Office of the County Collector
- Office of the County Coroner
- Office of the County Surveyor
- Office of the County Recorder of Deeds
- Lincoln County Missouri Economic Development Office
- Lincoln County Justice Center
- Lincoln County Project Coordinator

---

[1] Please confirm that this individual is employed by Lincoln County, Missouri–not Lincoln County, Oregon. *See, e.g.*, Department Directory, Lincoln County, Oregon, available at https://www.co.lincoln.or.us/directory.aspx?EID=15 (listing David Collier, Human Resources Director).

Seventh, from our review of available information, we also expected you to name the following individuals as document custodians (in addition to the individuals identified in our fourth point above) and yet you failed to do so. Please explain why and advise whether or not you have retained documents for each of these people, and if so, the temporal scope of those documents.

- Nurse Colleen Freeland, Sheriff's Office, Jail Division
- Pat Hamlin, Sherriff's Office, Jail Finances
- Michael L. Wood, Lincoln County Prosecuting Attorney

For all of the identified deficiencies above, please supplement the custodial lists you provided with the required additional information as soon as possible but no later than **Wednesday, March 13, 2024**.

## **Search Terms**

The County's proposed search terms are inadequate and are unlikely to lead to the discovery of all documents relevant to the Plaintiff's alleged claims and injuries and the PBM Defendants' defenses or responsive to the PBM Defendants' discovery requests. Consequently, the PBM Defendants have enclosed a revised list of proposed search terms that expands on the County's March 1, 2024 search term proposal. *See* **Appendix A**.

Note that Attachment A retains the County's proposed search terms in **bold** text and includes additional terms proposed by the PBM Defendants. We are available to meet and confer with the County about this list.

\* \* \* \* \*

Nothing contained in this letter limits or waives PBM Defendants' objections, rights, and remedies. PBM Defendants' investigation is ongoing and PBM Defendants reserves the right to propose additional custodians and search terms as information is uncovered.

Sincerely,

*/s/ Olga M. Vieira*
Olga M. Vieira


CC: Plaintiff's Counsel

4

**APPENDIX A**

**PBM Defendants' Proposed Search Terms to Lincoln County**[1]

| No. | Terms |
|-----|-------|
| 1 | **(Optum OR Medco OR "Express Scripts" OR ExpressScripts OR "Evernorth Health" OR "ESI Mail" OR "United Health" OR UnitedHealth OR AWPRx OR "CVS Caremark")** OR Purdue OR Actavis OR Allergan OR "Watson Laboratories" OR (Watson w/2 Pharma*) OR Cephalon OR Teva OR Janssen OR "J&J" OR "J & J" OR "Johnson and Johnson" OR "Johnson & Johnson" OR "Ortho-McNeil-Janssen" OR Endo OR Mallin* OR Malin* OR "SpecGX" OR "Spec GX" OR Sackler* OR Mylan OR Noramco OR Sackler OR "Cardinal Health" OR (Cardinal w/2 distrib*) OR McKesson OR Amerisource* OR ABDC OR Bergen OR CVS OR Walgreen* OR Walmart OR "Wal-Mart" OR "Wal*Mart" OR Target OR Caremark OR DEPOMED OR (ESI w/3 Pharma*) OR ((Express w/2 Script*) /2 Pharma*) OR (ESI w/4 Process*) OR Evernorth OR Optum* |
| 2 | **(OxyContin OR Oxy OR "MS Contin" OR Dilaudid* OR Butrans OR Hysingla* OR Targin OR Kadian OR Norco OR Actiq OR Fentora OR Duragesic OR Nucynta* OR Opana OR Percodan OR Percocet OR Zydone OR Subsys OR Exalgo OR Roxicodone OR Xartemis* OR Methadose)** OR Roxy OR Roxi* OR Zohydro OR Lortab* OR Lorcet |
| 3 | **(opioid* OR opiate* OR heroin OR fentanyl)** OR herin OR herion OR heroine OR "black tar" OR fent* OR IMF OR NPS OR poppy OR phent* OR cocaine OR coke OR crack OR methamphetamine OR meth* OR alcohol OR amphetamine OR barbitur* OR lsd OR (molly w/5 (drug* OR illegal* OR high* OR using OR use OR usage OR abus*)) OR (pcp w/5 (hallucin* OR powder* OR tablet* OR capsule* OR cotamin* OR smok* OR snort* OR recreation*)) OR morphine OR carfent* OR ecstasy OR MDMA OR ((illegal* OR illicit*) w/5 (drug* OR substance*)) OR (drug* w/5 addict*) OR junkie OR opiod* OR opoid* OR opium* |
| 4 | **(oxycodone OR morphine OR hydrocodone OR hydromorphone OR buprenorphine OR tapentadol OR oxymorphone OR carfentanil)** OR carfent* OR dihydrocodeine OR meperidine OR TIRF OR transmucosal OR Vicodin OR Oxy* OR hydro* OR hydromorphine |
| 5 | **(narcan OR naltrexone OR naloxone OR Revia OR Vivitrol OR Bunavail OR Zubsolv OR methadone OR suboxone)** OR Sublocade OR Probuphine OR (antidote w/3 kit*) OR (antidote w/2 kits) OR Methadose OR LAAM OR levomethadyl |
| 6 | **(overdos* OR (Opioid w/5 epidemic)** OR (pill w/2 mill*) OR "pill mill" OR pillmill* OR overdos* OR (over w/2 dose*) OR (suspicious w/10 prescrib*) OR (suspicious* OR investigat* OR arrest* OR raid*) |

---

[1] Lincoln County proposed the terms that appear in **bold** text in a letter to PBM Defendants dated March 1, 2024.

| No. | Terms |
|-----|-------|
| 7 | **(((drug OR drugs) /2 (dispos* OR "take back" OR takeback)) OR "needle exchange" OR "substance abuse prevention" OR "medication assisted treatment" OR MAT)**<br><br>OR<br><br>DBT OR "drug reclamation" OR Deterra OR "needle exchange" OR "syringe exchange" OR "syringe service" OR "harm reduction" OR "substance abuse prevention" OR (drug* w/3 court) OR "diversion court" OR "diversion program" OR "intervention court" OR "Substance Use Disorder" OR "polysubstance abuse"<br><br>OR<br><br>"peer recovery" OR "peer-based support" OR (peer w/2 coach*) OR (peer w/2 counsel*) OR "recovery housing" OR "transitional housing" OR "recovery residence*" OR "narcotics anonymous" OR "recovery coach*" or "recovery support" or "recovery services" or "recovery community center" OR ("mobile unit" w/10 (drug* OR treat* OR addict* OR OUD OR opioid OR abuse OR substance))<br><br>OR<br><br>(("task force" OR taskforce OR committee* OR subcommittee* OR group* OR board* OR panel* OR legislat* OR lobby*) w/10 (narcotic* OR drug* OR heroin OR fentanyl OR opioid OR opiate OR diversion))<br><br>OR<br><br>"Neonatal Abstinence Syndrome" or NAS or "neonatal opioid withdrawal syndrome" or NOWS OR "substance-exposed" OR "prenatal drug exposure" OR "prenatally-exposed" OR "substance affected" OR "prenatal exposure" OR "affected infant" OR "Neonatal Opi* withdrawal syndrome" |
| 8 | **(pain w/2 (chronic* OR "long term" OR extend* OR treat* OR doctor* OR Dr OR prescrib* OR prescript* OR nurse* OR physician* OR specialist* OR provider* OR HCP* OR PCP*))** OR painkiller* OR "pain-killer*" OR "pain killer*" OR "pain medic*" OR analgesic* OR (pain w/3 pill*) OR narcotic* OR (controlled w/2 substance*) |
| 9 | **"Formulary" OR "Drug List" OR "Preferred Drug List" OR "day* supply" OR "dosing-limit" OR "dos* limit*" OR "dose-limit" OR "dosage-limit"** OR "utilization management" OR TPA OR ("third party" w/2 admin*) OR (pharmac* w/3 benefit*) OR PBM OR "prior authorization" OR rebat* OR (Kevin w/2 Flynn) OR (Bilington w/2 insurance) OR "@billingtoninsurance.com" OR (Jeremy w/2 Billington) OR Anthem OR UnitedHealthCare OR HealthLink OR ScriptCare OR (Crescent w/2 Solutions) OR "Crescent Health"<br><br>~~AND~~<br><br>~~[DRUG BLOCK]~~ |
| 10 | **((prescriber* OR physician* OR doctor*) w/4 (monitor* OR validat* OR review* OR outlier* OR suspic* OR concern* OR highest OR "high quantity" OR "high volume"** |

| No. | Terms |
|---|---|
| | **OR "high prescribing" OR overprescri\* OR indict\* OR complaint\* OR misconduct OR disciplin\* OR investig\* OR questionabl\* OR license OR terminat\* OR escalat\* OR revoke\* OR suspend\* OR probation OR "shut off" OR "shutting off" OR "cutting off" OR "cut off" OR "hard stop" OR "no longer fill" OR "will not fill"))** <br><br>**AND** <br><br>**([AGENCY BLOCK]** <br><br>~~**AND**~~ **OR** <br><br>**[DRUG BLOCK])** |
| 11 | PMP OR "prescription monitoring program" OR PDMP OR "prescription drug monitoring program" OR (prescription w/5 monitor\*) OR "patient monitoring database\*" OR "Rx monitoring" OR (("drug" or "substance\*" OR prescri\*) w/5 ("monitoring program\*" OR "enforcement\*")) |
| 12 | (cost\* OR budget\* OR expen\* OR grant\* OR fund\* OR money OR monies\* OR monetar\* OR dollar\* OR financ\* OR revenue OR account\* OR price OR abat\* OR prevent OR program OR initiative OR tax\* OR recover OR redress OR interdict OR ameliorat\* OR financ\* OR forecast OR emergenc\* OR ambulance OR (first w/3 respond\*) OR polic\* OR "Medical Examiner" OR coroner\* OR toxicolog\* OR forensic OR pathalog\* OR (Medic w/3 facil\*) OR harm OR damag\* OR injur\* OR loss OR devastat\* OR toll OR impact OR hospit\* OR patient\* OR death OR die OR kill OR action OR nuisance OR proceeding OR discipline OR punish OR fine OR settle OR prosecut\* OR (juvenile w/3 court)) w/10 [DRUG BLOCK] |
| 13 | (pain w/2 (control\* OR assess\* OR treat\* OR interven\*)) OR (pain w/15 (stigma\* OR bias\*)) OR (addict\* w/15 (stigma\* OR bias\*)) OR ("substance use" w/15 (stigma\* OR bias\*)) OR ("substance abuse" w/15 (stigma\* OR bias\*)) |
| 14 | (FDA OR DEA OR CSA OR "controlled substance\*") w/10 (manufactur\* or distribut\* or doctor\* or pharmac\* or dentist\* or prescri\* or veterinar\* or nurse\* or physician\*) |
| 15 | ("Confidential Informant" OR CI) w/50 ("Express Scripts" OR ESI OR pill OR narcotic\* OR drug\* OR opioid\* or opiat\*) |
| 16 | Grant\* OR Fund\* OR Donat\* w/10 (SAMSHA OR "substance abuse" OR SOR OR "state opioid response" OR [DRUG BLOCK]) |

## SEARCH TERM BLOCKS

**[DRUG BLOCK]:**

**(opioid\* OR oxy\* OR hydro\* OR fent\* OR codone\* OR morphone\* OR Dilaud\* OR Delaud\* OR Hysing\* OR Hising\* OR Targin\* OR hydromorph\* OR Kadean OR durages\* OR nucinta OR nusynta OR tapent\* OR opana\* OR perco\* OR perca\* OR subsis OR exalg\* OR roxico\* OR roxeco\* OR Xartem\* OR Xartim\* OR (control\* w/2 (med OR meds OR medication OR medications OR substance OR substances OR drug OR drugs OR prescrip\***

OR eprescrip* OR rx OR rxs OR erx OR erxs OR scrip OR scrips OR script OR scripts OR escrip OR escrips OR escript OR escripts)) OR "c ii" OR cii OR ciis OR c2 OR c2s OR "schedule ii" OR scheduleii OR scheduleiis OR schedule2 OR schedule2s OR "class ii" OR classii OR classiis OR class2 OR class2s OR "c iis" OR "schedule iis" OR "class iis" OR "c 2" OR schedule 2 OR "class 2" OR "c 2s" OR "schedule 2s" OR "class 2s" OR CS OR narcotic* OR ((hydr* OR hcp*) w/10 ("c iii" OR ciii OR ciiis OR c3 OR c3s OR "schedule iii" OR scheduleiii OR scheduleiiis OR schedule3 OR schedule3s OR "class iii" OR classiii OR classiiis OR class3 OR class3s OR "c iiis" OR "schedule iiis" OR "class iiis" OR "c 3" OR "schedule 3" OR "class 3" OR "c 3s" OR "schedule 3s" OR "class 3s")))


**[AGENCY BLOCK]:**

("Board of Pharmacy" OR "Pharmacy Board" OR "Department of Justice" OR DOJ OR FDA OR "Federal Drug Administration" OR police OR "state authorities" OR "Federal authorities" OR "law enforcement" OR "regulatory authorities" OR regulators)