# EXHIBIT 7



March 13, 2024

**VIA EMAIL**
esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com

Re:     *In Re National Prescription Opioid Litigation*; Case No. 17-md-2804
        *Lincoln County v. Richard Sackler, M.D.*, No.20-op-45069 ("Track 13")
        Lincoln County Supplemental Custodian List

Counsel,

        We write to supplement the discovery responses of plaintiff Lincoln County ("The County" or "Lincoln") .  The County reserves all rights.

        ***Persons with Knowledge/Custodians***

        Below is Plaintiff's supplemented list of persons with knowledge of the facts and circumstances surrounding the complaint.  Everyone listed here is also being offered as a proposed custodian. Newly identified proposed custodians are highlighted in yellow:

| Name | Department | Title | Years |
|------|-----------|-------|-------|
| Adam Stanek | Emergency Management Agency (EMA) | Emergency Management Director/Floodplain Director | 2018 - 2024 |
| Brenda O'Brien | Treasurer | Treasurer | 2016 - Present |
| Brenda Schulte | County Auditor | Auditor | 2023 - Present |
| Brett Siefert | County Health Department | Administrator | 2010 - Present |
| Carrie Ward | Sheriff's Office, Auditor, Treasurer | Risk Manager at Sheriff's Office, County Auditor, County Treasurer | 2023-present, 2021-2022, 2015-2016 (respectively) |
| Cheri Winchester | Resource Board | Executive Director | 2014 - Present |
| Dan Heavin | Coroner | Coroner | 2021 - Present |
| Heather Graham-Thompson | 45th Judicial Circuit Court | Treatment Court Coordinator | March 2008 - Present |
| Helen McDonald | County Clerk | Payroll Clerk | 2019 - Present |
| James Roberts | Emergency Services (911) | Executive Director of Dispatch | 2021 - Present |

March 12, 2024
Page 2



| Jesse Martens | County Health Department | Assistant Administrator | 2020 - Present |
|---|---|---|---|
| Jodi Mauzy | Sheriff's Office | Business Manager | 2000 - Present |
| Joe Kaimann | County Commissioner | Presiding Commissioner | 2020 - Present |
| Kathy Hall | 45th Judicial Circuit Court | Circuit Clerk | 2023 - present |
| Kenneth "Kenny" Schulte | County Clerk | County Clerk | 2023 - Present |
| Madeline Drapp | County Health Department | Public Health Educator | 2021 - Present |
| Matt Bass | County Commissioner | Associate Commissioner Dist. 2 | 2009 - Present |
| Michael "Mike" L. Wood | Prosecuting Attorney | Prosecuting Attorney | 2019 - Present |
| Michael Marlo | Fire Protection District #1 | Fire Chief | May 2020 - Present |
| Mike Krueger | County Clerk | Chief Deputy County Clerk | 2011 - Present |
| Mike Mueller | County Commissioner | Associate Commissioner Dist. 1 | 2018 - Present |
| Pasquale Patti | Sheriff's Office | Captain (Patrol Commander) | 2021 - Present |
| Quentin Laws | Emergency Management Agency (EMA) | Floodplain Manager / Deputy EMD | 2020 - Present |
| Randy Lambert | Sheriff's Office | Chief Deputy / Undersheriff, Drug Court Tracker3 | 2021 - Present |
| Raymond "Ray" Antonacci | Ambulance District | Chief Administrator | 2009 - Present |
| Richard "Rick" Harrell | Sheriff's Office | Sheriff | 2021 - Present |
| Robert Shramek | Fire Protection District #1 | Deputy Fire Chief | 2000 - Present |
| Robert Thebeau | Sheriff's Office | Detective Sargeant, Narcotics and Special Investigations | 2017 - Present |
| Samantha Shelton | Emergency Services (911) | Custodian of Records | 2022 - Present |

March 12, 2024
Page 3



| Sandy Jung | Public Administrator | Public Administrator | 2019 - Present |
|---|---|---|---|
| Sarah Valenza | County Health Department | Public Information Specialist | June 2023 - Present |
| Shannon Burkemper | Ambulance District | Chief Medical Officer | 2018 - Present |
| Stephanie Wahoski | Coroner | Chief Deputy Coroner | 2021 - Present |

### *Relevant Departments List*

**Below is the County's supplemented list of** relevant departments.  Additions are highlighted in yellow:

| County Department |
|---|
| 45th Judicial Circuit Court |
| 911 District |
| Ambulance District |
| Coroner |
| County Auditor |
| County Clerk (includes payroll and Human Resources) |
| County Commissioners |
| County Health Department |
| Emergency Management Agency (EMA) |
| Fire Protection District #1 |
| Prosecuting Attorney |
| Resource Board |
| Public Administrator |
| Sheriff's Office |
| Treasurer |

The County is now offering 33 custodians, over 10% of its entire workforce.

We are reviewing your March 12, 2024 letter and will respond to that promptly.

Sincerely,

*/s/ Joanne M. Cicala*

-

cc: jgarvey@stranchlaw.com
    PBM@listserv.motleyrice.com
    mdl2804discovery@motleyrice.com