# EXHIBIT 10

| | |
|---|---|
| **From:** | Olga Vieira <olgavieira@quinnemanuel.com> |
| **Sent:** | Tuesday, March 26, 2024 9:50 PM |
| **To:** | pbm@listserv.motleyrice.com |
| **Cc:** | Optum Opioid Team; ESI-Opioids |
| **Subject:** | Opioids MDL - Track 13 (Lincoln County): PBM Defendants' Initial Identification of Custodians |

**EXTERNAL SENDER – Proceed with caution**

Counsel,

Below is the PBM Defendants' initial selection of 10 custodians from Lincoln County as part of the agreed upon rolling custodian selection process. We will continue to meet and confer regarding information needed from Lincoln County to continue the selection process.

1. **Sheriff John Cottle**
2. **Carrie Ward**
3. **Adam Stanek**
4. **Robert Thebeau**
5. **Raymond Antonacci**
6. **Brenda O'Brien**
7. **Matt Bass**
8. **Ryan Parker**
9. **Heather Graham-Thompson**
10. **Brett Siefert**

Thanks,
Olga

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
2601 South Bayshore Dr, Suite 1550
Miami, FL. 33133

(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
(305) 901-2975 Fax
olgavieira@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.