# EXHIBIT 11

# Cicala Law Firm PLLC

April 10, 2024

**VIA EMAIL**
esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com

Re:   *In Re National Prescription Opioid Litigation*; Case No. 17-md-2804
      *Lincoln County v. Richard Sackler, M.D.*, No.20-op-45069 ("Track 13")
      Lincoln County Proposed Custodians, Financial Data Fields, and Search Terms

Counsel,

We write on behalf of Plaintiff Lincoln County, Missouri ("Plaintiff" or "the County") regarding the County's proposed custodians, search terms, and data fields.

## *Data Fields*

Attached, please find definitions for the object codes appearing in the County's financial data fields.

## *Plaintiff's Proposed Custodians*

First, we confirm our representation of the individuals and Departments listed in response to Interrogatory 1.

Second, in addition to the 33 custodians already identified, the County also offers the following additional custodians:

| Name | Title | Years in Service |
|---|---|---|
| Captain Greg Tipton | Jail Administrator and LCSO Lieutenant. | 2010-Present |
| Lt. Amy Tippett | School Resource Officer and LCSO Lieutenant | 2009-Present |
| Colleen Freeland | Nurse for the LCSO Jail | 2022-Present |

Contrary to what you say in your April 5 letter, the County has in fact already proposed custodians for the following divisions:[1]

- Lincoln County Sheriff's Office ("LCSO") Patrol Division:
    - **Pasquale Patti** – Patrol Commander
- LCSO Narcotics and Special Investigations Divisions:[2]

---

[1] This information was included in Plaintiffs' Supplemental Interrogatory Responses served March 29. 2024.
[2] Special Investigations Division is used interchangeably with the Crime Investigations Division

April 10, 2024
Page 2



- - **Robert Thebeau** – Detective Sergeant for Narcotics and Special Investigation Divisions
  - **Randy Lambert** – Undersheriff, supervisor of Narcotics Department
- LCSO Records Division
  - **Jodi Mauzy** – As shown by a simple search of the LCSO, Ms. Mauzy, the business manager of the LCSO, is also the Administrative Manager of the LCSO records division.[3]

Plaintiff will identify a custodian for the Assessor's Office and the Project Coordinator's Office by the end of the week.

Plaintiff does not believe any relevant or responsive information would be found with the Lincoln County Economic Development Office, Surveyor, Tax Collector, nor the Recorder of Deeds. Plaintiff is willing to meet and confer on these topics.

*Defendants' Proposed Custodians*

On March 25, Defendants proposed the following custodians:

- Sheriff John Cottle
- Carrie Ward
- Adam Stanek
- Robert Thebeau
- Raymond Antonacci
- Brenda O'Brien
- Matt Bass
- Ryan Parker
- Heather Graham-Thompson
- Brett Siefert

The County agrees to all of the above custodians except former Sheriff John Cottle. Any relevant files from former Sheriff Cottle are in the custody and control of the current Sheriff Rick Harris, who we have named, or are otherwise available via non-custodial sources.  By way of example, the Sheriffs' office has in its custody closed arrest records dating back to 1996; all of former Sheriff Cottles' investigation files would be contained therein.

*Search Terms for CT12-CT15*

As stated during our meet and confer and reiterated here, CT13-CT15 Plaintiffs are aligned with Rochester on all search term negotiations.

---

[3] *See* https://lcsomo.gov/records-division/.

April 10, 2024
Page 3



                                      Sincerely,

                                      */s/ Joanne M. Cicala*

cc:  jgarvey@stranchlaw.com
      PBM@listserv.motleyrice.com
      mdl2804discovery@motleyrice.com