# EXHIBIT 18

| | |
|---|---|
| **From:** | Dan Humphrey <danielhumphrey@quinnemanuel.com> |
| **Sent:** | Wednesday, May 8, 2024 4:28 PM |
| **To:** | Josh Gay |
| **Cc:** | ESI-Opioids; Optum Opioid Team; pbm@listserv.motleyrice.com; David R. Cohen (David@SpecialMaster.Law) |
| **Subject:** | PBM Defendants Agenda Items re Independence/Lincoln |
| **Attachments:** | 2024.05.08  Lincoln County Dispute Source Materials.zip; 2024.05.08  Independence Dispute Source Materials.zip |

**EXTERNAL SENDER – Proceed with caution**

Josh,

Please add the following items to the agenda on behalf of the PBM Defendants:

**PBM Defendants' Inability to Identify Custodians and Complete Fact Discovery Based on City of Independence's Discovery Responses**

1. Description: The PBM Defendants request a ruling from the Special Master compelling the City of Independence to fully respond to the PBM Defendants' First Set of Interrogatories, in particular Interrogatory Nos. 1, 2, 3, 4, 5, and 6. The PBM Defendants have repeatedly raised these deficiencies to the City, but the City's partial responses are inadequate and delaying fact discovery. While the City has agreed to provide certain information by May 10, the PBM Defendants would like to address any remaining issues with the Court and will request an order compelling City of Independence to provide all of the information by a date certain. Without this information, the PBM Defendants are unable to identify and select proper custodians or begin to identify deponents.
2. Related Documents
    a. 2024.01.26 PBMs First Interrogatories to City of Independence
    b. 2024.02.26 - Track 14  Independence's Verified R&O to PBM Defs' 1st ROGs
    c. 2024.03.06 PBMs Letter to City of Independence re Plaintiffs R&Os
    d. 2024.03.12 - Letter to City of Independence Memorializing Meet and Confer re PBM Defendants 03.06.2024 Deficiency Letter
    e. 2024.04.04 - LTR - CT 14 Independence to PBMs re R&Os Deficiencies
    f. 2024.04.16 PBM Defs Letter to the City of Independence re 1st Set of RFPs and Rogs, Data Fields
    g. 2024.04.19 - LTR - CT 14 Independence Response to Defs' Letter re RFPs ROGs and Data Fields
    h. 2024.04.30 Amended Ltr to PBM Defs Re Independence's Resp to 2nd RFPs
    i. 2024.04.30 - Independence's First Suppl R&Os to PBM Defs' 1st ROGs
    j. 2024.05.02 PBM Defendants Letter re Disco Deficiencies to the City of Independence
    k. 2024.05.03 Humphrey Re_ Correspondence Regarding City of Independence
    l. 2024.05.03 PBoggs RE_ Correspondence Regarding City of Independence
    m. 2024.05.06 PBoggs RE_ Correspondence Regarding City of Independence
    n. 2024.05.08 Summary of Dispute
3. Attorneys Handling
    a. ESI: Olga Vieira, Marianna Chapleau
    b. OptumRx: Brad Smyer
    c. Plaintiff: Joanne Cicala, Shelbi Flood, Paige Boggs

**Lincoln County Custodian Selection and Discovery Deficiencies**

1. Description: The PBM Defendants request a ruling from the Special Master compelling Lincoln County to fully respond to the PBM Defendants' First Set of Interrogatories, in particular Interrogatories Nos. 1 and 2 and provide additional information required to select custodians. The PBM Defendants have repeatedly raised these deficiencies to the County, but the County's partial responses are inadequate and delaying fact discovery. While the County has agreed to provide certain information by May 10, the PBM defendants would like to address any remaining issues with the Court and will request an order compelling Lincoln County to provide all of the information by a date certain. Without this information, the PBM Defendants are unable to identify and select proper custodians or begin to identify deponents.
2. Related Documents
    a. 2024.01.26  PBMs First Interrogatories to Lincoln County
    b. 2024.02.26 First Responses and Objections to PBMs Interrogatories
    c. 2024.03.01 - Track 13 Lincoln County Custodians and Data Fields
    d. 2024.03.06  PBMs Letter to Lincoln County re Plaintiffs R&Os
    e. 2024.03.12  Letter to Plaintiff Memorializing Meet and Confer re PBM Defendants 03.06.2024 Deficiency Letter
    f. 2024.03.12  PBMs Letter to Lincoln County re Custodians and Search Terms
    g. 2024.03.14  Letter to Plaintiff Lincoln County Memorializing Meet and Confer re Plaintiff's Proposed Custodians and Search Terms
    h. 2024.03.14  Lincoln County Custodians and Search Terms Response Correspondence
    i. 2024.03.15  PBM Defendants Notice of Dispute to Special Master Cohen re_ Track 13 (Lincoln County) Proposed Custodians, Search Terms, and Data Fields
    j. 2024.03.25  CT 13 Lincoln County Ltr Re Pltfs ROs to Disc
    k. 2024.03.29  CT13 Lincoln's Verified Suppl R&O to PBM Defs' 1st ROGs
    l. 2024.04.05 PBM Defendants' Deficiency Letter re Lincoln County Supplemental R&Os to PBM Defendants' 1st Interrogatories and RFPs
    m. 2024.04.09 Letter to Lincoln County re April 5 and April 8 meet-and-confers
    n. 2024.04.10 CT13 Ltr Regarding Search terms, Custodians, and Data Fields (1)
    o. 2024.04.12 MC Letter
    p. 2024.04.17 Meet and Confer Deficiencies re Lincoln County
    q. 2024.04.19 - LTR - CT-13 Response to Defs' Written Discovery Ltrs
    r. 2024.04.25 Letter re Discovery Deficiencies
    s. 2024.04.29 Correspondence re Lincoln County
    t. 2024.04.30 Correspondence re Lincoln County
    u. 2024.04.30 PBoggs RE_ Opioid MDL - Track 13 - Lincoln County Discovery Deficiencies Related to Custodian Identification
    v. 2024.05.03 Chapleau re Lincoln County - Meet-and-Confer Follow-Up
    w. 2024.05.03 Lincoln County Discovery Ltr to PBM Defs re Custodians
    x. 2024.05.06 - PBoggs re Lincoln County - Meet-and-Confer Follow-Up
    y. 2024.05.06 - PBoggs re Lincoln County - Meet-and-Confer Follow-Up
    z. 2024.05.07 Letter Summarizing 2024.05.03 Meet-and-Confer
    aa. 2024.05.08 Summary of Dispute
3. Attorneys Handling
    a. ESI: Olga Vieira, Marianna Chapleau
    b. OptumRx: Brad Smyer
    c. Plaintiff: Joanne Cicala, Shelbi Flood, Paige Boggs

Sincerely,
Dan Humphrey

**Dan Humphrey**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

2601 S. Bayshore Dr, Suite 1550
Miami, Florida 33133
513-373-7837 Direct
danielhumphrey@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.