# EXHIBIT 20

**quinn emanuel** trial lawyers | miami, fl

2601 South Bayshore Dr., Suite 1550, Miami, FL 33133 | TEL (305) 402-4880 FAX (305) 901-2975

WRITER'S DIRECT DIAL NO.
**(786) 850-3615**

WRITER'S EMAIL ADDRESS
**olgavieira@quinnemanuel.com**

May 12, 2024

VIA EMAIL
joanne@cicalapllc.com
shelbi@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
jgarvey@stranchlaw.com
PBM@listserv.motleyrice.com
mdl2804discovery@motleyrice.com

Re:   *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio)
      *City of Independence, Missouri v. Williams*, No. 19-op-45371 ("Track 14")
      Re: Deficiency Letter Regarding City of Independence's Discovery Responses, Data Fields, and Fact Sheet Responses

Dear Counsel:

We write to follow up on our meet-and-confer call on Friday, May 10, 2024, regarding the City's April 30, 2024 Supplemental Responses and Objections to the PBM Defendants' First Set of Interrogatories ("Interrogatories") and First Set of Requests for Production ("Requests") (collectively, "Supplement"), as well as the City's proposed custodians.

The purpose of the meet-and-confer was to discuss deficiencies identified by the PBM Defendants in the City's supplemental responses and objections to the PBM Defendants' Requests and Interrogatories, as outlined in the PBM Defendants' letter dated May 2, 2024. The parties also discussed the PBM Defendants' May 8 email dispute to Special Master Cohen, and the City's May 9 letter response to the PBM Defendants' May 2 letter.

The Parties discussed the PBM Defendants' May 8 email dispute to Special Master Cohen. The City agreed to notify the PBM Defendants as to whether it objects to providing any of the information requested by the PBM Defendants in their May 8 submission to Special Master Cohen. Following the meet and confer, the City confirmed that it would provide complete responses to the PBM Defendants' outstanding requests, as detailed in the PBM Defendants' May 8 email dispute to Special Master Cohen, or otherwise provide an update by May 17, 2024.

quinn emanuel urquhart & sullivan, llp

In its May 9 letter, the City stated for the first time that, for some departments, the City would include the department itself as a custodian rather than naming individual custodians. The PBM Defendants asked which departments, specifically, the City would consider under this approach. The City stated that it could not identify those departments or what documents it has and for what time periods at this time. The City agreed to provide that information or otherwise provide an update by May 17, 2024.

More importantly, in its May 9 letter, the City informed the PBM Defendants for the first time that it does not have any emails or electronically stored documents prior to 2014. During the meet and confer, the PBM Defendants raised several concerns regarding the City's lack of pre-2014 electronic information. They requested that the City provide additional information regarding the type and temporal scope of electronic and hard copy documents that are available in the City's next update on custodians and stated that they would follow up with additional questions on this point.

\*     \*     \*

Nothing in this letter is intended to limit or waive any of the PBM Defendants' objections, rights, or remedies. PBM Defendants reserve the right to discover information and documents responsive to all of their Requests, Interrogatories, and information required by the Plaintiff Fact Sheets.

Sincerely,

/s/ Olga M. Vieira
Olga Vieira