# EXHIBIT 21

# quinn emanuel trial lawyers | miami

2601 S. Bayshore Drive, Suite 1550, Miami, Florida 33133-5417 | TEL (305) 402-4880 FAX (305) 901-2975

WRITER'S DIRECT DIAL NO.
**(786) 850-3615**

WRITER'S EMAIL ADDRESS
**olgavieira@quinnemanuel.com**

May 15, 2024

**VIA E-MAIL**
joanne@cicalapllc.com
shelbi@cicalapllc.com
pboggs@motleyrice.com
PBM@listserv.motleyrice.com

Re:  *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio)
*City of Independence, Missouri v. Williams*, No. 19-op-45371 ("Track 14")
Re: Bellwether Litigation Hold

Dear Counsel:

We write on behalf of the Express Scripts Defendants (collectively, **Express Scripts**) and OptumRx, Inc. (together, the **PBM Defendants**).

Please advise whether the City of Independence instituted a litigation hold for relevant documents and custodial files related to this litigation (Track 14) and if so, when it was instituted.

Sincerely,

*/s/ Olga M. Vieira*

Olga M. Vieira

quinn emanuel urquhart & sullivan, llp