# EXHIBIT 24

| | |
|---|---|
| **From:** | Boggs, Paige <pboggs@motleyrice.com> |
| **Sent:** | Thursday, May 23, 2024 3:01 PM |
| **To:** | Dan Humphrey; pbm@listserv.motleyrice.com |
| **Cc:** | ESI-Opioids; Optum Opioid Team |
| **Subject:** | RE: Correspondence Regarding Independence Ransomware Attack |

**EXTERNAL SENDER – Proceed with caution**

Counsel,

We received your May 15th letter and will respond by the end of this week.  In regard to your questions below, the City believes there is a document that summarizes the City's findings concerning the ransomware attack and is searching for it.  We will provide an update as soon as possible.

Best,

Paige



**Paige Boggs**  (she / her)
Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9629 **f.** 202.386.9622
pboggs@motleyrice.com

---

**From:** owner-pbm@listserv.motleyrice.com <owner-pbm@listserv.motleyrice.com> **On Behalf Of** Dan Humphrey
**Sent:** Wednesday, May 22, 2024 11:53 AM
**To:** pbm@listserv.motleyrice.com
**Cc:** ESI-Opioids <esi-opioids@quinnemanuel.com>; Optum Opioid Team <Optum.Opioid.Team@alston.com>
**Subject:** Correspondence Regarding Independence Ransomware Attack

Counsel,

City of Independence has not responded to the PBM Defendants' May 15 letter regarding the litigation hold (if any) the City of Independence put into effect for this litigation. We did receive, however, your letter to Special Master Cohen in which you explained to him—without ever discussing or explaining to us—the fact that the City lost backup files of documents during a 2020 ransomware attack. This ransomware attack obviously happened well after litigation in this case had already commenced and the City's preservation obligations were unquestionably owed to the PBM Defendants. Yet, the City never brought it to the PBM Defendants' attention, the Special Master's attention, or the Court's attention until four years later.  Please provide a complete response by the end of the day tomorrow (May 23, 2024) to our May 15 letter, along with answers to the following questions concerning the ransomware attack and advise of your availability to meet and confer this week.

1. On what date did the ransomware attack occur?
2. On what date was the ransomware attack discovered?

3. How was the attack carried out?
    a. Who was the threat actor?
4. What data were affected by the attack, including types of data and employees and departments affected?
5. Did the impacted data contain health or medical information?  If so, what kind?
6. What timeframe did the data impacted by the attack cover?
7. To whom was the ransomware attack reported, including federal and state agencies?
8. Were current and/or former employees affected by the attack notified?
    a. If so, which employees?
9. Other than employees, were any other subjects of the impacted data notified?  If so, who?
10. How much did the threat actor demand in ransom?
11. Was a ransom paid?
    a. If so, how much was paid?
    b. If so, what files, if any were returned to the City?
    c. If not, why not?
12. What data were lost as a result of the attack, including by employee, department, type, and timeframe?
13. Did the City hire any consultants to investigate or respond to the attack?
    a. If so, who?
14. Were any reports concerning the attack prepared?
15. Was there litigation as a result of the attack?
    a. If so, was a litigation hold put in place for that litigation?

PBM Defendants reserve the right to pose additional questions depending on the answers provided.

Sincerely,
Dan Humphrey

**Dan Humphrey**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

2601 S. Bayshore Dr, Suite 1550
Miami, Florida 33133
513-373-7837 Direct
danielhumphrey@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

To unsubscribe from the PBM list, click the following link:
https://LISTSERV.MOTLEYRICE.COM/scripts/wa-MOTLEYRICE.exe?SUBED1=PBM&A=1

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this

communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.