# EXHIBIT 25

| | |
|---|---|
| **From:** | Boggs, Paige <pboggs@motleyrice.com> |
| **Sent:** | Tuesday, June 4, 2024 9:14 AM |
| **To:** | Anthony Alden; Marvin, Cynthia; ESI-Opioids; Optum Opioid Team |
| **Cc:** | pbm@listserv.motleyrice.com; ct12-15_pbm_plaintiffs_dd_team@listserv.motleyrice.com |
| **Subject:** | RE: MDL 2804 (N.D. Ohio) - Discovery Letter re City of Independence Custodians |

**EXTERNAL SENDER – Proceed with caution**

Counsel,

Although the City initially believed a document existed that summarized the City's findings concerning the ransomware attack, the City has since learned that no such document exists.  The ransomware attack, which the City discovered on December 4, 2020, is a matter of public record.  *See* Jessica McMaster, *Ransomware attack causes utility billing issues in Independence*, KSHB (Dec. 14, 2020), https://www.kshb.com/news/local-news/investigations/ransomware-attack-causes-utility-billing-issues-in-independence.  While multiple systems were encrypted during the incident, the City was able to recover almost everything from backup files except for emails prior to 2014 when the City transitioned from Groupwise email to Microsoft365 email.  Backups of the Groupwise email system were lost and unable to be recovered.  Additionally, a process server supporting Independence Power & Light, the City-owned electric utility, and Independence Water Department could not be restored from backup and had to be rebuilt manually.

We are looking into your other questions and will provide responses or updates on our search for the information later this week.

Best,

Paige



**Paige Boggs**  (she / her)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9629 **f.** 202.386.9622
pboggs@motleyrice.com

---

**From:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Sent:** Monday, June 3, 2024 9:01 PM
**To:** Marvin, Cynthia <cmarvin@motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>; Optum.opioid.team@alston.com
**Cc:** pbm@listserv.motleyrice.com; ct12-15_pbm_plaintiffs_dd_team@listserv.motleyrice.com; Boggs, Paige <pboggs@motleyrice.com>
**Subject:** RE: MDL 2804 (N.D. Ohio) - Discovery Letter re City of Independence Custodians

CAUTION:EXTERNAL

Counsel:

Thank you for your May 31 letter, which answers some but not all of the questions posed in our May 23 and May 24 emails directed to custodian selection.  We are considering your letter with a view to determining whether we have sufficient information to identify any additional custodians at this stage.  There are, however, some key questions that the City has failed to answer and that are important to custodial selection, particularly given the City's indication that it may soon attempt to impose an unspecified arbitrary limitation on the number of custodians whose documents it is willing to produce.

1. The City has yet to identify the date before which it purportedly no longer has custodial emails.  You write that the City's "*initial search* shows the City has emails for employees from as early as February 19, 2014."  (Emphasis added).  When does the City expect to complete its investigation?  Does the February 19, 2014 date apply to all City employees?  Does it apply to the custodians the PBM Defendants have already selected to the extent they were employed at that time?

2. Relatedly, you state that "[d]ocuments that City employees save to their personal drives are available back to 2012."  Why are the contents of personal drives unavailable prior to 2012?  Are all City employees required to save documents to their personal drives or is such saving undertaken on an ad hoc basis?  Are emails saved to such personal drives?

3. You state that "[t]he City is in the process of collecting meeting minutes."  These documents will inform custodial selection. When will they be produced?

4. You are yet to provide the names and date range for all individuals serving on the City Manager's Stay Well Committee or the exact date range that Cindy Culp served as chair of the Stay Well Committee.  This is inhibiting our ability to select custodians pertaining to the Committee.  When will this information be provided?

5. You state that "[a] few of the staff members in the Disease Prevention Division worked on the initial PDMP plan" but do not identify them.  Who are these staff members and for what time period did they work on the initial PDMP plan? For clarification, please also confirm whether you are referring to the Missouri statewide PDMP or a different PDMP.

6. The City has still failed to identify historical members of the Independence Mental Health Task Force. When will it do so?

We also note that we have yet to receive the search terms the City anticipates running on its custodial files so we may verify that we are in agreement on the terms (including geographical terms).  Please promptly send the terms so we can iron out any differences as quickly as possible.

Finally, we have yet to receive the detailed report on the ransomware attacks you claimed would be produced on or around May 29, 2024.  Please immediately advise when the City expects to produce this document.

Sincerely,
Anthony

**Anthony P. Alden**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3159 Direct
213-443-3000 Main Office Number
213-443-3100 Fax

anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Marvin, Cynthia <cmarvin@motleyrice.com>
**Sent:** Friday, May 31, 2024 3:00 PM
**To:** ESI-Opioids <esi-opioids@quinnemanuel.com>; Optum.opioid.team@alston.com
**Cc:** pbm@listserv.motleyrice.com; ct12-15_pbm_plaintiffs_dd_team@listserv.motleyrice.com; Boggs, Paige <pboggs@motleyrice.com>
**Subject:** MDL 2804 (N.D. Ohio) - Discovery Letter re City of Independence Custodians

[EXTERNAL EMAIL from cmarvin@motleyrice.com]

Counsel,

Please see the attached correspondence from Paige Boggs regarding the City of Independence's custodians.

Best,



**Cynthia Marvin** (she / her)
Paralegal

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.849.4960
cmarvin@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.