# EXHIBIT 28



www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

401 9th St. NW, Suite 630
Washington, DC 20004
o. 202.232.5504 f. 202.232.5513

E. Paige Boggs
*Licensed in DC, IL, IN*
direct: 202.386.9629
pboggs@motleyrice.com

June 10, 2024

**VIA EMAIL**
esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com

Re: *In re: National Prescription Opiate Litigation,* MDL No. 2804 (N.D. Ohio), *City of Independence, Missouri v. Williams*, No. 19-op-45371 ("Track 14"); Discovery Letter

Counsel,

I write on behalf of Plaintiff City of Independence (the "City") to provide responses and updates concerning the outstanding discovery issues that the Express Scripts and Optum Defendants ("Defendants") identified in Agenda Item #362.

### Questions from Defendants' May 24, 2024 Email Regarding Custodians

- **Please provide the names and date range for all individuals serving on the City Manager's Stay Well Committee. Please also provide the exact date range that Cindy Culp served as chair of the Stay Well Committee.**

The Secretary of the Staywell Committee maintains the minutes. It has been the practice for the Secretary to send those minutes to the City Clerk. The City collected the Staywell Committee minutes in the possession of the City Clerk. The earliest meeting minutes from the City Clerk are from 2009 then jump to 2015 and continue through 2022. The City produced these meeting minutes on June 7th in INDOMO_004. The City is continuing to look for additional minutes that are in the city's possession, custody, or control. However, as stated in the City's May 17, 2024 letter, the representatives on the Staywell Committee are union representatives and their union documents are not in the City's possession, custody, or control. At this time, the City cannot determine the exact dates that Cindy Culp served on the Staywell Committee. The City will continue to conduct a reasonable search for this information.

Based on the meeting minutes produced in INDMO_004, the City believes the following individuals served on the Staywell Committee during the following periods:

| Name | Jan-09 | Jul-15 | Dec-15 | Mar-16 | Mar-17 | Jul-17 | Nov-17 | May-18 |
|---|---|---|---|---|---|---|---|---|
| Aaron Casebolt | | | | | | | | |
| Alicia Nelson | | | alternate | alternate | | | | |



June 10, 2024
Page 2

| Name | Jan-09 | Jul-15 | Dec-15 | Mar-16 | Mar-17 | Jul-17 | Nov-17 | May-18 |
|---|---|---|---|---|---|---|---|---|
| Anna Leuty | | | | | | | | |
| Anna Leuty | | | | | | | | |
| Bill Trotters | | yes | | | | | | |
| Chris Rohrs | | yes | yes | yes | yes | yes | yes | yes |
| Cindy Culp | yes | yes | yes | yes | yes | yes | yes | yes |
| Darlene Dieckmann | yes | yes | | | | | | |
| Ike Guinn | yes | | | | | | | |
| Jack Taylor | | | yes | yes | yes | yes | yes | yes |
| Jamie Franklin | | yes | yes | yes | yes | yes | yes | yes |
| Jane Smitka | yes | | | | | | | |
| Jeff Hayes | | | | | | | | |
| Jeff Reynolds | | | | | | | | |
| Jeff Seevers | yes | | | | | | | |
| Jim Nail | | | yes | yes | yes | yes | yes | yes |
| Juston Smith | | yes | yes | yes | yes | yes | | |
| Katie Taylor | | yes | yes | yes | yes | yes | yes | yes |
| Kay Burrus | yes | | | | | | | |
| Kay Burrus | | | alternate | | | | | |
| Michael Veit | | yes | yes | yes | yes | yes | yes | yes |
| Mike Laber | yes | yes | yes | yes | yes | yes | yes | yes |
| Nate Newlon | | | alternate | alternate | | | | |
| Norm Martin | | | | | yes | yes | yes | yes |
| Pat Bounds | yes | | | | | | | |
| Phil Camerlynck | yes | | | | | | | |
| Regina Moore | | | | | | | | |
| Ron Leeson | | | | alternate | | | | yes |
| Russ Brink | yes | | | | | | | |
| Stephanie Fitzpatrick | | | | | | | | |
| Tammy Lindsey | | | | | | | | |
| Terri Covington | yes | | | | | | | |



June 10, 2024
Page 3

| Name | Jan-09 | Jul-15 | Dec-15 | Mar-16 | Mar-17 | Jul-17 | Nov-17 | May-18 |
|---|---|---|---|---|---|---|---|---|
| Terry Dorman | | | | | | | | |
| Tom Gebken | | | | | | | | |

| Name | Mar-19 | Oct-19 | Dec-20 | Dec-20 | Jun-21 | Mar-22 | Sep-22 |
|---|---|---|---|---|---|---|---|
| Aaron Casebolt | | | | | | | yes |
| Alicia Nelson | | | | | | | |
| Anna Leuty | | | | | | yes | yes |
| Anna Leuty | | | | | | | yes |
| Bill Trotters | | | | | | | |
| Chris Rohrs | yes | yes | | | | | |
| Cindy Culp | yes | yes | yes | yes | yes | yes | yes |
| Darlene Dieckmann | | | | | | | |
| Ike Guinn | | | | | | | |
| Jack Taylor | | | | | | | |
| Jamie Franklin | yes | yes | yes | yes | | | |
| Jane Smitka | | | | | | | |
| Jeff Hayes | yes | yes | yes | yes | | | |
| Jeff Reynolds | | | | | | yes | |
| Jeff Seevers | | | | | | | |
| Jim Nail | yes | yes | | | | | |
| Juston Smith | | | | | | | |
| Katie Taylor | | | | | | | |
| Kay Burrus | | | | | | | |
| Kay Burrus | | | | | | | |
| Michael Veit | yes | yes | yes | yes | yes | yes | yes |
| Mike Laber | yes | yes | yes | | yes | | |
| Nate Newlon | | yes | | | yes | | |
| Norm Martin | yes | | | | | | |
| Pat Bounds | | | | | | | |
| Phil Camerlynck | | | | | | | |



June 10, 2024
Page 4

| Name | Mar-19 | Oct-19 | Dec-20 | Dec-20 | Jun-21 | Mar-22 | Sep-22 |
|---|---|---|---|---|---|---|---|
| Regina Moore | | | | | | yes | |
| Ron Leeson | yes | | | | yes | | |
| Russ Brink | | | | | | | |
| Stephanie Fitzpatrick | | | | yes | yes | yes | yes |
| Tammy Lindsey | | | yes | yes | yes | yes | yes |
| Terri Covington | | | | | | | |
| Terry Dorman | | | | | yes | yes | |
| Tom Gebken | | | yes | yes | yes | yes | yes |

**Questions from Defendants' May 27, 2024 Email Regarding Custodians**

- Please advise if the City has any hard-copy or other documents for the following individuals:

| Name | Position | Dates of Employment | Answer |
|---|---|---|---|
| Larry Hodge | Chief of Fire | 1995-2004 | Hard copy binders of his correspondence covering this entire period exists. |
| Mark Widner | Emergency Preparedness Division – Fire Department, Manager | 2004-2011 | The City expects to update Defendants on this by June 21st. |
| Garry George | Police Chief, Police Department | 1997-2001 | The City expects to update Defendants on this by June 21st. |
| Frederick Mills | Police Chief, Police Department | 2001-2008 | The City expects to update Defendants on this by June 21st. |



June 10, 2024
Page 5

### Questions from Defendants' June 3, 2024 Email Regarding Custodians

- **Does the February 19, 2014 email cut-off date apply to all City employees?  Does it apply to the custodians the PBM Defendants have already selected to the extent they were employed at that time?**

The City is conducting a reasonable search for this information and will provide an update on or before June 28th.

- **Why are the contents of employees' personal drives unavailable prior to 2012?  Are all City employees required to save documents to their personal drives or is such saving undertaken on an ad hoc basis?  Are emails saved to such personal drives?**

It is the City's understanding that the personal and shared drives employees currently utilize were built in 2012.  It appears that during this change in 2012, the City moved documents from its prior server to its new server. The County is continuing to investigate these questions and will provide an update on or before June 28th.

- **When will the City produce additional City Council meeting minutes?**

The City produced an initial batch of City Council meeting minutes on June 7, 2024 (*see* INDOMO_004).  The remainder will be produced in INDOMO_005 by June 11, 2024.

- **Who from Health Disease Prevention Division worked on the initial PDMP plan? What time period did they work on the initial PDMP plan? For clarification, please also confirm whether you are referring to the Missouri statewide PDMP or a different PDMP.**

The City is continuing to conduct a reasonable search for this information.  To date, the City has identified two individuals who it believes worked on the PDMP plan, Alicia Nelson, a Public Health Manager in 2015-2017, and Andrew Warlen, the former Health Director. We believe additional information will be found as the City continues to review and produce materials from the Health Department.  The City does not yet know whether the PDMP plan on which these individuals worked was the Missouri statewide PDMP or a different PDMP.

- **Please identify historical members of the Independence Mental Health Task Force. When will it do so?**

This information is contained in the meeting minutes from the Independence Health Department Community Health Improvement Plan: Mental Health Workgroup.  The City is



June 10, 2024
Page 6

collecting these minutes from the Health Department's shared drive and will produce all responsive, non-privileged meeting minutes that hit on the agreed upon search terms.  In addition, the City states the following:

According to the Workgroup's August 16, 2016 meeting minutes, the following individuals attended the workgroup meeting on that date:

- Gina Armitage – Comprehensive Mental Health Services (CMHS)
- Joy Copeland – Comprehensive Mental Health Services (CMHS)
- Paul Rada – Truman Medical Center (TMC)
- Lori Halsey – Independence School District (ISD)
- Rev. Sarah Wimberley – Independence Ministerial Alliance (IMA)
- Christina Heinen – Independence Health Department (IHD)

### Questions from Defendants' June 4, 2024 Email

- **Did the City pay to recover almost everything from backup files except for emails prior to 2014?  If so, why did the City not pay to recover pre-2014 emails?**

The City refers Defendants to its June 4, 2024 email regarding the ransomware attack.

The City did not pay to recover data from the breach.  The City had its own uninfected backups for all data except pre-2014 emails and a process server supporting Independence Power & Light (the City-owned electric utility) and the Independence Water Department.

- **Have those pre-2014 emails been deleted or are they still encrypted?**

The City refers Defendants to its June 4, 2024 email regarding the ransomware attack.

The City does not have backups of the pre-2014 emails.  The pre-2014 email system was lost in the ransomware attack and unable to be recovered.

- **If the pre-2014 emails were deleted, how, when, and by whom?**

The City refers Defendants to its June 4, 2024 email regarding the ransomware attack.

Please see the City's answer to the previous question.



June 10, 2024
Page 7

- **If the pre-2014 emails remain encrypted, where are they located and what type of encryption has been used?**

    The City refers Defendants to its June 4, 2024 email regarding the ransomware attack.

    The City's pre-2014 emails no longer exist. Please see the City's answer to the previous question.

- **Has the City tried to recover the pre-2014 emails? If so, what efforts have been made?**

    The City refers Defendants to its June 4, 2024 email regarding the ransomware attack.

    There are no copies of the City's pre-2014 emails to recover. Please see the City's answer to the previous question.

**Questions from Defendants' June 5, 2024 letter Regarding
the City's Document Productions**

- **Provide a data dictionary and/or description of the ARCH program spreadsheets and the data fields within them (*see* INDMO001067; INDMO0012070).**

    The City conducted a reasonable search for database dictionaries and does not believe they exist. Please identify the specific fields about which Defendants have questions and the City will make best efforts to answer them.

    Also, INDMO001067 appears to be a CDC report on dispensing rates—not an ARCH program spreadsheet. If Defendants intended to refer to a different document, please provide a corrected Bates Number.

- **Confirm that the City's produced budget for 2018-2019 is the City's final, approved and adopted budget for 2018-2019.**

    The City is conducting a reasonable search for the answer to this question and will provide an update on or before June 28th.

- **With respect to the City's Jail Medical Overdose report (INDMO0040798), provide a data dictionary and/or description of the data fields within the spreadsheet.**

    The City conducted a reasonable search for a database dictionary and does not believe one exists. The City's Jail Medical Overdose report has fields for "Call Creation Date and Time,"



June 10, 2024
Page 8

"Call Type," "Incident Address," "Incident Number," "Incident ORI," and "Incident Type." Please identify the specific fields about which Defendants have questions and the City will make best efforts to answer them.

### Questions From Defendants' June 5, 2024 Letter Regarding the City's Data-Related Productions

- **Defendants raised various issues and questions regarding the City's production of claims/rebate data, dispensing/prescription data, and financial data.**

The City is conducting a reasonable search for answers to Defendants' questions and will provide an update on or before June 28th.

                                      Sincerely,

                                      */s/ Paige Boggs*
                                      Paige Boggs

cc:    PBM@listserv.motleyrice.com
        CT12-15_PBM_PLAINTIFFS_DD_TEAM@LISTSERV.MOTLEYRICE.COM