# EXHIBIT 29



401 9th St. NW, Suite 630
Washington, DC 20004
**o.** 202.232.5504 **f.** 202.232.5513

**E. Paige Boggs**
*Licensed in DC, IL, IN*
direct: 202.386.9629
pboggs@motleyrice.com

www.motleyrice.com
"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

June 17, 2024

**VIA EMAIL**
esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com

Re:    *In re: National Prescription Opiate Litigation,* MDL No. 2804 (N.D. Ohio), *City of Independence, Missouri v. Williams*, No. 19-op-45371 ("Track 14"); Discovery Letter

Counsel,

I write on behalf of Plaintiff City of Independence (the "City") to provide additional information in response to the various questions the Express Scripts and Optum Defendants ("Defendants") asked concerning the 2020 ransomware attack.  We held off on sending the letter Friday in order to provide a fuller report today as key personnel for the City were out of the office for some or all of last week.

As previously advised, on or around December 4, 2020, the City discovered hackers used ransomware to encrypt all of its servers.  The City's servers were backed up with the exception of its legacy email system which contained City employees' pre-2014 emails and a process server supporting the Independence Power & Light (the City-owned electric utility) and the Independence Water Department.  Thus, the City was able to take its systems offline and mostly restore them through backups.

The City now has searched every potential location for the external drive containing the City's legacy email and could not locate it.  Although the City does not have a record of what happened to the drive, it believes the drive was destroyed consistent with the City's standard operating procedure to destroy unusable electronics.

The City is still trying to confirm a few additional details regarding the ransom request and incident and will provide a final statement on this issue on or before the June 28, 2024 noon deadline that Special Master Cohen set.

Sincerely,

*/s/ Paige Boggs*
Paige Boggs

cc:    PBM@listserv.motleyrice.com
       CT12-15_PBM_PLAINTIFFS_DD_TEAM@LISTSERV.MOTLEYRICE.COM

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | WASHINGTON, DC | NEW YORK, NY
MORGANTOWN, WV | CHARLESTON, WV | PHILADELPHIA, PA | CHERRY HILL, NJ