# EXHIBIT 31

**quinn emanuel** trial lawyers | houston

700 Louisiana Street, Suite 3900, Houston, TX 77002 | TEL (713) 221-7000 FAX (713) 221-7100

WRITER'S DIRECT DIAL NO.
**(713) 221-7222**

WRITER'S EMAIL ADDRESS
**patrickking@quinnemanuel.com**

May 15, 2024

VIA EMAIL
joanne@cicalapllc.com

Re:  *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio)
*County of Webb v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45175-DAP (Track 15)
Webb County Litigation Hold

Counsel:

We write on behalf of the Express Scripts Defendants and OptumRx, Inc. (**PBM Defendants**).

During our meet-and-confer yesterday, the PBM Defendants asked counsel to Webb County whether the County put in place a litigation hold for this litigation and, if so, when that occurred. In response, counsel to the County responded that it was their "understanding" that the County had put in a place a litigation hold, but notably declined to provide a straightforward "yes" or "no" answer to these basic questions. We write to request straightforward answers to these basic questions:

1. Did the County issue a litigation hold?

    a. If yes, when did the County issue a litigation hold?

    b. If no, why did the County not issue a litigation hold?

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Sincerely,

*/s/ Patrick King*

Patrick King
**Quinn Emanuel Urquhart & Sullivan, LLP**
700 Louisiana St., Suite 3900
Houston, TX 77002
Tel: 713-221-7222
patrickking@quinnemanuel.com

*Attorneys for Express Scripts, Inc. and Express Scripts Holding Company, n/k/a Evernorth Health, Inc.*

*/s/ Debolina Das*

Debolina Das
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Tel.: (212) 905-9040
Debolina.das@alston.com

*Attorneys for OptumRx, Inc.*

CC: Plaintiff's Counsel

2