# EXHIBIT 32



**Sanford Heisler Sharp, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Fax: (615) 434-7020
www.sanfordheisler.com

*Jonathan Tepe,* Partner
(615) 434-7002
jtepe@sanfordheisler.com

New York | Washington, DC | San Francisco | Palo Alto | Baltimore | Nashville | San Diego

May 24, 2024

**VIA EMAIL**
esi-opioids@quinnemanuel.com
optum.opioid.team@alston.com

> Re:  ***In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio)**
> ***Webb County v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45175-DAP**
> **(Track 15) Discovery Letter**

Counsel:

I write on behalf of Plaintiff Webb County, Texas (the "County") in response to the Express Scripts and Optum Defendants' ("PBM Defendants") letters dated May 14, 15, 17, and 20, 2024.

## I.      Letter Dated May 14, 2024

As we indicated in our meet-and-confer on May 14, 2024, we will provide historical and other information to assist the parties in considering potential custodians. It was not until May 7, 2024, that PBM Defendants first specified that they would like historical information about County employees, and the County provided as much historical information as was readily available less than a week later on May 13, 2024. In the attached chart, we have now identified 164 current and former employees.

We were surprised to see PBM Defendants ask for an order from Special Master Cohen requiring the County to complete this chart, which PBM Defendants sent to the County a mere two minutes before sending to Special Master Cohen. This is the definition of an unripe dispute, especially considering that the County indicated that it will cooperate with PBM Defendants to provide further information regarding potential custodians. While PBM Defendants may have felt a need to meet a May 14, 2024, deadline in which to raise any disputes with Special Master Cohen, we expect that PBM Defendants will withdraw their request regarding this chart.

In our meet-and-confer, we explained why we do not share the opinion that every department listed in response to Interrogatory No. 2 must be included in the County's response to Interrogatory No. 1 and represented on the County's list of custodians. Specifically, we discussed

esi-opioids@quinnemanuel.com
optum.opioid.team@alston.com
May 24, 2024
Page 2 of 8

why it would not be necessary to list every Public Defender or member of the District Attorney's office. These individuals may be aware of cases related to the opioid epidemic. But more comprehensive information would be available from the court system. Nonetheless, in a spirit of cooperation, the County has attempted to list relevant individuals from every County department listed in Interrogatory No. 2 in the attached chart.

Relatedly, we shared why we do not believe that every individual listed in response to Interrogatory No. 1 needs to be listed as a custodian. Interrogatory No. 1 asks for individuals with any knowledge about the case or the underlying facts, not the most or best knowledge about the case or underlying facts. An ideal custodian should have the most or best information within their custodial files. For example, it would not make sense to select both an employee and that employee's assistant or deputy if the assistant or deputy has essentially the same information as employee. Regardless, we have endeavored to include historical information and other context in the attached chart to assist the parties in cooperatively determining custodians.

## II.      Historical Information and Other Context for Potential Custodians

In the attached chart, the County has identified all presently known former officials and employees. This spreadsheet includes information we previously provided in our correspondence dated May 13, 2024. To the extent any gaps remain, we commit to fill them if further information becomes available. This detail, together with the organizational charts you have, should meaningfully assist the parties in selecting custodians. The below provides additional context for certain departments, as does the "Notes" column of the attached chart.

### A.  Medical Examiner

The County first hired a medical examiner in 2007. Prior to 2007, the County, through Justices of the Peace, contracted with the Bexar County Medical Examiner to perform autopsies when required.

### B.  Fire Department

The County Volunteer First Department was established in 2010.  It contracts with Angel Care Ambulance Service, for the County's ambulance and EMS needs. Before 2010, all Fire, EMS, and ambulance services were performed by the City of Laredo Fire Department.

esi-opioids@quinnemanuel.com
optum.opioid.team@alston.com
May 24, 2024
Page 3 of 8

### C.  County Court System

As we indicated during our meet-and-confer, there are many individuals engaged in the County court system whose work has some relation to the ongoing opioid epidemic. We have identified the Administrator of the Bail Bond Board, the Chief Juvenile Probation Officer, and various Court administrators, clerks, and coordinators. In addition, you have requested information for certain departments, including the Public Defender, the District Attorney, and the Community Supervision and Corrections Department. We do not propose adding any of these individuals as custodians because relevant information from the County court system is not found in an individual's emails. Instead, the best and most relevant records live in centralized files. We are working to locate relevant records through the County Clerk (who has been proposed as a custodian) that are maintained across the Court system.

### D.  County Budget

As we indicated during our meet-and-confer, there are clearly delineated responsibilities for the Commissioners' Court, Treasurer, and Auditor in the County. The Commissioners' Court is the primary governing body for the County and oversees the budget process. The Auditor works with the Commissioners' Court to estimate revenue and expenditures, while the Treasurer is responsible for disbursing funds approved by the Commissioners' Court and Auditor.

Accordingly, the County proposed Rafael Perez, the County Auditor, and Hon. Paul Reyes, the County Treasurer, as custodians. We also proposed Leroy Medford and Adelaido "Lalo" Uribe as custodians because they work to track the day-to-day work of all Commissioners.

### III.    Data Fields

The County can also provide the following update regarding data fields:

o   The County does not possess documentation regarding the identity of any PBMs or the County's insurer for 1996 to 2005. The County continues to track down this information.

o   The County's TPA from 1996 to 1999 and from 2017 to 2019 was Bay Bridge Administrators.

o   The County does not possess Indigent Health Services Program claims data or claims data fields from 1996 to October 26, 2005 and is unaware of any third party that would maintain this information.

o   The County did not receive rebates for prescriptions dispensed to County Indigent

esi-opioids@quinnemanuel.com
optum.opioid.team@alston.com
May 24, 2024
Page 4 of 8

Health Care Program clients before 2005. The Indigent Health Services Program does not have transaction-level rebate data fields from 2013 to present, only aggregate amounts of rebates received for each financial quarter.

o   We understand that the County Jail dispensing data fields are consistent from at least 2019 until present. We are working to identify any previous data fields, if any previous versions of claims data fields exist.

o   The County continues to track down claims health insurance claims data fields from 1996 to 2008 and health insurance rebate data fields from 1996 to present. As noted, the County does not possess transaction-level rebate data for any year, but is working to identify these fields nonetheless.

o   The County continues to track down worker's compensation claims data fields from 1996 to 2020 and worker's compensation rebate data fields from 1996 to present.

## IV.   Objections and Responses to PBM Defendants' First Set of Requests for Production

While the County's position regarding its Objections and Responses to PBM Defendants' First Set of Requests for Production was articulated during the May 14, 2024, meet-and-confer, the County confirms its positions below.

### A.   Request for Production No. 1

Request for Production No. 1 seeks all documents referring to, relating to, or supporting the County's claims or allegations against PBM Defendants, including all Documents used in preparing the Complaint, all Documents the County provides to any testifying expert witnesses that the County retains, all Documents the County intends to introduce in support of any dispositive motion, and all Documents the County intends to introduce at trial. Every non-privileged document upon which the County relied to prepare its Complaint has either been produced or identified in its response to RFP No. 1. The County will not reproduce documents produced by Defendants in response to Request for Production No. 1 and will supplement its response with information in accordance with deadlines specified in the CMO.

### B.   Request for Production No. 2

Request for Production No. 2 seeks all documents relating to the County's calculation of the monetary relief the County seeks, including all annual and periodic budgets, draft budgets, budget proposals, financial statements, financial audit reports, and records of costs and expenditures for the County and for each of the County's departments, agencies, and other

esi-opioids@quinnemanuel.com
optum.opioid.team@alston.com
May 24, 2024
Page 5 of 8

constituent entities that have incurred costs for which the County seeks monetary relief. As you know, the County is conducting a reasonable search for and will produce any additional annual and periodic budgets, draft budgets, budget proposals, financial statements, financial audit reports, and records of costs and expenditures. While this RFP is premature to the extent it seeks expert opinions, the County is not withholding any such documents on this basis at this point. The County's supplemental production today should complete all proposed and actual budgets for the County from 1996 to present. In addition, the County has clarified the County's budgeting process above.

### C. Request for Production No. 3

If there are responsive, non-privileged documents describing funds related to Opioids, the County will produce them. At this point, the County is not withholding any Opioid-related documents that are responsive to RFP No. 3. The County pointed PBM Defendants to its response to Interrogatory No. 11 simply to demonstrate information that is readily accessible at this time.

### D. Request for Production No. 4

With regard to Sheriff's Office records (which are also responsive to RFP No. 14), the County proposed that it is amenable to producing aggregate information about opioid-related incidents, from which the parties could sample underlying documents such as incident reports. Subject to this limitation, the County is not withholding and will produce any non-privileged documents that describe, analyze, or refer to the impact of the use, misuse, or abuse of Opioids on the County. The County will produce any such documents maintained in the ordinary course of business that can be located through a reasonable, diligent search, and are within the County's possession, custody, or control.

### E. Request for Production No. 5

The County can confirm that it will produce any responsive, non-privileged documents maintained in the ordinary course of business that can be located through a reasonable, diligent search, and are within the County's possession, custody, or control related to this request.

### F. Requests for Production No. 10 and 11

RFP No. 10 seeks data reflecting every prescription opioid dispensed to a member of the County's health plan. RFP No. 11 seeks documents constituting or relating to any contracts, negotiations, communications, or transactions between the County and any health care insurer,

esi-opioids@quinnemanuel.com
optum.opioid.team@alston.com
May 24, 2024
Page 6 of 8

health plan, workers' compensation provider, government payor, third-party administrator, or pharmacy benefit manager relating to the provision of health insurance, health benefits, formulary management services, or utilization management services to the County. Although the County made certain objections in response to Requests 10 and 11, it is not withholding documents based on any objection other than privilege. The County will conduct a reasonable search for and produce responsive, non-privileged documents in its possession, custody, or control related to these requests. To the extent any document is withheld or redacted, such redacted or withheld materials will appear on a privilege log pursuant to the Agreed Order Governing Privilege, Dkt. 2882, or by agreement of the parties, at which point the parties can meet and confer.

### G. Requests for Production No. 12, 13, and 15

To the extent these RFPs seek Substance Use Disorder Patient Records, which are protected from disclosure pursuant to 42 C.F.R. § 2.64, the County will not produce these records. For non-privileged records that are not Substance Use Disorder Patient Records, but may nonetheless contain sensitive health information, the County will produce them after a reasonable search with appropriate confidentiality designations or redactions that are consistent with the protective order in this case. If there are particular designations or redactions that PBM Defendants dispute, the parties can meet and confer at that time.

### H. Request for Production No. 14

PBM Defendants have accurately summarized the County's position. The County is willing to further meet and confer regarding a sampling process for incident and offense reports maintained by the Sheriff.

### V. Litigation Hold and Document Retention Period

With respect to the availability of documents across the liability period, the County is in the process of confirming the earliest documents and ESI available. As a general matter, the County understands that the County IT Department does not automatically delete server information or employee emails as they are maintained in the ordinary course of business. For emails and server files dating back later into the liability period, the County maintains physical back-up tapes that may need to be uploaded and converted into a usable form if custodians' employment histories go back to 1996. Thus, it is possible that emails and server information for custodians exist for the entire liability period. However, PBM Defendants have not agreed to any of the County's proposed custodians, so the County has not sought to confirm the precise relevant timeframe for any particular custodian.

esi-opioids@quinnemanuel.com
optum.opioid.team@alston.com
May 24, 2024
Page 7 of 8

     The County does not intend to provide further information regarding its litigation hold at this time. PBM Defendants' request is inappropriate and unwarranted because Defendants have not satisfied the relevant legal standard for such a request. Notably, this exact request has been made of Defendant Express Scripts and they have specifically refused to answer this exact request.

     If there is no evidence of document destruction or no refusal to produce documents, discovery on document-retention issues (discovery on discovery) is improper. *See, e.g.*, *Commins v. NES Rentals Holdings, Inc.*, No. 3:16-cv-00608-GNS, 2018 WL 3186983, at *9 (W.D. Ky. June 28, 2018) (holding that discovery on document-retention practices "is neither relevant to a claim or defense in the litigation nor proportional to the needs of the case at this time"); *W. Va. Pipe Trades Health & Welfare Fund v. Medtronic, Inc.*, No. 13-cv-1686 (JRT/FLN), 2015 WL 12778845, at *3 (D. Minn. June 12, 2015) ("These topics are not reasonably calculated to lead to the discovery of admissible evidence as they merely seek to discover Medtronic's document retention and discovery practices, topics not subject to this lawsuit."); *Cableview Commc'ns of Jacksonville, Inc. v. Time Warner Cable Se., LLC*, No. 3:13-cv-306-J-34JRK, 2015 WL 12838175, at *6-7 (M.D. Fla. May 4, 2015) ("The discoverability of document retention policies hinges upon whether spoliation is actually at issue . . . . Absent evidence that there remain 'missing' emails, there is no spoliation issue. For this reason, Defendant's document retention policies are not relevant to any issue in this case."); *Martin v. Allstate Ins.*, 292 F.R.D. 361, 363-64 (N.D. Tex. 2013) (holding that discovery on "Defendant's document retention policies" was "overbroad and irrelevant" and improper because "[w]hile Plaintiff speculates that Defendant may have additional documentation that it has not produced, there is no evidence to support that supposition at this point"). "[C]ourts disfavor [discovery] of this nature because [it] distract[s] the parties from merits issues and instead force[s] them to spend time and resources on non-merits issues that do nothing to resolve the pending dispute." *Fish v. Air & Liquid Sys. Corp.*, No. 16-cv-496-GLR, 2017 WL 697663, at *16 (D. Md. Feb. 21, 2017). For that reason, "[c]ourts look upon such discovery with *skepticism* and it is *strongly discouraged*." *Id.* at *17 (emphasis added). *See also Commins*, 2018 WL 3186983, at *9 (same).

## VI.    Search Terms

     The County agrees to the search terms negotiated in CT12. The County is amenable to incorporating the same kinds of entities and individuals that the City of Rochester included in Search Term #9a. However, the County is unaware of any other Search that would be necessary or appropriate to change.

esi-opioids@quinnemanuel.com
optum.opioid.team@alston.com
May 24, 2024
Page 8 of 8

### VII.  Supplemental Productions

You will receive a production containing the following today:

- Webb County Health Plan Data Fields (previously emailed to PBM Defendants);
- Webb County Organizational Chart (previously emailed to PBM Defendants);
- Webb County Jail Dispensing Form;
- Webb County Accounts Payables Check Register for January 2024;
- Webb County Proposed Budgets for 1996 to 2011;
- Webb County Final Budget for 2006 – 2007; and
- Agendas and Meeting Minutes for the Webb County Commissioners' Court as maintained in the ordinary course of business.

The County will work to include the following in its next production:

- Complete 2002-2003 Adopted Budget;
- Yearly Check Register from 2014;
- Monthly Check Registers from September 2019 and November 2019; and
- Auditor Monthly Reports from September 2005 and September 2006.

### VIII.   Interrogatories 4, 5, and 6

The County agrees to supplement its responses to Interrogatories 4 and 5 by June 6, 2024. The County can also confirm that its response to Interrogatory No. 6 accurately reflects the County's position.

Sincerely,

Jonathan Tepe

Encl.

cc:     PBM@listserv.motleyrice.com
        CT12-15_PBM_PLAINTIFFS_DD_TEAM@LISTSERV.MOTLEYRICE.COM
        WebbCountyLitigationTeam@sanfordheisler.com

## Webb County Personnel Chart

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
| **Auditor's Office** | | | | | |
| Rafael Perez | County Auditor | Yes | 2018-Present | Leo Flores (1998-2018) Ramiro V. Martinez (1996-1997) | None |
| **Bail Bond Board** | | | | | |
| Enedelia Romo | Administrator | No | 1997-Present | Alicia Cedillo (1996-1997) | None |
| **Business Office[1]** | | | | | |
| Leroy Medford | Assistant Budget Officer | Yes | 2015-Present | N/A | The Business Office and Budget Officer roles were established in 2015. Prior to that, the Auditor handled the budget officer role from 2011-2015. |
| Adelaido "Lalo" Uribe III | Budget Officer | Yes | 2015-Present | N/A | The Business Office and Budget Officer roles were established in 2015. Prior to that, the Auditor handled the budget officer role from 2011-2015. |
| **Bruni Public Health Facility** | | | | | |
| Nancy Cadena | Facility Director | Yes | 2003-Present | N/A | In January 2019, the County was awarded grants to build the Bruni Public Health Facility. The Bruni Public Health Facility did not open until 4/28/2021. Ms. Cadena has |

---

[1] This department is not included as a department in response to Interrogatory No. 2. However, Medford and Uribe are listed as officers of the Business Office in response to Interrogatory No. 1.

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
| | | | | | been a Webb County employee since 2003. |
| Nora Elia Prado Penaloza | Assistant Facility Director | Yes | 2022-Present | N/A | In January 2019, Webb Co. was awarded grants to build the Bruni Public Health Facility. The Bruni Public Health Facility did not open until 4/28/2021. |
| **Commissioner's Court** | | | | | |
| Tano E. Tijerina | County Judge | No | 2015-Present | Daniel Valdez (2007-2015) Louis H. Bruni (2003-2007) Mercurio Martinez, Jr. (1996-2003) | None |
| Jesse Gonzalez | Commissioner Precinct 1 | No | 2017-Present | Francisco J. Sciaraffa (2015-2017; 2005-2013) Linda Ramirez (2014-2015) Kristopher Montemayor (2013-2014) Gerardo Vasquez (2001-2005) Jorge De La Garza, Jr. (1996-2001) | None |
| Rosaura Tijerina | Commissioner Precinct 2 | No | 2007-Present | Judith G. Gutierrez (1999-2007) Roque Vela (1996-1999) | None |
| John C. Galo | Commissioner Precinct 3 | No | 2013-Present | Gerardo Garza (2005-2013) Felix Velasquez, Jr., CPA (2001-2005) Richard Reyes, II (1996-2001) | None |
| Ricardo A. Jaime | Commissioner Precinct 4 | No | 2023-Present | Cindy Liendo (2019-2023) | None |

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
| | | | | Jamie Canales (2011-2019) Sergio Martinez (2007-2011) Cynthia C. Brunner (2005-2007) Miguel J. Urdiales (1999-2003) David R. Cortez (1996-1998; 2003-2005) | |
| Leroy Medford | Executive Administrator (f/k/a Commissioners Court Administrator) | Yes | 2006-Present | Carlos R. Villarreal (2000-2006) | The County will continue to work to identify relevant predecessors from 1996-1999. |
| Adelaido "Lalo" Uribe III | Executive Administrator to County Judge | Yes | 2015-Present | Leroy Medford (2006-2014) Carlos R. Villarreal (2000-2006) | The County will continue to work to identify relevant predecessors from 1996-1999. |
| **Community Action Agency** | | | | | |
| James Flores | Interim Director | No | 2017-2018; 2019-Present | Javier Ramirez (2018-2019) Ricardo D. Martinez (2015-2017) Juan Vargas (2011-2015) Javier H. Martinez, Jr. (2009-2011) Mike Kazen (2005-2009) Cynthia Mares (1999-2005) Jose A. Valdez (1997-1999) | The County cannot locate the identity of the Director for 1996. |
| **Community Supervision and Corrections Department (CDCS)** | | | | | |

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
| Alyson Alejandra Martinez | Director (f/k/a Chief Adult Probation Officer) | No | 2002-Present | Melinda Vidaurri-Galvan (2013-2022) Rebecca Ramirez-Palomo (2007-2013) Roberto Meza (1996-2007) Javier Ramirez (1995-1996) | None |
| Constable | | | | | |
| Guadalupe Gomez | Constable Precinct 1 | No | 2023-Present | Rodolfo Rodriguez, Jr. (2005-2022) Raul Hinojosa (1997-2005) Albino Allen Walker (1995-1997) | None |
| Miguel Villarreal | Constable Precinct 2 | No | 2013-Present | Ricardo A. Rodriguez (2011-2013) Ruben Reyes (2002-2011) Juan Soto (1997-2002) Vacant (1996-1997) | None |
| Victor Vasques | Administrator for Constable Villareal | No | 2019-Present | Arnold Lozano (2016-2019) Victor Riveros (2015-2016) | The County's DWI court started in 2015. |
| Adrian Cortez | Constable Precinct 3 | No | 2013-Present | Mario Davila (2011-2013) Augustin "Tino" Juarez (1997-2011) Efrain J. Laurel (1996-1997) | None |
| Harold T. Devally | Constable Precinct 4 | No | 1989-Present | N/A | N/A |

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
|  | District and County Courts | | | | |
| Margie Ramirez Ibarra | County Clerk | Yes | 2003-Present | Henry Flores (1996-2003) | None |
| Esther Degollado | District Clerk | No | 2010-Present | Manuel "Meme" Gutierrez (1996-2010) | None |
| Margarita Herrera-Garza | Director of Drug Court Program | Yes | 2011-2018; 2021-Present | Guadalupe Palomo Haydee Carrillo Hector Lee Patino Myrtala Alejo | The Drug Court was established as a pilot program between 2006-2008. At that time, Judge Oscar J. Hale Jr. was the 406th Judicial District Court Judge who operated the program until 2020 when Judge Tano Tijerina became the Authorized Representative for the grants. Judge David Garcia is the presiding judge for all the cases heard in Drug Court. The County will continue to work to identify the relevant dates of service for the individuals identified as predecessors. |
| Marco A. Montemayor | County Attorney | No | 2013-Present | Anna Cavazos Ramirez (1996-1997; 2009-2012) Homero Ramirez (1997-2009) | None |
| Jose A. Lopez | District Judge, 49th Judicial District | No | 2007-Present | Manuel Flores (1996-2006) | None |
| Monica Zapata Notzon | District Judge, 111th Judicial District | No | 2010-Present | Raul Vasquez (1999-2010) Antonio A. Zardenetta (1996-1999) | None |
| Beckie Palomo | District Judge, 341st Judicial District | No | 2013-Present | Elma T. Salinas Ender (1996-2013) | None |

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
| Oscar "O.J." Hale, Jr. | District Judge, 406th Judicial District | No | 2005-Present | Andres Reyes (2001-2005) | The County will continue to work to identify relevant predecessors for 1996-2001. |
| Hugo D. Martinez | Judge, County Court at Law No. 1 | No | 2015-Present | Alvino "Ben" Morales (1999-2015) Raul Vasquez (1996-1999) | None |
| Victor Villarreal | Judge, County Court at Law No. 2 | No | 2018-Present | Jesus "Chuy" Garza (1996-2018) | None |
| **District Attorney** | | | | | |
| Isidro "Chilo" Alaniz | District Attorney | No | 2011-Present | Jose M. Rubio, Jr. (1996-2009) | None |
| **Economic Development** | | | | | |
| James Flores | Director | No | 2017-Present | Juan Vargas (1996-2017) | None |
| **Emergency Management** | | | | | |
| Tano E. Tijerina | Director | No | 2015-Present | | The Emergency Management program was established in 2005 per Order No. 05-0214 of the Commissioners Court of Webb County, TX. The County will continue to work to identify a relevant predecessor for 2005-2015. |
| **Head Start** | | | | | |
| Aliza F. Oliveros | Director | No | 2001-Present | Elsie Garcia (1999-2002) | The County will continue to work to identify relevant predecessors for 1996-2001. |
| **Human Resources** | | | | | |

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
| Monica C. Flores | Director | No | 2023-Present | Ernesto Guajardo (2018-2023) Leroy Medford (2017-2018) Cynthia Mares (2005-2017) Vacant (2004-2005) | From 1996-2005, there was only "Risk Management & Insurance." In 2005, there was a vacancy for "HR Director." In 2006, HR and Risk Management were both under "Administrative Services Director" until 2017. In 2017, HR and Risk Management became two separate departments. |
| **Justice of the Peace** | | | | | |
| Karina Martinez | Court Coordinator, Precinct 1, Place 1 | No | 2023-Present | | The County will continue to work to identify relevant predecessors for 1996-2022. |
| Esmeralda Ramos | Criminal Court Coordinator, Precinct 1, Place 1 | No | 2002-Present | | The County will continue to work to identify relevant predecessors for 1996-2001. |
| Juan Paz | Judge, Precinct 1, Place 1 | No | 2021-Present | Hector J. Liendo (1996-2021) | None |
| Ulyssess D. Ortegon | Court Coordinator, Precinct 1, Place 2 | No | 2005-Present | | The County will continue to work to identify relevant predecessors for 1996-2004. |
| Oscar Rene Liendo | Judge, Precinct 1, Place 2 | No | 2007-Present | Daniel Valdez (1996-2007) | None |
| Mary Serna | Court Administrator, Precinct 2, Place 1 | No | 2019-Present | | The County will continue to work to identify relevant predecessors for 1996-2018. |
| Roberto "Bobby" Quintana | Judge, Precinct 2, Place 1 | No | 2023-Present | Ramiro Veliz, Jr. (2007-2022) Santos Benavides (1996-2007) | None |
| Yvonne Casso | Chief Clerk, Precinct 2, Place 2 | No | 2000-Present | | The County will continue to work to identify relevant predecessors for 1996-2001. |
| Danny Dominguez | Judge, Precinct 2, Place 2 | No | 2015-Present | Ricardo Rangel (2003-2015) | The County will continue to work to identify relevant predecessors for 1996-2000. |

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
| | | | | Vacant (2001-2003) Daniel Valdez (2000-2001) | |
| Rosario Garza | Chief Clerk, Precinct 3 | No | 2007-Present | | The County will continue to work to identify relevant predecessors for 1996-2006. |
| Salvador Johnson | Judge, Precinct 3 | No | 2019-Present | Alfredo Garcia, Jr. (1996-2019) | None |
| Alicia Rodriguez | Civil Court Coordinator, Precinct 4 | No | 2003-Present | | The County will continue to work to identify relevant predecessors for 1996-2002. |
| Jose "Pepe" Salinas | Judge, Precinct 4 | No | 2015-Present | Oscar O. Martinez (1996-2015) | None |
| **Juvenile Justice Alternative Education Program (JJAEP)** | | | | | |
| Adriana Alexander | Administrator | No | 2012-Present | Jaime Canales (1998-2010) Claire Sosa Flores (1996-1998) | None |
| **Juvenile Department** | | | | | |
| Gerardo Liendo | Chief Juvenile Probation Officer | No | 2020-Present | Melissa Mojica (1996-2020) | None |
| **Medical Examiner** | | | | | |
| Dr. Corinne Elizabeth Stern | Medical Examiner | Yes | 2007-Present | N/A | This position was created in 2007. Dr. Stern is the first and only Medical Examiner for the County. |
| **Pre-Trial Services** | | | | | |
| Cornel Mickley | Director, Pre-Trial Services | No | 2009-Present | | The County will continue to work to identify relevant predecessors for 1996-2008. |

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
| **Public Defender** | | | | | |
| Virginia Aranda | Public Defender | No | 2013-Present | Hugo D. Martinez (2007-2013) Leroy Medford (2005-2007) Francisco Montemayor (1996-2005) | None |
| **Public Health Services** | | | | | |
| Nancy Cadena | Director | Yes | 2003-Present | Alica Herrera (Medina) (2004-2005) Francisco X. Salinas (2003-2004; 2005-2012) Matilda Smith-Gomez (1996-2003) Braulio Martinez (1997-1999) Elida Garcia (1986-1996) | None |
| Nora Elia Prado Penaloza | Assistant Director | Yes | 2022-Present | Nancy Cadena, Assistant Director (2003-2012) Francisco X. Salinas, Deputy Director (1996-2003) | None |
| Reyna Carrillo | Assistant Director | No | 2012-Present | (same as above) | |
| **Public Information Office** | | | | | |
| Larry Sanchez | Public Information Officer | No | 2007-Present | Vacant (2006-2007) Elizabeth M. Pease (2002-2005) | The County will continue to work to identify relevant predecessors for 1996-2002. |
| **Purchasing Department** | | | | | |

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
| Jose A. Lopez | Purchasing Agent | No | 2017-Present | Leticia Gutierrez (2015-2016) Cecilia May Moreno, Ph.D. (2010-2016) Eloy Ramirez, Jr. (1996-2010) | None |
| Records Management[2] | | | | | |
| Imelda Diaz | Records Management Coordinator | No | 2010-Present | Nelda Rodriguez (Unknown – 2010) | The County will continue to work to identify Ms. Rodriguez's start date and and relevant predecessors if any exist. |
| Risk Management | | | | | |
| Monica C. Flores | Interim Director | No | 2023-Present | Pedro Alfaro (2018-2022) Alexandra Colessides (2017-2018) Cynthia Mares (2005-2017) Vacant (2004-2005) Amy Palacios (2004-2005) Juanita Puente (1996-2003) | From 1996-2005, there was only "Risk Management & Insurance." In 2005, there was a vacancy for "HR Director." In 2006, HR and Risk Management were both under "Administrative Services Director" until 2017. In 2017, HR and Risk Management became two separate departments. |
| Sheriff's Department | | | | | |
| Martin Cuellar | Sheriff | Yes | 2009-Present | Ricardo "Rick" Flores (2005-2009) Juan Garza (1996-2005) | None |

---

[2]  This department is not included as a department in response to Interrogatory No. 2. However, Diaz is listed as the Records Management Coordinator in response to Interrogatory No. 1.

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
| Jaime Magana | Jail Administrator | Yes | 2009-Present | | The County will continue to work to identify relevant predecessors for 1996-2008. |
| Juan Bernal | Director of Information Technology | No | 2015-Present | | The County will continue to work to identify relevant predecessors for 1996-2014. |
| Luis G. Martinez[3] | Patrol and Criminal Investigations | Yes | 2022-Present | Federico Calderon (CID) Michael Gonzalez (Patrol) | Mr. Martinez is the Commander in charge of Patrol and CID. Previously, there were separate commanders for each division. The County will continue to work to identify relevant dates and any other predecessors. |
| **Tax Assessor[4]** | | | | | |
| Patricia Barrera | Tax Assessor Collector | No | 2021-Present; 1996-2018 | Rosie Cuellar (2019-2021) Norma Farabough (2018-2019) | None |
| Maria Elena Morales | Chief Deputy Tax Assessor Collector | No | 2021-Present | | The County will continue to work to identify relevant predecessors for 1996-2020. |
| **Treasurer's Office** | | | | | |
| Raul Reyes | Treasurer | Yes | 2019-Present | Delia Perales (2003-2019) William N. Hall, Jr. (1996-2003) | None |

---

[3] The County previously understood that Commander Martinez had been employed by the County for a longer period of time. This revised timeline will be reflected in supplemental Interrogatory responses.

[4] This department is not included as a department in response to Interrogatory No. 2. However, Barrera and Morales are listed as working as tax assessors in response to Interrogatory No. 1.

| Individual Listed | Title | Listed as Custodian? | Year(s) in Position | Predecessor(s) | Missing Years / Notes |
|---|---|---|---|---|---|
| Maria de los Reyes | Principal Accountant | No | 2004-Present | | The County will continue to work to identify relevant predecessors for 1996-2003. |
| Hector Caballero | Senior Principal Accountant | No | 2020-Present | | The County will continue to work to identify relevant predecessors for 1996-2019 |
| Manuel Vinals | Chief Deputy County Treasurer | No | 2023-Present | | The County will continue to work to identify relevant predecessors for 1996-2022 |
| Mariela Arizola | Chief Principal Accountant | No | 2004-Present | | The County will continue to work to identify relevant predecessors for 1996-2003. |
| **Veterans Services** | | | | | |
| David Garza | Veterans Service Officer | No | 2013-Present | Antonio Silva (2005-2013) Jesus Eligio Cantu (2002-2005) Richardo Garcia, Jr. (1996-2002) | None |
| **Veteran Treatment Program** | | | | | |
| Margarita Herrera-Garza | Director | Yes | 2022-Present | Ramiro Hernandez Angel Cuellar Paul Torres | The County will continue to work to identify the dates of service for the relevant predecessors listed here. |
| **Volunteer Fire Department** | | | | | |
| Ricardo Rangel | Fire and EMS Services Chief | Yes | 2010-Present | Jose L. Flores, Interim Coordinator (2011-2012) | The Fire Department was established in 2010. |