# EXHIBIT 34



**Sanford Heisler Sharp, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Fax: (615) 434-7020
www.sanfordheisler.com

*Jonathan Tepe,* Partner
(615) 434-7002
jtepe@sanfordheisler.com                     New York | Washington, DC | San Francisco | Palo Alto | Baltimore | Nashville | San Diego

June 14, 2024

<u>VIA [Email]</u>
esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com

**Re:**     ***In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio)**
***Webb County v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45175-DAP**
**(Track 15) Discovery Letter**

Counsel:

I write on behalf of Plaintiff Webb County, Texas (the "County") in response to certain topics raised in the Express Scripts and Optum Defendants' ("PBM Defendants") letter dated May 30, 2024. Specifically, I write regarding certain functions of County government, the availability of potential custodians' ESI, and the County's additional proposed custodians.

**I.     Available Time Frame and Volume for Webb's Initial Offered Custodians**

You asked for more detail on four of the thirteen County employees Webb originally offered as custodians. The County has emails for each of the four back at least to the year listed below. There are more than 200 emails for each:

| Name | Earliest Email | Years of Employment |
|---|---|---|
| Margie Ramirez Ibarra (County Clerk) (offered by Plaintiff as custodian) | 2007 | 2003-present[1] |
| Corinne Elizabeth Stern (Medical Examiner) (offered by Plaintiff as custodian) | 2007 | 2007-present |
| Nancy Cadena (Director of Public Health Services and Bruni Health Facility) (offered by Plaintiff as custodian) | 2008 | 2003-present |

---

[1] The County understands that there may be gaps between the commencement of several individuals' employment and their earliest email. The County is investigating the potential cause of this discrepancy and will provide an update when available.

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 2 of 16

| Martin Cuellar (Sheriff) (offered by Plaintiff as custodian) | 2011 | 2009-present |
|---|---|---|
| Leo Flores (Auditor) (offered by Plaintiff as custodian) | 2017 | 1998-2018 |

## II.    Additional Custodians Being Considered

You asked for more information on the following additional persons in order to evaluate whether they may be suitable custodians.

| Name | Years of Employment in Position | Earliest Emails Available | Documents Produced | Documents to be Located |
|---|---|---|---|---|
| Alica Herrera (Medina) (Public Health Director) | 2004-2005 | TBD | Webb County Indigent Health Care Program Monthly Financial Reports from June 2005 – December 2005 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Braulio Martinez (Public Health Director) | 1997-1999 | TBD | | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 3 of 16

| | | | | copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
|---|---|---|---|---|
| Carlos Villarreal (Commissioner's Court Executive Administrator) | 2000-2006 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2000 – 2006<br><br>Adopted/Annual Budgets for 2001 – 2006<br><br>Proposed Budgets for 2000 – 2006 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Cindy Liendo (Commissioner, Precinct 4) | 2019-2023 | 2018 | Commissioners' Court Agendas and Meeting Minutes for 2019 – 2023<br><br>Adopted/Annual Budgets for 2019 – 2022<br><br>Proposed Budgets for 2018 – 2023 | The County is presently unaware of any outstanding ESI that will need to be located. |
| Corinne Elizabeth Stern (Medical Examiner) | 2007-present | 2007 | | The County is in the process of collecting centralized records from the Medical Examiners' office. Beyond that, the County is presently unaware of any |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 4 of 16

|  |  |  |  | outstanding ESI that will need to be located. |
|---|---|---|---|---|
| Cynthia Brunner (Commissioner, Precinct 4) | 2005-2007 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2005 – 2007<br><br>Adopted/Annual Budgets for 2005 – 2007<br><br>Proposed Budgets for 2005 – 2007 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Daniel Valdez (County Judge) | 2007-2015 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2007 – 2015<br><br>Adopted/Annual Budgets for 2007 – 2015<br><br>Proposed Budgets for 2007 – 2015 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| David Cortez (Commissioner, Precinct 4) | 1996-1998; 2003-2005 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2003 – 2005<br><br>Adopted/Annual Budgets for 2003 – 2005 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 5 of 16

| | | | | emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
|---|---|---|---|---|
| Delia Perales (Treasurer) | 2003-2019 | 2013 | | The County is currently searching for earlier emails, in addition to any other relevant records for this custodian. |
| Elida Garcia (Public Health Director) | 1986-1996 | TBD | | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Felix Velasquez Jr. (Commissioner, Precinct 3) | 2001-2005 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2001 – 2005<br><br>Adopted/Annual Budgets for 2001 – 2005 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, |

The row above the "Delia Perales" row contains in its fourth column: "Proposed Budgets for 2003 – 2005"

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 6 of 16

| | | | | |
|---|---|---|---|---|
| | | | Proposed Budgets for 2001 – 2005 | electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Francisco Salinas (Public Health Director) | 2003-2012 | TBD | Webb County Indigent Health Care Program Monthly Financial Reports from June 2005 – April 2024 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Francisco Sciaraffa (Commissioner, Precinct 1) | 2005-2013; 2015-2017 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2005 – 2017<br><br>Adopted/Annual Budgets for 2005 – 2017<br><br>Proposed Budgets for 2005 – 2017 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 7 of 16

| | | | | County's investigation continues. |
|---|---|---|---|---|
| Gerardo Garza (Commissioner, Precinct 3) | 2005-2013 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2005 – 2013<br><br>Adopted/Annual Budgets for 2005 – 2013<br><br>Proposed Budgets for 2005 – 2013 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Gerardo Vasquez (Commissioner, Precinct 1) | 2001-2005 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2001 – 2005<br><br>Adopted/Annual Budgets for 2001 – 2005<br><br>Proposed Budgets for 2001 – 2005 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Jaime Canales (Commissioner, Precinct 4) | 2011-2019 | 2011 | Commissioners' Court Agendas and Meeting Minutes for 2011 – 2019<br><br>Adopted/Annual Budgets for 2011 – 2019 | The County is presently unaware of any outstanding ESI that will need to be located. |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 8 of 16

| | | | Proposed Budgets for 2011 – 2019 | |
|---|---|---|---|---|
| James Flores (Interim Director, Community Action Agency; Director, Economic Development) | 2017-2018; 2019-present (CAD) 2017-present (Economic Development) | 2008 (note that Mr. Flores held other positions within Economic Development before becoming Director) | | The County is presently unaware of any outstanding ESI that will need to be located. |
| Jorge De La Garza, Jr. (Commissioner, Precinct 1) | 1996-2001 | TBD | Commissioners' Court Agendas and Meeting Minutes for 1998 – 2001<br><br>Adopted/Annual Budget for 2001<br><br>Proposed Budgets for 1996 – 2001 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Juan Garza (Sheriff) | 1996-2005 | TBD | | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 9 of 16

| | | | | |
|---|---|---|---|---|
| | | | | custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Judith Gutierrez (Commissioner, Precinct 2) | 1999-2007 | TBD | Commissioners' Court Agendas and Meeting Minutes for 1998 – 2007

Adopted/Annual Budget for 2001 – 2007

Proposed Budgets for 1996 – 2007 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Kristopher Montemayor (Commissioner, Precinct 1) | 2013-2014 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2013 – 2014

Adopted/Annual Budget for 2013-2014

Proposed Budgets for 2013-2014 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 10 of 16

| Leo Flores (Auditor) | 1998-2018 | 2017 | Annual Comprehensive Financial Reports for 2002–2023

Auditor Monthly Reports for Jan. 2004 – Feb. 2024

Internal Audit Reports 1Q 2018 – 4Q 2023

Utility Consumption and Expense Reports for 2018–2023

Monthly Check Registers for Jan. 2010 – Jan. 2024

Check Registers from Jan. 2014 – Dec. 2014

Check Registers from Sept. 2019 – Nov. 2019

Check Register for January 2024 | The County is currently searching for earlier emails, in addition to any other relevant records for this custodian. |
|---|---|---|---|---|
| Linda Ramirez (Commissioner, Precinct 1) | 2014-2015 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2014 – 2015

Adopted/Annual Budget for 2014 – 2015

Proposed Budgets for 2014 – 2015 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 11 of 16

| Louis Bruni (County Judge) | 2003-2007 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2003 – 2007<br><br>Adopted/Annual Budget for 2003 – 2007<br><br>Proposed Budgets for 2003 – 2007 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
|---|---|---|---|---|
| Luis Martinez (Sheriff's Office, Commander, CID and Patrol) | 2022-present | 2022 | | The County is presently unaware of any outstanding ESI that will need to be located. |
| Margie Ramirez Ibarra (County Clerk) | 2003-present | 2007 | Aggregated Court Records from the County Clerk and District Clerk from 1996 – 2024 | The County is currently searching for earlier emails, in addition to any other relevant records for this custodian. |
| Martin Cuellar (Sheriff) | 2009-present | 2011 | | The County is currently searching for earlier emails, in addition to any other relevant records for this custodian. |
| Matilda Smith-Gomez (Public Health Director) | 1996-2003 | TBD | Webb County Indigent Health Care Program Monthly Financial Reports from June 2005 – April 2003 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 12 of 16

| | | | | microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
|---|---|---|---|---|
| Mercurio Martinez (County Judge) | 1996-2003 | TBD | Commissioners' Court Agendas and Meeting Minutes for 1998 – 2003<br><br>Adopted/Annual Budget for 2001 – 2003<br><br>Proposed Budgets for 1996 – 2003 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Miguel Urdiales (Commissioner, Precinct 4) | 1999-2003 | TBD | Commissioners' Court Agendas and Meeting Minutes for 1999 – 2003<br><br>Adopted/Annual Budget for 2001 – 2003<br><br>Proposed Budgets for 1999 – 2003 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 13 of 16

| Nancy Cadena (Director of Public Health Services and Bruni Health Facility) | 2003-present | 2008 | Webb County Indigent Health Care Program Monthly Financial Reports from June 2005 – April 2024 | The County is currently searching for earlier emails, in addition to any other relevant records for this custodian. |
|---|---|---|---|---|
| Ricardo Flores (Sheriff) | 2005-2009 | TBD | | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Richard Reyes (Commissioner, Precinct 3) | 1996-2001 | TBD | Commissioners' Court Agendas and Meeting Minutes for 1998 – 2001<br><br>Adopted/Annual Budget for 2001<br><br>Proposed Budgets for 1996 – 2001 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 14 of 16

| | | | | |
|---|---|---|---|---|
| Roque Vela (Commissioner, Precinct 2) | 1996-1999 | TBD | Commissioners' Court Agendas and Meeting Minutes for 1998 – 1999<br><br>Proposed Budgets for 1996 – 1999 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Sergio Martinez (Commissioner, Precinct 4) | 2007-2011 | TBD | Commissioners' Court Agendas and Meeting Minutes for 2007 – 2011<br><br>Adopted/Annual Budgets for 2007 – 2011<br><br>Proposed Budgets for 2007– 2011 | The County is currently searching for departmental documents, meeting minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
| Victor Vasquez (Administrator, Judge Villarreal) | 2019-present | 2018 | | The County is presently unaware of any outstanding ESI that will need to be located. |
| William Hall Jr. (Treasurer) | 1996-2003 | TBD | | The County is currently searching for departmental documents, meeting |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 15 of 16

| | | | | minutes, agendas, executive assistant emails, financial documents, electronically stored documents, tapes, microfiche, and hard copies in the custodian's possession from the relevant period and will provide additional details as the County's investigation continues. |
|---|---|---|---|---|

### III.    Additional Proposed Custodians

The County proposes the following additional custodians:

| Name | Earliest Email | Years of Employment | Relevant Knowledge |
|---|---|---|---|
| Delia Perales (Treasurer) | 2013 | 2003-2019 | Webb County's finance and budget processes. |
| James Flores (Interim Director, Community Action Agency; Director, Economic Development) | 2008 | 2017-2018;   2019-present (CAD) 2017-present (Economic Development) | Webb County's efforts to improve social services at large, including pursuit of grants related to substance abuse. Mr. Flores has worked in the County's Economic Development Department in several capacities before becoming Director. |
| Luis Martinez (Sheriff's Office, Commander, CID and Patrol) | 2022 | 2022-present | Webb County's efforts to investigate opioid-related crimes and respond to incidents of overdoses. |
| Victor Vasquez (Administrator, Judge Villarreal) | 2018 | 2019-present | Webb County's DWI Court, which serves individuals with drug dependency. |

Separately, PBM Defendants requested additional information regarding responsibility for certain County government functions. The County will provide a response next week.

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
June 14, 2024
Page 16 of 16

Sincerely,

Jonathan Tepe

cc:    PBM@listserv.motleyrice.com
       CT12-15_PBM_PLAINTIFFS_DD_TEAM@LISTSERV.MOTLEYRICE.COM
       WebbCountyLitigationTeam@sanfordheisler.com