# EXHIBIT 35

**quinn emanuel** trial lawyers | miami

2601 S. Bayshore Drive, Suite 1550, Miami, Florida 33133-5417 | TEL (305) 402-4880 FAX (305) 901-2975

WRITER'S DIRECT DIAL NO.
**(786) 850-3615**

WRITER'S EMAIL ADDRESS
**olgavieira@quinnemanuel.com**

May 16, 2024

**VIA E-MAIL**
joanne@cicalapllc.com
shelbi@cicalapllc.com
johan@cicalapllc.com
josh@cicalapllc.com

Re:   The Cicala Law Firm Litigation Holds

Dear Counsel:

We write on behalf of Express Scripts, Inc., and OptumRx, Inc. (the **PBM Defendants**).

On May 10, 2024, in your capacity as counsel for Plaintiff Lincoln County in *Lincoln County v. Richard Sackler, M.D.,* No. 20-op-45067 (N.D. Ohio), you informed us for the first time that Lincoln County did not institute a litigation hold until February 29, 2024, even though the lawsuit was filed in 2019. You also informed us that the County destroyed relevant documents after the lawsuit was filed because no litigation hold was in place.

The Cicala Law Firm is counsel of record for plaintiffs in over 60 other opioid cases against the PBM Defendants. Given the serious preservation issue in *Lincoln County*, we are highly concerned that relevant documents are likewise being destroyed in other opioid cases where The Cicala Firm is counsel. Accordingly, for each opioid case against the PBM Defendants where you serve or served as plaintiff's counsel (other than the MDL bellwethers, where we have written you separately about this issue), please answer the following two straightforward questions:

1. Yes or no, is a litigation hold in place?

2. If yes, when was it instituted?

We have listed in the table below the opioid cases against the PBM Defendants where we are aware that The Cicala Law Firm serves or has served as counsel. If there are additional such cases, then you should identify them and answer the same two questions for them as well.

quinn emanuel urquhart & sullivan, llp

| Case Name and Number | Litigation Hold? (state yes or no) | When Instituted? (state date or N/A) |
|---|---|---|
| *Accomack County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45715 (N.D. Ohio) | | |
| *Alleghany County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45700 (N.D. Ohio) | | |
| *Amherst County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45046 (N.D. Ohio) | | |
| *County Board of Arlington County, VA v. Mallinckrodt PLC, et al.*, No. 1:21-op-45078 (N.D. Ohio) | | |
| *Botetourt County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45064 (N.D. Ohio) | | |
| *Butler County Board of Commissioners, OH v. Evernorth Health, Inc., et al.*, No. 1:23-op-45002 (N.D. Ohio) | | |
| *Charlotte County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45851 (N.D. Ohio) | | |
| *Chesterfield County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45173 (N.D. Ohio) | | |
| *City of Alexandria, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45246 (N.D. Ohio) | | |
| *City of Bristol, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45719 (N.D. Ohio) | | |
| *City of Buena Vista, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45159 (N.D. Ohio) | | |
| *City of Chesapeake, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45712 (N.D. Ohio) | | |
| *City of Covington, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45799 (N.D. Ohio) | | |
| *City of Emporia, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-46850 (N.D. Ohio) | | |
| *City of Fairfax, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45177 (N.D. Ohio) | | |
| *City of Fredericksburg, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45898 (N.D. Ohio) | | |

| Case Name and Number | Litigation Hold? (state yes or no) | When Instituted? (state date or N/A) |
|---|---|---|
| *City of Galax, VA v. Purdue Pharma L.P., et al.*, No. 1:19-op-45243 (N.D. Ohio) | | |
| *City of Lexington, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45693 (N.D. Ohio) | | |
| *City of Martinsville, VA v. Purdue Pharma, L.P., et al.*, No. 4:24-cv-00002 (W.D. Va.) | | |
| *City of Norton, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45249 (N.D. Ohio) | | |
| *City of Radford, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-46154 (N.D. Ohio) | | |
| *City of Roanoke, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45696 (N.D. Ohio) | | |
| *City of Salem, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45697 (N.D. Ohio) | | |
| *City of Waynesboro, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-46152 (N.D. Ohio) | | |
| *City of Winchester, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45176 (N.D. Ohio) | | |
| *Culpeper County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45849 (N.D. Ohio) | | |
| *Cumberland County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-46153 (N.D. Ohio) | | |
| *Dickenson County, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45252 (N.D. Ohio) | | |
| *Dinwiddie County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45291 (N.D. Ohio) | | |
| *Fairfax County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45766 (N.D. Ohio) | | |
| *Fauquier County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45686 (N.D. Ohio) | | |
| *Floyd County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45698 (N.D. Ohio) | | |
| *Franklin County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45701 (N.D. Ohio) | | |

| Case Name and Number | Litigation Hold? (state yes or no) | When Instituted? (state date or N/A) |
|---|---|---|
| *Frederick County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45233 (N.D. Ohio) | | |
| *Giles County, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45236 (N.D. Ohio) | | |
| *Goochland County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45175 (N.D. Ohio) | | |
| *Greensville County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45848 (N.D. Ohio) | | |
| *Halifax County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45692 (N.D. Ohio) | | |
| *Henrico County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45172 (N.D. Ohio) | | |
| *Henry County, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45245 (N.D. Ohio) | | |
| *Isle of Wight County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45145 (N.D. Ohio) | | |
| *Jefferson County, MO v. Express Scripts, Inc., et al.*, No. 24-01550 (8th Cir.), previously captioned *Jefferson County, MO v. Williams, et al.*, No. 20-EJ-CC00029 (Mo. Cir. Ct.) | | |
| *Jefferson County, NY v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45437 (N.D. Ohio) | | |
| *King and Queen County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45138 (N.D. Ohio) | | |
| *Lee County, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45251 (N.D. Ohio) | | |
| *Loudoun County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45842 (N.D. Ohio) | | |
| *Madison County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45702 (N.D. Ohio) | | |
| *Mecklenburg County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45174 (N.D. Ohio) | | |
| *Montgomery County, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45234 (N.D. Ohio) | | |

| Case Name and Number | Litigation Hold? (state yes or no) | When Instituted? (state date or N/A) |
|---|---|---|
| *Northampton County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45144 (N.D. Ohio) | | |
| *Northumberland County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45688 (N.D. Ohio) | | |
| *Page County, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45275 (N.D. Ohio) | | |
| *Patrick County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-46149 (N.D. Ohio) | | |
| *Pittsylvania County, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45247 (N.D. Ohio) | | |
| *Prince George County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45929 (N.D. Ohio) | | |
| *Board of Supervisors of Prince William County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45687 (N.D. Ohio) | | |
| *Rockbridge County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45694 (N.D. Ohio) | | |
| *Roanoke County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-45695 (N.D. Ohio) | | |
| *Shenandoah County, VA v. Mallinckrodt PLC, et al.*, No. 1:19-op-46150 (N.D. Ohio) | | |
| *Stafford County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45178 (N.D. Ohio) | | |
| *Strafford County, NH v. Evernorth Health, Inc., et al.*, No. 1:23-op-45006 (N.D. Ohio) | | |
| *Town of Bennington, VT, v. Mallinckrodt PLC, et al.*, No. 1:19-op-45791 (N.D. Ohio) | | |
| *Washington County, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45254 (N.D. Ohio) | | |

Sincerely,

*/s/ Olga M. Vieira*

Olga M. Vieira