# EXHIBIT 36

**quinn emanuel** trial lawyers | miami

2601 S. Bayshore Drive, Suite 1550, Miami, Florida 33133-5417 | TEL (305) 402-4880 FAX (305) 901-2975

WRITER'S DIRECT DIAL NO.
**(786) 850-3615**

WRITER'S EMAIL ADDRESS
**olgavieira@quinnemanuel.com**

June 21, 2024

**VIA E-MAIL**
jgarvey@stranchlaw.com

Re:   *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio)
      The Stranch Law Firm Litigation Holds

Dear Counsel:

We write on behalf of Express Scripts, Inc., and OptumRx, Inc. (the **PBM Defendants**).

On May 10, 2024, the PBM Defendants were informed for the first time that Plaintiff Lincoln County in *Lincoln County v. Richard Sackler*, *M.D.,* No. 20-op-45069 (N.D. Ohio), did not institute a litigation hold until February 29, 2024, even though the lawsuit was filed in 2019. We were also informed for the first time that the County destroyed relevant documents after the lawsuit was filed because no litigation hold was in place. Then, on June 20, 2024, the PBM Defendants were told for the first time that no litigation hold was instituted for *City of Independence, Missouri v. Williams*, No. 19-op-45371 (N.D. Ohio) and that documents had been destroyed since the case was filed.

John F. Garvey and/or Stranch, Jennings, & Garvey, PLLC are counsel of record for plaintiffs in both *Lincoln County* and *City of Independence*. You are also counsel of record for over 25 other opioid plaintiffs against the PBM Defendants. Given the serious preservation issue in *Lincoln County* and *City of Independence*, we are highly concerned that relevant documents are likewise being destroyed in other opioid cases where you are counsel. Accordingly, for each opioid case against the PBM Defendants where you serve or served as plaintiff's counsel (other than the MDL bellwethers, where we have written you separately about this issue), please answer the following two straightforward questions:

1. Yes or no, is a litigation hold in place for each plaintiff in the case?

2. If yes, when was it instituted?

quinn emanuel urquhart & sullivan, llp

We have listed in the table below the opioid cases against the PBM Defendants where we are aware that John F. Garvey and/or Stranch, Jennings, & Garvey, PLLC serves or has served as counsel. If there are additional such cases, you should identify those additional cases and answer the same two questions for them as well.

| **Plaintiff, Case Caption, and Case Number** | **Litigation Hold?** (state yes or no) | **When Instituted?** (state date or N/A) |
|---|---|---|
| Camden County, *Camden County v. Dannie E. Williams, M.D.,* Case No. 1:20-op-45068 (N.D. Ohio) | | |
| Butler County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Cape Girardeau County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Christian County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| City of Joplin, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Crawford County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Dent County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Dunklin County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Greene County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Iron County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Jasper County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |

| Plaintiff, Case Caption, and Case Number | Litigation Hold? (state yes or no) | When Instituted? (state date or N/A) |
|---|---|---|
| Madison County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Perry County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Ste. Genevieve County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Stone County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Taney County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Texas County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| Washington County, *Jefferson County, et al. v. Dannie E. Williams, M.D.,* et al., Case No. 1:19-op-45371 (N.D. Ohio) | | |
| St. Francois County, *St. Francois County v. Dannie E. Williams, M.D., et al.,* Case No. 1:20-op-45069 (N.D. Ohio) | | |
| Strafford, New Hampshire, *Strafford, New Hampshire v. Evernorth Health, Inc., et al.,* Case No. 1:23-op-45006 (N.D. Ohio) | | |
| Butler County Board of Commissioners, Ohio, *Butler County Board of Commissioners, Ohio v. Evernorth Health, Inc., et al.,* Case No. 1:23-op-45002 (N.D. Ohio) | | |
| Franklin County, *Franklin County v. Dannie E. Williams, M.D., et al.,* Case No. 20-AB-CC00006 (Mo. Cir. Ct.) | | |
| Jefferson County, *Jefferson County, MO v. Express Scripts, Inc., et al.*, No. 24-01550 (8th Cir.), previously | | |

| **Plaintiff, Case Caption, and Case Number** | **Litigation Hold?** (state yes or no) | **When Instituted?** (state date or N/A) |
|---|---|---|
| captioned *Jefferson County, MO v. Williams, et al.*, No. 20-EJ-CC00029 (Mo. Cir. Ct.) | | |

Sincerely,

*/s/ Olga M. Vieira*

Olga M. Vieira