# EXHIBIT 37

| | |
|---|---|
| **From:** | David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law> |
| **Sent:** | Friday, June 14, 2024 2:00 PM |
| **To:** | ESI-Opioids; Optum Opioid Team; pbm@listserv.motleyrice.com |
| **Cc:** | Michael Borden; Scott Loge |
| **Subject:** | Follow up on Agenda Items 363/370 |

**EXTERNAL SENDER – Proceed with caution**

Greetings.  As discussed during our conference, Judge Polster would like to reach resolution as soon as reasonably possible on the questions surrounding the Lincoln County Lit-Hold Issue.  Accordingly, the parties should please proceed as follows:

Lincoln shall supply to the Special Master and Defendants a "final written position statement," providing a fulsome report on what potential discovery material was lost, what was recovered, and what was *not* lost, as a result of the litigation hold being implemented late.  The statement should also provide suggestions on what actions Lincoln or the Court can take to ameliorate any possible prejudice caused by lost discovery material.  This statement shall be produced as soon as reasonably possible, but not later than **noon on June 28**.  Between now and then, the parties will continue to meet and confer and discuss possible agreed resolutions short of a request for Court-ordered relief.

If the parties cannot come to full agreement, then PBMs shall file a motion stating the relief they seek, not to exceed 15 pages, on or before **noon on July 3**.  Lincoln shall respond within seven days of PBMs' motion.

Please let me know if you have any questions.

-d


========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law