# EXHIBIT 42

**MDL Opioid Cases Involving OptumRx, Inc., Express Scripts, Inc.,
or Their Affiliated Entities**

*In Re: National Prescription Opiate Litigation*, No. 1:17-md-02804 (Northern District of Ohio)

**Connecticut Cases**

1. *City of Middletown v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45651

2. *Norwich v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45840

3. *Town of Enfield v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45581

4. *Town of Wethersfield v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45663

**Missouri Cases**

5. *Camden County v. Dannie E. Williams M.D., et al.*, No. 1:20-op-45068

6. *City of Springfield, Missouri v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45899

7. *Jefferson County, et al. v. Dannie E. Williams, M.D., et al.*, No. 1:19-op-45371

8. *Lincoln County v. Richard Sackler, et al.*, No. 1:20-op-45069

9. *St. Francois County v. Dannie E. Williams M.D., et al.*, No. 1:19-op-45847

**New Hampshire Cases**

10. *Strafford County v. Evernorth Health, Inc., et al.*, No. 1:23-op-45006

**New Jersey Cases**

11. *City of Paterson v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45371

**New York Cases**

12. *Allegany County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-46151

13. *City of Amsterdam v. Purdue Pharma, L.P., et al.*, No. 1:19-op-46162

14. *City of Auburn v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45843

15. *City of Ogdensburg v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45852

16. *City of Rochester v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45853

17. *City of Saratoga Springs v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45857

18. *County of Jefferson, NY v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45437

**Ohio Cases**

19. *Butler County Board of Commissioners, Ohio v. Evernorth Health, Inc., et al.*, No. 1:23-op-45002

20. *County of Cuyahoga, et al. v. Mylan Pharmaceuticals Inc., et al.*, No. 1:23-op-45003

21. *County of Summit, Ohio v. Express Scripts, Inc., et al.*, No. 1:23-op-45001

**Texas Cases**

22. *County of Webb v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45175

**Vermont Cases**

23. *Town of Bennington, Vermont v. Mallinckrodt PLC, et al.*, No. 1:19-op-45791

**Virginia Cases**

24. *Accomack County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45715

25. *Alleghany County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45700

26. *Amherst County, Virginia v. Mallinckrodt PLC, et al.*, No. 1:20-op-45046

27. *Board of Supervisors, Prince William County v. Purdue Pharma L.P., et al.*, No. 1:19-op-45687

28. *Botetourt County, Virginia v. Mallinckrodt PLC, et al.*, No. 1:20-op-45064

29. *Buchanan County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45253

30. *Charlotte County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45851

31. *Chesterfield County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45173

32. *City of Alexandria v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45246

33. *City of Bristol, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45719

34. *City of Buena Vista, Virginia v. Mallinckrodt PLC, et al.*, No. 1:20-op-45159

35. *City of Chesapeake, Virginia v. Actavis, LLC, et al.*, No. 1:19-op-45712

36. *City of Covington, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45799

37. *City of Emporia, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-46850

38. *City of Fairfax, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45177

39. *City of Fredericksburg, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45898

40. *City of Galax, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45243

41. *City of Lexington, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45693

42. *City of Norton, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45249

43. *City of Portsmouth v. McKesson Corporation, et al.*, No. 1:19-op-45856

44. *City of Radford, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-46154

45. *City of Roanoke, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45696

46. *City of Salem, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45697

47. *City of Waynesboro, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-46152

48. *City of Winchester, Virginia v. Mallinckrodt PLC, et al.*, No. 1:20-op-45176

49. *County Board of Arlington County, Virginia v. Mallinckrodt PLC, et al.*, No. 1:21-op-45078

50. *Culpeper County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45849

51. *Cumberland County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-46153

52. *Dickenson County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45252

53. *Dinwiddie County v. Purdue Pharma L.P., et al.*, No. 1:20-op-45291

54. *Fairfax County Board of Supervisors v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45766

55. *Fauquier County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45686

56. *Floyd County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45698

57. *Franklin County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45701

58. *Frederick County, Virginia v. Mallinckrodt PLC, et al.*, No. 1:20-op-45233

59. *Giles County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45236

60. *Goochland County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45175

61. *Greensville County, VA v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45848

62. *Halifax County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45692

63. *Henrico County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45172

64. *Henry County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45245

65. *Isle of Wight County v. Mallinckrodt PLC, et al.*, No. 1:20-op-45145

66. *King and Queen County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45138

67. *Lee County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45251

68. *Loudoun County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45842

69. *Louisa County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45720

70. *Madison County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45702

71. *Mecklenburg County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45174

72. *Montgomery County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45234

73. *Northampton County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45144

74. *Northumberland County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45688

75. *Page County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45275

76. *Patrick County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-46149

77. *Pittsylvania County v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45247

78. *Prince George County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45929

79. *Roanoke County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-45695

80. *Rockbridge County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45694

81. *Shenandoah County, Virginia v. Purdue Pharma L.P., et al.*, No. 1:19-op-46150

82. *Stafford County, VA v. Mallinckrodt PLC, et al.*, No. 1:20-op-45178

83. *Washington County, Virginia v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45254

**West Virginia Cases**

84. *City of Huntington, West Virginia, et al. v. Express Scripts Holding Company, et al.* (*Huntington I*), No. 1:18-op-45984