**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | **MDL 2804** **Case No. 1:17-md-2804** **Judge Dan Aaron Polster** |

**NOTICE OF WITHDRAWAL AND CHANGE OF FIRM AND ADDRESS OF COUNSEL FOR DEFENDANTS HENRY SCHEIN, INC., HENRY SCHEIN MEDICAL SYSTEMS, INC., INSOURCE, INC., AND GENERAL INJECTABLES & VACCINES, INC.**

PLEASE TAKE NOTICE that as of July 2, 2024, John P. McDonald, counsel for Defendants Henry Schein, Inc., Henry Schein Medical Systems, Inc., Insource, Inc., and General Injectables & Vaccines, Inc. (collectively "Defendants") in the above-captioned action, as well as those actions shown on the attached Exhibit "A," will no longer be associated with the law firm of Locke Lord LLP.  Mr. McDonald will be withdrawing from the individual actions shown on Exhibit A, but not from the main MDL action.  The Firm of Locke Lord LLP and its other attorneys will continue to represent Defendants in the individual actions shown on the attached Exhibit "A". Mr. McDonald and the other attorneys from Locke Lord LLP will all continue to represent Defendants in the main MDL action.

As of July 2, 2024, John P. McDonald's contact information will be:

John P. McDonald
Law Firm of John P. McDonald
6867 Avalon Avenue
Dallas, TX 75214
jpmcdonald.law@outlook.com
(214) 673-7476

The information for the other Locke Lord LLP attorneys representing Defendants remains the same.

1

Dated:  July 1, 2024

    Respectfully submitted,

*/s/ John P. McDonald*
John P. McDonald
Texas Bar No. 13549090
jpmcdonald@lockelord.com
C. Scott Jones
Texas Bar No. 24012922
sjones@lockelord.com
Brandan J. Montminy
Texas Bar No. 24088080
Brandan.montminy@lockelord.com
Lauren M. Fincher
Texas Bar No. 24069718
lfincher@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

*Counsel for Henry Schein, Inc., Henry Schein Medical Systems, Inc., Insource, Inc., General Injectables & Vaccines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July 2024, the foregoing Notice of Withdrawal and Change of Firm and Address was electronically filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ John P. McDonald*
John P. McDonald

# EXHIBIT A

**EXHIBIT "A"**
**MDL - INDIVIDUAL CASES**

| NO. | CASE # | CASE NAME | PARTIES REPRESENTED |
|---|---|---|---|
| 1. | 1:19-op-45715-DAP | *Accomack County, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 2. | 1:19-op-46151-DAP | *Allegany County v. Purdue Pharma Lp et al* | Henry Schein, Inc. Henry Schein Medical Systems, Inc. |
| 3. | 1:19-op-45700-DAP | *Alleghany County, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 4. | 1:20-op-45046-DAP | *Amherst County, Virginia v. Mallinckrodt PLC et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 5. | 1:19-op-45687-DAP | *Board of Supervisors, Prince William County v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 6. | 1:20-op-45064-DAP | *Botetourt County, Virginia v. Mallinckrodt PLC et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 7. | 1:20-op-45060-DAP | *Bowling Green-Warren County Community Hospital Corporation et al v. Purdue Pharma L.P., et al.* | Henry Schein, Inc. |
| 8. | 1:19-op-45851-DAP | *Charlotte County, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |

| NO. | CASE # | CASE NAME | PARTIES REPRESENTED |
|---|---|---|---|
| **9.** | 1:20-op-45173-DAP | *Chesterfield County, VA v. Mallinckrodt PLC et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| **10.** | 1:19-op-45246-DAP | *City of Alexandria v. Purdue Pharma, L.P. et al.* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| **11.** | 1:19-op-46162-DAP | *City of Amsterdam v. Purdue Pharma L.P. et al* | Henry Schein, Inc. Henry Schein Medical Systems, Inc. |
| **12.** | 1:19-op-45843-DAP | *City of Auburn v. Purdue Pharma L.P. et al* | Henry Schein, Inc. Henry Schein Medical Systems, Inc. |
| **13.** | 1:19-op-45719-DAP | *City of Bristol, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| **14.** | 1:20-op-45159-DAP | *City of Buena Vista, Virginia v. Mallinckrodt PLC et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| **15.** | 1:19-op-45712-DAP | *City of Chesapeake, Virginia v. Actavis, LLC et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| **16.** | 1:19-op-45799-DAP | *City of Covington, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| **17.** | 1:20-op-45227-DAP | *City of Daphne, Alabama v. Amneal Pharmaceuticals, LLC et al* | Henry Schein Inc. |
| **18.** | 1:19-op-46850-DAP | *City of Emporia, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |

| NO. | CASE # | CASE NAME | PARTIES REPRESENTED |
|---|---|---|---|
| 19. | 1:20-op-45177-DAP | *City Of Fairfax, Va v. Mallinckrodt Plc Et Al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 20. | 1:19-op-45898-DAP | *City of Fredericksburg, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 21. | 1:19-op-45243-DAP | *City of Galax, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 22. | 1:19-op-45693-DAP | *City of Lexington, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 23. | 1:19-op-45249-DAP | *City of Norton, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 24. | 1:19-op-45852-DAP | *City of Ogdensburg v. Purdue Pharma L.P. et al* | Henry Schein, Inc. Henry Schein Medical Systems, Inc. |
| 25. | 1:19-op-46163-DAP | *City of Poughkeepsie v. Purdue Pharma L.P. et al* | Henry Schein, Inc. Henry Schein Medical Systems, Inc. |
| 26. | 1:19-op-46154-DAP | *City of Radford, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 27. | 1:19-op-45696-DAP | *City of Roanoke, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 28. | 1:19-op-45853-DAP | *City of Rochester v. Purdue Pharma L.P. et al* | Henry Schein, Inc. Henry Schein Medical Systems, Inc. |

| NO. | CASE # | CASE NAME | PARTIES REPRESENTED |
|---|---|---|---|
| 29. | 1:19-op-45697-DAP | *City of Salem, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 30. | 1:19-op-45857-DAP | *City of Saratoga Springs v. Purdue Pharma L.P. et al* | Henry Schein, Inc.<br>Henry Schein Medical Systems, Inc. |
| 31. | 1:19-op-46152-DAP | *City of Waynesboro, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 32. | 1:20-op-45176-DAP | *City of Winchester, Virginia v. Mallinckrodt PLC et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 33. | 1:21-op-45078-DAP* | *County Board of Arlington County, Virginia v. Mallinckrodt PLC, et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 34. | 1:19-op-45862-DAP | *County of Kauai v. CVS Health Corporation, et al.* | Henry Schein, Inc.<br>Henry Schein Medical Systems, Inc. |
| 35. | 1:19-op-45849-DAP | *Culpeper County, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 36. | 1:19-op-46153-DAP | *Cumberland County, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 37. | 1:20-op-45142-DAP† | *Dallas County Hospital District, et al v. Amneal Pharmaceuticals, Inc., et al* | Henry Schein, Inc. |

\* John McDonald listed on docket, but no appearance filed
† John McDonald listed on docket, but no appearance filed

| NO. | CASE # | CASE NAME | PARTIES REPRESENTED |
|---|---|---|---|
| 38. | 1:19-op-45252-DAP | *Dickenson County v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 39. | 1:21-op-45116-DAP | *Erie County Medical Center Corporation et al v. Teva Pharmaceuticals USA, Inc. et al* | Henry Schein Inc. |
| 40. | 1:19-op-45766-DAP | *Fairfax County Board Of Supervisors v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 41. | 1:19-op-45686-DAP | *Fauquier County, Virginia v. Mallinckrodt LLC, et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 42. | 1:19-op-45698-DAP | *Floyd County, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 43. | 1:19-op-45701-DAP | *Franklin County, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 44. | 1:20-op-45233-DAP | *Frederick County, Virginia v. Mallinckrodt PLC et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 45. | 1:20-op-45265-DAP | *Fultondale, Alabama, City of et al v. Amneal Pharmaceuticals LLC et al* | Henry Schein Inc. |
| 46. | 1:19-op-45236-DAP | *Giles County v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 47. | 1:20-op-45175-DAP | *Goochland County, VA v. Mallinckrodt, PLC et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |

| NO. | CASE # | CASE NAME | PARTIES REPRESENTED |
|---|---|---|---|
| 48. | 1:19-op-45848-DAP | *Greensville County, VA v. Purdue Pharma, L.P. et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 49. | 1:19-op-45692-DAP | *Halifax County, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 50. | 1:20-op-45172-DAP | *Henrico County, VA v. Mallinckrodt PLC et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 51. | 1:19-op-45245-DAP | *Henry County, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 52. | 1:20-op-45145-DAP | *Isle Of Wight County v. Mallinckrodt, PLC* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 53. | 1:19-op-45251-DAP | *Lee County, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 54. | 1:19-op-45842-DAP | *Loudoun County, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 55. | 1:19-op-45720-DAP | *Louisa County, Virginia v. Purdue Pharma L.P., et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |
| 56. | 1:19-op-45702-DAP | *Madison County, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc.<br>General Injectables & Vaccines, Inc.<br>Insource, Inc. |

| NO. | CASE # | CASE NAME | PARTIES REPRESENTED |
|---|---|---|---|
| 57. | 1:20-op-45266-DAP | *Marion Hospital Corporation et al v. Abbott Laboratories et al* | Henry Schein Inc. |
| 58. | 1:20-op-45174-DAP | *Mecklenburg County, VA v. Mallinckrodt PLC et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 59. | 1:19-op-45234-DAP | *Montgomery County v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 60. | 1:20-op-45144-DAP | *Northampton County, VA v. Mallinckrodt, PLC* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 61. | 1:19-op-45688-DAP | *Northumberland County, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 62. | 1:19-op-45275-DAP | *Page County v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 63. | 1:20-op-45293-DAP‡ | *Paintsville Hospital Company, Llc, et al. v. Amneal Pharmaceuticals, Llc, et al.* | Henry Schein, Inc. |
| 64. | 1:19-op-46149-DAP | *Patrick County, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 65. | 1:19-op-45247-DAP | *Pittsylvania County v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |

‡ John McDonald listed on docket, but no appearance filed

| NO. | CASE # | CASE NAME | PARTIES REPRESENTED |
|---|---|---|---|
| 66. | 1:19-op-45929-DAP | *Prince George County, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 67. | 1:19-op-45695-DAP | *Roanoke County, Virginia v. Purdue Pharma L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 68. | 1:19-op-45694-DAP | *Rockbridge County, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 69. | 1:19-op-46150-DAP | *Shenandoah County, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 70. | 1:20-op-45127-DAP | *Singing River Health System et al v. Grace et al* | Henry Schein Inc. |
| 71. | 1:20-op-45178-DAP | *Stafford County, VA v. Mallinckrodt PLC et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |
| 72. | 1:19-op-46165-DAP | *Takoma Regional Hospital et al v. Purdue Pharma L.P. et al* | Henry Schein Inc. |
| 73. | 1:19-op-45254-DAP | *Washington County, Virginia v. Purdue Pharma, L.P. et al* | Henry Schein, Inc. General Injectables & Vaccines, Inc. Insource, Inc. |