**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804**<br><br>Case No. 1:17-md-02804-DAP<br><br>**Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Alaura R. M. Perdzock of Jones Day, hereby enters her appearance for Defendants Allergan plc, Allergan Finance LLC, Allergan USA, Inc., and Allergan Sales, LLC in the above-captioned action.

Dated: July 2, 2024.

                                              Respectfully submitted,

                                              */s/ Alaura R. M. Perdzock*
                                              PA Bar No. 320544
                                              GA Bar No. 722361
                                              Email: aperdzock@jonesday.com
                                              JONES DAY
                                              1221 Peachtree Street, N.E., Suite 400
                                              Atlanta, GA 30361
                                              Telephone: (404) 521-3939

                                              ***Attorneys for Defendants Allergan plc,***
                                              ***Allergan Finance LLC, Allergan USA,***
                                              ***Inc., and Allergan Sales, LLC***