# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-02804-DAP<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Janine Cane Metcalf of Jones Day, hereby enters her appearance for Defendants Allergan plc, Allergan Finance LLC, Allergan USA, Inc., and Allergan Sales, LLC in the above-captioned action.

Dated: July 2, 2024.

Respectfully submitted,

*/s/ Janine Cane Metcalf*
GA Bar No. 503401
Email: jmetcalf@jonesday.com
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone:  (404) 521-3939

***Attorneys for Defendants Allergan plc, Allergan Finance LLC, Allergan USA, Inc., and Allergan Sales, LLC***