# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-02804-DAP<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Joseph N. Parsons of Jones Day, hereby enters his appearance for Defendants Allergan plc, Allergan Finance LLC, Allergan USA, Inc., and Allergan Sales, LLC in the above-captioned action.

Dated: July 2, 2024.

Respectfully submitted,

*/s/ Joseph N. Parsons*
PA Bar No. 316724
Email: jparsons@jonesday.com
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone:  (412) 394-9590

***Attorneys for Defendants Allergan plc, Allergan Finance LLC, Allergan USA, Inc., and Allergan Sales, LLC***