**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:  NATIONAL PRESCRIPTION      **MDL NO. 2804**
OPIATE LITIGATION                     **CASE NO. 1:17-MD-2804**

                                                   **Judge Dan Aaron Polster**

*THIS DOCUMENT RELATES TO ALL CASES*

### NOTICE OF CHANGE OF LAW FIRM/CONTACT INFORMATION

Notice to the Clerk of Courts, all Parties and Counsel:

      Please be advised that we, Ronda L. Harvey and Ashley Hardesty Odell, counsel of record for The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II, Kroger Texas LP, and Harris Teeter, LLC, hereby give notice to this Honorable Court, all parties and all counsel of record in this matter that we have moved to another law firm and our representation of these defendants will continue.  Our new contact information effective immediately is as follows:

                                                /s Ronda L. Harvey
                                                Ronda L. Harvey, Esq.
                                                Ashley Hardesty Odell, Esq.
                                                Of Counsel
                                                **STEPTOE & JOHNSON PLLC**
                                                Chase Tower
                                                707 Virginia Street, East, 17th Floor
                                                Charleston, West Virginia 25301
                                                Telephone:  304-353-8000
                                                Facsimile:  304-353-8180
                                                Ronda.Harvey@Steptoe-Johnson.com
                                                Ashley.Odell@Steptoe-Johnson.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 8, 2024, a true and correct copy of the foregoing ***Notice of Change of Law Firm/Contact Information*** was served via CM/ECF, which will send electronic notification of such filing to all counsel of record.

/s *Ronda L. Harvey*
Ronda L. Harvey, Esq.
Of Counsel
**STEPTOE & JOHNSON PLLC**
Chase Tower
707 Virginia Street, East, 17th Floor
Charleston, West Virginia 25301
Telephone:  304-353-8000
Facsimile:  304-353-8180
Ronda.Harvey@Steptoe-Johnson.com

22658780.1