IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*All Actions* | Case No.: 1:17-MD-2804-DAP<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that pursuant to the Court's Minute Entry (Dkt. #4), attorney Elizabeth G. Smiley of Baron & Budd, P.C., hereby enters her appearance as counsel of record on behalf of multiple Plaintiffs in the above-caption action. Attorney Smiley is registered for Electronic Case Filing in multiple federal district courts. Please serve all notices, correspondence, filings and orders at the following address:

>Elizabeth G. Smiley
>**Baron & Budd, P.C.**
>15910 Ventura Blvd., Ste. 1600
>Encino, CA 91436
>Tel.: 818-839-2333
>Email: esmiley@baronbudd.com

Dated: July 8, 2024

Respectfully submitted:

*/s/Elizabeth G. Smiley*
Elizabeth G. Smiley, CA SBN #318165
**Baron & Budd, P.C.**
15910 Ventura Blvd., Ste. 1600
Encino, CA 91436
Tel.: 818-839-2333
Email: esmiley@baronbudd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2024, the foregoing was filed with the Clerk of Court using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                         */s/Elizabeth G. Smiley*
                                                         Elizabeth G. Smiley