# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL. No. 2804<br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that Bradley M. Smyer of the law firm ALSTON & BIRD LLP enters his appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated: July 9, 2024

                                                         Respectfully submitted,

                                                         /s/ *Bradley M. Smyer*
                                                         Bradley M. Smyer
                                                         Texas Bar No. 24068237
                                                         **ALSTON & BIRD LLP**
                                                         2200 Ross Avenue
                                                         Chase Tower, Suite 2300
                                                         Dallas, TX 75201
                                                         Tel.: (214) 922-3459
                                                         Fax: (214) 922-3859
                                                         brad.smyer@alston.com