UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to: All Cases | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that effective immediately, the Seattle office of Keller Rohrback L.L.P., and the attorneys admitted in the instant action, have changed their address as follows:

Keller Rohrback L.L.P.
1201 Third Avenue, **Suite 3400**
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Dated: July 10, 2024         **KELLER ROHRBACK L.L.P.**

By: *s/ David J. Ko*
   Lynn Lincoln Sarko
   Derek W. Loeser
   Gretchen Freeman Cappio
   David J. Ko
   Daniel P. Mensher
   Alison S. Gaffney
   1201 Third Avenue, Suite 3400
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Fax: (206) 623-3384

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2024, I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

*s/ David J. Ko*
David J. Ko