# EXHIBIT A

*means custodian chosen by Defendants*

# EXHIBIT A
## LINCOLN COUNTY SUMMARY
### AS OF JULY 12, 2024

AMBULANCE DISTRICT

- **Data:**
  - Electronic patient data files for each call (*2017–present*)
  - Grant documents & underlying data (*2018–present*)

- **District Files:**
  - DEA Audit Logs (*2018–present*)
  - Meeting minutes (*pre-2010–present*)
  - Meeting agendas (*pre-2010–present*)
  - Budgets and financial reports (*pre-2010–present*)
  - Server documents and data (*2005–present*)

- **Preserved Custodial Emails:**
  - **\*Ray Antonacci**, Chief Administrator (*2014–present*);
    - Substantial completion by July 12, 2024
  - **\*Shannon Burkemper**, Chief Medical Officer (*2020–present*)
    - Substantial completion by July 12, 2024
  - Graeme Goodwin, former Chief Medical Officer (*2016–2020*)

CORONER'S OFFICE

- **Coroner's Reports:**
  - Electronic Coroner reports, including the report, ambulance call information, police incident report, any tox screens or Medical Examiner reports, etc. (*2021–present*)
  - Hard Copy Coroner reports, including the report, ambulance call information, police incident report, any tox screens or Medical Examiner reports, etc. (*1996–2021*)

- **Preserved Custodial Emails:**
  - \*Dan Heavin, Coroner shared email (*2021–present*)
    - Substantial completion by July 12, 2024
  - \*Ryan Parker; Former Coroner shared email (*2019–2021*)

1

*__means custodian chosen by Defendants__*

- Substantial completion by July 12, 2024
  - *Stephanie Wahoski, Chief Deputy Coroner email (*2021–present*)
    - Substantial completion by July 12, 2024
  - Deputy Coroner 2 shared email (*2023–2024,  the account was created Jan. 2023*)
  - Deputy Coroner 3 shared email (*2023–2024, the account was created Jan. 2023*)

- **Incomplete Emails:**
  - Former Coroner, Kelly Walter's, email (*2015–2019*)
    - Collected 1,572 emails.
  - Former Deputy Coroner shared email (*2021–2023*)
    - Collected 281 emails.

COUNTY AUDITOR'S OFFICE

- **Department Files:**
  - All department documents on server (*2014–present*)
- **Preserved Custodial Emails:**
  - Auditor is shared email passed to each new officeholder (*2013–present*)
    - *Brenda Schulte is current Auditor and the custodian for these emails. She has been in office since 2023. Substantial completion by July 12, 2024.

COUNTY CLERK'S OFFICE

- **Department files:**
  - County meeting minutes and agendas (*1996–present*)
  - Audits (*1996–present*)
  - Financial statements (*1996–present*)
  - Budgets (*1996–present*)
  - Health plan contracts and related documents (*2012–present*)
  - RFPs and RFQs (*2017–present*)
  - Server documents (*2011–present*)
- **Preserved Custodial Emails:**
  - *Kenneth Schulte, County Clerk (*2023–present*)
    - Substantial completion by July 12, 2024
  - *Mike Krueger, Deputy Clerk (*2011–present*)

*means custodian chosen by Defendants*

- Substantial completion by July 12, 2024
  - o *Helen McDonald, Payroll Clerk (*2019–present*)
    - Substantial completion by July 12, 2024
  - o *Joe Kaimann, Presiding Commissioner (*2019–present*)
    - Substantial completion by July 12, 2024
  - o *Matt Bass, Associate Commissioner, Dist. 2 (*2018-present*)
    - Substantial completion by July 12, 2024
  - o *Mike Mueller, Associate Commissioner Dist. 1 (*2017–present*)
    - Substantial completion by July 12, 2024

- **Incomplete Emails:**
  - o Dan Colbert, Presiding Commissioner (*2011–2018*)
    - Collected 19,265 emails.
    - Mr. Colbert's user files are preserved on the County Servers

  - o Ann Irvin, Payroll Clerk (*2001–2019*)
    - Collected 3,394 emails.
    - Ms. Irvin's user files are preserved on the County Servers

  - o *Crystal Hall, County Clerk (*2011–2022*)
    - Collected 38,302 emails. Prioritized review in progress
    - Ms. Hall's user files are preserved on the County Servers

COUNTY HEALTH DEPARTMENT

- **Department Documents:**
  - o Financial Statements (*2005–present*)
  - o Server documents (*2006–present*)
  - o County opioid response documents (*2017–present*)

- **Preserved Custodial Emails:**
  - o All current and past employee emails have been maintained by the health department.
  - o *Brett Siefert, LCHD Administrator, (*2011–present*)
    - Substantial completion by July 12, 2024

3

*** means custodian chosen by Defendants***

EMERGENCY SERVICES (911)

- **Data:**
  - Calico CAD call data (*2007–present*)

- **District Documents:**
  - Board meeting minutes (*2020–present*)

- **Preserved Custodial Emails:**
  - *James Roberts, Director, (*2019–present*)
    - Substantial completion by July 12, 2024
  - *Samantha Shelton, Custodian of Records (*2022–present*)
    - Substantial completion by July 12, 2024

- **Incomplete Emails:**
  - Mike Pirtle, 911 Director (*2005–2021*)
    - Collected 7,542 emails.

FIRE PROTECTION DISTRICT #1

- **Data:**
  - Electronic call records (*mid-2000–present*)
  - Paper call records (*1996–mid-2000s*)

- **District Documents:**
  - Main servers, including financial data (*2006–present*)

- **Preserved Custodial Emails:**
  - *Mike Marlo, Fire Chief (*2020–present*)
    - Substantial completion by July 12, 2024
  - *Robert Shramek, Deputy Fire Chief (*2011-present*)
    - Substantial completion by July 12, 2024

***\* means custodian chosen by Defendants***

PROJECT COORDINATOR

- **Department Documents:**
  - Bridge of Hope (housing for homeless, recovering addict services, etc.) RFPs and RFQs (*2022–forward*)
  - RFPs/RFQs and associated bids (*2015–present*)

- **Preserved Custodial Emails:**
  - Robert Henebry, Project Coordinator (*2022–present*)

- **Incomplete Emails:**
  - Jay Gourley, Project Coordinator (*2015–2019*)
    - Collected 3,000 emails.
    - County has all bids from his tenure.

PROSECUTING ATTORNEY'S OFFICE

- The County is not producing documents from the prosecuting attorney's office.

RESOURCES BOARD

- **Department Documents:**
  - Meeting minutes and agendas (*2013–present*)
  - Reports and publications (*2014–present*)
  - Audits (*2013–present*)
  - Needs assessments (*2008–present; done every 3 years*)
  - Meeting Minutes and agendas (*2007–present*)
  - Hard copy Annual reports (*2009–2018*)

- **Preserved Custodial Emails:**
  - **\***Cheri Winchester, and predecessor shared an email address (*2013–present*)
    - Substantial completion by July 12, 2024

SHERIFF'S OFFICE

- **Data:**

*means custodian chosen by Defendants*

- o RMS Incident reports/Case/Investigation files (*1996–present*)

- **Preserved Custodial Emails:**
  - o *Rick Harrell, Sheriff (*2021–present*)
    - Substantial completion by July 12, 2024
  - o *Randy Lambert, Undersheriff (*2021–present*)
    - Substantial completion by July 12, 2024
  - o *Colleen Freeland, Jail Nurse (*2022–present*)
    - Substantial completion by July 12, 2024
  - o *Amy Tippett, School Resource Officer (*2014–present*)
    - Substantial completion by July 12, 2024
  - o *Greg Tipton, Jail Administrator (*2014–present*)
    - Substantial completion by July 12, 2024
  - o Pasquale Patti, Patrol Commander (*2021–present*)
  - o *Carrie Ward, Risk Manager (*2023–present*, *new position*)
    - Substantial completion by July 12, 2024
  - o *Jodi Mauzy, Business Manager (*2011–present*)
    - Substantial completion by July 12, 2024
  - o *Robert Thebeau, Narcotics (*2017–present*)
    - Substantial completion by July 12, 2024

- **Incomplete Emails:**
  - o * John Cottle, Former Sheriff (2013-2020)
    - Collected 24,726 emails. Prioritized review in progress
  - o Michael Lang, Former Undersheriff (2013-present)
    - Collected 6,207 emails.
  - o Mason McNail, Former Narcotics Detective
    - Collected 1,229 emails.
  - o Bradley Beeman, Former Narcotics Detective
    - Collected 1,754 emails.

*** means custodian chosen by Defendants**

TREASURER'S OFFICE:

- **Department Data:**
  - Financial Reports (*2006–present*)

- **Preserved Custodial Email:**
  - Brenda O Brien, Treasurer (*2016–present*)
    - Substantial completion by July 12, 2024. Defendants have not selected the Treasurer as a custodian, but the County is producing responsive information from her emails nevertheless.

EMERGENCY MANAGEMENT AGENCY:

- **Incomplete Emails:**
  - *Adam Stanek
    - Collected 15,384 emails.
    - Reviewing Mr. Stanek's hard drive.
  - Jim Sharp
    - Collected 21,884 emails.
    - Reviewing Mr. Sharp's computer user file.

COUNTY ADMINISTRATOR:

- **Preserved Custodial Email:**
  - *Sandy Jung, Public Administrator (*2019–present*)
    - Substantial completion by July 12, 2024
  - *Betty Cox, Former Public Administrator (*2015–2019*)
    - Substantial completion by July 12, 2024

ASSESSOR:

- **Preserved Custodial Email:**
  - *Kevin Bishop, Assessor (*2004–present*)
    - Substantial completion by July 12, 2024