**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **CASE NO. 1:17-MD-2804** |
| | ) | **Judge Dan Aaron Polster** |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| "*All cases*" | ) ) ) | **ORDER AMENDING DATES** |
| | ) | **RE DOCKET NO. 5455** |

With its Order at docket no. 5455, the Court set deadlines for briefing of motions to amend complaints. The Court understands the PEC and numerous defendants are working to achieve settlements before the deadline for filing motions to amend, and the mediator has suggested that a short postponement of that deadline would be helpful. Accordingly, the Court amends the briefing schedule by pushing the deadlines back one week, as follows:

**July 29, 2024, at 4:00 PM**: The PEC shall file motions to amend complaints.

**September 30, 2024, at 4:00 PM**: Defendants shall file a response.

**October 28, 2024, at 4:00 PM**: The PEC shall file a reply.

The Court is committed to ensuring any settlement agreements reached before the July 29, 2024 motion deadline, and afterwards, are fully consummated, and will work with the mediator and counsel as necessary to resolve any lingering issues.

    **IT IS SO ORDERED.**

                                            /s/ *Dan Aaron Polster*
                                            **DAN AARON POLSTER**
                                            **UNITED STATES DISTRICT JUDGE**

**DATED**: July 15, 2024