UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | Case No. 17-md-2804 |
| *This document relates to:* | |
| *All Cases* | Hon. Dan Aaron Polster |

**NOTICE TO ALL PLAINTIFFS' COUNSEL IN MDL 2804**
**REGARDING THE PROCESS OF AMENDING COMPLAINTS**

The Plaintiffs' Executive Committee gives notice to all plaintiffs' counsel in MDL 2804 that, as part of the process of amending complaints in cases filed in the MDL, the PEC has communicated extensively with the counsel designated as "contact counsel" or "primary firm" in the Rubris system regarding the amendment process. All other counsel should contact such contact or primary counsel in order to be fully informed of this process. As of this filing, the PEC has emailed reports to the contact or primary counsel, indicating which plaintiffs have responded to our communications regarding the amended complaint process. *Please review these reports to ensure each of your clients' amendment status is accurately reflected.* If you are contact or primary counsel representing a plaintiff in MDL 2804, and you have not received our communications, please send an email to 2804-amendments@levinlaw.com.

July 15, 2024                            Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue, Suite 201
San Juan, PR  00918
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

*/s/Peter H. Weinberger*
 Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*


**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Peter H. Weinberger*
Peter H. Weinberger

2