# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>*All Cases* | MDL No. 2804<br><br>CASE No. 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

To:  The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Walden Macht & Haran LLP has changed its name to Walden Macht Haran & Williams LLP.  The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.  Please take notice that updated email addresses will include the new domain "wmhwlaw.com," replacing "wmhlaw.com," although all emails to addresses at the old domain will be forwarded to the corresponding new address.

Dated: New York, New York
       July 16, 2024

Respectfully submitted,

**WALDEN MACHT HARAN & WILLIAMS LLP**

By: /s/ Jim Walden

Jim Walden
Adam Cohen
250 Vesey Street, 27th Floor
New York, New York 10281
Tel.: (212) 335-2030
jwalden@wmhwlaw.com
acohen@wmhwlaw.com

*Attorneys for Defendant Morris & Dickson Co. L.L.C.*