UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-MD-2804 |
| *All Cases* | Judge Dan Aaron Polster |

**NOTICE OF THIRTY-SIXTH AMENDED BANKRUPTCY COURT ORDER GRANTING INJUNCTION AGAINST CONTINUATION OF PROCEEDINGS AS TO RELATED PARTIES TO DEBTOR PURDUE PHARMA, L.P. AND AFFILIATED DEBTORS**

Defendants David A. Sackler, Ilene Sackler Lefcourt, Kathe A. Sackler, Mortimer D.A. Sackler, Richard S. Sackler, Theresa Sackler, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., Beacon Company, and Richard Sackler as alleged trustee of the alleged Trust for the Benefit of Members of the Raymond Sackler Family (collectively, the "**Sackler Parties**")[1] submit this Notice following their previous Notice of Thirty-Third Amended Bankruptcy Court Order Granting Injunction (ECF No. 5120) filed July 19, 2023.

1. On September 15, 2019, Purdue Pharma L.P. and several affiliated debtors (collectively, "**Purdue**" or "**Debtors**") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. The cases are jointly administered under the case captioned *In re Purdue Pharma L.P.*, Case No. 19-23649 (SHL) (Bankr. S.D.N.Y.) (the "**Purdue Bankruptcy Case**").

---

[1] On October 14, 2019, Defendant Beverly Sackler passed away. *See* Suggestion of Death, *In re Purdue Pharma L.P.*, No. 19-23649 (SHL), ECF No. 301 (Bankr. S.D.N.Y. Oct. 14, 2019). On June 30, 2020, Defendant Jonathan Sackler passed away. *See* Suggestion of Death, *In re Purdue Pharma L.P.*, No. 19-23649 (SHL), ECF No. 1316 (Bankr. S.D.N.Y. June 30, 2020).

Plaintiffs in multiple member actions in this MDL Proceeding are creditors in the Purdue Bankruptcy Case, and the Debtors filed a Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings in this MDL Proceeding on September 16, 2019 (ECF No. 2609), notifying all Plaintiffs of the bankruptcy filing.

2. On November 6, 2019, the Bankruptcy Court in the Purdue Bankruptcy Case issued an order pursuant to 11 U.S.C. § 105(a) enjoining commencement or continuation of litigation against any Debtor or Related Party, as defined therein, through April 8, 2020. *See* Second Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, *In re Purdue Pharma L.P.*, Case No. 12-23649 (SHL), Adv. Pro. No. 19-08289 (SHL), ECF No. 105 (Bankr. S.D.N.Y. Nov. 6, 2019) (the "**Preliminary Injunction**"). Since March 2020, there have been numerous extensions of the Preliminary Injunction.

3. The Sackler Parties are within the definition of Related Parties as defined in the Preliminary Injunction. Plaintiffs asserting claims against the Sackler Parties in this MDL Proceeding have been subject to the Preliminary Injunction, as amended, and those MDL member actions against the Sackler Parties are included on the schedule of enjoined cases.

4. The key stakeholders to the Debtors' bankruptcy cases agreed to a set of interrelated settlements that provide for a comprehensive resolution of claims relating to the Debtors and the Related Parties. This comprehensive resolution was embodied in the Debtors' plan of reorganization (the "**Plan**"). *See* Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors, *In re Purdue Pharma L.P.*, Case No. 19-23649 (SHL), ECF No. 3726 (Bankr. S.D.N.Y. Sept. 2, 2021). The Plan was confirmed by the Bankruptcy Court orally on September 1, 2021 and by written order entered on September 17, 2021. *See* Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended

Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors, *In re Purdue Pharma L.P.*, Case No. 19-23649 (SHL), ECF No. 3787 (Bankr. S.D.N.Y. Sept. 17, 2021).

5. Following confirmation of the Plan, certain parties appealed the confirmation order. The order confirming the Plan was vacated on appeal by the United States District Court for the Southern District of New York on December 16, 2021, *see In re Purdue Pharma, L.P.*, 635 B.R. 26 (S.D.N.Y. 2021) (the "**District Court Order**"), and that decision was appealed to the United States Court of Appeals for the Second Circuit. *See In re Purdue Pharma L.P. et al.*, No. 22-110-bk(L) (2d Cir.) (the "**Purdue Appeal**").

6. On May 30, 2023, the Second Circuit issued its decision in the Purdue Appeal, reversed the District Court Order holding that the Bankruptcy Code does not permit nonconsensual releases of third-party direct claims against non-debtors, affirmed the U.S. Bankruptcy Court's Order entered in the Purdue Bankruptcy Case approving the Plan, and remanded the case to the U.S. District Court "for such further proceedings as may be required, consistent with this opinion." *In re Pharma L.P.*, 69 F.4th 45 (2d. Cir. 2023). Subsequent to the Second Circuit's decision, further appeals were advanced to the United States Supreme Court.

7. On June 27, 2024, the U.S. Supreme Court issued its decision in *Harrington, U.S. Trustee, Region 2 v. Purdue Pharma L.P.*, No. 23-124, Slip Op. (June 27, 2024), which reversed and remanded the May 30, 2023 decision of the United States Court of Appeals for the Second Circuit "for further proceedings consistent with this opinion." *Harrington* at *32.

8. Pursuant to the Bankruptcy Court's Thirty-Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, ECF 484 in the Purdue Bankruptcy Case (Bankr. S.D.N.Y. May 31, 2024), the Preliminary Injunction, unless further extended, would remain in effect until July 29, 2024.

3

9. On July 10, 2024, the Bankruptcy Court entered an order appointing mediators (the "Mediation Order") in the Purdue Bankruptcy Case and extended the Preliminary Injunction for an additional 60 days "after [the Bankruptcy Court's] entry of the Mediation Order." *See* Thirty-Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction at 13-14, *In re Purdue Pharma L.P.*, Case No. 19-23649 (SHL), Adv. Pro. No. 19-08289 (SHL), ECF No. 506 (Bankr. S.D.N.Y. July 10, 2024) (the "**July 10, 2024 Injunction Order**"). The July 10, 2024 Injunction Order is attached to this Notice as **Exhibit 1**. The Mediation Order was entered on July 10, 2024, and accordingly the Preliminary Injunction is extended through and including September 9, 2024. *See* Order Appointing the Honorable Shelley C. Chapman (Ret.) and Eric D. Green as Co-Mediators and Establishing Terms and Conditions of Mediation, *In re Purdue Pharma L.P.*, Case No. 19-23649 (SHL), ECF No. 6537 (Bankr. S.D.N.Y. July 10, 2024).

10. Notwithstanding the filing of this Notice, the Sackler Parties expressly preserve all of their defenses, including, but not limited to, lack of personal jurisdiction.

Respectfully submitted,

/s/ Stuart G. Parsell
Stuart G. Parsell (Ohio Bar No. 0063510)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Telephone: (614) 365-9900
Facsimile: (614) 365-7900
parsell@litohio.com

Attorneys for Defendants Richard S. Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Theresa Sackler, David Sackler, the Estate of Raymond Sackler, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., Beacon Company, and Richard Sackler as alleged Trustee of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Former Attorneys to Jonathan Sackler (now

4

          deceased), individually and as alleged Trustee of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Beverly Sackler (now deceased)

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of July, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

          /s/ Stuart G. Parsell
          Stuart G. Parsell (0063510)

1034921

5