**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL NO. 2804** |
| | **CASE NO. 1:17-MD-2804** |
| | **Judge Dan Aaron Polster** |

*THIS DOCUMENT RELATES TO ALL CASES*

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the undersigned attorneys of Bowles Rice LLC, counsel of record for Defendants, The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II, Kroger Texas LP and Harris Teeter, Inc., are withdrawing as counsel in this action and will have no further representation or role as counsel.  Pursuant to Notice of Change of Law Firm and Contact Information dated July 8, 2024, Ronda L. Harvey and Ashley Hardesty Odell moved to the firm of Steptoe & Johnson PLLC and will continue as counsel of record for these defendants.

The Court, Clerk of the Court, and all counsel are respectively asked to note this withdrawal, amending their correspondence, service, and other lists accordingly as of this filing.

Dated this 17th day of July 2024.

/s/ *Jennifer B. Hagedorn*
Gabriele Wohl (WVSB #11132)
Fazal A. Shere (WVSB #5433)
Jennifer B. Hagedorn (WVSB #8879)
Aaron C. Boone (WVSB #9479)
Michael C. Cardi (WVSB #12228)
Diana L. Jacobs (WVSB #7466)

16960467.1

BOWLES RICE LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia  25325-1386
(304) 347-1100
gwohl@bowlesrice.com
fshere@bowlesrice.com
jhagedorn@bowlesrice.com
aboone@bowlesrice.com
mcardi@bowlesrice.com
djacobs@bowlesrice.com

16960467.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, a true and correct copy of the foregoing

*Notice of Withdrawal of Counsel* was served via CM/ECF, which will send electronic notification

of such filing to all counsel of record.

/s/ *Jennifer B. Hagedorn*
    Gabriele Wohl
    BOWLES RICE LLP
    600 Quarrier Street
    Post Office Box 1386
    Charleston, West Virginia  25325-1386
    (304) 347-1100

16960467.1