# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>1:19-op-45812<br>1:19-op-46078<br>1:20-op-45048<br>1:21-op-45116 | MDL No. 2084<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### MOTION FOR LEAVE TO FILE MOTION BY CVS, WALGREENS, AND WALMART TO DISMISS CLAIMS FILED BY NON-PARTICIPATING NEW YORK GOVERNMENT ENTITIES AS BARRED BY STATUTE

In compliance with Case Management Order One ¶ 6(g) (Doc. 232), CVS, Walgreens, and Walmart hereby move for leave to file their Motion to Dismiss Claims Filed by Non-Participating New York Government Entities as Barred by Statute (the "Motion"). The Motion seeks dismissal of claims brought by four non-participating New York government entities—Erie County Medical Center, Nassau University Medical Center, Friendship Engine & Hose Co., and Medford Volunteer Ambulance—against CVS, Walgreens, and Walmart on the ground that the claims are barred by statute. The New York Attorney General's Office does not object to the relief sought in the Motion. A copy of the Motion is attached hereto as Exhibit 1.

Date: July 18, 2024

Respectfully submitted,

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SDAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202 822-4106

Email: edelinsky@zuckerman.com
Email: smiller@zuckerman.com
Email: phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., and CVS Indiana, L.L.C.*

*Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Tel: (312) 494-4400
Email: kaspar.stoffelmayr@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*

*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, Illinois 60606
Tel: (312) 269-4335
Email: tmtabacchi@jonesday.com
Email: tfumerton@jonesday.com

*Counsel for Walmart, Inc.*