# EXHIBIT 6



**Sanford Heisler Sharp, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
Fax: (202) 499-5199
www.sanfordheisler.com

*James Hannaway,* Senior Litigation Counsel
(202) 499-5203
jhannaway@sanfordheisler.com       New York | Washington, DC | San Francisco | Palo Alto | Baltimore | Nashville | San Diego

July 5, 2024

**VIA [Email]**
esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com

Re:  *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio)
 *Webb County v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45175-DAP (Track 15) Discovery Letter

Counsel:

I write on behalf of Plaintiff Webb County, Texas (the "County") in further response to the PBM Defendants' June 18, 2024 letter and June 28, 2024 email.

### I.   Custodian Selection and Available ESI

The attached chart contains more than adequate detail for PBM Defendants to select additional Webb custodians. For 49 persons, we are providing the years of employment, earliest email, names and titles.

There are a number of former Webb employees or former elected officials about whom the PBMs have inquired and for whom our IT review is ongoing. These are persons who left County government before the suit was filed. Webb is reviewing its archive of back-up tapes for any potentially responsive documents or emails belonging to these individuals. We will provide an update on this review by July 15, 2024.

In addition, the County proposes additional custodians below. For each, the County retains more than 200 emails:

| Name | Earliest Email | Years of Employment |
|---|---|---|
| Michael Gonzalez (Sheriff's Office, Sargeant in charge of Narcotics) | 2014 | 2014-present |
| Monica Flores (Director of HR; Interim Director of Risk Management) | 2023 | 2023 - present |
| Guillermo Walls (Director, Community Action Agency) | 2023 | 2023 - present |

esi-opioids@quinnemanuel.com
Optum.opioid.team@alston.com
July 5, 2024
Page 2 of 2

| Federico Calderon (Sheriff's Office, Commander, Patrol) | 2008 | 2005 - present |
| Tano Tijerina (County Judge; Director of Emergency Management) | 2015 | 2015 - present |
| Pedro Alfaro (Director of Risk Management) | 2018 | 2018 - 2023 |

In response to your June 28 email, we have clarified our chart headers in the attached.

**II. Interrogatory Responses**

The County's second supplemental response to Interrogatory No. 1 is attached. The County will supplement its responses to Interrogatories Nos. 4 and 5 as soon as the requested information becomes available.

Sincerely,

James Hannaway

Encl.
cc:   PBM@listserv.motleyrice.com
      CT12-15_PBM_PLAINTIFFS_DD_TEAM@LISTSERV.MOTLEYRICE.COM
      WebbCountyLitigationTeam@sanfordheisler.com