# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The City of Hoover, Alabama, a Municipal Corporation of the State of Alabama v. Purdue Pharma, L.P, et al.*<br><br>1:19-op-45746-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO VISTAPHARM, LLC., F/K/A VISTAPHARM, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned stipulate that VistaPharm, LLC., f/k/a VistaPharm, Inc. is hereby dismissed without prejudice, with each party to bear its own fees and costs.

Dated: July 19, 2024                     Respectfully Submitted,

*s/ Roderick J. Evans*
Roderick J. Evans
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
PO Box 530910
Birmingham, AL 35253
Tel: (205) 874-0349
revans@wallacejordan.com

*Counsel for the City of Hoover, Alabama*

*s/ Bo Bryan Jin*
Bo Bryan Jin
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
bryan.jin@stblaw.com
Phone: (650) 251-5068

*Counsel for VistaPharm, LLC., f/k/a VistaPharm, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System. The foregoing will be served on counsel of record.

 *s/ Roderick J. Evans*
Roderick J. Evans

*Attorney for the City of Hoover, Alabama*