**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  **THIS DOCUMENT RELATES TO**:  *City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12)  *Lincoln County v. Richard S. Sackler, M.D.*, No. 20-op-45069 (Track 13)  *City of Independence, Missouri v. Williams*, No. 19-op-45371 (Track 14)  *County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 (Track 15) | **MDL NO. 2804**  **Case No. 17-MD-2804**  **Judge Dan Aaron Polster** |

**NOTICE OF VOLUNTARY DISMISSAL AND JOINT STIPULATION BETWEEN BELLWETHER PLAINTIFFS AND UHG/OPTUM FAMILY DEFENDANTS**

The Bellwether Plaintiffs[1] and the UHG/Optum Family Defendants[2] have entered into a stipulation wherein the Bellwether Plaintiffs agree to voluntarily dismiss all claims asserted against UnitedHealth Group Incorporated; Optum, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc. (the "Dismissed Optum Entities"). The only entities from among the UHG/Optum

---

[1] The Bellwether Plaintiffs are City of Rochester, New York; Lincoln County, Missouri; City of Independence, Missouri; and County of Webb, Texas.

[2] The UHG/Optum Family Defendants are OptumRx, Inc.; UnitedHealth Group Incorporated; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.

Family Defendants that will remain as defendants in Tracks 12 through 15 will be OptumRx, Inc., OptumInsight, Inc., and OptumInsight Life Sciences, Inc. (the "Remaining Optum Entities").

The terms and conditions of this agreement are more fully set forth in the stipulation. A similar stipulation was entered into between the Bellwether Plaintiffs and Express Scripts Family Defendants. None of the Remaining Optum Entities will seek to place a "dismissed entity" referenced in the stipulations on the verdict form (ESI references its own dismissed defendants as "Dismissed Defendants") (Optum references its own dismissed defendants as "Dismissed Optum Entities").

Entered this 19th day of July, 2024.

Respectfully submitted,

| **Counsel for the UHG/Optum Family Defendants** | **Plaintiffs' Co-Lead Counsel:** |
|---|---|
|  | */s/Jayne Conroy* |
| */s/Brian D. Boone* | Jayne Conroy |
| Brian D. Boone | **SIMMONS HANLY CONROY** |
| **ALSTON & BIRD LLP** | 112 Madison Avenue, 7th Floor |
| Vantage South End | New York, NY 10016 |
| 1120 South Tryon Street, Suite 300 | (212) 784-6400 |
| Charlotte, NC 28280 | jconroy@simmonsfirm.com |
| Tel: (704) 444-1000 |  |
| brian.boone@alston.com | */s/Joseph F. Rice* |
|  | Joseph F. Rice |
| */s/William H. Jordan* | **MOTLEY RICE** |
| William H. Jordan | 28 Bridgeside Blvd. |
| Andrew Hatchett | Mount Pleasant, SC 29464 |
| **ALSTON & BIRD LLP** | (843) 216-9000 |
| 1201 West Peachtree Street NW, Suite 4900 | jrice@motleyrice.com |
| Atlanta, GA 30309 |  |
| Tel.: (404) 881-7000 | */s/Paul T. Farrell, Jr.* |
| bill.jordan@alston.com | Paul T. Farrell, Jr. |
| andrew.hatchett@alston.com | **FARRELL & FULLER** |
|  | 270 Munoz Rivera Avenue, Suite 201 |
|  | San Juan, PR 00918 |
|  | (304) 654-8281 |
|  | paul@farrellfuller.com |

**Plaintiffs' Liaison Counsel**

*/s/ Peter H. Weinberger*
Peter H. Weinberger
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
pweinberger@spanglaw.com

**Counsel for City of Rochester:**

**NSPR LAW SERVICES LLC**
Hunter J. Shkolnik
Paul J. Napoli
1302 Avenida Ponce de Leon
Santurce, Puerto Rico  00907
(833) 271-4502
hunter@nsprlaw.com
pnapoli@nsprlaw.com

**NAPOLI SHKOLNIK PLLC**
Salvatore C. Badala
Shayna E. Sacks
Joseph L. Ciaccio
360 Lexington Avenue, 11th Floor
New York, NY  10017
(212) 397-1000
sbadala@napolilaw.com
ssacks@napolilawcom
jciaccio@napolilaw.com

**Counsel for Lincoln County, MO:**

**STRANCH, JENNINGS & GARVEY PLLC**
John F. Garvey
Colleen Garvey
Ellen A. Thomas
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

**THE CICALA LAW FIRM PLLC**
Joanne M. Cicala
Joshua Wackerly
R. Johan Conrod
Shelbi Flood
101 College Street
Dripping Springs, TX 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

**NIEMEYER, GREBEL & KRUSE, LLC**
Patrick A. Hamacher
Mark R. Niemeyer
211 N. Broadway, Suite 2950
St. Louis, MO 63102
Tel: (314) 241-1919
Fax: (314) 665-3017
hamacher@ngklawfirm.com
Niemeyer@ngklawfirm.com

**Counsel for City of Independence, Missouri:**

**STRANCH JENNINGS & GARVEY**
John F. Garvey
Colleen Garvey
Ellen A. Thomas
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

**THE CICALA LAW FIRM PLLC**
Joanne M. Cicala
Joshua Wackerly
R. Johan Conrod
Shelbi Flood
101 College Street
Dripping Springs, TX 78620

Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

*/s/ Daniel A. Thomas*
**HUMPHREY FARRINGTON MCCLAIN**
Daniel A. Thomas
221 W. Lexington Ave. Ste 400
Independence, MO 64050
Tel: (816) 836-5050
DAT@hfmlegal.com

**Counsel for County of Webb, Texas:**

**THE CICALA LAW FIRM PLLC**
Joanne M. Cicala
Joshua Wackerly
R. Johan Conrod
Shelbi Flood
101 College Street
Dripping Springs, TX 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

**SANFORD HEISLER SHARP, LLP**
Kevin Sharp
Christine Dunn
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Tel: (615) 434-7000
Fax: (615) 434-7020
ksharp@sanfordheisler.com
cdunn@sanfordheisler.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

                                        */s/ Peter Weinberger*
                                        Peter Weinberger