UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO**:<br><br>*City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12)<br><br>*Lincoln County v. Richard S. Sackler, M.D.*, No. 20-op-45069 (Track 13)<br><br>*City of Independence, Missouri v. Williams*, No. 19-op-45371 (Track 14)<br><br>*County of Webb, Texas v. Purdue Pharma, L.P.*, No. 18-op-45175 (Track 15) | **MDL No. 2804**<br><br>**Case No. 17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

**NOTICE OF VOLUNTARY DISMISSAL AND JOINT STIPULATION BETWEEN BELLWETHER PLAINTIFFS AND EXPRESS SCRIPTS FAMILY DEFENDANTS**

The Bellwether Plaintiffs[1] and the Express Scripts Family Defendants[2] have entered into a stipulation wherein the Bellwether Plaintiffs agree to voluntarily dismiss without prejudice all claims asserted against Evernorth Health, Inc. (formerly Express Scripts Holding Co.); Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; Express Scripts Pharmacy, Inc.; and Express Scripts Specialty Distribution Services, Inc. (the "Dismissed Defendants"). The only entities from among the Express Scripts Family Defendants that will remain as defendants in Tracks 12 through 15 will be Express Scripts, Inc., a pharmacy

---

[1] The Bellwether Plaintiffs are City of Rochester, New York; Lincoln County, Missouri; City of Independence, Missouri; and County of Webb, Texas.

[2] The Express Scripts Family Defendants are Evernorth Health, Inc. (formerly Express Scripts Holding Co.); Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; and Express Scripts Specialty Distribution Services, Inc.

1

benefit manager; and ESI Mail Pharmacy Service, Inc., a mail order pharmacy (the "Remaining Defendants").

The terms and conditions of this agreement are more fully set forth in the stipulation. A similar stipulation was entered into between the Bellwether Plaintiffs and the UHG/Optum Family Defendants. None of the Remaining Defendants will seek to place a "dismissed entity" referenced in the stipulations on the verdict form (Express Scripts references its own dismissed defendants as "Dismissed Defendants") (Optum references its own dismissed defendants as "Dismissed Optum Entities").

Entered this 19th day of July, 2024.

Respectfully submitted,

**Counsel for the Express Scripts Family Defendants**

*/s/Michael J. Lyle*
Michael J. Lyle
Jonathan G. Cooper
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I St. NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

*/s/Olga M. Vieira*
Olga M. Vieira
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Tel: (305) 402-4880
olgavieira@quinnemanuel.com

**Plaintiffs' Co-Lead Counsel**

*/s/Joseph F. Rice*
Joseph F. Rice
**MOTLEY RICE**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000
jrice@motleyrice.com

*/s/Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
**FARRELL & FULLER**
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
(304) 654-8281
paul@farrellfuller.com

*/s/Jayne Conroy*
Jayne Conroy
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

**Plaintiffs' Liaison Counsel**

*/s/ Peter Weinberger*
Peter H. Weinberger
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
pweinberger@spanglaw.com

**Counsel for City of Rochester:**

**NSPR LAW SERVICES LLC**
Hunter J. Shkolnik
Paul J. Napoli
1302 Avenida Ponce de Leon
Santurce, Puerto Rico  00907
(833) 271-4502
hunter@nsprlaw.com
pnapoli@nsprlaw.com

**NAPOLI SHKOLNIK PLLC**
Salvatore C. Badala
Shayna E. Sacks
Joseph L. Ciaccio
360 Lexington Avenue, 11th Floor
New York, NY  10017
(212) 397-1000
sbadala@napolilaw.com
ssacks@napolilawcom
jciaccio@napolilaw.com

**Counsel for Lincoln County, MO:**

**STRANCH, JENNINGS & GARVEY PLLC**
John F. Garvey
Colleen Garvey
Ellen A. Thomas
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

**THE CICALA LAW FIRM PLLC**
Joanne M. Cicala

3

Joshua Wackerly
R. Johan Conrod
Shelbi Flood
101 College Street
Dripping Springs, TX 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

**NIEMEYER, GREBEL & KRUSE, LLC**
Patrick A. Hamacher
Mark R. Niemeyer
211 N. Broadway, Suite 2950
St. Louis, MO  63102
Tel: (314) 241-1919
Fax: (314) 665-3017
hamacher@ngklawfirm.com
Niemeyer@ngklawfirm.com

**Counsel for City of Independence, Missouri:**

**STRANCH JENNINGS & GARVEY**
John F. Garvey
Colleen Garvey
Ellen A. Thomas
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

**THE CICALA LAW FIRM PLLC**
Joanne M. Cicala
Joshua Wackerly
R. Johan Conrod
Shelbi Flood
101 College Street
Dripping Springs, TX 78620

Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

**HUMPHREY FARRINGTON MCCLAIN**
Daniel A. Thomas
221 W. Lexington Ave. Ste 400
Independence, MO 64050
Tel: (816) 836-5050
DAT@hfmlegal.com

**Counsel for County of Webb, Texas:**

**THE CICALA LAW FIRM PLLC**
Joanne M. Cicala
Joshua Wackerly
R. Johan Conrod
Shelbi Flood
101 College Street
Dripping Springs, TX 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com
shelbi@cicalapllc.com

**SANFORD HEISLER SHARP, LLP**
Kevin Sharp
Christine Dunn
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Tel: (615) 434-7000
Fax: (615) 434-7020
ksharp@sanfordheisler.com
cdunn@sanfordheisler.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

                                          */s/ Peter Weinberger*
                                          Peter Weinberger