**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) | **MDL 2804** |
| | ) | |
| | ) | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | **Judge Dan Aaron Polster** |
| *All Cases* | ) | |
| | ) | **ORDER DENYING EXTENSION OF TIME** |
| | ) | |

On July 16, 2024, Mr. Paul S. Rothstein, on behalf of his client Michael Masiowski, MD., moved for an extension of time from the deadlines set in this Court's Order lifting the moratorium on substantive filings to permit all plaintiffs one, final opportunity to amend complaints in this MDL. In his motion, Mr. Rothstein states that, despite the Court's order issuing on May 23, 2024, he waited 40 days until July 2, 2024, to contact the PEC about inclusion in their motions to amend complaints. Now, he seeks an additional 60 days to separately file a stand-alone motion to amend complaints.

Because this will be plaintiffs' final opportunity, Mr. Rothstein, and any other, non-PEC attorney wishing to file their own stand-alone motion to amend complaints, may file such a motion, but the requested extension of time is **DENIED**.

Motions to amend complaints for all plaintiffs remain due **July 29, 2024, at 4:00 PM** pursuant to the Court's July 15 Order (docket no. 5522).

Further, all plaintiffs are hereby reminded:

Lead counsel for each plaintiff seeking amendment of any listed complaint shall sign the motion to indicate that—should any of the listed cases be chosen as a bellwether—both counsel and plaintiff-client are prepared to spend the time and

money necessary to litigate the case against each defendant. The Court will consider strong sanctions against any counsel and/or plaintiff that seeks to dismiss their case, or their claims against a named defendant, if or when it is chosen as a bellwether.

Docket no. 5455 at 2.

Accordingly, plaintiff Masioswki's motion for extension of time to file stand-alone motion to amend complaints (docket no. 5524) is **DENIED**.

**IT IS SO ORDERED.**

 **/s/ Dan Aaron Polster  July 19, 2024**
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**