UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cases Noted in Exhibit A* | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

### NOTICE OF LITIGATION HOLD DATA

Pursuant to the Court's Order (doc. 5517), the PEC is able to provide information as to if and when a particular plaintiff was advised by counsel to initiate a litigation hold and provides precisely that information.  Most of the plaintiffs on this list are represented by the Cicala Law Firm, Sanford Heisler Sharp and Kaufman Canoles and counsel provided each of their clients (except Webb County, Texas) with the litigation hold notice in the fee contract executed by the client which states: *"In this matter, Client will have certain important document responsibilities. In particular, Client must ensure that any and all information that might potentially relate to the claims asserted in the Lawsuit is properly preserved. Such information might include communications about or with a party, research materials, and product-related materials."*

Discovery has not been propounded to any of these non-bellwether plaintiffs in the MDL.  The Court's order was issued on July 10, 2024.  It is impossible for each of these plaintiffs to perform the analysis, either forensically or physically, to determine the extent to which they have complied with the litigation hold notice within 12 days of the order.  This would require inquiry and responses from multiple departments and

custodians.  Indeed, in the absence of formal discovery requiring that to occur, the Civil Rules do not impose this burden on these plaintiffs.

Dated: July 22, 2024                                    Respectfully submitted,

>    Jayne Conroy
>    SIMMONS HANLY CONROY
>    112 Madison Avenue, 7th Floor
>    New York, NY 10016
>    (212) 784-6400
>    jconroy@simmonsfirm.com
>
>    Joseph F. Rice
>    MOTLEY RICE LLC
>    28 Bridgeside Blvd.
>    Mt. Pleasant, SC
>    29464 (843) 216-9000
>    (843) 216-9290 (Fax)
>    jrice@motleyrice.com
>
>    Paul T. Farrell, Jr., Esq.
>    FARRELL & FULLER LLC
>    270 Munoz Rivera Avenue
>    San Juan, PR  00918
>    (304) 654-8281
>    paul@farrellfuller.com
>
>    *Plaintiffs' Co-Lead Counsel*
>
>    */s/Peter H. Weinberger*
>    Peter H. Weinberger (0022076)
>    SPANGENBERG SHIBLEY &LIBER
>    1001 Lakeside Avenue East, Suite 1700
>    Cleveland, OH 44114
>    (216) 696-3232
>    (216) 696-3924 (Fax)
>    pweinberger@spanglaw.com
>
>    *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                    */s/Peter H. Weinberger*
                                                    Peter H. Weinberger