# EXHIBIT A

| Case number | Case Title | State | Notice of Litigation Hold? | Notice Date |
|---|---|---|---|---|
| 1:19-op-45715-DAP | Accomack County | VA | Y | 5/29/2018 |
| 1:19-op-46151-DAP | Allegany County | NY | Y | 6/19/2020 |
| 1:19-op-45700-DAP | Alleghany County | VA | Y | 7/9/2018 |
| 1:20-op-45046-DAP | Amherst County | VA | Y | 3/15/2019 |
| 1:23-op-45003-DAP | Ashtabula | OH | Y | 3/1/2018 |
| 1:19-op-45687-DAP | Board of Supervisors, Prince William County | VA | Y | 12/13/2018 |
| 1:20-op-45064-DAP | Botetourt County | VA | Y | 3/28/2019 |
| 1:23-op-45003-DAP | Broadview Heights | OH | Y | 9/7/2018 |
| 1:19-op-45253-DAP | Buchanan County | VA | N | |
| 1:19-op-45371-DAP | Butler County | MO | N | |
| 1:23-op-45002-DAP | Butler County Board of Commissioners | OH | N | |
| 1:20-op-45068-DAP | Camden County | MO | N | |
| 1:19-op-45371-DAP | Cape Girardeau County | MO | N | |
| 1:19-op-45851-DAP | Charlotte County | VA | Y | 3/20/2019 |
| 1:20-op-45173-DAP | Chesterfield County | VA | Y | 6/3/2019 |
| 1:19-op-45371-DAP | Christian County | MO | N | |
| 1:19-op-45246-DAP | City of Alexandria | VA | Y | 2/16/2018 |
| 1:19-op-46162-DAP | City of Amsterdam | NY | Y | 6/26/2019 |
| 1:19-op-45843-DAP | City of Auburn | NY | Y | 6/3/2019 |
| 1:19-op-45719-DAP | City of Bristol | VA | Y | 6/25/2018 |
| 1:20-op-45159-DAP | City of Buena Vista | VA | Y | 5/2/2019 |
| 1:19-op-45712-DAP | City of Chesapeake | VA | Y | 1/2/2019 |
| 1:19-op-45799-DAP | City of Covington | VA | Y | 4/18/2019 |
| 1:19-op-46850-DAP | City of Emporia | VA | Y | 6/11/2019 |
| 1:20-op-45177-DAP | City of Fairfax | VA | Y | 10/11/2019 |
| 1:19-op-45898-DAP | City of Fredericksburg | VA | Y | 7/16/2018 |
| 1:19-op-45243-DAP | City of Galax | VA | Y | 6/4/2018 |
| 1:19-op-45371-DAP | City of Joplin | MO | N | |
| 1:19-op-45693-DAP | City of Lexington | VA | Y | 11/19/2018 |
| 1:23-op-45003-DAP | City of Lorain | OH | Y | 11/5/2018 |
| 1:19-op-45249-DAP | City of Norton | VA | Y | 5/16/2018 |
| 1:19-op-45852-DAP | City of Ogdensburg | NY | Y | 3/28/2019 |
| 1:19-op-46154-DAP | City of Radford | VA | Y | 12/12/2018 |
| 1:19-op-45696-DAP | City of Roanoke | VA | Y | 1/29/2019 |
| 1:19-op-45697-DAP | City of Salem | VA | Y | 3/12/2019 |
| 1:19-op-45857-DAP | City of Saratoga Springs | NY | Y | 11/24/2018 |
| 1:18-op-45899-DAP | City of Springfield | MO | N | |
| 1:19-op-46152-DAP | City of Waynesboro | VA | Y | 9/26/2018 |
| 1:20-op-45176-DAP | City of Winchester | VA | Y | 8/8/2018 |
| 1:19-op-46168-DAP | Clark County | NV | Y | 10/2/2019 |
| 1:23-op-45003-DAP | County of Cuyahoga | OH | Y | 2/20/2018 |

| Case number | Case Title | State | Notice of Litigation Hold? | Notice Date |
|---|---|---|---|---|
| 1:19-op-45437-DAP | County of Jefferson | NY | Y | 4/17/2019 |
| 1:23-op-45001-DAP | County of Summit | OH | Y | 3/21/2018 |
| 1:19-op-45371-DAP | Crawford County | MO | N | |
| 1:19-op-45849-DAP | Culpeper County | VA | Y | 3/7/2019 |
| 1:19-op-46153-DAP | Cumberland County | VA | Y | 7/11/2018 |
| 1:23-op-45003-DAP | Dayton | OH | Y | 2/23/2018 |
| 1:19-op-45371-DAP | Dent County | MO | N | |
| 1:19-op-45252-DAP | Dickenson County | VA | Y | 2/28/2018 |
| 1:20-op-45291-DAP | Dinwiddie County | VA | Y | 6/28/2018 |
| 1:19-op-45371-DAP | Dunklin County | MO | N | |
| 1:23-op-45003-DAP | Euclid | OH | Y | 8/6/2018 |
| 1:19-op-45766-DAP | Fairfax County Board Of Supervisors | VA | Y | 7/11/2019 |
| 1:19-op-45686-DAP | Fauquier County | VA | Y | 5/31/2018 |
| 1:23-op-45003-DAP | Findlay | OH | Y | 8/15/2018 |
| 1:19-op-45698-DAP | Floyd County | VA | Y | 7/24/2018 |
| 1:19-op-45701-DAP | Franklin County | VA | Y | 11/2/2018 |
| 20AB-CC00006 | Franklin County | MO | N | |
| 1:20-op-45233-DAP | Frederick County | VA | Y | 2/27/2020 |
| 1:23-op-45003-DAP | Garfield Heights | OH | Y | 8/15/2018 |
| 1:19-op-45236-DAP | Giles County | VA | Y | 6/13/2018 |
| 1:20-op-45175-DAP | Goochland County | VA | Y | 12/6/2019 |
| 1:19-op-45371-DAP | Greene County | MO | N | |
| 1:19-op-45848-DAP | Greensville County | VA | Y | 1/30/2019 |
| 1:19-op-45692-DAP | Halifax County | VA | Y | 4/2/2019 |
| 1:23-op-45003-DAP | Harrison | OH | Y | 2/20/2018 |
| 1:20-op-45172-DAP | Henrico County | VA | Y | 12/17/2019 |
| 1:19-op-45245-DAP | Henry County | VA | Y | 5/25/2018 |
| 1:19-op-45371-DAP | Iron County | MO | N | |
| 1:20-op-45145-DAP | Isle Of Wight County | VA | Y | 9/19/2019 |
| 1:19-op-45371-DAP | Jasper County | MO | N | |
| 1:23-op-45003-DAP | Jefferson County | OH | Y | 3/1/2018 |
| 1:19-op-45371-DAP | Jefferson County | MO | Y | 9/22/2020 |
| 1:20-op-45138-DAP | King and Queen County | VA | Y | 9/10/2018 |
| 1:19-op-45251-DAP | Lee County | VA | Y | 9/18/2018 |
| 1:23-op-45003-DAP | Lorain County | OH | Y | 7/3/2018 |
| 1:19-op-45842-DAP | Loudoun County | VA | Y | 7/23/2018 |
| 1:19-op-45720-DAP | Louisa County | VA | Y | 12/4/2018 |
| 1:19-op-45371-DAP | Madison County | MO | N | |
| 1:19-op-45702-DAP | Madison County | VA | Y | 9/11/2018 |
| 1:20-op-45174-DAP | Mecklenburg County | VA | Y | 3/11/2019 |
| 1:19-op-45234-DAP | Montgomery County | VA | Y | 8/15/2018 |
| 1:23-op-45003-DAP | North Ridgeville | OH | Y | 8/15/2018 |

| Case number | Case Title | State | Notice of Litigation Hold? | Notice Date |
|---|---|---|---|---|
| 1:20-op-45144-DAP | Northampton County | VA | Y | 5/9/2018 |
| 1:19-op-45688-DAP | Northumberland County | VA | Y | 4/12/2018 |
| 1:23-op-45003-DAP | Olmstead Falls | OH | Y | 8/6/2018 |
| 1:19-op-45275-DAP | Page County | VA | Y | 5/14/2018 |
| 1:23-op-45003-DAP | Parma | OH | Y | 2/26/2018 |
| 1:23-op-45003-DAP | Parma Heights | OH | Y | 8/16/2018 |
| 1:19-op-46149-DAP | Patrick County | VA | Y | 8/13/2018 |
| 1:19-op-45371-DAP | Perry County | MO | N | |
| 1:19-op-45247-DAP | Pittsylvania County | VA | Y | 6/28/2018 |
| 1:19-op-45929-DAP | Prince George County | VA | Y | 5/16/2019 |
| 1:19-op-45695-DAP | Roanoke County | VA | Y | 1/10/2019 |
| 1:19-op-45694-DAP | Rockbridge County | VA | Y | 11/16/2018 |
| 1:23-op-45003-DAP | Sandusky | OH | Y | 6/11/2018 |
| 1:23-op-45003-DAP | Seven Hills | OH | Y | 4/24/2019 |
| 1:19-op-46150-DAP | Shenandoah County | VA | Y | 8/28/2018 |
| 1:19-op-45847-DAP | St. Francois County | MO | N | |
| 1:20-op-45178-DAP | Stafford County | VA | Y | 11/22/2019 |
| 1:19-op-45371-DAP | Ste. Genevieve County | MO | N | |
| 1:19-op-45371-DAP | Stone County | MO | N | |
| 1:23-op-45006-DAP | Strafford County | NH | Y | 7/10/2018 |
| 1:19-op-45371-DAP | Taney County | MO | N | |
| 1:19-op-45371-DAP | Texas County | MO | N | |
| 1:21-op-45078-DAP | The County Board of Arlington County | VA | Y | 9/11/2018 |
| 1:23-op-45003-DAP | Toledo | OH | Y | 3/1/2018 |
| 1:19-op-45791-DAP | Town of Bennington | VT | Y | 7/23/2019 |
| 1:19-op-45791-DAP | Town of Brattleboro | VT | Y | 10/17/2019 |
| 1:19-op-45791-DAP | Town of Sharon | VT | Y | 11/1/2019 |
| 1:23-op-45003-DAP | Warren | OH | Y | 2/20/2018 |
| 1:19-op-45371-DAP | Washington County | MO | N | |
| 1:19-op-45254-DAP | Washington County | VA | Y | 4/12/2018 |