UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*City of St. Louis v. Purdue Pharma, L.P. et al.*<br><br>Member Case No. 4:18-cv-01882-JMB | Case No. 17-md-02804<br><br>MDL No. 2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned Sheena Hamilton hereby enters her appearance in the above-captioned case as counsel of record for Plaintiff City of St. Louis.

Dated: July 23, 2024                   Respectfully submitted,

**SHEENA HAMILTON**
**CITY COUNSELOR**

By:     */s/* Sheena Hamilton
           Sheena Hamilton                                              #62921MO
           314 City Hall
           1200 Market St.
           St. Louis, Missouri 63103
           (314) 622-3361 (telephone)
           (314) 622-4956 (facsimile)
           *Attorney for City of St. Louis*

## CERTIFICATE OF SERVICE

      I hereby certify this Notice of Appearance, consistent with the Court's Electronic Filing Registration Instructions, was emailed to MDL@ohnd.uscourts.gov on this 23th day of July 2024 and once processed, will be electronically filed, with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.

/s/ Sheena Hamilton