## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL NO. 2804 ) ) Case No. 1:17-md-2804 ) ) Hon. Dan Aaron Polster ) |

### NOTICE OF APPEARANCE

COMES NOW, Rik S. Tozzi of the law firm of Burr & Forman LLP, and hereby gives notice of his appearance as additional counsel in the above-styled matter for Defendant, Winn-Dixie Stores, Inc. Counsel requests that copies of all notices, pleadings, and other papers in this case be served upon him as counsel for Defendant, Winn-Dixie Stores, Inc.

Respectfully submitted this 23rd day of July, 2023.

/s/ Rik S. Tozzi
Rik S. Tozzi
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Telephone: (205) 458-5152
Email: rtozzi@burr.com

ATTORNEYS FOR WINN-DIXIE STORES, INC.

54362243 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Notice of Appearance by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 23rd day of July, 2024.

/s/ Rik S. Tozzi
Rik S. Tozzi

54362243 v1