UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) *All Cases* ) ) ) ) | MDL 2804 Case No. 1:17-md-2804 Judge Dan Aaron Polster <u>SECOND ORDER AMENDING DATES RE DOCKET NOS. 5455 AND 5522</u> |

With its Order at docket no. 5455, the Court set deadlines for briefing of motions to amend complaints. The Court understands the PEC and numerous defendants are still working diligently to achieve settlements before the deadline for filing motions to amend. On July 15, 2024, at the suggestion of the mediators, this Court granted a short, one-week extension to file those motions to amend MDL complaints. Docket no. 5522.

The mediators have again reached out to this Court on behalf of some, but not all, of the parties to seek an additional extension to finalize several settlements. Those extensions are **GRANTED**,[1] and the deadlines for motions to amend with respect to just those defendants are now as follows:

**August 28, 2024, at 4:00PM**: The PEC shall file motions to amend complaints.

**October 30, 2024, at 4:00PM**: Defendants shall file a response.

**November 27, 2024, at 4:00PM**: The PEC shall file a reply.

Additionally, the PEC has sought a 24-hour extension to clean up some remaining logistical issues inherent in filing the motions to amend that were not granted the above extension of time.

---

[1] The parties know to which defendants this extension of time applies, but to the extent there is any question, the mediators will notify the parties directly whether this extension applies to them.

That extension is also **GRANTED**. The PEC may have until **4:00PM on July 30, 2024**, to ensure those motions are ready for filing.

The Court remains committed to ensuring any settlement agreements reached before the motion deadlines, and afterwards, are fully consummated, and will work with the mediators and counsel as necessary to resolve any lingering issues.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster  July 29, 2024
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**