IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>All Cases Listed on the attached Exhibit "A" | MDL No. 2084<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### PLAINTIFFS' OPPOSITION TO MOTION FILED BY CVS, WALGREENS AND WALMART FOR LEAVE TO MOVE TO DISMISS NEW YORK GOVERNMENT ENTITIES AS BARRED BY STATUTE, MOTION FOR BRIEFING SCHEDULE AND SUPPORTING ARGUMENT

COME now the Plaintiffs herein and show the Court that the Defendants' Motion for Leave to Dismiss should be denied as the law the Defendants base their urged dismissal on is unconstitutional. It is subject to litigation in the Second Circuit Court of Appeals.

Inasmuch as the retroactive destruction by statute of the Plaintiffs' claims has had no pronouncement by any terminal court, this Court should not act or comment on the New York Statute at issue.

In the alternative to denying Defendants' motion, Plaintiffs move and request the Court to order briefing and enter a scheduling order for argument regarding the constitutionality of the New York Statute. Only after this Court is fully briefed on all aspects of the New York Statute's constitutionality should it entertain motions to dismiss based upon it.

WHEREFORE, Plaintiffs pray this Court deny the Defendants' motion for leave; or in the alternative, this Court order briefing and enter a scheduling order concerning the

constitutionality of the statute at issue.

      Dated this 29th day of July, 2024.

      /s/ Mark A. Tate
Mark A. Tate
Georgia State Bar No. 698820
tlgservice@tatelawgroup.com
(912) 234-3030
25 Bull Street. Second Floor
Savannah, Georgia 31401

## CERTIFICATE OF SERVICE

I hereby certify that I have served to all counsel of record PLAINTIFFS' OPPOSITION TO MOTION FILED BY CVS, WALGREENS AND WALMART FOR LEAVE TO MOVE TO DISMISS NEW YORK GOVERNMENT ENTITIES AS BARRED BY STATUTE, MOTION FOR BRIEFING SCHEDULE AND SUPPORTING ARGUMENT via the CM/ECF system.

Dated: July 29, 2024.

   /s/ Mark A. Tate
Mark A. Tate
Georgia State Bar No. 698820
tlgservice@tatelawgroup.com

(912) 234-3030
25 Bull Street, Second Floor
Savannah, Georgia 31401