# EXHIBIT A

**In Support of**

**Motion for Leave to Amend to Add Aurolife**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:17-op-45025-DAP | Nicholas County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Nicholas County | Kentucky | 0.00% | 5.63% | 0.00% | 0.54% | /s/ Peter J. Mougey |
| 1:17-op-45027-DAP | Harlan County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Harlan County | Kentucky | 0.00% | 5.79% | 0.00% | 1.43% | /s/ Peter J. Mougey |
| 1:17-op-45080-DAP | County of Mora v. Purdue Pharma L.P. et al | Mora County | New Mexico | 0.00% | 5.39% | 0.00% | 0.48% | /s/ Shayna E. Sacks |
| 1:17-op-45086-DAP | County of Morris v. Purdue Pharma L.P. et al | Morris County | Texas | 0.00% | 5.73% | 0.00% | 3.09% | /s/ Jeffrey B. Simon |
| 1:17-op-45093-DAP | Adams County v. Purdue Pharma LP et al | Adams County | Wisconsin | 0.06% | 5.74% | 0.01% | 3.07% | /s/ Jayne Conroy |
| 1:17-op-45096-DAP | Green County v. Purdue Pharma LP et al | Green County | Wisconsin | 0.01% | 6.43% | 0.00% | 2.16% | /s/ Jayne Conroy |
| 1:17-op-45134-DAP | Forest County v. Purdue Pharma LP et al | Forest County | Wisconsin | 0.00% | 5.27% | 0.00% | 1.55% | /s/ Jayne Conroy |
| 1:17-op-45138-DAP | Trempealeau County v. Purdue Pharma LP et al | Trempealeau County | Wisconsin | 0.00% | 6.29% | 0.00% | 2.04% | /s/ Jayne Conroy |
| 1:17-op-45141-DAP | Buffalo County v. Purdue Pharma LP et al | Buffalo County | Wisconsin | 0.08% | 10.56% | 0.01% | 2.28% | /s/ Jayne Conroy |
| 1:17-op-45147-DAP | St. Croix County v. Purdue Pharma LP et al | St Croix County | Wisconsin | 0.15% | 5.86% | 0.03% | 3.07% | /s/ Jayne Conroy |
| 1:17-op-45154-DAP | County of Rusk v. Purdue Pharma L.P. et al | Rusk County | Texas | 0.01% | 7.20% | 0.01% | 4.21% | /s/ Jeffrey B. Simon |
| 1:17-op-45155-DAP | County of Cherokee v. Purdue Pharma L.P. et al | Cherokee County | Texas | 0.02% | 6.93% | 0.02% | 3.87% | /s/ Jeffrey B. Simon |
| 1:17-op-45157-DAP | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al | Hamilton County | Illinois | 1.82% | 5.20% | 0.79% | 3.00% | /s/ Peter J. Mougey |
| 1:17-op-45158-DAP | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al | Pulaski County | Illinois | 0.26% | 9.18% | 0.14% | 6.39% | /s/ Peter J. Mougey |
| 1:17-op-45159-DAP | County of Bowie v. Purdue Pharma L.P. et al | Bowie County | Texas | 0.01% | 6.43% | 0.00% | 3.07% | /s/ Jeffrey B. Simon |
| 1:17-op-45160-DAP | County of Red River v. Purdue Pharma L.P. et al | Red River County | Texas | 0.01% | 14.53% | 0.01% | 6.47% | /s/ Jeffrey B. Simon |
| 1:17-op-45161-DAP | County of Titus v. Purdue Pharma L.P. et al | Titus County | Texas | 0.02% | 8.28% | 0.01% | 3.52% | /s/ Jeffrey B. Simon |
| 1:17-op-45164-DAP | Anderson v. Purdue Pharma L P et al | Sheriff Of Avoyelles Parish | Louisiana | 0.14% | 9.47% | 0.06% | 4.45% | /s/ Jayne Conroy |
| 1:17-op-45165-DAP | Pierce County v. Purdue Pharma LP et al | Pierce County | Wisconsin | 0.10% | 5.31% | 0.02% | 2.21% | /s/ Jayne Conroy |
| 1:17-op-45178-DAP | Hilton v. Purdue Pharma L P et al | Sheriff Of Rapides Parish | Louisiana | 0.07% | 8.51% | 0.03% | 3.43% | /s/ Jayne Conroy |
| 1:17-op-45179-DAP | Mancuso v. Purdue Pharma L P et al | Sheriff Of Calcasieu Parish | Louisiana | 0.10% | 6.66% | 0.04% | 1.72% | /s/ Jayne Conroy |
| 1:17-op-45180-DAP | Garber v. Purdue Pharma L P et al | Sheriff Of Lafayette Parish | Louisiana | 0.24% | 5.76% | 0.08% | 1.88% | /s/ Jayne Conroy |
| 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | * | * | /s/ Frank Schirripa |
| 1:18-op-45005-DAP | Town of Cherokee Alabama et al v. Purdue Pharma LP et al | Cherokee town | Alabama | 0.30% | 11.46% | 0.11% | 3.74% | /s/ Matt Conn |
| 1:18-op-45005-DAP | Town of Cherokee Alabama et al v. Purdue Pharma LP et al | Colbert County | Alabama | 0.30% | 11.46% | 0.11% | 3.74% | /s/ Matt Conn |
| 1:18-op-45005-DAP | Town of Cherokee Alabama et al v. Purdue Pharma LP et al | Tuscumbia city | Alabama | 0.30% | 11.46% | 0.11% | 3.74% | /s/ Matt Conn |
| 1:18-op-45011-DAP | City of Opp, Alabama v. Amerisourcebergen Drug Corporation et al | Opp City | Alabama | 0.02% | 5.45% | 0.02% | 2.35% | /s/ Peter J. Mougey |
| 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | * | * | /s/ Elizabeth J. Cabraser |
| 1:18-op-45019-DAP | Houston County, Alabama v. Purdue Pharma L.P. et al | Houston County | Alabama | 0.61% | 5.08% | 0.20% | 1.89% | /s/ Jeffrey D. Price |
| 1:18-op-45022-DAP | Washington County, Mississippi v. Purdue Pharma, L.P. et al | Washington County | Mississippi | 0.12% | 10.01% | 0.05% | 4.12% | /s/ James R. Segars, III |
| 1:18-op-45028-DAP | Buchanan County, Missouri v. AmerisourceBergen Drug Corporation et al | Buchanan County | Missouri | 0.12% | 6.66% | 0.08% | 2.51% | /s/ Brian J. Madden |
| 1:18-op-45033-DAP | County of Cascade v. Purdue Pharma et al | GALLATIN COUNTY | Montana | 0.07% | 5.05% | 0.04% | 2.12% | /s/ Jeffrey B. Simon |
| 1:18-op-45035-DAP | Claiborne County, Mississippi v. Purdue Pharma, L.P. et al | Claiborne County | Mississippi | 0.10% | 13.00% | 0.04% | 5.32% | /s/ James R. Segars, III |
| 1:18-op-45042-DAP | Adams County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al | Adams County | Ohio | 0.33% | 5.47% | 0.09% | 2.78% | /s/ Peter J. Mougey |
| 1:18-op-45070-DAP | Jefferson Davis County, Mississippi v. Amerisourcebergen Drug Corporation et al | Jefferson Davis County | Mississippi | 0.02% | 8.65% | 0.01% | 1.93% | /s/ Peter J. Mougey |
| 1:18-op-45081-DAP | County of Smith v. Purdue Pharma L.P. et al | Smith County | Texas | 0.02% | 5.37% | 0.01% | 2.16% | /s/ Jeffrey B. Simon |

\* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:18-op-45093-DAP | Seal v. Purdue Pharma LP et al | Sheriff Of Washington Parish | Louisiana | 0.32% | 10.50% | 0.10% | 3.04% | /s/ Jayne Conroy |
| 1:18-op-45099-DAP | Woods v. Purdue Pharma L P et al | Sheriff Of Jefferson Davis Parish | Louisiana | 0.05% | 10.16% | 0.02% | 3.73% | /s/ Jayne Conroy |
| 1:18-op-45117-DAP | Brown County et al v. Purdue Pharma LP et al | KEWAUNEE COUNTY | Wisconsin | 0.00% | 7.92% | 0.00% | 3.82% | /s/ Jayne Conroy |
| 1:18-op-45118-DAP | Tippah County, Mississippi v. Amerisourcebergen Drug Corporation et al | Tippah County | Mississippi | 0.11% | 8.95% | 0.05% | 2.91% | /s/ Peter J. Mougey |
| 1:18-op-45122-DAP | Adair County et al v. Purdue Pharma LP et al | AUDUBON COUNTY | Iowa | 0.00% | 5.34% | 0.00% | 1.12% | /s/ Jayne Conroy |
| 1:18-op-45122-DAP | Adair County et al v. Purdue Pharma LP et al | DALLAS COUNTY | Iowa | 0.01% | 5.89% | 0.00% | 2.28% | /s/ Jayne Conroy |
| 1:18-op-45122-DAP | Adair County et al v. Purdue Pharma LP et al | MONTGOMERY COUNTY | Iowa | 0.01% | 6.18% | 0.01% | 2.45% | /s/ Jayne Conroy |
| 1:18-op-45122-DAP | Adair County et al v. Purdue Pharma LP et al | SHELBY COUNTY | Iowa | 0.02% | 5.33% | 0.01% | 2.85% | /s/ Jayne Conroy |
| 1:18-op-45142-DAP | Hebert v. Purdue Pharma L P et al | Sheriff Of Allen Parish | Louisiana | 0.07% | 6.38% | 0.03% | 3.42% | /s/ Jayne Conroy |
| 1:18-op-45143-DAP | Richardson v. Purdue Pharma L P et al | Sheriff Of Sabine Parish | Louisiana | 0.04% | 5.88% | 0.02% | 1.97% | /s/ Jayne Conroy |
| 1:18-op-45154-DAP | Russell v. Purdue Pharma L P et al | Sheriff Of Ouachita Parish | Louisiana | 0.17% | 6.50% | 0.09% | 1.90% | /s/ Jayne Conroy |
| 1:18-op-45176-DAP | Municipality of Guayanilla v. Purdue Pharma L.P. et al | Guayanilla | Puerto Rico | 0.00% | 13.76% | 0.00% | 14.24% | /s/ Randi Kassan |
| 1:18-op-45180-DAP | Washington County, Alabama v. Actavis, LLC et al | Washington County | Alabama | 0.05% | 6.10% | 0.02% | 2.27% | /s/ Peter J. Mougey |
| 1:18-op-45194-DAP | Sumter County, Alabama v. Amerisourcebergen Drug Corporation et al | Sumter County | Alabama | 0.00% | 5.23% | 0.00% | 4.69% | /s/ Peter J. Mougey |
| 1:18-op-45202-DAP | City of Moulton, Alabama v. Amerisourcebergen Drug Corporation et al | Moulton City | Alabama | 0.12% | 7.87% | 0.05% | 3.13% | /s/ Peter J. Mougey |
| 1:18-op-45203-DAP | Lowndes County, Alabama v. Amerisourcebergen Drug Corporation et al | Lowndes County | Alabama | 0.22% | 5.89% | 0.18% | 5.05% | /s/ Peter J. Mougey |
| 1:18-op-45209-DAP | Greene County, Alabama v. Amerisourcebergen Drug Corporation et al | Greene County | Alabama | 0.00% | 25.28% | 0.00% | 7.71% | /s/ Peter J. Mougey |
| 1:18-op-45211-DAP | Fayette County, Alabama et al v. Purdue Pharma LP et al | Berry town | Alabama | 0.21% | 5.28% | 0.07% | 2.38% | /s/ Keith Jackson |
| 1:18-op-45211-DAP | Fayette County, Alabama et al v. Purdue Pharma LP et al | Fayette city | Alabama | 0.21% | 5.28% | 0.07% | 2.38% | /s/ Keith Jackson |
| 1:18-op-45211-DAP | Fayette County, Alabama et al v. Purdue Pharma LP et al | Fayette County | Alabama | 0.21% | 5.28% | 0.07% | 2.38% | /s/ Keith Jackson |
| 1:18-op-45228-DAP | Lawrence County, Alabama v. Amerisourcebergen Drug Corporation et al | Lawrence County | Alabama | 0.12% | 7.87% | 0.05% | 3.13% | /s/ Peter J. Mougey |
| 1:18-op-45242-DAP | Pickett County, Tennessee v. AmerisourceBergen Drug Corporation et al | Pickett County | Tennessee | 0.07% | 6.80% | 0.04% | 0.93% | /s/ Peter J. Mougey |
| 1:18-op-45244-DAP | Barbour County, Alabama v. Purdue Pharma L.P. et al | Barbour County | Alabama | 1.20% | 5.75% | 0.52% | 2.50% | /s/ Jeffrey D. Price |
| 1:18-op-45277-DAP | Barron County et al v. Purdue Pharma LP et al | LAFAYETTE COUNTY | Wisconsin | 0.02% | 5.63% | 0.01% | 2.23% | /s/ Jayne Conroy |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | Ashburn city | Georgia | 0.55% | 5.52% | 0.26% | 3.32% | /s/ J. Anderson Davis |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | COLQUITT COUNTY | Georgia | 0.87% | 9.78% | 0.38% | 5.75% | /s/ J. Anderson Davis |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | Moultrie city | Georgia | 0.87% | 9.78% | 0.38% | 5.75% | /s/ J. Anderson Davis |
| 1:18-op-45285-DAP | Bacon County Hospital Foundation, Inc. v. Amerisourcebergen Drug Corporation et al | Bacon County (Ga) Hospital Authority | Georgia | 0.28% | 8.93% | 0.08% | 3.77% | /s/ Mark A. Tate |
| 1:18-op-45291-DAP | Erie County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Erie County | Ohio | 0.06% | 5.58% | 0.03% | 2.66% | /s/ Peter J. Mougey |
| 1:18-op-45301-DAP | County of Camp v. Purdue Pharma L.P. et al | Camp County | Texas | 0.01% | 9.43% | 0.01% | 4.44% | /s/ Jeffrey B. Simon |
| 1:18-op-45302-DAP | County of Franklin v. Purdue Pharma L.P. et al | Franklin County | Texas | 0.05% | 6.81% | 0.02% | 2.42% | /s/ Jeffrey B. Simon |
| 1:18-op-45363-DAP | Calhoun County, Florida v. AmerisourceBergen Drug Corporation et al | Calhoun County | Florida | 0.01% | 5.43% | 0.01% | 3.54% | /s/ Peter J. Mougey |
| 1:18-op-45392-DAP | Carter County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Carter County | Kentucky | 0.13% | 5.15% | 0.04% | 0.84% | /s/ Peter J. Mougey |
| 1:18-op-45395-DAP | Bracken County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Bracken County | Kentucky | 0.00% | 8.34% | 0.00% | 5.75% | /s/ Peter J. Mougey |

**Amending Plaintiffs Seeking Leave to Add the Aurolife Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:18-op-45396-DAP | Itawamba County, Mississippi v. Amerisourcebergen Drug Corporation et al | Itawamba County | Mississippi | 0.09% | 5.54% | 0.08% | 1.98% | /s/ Peter J. Mougey |
| 1:18-op-45408-DAP | Chambers County, Alabama v. Purdue Pharma L.P. et al | Chambers County | Alabama | 0.06% | 5.35% | 0.02% | 2.50% | /s/ Jeffrey D. Price |
| 1:18-op-45422-DAP | City of Evergreen, Alabama v. Purdue Pharma, L.P. | Evergreen City | Alabama | 0.06% | 7.60% | 0.04% | 2.88% | /s/ Jeffrey D. Price |
| 1:18-op-45431-DAP | City of Huron v. Cardinal Health Inc. et al | Huron City | Ohio | 0.06% | 5.58% | 0.03% | 2.66% | /s/ William D. Mason Jr. |
| 1:18-op-45501-DAP | Prince George's County Maryland v. Purdue Pharma L.P. et al | Prince Georges County | Maryland | 0.16% | 6.30% | 0.12% | 2.75% | /s/ Shayna E. Sacks |
| 1:18-op-45506-DAP | County of Wilcox, Georgia v. Purdue Pharma L.P. et al | Wilcox County | Georgia | 0.78% | 16.90% | 0.26% | 6.76% | /s/ Matt Conn |
| 1:18-op-45522-DAP | Martin County, NC v. AmerisourceBergen Drug Corporation et al | Martin County | North Carolina | 0.04% | 6.89% | 0.02% | 3.57% | /s/ Peter J. Mougey |
| 1:18-op-45568-DAP | Overton County, Tennessee v. AmerisourceBergen Drug Corporation et al | Overton County | Tennessee | 0.00% | 9.15% | 0.00% | 2.10% | /s/ Peter J. Mougey |
| 1:18-op-45580-DAP | Schley County Georgia v. Purdue Pharma, L.P. et al | Schley County | Georgia | 0.00% | 5.89% | 0.00% | 5.11% | /s/ Matt Conn |
| 1:18-op-45588-DAP | City of Huntington Beach, California v. Purdue Pharma L.P. et al | Huntington Beach City | California | 0.30% | 5.59% | 0.14% | 2.92% | /s/ Mark P. Robinson, Jr. |
| 1:18-op-45593-DAP | County of Ballard Kentucky v. Purdue Pharma, L.P. et al | Ballard County | Kentucky | 0.05% | 14.95% | 0.06% | 6.41% | /s/ Matt Conn |
| 1:18-op-45613-DAP | County of San Diego et al v. Amerisourcebergen Drug Corporation et al | San Diego County | California | 0.50% | 7.72% | 0.25% | 3.84% | /s/ Peter J. Mougey |
| 1:18-op-45615-DAP | County of Monterey v. Amerisourcebergen Drug Corporation et al | Monterey County | California | 0.09% | 5.83% | 0.04% | 2.47% | /s/ Peter J. Mougey |
| 1:18-op-45619-DAP | County of Tuolumne, et al v. Amerisource Bergen Drug Corporation et al | Tuolumne County | California | 0.06% | 5.76% | 0.02% | 2.12% | /s/ Peter J. Mougey |
| 1:18-op-45620-DAP | City of Alma, Georgia v. Amerisourcebergen Drug Corporation et al | Alma City | Georgia | 0.28% | 8.93% | 0.08% | 3.77% | /s/ Mark A. Tate |
| 1:18-op-45642-DAP | County of Placer v. Amerisourcebergen Drug Corporation et al | Placer County | California | 0.44% | 6.40% | 0.18% | 3.69% | /s/ Peter J. Mougey |
| 1:18-op-45650-DAP | County of Trinity v. Amerisourcebergen Drug Corporation et al | Trinity County | California | 0.34% | 6.59% | 0.17% | 3.21% | /s/ Peter J. Mougey |
| 1:18-op-45656-DAP | County of Contra Costa v. Amerisourcebergen Drug Corporation et al | Contra Costa County | California | 0.45% | 5.82% | 0.20% | 3.24% | /s/ Peter J. Mougey |
| 1:18-op-45671-DAP | Wilkinson County Georgia v. AmerisourceBergen Drug Corporation et al | Wilkinson County | Georgia | 0.00% | 13.58% | 0.00% | 5.05% | /s/ Peter J. Mougey |
| 1:18-op-45788-DAP | City of Sandusky v. Purdue Pharma L.P. et al | Sandusky City | Ohio | 0.06% | 5.58% | 0.03% | 2.66% | /s/ Leslie O. Murray |
| 1:18-op-45790-DAP | Town of West Tisbury, Massachusetts v. Amerisourcebergen Drug Corporation et al | West Tisbury Town | Massachusetts | 0.00% | 9.34% | 0.00% | 2.37% | /s/ Peter J. Mougey |
| 1:18-op-45793-DAP | Holmes County, Mississippi v. Amerisourcebergen Drug Corporation et al | Holmes County | Mississippi | 0.09% | 8.33% | 0.08% | 5.97% | /s/ Peter J. Mougey |
| 1:18-op-45795-DAP | Nodaway County, Missouri v. AmerisourceBergen Drug Corporation et al | Nodaway County | Missouri | 0.00% | 6.53% | 0.00% | 2.55% | /s/ Brian J. Madden |
| 1:18-op-45797-DAP | Atchison County, Missouri v. AmerisourceBergen Drug Corporation et al | Atchison County | Missouri | 0.06% | 6.63% | 0.03% | 3.53% | /s/ Brian J. Madden |
| 1:18-op-45798-DAP | City of Saint Joseph, Missouri v. AmerisourceBergen Drug Corporation et al | St. Joseph City | Missouri | 0.12% | 6.66% | 0.08% | 2.51% | /s/ Brian J. Madden |
| 1:18-op-45825-DAP | Chitimacha Tribe of Louisiana v. Purdue Pharma L.P. et al | Chitimacha Tribe of Louisiana | Louisiana | 0.21% | 5.13% | 0.08% | 1.59% | /s/ T. Roe Frazer II |
| 1:18-op-45830-DAP | Dodge County Hospital Authority v. Amerisourcebergen Drug Corporation et al | Dodge County Hospital Authority D/B/A Dodge County Hospital | Georgia | 0.29% | 8.66% | 0.07% | 2.00% | /s/ W. Todd Harvey |
| 1:18-op-45831-DAP | Adams County, Mississippi v. Amerisourcebergen Drug Corporation et al | Adams County | Mississippi | 0.10% | 5.49% | 0.03% | 1.73% | /s/ Peter J. Mougey |
| 1:18-op-45832-DAP | Green Lake County et al v. Purdue Pharma LP et al | VILAS COUNTY | Wisconsin | 0.01% | 5.09% | 0.00% | 2.91% | /s/ Jayne Conroy |
| 1:18-op-45839-DAP | Jefferson County, Mississippi v. Amerisourcebergen Drug Corporation et al | Jefferson County | Mississippi | 0.00% | 4.22% | 0.00% | 5.70% | /s/ Peter J. Mougey |
| 1:18-op-45842-DAP | Wiley v. Purdue Pharma, L.P. et al | Sheriff Of Ascension Parish | Louisiana | 0.25% | 6.50% | 0.11% | 2.28% | /s/ Jayne Conroy |

**Amending Plaintiffs Seeking Leave to Add the Aurolife Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:18-op-45878-DAP | County of Riverside et al v. Purdue Pharma L.P. et al | Riverside County | California | 0.24% | 5.05% | 0.15% | 3.08% | /s/ Jayne Conroy |
| 1:18-op-45884-DAP | Tubbs v. Purdue Pharma L P et al | Sheriff Of Morehouse Parish | Louisiana | 0.04% | 17.40% | 0.01% | 6.11% | /s/ Jayne Conroy |
| 1:18-op-45912-DAP | Robinson Rancheria v. McKesson Corporation et al | Robinson Rancheria | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ T. Roe Frazer II |
| 1:18-op-45913-DAP | Hopland Band of Pomo Indians v. McKesson Corporation et al | Hopland Band of Pomo Indians | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ T. Roe Frazer II |
| 1:18-op-45914-DAP | Scotts Valley Band of Pomo Indians v. McKesson Corporation et al | Scotts Valley Band of Pomo Indians | California | 0.27% | 5.33% | 0.14% | 3.06% | /s/ T. Roe Frazer II |
| 1:18-op-45915-DAP | Round Valley Indian Tribes et al v. McKesson Corporation et al | Round Valley Indian Tribes et al | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ T. Roe Frazer II |
| 1:18-op-45916-DAP | Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria v. McKesson Corporation et al | Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ T. Roe Frazer II |
| 1:18-op-45917-DAP | Guidiville Rancheria of California v. McKesson Corporation et al | Guidiville Rancheria of California | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ T. Roe Frazer II |
| 1:18-op-45922-DAP | Big Valley Band of Pomo Indians of the Big Valley Rancheria v. McKesson Corporation et al | Big Valley Band of Pomo Indians of the Big Valley Rancheria | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ T. Roe Frazer II |
| 1:18-op-45923-DAP | Big Sandy Rancheria of Western Mono Indians v. McKesson Corporation et al | Big Sandy Rancheria of Western Mono Indians | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ T. Roe Frazer II |
| 1:18-op-45924-DAP | Cannon County, Tennessee v. Purdue Pharma L.P. et al | Cannon County | Tennessee | 0.05% | 8.46% | 0.02% | 2.92% | /s/ Mark Chalos |
| 1:18-op-45945-DAP | Laurens County, Georgia v. Amerisourcebergen Drug Corporation et al | Laurens County | Georgia | 0.22% | 5.84% | 0.06% | 2.70% | /s/ Peter J. Mougey |
| 1:18-op-45950-DAP | City of Greenwood, Mississippi v. Amerisourcebergen Drug Corporation et al | Greenwood City | Mississippi | 0.11% | 5.95% | 0.04% | 2.67% | /s/ Peter J. Mougey |
| 1:18-op-45957-DAP | Conecuh County, Alabama v. Amerisourcebergen Drug Corporation et al | Conecuh County | Alabama | 0.06% | 7.60% | 0.04% | 2.88% | /s/ Peter J. Mougey |
| 1:18-op-45969-DAP | City of Meridian v. Amerisourcebergen Drug Corporation et al | Meridian City | Mississippi | 0.41% | 14.26% | 0.19% | 5.98% | /s/ Peter J. Mougey |
| 1:18-op-45971-DAP | County of Eaton v. Purdue Pharma, L.P. et al | Eaton County | Michigan | 0.08% | 8.00% | 0.03% | 3.80% | /s/ Peter J. Mougey |
| 1:18-op-45991-DAP | Lenoir County v. AmerisourceBergen Drug Corporation et al | Lenoir County | North Carolina | 0.09% | 7.65% | 0.02% | 2.78% | /s/ Peter J. Mougey |
| 1:18-op-46008-DAP | Kittitas County v. Purdue Pharma LP et al | Kittitas County | Washington | 0.03% | 5.73% | 0.02% | 2.18% | /s/ David Ko |
| 1:18-op-46062-DAP | Adams County et al v. Purdue Pharma, L.P. et al | BLAINE COUNTY | Idaho | 0.50% | 5.89% | 0.17% | 3.17% | /s/ Jayne Conroy |
| 1:18-op-46062-DAP | Adams County et al v. Purdue Pharma, L.P. et al | LATAH COUNTY | Idaho | 0.03% | 5.14% | 0.01% | 1.81% | /s/ Jayne Conroy |
| 1:18-op-46062-DAP | Adams County et al v. Purdue Pharma, L.P. et al | MINIDOKA COUNTY | Idaho | 0.03% | 7.31% | 0.01% | 3.74% | /s/ Jayne Conroy |
| 1:18-op-46064-DAP | City of Shreveport v. Purdue Pharma L P et al | Shreveport City | Louisiana | 0.04% | 6.96% | 0.02% | 2.49% | /s/ Shayna E. Sacks |
| 1:18-op-46065-DAP | Bland County, Virginia v. Amerisourcebergen Drug Corporation et al | Bland County | Virginia | 0.90% | 26.61% | 0.20% | 6.24% | /s/ Eric D. Barton |
| 1:18-op-46072-DAP | Wythe County, Virginia v. Amerisourcebergen Drug Corporation et al | Wythe County | Virginia | 0.13% | 7.22% | 0.05% | 2.34% | /s/ Eric D. Barton |
| 1:18-op-46073-DAP | Russell County, Virginia v. AmerisourceBergen Drug Corporation et al | Russell County | Virginia | 0.04% | 5.62% | 0.01% | 1.09% | /s/ Eric D. Barton |
| 1:18-op-46079-DAP | Carroll County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Carroll County | Ohio | 0.08% | 6.21% | 0.07% | 4.50% | /s/ Peter J. Mougey |
| 1:18-op-46091-DAP | Town of Aquinnah, Massachusetts v. Amerisourcebergen Drug Corporation et al | Aquinnah Town | Massachusetts | 0.00% | 9.34% | 0.00% | 2.37% | /s/ Peter J. Mougey |
| 1:18-op-46096-DAP | Branch County, Michigan v. Purdue Pharma L.P. et al | Branch County | Michigan | 0.05% | 5.87% | 0.02% | 3.03% | /s/ Peter J. Mougey |
| 1:18-op-46105-DAP | Bacon County, Georgia v. Amerisourcebergen Drug Corporation et al | Bacon County | Georgia | 0.28% | 8.93% | 0.08% | 3.77% | /s/ Mark A. Tate |
| 1:18-op-46113-DAP | City of Demorest, Georgia v. AmerisourceBergen Drug Corporation et al | Demorest City | Georgia | 0.08% | 5.17% | 0.03% | 2.99% | /s/ Mark A. Tate |
| 1:18-op-46114-DAP | Habersham County Medical Center v. AmerisourceBergen Drug Corporation et al | Habersham County Medical Center | Georgia | 0.08% | 5.17% | 0.03% | 2.99% | /s/ Mark A. Tate |
| 1:18-op-46121-DAP | Palm Beach County v. Purdue Pharma L.P. et al | Palm Beach County | Florida | 0.31% | 5.00% | 0.09% | 1.98% | /s/ Shayna E. Sacks |

**Amending Plaintiffs Seeking Leave to Add the Aurolife Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:18-op-46135-DAP | Charter Township of Clinton, Michigan v. Purdue Pharma L.P. et al | Clinton Charter Township | Michigan | 0.10% | 5.34% | 0.03% | 1.91% | /s/ Peter J. Mougey |
| 1:18-op-46151-DAP | Rincon Band of Luiseno Indians v. Purdue Pharma L.P. et al | Rincon Band of Luiseno Indians | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ Timothy Q. Purdon |
| 1:18-op-46152-DAP | Torres Martinez Desert Cahuilla Indians v. Purdue Pharma L.P. et al | Torres Martinez Desert Cahuilla Indians | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ Timothy Q. Purdon |
| 1:18-op-46167-DAP | Tazewell County, Virginia v. Amerisourcebergen Drug Corporation et al | Tazewell County | Virginia | 0.01% | 5.85% | 0.01% | 1.56% | /s/ Eric D. Barton |
| 1:18-op-46168-DAP | Livingston County, Missouri v. AmerisourceBergen Drug Corporation et al | Livingston County | Missouri | 0.01% | 6.28% | 0.00% | 3.05% | /s/ Brian J. Madden |
| 1:18-op-46173-DAP | Monroe County, Mississippi v. Amerisourcebergen Drug Corporation et al | Monroe County | Mississippi | 0.03% | 6.14% | 0.02% | 2.23% | /s/ Peter J. Mougey |
| 1:18-op-46174-DAP | Currituck County v. AmerisourceBergen Drug Corporation et al | Currituck County | North Carolina | 0.00% | 8.02% | 0.00% | 3.57% | /s/ Peter J. Mougey |
| 1:18-op-46189-DAP | Cole County, Missouri v. Purdue Pharma L.P. et al | Cole County | Missouri | 0.01% | 6.33% | 0.00% | 2.19% | /s/ Peter J. Mougey |
| 1:18-op-46190-DAP | Gasconade County, Missouri v. Purdue Pharma L.P. et al | Gasconade County | Missouri | 0.06% | 8.06% | 0.03% | 3.25% | /s/ Peter J. Mougey |
| 1:18-op-46198-DAP | Ozark County, Missouri v. Purdue Pharma L.P. et al | Ozark County | Missouri | 0.09% | 6.26% | 0.03% | 3.75% | /s/ Peter J. Mougey |
| 1:18-op-46199-DAP | Muskegon County v. Purdue Pharma L.P. et al | Muskegon County | Michigan | 0.05% | 7.64% | 0.02% | 4.45% | /s/ Peter J. Mougey |
| 1:18-op-46241-DAP | Cloverdale Rancheria of Pomo Indians v. Purdue Pharma L.P. et al | Cloverdale Rancheria of Pomo Indians | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ Timothy Q. Purdon |
| 1:18-op-46264-DAP | Shelby County, Missouri v. Purdue Pharma L.P. et al | Shelby County | Missouri | 0.00% | 22.48% | 0.00% | 6.46% | /s/ Peter J. Mougey |
| 1:18-op-46270-DAP | Carbon County v. Purdue Pharma LP et al | Carbon County | Utah | 0.01% | 5.63% | 0.00% | 2.40% | /s/ Peter J. Mougey |
| 1:18-op-46286-DAP | City of Columbus, Mississippi v. Amerisourcebergen Drug Corporation et al | Columbus City | Mississippi | 0.03% | 5.99% | 0.01% | 2.44% | /s/ Courtney B. Smith |
| 1:18-op-46297-DAP | City of Bogalusa, Louisiana v. Purdue Pharma L.P. et al | Bogalusa City | Louisiana | 0.32% | 10.50% | 0.10% | 3.04% | /s/ Shayna E. Sacks |
| 1:18-op-46298-DAP | Clayton County, Georgia v. Purdue Pharma L.P. et al | Clayton County | Georgia | 0.28% | 5.72% | 0.15% | 3.57% | /s/ Shayna E. Sacks |
| 1:18-op-46300-DAP | Coos County, Oregon v. Purdue Pharma L.P. et al | Coos County | Oregon | 0.02% | 5.22% | 0.01% | 3.03% | /s/ Shayna E. Sacks |
| 1:18-op-46314-DAP | City of Bangor v. Purdue Pharma LP et al | Bangor City | Maine | 0.01% | 6.12% | 0.00% | 1.90% | /s/ Shayna E. Sacks |
| 1:18-op-46322-DAP | Board of County Commissioners of Osage County, State of Oklahoma v. Purdue Pharma L.P. et al | Osage County | Oklahoma | 0.04% | 6.62% | 0.01% | 2.39% | /s/ Shayna E. Sacks |
| 1:18-op-46324-DAP | Lauderdale County, Tennessee v. Amerisourcebergen Drug Coropration et al | Lauderdale County | Tennessee | 0.19% | 5.31% | 0.08% | 2.63% | /s/ Peter J. Mougey |
| 1:18-op-46352-DAP | Moniteau County, Missouri v. Purdue Pharma L.P. et al | Moniteau County | Missouri | 0.41% | 5.53% | 0.16% | 2.25% | /s/ Peter J. Mougey |
| 1:19-op-45001-DAP | Camden County v. AmerisourceBergen Drug Corporation et al | Camden County | North Carolina | 0.00% | 23.67% | 0.00% | 11.38% | /s/ Peter J. Mougey |
| 1:19-op-45007-DAP | Gilley v. Purdue Pharma L P et al | Sheriff Of Richland Parish | Louisiana | 0.07% | 5.52% | 0.03% | 3.03% | /s/ Jayne Conroy |
| 1:19-op-45013-DAP | City of Saint Martinville v. AmerisourceBergen Corp et al | St. Martinville City | Louisiana | 0.48% | 5.28% | 0.22% | 2.27% | /s/ Peter J. Mougey |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Black Hawk city | Colorado | 0.38% | 6.12% | 0.05% | 3.71% | /s/ David Ko |
| 1:19-op-45038-DAP | Cahto Indian Tribe of the Laytonville Rancheria et al v. McKesson Corporation et al | Cahto Indian Tribe of the Laytonville Rancheria | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ T. Roe Frazer II |
| 1:19-op-45057-DAP | Town of Caledonia, Mississippi v. Amerisourcebergen Drug Corporation et al | Caledonia Town | Mississippi | 0.03% | 5.99% | 0.01% | 2.44% | /s/ Courtney B. Smith |
| 1:19-op-45080-DAP | Greenbrier County Commission v. AmerisourceBergen Drug Corporation et al | Greenbrier County | West Virginia | 0.01% | 5.39% | 0.00% | 2.60% | /s/ Peter J. Mougey |
| 1:19-op-45083-DAP | City of Great Falls et al v. Purdue Pharma L.P. et al | Anaconda-Deer Lodge County | Montana | 0.18% | 6.04% | 0.08% | 2.06% | /s/ Jeffrey B. Simon |
| 1:19-op-45083-DAP | City of Great Falls et al v. Purdue Pharma L.P. et al | Lake County | Montana | 0.07% | 5.44% | 0.02% | 1.54% | /s/ Jeffrey B. Simon |
| 1:19-op-45085-DAP | City of Grayson v. Purdue Pharma L.P., et al | Grayson City | Kentucky | 0.13% | 5.15% | 0.04% | 0.84% | /s/ Sheila P. Hiestand |
| 1:19-op-45109-DAP | Mennonite General Hospital, Inc. et al v. Purdue Pharma, L.P. et al | Hospital Menonita Caguas, Inc. | Puerto Rico | 0.00% | 6.95% | 0.00% | 1.05% | /s/ Robert K. Finnell |
| 1:19-op-45109-DAP | Mennonite General Hospital, Inc. et al v. Purdue Pharma, L.P. et al | Mennonite General Hospital, Inc. | Puerto Rico | 0.00% | 8.88% | 0.00% | 1.41% | /s/ Robert K. Finnell |

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:19-op-45122-DAP | City of Flint v. Actavis Pharma, Inc. et al | Flint City | Michigan | 0.20% | 5.17% | 0.08% | 2.49% | /s/ Jeffrey D. Price |
| 1:19-op-45128-DAP | County of Santa Barbara et al v. Purdue Pharma, L.P. et al | Santa Barbara County | California | 0.16% | 5.82% | 0.07% | 2.55% | /s/ David Ko |
| 1:19-op-45130-DAP | Heard County, Georgia v. AmerisourceBergen Drug Corporation et al | Heard County | Georgia | 1.25% | 5.62% | 0.43% | 3.37% | /s/ Matt Conn |
| 1:19-op-45136-DAP | City of Red Bay, Alabama et al v. AmerisourceBergen Drug Corporation et al | Leighton town | Alabama | 0.30% | 11.46% | 0.11% | 3.74% | /s/ Matt Conn |
| 1:19-op-45136-DAP | City of Red Bay, Alabama et al v. AmerisourceBergen Drug Corporation et al | Sheffield city | Alabama | 0.30% | 11.46% | 0.11% | 3.74% | /s/ Matt Conn |
| 1:19-op-45140-DAP | Iberville Parish Council v. Purdue Pharma, LP et al | Iberville Parish Council | Louisiana | 0.04% | 6.23% | 0.02% | 1.98% | /s/ Patrick W. Pendley |
| 1:19-op-45142-DAP | Jones County v. AmerisourceBergen Drug Corporation et al | Jones County | North Carolina | 0.00% | 9.14% | 0.00% | 5.45% | /s/ Peter J. Mougey |
| 1:19-op-45143-DAP | Health Care Authority of the City of Huntsville et al v. Purdue Pharma, L.P. et al | Attentus Mouton, LLC d/b/a Lawrence Medical Center | Alabama | 0.12% | 7.87% | 0.05% | 3.13% | /s/ Matt Conn |
| 1:19-op-45143-DAP | Health Care Authority of the City of Huntsville et al v. Purdue Pharma, L.P. et al | Hh Health System-Shoals, Llc D/B/A Helen Keller Hospital And Red Bay Hospital | Alabama | 0.30% | 11.46% | 0.11% | 3.74% | /s/ Matt Conn |
| 1:19-op-45146-DAP | Walker v. Purdue Pharma, L.P. et al | Sheriff Of Crawford County | Georgia | 0.00% | 32.17% | 0.00% | 14.31% | /s/ Paul Scott |
| 1:19-op-45147-DAP | Jolley v. Purdue Pharma L.P. et al | Sheriff Of Harris County | Georgia | 0.17% | 20.14% | 0.05% | 7.70% | /s/ Paul Scott |
| 1:19-op-45151-DAP | City of Nettleton, Mississippi v. Amerisourcebergen Drug Corporation et al | Nettleton City | Mississippi | 0.03% | 6.14% | 0.02% | 2.23% | /s/ Courtney B. Smith |
| 1:19-op-45152-DAP | Yalobusha County, Mississippi v. Amerisourcebergen Drug Corporation et al | Yalobusha County | Mississippi | 0.16% | 17.86% | 0.05% | 4.16% | /s/ Courtney B. Smith |
| 1:19-op-45163-DAP | Dean v. Purdue Pharma L.P. et al | Sheriff Of Laurens County | Georgia | 0.22% | 5.84% | 0.06% | 2.70% | /s/ Paul Scott |
| 1:19-op-45168-DAP | Scarbrough v. Purdue Pharma L.P. et al | Sheriff Of Tift County | Georgia | 0.51% | 5.09% | 0.22% | 2.98% | /s/ Paul Scott |
| 1:19-op-45184-DAP | Penobscot County v. Purdue Pharma LP et al | Penobscot County | Maine | 0.01% | 6.12% | 0.00% | 1.90% | /s/ Shayna E. Sacks |
| 1:19-op-45241-DAP | County of Hardin v. Endo Health Solutions, Inc. et al | Hardin County | Texas | 0.03% | 6.60% | 0.02% | 3.17% | /s/ Jeffrey B. Simon |
| 1:19-op-45242-DAP | County of Newton v. Endo Health Solutions Inc. et al | Newton County | Texas | 0.09% | 11.27% | 0.04% | 5.26% | /s/ Jeffrey B. Simon |
| 1:19-op-45255-DAP | Crowley County v. Purdue Pharma L.P. et al | Crowley County | Colorado | 0.00% | 7.36% | 0.00% | 2.57% | /s/ P. Dylan Jensen |
| 1:19-op-45260-DAP | Seminole County Board of County Commissioners v. Purdue Pharma, LP et al | Seminole County | Oklahoma | 0.03% | 13.64% | 0.01% | 3.30% | /s/ Matthew J. Sill |
| 1:19-op-45288-DAP | City of Seat Pleasant, Maryland v. Endo Health Solutions Inc. et al | Seat Pleasant city | Maryland | 0.16% | 6.30% | 0.12% | 2.75% | /s/ Shayna E. Sacks |
| 1:19-op-45361-DAP | William C. Massee, Jr. v. Purdue Pharma L.P. et al | Sheriff Of Baldwin County | Georgia | 0.01% | 8.26% | 0.00% | 3.49% | /s/ Paul Scott |
| 1:19-op-45382-DAP | Board of County Counselors for Elk County, Kansas et al v. Purdue Pharma L.P. et al | Elk County | Kansas | 0.00% | 5.72% | 0.00% | 3.30% | /s/ P. Dylan Jensen |
| 1:19-op-45395-DAP | Chippewa Cree Tribe of the Rocky Boys Reservation v. Purdue Pharma L.P. et al | CHIPPEWA CREE TRIBE OF THE ROCKY BOYS RESERVATION | Montana | 0.00% | 5.19% | 0.00% | 1.72% | /s/ P. Dylan Jensen |
| 1:19-op-45397-DAP | La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation v. Purdue Pharma L.P. et al | LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA INDIAN RESERVATION | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ P. Dylan Jensen |
| 1:19-op-45400-DAP | City of Ada v. Purdue Pharma, LP et al | Ada city | Oklahoma | 0.05% | 6.59% | 0.02% | 2.62% | /s/ Todd A. Court |
| 1:19-op-45401-DAP | Shannon County, Missouri v. Purdue Pharma L.P. et al | Shannon County | Missouri | 0.00% | 19.28% | 0.00% | 7.94% | /s/ Peter J. Mougey |
| 1:19-op-45403-DAP | Mechoopda Indian Tribe of Chico Rancehria v. Purdue Pharma L.P. et al | MECHOOPDA INDIAN TRIBE OF CHICO RANCEHRIA | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ P. Dylan Jensen |
| 1:19-op-45404-DAP | Gooding County, Idaho et al v. Purdue Pharma L.P. et al | Gooding County | Idaho | 0.08% | 6.70% | 0.03% | 2.65% | /s/ Shayna E. Sacks |
| 1:19-op-45406-DAP | Knox County, Missouri v. Purdue Pharma L.P. et al | Knox County | Missouri | 0.00% | 10.38% | 0.00% | 2.87% | /s/ Peter J. Mougey |
| 1:19-op-45408-DAP | Schuyler County, Missouri v. Purdue Pharma L.P. et al | Schuyler County | Missouri | 0.00% | 9.47% | 0.00% | 12.58% | /s/ Peter J. Mougey |
| 1:19-op-45410-DAP | Sokaogon Chippewa Community v. Purdue Pharma L.P. et al | SOKAOGON CHIPPEWA COMMUNITY | Wisconsin | 0.00% | 5.27% | 0.00% | 1.55% | /s/ P. Dylan Jensen |
| 1:19-op-45419-DAP | Town of Arcola, Mississippi v. Purdue Pharma, L.P. et al | Arcola Town | Mississippi | 0.12% | 10.01% | 0.05% | 4.12% | /s/ Shayna E. Sacks |
| 1:19-op-45425-DAP | Town of Centerville, Mississippi v. Purdue Pharma, L.P. et al | Centerville Town | Mississippi | 0.02% | 10.90% | 0.02% | 6.36% | /s/ Shayna E. Sacks |
| 1:19-op-45444-DAP | Avoyelles Parish Police Jury v. Purdue Pharma, L.P. et al | Avoyelles Parish | Louisiana | 0.14% | 9.47% | 0.06% | 4.45% | /s/ Jayne Conroy |

**Amending Plaintiffs Seeking Leave to Add the Aurolife Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:19-op-45445-DAP | Calcasieu Parish Police Jury v. Purdue Pharma L.P. et al | Calcasieu Parish | Louisiana | 0.10% | 6.66% | 0.04% | 1.72% | /s/ Jayne Conroy |
| 1:19-op-45446-DAP | Ouachita Parish Police Jury et al v. Purdue Pharma, L.P. et al | Ouachita Parish | Louisiana | 0.17% | 6.50% | 0.09% | 1.90% | /s/ Jayne Conroy |
| 1:19-op-45447-DAP | City of Laguna Beach, California v. Purdue Pharma, L.P. et al | Laguna Beach City | California | 0.30% | 5.59% | 0.14% | 2.92% | /s/ Mark P. Robinson, Jr. |
| 1:19-op-45448-DAP | Sabine Parish Police Jury v. Purdue Pharma, L.P. et al | Sabine Parish | Louisiana | 0.04% | 5.88% | 0.02% | 1.97% | /s/ Jayne Conroy |
| 1:19-op-45449-DAP | City of Lake Charles v. Purdue Pharma L.P., et al | Lake Charles City | Louisiana | 0.10% | 6.66% | 0.04% | 1.72% | /s/ Jayne Conroy |
| 1:19-op-45452-DAP | Morehouse Parish Police Jury v. Purdue Pharma L P | Morehouse Parish | Louisiana | 0.04% | 17.40% | 0.01% | 6.11% | /s/ Jayne Conroy |
| 1:19-op-45496-DAP | City of Edmond v. Purdue Pharma LP et al | Edmond city | Oklahoma | 0.12% | 5.71% | 0.07% | 2.20% | /s/ Todd A. Court |
| 1:19-op-45498-DAP | City of Oklahoma City v. Purdue Pharma LP et al | Oklahoma City | Oklahoma | 0.12% | 5.71% | 0.07% | 2.20% | /s/ Todd A. Court |
| 1:19-op-45512-DAP | County of Curry v. Purdue Pharma, LP et al | Curry County | Oregon | 0.07% | 5.05% | 0.02% | 4.47% | /s/ Tom D'Amore |
| 1:19-op-45548-DAP | Pearl River County, Mississippi v. Amerisourcebergen Drug Corporation et al | Pearl River County | Mississippi | 0.73% | 8.77% | 0.22% | 2.63% | /s/ Peter J. Mougey |
| 1:19-op-45549-DAP | City of Amory, Mississippi v. AmerisourceBergen Drug Corporation et al | Amory City | Mississippi | 0.03% | 6.14% | 0.02% | 2.23% | /s/ Peter J. Mougey |
| 1:19-op-45552-DAP | Leflore County, Mississippi v. Amerisourcebergen Drug Corporation et al | Leflore County | Mississippi | 0.11% | 5.95% | 0.04% | 2.67% | /s/ Peter J. Mougey |
| 1:19-op-45557-DAP | Bladen County v. AmerisourceBergen Drug Corporation et al | Bladen County | North Carolina | 0.02% | 5.25% | 0.01% | 2.30% | /s/ Peter J. Mougey |
| 1:19-op-45559-DAP | City of Paintsville, KY v. AmerisourceBergen Drug Corporation et al | Paintsville City | Kentucky | 0.15% | 8.93% | 0.05% | 1.63% | /s/ Matt Conn |
| 1:19-op-45560-DAP | County of Calhoun v. Purdue Pharma L.P. et al | Calhoun County | Michigan | 0.09% | 6.76% | 0.04% | 2.82% | /s/ Peter J. Mougey |
| 1:19-op-45561-DAP | County of Kalamazoo v. Purdue Pharma L.P. et al | Kalamazoo County | Michigan | 0.15% | 6.39% | 0.04% | 2.50% | /s/ Peter J. Mougey |
| 1:19-op-45579-DAP | Tule River Indian Tribe of California v. AmerisourceBergen Drug Corporation et al | Tule River Indian Tribe of California | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ Peter J. Mougey |
| 1:19-op-45580-DAP | Lytton Band of Pomo Indians v. AmerisourceBergen Drug Corporation et al | Lytton Band of Pomo Indians | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ Peter J. Mougey |
| 1:19-op-45582-DAP | Sycuan Band of Kumeyaay Nation v. Purdue Pharma L.P. et al | Sycuan Band of Kumeyaay Nation | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ Timothy Q. Purdon |
| 1:19-op-45589-DAP | Hamilton County, Florida v. Purdue Pharma LP et al | Hamilton County | Florida | 0.59% | 9.43% | 0.35% | 3.98% | /s/ Eric Romano |
| 1:19-op-45605-DAP | Gilchrist County, Florida v. Purdue Pharma LP et al | Gilchrist County | Florida | 0.20% | 15.09% | 0.07% | 4.31% | /s/ Eric Romano |
| 1:19-op-45689-DAP | Strafford County v. Purdue Pharma L.P. et al | Strafford County | New Hampshire | 0.03% | 5.21% | 0.01% | 3.19% | /s/ Robert J. Bonsignore |
| 1:19-op-45709-DAP | Midwest City City of v. Purdue Pharma LP et al | Midwest City city | Oklahoma | 0.12% | 5.71% | 0.07% | 2.20% | /s/ Todd A. Court |
| 1:19-op-45727-DAP | City of Westminster et al v. Purdue Pharma L.P. et al | Westminster city | California | 0.30% | 5.59% | 0.14% | 2.92% | /s/ Anne Andrews |
| 1:19-op-45728-DAP | City of San Clemente et al v. Purdue Pharma L.P. et al | San Clemente city | California | 0.30% | 5.59% | 0.14% | 2.92% | /s/ Anne Andrews |
| 1:19-op-45734-DAP | City of Irvine et al v. Purdue Pharma L.P. et al | Irvine city | California | 0.30% | 5.59% | 0.14% | 2.92% | /s/ Anne Andrews |
| 1:19-op-45736-DAP | City of Costa Mesa et al v. Purdue Pharma L.P. et al | Costa Mesa city | California | 0.30% | 5.59% | 0.14% | 2.92% | /s/ Anne Andrews |
| 1:19-op-45747-DAP | County of Ventura v. Purdue Pharma L.P. et al | Ventura County | California | 0.23% | 5.24% | 0.11% | 2.64% | /s/ Linda Singer |
| 1:19-op-45750-DAP | City of Chula Vista, California v. Amerisourcebergen Drug Corporation et al | Chula Vista City | California | 0.50% | 7.72% | 0.25% | 3.84% | /s/ Peter J. Mougey |
| 1:19-op-45751-DAP | Covington County, Alabama v. Purdue Pharma L.P. et al | Covington County | Alabama | 0.02% | 5.45% | 0.02% | 2.35% | /s/ Jeffrey D. Price |
| 1:19-op-45755-DAP | Board of County Commissioners for Kiowa County v. Purdue Pharma LP et al | Kiowa County | Oklahoma | 0.00% | 7.11% | 0.00% | 3.22% | /s/ Matthew J. Sill |
| 1:19-op-45759-DAP | Bertie County v. AmerisourceBergen Drug Corporation et al | Bertie County | North Carolina | 0.02% | 5.85% | 0.01% | 4.90% | /s/ Peter J. Mougey |
| 1:19-op-45760-DAP | LaMoure County v. Purdue Pharma L.P. et al | La Moure County | North Dakota | 0.00% | 5.35% | 0.00% | 3.22% | /s/ John Raggio |
| 1:19-op-45768-DAP | City Of San Jose v. Amerisourcebergen Drug Corporation et al | San Jose City | California | 0.39% | 5.68% | 0.20% | 3.03% | /s/ Peter J. Mougey |
| 1:19-op-45815-DAP | Municipality of Villalba v. Purdue Pharma L.P. et al | Villalba | Puerto Rico | 0.00% | 20.12% | 0.00% | 3.78% | /s/ Randi Kassan |

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:19-op-45817-DAP | Municipality of Arroyo, Puerto Rico v. Purdue Pharma L.P. et al | Arroyo | Puerto Rico | 0.00% | 10.77% | 0.00% | 6.80% | /s/ Randi Kassan |
| 1:19-op-45819-DAP | Municipality of Ceiba, Puerto Rico v. Purdue Pharma L.P. et al | Ceiba | Puerto Rico | 0.00% | 11.70% | 0.00% | 9.23% | /s/ Randi Kassan |
| 1:19-op-45820-DAP | Municipality of Coamo, Puerto Rico v. Purdue Pharma L.P. et al | Coamo | Puerto Rico | 0.00% | 14.13% | 0.00% | 2.32% | /s/ Randi Kassan |
| 1:19-op-45862-DAP | County of Kauai v. CVS Health Corporation, et al. | Kauai County | Hawaii | 0.30% | 8.06% | 0.07% | 2.44% | /s/ Shayna E. Sacks |
| 1:19-op-45886-DAP | City of Dothan, Alabama v. Purdue Pharma L.P. et al | Dothan City | Alabama | 0.61% | 5.08% | 0.20% | 1.89% | /s/ Jeffrey D. Price |
| 1:19-op-45889-DAP | The Fiscal Court of Lewis County, Kentucky v. Teva Pharmaceutical Industries, Ltd. et al | Lewis County | Kentucky | 0.05% | 6.47% | 0.02% | 2.51% | /s/ Robert K. Finnell |
| 1:19-op-45961-DAP | Fiscal Court of Grant County, Kentucky v. Teva Pharmaceutical Industries, Ltd. et al | Grant County | Kentucky | 0.00% | 10.35% | 0.00% | 6.57% | /s/ Robert K. Finnell |
| 1:19-op-45974-DAP | Pinoleville Pomo Nation v. McKesson Corporation et al | Pinoleville Pomo Nation | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ T. Roe Frazer II |
| 1:19-op-45984-DAP | City of Palatka, Florida v. Endo Health Solutions Inc., et al | Palatka City | Florida | 0.73% | 5.37% | 0.29% | 1.77% | /s/ Eric Romano |
| 1:19-op-45988-DAP | Pottawatomie County Board of County Commissioners v. Purdue Pharma LP et al | Pottawatomie County | Oklahoma | 0.13% | 5.41% | 0.06% | 1.96% | /s/ Matthew J. Sill |
| 1:19-op-46027-DAP | The Fiscal Court of Hancock County Kentucky v. Purdue Pharma L.P. et al | Hancock County | Kentucky | 0.27% | 23.48% | 0.31% | 8.14% | /s/ Ronald E Johnson Jr |
| 1:19-op-46058-DAP | The City of Louisville, Alabama v. AmerisourceBergen Drug Corporation et al | Louisville Town | Alabama | 1.20% | 5.75% | 0.52% | 2.50% | /s/ Matt Conn |
| 1:19-op-46122-DAP | Putnam County, Florida v. Endo Health Solutions Inc. et al | Putnam County | Florida | 0.73% | 5.37% | 0.29% | 1.77% | /s/ Eric Romano |
| 1:19-op-46130-DAP | City of Lanett, Alabama v. Purdue Pharma L.P. et al | Lanett City | Alabama | 0.06% | 5.35% | 0.02% | 2.50% | /s/ Jeffrey D. Price |
| 1:19-op-46132-DAP | City of Eufaula, Alabama v. Purdue Pharma L.P. et al | Eufaula City | Alabama | 1.20% | 5.75% | 0.52% | 2.50% | /s/ Jeffrey D. Price |
| 1:19-op-46148-DAP | City of Bethany v. Purdue Pharma LP et al | Bethany City | Oklahoma | 0.12% | 5.71% | 0.07% | 2.20% | /s/ Todd A. Court |
| 1:19-op-46155-DAP | City of Shawnee v. Purdue Pharma LP et al | Shawnee city | Oklahoma | 0.13% | 5.41% | 0.06% | 1.96% | /s/ Todd A. Court |
| 1:19-op-46156-DAP | Board of County Commissioners of Caddo County v. Purdue Pharma LP et al | Caddo County | Oklahoma | 0.00% | 8.16% | 0.00% | 4.31% | /s/ Matthew J. Sill |
| 1:19-op-46162-DAP | City of Amsterdam v. Purdue Pharma L.P. et al | Amsterdam City | New York | 0.07% | 6.53% | 0.03% | 1.28% | /s/ Shayna E. Sacks |
| 1:19-op-46183-DAP | City of Pontiac, Michigan v. AmerisourceBergen Drug Corporation et al | Pontiac City | Michigan | 0.08% | 5.01% | 0.03% | 1.82% | /s/ Shayna E. Sacks |
| 1:20-op-45000-DAP | Love County Board of County Commissioners v. Purdue Pharma LP et al | Love County | Oklahoma | 0.00% | 14.14% | 0.00% | 6.40% | /s/ Matthew J. Sill |
| 1:20-op-45005-DAP | Okfuskee County Board of County Commissioners v. Purdue Pharma, LP et al | Okfuskee County | Oklahoma | 0.00% | 16.17% | 0.00% | 5.86% | /s/ Matthew J. Sill |
| 1:20-op-45009-DAP | Cleveland County Board of County Commissioners v. Cephalon Inc et al | Cleveland County | Oklahoma | 0.16% | 6.46% | 0.09% | 2.41% | /s/ Matthew J. Sill |
| 1:20-op-45014-DAP | County of Hawaii v. Endo Health Solutions Inc. et al | Hawaii County | Hawaii | 0.33% | 6.61% | 0.14% | 2.76% | /s/ Shayna E. Sacks |
| 1:20-op-45025-DAP | Hui Huliau, A Native Hawaiian Organization v. McKesson Corporation et al | Hui Huliau, A Native Hawaiian Organization | Hawaii | 0.53% | 5.91% | 0.21% | 2.41% | /s/ Mark A. Tate |
| 1:20-op-45053-DAP | County of Angelina v. Allergan PLC, et al | Angelina County | Texas | 0.02% | 7.53% | 0.01% | 3.93% | /s/ Jeffrey B. Simon |
| 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | Anaheim City | California | 0.30% | 5.59% | 0.14% | 2.92% | /s/ Anne Andrews |
| 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | Encinitas city | California | 0.50% | 7.72% | 0.25% | 3.84% | /s/ Anne Andrews |
| 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | La Habra city | California | 0.30% | 5.59% | 0.14% | 2.92% | /s/ Anne Andrews |
| 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | La Mesa city | California | 0.50% | 7.72% | 0.25% | 3.84% | /s/ Anne Andrews |
| 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | Oxnard city | California | 0.23% | 5.24% | 0.11% | 2.64% | /s/ Anne Andrews |
| 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | Placentia city | California | 0.30% | 5.59% | 0.14% | 2.92% | /s/ Anne Andrews |
| 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | Santa Ana city | California | 0.30% | 5.59% | 0.14% | 2.92% | /s/ Anne Andrews |
| 1:20-op-45056-DAP | Board of County Commissioners of Oklahoma County v. McKesson Corporation et al | Oklahoma County | Oklahoma | 0.12% | 5.71% | 0.07% | 2.20% | /s/ Matthew J. Sill |

**Amending Plaintiffs Seeking Leave to Add the Aurolife Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:20-op-45101-DAP | Larpenter v. Teva Pharmaceutical Industries Ltd. et al | Sheriff Of Terrebonne Parish | Louisiana | 0.14% | 6.17% | 0.06% | 2.25% | /s/ David W. Ardoin |
| 1:20-op-45108-DAP | Quechan Tribe of the Fort Yuma Indian Reservation v. Cephalon, Inc. et al | Quechan Tribe of the Fort Yuma Indian Reservation | Arizona | 0.26% | 5.26% | 0.14% | 3.03% | /s/ P. Dylan Jensen |
| 1:20-op-45111-DAP | Rapides Parish Police Jury v. AmerisourceBergen Drug Corp et al | Rapides Parish | Louisiana | 0.07% | 8.51% | 0.03% | 3.43% | /s/ Peter J. Mougey |
| 1:20-op-45123-DAP | Phillip Terrell v. AmerisourceBergen Drug Corp et al | District Attorney of Rapides Parish | Louisiana | 0.07% | 8.51% | 0.03% | 3.43% | /s/ Peter J. Mougey |
| 1:20-op-45128-DAP | Lincoln County Board of County Commissioners v. Purdue Pharma LP et al | Lincoln County | Oklahoma | 0.01% | 14.25% | 0.00% | 5.97% | /s/ Matthew J. Sill |
| 1:20-op-45143-DAP | City of Fullerton et al v. Cephalon Inc. et al | Fullerton City | California | 0.30% | 5.59% | 0.14% | 2.92% | /s/ Anne Andrews |
| 1:20-op-45147-DAP | Dry Creek Band of Pomo Indians v. Cephalon, Inc. et al | Dry Creek Band of Pomo Indians | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ P. Dylan Jensen |
| 1:20-op-45149-DAP | Coal County Board of County Commissioners v. Purdue Pharma, LP et al | Coal County | Oklahoma | 0.01% | 9.80% | 0.00% | 4.22% | /s/ Matthew J. Sill |
| 1:20-op-45163-DAP | Santa Rosa Rancheria Tachi Yokut Tribe v. Cephalon, Inc. et al | Santa Rosa Rancheria Tachi Yokut Tribe | California | 0.26% | 5.29% | 0.14% | 3.05% | /s/ P. Dylan Jensen |
| 1:20-op-45199-DAP | City of Maryville, Tennessee et al v. Teva Pharmaceutical Industries, LTD, et al | Decatur town | Tennessee | 0.07% | 23.13% | 0.03% | 11.61% | /s/ Matt Conn |
| 1:20-op-45199-DAP | City of Maryville, Tennessee et al v. Teva Pharmaceutical Industries, LTD, et al | Ripley city | Tennessee | 0.19% | 5.31% | 0.08% | 2.63% | /s/ Matt Conn |
| 1:20-op-45244-DAP | Municipality of Cidra, Puerto Rico v. Purdue Pharma L.P. et al | Cidra | Puerto Rico | 0.00% | 8.18% | 0.00% | 0.71% | /s/ Randi Kassan |
| 1:20-op-45245-DAP | Municipality of Adjuntas, Puerto Rico v. Purdue Pharma L.P. et al | Adjuntas | Puerto Rico | 0.00% | 14.05% | 0.00% | 5.67% | /s/ Randi Kassan |
| 1:20-op-45254-DAP | Fiscal Court of Hickman County Kentucky v. Purdue Pharma L.P. et al | Hickman County | Kentucky | 0.00% | 7.06% | 0.00% | 4.78% | /s/ Ronald E JOhnson Jr |
| 1:20-op-45255-DAP | City of Dublin et al v. Cephalon, Inc. et al | Murrieta city | California | 0.24% | 5.05% | 0.15% | 3.08% | /s/ City of Murrieta |
| 1:20-op-45267-DAP | Municipality of Barceloneta v. Purdue Pharma L.P. et al | Barceloneta | Puerto Rico | 0.00% | 6.05% | 0.00% | 1.88% | /s/ Randi Kassan |
| 1:20-op-45268-DAP | City of Muscle Shoals, Alabama v. AmerisourceBergen Drug Corporation et al | Muscle Shoals City | Alabama | 0.30% | 11.46% | 0.11% | 3.74% | /s/ Matt Conn |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Bangor School Department | Maine | 0.01% | 6.12% | 0.00% | 1.90% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 26 | Maine | 0.01% | 6.12% | 0.00% | 1.90% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 34 | Maine | 0.01% | 6.12% | 0.00% | 1.90% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Mason County Public Schools | Maine | 0.03% | 6.73% | 0.02% | 1.40% | /s/ Cyrus Mehri |
| 1:20-op-45388-DAP | Harmon County Board of County Commissioners v. Cephalon Inc et al | Harmon County | Oklahoma | 0.00% | 8.23% | 0.00% | 4.13% | /s/ Matthew J. Sill |
| 1:21-op-45051-DAP | Appanoose County et al v. Allergan PLC et al | EMMET COUNTY | Iowa | 0.00% | 5.02% | 0.00% | 2.66% | /s/ Jayne Conroy |
| 1:21-op-45051-DAP | Appanoose County et al v. Allergan PLC et al | MADISON COUNTY | Iowa | 0.00% | 9.61% | 0.00% | 2.67% | /s/ Jayne Conroy |
| 1:21-op-45077-DAP | Tarrant County Hospital District v. McKesson Corporation et al | Tarrant County Hospital District D/B/A Jps Health Network | Texas | 0.05% | 5.83% | 0.03% | 2.20% | /s/ Schyler P. Parker |
| 1:22-op-45025-DAP | Putnam County School Board v. Cephalon, Inc. et al | Putnam County School Board | Florida | 0.73% | 5.37% | 0.29% | 1.77% | /s/ Cyrus Mehri |