# EXHIBIT A

**In Support of**

**Motion for Leave to Amend to Add Lupin**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:17-op-45010-DAP | Henry County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Henry County | Kentucky | 0.00% | 11.96% | 0.00% | 3.88% | /s/ Peter J. Mougey |
| 1:17-op-45021-DAP | Pendleton County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Pendleton County | Kentucky | 0.13% | 5.41% | 0.02% | 1.40% | /s/ Peter J. Mougey |
| 1:17-op-45025-DAP | Nicholas County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Nicholas County | Kentucky | 0.02% | 5.14% | 0.01% | 0.38% | /s/ Peter J. Mougey |
| 1:17-op-45103-DAP | People of the State of Illinois, et al v. Amerisourcebergen Drug Corporation, et al | Wabash County | Illinois | 0.00% | 13.14% | 0.00% | 6.98% | /s/ Peter J. Mougey |
| 1:17-op-45152-DAP | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al | Gallatin County | Illinois | 0.00% | 11.89% | 0.00% | 4.55% | /s/ Peter J. Mougey |
| 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | * | * | /s/ Frank Schirripa |
| 1:18-op-45004-DAP | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al | Bond County | Illinois | 0.00% | 5.68% | 0.00% | 1.77% | /s/ Peter J. Mougey |
| 1:18-op-45007-DAP | People of the State of Illinois et al v. AmerisourceBergen Drug Corporation et al | Shelby County | Illinois | 0.00% | 5.93% | 0.00% | 2.34% | /s/ Peter J. Mougey |
| 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | * | * | /s/ Elizabeth J. Cabraser |
| 1:18-op-45026-DAP | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al | Jasper County | Illinois | 0.00% | 16.74% | 0.00% | 9.00% | /s/ Peter J. Mougey |
| 1:18-op-45171-DAP | Marion County, Alabama et al v. Purdue Pharma LP et al | PICKENS COUNTY | Alabama | 0.00% | 7.85% | 0.00% | 2.54% | /s/ Matt Conn |
| 1:18-op-45182-DAP | Coffee County, Alabama v. Amerisourcebergen Drug Corporation et al | Coffee County | Alabama | 0.00% | 5.68% | 0.00% | 1.73% | /s/ Peter J. Mougey |
| 1:18-op-45204-DAP | City of Union Springs, Alabama v. Amerisourcebergen Drug Corporation et al | Union Springs City | Alabama | 0.00% | 5.45% | 0.00% | 2.77% | /s/ Peter J. Mougey |
| 1:18-op-45207-DAP | Cherokee County, Alabama v. Amerisourcebergen Drug Corporation et al | Cherokee County | Alabama | 0.00% | 5.18% | 0.00% | 1.37% | /s/ Peter J. Mougey |
| 1:18-op-45213-DAP | City of Enterprise, Alabama v. Amerisourcebergen Drug Corporation et al | Enterprise City | Alabama | 0.00% | 5.68% | 0.00% | 1.73% | /s/ Peter J. Mougey |
| 1:18-op-45246-DAP | Bullock County, Alabama v. AmerisourceBergen Drug Corporation et al | Bullock County | Alabama | 0.00% | 5.45% | 0.00% | 2.77% | /s/ Peter J. Mougey |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | CHATTOOGA COUNTY | Georgia | 0.00% | 5.78% | 0.00% | 3.00% | /s/ J. Anderson Davis |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | Jackson city | Georgia | 0.00% | 6.49% | 0.00% | 2.29% | /s/ J. Anderson Davis |
| 1:18-op-45331-DAP | City of Pensacola v. AmerisourceBergen Drug Corporation et al | Pensacola City | Florida | 0.01% | 5.01% | 0.00% | 1.46% | /s/ Peter J. Mougey |
| 1:18-op-45395-DAP | Bracken County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Bracken County | Kentucky | 0.02% | 5.20% | 0.01% | 2.69% | /s/ Peter J. Mougey |
| 1:18-op-45518-DAP | People of the State of Illinois et al v. AmerisourceBergen Drug Corporation et al | Lawrence County | Illinois | 0.00% | 9.04% | 0.00% | 4.70% | /s/ Peter J. Mougey |
| 1:18-op-45527-DAP | People of the State of Illinois et al v. AmerisourceBergen Drug Corporation et al | Livingston County | Illinois | 0.00% | 5.38% | 0.00% | 2.29% | /s/ Peter J. Mougey |
| 1:18-op-45528-DAP | People of the State of Illinois et al v. AmerisourceBergen Drug Corporation et al | Saline County | Illinois | 0.00% | 6.69% | 0.00% | 2.72% | /s/ Peter J. Mougey |
| 1:18-op-45594-DAP | City of Harrisburg, Illinois v. Purdue Pharma L.P. et al | Harrisburg City | Illinois | 0.00% | 6.69% | 0.00% | 2.72% | /s/ Randi Kassan |
| 1:18-op-45672-DAP | Monroe County Georgia v. AmerisourceBergen Drug Corporation et al | Monroe County | Georgia | 0.00% | 6.67% | 0.00% | 2.34% | /s/ Peter J. Mougey |
| 1:18-op-45729-DAP | Escambia County, Florida v. AmerisourceBergen Drug Corporation et al | Escambia County | Florida | 0.01% | 5.01% | 0.00% | 1.46% | /s/ Peter J. Mougey |
| 1:18-op-45739-DAP | Town of Double Springs, AL v. Amerisourcebergen Drug Corporation et al | Double Springs Town | Alabama | 0.00% | 5.14% | 0.00% | 1.08% | /s/ Peter J. Mougey |

* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

**Amending Plaintiffs Seeking Leave to Add the Lupin Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:18-op-45900-DAP | Polk County v. AmerisourceBergen Drug Corporation et al | Polk County | North Carolina | 0.01% | 5.16% | 0.00% | 0.78% | /s/ Peter J. Mougey |
| 1:18-op-45953-DAP | Gulf County, Florida v. AmerisourceBergen Drug Corporation et al | Gulf County | Florida | 0.02% | 6.47% | 0.01% | 2.41% | /s/ Peter J. Mougey |
| 1:18-op-45957-DAP | Conecuh County, Alabama v. Amerisourcebergen Drug Corporation et al | Conecuh County | Alabama | 0.00% | 11.05% | 0.00% | 5.11% | /s/ Peter J. Mougey |
| 1:18-op-46062-DAP | Adams County et al v. Purdue Pharma, L.P. et al | BOISE COUNTY | Idaho | 0.00% | 6.81% | 0.00% | 2.75% | /s/ Jayne Conroy |
| 1:18-op-46065-DAP | Bland County, Virginia v. Amerisourcebergen Drug Corporation et al | Bland County | Virginia | 0.00% | 6.28% | 0.00% | 1.20% | /s/ Eric D. Barton |
| 1:18-op-46068-DAP | Carroll County, Virginia v. Amerisourcebergen Drug Corporation et al | Carroll County | Virginia | 0.01% | 8.72% | 0.00% | 2.53% | /s/ Eric D. Barton |
| 1:19-op-45083-DAP | City of Great Falls et al v. Purdue Pharma L.P. et al | Anaconda-Deer Lodge County | Montana | 0.00% | 6.82% | 0.00% | 1.41% | /s/ Jeffrey B. Simon |
| 1:19-op-45129-DAP | City of Blakely, Georgia et al v. AmerisourceBergen Drug Corporation et al | Blakely city | Georgia | 0.00% | 9.09% | 0.00% | 4.05% | /s/ Matt Conn |
| 1:19-op-45129-DAP | City of Blakely, Georgia et al v. AmerisourceBergen Drug Corporation et al | Damascus city | Georgia | 0.00% | 9.09% | 0.00% | 4.05% | /s/ Matt Conn |
| 1:19-op-45283-DAP | Jackson County v. AmerisourceBergen Drug Corporation et al | Jackson County | Florida | 0.03% | 5.49% | 0.01% | 1.94% | /s/ Peter J. Mougey |
| 1:19-op-45356-DAP | Orange County Indiana v. Purdue Pharma L.P. et al | Orange County | Indiana | 0.00% | 10.49% | 0.00% | 3.02% | /s/ William D. Nefzger |
| 1:19-op-45577-DAP | Franklin County, Mississippi v. Amerisourcebergen Drug Corporation et al | Franklin County | Mississippi | 0.00% | 5.47% | 0.00% | 1.14% | /s/ Peter J. Mougey |
| 1:19-op-45589-DAP | Hamilton County, Florida v. Purdue Pharma LP et al | Hamilton County | Florida | 0.01% | 6.69% | 0.00% | 1.24% | /s/ Eric Romano |
| 1:19-op-45740-DAP | City of Madison, Indiana v. Purdue Pharma L.P. et al | Madison City | Indiana | 0.01% | 5.84% | 0.00% | 0.92% | /s/ D. Blayne Honeycutt |
| 1:19-op-46001-DAP | Fiscal Court of Caldwell County Kentucky v. Purdue Pharma L.P. et al | Caldwell County | Kentucky | 0.00% | 6.67% | 0.00% | 2.66% | /s/ Ronald E Johnson Jr |
| 1:19-op-46099-DAP | Dade County, Georgia v. McKesson Corporation et al | Dade County | Georgia | 0.00% | 5.55% | 0.00% | 2.31% | /s/ Mark A. Tate |
| 1:19-op-46118-DAP | City of Haleyville, Alabama v. Amerisourcebergen Drug Corporation et al | Haleyville City | Alabama | 0.00% | 5.14% | 0.00% | 1.08% | /s/ Peter J. Mougey |
| 1:20-op-45183-DAP | Board of County Commissioners of Roger Mills County v. Cephalon Inc et al | Roger Mills County | Oklahoma | 0.00% | 11.87% | 0.00% | 4.50% | /s/ Matthew J. Sill |
| 1:20-op-45191-DAP | City of West Frankfort, Illinois v. Teva Pharmaceutical Industries, Ltd. et al | West Frankfort City | Illinois | 0.00% | 5.68% | 0.00% | 2.14% | /s/ Peter J. Mougey |
| 1:20-op-45194-DAP | People of the State of Illinois et al v. Teva Pharmaceutical Industries, Ltd. et al | Franklin County | Illinois | 0.00% | 5.68% | 0.00% | 2.14% | /s/ Peter J. Mougey |
| 1:20-op-45261-DAP | City of Leesburg, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Leesburg town | Alabama | 0.00% | 5.18% | 0.00% | 1.37% | /s/ Annesley H. DeGaris |
| 1:20-op-45265-DAP | Fultondale, Alabama, City of et al v. Amneal Pharmaceuticals LLC et al | Cedar Bluff town | Alabama | 0.00% | 5.18% | 0.00% | 1.37% | /s/ Mary Beth Mantiply |
| 1:20-op-45265-DAP | Fultondale, Alabama, City of et al v. Amneal Pharmaceuticals LLC et al | Centre city | Alabama | 0.00% | 5.18% | 0.00% | 1.37% | /s/ Mary Beth Mantiply |
| 1:23-op-45010-DAP | Lee County, AL et al. v. Mylan Pharmaceuticals Inc. et al | Winston County | Alabama | 0.00% | 5.14% | 0.00% | 1.08% | /s/ Christina D. Crow |