# EXHIBIT A

**In Support of**

**Motion for Leave to Amend to Add Tris**

**Amending Plaintiffs Seeking Leave to Add the Tris Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:17-op-45036-DAP | Vinton County Board of County Commissioners v. Amerisource Bergen Corporation et al | Vinton County | Ohio | 0.11% | 10.55% | 0.05% | 3.07% | /s/ Peter J. Mougey |
| 1:17-op-45151-DAP | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al | Washington County | Illinois | 0.00% | 6.57% | 0.00% | 2.32% | /s/ Peter J. Mougey |
| 1:18-op-45000-DAP | Logan County Commission v. Cardinal Health, Inc. et al | Logan County | West Virginia | 0.00% | 7.94% | 0.00% | 0.94% | /s/ Peter J. Mougey |
| 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | * | * | /s/ Frank Schirripa |
| 1:18-op-45011-DAP | City of Opp, Alabama v. Amerisourcebergen Drug Corporation et al | Opp City | Alabama | 0.00% | 7.84% | 0.00% | 2.30% | /s/ Peter J. Mougey |
| 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | * | * | /s/ Elizabeth J. Cabraser |
| 1:18-op-45014-DAP | Yadkin County, North Carolina v. Amerisourcebergen Drug Corporation, et al | Yadkin County | North Carolina | 0.18% | 11.37% | 0.05% | 2.24% | /s/ Peter J. Mougey |
| 1:18-op-45015-DAP | Rockingham County v. AmerisourceBergen Drug Corporation et al | Rockingham County | North Carolina | 0.19% | 10.16% | 0.06% | 2.80% | /s/ Peter J. Mougey |
| 1:18-op-45021-DAP | Humphreys County, Mississippi v. Purdue Pharma, L.P. et al | Humphreys County | Mississippi | 0.00% | 6.37% | 0.00% | 4.95% | /s/ James R. Segars, III |
| 1:18-op-45029-DAP | Smith County, Tennessee v. Purdue Pharma L.P. et al | Smith County | Tennessee | 0.32% | 6.98% | 0.11% | 2.00% | /s/ Mark Chalos |
| 1:18-op-45035-DAP | Claiborne County, Mississippi v. Purdue Pharma, L.P. et al | Claiborne County | Mississippi | 0.00% | 10.60% | 0.00% | 3.68% | /s/ James R. Segars, III |
| 1:18-op-45042-DAP | Adams County Board of County Commissioners v. Amerisource Bergen Drug Corporation et al | Adams County | Ohio | 0.49% | 22.75% | 0.14% | 6.09% | /s/ Peter J. Mougey |
| 1:18-op-45086-DAP | Surry County v. AmerisourceBergen Drug Corporation et al | Surry County | North Carolina | 0.09% | 5.78% | 0.02% | 1.09% | /s/ Peter J. Mougey |
| 1:18-op-45107-DAP | Haywood County v. Amerisourcebergen Drug Corporation et al | Haywood County | Tennessee | 0.00% | 7.30% | 0.00% | 3.93% | /s/ Peter J. Mougey |
| 1:18-op-45117-DAP | Brown County et al v. Purdue Pharma LP et al | KEWAUNEE COUNTY | Wisconsin | 0.00% | 6.05% | 0.00% | 2.06% | /s/ Jayne Conroy |
| 1:18-op-45122-DAP | Adair County et al v. Purdue Pharma LP et al | ADAMS COUNTY | Iowa | 0.00% | 21.27% | 0.00% | 5.85% | /s/ Jayne Conroy |
| 1:18-op-45164-DAP | Johnson County v. Amerisourcebergen Drug Corporation et al (TV1) | Johnson County | Tennessee | 0.00% | 7.76% | 0.00% | 2.01% | /s/ Peter J. Mougey |
| 1:18-op-45166-DAP | Gaston County v. AmerisourceBergen Drug Corporation et al | Gaston County | North Carolina | 0.09% | 6.26% | 0.03% | 1.27% | /s/ Peter J. Mougey |
| 1:18-op-45184-DAP | Burke County v. AmerisourceBergen Drug Corporation et al | Burke County | North Carolina | 0.02% | 5.68% | 0.01% | 1.30% | /s/ Peter J. Mougey |
| 1:18-op-45185-DAP | Stokes County v. AmerisourceBergen Drug Corporation et al | Stokes County | North Carolina | 0.12% | 8.71% | 0.04% | 2.35% | /s/ Peter J. Mougey |
| 1:18-op-45196-DAP | Tuscaloosa County, Alabama v. Amerisourcebergen Drug Corporation et al | Tuscaloosa County | Alabama | 0.08% | 5.02% | 0.02% | 1.45% | /s/ Peter J. Mougey |
| 1:18-op-45261-DAP | Beaufort County v. AmerisourceBergen Drug Corporation et al | Beaufort County | North Carolina | 0.07% | 7.00% | 0.02% | 1.33% | /s/ Peter J. Mougey |
| 1:18-op-45273-DAP | Scott County, Tennessee v. Purdue Pharma LP et al | Scott County | Tennessee | 0.13% | 7.31% | 0.03% | 2.01% | /s/ Mark Chalos |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | COLQUITT COUNTY | Georgia | 0.00% | 5.15% | 0.00% | 2.04% | /s/ J. Anderson Davis |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | FLOYD COUNTY | Georgia | 0.14% | 6.02% | 0.05% | 2.58% | /s/ J. Anderson Davis |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | Moultrie city | Georgia | 0.00% | 5.15% | 0.00% | 2.04% | /s/ J. Anderson Davis |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | Rome city | Georgia | 0.14% | 6.02% | 0.05% | 2.58% | /s/ J. Anderson Davis |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | Valdosta city | Georgia | 0.07% | 9.82% | 0.03% | 3.55% | /s/ J. Anderson Davis |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | Woodstock city | Georgia | 0.11% | 5.31% | 0.03% | 1.25% | /s/ J. Anderson Davis |
| 1:18-op-45303-DAP | Black Hawk County et al v. Purdue Pharma LP et al | TAMA COUNTY | Iowa | 0.00% | 20.70% | 0.00% | 8.23% | /s/ Jayne Conroy |
| 1:18-op-45305-DAP | City of Richmond Hill, Georgia v. Amerisourcebergen Drug Corporation et al | Richmond Hill City | Georgia | 0.08% | 6.60% | 0.02% | 1.59% | /s/ Mark A. Tate |
| 1:18-op-45331-DAP | City of Pensacola v. AmerisourceBergen Drug Corporation et al | Pensacola City | Florida | 0.06% | 9.06% | 0.02% | 2.77% | /s/ Peter J. Mougey |
| 1:18-op-45370-DAP | Knott v. Purdue Pharma L.P. et al | Knott County | Kentucky | 0.06% | 5.68% | 0.02% | 1.86% | /s/ Shayna E. Sacks |

* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

**Amending Plaintiffs Seeking Leave to Add the Tris Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Dosage Units | Market Share 2015-2019 - Dosage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:18-op-45373-DAP | City of Panama City, Florida v. AmerisourceBergen Drug Corporation et al | Panama City City | Florida | 0.16% | 12.94% | 0.06% | 4.28% | /s/ Peter J. Mougey |
| 1:18-op-45376-DAP | Halifax County v. AmerisourceBergen Drug Corporation et al | Halifax County | North Carolina | 0.02% | 11.28% | 0.01% | 3.05% | /s/ Peter J. Mougey |
| 1:18-op-45389-DAP | Wayne County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Wayne County | Kentucky | 0.23% | 10.34% | 0.07% | 2.54% | /s/ Peter J. Mougey |
| 1:18-op-45396-DAP | Itawamba County, Mississippi v. Amerisourcebergen Drug Corporation et al | Itawamba County | Mississippi | 0.00% | 5.59% | 0.00% | 1.47% | /s/ Peter J. Mougey |
| 1:18-op-45455-DAP | Bay County, Florida v. AmerisourceBergen Drug Corporation et al | Bay County | Florida | 0.16% | 12.94% | 0.06% | 4.28% | /s/ Peter J. Mougey |
| 1:18-op-45456-DAP | Holmes County, Florida v. AmerisourceBergen Drug Corporation et al | Holmes County | Florida | 0.00% | 13.46% | 0.00% | 5.84% | /s/ Peter J. Mougey |
| 1:18-op-45493-DAP | Big Bend Community Based Care, Inc. et al v. Purdue Pharma LP et al | Big Bend Community Based Care | Florida | 0.11% | 10.58% | 0.04% | 3.24% | /s/ Oscar M Price IV |
| 1:18-op-45493-DAP | Big Bend Community Based Care, Inc. et al v. Purdue Pharma LP et al | Central Florida Behavioral Health Network | Florida | 0.09% | 8.14% | 0.02% | 1.63% | /s/ Oscar M Price, IV |
| 1:18-op-45493-DAP | Big Bend Community Based Care, Inc. et al v. Purdue Pharma LP et al | Central Florida Cares Health System | Florida | 0.09% | 8.06% | 0.02% | 1.71% | /s/ Oscar M Price, IV |
| 1:18-op-45493-DAP | Big Bend Community Based Care, Inc. et al v. Purdue Pharma LP et al | Lutheran Services Florida | Florida | 0.13% | 10.78% | 0.03% | 2.34% | /s/ Oscar M. Price, IV |
| 1:18-op-45493-DAP | Big Bend Community Based Care, Inc. et al v. Purdue Pharma LP et al | Southeast Florida Behavioral Health Network | Florida | 0.08% | 6.70% | 0.01% | 1.22% | /s/ Oscar M Price, IV |
| 1:18-op-45506-DAP | County of Wilcox, Georgia v. Purdue Pharma L.P. et al | Wilcox County | Georgia | 0.00% | 5.25% | 0.00% | 1.71% | /s/ Matt Conn |
| 1:18-op-45513-DAP | City of Sarasota v. Purdue Pharma L.P. et al | Sarasota City | Florida | 0.11% | 8.51% | 0.02% | 1.49% | /s/ David I. Ackerman |
| 1:18-op-45522-DAP | Martin County, NC v. AmerisourceBergen Drug Corporation et al | Martin County | North Carolina | 0.03% | 11.61% | 0.01% | 2.74% | /s/ Peter J. Mougey |
| 1:18-op-45523-DAP | Washington County Florida v. AmerisourceBergen Drug Corporation, et al | Washington County | Florida | 0.00% | 5.87% | 0.00% | 2.42% | /s/ Annesley H. DeGaris |
| 1:18-op-45536-DAP | Warren County v. AmerisourceBergen Drug Corporation et al | Warren County | North Carolina | 0.14% | 8.31% | 0.05% | 3.18% | /s/ Peter J. Mougey |
| 1:18-op-45553-DAP | City of Tuscaloosa, Alabama v. Cardinal Health Inc et al | Tuscaloosa City | Alabama | 0.08% | 5.02% | 0.02% | 1.45% | /s/ Brad Ponder |
| 1:18-op-45567-DAP | Columbus Georgia v. AmerisourceBergen Drug Corporation et al | Columbus City | Georgia | 0.11% | 8.75% | 0.04% | 2.92% | /s/ Peter J. Mougey |
| 1:18-op-45579-DAP | Peach County Georgia v. Purdue Pharma, L.P. et al | Peach County | Georgia | 0.14% | 7.02% | 0.05% | 2.23% | /s/ Matt Conn |
| 1:18-op-45580-DAP | Schley County Georgia v. Purdue Pharma, L.P. et al | Schley County | Georgia | 0.00% | 13.08% | 0.00% | 7.35% | /s/ Matt Conn |
| 1:18-op-45584-DAP | Greene County v. AmerisourceBergen Drug Corporation et al | Greene County | North Carolina | 0.16% | 13.63% | 0.05% | 3.34% | /s/ Peter J. Mougey |
| 1:18-op-45585-DAP | Wayne County v. AmerisourceBergen Drug Corporation et al | Wayne County | North Carolina | 0.21% | 13.77% | 0.06% | 3.79% | /s/ Peter J. Mougey |
| 1:18-op-45586-DAP | Richmond County, North Carolina v. AmerisourceBergen Drug Corporation et al | Richmond County | North Carolina | 0.10% | 6.46% | 0.03% | 2.03% | /s/ Peter J. Mougey |
| 1:18-op-45634-DAP | Jackson County, Alabama et al v. AmerisourceBergen Drug Corporation et al | New Hope city | Alabama | 0.14% | 7.85% | 0.04% | 2.07% | /s/ Matt Conn |
| 1:18-op-45644-DAP | County of Fresno v. Amerisourcebergen Drug Corporation, et al. | Fresno County | California | 0.03% | 5.38% | 0.01% | 2.12% | /s/ Peter J. Mougey |
| 1:18-op-45645-DAP | County of Calaveras, et al v. Amerisourcebergen Drug Corporation et al | Calaveras County | California | 0.35% | 20.25% | 0.10% | 6.01% | /s/ Peter J. Mougey |
| 1:18-op-45647-DAP | County of Madera, et al v. Amerisourcebergen Drug Corporation et al | Madera County | California | 0.15% | 5.31% | 0.05% | 2.09% | /s/ Peter J. Mougey |
| 1:18-op-45648-DAP | County of Yuba v. Amerisourcebergen Drug Corporation et al | Yuba County | California | 0.24% | 15.47% | 0.08% | 4.66% | /s/ Peter J. Mougey |
| 1:18-op-45669-DAP | County of Osceola v. Purdue Pharma L.P. et al | Osceola County | Florida | 0.10% | 7.70% | 0.02% | 1.66% | /s/ Shayna E. Sacks |
| 1:18-op-45680-DAP | County of Tehama v. Amerisourcebergen Drug Corporation et al | Tehama County | California | 0.07% | 5.48% | 0.03% | 2.07% | /s/ Peter J. Mougey |
| 1:18-op-45685-DAP | Alachua County v. Purdue Pharma LP et al | Alachua County | Florida | 0.13% | 7.55% | 0.02% | 1.09% | /s/ Shayna E. Sacks |
| 1:18-op-45719-DAP | Lincoln County v. AmerisourceBergen Drug Corporation et al | Lincoln County | North Carolina | 0.05% | 5.25% | 0.02% | 1.23% | /s/ Peter J. Mougey |

**Amending Plaintiffs Seeking Leave to Add the Tris Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:18-op-45725-DAP | Tyrrell County v. AmerisourceBergen Drug Corporation et al | Tyrrell County | North Carolina | 0.04% | 35.60% | 0.01% | 10.03% | /s/ Peter J. Mougey |
| 1:18-op-45729-DAP | Escambia County, Florida v. AmerisourceBergen Drug Corporation et al | Escambia County | Florida | 0.06% | 9.06% | 0.02% | 2.77% | /s/ Peter J. Mougey |
| 1:18-op-45759-DAP | Vance County v. AmerisourceBergen Drug Corporation et al | Vance County | North Carolina | 0.05% | 10.11% | 0.01% | 2.29% | /s/ Peter J. Mougey |
| 1:18-op-45768-DAP | City of Henderson v. AmerisourceBergen Drug Corporation et al | Henderson City | North Carolina | 0.05% | 10.11% | 0.01% | 2.29% | /s/ Peter J. Mougey |
| 1:18-op-45775-DAP | Stone County, Mississippi v. Amerisourcebergen Drug Corporation et al | Stone County | Mississippi | 0.00% | 7.74% | 0.00% | 2.74% | /s/ Peter J. Mougey |
| 1:18-op-45782-DAP | County of Volusia, Florida v. Amerisourcebergen Drug Corporation et al | Volusia County | Florida | 0.18% | 14.46% | 0.05% | 3.28% | /s/ Peter J. Mougey |
| 1:18-op-45793-DAP | Holmes County, Mississippi v. Amerisourceberbegen Drug Corporation et al | Holmes County | Mississippi | 0.00% | 13.24% | 0.00% | 9.52% | /s/ Peter J. Mougey |
| 1:18-op-45799-DAP | Rowan County v. AmerisourceBergen Drug Corporation, et al | Rowan County | North Carolina | 0.12% | 6.57% | 0.04% | 1.40% | /s/ Peter J. Mougey |
| 1:18-op-45840-DAP | Lafayette County, Missouri v. AmerisourceBergen Drug Corporation et al | Lafayette County | Missouri | 0.18% | 14.08% | 0.06% | 4.15% | /s/ Brian J. Madden |
| 1:18-op-45847-DAP | Columbus County v. AmerisourceBergen Drug Corporation et al | Columbus County | North Carolina | 0.06% | 5.29% | 0.02% | 1.36% | /s/ Peter J. Mougey |
| 1:18-op-45851-DAP | Pasco County, Florida v. Amerisourcebergen Drug Corporation et al | Pasco County | Florida | 0.08% | 8.40% | 0.02% | 1.81% | /s/ Peter J. Mougey |
| 1:18-op-45861-DAP | Santa Rosa County v. AmerisourceBergen Drug Corporation et al | Santa Rosa County | Florida | 0.11% | 8.59% | 0.03% | 2.38% | /s/ Peter J. Mougey |
| 1:18-op-45878-DAP | County of Riverside et al v. Purdue Pharma L.P. et al | Riverside County | California | 0.02% | 5.04% | 0.01% | 1.78% | /s/ Jayne Conroy |
| 1:18-op-45970-DAP | Polk County, Florida v. Purdue Pharma L.P. et al | Polk County | Florida | 0.15% | 10.94% | 0.05% | 2.93% | /s/ J. R. WHALEY |
| 1:18-op-45986-DAP | Pasquotank County v. AmerisourceBergen Drug Corporation et al | Pasquotank County | North Carolina | 0.14% | 7.08% | 0.03% | 1.67% | /s/ Peter J. Mougey |
| 1:18-op-45991-DAP | Lenoir County v. AmerisourceBergen Drug Corporation et al | Lenoir County | North Carolina | 0.04% | 5.98% | 0.01% | 1.48% | /s/ Peter J. Mougey |
| 1:18-op-46032-DAP | County of San Bernardino et al v. Purdue Pharma L.P. et al | San Bernardino County | California | 0.05% | 6.64% | 0.02% | 2.68% | /s/ Jayne Conroy |
| 1:18-op-46055-DAP | City of Palmetto v. Purdue Pharma L.P. et al | Palmetto City | Florida | 0.14% | 10.02% | 0.03% | 1.85% | /s/ David I. Ackerman |
| 1:18-op-46057-DAP | City of Kingman v. Purdue Pharma LP et al | Kingman City | Arizona | 0.00% | 5.03% | 0.00% | 1.81% | /s/ David Ko |
| 1:18-op-46062-DAP | Adams County et al v. Purdue Pharma, L.P. et al | MINIDOKA COUNTY | Idaho | 0.00% | 7.49% | 0.00% | 2.04% | /s/ Jayne Conroy |
| 1:18-op-46069-DAP | Grayson County, Virginia v. Amerisourcebergen Drug Corporation et al | Grayson County | Virginia | 0.35% | 24.40% | 0.12% | 6.87% | /s/ Eric D. Barton |
| 1:18-op-46071-DAP | Yancey County v. AmerisourceBergen Drug Corporation et al | Yancey County | North Carolina | 0.22% | 12.98% | 0.05% | 1.86% | /s/ Peter J. Mougey |
| 1:18-op-46073-DAP | Russell County, Virginia v. AmerisourceBergen Drug Corporation et al | Russell County | Virginia | 0.10% | 12.96% | 0.02% | 1.48% | /s/ Eric D. Barton |
| 1:18-op-46074-DAP | Scott County Board of Supervisors v. Amerisourcebergen Drug Corporation et al | Scott County | Virginia | 0.00% | 5.07% | 0.00% | 0.98% | /s/ Peter J. Mougey |
| 1:18-op-46076-DAP | Pulaski County Virginia v. Amerisourcebergen Drug Corporation et al | Pulaski County | Virginia | 0.09% | 7.66% | 0.02% | 1.31% | /s/ Eric D. Barton |
| 1:18-op-46121-DAP | Palm Beach County v. Purdue Pharma L.P. et al | Palm Beach County | Florida | 0.07% | 5.85% | 0.01% | 1.04% | /s/ Shayna E. Sacks |
| 1:18-op-46132-DAP | City of Palm Bay v. Purdue Pharma L.P. et al | Palm Bay City | Florida | 0.10% | 7.95% | 0.02% | 1.63% | /s/ Eric Romano |
| 1:18-op-46141-DAP | Robeson County v. Actavis, LLC et al | Robeson County | North Carolina | 0.12% | 5.13% | 0.04% | 1.62% | /s/ Jayne Conroy |
| 1:18-op-46147-DAP | People of the State of Illinois et al v. Purdue Pharma L.P. et al | Schuyler County | Illinois | 0.61% | 28.75% | 0.15% | 7.28% | /s/ Peter J. Mougey |
| 1:18-op-46148-DAP | People of the State of Illinois et al v. Purdue Pharma L.P. et al | Johnson County | Illinois | 0.00% | 5.68% | 0.00% | 2.08% | /s/ Peter J. Mougey |
| 1:18-op-46167-DAP | Tazewell County, Virginia v. Amerisourcebergen Drug Corporation et al | Tazewell County | Virginia | 0.18% | 8.98% | 0.06% | 1.47% | /s/ Eric D. Barton |

**Amending Plaintiffs Seeking Leave to Add the Tris Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:18-op-46171-DAP | Lee County Georgia v. AmerisourceBergen Drug Corporation et al | Lee County | Georgia | 0.36% | 10.64% | 0.11% | 2.84% | /s/ Peter J. Mougey |
| 1:18-op-46174-DAP | Currituck County v. AmerisourceBergen Drug Corporation et al | Currituck County | North Carolina | 0.17% | 11.13% | 0.04% | 3.00% | /s/ Peter J. Mougey |
| 1:18-op-46175-DAP | Chowan County v. AmerisourceBergen Drug Corporation et al | Chowan County | North Carolina | 0.16% | 7.08% | 0.04% | 2.39% | /s/ Peter J. Mougey |
| 1:18-op-46185-DAP | Ashe County v. AmerisourceBergen Drug Corporation et al | Ashe County | North Carolina | 0.06% | 6.66% | 0.02% | 1.15% | /s/ Peter J. Mougey |
| 1:18-op-46206-DAP | County Commissioners of Dona Ana County, New Mexico v. AmerisourceBergen Drug Corporation et al | Dona Ana County | New Mexico | 0.00% | 5.76% | 0.00% | 1.30% | /s/ Peter J. Mougey |
| 1:18-op-46216-DAP | Franklin County v. AmerisourceBergen Drug Corporation et al | Franklin County | North Carolina | 0.09% | 5.32% | 0.02% | 1.37% | /s/ Peter J. Mougey |
| 1:18-op-46242-DAP | Leon County, Florida v. AmerisourceBergen Drug Corporation et al | Leon County | Florida | 0.17% | 10.85% | 0.05% | 2.73% | /s/ Peter J. Mougey |
| 1:18-op-46281-DAP | Hillsborough County v. Purdue Pharma L.P. et al | Hillsborough County | Florida | 0.05% | 6.23% | 0.01% | 1.25% | /s/ Mike Moore |
| 1:18-op-46282-DAP | City of Tampa v. Purdue Pharma L.P. et al | Tampa City | Florida | 0.05% | 6.23% | 0.01% | 1.25% | /s/ Mike Moore |
| 1:18-op-46294-DAP | People of the State of Illinois et al v. Purdue Pharma L.P. et al | Calhoun County | Illinois | 0.00% | 8.85% | 0.00% | 5.48% | /s/ Peter J. Mougey |
| 1:18-op-46330-DAP | Davidson County v. Purdue Pharma, L.P. et al | Davidson County | North Carolina | 0.06% | 5.67% | 0.02% | 1.55% | /s/ Jayne Conroy |
| 1:18-op-46331-DAP | City of Bradenton v. AmerisourceBergen Drug Corporation et al | Bradenton City | Florida | 0.14% | 10.02% | 0.03% | 1.85% | /s/ Peter J. Mougey |
| 1:19-op-45001-DAP | Camden County v. AmerisourceBergen Drug Corporation et al | Camden County | North Carolina | 0.00% | 9.75% | 0.00% | 2.22% | /s/ Peter J. Mougey |
| 1:19-op-45002-DAP | Washington County v. AmerisourceBergen Drug Corporation et al | Washington County | North Carolina | 0.00% | 13.07% | 0.00% | 4.63% | /s/ Peter J. Mougey |
| 1:19-op-45006-DAP | Madison County, Alabama v. AmerisourcebergenDrug Corporation et al | Madison County | Alabama | 0.14% | 7.85% | 0.04% | 2.07% | /s/ Peter J. Mougey |
| 1:19-op-45009-DAP | City of Clearwater in the County of Pinellas v. Purdue Pharma L.P. et al | Clearwater City | Florida | 0.08% | 7.17% | 0.02% | 1.38% | /s/ David I. Ackerman |
| 1:19-op-45040-DAP | Duplin County v. AmerisourceBergen Drug Corporation et al | Duplin County | North Carolina | 0.24% | 13.93% | 0.08% | 3.90% | /s/ Peter J. Mougey |
| 1:19-op-45044-DAP | Manatee County, Florida v. Purdue Pharma L.P. et al | Manatee County | Florida | 0.14% | 10.02% | 0.03% | 1.85% | /s/ Eric Romano |
| 1:19-op-45049-DAP | Pamlico County v. AmerisourceBergen Drug Corporation et al | Pamlico County | North Carolina | 0.13% | 8.85% | 0.03% | 2.60% | /s/ Peter J. Mougey |
| 1:19-op-45080-DAP | Greenbrier County Commission v. AmerisourceBergen Drug Corporation et al | Greenbrier County | West Virginia | 0.00% | 5.01% | 0.00% | 1.08% | /s/ Peter J. Mougey |
| 1:19-op-45117-DAP | County of Mohave v. Purdue Pharma LP et al | Mohave County | Arizona | 0.00% | 5.03% | 0.00% | 1.81% | /s/ David Ko |
| 1:19-op-45129-DAP | City of Blakely, Georgia et al v. AmerisourceBergen Drug Corporation et al | Blakely city | Georgia | 0.00% | 5.40% | 0.00% | 2.71% | /s/ Matt Conn |
| 1:19-op-45129-DAP | City of Blakely, Georgia et al v. AmerisourceBergen Drug Corporation et al | Damascus city | Georgia | 0.00% | 5.40% | 0.00% | 2.71% | /s/ Matt Conn |
| 1:19-op-45133-DAP | Hospital Authority of Valdosta and Lowndes County, Georgia v. Purdue Pharma, L.P. et al | Valdosta And Lowndes County, Hospital Authority Of D/B/A South Georgia Medical Center | Georgia | 0.07% | 9.82% | 0.03% | 3.55% | /s/ Matt Conn |
| 1:19-op-45142-DAP | Jones County v. AmerisourceBergen Drug Corporation et al | Jones County | North Carolina | 0.35% | 14.28% | 0.08% | 4.01% | /s/ Peter J. Mougey |
| 1:19-op-45143-DAP | Health Care Authority of the City of Huntsville et al v. Purdue Pharma, L.P. et al | Health Care Authority of the City of Huntsville d/b/a HH Health System | Alabama | 0.14% | 7.85% | 0.04% | 2.07% | /s/ Matt Conn |
| 1:19-op-45143-DAP | Health Care Authority of the City of Huntsville et al v. Purdue Pharma, L.P. et al | Health Care Authority of the City of Huntsville d/b/a Huntsville Hospital | Alabama | 0.14% | 7.85% | 0.04% | 2.07% | /s/ Matt Conn |
| 1:19-op-45143-DAP | Health Care Authority of the City of Huntsville et al v. Purdue Pharma, L.P. et al | Health Care Authority of the City of Huntsville d/b/a Huntsville Hospital for Women and Children | Alabama | 0.14% | 7.85% | 0.04% | 2.07% | /s/ Matt Conn |
| 1:19-op-45143-DAP | Health Care Authority of the City of Huntsville et al v. Purdue Pharma, L.P. et al | Health Care Authority of the City of Huntsville d/b/a Madison Hospital | Alabama | 0.14% | 7.85% | 0.04% | 2.07% | /s/ Matt Conn |
| 1:19-op-45165-DAP | Berry v. Purdue Pharma L.P. et al | Sheriff Of Oconee County | Georgia | 0.42% | 10.44% | 0.12% | 3.26% | /s/ Paul Scott |

**Amending Plaintiffs Seeking Leave to Add the Tris Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:19-op-45186-DAP | Somerset County v. Purdue Pharma LP et al | Somerset County | Maine | 0.12% | 5.92% | 0.02% | 1.15% | /s/ Shayna E. Sacks |
| 1:19-op-45189-DAP | Sagadahoc County v. Purdue Pharma LP | Sagadahoc County | Maine | 0.07% | 5.27% | 0.02% | 0.91% | /s/ Shayna E. Sacks |
| 1:19-op-45242-DAP | County of Newton v. Endo Health Solutions Inc. et al | Newton County | Texas | 0.09% | 8.83% | 0.04% | 2.99% | /s/ Jeffrey B. Simon |
| 1:19-op-45272-DAP | Marion County, Florida v. Purdue Pharma L.P. et al | Marion County | Florida | 0.14% | 10.94% | 0.04% | 2.69% | /s/ Eric Romano |
| 1:19-op-45283-DAP | Jackson County v. AmerisourceBergen Drug Corporation et al | Jackson County | Florida | 0.00% | 8.16% | 0.00% | 2.72% | /s/ Peter J. Mougey |
| 1:19-op-45309-DAP | Waldo County v. Purdue Pharma LP et al | Waldo County | Maine | 0.07% | 6.69% | 0.02% | 1.09% | /s/ Shayna E. Sacks |
| 1:19-op-45314-DAP | Deese v. Purdue Pharma L.P. et al | Sheriff Of Peach County | Georgia | 0.14% | 7.02% | 0.05% | 2.23% | /s/ Paul Scott |
| 1:19-op-45322-DAP | Board of County Commissioners of the County of Sierra v. AmerisourceBergen Drug Corporation et al | Sierra County | New Mexico | 0.00% | 5.63% | 0.00% | 2.35% | /s/ Peter J. Mougey |
| 1:19-op-45336-DAP | Scotland County v. AmerisourceBergen Drug Corporation et al | Scotland County | North Carolina | 0.10% | 9.40% | 0.03% | 2.97% | /s/ Peter J. Mougey |
| 1:19-op-45339-DAP | Sarasota County, Florida v. Purdue Pharma L.P. et al | Sarasota County | Florida | 0.11% | 8.51% | 0.02% | 1.49% | /s/ David I. Ackerman |
| 1:19-op-45383-DAP | Wright County, Missouri v. Purdue Pharma L.P. et al | Wright County | Missouri | 0.10% | 7.76% | 0.04% | 2.66% | /s/ Peter J. Mougey |
| 1:19-op-45384-DAP | Board of County Commissioners for Greenwood County, Kansas et al v. Purdue Pharma L.P. et al | Greenwood County | Kansas | 0.00% | 9.05% | 0.00% | 3.74% | /s/ P. Dylan Jensen |
| 1:19-op-45386-DAP | Douglas County, Missouri v. Purdue Pharma L.P. et al | Douglas County | Missouri | 0.00% | 6.97% | 0.00% | 2.71% | /s/ Peter J. Mougey |
| 1:19-op-45395-DAP | Chippewa Cree Tribe of the Rocky Boys Reservation v. Purdue Pharma L.P. et al | CHIPPEWA CREE TRIBE OF THE ROCKY BOYS RESERVATION | Montana | 0.00% | 5.85% | 0.00% | 1.68% | /s/ P. Dylan Jensen |
| 1:19-op-45408-DAP | Schuyler County, Missouri v. Purdue Pharma L.P. et al | Schuyler County | Missouri | 0.00% | 14.70% | 0.00% | 5.08% | /s/ Peter J. Mougey |
| 1:19-op-45422-DAP | City of Mound Bayou, Mississippi v. Purdue Pharma L.P. et al | Mound Bayou City | Mississippi | 0.00% | 6.89% | 0.00% | 2.98% | /s/ Shayna E. Sacks |
| 1:19-op-45423-DAP | Walton County, Florida v. Purdue Pharma L.P. et al | Walton County | Florida | 0.16% | 16.62% | 0.05% | 5.34% | /s/ Shayna E. Sacks |
| 1:19-op-45425-DAP | Town of Centerville, Mississippi v. Purdue Pharma L.P. et al | Centerville Town | Mississippi | 0.00% | 6.27% | 0.00% | 2.99% | /s/ Shayna E. Sacks |
| 1:19-op-45557-DAP | Bladen County v. AmerisourceBergen Drug Corporation et al | Bladen County | North Carolina | 0.28% | 10.53% | 0.09% | 2.07% | /s/ Peter J. Mougey |
| 1:19-op-45563-DAP | St. Johns County, Florida v. Purdue Pharma L.P. et al | St Johns County | Florida | 0.20% | 12.98% | 0.05% | 2.63% | /s/ Eric Romano |
| 1:19-op-45565-DAP | Seminole County, Florida v. Purdue Pharma L.P. et al | Seminole County | Florida | 0.12% | 8.91% | 0.02% | 1.94% | /s/ Eric Romano |
| 1:19-op-45576-DAP | City of Wiggins, Mississippi v. Amerisourcebergen Drug Corporation et al | Wiggins City | Mississippi | 0.00% | 7.74% | 0.00% | 2.74% | /s/ Peter J. Mougey |
| 1:19-op-45584-DAP | City of Oviedo, Florida v. Purdue Pharma L.P., et al | Oviedo City | Florida | 0.12% | 8.91% | 0.02% | 1.94% | /s/ Eric Romano |
| 1:19-op-45586-DAP | City of Deltona, Florida v. Purdue Pharma, L.P. et al | Deltona City | Florida | 0.18% | 14.46% | 0.05% | 3.28% | /s/ Eric Romano |
| 1:19-op-45588-DAP | Lake County, Florida v. Purdue Pharma L.P. et al | Lake County | Florida | 0.19% | 12.92% | 0.05% | 2.74% | /s/ Eric Romano |
| 1:19-op-45591-DAP | Clay County, Florida v. Purdue Pharma L.P. et al | Clay County | Florida | 0.11% | 10.29% | 0.03% | 2.13% | /s/ Eric Romano |
| 1:19-op-45592-DAP | City of St. Augustine, Florida v. Purdue Pharma LP et al | St. Augustine City | Florida | 0.20% | 12.98% | 0.05% | 2.63% | /s/ Eric Romano |
| 1:19-op-45595-DAP | City of Fort Pierce, Florida v. Purdue Pharma L.P. et al | Fort Pierce City | Florida | 0.08% | 7.62% | 0.02% | 1.41% | /s/ Eric Romano |
| 1:19-op-45596-DAP | City of Port St. Lucie, Florida v. Purdue Pharma L.P. et al | Port St. Lucie City | Florida | 0.08% | 7.62% | 0.02% | 1.41% | /s/ Eric Romano |
| 1:19-op-45597-DAP | Taylor County Florida v. Purdue Pharma LP et al | Taylor County | Florida | 0.00% | 7.66% | 0.00% | 1.97% | /s/ Eric Romano |
| 1:19-op-45598-DAP | City of Daytona Beach, Florida v. Purdue Pharma L.P. et al | Daytona Beach City | Florida | 0.18% | 14.46% | 0.05% | 3.28% | /s/ Eric Romano |
| 1:19-op-45599-DAP | City of Sanford, Florida v. Purdue Pharma L.P.., et al | Sanford City | Florida | 0.12% | 8.91% | 0.02% | 1.94% | /s/ Eric Romano |
| 1:19-op-45656-DAP | St. Lucie County, Florida v. Purdue Pharma L.P. et al | St Lucie County | Florida | 0.08% | 7.62% | 0.02% | 1.41% | /s/ Eric Romano |
| 1:19-op-45667-DAP | Hernando County v. Amerisourcebergen Drug Corporation et al | Hernando County | Florida | 0.11% | 9.71% | 0.02% | 2.23% | /s/ Peter J. Mougey |
| 1:19-op-45671-DAP | Lee County v. Purdue Pharma L.P., et al | Lee County | Florida | 0.12% | 9.87% | 0.02% | 1.89% | /s/ John Raggio |
| 1:19-op-45717-DAP | City of Enid v. Purdue Pharma LP et al | Enid city | Oklahoma | 0.09% | 10.05% | 0.03% | 2.72% | /s/ Todd A. Court |
| 1:19-op-45733-DAP | Pemiscot County, Missouri v. Purdue Pharma L.P. et al | Pemiscot County | Missouri | 0.00% | 18.30% | 0.00% | 11.26% | /s/ Peter J. Mougey |

**Amending Plaintiffs Seeking Leave to Add the Tris Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Doseage Units | Market Share 2015-2019 - Doseage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:19-op-45759-DAP | Bertie County v. AmerisourceBergen Drug Corporation et al | Bertie County | North Carolina | 0.05% | 6.18% | 0.02% | 2.38% | /s/ Peter J. Mougey |
| 1:19-op-45789-DAP | Decatur County, Tennessee v. Purdue Pharma L.P. et al | Decatur County | Tennessee | 0.00% | 12.58% | 0.00% | 3.83% | /s/ Mark P. Chalos |
| 1:19-op-45790-DAP | Chariton County, Missouri v. Purdue Pharma L.P. et al | Chariton County | Missouri | 0.45% | 6.14% | 0.20% | 1.84% | /s/ Peter J. Mougey |
| 1:19-op-45797-DAP | Orange County, Florida v. Pudue Pharma L.P., et al | Orange County | Florida | 0.07% | 7.84% | 0.02% | 1.70% | /s/ Eric Romano |
| 1:19-op-45822-DAP | County of Knox et al v. Purdue Pharma LP et al | Knox County | Maine | 0.12% | 8.11% | 0.02% | 0.84% | /s/ Shayna E. Sacks |
| 1:19-op-45823-DAP | City of Rockland v. Purdue Pharma LP et al | Rockland City | Maine | 0.12% | 8.11% | 0.02% | 0.84% | /s/ Shayna E. Sacks |
| 1:19-op-45834-DAP | City of Ocala, Florida v. Purdue Pharma L.P., et al | Ocala City | Florida | 0.14% | 10.94% | 0.04% | 2.69% | /s/ Eric Romano |
| 1:19-op-45883-DAP | City of Apopka, Florida v. Endo Health Solutions Inc. et al | Apopka City | Florida | 0.07% | 7.84% | 0.02% | 1.70% | /s/ Eric Romano |
| 1:19-op-45894-DAP | Okaloosa County, FL v. Teva Pharmaceuticals USA Inc. et al | Okaloosa County | Florida | 0.21% | 14.50% | 0.07% | 4.39% | /s/ Shayna E. Sacks |
| 1:19-op-45907-DAP | Wise County Board of Supervisors v. Amerisourceberger Drug Corporation et al | Wise County | Virginia | 0.06% | 6.22% | 0.02% | 0.86% | /s/ Peter J. Mougey |
| 1:19-op-45947-DAP | City of Huntsville, Alabama v. Teva Pharmaceuticals USA, Inc. et al | Huntsville City | Alabama | 0.14% | 7.85% | 0.04% | 2.07% | /s/ Keith Jackson |
| 1:19-op-45951-DAP | Fiscal Court of Logan County Kentucky v. Purdue Pharma L.P. et al | Logan County | Kentucky | 0.00% | 7.28% | 0.00% | 2.59% | /s/ Ronald E Johnson Jr |
| 1:19-op-45966-DAP | City of Ocoee, Florida v. Endo Health Solutions, Inc., et al | Ocoee City | Florida | 0.07% | 7.84% | 0.02% | 1.70% | /s/ Eric Romano |
| 1:19-op-45984-DAP | City of Palatka, Florida v. Endo Health Solutions Inc., et al | Palatka City | Florida | 0.00% | 5.36% | 0.00% | 1.13% | /s/ Eric Romano |
| 1:19-op-46006-DAP | City of Lynn Haven, Florida v. Teva Pharmaceuticals USA, Inc. et al | Lynn Haven City | Florida | 0.16% | 12.94% | 0.06% | 4.28% | /s/ Keith Jackson |
| 1:19-op-46073-DAP | City of New Port Ritchey v. Amerisourceberger Drug Corporation et al | New Port Richey City | Florida | 0.08% | 8.40% | 0.02% | 1.81% | /s/ Peter J. Mougey |
| 1:19-op-46098-DAP | The Fiscal Court of Webster County Kentucky v. Purdue Pharma L.P. et al | Webster County | Kentucky | 0.00% | 5.58% | 0.00% | 2.59% | /s/ Ronald E Johnson, Jr |
| 1:19-op-46121-DAP | The City of Ormond Beach, Florida v. Amerisourceberger Drug Corporation et al | Ormond Beach City | Florida | 0.18% | 14.46% | 0.05% | 3.28% | /s/ Peter J. Mougey |
| 1:19-op-46122-DAP | Putnam County, Florida v. Endo Health Solutions Inc. et al | Putnam County | Florida | 0.00% | 5.36% | 0.00% | 1.13% | /s/ Eric Romano |
| 1:19-op-46168-DAP | Clark County v. Purdue Pharma, L.P. et al | Clark County | Nevada | 0.01% | 5.23% | 0.00% | 1.71% | /s/ Peter J. Mougey |
| 1:20-op-45000-DAP | Love County Board of County Commissioners v. Purdue Pharma LP et al | Love County | Oklahoma | 0.00% | 5.80% | 0.00% | 1.88% | /s/ Matthew J. Sill |
| 1:20-op-45059-DAP | The Fiscal Court of Adair County v. AmerisourceBergen Drug Corporation et al | Adair County | Kentucky | 0.14% | 8.91% | 0.02% | 0.99% | /s/ Peter J. Mougey |
| 1:20-op-45124-DAP | City of Stuart v. Purdue Pharma L.P. et al | Stuart City | Florida | 0.08% | 8.23% | 0.02% | 1.56% | /s/ Jeffrey F. Thomas, Esq. |
| 1:20-op-45198-DAP | City of Madison, Alabama v. AmerisourceBergen Drug Corporation et al | Madison City | Alabama | 0.14% | 7.85% | 0.04% | 2.07% | /s/ Matt Conn |
| 1:20-op-45199-DAP | City of Maryville, Tennessee et al v. Teva Pharmaceutical Industries, LTD, et al | Decatur town | Tennessee | 0.00% | 5.94% | 0.00% | 2.21% | /s/ Matt Conn |
| 1:20-op-45214-DAP | Bolivar County, Mississippi v. Teva Pharmaceuticals USA, Inc., et al | Bolivar County | Mississippi | 0.00% | 6.89% | 0.00% | 2.98% | /s/ James R. Segars, III |
| 1:20-op-45217-DAP | Town of Cleveland, Alabama et al v. AmerisourceBergen Drug Corporation et al | Gurley town | Alabama | 0.14% | 7.85% | 0.04% | 2.07% | /s/ Matt Conn |
| 1:20-op-45255-DAP | City of Dublin et al v. Cephalon, Inc. et al | Murrieta city | California | 0.02% | 5.04% | 0.01% | 1.78% | /s/ City of Murrieta |
| 1:20-op-45272-DAP | City of Northport, Alabama et al v. AmerisourceBergen Drug Corporation et al | Brookwood town | Alabama | 0.08% | 5.02% | 0.02% | 1.45% | /s/ Brad Ponder |
| 1:20-op-45272-DAP | City of Northport, Alabama et al v. AmerisourceBergen Drug Corporation et al | Northport city | Alabama | 0.08% | 5.02% | 0.02% | 1.45% | /s/ Brad Ponder |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 13 | Maine | 0.12% | 8.11% | 0.02% | 0.84% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 40 | Maine | 0.12% | 8.11% | 0.02% | 0.84% | /s/ Cyrus Mehri |

**Amending Plaintiffs Seeking Leave to Add the Tris Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2014 - Dosage Units | Market Share 2015-2019 - Dosage Units | Market Share 2006-2014 - MME | Market Share 2015-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|---|
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 71 | Maine | 0.07% | 6.69% | 0.02% | 1.09% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 53 | Maine | 0.12% | 5.92% | 0.02% | 1.15% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD28/Five Town | Maine | 0.12% | 8.11% | 0.02% | 0.84% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | St. George Municipal School District | Maine | 0.12% | 8.11% | 0.02% | 0.84% | /s/ Cyrus Mehri |
| 1:20-op-45388-DAP | Harmon County Board of County Commissioners v. Cephalon Inc et al | Harmon County | Oklahoma | 0.00% | 9.06% | 0.00% | 3.76% | /s/ Matthew J. Sill |
| 1:21-op-45051-DAP | Appanoose County et al v. Allergan PLC et al | WINNEBAGO COUNTY | Iowa | 0.35% | 40.15% | 0.14% | 12.00% | /s/ Jayne Conroy |
| 1:21-op-45055-DAP | Board of County Commissioners of the County of Colfax v. Allergan Finance LLC et al | Colfax County | New Mexico | 0.00% | 13.14% | 0.00% | 3.56% | /s/ Jayne Conroy |
| 1:21-op-45059-DAP | City of Las Cruces, New Mexico v. AmerisourceBergen Drug Corporation et al | Las Cruces City | New Mexico | 0.00% | 5.76% | 0.00% | 1.30% | /s/ Peter J. Mougey |
| 1:21-op-45081-DAP | City of Niceville Florida v. AmerisourceBergen Drug Corporation et al | Niceville City | Florida | 0.21% | 14.50% | 0.07% | 4.39% | /s/ Peter J. Mougey |
| 1:21-op-45135-DAP | City of Millbrook, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Millbrook City | Alabama | 0.00% | 6.07% | 0.00% | 1.91% | /s/ Keith Jackson |
| 1:21-op-45135-DAP | City of Millbrook, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Wetumpka (AL), City of | Alabama | 0.00% | 6.07% | 0.00% | 1.91% | /s/ Keith Jackson |
| 1:22-op-45003-DAP | Elmore County, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Elmore County | Alabama | 0.00% | 6.07% | 0.00% | 1.91% | /s/ Keith Jackson |
| 1:22-op-45025-DAP | Putnam County School Board v. Cephalon, Inc. et al | Putnam County School Board | Florida | 0.00% | 5.36% | 0.00% | 1.13% | /s/ Cyrus Mehri |